UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 08-MD-1928-MIDDLEBROOKS

IN RE: TRASYLOL PRODUCTS
LIABILITY LITIGATION

This document applies to:
ALL CASES

## ORDER #2
(Regarding Outstanding Motions)

THIS CAUSE comes before the Court upon the hearing held in open court on Friday, May 16, 2008. During that hearing, the Court instructed the Parties to confer together regarding the following pending Motions: (1) Joint Application for Appointment of Plaintiffs' Steering Committee; and (2) Joint Motion for Entry of Case Management and Scheduling Order. Specifically, the Parties were to address the desirability of adding any additional counsel to the proposed Plaintiffs' Steering Committee, and the acceptability of the proposed case management and scheduling order to those counsel whom had at the time of the hearing not yet had the opportunity to review the same. The Parties were to provide the Court with any proposed changes, objections and/or modifications to the two proposed Orders on or before 3:00 p.m. May 19, 2008. In compliance with this Court's requests, the Parties filed three notices of filing on May 19, 2008.

A review of these filings reveals that: (1) there are no objections to the proposed Plaintiffs' Steering Committee as set forth in DE 31; (2) there appears to be a consensus that while other counsel may desire to serve on the Plaintiffs' Steering Committee, an increase in the

Committees" numbers could make the Committee unwieldy; and (3) there are no objections to the Proposed Case Management and Scheduling Order.[1] Accordingly, the Court intends to enter both Orders. However, no proposed Orders have been submitted to the Court. Accordingly, it is

ORDERED and ADJUDGED that the Parties submit final proposed Orders to the Court via the Courts CM/ECF efile address at middlebrooks@flsd.uscourts.gov in Wordperfect 9.0 or higher format by 12:00 p.m. tomorrow, May 21, 2008.[2]

DONE and ORDERED in Chambers, at West Palm Beach, Florida this 20th day of May, 2008.

                                                       DONALD M. MIDDLEBROOKS
                                                      UNITED STATES DISTRICT JUDGE

Copies to all counsel of record

---

[1] It appears, however, that there is some additional language proposed for the Case Management and Scheduling Order regarding the waiving of the Districts Local Rules relating to appearances *pro hac vice* and CM/ECF registration for the receipt of docket filings. Such proposed language has not as yet been provided to the Court.

[2] Parties are instructed to include the language referred to in note 1 above in any such final Order.