# MDL 1928 - IN RE: TRASYLOL PRODUCTS LIABILITY LITIGATION
## QUARTERLY TIME DETAIL REPORT

**Exhibit "B"**

FOR MONTH: _____ , 2008

FIRM NAME: _____

INDIVIDUAL NAME: _____

ATTORNEY          PARALEGAL          LAW CLERK          OTHER          (circle one)

## Time Chart

| Date | Description of Activity | Code | Time |
|------|------------------------|------|------|
| 2117107 | Receipt & Review e-mail from J. Simms re: master discovery to defendant | 8 | 0.25 |
| 2117/07 | Teleconference with F. Mormon re: setting-up document depository | 1 | 0.25 |
| 2/18107 | Travel to New York re: Status Conference | 6 | 2.50 |
| 2/18/07 | Attend Status Conference | 4 | 1.00 |
| 2118107 | Attend Post-Status Conference PSC meeting | 5 | 1.50 |
| 2119107 | Internet research re: corporate assets of defendant | 2 | I.25 |
| 2120/07 | Receipt & Review of defendant's appeal re: class certification | 9 | 1.75 |
| 2/21/07 | Legal research re: summary judgment standards | 3 | 2.25 |
| 2/21107 | Drafting opposition to defendant's motion for summary judgment | 3 | 4.50 |

Total time of (insert individual's name) for (insert month & year):

**[Time detail above is illustrative]**