FILED BY _____ D.C.

JUN 2 4 2009

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

IN RE TRASYLOL PRODUCTS LIABILITY
LITIGATION – MDL-1928

THIS DOCUMENT RELATES TO:
SESSUMS ET AL V. BAYER CORPORATION, ET AL
Cause No. 08-cv-80388

## SUGGESTION OF DEATH AND SUBSTITUTION
## OF PERSONAL REPRESENTATIVE

AND NOW, this 17th day of June, 2009, it is suggested that Jonnie Sessums died on November 3, 2008, and the Letters of Administration upon her Estate were granted to Rhonda McCrory and Dwight McCrory, by the Chancery Court of Rankin County, Mississippi, and that Rhonda McCrory and Dwight McCrory, are substituted as Plaintiffs for the said Jonnie Sessums, Deceased.

ANAPOL, SCHWARTZ, WEISS, COHAN
FELDMAN & SMALLEY

BY: _____
JAMES R. RONCA, ESQUIRE
MICHAEL C. SCHAFLE, ESQUIRE
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

AND NOW, this 17th day of June, 2009, I hereby certify that I have served a true and correct copy of the foregoing document by United States Mail, registered mail, postage prepaid, addressed to the offices of said counsel.

James R. Ronca, Esquire

Richard K. Dandrea, Esquire
Eckert, Seamans, Cherin & Mellott, LLC
600 Grant Street, 44th Floor
USX Tower
Pittsburgh, PA  15219

Steven E. Derringer, Esquire
Bartlit Beck
54 West Hubbard Place, Ste. 300
Chicago, IL  60610

Eugene A. Schoon, Esquire
Sidley Austin, LLP
One South Dearborn
Chicago, IL 60603

Patricia E. Lowry, Esquire
Squire, Sanders & Dempsey, LLP
1900 Phillips Point West
777 S. Flagler Dr.
West Palm Beach, FL 33401-6198