FILED BY _____ D.C.

JUN 3 0 2009

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

IN RE TRASYLOL PRODUCTS LIABILITY
LITIGATION – MDL-1928

THIS DOCUMENT RELATES TO:
MCCRORY ET AL V. BAYER CORPORATION, ET AL
Cause No. 08-cv-80388

## PLAINTIFFS', RHONDA MCCRORY AND DWIGHT MCCRORY, WRITTEN STATEMENT OF INITIAL DISCLOSURE

Plaintiffs, Rhonda and Dwight McCrory, pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, and without waiving any claim of attorney-client privilege, or work product protection makes the disclosures contained herein. Plaintiffs expressly reserve the right to supplement these disclosures and to introduce additional information in connection with any motion, hearing or trial as discovery proceeds.

A.  **Rule 26(a)(1)(A) Disclosure**

**Provide the name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information.**

**RESPONSE**

Plaintiffs identify the following persons as likely to have discoverable information:

1.  Rhonda McCrory

2.  Dwight McCrory

3.  Elizabeth Odom

4.  Tabitha McAdams

5. Johnnie McCrory

6. Pam McClendon

7. James Earl Sessums

8. Dr. Murphy Martin
   381 Medical Drive
   Jackson, MS 39216

9. Dr. Charles Laney
   381 Medical Drive
   Jackson, MS 39216

10. Dr. Gerhard Mundinger
    501 Marshall Street
    Jackson, MS 39202

11. Rebecca Lee Wiggs, Esquire
    400 East Capitol Street
    Jackson, MS 39201

12. Bill Burford
    CVS - Clinical Pharmacy
    969 Lakeland Drive
    Jackson, MS 39216

13. Jerrold Levy, M.D.
    Emory University Hospital
    1364 Clifton Road, NE
    Atlanta, GA 30322
    404-778-3934

14. John H. Lemmer, Jr., M.D.
    The Oregon Clinic
    2222 North West Lovejoy Street Suite 315
    Portland, OR 97210
    503-226-6321

15. Steven E. Hill, M.D.
    Duke Univ. Medical Center
    DUMC 3094
    Durham, NC 27710
    919-681-6614

16. David Bull, M.D.
    University Of Utah Hospital
    50 N Medical Dr
    Salt Lake City, UT 84132
    801-581-5311

17. David A. Stump, PhD
    Dept. of Cardiothoracic Anesthesia
    Wake Forest-Baptist Medical Center
    Winston Salem, NC 27157
    336-716-7194

18. Robert S. Poston, M.D.
    Boston Medical Center
    Robinson 402 88 E. Newton St.
    Boston, MA  02118
    617-638-7350

19. Peter K. Smith, M.D.
    Duke Univ. Medical Center
    DUMC 3442
    Durham, NC 27710
    919-684-2890

19. David Royston, M.D.
    Department of Anaesthetics Harefield
    Middlesex UB9 6JH
    United Kingdom
    44-1-895-828-946

20. Dr. Stewart Horseley
    501 Marshall Street
    Jackson, MS 39202

21. Dr. Robert Lee
    1850 Chadwick Drive
    Jackson, MS 39204

22. Dr. Ronald Kennedy
    971 Lakeland Drive
    Jackson, MS 39216

23. Alexander Walker
    Department of Epidemiology
    677 Huntingdon Avenue
    Kresge Building, Room 908B
    Boston, MA 02115
    617-432-4565

24. Dr. David C. Kress
    Midwest Heart Surgery Institute, Ltd.
    St. Luke's Medical Center Building
    2901 W. Kinnickinnic River Parkway, Suite 511
    Milwaukee, WI 53215
    414-649-3780

25. Seretha Waters
    123 Tomahawk Trail
    Pearl, MS 39208

26. Jefferson Allen Fletcher, MD
    970 Lakeland Dr.
    Jackson, MS

27. James Sadler
    Samuel Ray
    Bayer Sales Representatives

28. Stanley Horton
    Current/Former Bayer Corporation Employee

29. Meredith Fischer
    Current/Former Bayer Corporation Employee

30. Allen Heller
    Current/Former Bayer Corporation Employee

31. Edward Sypniewski
    Current/Former Bayer Corporation Employee

32. Valentine Pascale
    Current/Former Bayer Corporation Employee

33. Thomas Chin
    Current/Former Bayer Corporation Employee

34. Valerie Pierpont
    Current/Former Bayer Corporation Employee

35. Denise Neal
    Current/Former Bayer Corporation Employee

36. Margaret Foley
    Current/Former Bayer Corporation Employee

37. John Lettieri
    Current/Former Bayer Corporation Employee

38. Robert Harrison
    Current/Former Bayer Corporation Employee

39. Pam Cyrus
    Current/Former Bayer Corporation Employee

40. William Shank
    Current/Former Bayer Corporation Employee

41. Marc Jensen
    Current/Former Bayer Corporation Employee

42. Karen Denton
    Current/Former Bayer Corporation Employee

43. Felix Monteagudo
    Current/Former Bayer Corporation Employee

44. Ed Tucker
    Current/Former Bayer Corporation Employee

45. Anita Shah
    Current/Former Bayer Corporation Employee

46. Joseph Scheeren
    Current/Former Bayer Corporation Employee

47. Michael Rozycki
    Current/Former Bayer Corporation Employee

48. Jennifer Maurer
    Current/Former Bayer Corporation Employee

49. Terry Taylor
    Current/Former Bayer Corporation Employee

50. Steven Zaruby
    Current/Former Bayer Corporation Employee

51. Paul McCarthy
    Current/Former Bayer Corporation Employee

52. Mitch Trujillo
    Current/Former Bayer Corporation Employee

53. Jeff Bova
    Current/Former Bayer Corporation Employee

54. Savaramakrishan Balakrishnan
    Current/Former Bayer Corporation Employee

55. Matt Skoronsky
    Current/Former Bayer Corporation Employee

56. Kuno Sprenger
    Current/Former Bayer Corporation Employee

57. Tomasz Dyszynski
    Current/Former Bayer Corporation Employee

58. Michael Devoy
    Current/Former Bayer Corporation Employee

59. Ernst Weidman
    Current/Former Bayer Corporation Employee

60. Max Wegner
    Current/Former Bayer Corporation Employee

61. Kemal Malik
    Current/Former Bayer Corporation Employee

62. Any other corporate representatives, persons most knowledgeable, persons with knowledge of relevant facts, employees or ex-employees of Bayer Corporation, which are known or will become known over the course of discovery.

63. Any corporate representatives, persons most knowledgeable, persons with knowledge of relevant facts, employees or ex-employees of Bayer, A.G., which are known or will become known over the course of discovery.

64. Any corporate representatives, persons most knowledgeable, persons with knowledge of relevant facts, employees or ex-employees of Bayer Healthcare Pharmaceuticals, Inc., which are known or will become known over the course of discovery.

65. Any physician, nurse, healthcare professional, or other person listed or identified in the medical records, discovery, and other documents provided by the Plaintiffs to the Defendants to date and throughout the remaining discovery period.

66. Any person identified in discovery by any other party. Plaintiffs anticipate that additional individuals with knowledge supporting Plaintiffs claims will be identified as discovery progresses. Since discovery is not completely, it is not reasonably possible for Plaintiffs to identify with specificity every individual "likely to have discoverable information;" however, the individuals Plaintiffs have identified are likely to have knowledge of such information. Plaintiffs are not implying that the individuals identified have "discoverable information;" rather, they are only "likely" to have such information. By providing the information above in good faith, Plaintiffs do not represent that the list identifies all individuals who may have "discoverable information" as contemplated pursuant to Rule 26(a)(1)(A); therefore, Plaintiffs reserve the right to supplement this response.

**B.    Rule 26(a)(1)(B) Disclosure**

> Provide a copy of, or a description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment.

7

**RESPONSE**

Plaintiffs, Rhonda and Dwight McCrory, state that they are in the process of gathering all medical records, and other documents, data compilations, and tangible things that will be used to support their claims or defenses. To date, Plaintiffs have gathered medical records from several providers who treated Elisha Sessums for various ailments. Plaintiffs have also completed the written discovery in the form of Plaintiff Fact Sheet. These records have already been forwarded to Defendants. Plaintiffs anticipate that additional documents, data compilations, and tangible things supporting Plaintiffs claims will be identified as discovery progresses. Since discovery is continuing, it is not reasonably possible for Plaintiffs to identify with specificity all other documents, data compilations, and tangible things, aside from medical records, which may contain information relevant to the facts alleged in the Complaint. Plaintiffs are not implying that the medical records identified have "discoverable information;" rather, they are the documents gathered to date in search of relevant information. Plaintiffs specifically reserve the right to supplement this response.

C.  **Rule 26(a)(1)(C) Disclosure**

> **Provide a computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.**

**RESPONSE**

Plaintiffs' medical records which set forth the injuries sustained are provided by plaintiffs. Generally, Plaintiffs are seeking the following categories of damages: Pain and suffering, mental anguish, medical expenses, punitive damages, and all other damages available under applicable law.

Plaintiffs reserve the right to supplement this response as discovery continues.

D. **Rule 26(a)(1)(D) Disclosure**

**Provide for inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.**

**RESPONSE**

Plaintiffs are not aware of any documents responsive to this request.

Respectfully submitted,

**ANAPOL, SCHWARTZ, WEISS, COHAN, FELDMAN & SMALLEY, P.C.**

By: _____
JAMES R. RONCA, ESQUIRE
MICHAEL C. SCHAFLE, ESQUIRE
Attorneys for Plaintiffs
1710 Spruce Street
Philadelphia, PA 19103
(215) 735-1130
jronca@anapolschwartz.com
mschafle@anapolschwartz.com

DATED: 6/26/09

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

IN RE TRASYLOL PRODUCTS LIABILITY
LITIGATION – MDL-1928

THIS DOCUMENT RELATES TO:
MCCRORY ET AL V. BAYER CORPORATION, ET AL
Cause No. 08-cv-80388

---

**CERTIFICATE OF SERVICE**

I, James R. Ronca, Esquire hereby certify that on the date noted below I caused a true and correct copy of the foregoing **Written Statement of Initial Disclosure** to be served via Federal Express upon the following:

Steven E. Derringer, Esquire
Bartlit, Beck, Herman, Palenchar & Scott, LLP
54 West Hubbard, Suite 300
Chicago, IL 60610

Eugene A. Schoon, Esquire
Sidley Austin, LLP
One South Dearborn
Chicago, IL 60603

Richard K. Dandrea, Esquire
Eckert, Seamans, Cherin & Mellott, LLC
600 Grant Street, 44th Floor
Pittsburgh, PA 15219

Susan Artinian, Esquire
Dykema Gossett, PLLC
400 Renaissance Center
Detroit, MI 48243

Patricia E. Lowry, Esquire
Squire, Sanders & Dempsey LLP
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198


**ANAPOL, SCHWARTZ, WEISS,
COHAN, FELDMAN & SMALLEY, P.C.**

BY: _____
JAMES R. RONCA, ESQUIRE
Attorney for Plaintiffs

DATED:    June 26, 2009