UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

IN RE TRASYLOL PRODUCTS LIABILITY
LITIGATION — MDL-1928

This Document Relates to All Actions

### PRETRIAL ORDER NO. ___ MODIFYING TRIAL SELECTION AND DAUBERT MOTION SCHEDULES

This Order applies to all Parties as defined in Pretrial Order No. 4 (May 22, 2008).

Pretrial Order No. 6 ("PTO 6") (Sept. 19, 2008), Pretrial Order No. 7 ("PTO 7") (Sept. 19, 2008), and Pretrial Order No. 13 ("PTO 13) (July 21, 2009) are amended as follows:

**A.** *Revised Schedule for Selection of Cases for Initial Trials.* Section V.A of PTO 6 and Section I.J of PTO 13 are modified to provide that on or before November 20, 2009, Plaintiffs and Defendants shall each select one case from the six (6) Initial Trial Pool cases as their respective choices for the two initial trials, and advise each other of their selections. The hearing to consider the views of the parties concerning the selection of the two cases for the initial trials is vacated.

**B.** *Revised Schedule for Defendants' Daubert Motions.* Section V.B of PTO 6, Section II of PTO 7, including exhibit B thereto, and Section I.K.i of PTO 13 are modified to provide that defendants' *Daubert* motions directed to plaintiffs' expert witnesses in the two cases selected pursuant to section A above, shall be filed and served by **December 18, 2009**; responses to those *Daubert* motions shall be filed and served by **January 19, 2010**, and any replies in

support of those *Daubert* motions shall be filed and served by **February 1, 2010**.

DONE AND ORDERED in Chambers at West Palm Beach, Florida, this _____ day of _____, 2009.

_____
DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE