IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

IN RE TRASYLOL PRODUCTS LIABILITY
LITIGATION – MDL-1928

This Document Relates to:

*Naguib Bechara and Nabila Saad,*
*Individually and as next friend of Justin*
*Bechara, a Minor*

v.

*Bayer, A.G., et al*

Cause No. 08-80776-Civ-Middlebrooks/Johnson

## PLAINTIFFS' RULE 26(a)(3)(A)(i) THIRD AMENDED FACT WITNESS DISCLOSURE

Plaintiffs in the above styled and number cause of action file this their Rule 26(a)(3)(A)(i) Third Amended Designation of Fact Witnesses.

/s/
Michael T. Gallagher
U.S. District Court Admission #5395
THE GALLAGHER LAW FIRM
2905 Sackett Street
Houston, Texas 77098
(713) 222-8080
(713) 222-0066 (fax)

**COUNSEL FOR PLAINTIFFS**

/s/_____
Joseph A. Osborne
Bar Admission #880043
BABBITT JOHNSON OSBORNE &
   LECLAINCHE, P.A.
1641 Worthington Blvd., Suite 100
West Palm Beach, FL 33406
(561) 684-2500
(561) 684-6308 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of November, 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List by either via transmission of Notices Electronic Filing generated by CM/ECF or in some other authorized manner for those parties who are not authorized to receive Notices of Filing electronically.

/s/_____
Joseph A. Osborne

# I.
## WITNESSES PLAINTIFFS EXPECT TO CALL TO TESTIFY AT THE TRIAL OF THIS MATTER

Naguib Bechara
7691 E. Camino Tampico
Anaheim, CA 92808

Nabila Saad
7691 E. Camino Tampico
Anaheim, CA 92808

Thomas Pfeffer, M.D.
Kaiser Permanente
Los Angeles Medical Center
4867 Sunset Blvd.
Los Angeles, CA 90027

# II.
## WITNESSES PLAINTIFFS MAY CALL TO TESTIFY IF THE NEED ARISES

Justin Bechara
7691 E. Camino Tampico
Anaheim, CA 92808

Harold Miller
Miller's Fab.
1130 N. Kraemer
Anaheim, CA 92806

Shailesh Patel, M.D.
22550 Savi Ranch Parkway
Yorba Linda, CA 92887

Herrada Baudelio, M.D.
Dr. Kujubu
Los Angeles Medical Center
4867 Sunset Blvd.
Los Angeles, CA 90027

Justin Lee, M.D.
and/or Custodian of Records
Kaiser Permanente
441 N. Lakeview Avenue
Anaheim, CA 92807

Fresenuis Medical Care a/k/a FMC North America Dialysis Center
and/or Custodian of Medical Records
FMC North America Dialysis Center
2020 East First Street
Suite 110
Santa Ana, CA 92704

Kenneth Whittaker, M.D.
Kaiser Permanente
441 N. Lakeview Avenue
Anaheim, CA 92807

Satinder Sidhu, M.D.
Kaiser Permanente
441 N. Lakeview Avenue
Anaheim, CA 92807

Kenneth Whittaker, M.D.
Kaiser Permanente
441 N. Lakeview Avenue
Anaheim, CA 92807

Henry Ives
and/or Custodian of Records
Steel Detailing Corp.
Fullerton, CA

John Reed
and/or Custodian of Records
Builders Steel
Riverside, CA

Delta Steel
and/or Custodian of Records
Anaheim, CA

Ronald DiDonato
and/or Custodian of Records
Superior Metal Fab. Inc.
Riverside, CA

Timothy Ho, M.D.
and/or Custodian of Records
Kaiser Permanente
Lakeview Medical Center
Lakeview Street
Anaheim, CA

Sant George, M.D.
and/or Custodian of Records
Kaiser Permanente
441 N. Lakeview Avenue
Anaheim, CA 92807
(May now be located at Kaiser in La Palma, CA)

Alec Doce, M.D.
and/or Custodian of Records
Kaiser Permanente
Anaheim Hills, CA

Kaiser Permanente
and/or Custodian of Records
441 N. Lakeview Avenue
Anaheim, CA 92807

Kaiser Permanente Medical Center
and/or Custodian of Records
1510 North Edgemont Street
Los Angeles, CA 90027

West Anaheim Medical Center
and/or Custodian of Records
3033 West Orange Avenue
Anaheim, CA 92804

Kaiser Permanente Pavillion
and/or Custodian of Records
4201 W Chapman Ave\
Orange, CA

Kaiser Pharmacy
and/or Custodian of Records
Los Angeles Medical Center
4867 Sunset Blvd.
Los Angeles, CA 90027

Kaiser Pharmacy
and/or Custodian of Records
Yorba Linda, CA

Frank Newman, M.D.
and/or Custodian of Records
Kaiser Permanente
441 N. Lakeview Avenue
Anaheim, CA 92807

Dr. Boulos
and/or Custodian of Records
Kaiser Permanente
1900 E 4th St
Santa Anna, CA

Dr. Chang
and/or Custodian of Records
Kaiser Permanente
5 Centerpointe Dr.
La Palma, CA

Eugene Pantagco, M.D.
Kaiser Permanente
Los Angeles Medical Center
4867 Sunset Blvd.
Los Angeles, CA 90027

Stephen Bartz, M.D.
Kaiser Permanente
Los Angeles Medical Center
4867 Sunset Blvd.
Los Angeles, CA 90027

Osvaldo Rodriquez, M.D.
Kaiser Permanente
Los Angeles Medical Center
4867 Sunset Blvd.
Los Angeles, CA 90027

C. Floegel, M.D.
Kaiser Permanente
Los Angeles Medical Center
4867 Sunset Blvd.
Los Angeles, CA 90027

R. Viebahn, Perfusionist
Kaiser Permanente
Los Angeles Medical Center
4867 Sunset Blvd.
Los Angeles, CA 90027

Social Security Disability
Custodian of Business Records
101 Chesepeake Blvd., Suite A
Elkton, MD 21921
(800) 772-1213
Despotis, George
George Washington University
3rd Floor, Rand Johnson
St. Louis, MO
(314) 362-6586

Kincaid, Edward H
Wake Forest Medical Center, Department of Cardiothoracic Surgery
Medical Center Blvd
Winston Salem, NC 27157
(336) 716-4359

D'Agostino, Ralph
Department of Public Health Sciences
Wake Forest University School of Medicine
Medical Center Blvd.
Winston-Salem, North Carolina 27157
(336) 716-9410

Ferraris, Victor
740 S. Limestone Avenue
A-301
Lexington, KY 40536-0200
(859)323-6494

Fleming, Thomas
Box 357232
1959 NE Pacific Street
Seattle, WA 98195
(206)543-8026

Friedman, Richard
2270 Ashley Crossing Dr Ste 110
Charleston Orthopedic Associates
Charleston, SC 29414
(843) 769-2000

Hannon, Timothy
Strategic Healthcare Group LLC
9765 Randall Drive, Suite D
Indianapolis, IN 46280
(317) 575-9301

Hess, Phillip
1600 South West Archer Road
Gainesville, FL 32610
(800) 749-7424

Hill, Steven
3439 Hosp. North
Durham, NC 27710

Hogue, Charles
Tower 711 Anesthesiology/CCM600
North Wolfe Street
Baltimore, MD 21287

Lyden, Patrick
Perlman Ambulatory Care Center
9350 Campus Point Drive
La Jolla, CA 92037
(858) 657-8540

Makuch, Robert
Yale University
School of Public Health
60 College St.
New Haven, CT 06510-3210
(203) 785-2842

Mangano, Dennis
address and phone number will be supplemented.

McCann, Peter
10 Union Square East, 3M
New York NY 10003
(212) 844-6735

Meldrum, Daniel
545 Barnhill Drive Suite EH215
Indianapolis, IN 46202
(317) 313-5217

Walker, Alex
address and phone number will be supplemented.

Plaintiffs also designate the custodians of records of all medical providers who may testify, by way of Affidavit and/or deposition testimony, regarding authenticity, admissibility and reasonableness and necessity of medical charges.

Any and all fact witnesses designated by any party herein.

Current and former employees of the FDA which were involved with the drug Trasylol.

All witnesses deposed in the Trasylol Multi District Litigation.

All witnesses deposed by time of trial by any party.

All Bayer Sales Representative(s) who called on Plaintiff's treating physician.

## III.
## BAYER WITNESSES

The addresses and phone numbers of the individuals listed below are presumed to be in the possession of Bayer since they are employees or past employees of Bayer.

Keith R. Abrams
Savaramakrishan Balakrishnan
Jeff Bova
Thomas H. Chin, Pharma D
Pamela Cyrus, M.D.
Karen Denton
Michael Devoy
Tomasz Dyszynski
Rienhart Fesharek
Meredith Fischer
Margaret Foley
Robert J. Harrison
Allen Heller
Stanley Horton, Pharma D
Marc Neil Jense
John Lettieri
Eugene Paul MacCarthy, M.D.
Kemal Malik
Jennifer A. Maurer, R.Ph, Ph.D.
Felix S. Montegudo, M.D. Ph.D
Denise D. Neal
Valentine John Pascale
Valerie Pierpont
Michael Rozycki, Ph.D.
Joseph Scheeren
Matt Skoronsky
William R. Shank
Anita Shaw, Ph.D.
Kuno Sprenger
Edward Sypneiwski
Terry Taylor, M.D.
Mitchel Trujullo
Edwin Jonathan Tucker, M.D.
Ernst Weidman
Max Wegner
Franz Wingen
Stephen Zaruby

**SERVICE LIST**
**In re Trasylol Products Liability Litigation – MDL-1928**
**Case No. 08-MD-1928-MIDDLEBROOKS/JOHNSON**
**United States District Court**
**Southern District of Florida**

James R. Ronca
Email: jronca@anapolschwartz.com
**ANAPOL, SCHWARTZ, WEISS, COHAN, FELDMAN & SMALLEY, P.C.**
1710 Spruce Street
Philadelphia, PA 19103
Telephone: 215-735-1130
Facsimile: 215-875-7758
*Plaintiffs' Steering Committee/Co-Lead Counsel*

Scott Love
Email: slove@triallawfirm.com
**CLARK, DEAN & BURNETT, G.P.**
440 Lousiana, Suite 1600
Houston, TX 77002
Telephone: 713-757-1400
Facsimile: 713-757-1219
*Plaintiffs' Steering Committee/Co-Lead Counsel*

Theodore Babbitt
Email: tedbabbitt@babbitt-johnson.com
Joseph A. Osborne
Email: JAOsborne@babbitt-johnson.com
**BABBITT JOHNSON OSBORNE & LECLAINCHE, P.A.**
1641 Worthington Blvd., Suite 100
West Palm Beach, FL 33409
Telephone: 561-684-2500
Facsimile: 561-684-6308
*Liaison Counsel for Plaintiffs and Plaintiffs' Steering Committee*

Brian H. Barr
Email: bbarr@levinlaw.com
**LEVIN PAPANTONIO THOMAS MITCHELL ECHSNER & PROCTOR PA**
316 S. Baylen St., Suite 600
Pensacola, FL 32502
Telephone: 850-435-7000
Facsimile: 850-435-7020
*Plaintiffs' Steering Committee*

Doug Monsour
Email: doug@monsourlawfirm.com
**THE MONSOUR LAW FIRM**
P.O. Box 4209
Longview, TX 75606
Telephone: 903-758-5757
Facsimile: 903-230-5010
*Plaintiffs' Steering Committee*

Marc Jay Bern
Email: mjbern@napolibern.com
**NAPOLI BERN RI[PKA LLP**
115 Broadway, 12th Floor
New Nyork, NY 10006
Telephone: 212-267-34700
Facsimile: 212-587-0031
*Plaintiffs' Steering Committee*

Ernest Cory
Email: ecory@cwcd.com
**CORY WATSON CROWDER & DEGARIS**
2131 Magnolia Ave.
Birmingham, AL 35205
Telephone: 205-328-2200
Facsimile: 205-324-7896
*Plaintiffs' Steering Committee*

Fred Thompson
Email: fthompson@motleyrice.com
**MOTLEY RICE LLC**
P.O. Box 1792
Mt. Pleasant, SC 29405
Telephone: 843-316-9000
Facsimile: 843-216-9440
*Plaintiffs' Steering Committee*

Joseph P. Danis
Email: jdanis@careydanis.com
**CAREY AND DANIS, LLC**
8235 Forsyth Blvd., Suite 1100
St. Louis, MO 63105
Telephone: 314-725-7700
Facsimile: 314-721-0905
*Plaintiff Steering Committee*

Neil D. Overholtz
Email: noverholtz@awkolaw.com
**ALYSTOCK, WITKIN, KREIS
    & OVERHOLTZ, PLLC**
803 North Palafox Street
Pensacola, FL 32501
Telephone: 850-916-7450
Facsimile: 850-916-7449
*Plaintiffs' Steering Committee*

David Matthews
Email: dmatthews@thematthewslawfirm.com
**MATTHEWS & ASSOCIATES**
2905 Sackett Street
Houston, TX 77098
Telephone: 713-222-8080
Facsimile: 713-535-7184
*Plaintiffs' Steering Committee*

George M. Fleming
Email: george_fleming@fleming-law.com
**FLEMING & ASSOCIATES, L.L.P.**
1330 Post Oak Blvd., Suite 3030
Houston, Texas 77056
Telephone: 713-621-7944
Facsimile: 713-621-9638
*Plaintiff Steering Committee*

Neal Moskow
Email: neal@urymoskow.com
**URY & MOSKOW, LLC**
883 Black Rock Turnpike
Fairfield, CT 06825
Telephone: 203-610-6393
Facsimile: 203-610-6399
*Plaintiff Steering Committee/*
*Federal-State Liaison*

Richard K. Dandrea, Esq.
Email: rdandrea@eckertseamans.com
**ECKERT SEAMANS CHERIN & MELLOTT, LLC**
U.S. Steel Tower
600 Grant Street, 44th Floor
Pittsburgh, PA 15219
Telephone: 412-566-6000
Facsimile: 412-566-6099
*Defendants Co-Lead Counsel and*
*Attorney for Defendants Bayer Corporation,*
*Bayer Healthcare Pharmaceuticals, Inc., Bayer*
*Healthcare LLC, Bayer AG, and Bayer*
*Healthcare AG*

Eugene A. Schoon
Email: eschoon@sidley.com
**SIDLEY AUSTIN LLP**
One South Dearborn
Chicago, IL 60603
Telephone: 312-853-7000
Facsimile: 312-853-7036
*Defendants Co-Lead Counsel and*
*Attorney for Defendants Bayer Corporation,*
*Bayer Healthcare Pharmaceuticals, Inc., Bayer*
*Healthcare LLC, Bayer AG, and Bayer*
*Healthcare AG*

Philip S. Beck
Email: philip.beck@bartlit-beck.com
Steven E. Derringer
Email: steven.derringer@bartlit-beck.com
Shayna Cook
Email: shayna.cook@bartlit-beck.com
**BARTLIT BECK HERMAN PALENCHAR**
**& SCOTT LLP**
54 West Hubbard, Suite 300
Chicago, IL 60610
Telephone: 312-494-4400
Facsimile: 312-494-4440
*Defendants Co-Lead Counsel and*
*Attorney for Defendants Bayer Corporation,*
*Bayer Healthcare Pharmaceuticals, Inc., Bayer*
*Healthcare LLC, Bayer AG, and Bayer*
*Healthcare AG*

Susan Artinian
Email: sartinian@dykema.com
**DYKEMA GOSSETT PLLC**
400 Renaissance Center
Detroit, MI 48243
Telephone: 313-568-6800
Facsimile: 313/568-6658
*Defendants Co-Lead Counsel and*
*Attorney for Defendants Bayer Corporation,*
*Bayer Healthcare Pharmaceuticals, Inc., Bayer*
*Healthcare LLC, Bayer AG, and Bayer*
*Healthcare AG*

Patricia E. Lowry
Email: plowry@ssd.com
Barbara Bolton Litten
Email: blitten@ssd.com
**SQUIRE, SANDERS & DEMPSEY, L.L.P.**
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198
Telephone: 561-650-7200
Facsimile: 561-655-1509
*Liaison Counsel for Defendants and Attorney for Defendants Bayer Corporation, Bayer Healthcare Pharmaceuticals, Inc., Bayer Healthcare LLC, Bayer AG, and Bayer Healthcare AG*

Daniel G. Wyllie
Email: dwyllie@dykema.com
**DYKEMA GOSSETT, PLLC**
400 Renaissance Center
Detroit, MI 48243
Telephone: 313-568-6595
Facsimile: 313-568-6658
*Defendants Co-Lead Counsel and Attorney for Defendants Bayer Corporation, Bayer Healthcare Pharmaceuticals, Inc., Bayer Healthcare LLC, Bayer AG, and Bayer Healthcare AG*

Alan G. Schwartz
Email: aschwartz@wiggin.com
Wiggin and Dana LLP
One Century Tower
1.P.O. Box 1832
New Haven, CT 06508-1832
Telephone: 203-498-4400
Facsimile: 203-782-2889
*Defendants Co-Lead Counsel and Attorney for Defendants Bayer Corporation, Bayer Healthcare Pharmaceuticals, Inc., Bayer Healthcare LLC, Bayer AG, and Bayer Healthcare AG*