IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

IN RE TRASYLOL PRODUCTS LIABILITY
LITIGATION – MDL-1928

This Document Relates to:  **CLASS CASES**

*Southeast Laborers Health & Welfare Fund*
*v.*
*Bayer Corp.*
Case No.  9:08-cv-80873-DMM

# REQUEST FOR JUDICIAL NOTICE

Pursuant to Fed. R. Evid. 201 and Fed. R. Civ. P. 12(b)(6), Defendants Bayer Corporation, Bayer Healthcare Pharmaceuticals, Inc., Bayer Healthcare, A.G., and Bayer Healthcare, LLC respectfully request that the Court take judicial notice of the following document, attached as Exhibit A, in connection with their Motion to Dismiss:

Exhibit A:   News Release, Food and Drug Administration, FDA Requests Marketing Suspension of Trasylol (Nov. 7, 2007), http://www.fda.gov/NewsEvents/Newsroom/PressAnnouncements/2007/ucm109021.htm (last accessed Nov. 10, 2009).

## AUTHORITIES SUPPORTING JUDICIAL NOTICE

Rule 201(b) provides that "[a] judicially noticed fact must be one not subject to reasonable dispute in that it is … (2) capable of accurate and ready determination by resort to sources whose accuracy cannot be reasonably questioned."  Rule 201(d) provides further that "[a] court shall take judicial notice if requested by a party and supplied with the necessary information."

Courts routinely consider, in connection with a motion to dismiss, documents of unquestioned authenticity that are relied on or integral to a complaint, even when those

documents are not appended to the complaint. *See, e.g., Fin. Sec. Assur., Inc. v. Stephens, Inc.*, 500 F. 3d 1276, 1284-5 (11th Cir. 2007) (insurance policy appended to defendant's motion to dismiss considered part of the pleadings, where plaintiff's complaint "relies on the effect of the policy … though it does not quote from the policy or discuss its specific provisions"); *Harris v. Ivax Corp.*, 182 F.3d 799, 802, n.2 (11th Cir. 1999) (press release appended to motion to dismiss properly considered under Fed. R. Civ. P. 12(b)(6) even though not attached to complaint).

Courts routinely take judicial notice of press releases such as Exhibit A under Rule 201(b).  *See, e.g.*, *Buckley v. DIRECTV, Inc.*, 276 F. Supp. 2d 1271, 1275 (N.D. Ga. 2003) (taking judicial notice of press release from the Department of Justice); *In re Towne Services, Inc. Sec. Litig.*, 184 F. Supp. 2d 1308, 1312-13 (N.D. Ga. 2001) (taking judicial notice of press releases); *Matthews v. Donald*, 2007 WL 2593086, at *1-2 (N.D. Ga. Sept. 4, 2007) (taking judicial notice of FDA press release); *Wright v. Henderson*, 2007 WL 2484317, at *2 (N.D. Ga. Aug. 28, 2007) (taking judicial notice of FDA press release); *Capese v. The Depository Trust & Clearing Corp.*, 2005 WL 4050118, at *5 (S.D. Fla. Oct. 11, 2005) (taking judicial notice of SEC release and website information and stating that they " are records or reports of a governmental agency, which satisfy the second prong of Rule 201(b)"); *see also McLoughlin v. People's United Bank, Inc.*, 586 F. Supp. 2d 70, 73 (D. Conn. 2008) ("[t]he Court may take judicial notice of the press releases of government agencies"); *In re Zyprexa Products Liab. Litig.*, 549 F. Supp. 2d 496, 500-01 (E.D.N.Y. 2008) (stating that court can take judicial notice of "[p]ublic documents issued by government agencies such as the Food and Drug Administration").

This rule applies with even greater force where, as here, the complaint affirmatively depends on the information contained in the press release. *See, e.g.*, *Harris v. Ivax Corp.*, 182 F.3d 799, 802, n.2 (11th Cir. 1999); *see also In re NAHC, Inc. Sec. Litig.*, 306 F.3d 1314, 1331

(3d Cir. 2002) (taking judicial notice of press release that was cited in complaint); *In re Blue Rhino Corp. Sec. Litig.*, 2004 WL 5681763, at *1 (C.D. Cal. Oct. 7, 2004) (taking judicial notice of press release on Rule 12(b)(6) motion that was quoted in part in amended complaint and stating that "a court ruling on a motion to dismiss may consider the full texts of documents which the complaint quotes only in part") (internal citations omitted); *Myers-Armstrong v. Actavis Totowa, LLC*, 2009 WL 1082026, at *5 (N.D. Cal. Apr. 22, 2009) (taking judicial notice of drug company's FDA-approved press release that was relied upon in the complaint).

For the foregoing reasons, Defendants respectfully request that the Court grant their Request for Judicial Notice.

Dated:  November 12, 2009  Respectfully submitted,

/s/  Barbara Bolton Litten
Patricia E. Lowry (Florida Bar No. 332569)
Email: plowry@ssd.com
Barbara Bolton Litten (Florida Bar No. 91642)
Email: blitten@ssd.com
**SQUIRE, SANDERS & DEMPSEY L.L.P.**
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198
Telephone:  561-650-7120
Facsimile:   561-655-1509

Eugene A. Schoon
Email: eschoon@sidley.com
Catherine Valerio Barrad
Email: cbarrad@sidley.com
**SIDLEY AUSTIN  LLP**
One South Dearborn
Chicago, IL  60603
Telephone:  312-853-7000
Facsimile:   312-853-7036

*Attorneys for Bayer Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 12, 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pre se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those parties who are not authorized to receive Notices of Filing electronically.

*Barbara Bolton Litten*
Barbara Bolton Litten

**SERVICE LIST**

**In re Trasylol Products Liability Litigation – MDL-1928**
**Case No. 08-MD-1928-MIDDLEBROOKS/JOHNSON**

James R. Ronca
Email:  jronca@anapolschwartz.com
**ANAPOL, SCHWARTZ, WEISS, COHAN,
    FELDMAN & SMALLEY, P.C.**
1710 Spruce Street
Philadelphia, PA 19103
Telephone:  215-735-1130
Facsimile:  215-875-7758
*Co-Lead Counsel for Plaintiffs*

Theodore Babbitt
Email:  tedbabbitt@babbitt-johnson.com
**BABBITT JOHNSON OSBORNE
    & LECLAINCHE, P.A**.
1641 Worthington Road, Suite 100
West Palm Beach, Florida 33409
Telephone:  561-684-2500
Facsimile:  561-684-6308
*Liaison Counsel for Plaintiffs*

Patricia E. Lowry
Florida Bar No. 332569
Email:  plowry@ssd.com
**SQUIRE, SANDERS & DEMPSEY L.L.P.**
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL  33401-6198
Telephone:  561-650-7200
Facsimile:  561-655-1509
*Liaison Counsel for Defendants*

Scott A. Love
Email:  slove@triallawfirm.com
**CLARK, DEAN & BURNETT, G.P.**
Lyric Center
440 Louisiana Street, Suite 1600
Houston, TX  77002
Telephone:  713-759-1400
Facsimile:  713-759-1217
*Plaintiffs' Steering Committee/Co-Lead Counsel*

Neal Moskow
Email:  neal@urymoskow.com
**URY & MOSKOW, LLC**
883 Black Rock Turnpike
Fairfield, CT 06825
Telephone:  203-610-6393
Facsimile:  203-610-6399
*Federal-State Liaison for Plaintiffs*

Joe R. Whatley, Jr.
Email:  jwhatley@wdklaw.com

Edith M. Kallas, Esq.
Email: ekallas@wdklaw.com
W. Tucker Brown, Esq.
Email:  tbrown@wdklaw.com
**WHATLEY DRAKE & KALLAS**
1540 Broadway, 37th Floor
New York, NY  10036
Telephone:  212-447-7011
Facsimile:  212-447-7077
*Attorneys for Plaintiffs*

5

Steven J. Kherkher, Esq.
Email: skherkher@williamskherkher.com
John T. Boundas, Esq.
Email:  jboundas@williamskherkher.com
G. Erick Rosemond, Esq.
Email: erosemond@williamskherkher.com
E. Armistead (Armi) Easterby
Email:  aeasterby@williamskherkher.com
**WILLIAMS KHERKHER HART BOUNDAS, LLC**
8441 Gulf Freeway, Suite 600
Houston, TX  77017
Telephone:  713-230-2308
Facsimile:  713-643-6226
*Attorneys for Plaintiffs*

James G. Stranch III, Esq.
Email: jgs@branstetterlaw.com
J. Gerard Stranch, IV, Esq.
Email: gstranch@branstetterlaw.com
Joe P. Leniski, Esq.
Email: jleniski@branstetter.com
Randall C. Ferguson, Esq.
Email: rcf@branstetter.com
**BRANSTETTER STRANCH AND JENNINGS, PLLC**
227 Second Ave., North, 4th Floor
Nashville, TN  37201
Telephone:  615-254-8801
Facsimile:  615-250-3937
*Attorneys for Plaintiffs*

William Charles Wright, Esq.
Email: willwright@wrightlawoffice.com
**WILLIAMS C. WRIGHT, P.A.**
319 Clematis Street, Suite 109
West Palm Beach, FL  33401
Telephone:  561-514-0904
Facsimile:  561-514-0905
*Attorneys for Plaintiffs*

# **EXHIBIT A**

Case 1:08-md-01928-DMM   Document 2687-1   Entered on FLSD Docket 11/12/2009   Page 7 of 9

**EXHIBIT A**

# News & Events

## FDA NEWS RELEASE

**FOR IMMEDIATE RELEASE**
November 5, 2007

**Media Inquiries:**
Peper Long, 301-827-6242
**Consumer Inquiries:**
888-INFO-FDA

### FDA Requests Marketing Suspension of Trasylol

The U.S. Food and Drug Administration (FDA) today announced that, at the agency's request, Bayer Pharmaceuticals Corp. has agreed to a marketing suspension of Trasylol, a drug used to control bleeding during heart surgery, pending detailed review of preliminary results from a Canadian study that suggested an increased risk for death.

FDA requested the suspension in the interest of patient safety based on the serious nature of the outcomes suggested in the preliminary data. FDA has not yet received full study data but expects to act quickly with Bayer, the study's researchers at the Ottawa Health Research Institute, and other regulatory agencies to undertake a thorough analysis of data to better understand the risks and benefits of Trasylol.

There are not many treatment options for patients at risk for excessive bleeding during cardiac surgery. Thus, FDA is working with Bayer to phase Trasylol out of the marketplace in a way that does not cause shortages of other drugs used for this purpose.

Until FDA can review the data from the terminated study it is not possible to determine and identify a population of patients undergoing cardiac surgery for which the benefits of Trasylol outweigh the risks. Understanding that individual doctors may identify specific cases where benefit outweighs risk, FDA is committed to exploring ways for those doctors to have continued, limited access to Trasylol.

Two weeks ago, FDA was notified that researchers with the Ottawa Health Institute stopped a study on Trasylol because the drug appeared to increase the risk for death compared to two other antifibrinolytic drugs used in the study. Antifibrinolytic drugs help slow the breakdown of blood clots and subsequent excessive bleeding. The preliminary data from this terminated study also suggested that fewer patients receiving the drug experienced serious bleeding events.

On Oct. 26, FDA issued an Early Communication about an Ongoing Safety Review of Trasylol in response to the Canadian study's termination. In 2006, FDA revised the labeling for Trasylol to strengthen its safety warning and limit its approved

usage to patients at an increased risk for blood loss and blood transfusion during coronary bypass graft surgery.

\#

RSS Feed for FDA News Releases [what is RSS?]