# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

No. 08-MD-1928-MIDDLEBROOKS

IN RE: TRASYLOL PRODUCTS
LIABILITY LITIGATION

This document applies to:
  ALL CASES

## NOTICE OF HEARINGS

THIS CAUSE comes before the Court *sua sponte*. The Court previously scheduled periodic status conferences to promote prompt and efficient resolution of these MDL cases. All such previously set conferences have occurred. Accordingly, it is

ORDERED and ADJUDGED that the Parties shall appear for hearings as follows:

1.      Wednesday, December 2, 2009 at 2:00 p.m.

2.      Wednesday, January 6, 2010 at 2:00 p.m.

3.      Wednesday, February 10, 2010 at 2:00 p.m.

Please take note that all conferences are scheduled to begin at 2:00 p.m. EST, but that such times are subject to change. As before, each conference will be held in Courtroom number 7 of the Paul G. Rogers Federal Building at 701 Clematis Street, West Palm Beach, and any Party/Counsel desiring to attend the scheduled status conference telephonically shall:

1.      **Email Sylvia Wenger at <u>sylvia_wenger@flsd.uscourts.gov</u> on the Friday before the scheduled conference (five days before the hearing date)[1];**

2.      **Identify the subject heading of such email shall as "Request for Telephonic Appearance - 08-MD-1928;" and**

---

[1] The Court notes that the Friday before the December 2, 2009 date is the Friday after Thanksgiving, and so, the Parties may file their requests to attend telephonically on Wednesday, November 25, 2009.

3. **Clearly indicate within the _body of each email shall indicate clearly the name of the attorney(s) wishing to attend the status conference, and a contact phone number for such attorney(s).**

On the day before the scheduled conference, the Court shall forward call-in instructions to those attorneys whom **have properly and timely registered**. The Court will deny any request to attend telephonically which does not strictly adhere to these guidelines. It is further,

ORDERED and ADJUDGED that at least one week prior to each scheduled status conference, Counsel for the Defense and Counsel for Plaintiff shall confer and file a joint proposed agenda. To the extent that there are items which are of concern to either the Plaintiffs or the Defendants, but not to both, such items shall be listed for the Court's consideration as proposals for addition to the Agenda.

Note: Should the Parties find that an approaching status conference is unnecessary, or that there is a need for an expedited conference, they shall notify the Court as soon as practicable, and the conference schedule shall be adjusted accordingly.

DONE and ORDERED in Chambers, at West Palm Beach, Florida this 12th day of November, 2009.

_____
DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to all counsel of record