UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

IN RE TRASYLOL PRODUCTS LIABILITY
LITIGATION – MDL- 1928

THIS DOCUMENT RELATES TO:

CARUSO, et al v. BAYER CORP., et al
Case No. 08-80639



FILED by _____ D.C.

NOV 1 6 2009

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## PLAINTIFF'S DISCLOSURE OF FACT WITNESSES

In accordance with the Orders of the Court and Fed. R. C v. Pro. 26(a)(3)(A)(i), Plaintiff ROSEANNE CARUSO, on behalf of the Estate of EVELYN SAVENELLI, in the above-referenced causes of action, hereby identifies fact witnesses that she expects to call/may call at trial (in person or via preserved testimony) as follows:

I.  The following individuals are present or past employees of one or more of the Defendants and whose identity and addresses are therefore known to them:

   a.  Stanley Horton

   b.  Meredith Fischer

   c.  Allen Heller

   d.  Edward Sypniewski

   e.  Franz Wingen

   f.  Reinhard Fesharek

   g.  Valentine Pascale

   h.  Thomas Chin

   i.  Valerie Pierpont

   j.  Denise Neal

k.  Margaret Foley

l.  John Lettieri

m.  Robert Harrison

n.  Pam Cyrus

o.  William Shank

p.  Marc Jensen

q.  Karen Denton

r.  Felix Monteagudo

s.  Ed Tucker

t.  Anita Shah

u.  Joseph Scheeren

v.  Michael Rozycki

w.  Jennifer Maurer

x.  Terry Taylor

y.  Steven Zaruby

z.  Jennifer Maurer

aa.  Paul McCarthy

bb.  Mitch Trujillo

cc.  Jeff Bova

dd.  Matt Skoronsky

ee.  Savaramakrishan Balakrishnan

ff.  Kuno Sprenger

gg.  Tomasz Dyszynski

- hh. Michael Devoy
- ii. Ernst Weidman
- jj. Max Wegner
- kk. Kemal Malik
- ll. Katie Sheffield-Motika mm. George Holder
- nn. Eleonora Goldberg
- oo. Debra Hudgins
- pp. Susan Johnston
- qq. Hilda Dizon
- rr. David Stocker
- ss. Daniel Stamps
- tt. Nahid Dolkhani
- uu. Any other corporate representatives, persons most knowledgeable, persons with knowledge of relevant facts, employees and/or ex-employees of Bayer Corporation, Bayer A.G., and/or Bayer Healthcare Pharmaceuticals (or their successors) which are known or become known during the course of discovery.

II. The following are other fact witnesses who the Plaintiff intends to call at trial:

- a. Rose Ann Caruso
  165 Park Terr. Avenue
  West Haven, CT 06516

- b. Peter Anthony Savenelli
  Peter Savenelli, Jr.
  165 Park Terr. Avenue
  West Haven, CT 06516

- c. Lynne Hills, M.D.
  The West Haven Medical Group LLC
  1453 Whaley Avenue

        New Haven, CT 06515

d.    Robert J. Lewis, MD
Clifford Kramer, M.D.
Cardiovascular Physicians & Consultants LLC
2080 Bridgeport Avenue
Milford, CT 06460

e.    Samuel Bridges, M.D.
339 Boston Road, #230
Orange, CT 06477

f.    Viswa Nathan, M.D.
John Spoke, M.D.
Inku K. Lee, M.D.
Mark Earle, M.D.
Brent Pleimann, P.A.
Peter Petrillo, P.A.
Kissin, P.A.
CT Heart Group, PC
46 Prince Street, Suite 500
New Haven, CT 06511

g.    Allan Rodrigues, M.D.
Cardiothoracic & Vascular Group
175 Sherman Ave.
Suite 3rd Floor
New Haven, CT 06511

h.    James D. Smith, M.D.
Mark Hotchkiss, M.D.
Peter Juergensen, M.D.
Metabolism Associates
136 Sherman Ave.
Suite 405
New Haven, CT 06511

i.    David Colley, M.D.
1450 Chapel Street
New Haven, CT 06511

j.    J. Martin, M.D.
1450 Chapel Street
New Haven, CT 06511

k.    Samuel Bridgers, M.D.

        2080 Whitney Ave., Suite 280
        Hamden, CT

l.    Eric Beaudoin, M.D.
      George Herr, M.D.
      Christie Gibbs, SRNA
      Donna Poeta
      Odeed Geismar
      B. Torsey, P.A.
      P. Mueller
      1450 Chapel Street
      New Haven, CT 06511

m.   William Battema, M.D.
      1423 Chapel Street
      New Haven, CT 06511

n.    Doctors, nurses and staff at
      Hospital of St. Raphael
      1450 Chapel Street
      New Haven, CT 06511

o.    Doctors, nurses and staff at
      Yale New Haven Hospital
      20 York St.
      New Haven, CT  06510

p.    John Benevento
      5 Taft Street
      East Haven, CT 05512

q.    Toni Benevento
      5 Taft Street
      East Haven, CT 05512

III.   The following are other fact witnesses who the Plaintiff may call if the need arises:

a.    Jerrold Levy, M.D.
      Emory University Hospital
      1364 Clifton Road, NE
      Atlanta, GA 30322

b.    John H. Lemmer, Jr., M.D.
      The Oregon Clinic
      2222 North West Lovejoy Street Suite 315
      Portland, OR 97210

c.  Steven E. Hill, M.D.
    Duke Univ. Medical Center
    DUMC 3094
    Durham, NC 27710

d.  David Bull, M.D.
    University of Utah Hospital
    50 N Medical Dr
    Salt Lake City, UT 84132

e.  David A. Stump, PhD
    Dept. of Cardiothoracic Anesthesia
    Wake Forest-Baptist Medical Center
    Winston Salem, NC 27157

f.  Robert S. Poston, M.D.
    Boston Medical Center
    Robinson 402
    88 E. Newton St.
    Boston, MA 02118

g.  Peter K. Smith, M.D.
    Duke Univ. Medical Center DUMC 3442
    Durham, NC 27710

h.  David Royston, M.D.
    Department of Anaesthetics
    Harefield Middlesex UB9 6JH
    United Kingdom

i.  Alexander Walker, PhD
    Harvard School of Public Health
    677 Huntington Avenue
    Kresge Building Room 908B
    Boston, MA 02115

j.  David C. Kress, M.D.
    St. Lukes Medical Center
    2901 W. Kinnickinnic River Parkway, Suite 511
    Milwaukee, WI 53215

  k. Bertram Pitt, M.D.
    The University of Michigan Medical Center
    Department of Internal Medicine
    Division of Cardiology
    1500 East Medical Center Dr.
    Ann Arbor, MI  48109-0366

IV. The Plaintiff specifically reserves the right to amend and supplement this list based on continuing medical treatment, continuing discovery, and/or for good cause shown.

Respectfully submitted,

**THE PLAINTIFFS,**

By: */s/ Karen H. Beyea-Schroeder*
   George M. Fleming
   Texas Bar No. 07123000
   Karen Beyea-Schroeder
   Texas Bar No. 24054324
   Aaron M. Heckaman
   Texas Bar No. 24059920
   **FLEMING & ASSOCIATES, L.L.P.**
   1330 Post Oak Boulevard, Suite 3030
   Houston, Texas 77056
   Telephone: (713) 621-7944
   Facsimile:  (713) 621-9638

   **COUNSEL FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on the following counsel of record in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or by mailing the same to the offices of said counsel by United States mail, postage prepaid.

*/s/ Karen Beyea-Schroeder*
Karen Beyea-Schroeder

Steven E. Derringer
Email: steven.derringer@bartlit-beck.com
**BARTLIT BECK HERMAN PALENCHAR
& SCOTT LLP**
54 West Hubbard, Suite 300
Chicago, IL 60610
Telephone: 312-494-4400
Facsimile: 312-494-4440
*Defendants Co-Lead Counsel and
Attorney for Defendants Bayer Corporation, Bayer Healthcare Pharmaceuticals, Inc., Bayer Healthcare LLC, Bayer AG, and Bayer Healthcare AG*

Alan G. Schwartz
Email: aschwartz@wiggin.com
**WIGGIN AND DANA LLP**
One Century Tower
P.O. Box 1832
New Haven, CT 06508-1832
Telephone: 203-498-4400
Facsimile: 203-782-2889
*Defendants Co-Lead Counsel and
Attorney for Defendants Bayer Corporation
and Bayer Healthcare Pharmaceuticals, Inc.*

Eugene A. Schoon
Email: eschoon@sidley.com
**SIDLEY AUSTIN LLP**
One South Dearborn
Chicago, IL 60603
Telephone: 312-853-7000
Facsimile: 312-853-7036
*Defendants Co-Lead Counsel and
Attorney for Defendants Bayer Corporation, Bayer Healthcare Pharmaceuticals, Inc., Bayer Healthcare LLC, Bayer AG, and Bayer Healthcare AG*

Richard K. Dandrea, Esq.
Email: rdandrea@eckertseamans.com
**ECKERT SEAMANS CHERIN & MELLOTT, LLC**
U.S. Steel Tower
600 Grant Street, 44th Floor
Pittsburgh, PA 15219
Telephone: 412-566-6000
Facsimile: 412-566-6099
*Defendants Co-Lead Counsel and
Attorney for Defendants Bayer Corporation, Bayer Healthcare Pharmaceuticals, Inc., Bayer Healthcare LLC, Bayer AG, and Bayer Healthcare AG*