UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON**

IN RE TRASYLOL PRODUCTS LIABILITY
LITIGATION – MDL-1928

This Document Relates to:

*ISMAEL RODRIGUEZ and GLADYS RODRIGUEZ
v. BAYER CORPORATION, et al.*
Case No. 9:07-cv-81172
_____/

**STIPULATION AND JOINT MOTION TO EXTEND DEADLINE
FOR SUBMISSION OF DEFENDANTS' CASE SPECIFIC EXPERT REPORTS**

Plaintiffs Ismael Rodriguez and Gladys Rodriguez and Defendants Bayer Corporation, Bayer HealthCare Pharmaceuticals Inc., and Bayer Schering Pharma AG, as successor in interest to Bayer HealthCare AG ("Bayer"), hereby stipulate to and jointly move the Court to approve an extended deadline for submission of Bayer's case-specific expert reports due to the unexpected continuation and subsequent rescheduling of plaintiff's radiology expert, Michael J. Foley, M.D. In further support of this motion, the parties show:

1. Pretrial Order No. 13 established the current schedule for the exchange of case-specific expert reports and the depositions of such experts for such cases. [D.E. 1738]. Plaintiffs' case-specific expert reports were due to be served on or before September 22, 2009, and such experts were to be deposed during the period from September 30, 2009 through November 9, 2009. Pretrial Order No. 13 provides that Defendants' case-specific expert reports were due to be served on or before November 16, 2009, one week following the conclusion of the depositions of plaintiffs' case-specific experts.

2. On October 16, 2009, due to scheduling difficulties, the parties filed a joint motion and stipulation to allow Bayer an extension time through November 24, 2009 within

which to submit its case-specific expert reports – one week following the deposition of one of Plaintiffs' experts, Alexander R. Marmureanu, M.D. [D.E. 2560]. The Court granted the motion and approved the stipulation on November 9, 2009 [D.E. 2667].

3. On November 6, 2009, plaintiff's radiology expert, Dr. Michael J. Foley, unexpectedly cut short his deposition to attend to patients after only two hours of questioning, without prior notice to counsel for the parties. The parties agreed to continue the deposition to November 30, 2009, the earliest available date, and to allow Bayer an extension of time through December 9, 2009, during the week following Dr. Foley's continued deposition, within which to submit its case-specific expert reports.

4. In addition, the parties have agreed to proceed with the deposition of Plaintiff's life care planning expert, Dr. Frederick Deutsch, on December 4, 2009, the earliest available date. No further modification to the expert report schedule outlined in this motion is required or requested as a result of this agreement.

5. The parties have agreed to the following modified schedule for case-specific expert discovery. No modification of any other pretrial or trial date will be required by granting the relief requested herein. The parties request approval of the following modifications to the case-specific expert discovery in this case:

| EVENT | NEW DEADLINE OR PERIOD |
|---|---|
| Plaintiff's Case-Specific Expert Reports | No Change |
| Depositions of Plaintiff's Case-Specific Experts | October 6, 2009 – December 4, 2009 |
| Defendants' Case-Specific Expert Reports | December 9, 2009 |
| Depositions of Defendants' Case-Specific Experts | December 10 - January 18, 2010 |

WHEREFORE the parties jointly move the Court for entry of an order approving the revised deadlines for the exchange of case-specific expert reports and depositions of such

2

testifying case specific expert witnesses in this case as set forth herein.  A proposed order is attached hereto as <u>Exhibit A</u> for the Court's consideration.

| | |
|---|---|
| DATED:  November 19, 2009 | Respectfully submitted, |
| /s/  *Joseph A. Osborne*<br>Joseph A. Osborne<br>Email: jaosborne@babbitt-johnson.com<br>**BABBITT JOHNSON OSBORNE &<br>ECLAINCHE, P.A**.<br>1641 Worthington Road, Suite 100<br>West Palm Beach, Florida 33409<br>Telephone:  561-684-2500<br>Facsimile:   561-684-6308<br><br>***Attorneys for Plaintiffs*** | */s/ Patricia E. Lowry*<br>Patricia E. Lowry (Florida Bar No. 332569)<br>Email: plowry@ssd.com<br>Barbara Bolton Litten (Florida Bar No. 91642)<br>Email: blitten@ssd.com<br>**SQUIRE, SANDERS & DEMPSEY L.L.P.**<br>1900 Phillips Point West<br>777 South Flagler Drive<br>West Palm Beach, FL 33401-6198<br>Telephone:  561-650-7120<br>Facsimile:   561-655-1509<br><br>***Liaison Counsel for Defendants*** |

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on November 19, 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those parties who are not authorized to receive Notices of Filing electronically.

                    /s/ *Barbara Bolton Litten*
                    Barbara Bolton Litten

## SERVICE LIST

### Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

James R. Ronca
Email: jronca@anapolschwartz.com
**ANAPOL, SCHWARTZ, WEISS, COHAN, FELDMAN & SMALLEY, P.C.**
1710 Spruce Street
Philadelphia, PA 19103
Telephone:  215-735-1130
Facsimile:  215-875-7758
*Co-Lead Counsel for Plaintiffs*

Theodore Babbitt
Email: tedbabbitt@babbitt-johnson.com
**BABBITT JOHNSON OSBORNE & LECLAINCHE, P.A**.
1641 Worthington Road, Suite 100
West Palm Beach, Florida 33409
Telephone:  561-684-2500
Facsimile:  561-684-6308
*Liaison Counsel for Plaintiffs*

Patricia E. Lowry
Florida Bar No. 332569
Email: plowry@ssd.com
**SQUIRE, SANDERS & DEMPSEY L.L.P.**
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198
Telephone:  561-650-7200
Facsimile:  561-655-1509
*Liaison Counsel for Defendants*

Scott Love
Email: slove@triallawfirm.com
**CLARK, DEAN & BURNETT, G.P.**
440 Louisiana, Suite 1600
Houston, TX 77002
Telephone:  713-757-1400
Facsimile:  713-759-1217
*Co-Lead Counsel for Plaintiffs*

Neal Moskow
Email: neal@urymoskow.com
**URY & MOSKOW, LLC**
883 Black Rock Turnpike
Fairfield, CT 06825
Telephone:  203-610-6393
Facsimile:  203-610-6399
*Federal-State Liaison for Plaintiffs*

Joseph A. Osborne
Email: jaosborne@babbitt-johnson.com
**BABBITT JOHNSON OSBORNE & LECLAINCHE, P.A**.
1641 Worthington Road, Suite 100
West Palm Beach, Florida 33409
Telephone:  561-684-2500
Facsimile:  561-684-6308
*Attorneys for Plaintiffs*

WESTPALMBEACH/561351.1