UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON**

|  |  |
|---|---|
| IN RE TRASYLOL PRODUCTS LIABILITY LITIGATION – MDL-1928 | ) ) ) ) |
| THIS DOCUMENT RELATES TO: | ) ) ) ) |
| *Summerlin* v. *Bayer Corp., et al.*, Case No. 9:08-cv-80903-DMM | ) ) ) ) |

**STATEMENT OF MATERIAL FACTS PURSUANT TO LOCAL RULE 7.5.C
IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

1. This Court has subject matter jurisdiction under 28 U.S.C. § 1332 in that the amount in controversy exceeds $75,000, exclusive of interest and costs, and is between a citizen of one state and citizens of different states and a foreign state. First Am. Compl. ¶ 1; *see also*, *e.g.*, Bayer Corporation's Answer and Affirmative Defenses to Plaintiff's First Amended Complaint ¶ 1.

2. Plaintiff, Melvin Summerlin, filed this action as executor of the estate of Frances Summerlin, the decedent in this action. The decedent was a citizen of the state of Alabama at the time of her death. *See* First Am. Compl. at 1.

3. Defendant Bayer Corporation is an Indiana corporation with its principal place of business in Pennsylvania, and thus is a citizen of the states Indiana and Pennsylvania. Defendant

4. Bayer HealthCare LLC is a limited liability company whose sole member is Bayer Corporation; thus it shares the citizenship of Bayer Corporation. Defendant Bayer HealthCare Pharmaceuticals Inc. is a Delaware corporation with its principal place of business in New Jersey, and thus is a citizen of the states of Delaware and New Jersey. Defendant Bayer HealthCare AG is a German corporation with its principal place of business in Germany, and thus is a citizen of Germany.

5. The decedent underwent surgery in Birmingham, Alabama, on March 16, 2006, and died on March 26, 2006. First Am. Compl. ¶¶ 49, 52. The decedent received Trasylol during the surgery. *Id*. ¶ 50.

6. The complaint states four causes of action: (i) "Wrongful Death (Negligence/ Wantonness)," First Am. Compl. at 10-12; (ii) "Wrongful Death (Product Liability/AEMLD)," *id*. at 12-14; (iii) "Breach of Warranties," *id*. at 14-15; and (iv) "Fraudulent Concealment and Estoppel," *id*. at 15-16.

7. Neither plaintiff nor the decedent relied on any warranty relating to Trasylol. *See* Deposition of Melvin Summerlin at 196 (Exhibit B to the accompanying Memorandum).

8. Plaintiff did not learn until after the decedent's death that the decedent had been administered Trasylol during surgery. *See* Summerlin Dep. at 21, 177-181.

9. This action was not filed until more than 2 years after the decedent's death on March 16, 2008. Plaintiff filed the original complaint in this action on May 12, 2008, in the Southern District of Alabama. *See* Plaintiff's Complaint and Motion for Expedited Appointment

10. of International Process Server filed May 12, 2008 ("Motion for Appointment of Process Server"), ¶ 1. (Exhibit A hereto).

November 25, 2009                                    Respectfully submitted,

*/s/  Barbara Bolton Litten*
Patricia E. Lowry (Florida Bar No. 332569)
plowry@ssd.com
Barbara Bolton Litten (Florida Bar No. 91642)
blitten@ssd.com
**SQUIRE, SANDERS & DEMPSEY L.L.P.**
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, Florida  33401-6198
Telephone:  561-650-7120
Facsimile:  561-655-1509

Eugene A. Schoon
eschoon@sidley.com
**SIDLEY AUSTIN LLP**
One South Dearborn
Chicago, Illinois  60603
Telephone:  312-853-7279
Facsimile:  312-853-7036

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I certify that on November 25, 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                        */s/  Barbara Bolton Litten*
                                        Barbara Bolton Litten

## SERVICE LIST

### Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON
### Case No. 9:08-cv-80903-MIDDLEBROOKS/JOHNSON

James R. Ronca
Email: jronca@anapolschwartz.com
**ANAPOL, SCHWARTZ, WEISS, COHAN, FELDMAN & SMALLEY, P.C.**
1710 Spruce Street
Philadelphia, PA 19103
Telephone: 215-735-1130
Facsimile: 215-875-7758
*Plaintiffs' Steering Committee/Co-Lead Counsel*

Scott A. Love
Email: slove@triallawfirm.com
**CLARK, DEAN & BURNETT, G.P.**
Lyric Center
440 Louisiana Street, Suite 1600
Houston, TX 77002
Telephone: 713-759-1400
Facsimile: 713-759-1217
*Plaintiffs' Steering Committee/Co-Lead Counsel*

Theodore Babbitt
Email: tedbabbitt@babbitt-johnson.com
**BABBITT JOHNSON OSBORNE & LECLAINCHE, P.A.**
1641 Worthington Road, Suite 100
West Palm Beach, Florida 33409
Telephone: 561-684-2500
Facsimile: 561-684-6308
*Plaintiffs' Steering Committee/Liaison Counsel*

Neal Moskow
Email: neal@urymoskow.com
**URY & MOSKOW, LLC**
883 Black Rock Turnpike
Fairfield, CT 06825
Telephone: 203-610-6393
Facsimile: 203-610-6399
*Plaintiffs' Steering Committee/ Federal-State Liaison*

Patricia E. Lowry
Florida Bar No. 332569
Email: plowry@ssd.com
**SQUIRE, SANDERS & DEMPSEY L.L.P.**
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198
Telephone: 561-650-7200
Facsimile: 561-655-1509
*Defendants' Liaison Counsel and Attorneys for Defendant Bayer Corporation*

Leslie Ann Caldwell
Email: lac@lusklaw.com
**LUSK, LUSK, DOWDY & CALDWELL, P.C.**
2100 Highland Avenue, Suite 410
Birmingham, Alabama 35205
Telephone: 205-933-7090
Facsimile: 205-933-7099
*Attorneys for Plaintiff*