FILED by _____ D.C.

DEC - 3 2009

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

|   |   |
|---|---|
| IN RE TRASYLOL PRODUCTS LIABILITY LITIGATION – MDL-1928<br><br>THIS DOCUMENT RELATES TO:<br><br>ANNA E. BRYANT v.<br>BAYER CORPORATION et al.<br>    Case No. 9:08-cv-80868-DMM | DECEMBER 2, 2009 |

### THIRD AMENDED PLAINTIFF'S DISCLOSURE OF FACT WITNESSES

In accordance with the Orders of the Court and Fed. R. Civ. Pro. 26(a)(3)(A)(i), Plaintiff Anna E. Bryant hereby identifies fact witnesses that she expects to call/may call at trial (in person or via preserved testimony) as follows:

I. The following individuals are present or past employees of one or more of the Defendants and whose identity and addresses are therefore known to them:

    a. Stanley Horton
    b. Meredith Fischer
    c. Allen Heller
    d. Edward Sypniewski
    e. Franz Wingen
    f. Reinhard Fesharek
    g. Valentine Pascale
    h. Thomas Chin

i. Valerie Pierpont
j. Denise Neal
k. Margaret Foley
l. John Lettieri
m. Robert Harrison
n. Pam Cyrus
o. William Shank
p. Marc Jensen
q. Karen Denton
r. Felix Monteagudo
s. Ed Tucker
t. Anita Shah
u. Joseph Scheeren
v. Michael Rozycki
w. Jennifer Maurer
x. Terry Taylor
y. Steven Zaruby
z. Jennifer Maurer
aa. Paul McCarthy
bb. Mitch Trujillo
cc. Jeff Bova
dd. Matt Skoronsky
ee. Savaramakrishan Balakrishnan
ff. Kuno Sprenger
gg. Tomasz Dyszynski
hh. Michael Devoy

ii. Ernst Weidman

jj. Max Wegner

kk. Kemal Malik

ll. Katie Sheffield-Motika

mm. George Holder

nn. Eleonora Goldberg

oo. Debra Hudgins

pp. Susan Johnston

qq. Hilda Dizon

rr. David Stocker

ss. Daniel Stamps

tt. Nahid Dolkhani

uu. Any other corporate representatives, persons most knowledgeable, persons with knowledge of relevant facts, employee and/or ex-employees of Bayer Corporation, Bayer A.G., and/or Bayer Healthcare Pharmaceuticals (or their successors) which are known or become known during the course of discovery.

II. The following are other fact witnesses who the Plaintiff intends to call at trial:

a. Anna E. Bryant
8561 DeSoto Avenue, #200
Canoga Park, CA 91304

b. Kathy Bryant
8561 DeSoto Avenue, #200
Canoga Park, CA 91304

3

      c.      Patricia O'Rourke
             8561 DeSoto Avenue #200
             Canoga Park, CA 91304

      d.      Bassam Omari, M.D.
             Harbor UCLA Medical Center
             1000 W. Carson St.
             Torrance, CA 91325

III.    The following are other fact witnesses who the Plaintiff may call if the need arises:

      a.      Jerrold Levy, M.D.
             Emory University Hospital
             1364 Clifton Road, NE
             Atlanta , GA 30322

      b.      John H. Lemmer, Jr., M.D.
             The Oregon Clinic
             2222 North West Lovejoy Street Suite 315
             Portland, OR 97210

      c.      Steven E. Hill, M.D.
             Duke Univ. Medical Center
             DUMC 3094
             Durham, NC 27710

      d.      David Bull, M.D.
             University of Utah Hospital
             50 N Medical Dr
             Salt Lake City, UT 84132

      e.      David A. Stump, PhD
             Dept. of Cardiothoracic Anesthesia
             Wake Forest-Baptist Medical Center
             Winston Salem, NC 27157

 f. Robert S. Poston, M.D.
  Boston Medical Center
  Robinson 402
  88 E. Newton St.
  Boston, MA 02118

 g. Peter K. Smith, M.D.
  Duke Univ. Medical Center
  DUMC 3442
  Durham, NC 27710

 h. David Royston, M.D.
  Department of Anaesthetics Harefield
  Middlesex UB9 6JH
  United Kingdom

 i. Alexander Walker, PhD
  Harvard School of Public Health
  677 Huntington Avenue
  Kresge Building Room 908B
  Boston, MA 02115

 j. David C. Kress, M.D.
  St. Lukes Medical Center
  2901 W. Kinnickinnic River Parkway, Suite 511
  Milwaukee, WI 53215

 k. Hamid Sadeghi, MD
  14860 Roscoe Blvd #100
  Panorama City, CA 91402

 l. Dagger Sacramento, Juan Moreya, and/or Willi Mortara
  California Kidney Medical Group, Inc.
  50 Moreland Drive
  Simi Valley, CA 93065

IV. The Plaintiff specifically reserves the right to amend and supplement this list based on continuing medical treatment or for good cause shown.

Respectfully submitted,

*[signature]*

Neal L. Moskow, Esq.
**URY & MOSKOW, LLC**
883 Black Rock Turnpike
Fairfield, CT 06825
Telephone (203) 226-8088
Facsimile (203) 610-6399
Email: neal@urymoskow.com

Edward J. Parr, Jr., Esq.
**URY & MOSKOW, PLLC**
1250 Connecticut Ave., NW, Suite 200
Washington, DC 20036
Telephone (202) 321-8982
Facsimile: (202) 318-3255
Email: tedparr@urymoskow.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2009, that the foregoing document was served on all counsel of record identified on the attached Service List in the manner specified.

_____
Neal L. Moskow

## SERVICE LIST

Steven E. Derringer
Email: steven.derringer@bartlit-beck.com
Philip S. Beck
Email: philip.beck@bartlit-beck.com
**BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP**
54 West Hubbard, Suite 300
Chicago, IL 60610
Telephone: 312-494-4400
Facsimile: 312-494-4440
*Defendants Co-Lead Counsel and Attorney for Defendants Bayer Corporation, Bayer Healthcare Pharmaceuticals, Inc., Bayer Healthcare LLC, Bayer AG, and Bayer Healthcare AG*

Richard K. Dandrea, Esq.
Email: rdandrea@eckertseamans.com
**ECKERT SEAMANS CHERIN & MELLOTT, LLC**
U.S. Steel Tower
600 Grant Street, 44th Floor
Pittsburgh, PA 15219
Telephone: 412-566-6000
Facsimile: 412-566-6099
*Defendants Co-Lead Counsel and Attorney for Defendants Bayer Corporation, Bayer Healthcare Pharmaceuticals, Inc., Bayer Healthcare LLC, Bayer AG, and Bayer Healthcare AG*

Eugene A. Schoon
Email: eschoon@sidley.com
**SIDLEY AUSTIN LLP**
One South Dearborn
Chicago, IL 60603
Telephone: 312-853-7000
Facsimile: 312-853-7036
*Defendants Co-Lead Counsel and Attorney for Defendants Bayer Corporation, Bayer Healthcare Pharmaceuticals, Inc., Bayer Healthcare LLC, Bayer AG, and Bayer Healthcare AG*

Alan G. Schwartz
Wiggin and Dana LLP
One Century Tower
P.O. Box 1832
New Haven, CT 06508-1832
Email: aschwartz@wiggin.com
Telephone: 203-498-4400
Facsimile: 203-782-2889
*Defendants Co-Lead Counsel and Attorney for Defendants Bayer Corporation and Bayer Healthcare Pharmaceuticals, Inc.*

James R. Ronca, Esq.
Anapol, Schwartz, Weiss, Cohan,
  Feldman & Smalley, P.C.
209 State Street
Harrisburg, PA 17101
Telephone (717) 901-3500
Facsimile (717) 909-0300
jronca@anapolschwartz.com

Patricia E. Lowry
**SQUIRE, SANDERS & DEMPSEY, L.L.P.**
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198
Email: plowry@ssd.com
Telephone: 561-650-7200
Facsimile: 561-655-1509
*Liaison Counsel for Defendants and Attorneys for Defendants Bayer Corporation, Bayer Healthcare Pharmaceuticals, Inc., Bayer Healthcare LLC, Bayer AG, and Bayer Healthcare AG*

Scott A. Love
**FLEMING & ASSOCIATES, LLP**
1330 Post Oak Blvd., Ste. 3030
Houston, TX 77056
Email: Scott_Love@fleming-law.com
Telephone: (713) 621-7944
Facsimile: (713) 621-9638
*Lead Counsel for Plaintiff*