# Exhibit A

F. GARY TOBACK, M.D.

Page 1

F. GARY TOBACK, M.D., Ph.D.  -  SEPTEMBER 24, 2009

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF FLORIDA


Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON


IN RE TRASYLOL PRODUCTS LIABILITY    )

LITIGATION - MDL - 1928.             )


        Videotaped deposition of F. GARY TOBACK, M.D.,

Ph.D., taken before TRACY L. BLASZAK, CSR, CRR, and

Notary Public, pursuant to the Federal Rules of Civil

Procedure for the United States District Courts

pertaining to the taking of depositions, at Suite 3100,

200 South Wacker Drive, in the City of Chicago, Cook

County, Illinois at 9:03 a.m. on the 24th day of

September, A.D., 2009.

F. GARY   TOBACK, M.D.

Page 6

```
 1    F. GARY TOBACK, M.D., Ph.D.  -  SEPTEMBER 24, 2009

 2                F. GARY TOBACK, M.D., Ph.D.,

 3   called as a witness herein, having been first duly

 4   sworn, was examined upon oral interrogatories and

 5   testified as follows:

 6                        EXAMINATION

 7                   by Mr. Stephenson:

 8   BY MR. STEPHENSON:

 9       Q   Would you state your full name for the record,

10   please, and spell your last name.

11       A   My full name is Frederick Gary Toback,

12   T-O-B-A-C-K.

13       Q   You are a physician?

14       A   I am.

15       Q   And would it be appropriate for me to call you

16   Dr. Toback?

17       A   It would.

18       Q   Good morning, Dr. Toback.  My name is Dan

19   Stephenson, and I represent Bayer in the litigation that

20   brings us to the table today.

21       A   Good morning.

22       Q   Good morning.

23            And this is Nahrin Marino, my colleague on the

24   right-hand side.  We both work at the Dykema law firm

25   that represents Bayer.
```

F. GARY  TOBACK, M.D.

Page 100

1     F. GARY TOBACK, M.D., Ph.D.  -  SEPTEMBER 24, 2009

2          MR. OVERHOLTZ:  Object to form --

3          MR. OSBORNE:  Same objections.

4          MR. OVERHOLTZ:  -- the term.

5          THE WITNESS:  I don't know how to answer that.

6     All I can tell you is what I just did, that's all I

7     know, is that there is limited information about what

8     happens to the tubules after the drug is infused,

9     especially in people.

10          In animals there is no question.  I mean, I

11    can -- I'll pull something for you, if you would like.

12    I can quote some of the description of Bayer scientists

13    in 1997 about what the kidneys of rats and dogs look

14    like when the animals have been treated with aprotinin

15    and they describe hyaline droplets and tubular necrosis

16    in these animals.  And that's very well-known.

17          The question of what happens to people that

18    have been looked at isn't known because we really can't

19    get their tissue to look at, it's just not ethically

20    appropriate.

21          So I don't really know.

22    BY MR. STEPHENSON:

23     Q   Okay.  So in humans, given the last part of your

24    statement, you don't really know, then it wouldn't be

25    your opinion with reasonable degree of medical certainty

F. GARY  TOBACK, M.D.

Page 101

1    F. GARY TOBACK, M.D., Ph.D.  -  SEPTEMBER 24, 2009

2   that the changes in the tubules are permanent --

3        MR. OVERHOLTZ:  Object to form.

4   BY MR. STEPHENSON:

5    Q   -- is that fair to say?

6    A   I think it's unknown what happens to the tubular

7   cells in patients who have been given aprotinin.

8        I think in patients who are given a large

9   amount of aprotinin, I would guess that there could be

10  injury or death to the tubular cells.  And people giving

11  lesser amounts of aprotinin, I think that would be much

12  less likely.

13   Q   Are tubule cells the kind of cells that can

14  regenerate?

15   A   Yes.

16   Q   And we talked about earlier one of the repair

17  mechanisms that the kidney has, and that applies to the

18  tubules, as well?

19   A   Primarily.

20   Q   Okay.  So what is the difference between acute

21  renal failure and chronic renal failure?

22   A   Well, in many ways they're hardly related.

23  Acute renal failure in a clinical term, it's often used

24  interchangeably at the moment with the term acute kidney

25  injury.  It refers to someone who is tooling along with

F. GARY  TOBACK, M.D.

Page 139

1    F. GARY TOBACK, M.D., Ph.D.  -  SEPTEMBER 24, 2009

2    attention to this.

3          So it's not just me, so somebody else in 1992,

4    which is when this letter is written, sees these results

5    in the same way.

6    Q   Well, is it fair to say that people have

7    different opinions about Trasylol, some pro and some

8    con?

9    A   Absolutely true.

10   Q   You've seen that throughout your documents

11   there?

12   A   I have.

13   Q   So Dr. Pitt is one who didn't believe in it.

14   You're one who didn't believe in it.  But there are

15   others who do believe in it, would you agree with that?

16   A   Yes.

17   Q   And would you agree with me that in 1992 the FDA

18   believed in it?

19          MR. OSBORNE:  Form, predicate, asked and

20   answered.

21          THE WITNESS:  The FDA approved the drug.  What

22   the people who were there were thinking I don't know.

23   BY MR. STEPHENSON:

24   Q   In order for the FDA to approve a drug, is it

25   your understanding that they have to find it to be

F. GARY  TOBACK, M.D.

Page 140

1      F. GARY TOBACK, M.D., Ph.D.  -  SEPTEMBER 24, 2009

2    generally recognized as safe and effective?

3          MR. OSBORNE:  Form, predicate.

4          THE WITNESS:  I don't really know enough about

5    their regulations to comment intelligently.  I don't

6    know.

7    BY MR. STEPHENSON:

8      Q   You're not an FDA regulations expert?

9      A   I sure am not.

10      Q   Okay.  Well, is it your understanding that the

11    FDA in order to approve a drug like Trasylol has to find

12    that the benefits outweigh the risks?

13          MR. OSBORNE:  Form, predicate, asked and

14    answered.

15          THE WITNESS:  I believe that Dr. Pitt addresses

16    that nicely where he points out that his belief -- and I

17    would say that it articulates mine -- is that there is a

18    benefit, which is reduced blood loss and reduced

19    transfusion requirement, but that there are risks of

20    renal and hepatic and graft closure and increased

21    mortality which he and I believe don't really justify

22    the risk.

23    BY MR. STEPHENSON:

24      Q   But he doubted that it would be approved by the

25    FDA, and he was wrong about that, right?

F. GARY  TOBACK, M.D.

Page 171

1    F. GARY TOBACK, M.D., Ph.D.  -  SEPTEMBER 24, 2009

2    aprotinin.

3         They also had cardiopulmonary bypass and

4    hyperthermic circulatory arrest.  And in the 20

5    age-matched patients who were not given aprotinin, only

6    one of them developed renal injury.

7         And the big deal about this study for me, why I

8    think it's relevant to what I'm talking about is that

9    the platelet fibrin thrombi were found in the kidneys of

10   four of the five patients who died when they were

11   autopsied.

12        And that's the best evidence that I know that

13   patients given aprotinin can form platelet fibrin

14   thrombi and it did in this particular setting.

15        And it makes me concerned that this

16   prothrombotic or anti-fibrinolytic effect of the drug is

17   really a kind of adverse effect that can have

18   consequences both for renal function and for mortality

19   going forward.  So that's where I'm coming from.  That's

20   why I use the term prothrombotic.

21   Q   And is it your belief that aprotinin contributes

22   to excessive formation of clots?

23   A   I think it certainly could.

24   Q   Well, is it your expert opinion to a reasonable

25   degree of medical certainty that it does?

F.  GARY   TOBACK, M.D.

                                                        Page 173

1     F. GARY TOBACK, M.D., Ph.D.  -  SEPTEMBER 24, 2009

2   rigorous studies to try to find out whether these

3   adverse effects were likely to be important going

4   forward.  And I don't see those large studies having

5   been designed or carried out.

6          I think their adverse events may have been

7   accumulated along the way, but that's different from

8   designing studies to address these very serious

9   questions.

10     Q   What kind of study would you have done back in

11   the early 1990s to address those questions?

12     A   Well, I think studies like BART would have been

13   a reasonable place to start to try to identify the

14   patients that were -- underwent acute renal failure in

15   the studies described in the NDA and ask rigorous

16   questions about what was the reason for that happening.

17     Q   So is it your view that Bayer should have done a

18   large randomized controlled clinical trial comparing

19   aprotinin to Amicar and tranexamic acid in the early

20   1990s?

21     A   Yes.  Now, using placebo is a real problem for

22   me as a control.  I talked before that I would rather

23   see the Amicar and tranexamic acids.  But the downside

24   of placebo in that it's not the comparator, as you

25   called it, is that those patients who don't get an agent

F. GARY  TOBACK, M.D.

Page 174

1    F. GARY TOBACK, M.D., Ph.D.  -  SEPTEMBER 24, 2009

2   to prevent bleeding are more likely, presumably, to get

3   blood loss and, therefore, are more likely to develop

4   hypotension and, therefore, are more likely to develop

5   acute renal failure than the patients who are given the

6   Amicar or the lysine analogues because they presumably

7   have less blood loss and, therefore, would be more

8   likely to have -- maintain their blood pressure during

9   surgery.  So it seems to me that the placebo comparative

10   trials are in a sense defective in that way, as well.

11        Those are the ones that I read in the documents

12   that I have from Bayer.  I'm not aware that Bayer

13   actually did a comparative study where they looked at

14   aprotinin versus Amicar versus tranexamic acid.  And I

15   would have thought they would do that.

16    Q   And that's what you're talking about on the last

17   page of your report?

18    A   Yes, I am.  I'm really -- I'm just surprised.  I

19   just don't understand why they wouldn't have done that.

20   Don't you think?  Okay.

21        The other point, I keep coming back to this

22   Sundt study because as a nephrologist who is really

23   interested in renal pathology and actually can see

24   platelet fibrin thrombi, I really think the results of

25   that study should have been incorporated into the

F. GARY  TOBACK, M.D.

Page 175

1    F. GARY TOBACK, M.D., Ph.D.  -  SEPTEMBER 24, 2009

2   package insert for doctors who were giving -- who were

3   prescribing or using aprotinin in 2003, 2006 because the

4   study had been done back in 1993, and there was this

5   really disastrous result.

6           And I think doctors should have been made aware

7   that this had happened and were told to use the drug

8   with extreme caution and to be very much aware of this,

9   put their patients on Heparin, which is one of the

10  criticisms of the Sundt study, that their patients

11  weren't perhaps adequately Heparinized, but at least to

12  make the doctors using the drug to be aware, there is a

13  track record of this and that you should be really

14  careful in your patients because this is out there and

15  it might happen to your case, and so you should be aware

16  that this is something you should keep in mind.

17      Q   So you're aware of the fact that Heparinization

18  was an issue in Sundt?

19      A   Yes.

20      Q   And if patients were under-Heparinized, you

21  would expect to see excessive clotting, correct?

22      A   Yes, well, Heparin would tend to oppose that.

23      Q   Right.  So did Bayer address the

24  under-Heparinization issue?

25      A   I believe they did in subsequent studies, but

F. GARY  TOBACK, M.D.

Page 176

```
 1    F. GARY TOBACK, M.D., Ph.D.  -  SEPTEMBER 24, 2009
 2   it's not in their -- it's not in their 2003 or 2006
 3   package insert that this is a possible adverse effect of
 4   the drug.
 5       Q   The package insert did say how to Heparinize,
 6   did it not?
 7       A   I believe it did.
 8       Q   Okay.  And in that way, addressed the issue from
 9   Sundt, correct?
10           MR. OSBORNE:  Form, predicate.
11           THE WITNESS:  Well, that's -- you're right in
12   the sense that that would be a to prevent -- to make it
13   less likely that the platelet thrombi would form and
14   cause thromboses, but it doesn't really put the
15   physicians in a state of awareness that that's what
16   they're trying to deal with.
17           It's like having on the label if you still --
18   if you smoke, it says that, you know, smoking can cause
19   lung cancer.  I mean, you can buy the stuff anyway, but
20   at least you're being told.
21           That's my idea of what doctors should know
22   about when they give the drug, that, you know, there is
23   a previous incidence of disastrous platelet thrombi
24   formation with the use of this drug, make sure you use
25   Heparin because if you don't, this is what is out there
```

F. GARY  TOBACK, M.D.

Page 177

1    F. GARY TOBACK, M.D., Ph.D.  -  SEPTEMBER 24, 2009

2    waiting for you.

3         I think that's more prudent than just telling

4    him to make sure your patient is adequately Heparinized.

5    BY MR. STEPHENSON:

6    Q   After Bayer changed the Heparinization protocol,

7    did you ever see any studies like Sundt where they found

8    thrombi like he found?

9    A   I didn't see any.

10   Q   Let's go to your report.  And I want to talk

11   about a study you mentioned earlier which is also

12   mentioned on page 5 of your study, the Seto study,

13   S-E-T-O.

14   A   Yes.

15   Q   Let's get a copy of that.

16       (Exhibit 12 marked as requested.)

17   BY MR. STEPHENSON:

18   Q   Doctor, this is Exhibit 12 for the record, the

19   Seto study.  And you refer to it on page 5 of your

20   report.

21   A   Yes.

22   Q   As a study that shows a reduction in renal blood

23   flow with aprotinin, correct?

24   A   Yes.

25   Q   And are you aware -- Strike that.

F.  GARY   TOBACK, M.D.

Page 178

1    F. GARY TOBACK, M.D., Ph.D.  -  SEPTEMBER 24, 2009

2         In your report at the bottom of page 5 it says,

3    "In 1983 Seto, et al., showed that IV administration of

4    aprotinin to anesthetized rats decreased kallikrein and

5    resulted in a 36 percent decrease in RBF and a 37

6    percent decrease in GFR without a change in either blood

7    pressure or cardiac output."

8         Did I read that right?

9    A   Yes.

10   Q   Okay.  And so in Seto, the reduction in renal

11   blood flow was quantified, that's what the 36 percent

12   is, correct?

13   A   Yes.

14   Q   And have you seen any other study that

15   quantified a reduction in renal blood flow with

16   aprotinin?

17   A   No.

18   Q   And Seto is a rat study, correct?

19   A   Yes.

20   Q   And the rats did not undergo cardiopulmonary

21   bypass, correct?

22   A   Right.

23   Q   Are you familiar with any studies in humans on

24   renal blood flow with aprotinin?

25   A   I am not.

F. GARY TOBACK, M.D.

Page 181

1    F. GARY TOBACK, M.D., Ph.D.  -  SEPTEMBER 24, 2009

2    A   Yes.

3    Q   So the study that Seto cites that I read that

4    sentence about, it's cite No. 2, did you look at that?

5    A   I didn't.

6    Q   It's called Kramer, et al.?

7    A   I don't think I looked at that.

8    Q   Let me ask you that this:  If Kramer found no

9    reduction in renal blood flow in normovolemic rats and

10   Seto did find a reduction in renal blood flow in

11   normovolemic rats, would that suggest a possible

12   inconsistency?

13          MR. OSBORNE:  Form, predicate.

14          THE WITNESS:  Well, it would, but there have

15   been plenty of subsequent studies that show that the

16   drug inhibits the formation of bradykinin, which is a

17   well-known dilater of the afferent arteriole.

18          And this is as far as I know the first studies

19   that suggest that aprotinin could have effects on renal

20   function.  And so the reason I cited this is not because

21   I think it's the only study that is supportive of that

22   idea, but it's one of -- for me, it's the beginning of

23   studies that suggests that there is an effect on

24   mediators of afferent arteriolar tone that many others

25   have supported.

F. GARY   TOBACK, M.D.

Page 182

1     F. GARY TOBACK, M.D., Ph.D.  -  SEPTEMBER 24, 2009

2          The real issue here isn't necessarily what

3     occurs in the rat.  The real issue is what occurs in

4     humans.  And as you've already correctly alluded, I

5     don't think there are studies that have been done in

6     humans.

7          And so the issue is here is to take studies

8     that were done in animals and ask, well, I know what

9     happens in animals.  Is this a possible explanation

10    about what's happening in humans?  And can that give me

11    an awareness of what might be happening in patients who

12    get aprotinin that I should keep in mind when I'm giving

13    the drug?  And that's about where I think this takes

14    you.

15          It doesn't tell me that it's true in humans.  I

16    mean, rats and humans really are different.  Rats are

17    usually much younger than -- the rats that are usually

18    used in animal studies say in my lab, in most labs, you

19    know, are eight weeks old, ten weeks old.  It would be

20    the equivalent of at most a teenage human.  And most of

21    the patients we're talking about if you look at these

22    studies, they're in their 60s.

23          So there is a big difference in trying to make

24    inferences from what might be the equivalent of a very

25    young rat to an older human.  So those people hopefully

F.  GARY   TOBACK, M.D.

Page 183

1      F. GARY TOBACK, M.D., Ph.D.  -  SEPTEMBER 24, 2009

2     who read these keep that in mind.  And so it's about

3     inference.  This is a study that is supported down the

4     line.

5              So the main issue here is that it suggests that

6     the hypothesis that the inhibition, the mechanisms by

7     which aprotinin is likely to work to inhibit the

8     formation, the kinins and prostaglandins, is likely to

9     have an effect on causing afferent glomerular

10    vasculature that constrict and thereby reduce renal

11    blood flow and GFR.

12             And lo and behold in a rat in a study that was

13    found and by inference it's to be true in humans.  Maybe

14    not everyone, maybe only in some.  But that's something

15    to keep in mind.  And that's about as far as I can take

16    that.

17             It's of concern because it says that if you

18    also get hypotension in a patient because they lose a

19    lot of blood or they have cardiac arrhythmias or some

20    other adverse event happens during surgery and they're

21    already having low renal blood flow because they're on

22    aprotinin, the chances are better that they're going to

23    develop acute renal injury.

24             And so it's something that you want to keep

25    very much in mind when you're thinking about these

F.  GARY   TOBACK, M.D.

Page 184

1    F. GARY TOBACK, M.D., Ph.D.  -  SEPTEMBER 24, 2009

2   patients, in addition to the problems of the tubule

3   cells having lots of aprotinin in them, as well, which

4   is another potential stress.

5   BY MR. STEPHENSON:

6      Q    Is it fair to say that what they found in rats

7   may not be true in humans?

8          MR. OSBORNE:  Form, predicate.

9          THE WITNESS:  You can always say that.  The

10  studies in animals point the way to studies in humans.

11  But, again, the studies that were done in animals were

12  also done by Bayer in their efforts to try to develop

13  the drug.

14          They did plenty of studies that I am aware of

15  that where they infused aprotinin into animals and

16  looked at the effects on renal tissue.  I don't have any

17  studies about renal function that I came upon.  But the

18  ones on renal structure are -- I have.  And those are

19  disturbing.

20          But the issues on renal function I don't see.

21  That's why I cited this one because that's the one I

22  have seen where there are effects on renal function.

23  BY MR. STEPHENSON:

24      Q    Did the rats in Seto have renal ischemia?

25      A    I don't think so.  There is no way to know from

F.  GARY   TOBACK, M.D.

Page 185

1      F. GARY TOBACK, M.D., Ph.D.  -  SEPTEMBER 24, 2009

2   these studies whether the annals went on to develop

3   acute renal injury.  It's unlikely they would from a

4   fallen GFR of 37 percent.

5           Remember that if you took out one kidney, the

6   fall would be 50 percent and that's not by itself a

7   terribly bad -- so I would guess that they could do okay

8   with that.

9      Q   So a reduction of 30 percent -- Strike that.

10          A reduction of 36 percent in renal blood flow

11   and a 37 percent reduction of GFR does not indicate

12   renal ischemia, is that fair to say?

13          MR. OSBORNE:  Form, predicate.

14          THE WITNESS:  It would depend on how you define

15   ischemia.  It's less than normal blood flow.  Whether it

16   puts the cells at stress for inadequate oxygen or

17   inadequate nutrients, I suppose we could argue.  I don't

18   know.  I think normal kidneys can get by in that

19   setting.

20          And I don't think that normal humans if they

21   were suffering -- were subjected to that degree of renal

22   decline in blood flow and in GFR would be injured.

23          But, again, it would depend on whether there is

24   underlying renal disease and what else would happen.

25          I think of that as a first hit, and I think of

F. GARY  TOBACK, M.D.

Page 197

1    F. GARY TOBACK, M.D., Ph.D.  -  SEPTEMBER 24, 2009

2    the attending physicians.  There were no protocols or

3    guidelines to determine which patients would get one

4    versus the other, is that correct?

5        A   Yes.

6        Q   And then it says, "In general, surgeons and

7    anesthesiologists used aprotinin for more complex

8    operations with a higher than usual expected blood

9    loss."

10           Did I read that right?

11       A   Yes.

12       Q   And so would -- Strike that.

13           I asked you earlier if you had seen statements

14   to this effect in these studies, and you agreed that you

15   had?

16       A   I often had seen that.

17       Q   Yes.  So does this indicate that in studying

18   outcomes in one group versus another, the aprotinin

19   group started off behind?

20           MR. OSBORNE:  Form, predicate.

21           THE WITNESS:  Well, it does suggest that, but

22   that's what various corrections are used for in trying

23   to make the studies correct for that difference.

24           And that's why propensity analysis is done and

25   why logistic regression is done and people who analyze

F. GARY  TOBACK, M.D.

Page 198

1     F. GARY TOBACK, M.D., Ph.D.  -  SEPTEMBER 24, 2009

2    the studies try very hard to balance those differences

3    as there may often be differences, as well, in known

4    other so-called confounders like age or gender or extent

5    of renal insufficiency in the presence or absence of

6    diabetes, hypertension, and so on.

7          And that's just another one of the confounders

8    that have to be corrected for in doing an appropriate

9    analysis.

10   BY MR. STEPHENSON:

11    Q   So do you think that the study authors

12   adequately corrected for the fact that the aprotinin

13   patients started out behind?

14          MR. OSBORNE:  Same objections.

15          THE WITNESS:  I think it's okay.  It's not a

16   great study, but I think the result is pretty clear.

17   BY MR. STEPHENSON:

18    Q   Let me ask you this:  On page -- well, the next

19   page past where we were looking, so this is page 578 at

20   the bottom, way down at the bottom left, it says,

21   "Patients who received aprotinin were older, had higher

22   preoperative urinary NGAL levels, higher Parsonnet

23   scores, and underwent longer cardiopulmonary bypass and

24   aortic cross clamp times, table 1."

25          Did I read that right?

F. GARY  TOBACK, M.D.

Page 201

1     F. GARY TOBACK, M.D., Ph.D.  -  SEPTEMBER 24, 2009

2   would cause an increase in urinary NGAL.

3     Q   Let me ask you a general question about

4   observational studies.

5         In an observational study where you have an

6   imbalance in the cohorts, can you ever be sure you've

7   corrected adequately for that imbalance?

8     A   In medicine we struggle with the words always

9   and never.  I think that the study has limitations.  And

10   when one reads them, reads such studies, one keeps them

11   in mind as to how confident one should be in agreeing or

12   disagreeing with the authors.

13     Q   Well, if there are large baseline imbalances,

14   does that make it harder to correct for differences

15   between one group and the other?

16     A   Well, it does.  But these differences shown in

17   figure 2 are so big compared to EACA and aprotinin that

18   it certainly leads one to believe that urinary NGAL is a

19   pretty good marker for seeing the onset of renal injury.

20         And not all of the patient characteristics

21   preoperatively are imbalanced.  Some of them are, but

22   some of them aren't.  The difference in age is five

23   years and the difference in Parsonnet scores is not

24   trivial, but it is a real difference and so on.  But I

25   agree with you that this is not an ideal study, but it's

F. GARY   TOBACK, M.D.

Page 202

1    F. GARY TOBACK, M.D., Ph.D.  -  SEPTEMBER 24, 2009

2   not really talking about anything therapeutic.

3          This is about a diagnostic tool, not about a

4   therapeutic that you administer into patients.  If you

5   measure the urinary NGAL and it's not accurate or it's

6   misleading, you still have the serum creatinine to rely

7   on or other measures.

8          If you're giving a drug to someone and it

9   causes adverse effects, that's different, that's a

10   different ballgame.

11          But in terms of the observational studies, this

12   is not a particularly good one.  And I don't have the

13   sense that these authors have corrected for these

14   imbalances the way I wish they did.

15          It's just that all I conclude from this is

16   that, gee, it looks like urinary NGAL is probably going

17   to be useful in this setting, but I'm much more

18   impressed with the data in pediatric cardiology

19   patients.

20          But it's consistent with the -- all of the

21   other things that I know about aprotinin, and I'm

22   tending to take it as being supportive of what I know

23   with limitations that you have correctly pointed out.

24    Q   This study does have limitations?

25    A   It sure does.

F. GARY   TOBACK, M.D.

Page 231

1    F. GARY TOBACK, M.D., Ph.D.  -  SEPTEMBER 24, 2009

2    dialysis.

3         And this is the biggest concentration of such

4    patients I've seen.  And I just don't quite know where

5    they came from.  And I find it disturbing and makes me

6    wonder whether all the patients who did develop renal

7    failure requiring dialysis have found their way into the

8    reporting system.

9    Q   Well, are you assuming that these did not find

10   their way into the reporting system?

11   A   I'm saying I don't know.

12   Q   You can't say that these weren't reported by

13   Bayer to the FDA after this document was created, you

14   don't know one way or the other?

15   A   I don't.  I don't even know for sure if those

16   are patients that received aprotinin.

17   Q   Okay.

18   A   But I'm just disturbed by seeing something like

19   this that there is a large number of patients with renal

20   failure requiring dialysis that haven't been -- are not

21   clearly related to something that has nothing to do with

22   aprotinin.

23   Q   Well, in some of these, the second one there is

24   an item that says renal failure requiring dialysis, but

25   in the REL column it says none.

F. GARY  TOBACK, M.D.

Page 273

1    F. GARY TOBACK, M.D., Ph.D.  -  SEPTEMBER 24, 2009

2        Q    And then acute renal failure you mean to signify

3    functional impairment?

4        A    Yes.  If you like, the renal impairment for me

5    you could measure with an increase in urinary NGAL and

6    histology, if you could get it.

7             And the acute renal failure part would be an

8    increase in serum creatinine is the way you would

9    measure those things clinically.

10       Q    And what level of increase in serum creatinine

11   qualifies under your definition as acute renal failure?

12       A    A value that's about .2 -- about .25 to .3, .5

13   milligrams per deciliter over the baseline if it's a

14   really good baseline for all the reasons I talked about

15   ad nauseam this morning about a serum creatinine in the

16   normal range may be hiding a very significant loss of

17   renal function or renal functional injury that we don't

18   know how to measure otherwise.

19       Q    So an increase of .3 would qualify as acute

20   renal failure?

21       A    To certain -- yes, to a certain extent.  I call

22   it acute kidney injury I would be more comfortable at

23   the moment.

24       Q    Okay.  But the phrase that you have in your

25   report on page 2 is "acute renal failure."  And by that

F. GARY  TOBACK, M.D.

Page 274

1    F. GARY TOBACK, M.D., Ph.D.  -  SEPTEMBER 24, 2009

2   you mean --

3      A   At least --

4      Q   -- at least .3?

5      A   -- .3.

6          .5 most people would accept that as really

7   meaningful.

8      Q   Most people would accept .5 as meaningful

9   renal --

10     A   In most of the studies we've discussed today, we

11  were using .5 milligrams per deciliter increase in serum

12  creatinine as evidence of acute renal failure.  Most of

13  the studies use that as their definition.

14     Q   Okay.  Over on page 6 now, there is the

15  paragraph B that has the heading structural, aprotinin

16  injures kidney cells.

17          Do you see that?

18     A   Yes.

19     Q   The last sentence of that, of the first

20  paragraph there says, "However, sufficient aprotinin

21  delivered to the kidneys by infusion during cardiac

22  surgery could engorge the phagolysosomes and cause renal

23  cellular injury."

24          That's your view?

25     A   Yes.

F. GARY  TOBACK, M.D.

Page 275

1      F. GARY TOBACK, M.D., Ph.D.  -  SEPTEMBER 24, 2009

2      Q   When you say sufficient aprotinin, what are you

3   referring to there?

4      A   I'm trying to get around the problem that in

5   certain patients the amount of aprotinin that may be

6   required to do that will be different from other

7   patients.  And I don't know how much that would be, and

8   I don't have access to kidney tissue to measure it.  And

9   so it's a virtual amount.

10     Q   So the amount that is sufficient to do this

11  differs from patient to patient?

12     A   I would think it would, yes.

13     Q   And when you use the phrase "renal cellular

14  injury" there, what are you talking about?

15     A   I'm talking about the cells becoming unable to

16  do what they do normally that might be manifested by the

17  serum creatinine rising or urine output declining, the

18  appearance of renal failure with hyperkalemia, for

19  example, and acidosis and the progression of events that

20  go on to require dialysis if it's severe enough.

21     Q   The engorging of the phagolysosomes that you're

22  referring to here, that does not necessarily cause cell

23  death, would you agree with that?

24     A   Probably true.

25     Q   Okay.  Is there a scenario under which they

F.  GARY   TOBACK, M.D.

Page 300

 1     F. GARY TOBACK, M.D., Ph.D.  -  SEPTEMBER 24, 2009

 2   you looked at the approved FDA indication for tranexamic

 3   acid?

 4     A   I haven't looked at that document.

 5     Q   So can you give -- Well, strike that.

 6         If Bayer had wanted to do a study comparing

 7   aprotinin to tranexamic acid, if tranexamic acid were

 8   not approved for what Bayer had wanted to study it in,

 9   would it have been able to do the study?

10         MR. OSBORNE:  Form, predicate.

11         THE WITNESS:  Not in the U.S., but it might

12   have been approved in Canada.  I'm not sure if it was

13   approved in Canada for that purpose or elsewhere.

14         But the point I'm trying to get at is there was

15   a need to do studies with aprotinin with a comparable --

16   a comparator drug, whether it was Amicar or tranexamic

17   acid or something, not just placebo drugs.  And I think

18   that opportunity was one that was missed.

19         In 2002, for example, Duke University's group

20   suggested to Bayer that they do such studies.  And Bayer

21   didn't act to do that.  I'm not saying Bayer should have

22   acted on everything that was offered to them.  But it

23   was an example of an opportunity that I think was

24   missed.

25   BY MR. STEPHENSON:

F. GARY   TOBACK, M.D.

Page 301

1      F. GARY TOBACK, M.D., Ph.D.  -  SEPTEMBER 24, 2009

2      Q   As between the three drugs, aprotinin,

3   tranexamic acid, and Amicar, which of those three drugs

4   has been the most thoroughly studied?

5      A   Aprotinin.

6           MR. STEPHENSON:  Thanks.

7           That's all I have.

8           MR. OSBORNE:  All right.  We'll read.

9           THE VIDEOGRAPHER:  This marks the end of tape

10   No. 4 and concludes today's deposition.  We are going

11   off the record at 6:06.

12                          - - - - -

13

14

15

16

17

18

19

20

21

22

23

24

25