**Exhibit B**

# EXPERT REPORT OF F. GARY TOBACK, M.D., Ph.D.

## BACKGROUND

1.       I am a medical doctor with a Ph.D. in Biochemistry. A true and accurate copy of my *curriculum vitae* is attached as Exhibit A. I am licensed to practice medicine in the state of Illinois. I am currently a practicing clinical nephrologist at the University of Chicago and I am certified by the American Board of Internal Medicine, Subspecialty in Nephrology and the National Board of Medical Examiners. I am currently a full Professor of Medicine and Cell Physiology at the University of Chicago, and Interim Chief of the Section of Nephrology.  Prior to my current appointment at the University of Chicago, I was an Assistant Professor and Associate Professor at the University of Chicago.

2.       I received my undergraduate degree in Biochemistry, cum laude, from Columbia University in 1963. I then attended New York University where I received my M.D. degree in 1967.

3.       I completed a residency in Internal Medicine at Case Western Reserve University in 1969. I served as a Medical Officer in the U.S. Navy Medical Corps from 1969 to 1970. I subsequently was a biochemistry graduate student and renal research fellow at Boston University in 1973.  I received my Ph.D. in Biochemistry from Boston University in 1974. I also completed a Nephrology Fellowship from Harvard Medical School in 1974.

4.     From 1979 – 1980, I took a sabbatical to study the control of kidney cell growth, supported by a fellowship from the American Cancer Society in the laboratory of Robert Holley, Ph.D., a Nobel Laureate, at the Salk Institute for Biological Studies in San Diego, CA.

5.     From 1986 – 1987, I also took sabbatical at Howard Hughes Medical Institute and Department of Biochemistry and Molecular Biology at the University of Chicago under the tutelage of Donald Steiner, M.D., who discovered proinsulin.

6.     In 1995, I was the Founding Scientist of NephRx Corporation, Chicago IL.

7.     I testified before the U.S. House of Representatives house appropriations subcommittee on February 29, 1996 representing the American Society of Nephrology. I have also been an expert witness concerning the pharmacology and toxicology of medications. I have testified in court as an expert witness on one occasion and have given 4 depositions as an expert witness. See the list of cases attached as Exhibit B.

## SUMMARY OF OPINIONS

A.  Aprotinin negatively impacts renal function both functionlly and structurally.

B.  Numerous studies and analyses over the last two decades establish that Aprotinin increases the risk of renal impairment and acute renal failure.

C. Dialysis may be needed when patients experience renal failure due to an accumulation of salt, water and potassium in the body which can result in severe health consequences for the patient.

D. Renal impairment and acute renal failure can have long term effects on patients including increased mortality, infections, sepsis, permanent decreased kidney function and other long term problems.

E. Please see a list of all materials and documents reviewed attached as Exhibit "C."

## APROTININ MECHANISM OF ACTION

8. Aprotinin is a single chain polypeptide containing three disulfide bridges that has a molecular weight of 6,512. The therapeutic effect of this peptide (58 amino acids long) is a consequence of its ability to inhibit diverse serine proteases (e.g., kallikrein, plasmin, trypsin). The peptide forms a reversible stoichiometric enzyme-inhibitor complex between the active serine residue of an enzyme substrate and lysine 15 of Aprotinin. The biological activity of Aprotinin is expressed in kallikrein inactivator units. It became of interest for treatment of patients undergoing recurrent cardiac surgery when Royston and colleagues showed that its administration could reduce postoperative bleeding (Lancet ii12898-1291, 1987).

When Aprotinin is given to patients, it passes through the capillary filtration barrier in the renal glomeruli to subsequently enter the proximal tubule of the nephron. There it binds to megalin (glycoprotein 330) with high affinity on brush

border membranes on the tubular cell surface (J Clin Invest 1995, 96 1404-1413, 1995.)  Aprotinin can be taken up in very large amounts by cells of the renal tubules and accumulate within them.  The drug can remain in tubular cells for several days where it has accumulated within intracellular organelles called phagolysosomes.  In those organelles, Aprotinin is broken down/metabolized into small fragments, i.e., peptides that are subsequently metabolized further or excreted in the urine.

9.     Renal tubular cells synthesize erythropoietin, a glycoprotein hormone released by the cells which enters the blood, and subsequently binds to bone marrow cells to stimulate production of red blood cells. These renal tubular cells also take up foreign proteins like Aprotinin that are filtered into the glomerulus. The kidney's job is to destroy small proteins like Aprotinin, after removing them from the circulation.   These functions by the kidney are in addition to its capacity to regulate salt and water, acid base, potassium, calcium, phosphorus, and magnesium balance

10.    Two adverse effects of Aprotinin on the kidneys have been described that could cause acute renal failure/acute kidney injury.  These can be considered as functional (point A) and structural (point B) adverse effects.

   **A. Functional.** *Effect on kidney blood vessels: inhibition of renal afferent arteriolar vasodilators.*

4

There are about 1 million glomeruli in each human kidney. Blood is delivered to these capillary beds at which filtration occurs that eventually results in formation of urine. Blood is delivered to each glomerulus via an afferent arteriole for filtration, so these vessels need to be widely patent/dilated/open for filtration to occur. Two "vasodilators" normally present in the blood that maintain patency (dilation) of the glomerular afferent arterioles are kallikrein and prostaglandins. Kallikrein generates bradykinin, a vasodilating peptide, so inhibition of kallikrein by Aprotinin results in decreased production of a vasodilator that normally dilates renal afferent arterioles. When Aprotinin inhibits production of vasodilators, the afferent arterioles become more responsive to "vasoconstrictors" which narrow the vessels so less blood is delivered to the glomeruli. Reduced glomerular filtration, measured by the clinician as a rise in the serum creatinine concentration, is the result. This is because the chemical creatinine (normally present in the blood) is ordinarily filtered at the glomerulus and so passes out of the body in the urine. When blood flow to the glomeruli is reduced, glomerular filtration of creatinine decreases and the unfiltered creatinine accumulates in the blood thereby raising its concentration. In this way Aprotinin acts on kidney blood vessels to reduce glomerular filtration rate (GFR) and renal blood flow (RBF). Severe reductions of these hemodynamic functional parameters can result in renal ischemia (insufficient oxygen delivery to kidney cells) and the subsequent development of kidney injury/renal failure. In 1983, Seto *et al.* showed that i.v. administration of Aprotinin to anesthetized rats decreased kallikrein, and resulted in a 36% decrease in RBF, and a 37% decrease

5

in GFR, without a change in either blood pressure or cardiac output (*Hypertension* 1983, 5:893-899).  These observations suggested that decreased renal function induced by the drug was a consequence of its capacity to act as a protease inhibitor rather than on hemodynamic targets.

**B. Structural.** *Aprotinin injures kidney cells.*

When Aprotinin is administered intravenously at surgery it enters the renal circulation (afferent arterioles), is filtered at the glomerulus, and is reabsorbed from the tubular fluid by proximal tubular epithelial cells.  Once inside the cell, Aprotinin is taken up in phagolysosomes which are intracellular structures in which ingested proteins can be slowly degraded/destroyed and thereby inactivated.  However, sufficient Aprotinin delivered to the kidneys by infusion during cardiac surgery could engorge the phagolysosomes and cause renal cellular injury.

A Bayer memo dated 8/18/97 to Robert Kleinfield from Harry Olson (BAY02645797) summarizes data documenting renal structural injury in the "IND for trasylol toxicology."  The memo reads: "The target organ in both species is the kidney, and bona-fide evidence of toxicity was reported in the rat 2-week, I.V. study where tubular epithelial cell basophilia and necrosis were described at 37 and 250 KIU/kg/day, and in the dog 5 week daily dosing I.V. study, where necrosis was described in female dogs at 500 KIU/kg/day (this is a reversible effect)."

A study published in the *American Journal of Nephrology* (28:576, 2008) concluded that "postoperative urinary neutrophil gelatinase-associated lipocalin (NGAL) - a novel marker for renal injury - is increased in cardiac surgical patients receiving Aprotinin compared to patients receiving epsilon aminocaproic acid (EACA), an appropriate control.   Aprotinin use during cardiac surgery was "associated with a two-fold higher risk of developing acute kidney injury compared to patients who received EACA when corrected for possible confounders.   These results support the conclusions by Mangano *et al.* from a propensity-adjusted study of patients undergoing cardiac revascularization (N Engl J Med 354:353-365, 2006).   These results support the hypothesis that Aprotinin may cause renal injury."

11.   Aprotinin accumulates primarily in the kidneys rather than in other organs.   Many drugs are acted upon by liver metabolism which biochemically modifies them for subsequent elimination from the circulation and subsequent metabolism.   However, studies performed by Bayer early on clearly showed that Aprotinin was eliminated through renal metabolism.   Aprotinin is broken down gradually over a several day period.   The Initial NDA (20-304) submitted to the FDA by Bayer on 11/24/92 showed that Aprotinin is metabolized in the kidneys by proteolytic degradation and excreted in urine as an inactive metabolite.   The drug is rapidly cleared from the blood ($t_{1/2}$ 30 min after i.v. administration), is concentrated in the renal cortex in a dose-dependent manner, and slowly eliminated ($t_{1/2}$ of 6-7 days).

7

In one animal study, 80% of radioactive Aprotinin was still in the body in the kidney, 2 hours after i.v. administration, whereas 40% was in the kidneys after 24 hours. In human volunteers given an i.v. infusion of [131]I-labelled Aprotinin, 25-40% of the radioactivity appeared in the urine within 48 hours (BAY03755553, Investigator's Brochure, May 1997, page 31).

12.  The reason that cells of the liver and other organs bind little or no Aprotinin is not known, but probably is explained by the absence of a receptor such as megalin on the surface of these non renal cells. Even people who do well on Aprotinin will accumulate a large amount of the peptide in their proximal tubular cells and will slowly get rid of it. The renal changes induced by Aprotinin observed in animals were interpreted as easily reversible, but this may be a consequence of the capacity of injured and necrotic tubular cells to be capable of rapid regeneration.

**APROTININ CAUSES RENAL FAILURE**

13.  Early animal studies done by Bayer, and by other scientists, clearly indicated that Aprotinin was cleared by the kidneys and when given at higher doses the drug caused renal dysfunction. Some animal studies done in the 1990's and before, demonstrated kidney cells would undergo necrosis when large amounts of Aprotinin were infused. Specifically, Bayer report, Document 03755520, page 18 revealed that when Aprotinin was given to dogs, there were transformations of the cytoplasm of renal tubular cells, which would not totally reverse, even during a 10-day recovery period. However, Bayer concluded that this acute toxicity of

8

Aprotinin would not pose any risk to humans. These dog kidneys were said to be discolored or pale, and sometimes were increased in weight when examined after Aprotinin administration. There was functional impairment to the kidneys and evidence of tubular cell necrosis. The discoloration of the kidneys, or basophilia, was associated with accumulation of hyaline (clear) droplets within tubular cells. It was clear evidence that the kidneys were injured by administration of a large amount of Aprotinin.

14. These hyaline droplets, when examined pathologically, were shown to contain Aprotinin. Under the microscope, this was further evidence that Aprotinin accumulated in the kidneys and exerted an adverse effect on renal tubular cells. This wasn't just a transient event. The cells were seen to undergo necrosis, often with subsequent regeneration suggesting that there was impairment of tubular structure and function as the cells struggled to get rid of the accumulated Aprotinin. Clinically, this was associated with increases in the blood urea-nitrogen concentration and the serum creatinine concentration of patients who received Aprotinin, indicating a reduction in glomerular filtration. It was well known to Bayer even in 1993, when they submitted their NDA, (Bayer 00674772) that there was a higher incidence of clinically significant increases above baseline in serum creatinine concentration in Aprotinin treated patients. It was seen in patients receiving a high dose of Aprotinin and also in those receiving a low-dose compared to placebo. Specifically, of 100 patients, there were 22 given Aprotinin that exhibited a 20% to 24% increase in their serum creatinine

9

concentration above 0.5 mg per deciliter, compared to 16% of the subjects given a placebo.

15.     It is clear that Bayer scientists were aware of these findings and Aprotinin's affect on the kidneys.  Bayer also knew there was a greater incidence of subsequent serum creatinine increases in patients with certain conditions (Aprotinin Safety Summary, BAY00733441, page 77)   The effect of Aprotinin on the kidneys, manifested as an increased incidence in Aprotinin-treated patients of treatment emergent events reflecting renal dysfunction and of clinically significant increases over baseline in serum creatinine concentration, was statistically significant in protocol D89-005, and in the pooled data from the US Aprotinin placebo controlled trials.  When postoperative renal dysfunction was combined in high dose Aprotinin patients (11% incidence of acute renal failure, kidney failure, abnormal renal function, or tubular necrosis 8 of 71 patients in 5 medical centers), and low dose (7%, 5 of 70 patients) this was highly significant compared to the placebo group (0%, 0 of /71 patients) (P=0.008) In other studies the increased incidence of renal dysfunction was noticeable in patients older than 60 years, those treated preoperatively with angiotensin converting enzyme (ACE) inhibitors, those with baseline congestive heart failure, and those treated in the peri-operative period with aminoglycoside antibiotics.  Similar observations were made in Study D89-004-03 (page 42) in which a greater incidence of subsequent serum creatinine increases were noted in the subset of patients with pre-existing elevated serum creatinine concentration.  Other potential risk factors for renal

dysfunction were weight greater than 85 kg, male gender, and pre-operative aspirin. The increased incidence of renal events in Aprotinin-treated patients was seen especially in those given a high dose of the drug. One explanation is that patients whose serum creatinine concentration is elevated preoperatively have fewer functioning nephrons and are therefore more vulnerable to receiving a large amount of Aprotinin because they have fewer functioning cells in their kidneys to remove and destroy Aprotinin. Similar results were seen in the Integrated Summary of Safety Information United States Studies in patients undergoing cardiopulmonary Bypass Surgery (Bates 00673909).

16.     In 1993, the NDA revealed an increased incidence of elevated, serum creatinine concentrations greater than 0.5 mg per deciliter after the use of Aprotinin, and that some patients did get acute renal failure. The incidence rate was relatively low and Bayer was able to argue successfully to the FDA that this incidence was acceptable. The question the FDA had to wrestle with was: to what extent were the adverse effects on renal function due to the use of Aprotinin, and how much was the result of the surgical procedure. Subsequent studies by Mangano, Karkouti and the I3 group were able to demonstrate, very rigorously, with powerful statistical analysis in a very large number of patients that the incidence of adverse effects on the renal function was due to the use of Aprotinin. Also, it should be noted that when the FDA was considering approval of Aprotinin in 1992, there were serious concerns about the safety of our nation's blood supply related to fears of contracting HIV and hepatitis infections. However, by

approximately 1995, many of those concerns had been addressed and many of the problems resolved.

In a published report in 1993, Sundt *et al.* (*Ann Thorac Surg* 1993, 55, 1418-1424) showed that renal dysfunction occurred in 65% of 20 patients, 5 of whom required hemodialysis following use of Aprotinin during cardiopulmonary bypass surgery and hypothermic circulatory arrest.   Among 20 age-matched patients undergoing similar surgery that were not given Aprotinin, renal dysfunction appeared in only one patient.   Platelet-fibrin thrombi were found in the kidneys of four of the patients who died (5 of the 7 dead patients were autopsied).   These findings suggest that Aprotinin-induced adverse effects on renal function are a consequence of the prothrombotic/antifibrinolytic effect of in the drug.

17.   Bayer was clearly aware of adverse events with Trasylol.   Document BAY00745435 which lists adverse experiences that were not reported to the FDA. This document dated March 10, 1993 indicates that 12 of 87 adverse events not reported to the FDA were patients who developed renal failure requiring dialysis associated with Aprotinin.

18.   Bayer was also aware of a study by Kress *et al.* (BAY05426839) (What is the effect of Aprotinin (Trasylol) on the Incidence of Selected Outcomes after CABG?) dated 11/20/03 performed in Milwaukee that included 1297 patients receiving either CABG surgery alone, or CABG plus valve surgery (n=425).   This

study showed that in the CABG group, that age, hypertension, body surface area greater than 2.2, NYHA Class 4 and Aprotinin use greater than full-dose were all significant variables predictive of postoperative renal failure. The authors concluded that the use of a higher than full-dose Aprotinin regimen in the CABG population should be abandoned because of the 3.1-times higher risk of the development of postoperative renal failure. They also recommended that "Aprotinin should be discontinued in CABG patients once the full-dose has been administered, whether in the OR or ICU"

19. The I3 Drug Safety Study (dated 9/13/2006) and the Schneweiss Presentation (Safety of Aprotinin vs. Aminocaproic Acid during CABG Surgery, 2007), provide a regression analysis of 78,199 patients from the primary cohort that compares three Aprotinin doses with low-dose aminocaproic acid. The report looked at 7 days of follow-up after use of the drugs. This large, retrospective, cohort study using administrative data found an increase in the risk of renal failure requiring dialysis (RR=1.39, 95% CI) for recipients of Aprotinin in comparison to recipients of aminocaproic acid during CABG surgery. The increases appeared independent of both the complexity of the CABG surgery; and the CABG volume of the surgeon. The strength of the association of Aprotinin with renal failure compared with aminocaproic acid was less than that reported by Mangano *et al.* (RR=2.44) vs. aminocaproic acid, and Karkouti *et al.* (RR=1.80) vs. tranexamic acid.

20.     The I3 study used the largest in-hospital administrative database in the U.S., and was commissioned by Bayer in June 2006  It is a cohort study of Aprotinin using complex design and analyses to address limitations of administrative data.

The importance of the I3 study is that it compares patients needing and experiencing a CABG who received Aprotinin and another drug that has a similar mechanism of action and is commonly used in the same clinical setting.  It is clear that when patients undergo CABG they are more likely than patients undergoing other procedures, as a group, to develop acute renal failure (ARF)/injury.  So if one asks if Aprotinin exposure is a likely cause of ARF in these patients, it is critical to design a study that compares the effect of this drug to another drug in the same patient population, not against patients not receiving any antifibrinolytic therapy.  In this way the comparison of outcomes between patients undergoing a CABG who received Aprotinin vs. EACA and/or tranexamic acid (lysine analogues with antifibrinolytic activity) is particularly important for optimal experimental design.  An argument that Aprotinin is associated with an increased incidence of adverse effects in patients undergoing a CABG but not treated with an antifibrinolytic agent such as EACA would not be nearly as persuasive in demonstrating the adverse effect of Aprotinin on the kidneys as is the I3 Study.

Thus, more than a decade after accumulating evidence of adverse renal effects of Aprotinin administration in dogs and rats, and after publication of studies in patients (e.g., Sundt *et al. Ann Thorac Surg* 1993, 55, 1418-1424; Mangano *et al.*

*N Engl J Med* 2006, 354, 353-365; Karkouti et al. *Transfusion* 2006, 46, 327-338) showing renal injury, Bayer funded the I3 Drug Safety Study. This analysis examined the largest number of patients yet studied, was rigorously controlled, and matched groups to eliminate/minimize controlling variables. The results clearly showed that those patients receiving Aprotinin were more likely to develop ARF and/or die that those treated with EACA.

21.     Clearly, Bayer was aware of the renal connection with Aprotinin for years and could have conducted a study like I3 long before 2006, but did not do so. There was adequate time to evaluate these issues as far back as 1992, due to the abundance of evidence available that Aprotinin could injure animal as well as human kidneys, manifested by increases in the serum creatinine concentration of patients receiving the drug.

22.     On page 12 of the FDA report titled 2007 Draft Reviews is a review of the I3 Drug Safety Draft Report and a table which is a Summary of Adjusted Risk Estimates for Postoperative Renal Events. It summarizes the I3 Drug Study, the Mangano Study, the Karkouti Study and the Coleman Study (*J Thorac Cardiovasc Surg* 2007, 133, 1547-1552). It lists the risk ratios (all greater than 1), shows their range of significance, and clearly indicates that each study points to an association of Aprotinin use with renal dysfunction/failure

23. Although the Mangano study that revealed evidence of an Aprotinin-associated increased incidence of renal failure and death was published in 2006, it is clear from the evidence that's not when the study was started or even when the results were first known by Bayer. There was a clear renal connection back in 1993. Bayer knew that previous biological studies had shown Aprotinin was accumulating in the kidneys to be metabolized, and they knew that in rats, depending upon how much Aprotinin was given, there was going to be renal cell damage.   Bayer knew patients who received Aprotinin had elevated serum creatinine concentrations indicating decreased renal function and kidney injury. Bayer had plenty of evidence to suggest that a study like I3 or a Phase IV clinical trial conducted as early as 1993 would have rigorously addressed the safety of the drug.

24. Indeed, the Duke Clinical Research Institute (BAY03364404) sent a detailed research protocol dated January 10, 2002 proposing such a study to Bayer entitled "The Use of Aprotinin in Comparison to Amicar in Patients Undergoing Coronary Artery Bypass Graft." However, such a study was never authorized or approved by Bayer.

25. In the **August 21, 2006** FDA advisory committee briefing document, the committee agreed that the data was consistent with an association between Aprotinin use and renal impairment, specifically for an increasing creatinine concentration.   Table 2 of the CABG Study showed that 37% of patients

16

experienced kidney failure following Trayslol compared to 1% of patients receiving the placebo. However, most of the committee was not convinced that there was a definite increased risk of renal failure requiring dialysis. On **September 21, 2006** the FDA held a public meeting to discuss the safety and overall risk-benefit profile for Trasylol. At that meeting the committee discussed the findings from two published observational studies (Mangano *et al.,*2006; Karkouti *et al.*, 2006), the Bayer worldwide safety review, and the FDA review of its own post-marketing database. On **September 27, 2006** Bayer told FDA that it had conducted an additional safety study of Trasylol. The preliminary findings reported that use of the drug may increase the chance for serious kidney damage death, congestive heart failure, and strokes. FDA was not aware of these new data when it held the September 21, 1006 Advisory Committee meeting on Trasylol safety. On **October 13, 2006** Bayer suspended two senior executives for a "serious error in judgment" because they did not make the results of the I3 Study available to the FDA sooner.

26.    After September 27, 2006 the FDA recommended (BAY00322226) that the label should be changed to say "Trasylol administration increases the risk for renal dysfunction and the need for dialysis in the perioperative period. This risk may be especially increased for patients with pre-existing renal impairment or those who receive aminoglycoside antibiotics or drugs that alter renal function." That is a dramatic difference from the warnings in the label prior to the revelation of the I3 Study results to the FDA.

In the FDA Review of the I3 Drug Safety Study (8/10/07) the conclusion was reached that the findings show an increased risk for ARF. This was considered compelling for the following reasons: the study results were consistent with spontaneous adverse event reports, results from other reported studies, and adverse events occurring at a frequency of $\geq 2\%$ in the clinical trials and noted in the label.

27.   Also, patients who develop hypotension are more likely to have an adverse renal response if given Aprotinin. In many patients who receive the drug, the kidneys appear able to respond in diverse ways, perhaps by dilating blood vessels to defend against the insult. The problem for these patients who also have hypotension is that phagolysosomes in their kidney tubular cells are packed with Aprotinin and now also need to defend against renal hypoperfusion and possible ischemia. The kidney may ordinarily be able to handle hypotension, the first hit, but the organ has been compromised by having its cells filled with this foreign protein. The addition of this second hit plus the first one may be enough to push patients into the acute renal failure syndrome, more often than would ordinarily be the case if there were only hypotension.

## DIALYSIS

28.   When a patient suffers acute renal failure, they are often unable to regulate the amount of salt and water in the body, i.e., they have abnormal volume regulation. When the kidneys are not functioning properly, salt and water accumulates

18

because it can not be excreted in the urine and the blood vessels become engorged by it. The excess fluid often enters the lungs filling the alveoli, which are critical for oxygen and carbon dioxide exchange thereby causing dyspnea. It is essential to remove this excess fluid from the body and also retained potassium because an elevated potassium concentration (hyperkalemia) can induce cardiac arrthymias and sudden death. Hemo- or peritoneal dialysis is a process that can remove excess sodium, potassium and water from the body and correct acid-base imbalance. In hemodialysis, the blood is run through a machine that removes excess salt and water by filtration, and returns the processed blood back to the patient. The blood leaves the patient through a large bore needle, usually in their forearm, is pumped to the dialysis machine in which filtration takes place, and the cleansed blood is returned to the patient via another needle. Dialysis treatments usually take approximately four hours. One result is fluid that had accumulated in the alveoli of the lungs can return to the bloodstream so the patient is able to breathe comfortably again.

29.     Another very important and critical life-sustaining function of the kidneys is to control the potassium concentration of the blood. Potassium is present in nearly all foods, and the kidneys ordinarily excrete 90% of the potassium that we eat. When a patient has impaired kidney function the potassium concentration in the blood can get very high quickly. An elevated potassium level puts the patient at risk for development of cardiac arrhythmias which can occur within minutes to hours. The heart's rhythm is controlled by cells that have an electrical character

that is largely regulated by the ratio of the concentration of potassium inside and outside of the cardiac cell, i.e., the membrane potential. When that potassium ratio becomes abnormal, cells in the heart do not fire normally, the heart rhythm usually becomes more rapid, and cardiac output of blood is reduced, and the brain may be deprived of blood causing death. Hyperkalemia is perhaps the most feared consequence of acute kidney injury because the cardiac arrthymia that may ensue can be fatal.

30.     Dialysis removes excess potassium from the patient's bloodstream and returns the blood to the patient's body. Peritoneal dialysis can also be done, in which a catheter is placed in the peritoneal cavity. Potassium-free fluid is run into the abdomen and equilibrates with the blood perfusing the peritoneal membrane. Potassium, at a high concentration in the blood diffuses into the dialysis fluid filling the peritoneal cavity. The fluid that now has become rich in potassium is then removed from the body thereby lowering the concentration of potassium in the blood. When patients go into renal failure, they often develop large accumulations of acid in the blood (acidosis), which also can have adverse affects on the ability of the heart to pump blood. Acidosis is also readily correctible by dialysis treatments.

31.     Routinely, patients in renal failure receive three dialysis treatments per week, each lasting about 4 hours. In the post-operative period, if there is acute renal impairment associated with retention of a large amount of salt and water (volume

overload), the patient may need to be dialyzed daily or be placed on continuous dialysis. This procedure is known as continuous veno-venous hemodialysis.

32. A common side effect of renal failure is anemia. Blood counts fall in these patients because the kidneys make erythropoietin, secrete it into the blood which delivers it to the bone marrow where erythropoietin stimulates production of red blood cells. The production of erythropoietin is reduced when kidney cells are injured, so patients on dialysis often need to be given injections of erythropoietin to stimulate production of red blood cells to get their counts into an acceptable range while the kidney cells are regenerating. Patients on chronic dialysis also have an increased incidence of atherosclerotic heart disease, often resulting in congestive heart failure and a reduced life span. Hypertension is also common in patients with kidney disease and can cause damage to other organs of the body, especially the heart. This can result in hypertensive as well as atherosclerotic heart disease. Dialysis patients are also at an increased risk for strokes and peripheral vascular disease. Dialysis patients often develop bone disease due to long-standing acidosis, hypocalcemia, and hyperphosphatemia. These patients are also required to follow specified diets because they have a limited ability to excrete many minerals that are abundant in food, e.g., potassium, phosphate.

33. The average life expectancy for older patients with end-stage renal disease may be as low as four to five years in the presence of intercurrent diabetes. The main

factors contributing to this adverse outcome are renal failure, hypertension, diabetes, accelerated atherosclerosis, peripheral vascular disease, and stroke.

## LONG TERM EFFECTS OF RENAL INJURY

34.   Although most patients with acute renal failure (ARF) recover kidney function spontaneously, postoperative renal functional deterioration in cardiac surgical patients results in increased in-hospital mortality and also has an adverse effect on survival long term (*J Am Soc Nephrol* 2005, 16:195-200).

ARF has long been known to be associated with a high mortality rate, but in dialyzed patients death occurs with, but not because of renal failure.  The patient with ARF who succumbs often does so as a consequence of infection/sepsis, volume overload with respiratory failure, or bleeding which can develop in a few days.  Thus patients who develop renal dysfunction following use of Aprotinin during cardiac surgery would be at increased risk for developing these ARF-associated nonrenal complications which can result in increased mortality.

Most patients who recover from ARF return to their baseline kidney function or near it when they recover, especially if their function was normal pre-operatively. In those who undergo a prolonged period of ARF (e.g., 4 weeks or longer), most will recover sufficient kidney function to discontinue dialysis, although the recovery of renal function is often incomplete (*Crit Care Med* 1991, 19, 8-11). Thus despite some renal damage, most patients who survive ARF requiring

prolonged dialysis treatment do recover life-sustaining kidney function. Those patients who are older than 65, have underlying chronic kidney disease (CKD), or renal atheroemboli often have an irreversible decline in renal function after recovery from ARF (*Am J Kidney Dis* 2008, 52: 262-271). In summary, those survivors of surgery associated ARF who are left with reduced renal function are now considered to have CKD, and patients with this condition are known to have a reduced life expectancy (*N Engl J Med* 2004: 351:1296-1305).

Mortality associated with ARF is increased after, as well as during, hospitalization. This was shown in a report of more than five million hospital discharges by Xue *et al.* (*J Am Soc Nephrol* 2006, 17:1135-1142). The rate of death 90 days after discharge was 35% in patients who had experienced ARF, but only 13% in patient who did not. In another study of 843 patients who underwent cardiac surgery, death was more common in the 145 patients who developed ARF postoperatively (14.5%) compared to those who did not (1.1%). In-hospital mortality was significantly associated with kidney failure (hazard ratio of 7.8; 95% CI 3.1-20.0) Eight years after discharge, mortality among the survivors was significantly higher in those who had experienced ARF in the first postoperative week (36%), compared to patients who did not have a deterioration of kidney function (22%) (adjusted hazard ratio 1.63) (*J Am Soc Nephrol* 2005, 16:195-200).

## CONCLUSION

After reviewing a large number of documents and publications, it is my opinion, with a reasonable degree of medical certainty, that the use of Aprotinin in patients undergoing cardiac surgery puts them at an increased risk of renal injury, compared to the use of other agents such as EACA and tranexamic acid which can also reduce blood loss.   This opinion is supported by several large, well-performed published clinical studies.   This increased risk of Aprotinin can be explained by its accumulation within renal cells wherein the drug is only slowly metabolized, the prothombotic effect of the drug, and its inhibitory effect on the generation of renal afferent arteriolar vasodilators such as bradykinin.  Since renal dysfunction and failure requiring dialysis predispose patients to serious nonrenal complications that can increase mortality, and studies in animals and patients in the early 1990s provided a clear signal indicating adverse renal effects, adequately powered trials to identify and characterize these risks should have been carried out at that time.

# CURRICULUM VITAE

## F(REDERICK) GARY TOBACK, M.D., Ph.D.
*Professor of Medicine and Cell Physiology*

**Office:** The University of Chicago
Department of Medicine, MC 5100
5841 South Maryland Avenue
Chicago, IL 60637-1463
Telephone: (773) 702-1476
*FAX:* (773) 702-5818
*E-mail:* gtoback@medicine.bsd.uchicago.edu

**Home:** 6848 South Constance Avenue
Chicago, IL 60649-1506
Telephone: (773) 363-7926

**BORN:** October 23, 1941; Brooklyn, New York

**MARITAL STATUS:** Married: June 9, 1963 to Phyllis Brooks, Ph.D., D.Min.
Children: David Andrew born March 15, 1969
Alison Rachel born October 19, 1972
Jonathan Daniel born December 22, 1975

**EDUCATION:** Columbia University, A.B., *cum laude*, 1963
New York University School of Medicine, M.D., 1967
Boston University, Ph.D., Biochemistry, 1974

**CLINICAL AND RESEARCH EXPERIENCE:**
Straight Medicine Internship, 1967-68
Medicine Residency, 1968-69
Charles H. Rammelkamp, Jr., Director
Case Western Reserve University School of Medicine
Cleveland Metropolitan General Hospital
Cleveland, Ohio
Medical Officer, U.S. Navy Medical Corps, 1969-70
U.S.S. Milwaukee
U.S. Naval Hospitals, Chelsea, Massachusetts, Newport, Rhode Island
Research Associate in Medicine, 1970-73
Pre-doctoral Fellowship in Biochemistry, 1972-73
Leah M. Lowenstein, Sponsor
Boston University School of Medicine, and
Graduate School of Arts & Sciences
Kidney and Electrolyte Unit, and Department of Biochemistry
Boston, Massachusetts



EXHIBIT
A

Toback, F. Gary

Clinical Nephrology Fellowship, 1974
    Howard S. Frazier, Sponsor
    Harvard Medical School
    Beth Israel Hospital
    Boston, Massachusetts

**ACADEMIC APPOINTMENTS:**
    Interim Chief, Section of Nephrology, December 2008 -
    Professor of Medicine, 1985-
    Associate Professor of Medicine, 1980-85
    Assistant Professor of Medicine, 1974-79
    Committee on Cell Physiology, 1987-
    Committee on Cancer Biology, 1993-
    Committee on Molecular Metabolism and Nutrition, 1998-
        The University of Chicago
        Pritzker School of Medicine
    Scholar in Cancer Research (Sabbatical Leave), 1979-80
        Robert W. Holley, Sponsor
        Molecular Biology Laboratory
        The Salk Institute for Biological Studies
        San Diego, California
    Sabbatical year at the University of Chicago, 1986-87
        Donald F. Steiner and Graeme I. Bell, Sponsors
        Howard Hughes Medical Institute and
        Department of Biochemistry and Molecular Biology

**FOUNDING SCIENTIST:** *NephRx* Corporation, Chicago, IL, 1995-

**AWARDS:**
    Upjohn Achievement Award for Outstanding Hospital Work, 1969
    Boston City Hospital Research Grant, 1970-71
    National Kidney Foundation Fellowship, 1971
    USPHS Special Fellowship, NIAMDD, 1972-73
    American Society of Nephrology Travel Award, 1978 and 1981
    Scholar Grant in Cancer Research, American Cancer Society, 1979-80
    Established Investigatorship, American Heart Association, 1980-85
    Fellow, American Heart Association and Council on Kidney in Cardiovascular Disease, 2003

**SOCIETIES:**
    Association of American Physicians
    American Society for Clinical Investigation
    Central Society for Clinical Research
    American Physiological Society

Toback, F. Gary

American Society of Nephrology
International Society of Nephrology
American Gastroenterological Association
Scientific Councils, American Heart Association
American Federation for Clinical Research
Midwest Salt and Water Club
National Kidney Foundation
American Association for the Advancement of Science

**LICENSURE:** Illinois

**BOARD CERTIFICATION:**
National Board of Medical Examiners
American Board of Internal Medicine, and Subspecialty in Nephrology

**ACTIVITIES AT THE UNIVERSITY OF CHICAGO:**
Research Subject Advocate, Clinical Resource Center, CTSA, 2003-
Member, University of Chicago Committee on Faculty Retirement, 1993-2005
Internship Selection Committee, Department of Medicine, 1977-79, 1981-84, 1995-2001
Associate Section Chief, Director for Nephrology Research, 1992-1999
Administrator of Finances, Section of Nephrology, 1983-1999
Member, Pharmacological and Physiological Sciences Chair Search Committee, 1996-97
Member, Biochemistry and Molecular Biology Chair Search Committee, 1995-1997
Member, Neurology Chair Search Committee, 1995-96
Member, Committee to Review the Department of Neurology, 1994-95
Member, Committee to Review Department of Biochemistry and Molecular Biology, 1992-93
Board of Directors, The Quadrangle Club, 1992-95
Committee on Appointments & Promotions, Division Biological Sciences, 1989-93, 1995, 1996
Molecular Medicine Laboratories Committee, Department of Medicine, 1990-1992
BSD Committee on Federal Cost Transfer Policies, 1991-92
Department of Medicine MD/PhD Housestaff Recruitment Committee, 1990-1995
Department of Medicine Drug Company Interaction Committee, 1989-1990
Coordinator, Section of Nephrology Research Conferences, 1975-83, 1988-1995
Member, Subcommittee on Appointments, Committee on Cell Physiology, 1989-1996
Committee to Review the Divisional Research Facility, 1990
Chairman, Committee to Review Department of Radiation and Cellular Oncology, Division of Biological Sciences, 1989-90
Chairman, Medical School Curriculum Committee, 1984-87
Coordinator, Department of Medicine Research Seminars, 1981-86
Nephrology Search Committee, 1982
Committee on the Evaluation of Research in the Department of Medicine, 1982
Chairman's Advisory Committee, 1981-82

3

Toback, F. Gary

Housestaff Research Committee, 1981
Committee for Appointment of a New Chairman, Department of Medicine, 1979-81
Fellowship Assessment Committee, 1977-78

**EDITORIAL ACTIVITIES:**

*MDvista Journal of Medicine*, Editor of Nephrology, 2000-2001
*American Journal of Physiology: Renal, Fluid Electrolyte Physiology*, Editorial Board, 1989-91

**EXTERNAL ACTIVITIES:**

Chair, NIDDK Special Grants Review Committee, Section D, 1997-99
Member, NIDDK Special Grants Review Committee, Section D, 1985-89, 1995-99
Adviser, O'Brien Kidney Center, Washington University, St. Louis, 1992-
Member, Executive Committee, and Membership and Credentials Committee, National Kidney and Urological Diseases Advisory Board, 1989
Grant reviewer: University of Michigan Diabetes Training and Research Center, 1989
Grant reviewer: Veterans Administration, 1989-90
Co-Chair, NIDDK Workshop on Control of Renal Growth, 1988
Member, Young Investigator Award Committee, Membership Committee, American Society of Nephrology, 1987-89
Reviewer and site visitor, NIADDK, 1982, 1985, 1991
Member, Special Study Section, General Medicine B, NIAMDD, 1978
Grant reviews for National Science Foundation, NIADDK, Kidney Foundation of Ohio, Veterans Administration, Chicago Heart Association
Referee for:
    *Gastroenterology, Proceedings of the National Academy of Sciences, USA, Science, American Journal of Physiology, Journal of Clinical Investigation, Kidney International, Journal of the American Society of Nephrology, Journal of Urology, Investigative Urology, Cancer Research, Circulation Research, Journal of Laboratory and Clinical Medicine, American Journal of Pathology, Life Sciences, Proceedings of the Society for Experimental Biology and Medicine, Hypertension*
Program Chairman/Abstract Reviewer:
    American Society of Nephrology, 1981, 1987, 1989, 1991, 1994, 1996
    International Congress of Nephrology, 1984, 1990, 1997
    AAP/ASCI/AFCR, National Meeting, 1982, 1988
    Central Society for Clinical Research/AFCR, 1981, 1988
Invited Speaker: 1987-present
    Digestive Disease Week, Chicago, IL, 2005
    Renal Division, Baxter Healthcare, Round Lake, IL, 2002
    Columbia University, College of Physicians and Surgeons, New York, NY, 2002
    Renal Medicine in the 21st Century, Chicago, IL, 2001
    Department of Medicine, University of Oklahoma, 2001
    American Society of Nephrology, National Meeting, 2000

Toback, F. Gary

FASEB Research Conference, Calcium Oxalate in Biological Systems, 1999
Finlayson Colloquium on Urolithiasis, Gainesville, FL, 1999
Abbott Laboratories, Renal Care Group, Abbott Park, IL, 1999,2002
Merck Research Laboratories, West Point, PA, 1999
Mayo Medical Ventures, Rochester, MN, 1999
Biogen, Inc., Cambridge, MA, 1998
Japan Tobacco, Chicago, IL, 1998
International Congress of Nephrology, Sydney, Australia, 1997
Amgen, Kidney Research Group, Thousand Oaks, CA, 1997
Session Co-chair, NIDDK Conference "Acute Renal Failure in the 21st Century"
       Bethesda, MD, 1996
Gordon Conference on Biomineralization, Plymouth, NH, 1996
Council, Division of Biological Sciences, University of Chicago, 1996
Zymogenetics, Inc., Seattle, WA, March 1996; November 1996
International Congress of Nephrology, Madrid, Spain, 1995
Bayer Pharmaceuticals, West Haven, CT, 1995
Biogen, Inc., Cambridge MA, 1994 and 1995
Renal Division, University of Utah, 1995
Renal Division, Baxter Healthcare, Round Lake, IL, 1994
German Society of Nephrology, Hamburg, Germany, 1993
Committee on Cell Physiology, University of Chicago, 1993, 1997
Renal Division, University of Pittsburgh, 1993
Invited lecturer, Department of Physiology and Biophysics, University of Illinois
       at Chicago, 1993
Invited lecturer, American Society of Pharmacological and Experimental
       Therapeutics, annual meeting, San Diego, 1991
Department of Medicine, Duke University, 1991
Nephrology Forum, *Kidney International*, Tufts University, Boston, 1991
Amgen, Growth Factor Research Group, Thousand Oaks, CA, 1990, 1991
Department of Molecular Genetics & Cell Biology, University of Chicago, 1990
Division of Nephrology, Oregon Health Sciences University, Portland, 1990
Symposium Chairperson, IXth International Congress of Nephrology
       Tokyo, Japan, 1990
Nordisk Insulin Symposium, Copenhagen, Denmark, 1990
Invited lecturer, Graduate Symposium on Renal Growth, State University of
       New York at Buffalo, 1990
Visiting Professor, Chicago Medical School, Department of Physiology, 1990
Visiting Professor, Albert Einstein College of Medicine/Montefiore Hospital,
       Bronx, New York, 1990
Visiting Professor, Vanderbilt University, 1990
Visiting Professor, State University of New York at Stony Brook, 1989
Conference on Nutrient Modulation of Progressive Renal Injury, NIDDK,
       Airlie, Virginia, 1989

Toback, F. Gary

IVth International Workshop on Developmental Renal Physiology,
    Montreal, Canada, 1989
Invited lecturer, McGill University, Montreal, Canada, 1989
First International Workshop on Renal Growth in Health and Disease,
London, England, 1989
Visiting Professor, University of Pennsylvania, 1989
Division of Nephrology, Mt. Sinai Hospital/City University of New York, 1988
Division of Nephrology, University of Wisconsin, 1988
Division of Nephrology and Hypertension, Henry Ford Hospital, Detroit, 1988
Growth Factor Research Group, Merck Sharp & Dohme Research Laboratories,
    West Point, PA, 1988
75th Anniversary Symposium, Evans Memorial Research Unit, Boston University,
    1988
American Physiological Society, FASEB, Wash., D.C., 1987, and Las
    Vegas, NV, 1988
American Society of Nephrology, Workshop on Renal Cell Culture, 1987
Chicago Heart Association Cardiovascular Forum, 1987

**TESTIMONY BEFORE THE U. S. HOUSE OF REPRESENTATIVES:**
    House Appropriations Subcommittee for Labor, Health and Human Services, and Education
and Related Agencies, John E. Porter, Chair, February 29, 1996, representing the American Society
of Nephrology.

**PATENTS:**
**Issued patents; pending patent and patent cooperative treaty (PCT) applications:**

U.S. Patent No. 5,135,856 issued on August 4, 1992
F. G. Toback, M.M. Walsh-Reitz, and S.L. Gluck
Production of autocrine growth factors

U.S. Patent No. 5,476,922 issued on December 19, 1995
F. G. Toback, M.M. Walsh-Reitz, and S.L. Gluck
Methods and compositions for the preparation and use of autocrine growth factors

U.S. Patent No. 5,618,917 issued April 8, 1997
U.S. Patent No. 6,043,216 issued March 28, 2000
U.S. Patent No. 6,482,934 B1 issued November 19, 2002
F.G. Toback and J.C. Lieske
Methods and compositions for detecting and treating kidney diseases associated with adhesion of
    crystals to kidney cells

U.S. Patent No. 5,821,218 issued on October 13, 1998
F.G. Toback, M.M. Walsh-Reitz, and S.L. Gluck
Regeneration of kidney tissue and use of autocrine growth factors

6

Toback, F. Gary

U.S. Patent No. 6,534,290 B1 issued March 18, 2003
F.G. Toback and M.M. Walsh-Reitz
Methods for production of growth-promoting proteins and peptides for kidney epithelial cells

U.S. Patent No. 2003/0017548 A1 issued January 23, 2003
T. Martin, F.G. Toback, T. Powell, and K Agarwal
Gastrokines and derived peptides including inhibitors

International application published under the Patent Cooperation Treaty (PCT)
International publication number and date: WO 99/26974; June 3, 1999
F.G. Toback and M.M. Walsh-Reitz
*In vitro* and *in vivo* growth-promoting proteins and peptides for kidney epithelial cells

U.S. provisional patent application serial No. 60/018,516 filed May 28, 1996
F.G. Toback and M.M. Walsh-Reitz.
Growth factor from wounded kidney cells

U.S. provisional patent application serial No. 60/031,658 filed November 20, 1996
F.G. Toback and M.M. Walsh-Reitz
A growth promoting hexapeptide for kidney epithelial cells

U.S. patent application serial No. 08/863,853 filed May 27, 1997
PCT application No. PCT/US97/09223 filed May 27, 1997
F.G. Toback and M.M. Walsh-Reitz
Growth-promoting proteins and peptides for kidney epithelial cells

U.S. patent application serial No. 08/974,775 filed November 20, 1997
F.G. Toback and M.M. Walsh-Reitz
Growth-promoting proteins and peptides for kidney epithelial cells

U.S. provisional patent application serial No. 60/077,930 filed March 13, 1998
F.G. Toback and S. Kartha
Production of kidney cell autocrine growth factors by adenosine diphosphate

PCT application No. PCT/US98/10574 filed May 22, 1998
F.G. Toback and M.M. Walsh-Reitz
*In vitro* and *in vivo*  growth-promoting proteins and peptides for kidney epithelial cells

PCT new international application filed March 29, 2002
F.G. Toback, T.E. Martin, C.T. Powell, and K Agarwal
Gastrokines and derived peptides including inhibitors

7

Toback, F. Gary

PCT new international application filed March 29, 2002
F.G. Toback, T.E. Martin, and M.M. Walsh-Reitz
Control of growth and repair of gastro-intestinal tissues by gastrokines and inhibitors

U.S. patent application 20030176340, kind code A!, serial No. 302651 filed November 22, 2002
F.G. Toback and M.M. Walsh-Reitz
Methods for production of growth-promoting proteins and peptides for kidney epithelial cells

## RESEARCH GRANTS

Broad Medical Research Program.  Grant No. IBD-0229.  Principal Investigator.  Assessment of Therapeutic Efficacy of a Novel Peptide in Murine Models of Human IBD.  04/01/08 – 03/31/09.

NIH/NCRR.  U54 RR 023560-01.  Research Subject Advocate.  Re-engineering Translational Research at the University of Chicago.  09/17/07 – 05/31/12.

NIH. R21 DE018811-01A2.  Principal Investigator.  Targeting Tight Junctions to Treat Mucositis.  Pending.  04/01/09 – 03/31/11.

NIH/NIDDK.  R21 DK27212-01.  Principal Investigator.  A Novel Cytoprotective Peptide for GI Epithelial Cells.  04/01/04 - 03/31/06.

## SPONSOR OF RESEARCH GRANTS

NIDDK Clinical Investigator Award.  *Urinary Crystal-Renal Cell Interactions in Urolithiasis.*  John C. Lieske, M.D.
NIH Individual National Research Service Award to John C. Lieske, M.D.
National Kidney Foundation Fellowship to Susan Mendley, M.D.
University of Chicago Richter Fund Award and Garber-Edmundson Research Fellowship to E. Ann Czyzewski

## MEMBER, THESIS COMMITTEE:
Xinman Cao, The Committee on Virology, The University of Chicago

## PUBLICATIONS:

### Articles

1. Sager, R., and F. Toback.  Coding fidelity of ribosomes from streptomycin sensitive and resistant strains of Chlamydomonas.  **Information Exchange Group No. 7**, No. 93:1-21, 1965.

Toback, F. Gary.

2. Toback, F.G., P.W. Hall, III, and M.D. Lindheimer.  Effect of posture on urinary protein patterns in nonpregnant, pregnant, and toxemic women.  **Obstetrics and Gynecology** <u>35</u>:765-768, 1970.

3. Toback, F.G. et M.D. Lindheimer.  Physiologie rénale pendant la grossesse. **Médecine et Hygiène** <u>29</u>:218-219, 1971.

4. Toback, F.G. Macromolecular precursor metabolism during compensatory renal growth. Dissertation for the degree of Doctor of Philosophy at Boston University, 1973.

5. Toback, F.G., A.M. Mayers, and L.M. Lowenstein.  Alterations in renal and plasma amino acid concentrations during renal compensatory growth. **American Journal of Physiology** <u>225</u>:1247-1251, 1973.

6. Toback, F.G., and L.M. Lowenstein.  Uridine metabolism during normal and compensatory renal growth.  **Growth** <u>38</u>:17-34, 1974.

7. Toback, F.G., and L.M. Lowenstein.   Thymidine metabolism during normal and compensatory renal growth. **Growth** <u>38</u>:35-44, 1974.

8. Toback, F.G., P.D. Smith, and L.M. Lowenstein.  Enhancement of uridine uptake in the kidney papilla by urea. **Proceedings of the Society for Experimental Biology and Medicine** <u>146</u>:222-224, 1974.

9. Toback, F.G., P.D. Smith, and L.M. Lowenstein.  Effect of hyperosmolality on renal uridine metabolism. **American Journal of Physiology** <u>226</u>:1474-1479, 1974.

10. Toback, F.G., P.D. Smith, and L.M. Lowenstein.  Phospholipid metabolism in the initiation of renal compensatory growth after acute reduction of renal mass. **Journal** of **Clinical Investigation** <u>54</u>:91-97, 1974.

11. Toback, F.G., N.G. Ordóñez, S.L. Bortz, and B.H. Spargo. Zonal changes in renal structure and phospholipid metabolism in potassium-depleted rats. **Laboratory Investigation** <u>34</u>:115-124, 1976.

12. Katz, A.I., F.G. Toback, and M.D. Lindheimer.  Independence of the onset of compensatory kidney growth from changes in renal function.  **American Journal of Physiology** <u>230</u>:1067-1071, 1976.

13. Ordóñez, N.G., F.G. Toback, N.H. Aithal, and B.H. Spargo.  Zonal changes in renal structure and phospholipid metabolism during reversal of potassium depletion nephropathy. **Laboratory Investigation** <u>36</u>:33-47, 1977.

14. Aithal, H.N., F.G. Toback, S. Dube, G.S. Getz, and B.H. Spargo.  Formation of renal medullary lysosomes during potassium depletion nephropathy. **Laboratory Investigation**

Toback, F. Gary

36:107-113, 1977.

15. Toback, F.G., L.J. Havener, R.C. Dodd, and B.H. Spargo. Phospholipid metabolism during renal regeneration after acute tubular necrosis. **American Journal of Physiology** 232:E216-E222, 1977.

16. Toback, F.G. Amino acid enhancement of renal regeneration after acute tubular necrosis. **Kidney International** 12:193-198, 1977.

17. Toback, F.G., L.J. Havener, and B.H. Spargo. Stimulation of renal phospholipid formation during potassium depletion. **American Journal of Physiology** 233:E212-E218, 1977.

18. Aithal, H.N., F.G. Toback, N.G. Ordóñez, and B.H. Spargo. Functional defects in mitochondria of renal inner medulla during potassium depletion nephropathy. **Laboratory Investigation** 37:423-429, 1977.

19. Katz, A.I., F.G. Toback, and M.D. Lindheimer. The role of renal "work" in compensatory kidney growth. **Yale Journal of Biology and Medicine** 51:331-337, 1978.

20. Lowenstein, L.M., and F.G. Toback. Metabolic response to renal compensatory growth. **Yale Journal of Biology and Medicine** 51:395-401, 1978.

21. Aithal, H.N., and F.G. Toback. Defective mitochondrial energy production during potassium depletion nephropathy. **Laboratory Investigation** 39: 186-192, 1978.

22. Toback, F.G., and L.J. Havener. Mechanism of enhanced phospholipid formation during potassium depletion nephropathy. **American Journal of Physiology** 236:E429-E433, 1979.

23. Toback, F.G., D.E. Teegarden, and L.J. Havener. Amino acid_mediated stimulation of renal phospholipid biosynthesis after acute tubular necrosis. **Kidney International** 15:542-547, 1979.

24. Toback, F.G., H.N. Aithal, N.G. Ordóñez, and B.H. Spargo. Altered bioenergetics in proliferating renal cells during potassium depletion. **Laboratory Investigation** 41:265-267,1979.

25. Havener, L.J., and F.G. Toback. Amino acid modulation of renal phosphatidylcholine biosynthesis in the rat. **Journal of Clinical Investigation** 65:741-745, 1980.

26. Aithal, H.N., F.G. Toback, and C. Cryst. Enhancement of renal medullary pyruvate kinase activity during cell proliferation induced by potassium depletion. **American Journal of Physiology** 238:E377-E383, 1980.

27. Toback, F.G. Amino acid treatment of acute renal failure. In: **Contemporary Issues in Nephrology**, edited by B.M. Brenner and J.H. Stein, Vol. 6, pp.202-228, 1980, Churchill Livingstone, New York.

Toback, F. Gary

28. Toback, F.G.  Induction of growth in kidney epithelial cells in culture by Na⁺. **Proceedings of the National Academy of Sciences, USA** <u>77</u>:6654-6656, 1980.

29. Rao, G.R., H.N. Aithal, F.G. Toback, and G.S. Getz.  New form of acid phosphatase during lysosome biogenesis. **Biochemical Journal** <u>198</u>:9-15, 1981.

30. Toback, F.G.   Enhancement of renal regeneration by amino acid administration.   In: **Nephrotoxic Mechanisms of Drugs and Environmental Toxins**, edited by G.A. Porter, pp. 85-94, 1982, Plenum, New York.

31. Toback, F.G., R.C. Dodd, E.R. Maier, and L.J. Havener.   Amino acid administration enhances renal protein metabolism after acute tubular necrosis. **Nephron** <u>33</u>:238-243, 1983.

32. Walsh-Reitz, M.M., and F.G. Toback.   Kidney epithelial cell growth is stimulated by lowering extracellular potassium concentration.   **American Journal of Physiology** <u>244</u> (**Cell Physiology** <u>13</u>):C429-C432, 1983.

33. Aithal, H.N., M.M. Walsh-Reitz, and F.G. Toback.   Appearance of a cytosolic protein that stimulates glyceraldehyde_3_phosphate dehydrogenase activity during initiation of renal epithelial cell growth. **Proceedings of the National Academy of Sciences, USA** <u>80</u>:2941-2945, 1983.

34. Walsh-Reitz M.M., and F.G. Toback.   Vasopressin stimulates growth of renal epithelial cells in culture. **American Journal of Physiology** <u>245</u> (**Cell Physiology** <u>14</u>):C365-C370, 1983.

35. Walsh-Reitz, M.M., F.G. Toback, and R.W. Holley.   Cell growth and net Na⁺ flux are inhibited by a protein produced by kidney epithelial cells in culture. **Proceedings of the National Academy of Sciences, USA** <u>81</u>:793-796, 1984.

36. Mordan, L.J., and F.G. Toback.  Growth of kidney epithelial cells in culture: Evidence for autocrine control.  **American Journal of Physiology** <u>246</u> (**Cell Physiology** <u>15</u>):C351-C354, 1984.

37. Toback, F.G.   Phosphatidylcholine metabolism during renal growth and regeneration. **American Journal of Physiology** <u>246</u> (**Renal Fluid Electrolyte Physiology** <u>15</u>):F249-F259, 1984.

38. Toback, F.G., K.B. Ekelman, and N.G. Ordóñez.  Stimulation of DNA synthesis in kidney epithelial cells in culture by potassium. **American Journal of Physiology** <u>247</u> (**Cell Physiology** <u>16</u>):C14-C19, 1984.

39. Walsh-Reitz, M.M., H.N. Aithal, and F.G. Toback. Na regulates growth of kidney epithelial cells induced by lowering extracellular K concentration. **American Journal of Physiology** <u>247</u> (**Cell Physiology** <u>16</u>):C321-C326, 1984.

11

Toback, F. Gary

40. Toback, F.G.   Control of renal regeneration after acute tubular necrosis. **Nephrology. Proceedings Ixth International Congress of Nephrology.** I:748-762, 1984.

41. Toback, F.G.   Ordered and disordered growth of renal cells.   In: **Chronic Renal Disease: Causes, Complications and Treatment,** edited by N.B.   Cummings and S. Klahr, Plenum, New York. pp.69-77, 1985.

42. Waack, S., M.M. Walsh-Reitz, and F.G. Toback.   Extracellular potassium modifies the structure of kidney epithelial cells in culture.   **American Journal of Physiology** 249 (Cell Physiology 18):C105-C110, 1985.

43. Aithal, H.N., M.M. Walsh-Reitz, and F.G. Toback.   Regulation of glyceraldehyde_3-phosphate dehydrogenase by a cytosolic protein.   **American Journal of Physiology** 249(Cell Physiology 18):C111-C116, 1985.

44. Kartha, S., and F.G. Toback.   Purine nucleotides stimulate DNA synthesis in kidney epithelial cells in culture. **American Journal of Physiology** 249   (Renal Fluid and Electrolyte Physiology 18):F967-972, 1985.

45. Walsh-Reitz, M.M., S.L. Gluck, S. Waack, and F.G. Toback.   Lowering extracellular $Na^+$ concentration releases autocrine growth factors from renal epithelial cells. **Proceedings of the National Academy of Sciences, USA** 83:4764-4768, 1986.

46. Kartha, S., V.P. Sukhatme, and F.G. Toback.   ADP activates protooncogene expression in renal epithelial cells.   **American Journal of Physiology** 252 (Renal Fluid and Electrolyte Physiology 21):F1175-F1179, 1987.   Rapid Communication.

47. Sukhatme, V.P., S. Kartha, F.G. Toback, R.J. Taub, R.G. Hoover, and C._H. Tsai_Morris.  A novel early growth response gene rapidly induced by fibroblast, epithelial cell and lymphocyte mitogens. **Oncogene Research** 1:343-355, 1987.

48. Walsh-Reitz, M.M., R. Feldman, and F.G. Toback.   Aberrant responses to growth_regulatory signals by variant kidney epithelial cells.  **American Journal of Physiology** 254 (Renal Fluid Electrolyte Physiology 23):F747-753, 1988.

49. McCreary, V., S. Kartha, G.I. Bell, and F.G. Toback.   Sequence of a human kidney cDNA clone encoding thymosin Ⅎ10.   **Biochemical and Biophysical Research Communications** 152:862-866, 1988.

50. Aithal, H.N., K.M. Knigge, S. Kartha, E.A. Czyzewski, and F.G. Toback. An alternate method utilizing small quantities of ligand for affinity purification of monospecific antibodies. **Journal of Immunological Methods** 112:63-70, 1988.

51. Kartha, S., D.M. Bradham, G.R. Grotendorst, and F.G. Toback.   Kidney epithelial cells

Toback, F. Gary

express the c_sis proto_oncogene and secrete PDGF_like protein. **American Journal of Physiology** 255 **(Renal Fluid Electrolyte Physiology** 24):F800-F806, 1988.

52. Aithal, H.N., M.M. Walsh-Reitz, S. Kartha, S.L. Gluck, W. Franklin, K.M. Knigge, and F.G. Toback. Kinetics of a novel cytosolic protein during the onset of renal epithelial cell growth. **American Journal of Physiology** 255 **(Renal Fluid Electrolyte Physiology** 24):F868-F873, 1988.

53. Mendley, S.R., and F.G. Toback. Autocrine and paracrine regulation of kidney epithelial cell growth. **Annual Review of Physiology** 51:33-50, 1989.

54. Atkin, B.M., W.A. Franklin, G.I., Bell, and F.G. Toback. Macula densa cells of mouse kidney do not synthesize epidermal growth factor precursor mRNA. **Nephron** 54:313-317, 1990.

55. Mendley, S.R., and F.G. Toback. Cell proliferation in the end-stage kidney. **American Journal of Kidney Diseases** 16:80-84, 1990.

56. Toback, F.G., M.M. Walsh-Reitz, S. R. Mendley, and S. Kartha. Kidney epithelial cells release growth factors in response to extracellular signals. **Pediatric Nephrology** 4:363-371, 1990.

57. Nakai, A., S. Kartha, A. Sakurai, F.G. Toback, and L.J. DeGroot. A human early response gene homologous to murine NUR77 and rat NGFI-B, and related to the nuclear receptor superfamily. **Molecular Endocrinology** 4:1438-1443, 1990.

58. Toback, F.G., M.M. Walsh-Reitz, and S. Kartha. Growth regulation of kidney epithelial cells: mitogenic factors released in response to extracellular signals. **Nordisk Insulin Symposium No. 4.** *Growth Factors in Health and Disease: Basic and clinical aspects.* B. Westermark, C. Betsholtz, and B. Hökfelt, editors. pp. 185-198, 1990.

59. Ragnekar, V.V., S. Waheed, T. Davies, F.G. Toback, and V.M. Ragnekar. Anti-mitogenic and mitogenic actions of interleukin-1 in diverse cell types are associated with induction of *gro* gene expression. **Journal of Biological Chemistry** 266:2415-2422, 1991.

60. Toback, F.G., S. Kartha, and M.M. Walsh-Reitz. Determinants of autocrine and paracrine growth factor release by kidney epithelial cells. **Nephrology. Proceedings IXth International Congress of Nephrology** II:1322-1332, 1991.

61. Toback, F.G., M.M. Walsh-Reitz, and S. Kartha. Signals that release growth factors from renal epithelial cells. **American Journal of Kidney Diseases** 17:622-626, 1991.

62. Toback, F.G. Regeneration after acute tubular necrosis. **Kidney International** 41:226-246, 1992.

Toback, F. Gary

63. Lieske, J.C., M.M. Walsh-Reitz, F.G. Toback.  Calcium oxalate monohydrate crystals are endocytosed by renal epithelial cells and induced proliferation.  **American Journal of Physiology** 262 **(Renal Fluid and Electrolyte Physiology** 31):F622-F630, 1992.

64. Walsh-Reitz, M.M., and F.G. Toback.  Phenol red inhibits growth of renal epithelial cells.  **American Journal of Physiology** 262 **(Renal Fluid and Electrolyte Physiology** 31):F687-F691, 1992. Rapid Communication.

65. Kartha, S., B. Atkin, T. Martin, and F.G. Toback.  Cytokeratin reorganization induced by adenosine diphosphate in kidney epithelial cells.  **Experimental Cell Research** 200: 219-226, 1992.

66. Kartha, S. and F.G. Toback.  Adenine nucleotides stimulate migration in wounded cultures of kidney epithelial cells.  **Journal of Clinical Investigation** 90:288-292,1992.    Rapid Communication.

67. Lieske, J.C., B.H. Spargo, and F.G. Toback.  Endocytosis of calcium oxalate crystals and proliferation of renal tubular epithelial cells in a patient with type 1 primary hyperoxaluria.  **Journal of Urology** 148:1517-1519, 1992.

68. Lieske, J.C., and F.G. Toback.  Autosomal dominant polycystic kidney disease.  **Journal of the American Society of Nephrology** 3:1442-1450, 1993.

69. Lieske, J.C., and F.G. Toback.  Regulation of renal epithelial cell endocytosis of calcium oxalate monohydrate crystals.  **American Journal of Physiology** 264 **(Renal Fluid and Electrolyte Physiology** 33):F800-F807, 1993.

70. Toback, F.G., S. Kartha, and M.M. Walsh-Reitz.  Regeneration of kidney tubular epithelial cells.  **The Clinical Investigator** 71:861-866, 1993.

71. Aithal, H.N., M.M. Walsh-Reitz, S. Kartha, M.P. Janulis, T.E. Martin, and F.G. Toback.  Glyceraldehyde-3-phosphate dehydrogenase modifier protein is associated with microtubules in kidney epithelial cells.  **American Journal of Physiology** 266 **(Renal Fluid and Electrolyte Physiology** 35):F612-F619, 1994.

72. Lieske, J.C., H. Swift, T.E. Martin, B. Patterson, and F.G. Toback.  Renal epithelial cells rapidly bind and internalize calcium oxalate monohydrate crystals.  **Proceedings of the National Academy of Sciences, USA** 91, 6987-6991, 1994.

73. Lieske, J.C., R. Leonard, and F.G. Toback.  Adhesion of calcium oxalate monohydrate crystals to renal epithelial cells is inhibited by specific anions.  **American Journal of Physiology** 268 **(Renal Fluid and Electrolyte Physiology** 37):F604-F612, 1995.

74. Hammes, M.S., J.C. Lieske, S. Pawar, B.H. Spargo, and F.G. Toback.  Calcium oxalate

Toback, F. Gary

monohydrate crystals stimulate gene expression in kidney epithelial cells. **Kidney International** 48:501-509, 1995.

75. Lieske, J.C., and F.G. Toback. *Renal epithelial repair after acute tubular necrosis*, in **Acute Renal Failure in the Critically Ill**, R. Bellomo, C. Ronco, editors, Springer-Verlag, Berlin. pp. 90-121, 1995.

76. Wagener, O.E., J.C. Lieske, F.G. Toback. Molecular and cell biology of acute renal failure: new therapeutic strategies. **New Horizons** 3:634-649, 1995.

77. Pawar, S., S. Kartha, and F.G. Toback. Differential gene expression in migrating renal epithelial cells after wounding. **Journal of Cellular Physiology** 165:556-565, 1995.

78. Kartha, S., and F.G. Toback. *Migration of kidney epithelial cells during recovery from acute renal failure*, in **Acute Renal Failure: Emerging New Concepts and Therapeutic Strategies**, M.S. Goligorsky, J.H. Stein, editors, Churchill Livingstone, New York. pp.287-319, 1995.

79. Lieske, J.C., R. Leonard, H.S. Swift, and F.G. Toback. Adhesion of calcium oxalate monohydrate crystals to anionic sites on the surface of renal epithelial cells. **American Journal of Physiology** 270 (**Renal Fluid Electrolyte Physiology** 39):F192-F199, 1996.

80. Scheid, C.R., H. Koul, W.A. Hill, J.C. Lieske, F.G. Toback, and M. Menon. *Oxalate ion and calcium oxalate crystal interactions with renal epithelial cells*, in Kidney Stones: **Medical and Surgical Management**, F.L. Coe, M.J. Favus, C.Y.C. Pak, J.H. Parks and G.M. Preminger, editors, Lippincott-Raven, Philadelphia. pp.129-143, 1996.

81. Lieske, J.C., F.G. Toback, and S. Deganello. Face-selective adhesion of calcium oxalate dihydrate crystals to renal epithelial cells. **Calcified Tissue International** 58:195-200, 1996.

82. Lieske, J.C., and F.G. Toback. Interaction of urinary crystals with renal epithelial cells in the pathogenesis of nephrolithiasis. **Seminars in Nephrology** 16:458-473, 1996.
83. Lieske, J.C., M.S. Hammes, and F.G. Toback. Role of calcium oxalate monohydrate crystal interactions with renal epithelial cells and the pathogenesis of nephrolithiasis: A review. **Scanning Microscopy** 10:519-534, 1996.

84. Lieske, J.C., M.S. Hammes, J.R. Hoyer, and F.G. Toback. Renal cell osteopontin production is stimulated by calcium oxalate monohydrate crystals. **Kidney International** 51:679-686, 1997.

85. Lieske, J.C., R. Norris, and F.G. Toback. Adhesion of hydroxyapatite crystals to anionic sites on the surface of renal epithelial cells. **American Journal of Physiology** 273 (**Renal Physiology** 42):F224-F233, 1997.

86. Lieske, J.C., R. Norris, H. Swift, and F.G. Toback. Adhesion, internalization and metabolism of calcium oxalate monohydrate crystals by renal epithelial cells. **Kidney**

Toback, F. Gary

International 52, 1291-1301, 1997.

87. Lieske, J.C., F.G. Toback, and S. Deganello.  Direct nucleation of calcium oxalate dihydrate crystals onto the surface of living renal epithelial cells in culture.  **Kidney International** 54:796-803, 1998.

88. Lieske, J.C., S. Deganello, and F.G. Toback.  Cell-crystal interactions and kidney stone formation. **Nephron** 81:8-17, 1999.

89. Asplin J.R., J.H. Parks, M. Chen, J. Lieske, F.G. Toback, S. N. Pillay, Y. Nakagawa, and F. L. Coe. Reduced crystallization inhibition by urine from men with nephrolithiasis.  **Kidney International** 56:1505-1516, 1999.

90. Lieske, J.C., E. Huang, and F.G. Toback.  Regulation of renal epithelial cell affinity for calcium oxalate monohydrate crystals.  **American Journal of Physiology: Renal Physiology** 278:F130-F137, 2000.

91. Lieske, J.C., E. Huang, and F.G. Toback.  Prostaglandins and cyclic AMP regulate calcium oxalate crystal adhesion to renal epithelial cells. **Urolithiasis 2000** 1:255-258, 2000.

92. Lieske, J.C., and F.G. Toback.  Renal cell - urinary crystal interactions.  **Current Opinion in Nephrology and Hypertension** 9:349-355, 2000.

93. Nigam, S.K., W. Lieberthal, M.R. Hammerman, R. Safirstein, R.C. Harris, F.G. Toback, and H.D. Humes, H.D.  Acute Renal Failure. III. The role of growth factors in the process of renal regeneration and repair.  **American Journal of Physiology: Renal Physiology** 279:F3-F11, 2000.

94. Lieske, J.C., F.G. Toback, and S. Deganello.  Sialic acid-containing glycoproteins on the surface of renal cells determine face-specific nucleation of calcium oxalate dihydrate crystals. **Kidney International** 60:1784-1791, 2001.

95. Martin, T.E., C.T. Powell, Z. Wang, S. Bhattacharyya, M.M. Walsh-Reitz, K. Agarwal, and F.G. Toback.  A novel mitogenic protein that is highly expressed in cells of the gastric antrum mucosa. **American Journal of Physiology** 285:G332-G343, 2003.

96. Toback, F.G, M.M. Walsh-Reitz, M.W. Musch, E.B. Chang, J. Del Valle, H. Ren, E. Huang, and T.E. Martin.  Peptide fragments of AMP-18, a novel secreted gastric antrum mucosal protein, are mitogenic and motogenic. **American Journal of Physiology** 285:G344-G353, 2003.

97. Kumar, V., S. Yu, G. Farell, F.G. Toback, and J.C. Lieske.  Renal epithelial cells constitutively produce a protein that blocks adhesion of crystals to their surface. **American Journal of Physiology.** 287: F373-F383, 2004.

98. Walsh-Reitz, M.M., E.F. Huang, M.W. Musch, E.B. Chang, T.E. Martin, S. Kartha, and F.G.

Toback, F. Gary

Toback.  AMP-18 protects barrier function of colonic epithelial cells: role of tight junction proteins. **American Journal of Physiology.** <u>289</u>:G163-G171, 2005.

99. Westenfelder, C., R.L. Baranowski, and F.G. Toback.  Mitogenic and motogenic actions of erythropoietin on tubular cells appear to accelerate functional recovery from ischemic acute renal failure in rats.  *In manuscript.*

100. Kartha, S., M.M. Walsh-Reitz, M.Bissonnette, and F.G. Toback.   AMP-18 activates pathways to stabilize the actin filament network and assemble tight junction proteins.   *In manuscript.*

**Abstracts**
*Selected for presentation at meeting.

1. Toback, F.G., and L.M. Lowenstein.  DNA synthesis in normal and compensatory renal growth. **American Society of Nephrology** <u>5</u>:81, 1971.

2. Toback, F.G., and L.M. Lowenstein. Early changes in RNA and DNA metabolism in compensatory renal growth.  **Clinical Research** <u>20</u>:613, 1972.

3. *Toback, F.G., and L.M. Lowenstein.  Altered RNA metabolism in renal compensatory growth.  **International Congress of Nephrology** <u>5</u>:181, 1972.

4. Toback, F.G., A.M. Skinner, and L.M. Lowenstein. Amino acid alterations during renal compensatory growth. **Clinical Research** <u>21</u>:640, 1973.

5. Toback, F.G., P.D. Smith, and L.M. Lowenstein. Effect of osmolality on uridine metabolism in rat renal papilla and cortex. **Clinical Research** <u>21</u>:710, 1973.

6. Toback, F.G., P.D. Smith, and L.M. Lowenstein. Phospholipid metabolism in the initiation of renal compensatory growth. **American Society of Nephrology** <u>6</u>:105, 1973.

7. Toback, F.G., P.D. Smith, and L.M. Lowenstein. Enhancement of uridine uptake in the renal papilla by urea. **Clinical Research** <u>21</u>:995, 1973.

8. Toback, F.G. Macromolecular precursor metabolism during compensatory renal growth. **Dissertation Abstracts International.** Series B. <u>34</u>:4262, 1974.

9. Toback, F.G., P.D. Smith, and L.M. Lowenstein. Effect of urea on uridine metabolism in the kidney. **Clinical Research** <u>22</u>:548A, 1974.

10. Toback, F.G., P.D. Smith, and L.M. Lowenstein. Enhanced phospholipid metabolism following acute reduction in renal mass.  **Clinical Research** <u>22</u>:548A, 1974.

Toback, F. Gary

11. Toback, F.G., M.D. Lindheimer, and A.I. Katz. Initiation of compensatory kidney growth in mice: Independence from changes in renal function. **Clinical Research** 23:544A, 1975.

12. Toback, F.G., N.G. Ordóñez, S.L. Bortz, and B.H. Spargo. A reassessment of potassium depletion nephropathy. **Clinical Research** 23:544A, 1975.

13. *Toback, F.G., H.N. Aithal, B.H. Spargo, S. Dube, and G.S. Getz. Induction of renal lysosome formation during potassium depletion nephropathy. **Clinical Research** 24:413A,1976.

14. Toback, F.G., L.J. Havener, R.C. Dodd, and B.H. Spargo. Renal regeneration after acute tubular necrosis. **Clinical Research** 24: 413A, 1976.

15. *Toback, F.G., N.G. Ordóñez, H.N. Aithal, and B.H. Spargo. Reversal of potassium depletion nephropathy. **American Society of Nephrology** 9:88A, 1976.

16. *Aithal, H.N., F.G. Toback, and B.H. Spargo. Functional defects in mitochondria of renal inner red medulla during potassium depletion nephropathy. **Federation Proceedings** 36:605, 1977.

17. *Toback, F.G. Amino acid enhancement of renal regeneration after acute tubular necrosis. **Clinical Research** 25:450A, 1977.

18. Toback, F.G., L.J. Havener, and B.H. Spargo. Stimulation of renal phospholipid formation during potassium depletion. **Clinical Research** 25:450A, 1977.

19. *Toback, F.G., H.N. Aithal, and B.H. Spargo. Regulation of renal mitochondrial energy production by cations. **American Society of Nephrology** 10:93A, 1977.

20. *Toback, F.G., L.J. Havener, and B.H. Spargo. Mechanism of enhanced renal membrane phospholipid formation during potassium depletion. **American Society of Nephrology** 10:93A, 1977.

21. *Toback, F.G., and D.E. Teegarden. Amino acid mediated stimulation of cell membrane phospholipid synthesis during renal regeneration. **Clinical Research** 26:477A, 1978.

22. *Toback, F.G., and H.N. Aithal. Defective mitochondrial energy production during potassium depletion nephropathy. **International Congress of Nephrology** 7:A_2, 1978.

23. *Toback, F.G., H.N. Aithal, N.G. Ordóñez, and B.H. Spargo. Potassium depletion nephropathy: A model for study of the bioenergetics of cell growth. **American Society of Nephrology** 11:111A, 1978.

24. Toback, F.G., and L.J. Havener. Amino acid modulation of renal membrane phospholipid biosynthesis. **Clinical Research** 27:432A, 1979.

25. *Toback, F.G., R.C. Dodd, E.R. Maier, and L.J. Havener. Amino acid enhancement of renal

Toback, F. Gary

protein synthesis during regeneration after acute tubular necrosis. **Clinical Research** <u>27</u>:432A, 1979.

26. Aithal, H.N., G.R. Rao, F.G. Toback, and G.S. Getz. New form of lysosomal acid phosphatase in proliferating renal cells induced during potassium depletion nephropathy. **Clinical Research** <u>28</u>: 746A, 1980.

27. *Toback, F.G. Sodium induces growth of kidney epithelial cells in culture. **American Society of Nephrology** <u>13</u>:120A, 1980.

28. *Toback, F.G., L.J. Havener, H.N. Aithal, and G.S. Getz. Impaired energy generating capacity in renal medullary cells during potassium depletion nephropathy. **Clinical Research** <u>29</u>:478A, 1981.

29. *Toback, F.G., L.J. Havener, and N.G. Ordóñez. Potassium induces growth of renal epithelial cells. **American Society of Nephrology** <u>14</u>:129A, 1981.

30. *Walsh-Reitz, M.M., and F.G. Toback. Potassium deficiency induces growth of renal epithelial cells in culture. **Clinical Research** <u>30</u>:466A, 1982.

31. *Walsh-Reitz, M.M., and F.G. Toback. Vasopressin induces growth of renal epithelial cells. **American Society of Nephrology** <u>15</u>:134A, 1982.

32. *Steinhausen, M., R. Bulger, J. Stein, and F.G. Toback. Acute renal failure: structure-function relationships. **International Congress of Nephrology** <u>9</u>:16A, 1984.

33. *Kartha, S., and F.G. Toback. Expression of c_sis proto_oncogene in monkey kidney epithelial cells: lack of correlation with growth. **Journal of Cell Biology** <u>105</u>:107a, 1987.

34. *Tsai-Morris, C., S. Kartha, F.G. Toback, R. Taub, R. Hoover, and V. Sukhatme. Molecular cloning of a novel early growth response gene rapidly induced by kidney epithelial cell, fibroblast and lymphocyte mitogens. **American Society of Nephrology** <u>20</u>:28A, 1987.

35. *Toback, F.G. Autocrine control of renal growth. **Workshop on Control of Renal Growth.** pp. 19-20, 1988.

36. *Toback, F.G. Why does the kidney make epidermal growth factor? **Workshop on Control of Renal Growth.** p. 14, 1988.

37. *Toback, F.G., B.M. Atkin, T.J. Davies, S. Kartha, S.R. Mendley, and M.M. Walsh-Reitz. Autocrine and paracrine regulation of kidney epithelial cell growth. **American Journal of Kidney Diseases** <u>14</u>:427, 1989.

38. *Lieske, J.C., M.M. Walsh-Reitz, Y. Nakagawa, F.C. Coe, and F.G. Toback. Specific calcium-containing crystals stimulate proliferation of kidney epithelial cells. **Clinical Research** <u>39</u>:225A, 1991.

19

Toback, F. Gary

39. *Lieske, J.C., M.M. Walsh-Reitz, and F.G. Toback.  Calcium-containing urinary crystals interact with renal tubular cells and induce proliferation.  **Journal of the American Society of Nephrology** 2:625, 1991.

40. *Lieske, J.C., M.M. Walsh-Reitz, and F.G. Toback.  Renal tubular cells engulf calcium-containing urinary crystals and proliferate.  **Clinical Research** 39:730A, 1991.

41. *Lieske, J.C., Q. Ren, T.E., Martin, and F.G. Toback.  Regulation of urinary crystal endocytosis by renal epithelial cells.  **Journal of the American Society of Nephrology** 3:685, 1992.

42. *Lieske, J.C., Q. Ren, T.E. Martin, and F.G. Toback. Renal epithelial cell endocytosis  of calcium-containing urinary crystals is a regulated process.  **Clinical Research** 40:700A, 1992.

43. *Lieske, J.C., T.E. Martin, Y. Nakagawa, B. Patterson, H. Swift, and F.G. Toback.  Rapid adhesion of calcium oxalate monohydrate crystals to renal epithelial cells.  **Journal of the American Society of Nephrology** 4:710, 1993.

44. *Hammes M.S., J.C. Lieske, S. Pawar, E. Keeley, and F.G. Toback.  Gene expression during cell-crystal interactions.  **Clinical Research** 42:409A, 1994.

45. *Lieske, J.C., R. Leonard, and F.G. Toback.  Adhesion of calcium oxalate monohydrate crystals to renal epithelial cells is inhibited by specific anions.  **Clinical Research** 42:411A, 1994.

46. *Hammes M.S., J.C. Lieske, S. Pawar, E. Keeley, and F.G. Toback.  Calcium oxalate monohydrate crystals induce gene expression in kidney epithelial cells.  **Journal of the American Society of Nephrology** 5:864, 1994.

47. *Lieske, J.C., R. Leonard, and F.G. Toback. Inhibition of calcium oxalate monohydrate crystal adhesion to renal epithelial cells by specific anions.  **Journal of the American Society of Nephrology** 5:868, 1994.

48. *Lieske, J.C., R. Leonard, H. Swift, and F.G. Toback.  Specific anionic sites on the surface of renal epithelial cells bind calcium oxalate monohydrate crystals.  **Clinical Research** 43:466A, 1995.

49. *Lieske, J.C., M.S. Hammes, F.G. Toback, and J.R. Hoyer.  Osteopontin gene expression and protein secretion by renal epithelial cells is stimulated by calcium oxalate monohydrate crystals.  **Clinical Research** 43:466A, 1995.

50. *Lieske, J.C., R. Leonard, H. Swift, and F.G. Toback.  Calcium oxalate monohydrate crystals adhere to specific anionic sites on the surface of renal epithelial cells.  **Journal of the American**

20

Toback, F. Gary

Society of Nephrology 6:951, 1995.

51. *Lieske, J.C., M.S. Hammes, F.G. Toback, and J.R. Hoyer.  Calcium oxalate monohydrate crystals stimulate osteopontin gene expression and protein secretion by renal epithelial cells. **Journal of the American Society of Nephrology** 6:951, 1995.

52. *Lieske, J.C., S. Deganello, and F.G. Toback.  Selective adhesion of calcium oxalate crystals to renal epithelial cells. **VIII International Symposium on Urolithiasis** p. 13-15, 1996.

53. *Lieske, J.C., R. Leonard, H. Swift, and F.G. Toback.  Fate of internalized calcium oxalate monohydrate crystals in renal epithelial cells.  **Clinical Research** 44:383A, 1996.

54. *Lieske, J.C., R. Leonard, H. Swift, and F.G. Toback.  Fate of calcium oxalate monohydrate crystals in renal epithelial cells after internalization.  **Journal of the American Society of Nephrology** 7:1804, 1996.

55. *Ozbasli, C.F., J.C. Lieske, G.A. Reddy, and F.G. Toback.  A novel glycoprotein secreted by renal epithelial cells aggregates urinary crystals.  **Journal of the American Society of Nephrology** 7:1805, 1996.

56. *Lieske, J.C., R. Norris, and F.G. Toback.   Modulation of calcium oxalate monohydrate crystal adhesion to renal epithelial cells by arachidonic acid metabolites. **Journal of Investigative Medicine** 45:312A, 1997.

57. *Lieske, J.C., E. Huang, and F.G. Toback.  Arachidonic acid and its metabolites modulate adhesion of calcium oxalate monohydrate crystals to renal epithelial cells.   **Journal of Investigative Medicine** 46:260A, 1998.

58. *Garcia, W.E., J.C. Lieske, Y. Nakagawa, and F.G. Toback.  Tamm-Horsfall protein, but not uromodulin inhibits adhesion of calcium oxalate monohydrate crystals to renal cells. **Journal of the American Society of Nephrology** 9:554A, 1998.

59. *Lieske, J.C., E. Huang, and F.G. Toback.  Arachidonic acid and its metabolites modulate adhesion of calcium oxalate monohydrate crystals to renal epithelial cells. **Journal of the American Society of Nephrology** 9:557A, 1998.

60. *Westenfelder C., R.L. Baranowski, and F.G. Toback.  Mitogenic and motogenic actions of erythropoietin on tubular cells appear to accelerate functional recovery from ischemic acute renal failure in rats.  **Journal of the American Society of Nephrology** 11:597A, 2000.

61. *Shah, A.G., Ren H., Musch, M.W., Walsh-Reitz, M.M., Hart, J.A., Hogan, N., Martin, T.E., Toback, F.G., and Chang, E.B.  AMP18, a novel, cytoprotective, wound-healing, antral mucosal peptide: distribution and potential role in the development of NSAID-induced gastric injury. **Gastroenterology** 120:A-147, 2001.

Toback, F. Gary

62. *Lieske, J.C., Toback, F.G., Horstkorte, R., amd Deganello, S.   Sialic acid-containing glycoproteins on the surface of renal cells determine face-specific nucleation of calcium oxalate dihydrate crystals.  **Journal of the American Society of Nephrology** 12:756A, 2001.

63. *Toback, F.G.,Walsh-Reitz, M.M.,Martin, T.E., Musch, M.W., Huang, E., and Chang, E.B. Cytoprotection against colonic epithelial cell oxidant injury by antrum mucosal protein-18 may be mediated by accumulation of tight junctional proteins.  **Gastroenterology** 122:A-276, 2002.

64. *Walsh-Reitz, M.M., Huang, E., Musch, M.W., Chang, E.B., Martin, T.E., and Toback, F.G. Accumulation of specific tight and adherens junction proteins is stimulated by antrum mucosal protein-18 in colonic epithelial cells in culture and mouse colon in vivo.  **Gastroenterology** 124: A-315, 2003.

65. *Walsh-Reitz, M.M., Kartha, S., Huang, E.F., Chang, E.B., and Toback, F.G.  The cytoprotective effect of antrum mucosal protein-18 in cultures of colonic epithelial cells and in mouse colon appears to be mediated by occludin and actin at the tight junction. **Gastroenterology** 126:A-44, 2004 (AGA Distinguished Abstract, DDW, May 17, 2004).

66. *Kartha, S., Walsh-Reitz, M.M., Goc, B., Bissonnette, B.M., and Toback, F.G.  Antrum Mucosal Protein -18 facilitates assembly of tight junction proteins by activating protein kinase C-zeta.  **Gastroenterology** 128:A-538, 2005.

67. *Walsh-Reitz, M.M., Kartha , S., Bissonnette, M., Goc, B., and Toback, F.G.  Antrum mucosal protein (AMP)-18 activates multiple pathways to assemble and stabilize tight junctions. **Gastroenterology** 130:A-41, 2006.

68. *Toback, F.G., Boone, D., Walsh-Reitz, M.,  Kolodziej, L., Lodolce, J., Chang, J., Bissonnette, JM., and Hart, J.  Assessment of therapeutic efficacy of a novel peptide in murine models of human IBD.  **Broad Medical Research Program** 7:203, 2009.

| January 18, 2008 | Oscar Lee Carter, Jr. v. Holy Cross Hospital, et al., Illinois |
| September 17, 2007 | Estate of Louis Yearby v. Gerard Q.C. Flores, M.D. and Nephrology Associates, Florida |
| March 3, 2006 | Van Eenige and Elmhurst Memorial Hospital, Illinois |
| May 11, 2006 | Richard Marston as Independent Administrator of the Estate of Leonard L. Kulisek v. Walgreen Co. and James Wilmes, Illinois |
| March 14, 2005 | Hart v. Palosky, M.D., Florida |

EXHIBIT
B

## DOCUMENTS PROVIDED TO AND REVIEWED BY
## F. GARY TOBACK, M.D., PH.D.

| Begin Bates # | End Bates # | Date |
|---|---|---|
| BAY03493826 | BAY03493845 | 2/22/2006 |
| | BAY01320434 | 9/22/2006 |
| BAY02747330 | BAY02747332 | 4/26/2004 |
| BAY03495035 | BAY03495039 | 11/8/2006 |
| | BAY02673243 | 3/15/2006 |
| BAY02683345 | BAY02683348 | 4/26/2004 |
| BAY01456089 | BAY01456091 | 10/5/2006 |
| BAY03033847 | BAY03033873 | 6/13/2000 |
| BAY00715991 | BAY00715992 | No Date |
| BAY00749599 | BAY00749602 | 3/31/1998 |
| BAY01990831 | BAY01990833 | 11/16/2001 |
| BAY00679632 | BAY00679652 | 1/1/2000 |
| BAY00679867 | BAY00679884 | 3/20/2000 |
| BAY00685357 | BAY00685379 | No Date |
| | BAY03028839 | 1/14/1999 |

| | BAY03045674 | 5/21/1999 |
|---|---|---|
| BAY01631006 | BAY01631013 | 1/25/2006 |
| BAY02114121 | BAY02114122 | 6/17/1997 |
| BAY01874126 | BAY01874129 | 11/15/2005 |
| BAY04820905 | BAY04820907 | 6/23/2000 |
| BAY03050565 | BAY03050567 | 3/30/2001 |
| BAY03035485 | BAY03035487 | 6/23/2000 |
| BAY02386019 | BAY02386021 | 9/17/2002 |
| BAY03703815 | BAY03703818 | 12/9/2005 |
| BAY01532994 | BAY01532995 | 10/17/2006 |
| BAY01529273 | BAY01529274 | 10/1/2006 |
| BAY05658890 | BAY05658900 | 7/6/2005 |
| BAY05656793 | BAY05656840 | 10/30/2006 |
| BAY05680873 | BAY05680877 | 1/9/2003 |

|  | BAY05659386 | 1/21/2006 |  |
| --- | --- | --- | --- |
| BAY01567044 | BAY01567045 | 2/14/2005 |  |
| BAY03195136 | BAY03195137 | 5/3/2001 |  |
| BAY03194950 | BAY03194952 | 6/9/1999 |  |
| BAY03193884 | BAY03193886 | 5/10/1999 |  |
| BAY01631088 | BAY01631089 | 1/26/2006 |  |
|  | BAY00330016 | 1/29/1997 |  |
|  | BAY00742704 | No Date |  |
| BAY06976398 | BAY06976402 | 3/7/2003 |  |
| BAY03702945 | BAY03702948 | 11/18/2005 |  |
| BAY03706912 | BAY03706914 | 2/9/2005 |  |
| BAY03702692 | BAY03702693 | 12/12/2005 |  |
| BAY01561289 | BAY01561293 | 12/6/2004 |  |
| BAY01352027 | BAY01352062 | 11/3/2006 |  |
| BAY02718728 | BAY02718730 | 2/1/2006 |  |

| | | |
|---|---|---|
| BAY03502360 | BAY03502375 | 8/22/2006 |
| BAY03509288 | BAY03509289 | 10/5/2006 |
| BAY03042433 | BAY03042435 | 11/10/2000 |
| BAY01202051 | BAY01202055 | 8/29/2006 |
| BAY01202698 | BAY01202705 | 9/6/2006 |
| BAY01289683 | BAY01289685 | 6/28/2006 |
| BAY02721490 | BAY02721492 | 2/21/2006 |
| BAY03498397 | BAY03498398 | 9/27/2006 |
| | BAY03498393 | 9/22/2006 |
| BAY00748136 | BAY00748192 | 7/24/2006 |
| BAY01174224 | BAY01174225 | 1/30/2006 |
| BAY01983486 | BAY01983488 | 10/25/2004 |
| | BAY00676369 | 5/1/2004 |
| | BAY00680413 | 1/4/2000 |
| BAY00680602 | BAY00680604 | 5/11/2000 |
| BAY00686462 | BAY00686463 | No Date |

| | | |
|---|---|---|
| BAY00687285 | BAY00687288 | No Date |
| BAY04248993 | BAY04248994 | 9/27/2006 |
| BAY03031539 | BAY03031540 | 10/27/1999 |
| | BAY03031578 | 10/7/1999 |
| | BAY03034617 | 5/18/2001 |
| BAY01019420 | BAY01019446 | 4/24/2006 |
| BAY00956583 | BAY00956644 | 8/21/2006 |
| BAY00955923 | BAY00955944 | No Date |
| BAY00734687 | BAY00734732 | No Date |
| BAY03041150 | BAY03041151 | 7/3/2001 |
| | BAY03034618 | 5/25/2001 |
| BAY03034205 | BAY03034206 | 12/4/2000 |

| | | |
|---|---|---|
| | BAY01494597 | 8/23/2005 |
| BAY01564063 | BAY01564064 | 1/17/2005 |
| | BAY05704984 | 4/7/2005 |
| | BAY01991498 | 11/2/2004 |
| BAY03194658 | BAY03194660 | 2/17/1998 |
| BAY05762154 | BAY05762157 | 5/16/2004 |
| BAY05685824 | BAY05685825 | 3/3/2006 |
| BAY00974578 | BAY00974579 | 5/17/2004 |
| BAY03029230 | BAY03029231 | 10/2/1998 |
| BAY03047513 | BAY03047514 | 1/5/2001 |
| BAY01280134 | BAY01280137 | 11/21/2006 |
| BAY0060199 | BAY00660215 | |
| BAY01780701 | BAY01780713 | |
| BAY03755520 | BAY03755622 | May-97 |
| BAY00659867 | BAY00659868 | |

| | | |
|---|---|---|
| BAY04344071 | BAY04344073 | 4/4/2006 |
| BAY00998045 | BAY00998045 | 8/14/2006 |
| BAY00660821 | BAY00660842 | 8/23/2006 |
| BAY03327522 | BAY03327524 | |
| BAY00322224 | BAY00322229 | 11/1/2006 |
| BAY02645797 | BAY02645797 | 8/18/1997 |
| BAY01019334 | BAY01019336 | 4/18/2006 |
| BAY00718384 | BAY00718384 | |
| BAY00718381 | BAY00718383 | |
| BAY03695827 | BAY03695829 | 3/22/2005 |
| BAY00715826 | BAY00715827 | |
| BAY00715683 | BAY00715684 | |
| BAY00715565 | BAY00715567 | |

| | | |
|---|---|---|
| BAY00715659 | BAY00715660 | |
| BAY00715774 | BAY00715774 | |
| BAY00715638 | BAY0071541 | |
| BAY00715540 | BAY00715541 | |
| BAY02649485 | BAY02649488 | 3/14/2002 |
| BAY03703740 | BAY03703740 | 12/22/2005 |
| CBS News - One Thousand Lives a Month. | | 2/17/2008 |
| bhcag00766030 | bhcag00766031 | 9/25/2006 |
| bhcag01034947 | bhcag01034948 | 9/26/2006 |
| bay00676369 | | 2004 |
| bay01509621 | bay01509622 | 2006 |
| Mangano NEJM Article | | 1/26/2006 |
| Transfusion - Karkouti, Beatie Article | | 6-Mar |
| bhcag01625521 | bhcag01625591 | 11/10/2006 |
| NEJM - i3 Article | | 2/21/2008 |
| NEJM - Shaw Study | | 2/21/2008 |
| NEJM - BART Study | | 5/29/2008 |

| | | |
|---|---|---|
| NEJM - BART Editorial | | 5/29/2008 |
| JAMA - Mangano 5 Year Follow up Study | | 2/7/2007 |
| BAY04534165 | | 10/18/2004 |
| SFGate - Bayer Halts Sales | | 11/5/2007 |
| The Wall Street Journal "Bayer Antibleeding Drug Takes Hit". | | 5/15/2008 |
| CMAJ Article by David Henry " The Safety of Aprotinin....." | | 11/27/08 then revised on 1/5/09 |
| American Journal of Nephrology article by Wagener "NGAL" | | 2/8/2008 |
| BAY05426839 | BAY05426846 | 11/20/2003 |
| BAY04691537 | BAY04691538 | 12/17-18/03 |
| BAY05266045 | BAY05266046 | 12/16-17/03 |
| BAY05322498 | BAY05322499 | 7/13/04 to 8/26/04 |
| BAY04995941 | BAY04995942 | |
| BAY01991474 | | 12/15-17/03 |
| BAY00733441 | | |
| Dr Schneeweiss Testimony pg 95-111. With Presentation. | | 7-Sep |
| i3 Final Report | | 8/7/2007 |
| BAY00893114 | | |
| BAY00674730 | BAY00674857 | 4/16/1993 |
| BAY00208068 | BAY00208072 | 12/19/1996 |
| | | 8/14/2007 |
| BAY01983486 | BAY01983488 | 10/25/2004 |
| BAY06083749 | | |
| BAY03364404 | BAY03364442 | 1/10/2002 |
| BAY02463308 | BAY02463313 | 1/25/2006 |

| | | |
|---|---|---|
| BAY00983471 | BAY00983472 | |
| BAY01994652 | | 1/29/2006 |
| BAY01974775 | BAY01974784 | 1/31/2006 |
| BAY00705779 | BAY00705780 | 10/2/2006 |
| BAY00229159 | BAY00229160 | 12/11/2000 |
| BAY00709725 | BAY00709727 | 4/26/2006 |
| BAY00745435 | BAY00745439 | 3/10/1993 |
| BAY00208112 | BAY00208113 | 1/23/1997 |
| BAY03498338 | BAY03498347 | 9/28/2006 |
| BAY00377332 | BAY00377333 | |
| BAY03225269 | BAY03225270 | 2/5/1998 |
| BAY03498448 | BAY03498450 | 11/13/2006 |
| BAY00731286 | | |
| BHCAG00507653 | BHCAG00507660 | 3/26/2007 |
| BAY01707160 | BAY01707183 | 1/26/1996 |
| BAY00681778 | BAY00681779 | 6/20/2006 |
| BAY00974578 | BAY00974579 | 5/17/2004 |
| BAY00720863 | BAY0072086 | 2005 |
| BAY06569811 | bay06569817 | 3/31/2009 |
| BHCAG0572140 | BHCAG0572143 | |
| BAY06631331 | BAY06631381 | 4/15/2009 |
| BAY06800278 | BAY06800281 | 11/8/2007 |
| BAY06846114 | BAY06846151 | 11/19/2008 |
| BAY06797945 | BAY06797966 | |
| BAY00436416 | | |
| BAY00436417 | BAY00436514 | |
| BAY00894930 | BAY00894936 | |
| BAY00944015 | BAY00944015 | |

| | | |
|---|---|---|
| Letter to Eric Crimmins M.D. | | 5/25/2005 |
| Letter to Robert Whitcomb M.D. | | 12/15/2005 |
| BAY03368514 | BAY03368519 | 5/25/1999 |
| BAY03034789 | BAY03034795 | 8/10/2001 |
| BAYCS00861323 | BAYCS00861329 | 5/9/2002 |
| BAY00895930 | BAY00895937 | 7/7/2003 |
| BAY00911397 | BAY00911399 | 12/1/2005 |
| BAYCS00759101 | BAYCS00759108 | |
| BHCAG02709020 | BHCAG02709026 | 2005 |
| BAY00484849 | BAY00484853 | 2006 |
| STS is Aprotinin Safe -- Grant Paper | | 2008 |
| BAY05680354 | | |
| BAY03024067 | BAY03024072 | |
| BAY05435002 | BAY05435004 | 5/19/2001 |
| BAY03702974 | BAY03702977 | |
| Lemmer-00015656 | Lemmer-00015657 | |
| BAY02904525 | BAY02904530 | |
| BAY00380691 | BAY00380698 | |
| Aprotinin and DHCA -- Parolari Paper | | 1997 |
| BAY03194661 | BAY03194663 | 2/17/1998 |
| BAY00892160 | BAY00892161 | 10/15-16/98 |
| BAY05162578 | | |
| BAY04849550 | BAY04849551 | 8/15-16/00 |
| BAY03034579 | | 5/9/2001 |
| BAYCS00834652 | | 7/23/2001 |
| BAYCS00378639 | BAYCS00378642 | |
| BAY04729539 | | |
| BAY02047908 | BAY02047909 | 2/7/2002 |
| BAY04729511 | | 5/26/2002 |
| BAY04941051 | | |
| BAY03702972 | BAY03702973 | 7/11/2005 |
| BAY04569482 | BAY04569483 | 5-Nov |
| BAY01106686 | BAY01106687 | 11/18/2005 |
| BAY03703336 | BAY03703337 | 11/20/2005 |
| BAY00975090 | | |
| BAY01059433 | BAY01059436 | |
| BAY04410845 | BAY04410849 | |

| | | |
|---|---|---|
| BAY00383794 | BAY00383795 | |
| BHCAG02709018 | BHCAG02709019 | 11/23/2005 |
| BAY03034618 | | 5/25/2001 |
| BAY00673909 | BAY00674492 | |
| BAY00857887 | | |
| BHCAG03309700 | | 10/2/2007 |
| BHCAG03309702 | | |
| Walker-000591 | Walker-000618 | 8/31/2007 |
| Aprotinin and the risk of Death and Renal dysfunction in patients undergoing cardiac surgery: a meta-analysis of epidemiologic studies | | |

## PUBLICATIONS OF F. GARY TOBACK, M.D., PH.D.
## FOR THE LAST TEN YEARS

1. *Westenfelder C., R.L. Baranowski, and F.G. Toback.  Mitogenic and motogenic actions of erythropoietin on tubular cells appear to accelerate functional recovery from ischemic acute renal failure in rats. **Journal of the American Society of Nephrology** 11:597A, 2000.

2. *Shah, A.G., Ren H., Musch, M.W. Walsh-Reitz, M.M., Hart, J.A. Hoga, Martin, T.E., Toback, F.G. and Chang, E.B. AMP18, a novel, cytoprotective, wound-healing, antral mucosal peptide: distribution and potential in the development of NSAID-induced gastric injury.  **Gastroenterology** 120:A-147, 2001.

3. *Lieske, J.C., Toback, F.G. Horstkorte, R, and Deganello, S. Sialic acid-containing glycoproteins on the surface of renal cells determine face-specific nucleation of calcium oxalate dehydrate crystals. **Journal of the American Society of Nephrology** 12:756A, 2001.

4. *Toback, F.G., Walsh-Reitz, M.M., Martin, T.E. Musch, M.W., Huang, E. and Chang, E.B. Cytoprotection against colonic epithelial cell oxidant injury by antrum mucosal protein-18 may be mediated by accumulation of tight junctional proteins. **Gastroenterology** 122:A-276, 2002.

5. *Walsh-Reitz, M.M., Huang, E., Musch, M.W., Chang, E.B., Martin, T.E., and Toback, F.G. Accumulation of specific tight and adherens junction proteins is stimulated by antrum mucosal protein-18 in colonic epithelial cells in culture and mouse colon in vivo. **Gastroenterology** 124:A-315, 2003.

6. *Walsh-Reitz, M.M., Kartha, S., Huang, E.F., Chang, E.B., and Toback, F.G. The cells on of specific tight and adherens junction proteins is stimulated by antrum mucosal protein-18 in colonic epithelial cells in culture and mouse colon in vivo. **Gastroenterology** 124:A-315, 2003.

7. *Kartha, S., Walsh-Reitz, M.M. Goc, B., Bissonnette, B.M., and Toback, F.G. Antrum Mucosal Protein-18 18 facilitates assembly of tight junction proteins by activating protein kinase C-zeta. **Gastroenterology** 128:A-538, 2005.

8. *Walsh-Reitz, M.M., Kartha, S., Bissonette, M., Goc, B., and Toback, F.G. Antrum mucosal protein (AMP)-18 activates multiple pathways to assemble and stabilize tight junctions. **Gastroenterology** 130:A-41, 2006.

9. *Toback, F.G.., Boone, D., Walsh-Reitz, M., Kolodziej, L., Lodolce, J., Chang, J., Bissonette, JM., and Hart, J. Assessment of therapeutic efficacy of novel peptide in murine models of human IBD. **Broad Medical Research Program** 7:203, 2009.

## DEPOSITION AVAILABILITY FOR F. GARY TOBACK, M.D., Ph.D

1.      September 22, 2009;

2.      September 23, 2009;

3.      September 24, 2009; and,

4.      September 25, 2009.

5.4.2009