**Exhibit E**

# Renal Dysfunction and Intravascular Coagulation With Aprotinin and Hypothermic Circulatory Arrest

Thoralf M. Sundt III, MD, Nicholas T. Kouchoukos, MD, Jeffrey E. Saffitz, MD, PhD, Suzan F. Murphy, RN, Thomas H. Wareing, MD, and David J. Stahl, MD

Division of Cardiothoracic Surgery and Department of Pathology, Washington University School of Medicine, St. Louis, Missouri

High-dose aprotinin was used in 20 patients undergoing primary or repeat operations on the thoracic or thoracoabdominal aorta using cardiopulmonary bypass and hypothermic circulatory arrest. The activated clotting times immediately before the establishment of hypothermic circulatory arrest exceeded 700 seconds in all but 1 patient. Three patients (15%) required reoperation for bleeding. Seven patients died during hospitalization, and 5 had postmortem examination. Platelet-fibrin thrombi were present in multiple organs including the coronary arteries of 4 patients with myocardial infarction or failure, the pulmonary arteries of 2 patients, 1 of whom died of acute right ventricular failure, the brains of 2 patients who sustained a stroke, and the kidneys of 4 patients, 3 of whom had development of renal dysfunction. Renal dysfunction occurred in 13 patients (65%), and all were 65 years of age or older. Five of these patients required hemodialysis. Among 20 age-matched patients who had similar operations without aprotinin, there was one hospital death (5%) from myocardial infarction, and renal dysfunction developed in 1 patient (5%), who did not require dialysis. None of these 20 patients required reoperation for bleeding. Although aprotinin has been shown to reduce blood loss in patients having cardiac operations employing cardiopulmonary bypass, this benefit was not attained in this group of patients with thoracic aortic disease in whom hypothermic circulatory arrest was used. Use of aprotinin in elderly patients undergoing these procedures was associated with an increased risk of renal dysfunction and failure, and of myocardial infarction and death.

*(Ann Thorac Surg 1993;55:1418–24)*

Aprotinin is a nonspecific serine protease inhibitor that, when administered in high doses before and during cardiopulmonary bypass, appears to exert a hemostatic effect by several mechanisms, which include inhibition of fibrinolysis and preservation of platelet function [1]. It is widely used outside the United States, and a number of studies have documented its effectiveness in reducing bleeding during and after primary or repeat coronary artery bypass procedures, cardiac valve replacements, and heart and lung transplantations [1]. It is now used routinely in some centers for all cardiac surgical procedures, and in this setting, few complications or side effects attributed to use of the drug have been reported [2].

Aprotinin may be of particular benefit during procedures that involve prolonged periods of cardiopulmonary bypass with increased potential for bleeding. A study was undertaken at the Washington University Medical Center to evaluate the role of aprotinin in complex surgical procedures, including repeat cardiac operations, resection of the thoracic aorta, and heart or lung transplantation. From this group, we identified 20 patients who underwent resection of the thoracic or thoracoabdominal aorta using profound hypothermia and circulatory arrest or low-flow hypothermic cardiopulmonary bypass. The results in this subgroup are reported here and are compared with the results in 20 age-matched patients undergoing similar procedures in whom aprotinin was not used.

## Material and Methods

### Patient Population

Between February 1991 and January 1992, 20 patients undergoing resection of the ascending aorta and aortic arch, or the descending thoracic or thoracoabdominal aorta, at the Washington University Medical Center hospitals received high-dose aprotinin according to a standard protocol used in previously reported studies [2–9]. The preoperative characteristics of this group and of the 20 patients matched for age who underwent similar procedures during a more extended interval (October 1987 to May 1992) but who did not receive aprotinin are shown in Table 1. The extent of aortic resection and the cause of the aortic disease are shown in Table 2.

### Aprotinin and Heparin Administration

After administration of a test dose of aprotinin and no evidence of hypersensitivity, 280 mg ($2.0 \times 10^6$ kallikrein inhibiting units [KIU]) of the drug was infused over 20 minutes after the induction of anesthesia. An additional 280 mg was added to the pump prime, and a constant infusion of 70 mg/h ($5 \times 10^5$ KIU) was maintained until the end of the operative procedure. The mean total dose of aprotinin administered was 1,045 mg (range, 770 to 1,400 mg). Systemic anticoagulation for cardiopulmonary

Presented at the Thirty-ninth Annual Meeting of the Southern Thoracic Surgical Association, Wesley Chapel, FL, Nov 5–7, 1992.

Address reprint requests to Dr Kouchoukos, Department of Surgery, The Jewish Hospital of St. Louis, 216 S Kingshighway, St. Louis, MO 63110.

*Table 1. Preoperative Patient Data*[a]

| Variable | Aprotinin (n = 20) | No Aprotinin (n = 20) |
|---|---|---|
| Age (y) | | |
| Mean | 67 | 67 |
| Range (y) | 23–84 | 25–85 |
| ≥65 years | 16 (80) | 13 (65) |
| Male sex | 6 (30) | 9 (45) |
| Hypertension | 12 (60) | 17 (85) |
| Antihypertensive therapy | 12 (60) | 17 (85) |
| ACE inhibitor therapy | 7 (35) | 6 (30) |
| Diabetes | 0 | 0 |
| Smoking history | 11 (55) | 8 (40) |
| Coronary artery disease | 11 (55) | 12 (60) |
| Previous CABG | 1 (5) | 6 (30) |
| History of myocardial infarction | 6 (30) | 5 (25) |
| Renal disease (creatinine ≥2.0 mg/dL) | 2 (10) | 2 (10) |
| Cerebrovascular disease | 5 (25) | 4 (20) |
| Peripheral vascular disease | 1 (5) | 1 (5) |
| Reoperation | 8 (40) | 3 (15) |
| Intravenous contrast agent ≤24 hours before operation | 10 (50) | 9 (45) |

[a] Numbers in parentheses are percentages.

ACE = angiotensin converting enzyme; CABG = coronary artery bypass grafting.

bypass was achieved according to standard protocol by the administration of 250 to 350 U/kg of heparin intravenously and the addition of 2,000 to 5,000 units of heparin to the priming volume of the pump-oxygenator. Additional heparin was administered to maintain the activated clotting time (ACT) greater than 480 seconds. At the completion of cardiopulmonary bypass, protamine sulfate was administered intravenously at a dose of 1.3 mg/100 U of circulating heparin, which was determined by automated heparin/protamine titration. The amount of hepa-

*Table 2. Extent of Aortic Resection and Cause of Aortic Disease*

| Extent/Cause | Aprotinin (n = 20) | No Aprotinin (n = 20) |
|---|---|---|
| Ascending and arch | 12 | 11 |
| Degenerative disease | 7 | 6 |
| Dissection | 5 | 5 |
| Descending thoracic | 1 | 5 |
| Degenerative disease | 1 | 2 |
| Dissection | 0 | 3 |
| Thoracoabdominal | 7 | 4 |
| Degenerative disease | 6 | 3 |
| Dissection | 1 | 1 |
| Total | 20 | 20 |

*Table 3. Operative Data*

| Variable | Aprotinin (n = 20) | No Aprotinin (n = 20) |
|---|---|---|
| Total heparin dose (U) | | |
| Mean | 27,850 | 40,250 |
| Range | 18,000–38,000 | 20,000–69,000 |
| U/kg | 439 | 552 |
| ACT during cardiopulmonary bypass (s) | | |
| Lowest | | |
| Mean | 777 | 635 |
| Range | 353–1,255 | 343–1,105 |
| Highest | | |
| Mean | 1,320 | 1,003 |
| Range | 739–>3,000 | 645–1,781 |
| At onset of circulatory arrest | | |
| Mean | 1,103 | 869 |
| Range | 584–1,968 | 419–1,781 |
| Duration of cardiopulmonary bypass (min) | | |
| Mean | 151 | 151 |
| Range | 82–219 | 40–263 |
| Duration of circulatory arrest (min)[a] | | |
| Mean | 39 | 44 |
| Range | 8–70 | 25–67 |

[a] Low-flow hypothermia without circulatory arrest was used in 1 patient in each group (51 and 54 minutes).

ACT = activated clotting time.

rin administered and the ACTs achieved are shown in Table 3.

*Pathological Studies*

Postmortem examinations were performed on 5 of the patients who received aprotinin. None of the patients in the comparison group who received no aprotinin had postmortem examination. However, autopsy material from 2 patients who died during an earlier period after operations involving hypothermia and circulatory arrest without aprotinin was examined and compared with the material from patients in the aprotinin group. In addition to hematoxylin and eosin stain, the sections were stained with the Martius scarlet blue technique to identify polymeric fibrin.

*Statistical Methods*

Data were analyzed with the SAS (SAS Institute Inc, Cary, NC) on the Washington University Division of Biostatistics computer system. Fisher's exact test and $\chi^2$ analysis for proportions and the unpaired two-sample $t$ test for means were used for the univariate analyses. A $p$ value of less than 0.05 was considered significant.

Table 4. *Blood Component Transfusions and Postoperative Blood Loss*

| Variable | Intraoperative Aprotinin | Intraoperative No Aprotinin | Postoperative Aprotinin | Postoperative No Aprotinin |
|---|---|---|---|---|
| Units transfused | | | | |
| Packed red cells | | | | |
| Mean | 4.6 | 5.0 | 3.0 | 1.8 |
| Range | 0–11 | 0–21 | 0–13 | 0–10 |
| Fresh frozen plasma | | | | |
| Mean | 2.0 | 3.5 | 2.4 | 1.3 |
| Range | 0–7 | 0–14 | 0–8 | 0–10 |
| Platelets | | | | |
| Mean | 5.0 | 9.5 | 3.2 | 2.1 |
| Range | 0–10 | 0–40 | 0–8 | 0–30 |
| Postoperative chest tube output (first 12 h) (mL) | | | | |
| Mean | ... | ... | 520 | 497 |
| Range | ... | ... | 50–1,850 | 140–1,845 |

## Results

### Transfusion Requirements and Blood Loss

The number of units of red blood cells, fresh frozen plasma, and platelets that were transfused intraoperatively and postoperatively in the two groups are shown in Table 4. The mean chest tube drainage for the two groups for the first 12 hours postoperatively is also shown in Table 4. None of the differences were significant. Reoperation for bleeding was required for 3 patients (15%) who received aprotinin. None of the patients who did not receive aprotinin required reoperation (Table 5).

### Renal Dysfunction

Renal dysfunction was defined as an elevation of the serum creatinine level in the first postoperative week to a level 1.5 times the preoperative value or higher. Renal failure was defined as the need for dialysis in the postoperative period. The incidence of these complications for the two patient groups is shown in Table 5. Renal dysfunction occurred in 13 patients (65%) who received aprotinin and in 1 patient who did not receive aprotinin ($p < 0.0001$). In the aprotinin group, renal dysfunction occurred only among patients who were 65 years of age or older (81% of this subgroup). Five patients (25% of the group) underwent renal dialysis. Hemodialysis was attempted in a sixth patient but was discontinued because of hemodynamic instability. Only patients receiving aprotinin required dialysis. The difference in the percentage of patients in the two groups who required dialysis was significant ($p = 0.047$).

In the aprotinin group, 5 of the 16 patients who were 65 years of age or older were receiving angiotensin converting enzyme inhibitors preoperatively compared with 2 of the 4 patients who were less than 65 years of age. The incidence of renal dysfunction in the aprotinin group was similar between the 7 patients who were receiving angiotensin converting enzyme inhibitors and the 13 patients who were not (57% and 69%, respectively). Ten patients in the aprotinin group received intravenous contrast agents in the 24 hours before operation, and 10 patients did not. Postoperative renal dysfunction occurred in 5 patients in the former group and 8 in the latter. If only those patients more than 65 years of age are considered, the incidence of renal dysfunction was not significantly different between the patients receiving aprotinin who were given angiotensin converting enzyme inhibitors and those who were not (80% versus 82%, respectively) and was less among the patients who received intravenous contrast agents within 24 hours of operation (63% versus 100%, respectively).

Among the 11 patients who had resection of thoracoabdominal aneurysms (7 with aprotinin, 4 without aprotinin), the kidneys were ischemic for a mean interval of 72 minutes (range, 40 to 99 minutes) for the aprotinin group and 71 minutes (range, 25 to 146 minutes) for the no-aprotinin group. Renal dysfunction occurred in 4 of the aprotinin patients, and dialysis was required in 1. Only patients receiving aprotinin had development of renal dysfunction.

### Perioperative Myocardial Infarction and Stroke

Electrocardiographic and enzymatic criteria for survivors, and autopsy material when available for the patients who died, were used to establish the presence of perioperative myocardial infarction. Four patients in the aprotinin group sustained a perioperative infarction, and 3 of them died in the postoperative period. In the no-aprotinin group, 1 patient with an acute DeBakey type III aortic dissection and known extensive coronary artery disease died after a myocardial infarction in the immediate postoperative period.

Three patients who received aprotinin sustained a stroke in the postoperative period. Two of them died. One of the patients who did not receive aprotinin sustained a stroke. The differences in the incidence of myocardial infarction and stroke between the two groups were not significant (see Table 5).

Table 5. *Morbidity and Mortality*[a]

| Variable | Aprotinin (n = 20) | No Aprotinin (n = 20) | p Value |
|---|---|---|---|
| Reoperation for bleeding | 3 (15) | 0 | 0.23 |
| Renal dysfunction (elevation of serum creatinine ≥1.5 times preop value) | 13 (65) | 1 (5) | <0.0001 |
| Renal failure (need for dialysis) | 5 (25) | 0 | 0.047 |
| Perioperative myocardial infarction | 4 (20) | 1 (5) | 0.34 |
| Stroke | 3 (15) | 1 (5) | 0.61 |
| Hospital mortality | 7 (35) | 1 (5) | 0.04 |

[a] Numbers in parentheses are percentages.

*Table 6. Causes of Hospital Death*

| Cause | Aprotinin (n = 20) | No Aprotinin (n = 20) |
|---|---|---|
| Cardiac related (myocardial infarction, cardiogenic shock, arrhythmia) | 4 | 1 |
| Multisystem organ failure | 2 | 0 |
| Respiratory failure | 1 | 0 |
| Total | 7 | 1 |

*Hospital Mortality*

Seven of the patients who received aprotinin died in the hospital (1 to 33 days postoperatively). The causes of death are shown in Table 6. The single death in the no-aprotinin group occurred in a 77-year-old man with an acute DeBakey type III aortic dissection who sustained a myocardial infarction. The difference in hospital mortality rate between the two groups was significant ($p = 0.04$).

*Postmortem Findings*

At postmortem examination, platelet-fibrin thrombi (PFT) were identified by hematoxylin and eosin staining, and their presence was confirmed by Martius scarlet blue staining. Platelet-fibrin thrombi were present in the microvasculature of multiple organs in all of the patients who received aprotinin. No PFT were identified in any of the organs examined from the 2 patients who did not receive aprotinin. Among the aprotinin patients, the pattern of organ involvement varied. The renal glomeruli were extensively involved in 3 patients, with widespread cortical infarction in 2 and subtotal cortical necrosis in the third. Figure 1 shows the typical appearance of these glomeruli. A fourth patient had PFT scattered throughout the glomeruli but no infarction. Platelet-fibrin thrombi were present in the small coronary arteries of 4 patients. Preoperatively 1 of these patients had only mild atherosclerotic coronary artery disease detected by coronary angiography, and a second had a lesion only in the right coronary artery, which narrowed the lumen less than 50% of its diameter. A third patient had major three-vessel disease at postmortem examination, although preoperative angiography did not demonstrate any hemodynamically significant lesions. At autopsy, no thrombus was identified at these stenotic areas in any of the patients. The fourth patient, who died 34 days postoperatively, had recanalized thrombus, possibly representing old PFT, in the coronary arteries. This patient had major three-vessel coronary artery disease.

The brain was involved in 2 patients, both of whom sustained a stroke. The histopathologic findings were thought to be consistent with intravascular coagulation and not with atherosclerotic embolization. Major involvement of small and medium-sized pulmonary arteries was identified in 2 patients, 1 of whom died of acute right ventricular failure at the end of the operative procedure.

**Comment**

Aprotinin has been used outside the United States in large numbers of patients to reduce intraoperative and postoperative blood loss [1, 2]. The mechanism of this hemostatic effect remains unclear, but it appears to be due to interference with contact activation of the intrinsic coagulation pathway that occurs during exposure of blood to the cardiopulmonary bypass circuit, preservation of platelet function, and inhibition of fibrinolysis. It is unknown which of these exerts the predominant effect. Inhibition of kallikrein, which normally accelerates factor XII activation, may decelerate the intrinsic cascade [10]. Improved platelet function, as demonstrated by reduction of the increased bleeding time typically seen after cardiopulmonary bypass [3], may be related to preservation of the platelet membrane–associated GpIb receptor (von Willebrand factor receptor) and of the ability of GpIIb/III receptors to bind fibrinogen [5]. Aprotinin may reduce fibrinolysis by inhibition of plasmin [7] and activated protein C [11].

Because patients who undergo operations on the thoracic or thoracoabdominal aorta that require the use of profoundly hypothermic cardiopulmonary bypass and circulatory arrest are at increased risk for bleeding, we administered aprotinin to 20 such patients using the "high-dose" regimen, which has been widely used in previous studies and which was recommended by Miles Laboratories, to evaluate the effect of the drug on intraoperative and postoperative blood loss. During the course of this study, we noted a disturbingly high incidence of postoperative renal dysfunction. One patient became anuric at the completion of cardiopulmonary bypass and remained anuric until her death of multisystem organ failure 8 days later. We had not previously observed this complication in patients undergoing such procedures who did not receive aprotinin. In addition, several deaths occurred that were not readily explainable. Postmortem studies demonstrated disseminated intravascular coagulation with PFT in the kidneys, heart, lungs, and brain. These findings prompted us to examine this group of



*Fig 1. Light photomicrograph of renal glomeruli containing numerous platelet-fibrin thrombi in the capillaries. (Martius scarlet blue technique; ×200 before 29% reduction.)*

Case 1:08-md-01928-DMM   Document 3063-5   Entered on FLSD Docket 12/17/2009   Page 6 of 10
1421
SUNDT ET AL
APROTININ AND HYPOTHERMIC CIRCULATORY ARREST
Ann Thorac Surg
1993;55:1418-24

patients in greater detail and to compare them with a group of age-matched patients undergoing similar procedures in whom aprotinin was not used.

Renal dysfunction was observed in almost two-thirds of the patients who received aprotinin. Although the patients in this group had preexisting conditions and risk factors that could increase the probability of postoperative renal dysfunction, the incidence of this complication among the patients who received aprotinin far exceeded that in a group of age-matched patients undergoing similar operative procedures with a similar prevalence of preoperative and operative risk factors who did not receive aprotinin (see Tables 1, 2). The development of renal dysfunction was not related to the use of angiotensin converting enzyme inhibitors preoperatively, the administration of an intravenous contrast agent, or the duration of renal ischemia in the patients with thoracoabdominal aneurysms.

Advanced age appeared to be an important risk factor for the development of renal dysfunction. The significance of preoperative renal dysfunction as a risk factor is unclear, as only 2 patients in each group had a preoperative serum creatinine level equal to or greater than 2.0 mg/dL. However, both patients in the aprotinin group experienced major deterioration in renal function postoperatively, whereas the patients who received no aprotinin did not.

The precise mechanism of the renal dysfunction observed is also unclear. It is known that aprotinin is concentrated in the kidneys and that more than 90% of the administered dose is bound to the brush border of the proximal convoluted tubule, where it is slowly metabolized over the ensuing 12 to 14 hours [12]. In animal studies at normothermia, alterations in renal perfusion and glomerular filtration were observed after administration of aprotinin [13]. When kidneys were subjected to prolonged periods of ischemia, the drug appeared to exert a protective effect overall [14, 15]. A careful study of humans undergoing coronary artery bypass grafting with hypothermia to 28°C by Blauhut and colleagues [16] demonstrated only mild, reversible changes in sodium and potassium excretion without alterations in serum creatinine levels or creatinine clearance. In that study, the mean age of the patients was 61.5 years, and preoperative renal function was normal in all. In the large clinical trial of patients undergoing coronary artery bypass grafting reported by Dietrich and associates [2], no difference in renal function was noted between the group of patients receiving aprotinin and the group who did not receive the drug.

In contrast to those studies, significant impairment of renal function was observed in experimental models using high doses of aprotinin under hypothermic conditions [17]. When aprotinin was used experimentally for preservation of renal grafts at low temperatures, renal vascular resistance rose and renal blood flow decreased to nil [18]. The mechanism for these changes was not defined, although the authors suggested that the adverse renal effects of aprotinin may be temperature dependent. This may account for the high frequency of renal dysfunction observed in our study, in which patients underwent profound hypothermia. This is in marked contrast to the apparent lack of major adverse renal effects associated with use of the drug in a number of studies in which only mild systemic hypothermia was used. Fischer and Knupfer [14] suggested that the adverse renal effects may be dose related. In our study, however, there was no difference in the mean total dose of aprotinin administered between the subgroups in whom renal failure did and did not develop.

In our series, histopathologic studies were not available on all of the patients who experienced renal dysfunction, as renal biopsies were not performed. Tissue was available for analysis from 5 patients who died and underwent postmortem examination. Intravascular PFT were found in two or more organ systems in all patients. The kidneys were involved in 4 of these patients. These PFT were extensive, leading to subtotal cortical necrosis in 1 patient and major renal infarction in 2 others. Whether this or another mechanism was responsible for the reversible dysfunction observed in the surviving patients is unknown. Similar evidence of intravascular coagulation after the use of aprotinin has been reported by Cosgrove and colleagues [19] and Westaby [20].

The occurrence of intravascular thrombosis raises the possibility of inadequate anticoagulation among the patients who received aprotinin. In the majority of studies on the use of aprotinin, the ACT was maintained higher than 400 seconds [2-8]. Although it was recognized in early studies that administration of aprotinin prolonged the ACT [2, 5, 6, 8], the implications of this observation for the administration of heparin were uncertain, and it was even suggested that the use of aprotinin may reduce heparin requirements [6]. This recommendation has since been withdrawn [21], and a higher minimum level for the ACT recently has been proposed [22]. Van Oeveren and associates have recommended that the ACT should not be used to assess the adequacy of anticoagulation.

Aprotinin has been shown to inhibit the intrinsic coagulation cascade without inhibiting (and in the presence of heparin actually accelerating) the extrinsic cascade [21]. In addition, it may neutralize heparin to some extent, possibly by means of direct binding in a manner similar to that of protamine sulfate [23]. This has led to the current recommendation that the heparin dose not be decreased and that the ACT be maintained at greater than 750 seconds [22]. Our patients were operated on before the publication of these recommendations for anticoagulation.

In our study, the total heparin doses in the aprotinin patients were lower than those in the control group, although this difference was less marked when the doses were corrected for body weight. The mean minimum ACT was in excess of 750 seconds in the aprotinin group, although 10 patients had a minimum ACT less than this value. The incidence of renal dysfunction was not higher in this subgroup than in the study group as a whole. Of these 10 patients, 6 experienced renal dysfunction, and 2 required dialysis. Two patients in this group died. Of the 5 patients in whom intravascular coagulation was demon-

strated at autopsy, only 2 had an ACT less than 750 seconds at any point during the period of cardiopulmonary bypass. Immediately before the establishment of circulatory arrest, the ACTs were more than 1,000 seconds in all but 3 patients (584, 721, and 735 seconds). Renal dysfunction developed in 2 of these patients, and 1 of them required dialysis. None of these patients died. Taken together, these data argue against inadequate anticoagulation as an explanation for the widespread intravascular coagulation observed in all of the 5 patients who died or in the patients in whom renal dysfunction developed.

Additional antifibrinolytic therapy in the form of $\epsilon$-aminocaproic acid (Amicar) was administered to 6 patients, 3 of whom had development of renal dysfunction and 3 of whom died. Two of the 5 patients shown to have intravascular coagulation at postmortem examination received Amicar. However, identical lesions were seen in the 3 patients who did not receive this medication. Furthermore, Amicar was administered more often to the patients who did not show development of renal dysfunction than to the patients who did (43% versus 23%, respectively).

Aprotinin has been used by a number of surgical groups without apparent complication to reduce bleeding after cardiac operations in which profound hypothermic circulatory arrest was not used. This suggests that the special situations of profound hypothermia with low flow or circulatory arrest may predispose to disseminated intravascular coagulopathy when aprotinin is used. Westaby [20] and van Oeveren (personal communication) have suggested that protein C may play a crucial role in preventing intravascular coagulation during circulatory arrest by promoting fibrinolysis through inactivation of the plasminogen activator inhibitors PAI-1 and PAI-3. This action is inhibited by aprotinin [11]. In addition to inactivating this endothelial cell mechanism for preventing intravascular clot, aprotinin may actually increase thromboxane $A_2$ production and decrease prostacyclin production by vascular endothelium as suggested by recent experiments on human umbilical vein endothelium [24], although clinical studies have demonstrated reduced plasma thromboxane levels in aprotinin recipients [9, 16] and plasma prostacyclin metabolite levels appear to be unaffected by the drug [9].

The results of our study suggest that the use of high-dose aprotinin is not without risk in patients, particularly those more than 65 years of age, who undergo operative procedures involving profound hypothermic cardiopulmonary bypass and circulatory arrest. Renal dysfunction was common in this group, and the risk of renal failure requiring dialysis was substantial. Perioperative myocardial infarction, stroke, and hospital death were more common in the patients who received aprotinin. Of great concern is the histologic evidence of disseminated intravascular coagulation in patients who died after operation. Although many studies have reported a reduction in perioperative blood loss with this drug, this benefit was not attained in our study. This may have been due to the greater number of reoperative procedures in the patients who received aprotinin as compared with the patients who did not receive the drug or to the development of coagulopathy secondary to intravascular coagulation.

Because our study was a retrospective one, the results relating to the relative risks and benefits of administration of aprotinin during operations on the thoracic aorta employing hypothermic circulatory arrest must be interpreted with caution. Prospective studies involving large numbers of patients will be required to more accurately assess the effects of aprotinin in patients who require these operations. Alternative regimens for the administration of aprotinin, using either a lower total dose or a single dose at the beginning of cardiopulmonary bypass [5, 25], may provide improved hemostasis with reduced risks. Our study does indicate, however, that administration of aprotinin in a high-dose regimen to patients undergoing operations involving hypothermic circulatory arrest is associated with significant adverse effects, including a substantial incidence of renal dysfunction in elderly patients and widespread intravascular coagulation, that have not been commonly observed in patients having operations with conventional cardiopulmonary bypass. Furthermore, it emphasizes the need in future studies for a more precise description of adequate anticoagulation and for tests that will accurately measure the degree of anticoagulation intraoperatively.

We thank Miles Laboratories and Dr Michael K. Pasque, the principal investigator of the aprotinin trial at Washington University, for making the drug available for this study, and Drs James L. Cox, Michael Rosenbloom, and Charles Huddleston, who operated on several of the patients. We also thank Johanna Perrillo, RN, and Kathryn Kater, RN, for assisting with data acquisition and Pamela Pigg for preparing the manuscript.

## References

1. Royston D. High-dose aprotinin therapy: a review of the first five years' experience. J Cardiothorac Vasc Anesth 1992;6:76–100.
2. Dietrich W, Barankay A, Hähnel C, Richter JA. High-dose aprotinin in cardiac surgery: three years' experience in 1,784 patients. J Cardiothorac Vasc Anesth 1992;6:324–7.
3. Van Oeveren W, Jansen NJG, Bidstrup BP, et al. Effects of aprotinin on hemostatic mechanisms during cardiopulmonary bypass. Ann Thorac Surg 1987;44:640–5.
4. Bidstrup BP, Royston D, Sapsford RN, Taylor KM. Reduction in blood loss and blood use after cardiopulmonary bypass with high dose aprotinin (Trasylol). J Thorac Cardiovasc Surg 1989;97:364–72.
5. Van Oeveren W, Harder MP, Roozendaal KJ, Eijsman L, Wildevuur CRH. Aprotinin protects platelets against the initial effect of cardiopulmonary bypass. J Thorac Cardiovasc Surg 1990;99:788–97.
6. De Smet AAEA, Joen MCN, van Oeveren W, et al. Increased anticoagulation during cardiopulmonary bypass by aprotinin. J Thorac Cardiovasc Surg 1990;100:520–7.
7. Havel M, Teufelsbauer H, Knöbl P, et al. Effect of intraoperative aprotinin administration on postoperative bleeding in patients undergoing cardiopulmonary bypass operation. J Thorac Cardiovasc Surg 1991;101:968–72.
8. Harder MP, Eijsman L, Roozendaal KJ, van Oeveren W, Wildevuur CRH. Aprotinin reduces intraoperative and postoperative blood loss in membrane oxygenator cardiopulmonary bypass. Ann Thorac Surg 1991;51:936–41.

9. Nagaoka H, Innami R, Murayama F, et al. Effects of aprotinin on prostaglandin metabolism and platelet function in open heart surgery. J Cardiovasc Surg (Torino) 1991;32:31-7.
10. Edmunds LH Jr, Niewiarowski S, Colman RW. Invited letter concerning: aprotinin. J Thorac Cardiovasc Surg 1991;101:1103-4.
11. España F, Estelles A, Griffin JH, Aznar J, Gilabert J. Aprotinin is a competitive inhibitor of activated protein C. Thromb Res 1989;56:751-6.
12. Emerson TE Jr. Pharmacology of aprotinin and efficacy during cardiopulmonary bypass. Cardiovasc Drug Rev 1989;7:127-40.
13. Horl WH. Effect of aprotinin on renal function. In: Dudziak R, Reuter HD, Kirchhoff PG, Schumann F, eds. Proteolysis and proteinase inhibition in cardiac and vascular surgery. Stuttgart, New York: Schattauer Verlag, 1985;137-42.
14. Fischer JH, Knupfer P. Is high dose aprotinin (Trasylol) therapy innocuous for the kidney? Langenbecks Arch Chir 1983;360:241-9.
15. Godfrey AM, Salman JR. Trasylol (aprotinin) and kidney preservation. Transplantation 1978;25:167-8.
16. Blauhut B, Gross C, Necek S, Doran JE, Späth P, Lundsgaard-Hansen P. Effects of high-dose aprotinin on blood loss, platelet function, fibrinolysis, complement, and renal function after cardiopulmonary bypass. J Thorac Cardiovasc Surg 1991;101:958-67.
17. Fischer JH. Effects of Trasylol on the kidneys: dependence on temperature and dose. In: Dudziak R, Reuter HD, Kirchhoff PG, Schumann F, eds. Proteolysis and proteinase inhibition in cardiac and vascular surgery. Stuttgart, New York: Schattauer Verlag, 1985:127-35.
18. Fischer JH, Casser HR. Aprotinin (Trasylol) protection—unsuitable for hypothermic kidney preservation. Transplantation 1984;37:115.
19. Cosgrove DM III, Heric B, Lytle BW, et al. Aprotinin therapy for reoperative myocardial revascularization: a placebo-controlled study. Ann Thorac Surg 1992;54:1031-8.
20. Westaby S. Aprotinin in perspective. Ann Thorac Surg 1993;55:1033-41.
21. Van Oeveren W, van Oeveren B, Wildevuur CHR. Anticoagulation policy during use of aprotinin in cardiopulmonary bypass. J Thorac Cardiovasc Surg 1992;104:210-1.
22. Hunt BJ, Segal HC, Yacoub M. Guidelines for monitoring heparin by the activated clotting time when aprotinin is used during cardiopulmonary bypass. J Thorac Cardiovasc Surg 1992;104:211-2.
23. Davies RJ, Lane DA, McGregor IR, Preston FE. The neutralization of heparin by Trasylol. Thromb Res 1980;17:533-7.
24. Havel MP, Griesmacher A, Weigel G, et al. Aprotinin decreases release of 6-keto-prostaglandin $F_{12}$ and increases release of thromboxane $B_2$ in cultured human umbilical vein endothelial cells. J Thorac Cardiovasc Surg 1992;104:654-8.
25. Carrel T, Bauer E, Laske A, von Segesser L, Turina M. Low-dose aprotinin also allows reduction of blood loss after cardiopulmonary bypass. J Thorac Cardiovasc Surg 1991;102:801-2.

D536 Main Ser
61   0003-4975
.55  Received on: 06-29-93
o.6  The Annals of thoracic
June surgery
993

# THE ANNALS OF THORACIC SURGERY

*Official Journal of The Society of Thoracic Surgeons
and the Southern Thoracic Surgical Association*

*Fortieth Annual Meeting of the Southern Thoracic Surgical Association
November 4–6, 1993, Marriott's Bay Point Resort,
Panama City Beach, Florida*

*Thirtieth Annual Meeting of The Society of Thoracic Surgeons
January 31–February 2, 1994, New Orleans Convention Center, New Orleans, Louisiana
Call for Abstracts, Pages A-31, 32*

Elsevier



Volume 55   Number 6

# THE ANNALS OF THORACIC SURGERY

June 1993

# Contents
*Editorials*

**Efficacy and Safety of the Superior-Septal Approach to the Mitral Valve**   1357
Craig R. Smith, MD

**Barrett's Esophagus: Another Esophageal Sphinx**   1359
Alex G. Little, MD

**The Björk-Shiley Dilemma**   1361
Charles A. S. Marrin, MB, BS, John D. Birkmeyer, MD, and Gerald T. O'Connor, PhD

*J. Maxwell Chamberlain Memorial Paper*

**Preoperative Chemotherapy for Stage IIIa (N2) Lung Cancer: The Sloan-Kettering Experience With 136 Patients**   1365
Nael Martini, MD, Mark G. Kris, MD, Betty J. Flehinger, PhD, Richard J. Gralla, MD, Manjit S. Bains, MD, Michael E. Burt, MD, PhD, Robert Heelan, MD, Patricia M. McCormack, MD, Katherine M. W. Pisters, MD, James R. Rigas, MD, Valerie W. Rusch, MD, and Robert J. Ginsberg, MD

*Special Lecture*

**The 1900 Tuberculosis Epidemic—Starting Point of Modern Thoracic Surgery**   1375
Andreas P. Naef, MD

*Original Articles*

**Effects of Insufflation on Hemodynamics During Thoracoscopy**   1379
David R. Jones, MD, Geoffrey M. Graeber, MD, Gerald G. Tanguilig, BA, Gerry Hobbs, PhD, and Gordon F. Murray, MD

continued on page A-6

The Annals of Thoracic Surgery (ISSN 0003-4975) is issued monthly in two indexed volumes per year by Elsevier Science Publishing Co, Inc, 655 Avenue of the Americas, New York, NY 10010. Printed in USA at 2901 Byrdhill Road, Richmond, VA 23228. Subscription prices per year: Institution: $185.00; individual, $102.00; interns and residents, $57.50. Outside USA, add $38.00 for surface postage and handling. For air delivery to USA, Canada, and Mexico, add $85.00; to Europe, $75.00 (via surface airlift); to Japan, $95.00; and to the rest of world, $170.00. Second class postage paid at New York, NY, and at additional mailing offices. Postmaster: Send address changes to *The Annals of Thoracic Surgery*, Elsevier Science Publishing Co, Inc, 655 Avenue of the Americas, New York, NY 10010; telephone (212) 989-5800.