**Exhibit A**

Page 1

Volume 1, Pages 1 - 357   Exhibits:  1 - 27

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

Case No. 1:08-MG-01928-MIDDLEBROOKS/JOHNSON

IN RE TRASYLOL PRODUCTS LIABILITY

LITIGATION - MDL-1928

THIS DOCUMENT RELATES TO ALL ACTIONS

(Further captions on continuing pages)

_____


VIDEOTAPED DEPOSITION OF

MARK DERSHWITZ, M.D., Ph.D.

Tuesday, September 29, 2009, 9:02 a.m.

Sokolove Law

93 Worcester Street, Suite 101

Wellesley, Massachusetts



Reporter:  Dana Welch, CSR, RPR, CRR, CCP

Certified LiveNote Trainer

Page 14

1                MARK DERSHWITZ, M.D., Ph.D.

2           MS. ARTINIAN:  Susan Artinian on behalf of

3      Bayer.

4           THE VIDEOGRAPHER:  Thank you.  Will the

5      court reporter, Dana Welch of Merrill Legal

6      Solutions, please swear in the witness.

7              MARK DERSHWITZ, M.D., Ph.D., sworn

8                        EXAMINATION

9   BY MR. ZIELKE:

10      Q.  Good morning, Dr. Dershwitz.  We met very

11   briefly before we started here today.  My name is

12   Kevin Zielke.  I'm one of the lawyers representing

13   Bayer in these actions that have been brought

14   concerning Trasylol.

15          And my understanding is you've been

16   retained by the plaintiffs to serve as an expert in

17   these matters regarding Trasylol.

18      A.  Yes.

19      Q.  And could you please state your full name

20   for the record.

21      A.  Mark Dershwitz.

22      Q.  Dr. Dershwitz, I saw this morning before

23   we got on the record that you had brought a stack

24   of documents with you to the deposition.

25      A.  Yes.

1              MARK DERSHWITZ, M.D., Ph.D.

2        A.  No.  Actually, there are some studies that

3    don't show a link.

4        Q.  The ones that are referenced in the

5    section on perioperative mortality, I assume you're

6    offering those because you believe they do show a

7    link.

8        A.  Yes.  However, as I do say later in the

9    report, there are studies that fail to find a link,

10   also.  But those were less relevant to my report so

11   that they're not included, but I certainly

12   acknowledge that they're there.

13       Q.  So with respect to the ones that are

14   identified in here in paragraphs 22 through 28 of

15   your report, is it your position that those all

16   support a link between aprotinin treatment and

17   perioperative mortality?

18       A.  Yes.

19       Q.  And so distinctions based on length of

20   time in the study before mortality are not

21   indicative of a distinction between perioperative

22   mortality or long-term mortality in your view.

23       A.  I'm not sure I understand the question.

24       Q.  Sure.  Your view is not -- you're not just

25   -- strike all that.

1                   MARK DERSHWITZ, M.D., Ph.D.

2     paragraph is intended to encompass both renal

3     dysfunction and renal failure.

4         A.  Yes.  And both transient and permanent.

5         Q.  In your report, do you take the position

6     that aprotinin increases the risk of myocardial

7     infarction?

8         A.  I believe that some investigators have

9     found that.  And my opinion is that if it's been

10    shown in a study, it's likely to be true until

11    disproven by someone else.

12        Q.  I'm asking about within the confines of

13    your report, Dr. Dershwitz.  As we talked about

14    when we began this deposition, this report reflects

15    the opinions and conclusion you were asked to give

16    regarding Trasylol, correct?

17        A.  Yes.

18        Q.  And my question is really limited to the

19    four walls of this report.  Is there -- is the

20    position taken in this report that there is a

21    connection between -- or that aprotinin increases

22    the risk of myocardial infarction?

23        A.  I'll have to go back and see if the people

24    who found an increased death specified the actual

25    mechanism.  I know I did not mention that in the

Page 137

```
 1              MARK DERSHWITZ, M.D., Ph.D.
 2   very variable.  It's usually some sort of injury,
 3   although sometimes it's just a pathological
 4   autoimmune phenomenon.  But in the context here,
 5   some sort of tissue injury then converts kininogen
 6   to bradykinin via the actions of kallikrein.  And
 7   bradykinin is an early, not the earliest, but a
 8   very early mediator of the inflammatory response.
 9        Q.  Okay.  And your description of it is that
10   it's an important mediator of the inflammatory
11   response.
12        A.  Yes.
13        Q.  And it's your testimony, if I'm
14   understanding it correctly, that there is a
15   relationship between the amount of inflammation and
16   the amount of vasodilation, correct?
17        A.  In general, yes.
18        Q.  But that it may be that vasodilation
19   occurs first and then there is a follow-on
20   inflammatory response.
21        A.  Yes.  In other words, the inflammatory
22   response includes processes like vasodilation and
23   edema formation and pain.
24        Q.  And you've just described the idea that --
25   and it's expressed in your report -- that
```

1          MARK DERSHWITZ, M.D., Ph.D.

2     kallikrein is the precursor to bradykinin

3     formation; is that right?

4          A.  Well, kallikrein is the enzyme that

5     converts kininogen to bradykinin.

6          Q.  Okay.  So in order for kininogen to become

7     bradykinin, kallikrein is a necessary step.

8          A.  Correct.  But it's not the precursor.  The

9     precursor is kininogen.

10          Q.  So it's not a pre -- your distinction is

11    very appropriate.  It is not a precursor compound.

12    It is a necessary role player to change kininogen

13    into bradykinin.

14          A.  Yes.

15          Q.  And so given aprotinin's inhibition of

16    kallikrein as you've described it here, would you

17    expect that aprotinin would have an

18    anti-inflammatory effect?

19          A.  Yes.

20          Q.  And would you expect that reduction in

21    inflammation would have a reduction in the amount

22    of vasodilation?

23          A.  Yes.  However, once the clotting -- excuse

24    me -- once the inflammatory cascade is well along,

25    there are later mediators that become more

1          MARK DERSHWITZ, M.D., Ph.D.

2     A.  Both.

3     Q.  Decreased release of prostaglandins, would

4  that then result in decreases in vasodilation,

5  Doctor?

6     A.  Yeah, prostaglandin E is thought to be one

7  of the mediators of autoregulation in the kidney,

8  so a decrease in prostaglandin E would be

9  associated with a decrease in blood flow to the

10  kidney, and that is one of the mechanisms that is

11  commonly taken to be the mechanism for COX

12  inhibitors to cause kidney damage.

13     Q.  So I just want to make sure I get an

14  answer to my question, which is just that the

15  decreased release of prostaglandins in turn results

16  in a decrease in vasodilation?

17     A.  It could cause a decrease in the

18  vasodilation that participates in the

19  autoregulation of renal blood flow.

20     Q.  So in your view, as laid out in Exhibit D,

21  aprotinin decreases kallikrein, which decreases the

22  amount of bradykinin, which decreases the release

23  of prostaglandins, correct?

24     A.  It's probably more of an effect on

25  synthesis, not release, but the overall effect is

1                 MARK DERSHWITZ, M.D., Ph.D.

2    the same.

3            Prostaglandins are thought not be stored

4    for any meaningful length of time in tissue, in

5    contrast to some hormones.  And so any drug that

6    appears to decrease the amount of prostaglandin

7    present is thought to do so by modulating its

8    synthesis, not its release.

9        Q.  So decreased kallikrein results in

10   decreased bradykinin, which results in decreased

11   synthesis of prostaglandins, which results in

12   decreased vasodilation.

13       A.  Yes.

14       Q.  Does kallidin -- you reference kallidin

15   here in Exhibit D.  Does that play any role in your

16   opinions regarding aprotinin?

17       A.  I don't know the relative importance of

18   kallidin to bradykinin; it basically does pretty

19   much the same thing and it's a more recently

20   discovered mediator.  And how much it affects these

21   three signs of inflammation as compared to

22   bradykinin, I couldn't tell you.

23       Q.  And the three signs of inflammation you're

24   talking about are vasodilation, edema and pain.

25       A.  Yes.

```
 1                  MARK DERSHWITZ, M.D., Ph.D.

 2      But what I wrote down here were theoretical

 3      physiologic areas in which I could envision

 4      aprotinin affecting the kidney, possibly in an

 5      adverse way.

 6              And if there's something about a potential

 7      effect of aprotinin on the kidney that I did not

 8      write about, it's either because I couldn't think

 9      of it in terms of envisioning it in my mind or I

10      could not find any literature supporting the

11      potential relationship.

12          Q.  So the section here of your report is

13      limited to mechanisms that you believe may explain

14      what you see as a link between aprotinin treatment

15      and renal damage.

16          A.  Yes.

17          Q.  And other than through that effect of

18      renal damage, you're not offering opinions on

19      mechanism of death.

20          A.  No.

21          Q.  The two possible mechanisms, as I

22      understand it, and we've talked about them a little

23      bit, but the two you've identified in your report

24      are, first, aprotinin's inhibition of kallikrein,

25      which in your view has a downstream effect on the
```

1                 MARK DERSHWITZ, M.D., Ph.D.

2     extent of vasodilation; that's one mechanism

3     reflected here; is that right?

4          A.  Potentially, yes.

5          Q.  And another potential mechanism is that

6     aprotinin affects prostacyclin and thromboxane

7     levels and that the effect on these levels may

8     increase the risk of microscopic clot material in

9     the kidneys, right?

10         A.  Yes.

11         Q.  So if your view is accurate, both of these

12    mechanisms would have the potential to cause renal

13    damage through decreased blood flow through the

14    kidney.

15         A.  Yes.  And it might not have to be due to

16    total renal blood flow.  It could possibly be due

17    to selective renal blood flow, for example in the

18    medulla, which is more sensitive than the cortex to

19    regional areas of ischemia.

20         Q.  Right.  So these could be isolated sectors

21    of the kidney that are having interruptions to

22    flow.

23         A.  Yes.  And it doesn't have to be an

24    interruption.  It could be just a decrease in flow

25    that is then manifested as a decrease in oxygen

1              MARK DERSHWITZ, M.D., Ph.D.

2    effect on vascular tone.

3        A.   Contribute to is not the way I would

4    phrase it.  The goal of autoregulation is to change

5    vascular tone or in actuality the caliber of the

6    blood vessels so that large swings in blood

7    pressure, specifically mean arterial pressure, do

8    not result in significant changes in blood flow.

9             And so things that modulate vascular tone

10   like endogenous vasodilators are able to change the

11   caliber of blood vessels so that blood flow can

12   remain relatively constant despite relatively large

13   swings in mean arterial pressure.

14       Q.   Which -- so this effect on vascular tone

15   that you believe is occurring as a result of

16   decreased synthesis of prostaglandins and nitric

17   oxide -- which portions of the kidney is that

18   affecting?

19            MR. MICELI:  Object to the form.

20       A.   Well, the kidney is able to autoregulate

21   blood flow everywhere.  However, the medulla is

22   more sensitive to decreased oxygen delivery when

23   autoregulation fails.

24       Q.   So is that the focus of where this

25   impaired autoregulation is occurring in your

Page 186

1            MARK DERSHWITZ, M.D., Ph.D.

2    -- showed in rats, that although aprotinin had no

3    effect on overall renal blood flow, aprotinin

4    decreased blood flow in the medulla by decreasing

5    the concentration of prostaglandins in the kidney,

6    right?

7        A.  Yes.

8        Q.  Kramer is a study in rats, not in humans;

9    is that right?

10       A.  Let's see.  Yes.

11       Q.  And the objective of the study was to

12   determine -- the objective is -- let me make sure I

13   take you to the right spot -- the paragraph above

14   methods on page 962 identified the objective of the

15   study as the effects of kallikrein inhibition with

16   aprotinin on renal excretory function and on renal

17   hemodynamics, and to compare those findings to the

18   effects of prostaglandin synthesis inhibition with

19   indomethacin; is that right?

20       A.  Yes.

21       Q.  Do you know how the aprotinin dose levels

22   used in this study compare with dosage levels that

23   are used in patients, human patients?

24       A.  So this was dosed on the basis of

25   kallikrein inhibitory units per kilo, which is

1              MARK DERSHWITZ, M.D., Ph.D.

2    similar to the method of how aprotinin was given to

3    humans in terms of, you know, milligrams.

4              And so I would have to refer to the

5    package insert to see how many kallikrein

6    inhibitory units are found per milligram of the

7    standard aprotinin preparation.

8         Q.   So was that a way of saying that you're

9    not able to make that comparison based on the

10   information you've got in front of you?

11        A.   Well, in contrast to the previous paper

12   where they actually specified aprotinin as a

13   concentration, and to compare that I'd have to look

14   up a paper that has the pharmacokinetics of

15   aprotinin in it.  Here I could directly compare the

16   dose by referring to the specific activity of

17   aprotinin in terms of kallikrein inhibitory units

18   per milligram.

19        Q.   My question is not whether you can do it.

20   My question is whether you have done it.

21        A.   No.

22        Q.   The summary on the first page of the

23   article states that both aprotinin and indomethacin

24   significantly depressed renal prostaglandin

25   synthesis and deep cortical and medullary plasma

1                    MARK DERSHWITZ, M.D., Ph.D.

2      flow, right?

3           A.  Yes.

4           Q.  Are the deep cortical and the medullary

5      sections of the kidney separate?

6           A.  What is your definition of separate?

7      They're contiguously associated with each other

8      anatomically but under the microscope or if one

9      takes a kidney and slices it, one can visualize the

10     border between the cortex and the medulla.  They

11     look different.

12          Q.  Would decreased flow to one mean decreased

13     flow to the other?

14          A.  No.

15          Q.  So when you talk about -- if somebody says

16     there was decreased flow in the deep cortical

17     section, that in turn means decreased flow to the

18     medullary section.

19          A.  Not necessarily.

20          Q.  Because your report says that the Kramer

21     article concludes that aprotinin decreased the

22     blood flow in the medulla, right?

23          A.  That's a true statement.

24          Q.  Can you find the data in the article

25     showing the level of decreased flow to the medulla?

1          MARK DERSHWITZ, M.D., Ph.D.

2          MR. ZIELKE:  And we'll go off the record

3     while the doctor takes a look.

4          MR. MICELI:  Well, I disagree we need to

5     go off the report.  If we're going to have him

6     searching through articles I don't think that

7     that needs to be a time-saving aspect for your

8     question.

9          MR. ZIELKE:  My position is completely the

10    opposite, as you might imagine.  My view is

11    that these are his articles, his references;

12    it should not take any significant amount of

13    time for him to find the data points that are

14    in these articles.

15         MR. MICELI:  Well, we have a disagreement

16    as to whether or not he ought to have every

17    article memorized close enough to where he can

18    turn directly to the point you're asking him,

19    and as a result I think we need to stay on the

20    record.

21         MR. ZIELKE:  His principal point is that

22    aprotinin results in decreased flow to this

23    area of the kidney.

24         MR. MICELI:  Uh-huh.

25         MR. ZIELKE:  All I've asked him is find

Page 190

1                MARK DERSHWITZ, M.D., Ph.D.

2         the data in the article that supports this,

3         your primary point from this article.

4              MR. MICELI:  And you're asking him to find

5         it and that's exactly what he's doing.  I just

6         don't think that we need to save your

7         questioning time.  If you're want to have him

8         going through each article that he's cited,

9         it's at your time.

10             MR. ZIELKE:  I disagree.  We're going to

11        go off the record.

12             MR. MICELI:  Well, I'm telling -- who

13        controls the court reporter from clicking her

14        fingers.

15             MR. ZIELKE:  I am.  We're going off the

16        record while the doctor does his examinations.

17        If you want to have this fight after the dep

18        over whether or not the questioning time gets

19        affected, feel free to have it.

20             MR. MICELI:  How long have we been talking

21        right now, Kevin?  Just so -- I mean, I don't

22        want to cheat you out of minutes, but --

23             MR. ZIELKE:  We're going off the record,

24        please.

25             MR. MICELI:  Well, on the written record

```
 1              MARK DERSHWITZ, M.D., Ph.D.
 2      then -- if the doctor's been searching for
 3      five minutes now?  Okay.  So by my watch, 2:30
 4      -- or 2:25; we're now at 2:30.
 5          MR. ZIELKE:  It's been nowhere close to
 6      five minutes.
 7          MR. MICELI:  Okay.  Well, how much time?
 8          MR. ZIELKE:  David, this is why I want to
 9      go off the record.
10          MR. MICELI:  That's fine, but I'm going to
11      use your estimate.  What, two minutes?
12          MR. ZIELKE:  Two minutes.
13          MR. MICELI:  Okay.  Two minutes.
14          MR. ZIELKE:  Off the record, please.
15          MR. MICELI:  2:28 then.
16          THE VIDEOGRAPHER:  Going off the record.
17      The time is 2:31.
18          (Proceedings interrupted at 2:31 p.m.
19      and reconvened at 2:34 p.m.)
20          THE VIDEOGRAPHER:  Back on the record.
21      The time is 2:34.
22      Q.  You found that data point for me, Doctor?
23      A.  Okay.  It's on page 966 in Figure 1.  They
24    are using blood flow to the outer cortex as a
25    marker for blood flow in the medulla.
```

1                MARK DERSHWITZ, M.D., Ph.D.

2        Q.  And is that an appropriate substitute

3    measurement, in your view?

4        A.  I don't know.  They seem to think so.

5        Q.  The way in which perfusion was determined

6    in this study was by injecting the rats with

7    albumin; is that right?

8        A.  Perfusion of what?

9        Q.  Perfusion of the inner and outer renal

10   cortex.

11       A.  Well, actually, what they did was they

12   used a radio-labeled protein and just counted

13   radioactivity.

14       Q.  Okay.  I'm looking at page 963, the third

15   paragraph down.  The first sentence says,

16   glomerular perfusion of outer and inner renal

17   cortex was estimated from intracortical

18   distribution of I-macroalbumin aggregates or IMAA,

19   right?

20       A.  Correct.  That is a radio-labeled protein.

21   It's actually the radioactivity that they're

22   measuring, not the protein itself.

23       Q.  Okay.  So they're not measuring albumin;

24   they're measuring the radio-label that's attached

25   to the albumin that's being injected.

1              MARK DERSHWITZ, M.D., Ph.D.

2     for an organ tells you nothing about regional

3     perfusion.

4        Q.  But your proposed mechanism relates to

5     impairment of autoregulation.

6        A.  It is one plausible description of what

7     aprotinin may do.

8        Q.  And that is the one that's described in

9     your report, correct?

10       A.  Yes.  One of the mechanisms described in

11    my report.

12       Q.  And we're going to talk about procyclin

13    and thromboxane later but that's the other one,

14    right?

15       A.  Yes.

16            (Exhibit 11, Aprotinin impairs

17        endothelium-dependent relaxation in rat aorta

18        and inhibits nitric oxide release from rat

19        coronary endothelial cells, by Ulker, et al.,

20        marked for identification.)

21            (Exhibit 12, Aprotinin impairs coronary

22        endothelial function and down-regulates

23        endothelial NOS in rat coronary microvascular

24        endothelial cells by Ulker, et al., marked for

25        identification.)

Page 202

1          MARK DERSHWITZ, M.D., Ph.D.

2          A.  I didn't see it, but I would also want to

3     know, if that paper is out there, are they talking

4     about total blood flow or regional blood flow.

5          Q.  Are you -- did you come across as part of

6     your research efforts any studies that show an

7     effect on regional blood flow?

8          A.  No.

9          Q.  So all that you have offered in support in

10    terms of these studies that you referenced are

11    studies that show effects on what you believe to be

12    mediators of blood flow.

13         A.  Yes.  But let me back up; I think I didn't

14    answer your question properly, because I was

15    thinking of nitric oxide synthase.

16              In fact, the previous paper by Gotoh did

17    measure differences in regional blood flow, but I

18    have not seen anything that relates nitric oxide

19    levels or the expression of nitric oxide synthase

20    specifically to changes in renal blood flow,

21    although it is believed that nitric oxide is indeed

22    one of the internal mediators of autoregulation in

23    the kidney.

24         Q.  So it's your assumption, based on changes

25    to nitric oxide as a mediator, that it would have

```
 1                MARK DERSHWITZ, M.D., Ph.D.
 2   some effect in regional blood flow in the kidney.
 3        A.  Does "it" mean aprotinin?
 4        Q.  That aprotinin would have.
 5        A.  That I would say it may have an effect.
 6        Q.  Your report -- the other mechanism that
 7   we've talked about in bits and pieces over the
 8   course of the deposition today has been this
 9   prostacyclin-thromboxane mechanism, and your report
10   says that another mechanism of perioperative renal
11   damage during cardiac surgery is the formation of
12   microscopic blood clots that then lodge in the
13   small blood vessels in the kidneys and deprive the
14   kidneys of adequate blood flow, correct?
15        A.  It is another plausible mechanism.
16        Q.  And is the entire basis for this opinion
17   reflected in your expert report?
18        A.  No.  Because I guess one would consider
19   this just common knowledge, but the process of
20   placing a person in cardiopulmonary bypass is known
21   to be associated with the generation of
22   microthrombi.  They've been linked to
23   post-operative strokes.  It's been linked to
24   post-operative renal failure.
25             Fortunately, the incidences are not high
```

```
 1                    MARK DERSHWITZ, M.D., Ph.D.

 2        al., marked for identification.)

 3        Q.  Let me hand you -- just to make sure I've

 4   got the right one -- Exhibit 13, is that the Havel

 5   study that you're referencing?

 6        A.  Yes, it is.

 7        Q.  This was -- Havel was a laboratory

 8   experiment with aprotinin being added to a culture

 9   containing human endothelial cells.

10        A.  Yes.

11        Q.  Havel did not report on increased platelet

12   aggregation, he just reported on changes in

13   prostacyclin and thromboxane, right?

14        A.  Yes.

15        Q.  And he was basically just looking at the

16   levels of prostacyclin and thromboxane depending on

17   different levels of aprotinin being added to the

18   concentration, correct?

19        A.  Yes.

20        Q.  To your knowledge, have the claimed

21   effects on prostacyclin and thromboxane that Havel

22   reports been replicated in humans?

23        A.  Do you mean in intact humans like -- I'm

24   not sure what you mean by the question.

25        Q.  Yes, in intact humans, in an in vivo
```

1                  MARK DERSHWITZ, M.D., Ph.D.

2    study.

3        A.  No.  I have not run across somebody

4    measuring on these levels.  I also believe that it

5    would be difficult to replicate this in vivo

6    because the kinetics of these mediators are so

7    short-lived that measuring their concentration in

8    the blood -- it would be difficult to assume that

9    that actually reflected the concentration at the

10   site of the endothelia cell where the prostacyclin

11   is working or the platelet where the thromboxane is

12   working.

13       Q.  And this question is not, can you do it,

14   but have you evaluated how the concentration levels

15   that were used in this study equate to or compare

16   to the clinical dose used in humans?

17       A.  I have not asked that question.

18       Q.  Is it your -- are you aware of the effect

19   of low-dose aspirin on prostacyclin levels?

20       A.  I guess it depends on your definition of

21   low-dose.  Aspirin is a dual-edged sword, and so

22   when aspirin is taken at a dose of 81 milligrams a

23   day, which is the so-called baby aspirin, almost

24   none of the aspirin leaves the liver and so during

25   its course through the liver, it does a very good

```
 1                MARK DERSHWITZ, M.D., Ph.D.
 2   earlier trials suggested that those trials picked
 3   up a signal that earlier authors missed for
 4   whatever reason.
 5      Q.  So you've not reviewed the publications
 6   from the -- all of the publications from the
 7   individual clinical trials; is that right?
 8      A.  I have not reviewed them to the level of
 9   detail that I felt I needed to put it into my
10   report, again, because, to use a legal analogy, a
11   person in a criminal trial is never innocent, they
12   are not guilty.  And similarly in medicine, a drug
13   could never be proved safe.  The best we can do is
14   attempt to show that it's not toxic.
15           And just because a string of studies are
16   presented that suggest either no or acceptably low
17   toxicity come along, when later studies suggest
18   that there is toxicity, those studies are typically
19   given greater weight.
20      Q.  So in your view, studies that come along
21   later in time are entitled to a greater level of
22   credence than studies that were earlier in time.
23      A.  That is one of the criteria.  It's not the
24   only criteria.  Of course, you wouldn't want to
25   include studies that are obviously junk or studies
```

```
 1                 MARK DERSHWITZ, M.D., Ph.D.
 2   that are obviously, you know, problematic.  But if
 3   a later study shows something and it's well done
 4   and it differs from an earlier study, in general
 5   the later study is given greater weight.
 6       Q.  So if you have early clinical trial
 7   evidence and you have a later study that in your
 8   view was well done and it comes to an inconsistent
 9   finding, you would tend to rely on the findings in
10   the later study.
11       A.  In general that's true.
12       Q.  And one of those studies that you rely on
13   in terms of your opinions regarding epidemiologic
14   data supporting a link between aprotinin treatment
15   and mortality is a study by Mangano from 2007.
16           (Exhibit 14, Mortality Associated with
17           Aprotinin During 5 Years Following Coronary
18           Artery Bypass Graft Surgery by Mangano, et
19           al., marked for identification.)
20       Q.  Is this the Mangano study that you
21   reference in your section on perioperative
22   mortality?
23       A.  Yes.
24       Q.  Is it your position that the Cochrane
25   collaboration meta-analysis is underpowered?
```

Page 274

1              MARK DERSHWITZ, M.D., Ph.D.

2    mortality; is that accurate?

3         A.  Yes.  And I also mention in the report

4    that I am well aware that there are many, many

5    studies, especially earlier ones, that showed no

6    difference in mortality.

7         Q.  Your report includes a section on

8    perioperative renal injury.  You're convinced to a

9    reasonable degree of scientific certainty that

10   aprotinin increases the risk of what you've defined

11   as renal dysfunction.

12        A.  As some authors or -- as defined by the

13   author.  Some authors looked at renal dysfunction,

14   some authors looked at renal failure.  I think

15   everybody agrees that renal failure is

16   dialysis-dependence, and different authors use

17   different definitions of renal dysfunction and I

18   used whatever definition the individual author

19   used.

20        Q.  And your opinion is that aprotinin to a

21   reasonable degree of scientific certainty -- your

22   opinion is that there's been an epidemiologic data

23   supporting a link between aprotinin and both renal

24   dysfunction and renal failure.

25        A.  Yes.

1              MARK DERSHWITZ, M.D., Ph.D.

2    confused by that last sentence.

3         Q.  The Coleman authors do not report a

4    statistically significant association with

5    mortality, do they?

6         A.  Let's see.

7         Q.  We're at table 2 on page 1551, Doctor.

8         A.  Okay.  Neither death nor hospital

9    readmission is significantly different in the

10   groups.

11        Q.  Yet you did not discuss Coleman's findings

12   in your section on aprotinin's purported link with

13   mortality, right?

14        A.  No.  Because I acknowledge that there are

15   many studies that did not pick up a signal.

16        Q.  Is there a reason that Coleman's study is

17   worth referencing for renal dysfunction but not

18   worth referencing for mortality?

19        A.  Yes.  Because as I said, I specifically

20   stated that there were many studies that showed no

21   difference in mortality in the groups, but that's

22   not news.

23        Q.  This was not one of the old clinical

24   trials that you were referring to, though, right?

25        A.  No.  This is a relatively new paper; I

Page 295

1            MARK DERSHWITZ, M.D., Ph.D.

2    think it's from 2007.

3        Q.  Right, 2007.

4        A.  So it's contemporaneous with some of these

5    others.

6        Q.  And so you can't discount it on the fact

7    that this is old information, right?

8        A.  I'm not discounting it.  I'm just saying

9    they didn't find a signal, but that's not news.

10   It's news when somebody finds a signal.

11       Q.  Oh so, the important things to reference

12   in your report in your mind were the ones that

13   found statistically significant results, either

14   protective or increasing risk.

15           MR. MICELI:  Object to the form.

16       A.  While simultaneously acknowledging there

17   are many, many studies that did not find that same

18   signal.

19       Q.  And so -- and if there were studies that

20   fell in that middle ground where they reported on

21   mortality, but did not report any statistically

22   significant association either as a protective

23   effect or increasing risk, those you do not

24   identify in your report.

25       A.  Again, that was a deliberate decision so

Page 296

1              MARK DERSHWITZ, M.D., Ph.D.

2    as not to repeat over and over again results that

3    were commonly accepted up until a couple of years

4    ago.

5         Q.  So because you would have had to repeat

6    over and over and over again that this study found

7    no association and that study found no association

8    and the other study found no association, correct?

9         A.  Yes.

10             MR. MICELI:  Objection to the form.

11        Q.  The Wagener study, Exhibit 20 --

12             (Exhibit 20, Aprotinin in Primary Valve

13             Replacement and Reconstruction: A Multicenter,

14             Double-blind, Placebo-Controlled Trial by

15             D'Ambra, et al., marked for identification.)

16             MR. MICELI:  Is this out of order again?

17             THE WITNESS:  You handed me the D'Ambra

18             study.

19             BY MR. ZIELKE:  I'm sorry, apologize.  Why

20             don't you set that down in front of you.  Got

21             too many pieces of paper.  And I apologize,

22             David, I do not have an additional copy of

23             Wagener.

24             MR. MICELI:  Let's go off the record for

25             one second if we can.

1                    MARK DERSHWITZ, M.D., Ph.D.

2    referenced in your report but the Pagano article

3    you left out, right?

4         A.  Yes.

5              MR. ZIELKE:  Let me take five minutes just

6         to check my notes.

7              MR. MICELI:  Sure.

8              MR. ZIELKE:  Thank you.

9              THE VIDEOGRAPHER:  Going off the record.

10        The time is 5:57.

11             (Proceedings interrupted at 5:57 p.m.

12        and reconvened at 6:12 p.m.)

13             THE VIDEOGRAPHER:  Back on the record.

14        The time is 6:12.

15   BY MR. ZIELKE:

16        Q.  A few more questions from me,

17   Dr. Dershwitz.  You're not rendering any opinions

18   in this matter as to whether the increased risk of

19   perioperative mortality that you've testified

20   exists -- you're not rendering any opinion as to

21   whether that exists only in patients with certain

22   other perioperative or preoperative

23   characteristics, are you?

24        A.  No.

25        Q.  And you're not rendering any opinions as

 1                    MARK DERSHWITZ, M.D., Ph.D.

 2    to whether the increased risk of renal dysfunction

 3    or renal failure exists only in patients undergoing

 4    certain types of procedures.

 5        A.  Not only, but I believe I've identified

 6    some risk factors that may be operative.

 7        Q.  Which additional risk factors do you

 8    believe exist for renal failure?

 9        A.  The concomitant use of ACE inhibitors and

10    possibly the surgery performed without bypass;

11    those may be a -- confounding risk factors.

12        Q.  You have not expressed an opinion as to

13    whether the risk of perioperative mortality exists

14    only at certain time points after surgery; is that

15    correct?

16        A.  Correct.

17        Q.  And you're not taking the position as to

18    whether the risk of renal dysfunction that you've

19    identified is temporary or permanent.

20        A.  It appears that in some people dialysis is

21    permanent.

22        Q.  But with respect to dysfunction, you're

23    not expressing an opinion as to whether or not that

24    level of impairment is a temporary or a permanent

25    condition?