**Exhibit B**

## EXPERT REPORT OF MARK DERSHWITZ, M.D., Ph.D.

### Qualifications

1.  I am a medical doctor with a Ph.D. in Pharmacology. A true and accurate copy of my curriculum vitae is attached as Exhibit A. I am licensed to practice medicine in the states of Massachusetts and Maine. I am currently an anesthesiologist at the University of Massachusetts and I am certified by the American Board of Anesthesiology. I am currently Professor of Anesthesiology and Biochemistry & Molecular Pharmacology at the University of Massachusetts. Prior to my current appointment at the University of Massachusetts, I was an Instructor, Assistant Professor and Associate Professor at Harvard Medical School.

2.  I received my undergraduate degree in chemistry, with honors, from Oakland University in 1974. I then attended Northwestern University where I received both my M.D. and Ph.D. degrees in 1982.

3.  I completed a residency in anesthesiology at Massachusetts General Hospital in 1986. I subsequently did a two-year research fellowship, also at Massachusetts General Hospital.

4.  From 1988 – 2000, I was a staff anesthesiologist at Massachusetts General Hospital and had a concurrent appointment at Harvard Medical School.

5.  Since 2000, I have been a staff anesthesiologist and the vice-chair of the department at the University of Massachusetts. I devote most of my clinical time

2

to providing anesthesia for vascular surgery.  I have much experience in caring for persons who have recently undergone open-heart surgery and who subsequently require vascular or abdominal surgery.

6.    I am also extensively involved in the medical pharmacology course taught to second-year medical students at the University of Massachusetts.  I am the course co-director and I also give approximately one-fourth of the lectures.

7.    I have testified as an expert witness concerning the pharmacology and toxicology of anesthetic drugs and other medications.  I have testified in court as an expert witness on twenty occasions.  I have given forty-three depositions as an expert witness.

### Pharmacology of Aprotinin

8.    Aprotinin is an enzyme inhibitor.  Its primary pharmacological effects are due to its inhibition of two enzymes:  plasmin and kallikrein.  It also inhibits several digestive enzymes, but those actions are not relevant to its effects on the cardiovascular, renal, and hematological systems.

9.    Plasmin is the primary thrombolytic enzyme in humans.  A thrombolytic enzyme is an enzyme that degrades and removes blood clots.  Plasmin achieves this effect by breaking down the protein, fibrin, that is the major component of blood clots.

10.   Exhibit B depicts the two pathways of blood coagulation in the human body.  The two pathways are distinct and are stimulated by different types of injuries.

3

Both pathways, when activated, result in the formation of a fibrin clot that serves as a rapidly acting, but temporary, repair to the injury. The permanent repair is achieved by the synthesis of new tissue to replace that which was damaged, however the fibrin clot must be broken down and removed as a part of this permanent repair.

11.    The primary pathway of blood coagulation is depicted on the right hand side of Exhibit B. It is stimulated by "tissue factor," a compound that is released from damaged cells. Tissue factor activates Factor VII to Factor VIIa. Factor VII circulates in the blood and is called Factor VIIa once it has been activated by tissue factor. The coagulation factors named with Roman numerals and depicted in Exhibit B are enzymes. These enzymes participate in the primary coagulation cascade, i.e., a small number of enzyme molecules produced at the beginning of the cascade generate many more enzyme molecules in the next step, that generate even more molecules in the subsequent step, and so on. In the primary pathway, Factor VIIa activates Factor X to Factor Xa, and Factor Xa converts thrombinogen to thrombin. Thrombin is an enzyme that converts fibrinogen to fibrin, the protein that is the major component of a blood clot.

12.    The accessory pathway of blood coagulation is depicted on the left hand side of Exhibit B. It is stimulated by damage to the inside of blood vessels. When Factor XII comes in contact with a defect in the inner surface of a blood vessel it becomes activated to Factor XIIa. The accessory coagulation cascade is

4

stimulated by Factor XIIa, and via the subsequent activation of Factors XI and IX, Factor X is activated to Xa. Therefore, the primary and accessory coagulation pathways converge on the activation of Factor X that ultimately leads to the formation of fibrin clot.

13. Exhibit C depicts the fibrinolytic pathway. In this pathway, plasminogen is a circulating protein that is activated to plasmin in the presence of a clot. Plasmin then breaks down the fibrin clot in order to permit the permanent repair of the injured tissue to proceed.

14. The fibrinolytic pathway is affected by several therapeutic agents. The conversion of plasminogen to plasmin may be stimulated by tPA (tissue plasminogen activator), a drug commonly used to treat acute myocardial infarction (heart attack). In contrast, the conversion of plasminogen to plasmin may be inhibited by ε-aminocaproic acid (EACA, or Amicar®), or by tranexamic acid (Cyklokapron®).

15. Aprotinin inhibits plasmin. If the conversion of plasminogen to plasmin is abnormally accelerated then an increase in bleeding may occur. Such an abnormal acceleration in the conversion of plasminogen to plasmin may occur when blood is exposed to the cardiopulmonary bypass ("heartlung") machine that is used during open-heart surgery. Aprotinin was therefore marketed as a medication to decrease bleeding during cardiac surgery.

16. Numerous studies demonstrated that blood loss during cardiac surgery was less

5

in patients treated with aprotinin compared to those patients treated with placebo. In some of these studies, the patients needed fewer blood transfusions.

17.     Aprotinin also inhibits kallikrein. Kallikrein is an enzyme that is activated in the presence of tissue injury. It catalyzes the release of bradykinin from its precursor molecule, kininogen. Bradykinin in an important mediator of the inflammatory response and it causes vasodilation, edema, and pain. As will be discussed later, its vasodilatory actions are also important in the regulation of tissue blood flow.

## Aprotinin Use in Cardiac Surgery

18.     The American Red Cross has issued guidelines for the transfusion of red blood cells. Persons without cardiovascular disease should generally be transfused to a hemoglobin concentration of about 7 g/dL (or a hematocrit of about 21%). Persons with cardiac ischemia should generally be transfused to a hematocrit of about 10 g/dL (or a hematocrit of about 30%) (1).

19.     A higher hematocrit value for a patient at the end of a coronary artery bypass grafting (CABG) procedure is not necessarily beneficial. Spiess, et al., found that a hematocrit value greater than 34% was associated with an increased risk of myocardial infarction, ventricular dysfunction, and death (2). Although adequate oxygen delivery to the heart is of course important, since a higher hemtocrit is associated with a higher viscosity of blood, higher hematocrit values may decrease capillary blood flow.

20.     Blood transfusions are very safe.  Since 1999, when donated blood in developed countries has been tested for Hepatitic C and HIV using the polymerase chain reaction, the risk of acquiring these diseases from a blood transfusion has dropped below one in one million (3).

21.     Aprotinin was marketed as a medication to reduce blood loss during cardiac surgery.  Many prospective studies showed that not only was blood loss lower in patients treated with aprotinin as compared to placebo, but as compared to patients treated with EACA or tranexamic acid, as well.  Some (but not all) of these studies showed that the use of aprotinin resulted in a decrease in the number of units of blood transfused, since not every patient who loses blood requires a blood transfusion.  Henry, et al., published the definitive review of the data and concluded that antifibrinolytic therapy decreased the need for blood transfusion and decreased the likelihood of reoperation for bleeding.    In addition, they concluded that aprotinin was preferred in high-risk cardiac surgery where an increased risk of massive blood loss was present (4).

**Perioperative Mortality in Patients Treated with Aprotinin**

22.     The initial clinical trials evaluating aprotinin use in cardiac surgery failed to find any effects of the medication on short- or long-term mortality.  Metaanalysis of these trials shows that they were hampered by either a small sample size or too short a period of observation.  In 2007 the first report linking aprotinin with an

overall increase in mortality was published (5).

23.    Mangano, et al., conducted a ten-year observational study of 4,374 patients undergoing CABG at 69 medical centers. Survival was determined at six weeks, six months, and then annually for five years following surgery. The use of aprotinin was associated with an approximately 1.5-fold increase in death as compared with EACA or tranexamic acid over a five-year period (5). The authors concluded that the use of aprotinin in persons undergoing CABG surgery "does not appear prudent because safer and less expensive alternatives...are available."

24.    Schneeweiss, et al., performed a retrospective study in 78,199 patients who underwent CABG, 43% of whom received aprotinin, and 57% of whom received EACA. After adjustment for risk, the patients given aprotinin had a 1.6-fold increase in mortality during the hospital admission. Within the first week of surgery, the risk of death increased to 1.8-fold (6).

25.    Shaw, et al., performed a retrospective study on 10,275 consecutive patients undergoing CABG from 1996-2005 at one medical center. The mortality risk was 1.3-fold increased in comparison to either treatment with EACA or no treatment with an antifibrinolytic agent (7).

26.    Fergusson, et al., published the results of the Blood Conservation Using Antifibrinolytics in a Randomized Trial (BART) study. In this trial, 2,331 high-risk cardiac surgery patients were randomized to receive aprotinin, EACA, or

tranexamic acid.  The trial was terminated early because of an increased incidence of death in the patients given aprotinin.  The patients in the aprotinin group had a 1.5-fold increased risk of death compared to the patients given EACA or tranexamic acid (8).

27.  Olenchock, et al., prospectively studied 3,337 patients who underwent CABG surgery between 1994 and 2006 at a single medical center.  Patients given aprotinin were older, more likely to be female, had poorer preoperative renal function, and more additional risk factors for perioperative morbidity. Following adjustment for risk, the patients given aprotinin still had a 1.6-fold increased risk of death (9).

28.  Martin, et al., prospectively evaluated 1,188 consecutive patients who underwent cardiac surgery at a single medical center.  In the subgroup of patients who were considered high-risk, the one-year mortality was 1.8-fold higher in the patients in the aprotinin group (10).

**Perioperative Renal Injury or Failure in Patients Treated with Aprotinin**

29.  The initial clinical trials published in peer-reviewed journals evaluating aprotinin use in cardiac surgery failed to find any short-or long-term adverse effects of the medication.  In 1996, the first peer-reviewed report linking aprotinin with renal dysfunction was published (11).  D'Ambra, et al., prospectively studied 212 patients having valve replacement surgery and given aprotinin (high- or low-

dose) or placebo.  The incidence of postoperative renal dysfunction was 11% and 7% in the high-dose and low-dose aprotinin groups, respectively, and 0% in the placebo group (11).  This finding was not soon followed by investigations to elucidate the mechanism or the cause and effect relationship between aprotinin administration and renal dysfunction.

30.   In 2005, Kincaid, et al., reported the results of a retrospective study of 1,209 patients undergoing cardiac surgery at a single center.  Intraoperative aprotinin use was associated with postoperative renal failure in patients treated preoperatively with angiotensin converting enzyme (ACE) inhibitors (12).

31.   Mangano, et al., prospectively studied 4,374 patients who underwent CABG surgery.  Even when adjusting for risk, patients given aprotinin were about 2.6 times more likely to require postoperative dialysis than patients given EACA, tranexamic acid, or no antifibrinolytic therapy (13).

32.   Coleman, et al., retrospectively evaluated 3,348 patients who underwent cardiac surgery.   Patients given aprotinin were twice as likely to experience postoperative renal dysfunction (14).

33.   Shaw, et al., in the study described above in paragraph 25, found that the use of aprotinin was associated with a risk-adjusted increased incidence of postoperative renal dysfunction (7).

34.   Olenchock, et al., in the study described above in paragraph 27, found that when adjustments were made for coexisting risk factors, the patients given aprotinin

10

were more likely to develop postoperative renal dysfunction (9).

35.    Martin, et al., in the study described above in paragraph 28, found that the use of aprotinin was associated with an increased risk of postoperative renal dysfunction (10).

36.    Grant, et al., prospectively studied 130 patients undergoing off-pump (i.e. surgery without cardiopulmonary bypass) CABG surgery. The patients randomized to receive aprotinin had a higher incidence of postoperative renal dysfunction. In addition, the aprotinin concentration in the blood was measured in each patient, and higher aprotinin concentrations were associated with a greater chance of developing postoperative renal dysfunction (15).

37.    Moutin, et al., retrospectively studied 9,875 patients who underwent cardiac surgery. In 5,434 who underwent surgery with cardiopulmonary bypass and who were not taking ACE inhibitors preoperatively, there was a 1.8-fold increase in postoperative renal dysfunction in the patients given aprotinin. In contrast, in 848 patients who underwent off-pump surgery and who were taking ACE inhibitors preoperatively, there was a 2.9-fold increase in postoperative renal dysfunction. These authors concluded that preoperative use of ACE inhibitors and the performance of off-pump surgery were risk factors in causing aprotinin-treated patients to develop postoperative renal dysfunction (16).

38.    Wagener, at al., developed a new test to assess perioperative kidney damage. In this test, they measured the amount of a protein, neutrophil gelatinase-associated

11

lipocalcin (NGAL), in the urine.  Using this sensitive indicator of renal injury, 369 patients undergoing cardiac surgery were prospectively studied.  Those patients given aprotinin were 2.1-fold more likely to experience renal damage, even when the risk was adjusted for other factors (age, preoperative renal function, cardiopulmonary bypass time, and aortic cross-clamp time) (17).

39.  There are also studies, although fewer in number, that have found no relationship between aprotinin use and renal damage.  The most recent metaanalysis of the association between aprotinin use and renal damage concluded, "Despite some studies that reported no association between aprotinin and renal outcomes during cardiac surgery, the totality of epidemiologic evidence indicates an increased risk that cannot be fully explained by need for transfused red blood cells" (18).

## Potential Mechanisms of Aprotinin-Mediated Renal Damage

40.  Autoregulation is the physiological process by which blood flow is kept nearly constant within a wide range of blood pressure values.  Autoregulation may be understood by considering the equation for flow through a cylinder:

$$Flow = \frac{\pi pr^4}{8vl}$$

where p is the pressure driving the flow, r is the radius of the cylinder, v is the viscosity of the fluid, and l is the length of the cylinder.  Even though a kidney is

12

geometrically much more complex than a cylinder, it is apparent that in the presence of a varying driving pressure, flow can be kept constant by varying the radius. Thus, to keep blood flow through the kidney constant, the radius of the blood vessels in the kidney can vary by vasoconstricting or vasodilating. The relative amount of vasoconstriction or vasodilation at a given moment is governed by the concentration of circulating vasodilatory mediators such as the prostaglandins, kinins, and nitric oxide. Based upon the known mechanisms that control the autoregulation of blood flow through the kidney, aprotinin can affect autoregulation. When autoregulation is impaired, the kidney will not receive an adequate blood supply in the presence of a low blood pressure, and such an inadequacy in blood supply might lead to temporary or permanent damage.

41.     It has been known for over three decades that aprotinin can affect the concentration of prostaglandins in the kidney. In 1976, Colina-Chourio, et al., showed that kininogen increased the release of prostaglandin in rabbit kidney, and aprotinin reduced the amount of prostaglandin released in response to kininogen (19).

42.     In 1982, Overlack, et al., studied hypertensive humans and found that they had lower concentrations of kallikrein in their urine, and the concentration of kallikrein became normal when their hypertension was treated with a diuretic (20). This finding is important in light of the fact that hypertensive persons (who are prone to developing renal failure) have altered autoregulation of renal blood

13

flow and are less able to tolerate low blood pressure values without developing kidney damage.

43. Of the various anatomical portions of the kidney, the structures that are most commonly damaged leading to renal failure are the renal tubules located within the renal medulla. In 1983, Kramer, et al., showed in rats that although aprotinin had no effect on overall renal blood flow, aprotinin decreased blood flow in the medulla by decreasing the concentration of prostaglandin in the kidney (21).

44. Captopril is an inhibitor of ACE and is commonly used to treat hypertension. In 1983, Gotoh, et al., showed that captopril administration in the pig resulted in an increase in the release of prostaglandins and bradykinin. When aprotinin was administered with captopril, there was a decrease in the release of prostaglandins and bradykinin (22).

45. Furosemide is a commonly used diuretic. In 1984, Ayano, et al., showed that furosemide administration in the rat resulted in an increase in the excretion of prostaglandin in the urine. Pretreatment of the animal with aprotinin prevented furosemide-induced diuresis and the increase in the urinary excretion of prostaglandin (23).

46. Nitric oxide (called endothelium derived relaxing factor in older literature) has both vasodilating activity and an inhibitory effect on platelet aggregation. Various medications are known to act via increasing the release of nitric oxide. In 2001, Ulker, et al., studied the effects of aprotinin on nitric oxide release and

14

nitric oxide-induced vasodilation produced by medications in rat aorta. Aprotinin decreased the nitric oxide concentration and the degree of vasodilation in these experiments (24).

47.   Nitric oxide is synthesized in endothelial cells by an enzyme named endothelial nitric oxide synthase (eNOS).   In 2002, Ulker, et al., studied the effects of aprotinin on bradykinin-induced vasodilation in rat coronary arteries.   They found that aprotinin inhibited bradykinin-induced vasodilation.   Furthermore, they found that aprotinin caused a decreased expression of eNOS (25).

48.   Another mechanism of perioperative renal damage during cardiac surgery is the formation of microscopic blood clots that then lodge in the small blood vessels in the kidneys and deprive the kidneys of adequate blood flow.   Such blood clots are thought to be one of the causes of the increased risk of stroke during cardiac surgery.   In 1992, Havel, et al., studied the effects of aprotinin on the mediators of platelet aggregation in cultured human vein cells.   Prostacyclin and thromboxane are prostaglandin-like compounds that have opposing effects on platelet aggregation.   Prostacyclin inhibits platelet aggregation, while thromboxane stimulates platelet aggregation.   Havel, et al., found that the addition of aprotinin to the culture medium resulted in a 90% reduction in prostacyclin production and a concurrent 3.5-fold increase in thromboxane production (26).   Therefore, aprotinin increases platelet aggregation by two different mechanisms.   These effects contribute to the ability of aprotinin to decrease blood loss during

15

surgery, however they may increase the formation of small clots composed of platelet aggregates that decrease microvascular blood flow in organs such as the kidney.

49.  In summary, recent epidemiologic data describe a significant link between the perioperative administration of aprotinin and an increased risk of both death and the development of renal dysfunction.  In addition, although no definitive human *in vivo* study has demonstrated a cause and effect relationship between aprotinin administration and kidney damage, *in vitro* studies utilizing both human and animal tissues suggest several mechanisms by which aprotinin might contribute to kidney damage.

50.  I am being compensated at the rate of $400 per hour.  I have devoted approximately twenty-three hours to the preparation of this expert report.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on May 3, 2009.


By _____
Mark Dershwitz, M.D., Ph.D.

16

# EXHIBIT A
## CURRICULUM VITAE
(prepared 3 November 2008)

NAME:               Mark Dershwitz

ADDRESS:            33 Wildwood Drive
                    Sherborn, MA  01770
                    Telephone (508) 651-1120

PLACE OF BIRTH:     Dearborn, MI

EDUCATION:

1974                B.A.  cum laude
                    Chemistry, with Departmental Honors
                    Oakland University, Rochester, MI  48063

1982                Ph.D.  (Pharmacology)
                    Northwestern University, Evanston, IL  60201

1982                M.D.  Northwestern University, Chicago, IL  60611

POSTDOCTORAL TRAINING:

INTERNSHIPS AND RESIDENCIES:

1983                Transitional Resident
                    Carney Hospital, Boston, MA  02124

1984-1986           Resident in Anesthesia
                    Massachusetts General Hospital, Boston, MA  02114

RESEARCH FELLOWSHIPS:

1986-1988           Department of Anesthesia
                    Massachusetts General Hospital, Boston, MA  02114

LICENSURE AND CERTIFICATION:

1984                Massachusetts
1987                American Board of Anesthesiology
1990                Maine
2005                American Board of Anesthesiology, Maintenance of Certification
                       in Anesthesiology

17

## ACADEMIC APPOINTMENTS:

| | |
|---|---|
| 1977-1979 | Lecturer in Pharmacology, Illinois College of Podiatric Medicine |
| 1979-1982 | Lecturer in Pharmacology, Illinois College of Optometry |
| 1984-1987 | Clinical Fellow in Anæsthesia, Harvard Medical School |
| 1987-1990 | Instructor in Anæsthesia, Harvard Medical School |
| 1990-1997 | Assistant Professor of Anæsthesia, Harvard Medical School |
| 1997-2000 | Associate Professor of Anæsthesia, Harvard Medical School |
| 2000- | Professor and Academic Vice Chair of Anesthesiology |
| | Professor of Biochemistry & Molecular Pharmacology |
| | University of Massachusetts Medical School |

## HOSPITAL APPOINTMENTS:

| | |
|---|---|
| 1986-1990 | Assistant in Anesthesia, Massachusetts General Hospital |
| 1990-1996 | Assistant Anesthetist, Massachusetts General Hospital |
| 1996-2000 | Associate Anesthetist, Massachusetts General Hospital |
| 2000-2002 | Clinical Associate in Anesthesia, Massachusetts General Hospital |
| 2000- | Anesthesiologist, UMass Memorial Medical Center |

## AWARDS AND HONORS:

| | |
|---|---|
| 1972 | Michigan Higher Education Association Scholarship |
| 1972-1974 | Oakland University Competitive Scholarship |
| 1973-1974 | National Merit Scholarship |
| 1979 | American Society for Pharmacology and Experimental Therapeutics Travel Award |
| 1981 | Biophysical Society Samuel A. Talbot Award |
| 1982 | Alpha Omega Alpha Research Award |
| 1986-1988 | NIH National Research Service Award |
| 2001 | Distinguished Alumnus Award |
| | Oakland University Department of Chemistry |
| 2002 | Outstanding Teacher Award |
| | University of Massachusetts Department of Anesthesiology |
| 2003 | Outstanding Medical Educator Award |
| | University of Massachusetts Medical School |
| 2003 | Outstanding Teacher Award |
| | University of Massachusetts Department of Anesthesiology |
| 2004- | Listed in **Who's Who in America** |
| 2005 | Teaching Recognition Award, Honorable Mention |
| | International Anesthesia Research Society |

18

MEMBERSHIPS IN PROFESSIONAL SOCIETIES:

Association of University Anesthesiologists
American Society of Anesthesiologists
American Society for Pharmacology and Experimental Therapeutics
American Society for Clinical Pharmacology and Therapeutics
International Anesthesia Research Society
Biophysical Society
International Society for Anesthetic Pharmacology
Massachusetts Medical Society
Anesthesia History Association

RESEARCH INTERESTS:

Intravenous anesthetics
Antiemetics
Monitoring depth of anesthesia
Malignant hyperthermia

RESEARCH FUNDING:

| | |
|---|---|
| 1986-1988 | National Institutes of Health GM11656 (PI)<br>The role of glutathione in malignant hyperthermia |
| 1988-1989 | Anaquest, Inc. (PI)<br>Comparison of the sedative effects of midazolam and butorphanol |
| 1989-1990 | Glaxo, Inc. (Co-I)<br>A randomized, double-blind comparison of intravenous ondansetron and placebo in the prevention of postoperative nausea and vomiting in female patients undergoing abdominal gynecological surgical procedures |
| 1990-1991 | Glaxo, Inc. (Co-I)<br>A randomized, double-blind, placebo-controlled study of the effects of two dose levels of intravenous ondansetron on respiratory depression induced by alfentanil in healthy male volunteers |
| 1991-1992 | Glaxo, Inc. (Co-I)<br>A dose finding and comparative trial of GI87084B and alfentanil for anesthesia maintenance |

19

| | |
|---|---|
| 1992-1993 | Glaxo, Inc. (Co-I)<br>Pharmacokinetics and pharmacodynamics of GI87084B in subjects with hepatic impairment compared to subjects with normal hepatic function |
| 1993-1994 | Marion Merrell Dow, Inc. (PI)<br>A randomized, double-blind, placebo-controlled, dose response trial to assess single dose intravenous dolasetron mesylate in patients experiencing postoperative nausea and vomiting |
| 1993-1994 | Marion Merrell Dow, Inc. (PI)<br>A randomized, double-blind, placebo-controlled, dose response trial to assess single dose intravenous dolasetron mesylate in preventing postoperative nausea and vomiting |
| 1993-1994 | Glaxo, Inc. (Co-I)<br>Pharmacokinetics and pharmacodynamics of GI87084B in subjects with renal impairment compared to subjects with normal renal function |
| 1995-1996 | Glaxo, Inc. (PI)<br>A randomized, double-blind, dose-response study of ondansetron in the prevention of postoperative nausea and vomiting in inpatients |
| 1996-1997 | Aradigm Corporation (Co-I)<br>Comparison of the pharmacokinetics and pharmacodynamics of inhaled versus intravenous morphine sulfate in healthy volunteers |
| 1999-2000 | Searle, Inc. (PI)<br>Clinical Protocol for a Double-blind, Placebo-Controlled, Randomized Study of the Efficacy of Parecoxib 20 mg IV and Parecoxib 40 mg IV Given Postoperatively to Determine Narcotic-Sparing Effectiveness in a Post-General Surgery Pain Model |

## CLINICAL RESPONSIBILITIES:

| | |
|---|---|
| 1986-1988 | Attending Anesthesiologist (20% clinical responsibility)<br>Massachusetts General Hospital |
| 1988-2000 | Attending Anesthesiologist (50% clinical responsibility)<br>Massachusetts General Hospital |
| 1994-1997 | Team Leader, East-West Anesthesia Service<br>Massachusetts General Hospital |

20

| 1997-2000 | Team Leader, General Surgery Anesthesia Service<br>Massachusetts General Hospital |
| --- | --- |
| 2000- | Attending Anesthesiologist (45% clinical responsibility)<br>UMass Memorial Medical Center |

## TEACHING EXPERIENCE:

| 1976-1980 | Dental Hygiene Pharmacology<br>Northwestern University Dental School<br>5 hours and Course Director |
| --- | --- |
| 1977-1979 | Medical Pharmacology<br>Illinois College of Podiatric Medicine<br>22 hours and Course Director |
| 1978-1981 | Dental Pharmacology<br>Northwestern University Dental School<br>3 hours |
| 1979-1982 | General Pharmacology<br>Illinois College of Optometry<br>20 hours and Course Director |
| 1979-1982 | Ocular Pharmacology<br>Illinois College of Optometry<br>10 hours and Course Director |
| 1980-1981 | Nursing Pharmacology, Northwestern University<br>5 hours |
| 1994- | HST 150 Introduction to Pharmacology<br>Harvard-MIT Program in Health, Science and Technology<br>4 hours |
| 1996- | Harvard Anesthesia Review and Update<br>1-2 hrs |
| 2001- | Medical Pharmacology<br>University of Massachusetts Medical School<br>11-16 hrs and Course Co-Director |

| 2007- | Medical Biochemistry<br>University of Massachusetts Medical School<br>2 hrs |
|---|---|

## VISITING PROFESSORSHIPS:

| April 6-7, 1994: | University of Pennsylvania |
|---|---|
| May 17-18, 1994: | University of North Carolina at Chapel Hill |
| Sept. 20-22, 1994: | State University of New York at Stony Brook |
| April 5-6, 1995: | Albany Medical College |
| May 8-10, 1997: | University of Texas Southwestern Medical Center |
| Dec. 8-9, 1998 | Temple University |
| Dec. 16-17, 1998 | University of Pittsburgh |

## COMMITTEE MEMBERSHIPS:

### LOCAL:

| 2000 - | Pharmacy and Therapeutics Committee<br>UMass Memorial Medical Center |
|---|---|
| 2001 - | Physician Health and Well-Being Committee<br>UMass Memorial Medical Center |
| 2001 - | Educational Policy Committee<br>University of Massachusetts Medical School |
| 2008 - | Ethics Committee<br>University of Massachusetts Medical School |

### NATIONAL:

| 1999 -2002 | Subcommittee on Anesthetic Action and Biochemistry<br>American Society of Anesthesiologists |
|---|---|
| 2001 - | Subcommittee on Drug Disposition<br>American Society of Anesthesiologists |

## EDITORIAL BOARD MEMBERSHIPS:

| 2000 - | International Anesthesiology Clinics |
|---|---|
| 2008 - | AccessAnesthesiology (Editor-in-Chief) |

22

BIBLIOGRAPHY:

ORIGINAL REPORTS:

1. Novak RF, Dershwitz M, Novak FC.  The interaction of benzene with human hemoglobin as studied by $^1$H Fourier transform NMR spectroscopy.  **Biochem. Biophys. Res. Commun.** 1978; 82:634-40.

2. Novak RF, Dershwitz M, Novak FC.  Characterization of the interaction of the aromatic hydrocarbons benzene and toluene with human hemoglobin.  **Mol. Pharmacol.** 1979; 16:1046-58.

3. Dershwitz M, Novak RF.  Lack of inhibition of glutathione reductase by unnitrated derivatives of nitrofurantoin. **Biochem. Biophys. Res. Commun.** 1980; 92:1313-19.

4. Dershwitz M, Novak RF.  Lack of inhibition of glutathione reductase by anthracycline antibiotics. **Biochem. Pharmacol.** 1981; 30:676-8.

5. Dershwitz M, Novak RF.  Generation of superoxide anion via the interaction of nitrofurantoin with human hemoglobin. **J. Biol. Chem.** 1982; 257:75-9.

6. Dershwitz M, Novak RF.  Studies on the mechanism of nitrofurantoin-mediated red cell toxicity. **J. Pharm. Exp. Ther.** 1982; 222:430-4.

7. Dershwitz M, Ts'ao CH, Novak RF.  Metabolic and morphologic effects of the antimicrobial agent nitrofurantoin on human erythrocytes in vitro.  **Biochem. Pharmacol.** 1985; 34:1963-70.

8. Dershwitz M, Sréter FA, Ryan JF.  Ketamine does not trigger malignant hyperthermia in susceptible swine. **Anesth. Analg.** 1989; 69:501-3.

9. Dershwitz M, Ryan JF, Guralnick W.  Safety of amide local anesthetics in patients susceptible to malignant hyperthermia. **J. Am. Dent. Assoc.** 1989; 118:276-80.

10. Dershwitz M, Sréter FA.  Azumolene reverses episodes of malignant hyperthermia in susceptible swine. **Anesth. Analg.** 1990; 70:253-5.

11. Dershwitz M, Rosow CE, Di Biase PM, Zaslavsky A.  Comparison of the sedative effects of butorphanol and midazolam. **Anesthesiology** 1991; 74:717-24.

12. Dershwitz M, Sherman EP.  Acute myocardial infarction symptoms masked by epidural morphine? **J. Clin. Anesth.** 1991; 3:146-8.

23

13. Dershwitz M, Rosow CE, Di Biase PM, Joslyn AF, Sanderson PE. Ondansetron is effective in decreasing postoperative nausea and vomiting. **Clin. Pharmacol. Ther.** 1992; 52:96-101.

14. Dershwitz M, Di Biase PM, Rosow CE, Wilson RS, Sanderson PE, Joslyn AF. Ondansetron does not affect alfentanil-induced ventilatory depression or sedation. **Anesthesiology** 1992; 77:447-52.

15. McKenzie R, Sharifi-Azad S, Dershwitz M, Miguel R, Joslyn A, Tantisira B, Rosenblum F, Rosow C, Downs J, Bowie J, Odell S, Lessin J, Di Biase P, Nations M. A randomized, double-blind pilot study examining the use of intravenous ondansetron in the prevention of postoperative nausea and vomiting in female inpatients. **J. Clin. Anesth.** 1993; 5:30-6.

16. Dershwitz M, Randel GI, Rosow CE, Fragen RJ, Connors PM, Librojo ES, Shaw DL, Peng AW, Jamerson BD. Initial clinical experience with remifentanil, a new opioid metabolized by esterases. **Anesth. Analg.** 1995; 81:619-23.

17. Dershwitz M, Hoke JF, Rosow CE, Michałowski P, Connors PM, Muir KT, Dienstag JL. Pharmacokinetics and pharmacodynamics of remifentanil in volunteer subjects with severe liver disease. **Anesthesiology** 1996; 84:812-20.

18. Dershwitz M, Rosow CE. The pharmacokinetics and pharmacodynamics of remifentanil in volunteers with severe hepatic or renal dysfunction. **J. Clin. Anesth.** 1996; 8:88S-90S.

19. Kovac AL, Scuderi PE, Boerner TF, Chelly JE, Goldberg ME, Hantler CB, Hahne WF, Brown RA, Dolasetron Mesylate PONV Treatment Study group. Treatment of postoperative nausea and vomiting with single intravenous doses of dolasetron mesylate: a multicenter trial. **Anesth Analg** 1997; 85:546-52.

20. Hoke JF, Shlugman D, Dershwitz M, Michałowski P, Malthouse-Dufore S, Connors PM, Marten D, Rosow CE, Muir KT, Rubin N, Glass PSA. Pharmacokinetics and pharmacodynamics of remifentanil in subjects with renal failure compared to healthy volunteers. **Anesthesiology** 1997; 87:533-41.

21. Gan TJ, Glass PS, Windsor A, Payne F, Rosow C, Sebel P, Manberg P, BIS Utility Study Group. Bispectral index monitoring allows faster emergence and improved recovery from propofol, alfentanil, and nitrous oxide anesthesia. **Anesthesiology** 1997; 87:808-15.

22. Kearse LA, Rosow C, Zaslavsky A, Connors P, Dershwitz M, Denman W. Bispectral analysis of the electroencephalogram predicts conscious processing of information during propofol sedation and hypnosis. **Anesthesiology** 1998; 88:25-34.

23. Dershwitz M, Conant JA, Chang YC, Rosow CE, Connors PM. A randomized double-blind dose-response study of ondansetron in the prevention of postoperative nausea and vomiting. **J Clin Anesth** 1998; 10:314-20.

24. Philip BK, Pearman MH, Kovac AL, Chelly JE, Wetchler BV, McKenzie R, Monk TG, Dershwitz M, Mingus M, Sung YF, Hahne WF, Brown RA, Dolasetron PONV Prevention Study Group. Dolasetron for the prevention of postoperative nausea and vomiting following outpatient surgery with general anaesthesia: a randomized, placebo-controlled study. **Eur J Anaesthesiol** 2000; 17:23-32.

25. Philip BK, McLeskey CH, Chelly JE, McKenzie R, Kovac AL, Diemunsch P, DuBois DM, Dolasetron Prophylaxis Study Group. Pooled analysis of three large clinical trials to determine the optimal dose of dolasetron mesylate needed to prevent postoperative nausea and vomiting. **J Clin Anesth** 2000; 12:1-8. (erratum published in **J Clin Anesth** 2000; 12:577-78).

26. Dershwitz M, Walsh JL, Morishige RJ, Connors PM, Rubsamen RM, Shafer, SL, Rosow C. Pharmacokinetics and pharmacodynamics of inhaled versus intravenous morphine in healthy volunteers. **Anesthesiology** 2000; 93:619-28.

27. Dershwitz M, Michałowski P, Chang YC, Rosow CE, Conlay LA. Postoperative nausea and vomiting following total intravenous anesthesia with propofol and remifentanil or alfentanil. How important is the opioid? **J Clin Anesth** 2002; 14:275-78.

28. Dershwitz M. Droperidol: should the black box be light gray? **J Clin Anesth** 2002; 14:598-603.

29. Dershwitz M. There should be a threshold dose for the FDA black-box warning on droperidol (letter). **Anesth Analg** 2003; 97:1542-3.

30. Dershwitz M. Is droperidol safe? Probably... **Semin Anesth** 2004; 23:291-301.

31. Cooper JB, Blum RH, Carroll JS, Dershwitz M, Feinstein DM, Gaba DM, Morey JC, Singla AK. Differences in safety climate among hospital anesthesia departments and the effect of a realistic simulation-based training program. **Anesth Analg** 2008; 106: 574-584.

PROCEEDINGS OF MEETINGS:

1. Kharasch ED, Dershwitz M, Novak RF. Differential hemeprotein involvement in microsomal and red cell lysate quinone and nitro group reduction. In: Sato R, Kato R, eds. **Microsomes, Drug Oxidations, and Drug Toxicity**. New York: Wiley Interscience, 1982:237-8.

25

BOOKS:

1. Stelmack TR, Dershwitz M.  **Manual for the Use of Pharmaceutical Agents for Ocular Diagnostic Purposes,** ICO Press, Chicago, 1980.

2. Dershwitz M, ed.  **The MGH Board Review of Anesthesiology.**  4th ed.  Norwalk, CT:  Appleton & Lange, 1994.

3. Dershwitz M, ed.  **The MGH Board Review of Anesthesiology.**  5th ed.  Norwalk, CT:  Appleton & Lange, 1998.

4. Dershwitz M, Walz JM, eds.  **McGraw-Hill Specialty Board Review: Anesthesiology.**  6th ed.  New York:  McGraw-Hill, 2006.


CHAPTERS IN BOOKS:

1. Dershwitz M, Ten Eick RE.  Pharmacology.  In: **National Boards Examination Review for Part I, Basic Sciences.**  Garden City, NY:  Medical Examination Publishing Co., 1981.

2. Dershwitz M.  Pharmacology.  In: **National Boards Examination Review for Part I, Basic Sciences.**  New Hyde Park, NY:  Medical Examination Publishing Co., 1984.

3. Dershwitz M.  Pharmacology.  In: **National Boards Examination Review for Part I, Basic Sciences.**  New York:  Elsevier Science Publishing Co., Inc., 1987.

4. Dershwitz M.  Local anesthetics.  In:  Firestone LL, Lebowitz PW, Cook CE, eds.  **Clinical Anesthesia Procedures of the Massachusetts General Hospital,** 3rd ed.  Boston:  Little, Brown and Co., 1988.

5. Dershwitz M.  Antiemetics.  In:  Bowdle TA, Horita A, Kharasch ED, eds.  **The Pharmacological Basis of Anesthesia.**  New York:  Churchill Livingstone, 1994.

6. Dershwitz M.  Antiemetic drugs.  In:  White PF, ed.  **Ambulatory Anesthesia and Surgery.**  London:  W.B. Saunders Co., 1997.

7. Rosow CE, Dershwitz M.  Opioid analgetics.  In:  Longnecker DE, Tinker JH, Morgan GE, eds.  **Principles and Practice of Anesthesiology,** 2nd ed.  Philadelphia:  Mosby-Year Book, Inc., 1997.

8. Starnbach A, Dershwitz M.  Intravenous and inhalation anesthetics.  In:  Hurford WE, Bailin MT, Davison JK, et al., eds.  **Clinical Anesthesia Procedures of the Massachusetts General Hospital,** 5th ed.  Philadelphia:  Lippincott-Raven, 1998.

9. Dershwitz M. Agents for general anesthesia. In: Schirmer BD, Rattner DW, eds. **Ambulatory Surgery.** Philadelphia: W.B. Saunders Co., 1998.

10. Dershwitz M. Intravenous and inhalation anesthetics. In: Hurford WE, ed. **Clinical Anesthesia Procedures of the Massachusetts General Hospital,** 6th ed. Philadelphia: Lippincott Williams and Wilkins, 2002.

11. Dershwitz M, Landow L, Joshi-Ryzewicz W. Anesthesia for bedside procedures. In: Irwin RS, Cerra FB, Rippe JM, eds. **Irwin and Rippe's Intensive Care Medicine,** 5th ed. Philadelphia: Lippincott, Williams, and Wilkins, 2003.

12. Dershwitz M, Landow L, Joshi-Ryzewicz W. Anesthesia for bedside procedures. In: Irwin RS, Rippe JM, Curley FJ, Heard SO, eds. **Procedures and Techniques in Intensive Care Medicine,** 3rd ed. Philadelphia: Lippincott, Williams, and Wilkins, 2003.

13. Dershwitz M. Antipsychotics. In: Fink M, Abraham E, Vincent J-L, et al., eds. **Textbook of Critical Care,** 5th ed. Philadelphia: Elsevier, 2005.

14. Dershwitz M. Analgesic cyclooxygenase inhibitors for ambulatory anesthesia. In: Steele S, Nielsen K, eds. **Ambulatory Anesthesia and Perioperative Analgesia.** New York: McGraw Hill, 2005.

15. Walz JM, Dershwitz M. Anesthesia for bedside procedures. In: Irwin RS, Rippe JM, eds. **Manual of Intensive Care Medicine,** 4th ed. Philadelphia: Lippincott Williams & Wilkins, 2005.

16. Dershwitz M. Anesthesia for bedside procedures. In: Irwin RS, Rippe JM, eds. **Irwin and Rippe's Intensive Care Medicine,** 6th ed. Philadelphia: Lippincott, Williams, and Wilkins, 2007.

17. Dershwitz M. Anesthesia for bedside procedures. In: Irwin RS, Rippe JM, Lisbon A, Heard SO, eds. Procedures, Techniques, and Minimally Invasive Monitoring in Intensive Care Medicine, 4th ed. Philadelphia: Lippincott, Williams, and Wilkins, 2007.

18. Dershwitz M, Rosow CE. Intravenous anesthetics. In: Longnecker DE, Brown D, Newman M, Zapol WM, eds. **Anesthesiology,** 3rd ed. New York: McGraw-Hill, 2008.

19. Rosow CE, Dershwitz M. Opioid analgesics. In: Longnecker DE, Brown D, Newman M, Zapol WM, eds. **Anesthesiology,** 3rd ed. New York: McGraw-Hill, 2008.

20.    Dershwitz M, Rosow CE.  Appendix A:  Formulary.  In:  Longnecker DE, Brown D, Newman M, Zapol WM, eds.  **Anesthesiology**, 3rd ed.  New York:  McGraw-Hill, 2008.


REVIEWS AND EDUCATIONAL MATERIALS:

1.    Dershwitz M.  Advances in antiemetic therapy.  **Anesth. Clinics North Amer.**  1994; 12:119-32.

2.    Dershwitz M.  How can the costs of anesthesia be decreased?  **Intravenous Anesth. Today** 1994; 1(3):4-9.

3.    Dershwitz M.  $5-HT_3$ antagonists in postoperative nausea and vomiting.  **Ambulatory Anesth.**  1995; 10(1):9-11.

4.    Ballantyne JC, Dershwitz M.  The pharmacology of non-steroidal anti-inflammatory drugs for acute pain.  **Curr. Opin. Anaesthesiol.**  1995; 8:461-68.

5.    Dershwitz M, Rosow CE.  Remifentanil:  a truly-short-acting opioid.  **Semin. Anesth.** 1996; 15:88-96.

6.    Dershwitz M, Rosow CE.  Remifentanil:  an opioid metabolized by esterases.  **Exp Opin Invest Drugs** 1996; 5:1361-76.

7.    Dershwitz M.  Should we measure depth of anesthesia?  **Semin. Anesth.**  2001; 20:246-56.

8.    Dershwitz M, Henthorn TK.  The pharmacokinetics and pharmacodynamics of thiopental as used in lethal injection.  **Fordham Urban Law J** 2008; 35:931-56.


NON-PRINT MATERIALS:

1.    Dershwitz M.  Use of short-acting analgesia in surgery:  achieving cost-effective care (videotape).  Rancho Mirage, CA:  Annenberg Center for Health Sciences, 1996.

2.    Dershwitz M.  General considerations (section editor).  In:  Bailin M. ed.  **Harvard Department of Anesthesia Electronic Library** (CD-ROM).  Philadelphia:  Lippincott Williams & Wilkins, 2001.

3.    Dershwitz M.  Practical pharmacokinetics of intravenous anesthetics.  In:  Bailin M. ed.  **Harvard Department of Anesthesia Electronic Library** (CD-ROM).  Philadelphia:  Lippincott Williams & Wilkins, 2001.

28

ABSTRACTS:

1.  Bruer P, Cantarella J, Dershwitz M, Undy L, Young DC.  Polarographic studies of copper (II) complexes of glycine peptides.  Abstract #6, Anachem Society Meeting, Detroit, MI, 1976.

2.  Dershwitz M, Novak RF.  The interaction of nitrofurantoin with human hemoglobin.  **Fed. Proc.** 1979; 38:544.

3.  Dershwitz M, Novak RF.  Metabolic effects of nitrofurantoin on the human erythrocyte.  **The Pharmacologist** 1979; 21:170.

4.  Dershwitz M, Novak RF.  Depletion of erythrocyte adenosine-5'-triphosphate and reduced glutathione levels by nitrofurantoin and unnitrated derivatives.  **Fed. Proc.** 1980; 39:748.

5.  Dershwitz M, Lack of inhibition of glutathione reductase by unnitrated derivatives of nitrofurantoin.  **Fed. Proc.** 1980; 39:1751.

6.  Dershwitz M, Novak RF.  Oxidation of human hemoglobin by nitrofurantoin.  **Biophys. J.** 1981; 33:81a.

7.  Dershwitz M, Novak RF.  The effects of ethyl isocyanide on nitrofurantoin-mediated depletion of red cell glutathione.  **Fed. Proc.** 1981; 40:667.

8.  Dershwitz M, Novak RF.  Studies on the mechanism of nitrofurantoin-mediated red cell toxicity.  **Eighth International Congress on Pharmacology,** Tokyo, Japan, 1981.

9.  Kharasch ED, Dershwitz M, Novak RF.  Differential hemeprotein involvement in microsomal and red cell lysate quinone and nitro group reduction.  **Fifth International Symposium on Microsomes and Drug Oxidations,** Tokyo, Japan, 1981.

10.  Dershwitz M, Novak RF.  On the mechanism of nitrofurantoin-mediated red cell toxicity.  **The Pharmacologist** 1981; 23:211.

11.  Dershwitz M, Novak RF.  Generation of activated oxygen species in human red cells by nitrofurantoin.  **Seventh International Biophysics Congress and Third Pan-American Biochemistry Congress,** Mexico City, Mexico, 1981.

12.  Dershwitz M, Sréter FA.  Substrate requirements for glutathione maintenance in pig red cells in vitro.  **The Pharmacologist** 1987; 29:210.

13.  López JR, Dershwitz M, Sanchez V, Sréter FA.   [K$^+$] and [Na$^+$] in malignant hyperthermia-susceptible swine.  **Biophys. J.** 1988; 53:609a.

14. Chang RJ, Dershwitz M, Sréter FA, Smilowitz H. Skeletal muscle from malignant hyperthermia-susceptible swine contains decreased levels of monoclonal antibody reactive dihydropyridine receptor. **The Pharmacologist** 1988; 30:A88.

15. Kim DH, Lee YS, Sréter FA, Ohkisa T, Dershwitz M, Ikemoto N. Effects of azumolene on the kinetics of Ca release from normal and malignant hyperthermic sarcoplasmic reticulum. **Biophys. J.** 1990; 57:497a.

16. Dershwitz M, Sréter FA. Reversal of malignant hyperthermia episodes by azumolene in susceptible swine. **Anesth. Analg.** 1990; 70:S81.

17. Dershwitz M, Rosow CE, Di Biase PM, Zaslavsky A. Characterization of the sedative effects of butorphanol in humans. **The Pharmacologist** 1990; 32:139.

18. Dershwitz M, Rosow CE, Di Biase PM, Joslyn AF, Sanderson PE. Prophylaxis of postoperative vomiting by ondansetron. **Clin. Pharm. Ther.** 1991; 49:184.

19. Dershwitz M, Rosow CE, Di Biase PM, Joslyn AF, Sanderson PE. Ondansetron is effective in decreasing postoperative nausea and vomiting. **Jap. J. Anesthesiol.** 1991; 40:S312.

20. Dershwitz M, Di Biase PM, Rosow CE, Wilson RS. Ondansetron does not affect alfentanil-induced ventilatory depression. **Anesthesiology** 1991; 75:A321.

21. Nakamura H, deBros F, Roberts J, Dershwitz M, Sweet W, Poletti C, Philbin D. Plasma catecholamine concentrations before and after trigeminal rhizotomy: a clinical study. 5th International Symposium on Endocrinology in Anesthesia and Critical Care, Berlin, October, 1991.

22. Nakamura H, deBros F, Roberts J, Dershwitz M, Sweet W, Poletti C, Philbin D. Plasma catecholamine concentrations before and after trigeminal rhizotomy: a clinical study. **Anesth. Analg.** 1992; 74:S217.

23. Dershwitz M, Randel G, Rosow CE, Fragen R, Di Biase PM, Librojo ES, Jamerson B, Shaw DL. Dose-response relationship of GI87084B, a new ultra-short acting opioid. **Anesthesiology** 1992; 77:A396.

24. Dershwitz M, Rosow CE, Di Biase PM, Wilson RS. Ventilatory depression during and after a low dose alfentanil infusion in normal volunteers. **Anesthesiology** 1992; 77:A360.

25. Dershwitz M, Rosow CE, Michałowski P, Connors PM, Hoke JF, Muir KT, Dienstag JL. Pharmacokinetics and pharmacodynamics of remifentanil in volunteer subjects with severe liver disease. Association of University Anesthesiologists Annual Meeting; Chicago, Illinois; May, 1994.

30

26. Dershwitz M, Rosow CE, Michałowski P, Connors PM, Hoke JF, Muir KT, Dienstag JL.  Pharmacokinetics and pharmacodynamics of remifentanil in subjects with severe liver disease compared with normal subjects.  **Anesthesiology** 1994; 81:A377.

27. Shlugman D, Dufore S, Dershwitz M, Michałowski P, Hoke J, Muir KT, Rosow C, Glass PSA.  Respiratory effects of remifentanil in subjects with severe renal impairment compared to matched controls.  **Anesthesiology** 1994; 81:A1417.

28. Hoke JF, Muir KT, Glass PSA, Shlugman D, Rosow CE, Dershwitz M, Michałowski P.  Pharmacokinetics of remifentanil and its metabolite (GR90291) in subjects with renal disease.  **Clin. Pharm. Ther.** 1995; 57:148.

29. Kovac A, Melson T, Graczyk S, Scuderi P, Watkins WD, MCPR44 Study Group.  Treatment of postoperative nausea and vomiting with single doses of IV dolasetron: a multicenter trial.  **Anesthesiology** 1995; 83:A6.

30. Kearse L, Rosow C, Connors P, Denman W, Dershwitz M.  Propofol sedation/hypnosis and bispectral EEG analysis in volunteers.  **Anesthesiology** 1995; 83:A506.

31. Kovac A, Chelly J, McKenzie R, Philip B, Pearman M, Brown R, MCPR45 Study Group.  Multicenter intravenous dose response trial to assess the efficacy and safety of dolasetron mesylate in preventing postoperative nausea and vomiting.  **Anesthesiology** 1996; 85:A1.

32. Dershwitz M, Conant JA, Rosow CE, Connors PM, Zaslavsky A.  A dose-response study of ondansetron in preventing postoperative nausea and vomiting in female inpatients.  **Anesthesiology** 1996; 85:A331.

33. Rosow CE, Connors PM, Hennessy D, Rosow D, Dershwitz M, Shyu WC, Vachharajani N.  Bioavailability of nasal butorphanol.  **Anesthesiology** 1996; 85:A314.

34. Denman WT, Rosow D, Hennessy D, Dershwitz M, Rosow C.  Miotic effects of alfentanil, and fentanyl occur at extremely low doses.  **The Pharmacologist** 1997; 39:109.

35. Dershwitz M, Morishige RJ, Walsh JL, Rodriguez-Paz JM, Maarschalk LA, Rubsamen RM, Connors PM, Rosow CE.  Pharmacokinetics of inhaled morphine in normal volunteers.  **Anesthesiology** 1997; 87:A376.

36. Denman WT, Rosow D, Hennessy D, Dershwitz M, Rosow CE.  Miotic effects of alfentanil, and fentanyl occur at extremely low doses.  **Anesthesiology** 1997; 87:A316.

31

37.   Michałowski P, Dershwitz M, Rosow CE, Conlay LA, Chang YC.  Total intravenous anesthesia with remifentanil or alfentanil in ambulatory orthopedic surgery carries minimal risk of postoperative nausea and vomiting.  **Anesthesiology** 1998; 89:A34.

38.   Walsh J, Dershwitz M, Rosow C, Connors PM, Morishige R, Rubsamen R.  Intravenous and inhaled morphine pharmacokinetics and pharmacodynamics as measured by pupillometry.  **Anesthesiology** 1998; 89:A521.

39.   Dershwitz M, Walsh JL, Krause S, Makris N, Gollub R.  Using functional magnetic resonance imaging to measure opioid effects in discrete brain regions.  Association of University Anesthesiologists Annual Meeting; Pittsburgh, Pennsylvania; May, 1999.

40.   Gollub RL, Breiter H, Dershwitz M, Elman I, Kantor H, Gastfriend D, Benson E, Lazar S, Krause S, Makris N, Kennedy D, Campbell T, Weisskoff R, Rosen B:  Cocaine dose dependent activation of brain reward circuitry in humans revealed by 3T fMRI.  International Conference on Functional Mapping of the Human Brain, 1999.

41.   Dershwitz M, Walsh JL, Krause S, Makris N, Gollub R.  Using functional magnetic resonance imaging to measure opioid effects in discrete brain regions.  **Anesthesiology** 1999; 91:A367.

42.   He YL, Walsh J, Denman W, Dershwitz M, Kim J, Rosow C.  Pharmacodynamic modeling of the miotic effects of alfentanil in humans measured with infrared pupillometry.  Association of University Anesthesiologists Annual Meeting; Rochester, NY; May, 2001.

43.   Gollub R, Aquino P, Kong J, Gracely R, Kramet T, Dershwitz M.  Reliable intensity and laterality encoding of noxious pressure and heat pain in cortex within single subjects using 1.5T fMRI.  Organization for Human Brain Mapping 7th Annual Meeting; Brighton, UK; June, 2001.

44.   Aquino P, Kong J, Gracely RH, Kramer T, Dershwitz M, Gollub R.  Reliable encoding of brief noxious mechanical stimuli in single subjects using 1.5T fMRI.  Society for Neuroscience, 2001.

32

# EXHIBIT B



33

**EXHIBIT C**



34

EXHIBIT D



35

# Exhibit E

## References

1. Practice Guidelines for Blood Transfusion, American Red Cross, 2007.

2. Spiess B, et al., J Thorac Cardiovasc Surg 1998; 116:460-7.

3. Stramer SL ed.  Blood Safety in the New Millennium.  American Association of Blood Banks.  Bethesda, MD.  2001.

4. Henry DA, et al., Cochrane Database Syst Rev 2007;(4):CD001886.

5. Mangano DT, et al., JAMA 2007; 297:471-9.

6. Schneeweiss S, et al., N Eng J Med 2008; 358:771-83.

7. Shaw AD, et al., N Engl J Med 2008; 358:784-93.

8. Fergusson DA, et al., N Eng J Med 2008; 358:2319-31.

9. Olenchock SA Jr., et al., Ann Thorac Surg 2008; 86:560-6.

10. Martin K, et al., Anesth Analg 2008; 107:1783-90.

11. D'Ambra MN, et al., J Thorac Cardiovasc Surg 1996; 112:1081-9.

12. Kincaid EH, et al., Ann Thorac Surg 2006; 80:1388-93.

13. Mangano DT, et al., N Engl J Med 2006; 354:353-65.

14. Coleman CI, et al., J Thorac Cardiovasc Surg 2007; 133:1547-52.

15. Grant MC, et al., Ann Thorac Surg 2008; 86:815-22.

16. Moutin R, et al., Lancet 2008; 371:475-82.

17. Wagener G, et al., Am J Nephrol 2008; 28:576-82.

18. Gagne JJ, et al., Pharmacoepidemiol Drug Saf 2009 (Epub 2/2/09).

19. Colina-Chourio J, et al., Br J Pharmacol 1976; 58:165-72.

20. Overlack A, et al., Klin Wochenschr 1982; 60:1223-28.

21. Kramer HJ, et al., Adv Exp Med Biol 1983; 156 (Pt B):961-8.

22. Gotoh S, et al., Life Sci 1983; 33:2409-15.

23. Ayano Y, et al., Urol Int 1984; 39:52-7.

24. Ulker S, et al., Cardiovasc Res 2001; 50:589-96.

25. Ulker S, et al., Cardiovasc Res 2002; 55:830-7.

26. Havel MP, et al., J Thorac Cardiovasc Surg 1992; 104:654-8.

# MARK DERSHWITZ, M.D., PhD
# COMPENSATION RECORD

$ 400.00 per hour for document review and conferences

$3,000.00 per day for testimony (deposition or trial)

**Invoices to date:**

| | |
|---|---|
| 12/21/07 | $ 4,280.00 |
| 9/17/08 | 840.00 |
| 5/10/09 | 10,480.00 |
| Total | $ 15,600.00 |

# Mark Dershwitz, M.D., Ph.D.
## Rule 26 Disclosure

| Date | Type | Case # | Description | Location | Attorney | Firm | Type |
|---|---|---|---|---|---|---|---|
| 2/22/99 | Deposition | 1 98-CV-0776 WBH | Usher v Kleinman, Daniels, et al | U.S. District Court Northern District of Georgia | Harvey Spiegel | Williams & Henry | P |
| 5/18/99 | Deposition | 98VS0140943J | Stinson v Troyer, et al | State Court Fulton County, GA | Harvey Spiegel | Williams & Henry | P |
| 6/26/00 | Deposition | 97V000001 | Beach v Lipham | Superior Court Carroll County, GA | Russel Davis | Downey & Cleveland | D |
| 8/29/00 | Trial | 97V000001 | Beach v Lipham | Superior Court Carroll County, GA | Russel Davis | Downey & Cleveland | D |
| 9/12/00 | Trial | 97-1361-E | Bruce v Philip | Superior Court Suffolk County, MA | Charles J. Dunn, Jr. | Charles J. Dunn, Jr. | D |
| 9/26/01 | Trial | 97-1054B | Voto v Lebovitz | Superior Court Suffolk County, MA | George Wakeman | Anderson, Adler, Cohen, & Harvey | D |
| 2/11/02 | Deposition | 00-CV-20115-3 | Groover v Redmond Park Hospital, Inc., et al. | Superior Court Floyd County, GA | Robert L. Berry | Brinson, Askew, Berry, Seigler, Richardson & Davis | D |
| 3/5/02 | Deposition | 00-01587 | Fuller v Brunswick Endoscopy Center, LLC, et al. | Superior Court Glynn County, GA | Wendy Huray | Henry, Spiegel, Fried & Milling | P |
| 6/12/02 | Hearing | 02-10013-WGY | United States v Richard Reid | U.S. District Court Boston, MA | Owen Walker | Federal Defender Office | D |
| 11/20/02 1/31/03 | Deposition | 03-C-00_002791 | Frye v Greater Baltimore Medical Center, et al. | Circuit Court Baltimore County, MD | Michael A. Pulver Alison Kohler | The Yost Legal Group Spence, Kohler & Christie | P |
| 2/24/03 | Deposition | 02VS035548 H | Gonzalez v Northside Anesthesiology Consultants, et al. | State Court Fulton County, GA | Harvey Spiegel | Henry, Spiegel, fried & Milling | P |
| 6/16/03 | Deposition | 2002-A9189-1 | Thompson v Georgia Anesthesiologists and Joshi | State Court Cobb County, GA | Robert L. Berry | Brinson, Askew, Berry, Seigler, Richardson & Davis | D |
| 6/19/03 | Deposition | SU01CV9077 | Lawrence v The Medical Center, Inc., et al. | Superior Court Muscogee County, GA | Harvey Spiegel | Henry, Spiegel, Fried & Milling | P |
| 8/15/03 | Trial | SU01CV9077 | Lawrence v The Medical Center, Inc., et al. | Superior Court Muscogee County, GA | Harvey Spiegel | Henry, Spiegel, Fried & Milling | P |
| 8/21/03 | Deposition | 00-CV-0430 | Moses, et al., v Wellstar Health Systems, Inc., et al. | Superior Court Paulding County, GA | Y. Kevin Williams | Weinberg, Wheeler, Hudgins, Gunn & Dial | D |

| Date | Type | Case # | Description | Location | Attorney | Firm | Type |
|---|---|---|---|---|---|---|---|
| 9/15/03 | Trial | 00-CV-0430 | Moses, et al., v Wellstar Health Systems, Inc., et al. | Superior Court Paulding County, GA | Y. Kevin Williams | Weinberg, Wheeler, Hudgins, Gunn & Dial | D |
| 11/18/03 | Deposition | SC2003CV124 | McCoy v HCA Health Services of Georgia, Inc., et al. | State Court Muscogee County, GA | Benjamin S. Williams | Benjamin S. Williams & Associates | P |
| 1/13/04 | Trial | 99-5715 | Cosom v Goguen, et al. | Superior Court Suffolk County, MA | James Hamrock | Hamrock, Tocci & Cass | D |
| 8/30/04 | Hearing | 03-CV-1039 | Reid v Johnson, et al. | U.S. District Court Eastern District of Virginia | Noëlle L. Shaw-Bell | Assistant Attorney General Commonwealth of Virginia | D |
| 10/14/04 | Deposition | 01-CV-1130 (LEK/DRH) | McElroy v Kim | U.S. District Court Northern District of New York | E. Stewart Jones, Jr. | E. Stewart Jones Law Firm | P |
| 1/24/05 | Deposition | 03A138839-2 | Daniels v Hosford, et al. | State Court DeKalb County, GA | Forrest B. Johnson | Forrest B. Johnson & Associates | P |
| 2/18/05 | Deposition | 03-CV-67447 | Alcaraz v Weinberg, et al. | Superior Court Fulton County, GA | Amy Kolczak | Owen, Gleaton, Egan, Jones & Sweeney | D |
| 3/30/05 | Deposition | 03-V-3 | Everett v Cirillo, et al. | Superior Court Peach County, GA | John C. Edwards | Martin Snow | D |
| 4/6/05 | Deposition | 03-C-0775 | St. Onge v Anesthesia Care Group, et al. | Superior Court Hillsborough, NH | Mark A. Abramson | Abramson, Brown & Dugan | P |
| 5/2/05 | Hearing | 04-CI-1094 | Baze and Bowling v Rees, et al. | Franklin Circuit Court Franklin County, KY | Jeff Middendorf | General Counsel Justice and Public Safety Cabinet | D |
| 5/9/05 | Deposition | 02-C-0970 | Hoffman v Exeter Hospital, et al. | Superior Court Rockingham, NH | Mark A. Abramson | Abramson, Brown & Dugan | P |
| 8/8/05 | Deposition | 04-C-0163 | Raley v Albertson, et al. | Superior Court Rockingham, NH | Holly B. Haines | Abramson, Brown & Dugan | P |
| 8/26/05 | Hearing | 4:04CV1075 DJS | Johnston v Crawford, et al. | U.S. District Court Eastern District of Missouri | Denise McElwein | Assistant Attorney General State of Missouri | D |
| 1/30/06 | Hearing | 05-4173-CV-C-FJG | Taylor v Crawford, et al. | U.S. District Court Western District of Missouri | Mike Pritchett | Assistant Attorney General State of Missouri | D |
| 1/31/06 | Deposition | 2004-V-475 | Melvin v Davis, et al. | Superior Court Fannin County, GA | Harvey Spiegel | Henry, Spiegel, Fried & Milling | P |
| 3/13/06 | Deposition | 05-CP-07-96 | Diaz v Gadsen, et al. | Court of Common Pleas Beaufort, SC | Frederick Bergen | Bergen & Bergen | P |

| Date | Type | Case # | Description | Location | Attorney | Firm | Type |
|---|---|---|---|---|---|---|---|
| 3/28/06 | Deposition | 1:05CV934 | Walker v Johnson, et al. | U.S. District Court Eastern District of Virginia | Noelle L. Shaw-Bell | Assistant Attorney General Commonwealth of Virginia | D |
| 4/25/06 | Deposition | 04-10303 CA 22 | Phelps v Baptist Health South Florida, Inc. | Circuit Court Miami-Dade County, FL | Edward Hernandez | Falk, Waas, Hernandez, Cortina, Solomon & Bonner | D |
| 5/22/06 | Trial | 99-3697G | Petrie v Arnold-Aldea, et al. | Superior Court Suffolk County, MA | Paul McTague | Martin, Magnuson, McCarthy & Kenney | D |
| 5/23/06 | Deposition | 002-06904 | Anderson, et al. v Kohler, et al. | Circuit Court St. Louis, MO | Christopher Byrd | Weinberg, Wheeler, Hudgins, Gunn & Dial | D |
| 6/13/06 | Trial | 05-4173-CC-W-F-JG | Taylor v Crawford, et al. | U.S. District Court Western District of Missouri | Mike Pritchett | Assistant Attorney General State of Missouri | D |
| 8/6/06 | Deposition | CIV-06-591-F | Patton v Jones | U.S. District Court Western District of Oklahoma | Gregory T. Metcalfe | Assistant Attorney General State of Oklahoma | D |
| 8/7/06 | Deposition | 04-C-421 | Boisvert v Ginsberg, et al. | Superior Court Hillsborough County, NH | W. Kirk Abbott, Jr. | Sulloway & Hollis | D |
| 9/11/06 | Deposition | L-06-149 | Evans v Saar, et al. | U.S. District Court District of Maryland | Philip Pickus | Assistant Attorney General State of Maryland | D |
| 9/29/06 | Trial | 04-C-421 | Boisvert v Ginsberg, et al. | Superior Court Hillsborough County, NH | W. Kirk Abbott, Jr. | Sulloway & Hollis | D |
| 10/10/06 | Deposition | SU-05-CV-1836-S | Merritt v Strother, et al. | Superior Court Clarke County, GA | Harvey Spiegel | Henry, Spiegel, Fried & Milling | P |
| 10/11/06 | Trial | L-06-149 | Evans v Saar, et al. | U.S. District Court District of Maryland | Philip Pickus | Assistant Attorney General State of Maryland | D |
| 10/23/06 | Deposition | 5:06-CT-3032-D | Conner v Beck, et al. | U.S. District Court Eastern District of North Carolina | Thomas J. Pitman | Special Deputy Attorney General State of North Carolina | D |
| 4/24/07 | Deposition | 2004-RCCV-984 | Burt v Robbins, et al. | Superior Court Richmond County, GA | Frederick Bergen | Bergen & Bergen | P |
| 5/11/07 | Deposition | 04 CI 491 | Webb v Witt | Superior Court Murray County, GA | Robert L. Berry | Brinson, Askew, Berry, Seigler, Richardson & Davis | D |
| 5/14/07 | Trial | 04 CI 491 | Webb v Witt | Superior Court Murray County, GA | Robert L. Berry | Brinson, Askew, Berry, Seigler, Richardson & Davis | D |
| 8/6/07 | Deposition | 3:06-1206 | Harbison v Little, et al. | U.S. District Court Middle District of Tennessee | Mark A. Hudson | Associate Deputy Attorney General State of Tennessee | D |

Page 4/5

| Date | Type | Case # | Description | Location | Attorney | Firm | Type |
|---|---|---|---|---|---|---|---|
| 9/7/07 | Trial | 3:06-1206 | Harbison v Little, et al. | U.S. District Court Middle District of Tennessee | Mark A. Hudson | Associate Deputy Attorney General State of Tennessee | D |
| 9/10/07 | Deposition | 06-CV-300 | Jackson, et al., v Danberg, et al. | U.S. District Court District of Delaware | Marc P. Niedzielski | Deputy Attorney General State of Delaware | D |
| 9/20/07 | Deposition | 2:06-cv-695-WKW | McNair v Allen, et al. | U.S. District Court Middle District of Alabama | James W. Davis | Office of the Attorney General State of Alabama | D |
| 9/24/07 | Trial | 06-CV-300 | Jackson, et al., v Danberg, et al. | U.S. District Court District of Delaware | Marc P. Niedzielski | Deputy Attorney General State of Delaware | D |
| 10/2/07 | Deposition | CA 1:07-CV-1474 | Alderman v Donald, et al. | U.S. District Court Northern District of Georgia | Joseph Drolet | Senior Assistant Attorney General State of Georgia | D |
| 4/8/08 | Trial | 04CR065940 05CR068067 | State of Ohio v Rivera State of Ohio v McCloud | Court of Common Pleas Lorain County, OH | Gregory Trout | Chief Legal Counsel Office of Legal Services State of Ohio | D |
| 6/30/08 | Deposition | 06-CVS-6580 | Burchill v Johnson & Johnson, et al. | Superior Court County of Mecklenburg, NC | James E. Ferguson II | Ferguson, Stein, Chambers, Gresham & Sumter | P |
| 7/8/08 | Deposition | 02-CV-27311 JFLRGW | Groover v Johnston, et al. | Superior Court Floyd County, GA | Robert L. Berry | Brinson, Askew, Berry, Seigler, Richardson & Davis | D |
| 7/28/08 | Deposition | KC2003-1079 | Hayes v Newstead, et al. | Superior Court Kent County, RI | Joshua E. Carlin | White, Carlin & Kelly | D |
| 117/08 | Deposition | 06-CV-02454-REB-MJW | Eberlein v Provident Life | U.S. District Court District of Colorado | Robert M. Baldwin | Baldwin & Carpenter | D |
| 12/9/08 | Deposition | 07-CV-01770NVS | Dickens v Napolitano | U.S. District Court District of Arizona | Jeffrey Zick | Assistant Attorney General State of Arizona | D |
| 1/23/08 | Deposition | 06A 09009 10 | Schrade v SummitRidge Center of Psychiatry | Superior Court Gwinnett County, GA | Russell Davis | Downey & Cleveland | D |
| 3/17/09 | Deposition | 2:04-CV-1156 | Cooey, et al., v Strickland, et al. | U.S. District Court Southern District of Ohio | Charles Wille | Assistant Attorney General State of Ohio | D |
| 3/27/09 | Hearing | 2:04-CV-1156 | Cooey, et al., v Strickland, et al. | U.S. District Court Southern District of Ohio | Charles Wille | Assistant Attorney General State of Ohio | D |
| 4/14/09 | Deposition | 08-2-02080-8 | Stenson v Vail, et al. | Superior Court Thurston County, WA | John J. Samson | Assistant Attorney General State of Washington | D |

| Date | Type | Case # | Description | Location | Attorney | Firm | Type |
|------|------|--------|-------------|----------|----------|------|------|
| 4/30/09 | Deposition | 07-C-0423 | Sevigny v Goldner, et al. | Superior Court Hillsborough County, NH | Mark A. Abramson | Abramson, Brown & Dugan | P |
| 8/4/09 | Trial | 24491/01 | Boston v Jack D. Weiler Hospital, et al. | Supreme Court of New York County of Bronx | Alan Fuchsberg | Jacob D. Fuchsberg Law Firm | P |