# Exhibit A

# Part 2

protocol <u>D90-001, nine of 31 patients (29%) had serious or life-threatening events and six patients (19%) died.</u> Of the six patient deaths, four died shortly after CABG from perioperative ventricular dysfunction.  One patient died 12 days after an emergency CABG and valvular surgery from ventricular fibrillation, bleeding, disseminated intravascular coagulopathy (DIC), fungal sepsis and renal failure.  One patient died of a stroke, recent pulmonary emboli and occlusion of a carotid artery nine days after surgery.  <u>FDA was told that none of Bayer's investigates attributed the treatment-emergent events or deaths, including the coagulopathies and renal failure,</u> to receipt of aprotinin before and during CABG surgery (BAY00674833).

### e.  NON-US CLINICAL STUDIES

126.    A total of 23 studies were conducted outside the US with a focus on examining effectiveness of the high-dose Hammersmith aprotinin regimen.  A half-dose (low-dose, Regimen B) and a modified regimen were used in two studies.  Nine studies (39%) were conducted in patients classified as high-risk for post-operative blood loss, namely: repeat CABG and/or cardiac valve replacement; patients treated with ASA or other antiplatelet agents prior to surgery; patients with other coagulopathies; patients with aseptic endocarditis; and patients with renal failure (BAY00674833).  Ten double-blind, placebo-controlled, randomized studies with available patient data(43%) were to provide substantial evidence to FDA for effectiveness of high-dose aprotinin therapy in cardiac surgery with CPB.  The non-US studies did not use the same primary and secondary endpoints of the US studies.

127.    The FDA's medical review of the non-US studies:

> The rate of adverse events reported from the non-US studies was lower than that reported in the US studies.  The spectrum of adverse events reported was, however similar to that of US studies.  Atrial Fibrillation and Myocardial Infarction were the two most frequently reported events

Of 21 reports of serious adverse events, 10 concerned AMI (5 fatal, 6 with occlusion of grafts), 5 were non-fatal anaphylactic reactions, 3 were other cardiac events, 1 was a case of cerebral thrombosis, 1 was renal failure and 1 was pulmonary edema.

Twelve reports of anaphylactic reaction were received with the postmarketing spontaneous reports, 3 of these reactions were fatal and 1 resulted in permanent brain damage. Eight of the 12 patients had been previously exposed to aprotinin. The adverse reactions associated with the use of aprotinin reported in the medical literature through 1990 consisted of hypersensitivity and thromboembolic events (BAY00674836).

### f.   FDA's CLINICAL OVERALL ASSESSMENT OF BAYER'S NDA

128.   The NDA provided the FDA with adequate and well-controlled US and foreign studies to demonstrate that as an orphan drug indication aprotinin significantly was able to reduce perioperative blood loss and transfusion requirements in patients undergoing cardiac surgery with cardiopulmonary bypass (CPB). However, the precise mechanism of action on the body and how aprotinin worked still remained unknown. In patients undergoing primary CABG, only the high-dose aprotinin had been studied by Bayer, and it had been found only marginally superior to placebo for this population in terms of primary efficacy (p=0.052) (Primary efficacy: % patients requiring blood). In terms of secondary efficacy, aprotinin was effective in reducing the number of units of blood and blood products transfused. It was also able to reduce the measured amount of blood lost from thoracic drainage. In patients undergoing repeat CABG, the low-dose aprotinin regimen (50% Hammersmith regimen) was found to be just as effective as the high-dose Hammersmith regimen. In terms of efficacy, both the aprotinin arms were statistically superior to placebo in reducing the number of patients requiring transfusion, the number of units transfused, and the blood loss from the thoracic drainage. The high-dose regimen was more effective than the low-dose in reducing the transfusion requirement in a subpopulation of patients

with additional risk factors for bleeding including pre-operative use of ASA or other platelet function-altering drugs  such as nonsteroidal anti-inflammatory drugs (NSAID) (BAY00674840).

129.    In terms of gender differences seen with aprotinin, for primary efficacy, the number of female patients (%) receiving blood was not reduced by aprotinin therapy for either primary or repeat CABG surgical populations.  However, in terms of a secondary efficacy endpoint, the number of units of "donor blood" actually transfused to female patients was reduced in both aprotinin groups when compared to placebo.  The difference was not statistically significant and was thought to be influenced by the small number of females enrolled in the Bayer populations.  When compared to outcome in males, the number of females requiring transfusion (%) and the amount of blood required were inconsistently higher for females in both aprotinin and placebo groups for both primary and repeat CABG.  There was no plausible biologic explanation evident at the time of the Bayer studies producing a gender difference for females undergoing CABG consistently to require more transfusions of blood products than males (BAY00674840).

130.    In terms of overall safety, FDA had reviewed Bayer's data for 649 patients:  257 (40%) high-dose aprotinin; 141 (22%) low-dose aprotinin; 251 (39%) placebo.  In terms of Bayer's Table 1.11 for its own Safety Analysis of n=649, there was a statistical difference for reporting of Urogenital System Kidney Failure (p=0.058) for aprotinin (n=398), 12 (3%) compared to placebo (n=251) 2(1%). (BAY00674843).  The list of areas of concern remaining for FDA's Dr. Talarico, based on statistically significant increased risks from her safety analysis of aprotinin included:

1) Incidence of acute myocardial infarction (MI) (BAY006748444-8)

2) The effect of aprotinin on the ACT and APTT (BAY00674849; BAY00674851)

3) Abnormal liver function tests (LFT) (BAY00674849)

4) Effect of aprotinin on the kidney (BAY00674852-3)

5) Increased mortality and increased incidence of life-threatening events (BAY00674854)

6) Theoretical risk of Bovine Spongiform Encephalopathy (BSE) (BAY00674854).

### g. RENAL DYSFUNCTION  OCCURRED IN BAYER'S CLINICAL TRIAL POPULATIONS

132.      Examining Dr. Talarico's point #4, the effects of aprotinin on the kidney, it is evident that as of 1993, with a dataset closed in 1991, FDA's reviewers and more importantly Bayer should have been aware that for the 649 patient population enrolled in the clinical trials completed before 1991 to obtain approval of an NDA for an orphan indication, when aprotinin patients were compared to placebo, there were clinically and statistically significant changes produced in renal function associated with patients receipt of aprotinin.  Dr. Talarico wrote (underlining added for emphasis):

> Aprotinin inhibits plasma and tissue kallikrein.  This effect is relevant for renal toxicity because the kininogen-kinin system has a protective role in the maintenance of intrarenal homeostasis.
>
> A statistically significant increased incidence of events reflecting post-operative renal dysfunction and clinically significant increases over baseline in serum creatinine were reported in patients treated with aprotinin.  The data are shown in table 1.40 (NDA, v. 1.2, p. 116).
>
> The percentage of patients with an increase in serum creatinine of ≥0.5 from baseline in the total population of patients receiving high-dose aprotinin was 23% (54/237), that of patients receiving low-dose aprotinin was 18% (22/125), and that of patients receiving placebo was 12% (28/235); the overall p-value was 0.007.

The percentage of patients with increase in serum creatinine was ≥2.0 mg/dL over baseline was <u>4% in patients receiving either high- or low-dose aprotinin and was 1% in patients receiving placebo; the overall p-value was 0.051.</u>

For patients undergoing CABG, <u>the effect of aprotinin on kidney function was particularly noticeable in patients treated preoperatively with ACE inhibitors, in patients with CHF, and in patients treated perioperatively with aminoglycosides antibiotics</u> (table 1.53, NDA v. 1.12, p. 130)

<u>In most patients, the renal impairment was reversible and its outcome was dependent on the cardiac status.</u>  Few patients, however, required hemodialysis for limited periods of time.(BAY00674852-3).

**h.  BAYER'S ANIMAL STUDIES FAILED TO FULLY EXAMINE APROTININ EFFECTS ON RENAL FUNCTION**

133.    Not specifically addressed in Bayer's design of its IND preclinical animal studies or in its later discussion and analysis of the NDA database  regarding subpopulations of patients that may be at increased risk for renal effects from aprotinin was a study by  Kramer, et al. (1984)[18].  The Bayer animal studies were not designed to stress animals for sub-toxicity regarding methods to simulate CABG patients with changes in fluid volume at increased risk for hypertension, congestive heart failure and liver failure.  The authors of the 1984 study discussed their findings that there was high affinity for Trasylol in the kidney, where aprotinin can pass freely in the GFR to be preferentially pinocyized by the kidney's brush border of its proximal tubules.  After incorporation into the cellular vesicles, aprotinin will be eventually digested within the lysosomes, with final degradation products released into the systemic circulation.

134.    In the Kramer, et al. study, aprotinin was fed to rats.  Unlike animal studies conducted by Bayer, Kramer, et al. examined renal effects in a stressed animal renal model.  Using saline-loaded animals (high salt diet), the authors found that there was inhibition of

---

[18] Kramer HJ, et al Effects of Aprotinin on Renal Function Contr Nephrol 1984; Vol 42; pp 233-241(Krager, Basel) (BAY00146128-36)

kallikrein activity triggered by aprotinin which resulted in a significant reduction in GFR (kidney blood flow). The decrease in GFR and in renal plasma blood flow suggested that aprotinin directly or indirectly in the saline-loaded rat was able to induce a marked vasoconstriction of the afferent arterioles. Rats on the low or normal sodium diet (control conditions), continued to show normal urinary sodium and potassium excretion on aprotinin. However, in saline-loaded rats given aprotinin, GFR and excretion rates of both sodium and potassium were decreased. Therefore, rats kept on low sodium diets did not have the same effects on aprotinin as rats on high-sodium diets. To the authors, the experiential evidence showed there was no real effect on renal function by aprotinin in animals under normal control conditions. But for rats with increased sodium balance either by a high salt intake diet or later by administration of deoxycorticosterone acetate, a steroid that hormonally triggers the rat to retain sodium, giving aprotinin suppressed renal sodium/potassium excretion probably through a decrease in GFR. The data suggested that there were potential hazards for administration of aprotinin to certain sub-populations of patients for CABG, and those patients included patients with volume shifts, renal, cardiac or hepatic failure in which tissue hormones played an important protective role in maintaining sodium balance and volume against endogenous vasoconstrictor hormones, such as angiotensin II, norepinephrine and vasopressin.

### i.    FDA's ASSESSMENT OF APROTININ'S RISK/BENEFIT

135.    The results of two controlled US studies as discussed in FDA's MOR had shown that aprotinin effectively reduced the requirement for donor blood transfusion in patients undergoing repeat CABG surgery. The usefulness of the high-dose regimen of aprotinin manifested only in certain subpopulations with additional risk factors for bleeding (i.e. ASA,

NSAID). The reviewer recommended that Bayer consider conducting further investigation with the low-dose regimen (50% Hammersmith, Regimen B) to determine if Bayer could improve safety while producing the same benefit.   The FDA Medical Officer's review continued (underlining added for emphasis):

> In assessing the usefulness of aprotinin in patients undergoing uncomplicated surgery with CPB, the following potential risks associated with the use of the drug must be considered:
>
>> -Numerically higher rates of MI and graft closure have been reported in aprotinin-treated patients undergoing CABG surgery which are of significant concern and need further assessment.
>>
>> -Congestive heart failure and renal dysfunction were significantly more frequent in the aprotinin-treated patients undergoing uncomplicated valve replacement.
>>
>> -The effect of aprotinin on kidney function, although usually reversible, can be clinically significant, hemodialysis was needed temporarily by some patients.
>>
>> -Allergic reactions and anaphylaxis represent potentially serious risks, particularly in repeat exposure to the drug.  They have not occurred in the US clinical trials, but have been reported in foreign studies where patients were more likely to have had prior exposure to the drug.  Unnecessary use of aprotinin for uncomplicated primary CABG may increase the risk of its use at a time of greater benefits, namely for repeat CABG.
>
> Therefore, based on risk/benefit assessment, the use of aprotinin in patients at low risk of bleeding complications from surgery with CPB, as for primary CABG and primary CVR is not recommended.
>
> The above criteria and risk/benefit assessment may not apply to patients who are not particularly at risk of excessive bleeding, but in whom strict avoidance of blood transfusion or extreme limitation of donor blood available for transfusion may preclude the necessary cardiac surgical procedure from being performed. The usefulness of low-dose aprotinin in patients undergoing either primary CABG and other low-risk surgery or repeat CABG and other high-risk surgery has not been fully investigated.  Only one of two US studies compared high – and low-dose aprotinin against placebo in repeat CABG.

Low-dose aprotinin regimen was not studied in the US clinical trial which included primary CABG patients and has been used in only one of the European studies.  More studies are needed to determine whether such a regimen would provide greater safety without reduction of effectiveness.

Additional studies are needed to 1) determine the safety and efficacy of aprotinin in other surgical procedures with CPB such as congenital heart disease, aortic aneurysms, heart-lung transplants, cardiac and aortic surgery performed under hypothermia and circulatory arrest, and 2) to define the safety and efficacy of the drug in female patients.

136.    Dr. L. Talarico's final RECOMMENDATIONS for FDA's actions regarding

Bayer's NDA as of April 16, 1993:

*Approval of Aprotinin (high-dose regimen) for prophylactic use to reduce perioperative blood loss and transfusion requirement in patients undergoing cardiac surgery with CPB who are at risk of major bleeding complication is recommended.

*Approval of aprotinin (high-dose regimen) for prophylactic use to reduce blood loss in patients in whom cardiac surgery with CPB could not be otherwise performed because of unacceptable or unavailable donor blood for transfusion is also recommended.

*Aprotinin is not recommended in patients undergoing uncomplicated surgery with CPB (i.e. primary CABG or primary CVR).

*More data must be obtained on the efficacy and safety of aprotinin in female patients.

*Additional studies are needed to assess the efficacy and possibly increased safety of low-dose aprotinin regimens.

*Studies are needed to assess the role of aprotinin in other conditions associated with high risk of bleeding, such as organ transplant, aortic surgery.

*Phase IV studies must be performed to assess further the risk of graft closure and increased risk of MI associated with aprotinin treatment in patients undergoing CABG surgery, and the role of aspirin for the prevention of graft closure and perioperative MI.

*Close post-marketing surveillance will be required to evaluate the incidence and severity of adverse events, particularly the risk of allergic reactions. (BAY00674856-7)

### j.   APROTININ'S ANIMAL PHARMACOKINETICS

137.   In the NDA, Bayer's Animal Pharmacokinetics Technical section indicated that for all species studied, rat, dog, rabbit, a similar plasma concentration vs. time profile was generated with intravenous dosing.  The models did not simulate the use of CPB as intended for humans.  The most noteworthy characteristic of aprotinin was its "*affinity for renal tissue that could be demonstrated in mice, rats and dogs*". Bayer provided an animal literature list of pertinent references for its Animal Pharmacokinetics (BAY00240804-5).  Under the discussion, Bayer provided the following description of its animal data, referencing the tendency of aprotinin to accumulate intracellulary with the kidney and then be excreted very slowly with a $t_{1/2}$ in the kidney of a range of 6-7 days.  Bayer should have been aware of this tendency with the animal kidney before it began to market Trasylol in the United States in terms of pharmacovigilance and post-market surveillance.  Bayer however did not address for FDA or design of either its preclinical studies or clinical trials methods to address the potential long-term systemic effects which could be produced by residual accumulation of aprotinin in cells (subacute toxicity), delayed clearance and systemic effects of accumulation of aprotinin in tissues for patients with reduced kidney function or fluid disturbances (underlining added for emphasis):

Distribution

By two hours after i.v. dosing rats with 0.1mg ($^{131}$-I)-labeled aprotinin, 57% of the dose given, and over 80% of the total radioactivity still in the body at that time, was present in the kidneys.  At 24 hours after dosing, approximately 40% of the dose was still detected in the kidneys…The concentration of active drug in the kidney steadily declined after one day, with a half-life of about 24 hours.

In vitro studies have demonstrated a high affinity of aprotinin for the brush border fraction of rat kidneys. The binding appears to be related to the basic (i.e. not acidic) nature of aprotinin, as well as to the neuraminic acid content of the brush border. In rats doses with labeled aprotinin, most of the renal radioactivity was found to be present in the lysosomal fraction, suggesting that phagolysosomes are sites of aprotinin accumulation.

In dogs dosed with 4,000, 20,000 or 100,000 KIU/kg, the time course of drug in the renal cortex was monitored by the trypsin-inhibition assay. The elimination $t_{1/2}$ from the renal cortex was approximately 6-7 days, irrespective of the dose. Concentrations of aprotinin in the renal cortex were dependent on dose,…

Besides kidney, other sites of aprotinin distribution include cartilage, liver, spleen, lung and at lower concentrations, heart and intestine, though none of these has the prolonged duration of binding which is seen with renal tissue.

Biotransformation

After being filtered by the glomerulus, aprotinin is taken up into the proximal tubular epithelial cells by micropinocytosis, and it is stored there in granular PAS-positive structures, probably phagolysososmes…

Elimination

…Significant urinary excretion continues for several days after dosing, with up to 70% of dose being recovered in the urine by 6 days….

Conclusion
Aprotinin pharmacokinetics are similar for experimental animals and man. Elimination from plasma is fairly rapid, but there is pronounced accumulation of drug in the kidney, especially the renal cortex. Elimination from the kidney proceeds very slowly (BAY00240799-03)

## k.  BAYER'S RESPONSE TO FDA'S 1993 APPROVABLE LETTER

138.  On July 1, 1993 Bayer was sent an approvable letter from FDA, which requested

additional information (BAY00289056-7).  According to a Miles' internal contact summary,

FDA had called up on June 28, 1993 to inform Ms. Bronwyn Collier, Miles, that there was a

future issuance of an approvable letter if Miles were to agree to FDA's four post-marketing

phase IV commitments. (BAY00289279). Bayer was also required to respond to FDA's letters of January 7 and 25, 1993. The Agency was still awaiting a satisfactory establishment inspection for aprotinin's manufacturing facilities. Bayer was requested to perform a gender analysis of its data to determine efficacy and safety of aprotinin for women; Bayer was to provide information about the use in pediatric patients; and Bayer was to revise its draft Trasylol package insert to include statements about gender and pediatric patients. In response to FDA's requests, Bayer submitted an eight volume August 17, 1993 amendment to its NDA. The FDA clinical reviewer was still Dr. Talarico. Her review was dated September 7, 1993 (BAY00704153-64).

139.    To respond to FDA, Bayer had re-analyzed its European and US studies. It also submitted additional data including two published reports[19] and sent in its revised draft package insert. Regarding providing FDA with pediatric information, Bayer provided information from two randomized double-blind placebo controlled non-US studies with Trasylol (Trasylol 0451/R6014 Hosptial for Sick Children, Toronto, Ontario- 106 patients; Trasylol 0424/R6018 Hospital for Sick Children, London- 42 patients) as well as data from its investigator INDs and compassionate use (both US and foreign).(BAY00704159). Dr. Talarico found Bayer's response to be acceptable. (Bay 00704164).

140.    The FDA's July 1, 1993 Approvable letter from Dr. Temple indicated that as of July 1, 1993 Bayer had agreed to complete the following post-marketing phase IV safety studies:

> 1.  Assess further the efficacy and safety of aprotinin in females and children

---

[19] Holdt, J et al. Comparison of two aprotinin dosage regimens in pediatric patients having cardiac operations. Influence on platelet function and blood loss. J. Thor Cardiovasc Surg 1993 105:705-11.

Dietrich W. et al. Hemostatic activation during CPB with different aprotinin dosages in pediatric patients having cardiac operations. J. Thora Cardiovasc Surg 1993 105: 712-720.

2. Assess the efficacy and safety of low-dose aprotinin regimen compared to the high-dose regimen
3. Assess the safety and efficacy of aprotinin in other surgery associated with high risk of bleeding, such as organ transplant and aortic reconstruction
4. Assess further the risk of graft closure and increased incidence of myocardial infarction associated with aprotinin treatment in patients undergoing coronary artery bypass graft surgery, and the role of aspirin or nonsteroidal anti-inflammatory drugs (NSAID) in preventing such events. (BAY00289057).

141.    As Dr. Temple indicated, Bayer's re-submitted label was to be identical to the contents of the Agency's enclosed proposed draft. If Bayer had additional information regarding safety and efficacy, the draft labeling was to be amended accordingly with new material.

142.    Bayer's Safety Summary for the NDA included Table 1.38, titled "Percentages of Patients Reporting Any Treatment-Emergent Event Reflecting Renal Dysfunction (Acute Kidney Failure, Kidney Failure, Kidney Function Abnormal or Kidney Tubular necrosis)". The table summarizes the data from the three completed US Trials with Aprotinin in patients undergoing cardiopulmonary bypass surgery:

| Population | High-Dose Aprotinin | Low-Dose Aprotinin | Placebo | Overall p-Value |
|---|---|---|---|---|
| D89-004 (Re-Do CABG) | 10/59 (17%) | 3/56 (5%) | 4/56 (7%) | 0.08 |
| D89-005 (Primary Valve) | 8/71 (11%) | 5/70(7%) | 0/71 (0%) | 0.008 |
| Total of Both Studies Using High Dose, Low Dose and Placebo | 18/130 (14%) | 8/126 (6%) | 4/127 (3%) | 0.005 |

| D89-006 (Primary and Re-Do CABG) | 6/108 (6%) | ------------ | 5/108 (5%) | 0.757 |
|---|---|---|---|---|
| Total of All CABG Patients | 16/167 (10%) | _____ | 9/164( 5%) | 0.159 |
| Total of All Patients In Studies Using Both High Dose & Placebo | 24/238 (10%) | _____ | 9/235 (4%) | 0.008 |

(BAY00733500)

143.     There were statistically significant increased incidences in the high-dose aprotinin group of treatment-emergent events when compared to placebo in terms of parameters of renal dysfunction.

144.     In Bayer's NDA Safety Summary, Section 2.7, the trend was seen towards a greater incidence in aprotinin-treated patients of treatment-emergent events suggestive of liver dysfunction, myocardial infarction (especially those receiving high dose) and dose-related effects of aprotinin on renal function (BAY00733516). The summary continued (underlining added for emphasis):

> The effect of aprotinin on the kidney, manifested as an increased incidence in aprotinin-treated patients of treatment-emergent events reflecting renal dysfunction and of clinically significant increases over baseline in serum creatinine, was statistically significant in protocol #D89-005 (the primary valve study), and in the pooled data from the U.S. aprotinin placebo-controlled trials. This was particularly noticeable in patients over 60 years of age, in patients treated pre-operatively with angiotensin converting enzyme (ACE) inhibitors, in patients with a diagnosis of congestive heart failure/heart failure at baseline, and in patients treated in the perioperative period with aminoglycoside antibiotics. In the majority of instances, the treatment-emergent events suggestive of renal dysfunction were not severe and were reversible, although some patients did require hemodialysis...Patients with elevated baseline serum creatinine values

were not at increased risk for the development of post-operative renal dysfunction following treatment with aprotinin. (BAY00733517)

Section 3.0 Report of Increased Mortality and Incidence of Renal Dysfunction in an Uncontrolled Series of Patients Undergoing Thoracic Aortic Operations Employing Hypothermic Circulatory Arrest (HCA) Together with Aprotinin Therapy

Abstracts have been submitted to the Southern Thoracic Surgical Association and the American Heart Association by a group of surgeons from Washington University in St. Louis, in which they report an increased mortality and incidence of renal failure in patients receiving aprotinin therapy in connection with thoracic aortic operations conducted under deep hypothermia and total circulatory arrest (HCA). All of the patients were treated under personal IND's, not under sponsorship of Miles Inc. and aprotinin was provided by Miles Inc on a compassionate basis at the request of the investigator after prior approval by FDA.

The abstracts report the use of aprotinin in 20 patients undergoing primary (12 patients) or repeat (8 patients) operations on the thoracic aorta. Seven (7) of the 20 patients died during hospitalization, and platelet-fibrin thrombi were found at autopsy in multiple organs in some of the 5 patients who had postmortem examinations. Renal dysfunction, defined as an increase in serum creatinine of greater than 1.5 times the baseline level, occurred in 12 of the 20 patients (60%), and four of these patients required hemodialysis. Among 20 age-matched patients who underwent similar surgical procedures without aprotinin, there was only one hospital death, and one patient developed renal dysfunction but did not require dialysis. It should be noted that no other variables than age and the type of surgical procedure were matched in this patient population…

Until properly controlled studies can be carried out to determine whether or not aprotinin is associated with an increase in mortality and/or incidence of renal failure in patients undergoing hypothermic circulatory arrest (HCA), however, the following paragraph has been included in the Precautions section of the proposed aprotinin package insert…(BAY00733520).

## l.   BAYER'S SAFETY UPDATE REPORT FOR ITS PENDING NDA

145.   Bayer submitted a 4-month Safety Update Report to its pending NDA on April 27, 1993. Dr. Talarico's review of the submission was dated December 13, 1993. Bayer was to include all deaths and serious or life-threatening treatment-emergent event occurring within 30

days after infusion of the study drug as well as discontinuations, for the US and International

clinical studies from the NDA cut-off date of 12-21-1991. Since the NDA data had used a 1991

cut-off date, reportedly six spontaneous reports of adverse reactions had been sent to Miles Inc.

by Bayer AG. The reports included two perioperative MIs with documented graft thrombosis in

one; two anaphylactic reactions following re-exposure to aprotinin despite a negative test dose in

one; one report of extensive thrombosis of the vena cava to the pulmonary artery following liver

transplant; one case of arterial vessels thrombosis necessitating leg amputation following off-

label use of aprotinin for knee replacement. (BAY00704168). Dr. Talarico's conclusions from

her review of Bayer's SUR information (underlining added for emphasis):

> The adverse events reported with the use of aprotinin in patients undergoing
> cardiac surgery with CP bypass in the safety update appear to maintain both
> pattern and frequency as described in the NDA. No new or unexpected clinically
> significant adverse events emerged in this patient population from the safety
> update that could not be anticipated from previous experience with aprotinin.
> Thrombotic complications occurred in one patient undergoing liver
> transplantation and in two patients undergoing orthopedic surgery. The likelihood
> of producing a hypercoagulable state with the use of aprotinin in high risk patients
> and the in the absence of CP bypass and anticoagulation is unknown. The
> sponsor should be requested to provide all available information on the off-label
> use of aprotinin, including frequency of use, dose regimen, and underlying
> conditions. (BAY00704169)

### m. FDA APPROVES BAYER'S TRASYLOL NDA

146. Trasylol was approved by FDA as an orphan drug on December 28, 1993. It was

approved only for promotion for a limited surgical patient population, a designated orphan

population and indication, based on endpoints of % reduction of patients receiving transfusion

and amount of blood transfused with repeat CABG and CPB. Approval was based on the United

States data regarding Bayer's statistics on peri-operative blood transfusion in its NDA. The 1993

risk versus benefit assessment included the risk of transmission of infectious diseases from blood

products, including HIV and Hepatitis B, and benefits for repeat CABG patients at increased risk

for blood loss.  There was also the very real potential public health benefit for aprotinin in 1993

of a method to safely reduce the drain on nation's blood products (underlining added for

emphasis):

> …for the prophylactic use to reduce perioperative blood loss and the need for transfusion in patients undergoing cardiopulmonary bypass in the course of <u>repeat CABG surgery</u>.  Trasylol is also indicated in <u>selected cases of primary CABG surgery where the risk of bleeding in especially high</u> (impaired hemostasis, e.g. presence of aspirin or other coagulopathy) or where transfusion is unavailable or unacceptable."

147.    The labeling reflected the clinical information reviewed by FDA in Bayer's NDA

application and obtained from the enrolled study population.  Bayer had met its primary and

secondary endpoints to obtain approval of aprotinin for an identified at increased risk population

(orphan).  Bayer never conducted studies about the long-term outcome and survival of patients

receiving aprotinin when compared to placebo.

148.    The Mechanism of Action of the original aprotinin label had that aprotinin was a

protease inhibitor with a variety of effects on the coagulation system.  There was absolutely no

discussion or reference to aprotinin providing <u>anti-inflammatory effects</u>.  Claims for efficacy for

anti-inflammatory effects for aprotinin were never tested, investigated or requested by Bayer in

its marketing application submitted to and reviewed by FDA.

**n.    FDA PLACES A HOLD ON TRASYLOL LAUNCH MATERIALS**

149.    Bayer had a February 21, 1994 Contact with FDA for Trasylol about a conference

call regarding preclearance of Trasylol advertising and promotional materials.  Norm Drezin and

Stephen Sherman Division of Drug Marketing, Advertising and Communication were

representing FDA and the review division.    The tag line '*the best transfusion is not transfusion*"

was not considered acceptable to FDA since it was misleading.  The line suggested or implied that no transfusion would be required it Trasylol was used.  The FDA also would not accept "*the best transfusion would be no transfusion*" since it also was considered as misleading.  The statement "*the risk of anaphylaxis is low*" was not acceptable to FDA.  FDA suggested an acceptable change would be "*the risk of anaphylaxis is below 0.5*".  FDA suggested that Miles remove all its references to graft patency as well as reduced closure time.

150.    For FDA's point 18, Miles should add to its VIDEO NEWS RELEASE (VNR), "page 3, paragraph 3 a statement about renal dysfunction."  This was because FDA had major concerns with this issue.  Miles agreed to add in a statement.  In the PITCH LETTER, FDA indicated that a "fair balance statement must be added to this letter.  The letter extols the virtues of Trasylol without revealing any the risks."  FDA suggested adding anaphylaxis and renal dysfunction statements.  Miles suggested that the statement "*please see full prescribing information*" provided fair balance.  FDA indicated that this was not enough.  Miles agreed to add in a fair balance statement. In the LEAD RELEASE LETTER, FDA requested that next to the last line, "*common sequelae of open heart surgery*" that the top three adverse drug reactions (ADR's) be included in the text, since the Trasylol treated patients did have higher ADRs.  Miles agreed these would be included. (BAY00920591-02).

151.    On July 11, 1994, DDMAC sent Bayer a letter regarding its use of claims that aprotinin is cost-effective.  DDMAC requested to either receive evidence to support the claim since evidence based on a lower price is not sufficient to support a claim of cost-effectiveness, or for Bayer to stop making the claim. (BAY00290964)

152.     DDMAC sent a March 31, 1995 letter to Bayer regarding its concern that Bayer was currently using three promotional posters that claim "Fewer patients require any donor blood." The emphasis on "any" in the headline out of context is false and misleading (BAY00329608-10). April 12, 1995 Bayer responded to FDA that it did not agree with FDA comments. Furthermore, Bayer indicated that T09024 and T09264 had already been discontinued prior to the receipt of the FDAs letter (BAY00329632-34).

### o. FDA'S DDMAC LETTER TO BAYER FOR FALSE & MISLEADING PROMOTION

153.     FDA's Division of Drug Marketing, Advertising, and Communication (DDMAC) sent Bayer an untitled letter on January 23, 1997 in reference to Bayer's submissions dated October 8, 1996 and October 18, 1996 of promotional materials under cover if FDA Form 2253 for Trasylol.  The submission included a reprint entitled "Aprotinin Use in patients with Dialysis-Dependent Renal Failure Undergoing Cardiac Operations by Lemmer, et al. and an issue of Advanced Cardiovascular Surgery & Anesthesiology.  DDMAC considered these materials in promotion of Trasylol to be false and misleading.  Specifically, DDMAC objected to the Lemmer article discussing uses of aprotinin other than for which it was approved.  The article presented efficacy data for CABG; however, it went on to also describe aprotinin use in patients undergoing valve replacement.  Aprotinin had not been approved for use in valve replacement. The reprint was viewed as promoting aprotinin for an unapproved use.

154.     DDMAC was also concerned that the article presented efficacy parameters not in the approved label and to "which DDMAC objected to previously during the review of launch materials for aprotinin in a letter dated March 14, 1994".

155.    DDMAC also objected to an article entitled "Aprotinin Reported to Diminish Bypass-Induced Inflammation" that promoted the use of aprotinin in myocardial revascularization operations.  The overly broad use of aprotinin in all myocardial revascularizations was inconsistent with the approved product labeling.  Additionally, the article promoted the use of aprotinin "to reduce bypass-induced inflammation for which Bayer ha not submitted data to demonstrate the efficacy or safety thereof." (BAY05635345-6; Harrison Exhibit No. 34).

## ISSUE #3

### III.    BAYER'S INTERACTIONS WITH FDA REGARDING REPORTING AND INVESTIGATION OF RISKS FOR APROTININ

#### OPINION #5:

Bayer disregarded its obligation and duties for providing FDA timely and accurate reports of risks being associated with Trasylol in both unpublished and published studies. (21 CFR § §314.80 and 314.81)   FDA was not provided in a timely manner with significant risk information in Bayer's sponsored St. George Hospital Retrospective Study; Kress & Stone Study; Dr. White's Hartford Hospital Study and an i3 pharmacoepidemiological study.  Bayer also failed to test and update FDA, physicians or its labeling with safety information derived from published medical literature regarding renal effects of co-administration with ACE Inhibitors.

#### OPINION #6:

Bayer failed to fully disclose to FDA prior to September 2006 that it had sponsored a pharmacoepidemiological safety study conducted by i3 to address risks of renal failure, thrombosis and death.  Bayer delayed in providing FDA with i3 initial results until after FDA's September 2006 Advisory Panel meeting had been held about the safety of Trasylol.  Bayer's actions denied FDA an opportunity to reschedule its Advisory Panel meeting until after it had received and reviewed the i3 data.   The outcome of the meeting would have been different, and in fact label changes did later result as a consequence of the i3 data.

**OPINION #7:**

Bayer deviated from its own internal standard operating procedures (SOP) for Global Drug Safety to develop a robust pharmacovigilance system when it ignored and dismissed safety signals occurring with Trasylol in unpublished studies, medical literature, and Bayer's Adverse Event Reports database. Since 1997, Bayer was tracking adverse event reports of renal failure, the second most common adverse event reported to Bayer for Trasylol, yet failed to adequately update FDA or warn physicians.

**OPINION #8:**

Bayer in 2005 was able to use 21 CFR§ 99 to legally disseminate medical literature regarding the unapproved use of Trasylol for primary hip replacement procedures as a response to unsolicited health care provider requests. However, Bayer was never approved by FDA to promote or facilitate use of Trasylol for any unapproved orthopedic indication.

**OPINION #9:**

 In January 2005, following a meeting with FDA, Bayer was aware the agency considered the risk versus benefit profile of Trasylol to have significantly changed since its approval in 1993 as an Orphan Drug for a limited patient population, specifically for re-do CABG.  FDA indicated that for Bayer to expand Trasylol's indications would now require larger clinical trial populations and a clinically meaningful endpoint to support the proposed product benefit as safe and effective. Approval of Trasylol would no longer be allowed by FDA to be based on support of statistical significance of selected endpoints.  This change in FDA's approval policy for Trasylol was partly based on FDA's increased safety concerns about hypersensitivity/anaphylaxis reactions and death. Despite FDA's safety concerns for the public, Bayer continued to expand the Trasylol sales force and provided training and sales aids designed to help minimize the risks of Trasylol for physicians.

**BASES FOR OPINIONS  #5-#9**

## A.  BAYER'S ATTEMPTS TO  EXPAND APROTININ'S  INDICATIONS

### 1.  BAYER'S PURSUIT OF A  HIP REPLACEMENT SURGERY INDICATION

156.    Bayer sent a July 27, 1994 letter to FDA's Dr. Fredd requesting to meet with the Division to discuss a new indication for Trasylol, namely the indication for total hip replacement (THR) surgery blood loss.  Accompanying the letter, FDA was sent the following reports regarding experience and protocols with aprotinin for non-cardiac and non-CPB surgery:

- o  High-dose aprotinin blood loss in patients undergoing total hip replacement surgery. Anesthesiology 80:23-29 (1994);

- o  Synopsis from Miles', Canada Research Report TRA-BO4: Safety and efficacy of aprotinin versus placebo in patients undergoing total hip joint replacement (1994);

- o  Outline of proposed Miles' protocol "A": Prospective, randomized, double-blind, placebo controlled study of the safety and efficacy of Trasylol in patients undergoing primary total hip replacement;

- o  Outline of proposed Miles' protocol "B": Prospective, randomized, double-blind, placebo controlled study of the safety and efficacy of Trasylol in patients undergoing revision of a total hip prosthesis. (BAY00000050-1).

157.    On August 11, 1994 Bayer again wrote to Dr. S. Fredd requesting to extend its existing Trasylol label's indication to new efficacy for prevention of blood loss and reduction in transfusion requirements in patients undergoing total hip replacement (THR) surgery.  The clinical investigation was proposed to be done under Bayer's IND #33,145.  Bayer identified two orthopedic populations which it proposed might benefit from use of Trasylol: 1) primary total hip replacement surgery and 2) revision total hip replacement surgery.  A synopsis of its

proposed protocols had already been sent earlier to FDA in a July 27, 1994 letter. This indication was not an orphan indication.

158.    Bayer's investigational plan was to conduct two clinical THR studies, one for each proposed population, while also exploring the dose ranges using half-Hammersmith Regimen B or full-Hammersmith Regimen A. The two studies were to be the basis for Bayer's future supplemental NDA. The indication did not utilize cardiopulmonary bypass as an interface for exposure of patient's blood. The primary efficacy endpoint variable proposed would be the patient's "recorded total blood loss". Bayer projected that its future efficacy sNDA would include approximately 600 patients (400 receiving Trasylol). In THR studies already conducted by Bayer outside the United States, in Canada, 29 patients received Trasylol (most full-Hammersmith "A") and in Belgium, 20 patients received Trasylol (full-Hammersmith "A"). Combining all studies, including the proposed US study, FDA would receive a safety pool of 450 THR patients all treated with Trasylol for support of the new indication (Bay 00000081-3).

## 2.  BAYER'S PURSUIT OF A PRIMARY CABG INDICATION

159.    Bayer was initially approved by FDA for legal marketing in the US as an orphan drug for a limited patient population. In Bayer's documents it characterizes approval of NDA Supplement 004 (S004) for its only non-orphan indication in 1998 as the essential approval to expand use and increase sales and patient use in the United States. Bayer would keep that expanded primary CABG indication until later restricted by FDA in its December 2006 Alert to physicians based on concerns about unacceptable risks including death. In 2005, according to Bayer internal documents, it had increased activity by sales representatives to promote the use of Trasylol.

160.    Dr. Talarico was once again assigned to be FDA's reviewing medical officer for Bayer's efficacy Supplement S004.  Unlike the proposed hip indication, the NDA Supplement was submitted on October 10, 1996 requesting expansion of the indications of Trasylol from "patients undergoing repeat CABG and high-risk primary CABG" to "all patients undergoing CABG surgery with cardiopulmonary bypass".  The efficacy data was obtained from three clinical trials: Study D91-007; D91-016; and D92-048.  Bayer also conducted a retrospective review of 387 European patients with at least two documented Trasylol exposures ( 252 adults (age ≥12 years) and 135 children (age ≤ 12 years)).  In the retrospective study, 13 adults and 15 children had three known re-exposures to Trasylol.  Bayer also provided an update for its package insert CLINICAL PHARMACOLOGY section.

161.    On August 5, 1997, FDA issued a "not approvable letter" for NDA 20-304/S-004. The expansion of the indication to all CABG patients was not approvable based on the following observations from FDA:

    a.    In the pivotal study D92-016, statistically significant efficacy for patients at low risk of bleeding was found only in the LD group and only with respect to units or volume of donor blood transfused.  In addition, more than 25% of low-risk patients enrolled at one center which showed a larger treatment effect than all other centers combined.

    b.    The risk of allergic/anaphylactic reactions to aprotinin and the increased risk of allergic/anaphylactic reactions ion re-exposure to aprotinin limited the benefit of the treatment in patients who were not at high risk of bleeding when undergoing primary CABG surgery while increased the risk of adverse reactions at the time of increased risk of bleeding and greater need for aprotinin therapy if repeated CABG was required.

    c.    Study 92-048 showed efficacy of aprotinin in low bleeding risk patients, however, only the HD was used in the clinical trial.

104

It was concluded that the benefit to patients with low risk of bleeding did not outweigh the risk of serious allergic reactions to aprotinin, particularly with re-administration (MOR, FDA Website, page 7).

162.   According to the Dr. Talarico's review, on August 15, 1997 Bayer followed up its non-approval letter by notifying FDA of its intention to amend its supplement to continue to pursue efficacy for primary CABG.  On November 10, 1997, Bayer requested a meeting with FDA to discuss the following label issues:

-Expansion of the indication to all patients undergoing CABG,
-Clinical Trials section for the package insert,
-Agency's concerns of anaphylaxis upon re-exposure to aprotinin,
-Proposed revision for the CLINCIAL PHAMRACOLOGY, Mechanism of Action section for the package insert.

163.   Again, according to the Dr. Talarico's review, page 8, on January 22, 1998, there was a meeting held to discuss Bayer's expansion of the aprotinin indication to include all patients undergoing primary CABG and the labeling changes that would be necessary.  To support a clinical rationale for expansion of the indication to include low-risk primary CABG, Bayer presented FDA with its re-analysis of data in S004's Study D92-048, but now with an analysis of subset of patients at low risk of bleeding.  (In 2006, when safety issues began to emerge with aprotinin, FDA asked Bayer to go back and re-analyze study D92-048 since it had been the key study used by Bayer to obtain FDA's approval for expanded use.)  Bayer also re-presented its data from two non-US studies, SN 406 and SN 0407, both of which had been included in the original twenty three non-US studies used to help support approval of the original NDA 20-304.

164.   The issues discussed at the meeting with FDA included:

- re-evaluation of the efficacy data from study D92-048 in the low risk subset;

- re-evaluation of data in Ex-US studies SN 0406 and SN-0407;

- retrospective revise of risk of anaphylaxis on re-exposure;

- rationale for a new aprotinin warning in the label;

- additional information for Mechanism of Action section in the label.

165.    A Bayer "Contact with Government Agencies" record dated January 28, 1998 indicated that at the January 22, 1998 meeting with FDA. Bayer had understood that " *Dr. Talarico stated that the agency would be willing to expand the indication to include all CABG patients, if a black box warning was included listing the increased risk of anaphylaxis to patients who are re-exposed to the drug.*" (BAY00225695).  Dr. Talarico was reported to have said to Bayer that "*the concerns of the agency have been related to safety and, in particular, to anaphylaxis.*" The memo indicated that Dr. Talarico remarked that "*if the indication is expanded to all CABG, the anaphylaxis rate will increase.*" Dr. Talarico then stated that "*she would only consider accepting the expanded indication if a black box warning, specifically delineating the risk of anaphylaxis given the possibility of a need for a second CABG, was included.*"

166.    Mr. Calcagni, Bayer, indicated at the meeting to FDA that he would take this suggestion back to corporate management for them to consider whether or not to add a black box warning.

167.    Under "Clinical Trials", Dr. Talarico reportedly suggested "*a footnote be added to explain that the two doses (high and low) were equivalent, relative to both efficacy and safety*".

168.    Bayer's attendee, Dr. Coniff, Medical Director- Metabolic Group, was recorded as confirming to FDA that the "*initial concern with renal effects had been washed out once we had information from our large trials.*"

169.     Dr. Talarico stated that her main issue was "how to choose one dose over the other", to which Dr. Coniff remarked that "there may be theoretical reasons to choose the high dose . . . ." Dr. Talarico was recorded as saying she "suspected that surgeons would consider whether the patients was high or low risk, initial or repeat CABG, and the cost".  She concluded "that the footnote clarifying the dose issue should be included".

170.     Dr. Mojcik, also a Bayer attendee, was documented as having presented his summary of his review article that had been included in Bayer's meeting request package. Dr. Talarico said that she was pleased that Bayer was pursuing scientific aspects of Trasylol.  Dr. Talarico next was to have remarked that "she had been wondering about another issue related to graft closure, namely heparin induced thrombocytopenia". Dr. Mojcik responded that this issue would be informally looked into using Bayer's existing database.  (BAY00225695-7)

171.     Dr. Talarico in her medical officer review of Bayer's efficacy supplement did not discuss the Agency's negotiation as reported by Bayer in January 28, 1998 for a black box warning for hypersensitivity and anaphylaxis.   She indicated that Bayer had provided data FDA with three studies able to demonstrate the efficacy of aprotinin when compared to placebo in reducing donor blood transfusion requirements in patients undergoing primary CABG in the absence of known risk factors for bleeding.  In all Bayer three studies, aprotinin significantly reduced the number of patients requiring donor blood transfusion.  In two of the three Bayer studies, the amount of blood transfused was significantly less for the aprotinin group.  Therefore, the data now supported to FDA approval of Bayer's proposed expansion of the indication to include efficacy for all patients undergoing primary CABG.  The study that evaluated both the low dose versus the high dose aprotinin had shown that both were equally as effective.  Dr.

Talarico wrote: "it is still unclear whether patients undergoing primary CABG with no known risks of bleeding should receive the low dose regimen." She continued: "[b]oth tables of efficacy variables indicate that the difference in efficacy between the high and low aprotinin dose regimens is not significant." She made no mention to new claims for anti-inflammatory effectiveness of aprotinin. She continued in her review:

> No significant difference in safety analyses was observed between high dose or low dose regimens. However, the comparison of safety for the two regimens has included only relatively small study populations. A post-marketing analysis of safety in relation to dose regimen used would be very useful information.
>
> The sponsor has included the new information pertaining the mechanism of action of aprotinin in the CLINICAL PHARMACOLOGY section for the revised labeling. The information is acceptable, however, the statement that the reduction in inflammatory response by aprotinin translates into improved patient (clinical) outcome is unsubstantiated. The only claim is decreased need for donor blood transfusion.
>
> The two tables of the efficacy variables indicate in a footnote that no statistically significant difference in efficacy or safety has been noted between regimen A (high-dose) or B (low-dose). In addition, the ** referenced footnote also states that reduction in inflammation may only occur at the high dose. This latter statement is unsubstantiated and could encourage the use of high-dose aprotinin without any evidence of additional clinical benefit from the reduction of inflammation.
>
> The sponsor has included a boxed warning to address the risk of anaphylaxis as requested at the January meeting. The information concerns mainly the risk associated with re-exposure to the drug….
>
> Aside from labeling requirements, the sponsor should be requested to commit to a postmarketing evaluation and analysis of all reported adverse events by the dose regimen of aprotinin used, i.e. high-dose vs. low-dose regimen.

172.    Bayer submitted a written amendment to S-004 on February 27, 1998 which constituted its full response to FDA's August 5, 1997 action letter. The NDA's efficacy S004 for a new non-orphan indication of primary CABG was approved on August 28, 1998. Dr. Talarico

did not discuss her awareness of issues with renal dysfunction only that Bayer <u>should commit to post-marketing evaluation</u> of its reported adverse events.

### a. DDMAC LETTER REGARDING BAYER'S LACK OF FAIR AND BALANCED LAUNCH MATERIALS FOR PRIMARY CABG INDICATION

173.     On November 9, 1998 DDMAC sent Bayer a letter regarding the proposed Trasylol visual aid.  The agency had commented that the materials were not fair and balanced. According to Bayer's response letter of December 4, 1998,   FDA's comment was "Further DDMAC notes that Bayer compares Trasylol to the drug Amicar, but also claims that Trasylol and Amicar do not have the same indicated uses".  DDMAC had recommended Bayer delete references to products without the same indication including the chart on page 13 comparing Trasylol to other lysine analogs.

174.    Bayer responded that:

> Trasylol and lysine analogs (namely Amicar) do have overlapping indications. Therefore, comparisons should be allowed....Bayer believes that based on the cited indications, both Trasylol and Amicar are approved for managing a derangement in hemostasis which is secondary to the effects of cardiopulmonary bypass in the setting of CABGs surgery. Therefore, since Trasylol and Amicar do have overlapping indications, Bayer proposes to revise the visual aid to achieve consistency and fairly and accurately portray the pharmacological properties of these agents. (BAY00227197-80)

175.    FDA's comment:

> On pages 3 and 12 of the visual aid, Bayer states that Trasylol achieves cost savings versus Amicar and references an abstract by Kesten et al.  DDMAC would consider this claim to be false and/or misleading because it lacks adequate evidence to support the claim.

176.    Bayer's response:

> Bayer believes that Kesten et al does provide asubstantial and adequate evidence in accordance with FDAMA guidance. The study found substantial and statistically significant differences in the exposure to blood products and total operative costs between treatment groups and should be therefore sufficient to support the claim. (BAY00227198-9).

177.   FDA responded to Bayer's December 4, 1998 letter on January 5, 1999. DDMAC in consultation with the Division of Gastrointestinal and Coagulation Drug Products (DGCDP) had reviewed Bayer's correspondence. Under "Achieves Cost savings vs. Amicar", DDMAC indicated it was not persuaded by Bayer's arguments. FDA wrote:

> Although both Trasylol and Amicar decrease fibrinolysis, the drugs are used differently. Trasylol is indicated for prophylactic use, where Amicar is used for management of problematic fibrinolytic bleeding frequently associated with surgical complications. DDMAC continues to object to Bayer's proposal to compare Trasylol to drugs that do not have the same approved uses. In its letter, Bayer stated that it believes that the abstract by Kesten, et al.[20] provides substantial and adequate evidence to support its claim that there are substantial and significant differences in exposure to blood products and total operative costs between (Amicar and Trasylol) treatment groups.
>
> DDMAC is not persuaded by Bayer's arguments regarding adequacy of the Kesten, et al. abstract. As stated above, DDMAC objects to Bayer's proposal to compare Trasylol to drugs that do not have the same approved uses.

**3.   FDA VOICES "CONCERNS ABOUT EXPANSION OF INDICATIONS" AT A JANUARY 2005 MEETING**

178.   M. Rozycki wrote an email summary of a meeting between Bayer and FDA held January 25, 2005 to discuss expansion of indications for Trasylol to include general orthopedic surgery associated with high blood loss, general oncology surgery associated with high blood loss and off-pump CABG surgery. (Trasylol Global Project Team, Regulatory Update BAY03256987-97). FDA was recorded as having expressed the following safety concerns

---

[20] Kesten, R. et al. Is Aprotinin Cost Effective? Presented and published at the 22nd Gulf Atlantic Anesthesia Residents Research conference Syllabus, April 1996.

regarding the Bayer proposed expanded uses for aprotinin in relationship to the changes in the

need for aprotinin (underlining added for emphasis):

> …they were concerned that broadening of the patient population exposed to Trasylol with approval of new indications would <u>increase the likelihood of anaphylactic reactions,</u> especially given the fact that many patients might not even be aware of having received Trasylol for a previous surgery.  As a result, the <u>FDA has different benefit-risk expectations for Trasylol now</u> than it had at the time of the original approval.  The FDA indicated that it considered it <u>more difficult to establish a persuasive benefit-risk profile for Trasylol for surgeries associated with relatively lower blood loss such as primary hip and knee replacement</u> surgery.  (Exhibit 6 Cyrus)

179.     Bayer held an internal February 8, 2005 Trasylol Global Project Team

Regulatory Update to discuss the interaction with FDA regarding indications expansion.  FDA

indicated that in terms of clinical benefit it would be weighed as the benefit-risk for the patient

for use of Trasylol when compared to the benefit-risk of transfusion.  FDA had voiced concern

that broadening of the patient population exposed to Trasylol with approval of new indications

would increase the likelihood of anaphylactic reactions.  Therefore, FDA had different benefit-

risk expectations for Trasylol than it had at time of original approval.  "The FDA considered it

more difficult to establish a persuasive benefit-risk profile for Trasylol for surgeries associated

with relatively low blood loss".  The 30-50 patients per/treatment group proposed by Bayer were

not considered sufficient.  FDA indicated that at least 100, but possibly more, patients/treatment

group would be expected.  <u>FDA reiterated that statistical significance alone would not be</u>

<u>sufficient to gain approval of new indications unless a 'clinically meaningful benefit' could be</u>

<u>demonstrated.</u>

180.     Bayer indicated that "obtaining approval for Hip indication will be difficult even

if the second study shows statistical significance" in the primary endpoint based on FDA

comments related to requiring meaningful clinical benefit.  A solid risk management program and data on risk of transfusion will be needed to improve the likelihood of approval.

181.    Bayer saw its plans of obtaining new oncology and orthopedic indications fading.  FDA was requesting that Bayer conduct larger randomized controlled studies with clinically meaningful endpoints.  To address the larger numbers of patients that would be required in clinically meaningful studies, the population would require better definition with inclusion and exclusion criteria. Also FDA had noted that from 1993 and the initial Orphanindication, there was a shift in the Trasylol risk benefit profile with the new risk of hypersensitivity from increased public exposure to aprotinin-containing products.

182.    Obtaining FDA approval for indications for cardiac surgery off-the-pump coronary artery bypass (OPCAB) procedures would also now prove to be an increasingly difficult task  for Bayer.  The OPCAB procedures carried a lower baseline risk for the need of transfusion of blood products when compared to CPB CABG.

183.    Bayer submitted a January 11, 2005 reply to FDA's response to its September 13, 2004 hip submission.  Bayer disclosed Dr. Murkin's status as a consultant, plus other authors who were employed by Bayer.  Bayer disclosed Bayer's funding of Murkin studies.  Bayer removed articles describing data for non-hip orthopedic studies from the submission. Bayer is still awaiting a DDMAC response (BAY03256987-97).

184.    On January 11, 2004 Bayer submitted a letter to DDMAC sent in response to DDMAC's letters of September 13 and October 6, 2004 regarding Bayer's distribution of information concerning Unapproved/New use of Trasylol for prophylactic use to reduce perioperative blood loss and need for blood transfusions in patients undergoing total hip

replacement surgery.  Bayer also submitted materials pursuant to 21 C.F.R. Part 99

"Dissemination of Information on Unapproved /New Uses for Marketed Drugs, Biologics and

Devices," dated July 24, 2004.  As a result of their review, DDMAC sent a February 16, 2005

letter that permitted Bayer to distribute peer-reviewed journal reprints regarding the

unapproved/new use of "<u>primary total hip replacement</u>" to respond to physicians unsolicited

questions about the unapproved indication.   Bayer was still not able to promote aprotinin for the

new and unapproved indication of primary total hip replacement under 21 C.F.R. Part 99.

185.   Bayer was to include a statement on the cover sheet that Dr. Murkin had served

as a consultant to Bayer.  Bayer was to state "This information is provided at the expense of

Bayer Pharmaceuticals Corporation manufacturer of Trasylol."  Bayer was to identify funding of

the Murkin study described in the reprint.  The Bayer bibliography was to be revised to only

include the articles that FDA had determined were in compliance with Part 99 for dissemination.

Bayer was not to disseminate articles regarding orthopedic surgery not associated with primary

hip replacement. The Dear Doctor letter was to be removed from the package.  All reprints were

to be bound.  DDMAC Comment had:

> After consultation with the Division of Gastrointestinal and Coagulation Drug
> Products, it has been determined that your proposal language does not adequately
> communicate the important risks associated with Trasylol's use in total hip
> replacement surgery.  Therefore, we recommend including the language as
> previously stated in our September 13, 2004 letter to be prominently displayed on
> the cover sheets of the proposed articles for dissemination underneath a boxed
> warning information you have provided on your cover sheet. (BAY00235518-24)

186.   On June 10-12, 2005 Bayer held a National Experts Orthopedic Consultants and

Advisory Board Meeting to focus on studies, clinical protocol development and marketing

feedback relating to the possible role of Trasylol for reducing blood loss in patients undergoing

orthopedic surgery. Bayer wanted to expand its understanding of orthopedic procedures for spine/hip and knee revisions and identify a core group of 5-10 orthopedic surgery thought leaders, investigators, key opinion leaders and orthopedic surgery program directors to discuss issues related to bleeding management in total hip replacement with a focus on efficacy and safety of Trasylol (BAY00792475-89).

### 4. CHANGES TO TRASYLOL's LABEL

#### a. APROTININ GETS A BLACK BOX WARNING FOR RISK OF ANAPHYLAXIS AS A RESULT OF ADVERSE EVENTS ASSOCIATED WITH INCREASING PATIENT EXPOSURES

187.   Trasylol was approved on August 28, 1998 for its first "non-orphan" indication:

> For prophylactic use to reduce perioperative blood loss and the need for blood transfusion in patients undergoing cardiopulmonary bypass (CPB) in the course of coronary artery bypass graft (CABG) surgery.

188.   FDA faxed its comments on the proposed label back to Bayer on August 20, 1998 (BAY00226692-10). Bayer was reminded that it still needed to complete its post-approval Phase IV commitments. The approved 1998 label reflected the clinical information in the NDA and as negotiated between FDA and Bayer.  The 1998 label did not have new information regarding risk of renal failure. Bayer added a new black box warning to the Trasylol label:

> Anaphylactic or anaphylactoid reactions are possible when Trasylol is administered.  Hypersensitivity reactions are rare in patients with no prior exposure to aprotinin. The risk of anaphylaxis is increased in patients who are re-exposed to Trasylol.  The benefit of Trasylol to patients undergoing primary CABG surgery should be weighed against the risk of anaphylaxis should a secondary exposure be required.

189.   The Trasylol 1998 label for primary CABG indication had:

> ADVERSE REACTIONS

Studies of patients undergoing CABG surgery, either primary or repeat, indicate that Trasylol is generally well tolerated.  The adverse events reported are frequent sequelae of cardiac surgery and are not necessarily attributable to Trasylol therapy.  Adverse events reported, up to the time of hospital discharge, from patients in US placebo-controlled trials are listed in the following table.  The table lists only those events that were reported in 2% or more of the Trasylol treated patients without regard to causal relationship….

In comparison to the placebo group, no increase in mortality in patients treated with Trasylol was observed.  Additional events of particular interest from controlled US trials with an incidence of less than 2%, are listed below:

| EVENT | % of Pts Treated with Trasylol N=2002 | % of Pats Treated with Placebo N=1084 |
|---|---|---|
| Thrombosis | 1.0 | 0.6 |
| Shock | 0.7 | 0.4 |
| Cerebrovascular Accident | 0.7 | 2.1 |
| Thrombophlebitis | 0.2 | 0.5 |
| Deep Thrombophlebitis | 0.7 | 1.0 |
| Lung Edema | 1.3 | 1.5 |
| Kidney Failure | 1.0 | 0.6 |
| Acute Kidney Failure | 0.5 | 0.6 |
| Kidney Tubular necrosis | 0.8 | 0.4 |

Listed below are additional events, from controlled US trials with an incidence between 1 and 2%, and also from uncontrolled, compassionate use trials and spontaneous post-marketing reports.  Estimates of frequency cannot be made for spontaneous post-marketing reports (*italicized*)…

**Urogenital**: Oliguria, kidney failure, acute kidney failure, kidney tubular necrosis

**Laboratory Findings**

**Serum Creatinine**: Data pooled from all patients undergoing CABG surgery in US placebo-controlled trials show no statistically or clinically significant increase in the incidence of postoperative renal dysfunction in patients treated with Trasylol. The incidence of serum creatinine elevations > 0.5mg/dL above pre-treatment levels was 9% in the Trasylol group vs. 8% in the placebo group (p=0.248), while the incidence of elevations >2.0mg/dL above baseline was only 1% in each group (p=0.883). In the majority of instances, postoperative renal dysfunction was not severe and was reversible. Patients with baseline elevations in serum creatinine were not at increased risk of developing postoperative renal dysfunction following Trasylol treatment.

DOSAGE AND ADMINISTRATION
Trasylol given prophylactically in both Regimen A and Regimen B (half Regimen A) to patients undergoing CABG surgery significantly reduced the donor blood transfusion requirement relative to placebo treatment. In low risk patients there is no difference in efficacy between regimen A and B. Therefore, the dosage used (A vs. B) is at the discretion of the practitioner.

Renal and Hepatic Impairment: No formal studies of the pharmacokinetics of aprotinin in patients with pre-existing renal insufficiency have been conducted. However, in the placebo-controlled clinical trials conducted in the United States, patients with mildly elevated pretreatment serum creatinine levels did not have a noticeably higher incidence of clinically significant post-treatment elevations in serum creatinine following either Trasylol Regimen A or Regimen B compared to the administration of the placebo regimen. Changes in aprotinin pharmacokinetics with age or impaired renal function are not great enough to require any dose adjustment…

190.    As would be referred to by later Bayer communications with physicians, Bayer

had significantly changed its product insert's Mechanism of Action information, not its

indications for use and allowed claims, to include a discussion of anti-inflammatory effects for

aprotinin during CPB. FDA's approval had not included claims regarding beneficial anti-

inflammatory effects when compared to lysine derivatives, aminocaproic acid and tranexamic

acid. (Harrison Exhibit 2, BAY00355712-20). The new label had:

**Mechanism of Action**:

Aprotinin is a broad spectrum protease inhibitor which modulates the systemic inflammatory response (SIR) associated with cardiopulmonary bypass (CPB)

surgery.  SIR results in the interrelated activation of the hemostatic, fibrinolytic, cellular and humoral inflammatory systems.  Aprotinin, through its inhibition of multiple mediators [e.g., kallikrein, plasmin] results in the attenuation of inflammatory responses, fibrinolysis, and thrombin generation.

Aprotinin inhibits pro-inflammatory cytokine release and maintains glycoprotein homeostasis.  In platelets, aprotinin reduces glycoprotein loss (e.g., GpIb, GpIIb/IIIa) while in granulocytes prevents the expression of pro-inflammatory adhesive glycoproteins (e.g., CD11b).

The effects of aprotinin use in CPB involves a reduction in need for allogenic blood transfusions, reduced bleeding, and decrease mediastinal re-exploration for bleeding.

**b.   BAYER  UPDATES BLACK BOX WARNING FOR ANAPHYLAXIS TO INCLUDE RISK FOR ALL APROTININ CONTAINING PRODUCTS**

191.    On November 17, 1998 Bayer submitted a NDA Changes Being Effected (CBE) supplement (21 C.F.R. § 314.70(c)) that requested to alter the contents of its black box warning, Warnings and Precautions section in its package insert.  Bayer wanted to expand its warnings to include the risk of anaphylaxis from exposure to all aprotinin-containing products not just Trasylol.  The changes were deemed necessary by Bayer in order to warn physicians about the potential risk for anaphylaxis/anaphylactoid or hypersensitivity reactions for a patient due to exposure to any aprotinin-containing products made from bovine lung.  The changes were implemented by Bayer in December 1998 (BAY00227154-96).

192.    The submission to FDA included published case reports from both pediatric and adult medical literature from 1994 through 1998.  The reports described life-threatening anaphylactic reactions to aprotinin-containing products such as fibrin sealant or topical fibrin glue.  The exposed patients had developed life-threatening hypersensitivity and anaphylactic reactions associated with aprotinin-specific Immunoglobulin E and Immunoglobulin G antibodies.  Based on the possible risks for re-exposure, the articles recommended that all patient

exposures to aprotinin-containing products be carefully documented in patient records.[21] (BAY00227190).

193.     Scheule, et al. (1998) had found in a search of the published literature from 1963 to 1997, ninety-five cases of adult patients developing life-threatening anaphylactic or anaphylactoid reactions to aprotinin.  A prior exposure to aprotinin was documented for 63 of the cases (BAY00227195). The NDA CBE Supplement was approved by FDA in 1999.

### c.     BAYER ADDS PRECAUTION FOR GERIATRIC USE

194.     Bayer submitted an August 27, 1999 Geriatric Labeling NDA Supplement pursuant to 21 C.F.R. § 201.57(f)(10), which summarized Bayer's clinical studies, not post approval studies, as to geriatric outcomes (BAY00227885-005).  Under PRECATUIONS, Bayer requested to include after the section for "Pediatric Use":

> **Geriatric Use:** Of the total of 3083 subjects in clinical trials with Trasylol, 1100 (35.7%) were 65 and over, while 297 (9.6%) were 75 and over.  Of patients 65 years and older, 479 (43.5%) received Regimen A and 237 (21.5%) received Regimen B.  No overall differences in safety and effectiveness were observed between these subjects and younger subjects for either dose regimen, and other reported clinical experience has not identified differences in responses between elderly and younger patients. (BAY00227885).

### d.     BAYER REVISES DOSING INSTRUCTIONS REGARDING USE OF HEPARIN

195.     Bayer submitted a CBE Special Supplement on February 23, 2000.  The CBE was to address reporting of Trasylol incompatibility with heparin when added to a pump prime solution for CPB circuits.  Analysis of the event reports suggested that the noted compatibilities were the result of a high concentration of Trasylol and heparin added to non-recirculating

---

[21] Scheule AM, et al. Fibrin sealant, Aprotinin, and Immune Response in Children Undergoing Operations for Congenital Heart Disease. J. Thorac Cardiovasc Surg 1998; 115:883-9)

reservoirs with limited amounts of priming volume.  As a result, Bayer chose to revise its Dosage and Administration section to clarify the recommendation for addition of Trasylol to CPB prime. The revised labeling emphasized the need to re-circulate pump prime fluids during admixture preparation in order to avoid incompatibility between heparin and Trasylol (BAY00228179).

## 5.   SAFETY ISSUES REPORTED BY BAYER TO FDA

### a.   CANADIAN ADVERSE EVENTS

196.   On January 10, 1995, Miles once again wrote to Dr. Fredd, now to report adverse events that had occurred in a Canadian study using aprotinin in years 1991-1992.  The adverse events had occurred before initial NDA approval, but Bayer indicated it had not been aware of the negative results until 1994.  Bayer wrote:

> On December 6, 1994, Miles Inc. became aware of the existence of a draft study report we received in final form on December 27, 1994.  This report concerns a non-IND clinical study, TRAB05, performed in Canada during the period January 1991-July 1992.  We are submitting this report as an IND Information Amendment.

> In the study, eleven patients died during or shortly after the end of treatment. Nine of these patients were treated with aprotinin, the other two were treated with placebo.  Two of the aprotinin-treated patients with a drug relationship of "possible" (pt. nos. 26 and 71) and one (pt. no. 81) with a drug relationship of "not assessable" were reported to Miles, assigned a control number and submitted to IND 33,145 as 10-Day Reports on March 18 and December 2, 1992.  These three events were also included in the NDA or in the 4-Month Safety Update to the NDA submitted November 23, 1992 and April 27, 1993 respectively.  A review of the study report has revealed that two other aprotinin-treated patients ( pt. nos. 89 and 101) were also assessed with a drug relationship as "possible".  To ensure completeness of the files, these two deaths were reported to IND 33, 145 as IND 10-Day Reports on December 30, 1994.  All other deaths in both the aprotinin-treated and placebo-treated groups were assessed with a drug relationship of "remote".

### b. BAYER INFORMS FDA OF A DISCONTINUED RENAL SAFETY STUDY

197.   On May 25, 1995, approximately two years after NDA approval,  Bayer sent to FDA's reviewer Dr. Fredd an Information Amendment for IND #33,145 (BAY A 0128).  The amendment contained a Bayer report titled "Medical Research Report 1226 A Pilot Study of the Effect of Aprotinin on Renal Function and Physiology (including Electrolyte Excretion) in Patients Undergoing Open Heart Surgery, Study No. D90-013-01" by K. Kumor, et al."  The IND amendment was submitted as a single volume of 179 pages to FDA.  Bayer indicated in 1995 that the study was stopped and would be considered a <u>failure due to poor adherence</u> of its clinical investigator to the clinical protocol.

198.   The clinical investigator for the study was G. Aronoff, M.D., Department of Nephrology, University of Kentucky, Louisville, KY, who should have been knowledgeable about the importance of adherence to an IND clinical protocol.  Dr. Aronoff had conducted the renal safety study for Bayer from April 19, 1991 through August 11, 1991 (*two years before Trasylol's NDA approval).  Dr. Aronoff had also been Bayer's primary expert consulting nephrologists, accompanying Bayer and  Dr. Royston, during  the 1989 pre-Phase 3 meeting with FDA (see above).  Dr Aronoff was the nephrologist who had assured FDA's reviewers that measurement of serum creatinine alone would be  sufficient  for monitoring  patient renal function after administration of  aprotinin for CABG.  Dr. Aronoff's failed and discontinued renal safety study had begun 1991 and was discontinued by Bayer January 20, 1994.

199.   The renal safety study was designed as a randomized, double-blind, placebo controlled, parallel study to enroll 30 patients, with patients randomized to either aprotinin (15 patients) or placebo (15 patients).  Besides aprotinin, patients received 300mg of lithium orally

and on the day of surgery, an intravenous loading dose of inulin and PAH, followed by a continuous infusions of inulin and PAH throughout the surgery and extended out to six hours post surgery in order to monitor kidney function (BAY00010005).

200.    At approximately 4-6 weeks after hospital discharge, all patients were to return for a follow-up history, physical exam, serum creatinine test and ECG.  Patients were also to have a serum sample obtained to look for presence of aprotinin-specific antibodies.

201.    After seven patients were enrolled, the clinical investigator reportedly recommended that the study be stopped.  According to Bayer, in his opinion, the variability of renal measurements obtained during CPB was so large that it obscured any meaningful interpretation of effects of aprotinin on renal function.  The investigator reportedly recommended that, if necessary, a study of similar design could be undertaken with aprotinin using normal volunteers.  Two patients enrolled in the renal study were reported to have experienced adverse events in the aprotinin group.  One aprotinin female patient died due to cardiac failure.  She was a combined CABG and heart valve replacement that experienced a difficult operative and post-operative course.  The CABG was not completed due to her diffuse vessel disease.  The other patient developed a mild atrial fibrillation that was successfully treated with medications (BAY00009999-BAY00010010).

### c. BAYER PROVIDES FDA WITH THREE *NEJM* ARTICLES ABOUT TRASYLOL

202.    Dr. Rozycki, Director, Regulatory Affairs, sent a January 23, 2006 letter to Dr. Mills at FDA to submit three articles that were about to appear in the January 26, 2006 New England Journal of Medicine.  The articles were about an observational study of patients undergoing CABG to compare safety outcomes in patients receiving aprotinin, aminocaproic

acid, tranexamic acid, or no treatment. On January 20, 2006, Bayer had first notified FDA of the imminent publication of the articles. The articles were:

- D. T Mangano, J.T. Tudor and C. Dietzel. The Risk Associated with Aprotinin in Cardiac Surgery." The NEJM, Vol. 354, p. 353-365 (2006)

- D. Hunter. "First, Gather the Data." NEJM Vol. 354, p. 329-331 (2006)

- G.J. Vlahakes. "The Value of Phase IV Clinical testing." NEJM, Vol. 354, p. 413-415 (2006).

203.    The Bayer letter continued:

Bayer is currently analyzing the results described in the articles, which draw conclusions regarding the risk of end-organ damage in patients treated with Trasylol that appears to be at variance with Bayer's own experience with Trasylol in controlled clinical trials and post-marketing safety reporting. To this end, Bayer is working with external experts to analyze the articles and expects to submit a report on its analysis in the very near future. (BAY00280101-2)

204.    D.T. Mangano, et al. (2006) (underlining added for emphasis) had:

…use of aprotinin was associated with a <u>doubling in the risk of renal failure</u> requiring dialysis among patients undergoing complex coronary-artery surgery (odds ratio, 2.59: 95percent confidence interval, 1.36 to 4.95) or primary surgery (odds ratio, 2.34; 95 percent confidence interval, 1.27 to 4.31). Similarly, use of aprotinin in the later group was associated with a 55 percent increase in the risk of myocardial infarction or heart failure (p<0.001) and a 181 percent increase in the risk of stroke or encephalopathy (p=0.001). <u>Neither aminocaproic acid nor tranexamic acid was associated with an increased risk of renal, cardiac, or cerebral events</u>. Adjustment according to propensity score for the use of any one of the three agents as compared with no agent yielded nearly identical findings. All agents reduced blood loss.

The association between aprotinin and serious end-organ damage indicates that continued use is not prudent. In contrast, the less expensive generic medications aminocaproic acid and tranexamic acid are safe alternatives. (BAY00280106)

205.    D. Hunter. "First, Gather the Data (2006) (underlining added for emphasis):

The main alternative to evidence from randomized trials is evidence from observational studies, in which the <u>occurrence of adverse events in patients who receive a specific drug is compared with this occurrence in patients who do not</u>…

Studies such as the one by Mangano and colleagues point the way to the prospective design of studies to assess drug safety and to the collection of as much information as necessary to provide answers of the <u>highest quality</u>… (BAY00280119-0)

206.   G.J. Vlahakes. "The Value of Phase IV Clinical Testing" (underlining for

emphasis):

Clinical trials conducted by drug companies are designed to meet Food and Drug Administration (FDA) requirements for safety and efficacy.  Under the current regulations, it is understandable that the <u>indications tested in clinical trials are selected to achieve approval expeditiously</u> and to balance patient care, the regulatory process, and business considerations.  Although some exclusion criteria in clinical trials are used to ensure patient safety, such criteria decrease the number of adverse events that might interfere with regulatory approval.  Regulatory requirements and the desire to ensure approval often dominate the design of clinical trials.  As a result, <u>current phase 3 trials sometimes do not reliably gather information that is clinically useful for the safe expansion of indications, particularly for high-risk patients.</u>

<u>The study of aprotinin by Mangano, et al. stands as an example of the importance of phase 4 clinical trials.</u>  Although the FDA can mandate the post-approval gathering of data, vendors are given the task of designing the subsequent clinical trials.  Thus, the design of clinical trials may still be subject to business considerations. This <u>conflict of interest creates a disincentive to fully explore the safety of a drug in various patient populations</u>.  Clinical-investigator groups such as the Multicenter Study of Perioperative Ischemia Research Group, which is able to recruit large numbers of patients from excellent clinical centers, may offer the pharmaceutical industry a faster and more economical means of gathering phase 4 data….

<u>Phase 4 clinical trials should be required before the indications for pharmaceutical agents are expanded</u>, particularly when increased doses are required or administration in high-risk patients is proposed.  (BAY00280123).

**6.   FOREIGN PHARMACOVIGILANCE INSPECTIONS SHOWED MAJOR DEFICIENCIES IN BAYER'S PROCEDURES FOR IDENTIFICATION OF SAFETY ISSUES**

207.    A measure of the robustness of postmarketing monitoring that will be performed by a pharmaceutical company are the quality of pharmacovigilance procedures it has operational to be able to quickly identify and respond to safety issues occurring with its drug.  It is viewed in the United States as executive management's responsibility to ensure that there are adequate quality systems and pharmacovigilance in place at a firm.  Trasylol has been sold worldwide. There are two non-USA Inspection Reports regarding deficiencies identified in Bayer's Pharmacovigilance and Quality Assurance Procedures.  The first is the report of the United Kingdom's Medicines and Healthcare products Regulatory Agency (MHRA) Statutory Systems Inspection of the Pharrmacovigilance System conducted from October 27-31, 2003 (BHCAG01405361-80).  The second report is the Pharmacovigilance Inspection Report dated August 18, 2006 from the inspection team of Germany and Sweden on Behalf of the EMEA. The EMEA inspection was conducted from July 11 through July 14, 2006 (BHCAG01322032-88).  (Bayer's computerized database for its phramacovigilance process is called Clintrace.)

208.    The MHRA inspected the Pharmacovigilance systems used by Bayer, located at Bayer Plc in the UK.   This was the first pharmacovigilance inspection of Bayer by the MHRA and the inspection was based on the MAH's obligations as defined in applicable EU and UK legislation and comprehensively described in Vol. 9 Eudralex, EU Pharmacovigilance Rules for Human & Veterinary Medicinal products, Notice to Marketing Authorization Holders, December 2001.   Bayer had been notified by the MHRA of the inspection by phone on September 4, 2003, with receipt of the draft inspection plan from MHRA on October 13, 2003. From the inspection findings, Bayer did not have a formal standard operating procedure (SOP) for signal detection (Early Warning System) in place.  It had used ad-hoc reports and preparation of the periodic

124

safety update report (PSUR) to suffice for a proactive warning system for identification of safety issues. Full implementation for the new Bayer SOP for signal detection was to be implemented by March 2004, a policy that gave the inspector some concern. The MHRA's Executive Summary of the 2003 inspection findings:

> While the inspectors were satisfied with the processes and the IT system in place for the handling of individual cases they evaluated Bayer's opinion on the Qualified Person as critical. They indicated that their interpretation of the requirements was that a single person should be defined for the company to take overall responsibility for the pharmacovigilance system. In addition, they evaluated the safety signal detection as critical mainly because of the late implementation of a formal signal detection process.

> Major findings addressed inadequate safety agreements between co-marketing partners, individual aspects of case processing, a missing disaster recovery plan for Clintrace.

209.   The MHRA inspectors' Section 9. Findings:

2-Signal Detection
b. No formal system until now (only ad-hoc and PSUR until implementation of new SOP)
c. Surprised that nothing formal was implemented earlier considering past experience of the company
d. Gradual implementation of new SOP until March 2004 may not be appropriate
e. For the newly implemented process, it may be appropriate to perform more frequently than ever 3 months for new drugs
f. Lack of trend analysis for clinical trials

   Major Findings:

4- Case processing
• Submission compliance of November 2002 fell
• Significant late cases reported by legal department
• No reconciliation process with other parties (Medical Information, Product Technical Complaints, etc.)
• Discrepancies in handling of lack of efficacy cases

7- Clinical

124

- No consistent ongoing review of (non)-serious Clinical Trial cases

10-Regulatory Affairs
- No global process for tracking queries from Health Authorities

11- Drug Safety SOP & Training
- Some departments don't know about their Pharmacovigilance responsibilities, e.g. legal department(BHCAG01405375-8)

210.    The EMEA Inspection report for July 11-July 14, 2006 was dated August 18, 2006 and was conducted via an EMEA inspection plan.  Bayer employees involved in the inspection for Bayer included Dr. Ernst Weidmann, Global QP Pharmacovigilance, Bayer Wuppertal, and Rozanne Conner Global Drug Safety-Biologicals, Data Coordinator Associate, Bayer Biologicals, Berkeley, USA.  The EMEA's inspector gave a general overview of Bayer's organization:

> Bayer Health Care is a legally independent company comprising five divisions: Animal Health Care, Consumer Care, Diabetes Care, Diagnostics and Pharmaceuticals.  The Pharmaceutical Unite (division head in Wuppertal) is split into different units from which the Business Unit Haemotology and Cardiology (located in Berkeley) and Global Development and Compliance (located in Wuppertal) are most relevant for the product [redaction] and the Pharmacovigilance perspective....
>
> In case of the Pharmacovigilance system there is one Head of Global Drug Safety, Dr. Ernst Weidmann located in Wuppertal,  He is responsible for the division global Drug Safety Biologicals (Berkeley) and the division Global Drug Safety (Wuppertal).(BHCAG01322040)
>
> *C.1.3 Pharmacovigilance activities from Global and Local Drug Safety Responsibilities*
> Global Drug Safety is responsible for world wide collection, distribution , and evaluation of Drug Safety information and international management of Drug Safety issues....
> Local Drug Safety is responsible for Pharmacovigilance activities (e.g. PSUR) that are related to a purely local product, i.e. the product registered in one country only.
> *Minor finding:*

*The handling of epidemiological data and data from external spontaneous ADR database as non expedited reports is not in accordance with EU legislation. Furthermore, the inspectors are of the opinion that it is not ensured that new important safety findings from those sources will be covered in the PSURs, because the listings for preparation of the PSURs will be generated from the Bayer database.(BCHAG01322042)*

C.1.4.9 Handling of Cases from clinical trials

*Major Finding:*
*It is not in accordance with Pharmacovigilance obligation, especially in clinical trials not to follow up patients with SAE after withdrawal from the study*

*Minor Finding:*
*The entry of causality assessment for cases from clinical trials will be done by the data entry technician, a person not being a physician.*(BHCAG01322046)

*C. 1.6 Annual Safety Update Report*

*Major Finding:*
*The structure of an annual safety report lacks essential information for assessment of risk-benefit and for the decision, whether actions regarding the ongoing trials are necessary of not:*
> *-number of patients planned to be enrolled in the trials*
> *-number of patients included during the reporting period*
> *-listing of SUSARs* (BHCAG01322049)

## C.3 Database structure and function

The global drug safety database is a fully validate system which has been implemented within BHC since November 27, 2000.
The Clintrace application is used directly by the following groups:
Global Data Entry Sites
Local Data Entry Sites (BHCAG01322051)

## C.4 Signal detection

The Bayer definition of a potential signal is one adverse event or a number of adverse events of a certain MeDRA PT or HLT level with a summary signal score of $\geq 216$. The procedure solely focuses on the absolute number of unlisted adverse events, weighted by the quality of the documentation, causality, seriousness and certainty of the diagnosis. The detection of an increase in frequency of listed AEs is not subject of the signal detection procedure.

The IDSM must evaluate adverse events with a summary signal score $\geq 216$ and must initiate resulting activities.
The detection process if potential signals runs quarterly.
Only diagnoses are included in this process.

*Major Finding:*
*When only the end data is not known, 3 cases are required to reach the score as for substantial cases.*

*Major Finding;*
*Regarding the subscore calculation for signal detection, for end point events probably no information about de-challenge will be available, and also not in most cases of biological products.*

*Remark:*
*For example 8 cases of fatal myocardial infarction will be necessary to reach the same score as for example 1 case of vomiting, improving after discontinuation of the drug administration and with reoccurrence after reintroduction.(BHCAG01322055-7)*

*Major Finding:*
1. *The signal score, used for signal detection will lead to underestimation of safety signals, so that especially for biological products, study drugs and for end point events and also for treatments in rare diseases in most cases no signal will be identified.*
2. *2. There is no tool in place to identify signals regarding increased frequency or unexpected outcome of listed events.(BHCAG01322058)*

C.5.1 Meeting and Committees
Risk Management Committee
The responsibility is to review RMPs and to write RMPs.  But there is no description of this committee available…

Decision Making Committee
No description of the duties of this committee, mentioned in SOPs, had been available…

Quality Assurance Committee
No description of the duties of this committee, mentioned in SOPs, had been available…

Labelling Committee
The duties are

128

-to approve label and label changes, to approve CCDS changes for all BHC-PH products
-to review and approve label deviations and to approve exceptions
-to decide on priority to changes and to clarify timing an implementation
-to discuss and propose together with responsible functions, communication plan
-standard setting around labelling topics
-monitor implementation Reporting mandated by MC
Meetings are about 6 times a year and on need to have basis and the meetings are held in person, if possible, otherwise by phone conference
Organization GRA Global Labeling (GRAL)...

<u>Global Labelling Committee-BP</u>
This committee determines requirements for contents and implementation of the CDS for licensed BHC BP products. Furthermore it is responsible for management of the process including maintaining current safety information in the CCSI sections as well as other sections in the CCDS and implementation of CCDS revision into Local Product Labelling worldwide...(BHCAG01322063-4)...

**Conclusion:**
**From the few existing documentation (SOPs, written descriptions) of some committees and the oral presentation at the inspection, it is not possible to get an overview of the existing committees, their responsibilities, the function, the frequency of the meetings (there are different mentioned schedules/frequencies for those meetings), the attendees and the information flow.**

*Major Finding:*
*There is no general SOP of the responsibilities of the different committees and meetings available, and also no general overview.*

*For some of the mentioned committees a description of the duties had been only prepared during the inspection.*

*The committees had been named differently in several SOPs. There is not standardized procedure in place for information flow regarding different safety issues and also not for the responsibilities regarding initiation and monitoring of required actions.*

*On the other hand no procedures had been demonstrated which clearly indicates, that also the personnel in the divisions, local departments and also license partners will be informed about safety findings, initiated actions and the monitoring of these actions.*

*The system of committees and their responsibilities is confusion.  From the presentation, it is not sure whether the required Pharmacovigilance responsibilities could be performed without gaps or not.* (BHCAG01322065)

## a) EUROPEAN UNION AND  LABEL CHANGE TO ADD WARNINGS ABOUT RENAL DYSFUNCTION WITH TRASYLOL

211.   The proposed change for the Trasylol EU label:

**Section 4.1 Therapeutic Indications**- to be replaced with the following:

Trasylol is indicated for prophylactic use to reduce blood loss and blood transfusion in those patients undergoing cardiopulmonary bypass in the course of coronary bypass graft surgery at increased risk of blood loss or blood transfusion. (BAY04264216)

**4.8 Undesirable Effects**- the following is to be added:
Oliguria, acute renal failure, and renal tubular necrosis were uncommonly observed.

212.   The following label change was accepted by Bayer on May 18, 2006

(BAY04166824) for its European label. The same label change was not requested by Bayer to be

made for the US label:

Bayer agrees to a further label change for its EU label regarding the risks of renal dysfunction:

Section 4.4 SPECIAL WARNINGS AND PRECAUTIONS

Results from recent observational studies indicate that renal dysfunction could be triggered by aprotinin particularly in patients with pre-existing renal dysfunction.

*In clinical studies elevations of serum creatinine values >0.5 mg/dL have been observed in patients with aprotinin therapy.*  Careful consideration of the balance of risks and benefits therefore advised before administering aprotinin to patients with pre-existing impaired renal function of those  with risk factors (such as concomitant treatment with aminoglycosides) (BAY04166825)

213.     Bayer's July 31, 2006 proposal was to substitute in the statement (see italicized above):

> An analysis of all pooled placebo-controlled studies in patients undergoing coronary artery bypass graft (CABG) has found elevations of serum creatinine values >0.5mg/dL above the baseline in patients with aprotinin therapy (See Section 5.1). (BAY04166826).

214.     The changes followed a recently completed review by Bayer and the European Regulatory Authorities. The review was initiated earlier in the year with the publication of two reports in the medical literature – 1) Mangano and 2) Karkouti. In the Q&A for the European label changes, when asked if the renal findings are new for Trasylol? Response: "Renal findings have been described in the current product label for years." When asked: "Given your reference to the NEJM and Transfusion observational studies in your EU label, will you also do so in the U.S. Label?" Response: "Bayer did not agree with the regulatory authorities request to include the observational studies in the EU label but did so in compliance with the request of the EMEA. Given the results of the analyses of Bayer's global randomized controlled trials database, and the methodological flaws/limitations of the observational studies, we do not feel it's appropriate to include the observational studies in the U.S. label." (BAY04264216-20).

### b) FDA SCHEDULES A SEPTEMBER 2006 ADVISORY PANEL MEETING

### a. FEBRUARY 3, 2006 TELECONFERENCE WITH FDA

215.     Dr. Rozycki told James Moore, FDA, that Bayer anticipated rolling out its own safety and efficacy data for Trasylol to FDA in four phases (BAY01802074; Exhibit 21 Rozycki):

> 1)     Phase 1 submitted by February 17, 2006 -all adverse events incorporated in the data pool as of January 2006 pertaining to CABG.

2)      Phase 2, Bayer would submit by March 31, 2006 an in-depth evaluation of safety data from all trials in CABG surgery which contained US centers.  This would include an evaluation of the original analyses of the Trasylol NDA and supplement NDA approval in light of the NEJM article, including a discussion of the basis for Bayer's re-evaluation of Study 048 (Support for Primary CABG indication).

3)      Phase 3 and 4, Bayer will submit an Integrated Summary of Efficacy and an Integrated Summary of Safety. (BAY01802074; Exhibit 21 Rozycki)

### b.  FDA'S MAY 1, 2006  COMMUNICATION  TO BAYER

216.    FDA sent a single page letter to Dr. Rozycki containing five comments to Bayer's February 22, 2006 submission for Trasylol.  First, FDA requested all safety data from Study 426 for all surgical patients and not just CABG patients.  Next the FDA indicated that the submission suggests there is a "*need for a large study to determine the cardiovascular, renal and cerebrovascular adverse events in persons treated with Aprotinin compared to treatment with placebo and other antifibrinolytic agents.*"  Third, the "*decreased risk of blood transfusion in the current era may obviate the benefit of the use of Aprotinin in CABG and CPB if the frequency of serious Adverse Events is greater than the use of placebo or other antifibrinolytic agents.*"  Fourth, "[c]ommunication with the DSMB of the BART trial may provide data on the relative benefit/risks of Aprotinin, Tranexamic Acid and Epsilon aminocaproic acid in patients undergoing complex CABG and CPB".  And finally, "[i]f and when the validity of the Mangano and Karkouti studies have been established, label changes for Aprotinin should be made to reflect the data available."  (BAY02949026-7; Exhibit 22 Rozycki).

### c.  BAYER'S  JULY 17, 2006 MEETING WITH FDA

217.    Dr. Rozycki created a July 19, 2006 internal Bayer email contact report of a July 17, 2006 meeting between Bayer and FDA.  Bayer had met with FDA's Division of Medical

Imaging and Hematology Products (DMIHP), Office of Oncology Drug Products (OODP),

Office of Surveillance and Epidemiology (OSE), and other functions to discuss efficacy and

safety data for Trasylol that had been submitted to FDA since January 2006.  The meeting was

also to discuss Bayer's plans for the upcoming Advisory Committee meeting on September 21,

2006.  Pam Cyrus, MD, Vice President, US Medical Affairs, presented Bayer's overview of the

efficacy and safety studies while Samy Suissa, McGill University, presented Bayer's overview of

the Mangano, et al. and Karkouti, et al. studies.

218.    Regarding the materials submitted by Bayer to FDA, the Division indicated that

they wouldn't have sufficient time to review all the data submitted, therefore, their presentation

at the advisory committee meeting would be restricted to a review of the "regulatory history".

Bayer was to have primary responsibility for addressing a detailed analysis of data.  The FDA

indicated that it had "no intentions of reviewing or critiquing the studies by Mangano and

Karkouti".  FDA was open to giving Bayer an opportunity to comment on presentations by

Mangano and Karkouti, if either author presented information not formerly made public.

219.    The FDA's Medical Reviewer Dr. George Shashaty reportedly remarked

according to Bayer (underlining for emphasis):

> The perceived clinical benefit of reduction in blood loss for Trasylol today is
> different from that when Trasylol was first being considered for approval in light
> of the perceived reduced risk of blood transfusion.  He also remarked that the
> discussion of hypersensitivity given in the presentation today did not adequately
> address the recent Bayer report of an increase in reporting rate of hypersensitivity
> reactions.  The benefit-risk of Trasylol will need to be demonstrated taking into
> account the recent rates of anaphylaxis/hypersensitivity, balanced against a
> defined clinical benefit beyond blood transfusion (i.e. mortality).
> ...(BAY01994642-3)

### d. BAYER PROVIDES FDA WITH IT'S ANALYSIS OF POST MARKETING SPONTANEOUS REPORTS –JULY 2006

220.    In July 2006 there was final sign off of an internal Analysis of Bayer's Aprotinin Spontaneous Data with data lock point March 31, 2006  by Prof. Kuno Sprenger , a Bayer Internist/Nephrologist and Ernst Weidmann, MD, Head, Global Drug Safety (BAY000196017-8033).  According to the slide presentation of Trasylol's "labeled risks" as a Post-Marketing Review of Hypersensitivity Reaction Associated with Trasylol by FDA's S. Liu, Safety Evaluator Team Leader, Division of Drug Risk Evaluation, Office of Surveillance and Epidemiology, CDER, September 21, 2006, FDA was relying on safety data provided from Bayer's Analysis of Aprotinin Spontaneous Data dated July 26, 2006.(see below Non-Bayer discussion of Bayer's ADRs.)

222.    All spontaneous reports included in Bayer's Global Drug Safety Database were examined for aprotinin reported to Bayer as of March 31, 2006.  Bayer elected to divide the data as received at Bayer as either after or before after NDA primary CABG approval (S004) in 1999. Bayer identified 313 reports received before 1999 and 432 reports in 1999 or later through March 31, 2006.  In the post 1999 reports, the majority were from the United States (298), compared to Europe (97 reports) and other areas (28 reports).  Bayer used the break-point of 1999 since that was the time when Bayer began to actively promote aprotinin for primary CABG surgery.  Since Trasylol was originally approved in 1993 as an Orphan drug for CABG, use of 1999 was Bayer's arbitrary choice. Bayer wrote "The year 1999 was considered to be a significant transition period because of the extension of the indication to all primary CABG surgery in US in third quarter in 1998" (BAY00196028).

223.    Prior to 1999, approximately 40% of all spontaneous reports received by Bayer were from North America (Europe 52%, ROW 8%).  After 1999, there was almost a doubling (70%) of reports received by Bayer from within the United States (See data below taken from Bayer's Table 8-1, page 18, to see the change in trend for reporting for USA. BAY00196034).

**Spontaneous Reports in Bayer's Global Database Analysis through 3/31/ 2006**

| Period | FATAL | NON-FATAL | ALL USA | TOTAL WORLD REPORTS |
|--------|-------|-----------|---------|---------------------|
| Pre 1999 | 69 | 53 | 122(39%) | 313 |
| Post 1999 | 108 | 190 | 298(69%) | 432 |
| Post 1993 | 177 | 243 | 420(56%) | 745 |

224.    In contrast to the increase in reporting of spontaneous adverse events (SAE) for the United States in 1999, it was a sales region which accounted less than 50% of the aprotinin numbers of patient exposure since 1993.  This difference was not discussed by Bayer in its analysis of the data.  Also not addressed by Bayer was whether there was a dose related reporting trend between adverse events received for high versus low dose aprotinin).  Comparing Bayer's Table 8-2: titled "Total Number of Spontaneous Reports per year (all regions) annual statistics for patient exposure" (page 20, BAY00196036) with Table 8-27: titled "Number of spontaneous reports with renal dysfunction (incl. acute renal failure) per year, Receipt at Bayer: All-Region: USA" (page 44, BAY00196060) appears to  track the differences in use in patients between the United States versus all other regions.

| YEAR | Pt. Exposure USA | Pt Exposure ALL regions | % USA |
|------|------------------|-------------------------|-------|
| 1994 | 27911 | 152762 | 18% |
| 1995 | 41057 | 172268 | 24% |

| 1996 | 46474 | 186943 | 25% |
|------|-------|--------|-----|
| 1997 | 56883 | 197333 | 29% |
| 1998 | 68116 | 201721 | 34% |
| 1999 | 78287 | 224280 | 35% |
| 2000 | 100876 | 245446 | 41% |
| 2001 | 131090 | 303452 | 43% |
| 2002 | 145316 | 331584 | 44% |
| 2003 | 169381 | 371248 | 46% |
| 2004 | 189223 | 412009 | 46% |
| 2005 | 246425 | 473109 | 52% |
| 3/31/2006 | 35900 | 87744 | 41% |
| TOTAL | 1,336,936 | 3,359,899 | 40% |

225.     According to Bayer's internal analysis, the year 2005 in the United States was a year with increased marketing activities for aprotinin.  There was the initiation of a dedicated sales force for marketing Trasylol to new centers.  This effort resulted in expansion of first time use of aprotinin by new physicians (BAY00196035).    Bayer's analysis on its page 20 shows that for the year 2004 (412,009 patient exposures) there were 27 fatal reports; the year 2005 (473,109 patient exposure) had 46 fatal reports.  For an increase of 1.15  patient exposure, there had was a corresponding increase of 1.7 times  for the reported deaths .(BAY001960036).  According to Table 8 27 (Bay00196060) u the United States during year 2004 there were 4 fatal and 1 non fatal reports.  In the year 2005 Bayer received 6 fatal and 13 non-fatal adverse event reports for Trasylol.

226.     In the European Union, the country with the single greatest number of fatal reports post 1999 was Germany- 25 fatal, 98 non-fatal;  followed by France 16 fatal and 27 non-

fatal; and Great Britain 7 fatal and 29 non-fatal.  For other regions of the world (ROW), Japan

was the primary reporter and it reported 6 fatalities and 33 non fatal reports after 1999.

(BAY00196044-5)

227.    Bayer reviewed its aprotinin reports for hypersensitivity; cardiovascular events;

renal dysfunction; cerebrovascular; and thrombotic thrombocytopenia purpura (TTP) (at the

request of Health Canada).  Reports of hypersensitivity, a listed (expected) risk on the label, were

adjudicated by an independent consultant. (BAY00196032). In NDA Supplement 004, approved

by the FDA in 1998, Bayer had added a new black box warning that had been negotiated with

FDA to help address the life-threatening risk of hypersensitivity and anaphylaxis with aprotinin.

In 2006 Bayer proposed a new RiskMAP strategy to help address the hypersensitivity safety of

aprotinin.

228.    There was also an internal subgroup analysis of 72 US SAE reports received for

renal dysfunction for FDA. The US SAEs of renal reports were reviewed by Bayer for: 1) pre-

existing diabetes,2)  renal dysfunction among patients receiving i. ACE inhibitors, ii.

aminoglycosides or iii. vancomycin.  Bayer's investigation referenced a study by Mercieri, et al.

(1999).[22] (BAY00196063) (However, Bayer did not reference Kincaid (2005) involving ACEI

and aprotinin and effects on the kidney).

229.    Despite Bayer reportedly performing a search of the medical literature and

reference internally to subgroup analysis of patients taking ACE inhibitors, Bayer did not include

---

[22] Mercieri, M, Mercieri, L. et al. High-dose aprotinin with gentamicin-vancomycin antibiotic prophylaxis increases blood concentrations of creatinine and cystatin C in patients undergoing coronary artery bypass grafting *Br J Anaesth* 1999; 82:531-6

a reference to Kincaid (2005).[23]  Bayer documents demonstrate that it was internally aware of the ACE I work by Kincaid before its publication in 2005 and that members of Bayer helped co-author Dr. Royston's published rebuttal in response to Kincaid in 2006.  (BAY01618924; BAY04572774; BAY04563869; BAY04572778; BAY00927958-60; BAY01004235-7; BAY00929819-20).

230.    Bayer created Table 8-28 titled "Analysis of 32 cases of renal dysfunction received between 2004 and 2006".  The table lists 32 adverse drug experience reports received by Bayer, eleven (34%) identified as fatal, and four (13%) "not excluded" from evaluation for causality.  The four "not excluded" renal failure reports for aprotinin were all identified as not fatal.  There were five (16%) reports received in 2004, four (80%) were identified as fatal and all were either excluded or considered not accessible by Bayer.  For the year 2005, there were eighteen (56%) reports received, six fatal (33%), and only one (6%) deemed to be "not excluded" by Bayer.  For the three months of 2006, there were eight (25%) reports, with three (9%) "not excluded" as potentially associated with aprotinin (BAY00196061-3).  Therefore, there is loss of capture or follow-up of the information occurring in the US renal dysfunction reports for Bayer.  There is no information as to actions taken by Bayer to investigate further or address the reports or to obtain additional information. Bayer indicated that for the table, "[c]lear alternative explanations (i.e. massive bleeding, complication of anaphylaxis, MI, DIC or TTP) were present in one of the five cases reported in 2004 and in 12 of the 19 cases reported in 2005 and in 6 of the 8 cases reported in 2006".  (Table 8-28 has 18 reports listed for 2005).

---

[23] Kincaid E, et al. Does the Combination of Aprotinin and Angiotensin-Converting Enzyme Inhibitor Cause Renal Failure After Cardiac Surgery? *Ann Thorac Surg* 2005; 80:1388-93

231.     According to Bayer, its table 8-28 indicates by use of gray shading, event reports with alternative explanations for the 19 (60%) of 32 reports.  Those alternative explanations for six (32%) of the 19 include: poorly reported X2, unreliable documentation, same center as a previous patient X3.

232.     Karkouti, et al.[24] concluded that use of aprotinin may be associated with worsening renal function in patients with existing renal dysfunction.  Elevated preoperative serum creatinine was associated with a 2.3 fold increase in the risk of these complications.[25]

232.     Bayer's Table 8-27 "Number of spontaneous reports with renal dysfunction (incl. acute renal failure per year) Receipt at Bayer: All-Region: USA" shows that from 1994 through March 2006, for 72 US renal dysfunction reports, 22 (31%) were fatal, (six (8%) reported in year 2005, four (5%) in year 2004 and three (4%) in year 1994). The greatest number of renal reports were received in year 2005, 19 (26%) with a patient exposure of 246425 and 1995, 10 (14%) with a patient exposure of only 41057, with only 16% the patient exposure of year 2005. Bayer indicated that it calculated in its Appendix 13 the reporting rate for renal dysfunction in year 2005 as 7.7 cases per 100,000 exposed patients with a 95% CI (4.6;12.0) (BAY00196059-60). In 2006 the reporting rate calculated by Bayer for reporting of renal dysfunction with aprotinin was 22.3 (95% CL 9.6; 43.9) based only on three months data (BAY00196060).

233.     The SAE reports of renal dysfunction with aprotinin spans both Bayer's' arbitrary pre and post 1999 time periods, consistent with a true drug effect from aprotinin on renal

---

[24] Karkouti K, et al. A propensity score case-control comparison of aprotinin and tranexamic acid in high-transfusion-risk cardiac surgery. *Transfusion* 2006; 46:327-38.

[25] Mangano CM, et al. Renal dysfunction after myocardial revascularization risk factors, adverse outcomes and hospital resource utilization. *Annal Intern Med*. 1998; 128:194-208.

function and not just associated with increased marketing from 2004 to 2005. Unlike immediate association of aprotinin with episodes of hypersensitivity and anaphylaxis in an operating room or ICU, there is less likelihood that physicians will associate occurrence of renal dysfunction with a drug given during surgery. Aprotinin for surgical patients may have a latency and the renal failure occurs after the immediate post-operative periods. Aprotinin will be viewed by physicians as only one of many drugs administered to a surgical or bleeding patient. Without information about a risk of renal failure, reporting will be even further reduced. Therefore, as not fully discussed by Bayer's analysis, SAE reports of renal failure associated with aprotinin in this patient population will be under-reported by physicians. This increases the responsibility for Bayer to test and monitor the safety of Trasylol and adequately update physicians about the potential risk.

234.    Bayer's July 2006 "Conclusion Concerning Cardiovascular, Cerebrovascular, Renal Events, and TTP":

> This analysis shows that renal events accounted for 11% of all spontaneous adverse events reported for aprotinin. Cardiovascular and cerebrovascular events (3-9%) and TTP were encountered less commonly.

> Cardiovascular events accounted for 19% of fatal cases followed by renal events with 10% and cerebrovascular events with 5% of fatal cases.

> The proportions of events of renal dysfunction and acute renal failure were slightly higher among subgroups with pre-existing diabetes, renal dysfunction and among those receiving co-prescribed ACE inhibitors, aminoglycosides or vancomycin, than the proportions for all sub-groups combined.

> There is no evidence from the available data to indicate the aprotinin is causally associated with TTP.

> The higher occurrence of events of special interest in the US in 2005 may have been precipitated by increased marketing activities introduction of a dedicated sales force in the US which resulted in new centers using aprotinin for the first

time.  Interestingly, no differences in occurrence of events of special interest were found in the interval before and after 1999. (BAY00196066-7)

235.    Renal events accounted for the highest number of spontaneous reports, primarily from the US data.  Renal events had occurred more frequently than cardiac events before 1999 in patients undergoing cardiac surgery. Bayer attributed greater reporting in the United States to increase sales, yet there was no difference before or after 1999.  Bayer's Overall Conclusion (underlining added for emphasis):

> In total 167 of 745 reports (22%) received for aprotinin within the defined interval involved patients with cardiac events, renal dysfunction, cerebrovascular events and/or thrombotic thrombocytopenic purpura (TTP).  The highest proportion of reports with events of special interest originated from the US which was probably related to higher patient exposure in this region compared with Europe and ROW.

> Renal events (11%) accounted for a higher proportion of spontaneous events than cardiovascular events (9%), cerebrovascular events (3%) and TTP (2%)…of the fatal cases, cardiovascular events were reported in 19%, renal events were reported in 10%, and cerebrovascular events were reported in 5%.  Interestingly, no differences in occurrence of these events of special interest were found in the interval before and after 1999 and reporting rates appeared to be unrelated to the type of surgery the patients were undergoing.

> Subgroup analysis of cases with renal events was undertaken focusing data from 72 spontaneous reports originating in the US.  An insufficient number of cases were available from Europe and ROW….

### e.  BAYER'S INTERNAL RE-REVIEW OF RECOMBINANT APROTININ PRECLINICAL STUDIES

236.    Internally, a Bayer Strategy Team Recommendation regarding ongoing Canada-BART and  risk of Bovine Spongiform Encephalopathy (BSE)  was the short-term option for Bayer of  marketing a recombinant aprotinin (Trasylol successor BAY 19-8757) (Harrison, Exhibit 5; BAY02384721-44).  According to the Team presentation, recombinant had no added

value over Trasylol but was a low risk strategy for a positive outcome for Bart; an insurance policy in case of BSE outbreaks (BAY02384729). According to Summary of Non-clinical Safety Information (BAY00205159-178) aprotinin provided to FDA it was used in a series of non-clinical safety studies to compare performance to investigational recombinant aprotinin (Bayer internal code: BAY 79-4709). The testing for recombinant aprotinin was provided to FDA along with the control (aprotinin approved) data). FDA had requested that Bayer re-examine its recombinant data to look for additional information about the performance of approved aprotinin. Approved bovine aprotinin is (Bayer internal code: BAY A 0128), which is a small protein containing 58 amino acids prepared from cow lung.

237. In many of the reported studies conducted to assess non-clinical safety, aprotinin had produced some effect on the renal parameters, especially after subacute and subchronic repeated-dose administration. However, just as with the original NDA, FDA was told that the changes were "reversible". Bayer's conclusion after the review of the recombinant data was that the subsequent findings for approved aprotinin did not warrant updating the pre-clinical information for the approved original bovine lung aprotinin NDA (Bay00205161).

238. In Bayer's Section 1.2.8 titled "Repeated Dose Toxicity Study in Dogs" there were new issues identified about differences in efficacy and safety for new recombinant aprotinin and Bayer's already approved aprotinin (BAY A 0128). Five groups of beagle dogs received 4 weeks of daily 3 hour intravenous infusion of aprotinin and then were given a four week recovery period. Group 5 dogs received a total of 360,000 KIU Bay A 0128/kg/day (high dose) approved aprotinin. It was to be equivalent to Group 4 dogs that received high dose

investigational recombinant aprotinin.  Group 1 included a non-treatment placebo of saline infusion.

239.    At necropsy, renal changes were seen to <u>continue to persist</u> (i.e. had not reversed) in the Group 5 dogs given high dose BAY A 0128 that persisted after the four week recovery period.  Therefore, the kidney changes in the <u>high dose</u> group dogs, though called mild, with aprotinin persisted and did not completely reverse as had been indicated to FDA (underlining for emphasis):

>An increase in kidney weights was observed both in main and recovery group animals.  In addition, a decrease in thymus weight was observed.  Macroscopic findings consisted of tan discoloration of the kidneys persisting during the 4-week recovery period.  Microscopic findings consisted of protein storage nephrosis which led to single tubular cell necrosis, coexisting with chronic interstitial inflammation and interstitial fibrosis.  These lesions, at a minor severity grade, <u>were also observed after a 4-week off-dose period</u>.
>
>Toxicokinetic evaluation revealed a Cmax of 1,136 KIU/mL and an AUC (0-24hr) of 10,503 KIU•h/mL at 360.000 KIU/kg/day BAY A 0128.
>
><u>Accumulation was observed during four weeks but not after two weeks of treatment</u> (BAY00205176).

### f.   BAYER'S REASSESSMENT FOR FDA OF TRASYLOL'S CURRENT BENEFIT VERSUS RISK

240.    Bayer created its own Assessment Report for Trasylol (BAY00205268-98).  It also provided a summary of the data supporting the initial approval of Trasylol.  Bayer concluded that experimental and clinical data clearly supported the unique dose-dependent mechanism of action of aprotinin and identified a spectrum of clinical benefits (reduction of post-operative bleeding, the requirements for red cell or platelet transfusions and the need for re-

operation due to diffuse bleeding) that may be afforded to patients for CABG surgery.  In terms of risk analysis, with adequate heparinization, aprotinin did not appear associated with an increased risk of cardiovascular events (myocardial infarction, congestive heart failure, graft closure,) in the overall population of patients undergoing CABG.

241.    The report for FDA includes Bayer's support for a lack of cardiac risk with aprotinin (BAY00205274):

> The increased risk of MI or CHF reported in observational retrospective study by Mangano in primary CABG surgery is not consistent with the Bayer clinical trial data or meta-analysis of studies in the literature.  Reviews of randomized clinical trials by Sedrakyan and the Cochrane Collaboration supported by the Karkouti study do not suggest an increased risk of myocardial infarction with aprotinin, graft closure and CHF were not addressed in these reviews.

242.    Regarding the lack of risk for renal events with aprotinin, Bayer concluded as it had with its prior submissions to FDA (BAY00205275-6) (underlining for emphasis):

> Based on the evaluation in the Global Spontaneous Database of the incidences for any event in the renal failure Standard MedDRA Query (SMQ) and renal dysfunction SMQ, aprotinin was not associated with statistically significant increases in the risk of renal failure or renal dysfunction in the overall, primary or repeat CABG populations.  However, aprotinin was found to be associated with a statistically significant increase in elevation in serum creatinine greater to >0.5mg/dL relative to placebo in the total population of CABG patients and in patients undergoing primary CABG.  In the repeat CABG population the occurrence of serum creatinine elevations >0.5mg/dL and >2.0mg/dL above baseline was numerically but not statistically higher with aprotinin than with placebo.  However, there was no difference in the requirements for dialysis between the aprotinin group and placebo group.
>
> The findings of Mangano et al with respect to renal dysfunction or renal failure was also not substantiated by the Bayer international clinical trial database or by other published literature.  It is likely that residual confounding factors and selection biases have compromised the results of Mangano study.

243.     Bayer's support for a lack of increased risk of mortality with aprotinin

(BAY00205276) (underlining for emphasis):

> Based on Bayer's controlled clinical trial database and on published data aprotinin is <u>not associated with an increased risk</u> of mortality relative to placebo nor it is associated with an increased risk of mortality relative to tranexamic acid in published data.

244.     Bayer's Risk- Benefit conclusion for aprotinin and the acceptable number of lives

saved at CABG versus lives lost due to hypersensitivity according to Bayer models (underlining

for emphasis):

> In general, <u>data from Bayer clinical trials were not collected to determine long-term outcomes and therefore a modeling approach was used</u> to determine the potential long-term benefit of using Trasylol.  This approach depends on the premise that stroke, re-operations and transfusions (RBC's and platelets) are associated with an increased risk of mortality and that aprotinin has been shown to reduce the incidence of these events.  Using this modeling approach, <u>the benefit of aprotinin is estimated to be up to 16.6</u>(95% confidence interval 9.8 to 23.8) <u>lives saved per 1000 patients undergoing CABG.  This benefit outweighs the mortality risk due to hypersensitivity to aprotinin which is currently estimated at 0.102 per 1000 treatment episodes.</u>  It must be acknowledged that this estimate of number of lives saved will be sensitive to assumptions on the level of mortality attributable to the events considered and to model assumptions of independent/additive risks.

> The evaluation of the data presented in this review shows that aprotinin when used in accordance with prescribing information clearly has a positive benefit-risk in clinical practice. (BAY00205277).

### g.   FDA's CARDIOVASCULAR AND RENAL DRUGS ADVISORY COMMITTEE TRASYLOL SAFETY UPDATE- SEPTEMBER 21, 2006

245.     FDA's slide indicated that the purpose of the meeting was to obtain perspective

and advice for FDA to consider during its completion of its review of the published data;

spontaneous post-marketing reports; the sponsor's cumulative clinical data submissions.  FDA

was also holding the meeting to obtain advice regarding possible future regulatory actions.  In

the Agency's considerations was the published data as well as a discussion of "off-label" use of aprotinin. Both the *NEJM* and *Transfusion* publications had raised the issue of increased risk for certain patients including renal failure, myocardial infarction, heart failure, stroke and encephalopathy. In terms of the label events for hypersensitivity, there were now "unlabeled" risks for kidney and heart. These were safety concerns that were not described in the product label. The new findings came from observational studies. There were safety concerns about hypersensitivity described in the product label that had a new summary from the sponsor's database and the FDA's AER system.

246.    In 2006 FDA's Division of Drug Risk Evaluation, Office of Surveillance and Epidemiology gave its presentation about Trasylol's current label and data obtained from its placebo- controlled US clinical studies (2002 Trasylol-treated patients, 1084 placebo-treated patients). The agency's information came from Bayer's NDA and the label's section Adverse Reactions (FDA slide #18):

> Myocardial infarction
> - No difference in rates (6% in both groups)
>
> Renal: serum creatinine alterations
> - No increase in renal dysfunction (3% in Trasylol and 2% in placebo, respectively)
>
> Graft patency
> - One study: higher graft closure rate

247.    FDA continued: "NEW DEVELOPMENTS": Sponsor NDA submissions and proposals (FDA slide #21):

> -Cumulative clinical study findings show increased risk for renal dysfunction

-Proposed modifications to the label

-Other plans

248.    FDA's Division of Drug Risk Evaluation next presented its own review of serious

adverse event (SAEs) reports received in its database for Trasylol hypersensitivity and

anaphylaxis. Because of the life-threatening nature and immediacy of hypersensitivity,

anaphylaxis and anaphylactoid-like reactions as well as death, those types of SAEs are more

likely to be reported to FDA.  More latent SAEs such as associated with post-operative MI and

renal failure in complex surgical patients are less likely to be attributed to one of many drugs

given during surgery by a health care provider, particularly when the risk is not specifically

addressed in a drug label and therefore, less likely to be received by FDA in its database.


249.    FDA's presentation of a discussion of hypersensitivity and anaphylaxis reports

was followed by a discussion of Bayer's Proposed Risk Minimalization Action Plan (RiskMAP)

to address the risk of hypersensitivity.  The RiskMAP was a shared requirement with the

European Union (EU) for Bayer.  Bayer's RiskMAP proposal also included its recommendation

to use Bayer Diagnostic's investigational new "Aprotinin IgG Assay".


### h.    BAYER'S INTERNAL PLAN TO OBTAIN A NEGATIVE STATEMENT AGAINST MANGANO'S FINDINGS FROM FDA

250.    S. Zaruby emailed M. Rozycki and others inside Bayer on September 25, 2006

(underlining added for emphasis):


On the back of last weeks' outcome, I know that follow-up meeting with the FDA have not yet been scheduled, but I would like to inject a point for consideration. Already there is a corporate-wide expectation of very rapid market turn around….is there an option to develop some sort of statement, ideally issued by the FDA, refuting the points from the NEJM article that stimulated the postings

and mailing in February?...I think that <u>we as a sponsor should be entitled to this</u>.
(BAY05709991-2)

### i.   BAYER'S UPDATE  TO FDA AFTER THE ADVISORY PANEL MEETING ABOUT HAVING CONDUCTED THE i3 DRUG SAFETY STUDY

251.   Bayer's Trasylol update about the lack of disclosure to FDA the i3 study for

aprotinin signed by S. Zaruby, VP, Global Head, Trasylol Business Unit:

> Dear Colleagues:
>
> On Friday, September 29, Bayer acknowledged that it mistakenly did not inform the U.S. Food and drug Administration about a retrospective study commissioned by the company to analyze the effects of aprotinin, aminocaproic acid and tranexamic acid in patients undergoing coronary artery bypass graft (CABG) surgery.  This data was not shared immediately with the agency because it was preliminary in nature and raised significant questions on the study population, outcomes and methodology.(BAY04093021-2)

252.   Bayer also sent out a confidential Questions and Answers document for

answering questions regarding Bayer's failure to provide FDA with the i3 Drug Study as well as

the information to be conveyed regarding the contents of the study (BAY04093028-30).

### j.   FDA ASKS OF BAYER "ARE THERE ANY ADDITIONAL STUDIES BAYER HAS NOT GIVEN TO FDA?"

253.   Bayer submitted the 13 Aprotinin report to FDA on September 27, 2006 (a

Wednesday).  According to a November 9, 2006 email sent from M. Rozycki, Director of

Regulatory Affairs, BHC  to Ms. T. Brown, FDA, titled "Trasylol (NDA 20-304) Response to

Action item from October 11, Teleconference" he was sending her an advanced copy of a

submission that would be sent on November 10, 2006 to the Trasylol NDA (BAY00323004-8)

and addressed to Dr. George mills, Director, Division of Medical Imaging and Hematology

Products, FDA from Dr. Rozycki (underlining added for emphasis):

Please refer to the submission by Bayer Pharmaceuticals Corporation ("Bayer") on September 27, 2006, of the report entitled "Mortality and Cardiovascular and Renal Outcomes in Recipients of Aprotinin, Aminocaproic Acid and Tranexaminic Acid during CABG Surgery- Report on Computerized Inpatient Data from the Premier Perspective Comparative Database" which was prepared by i3 Drug Safety.

Please refer also to the October 11, 2006 teleconference that took place between the FDA and Bayer.  During this teleconference, Bayer agreed to an action item to ask its Global Medical Directors to determine whether there are any additional studies pertaining to the use of Trasylol in CABG that Bayer would like to bring to the attention of the FDA.  With this letter, Bayer is providing a response to this action item.

To address this action item, Bayer reviewed its global database of planned, ongoing, and completed clinical trials, including those in Bayer's INTRIALS system, which tracked studies that were planned or completed up to 1997, and its IMPACT system, which tracked studies after 1997.  In addition, when a study is completed, the data from the study is transferred to the Global Integrated Analysis Database (GIAD), so its database was reviewed as well.

Upon review of the INTRIALS, IMPACT AND GIAD databases, a total of 80 trials were identified as having been conducted by Bayer in aprotinin open-heart surgery (OHS) and having enrolled patients.  An additional post-marketing surveillance observational study (PMOS) conducted by Bayer in Germany (Study AWB), and additional US compassionate-use study (Study U92-001) were also identified, and an additional study (320) was identified that may have been conducted in Brazil.  Therefore, in total, 83 trials in open-heart surgery have been identified as having been conducted by Bayer.  Attachment 1 includes a listing of these trials.  This list has been reviewed by all country medical directors at Bayer, and to the best of Bayer's ability to ascertain, the list appears to be complete.  Nevertheless, for some of these studies, specific information still needs to be verified.  Of these 82 studies, all prospective, randomized, double-blind, placebo-controlled trials that employ full-does aprotinin in CABG surgery that were included in the global database as of 31 Jan 2006 (45 studies in total) were analyzed for the Interim Integrated Summary of Safety that was submitted to the subject NDA on April 19, 2006 and the Final Integrated Summary of Safety that was submitted tot eh subject NDA on July 28, 2006....

In addition to its database review described above, Bayer has also asked its local affiliates to identify any investigator-initiated studies that were sponsored by Bayer in the past 5 years.  For these studies, Bayer does not own the data, and hence, these studies cannot be included in the global data pool (GIAD).  A list of 20 studies of this nature has been identified to date (15 in the US and 5 ex-US), and this list is included as Attachment 2.

Bayer will submit information on the results of these investigator-initiated studies, where it is available, in future submissions. However, Bayer is including a study report for one such study, a health-economics outcomes-research study conducted at St. George's Hospital in London, England, in the current submission in Attachment 3. This report summarizes the analysis of the records of 1014 patients undergoing cardiac surgery at the hospital between April 2001 and March 2002 as supplied to Richardson Research in September 2002. The study was undertaken to test whether aprotinin would reduce the amount of blood products used and whether it might also reduce stays both in the ICU and overall. However, Bayer's data comparisons found that the use of aprotinin appeared to be associated with longer stays, with increased use of blood products and higher mortality. Although the study report concludes that the presence of confounding factors rendered the interpretation of study data to be problematic, Bayer is submitting the report at this time for FDA review (BAY00323005-7; BHCAG01830606-8; Rozycki Exhibit 14).

254. Bayer's Attachment 2, Version 0.3, November 9, 2006 Table: Investigator Initiated Studies 2001 to 2006", on page 2 included an entry category 2002-024 for a study by D. Kress and M. Stone, US, titled "Does Trasylol (aprotinin) reduce the incidence of atrial fibrillation after CABG?" (chart review), 1722 patients completed.[26] This entry is then followed by a study listed as T. Treasure, UK, titled "An investigation into the effect of aprotinin of usage of blood products and lengths of stay at St. George's hospital in London", 1874 patients, completed[27] (BHCAG01830629). The study that was provided to FDA in its November 2006 submission was the T. Treasure, St. George study. Bayer did not provide FDA with Bayer's unpublished draft D. Kress and M. Stone study. Bayer's list for FDA does not include reference to the Kincaid (2005) ACEI –aprotinin renal failure article.

255. Dr. Rozycki testified that in 2009 he was unable to state whether or not FDA had ever received the 2003 draft Bayer study of D. Kress and M. Stone. He indicated that the

---

[26] Kress Study- BAY05426839-46; BHCAG0183065-75

[27] St. George Study-BAY01736088-32

November 10, 2006 Bayer response was not that these studies had not been submitted to FDA, but that these were studies Bayer was aware of (Rozycki, 2/9/09, p. 147-8, L. 13-17). He continued to testify regarding Kress (2003) Draft #7 and whether it was ever provided to FDA:

> …And I'm not in a position here to assess the scientific merit and determine whether the results are of a significance that the FDA would—would want to take any sort of action on it or not.
>
> I can't speculate on what Bayer was concerned about before I started with the company. What I can say is that we did—after we made the FDA, after we provided this list to the FDA in November of 2006, the FDA did not come back to us and ask us any specific questions about the study even though at that time we were involved in labeling negotiations with them.
>
> So if the—my—so what I can say is that the FDA was not concerned about anything in this submission that was of a—of a significance that impacted the discussions that we were having with them on labeling of Trasylol at that time.
>
> What I can say for sure without speculation is that on November 10, we reminded the FDA of studies that we had submitted, and we provided them information on all our studies that we were aware of, and if the FDA had concerns about the studies that there were not familiar with, they had the opportunity to ask us for follow-up information…
>
> …at this point in time I cannot tell you whether we had, in fact, sent the study to the FDA already. If the study had been---if the report had been sent at a previous date, it would not have been appropriate to resend the study report. Secondarily, the purpose of the submission was not necessarily to provide study reports, because this was a submission that was put together in a very short period of time to answer a very specific question of the FDA's, which was to make us aware if there were any other studies that we-re not aware of. It was certainly not the expectation on our side or FDA's that we would be sending them necessarily complete study reports for everything in the submission…
>
> I t was my job to make sure that the FDA's query was answered…What we did in answering the question was to provide them a list of all the studies we were aware of. (Rosycki, 2/9/09, pp151-156)

256.    Dr. Rozycki testified in 2009 as to Bayer's rationale for including the St. George Hospital study in Bayer's November 2006 submission to FDA:

> The Saint George Hospital study was a study which we knew we had a report for that we had good reason to believe had not been submitted to the FDA previously, and that was why we submitted it at this time. (Rozycki, 2/5/09, p 157, L. 3-8)

257.    When Dr. Rozycki was asked whether he had provided the FDA or the FDA's Advisory Committee with a summary of i3, the Kress study or the Saint George Hospital Study, he responded: I didn't provide reports for those studies, no" (Rozycki, 2/5/09, p. 168, L. 18-20).

### k.  BAYER PROVIDES FDA A CHRONOLOGY OF SUBMISSIONS, CONTACTS AND ACTION PLANS

258.    Bayer provided FDA with an update to its chronology for submission of the i3 Drug Study for Aprotinin.  This continued the timeline first submitted to FDA on September 28, 2006 and subsequently updated October 6, 16, 20 and 30, 2006 (BAY00322343-58).  According to Bayer's chronology, Dr. Alex Walker, i3, was first contacted on February 1, 2006 by Bayer to discuss the Mangano, et al. study and the possibility of i3 conducting a pharmacoepidemiological study for Bayer.  On June 1, 2006, Bayer gave its final approval for Dr. Walker to proceed with the i3 study.  On June 2, 2006, Professor Sprenger reminded Dr. Walker that timelines would be shortened for the announced deadline of the Advisory Committee meeting.  On June 12, 2006 the tentative target date for completion of the i3 study was September 16, 2006.  On June 13, 2006, there was a discussion of the i3 study at the internal Payer Steering Committee with the i3 contract signed over June 19 and 22, 2006.

259.    There had been no mention of the pending i3 study at a June 28, 2006 teleconference with FDA to discuss the upcoming Advisory Meeting. On July 13, 2006 there was a Bayer request for Dr. Walker to consider presenting the i3 results at the FDA's Advisory Committee meeting.

260.    On July 17, 2006 the chronology continues that there was a meeting between FDA and Bayer to discuss the safety and efficacy information for aprotinin that had been submitted to FDA since January 2006 and to discuss the upcoming Advisory meeting.  A follow-up teleconference occurred on July 21, 2006.  On September 18, Bayer sent a list of 18 questions and criticisms for consideration by Dr. Walker, asking when a modified draft report would be available.  On September 21, 2006 the answers to Bayer's questions were received from Dr. Seeger.

261.    On September 27, 2006, an email from Dr. Walker sent to Dr. Weidmann requests Bayer submit the preliminary report to FDA by September 28.  Dr. Walker indicated to Bayer his intention to personally hold a teleconference with FDA on September 29 to discuss the study and his findings.  A telephone discussion then occurred between Ms. Brown of FDA and Dr. Rozycki, Bayer.  During that call, Dr. Rozycki informed Ms. Brown that Bayer had received the results of its i3 study and he would fax the report and supporting materials to her later in the day.  This was followed with a telephone discussion held between members of FDA and Dr. Rozycki regarding the epidemiology data Bayer had received from i3.

262.    The fax of the i3 transmission was followed by Bayer's own formal submission of the written i3 study report, proposal and Q&A document to its NDA 20-304.  A September 28, 2006 telephone conference was held between FDA and Bayer, with FDA requesting to receive a timeline of events pertaining to the receipt of the i3 study.  The timeline (chronology) was initially faxed to FDA and then officially submitted as hardcopy to the NDA.  On October 3, 2006, a teleconference was held between FDA and Bayer regarding additional steps to be taken

to develop an anti-aprotinin IgG assay. Involvement was obtained from FDA's CDRH with Guidance about a pre-IDE submission on October 6, 2006.

263. An October 11, 2006 teleconference was held between FDA and Bayer to discuss Bayer's submission of German Post Marketing Surveillance Study T0201DE- Trasylol in Coronary Artery Bypass Graft Surgery. FDA was also invited to participate in an October 18 on-line meeting to be held between Bayer and Dr. Walker (Webex meeting). There was an October 13 email with a Bayer Press Release, followed by an October 16, 2006 telephone conference between FDA and Bayer to update FDA on Bayer's discussion with Senator Grassley's office on October 12, 2006. Bayer provided FDA with an updated chronology of FDA-Bayer interactions and action items.

264. Regarding informing FDA about "off-label" use with aprotinin, at an October 2, 2006 telephone conference held between Ms. Brown and Dr. Rozycki, Bayer agreed to provide FDA with information regarding the off-label uses of Trasylol. Bayer was to give FDA relative proportions of use for non-CABG surgeries. This information was provided to FDA on October 6, 2006. Bayer at an October 11 teleconference with FDA was requested by the agency to inquire of Bayer's Global Medical Directors whether there were any additional studies pertaining to use of Trasylol in CABG surgery that needed to be reported to FDA.

265. By November 11, 2006 Bayer was to submit a NDA label supplement that incorporated FDA's requested new label changes for Trasylol. Bayer was also to be prepared to issue a Dear Healthcare Provider letter no later than seven days after FDA's approval of the labeling supplement informing physicians of the new changes to the label. Bayer was to provide

FDA with a timeline for its proposed submission for this labeling supplement (BAY00322343-58).

### l.   BAYER'S PACKAGE TO FDA REGARDING I3'S RESPONSES

266.    Using an online Webex meeting i3 presented it data to Bayer and FDA on October 18, 2006.  There was an i3 subset analysis of all patient outcomes that had been treated by surgeons who had used aprotinin in at least during 50 CABG surgeries in the study period. Using conditional logistic regression (conditioning on surgeon) in surgeons with $\geq$50, CABG N=55,126 the RR for the selected conditions:  acute coronary revascularization (RR=1.30 95% CI 0.77-2.19); acute heart failure (RR=1.51; 95% CI 1.38-1.64); stroke (RR= 1.11 95% CI 0.91-1.35); renal failure requiring dialysis (RR= 2.04 95% CI 1.74-2.38); death (RR =2.12, 95% CI 1.82-2.47)(BAY00323116). FDA also received the revised i3 protocol of November 16, 2006 (BAY00323118-33).

### m.  BAYER AND A FOLLOW-UP  I3 MEETING

267.    According to the November 29, 2006 meeting minutes, Bayer, i3 and Premier met to discuss the feasibility of performing a retrospective patient medical record review.  The meeting was also to discuss the first five "Questions from the FDA" regarding the PREMIER database.  That discussion was followed by 26 questions to Premier from Bayer about its database (BAY00328431-40).

268.    FDA was provided with a series of emails regarding a revised draft i3 protocol. (BAY00328441).  This was followed by a December 2, 2006 Revised Study Protocol Analysis Plan (BAY00328443-66).  There was a January 15, 2007 email provided to FDA sent to Alec Walker from Paul MacCarthy, Bayer regarding Bayer's having sent i3's revised analysis plan on

to FDA's Division of Medical Imaging and Hematology.  Dr. Walker was thanked for his

November 17 responses to <u>FDA's original questions dated October 23, 2006 and requested to

respond to</u> several additional FDA questions.

269.    The i3 December 2006 Revised Aprotinin Protocol Analysis Plan's Background

(underlining added for emphasis) had:

> Aprotinin (Trasylol), is effective in reducing blood loss and preserving platelet
> function when administered during cardiac surgery.  There is little data on the
> cardiovascular and renal safety of aprotinin compared with alternative drugs for
> mitigating surgical bleeding including aminocaproic acid (Amicar) and
> tranexamic acid (Cyklokapron).  A recent international multi-center study of
> 4,374 patients undergoing CABG surgery found a higher occurrence of adverse
> cardiovascular and renal outcomes among persons receiving aprotinin relative to
> aminocaproic acid or tranexamic acid.  A single center study of 449 patients
> undergoing CABG surgery in Canada comparing aprotinin use with tranexamic
> acid found <u>no meaningful difference in the risk of myocardial infarction but an
> increased risk of renal dysfunction</u>.  Despite these findings, and <u>FDA Advisory
> Committee recently voted 18 to 0 that aprotinin had "…acceptable safety…among
> certain CABG patients."</u> (BAY00328444)

### 9)    BAYER AND TRASYLOL SAFETY

#### a.  A SEPTEMBER 29, 1997 BAYER CONTACT WITH FDA HAD FDA SUGGEST THAT BAYER COULD BE UNDER REPORTING RISK OF THROMBOSIS IN ITS PRODUCT INSERT

270.    Bayer's Lee Scaros recorded an interaction with Ms. Juliann DeBeau, CDER,

FDA:

> I stated that during our last conversation she made a very informal comment
> suggesting that some staff members of the Division believe that Bayer is under
> reporting adverse events.  I stated that since we have safeguards to prevent under
> reporting or adverse events, could she expand on her comment.  Ms. DeBeau

stated that she could not.  She indicated that a third-party had complained that Bayer was under reporting the incidence of thrombosis in the package insert. Because the Division received a complaint, they are obligated to investigate and issue a response. (BAY00225298).

## b. ITALIAN HEALTH MINISTRY SUSPENDS SALES OF TRASYLOL

271.    According to a Bayer draft #1 3-23-98 Trasylol Myocardial Stand-By Statement

for internal review, the Italian Health Ministry suspended marketing authorization of Trasylol in

Italy in 1998 as a precautionary measure due to safety concerns.  The safety concerns came from

the results of two clinical trials published in *Scrip* which had suggested to the Italian Ministry

that Trasylol caused higher deaths as well as myocardial infarctions than reported in placebo

patients undergoing open heart surgery.   Both clinical trials had been conducted by Bayer and

one in Canada.  Both studies were reported by Bayer as submitted to FDA within its NDA.  The

Bayer Canadian study  had intended to enroll patients for repeat CABG or re-do valve

replacement, however, according to Bayer there was an imbalance in patient assignment and

more patients were assigned to the aprotinin arm with more severe health conditions than the

placebo (i.e. previous history of angina and myocardial infarction).

272.    The other study was a multicenter study for the indication of primary CABG.

One center had shown an increased rate of graft closures for aprotinin.  It was determined that

the center had actually deviated from the protocol and that it had used a "non-standardized

method for graft preservation" (BAY04750228-9).

273.    The removal of Trasylol from the market by the Italian Health Ministry in 1998

was not discussed by FDA in any of its released documents or alerts concerning Trasylol as late

as 2006 and 2007.  There is no support that FDA was ever adequately advised of the Italian

action or that it was informed it was based on safety concerns for Trasylol in 1998. There is no

support that FDA was made aware that there had been any action taken by any government in

1998 to remove Trasylol from the market based on safety concerns.

274.    Catherin Bentler sent a Bayer internal email to Stanley Horton and David

Hyman, titled February 16 *Scrip* Article-Trasylol:

> There was another reason behind the Italian decision to suspend products containing aprotinin other than the fact that it contains the newly-defined specified risk material, bovine lung. The results of trials which came to light last year show that the product caused higher mortality and myocardial infarction than placebo in open heart surgery.
>
> In January, the Dutch and Swedish authorities issued pharmacovigilance warnings about aprotinin, based on the results of three clinical trials. Two of these related to the use of aprotinin in open-heart surgery for valve replacement or coronary artery bypass graft (CABG), while the other was a retrospective analysis of anaphylactic reactions after the use of aprotinin in open heart surgery.
>
> In the Netherlands, a "rapid alert" was issued in January this year saying that the two cardiac studies showed there was a "likely" causal relationship between the pharmacodynamic properties of aprotinin, haemostasis and the increased frequency of graft occlusion, and consequently MI and mortality.
>
> The Dutch Medicines Evaluation Board noted that the results of one of the cardiac studies-conducted by Eric Jamieson of the Vancouver General Hospital in Canada- were not reported by Bayer until September last year, even though it was completed in 1992 and the study report was dated 1994. "In view of the seriousness of this omission," it says it has demanded an "adequate explanation" from Bayer. It also said that the company's proposed amendments to the SPC were inadequate, that the indications of aprotinin should be restricted to primary hyperfibrinolytic bleeding, and that the matter should be referred to the EMEA before any action is taken.
>
> In the company's view, this trial did not change the international risk-benefit profile of the product, so there was no reason to report it, it said. The study was notified to the US FDA in the company's 1995 annual report…In fact, the "final final " report on the study was not ready until 1996 because of "personnel changes locally and in Canada." In Europe, the trial was voluntarily included in the periodic safety update- "we are not hiding the study", Bayer said. It also noted

that the <u>FDA had recently granted the additional indication of primary CABG, showing that it does not have any problem with aprotinin</u>.(BAY03194658-60).

### c.   REPORT OF A RISK OF ACCUMULATION OF HIGH DOSE APROTININ IN KIDNEY WITH COADMINISTRATION OF ANTIBIOTIC PROPHYLAXIS DURING CABG

275.   In the medical literature, Mercieri (1999)[28], et al. published an investigation of the combination effects of aprotinin and gentamicin-vancomycin (aminoglycosides), a routine antibiotic prophylaxis, when used for treatment of CABG patients.  Both aprotinin and the antibiotics selected were dependent on excretion by the kidneys for removal from the body. FDA was aware of the risk of co-adminsitration of aprotinin and aminoglycoside antibiotics before NDA approval.   The authors used measurement of serum creatinine and cystatin C, a new marker of GFR that was thought to be more sensitive than traditional serum creatinine to assess GFR.  The authors indicated that information in the medical literature about the effects of aprotinin on the kidney had been contradictory.

276.   The authors conducted a study using 100 patients, aged 50-75 years, undergoing elective CABG in a prospective, randomized study.  Data was collected for 84 patients.  There was a significant difference measured in urine output between patients receiving aprotinin only when compared to not receiving aprotinin (P=0.047).  The high-dose aprotinin- only group did not appear to affect postoperative renal function in patients undergoing aortocoronary bypass. However, the group treated with aprotinin together with vancomycin-gentamicin prophylaxis

---

[28] Mercieri, M, Mercieri, L. et al. High-dose aprotinin with gentamicin-vancomycin antibiotic prophylaxis increases blood concentrations of creatinine and cystatin C in patients undergoing coronary artery bypass grafting *Br J Anaesth* 1999; 82:531-6

showed a statistically significant increase in serum cystatin C on day 5 after operation (P<0.05) and in serum creatinine on day 6 (P<0.05).

277.    The delay in the increase in serum markers for GFR, as had been seen in Bayer's preclinical kidney studies in dogs, was thought consistent with aprotinin accumulation within kidneys and a subsequent slow clearance of aprotinin from the proximal tubules (5-6 days).  The toxic kidney effect was compounded by a delay in clearance caused by nephrotoxic effects produced by use of gentamicin (7-10 days).  The authors also cited Lemmer(1996)[29] and a study which consisted of 216 patients undergoing aortocoronary bypass.  Lemmer had found a small increase in serum creatinine levels with reduced renal function on postoperative day 7 in patients that had received aprotinin. Mercieri wrote regarding the combination use of aprotinin with gentamicin-vancomycin for CABG infection prophylaxis:

> They overload the proximal tubule, as confirmed by increased urinary $\alpha_1$ – microglobulin concentrations and osmolar clearance.  These events can produce activation of tubule-glomerular feedback leading to constriction of afferent arterioles, thus reducing glomerular blood flow.  Whether reduction in prostaglandin synthesis, inhibition of the kallikrein-kinin system or permeability of the lysosomal membranes also play a role in this series of events is still to be established.
>
> In summary, our results suggest that high-dose aprotinin or prophylactic doses of gentamicin with vancomycin did not seem to impair renal function if not administered in the same patient during coronary artery bypass grafting using moderate hypothermia  However, when the drugs were administered simultaneously, they appeared to produce a modest and transient increase in serum concentrations of cystatin C an creatinine in patients with normal pre-operative renal function within the first postoperative.

---

[29] Lemmer JH, Standford W, et al Aprotinin for coronary artery bypass grafting: effect on postoperative renal function. *Ann thorac Surg* 1996; 59:132-6

### d.   IN 2002 BAYER BEGINS TO PLAN A BART STRATEGYAND INCLUDES A PROPOSAL TO CONDUCT A COMPARATIVE AMICAR STUDY

278.   Bayer began preparing its internal strategy with its US Trasylol team to look forward to address the future completion of an independent Canadian study called Blood conservation using Anti-fibrinolytics: a Randomized Trial ("BART") study.  The BART study was sponsored not by Bayer but by the Canadian government.  In terms of speculation about the potential future impact on US sales when BART was completed:

> It is expected that Trasylol will be at least as effective as aminocaproic acid and tranexamic acid in reducing blood loss during high-risk cardiac surgeries.  If results show that Trasylol is equal in efficacy to the comparators, a cost-minimization analysis based on the primary and secondary endpoint would not favor Trasylol given its higher price.
>
> Tertiary outcomes of the BART study include rate of death, myocardial infarction (MI) and stroke.  It is expected that Trasylol will be similar to the comparators in rate of death and MI.  However, Trasylol may have an advantage in rate of stroke.  If the results of BART support this, a cost effectiveness analysis would likely support the use of Trasylol over the comparators.  More important the clinical advantage would go to Trasylol as well.
>
> …The Trasylol team estimates that final data results will not be available until 2005.  A publication would not be available until 2006.  If these timelines hold true, the impact of BART on Trasylol sales would be minimal given the likely introduction of a generic alternative in 2006.(BAY02386019-21).

279.   Bayer's documents contain its draft Proposal for Research Services: The Use of Aprotinin in Comparison to Amicar in Patients Undergoing Coronary Artery Bypass Graft dated January 10, 2002 (BAY03364404-442).  The contact person at Bayer for the study was Dawn Bradway, Phase IV Committee and the contact for the study was Mike Sajjad, Business Development Associate, Duke Clinical Research Institute (DCRI).  The information in the proposal was based on a concept sheet designed by Peter Smith, MD and subsequent

conversations held between Bayer and the DCRI. The DCRI had prepared a time and cost proposal for assistance with a phase IV trial to study the effects of aprotinin in patients undergoing CABG. The final protocol was to be completed April 2002 and the database locked on December 2004. The grand total for the study was estimated at 4,084,000. Mr. Harrison was unaware if the study was even done (Harrison, 11/19/08, p. 562. L.14).

### e. BAYER AWARE THAT MICROMEDEX DESCRIBES SIGNIFICANT NEPHROTOXICITY POTENTIAL FOR TRASYLOL

280.    Internally at Bayer there are a series of emails beginning in 2000 through 2002 discussing the information being reviewed about Trasylol by pharmacists in 2000 about the nephrotoxicity potential of aprotinin in MICROMEDEX (Harrison Exhibit 9, BAY05035468-70). Edward Sypniewski forwarded on to Bob Harrison on September 23, 2002 an earlier internal Bayer email from Val Pascale to Stanley Horton dated March 14, 2000 Subject: This is what Pharmacists may be looking at in MICROMEDEX (last updated 3/99). The 2002 Email from E. Sypniewski had …Issues that Val brought for MICROMEDEX misinformation…have we had an opportunity to update this? Not only Micromedex systems that are being used?

281.    Bayer's Jennifer Mauer responded on September 25, 2002 to E. Sypniewski:

My files indicate that with the help of Val, I updated Micromedex information for Trasylol 2.5 years ago. Another update is probably due. I concur that having updated information in these types of systems is important. Are you spearheading an initiative to review these types of reference systems and then revise them?

282.    Stanley Horton responded back to J. Mauer:

I think it is just another area that we should keep on top of…This may be the area that Bob concentrates on as an external "year round project"…along the lines that

you and I are primarily cranking out slides/slide kits and Laura is handling the CE coordination, etc.

Bob, what do you think....is the work overwhelming or can we methodically review the key informational sources and update on a rotating basis?

283.    The original email from Val Pascale in 2000, Micromedex information last

updated 3/99. There were medical literature reports that Bayer should have been aware of for

nephrotoxicity with APROTININ before its 1993 NDA approval. Bayer was required by 21

CFR 314.50 to have provided those reports to FDA in its marketing application. These studies

would have been significant for making the risk versus benefit decision regarding expansion of

the Trasylol indications as well as important to provide to physicians and Bayer's sales force.

(underlining added for emphasis):

NEPHROTOXICITY

1.    Animal studies have suggested potential nephrotoxic effects of APROTININ, including reduction in glomerular filtration rates, alterations in the tubular reabsorption of sodium and potassium, and excretion of leucine aminopeptidase (tubular enzyme) (D'Ambra & Risk, 1990; Blauhut et al 1991; Hardy & Desroches, 1992). It is postulated that nephrotoxic effects can be related to either accumulation of the drug in the proximal tubular epithelial cells or inhibition of serine proteases (D'Ambra & Risk, 1990). Reversible obstruction of the renal proximal tubules has been reported with high-dose APROTININ in some animal studies (Hardy & Desroches, 1992)

2.    However, several clinical studies employing high-dose APROTININ during cardiopulmonary bypass have not observed adverse renal effects (Royston et al, 1987; van Oeveren et al, 1987; Hardy & Desroches, 1992) In 1 study specifically evaluating renal function patients receiving high-dose APROTININ during bypass, no significant effect of the drug on serum creatinine, creatinine clearance, serum electrolytes , or osmolality was reported (Blauhut et al, 1991)

3.    The manufacturer of Trasylol reports the incidence of post-operative renal dysfunction (serum creatinine elevations greater than 0.5 mg/dL above baseline) as 23% in patients treated with standard dose APROTININ and 12% in the placebo group from pooled U.S. clinical trial data. A total of 4% of patients treated with APROTININ (vs. 1% of patients receiving placebo) had a serum

creatinine increase of 2 mg/dL or more above the preoperative value (Prod Info Trasylol, 1996)

    4.    <u>APROTININ does appear to have significant nephrotoxic potential (Boag et al, 1985; Dandona et al. 1985).</u> However, patients with baseline renal dysfunction have not been observed to be at increased risk of deterioration of renal function after treatment with APROTININ compared to placebo (Prod Info Trasylol, 1996). (BAY05035469).

284.    However, instead of providing the information to FDA and physicians, Bayer sought to remove the information from Micromedex and pharmacists.  There is a subsequent September 26, 2002 email from Bob Harrison to E. Sypniewski providing a Micromedex entry that now downplays/ minimizes risk of nephrotoxicity to pharmacists for aprotinin.  The Micromedex was changed but still had risk factor information NOT in Bayer's product insert:

I have attached the current Micromedex discussion of Nephrotoxicity and heparin interactions which I believe reflects the changes driven by the efforts of Val and Jen.

Although this is a success story, recommending revision to the content of any number of tertiary drug information databases or references including AHFS, Facts and Comparisons, Drug Interaction Facts, Epocrates, Medical Letter, First DataBank etc is often frustrating because the input of industry is often discouraged or not incorporated into final documents.

The most effective approach is a collective, team effort which includes identification of the content which needs to be changed, preparation of a response, providing the response with site visits if necessary, and follow up to make sure the outcome is appropriate.  Such an approach could be organized through the Trasylol Publications group which may be used to assess priorities and share the load.

NEPHROTOXICTY

1. SUMMARY:

a. Several clinical studies employing high-dose aprotinin during cardiopulmonary bypass have not observed adverse renal effects (Tech Info Trasylol), 2000; Lemmer et al 1996; Hardy & Desroches, 1992; Royston et al, 1987; van Oeveren et al, 1987).  Aprotinin does appear to significant nephrotoxic potential (Boag et al, 1985; Dandona et al, 1985).  However, patients with baseline elevations in

serum creatinine were not at increased risk for deterioration of renal function after treatment with aprotinin compared to placebo (Prod Info Trasylol, 2000)

2. LITERATURE REPORTS:

a. In 2 studies specially evaluating renal function and hemodynamics in patient receiving high-dose aprotinin during bypass, no significant effect of the drug on SERUM CREATININE, CREATININE CLEARANCE, SERUM ELECTROLYTES, or osmolality was reported (Schweizer et al 2000, Blauhut et al., 1991)

b. The following have been identified as possible risk factors for contributing to renal dysfunction in aprotinin-treated patients undergoing cardiac surgery.

Deep hypothermia

Insertion of a left ventricular assist device

Concomitant therapy with nephrotoxic drugs

Concomitant therapy with ACE inhibitors or angiotensin II receptor antagonists

Pre-existing renal disease (i.e. diabetic nephropathy)

Pre-existing impaired renal function

High-dose aprotinin therapy in patients with renal risk factors (BAY05035466-7)

## f. BAYER DELAYED PROVIDING FDA WITH SAFETY STUDIES ABOUT TRASYLOL SHOWING INCREASED RISK AND MORTALITY

### i. ST. GEORGE HOSPITAL RETROPSECTIVE ANALYSIS  UNEXPECTED SHOWS TRASYLOL ASSOCIATED WITH INCREASED RISKS OF HOSPITALIZATION, BLOOD LOSS AND DEATH

285.    The purpose of Bayer's study at St. George was to conduct a retrospective analysis of a detailed hospital database for support of efficacy claims was to determine the influence of aprotinin on rate of re-thoracotomy , lengths of hospital stay both in ICU and hospital overall, blood product usage and patient morbidity and operative morality.  The second purpose was to use the values for the Richardson Research QStream model to further the

modeling work being done at other Hospital Trusts and published in the International Journal of Clinical Therapeutics. There was analysis of 1014 patient records at St. George's Hospital in London whom had all undergone cardiac surgery between April 2001 and March 2002. The data was supplied to Richardson Research in September 2002. The St. George Hospital efficacy study had safety findings that were in disagreement with Bayer's own NDA regarding the risks vs. benefits of Trasylol. The final version of the study was dated December 11, 2003 (BAY02187824-67). The SUMMARY stated:

> We expected to confirm the already proven hypothesis that aprotinin reduces the amount of blood products used and wished to test the theory that it might also reduce the stays both in the ICU and overall. However, our data comparisons found that within this 1014 patient sample, use of aprotinin appeared to be associated with longer stays, with increased use of blood products and higher mortality. (BCHAG01830633)

### ii. KRESS & STONE BAYER'S UNPUBLISHED DRAFT STUDY OF CABG PATIENTS AND INCREASED RISK OF RENAL FAILURE

286. As testified by Dr. Rozycki (below) in 2009, he was unable in 2009 to answer if or when FDA may have ever received Bayer's Kress & Stone unpublished draft 2003 study (BAY05426839-46). As with the St. George Hospital study, the Bayer study had been intended as an efficacy study but identified a safety issue for Trasylol. The Bayer sponsored efficacy study had been titled: "What is the Effect of Aprotinin (Trasylol) on the Incidence of Selected Outcomes after CABG?" The goal of the authors in the proposed efficacy study was to determine whether or not using aprotinin was associated with reduced risk of acute renal failure (ARF). The secondary goal was to evaluate whether or not aprotinin was associated with a lower risk of post-operative pulmonary, renal, and neurological complications.

287.    The authors conducted a retrospective, electronic chart review at St. Luke's Medical Center in Milwaukee, WI of patients between January 1, 2002 and July 1, 2003.  The study has not been published in medical literature listed on NIH's Medline as of 2009.  Dr. Rozycki, when asked whether draft number 7 was ever submitted to FDA, since it was listed on Bayer's November 2006 Attachment 2 as a study.  He testified:

> I don't' have enough information in front of me to make that assessment, whether this draft report, draft number 7, became a final report with a different title on it— I mean, there are multiple possibilities that could account for the difference, but at this point, I have no way of assessing whether these are the same study or a different study. (Rozycki, 2/5/09, p145, L. 4-15)

288.    Bayer's internal documents also discuss the availability of a Kress Draft # 8, but without any mention of pursuing a final manuscript for publication.   A series of Bayer internal emails described the Kress draft study being held by Bayer.  The first was July 13, 2004 internal Bayer email from Dawn Bradway to J. Mauer, Associate Director, Scientific Communications, titled "Results-Kress":

> Attached is a report from Kress on retrospective AFib study we sponsored.  In January 2004, after receiving this report, Diana Isom asked them to add them to add some of the limitations of the analysis.

289.    J. Mauer responded in an email to Dawn Bradway dated August 26, 2004 Re: Results-Kress:

> …Clearly the study population was biased in favor of control.  At this time, and without a routine SAL on the ground, I'm not certain that pushing for recommended changes is worthwhile.

290.    On August 26, 2004, V. Pascale, Product Manager, Trasylol sent an internal email to  J. Mauer, "Re Results-Kress" with an attachment" jm_Kress_Aprotinin Draft #8_8-26_04 doc.zip.":

Eegads, is this headed for publication?  OR is this a dead issue.  Do we want to continue to add gas to this fire???? (BAY05322498; Rozycki Exhibit 15)

291.    Patients in the Kress study had either CABG surgery alone (n=1297) or CABG + valve (n=425) with cardiopulmonary bypass (CPB).  Patients who had CABG surgery alone were identified as having no significant differences in incidence of post-operative atrial fibrillation, post-operative stroke, or pulmonary insufficiency when various doses of aprotinin were compared.  "However, as the dose ranges of aprotinin increased, patients had significantly higher incidences of post-operative renal failure, length of stay, and mortality".  The same was true for the patients with CABG + valve.  Factors predictive of patients at significantly more risk to develop atrial fibrillation after CABG surgery included "patients who were between the ages of 60 and 80 years, who had a high body mass index, who had a body surface area ≥2.2, and/or who had mitral valve insufficiency.  Aprotinin use was not significant in either predicting or preventing the development of post-operative atrial fibrillation…Factors that predicted patients more significantly likely to develop renal failure in the CABG surgery alone arm included patients between the ages 70 and 80 years, a body surface area >2.2, history of hypertension, New York Heart Association Class 4, and/if they had received >400 cc aprotinin.  Using higher doses of aprotinin was significantly predictive of an increased risk for development of post-operative renal failure in patients with CABG alone.

272.    Factors that predicted patients significantly more likely to develop renal failure in the "CABG + valve surgery" arm included patients between the ages 75 to 80 years and with mitral valve insufficiency.  Aprotinin use was not significant for this population in either predicting or preventing development of post-operative renal failure.

273.    Postoperative renal failure was a significant finding at a p value= 0.01 in the CABG-only group if and when aprotinin was given.  When the analysis was rerun using dose ranges corresponding to half-dose (50% Hammersmith regimen) and full-dose (Hammersmith regimen) or greater than full-dose (Hammersmith plus), there was a relationship found in which postoperative renal failure compared to control was no more frequent than for the half-dose group, but was 1.7 times more frequent in the full-dose group and 3.1 times more frequent in patients given more than a full dose. Therefore, the risk of postoperative renal failure was directly proportional to the amount of aprotinin given greater than a half dose Trasylol when compared to the control.  Administering above half dose Trasylol, the dose first requested to be tested by FDA reviewers, proportionally increased the risk of the CABG patients developing post operative renal failure.

274.    The Kress and Stone study findings, despite Bayer's marketing to use full dose Trasylol for the anti-inflammatory benefits,  were compelling enough to the St. Luke staff to abandon use of a higher than full-dose aprotinin to CABG patients. The final recommendation of the Bayer supported authors was that aprotinin should be discontinued for CABG patients once a full-dose has been administered, whether administered in the operating room or the ICU (BAY05426839-46; Exhibit 13 Rozycki).

### iii.    BAYER IS AWARE OF DR. MANGANO'S 2004 REPORTS OF RENAL RISK

275.    Bayer's KOL for Trasylol, Dr. D. Royston, sent an October 18, 2004 email to J. Mauer, Bayer Scientific Communications entitled "Subject: Revised Manuscript" (underlining added for emphasis):

The only piece of data I believe is missing is the numbers of patients needing dialysis/hemofiltration and a p value for that difference, I appreciate that this will probably have to go back to your lawyers so will disappear into a black hole for a few months but would be grateful if you could let me know you received this version and can open it.

On a completely separate issue I am sure you know that Dennis Mangano has submitted a manuscript from McSPI showing that aprotinin use was associated with a 3-4 fold increase in the need for dialysis together with increased mortality and stroke. Dennis is pretty fired up about this. He now rants on about how he has the only data base from patients using recent bypass techniques and contemporary perioperative risks. Analysis of this database showed that aprotinin has significant safety concerns and may be dangerous for certain patients. The data I have seen will need a pretty powerful rebuttal. I am sure you will have one on hand when required.(BAY01983487).

276.    Apparently there was a general lack of knowledge about methods to actively monitor renal function in Bayer's aprotinin studies at least in its Scientific Communications staff. Jennifer Mauer sent out an email to Andrea Nadel on October 22, 2004 regarding the methods to obtain statistic information about renal function provided to Dr. Royston for his manuscript. She indicated that data had not been obtained by Bayer for renal effects since "*nearly all patients received diuretics during surgery and ICU period*". According to Ms. Mauer, this inability to be able to differentiate renal effects had prevented any statistical distinctions by Bayer between aprotinin therapy and placebo for intraoperative and early post-operative renal function. However, she continued that for the purpose of Dr. Royston's manuscript, he needed to receive data to answer the question: "Mechanical renal support with dialysis or hemofiltration was required in X patients in the placebo and Y patients in the aprotinin groups (p=)" (BAY01983487).

277.     Andrea Nadel sent a reply email back to Ms Mauer, copying Peter Potgieter, on October 25, 2004 regarding her current difficulty in obtaining renal information to reply to the request about renal effects from Dr. Royston:

> The only way I have to get at dialysis or hemofiltration is by searching for those words in the investigator term for adverse events.  I would not think this would be an accurate representation of the actual use.  Can we omit this, or can you provide a list of AE terms that would imply these procedures were performed?

278.     Peter Potgieter, Associate Director, Medical Science/Anti-Infectives replied back on the renal effects issue in an email to Andrea Nadel dated October 25, 2004:

> Andrea, I agree with you.  It may be of more use to look for acute renal failure or ATN (acute tubular necrosis).  It may also be useful to look at patients with a Cr-level of >2.5 or 3mg/dl.(BAY01983486).

279.     Jennifer Mauer, October 25, 2004, sent a follow-up email back to both P. Potgieter and Andrea Nadel titled "Royston- Revised manuscript for AA":

> So the terms should include…
> Dialysis
> Hemofiltration
> Acute renal failure, ARF
> Acute tubular necrosis, ATN
> Re serum creatinine levels, what would be the best clinical trigger for dialysis? Is this ref on the high side? Per
> http://www.aafp.org/afp/20000401/2007.html(BAY01983486)

### iv.  RETROSPECTIVE REVIEW OF WAKE FOREST BAPTIST UNIVERSITY HOSPITAL CABG PATIENT RECORDS BY DR. KINCAID (2005) AND NEGATIVE EFFECTS OFAPROTININ AND  ACE INHIBITORS ON RENAL FUNCTION

280.     Bayer had identified during its aprotinin IND and NDA phases, that there was the possibility for pre-operative ACE Inhibitors to produce a negative effect on renal function for patients receiving aprotinin during CABG.  However, Bayer did not continue to monitor the