**Exhibit A**

**Part 3**

issue or address it further in its label. There is no warning in a Trasylol label for physicians regarding the renal effects of ACE Inhibitors, a common family of antihypertensive drugs. Bayer has failed to voluntarily test and adequately follow-up on the potential renal risks of ACE inhibitors by post market monitoring or scientifically investigating the potential relationship between administration of preoperative ACE Inhibitors and intraoperative aprotinin for CABG. Bayer also failed to adequately warn physicians regarding its lack of follow-up testing or determination whether there was a potential relationship between administration of ACE Inhibitors and aprotinin for CABG patients. The only reference to an ACE Inhibitor in the aprotinin Bayer package insert is a reference to a single initial ACE Inhibitor, Captopril. Captopril, which was the first angiotensin-converting enzyme inhibitor (ACE Inhibitor) approved by FDA. It was approved in 1981, and by 1996, captopril was available as a generic drug.

281. The class of ACE I inhibitor drugs reduce the conversion of angiotensin I into angiotensin II in the lung's circulation. Increased levels of remaining ACE I in turn will increase the activity of bradykinin. Bradykinin is a nine amino acid peptide chain that can cause blood vessels to dilate, the effect will be that blood pressure is lowered.

282. In terms of ACE I in the Trasylol label, aprotinin use is described in a CABG population of nine untreated hypertensive patients who all received captoril to help lower blood pressure to treat hypertension. The co-adminsitration of aprotinin was able to block the action of the ACE I captopril but Bayer provides no additional information about the other effects of aprotinin including effects on the kidney. Under the section Drug Interactions (1998 package insert) the Trasylol insert has:

> In a study of nine patients with untreated hypertension, Trasylol infused intravenously in a dose of 2 million KIU over two hours blocked the acute hypotensive effect of 100 mg captopril.(BAY00205249).

283.     The published study by Dr. E. Kincaid, et al. (2005) indicated that aprotinin's use during cardiac surgery had been associated with mild elevations in serum creatinine, but that the changes in serum creatinine from aprotinin were not generally thought associated with an increased risk for acute renal failure (ARF).  However, according to Dr. Kincaid, aprotinin could produce a significant reduction in GFR and glomerular perfusion pressure.  The purpose of the Kincaid study was to test a hypothesis that combination of ACE inhibitor drugs and aprotinin could trigger renal failure after cardiac surgery.

284.     The authors conducted a retrospective analysis of Wake Forest University Baptist Medical Center cardiac surgery records for patients from 2000 through 2002.  The patients had been treated by four surgeons.  The study population was 1,209 patients undergoing cardiac surgery. The review excluded all patients with preoperative serum creatinine levels greater than 1.5 mg/dL, a history of renal failure, emergent or salvage procedures, preoperative use of intra-aortic balloon pump, and off-pump procedures.  A diagnosis of ARF was defined as a serum creatinine value greater than 2.0 mg/dL within 72 hours post surgery.  This level of serum creatinine was chosen "because it is easily identifiable to a bedside clinician as ARF and does represent at least a 25% increase in baseline serum creatinine.  The same value has a history of use by other investigators to define ARF.  The time frame of "72 hours was chosen to eliminate patients with ARF caused as late complications of surgery such as sepsis."

285.     In patients that were on ACE Inhibitors, they were continued on their ACEI up to the day of surgery.  ARF within 72 hours of surgery occurred in 3.5%, with a mortality of 48%.

Of patients developing ARF, 57% went on to receive hemodialysis. Concomitant aprotinin and ACE inhibition use had an OR of 2.86 (1.41; 5.83) p<0.0001.

286.    The authors controlled for other demographic and intraoperative variables that could affect renal function.[30] The preoperative administration of ACEI coupled with intraoperative use of aprotinin was significantly associated with production of ARF (OR 2.9, 95% CI: 1.4 to 5.8, p<0.0001). Preoperative use was defined as ACEI administration within 24 hours prior to surgery. The conclusion of the authors was that based on the data and risk identified, the combination of preoperative use of ACE inhibitors and intraoperative use of aprotinin should be avoided in cardiac surgery.

287.    According to Dr. Kincaid, et al., aprotinin and ACEI were associated with producing elevations in postoperative serum creatinine. This effect appeared mediated through effects on the kinin pathways and subsequently produced changes in renal hemodynamics. The ACEI were known to be able to decrease glomerular perfusion pressure, and approximately 10% of patients experience renal complications after initiation of the medications. According to Dr. Kincaid, et al. "[d]espite these known risks, neither aprotinin nor ACE Inhibitors, when examined alone, have definitely been shown to contribute to ARF after cardiac surgery." Regarding their combined use together, he proposed "a synergistic mechanism to further reduce glomerular perfusion pressure." Dr. Kincaid (2005) had the following Comment (continuing to echo the renal findings that had been seen in Bayer's preclinical dog study):

---

[30] Kincaid E, et al. Does the Combination of Aprotinin and Angiotensin-Converting Enzyme Inhibitor Cause Renal Failure After Cardiac Surgery? *Ann Thorac Surg* 2005; 80:1388-93

...Issues have included its increased cost over other antifibrinolytics and fears of increased risk of perioperative myocardial infarction, renal failure, and the production of hypercoagulable states, especially during operations involving hypothermic circulatory arrest. Concerns of renal failure have mostly been theoretical and anecdotal with no supportive randomized, prospective trails. Aprotinin metabolism is entirely renal and is linearly related to creatinine clearance. It is actively reabsorbed in the proximal tubular cells, metabolized and eliminated after 5 to 6 days.

...Feindt[31] and others discovered increased urinary markers for tubular injury in the absence of increases in serum creatinine in patients undergoing CABG with aprotinin. These changes appear dose dependent, mostly occurring in patients treated with high-dose regimens. Many other studies have refuted the association between aprotinin and renal dysfunction. For example, Schweizer[32] and colleagues found no difference in a multitude of specific renal function parameters after cardiac surgery in patients treated with high-dose aprotinin compared with placebo. A recent meta-analysis of randomized studies on aprotinin revealed neutral effects on renal function.

Because avoiding the combination of ACE inhibitors and aprotinin is relatively easy to achieve with minimal risks, the results of this study should be clinically applicable and underscore the importance of reviewing perioperative medication use....Indeed some clinicians may be reluctant to hold these medications for 2 to 3 days before surgery,...In these situations, the potential benefits of aprotinin must be weighed against the potential negative effects on renal function, especially in patient with other risk factors for perioperative renal failure.

288. Dr. Royston, Bayer's KOL for aprotinin, provided his response published in 2006 to rebut Dr. Kincaid's (2005) published conclusions about potential renal risks from combined aprotinin and ACE I in CABG patients. Dr. Royston's letter was accompanied by a disclaimer that he did have a financial relationship with Bayer. However, the disclaimer did not fully disclose to physicians that Bayer helped him writing the response to the Kincaid study and that

[31] Feindt PR, et al. Effects of high-dose aprotinin on renal function in aortocoronary bypass grafting. Ann Thorac Surg. 1995; 60:1076-80

[32] Schweizer et al. Aprotinin does not impair renal haemodynamics and function after cardiac surgery. Br J. Anaesth 2000; 84:16-22.

his published letter to the editor had received final sign-off and approval by Bayer.[33] (BAY01618924; BAY04563869; BAY04572778).

289. Dr. Royston sent his initial first draft of a proposed response to the Kincaid publication to Bayer in October, 2005. Jennifer Mauer, Bayer, sent an email back to Dr. Royston on October 26, 2005 subject "Re Kincaid" with an attachment "ACEIdemographics.rtf; jmKincaid reply draft.rtf." She wrote:

> Attached are minor suggestions for the text, and demographics each way. By +/- aprotinin or +/- ACEI, the groups appear to be similar to start, except perhaps a greater percentage of non-whites were getting ACEI at baseline.
>
> Please send a final, so that I may send through our required sign-off process. (BAY04563869)

290. An internal November 4, 2005 Bayer email from Jennifer Maurer to David Tharg titled "Kincaid, AA and Mangano" discussed the urgency for Bayer to get the Kincaid/Royston response submitted and published. She wrote:

> We need to get the paper published ASAP, as rumor has it that publication of the Mangano data will be in the February in NEJM. The AA paper will likely help to address concerns about the Mangano data and provide a basis for discussing, although we do not know about the specific content." (BAY01618924)

291. Dr. Royston's *Letter To the Editor* was published in Annals of Thoracic Surgery 2006;82:1570-6. In terms of his comments to Dr. Kincaid, Dr. Royston disagreed with the "plausible mechanism" being proposed by Dr. Kincaid for aprotinin to induce affects on artery tone in the kidney. He disputed there was a nephrotoxic action for aprotinin. He questioned the low renal impairment reported for Kincaid's non-aprotinin CABG population, suggesting there was a difference in risk factors between the groups. Finally, he disputed there was a causal

[33] Royston. D Correspondence *To the Editor* Does the Combination of Aprotinin and Angiotensin-Converting Enzyme Inhibitor Cause Renal Failure After Cardiac Surgery. *Annal Thorac Surg* 2006; 82: p. 1575

relationship between aprotinin and ACE I drugs as suggested in Kincaid's title since Kincaid had only used data from 13 patients (approximately 1% of the study population) to support the hypothesis.

292. Dr. Kincaid's response *Letter to the Editor* followed Dr. Royston's letter. He began that "[u]nfortunately, his critique of our article is incorrect on many levels." Dr. Kincaid continued, describing Dr. Royston's own studies conducted for Bayer as using an optimized population of patients with simple or isolated CABG and valve replacement procedures rather than complex CABG and valves procedures in patients at increased risk for renal dysfunction. Dr. Kincaid also called upon Dr. Royston to scientifically investigate whether or not there was a causal relationship between aprotinin and ACE Inhibitors and renal failure (underlining for emphasis):

> Regarding his own data analysis of 1,800+ patients, this study seems to be slated for presentation at the 2006 Annual Meeting of the American Society of Anesthesiologists. His abstract describes a retrospective analysis of 1,881 patients enrolled in trials sponsored by Bayer Pharmaceuticals. Of the 20% of patients on preoperative ACE inhibitors, those that also received high-dose aprotinin had similar renal outcomes to those that did not. In his letter previously mentioned, Royston did not reveal that more than 90% of these patients underwent isolated CABG and less than 10% isolated valve procedures. Apparently none of these patients underwent combined or other complex procedures, which represented 40% of our study group. It is this group of patients that seems to be the most susceptible to renal injury with combined aprotinin and ACE inhibitor use as demonstrated in Figure 4 in our study. Two other recent studies also confirm that negative renal effects with aprotinin are more likely to occur with complex operations. Hopefully, Royston can share information from his center on similar patients.
>
> In one area, we are in agreement with Royston. Blood transfusions, as well as intraoperative anemia, are extremely important predictors of renal dysfunction in our data and many others. However, this finding then begs the question that if blood transfusions cause renal failure and aprotinin is so effective at decreasing transfusions, why does aprotinin not *decrease* the incidence of renal failure? Perhaps nephrotoxicity is the answer.

> Finally, aprotinin is a very powerful drug with many complex mechanisms that affect physiology during cardiopulmonary bypass. We urge Royston, with all his expertise in this area, to help further study the potential negative effects, for surely there must be some of this extremely important medication.

293. The same Kincaid article criticized by Dr. Royston was later referenced not in a document provided to FDA about renal effects of ACE Inhibitors and aprotinin but included in a Bayer internal slide presentation titled "Review of Clinical Data" by Pamela Cyrus, MD, Director US Medical Affairs, Bayer (BAY04326621-718; BAY04326641). In contrast to Dr. Kincaid's study results, Dr. Cyrus' summary of Bayer's renal findings data was that concomitant full-dose aprotinin and peri-operative aminoglycoside antibiotic use, (but not addressing peri-operative ACE inhibitor use), increased the risk of renal failure and increased serum creatinine elevations >0.5mg/dl. (BAY04326644).

294. Bayer's undisclosed involvement in the Dr. Royston letter to the editor was false and misleading as well as inappropriate. The information Bayer provided was not fair and balanced when Bayer's role in the crafting and sign-off of the letter was not fully and accurately disclosed to physicians by Bayer's primary Trasylol KOL. Furthermore, the Kincaid article raised serious safety issues for Bayer regarding combination use of ACE inhibitors and aprotinin. The responsibility of Bayer to follow-up on the Kincaid work was even more important to public safety due to the common prescription of ACEI drugs to cardiac patients undergoing CABG. Bayer's reaction was not to conduct further studies or to warn physicians, but to attempt to discredit or downplay a physician's or scientist's conclusions about risk of Trasylol.

### v. BAYER'S INITIATION OF ITS i3 PHARMACOEPIDEMIOLOGICAL DRUG SAFETY IN MARCH 3, 2006

295.   There are a series of Bayer internal emails between Professor Kuno Sprenger, Bayer, and Dr. Alexander Walker, Senior Vice President for Epidemiology, i3 Drug Safety.  On February 17, 2006, Dr. Walker sent an email to Professor Sprenger with Ingenix's February 16, 2006 attachment of its concept letter for an investigation of aprotinin and renal failure. There is no evidence that I have reviewed that any member of FDA was ever consulted or informed about Bayer's plan to conduct a pharmacoepidemiological study prior to the agency's receiving data on September 27, 2006. Professor Sprenger responded on February 23, 2006 (BAY00730163-85) (underlining added for emphasis):

> Many thanks for the more extended concept letter.  Indeed, it meets our needs. Thus , please prepare a formal proposal along the same lines until the end of next week…Please include in your study proposal the analysis of calendar time and site to determine a possible bias of the Mangano study.  Please keep in mind that we expect an FDA Advisory Committee meeting in the late summer time.  In this case we may appreciate if you could be able to present these results. (BAY05857654-5; Exhibit 1608)

296.   Ingenix Company, i3 Drug Safety sent a formal Study Proposal to Bayer on March 3, 2006.  The proposed study: "We propose to conduct a study of serious cardiovascular and renal outcomes among persons undergoing CABG surgery to quantify the association between aprotinin use and the occurrence of specified outcomes." (BAY00730165).

297.   A March 18, 2006 internal Bayer email from Ernst Weidmann to Samy Suissa, PhD, James McGill Professor of Epidemiology, Biostatistics and Medicine, McGill University titled Protocol Review:

> I had a chance to discuss the request of Bayer senior management for a review of the i3drugsafety protocol.

> Alec Walker was kind enough to understand this request. He is pleased that you will review the protocol and he is very interested to learn about any comments from your side.
> I would appreciate if you could give us your read on the protocol if all possible by Monday, March 27 (BAY04314971; Exhibit 1609).

298. Professor Sprenger sent an email to Alec Walker titled i3 Drug Safety Aprotinin, importance "High" (underlining added for emphasis):

> I apologize for the delayed response. It took some time to get the approval by all parties involved, in particularly the legal department.
>
> Anyway, the definite decision is not to perform the study as quick as possible to meet the recently announced deadline for the FDA Cardio-Renal Advisory Committee meeting on September 20, 2006. For formal reasons you will be contracted y our purchasing department concerning the estimated cost of the study in some time. (BAY04344083; Exhibit 1610)

**vi. DR. WHITE'S HARTFORD HOSPITAL STUDY AND ASSOCIATION OF TRASYLOL WITH INCREASED RISK OF RENAL DYSFUNCTION**

299. Michael White's email to Dr. Knappertz, Bayer June 29, 2006, proposed a method for Bayer to obtain additional patient data regarding renal dysfunction (BAY04117050-66):

> As we discussed, here is a confidential summary of our aprotinin study conducted at Hartford Hospital in Hartford, CT USA. This study was unfunded and not sponsored or supported by Bayer in any way.
>
> I believe the renal dysfunction issue is an artifact. I think it results from the same mechanism as ACE inhibitor renal dysfunction (drop in renal perfusion pressure not renal damage). However there is no clinical data to bolster this...
>
> We wanted to propose two things to Bayer for potential support
> 2. To search out follow- up information from the patients in our study to look at 6-12 month need for dialysis or need for treatment due to persistent renal dysfunction... We are not adverse to running a prospective study to assess renal ndpoints also in addition to the pharmacoeconomic study being proposed....(BAY04117047-8)

299. Dr. White's study[34] had the following conclusion:

> When used prudently, aprotinin was not associated with negative myocardial or cerebrovascular risks but did increase the risk of renal dysfunction. It is not known if the renal dysfunction reflects renal damage or a transient reduction in glomerular filtration pressure. (BAY04117051)

**vii. BAYER'S DRUG SAFETY AND COMPLIANCE COMMITTEE MUST RESPOND TO THE EUROPEAN UNION'S CONCERNS ABOUT TRASYLOL SAFETY AND EFFICACY**

300. The minutes for Trasylol' Drug Saafety and Compliance Committee began with Max Wegner presenting the current status of Trasylol in the European Union (EU). Reportedly, the European Medicines Agency (EMEA) was to meet on August 2006 to further "debate Trasylol's safety and efficacy". For that purpose, the German Regulatory Authorities, the rapporteur for Trasylol in the EU, required Bayer to provide it with a position paper. It was decided by Bayer that its current position paper should go immediately to the German Regulatory Authorities and that the paper would also be provided to the US Trasylol team. The minutes continued to support that Bayer's management in July 2006 was aware of the contract for the i3 Drug Safety Study for Aprotinin (underlining added for emphasis):

> Joseph Scheeren informed about the Trasylol situation in the USA. The FDA advisory committee will discuss Trasylol on September 21, 2006. Among other invitees, Mangano will present data on his published early 2006. So far, the FDA did not communicate any official opinion on the issue nor did the FDA provide any response to the safety documentation provided by BHC.
>
> As a further preparatory work for the FDA advisory committee meeting BHC organized Mock panel meetings for July, August, and September 2006. In addition, the Medical Department in Canada is analyzing the data from Karkouti et al. who published another Trasylol paper early 2006.

[34] Coleman, c, et al. Evaluating the Safety Implications of Aprotinin Use: the Retrospective Evaluation of Aprotinin in CardioThoracic Surgery (REACTS) BAY04117050-65; Exhibit SHAH 11b.

> Regarding risk minimization measures to prevent hypersensitivity reactions by the use of Trasylol Stephen Zaruby presented the current status. In the USA it was decided to call about 10,000 specialists to inform them directly about the risk of hypersensitivity and any preventive measures. So far, about 90% of the calls have been completed. In addition, BHC Web sites and homepages have been designed to address the issue, and CD-ROMs prepared for distribution to Health Care Professionals.
>
> An update of the EU countries regarding potential Trasylol hypersensitivity reactions is currently running.
>
> For the 2004/2005 period the number of spontaneous reports distinctly increased. However, this increase goes with an increase in sales, at least in 2005. In 2004, activities of sales forces have been extended.
>
> Anita Shah informed about the development of an IGG test to inform about a risk for hypersensitivity to Trasylol. The assay is expected to be available at the end of 2006. A point of care test will be developed together with Bayer Diagnostics. The test should be available end of 2007. As due to the divestiture of Bayer Diagnostics a delay in the delivery of the test cannot be excluded it was agreed that performance figures should be added t the contract including penalties in case of bad performance. The potential implications of the test for the Trasylol labeling have to be shared with the FDA and European agencies.
>
> An epidemiological study was started to investigate endpoints (including survival) of Trasylol patients in the PREMIER database. Final results will only be available following the Advisory Committee meeting. The protocol will be shared with Medical and Regulatory (BHCAG010598190).

### viii. I3 EMAILS BAYER UPDATES ON THE STATUS OF ITS APROTININ PROJECT DRUG SAFETY PROTOCOL

301. There are a series of emails between Bayer and i3 in the summer of 2006 regarding i3's Aprotinin Project. Dr. John Seeger, i3 Drug Safety sent an August 17, 2006 email to Dr. K. Sprenger titled "Aprotinin Project":

> We are moving along well with the Aprotinin analyses and are on track for project deliverables according the contract. As we get closer to the actual deliverable date, we will be able to confirm a specific date. Alec and I are working with Sebastian Schneeweiss from Harvard Medical School/Harvard Public Health on the project, and all three of us will be in Lisbon for the International Society for Pharmacoepidemiology (ISPE) Annual meeting. We were wondering if you or

> any of your colleagues were also planning to attend the ISPE Annual Meeting so that we might see you while we were there.(BHCAG01122269)

302. K. Sprenger responded to J. Seeger that he would not be attending the Lisbon meeting; however, he would ask Ernst whether he was available to attend. He also wrote "I appreciate your message that you are on track with the study." He then wrote to Alec Walker of i3, that Ernst was only available on August 23 or 24, and he would appreciate a proposal for meeting on both days. (BHCAG01122268).

303. On September 6, 2006, K. Sprenger sent an email to A. Walker regarding the preliminary i3 aprotinin protocol results:

> I heard from Tomasz that preliminary results would be available during the course of this week. I am very keen to discuss these with you. I invite you to come to New York Marriott East Side Hotel…on Friday afternoon or evening. If a face-to-face meeting is not possible I would appreciate if you could sent them per email and have a TC at that time…. (BHCAG01122267)

302. A September 7, 2006 follow-up email from K. Sprenger to A. Walker titled RE: Aprotinin Project, importance High:

> Just in case you want to leave me a message: my departure is at 10am German time tomorrow; my arrival at the hotel is at 2pm US tomorrow

303. Dr. A. Walker replied on September 7, 2006:

> We are moving along quickly and are ready to give you a summary of the findings at any time. Should we plan to call you at the hotel at 4pm US time?

304. Professor Sprenger responded on September 9, 2006:

> Unfortunately I got your message only now while I'm joining a Bayer Advisory Committee Preparation meeting. Thus, I would appreciate if you could provide your availability for a TC on Monday. (BHCAG01122266)

### ix. I3 HAS ITS PRELIMINARY SAFETY REPORT AVAILABLE FOR BAYER FOR MORTALITY, CARDIOVASCULAR AND RENAL OUTCOMES BY SEPTEMBER 13, 2006

305. The authors of the i3 study provided to Bayer in Spetember 2006 are listed as S. Schneeweiss, MD, ScD, J. Seeger, PharmD, DrPH, and A. Walker, MD, DrPH, with analyst J. Landon, MPH. As requested by Bayer, the i3 study had been completed prior to the FDA's Advisory Committee Meeting on September 21, 2006. The study identified a population of 66,435 patients undergoing CABG surgery. All patients received antifibrinolytic therapy during a three-year period starting April 1, 2003. About 44% of the population had received aprotinin and 54% aminocaproic acid, with the few remaining patients receiving tranexamic acid and included with aminocaproic acid recipients. The findings of the i3 aprotinin study:

> With multivariate adjustment, the estimated risks were higher for aprotinin recipients than for recipients of other antifibrinolytics with respect to acute renal failure (RR=1.70; 95% CI 1.55-1.86); death (RR=1.68; 1.53-1.84); acute heart failure (RR=1.08; 1.03-1.14); and stroke (RR=1.20; 1.07-1.35). In adjusted analyses, there were similarly increased relative risks associate with aprotinin use, as opposed to aminocaproic acid or tranexamic acid, for acute heart failure (RR=1.4), stroke (RR=1.36), acute renal failure (RR=1.75), and all cause in-hospital death (RR=1.84). Risks of acute coronary revascularization were similar in the compared groups (RR=1.17)...
>
> The findings of this analysis of the experience of patients undergoing CABG, with nearly 30,000 aprotinin recipients in comparison to some 37,000 recipients of other antifibrinolytic agents, support the hypothesis that there is a higher risk of death and acute renal failure in aprotinin recipients. We recommend and have begun a process of review of individual patient records to assess the quality of covariate data, and to permit further adjustments if necessary.(BAY00730156-61)

306. Alec Walker sent an email to K. Sprenger with a copy to E. Weidemann dated September 14, 2006 (Thursday, one week before FDA's Advisory Meeting of Thursday September 21, 2006):

> As I have not received confirmation that you received last night's delivery of the report, I am resending it. Could you confirm receipt? Ernst, could you also let me know that you have received it? Thanks very much and looking forward to our discussion at 10 this morning. (BHCAG01122373)

307. E. Weidmann replied back to Dr. Walker still on September 14, 2006 about a possible meeting on September 18 (Monday):

> I have received the report. Unfortunately Kuno and I will not be available for a discussion before Monday. Kuno will try to set up a new appointment with you asap. (BHCAG01122371)

**x. BAYER FAILED TO DISCLOSE TO FDA EXISTENCE OF i.3 DRUG SAFETY STUDY FOR APROTININ PRIOR TO FDA'S ADVISORY PANEL**

308. On June 23, 2006, FDA's Cathy Group, RN, BSN, Health Services Administrator, FDA Advisors and Consultants staff had first sent a letter to Bayer regarding the Agency's proposal to have a September 21, 2006 Advisory Meeting for the purpose to discuss Trasylol's clinical data and safety. The Advisory meeting was to follow FDA's issuance of a February 8, 2006 Public Health Advisory for aprotinin after the release of the *NEJM* article by Mangano and *Transfusion* article by Karkouti.

309. FDA enclosed a copy of its December 1999, Guidelines for Industry, "*Disclosing Information Provided to Advisory Committees in Connection with Open Advisory Committee Meetings Related to the Testing or Approval of New Drugs and Convened by the Center for Drug Evaluation and Research, Beginning on January 1, 2000*". Bayer was to submit a "fully releasable" background package intended for the Advisory Committee meeting on or before August 18, 2006 (BAY00291559-73). FDA would send Bayer its own proposed background materials by August 30, 2006. The final discussions with the sponsor, regarding the redaction of exempt materials from the Division's Background package had to be completed by September 8,

2006.  FDA requested to receive the names of all proposed Bayer speakers and titles of

presentations for inclusion in the agenda.  FDA also wanted the names of any and all consultants

attending the meeting on behalf of Bayer.  The number of consultants/attendees accompanying

Bayer at the meeting should be limited to 20-25 attendees.  Based on seating limitations,

additional Bayer attendees may be asked to sit in a designated overflow room in the building.

310.    The i3 Study Proposal had been finalized with Bayer by June 2006.  There had

been ample time for Bayer to have informed FDA that it was conducting an i3 Drug Safety

Study.  In May 2006, FDA indicated that a larger safety study was needed by Bayer to address

the risks of aprotinin.  Again, another opportunity for Bayer to follow-up and inform FDA that

Bayer was negotiating with i3 Drug Safety to conduct a large observational safety study designed

to address the risks of aprotinin raised by articles published by Mangano and Karkouti.  In July

2006, FDA was provided with Bayer's submission materials supportive of safety and efficacy of

aprotinin.  This was another opportunity not used by Bayer to inform FDA about the i3 Drug

Safety study.

311.    Upon learning of the availability of a future Bayer epidemiological safety

information, FDA would have at least had an option to reschedule the Advisory Panel meeting

for aprtoinin until after the Agency  had time to review the  i3 Drug Safety study information in

terms of its relationship to the findings of Mangano and Karkouti. By Bayer failing to even

inform the FDA of the i3 study, Bayer took away FDA's options about when to have the

meeting. (This opinion was supported in Bayer's October 2, 2006 Contact Report with FDA and

Dr. Weiss, Deputy Director of Office of Oncology Drug products, (BAY04246887, Exhibit Shah

28)).

312.   Bayer's presentation slides for the FDA's Advisory Meeting began with a discussion of aprotinin's efficacy and safety data derived from its 45 global Bayer randomized controlled CABG trials conducted in 4413 patients (full-dose aprotinin or placebo). As not discussed by Bayer, unlike "real-world" patients, the patients enrolled in Bayer's trials had CABG surgical procedures optimized, Bayer's patients enrolled all fulfilled pre-specified inclusion and exclusion criteria, the surgical procedures reflect CABG surgical techniques from the early 1990s.  There was no reference by Bayer to even the existence of results from its i3 Drug Safety Study.

313.   In response to the non-Bayer observation studies, Bayer communicated about those studies to FDA and other global regulatory authorities; it notified healthcare providers; it conducted its own comprehensive review of the data; it revised investigator brochures and informed consents and provided expert evaluation of publication methodologies to the regulatory authorities.  Yet, Bayer failed to fully and accurately disclose to FDA or the Advisory Panel members or physicians that it had conducted a Bayer-supported observational study with almost 67,000 patients with i3.  Bayer provided its own public review of deficiencies in Mangano and Karkouti datasets, while aware that its own real-world observational dataset with aprotinin supported their findings.

314.   In Bayer's summary slide for the Advisory Panel, Bayer maintained that the total sample size from all of its RCTs, all efficacy studies, was larger than the observational studies. However, no information was provided by Bayer of its own observational study with a population of 66,435 patients, 30,000 receiving aprotinin.  According to Bayer, randomized, well-controlled trials (RCTs) are the "gold standard" for assessing true treatment differences.

The analytic methods to correct for baseline imbalances in the Karkouti study were generally appropriately applied. Analytic methods to correct for numerous and highly significant baseline imbalances in the Mangano study were incorrectly applied. Additional issues also were raised by Bayer leading towards questioning the validity of the observational risk findings. Bayer's expressed opinion was that the Mangano observational study results "should not be considered reliable". At all times throughout the Advisory Panel meeting, Bayer failed to disclose its preliminary results of its own observational study were available on September 13, 2006 and supported Mangano's observational conclusions about increased risks of aprotinin.

315. Following the apparent success of the Bayer's presentation at the FDA Advisory Committee meeting, convincing the Advisory Panel members of the safety of aprotinin and unreliability of the Mangano data, Guenter Hueber, Bayer, sent out an internal email to the Bayer Advisory Committee (AdCom) members titled "Congratulations!":

> I have been very impressed by the AdCom discussion yesterday! The preparation of the group was superb!
>
> Dear Mike, Pam, Allen, and Paul
>
> I would like to thank you very much for the marvelous presentations and all the excellent answers to the questions asked by the AdCom members. My thanks also extend to the many more colleagues and the external advisors who have diligently helped to prepare for all this.
>
> I am very pleased that nothing could take us by surprise, given our long experience with the product, its caveats, and how to use it best.
>
> Let me now express my hearty wish for a forward-looking decision regarding the aprotinin product line to further improve on use possibilities in the future. (BAY01276036)

**xi. I3 EMAIL TO BAYER DISCUSSES BAYER'S LACK OF ADEQUATE DISCLOSURE**

316. Dr. Walker emailed Dr. Sprenger on September 22, 2006 titled "Follow-up on Advisory Panel":

> My colleagues and I listened to much of the aprotinin advisory panel meeting yesterday, including all the Bayer presentation, and we have reviewed the news reports coming out of the meeting.
>
> I am concerned that there was no mention of our work at the meeting and that our findings apparently played no part in the panel's decision.
>
> I feel strongly that the FDA must be made aware of our report and have the chance to review the report in its entirety as soon as possible. If the FDA has received the report could you please send me confirmation of receipt of the document?
>
> I think that is advisable for use to talk.... (BAY03498393)

**10) BAYER GIVES FDA THE RESULTS OF i3 APROTININ STUDY**

317. Bayer's Contact Report with FDA has an email from Dr. M. Rozycki dated October 2, 2006 to FDA which indicates that Mr. Brown, FDA, called him at 11AM with other members of FDA. FDA had questions that they wanted to ask Bayer right away. Dr. D. Pan, Director, Office of Surveillance and Epidemiology, CDER stated that it had come to his attention that Bayer had results of a new epidemiology study about risk of aprotinin and other antifibrinolytics for CABG surgery patients and that Bayer had possessed that data prior to September 21, 2006 and the FDA's Advisory Panel Committee Meeting. Dr. Pan asked "*if this was true*?" Dr. Rozycki recorded that he replied (underlining added for emphasis):

> Bayer had initiated the study in late June of 2006 and that Bayer had received preliminary results of the study on September 14, 2006, but that Bayer had a number of questions with regard to the execution and analysis of the study for which it was in dialogue with the investigator, Dr. Alex Walker. I said that because these questions were still under discussion at the time of the September 21, 2006 advisory committee meeting, the study was not discussed during the meeting. Dr. Walker (*sic) then asked when FDA would receive the report. I

replied that I had discussed with Ms. Brown earlier in the morning that I would fax her the report, as well as a protocol and a document of Bayer's questions to Dr. Walker and Dr. Walker's responses, later in the morning. Dr. Walker(*sic) then said that he found the situation to be "very concerning" in light of the fact that the Cardio-Renal Advisory Committee had convened the week before to discuss similar data for other studies and had not been made aware that additional data had been obtained that might be relevant to the discussion. He indicated that his group in the OSE would need to review the report as soon as possible. He added that the situation had "generated questions" among management at the FDA about how the Advisory Committee meeting had been conducted. At this point, Dr. Weiss said that she, also, was very concerned about the fact that Bayer had data relevant to the discussion at the September 21, 2006 advisory committee meeting that had not been disclosed at the meeting. She added that, had the FDA known about this data, it would have been possible to reschedule the advisory committee meeting to ensure the proper time had been given to reviewing the data. The question was raised by the FDA as to whether anyone besides Dr. Walker and Bayer had reviewed the report. I replied the study had been reviewed by Dr. Samy Suissa of McGill University. I explained that Bayer expected to have an initial assessment tot eh FDA as soon as it was available. The FDA then repeated that it needed to review the report as soon as possible...The conversation then ended in a strained atmosphere. (BAY04246887; Exhibit 28 Shah)

**11) FDA IN 2006 WARNS PHYSICIANS ABOUT TRASYLOL'S RENAL RISKS AND REVISION OF TRASYLOL'SAPPROVED INDICATIONS**

318. The FDA's alert was issued to highlight FDA's important revision to the full prescribing information for Trasylol. The new label for Trasylol (December 2006) was to have a more focused indication for use; a Warning about renal dysfunction; a revised Warning about anaphylactic reactions; and a new Contraindication. Trasylol was now to be indicated *only* for prophylactic use to reduce peri-operative blood loss and the need for blood transfusion *in patients who are at an increased risk for blood loss* and blood transfusion undergoing cardiopulmonary bypass in the course of coronary artery bypass graft in (CABG) surgery. FDA had narrowed the approved indication for Trasylol.

319. FDA's alert continued that two articles published in January 2006 reported the results of new safety studies for Trasylol. The safety studies indicated a higher risk of death and

serious and /or life-threatening renal and cardiac adverse events. In four post-marketing spontaneous reports, FDA identifed two hundred ninety-one cases of hypersensitivity possibly associated with Trasylol, including 52 cases with fatal outcomes. A pre-dose of aprotinin had been administered as a test dose in 139 of the 291 hypersensitivity reports. A hypersensitivity reaction occurred at administration of the test dose in 81 cases, including 19 cases where the reaction produced was fatal. Additionally, the administration of a test dose produced a false negative (did not elicit a positive reaction) among 38 cases (9 fatal) of future anaphylaxis reactions triggered at administration of the therapeutic dose.

320. According to FDA it received a new study (i3) on September 27, 2006. Following a September 21, 2006 discussion of two published observational studies and other information at an FDA Cardiovascular and Renal Drugs Advisory Committee meeting, FDA indicated that Bayer informed FDA of an observational study it had performed using a contract research organization (CRO). The reports to FDA suggested that patients receiving Trasylol were at increased risk for death, kidney failure, congestive heart failure and stroke.

## 13. BAYER'S PHARMACOVIGILANCE FAILS TO ADEQUATELY ADDRESS SAFETY SIGNALS PRESENT IN ITS OWN ADVERSE EVENT REPORT DATABASE

321. Bayer's' Global Standard Operating Procedure (SOP) BHC-SOP-008 effective June 15, 2004 describes "*all signal detection processes after the effective data*." The prior document had been GMD-SOP-050, and it was an adaptation of policy 4, change of due dates. The process addressed was the "*detection of potential safety signals and initiation of further activities to investigate and assess potential safety signals*." The SOP was applicable to all personnel involved in the processing of a potential safety signals within Bayer Healthcare

Biological Products, Consumer Care and Pharma (BHCAG03790132-41). The detection of potential safety signals runs quarterly and is initiated by the responsible expert in GIA. All serious and non-serious unlisted adverse events from spontaneous cases and all serious unlisted (unexpected) adverse events from clinical trials, PMS and published case histories available in the Global Drug Safety Database are included in the evaluation process. A "critical safety issue" was defined as an unexpected adverse event, significantly affecting the established risk benefit assessment, toxicological, lack of efficacy or quality finding associated with a Bayer medicinal product that has the potential to:

- Affect the safety of the consumer or
- Affect the development, manufacturer or marketing or products and
- Require immediate regulatory actions initiated by the company for safety reasons or
- Ask for intervention on the market or supply chain or
- Represent a business risk.

A Potential Safety Signal: A potential safety signal is one adverse event or a number of adverse events of a certain MedDRA PT or HLT level with a summary signal score ≥ 216. A signal score of 216 reflects for example one spontaneous event which is well documented, has a positive rechallenge, is serious and has an assured diagnosis.

Safety Signal: "A report (or reports) of an event that may have a causal relationship to one or more drugs; it alerts health professionals and should be explored further. In addition to information on a new (unexpected), potentially important event, a signal can refer to an unexpected finding, or a finding exceeding a determined threshold, for an already known event, for example, data involving the nature (specificity), intensity or rate of occurrence ." (CIOMS IV)

322. The "standard search strategy" was to utilize at least 3 immediately successive listed AEs interpreted as a flag having been set previously for inclusion of the AE in the DCSI/CCDS. Only the following reported unlisted events were now counted, i.e. these events

are regarded as unlisted because they were more specific or more severe. Single occurrences of listed AEs are interpreted as erroneously assessed as listed and is therefore counted as an unlisted event.

323. The "score signal" represents a measure which is calculated as the mathematical product of four different subscores. It is calculated for each event of all cases included in the detection of potential signals. The subscores reflect the quality of the documentation, the causality, the seriousness and the validity of the diagnosis:

- Documentation → Is all substantial information available?
- Causality → How did Bayer assess the relationship to the suspected drug?
- Seriousness → Is the adverse event serious or non-serious?
- Diagnosis → Is the diagnosis assured/not assured from the company perspective?

324. Examining Bayer's received adverse events, the initial report of Trasylol and renal failure was listed as a non-US report of January 1, 1985 (Case No 1198518558 (BAY00881591). In 1985, there were a total of two spontaneous AERs (SAERS).

| YEAR | RENAL SAEs | ALL SAERs | RENAL as % of ALL | % USA Market Share |
|---|---|---|---|---|
| 1985 | 1 | 2 | | |
| 1986 | 1 | 6 | | |

| | | | | |
|---|---|---|---|---|
| 1987 | 0 | 3 | | |
| 1988 | 0 | 2 | | |
| 1989 | 0 | 4 | | |
| 1990 | 0 | 3 | | |
| 1991 | 0 | 12 | | |
| 1992 | 0 | 7 | | |
| 1993 | 0 | 24 | | |
| 1994 | 5 | 47 | 10.6% | 18% |
| 1995 | 11 | 55 | 20.0% | 24% |
| 1996 | 4 | 50 | 8.0% | 25% |
| 1997 | 6 | 65 | 9.2% | 29% |
| 1998 | 5 | 30 | 16.7% | 34% |
| 1999 | 8 | 36 | 22.0% | 35% |
| 2000 | 2 | 29 | 6.9% | 41% |
| 2001 | 4 | 32 | 12.5% | 43% |
| 2002 | 7 | 46 | 15.2% | 44% |

| | | | | |
|---|---|---|---|---|
| 2003 | 4 | 45 | 8.9% | 46% |
| 2004 | 8 | 60 | 13.3% | 46% |
| 2005 | 25 | 146 | 17.1% | 52% |
| 3-2006 | 6 | 35 | 17.1% | 41% |
| 94-99 | 38 | 283 | 13.4% | |
| 00-3/06 | 56 | 393 | 14.2% | |
| Total | | | | 40% |

325. In terms of the proportion of reports of "renal" SAERS compared to "all received" SAERS, the rate of renal adverse events received has remained fairly constant from 1994 through 1999 and 2000 to March 2006. This suggests that either there is a true background renal adverse effects rate for Trasylol. This would not support Bayer's claim that there has been increased reporting of renal effects based on increased publicity. However, another reason for the constant rate may reflect Bayer's reporting practices for events of renal failure in terms of what types of reports by its operational procedures get filed with FDA or are considered as significant. A SAER provided to FDA in Bayer's analysis of SAERS received in July 2004 included an event discussed in a 1985 literature article. Bayer assigned identifier Bayer Case ID 1198518558 consistent with a 1985 received report. The report is of a 15 year old girl in Great Britain treated with Trasylol to help improve insulin efficacy to treat her diabetes mellitus.

After administration of aprotinin, her requirement for insulin was decreased for a year but then her insulin requirements returned to her earlier needs. The girl had received a daily dose of aprotinin 1000 IU, 20000IU subcutaneously. Her condition was medically confirmed and her case was considered as non-serious a year after her therapy with aprotinin. She developed glomerulonephritis. (BAY00681591).

326. Looking at a 1986 German adverse report filed with Bayer as a renal failure report, (Bayer Case ID: 1198610131), the report came from the medical literature and involved a 41 year old male with prostate cancer treated with Trasylol for his hyperfibrinolytic syndrome. He subsequently was reported to have developed renal failure. The report was listed as 1986, but the article was Blut 1984; 49:229, PharmLine No. 8505520. The report was received at Bayer in 1986 but reported to FDA on June 20, 2006 as part of Bayer's renal analysis. The case status was listed as non-serious and the report was not medically confirmed. (BAY00681593).

327. There is a 2005 United States report of a 67 year old male undergoing a re-peat four vessel CABG and valve replacement on April 19, 2005. He received full-dose aprotinin, and as a spontaneous report of April 21, 2005 stated: "*The reporting perfusionist indicated that he did not believe this reaction to be related to protamine.*" The Patient required greater than normal amounts of heparin and had no difficulties during the procedure. 90 minutes post-op he had a hypotensive episode with development of right sided failure. With no flow through vessels, he was returned back to CPB and no additional Trasylol administered. Blood pressure was able to be restored, and blood flow restored in grafts. The patient again was successfully taken off of bypass and sent to the ICU. The patient subsequently developed oliguria and then anuria with placement of a femoral catheter for dialysis. Three days later the patient expired,

with cause of death unknown. Because the man appeared to have worsening of his post operative course, Bayer indicated it did not attribute the incident to use of Trasylol.  Bayer's conclusion overlooks that this is not a report of acute intra-operative hypersensitivity.  The presentation of the patient's post operative renal failure is consistent with the timing and conditions surrounding other reports of postoperative renal failure associated with Trasylol.  Renal failure has been reported in the medical literature for Trasylol up to seven days post operatively.  Bayer initially determined that the 2005 event and death did not need to be filed as a serious adverse event with FDA.  It was however filed later in June 20, 2006 when Bayer did a review of ("general data cleaning") SAERs for FDA.   Bayer Global Drug Safety's comment about the event (underlining added for emphasis):

> F/U 29-APR & 2-May-2005: DEATH (not otherwise specified) is serious and is not listed in the International Product Information for Trasylol.  Although the cause is still unknown, the timing (death 3 days after surgery) suggests that is unlikely related to Trasylol.  "Reduction in blood pressure" is now considered a symptoms of right sided heart failure.  For REQUIRED GREATER THAN NORMAL AMOUNTS OF HEPARIN, RIGHT SIDED HEART FAILURE, and GAFT VESSELS NO FLOW a temporal association to Trasylol appears possible; thus a causal relation cannot be excluded.  There is no other change to the assessment of the previous events.  Perfusion records received.  Information from anesthesiologist is anticipated.
>
> F/U 19-May-2005: Additional diagnoses and symptoms were gleaned from the operative records, POSSIBLE DELAYED PROTAMINE REACTION (symptoms: severely vasodilated), HEMOTHORAX, ANURIA (symptoms: oliguria), and DIFFUSE ADHESIONS are serious due to prolonged hospitalization.  All are unlisted in the Trasylol IPI.  Possible delayed protamine reaction would be attributable to concomitant drug (protamine) and should not be attributed to Trasylol.  Because plausible temporal association is lacking for the other three newly reported diagnoses, a causal relation to Trasylol is excluded for these surgical complications.  No further information expected.
>
> Addendum 29-May-2006

During the process of general data cleaning of all Aprotinin cases, this case was slightly modified to better reflect the available information, (BAY00681858-62)

328.    If Bayer's Global Drug Safety has a strategy to reduce reports of renal failure, despite its written SOP and purpose of pharmacovigilance to investigate and address safety issue, that is the effect of not investigating cases or looking for larger safety trends. There is less likelihood that safety signals will be identified, product labels and warnings voluntarily updated when there pharmacovigilance processes are not robust and there is an internal pattern for under-reporting.  Safety trends are difficult to identify, particularly when not looked for in a proactive and objective fashion by Bayer's Drug Safety reviewers.

329.    Case No. 2199701373 is a clinical investigation adverse event from 1993, recorded by Bayer in November 2004 and the initial report date to FDA of December 20, 2007. The patient was a United States 72 year old female.  The patient had renal failure and hemoperitoneum.  The clinical investigator's assessment was "possibly drug related".  The patient had undergone a mitral valve replacement with tricuspid annuloplasty on July 10, 1993. Postoperatively, the following day, a hemodialysis catheter was placed, and she was hemodynamically unstable and required presser support.  She began receiving hemodialysis on July 14, 1993 and needed ventilator support.  By August 8, 1993 she had been weaned from the ventilator and her renal function was slowly improving.

330.    This patient's renal failure information was not included in the clinical trial database for the study in which she had been enrolled.  FDA's approval for Trasylol would not have included this patient's report since the Bayer database for NDA approval had closed in 1991, with Bayer providing a safety update to the pending NDA.  Bayer discounted its clinical

investigator's opinion that her adverse event was possibly related to aprotinin.  In fact, Bayer did not log in this patient's report to its safety database for over ten years.  Bayer Global Drug Safety's comment:

> Clear alternate explanation, AE is caused by intercurrent disease, known complication of surgery, sequel of artificial respiration.
>
> Clear alternate explanation, AE is caused by intercurrent disease, known complication of surgery; sequelae of hemoperitoneum
>
> Clear alternate explanation, AE is caused by intercurrent disease, known complication of surgery sequelae of catherization in groin.

331.    A review of Bayer SAERs demonstrates it has had a tendency towards under-reporting of adverse events involving renal failure to FDA.  These errors surfaced with Bayer's re-evaluation of its own database for renal reports in 2006.  The degree to which Bayer has failed to capture and report renal dysfunction in its adverse events and databases since 1985 cannot be quantified. However, this failure of Bayer to accurately report or investigate renal failure would contribute to FDA's difficulties in identification of trends in renal failure safety for aprotinin with its own MedWatch database.

## 14. FDA'S CARDIAC & RENAL & DRUG SAFETY  ADVISORY COMMITTEE PANEL MEETING SEPTEMBER 12, 2007

332.    According to the FDA's presentation at its September 17, 2007 combined Cardiac & Renal and Drug Safety Advisory Panel Meeting, the objective of the meeting was to examine the statistical robustness of the conclusions of the i3 Drug Safety Study.  Despite the observational studies that had been done, FDA was still requesting that a "larger powered study" be done to evaluate safety and death with Trasylol.  Also to compare aprotinin patients to patients who received no IV antifibrinolytic (AF) therapy with respect to:

-All-cause in-hospital mortality

-Cardiovascular outcomes

Cerebrovascular outcomes

-Renal outcomes

**COMPARISONS OF ESTIMATES FOR APROTININ VS. OTHER IV ANTIFIBRINOLYTICS (FDA slide 18)**

| OUTCOME | Unadjusted Risk Ratio | I3 Analysis Odds Ratio | FDA Risk Ratio |
|---|---|---|---|
| Death | 1.84(1.69,1.99) | 1.68(1.53, 1.84) | 1.54(1.38, 1.73) |
| Stroke | 1.36(1.22, 1.52) | 1.20(1.07, 1.35) | 1.24(1.07, 1.44) |
| Renal Failure | 1.87(1.68, 2.06) | 1.70(1.55, 1.86) | 1.82(1.61, 2.06) |
| Heart Failure | 1.15(1.10, 1.20) | 1.08(1.03, 1.14) | 1.20(1.14, 1.26) |

SUMMARY (FDA slide #31)

Compared to other IV antifibrinolytics and no treatment aprotinin is associated with increased risks of:

-Death

-Renal failure

-Heart failure

-Stroke

Study limitations:

-Unavailable confounders for which adjustments could not have been made

-Accuracy of the derivations for covariates and outcomes has not been evaluated

-No medical chart review

**OBSERVATIONAL STUDIES & CLINICAL TRIALS (FDA slide# 3)**

| | **Clinical Trials** | **Observational Studies** |
|---|---|---|
| Design/Power | Efficacy (usually)<br>Safety (sometimes) | Safety (maybe) |
| Size | Small to moderate | Moderate to large |
| Study Subjects | Select population, direct<br>Contact, informed consent | More representative of<br>Clinical practice |
| Treatment Covariates | Randomly assigned for both<br>Known & unknown | Need statistical adjustment<br>Known only or surrogate |
| Follow-up | Limited, short-term | Can be long-term |
| Cost | Expensive<br>(prospective data collection) | Relatively inexpensive<br>(available data) |

**Procedures (FDA slide #6)**

| **STUDY** | **Procedures** | **Complex (%)** |
|---|---|---|
| Mangano et al (NEJM)<br>Mortality (JAMA) | CABG with CPB | 31.1 |
| Karkouti et al | Cardiac surgery with CPB | 72.1% |
| I3- Premier | CABG with CPB | 64.1% |

**Population-Size (FDA slide# 6)**

| **Study** | **Exposure** | **NEJM 2006** | **JAMA 2007** | **JAMA 2007** |
|---|---|---|---|---|

| | | (N) | (N) | (%) |
|---|---|---|---|---|
| Mangano et al | Aprotinin | 1,295 | 1,277 | 98.6 |
| | Aminocaproic acid | 883 | 849 | 96.1 |
| | Tranexamic acid | 822 | 512 | 62.3 |
| | No-use (control) | 1,374 | 1,238 | 90.1 |
| Karkouti et al | Aprotinin | 449 (586) | | |
| | Tranexamic acid | 449(10,284) | | |
| | (control) | | | |
| i3-Premier | Aprotinin | 29,358 | | |
| | Aminocaproic acid | 35,719 | | |
| | Tranexamic acid | 1,358 | | |

**Summary- Observational Studies** (FDA slide# 29)

- Different designs & outcome definitions
- Some studies with large numbers of patients
- Others with access to medical records & some with direct patient contact
- Consistency of results for renal events
- Suggestive but inconclusive results on in-hospital deaths, cardiovascular & cerebrovascular events
- Re-analysis provides some answers but final results may have to await a large study powered to assess safety & death

## 15. FDA QUESTIONS WHETHER "BAYER SHOULD DESIGN A STUDY TO EXAMINE RENAL SAFETY?" OCTOBER 10, 2007

333. An internal October 10, 2007 Bayer email from Joseph Scheeren, Senior Vice President, Head of Global Regulatory Affairs to Anita Shah, Global Project Leader and Margaret

Foley, Assistant Director Regulatory Affairs :titled" *our discussion the other day, my suggestion for deliberation with the fda as follows*":

> first, because all investigators and Bayer's own database consistently point to renal safety issue, and the label has been changed to reflect this issue, it would seem most reasonable to first design a focused small study in this area. The study would be oriented towards further understanding the mechanisms and other aspects of this clinical manifestation.
>
> ...it would seem that the study would be planned most rationally if one were to wait for the BART study results.... (BAY06081336)

### 16. BAYER TEMPORARILY SUSPENDS GLOBAL TRASYLOL MARKETING NOVEMBER 5, 2007

334. Following consultation with the German Federal Institute for Drugs and Medical Devices (BfArM), FDA, Health Canada and other health authorities, Bayer announced it elected to temporarily suspend worldwide marketing of Trasylol until the final results from the Canadian BART trial can be compiled, received and evaluated.

335. According to "Health Canada Comments on Trasylol and the Publication of the BART Study" released in 2008, on November 5, 2007, Health Canada had requested Bayer to suspend all marketing of Trasylol in Canada. No other product was authorized in Canada for a similar indication. At that time, Bayer was allowed by Health Canada to put in place a limited access program to make Trasylol available to physicians who concluded that the benefits outweighed the risks for patients undergoing CABG surgery. As a result the use of Trasylol significantly declined and Health Canada has received no additional adverse events as a result of its limited access program.

336. On May 14, 2008 in FDA NEWS titled "Manufacturer Removes Remaining Stocks of Trasylol Access Limited to Investigational Use," FDA announced that on November 5,

2007, the U.S. Food and Drug Administration announced that Bayer Pharmaceuticals Corp. had agreed to an "FDA-requested marketing suspension of Trasylol". According to FDA, at that time, preliminary results from a Canadian study suggested an increased risk of death compared to two other drugs used to control bleeding. The FDA's NEWS continued:

> However, FDA requested the marketing suspension in the interest of patient safety based on the serious nature of the outcomes suggested in preliminary data. The committee also advised that a large, randomized clinical study was needed to further assess Trasylol's safety compared to other drugs.
>
> FDA oversight requires comprehensive and thorough studies of a drug not only during the pre-market review phase but throughout the drug's life cycle. (http://www.fda.gov/bbs/NEWS/2008/NEW01834.html).

### 17. *NEJM* FEBRUARY 21, 2008 i3 STUDY TITLED APROTININ DURING CORONARY-ARTERY PYPASS GRAFTING AND RISK OF DEATH

337. Bayer's i3 epidemiological study of the Premier Perspective Comparative Database was published February 21, 2008 in NEJM.[35] The study included 33,517 adult patients receiving aprotinin and 44, 682 aminocaproic acid on the day of CABG. There were three types of analyses: a multivariable logistic-regression analysis (primary analysis); propensity-score matching in the highly selected subcohort of patients who received full amounts of the study drug, who underwent CABG by surgeons who performed 50 or more CABG surgeries during that study period, and for whom information on 10 additional covariates was available because the surgery occurred on hospital day 3 or later; and an instrumental-variable analysis of data from patients whose surgeons showed a strong preference for one of the two study drugs. The

[35] Schneeweiss S, Seeger J, Landon J, Walker, A. Aprotinin during Coronary-Artery Bypass Grafting and Risk of Death. NEJM February 21, 2008 358; 8:771-783.

study also classified the procedure as to whether "complex CABG", number of vessels bypassed, does of aprotinin, inpatient use of drugs or services prior to CABG, and type of hospital.

338. In the i3 study, 1512 of the 33,517 aprotinin (4.5%) and 1101 of the 44,682 aminocaproic acid recipients (2.5%) died. After adjustment for 41 characteristics for patients and hospitals, the estimated risk of death was 64% higher in the aprotinin group than in the aminocaproic acid group (RR=1.64; 95% CI 1.50 to 1.78). In the first 7 days after surgery, the adjusted relative risk of in-hospital death in the aprotinin group was 1.78 (95% CI, 1.56 to 2.02). The relative risk in a propensity-score-matched analysis was 1.32 (95% CI, 1.08 to 1.63). In the instrumental-variable analysis, the use of aprotinin was found to be associated with excess risk of death of 1.59 per 100 patients (95% CI, 0.14 to 3.04). The need for postoperative revascularization and dialysis were more frequent among recipients of aprotinin than among recipients of aminocaproic acid. Patients who received aprotinin alone on the day of CABG surgery had a higher mortality than patient who received aminocaproic acid alone.

### *18.* NEJM FEBRUARY 21, 2008 "THE EFFECT OF APROTININ ON OUTCOME AFTER CORONARY-ARTERY BYPASS GRAFTING"

339. A retrospective study using record retrieval for 10,275 consecutive patients undergoing surgical coronary revascularization was conducted at Duke University Medical Center for patients treated between January 1, 1996 and December 31, 2005.[36] A total of 1343 patients (13.2%) received aprotinin, 6776 patients (66.8%) received aminocaproic acid, and 2029 patients (20%) received no antifibrinolytic therapy. All patients underwent CABG and 1181

[36] Shaw D, Stafford-Smith, et al. The Effect of Aprotinin on Outcome after Coronary-Artery Bypass Grafting. NEJM February 21, 2008 358; 8:784-93.

(11.5%) underwent combined CABG + valve. In the risk-adjusted model, survival was worse among patients treated with aprotinin, with a main-effects hazard ratio for death of 1.32 (95% CI, 1.12 to 1.55) with comparison to patients receiving no antifibrinolytic therapy ($p=0.003$) and 1.27 (95% CI, 1.10 to 1.46) with comparison to patients receiving aminocaproic acid ($p=0.004$). When aprotinin was compared with the use of aminocaproic acid or no antifibrinolytic agent, it was associated with a larger risk-adjusted increase in serum creatinine level ($p<0.001$) but not with a greater risk-adjusted incidence for dialysis ($p=0.56$).

### *19. NEJM-* MAY 29, 2008 PUBLICATION OF BART RESULTS

340. The Ottawa Health Research Institute BART study was published in the May 29, 2008 NEJM.[37] The BART (Blood Conservation Using Antifibrinolytics in a Randomized Trial) study was a multicenter, blinded study involving with 2331 high-risk cardiac surgical patients assigned to one of three treatment groups: 781 received aprotinin, 770 received tranexamic acid, and 780 received aminocaproic acid. The authors indicate that a shortcoming of this study is that the small sample size (lack of sufficient power) might not be able to identify a small increase in the risk of renal failure as reported for other studies. The BART study was not designed to address changes in the risk of renal function with Trasylol.

341. Adult patients were recruited from August 2002 to October 2007 from 19 Canadian cardiac surgical units. The high-risk procedures included repeat cardiac surgery, isolated mitral-valve replacement, combined valve and CABG, multiple valve replacement or

[37] Fergusson, D.A., Hebert P.C., et al. A Comparison of Aprotinin and Lysine Analogues in High-Risk Cardiac Surgery. NEJM may 29, 2008 358; 22:2319-31.

repair, and surgery of the ascending aorta or aortic arch. The primary outcome was blood loss and massive postoperative bleeding. A secondary outcome measurement included death from any cause at 30 days. An independent adjudication committee, whose members were unaware of study-group assignment, reviewed all deaths to assign a primary cause. Causes of death were grouped post hoc as either cardiac or noncardiac.

342. The study was conducted to address the controversy regarding the substantial variation in clinical practice, not renal safety. Also the direct Canadian pharmacy cost of aprotinin for a 4-hour cardiac procedure was $1400, as compared to less than $4 for aminocaproic acid. Concern had developed from observational studies that had shown an association between aprotinin and increased rates of cardiovascular and cerebrovascular complications, renal failure, and short- and long-term mortality. On the other hand, a meta-analysis by Brown and colleagues had suggested that concern was not supported by the evidence from previous randomized trials with aprotinin, with the possible exception of an increased risk of perioperative renal insufficiency. The randomized Trasylol trials were designed to address efficacy claims and were not intended as safety studies.

343. The BART study was stopped early because of a higher death rate in patients receiving aprotinin. A total of 74 patients (9.5%) in the aprotinin group had massive bleeding, as compared with 93 (12.1%) in the tranexamic acid group and 94 (12.1%) in the aminocaproic acid group (relative risk in the aprotinin group for both comparisons, 0.79; 95% CI, 0.59 to 1.05). However, at 30 days, the rate of death from any cause was 6.0% in the aprotinin group, as compared with 3.9% in the tranexamic group (RR= 1.55; 95% CI 0.99 to 2.42) and 4.0% in the aminocaproic acid group (RR= 1.52; 95% CI, 0.98 to 2.36). The relative risk of death in the

aprotinin group, as compared with that in both groups receiving lysine analogues, was 1.53 (95% CI, 1.06 to 2.22).

344. Of the 108 patients that died during the BART study, the proportion that died of cardiogenic shock, right ventricular failure, congestive heart failure, or myocardial infarction was higher in the aprotinin group than in the other two groups. Among the adjudicated deaths, use of aprotinin was associated with a significant doubling of the risk of death from cardiac causes.

342. The conclusion of the BART investigators:

> Despite the possibility of a modest reduction in the risk of massive bleeding, the strong and consistent negative mortality trend associated with aprotinin, as compared with the lysine analogues, precludes its use in high-risk cardiac surgery.

**ISSUE #4**

## IV. BAYER'S COMMUNICATION OF TRASYLOL RISK TO HEALTHCARE PROVIDERS

**OPINION #10:**

As testified to by Dr. S. Horton in April 2009, Bayer utilized well-planned and coordinated communication schemes and sales representatives and key opinion leader training to "exploit" Trasylol as Bayer's "wonder drug." As part of Bayer's Business Plan, it viewed use of publications, supplements, abstracts, health care provider continuing medical education, and Key Opinion Leader presentations at professional meetings as Promotional Programs intended to reinforce Bayer's message to use Trasylol at full dose (Hammersmith Regimen). The full Hammersmith dose was promoted as safe and with additional benefits. The use of the full dose, however, was an "organizational driver" for Bayer and potentially less safe than the half dose Trasylol regimen.

**OPINION #11:**

Despite interaction with FDA and the agency's approval of the half dose Trasylol regimen as potentially safer and just as effective, Bayer utilized false and misleading marketing to physicians of unverified claims of benefits for SIRs to support its promotion of full dose Trasylol. Bayer was aware that despite its promotion of the full dose regimen, it had not tested, labeled or adequately warned physicians of the increased dose-dependent risks of the full dose when compared to the half dose.

**OPINION #12:**

Despite FDA's concerns about public safety, Bayer continued to train its sales representatives and Medical Science Liaisons (MSL) in methods to minimize the life-threatening risks of aprotinin to health care providers.

**BASES FOR OPINIONS # 10 -#12**

**A. BAYER'S TRASYLOL SALES FORCE & MEDICAL SCIENCE LIAISONS RECEIVED FALSE AND MISLEADING TRAINING ABOUT TRASYLOL FOR UNAPPROVED INDICATIONS, ANITINFLAMMATORY BENEFITS, REDUCED RISK OF STROKE AND RENAL SAFETY CLAIMS**

343. Mr. Harrison testified that the following slide presentation given in February 2005 for an unapproved indication, namely use in orthopedic procedures, was presented to Bayer's Medical Science Liaison (MSL) representatives (Harrison, 11/18/08, p. 326-327, l. 4-18). The purpose was that if the question came up about orthopedic use of aprotinin, the MSL would be able to respond to clinicians. The slide presentation is authored by Edward Sypniewski, Pharm D and Bob Harrison, RPh and dated February 9, 2005. It provides eight Practice Scenarios for Answering Questions regarding Trasylol in Orthopedic Surgery (BAY02055397-491) (Slide Notes: BAY02055481-91). The presentation begins with an overview of the history of Trasylol use in CABG surgery and its first launch in 1959 in Germany. Reportedly Trasylol was discovered independently in the 1930s by two labs. Slide Note 6: The isolation of kallikrein inhibitor of bovine origins was associated with the discovery of kallikrein in the pancreas by the

research group of Frey, Kraut, and Werle at the University of Munich in 1930. Working with bovine pancreas, the researchers noted a small gland attached to one pancreas, from which a large amount of kallikrein inactivator was isolated. This substance was later isolated from other bovine organs, notably the lungs. In 1936, Kunitz and Northrop isolated an inhibitor from trypsin from bovine pancreas. For the next thirty years the substance of Frey, Kraut, and Werle, and the substance of Kunitz were studied independently by both labs. In 1967 it was concluded that both substances were identical based on the finding that the kallikrein inactivator inhibited trypsin and the trypsin inhibitor inhibited kallikrein. (BAY02055481)

344. According to Bayer, the pivotal study-006 for both primary and redo CABG was J. Lemmer, et al.[38] This1994 study was the support for the use of aprotinin for primary CABG. The primary study for redo CABG was Pivotal study -005, J. Levy, et al.[39] The J. Levy, et al. (1995) (Trasylol-005) also supported the decreased incidence of stroke events in repeat CABG patients with 7% (5/72) in placebo and 1% in aprotinin pump prime (1/72), low-dose 0/70 and high-dose 0/73, p=0.01. Sedrakyan et al (2004)[40] Meta-Analysis results: forest plot favored aprotinin versus placebo in terms of relative risk other than renal failure (RR 1.01 95% CL (0.55 - 1.83) based on 17 trials (26/1755 aprotinin, and 16/1248 placebo); mortality 32 trials, RR 0.96 (95% CI 0.65-1.40) 53/2149 aprotinin and 39/1630.

[38] Lemmer J et al. J. Thorac Cardiovasc Surg 1994; 107(2):543-53.

[39] Levy J et al. Circulation 1995; 92:2236-44

[40] Sedrakyan et al. J. Thorac Cardiovasc Surg. 2004; 128:442-8

345. Bayer gives its efficacy for Primary Hip indications as the following studies: Murkin 2000,[41] Janssens 1994 and Murkin 1995; Haas 2002; Hayes 1996; Langdown 2000; and Kasper 1998 (BAY02055412-3). Nowhere appears a statement that use of aprotinin for hip surgery is considered "Investigational" and not approved by FDA. Bayer provides eight practice interactive scenarios for introducing use of aprotinin for orthopedic procedures.

- Scenario1: Efficacy/MAO in patients undergoing primary hip surgery
- Scenario 2: Dose and administration for orthopedic surgery
- Scenario 3: Cost associated with use in orthopedic patients in primary hip surgery
- Scenario 4: Safety in orthopedic patients: DVT/thrombosis
- Scenario 5: Safety in orthopedic patients: hypersensitivity
- Scenario 6: Safety in orthopedic patients: renal dysfunction
- Scenario 7: Ongoing studies and Bayer's plans for future
- Scenario 7: ongoing studies and Bayer's plans for future
- Scenario 8: Use in orthopedic patients other than primary hip surgery
- Obtain suggestions for additional scenarios (BAY02055398)

346. Bayer's Scenario #1: Efficacy/MOA in Patients Undergoing Primary Hip Surgery. The sales representative is told that he is following up on a request for information regarding the use of aprotinin in primary hip surgery from an orthopedists attending at a teaching hospital. The surgeon has been speaking with a colleague who uses aprotinin in primary hip patients. She indicates she knows very little about aprotinin and asks the benefits of aprotinin are for primary hip patient. The response begins with information contained on a slide for Murkin, et al. (2000),

[41] Murkin et al. J Bone Joint Surg [Am] 2000; 82-A: 174-177

which indicated that the study was conducted "to evaluate the safety and efficacy of aprotinin as a blood-sparing agent in patients undergoing elective primary unilateral total hip arthroplasty (THA) and to examine its effect upon the prevalence of deep vein thrombosis (DVT)". The study was conducted at 16 centers in the United States and Canada. Patients received placebo (n=73) saline with saline continuous infusion; low-dose, (n=76) 500,000 KIU and continuous infusion of saline; medium–dose (n=75) 1,000,000KIU and 250,000 KIU/hr; and high dose (n=77) 2,000,000KIU and 500,000 KIU/hr. The Efficacy endpoints included: percentage of patients requiring any form of blood transfusion through day 7 (primary endpoint); estimated intraoperative blood loss and measured postoperative blood low and measured postoperative drainage volume; postoperative reduction in hemoglobin. The Safety endpoints included: rate of DVT using ultrasound done at discharge or the 10th postop day; adverse events and changes in laboratory parameters from baseline.

347. Bayer's discussion of Murkin, et al. (2000) slides is followed by a slide titled: Inflammation and Coagulation Activation In Primary Hip Surgery. The slide has a table with the Mean Inflammatory Mediator Level for C-Reactive Protein (CRP) and IL-6 followed over 10 days. The chart comes from A. Bunescu, et al. (2002)[42]. The next slide is MOA in Patients Undergoing Primary Hip Surgery which indicates:

> The benefits demonstrated in orthopedic surgery are most likely related to the effects of aprotinin upon:
>
> -platelet function
>
> -the attenuation of inflammatory responses

[42] Bunescu a et al. Clin Sci 2002; 102(3):279

-a reduction in fibrinolysis (BAY02055421)

CONCLUSIONS

■ Aprotinin reduces blood loss and transfusion requirements in orthopedics procedures

-Primary THA, major ortho, spine

-More data needed in TKA

■ Optimal dosing regimen is unknown

-Higher doses with infusions may be more effective

■Safety

-few adverse effects

-Adequate DVT prophylaxis

-Monitoring for hypersensitivity

336.    Scenario 5: Safety in orthopedic patients: hypersensitivity.  There is a slide with the current black box warning.  The black box does not mention the risk of death.  Bayer's next slide indicates that Hypersensitivity Reactions are:

■Generalized rash

■Bronchospasm

■Hypotension

■Anaphylactic Reactions

337.    Still no there was mention that anaphylactic reaction can lead to death, whereas hypersensitivity reactions have been reported that were fatal.  The word anaphylaxis is used but not death.  There is nothing to indicate that death has been associated with use of aprotinin in patients following a negative test dose and also at the time of the test dose.  Deaths have occurred in CABG patients despite a patient being in the operating room with immediate access to emergency medical support.  In terms of the risk versus benefit decision of wider sue of

aprotinin for orthopedic procedures, the potential for anaphylaxis and death is a major risk factor to be considered by a physician which is being minimized by Bayer's Scenario 5 presentation.

338. Scenario 6: Safety in orthopedic patients: renal dysfunction (BAY02055452). Mr. Harrison established that Bayer had learned of Dr. Mangano's manuscript in October 2004 and increased renal failure from Dr. Royston in 2004 (Harrison, 11/18/08, p. 329, L. 23). This presentation about renal safety was in February 2005. Mr. Harrison said that one reason they did not tell the MSL, was because the presentation was about orthopedic use (Harrison, 11/18/08, p330, l. 12-14). The MSL got no information from Bayer to convey to physicians about the risk of renal failure with aprotinin. The initial slide has:

> ▪ None of the orthopedic studies in the FDAMA package suggest that Trasylol sue is associated with an increased risk of renal dysfunction
>
> ▪ When reported, renal function tests remained normal or changes were similar between groups.

339. Reportedly data on file at Bayer pharmaceutical Renal Adverse Events: Primary Hip Study, there are no significant changes in renal function between placebo (n=73), low-dose (n=76), mid-dose (n=75) or high-dose (n=77) patients. Bayer also references all of its CABG data in the Trasylol Package Insert. Lemmer, et al. (1995),[43] however, did show a statistical significance on day 7 between aprotinin patients (1.28) and Day 7 placebo (1.10) (p=0.047) in mean serum creatinine levels (mg/dL). This actually would have been predicted from the findings in the animal data, but that was not discussed in Bayer's scenario 6.

[43] Lemmer et al. Ann Thorac Surg 1995; 59:132-136

340.    Safety and Efficacy Pivotal Trial (Cosgrove DM et al. (1992)[44]), type of procedure, redo CABG, not discussed in terms of relevance to hip surgery has:

- 169 patients for re-op myocardial revascularization

- Patients experiencing elevation of >0.5 mg/dL of serum creatinine

    -Full dose aprotinin 25%

    -Half dose of aprotinin 20%

    -Placebo 18% p=NS (BAY02055459)

341.    Bayer's final slide for support of renal safety includes several grafts of % Patients with Mangano CM, et al. (1998)[45] nest to graft of Bayer's own internal Trasylol database. Mangano is showing an increase in % patients with renal failure in the McSPI database whereas Bayer's internal and unpublished database shows no difference between % patients placebo and full-dose aprotinin (p=0.463) (BAY02055463).  There is no discussion how CABG studies are to be considered as representative of patient outcomes for hip surgery where there is no CPB.

342.    Scenario 7: Ongoing studies and Bayer's plans for the future.  The sales representative if asked about future Bayer plans is to tell the physician that:

- An additional study is being developed to determine the efficacy and safety of Trasylol in patients undergoing primary hip replacement surgery

- A study if patients undergoing revision hip, revision knee, bilateral knee or spinal fusion surgery is also being planned

- Obtain necessary information from site and forward to Medical Affairs.

---

[44] Cosgrove DM et al. Ann Thorac Surg. 1992; 54:1031-8

[45] Mangano CM et al. Ann Intern Med. 1998; 128(3): 194-203

343. Study 11694 is a multi-center, randomized, double-blind, placebo-controlled, parallel design, 2-arm study to investigate the effect of aprotinin on transfusion requirements and blood loss in patients undergoing elective primary total hip replacement surgery (BAY02055466). For the Study Objectives, Bayer indicated the main objective of the study was to get a primary hip surgery indication approved, which meant they would have to reduce the percentage of patients who get transfused (all without experiencing an unexpected safety issue) (BAY02055467). Bayer needed to enroll at least 400 patients at approximately 24 centers in North America. The exclusion criteria would include treatment with warfarin (Coumadin) or clopidogrel (Plavix) (within seven days of the operative procedure).

344. Other studies planned included Study 11798, a study of patients undergoing OPCAB surgery, with the N in the range of 600 patients. Study 11799, a study of patients undergoing revision hip, revision knee, bilateral knee or spinal fusion surgery (n= 400 range). Study 11800, was a study of patients undergoing surgical treatment of lung, esophagus, liver or pancreas (n =400 range) (BAY02055474).

345. Scenario 8 includes a discussion of aprotinin in spinal surgery. The two studies can be provided to FDA for support of this indication for adults: 1) Urban and 2) Lentschener (BAY02055476). For spinal surgery use in adolescents: 1) Khoshhal and 2) Cole (BAY02055477).

**B. BAYER MINIMIZES RISKS OF TRASYLOL TO ITS SALES FORCE IN TRAINING SESSIONS JANUARY 2006**

346. Bayer began its notice to the field sales force with "it has become aware of an article published in the upcoming, January 26th edition of the New England Journal of Medicine entitled "The Risk Associated with Aprotinin in Cardiac Surgery" (Mangano, et al.).

347. Bayer told it field sales force that the results being reported in the literature in terms of increases in renal failure, myocardial infarction, congestive heart failure and stroke or encephalopathy associated with use of aprotinin in patients undergoing coronary-artery surgery were not consistent with the "more than 15 years of clinical data and experience Bayer has amassed on this drug". Bayer continued:

> ■ ...Bayer utilizes many trial designs, including observational designs, however, acknowledges the FDA's regulatory requirements for RCT when demonstrating the safety and efficacy of our products for marketing approval.
>
> ■ One perceived value of observational studies is the larger number of patients from which to derive understanding. In this case, the number of patients receiving Trasylol in this Mangano trial is 1,295. This is less than the number contained in Global Bayer Database of RCTs (3,817 as of February 2005). Bayer has an even larger database for Trasylol safety, of which 2002 Trasylol patients are included in the current US PI. Moreover, additional, non-Bayer sponsored data exists in independent published RCTs which confirm these results.
>
> ■ The data and conclusions of the Mangano reprint are not consistent with Bayer's global RCT database (all trials using prophylactic dosing) which now includes 6499 patients and may not be consistent with the patients who are undergoing current CABG surgeries (Aprotinin 3817 and Placebo 2682).
>
> Action steps
>
> <u>Proactive Response</u>
>
> The Trasylol PI must be used and discussed on ALL CALLS to insure that all practitioners are reminded of the number of patients in clinical trials that support the brand's efficacy and safety. This should be a priority for your Trasylol users.
>
> Rationale: It remains critical to make sure that all of your customers are familiar with the magnitude for patients studied in Bayer's RCTs as the NEJM publications (editorial included) do not acknowledge the extent of controlled data

that support the product's labeling. If the researchers had acknowledged these data, there would have been no need for the observational study.

Reactive Response

**Do not need to enter call with this issue**

If any customer brings up the article, focus on the Safety Message for Trasylol

For Current Trasylol Users Only

■ Acknowledge that your customer has used the product and query for what their experience has been and what, if any concerns have been raised by this article.

■ **Do not get into debate on this paper.**

■ Regarding the paper, you may only respond that, Bayer has only just become aware of this manuscript and we have not yet had an opportunity t receive and review the data from which Mangano et al. have derived their conclusions. As such, you cannot address their assertions in comprehensive detail.

■ Support material to provide safety data that is readily available

- PI-safety data set with 2002 aprotinin patients
- Sedrakyan meta-analysis – renal (n=1755 aprotinin pts), MI (n=2024 aprotinin pts), CVA (n=1714 aprotinin pts), mortality (n=2149 aprotinin pts)

▪ Refer any customer to Clinical Communications or your MDLs for more in-depth discussion of this paper.

■ For Customers with No Trasylol Use

Your call plan for these customers should focus on the Safety Message for Trasylol

■ If asked about the Mangano publication:

•**Do not get into debate on this paper.**

•You may only respond that, Bayer has only just become aware of this manuscript and we have not yet had an opportunity to receive and review the data for which Mangano et al have derived their conclusions. As such, you cannot address their assertions in comprehensive detail.

- PI-safety data set with 2002 aprotinin patients

▪ Sedrakyan meta-analysis – renal (n=1755 aprotinin pts), MI (n=2024 aprotinin pts), CVA (n=1714 aprotinin pts), mortality (n=2149 aprotinin pts)

▪ Refer any customer to Clinical Communications or your MDLs for more in-depth discussion of this paper.(BAY 05634659-62; Exhibit Harrison N0. 15).

348. According to the testimony of Mr. Harrison, Bayer had become aware of the contents of the Mangano manuscript in October 2004. Therefore, it was false and misleading in January 2006, to tell Bayer's sales representatives to convey to physicians that Bayer had "just become aware of this manuscript". Bayer had first learned about the information contained in the Mangano manuscript from Dr. Royston who had reviewed the information and had conveyed the three to fourfold increased risk of renal failure with aprotinin back to Bayer (Harrison, 11/18/08, p. 340, L. 18).

## C. TRASYLOL PHYSICIAN/PHARMACIST COMMUNICATION PLANS

### 1. BAYER SENDS DEAR HEALTHCARE PROVIDER LETTER REGARDING LACK OF RENAL EFFECTS

349. There is a standardized physician letter from Bayer's Clinical Communications titled "RE: Renal Effects Associated with the Use of Trasylol, aprotinin injection". The letter is an informational letter intended to be sent to a physician in response to questions about Trasylol and renal safety. The document's SUMMARY:

> Most studies have shown that the use of aprotinin does not result in renal dysfunction, even when administered at the full dose regimen. If changes in renal function occurred, the changes were generally mild and transient. Moreover, Trasylol has been administered safely to patients with pre-existing renal failure. The risk of clinically significant renal impairment associated with Trasylol use appears to be small.

350. Mr. Harrison, Bayer's Clinical Communications, testified (Harrison 11/18/08, p353, 4, L.24-17) that this standardized letter was revised November 2005 regarding renal effects

with aprotinin.  Revision was 13 months after Dr. Royston had told Bayer in 2004, over discussion about his own manuscript, about Dr. Mangano's findings of increased renal risk.  Mr. Harrison also testified that there was nothing in the revised Bayer letter to inform physicians of the information Dr. Royston had told Bayer regarding Dr. Mangano's database about a three to fourfold increase in risk of renal failure associated with aprotinin. (Harrison, 11/18/08, p. 356, L. 8-17)  Regarding Mr. Harrison's obligation in Clinical Communications to provide fair and balanced information to physicians to allow them to make an informed risk versus benefit decision regarding use of aprotinin, he stated: "I would say that they would want to make sure that the information provided by Bayer is fair and balanced.  And—but, again, it's only one of many sources that exist in making a decision." (Harrison, 11/18/08, p. 362, L. 12-17).  He continued no why physicians looked to Bayer for information – "you know, they are looking for, you know, information from the manufacturer to provide them with what they would need to help them make that decision." (Harrison 11/18/08, p. 363, L. 6-10).  When asked if it was appropriate to not have provided the safety information to physicians through January 2006, Mr. Harrison answered:

> I was not hiding the information. The information came to me in an e-mail from a physician who had seen the data, interpreted the data, provided a summary of the data.  It is only his opinion.
>
> We had not- I had not nor had the company received any of that data to be able to do an assessment, as I described before, through our Drug Safety group to come to a determination whether or not that data was valuable and in fact truly reflected, you know, the effects of the drug.
>
> It was study that resulted in an advisory committee
>
> But at the advisory committee the data was repudiated.  (Harrison, 11/18/08, p365-6, L. 17-24)

351. Mr. Harrison at his 2008 deposition testified that he did not recall ever reading a 1992 abstract by Madi-Jebara, et al., Comparative Study of the Renal Effects of Aprotinin Versus Tranexamic Acid.[46] This document, however, was produced in Bayer's own documents. The authors had found that on day 4 following CABG, aprotinin potentiates alteration of renal function after CPB. The tranexamic acid effect produced was less deleterious. Mr. Harrison indicated that he did not reference the study in communications he made about aprotinin effects on renal function for Bayer's MRLs or to health care professionals. (BAY00939041) (Harrison 11/19/08, pp546-7)

## D. BAYER MAINTAINS PHYSICIAN/PHARMACIST EFFICACY LETTERS TO SEND OUT FOR SUPPORT OF BENEFITS OF TRASYLOL

352. Bayer had a standardized physician/pharmacist letter regarding Trasylol to respond to unsolicited request for information from physicians and pharmacists about the efficacy of aprotinin. (Trasylol/Efficacy 0706). The Bayer computer would automatically place the date, address and name of the individual to receive Bayer's response letter. Under Efficacy of Trasylol, the letter had a discussion of new claims for aprotinin which have not been approved by FDA. There were unsupported statements of benefits for aprotinin when compared to lysine products. The letter also has misleading information about the anti-inflammatory benefits of full dose Trasylol to help justify the beneficial use of full dose when compared to a half-dose.

> Trasylol is indicated for prophylactic use to reduce perioperative blood loss and the need for blood transfusions in patients undergoing cardiopulmonary bypass (CPB) in the course of CABG surgery. In addition to plasmin inhibition, the effects of Trasylol use in CPB involve a reduction in the systemic inflammatory

[46] Madi-Jebara et al. Comparative Study of the Renal Effects of Aprotinin Versus Tranexamic Acid During Cardiopulmonary Bypass, Anesthesiology September 1992, V 77, No. 3A, A223 ASA Abstracts

response syndrome (SIRS) associated with CPB, which translated in clinical trials into a decreased need for allogenic blood transfusions by as much as 60%, reduced bleeding by 45%, and decreased mediastinal re-exploration for bleeding. Effects of full-dose Trasylol upon kallikrein include inhibition of neutrophil activation and degranulation, reduction in complement activation, and preservation of platelet function.

**Effects upon Bypass-induced Systemic Inflammatory Response Syndrome (SIRs)**

Trasylol is a broad-spectrum protease inhibitor and modulates bypass-induced SIRS through effect on the contact activation and cellular function. Numerous in vitro and in vivo investigations have examined the effects of Trasylol on inflammatory mediators triggered by CPB. The anti-inflammatory actions of Trasylol are the result of both its dose-dependent inhibition of kallikrein and direct effects of platelet and neutrophil function…In addition, the dose-dependent anti-inflammatory reactions of Trasylol appear to occur without any differences in the incidence of adverse events between the kallikrein-inhibiting dose (full dose) and the plasmin-inhibiting dose (half dose). Unlike lysine derivatives such as aminocaproic acid and tranexamic acid, existing experimental and clinical data clearly support the unique dose-dependent mechanisms of action of Trasylol and identify a spectrum of clinical benefits that may be afforded to patients in the setting of CPB and CABG surgery. (BAY00355716)

353. According to Mr. Harrison, the letter did not include the use of any tables or information to support efficacy for the Trasylol half-dose, only the benefits of the Trasylol full-dose. The rationale for that was because most of the questions Bayer received were about the use of the full-dose. Half-dose information was included in the Trasylol label attached to the letter (Harrison, 11/18/08, p. 206, L. 11-20). When he was asked if there was a policy at Bayer to promote the full dose rather than the half-dose, Mr. Harrison responded: "I think for the most part people are interested the full dose because of the anti-inflammatory effects" (Harrison, 11/18/08, p. 208-9, L. 22-1). When asked if aprotinin was indicated for its inflammatory effects, he answered: "It is not indicated for that, but there's a description of the anti-inflammatory effects in the MOA of the PI" (Harrison, 11/18/08, p. 209, L. 4-7). When asked if Bayer could promote aprotinin for anti-inflammatory effects, Mr. Harrison answered: "Well, I—we-re—we

haven't described the MOA associated with it, and that had been in part of our letters as well as other materials" (Harrison, 11/18/08, p. 209, L. 19-22). When asked if Bayer ever asked FDA for an indication that Trasylol could make claims for anti-inflammatory effects, he replied "I don't know." (Harrison, 11/18/08, p. 14).

354. The Bayer form letter also makes claims about potential benefits of full-dose aprotinin for reduction of the risk for stroke. (BAY00355717). However, the letter fails to provide any discussion that Bayer studies failed to show a reduced risk of stroke with aprotinin. Mr. Harrison was asked whether leaving out the negative benefit studies for stroke constituted fair and balanced information from Bayer to health care professionals. He replied:

> But the letter does not say that the drug is associated with a reduction in stroke. It describes an association that has been described in the published studies. (Harrison, 11/18/08, p. 229, L. 14-18)
>
> Q. Okay. And your view then is that the contents of this letter, standing alone, is fair and balanced?
>
> A. The content of this letter provides a response specifically to that question. And what I said before, also, is that it's one piece of information that is used by a physician to determine whether or not the drug is appropriate for a given patient. (Harrison, 11/18/08, p. 229-230, L. 14-5)

## E. BAYER DEVELOPS TRASYLOL PUBLISHING & COMMUNICATION PLANS

355. Mr. Harrison had a Trasylol Communication Plan- January 30, 2002 that provided a grid of planned or concept communications for Bayer for the year 2002. The headings were: data source (author), title of the article, presentation forum Journal, status-target completion and notes. The communication plan ranged from abstracts, supplements, manuscripts and CE-MD Home Study. One entry was for continuing medical education with the proposed author listed as [Murkin], "Cardiac and Vascular surgery: neurobehavioral assessment, physiological monitoring

and cerebral protective strategies"; presentation forum was "Outcomes 2001 Cardiac and Vascular Surgery: neurobehavioral Assessment, Physiological Monitoring and Cerebral Protective Strategies", Wyndham's Casa Marina Resort, Key West, Florida, May 23-27, 2001, CME at the University of Western Ontario website. The status was that it was a still a concept for 1Q01. Regarding notes, was the entry "University of Western Ontario Faculty of Medicine & Dentistry, Office of Professional Education Development".

356. Other topics in development and planning by Bayer on the grid included: special concerns, aprotinin use in deep hypothermic circulatory arrest and low-flow states; aprotinin in pediatric patients; inflammation and anti-inflammatory effects; full dose aprotinin administration is associated with a significant decrease in perioperative stroke in patients undergoing elective cardiac surgery, a meta-analysis. [Murkin]; adverse outcomes after heart surgery are related to transfusion of platelets [Royston]; platelet transfusions during coronary bypass graft surgery are associated with increased morbidity and mortality – Bayer database analysis [Spiess]; aprotinin use in intracerebral hemorrhage- Phase IV study [Albers]; adverse outcomes associated with re-infusion of shed mediastinal blood, -Bayer database analysis [Dietrich]; aprotinin use in patients taking inhibitors of angiotensin converting enzyme (ACEI)- Bayer database analysis[Royston]- Note: Royston will write if can do platelet paper 12-00; aprotinin renal safety- Bayer database analysis [Bennet-Guerro]- 2 Q02. (BAY02047905-7, Harrison Exhibit 27).

## F. BAYER PROVIDES QUESTIONS & ANSWERS TO REFUTE THE PUBLISHED FINDINGS OF MANGANO AND KARKOUTI STUDIES

357. The 2/22/2006 message from Bayer to health care providers regarding Mangano and Karkouti studies was basically that the findings were not consistent with Bayer's RCT and

its over 15 years of experience with aprotinin. When questioned why there was a discrepancy between Mangano and Karkouti in terms of myocardial infarction and stroke, yet similarity for renal function, Bayer responded: [u]ntil the data from these two studies can be evaluated along with other relevant data we cannot adequately explain the differences between the studies. These studies are also not consistent with Bayer's 15 years of clinical experience and 12+ years of marketing experience with Trasylol.

358. If asked "why aprotinin costs 100 times as much as tranexamic acid, and if, as Karkouti concludes, aprotinin and tranexamic acid have the same hemostatic effectiveness in high-transfusion risk cardiac surgery, why should surgeons use aprotinin." Bayer's response: "Trasylol is the only drug approved in by the U.S. FDA to reduce perioperative blood loss and the need for blood transfusion in patients undergoing cardiopulmonary bypass in the course of coronary artery bypass graft surgery. In published cost analyses, when used in CABG patient the costs of Trasylol are offset by the reduced use of blood products and other complications associated with CABG surgery involving CPB."

359. If sales was asked whether Trasylol was removed from the market in Italy some years ago? Was that decision related to the issues raised in the Mangano, et al. and Karkouti, et al. studies? The Bayer response: All bovine derived products, including Trasylol, were removed from the market in Italy in the 1990s due to a theoretical concern over the safety (i.e. BSE) of these materials (BAY00686429-48).

**G. BAYER AND TRASYLOL'S UNAPPROVED PROMOTION**

### 1. DDMAC NOTIFIES BAYER THAT ANTI-INFLAMMATORY CLAIMS ARE FALSE AND MISLEADING

360. Bayer received a 1997 DDMAC letter regarding Trasylol not having been approved for anti-inflammatory claims. The FDA had not approved Trasylol for anti-inflammatory indications. The initial reference to any anti-inflammatory action for Trasylol occurred in Bayer's update to its 1998 label in the section Mechanism of Action (MOA) not in the indications for use. Harrison Exhibit 35 contains a promotional piece having the heading SIRS and IR Injury during CABG may impact major organs, IR has multiple effects on the kidney then Trasylol modulates SIRS and IR injury, Trasylol: Attenuated IR mediated injury, Trasylol Dose-Dependent Properties. According to Bayer employee testimony, SIRS stands for systemic inflammatory response syndrome and IR for ischemia reperfusion (Harrison, 11/19/08, p.529 L. 13-24). Neither of these indications being promoted by Bayer sales are FDA approved indications for Trasylol. The promotion falsely implies to physicians that Trasylol conveys a more beneficial dose-dependent effect on the kidney, i.e. the use of the full dose having greater anti-inflammatory benefits for a patient than the half-dose. However, there is no adequate scientific support for that misleading marketing claim. The Bayer pieces also imply that beneficial effects of Trasylol are dose-dependent and a greater effect will be obtained by administration of the full-dose. (Harrison, 11/19/08, p. 529-531). There is no scientific support that was provided to FDA to support the claim that a full-dose provides a more beneficial effect for a CABG patient than a half-dose. In fact, there is information in Bayer's own clinical studies to support that just the opposite is true, namely that the risk for a patient increases with a larger full dose (BAY00939855-4); (BAY03266230-31).

**2. BAYER UTILIZED TRASYLOL CORE SLIDE KITS,CONTINUING MEDICAL EDUCATION, KEY OPINION LEADERS AND VISUAL AIDS TO PROMOTE FLASE AND MISLEADING ANTI-INFLAMMATORY BENEFITS**

361. After receiving the DDMAC letter in 1997, a 2002 Bayer promotional piece Trasylol Slide Kit continued to describe the benefits of aprotinin on systemic inflammatory response syndrome (SIRS) for CPB and anti-inflammatory action of aprotinin. The slide kit also described aprotinin as increasing glomerular filtration rate (GFR) in the immediate postoperative period. Changes from aprotinin were called transient and unremarkable on day one. There was no discussion of the changes in renal function later on in the postoperative period with aprotinin (Harrison Exhibit 50, BAY02043890-79).

362. There is also a slide set from March 20, 2000 titled TRASYLOL 2000 BRAND REVIEW (BAY00679867-84). In 1957 aprotinin had been considered a "*drug in search of an indication*" whether pancreatitis, diabetes, hyperfibrinolytic states or later AIDS. In 1994 Bayer launched Trasylol in the United States. "Cosgrove's published article- Questioned Trasylol's safety." "FDA had put all sales materials "on hold" pending resolution of safety." Therefore, marketing launch had been hindered due directly to concerns about safety of Trasylol. The Levy Study had shown the efficacy of the half dose and provided "half dose" labeling changes. FDA sent a non-approvable letter in 1998 concerning indication of all CABG, Bayer filed a CBE-PI effective May 1997 to address FDA's safety concerns. With launch of 1997 primary CABG indication, Bayer prepared its Sell Sheet to assist in addressing safety issues with Trasylol. November 1998, Trasylol was approved for primary CABG indications.

363. In 1999, Bayer rolled out the first visual aid since its original launch. There were 40 sales ISF reps for Trasylol by late October 1999. According to internal documents, the safety doubts of 2000 continued to include lingering procoagulant effects, correct dosing, value of the product and persistence of leaking vials. In STS Convention Research, the reasons for using Trasylol by surgeons and anesthesiologists included in order highest to lowest: 1) reduced transfused blood required; 2) drier surgical field; 3) kallikrein inhibition on contact activation; 4) availability of safety data; 5) reduction of neurological events. In terms of the anesthesiologists, 1998 survey, the rating of concerns included (highest to lowest): 1) renal effects; 2) graft patency; 3) dose to use; 4) myocardial infarctions.

364. In 2000, Bayer created the "Why Trasylol Visual Aid". The purpose of the aid was to ask a surgeon why "he does or does not use Trasylol". In its "2000 Break the Chain Campaign" with Visual Aid", the sales literature included that Trasylol was to bypass-induced SIRS causes a chain of events. Trasylol "breaks the chain" by modulating the bypass-induced SIRS by inhibiting kallikrein. The presentation included a list of "Millennium Publications for Bayer and Trasylol" as well as proposed topics for publications, think- tank publications on ACE Inhibitors, platelet administration, stroke, and myocardial protection. In 2000 Trasylol the Key Messages included:

- Trasylol is a broad-spectrum proteases inhibitor in a unique class all to itself.
- The only agent with an FDA approved indication for prophylactic use to reduce bleeding and transfusion requirements
- Concentration-dependent properties.(kallikrein-inhibiting dose vs. plasmin-inhibiting dose)
- Trasylol's unique MOA modulates or normalizes the systemic inflammatory response (SIR) to bypass

▪Transfusion requirements are reduced by 60 to 80%

▪Clean safety profiles

▪Positive cost offset analysis.

365. The 2000 Trasylol list of - PEER INFLUENCE MEETINGS:

**▪Types of meetings**

-Dinner

-Grandrounds

-Regional meetings and symposia

**▪CT Surgical Team Meetings**

Web Sites and Resource Center

Trasylol LN Resource Center; Trasylol Web Page, Visiting Professor Web Page (BAY00679880-81).

366. Stanley Horton, PharmD, manager of medical education responsible for the marketing launch training of the cardiovascular division for Trasylol, testified that it was "our mission to pull this vial of wonder drug into the hands of the surgical team to protect the patient and break the chain of events that lead to blood loss and transfusion (S. Horton, 4/14-17/09, p. 51 L. 7-12). When asked about Trasylol's Busienss Plan and "Promotional Events" he answered:

A. Educational symposia, associates conventions, peer-influenced round table discussions are the predominant means to reach hard-to-see surgeons. These programs are jointly organized by the SALs and Sales Force…(S. Horton, 4/14-17/09 p. 943 L. 6-11),

367. Dr. Horton was also asked whether FDA had ever approved Trasylol as indicated for preventing systemic inflammatory response syndrome (SIRS):

A. As it relates to bleeding

Q. Traylol was indicted and found effective in reducing bleeding regardless of how it worked? Correct?

A. yes, if was found to be effective in reducing bleeding regardless of how it worked.

Q. There is nothing in the indications that even mentions its ability to prevent systemic inflammatory response syndrome, is there?

A. No. (S. Horton 4-14-17/09, p. 846-7, L. 22-17)

368.    Dr. Horton was asked about Bayer's the promotion of the full dose versus the half dose that was also approved by FDA.

Q. So at that point, you needed to have a way to convince doctors to use the full dose instead of the half dose or you would suffer a 50 percent revenue loss?

A. Potentially (S. Horton, 4/14-17/09, p. 911 L. 4-10)

Q. So when the FDA determined in 1996 if the half dose was effective and safe to prevent bleeding, you were one of the champions of the idea we need to rewrite the mechanism of action section, talk about this inflammatory response.

A. So that we could answer the question of why use one dose over the other.

Q. And so promote the full dose over the half dose?

A. Or to make sure that they understand why they should use one dose over the other.

Q---couldn't Bayer have gone to FDA and said the full dose has these properties which make it effective against inflammatory response syndrome, we should put in the indication full dose stops bleeding and mediates inflammatory response, half dose stops bleeding.  My question is, could Bayer have gone to the FDA and asked for that?

A. We would have had to have done the studies with the endpoint of inhibiting the systemic inflammatory response as if you want to change the indication.  The indication was in reducing bleeding and transfusion requirements, that was our study.

Q. And the answer is that Bayer never did the study regarding the endpoint of inflammatory response?

A. No one fully understands that response so that you could do the study.

Q. Bayer never did the study.  Whether anybody understood it or not, it never was done. Right?

A.The study was never done because no one knows how to do it yet.(S, Horton, 4-14-7,09, p.917-920, L. 10-7) .

Q. Right. And then you championed promoting the full dose over the half dose using the referenes to inflammatory response in the mechanism of action.A. Championed the delineation of the differences so that if they chose to have the systemic inflammatory response as what they were looking for, they knew which dose to use. (S. Horton, 4/14-17/09, p. 938 L. 12-21)

### 3. BAYER HAD A BUSINESS PLAN TO "EXPLOIT" TRASYLOL FOR NEW INDICATIONS

369.    S. Horton, Pharm D, when asked how would Bayer "exploit" Trasylol (Exhibit 3) replied:

I would say that that's an unfortunate terminology, but basically develop would have been a more appropriate work.  Continue to develop Trasylol in the U.S. for the new indications and- which we were going after with primary hip and cancer as well as spine.  And we also were looking at whether we needed to do a study in off-pump. (S. Horton, April 14, 2009, p. 64, L. 6-16)/

370.    Dr. Horton testified that over the years, approximately 50% of Trasylol was used off-label. (S. Horton, April 14, 2009, p. 158-9, L. 23-1).  He was asked about Exhibit Horton 87, PowerPoint slides from his Business Review presentation dated February 23, 2004:

Q. Now, if you look on the third page, I believe it is, it's 1452- the fourth page. Trasylol usage in 2002 was 53.7 percent for CABG. Right?

A. Correct.

Q. And that's the indicated use?

A. Correct.

Q. And that means it was 46.3 percent off label?

A. Correct.

Q. And would you say that by February 2004 you had achieved some the goals that you were looking for for Trasylol sales?

A. By 2004, we had achieved some of our goals, yes.

Q. And, in fact, the sales had increased by double digit percentages over several years in a row prior to this date. Right?

A. correct.

Q. And that was a good thing, you got congratulations from your superiors about that . Right?

A. Yes. (S. Horton, 4/14-17/09, p. 1001-1003, L. 16-9)

371.   In Exhibit Horton 19, the McKinsey report March 24, 2004 by Bayer's

consultants had informed Bayer that off-label usage could be increased, and by April 5, 2004,

off-label indications was listed as a Trasylol market driver.

Q. Exactly seven days later, your boss states that there is only one brand in the pharmaceutical portfolio that can ensure the organization's future growth, Trasylol. Correct?  Is that correct?

A. Yes. That's what he stated in his slide.

Q. Your boss exactly a week later says, The 2004 Trasylol goals, while aggressive, are a reflection fo the Organization's need," doesn't he?

A. Yes. (S. Horton, A4/14/2009, p. 236-237, L. 3-18)

372.    There is an undated slide presentation (BAY00891093-1159; Harrison Exhibit 51)

post 1998 which describes efficacy of aprotinin for other indications.  Mr. Harrison in 2008

identified the slides as coming from Bayer:

Heart, Lung or Combination Transplantation

▶ Royston D J heart Lung Transplant 1993; 12:S19-25

▶ Havel et al J heart Lung transplant 1992; 11:348-9

▶ Popst et al Transplant Proc 1994; 26: 3719-3721

Endocarditis

▶ Bidstrup et al Ann Thorac Surg 1993; 55:504-5

■ Thrombocytopenia

►Deviri et al Ann Thorac Surg 1992; 54:1018-9

■ Recent Thrombolytic Therapy

►Efstratiadis et al Ann Thorac Surg 1991; 53: 1320-1

■ Extracorporeal oxygenation support

►Brunet et al Intensive Care Med 1992; 18:364-7

■Insertion of ventricular assist device

► Goldstein et al Ann Thorac Surg 1995; 59: 1063-8

Published studies have shown aprotinin to have efficacy in noncardiac surgical practice

■Orthopedic *

►Janssens et al Anesthesiology 1994; 80:23-9

Efficacy in hip and knee replacement surgery to reduce bleeding and blood-product transfusion.

■ Vascular*

► Thompson et al Lancet 1990;335:911

Benefit shown in infrarenal, aortoiliac and femoral arterial surgery

■Hepatic transplantation*

►Mallett et al Transplant Proc 1991;23:1931-2

Significant reductions in blood product use, time on IPPV and ICU stay

■ Obstetrics and Gynecology*

►Sher et al Clin Obstet Gynecol 1985; 28: 15-23

Reduced bleeding and need for C section in abruption

Prevented bleeding associated with the consumptive coagulopathy of amniotic embolus/dead fetus syndrome

■ Neurosurgery*

►Tzonos Neurosurg Rev 4: 193-194, 1981

Prevented oozing and decreased rebleeding in tumors of meninges

Reduced rebleeding rate in subarachnoid hemorrhage

*These are off label uses.

373.    Beginning at slide #94 in the slide set, is the discussion of the anti-inflammatory actions of aprotinin (BAY00891142).   Slide #97 begins a discussion of the advantages of aprotinin when compared to other products available: Desmopressin, antiplatelet agents-prostacyclin, dipyridamole, and Lysine Analogue Antifibrinolytics- epsilon-aminocaproic acid and tranexamic acid (BAY00891145-55) (In November, and January 1999, FDA's DDMAC had written to Bayer to tell them it was misleading and lacked fair balance to compare drugs with different intended uses.) (BAY00227262-3).

### 4.   BAYER'S SCIENTIFIC COMMUNICATIONS CONTINUE TO SUPPORT ITS MESSAGE FOR TRASYLOL EXPANDED USE

374.    Bayer slides of Scientific Communications /67198 dated September 14, 2004 begins with

- Hip & Bloody Ortho Surgery- safety, efficacy, SIRS
- Surgical Oncology- safety , efficacy, SIRS
- Blood management & Costs
- MOA
- Safety & Outcomes

375.    Each topic is then reviewed in terms of activity by Bayer including supplements, manuscripts reviews, and presentations.   The final page is titled Trasylol-slide kits, other.   The core Trasylol slides for Speakers has 70 slides.   There are accessory slide kits for speakers on renal, I-R injury, CNS, DHCA, MI, Coagulation, OPCAB, Costs with ~12 slides per kit.   Bayer has position papers regarding Trasylol for Internal Education Purposes.   The topics are to

included aprotinin and ischemia-reperfusion injury; aprotinin and cancer; aprotinin and stroke; and aprotinin and orthopedic surgery (BAY00696086-96).

376. Dr. Horton was questioned about the Key Success Factors for Trasylol sales:

Q. The first thing you have listed there is "Targeted Eductional/Clinical Programs, Surgical Team, Blood Bankers, Hospital Administrators." So you're going to do educational programs to help maximize growth?

A. Correct

Q…Then you have "Speakers Bureau". The speakers are the opinion leaders. Right?

A Correct. We train about 2 percent of the KOLS as speakers. That's all that we can have as a—in the speakers bureau at a time.

Q. How many was that, though in number?

A. Well, there was about 2,000 cardiac surgeons, and so there'd be about 2 percent of those that would be—then we would use some of the anesthesiologists and a few perfusion speakers.

Q. So you had 40 trained speakers who were key opinion leaders?

A. They were opinion leaders ranging from regional to national.

Q. And did they get paid to be trained to be speakers for Bayer?

A. They were –they were paid while they were- for the day and a half and they were in the room, therir time was paid by the hourly rate,

Q. Like $350 or $400 an hour?

A. I don't know. That was what the normal rate is coming out of medical.

Q. So they got paid for the day and a half they were trained and then did they get paid to speak?

A. They get $2500 for each speaking engagement.(S. Horton, 4/14-17/09, p. 1004-1008 L. 23-10)

Q. Wasn't the creation fo the literature as part of marketing a significant part of your innovative marketing campaign that you created for this drug?

A. I don't characterize it that way. I characterize it in the fact that if you have a complete plan in which you're totally based upon the data and you're looking for other areas out there that haven't been met and you have the Phase committee able to help seed some of that to where that you could do more of connecting the dots in understanding. (S. Horton. 4/14-17/09, p. 1017, L. 6-23)

### 5. BAYER'S SALES FORCE ATTEND WORKSHOP SESSIONS DESIGNED TO HANDLE COMMON PHYSICIAN SAFETY OBJECTIONS TO TRASYLOL

377. Bayer Pharmaceutical Division National Sales Training Department ISF Trasylol Training titled "Handling Objections Review Leaders' Guide" dated January 2002 was used for a Sales Training Workshop. The workshop included the four common Trasylol objections encountered. The Common Trasylol Objections:

- I am concerned that Trasylol is prothrombotic
- Trasylol causes renal dysfunction
- I use Amicar because it is less expensive
- I use half-dose Trasylol because it is less expensive.

OBJECTION 1: Point out that Trasylol inhibits the coagulation cascade…Trasylol has been studies in over 4,000 people in US clinical trials…

OBJECTION 2: Refer to the Trasylol Renal Sell Sheet and the Why Trasylol visual aid, page 20. Renal sell sheet

- The Trasylol database shows that the incidence of elevated serum creatinine with both Trasylol and placebo is approximately 5%
- Page 20 of the Why Trasylol visual aid shows that increases in serum creatinine are transient, and are not significantly different between Trasylol and placebo
  - Additional Information
    - The study that clearly justifies Trasylol's role in renal function is Dr. John Lemmer's "**Aprotinin for Coronary Artery Bypass Grafting: Effect on Postoperative Renal Function**", published in 1995 in the Annals of Thoracic Surgery; 59:132-6…Under the conditions described, aprotinin

use does not appear to be associated with a significant risk of serious renal toxicity.

OBJECTION 3: ...discuss the dose-dependent effects of Trasylol on SIRS using the Break the Chain visual aid. Pages 4 and 5- Unique Mechanism of Action...

OBJECTION 4: ...The Why Trasylol visual aid is an excellent resource-refer to the table comparing the effects of full-dose and half-dose.

Next, discuss the dose-dependent effect of Trasylol on SIRS using the Break the Chain visual aid - Pages 6 and 7: Concentration-Dependent Profile (BAY00835980-94).

378.    Scientific Affairs Practice Scenarios dated November 30, 2004 also provided the members of Bayer sales to work through practice scenarios.  Scenario 1 (MOA/Efficacy/Safety); Scenario 2(Blood management/Conservation/Cost Offset); Scenario 3(Half-dose vs. Full-dose); Scenario 4: (Graft patency); Scenario 5: (Renal complications); Scenario 6: (Hypersensitivity); Scenario 7: (Cost)(BAY05476870-83) (See also BAY05680873-77)

379.    Bayer has a visual aid (referenced above) FOR THE "**WHY CONSIDER TRASYLOL**?" VISUAL AID T02017.  A key  objective of the piece is to promote the use of Trasylol for **all** CABG surgery; reaffirm the efficacy and safety of Trasylol; and demonstrate how **Full-Dose**- i.e. kallikrein-inhibiting- Trasylol offsets the cost of blood products.  The field force is told to stress that Trasylol has been extensively studied not only worldwide but also in more than 4,000 patients enrolled in U.S. clinical trials.  Point out the unique mechanism of action; has the only FDA-approved indication for prophylactic use to reduce bleeding and transfusion requirements in all CABG surgery; the ability to reduce transfusion requirements and reops for bleeding; offsets the cost of blood products.  Potential objection: the cost.  The opportunity to say: IN THE TRASYLOL GROUP, THERE WAS A SIGNIFICANT

DIFFERENCE IN THE COST OF BLOOD. Encourage physicians to visit the Trasylol Web site. The next page described the mechanism of action and the use of the "full-dose referred to as the kallikrein-inhibiting dose" throughout the aid. Trasylol decreases SIRS by inhibiting kallikrein. The half-dose is the plasmin-inhibiting dose. There is an increased risk of infection with blood transfusions, therefore reduced blood transfusion with Trasylol and decreased risk of infection. Sales representatives are told to stress that the kallikrein-inhibiting (full-dose) dose of Trasylol offsets the cost of blood products.

380. "In primary CABG surgery, **there was a $927 difference in the cost of blood products per patients in those who received Trasylol versus those who did not.**" "There **were no reops for bleeding in the Trasylol group** and 1 reop in the group without Trasylol. The closure time was 46 minutes in the Trasylol group and 51 minutes in the group without Trasylol. In redo CABG surgery, there was a $1,225 difference in the cost of blood products per patient in those who received Trasylol versus those who do not. There were no reops for bleeding in Trasylol groups and 2 reops in the group without Trasylol. The Closure time was 55 minutes in the Trasylol group and 70 minutes in the group without Trasylol.[47] (BAY00718193-207).

381. Trasylol Renal Sell Sheet Implementation Guide has the **Journal Articles for Promotion**: T05015- Lemmer J et al (1995); To5031 Mangano CM et al (1998); To5155 Levy JH (1995); **Audiovisual materials-** To7011 Renal Sell Sheet (also contains Mangano/McSPI Research Group study above)**;** **Clinical Communications** Renal function response letter

[47] Lathi KG, et al. Economics of aprotinin in cardiac surgery. Anesth Anal 1995; 80:SCA119: Abstract.

complete with reference list. For the "I often see an increase in renal function tests (serum creatinine) after using of Trasylol, I'm concerned that it causes renal impairment". Resources to address this objection: 1. Trasylol Renal Sell Sheet (T07011); 2 Why Trasylol Visual Aid (T02017), page 20; 3. Lemmer reprint (T05015)(1995).(See also BAY0574845; BAY06393919-22). Trasylol OBJECTIONS are:

> Objection: Trasylol causes renal problems....In patients with renal impairment, dialysis is an option, but usually, the dosage of Trasylol is decreased , by about 1/3, as levels will build more rapidly as the kidney does not eliminate then as readily...Two other good papers come from Dr. Royston...Another good source of background information is a tape by Dr. Royston, which answers this question to a group of doctors. Dr. Royston again describes what happens and that it is not a problem as the patients will resolve or can be dialyzed. (BAY00718381-3)

382. In terms of Bayer, S. Horton, Pharm D. testified that as shown by Exhibit Horton 4 titled "Minutes of the Joint Project Team/Medico/Marketing Meeting" dated December 8 and 9, 1997 held at Stroke Court in the United Kingdom, in terms of the most frequent Adverse Events (ADRs) for Trasylol, the most common was hypersensitivity/anaphylactic reactions upon re-exposure. The second most frequent ADR in study reports for Trasylol was related to "Renal Failure." (S. Horton, 4/14-17/09, p.71-72, L. 18-21).

> Q. So when Bayer had information from their key opinion leader, Joseph Tobias, who had published in 1996, in 1999 textbooks and in 2004 articles that aprotinin was associated with renal toxicity, what did Bayer ask Dr. Tobias as to what he meant by that?
>
> A. It was immaterial what he meant by it... (S. Horton, 4/14-17/.09, p. 576, L. 1-9)
>
> Q. So when Bayer saw that Joseph Tobias had published an article indicating that aprotinin was associated with renal toxicity, instead of asking what he meant to do with it, they paid him money to be a speaker?
>
> A. To be an advisor, not a speaker in the sense of a speaker. They spoke to Bayer people to provide advice on their knowledge of orthopedics, orthopedic surgery,

> proposed areas that we had an interest in going into and whatever experience they had with Trasylol. We didn't expect them to have much experience with Trasylol, (S. Horton, 4/14-17/09 p. 584-5, L. 16-10).

383. Dr. Horton was asked about the source of product information given to Trasylol sales force. According to his testimony, the sales representatives only had access to the information contained in the package insert for Trasylol. If Bayer internally had information other than the package insert, the sales representative wouldn't receive that information. Therefore, sales would not be able to provide any information other than the PI to the physician. (S. Horton, 4-14-17/09, p. 632, L. 13-24). Furthermore, physicians would not have access to Bayer's databases so the only source of information for deaths, renal failures and MIs would be from the sales representative and the PI and not Bayer's was tracking internally of events.

384. A June 23, 2003 BAYER IMPLEMENTATION GUIDE FOR THE "**What's Your Transfusion Goal?**" Trasylol Visual Aid. This implementation guide consists of reproduction of actual pages of the Trasylol "What's Your Transfusion Goal" Visual aid plus an example of an appropriate sales presentation for each page/spread. The key objective was to increase the cardiac team's awareness of the risks of transfusion, current blood conservation programs for CABG and ultimately change a surgeon's practice regarding acceptability of lower values of hemoglobin and hematocrit before transfusing blood products ("transfusion trigger"). The guide was intended to help sales reinforce the Trasylol message, that it is the only agent that can reduce blood loss in patients undergoing CABG surgery with CPB; Trasylol had a unique mechanism of action on SIRS; with dose-dependent Trasylol administration it was clinically acceptable to transfuse patients with less blood, letting their blood parameters drop to lower levels.

385. This guide was designed to be used along with "Why Trasylol" and "Break the Chain MOA" visual aids. The three Bayer guidances when used together all helped reinforce Bayer's sales message for physicians and pharmacists. It had statements such as: "In a pivotal study, the kallikrein-inhibiting dose (high dose) Trasylol decreased blood loss by 45%". "Trasylol has a dose-dependent effect of decreased blood loss and the need for platelet and red blood cell transfusions. In patients who receive transfusion and Trasylol, "Trasylol use was associated with a decreased risk of stroke." The message conveyed by the three aids was that Trasylol had unique pharmacological properties that somehow helped substitute for a need to transfuse blood into a patient. Regarding the promotion of SIRS modulation, in the SIRS cascade, "kallikrein-inhibition occurs early and plasmin-inhibition occurs late". Reportedly, by "inhibiting kallikrein, Trasylol decreases contact activation, leading to inhibition of the intrinsic coagulation pathway. As a result, there is also a reduction in thrombin and plasmin-induced platelet defects." "Trasylol has unique dose-dependent mechanism of action that modulates the adverse effects of the systemic inflammatory response to bypass."

386. Bayer appears to have relied on the phrase "transfusion trigger" to actually have its sales force address changing transfusion practice by surgeons and anesthesiologists, reduce the administration of blood to patients, and artificially manipulate clinical practice to increase the apparent efficacy of Trasylol. It also relied on promotion of "fear of blood transfusion" products for surgeons, anesthesiologists and patients in its guide to strengthen the Trasylol selling message. Bayer's message to the surgeon and anesthesiologist who ordered administration of blood products: "REVIEW OF DATA REGARDING TRANSFUSION PRACTICES

SUGGESTS THAT LOWER TRANSFUSION TRIGGERS ARE SAFE AND MAY IMPROVE OUTCOMES." Bayer continued the message for lower blood values:

> Traditional triggers for transfusion in cardiac surgery vary widely among practitioners. Due to recent concerns regarding transmission of viral pathogens such as West Nile Virus, the blood supply shortage and previously disclosed risks of transfusion, traditional transfusion triggers have been challenged.
>
> A hemoglobin trigger of higher than 7-8 g/dL has been challenged by government groups and transfusion medicine specialists, and the clinical need for many transfusion has been questioned.
>
> IMPACT: Recent data suggests that traditional transfusion triggers should be reevaluated. A review of recent data suggests that lower transfusion thresholds are safe, and may improve patient outcomes. Every CT surgeon will have a different trigger for transfusion. Trasylol, by reducing blood loss, may reduce the probability that patients will reach the "trigger" point. (BAY00718238).

**6. DESPITE FDA'S CONCERNS ABOUT PUBLIC SAFETY BAYER SOUGHT TO MINIMIZE RISK**

387. Bayer also minimized the very real fear of fatal "hypersensitivity" reactions for surgeons and anesthesiologists as a result of the wider exposure of patients to aprotinin-containing products. Bayer made statements which appear to downplay the risk despite the concerns of FDA. Bayer made statements such as: "[h]ypersensitivity reactions to Trasylol decrease in incidence over time. This is consistent with a weak antigen-antibody mediated response." The Bayer hypersensitivity message continued, always downplaying the risk of wider use and potential for sudden death from aprotinin:

> In patients with no prior exposure to Trasylol, the incidence is <0.1% at the time of surgery. After surgery, it may take the body about 2 to 3 weeks to develop an antigen-antibody response that could lead to a hypersensitivity reaction. After approximately 3 weeks and up to 6 months postoperatively, a 5% incidence of hypersensitivity reaction with Trasylol was noted. After 6 months, the incidence drops to 0.9%. (BAY00718245).

## 7. IN 2003 BAYER SALES HAD USED DR. MANGANO'S DATABASE AS SUPPORT FOR RENAL SAFETY

388. Bayer in 2003 had utilized Dr. Mangano's database information for CABG to support that the risk of renal dysfunction associated with CABG was not due to administration of aprotinin. "Many risk factors associated with CABG surgery may lead to post-operative renal dysfunction"...The overall incidence according to data from MultiCenter Study of Postoperative Ischemia (McSPI) is 7.7%." Bayer continued with the McSPI statistics on CABG: "The McSPI data is available to researcher interested in evaluating outcomes related to CABG." "Renal dysfunction is a fairly common complication of CABG surgery, with a 7.7% incidence overall, according to McSPI data." "Many factors, including but not limited to medications, contribute to post-operative renal dysfunction following CPB". "DATA SUPPORTS THE RENAL SAFETY OF TRASYLOL" Bayer would use its own database to corroborate Mangano's McSPI findings: "Based on an analysis from the Trasylol database, using similar criteria as the study of the McSPI database, Trasylol does not have adverse effects on renal function". (BAY00718225-51) (see also BAY00228563-5; BAY05680806-8)).

## 8. BAYER SALES HAD ACCESS TO A SERIES OF BAYER STANDARDIZED FAXBACK TOPIC LETTERS TO RESPOND TO QUESTIONS FROM HEALTCARE PROFESSIONALS

389. Bayer's sales representatives could use the FaxBack program to obtain answer letters for unsolicited questions from health care providers. Bayer had twelve form letters available for Trasylol. The letters ranged from off pump cardiac surgery; efficacy data; stroke; pediatric sue; antiplatelet agents; weight-based dosing; hypersensitivity; SIRS modulation; orthopedic surgery; myocardial/pulmonary effects; cost and graft patency (BAY033684876-7).

### 9.   BAYER INTERNALLY WAS AWARE COMPAISON CLAIMS COULD NOT BE MADE WITHOUT SUPPORTING CLINICAL DATA

390.    There is a draft document, the Casa Bayer Trasylol Paper which indicates that in May 1996, there was at least one employee at Bayer who was aware that unsupported comparison claims could not be made by Bayer without data from two adequate well-controlled clinical studies.  The paper summarized three separate studies with DDAVP, Amicar, Persantine and tranexamic acid.  Trasylol, in 1996 was not indicated for primary CABG or the surgical procedures listed for Trasylol study namely,  heart valve replacement or annuloplasty, combined valve replacement and CABG and closure of atrial septal defects.  The claim "blood loss was significantly less in patients treated with Trasylol" was indicated it could not be made in discussions with physicians. The claim "significantly fewer Trasylol-treated patients required RBC transfusion" and "levels of D-dimer-a fibrinolytic marker- increased in patients who received DDAVP or placebo" both are listed as claims that could not be made by Bayer to physicians. Finally, Trasylol was not approved for a pump-prime dose only; therefore, it also could not be discussed with physicians.  Listed as claims that cannot be discussed with physicians were the conclusions:

> Both tranexamic acid and Trasylol improved hemostasis, with Trasylol producing the greatest reduction of postoperative blood loss- even when administered at pump-prime dosing level.  (BAY05680367-82)

### 10. BAYER MADE USE OF ITS KEY OPINION LEADERS TO GET ITS MISLEADING RENAL SAFETY MESSAGE TO PHYSICIANS

391.    Dr. David Royston has been a key opinion leader and spokesman for Bayer and benefits of Trasylol since prior to its approval by FDA.  Despite all the safety concerns regarding

risks of renal safety of Trasylol, D. Royston and M. Bosman[48] persist in promoting drug safety. According to their publication, the interpretation of recent observational study data was hampered by use of different endpoints to describe mild/moderate renal impairment. They do admit to evidence that points to aprotinin's use being associated with a transient risk in plasma creatinine concentration. However, according to the authors, there is no evidence to support an increased risk of developing new renal failure requiring dialysis and/ or fluid replacement with Trasylol.

**11. BAYER DOES NOT SUPPORT PHYSICIAN STUDIES WHICH REQUEST TO OBTAIN TRASYLOL RENAL INFORMATION.**

392. Bayer had received offers before conducting its i3 Drug Safety Study to help it obtain data regarding the risk of renal failure with aprotinin. As discussed above in the four OBJECTIONS, the risk of renal failure was a primary objection for health care providers to avoid use and/or full-dose use of aprotinin. A reasonable pharmaceutical manufacturer with a concern for patient safety would have pursued studies regarding the renal effects long before March 2006. Bayer's safety study was undertaken to help refute or discredit Dr. Mangano's renal failure and risk findings.

393. Val Pascale sent an internal Bayer email October 7, 1999 to Stanley Horton titled "Dr. Pete Licthenthal- University of Medical Ctr Tucson AZ". Dr. Licthenthal had requested through Barbara Loving (ISS filed sales) to receive information about the renal effects of Trasylol. The email also indicated regarding Dr. Licthenthal's intentions for the use of the Bayer information at Tucson:

[48] Bosman M, Royston D Aprotinin and renal dysfunction Expert Opin Drug Safety Nov. 2008; 7(6):663-7

He is interested in meeting with someone from Bayer regarding a retrospective research project he is very interested in. Apparently he previously practiced in NE were he used Trasylol on almost every case. Now at the University Med Ctr he has found that they use very little. He tells me that the major concern in Tucson is renal function. I am not personally familiar with negative experiences with Trasylol at this center. He is a Trasylol advocate who requested the renal information to convince his peers that renal concerns are unfounded.

Dr. Licthenthal believes that the renal dysfunction encountered in Tucson is related to the difference in pump flow rates being used at the centers. In other words low pump flow vs. high pump flow may play a major role in renal dysfunction while on bypass and that this at the root of problems possible linked to Trasylol. I am not aware of any literature that examines the effects of pump flow on renal function in patients receiving Trasylol.

Apparently, Dr. Licthenthal has a data set from his prior practice and he wishes to examine in a retrospective analysis with data from his current practice site. He is hoping to generate interest in the work and solicit funding for the analysis. At present I am not comfortable enough with the effects of pump flow or renal function to assess the utility of such a study when examined in the context of Trasylol.

...Sounds like he wants money to go on a fishing expedition.

394. Bayer received a January 2000 fax from Robert Kalimi, MD, Department of Surgery Long Island Jewish Medical Center regarding a proposal to obtain Bayer's support for an investigation of the effects of aprotinin in its cardiac surgical patients with renal insufficiency. "Since aprotinin is excreted from the kidneys, many cardiac surgeons may not want to use this medication in patients with poor renal function, or they opt to decrease the dose of Aprotinin, or use a different medication". The Department of Cardiothoracic Surgery at the Long Island Jewish Medical Center proposed to conduct:"a randomized prospective study in approximately 30 patients undergoing cardiac surgery, to study the pharmacokinetics of Aprotinin in renal insufficient patients." (BAY00680413).

395. On June 10, 2000 Bayer Scientific Affairs was faxed a May 11, 2000 letter from Rush –Presbyterian-St. Luke's medical Center, Chicago Il for Christopher J. O'Connor, MD, Associate Professor with a IRB protocol titled: *Aprotinin Therapy and the Incidence of Stroke and Renal Failure after Cardiac Surgery.* The protocol had been already submitted to the Rush IRB and Dr. O'Connor anticipated approval. The current surgical database had 4,000 patients. The study proposed was a retrospective study to look at neurological outcome in aprotinin-treated patients. The protocol was to examine all known risk factors for stroke after cardiac surgery. Dr. Connors was requesting an unrestricted grant of $7,500 for the research fund to finance the study. The protocol's introduction had:

> Preliminary data suggest that the anti-inflammatory effects of aprotinin may be responsible for a lower incidence of stroke after cardiac surgery requiring cardiopulmonary bypass (CPB). This has yet to be confirmed by other investigators. There has also been controversy regarding the impact of intraoperative aprotinin therapy on the incidence of postoperative renal failure. The purpose of this study is to determine the role of aprotinin therapy as a possible risk factor for stroke and renal failure after cardiac surgery. (BAY00680602-4)

396. There is a May 25, 2001 email from Michele Sarfin to Val Pascale titled "Subject: Literature Search":

> Hi Val. Unfortunately, renal issues are still popping up with surgeons. Please forward information regarding renal and Trasylol use, obviously supporting as much as possible. The following MD is the chief of cardiac anesthesiology at Englewood Hospital. The request is to show the surgeon, Dr. Ergin that there are no adverse renal effects with Trasylol use. There is still some doubt here.... (BAY03034618)

### 12. BAYER'S PHARMACOVIGILANCE PROCEDURES DELAY IN FOLLOW-UP OF SERIOUS ADVERSE EVENTS

397. There are a chain of Bayer emails regarding the adverse experiences of Dr. Castro at Sequoia Hospital on August 31, 2004. Anit Patel sent an email to Danny Stamps:

> I had the opportunity to meet with Ed Hahm, PA-C to Dr. Gaudiani, and Dr. Castro today. I asked about the progress with Trasylol, and was really disappointed to find out that one of Dr. Gaudiani's patients clotted off in the OR and passed away. This was the second case where they were using Trasylol. They are not saying that Trasylol was the cause however, as you can well imagine things are at a standstill once again.
>
> Ed mentioned that the first case went over really well, and that the lady in the second case had a lot of problems, and was a very complex case to say the least. As discussed by Tien with Dr. Castro and colleagues they should have not attempted to use Trasylol on such a complex case.
>
> Ed however did go on to say that Dr. Castro is still hopeful and interested in Trasylol. I know that this will slow things down, as Dr. Gaudianai had this unfortunate experience once again on one of his patients.
>
> Ed did also mention that they have and presently continue to struggle with the issue of bleeding in the OR, and that the team's hopes were that Trasylol would come into play and somewhat do away with this problem they seem to experience very regularly....
>
> ...I feel given the importance of this account it might be time to bring someone in such as a Dr. Lemmer who can sit down, and walk them through what needs to be done and some off the don'ts which seems to be putting them in trouble. Any comments of suggests are very welcome as I feel we have tried to do everything as a team, and will have to continue to work at this possibly from another angle to ensure success at this hospital. (BAY01060451-2)

398. Danny Stamp forwarded the A. Patel message on with his September 7, 2004 email to Ed Sypniewski, Associate Director, Scientific Affairs:

> I wanted to forward this update from Anita Patel regarding progress with the group at Sequoia Hospital. This is Dr. Gaudiani's group, and was the focus of significant resource. We did a great job of getting then up to date and interested in starting to work with aprotinin again. Unfortunately they had another death due to clotting. Any suggestions would be helpful as we work through this situation. Sounds like we might have an opportunity at the upcoming CTM. (BAY01060451).

399. Ed Sypniewski wrote to Bob Harrison to obtain follow-up on the event and forward to drug safety on December 9, 2004 to follow up on an Adverse Drug Report (ADR) at Sequoia Hospital and see that the information was forwarded to drug safety. He also asked of

Mr. Harrison, who is the person to contact in Drug Safety? Bonnie Shamaly, Clinical Safety Assistant followed up on December 14, 2004 with an email sent to Ed Tucker, Vice President, Drug Safety Assurance subject "ADR Sequoia Hospital Update- Follow up Potential Trasylol ADE" (BAY01060449-50). Dr. Tucker on December 14, 2004 sent out an email widely distributed in Bayer titled "Trasylol ADE- Please read and ensure understanding of the material contained- CORRECTIVE ACTION REQUIRED". He began by addressing that the death ADR from Sequoia Hospital had taken several months in Bayer to arrive at DSA, in violation of the federal and internal requirements and procedures:

> This train of email has been brought to my attention and suggests that our process of retrieving AE data is not optimal in this isolated incident.
>
> Therefore, I wish to provide YOU the corrective and preventative action to ensure this does not happen again,
>
> I have included all names on the email train as each person needs this reminder.
>
> As a company and an industry we have a collective responsibility to ensure safety or our patients. One of the commitments is to ensure all safety are received and processed in the window stipulated in the US Federal law.
>
> Please ensure that you are aware of your responsibilities by carefully reading the prose below Copy to Paul MacCarthy (Head of medical US), Brian Conway (Legal Counsel)
>
> ...As an ethical company, we are dedicated to patient safety and ensuring compliance with all regulations relating to patient safety...As a Bayer Pharmaceuticals Employee, you are responsible for ensuring that all information relating to safety is passed to the department of Drug Safety Assurance (DSA).
>
> Information is required to be sent to DSA, within 24 hours of receipt by the employee, regardless of the origin.... (BAY01060448-50).

400. However, there was still more to occur with Bayer's handling of the Sequoia Hospital ADR. On December 9, 2005, Anit Patel sends and email to Dr. Luis Castro titled "Proposed Program for your group". Her discussion began about how nice it was for her to have

seen him that week. She indicated that she had reported his case to Bayer, and that she had spoken to her manager about his interest to meet in January 2006, to sit down and go through his case and possible learn some do's and don't's for future cases with Trasylol. Her manager Dan had spoken with upper management at Bayer to seek the best possible solution for his various incidences that have occurred with Trasylol. Bayer management had made the following suggestions, which will be pursued with his approval:

> 1. Have Dr. Jerry Levy Cardiac Anesthesiologist from Emory University review your cases (with your approval) to make some constructive suggestions. This could be done by him prior to arrival to California. All the information on patients would be kept confidential
>
> 2. Have Dr. Levy possibly spend a day with you all in the OR, observing your cases to see how ACT's are monitored, and all the various procedures followed especially when Trasylol is used.
>
> 3. Do a dinner program the same evening for the entire heart team where Dr. Levy can present his suggestions, and answer questions. This dinner program will be done only for your group, as has been done in the past.
>
> Bayer's management feels that Dr. Levy who is very well published, and an expert on Trasylol would be very valuable resource for this situation, and can bring all his knowledge, and experience to help solve any issues that need to be addressed
>
> They are interested to know firstly, it this is something that would be of interest to you all.... (BAY03702693).

401. Dr. Castro responded to A. Patel on December 10, 2005 regarding the "Proposed Program for your group":

> ...I admire your dedication to Trasylol (T) and concern for any potential side effects and safety issues with this drug. As you know, our practice is quite unique; we do an unusually high volume of redo-operations, complex valve operations, etc; and have had tremendous success...with very little trouble, despite this high-risk population. With time and attempted use of T in our population of patients, I have become more skeptical of purported results. The coagulation system remains an utter conundrum, at best...with all due respect to

> Dr. Levy and other consultants you have at your disposal…and "mysterious" deaths will continue to plague T as, clearly, it is a powerful procoagulant. In this past year, we have had 2 thrombotic complications that eventually resulted in death, have had take-back for bleeding in conjunction with T, and have had several strokes with T in high risk patients. There has been absolutely NO ADDED VALUE. Perhaps those groups who experience higher mortality in similar populations are more accepting of the mystery death as a common occurrence…Vince and I know when we fail…we cannot continue to accept additional deaths, as this is how our community judges us. To be frank with you, I would happily return to the OR for bleeding in 100 patients than experience one more mystery death. Having said this, I do not foresee any suitable role for T in our practice. Dr. Levy is well-respected, but he is also a well-paid supporter/consultant for T which appears to have defined his career. At this time, we are not interested in further intellectual discussions regarding the role of this drug in our practice. I do believe, however, that Bayer needs to review our cases to help better understand the safety of T in cardiac surgery and encourage you to independently pursue this matter with Paul Shuttleworth, our chief perfusionist…. (BAY 03702692-3)

402. Anit Patel forwarded Dr. Castro's rejection of the Bayer proposal to Dan Stamps, her mangier. She wrote: "…Looks like the doors are closed for a long time…." (BAY03702692).

403. I reserve the right to amend my opinion with future discovery and disclosures.

Suzanne Parisian, M.D.

August 18, 2009