**Exhibit C**



# SUZANNE PARISIAN, M.D.

## *CURRICULUM VITAE*

**EMPLOYMENT HISTORY:**

8/95-  **PRESIDENT**
       **MD ASSIST, Inc.**
       7117 N. 3rd Street
       Phoenix, Arizona 85020


**12/1993-7/95 CHIEF MEDICAL OFFICER**
   Division of Reproductive, Abdominal, Ear, Nose and
   Throat, and Radiology (DRAERD)
   OFFICE OF DEVICE EVALUATION (ODE)
   CENTER FOR DEVICES AND RADIOLOGICAL HEALTH (CDRH)
   FOOD AND DRUG ADMINISTRATION (FDA)

**8/1991-7/95 Lt. Commander**
   United States Public Health Service

**8/1991-3/1993 Medical Officer**
   Office of Health Affairs (OHA)
   Center for Devices and Radiological Health (CDRH)
   FOOD AND DRUG ADMINISTRATION (FDA)

**4/1993-11/93 Medical Officer**
   Division of Reproductive, Abdominal, Ear, Nose &
   Throat, and Radiology (DRAERD)
   Office of Device Evaluation (ODE)
   Center for Devices and Radiological Health (CDRH)
   Food and Drug Administration (FDA)

1

**8/1991-7/95 Clinical Staff Appointment**
    Office of the Medical Examiners for Armed Forces
    Armed Forces Institute of Pathology (AFIP)
    Washington, D.C.

**4/1985-6/1987 General Practice**
    AVTEX Fibers, INC
    Front Royal, Virginia

**4/1980-7/1981 Emergency Medicine**
    President
    Mountain Emergency Medical
    Caldwell Memorial Hospital
    Lenoir, North Carolina

**10/1979-3/1980 General Practice**
    Caldwell County Health Department
    Lenoir, North Carolina

## CDRH / FDA /HHS & USPHS HONORS:

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
**Employee of the Month** August 1993

**FOOD AND DRUG ADMINISTRATION**
**Employee of the Month** August 1993

**CENTER FOR DEVICES AND RADIOLOGICAL HEALTH**
**Employee of the Month** August 1993

**Public Health Service's Achievement Medal- 1992**

**Public Health Service's Unit Commendation Medals**
    Acupuncture Workshop- 1995
    Total Parenteral Nutrition Complications Group- 1995
    Night Vision Equipment Radiation Leak Group- 1995
    Anesthesia Heated Wire Circuit-1994
    Small-Bore Anesthesia Group-1992
    Corporate-Wide Injunctions Groups-1993, 1994, 1995

**Public Health Service's Commendation Medal**
    Neonatal Ventilators-1992
    Hemodialyzer Reuse Labeling-1995

**Public Health Service's Unit Citations- 1992, 1992**
Latex Allergy-1993

**Nominee for FDA Honor Award**
FDA's Policy for Hyperthermia Clinical Trials-1995

**Certificate of Appreciation CDRH's Staff College**
Clinical Trials Course, Spring, 1995

**Other Honors**

University of Central Florida, *Cum Laude*, 1974

University of Central Florida, *Summa Cum Laude*, 1975

# REGULATORY ACTIVITIES:

**OFFICE OF DEVICE EVALUATION (ODE) PRIMARY RESPONSIBILITY:**
**Primary responsibilities included:**

1) **Review of FDA Premarket applications-**
510Ks, Investigational Device Exemption(IDEs), Premarket Approval Applications (PMAs)) including design, labeling, health issues and quality systems requirements for manufacturing issues; INDs.
2) **Review and evaluation of clinical trials, etc;**
3) **Design of Post Marketing Clinical Studies;**
4) **Health Risk Assessments and management for Office of Compliance and the FDA District Field Offices;**
5) **Liaison for manufacturers, clinical investigators, government agencies, medical community, press, Congress, patient advocate groups, public, and manufacturers organizations;**
6) **Training of ODE clinical reviewers;**
7) **Quality Assurance design;**
8) **Identification and resolution of safety and efficacy issues;**
9) **Presentation of clinical device issues to FDA Advisory Panels;**
10) **Presentation of Device-related issues to Health Care Financing Administration's Technology Assessment Committee (HCFA, TAC);**
11) **Investigator and Manufacturer Guidances from CDRH for Clinical Protocols;**
12) **Clinical support for FDA regulatory actions and hearings.**

**CLINICAL DEVICE RESPONSIBILITY AREAS in ODE:**
**ENT** - Cochlear implants, brainstem implants;
**Radiology** - Magnetic Resonance Imaging, Ultrasonography, Mammography, Radiation Hyperthermia Therapy, Neurosurgical Imaging Systems, Interventional Radiology, Thermography, Radiotherapy;
**Urology-** cryosurgery, lasers, stents, penile prostheses, urethral implants, lithotripsy;
**Extracorporeal circulation** - Hemodialysis, LDL-Apheresis, Plasmapheresis, Immunadsorption, Cell Harvest; Organ Preservation;
**Pulmonary-** bronchoscopy, stents;
**Gynecology-** infertility, PAP smear technology;
**Obstetrics-** chorionic villus sampling, amniocentesis, fetal monitoring;
**Gastroenterology-** biliary stents, neuromuscular stimulators;
**Endoscopy & Laparoscopy; Lasers;**
**Alternative Medicine for FDA;**
**Immunology;**
**In vitro diagnostics; Toxicology; Cytology;**
**Biological Artificial Organ Assist Devices (Center for Biologics Evaluation and Review (CBER);**
**Implanted Neuroelectrical Stimulators;**
**Genetics; Perinatology;**
**Transfusion Medicine; Electromagnetic Fields and Interference;**
**Tissue and Organ Transplantation (CBER);**
**Forensics**
**Combination Products-Drug/Device, Biologics/Device**
**Contrast Agents**

*100 Health Risk Assessments while in ODE*

**OFFICE OF HEALTH AFFAIRS PRIMARY RESPONSIBILITY:**
1) **Primary support for Office of Compliance-**
Health Risk Assessments & Health Hazard Evaluations; review of Labeling, Mandatory Device Reports (MDRs), Adverse Experience Reports (AERs)
2) Interaction with manufacturers, investigators, health care providers, professional organizations;
3) Interaction with FDA District Offices, other government agencies, the Office of Device Evaluation;
4) Identification of public health and safety issues.

**Primary Clinical Responsibility Areas for OHA:**
Cardiovascular; Anesthesia; Pulmonary;
Orthopedics; Unconventional Therapies;
Rehabilitative Medicine; Pathology; Home Health;

4

Emergency Medicine; Hemodialysis; Toxicology; Radiology

*162 Health Risk Assessments while in OHA*

## FORENSIC MEDICINE CLINICAL ACTIVITIES:

Evaluation of Patient Cause of Death & Injury with FDA-Regulated Products
  Review and Final Sign-Out Cause of Death  Military, Dependent,
FBI and CIA
Armed Forces Institute of Pathology
Office of Medical Examiner
Washington, D.C.

**Center for Devices and Radiological Health (CDRH) Assigned Support:**

Anesthesia Post Market Surveillance Chairman (1992- May, 1993)
FDA and CDRH's Liaison for Alternative Medicine
CDRH Staff College Instructor, Clinical Trials
Temple Tier II Report-ODE's Internal Quality Assurance (QA) Review

**CDRH's Representative**
National Kidney and Urological Diseases Advisory Board
National Institutes of Health
Health Care Financing Administration's Technology Assessment Committee
Ad Hoc Working Group CDRH Transfusion Medicine

**CDRH's Support for FDA's Office of Legislative Affairs (OLA) and Press Office for:**
Extracorporeal Hyperthermia and treatment of patients with AIDS;
Alternative Medicine;
Hemodialysis

**LECTURES While at FDA:**

   Armed Forces Institute of Pathology
   Essentials of Medical Devices and Death Investigations
   Washington, D.C.
   **October, 1993**

   Third World Conference of Acupuncture
   FDA's Viewpoint of Acupuncture
   Kyoto, Japan
   **November, 1993**

5

Alternative Medicine Conference
FDA's Viewpoint of Acupuncture
Smithsonian Museum of Medicine
National Museum of Medicine
Washington, D.C.
**December, 1993**

Reuse of Hemodialyzers
Office of Device Evaluation
Presentation and Review of CDRH's Draft Guidance Document
Rockville, Maryland
**December, 1993**

Panel Chairman
Office of Alternative Medicine/National Institutes of Health (OAM/NIH)
Workshop for Acupuncture Needle Reclassification
Provided FDA's Viewpoint
Rockville, Maryland
**April, 1994**

National Acupuncture and Oriental Medicine Alliance
Annual Conference
FDA's Viewpoint - Acupuncture
Crystal City, Virginia
**May, 1994**

OAM/NIH and FDA's Workshop Planning Group
for Herbs Conference,
FDA's and CDRH's policy
For Alternative Medicine Providers
Rockville, Maryland
**May, 1994**

American Association for Medical Instrumentation (AAMI)
FDA's perspective Hemodialysis Reuse Labeling Guidance
Washington, D.C.
**June, 1994**

AAMI Conference
FDA's Recommendation for Hemodialyzer Reprocessing Labeling
Hemodialysis Reuse Section
Washington, D.C.
**June, 1994, November 15, 1994**
**& May 9, 1995** (Joint AAMI/HIMA Workshop)

FDA's Genitourinary Advisory Panel
Presentation Hemodialysis Reuse Labeling Guidance
Rockville, Maryland
**July, 1994 & January 1995**

FDA Urology Devices Advisory Panel Meeting
Presentation of LDL-Apheresis Premarket Applications
Kaneka's Liposorber LA-15 System
B. Braun of America's H.E.L.P. System
Rockville, Maryland
**April, 1995**

FDA's ENT Advisory Panel Meeting
Presentation of Cochlear's Nucleus 22 Cochlear Implant
PMA application- expansion of patient population
Rockville, Maryland
**April, 1995**

Second Symposium of Society for Acupuncture Research (SAR)
Georgetown University Conference Center
Government's perspectives on clinical trials for acupuncture
Washington, D.C.
**September 17, 1994**

## FDA's CHAIRMAN
Reuse of Hemodialyzer,
Rockville, Maryland
**December 10, 1993**
**May 1995**

LECTURES, INTERVIEWS & ACTIVITIES <u>After</u> FDA:

**FDA and Acupuncture**
ABC News Interview
Los Angeles, CA
**Summer 1995**

**Dealing with Adverse Events**
1996 National Sales Meeting
Johnson & Johnson Medical Inc.
Dallas, Texas
**April 1, 1996**

7

**Dialyzers Labeled for Reuse**
The Manufacturer's Responsibilities
Fifth Annual Spring Clinical Nephrology Meeting
National Kidney Foundation
Anaheim, CA
**April 27, 1996**

**Challenges with Infusion Therapy Complications**
Intravenous Nursing Society
Charlotte, North Carolina
**May 7, 1996**

**510(k) Tutorial**
Food Drug and Law Institute
40th Annual Educational Conference
Washington, D.C.
**December 9, 1996**

**FDA Expert Panel Member**
Medical Devices: Device Labeling Requirements
Center for Devices and Radiological Health
Food and Drug Administration
Rockville, MD
**September 5, 1997**

**Science and Art of Designing Successful Medical Device Clinical Trials for the FDA-** A Workshop
Institute for International Research, Pharmaceutical Division
Santa Monica, CA
**September 22-24, 1997**

**What You May Need to Know about Medical Devices And FDA But Never Would Have Thought to Ask.**
22nd Annual Great Lakes Biomedical Conference
Engineering in Medicine and Biology Society
Milwaukee School of Engineering
Milwaukee, Wisconsin
**April 3, 1998**

**ABC News Interview with Ron Regan**
Medical Device Reporting for Surgical Trocar Injuries
WEWS ABC - Channel 5 News
Cleveland, Ohio
**May 17, 2001**

8

Interview in: **The *Trouble with Trocars***
By Linda Carroll & Alfred Lubrano
<u>Smart Money</u>
**The Wall Street Journal Magazine of Personal Business,** Hearst Communications
New York, NY
**November 2001**

**FDA Inside and Out- Public Health Issues in Cervical Cancer Screening**
Global Vista Medical Foundation
Sponsored by President Medical technologies Co., LTD
Taipei, Taiwan, R.O.C.
**March 3, 2002**

**Inside the FDA**
Presentation to Kent County Medical Society
Grand Rapids, MI
**May 14, 2002**

**Clinical Trials**
**What physicians need to know about FDA.**
Medical Grand Rounds
St. Mary's Hospital
Grand Rapids, MI
**May 15, 2002**

Interview in *The Risky World of Medical Implants*
A Three Part Series
Robert Cohen and J. Scott Orr
<u>Star Ledger</u>
Morris Edition, New Jersey
**August 11-13, 2002**

NBC's **Dateline** Interview with Lea Thompson
Special Investigations- **Do No Harm-Sulzer's Hip Recall**
NBC News Washington
Washington, D.C.
*2004 Emmy Outstanding Investigative Reporting Business News Story
*2004 Edward R. Morrow Television Investigative Reporting
**July 25, 2003**

9

Interview with Author Barbara Seaman
**History of FDA's Clearance of Bone Densitometers**, page 78
<u>The Greatest Experiment Ever Performed on Women</u>
Published by Hyperion, New York, New York
**Fall 2003**

Interview **Is This Any Way to Have a Baby? The Terrifying Truth About Fertility Drugs.**
Barbara Seaman and Joanna Perlman
<u>OPRAH Magazine</u>, beginning page 188
Published by Hearst Communications Inc., New York, New York
**February 2004**

Interview **Warning! The Medical "Miracles" That May Be Hazardous to Your Health.**
Alexis Jetter
<u>Good Housekeeping Magazine,</u> beginning page 138
Published by Hearst Communications Inc., New York, New York
**March 2004**

Interview **Investigation of FDA's Oversight of Mammography Facilities**
Producer Mary Schwager
Investigative News
WHDHTV-NBC
Boston, MA
**October 19, 2004**

**Bayer Stroke Trial Continues**
Tim Gurrister
<u>Top of Utah</u>
Salt Lake City, UT
**January 22, 2005**

**Drugs, Informed Consent and Monitoring to Ensure Safety of Women for Stem Cell Donation**
Open Letter of Suzanne Parisian, MD
Presented to California Legislature and Massachusetts Legislature
Released **February 2005**

10

**Open Letter Suzanne Parisian, MD**
Chapter 25- **Infertility and Assisted Reproduction**
Emerging Biotechnologies: Cloning
<u>**Our Bodies Ourselves**</u>
Boston Women's Health Book Collective, Inc.
Boston, MA
**March 2005**

Interview **Stem Cell Research & Egg Donation**
Martha Bebinger
WBUR NPR Radio
Boston, MA
**April 2, 2005**

Interview in **Exposed Nerve**
Craig Malisow
<u>Houston Press</u>
Houston, TX
**April 7, 2005**

**Public Statement-Regarding Two Pending PMAs**
On Behalf of ProChoice Alliance for Responsible Research (PROCARR)
General & Plastic Surgery Devices Panel
Center for Devices and Radiological Health
Food and Drug Administration
Gaithersburg, MD
**April 11, 2005**

**FDA's History of Silicone-Gel Filled Breast Implants**
Briefing of US House of Representatives and US Senate Staff
Washington, DC
**April 25, 2005**

**Conference - Two Pending PMAs**
Presentation to FDA Commissioner Dr. L. Crawford
Food and Drug Administration
Washington, DC
**April 26, 2005**

**Public Statement – Two Pending License Applications**
Health Canada Therapeutic Products Expert Review Panel
Ottawa, Canada
**September 29, 2005**

11

**FDA & CLIA**
**Trends in Medical Diagnostic Commercialization**
Arizona Biotechnology Association
Phoenix, AZ
**February 7, 2006**

ABC Interview **Nightline**
**Fertility Myth**
Producer Mary C. Foster
**May 30, 2006**

Interview **FDA and IVF Donor Safety**
Penumbra Films
Documentary Name TBD
**March 17, 2007**

**Regulatory Affairs Professional Society (RAPS)**
Web-Based Class
Faculty
Medical Devices: Definition and Lifecycle
**January 2008**

**The Pathologist's Role in Preserving Implanted Cardiac Pacemakers**
**And Defibrillators or "How Not to get Shocked!"**
American Academy of Forensic Sciences Annual Meeting
Washington DC
**February 22, 2008**

Interview **IVF**
Producer Jack Hafer
Boulevard Pictures
Documentary
**Lines That Divide The Great Stem Cell Debate**
**May 21, 2008**

KHPO NEWS FOX Network
Interview Kara Liu
FDA: Beware Tainted Weight Loss Drugs
**March 23, 2009**

**A New Washington- The Impact on the Bioscience Industry**
**Trends at the FDA**
BIOZONA 2009
Arizona's Annual Bioscience Industry Conference
**April 7, 2009**

**Your Role with New Drugs/Medical Devices**
Wayne State University
Department of Biomedical Engineering & Wayne State Medical School
**June 24, 2009**

**How Did That Drug/Medical Device Ever Get to Market? Legal Aspects of Drug and Device Approval.**
Wayne State University Law School
**June 25, 2009**

**VOLUNTARY STANDARDS COMMITTEE INVOLVEMENT**

Has been an active member of the following committees for
**AMERICAN SOCIETY for TESTING MATERIALS (ASTM)**
        Medical and Surgical Material and Devices
        Occupational Health and Safety
        Search and Rescue
        Anesthetic and Respiratory Equipment
        Forensics
        Biotechnology

**AMERICAN ASSOCIATION FOR THE ADVANCEMENT OF MEDICAL INSTRUMENTATION (AAMI)**
        Renal Disease and Detoxification Committee

## PUBLICATIONS:

*Homoeotic Effect of the Tumorous-Head Mutant and Differential Effect of an Enhancer Gene in the Tumorous-Head Strain of Drosophila Melanogaster*,
Canadian J Genet. and Cytology, 1975; 17:423-432.

*Latex Allergy and Anesthesiology.*
Anesthesia Patient Safety Foundation Newsletter
Spring, 1992.

*The Potential for Adverse Reactions Due to the Presence of Additives and Preservatives in Intravenous Solutions and Medications;* Journal Vascular Access Devices, Winter 1996, Vol 1 (1): 5-14.
*Sponsored by Johnson & Johnson Medical, Inc.

*Letter to the Editor, Midline Catherization in Hospitalized Patients.*
*Annals of Internal Medicine*, October 15, 1996; Vol 125, No 8: p 697.
*Sponsored by Johnson & Johnson Medical, Inc.

**FDA INSIDE and OUT,**
S. Parisian, M.D.
Publication May, 2001
*Fast Horse Press, Inc.*

**DATE AND PLACE OF BIRTH:**
September 20, 1952,
Rapid City, Pennington County, South Dakota
**MARITAL STATUS:**
Married- August 26, 1977

**FAMILY:**
Son        02/09/1985
Daughter   09/12/1986

**MEDICAL LICENSURE:**
State of Virginia
State of Arizona

**EDUCATION:**
6/1970-6/1974  Bachelors of Science
University of Central Florida
Orlando, Florida

7/1994-6/1975  Masters of Science
University of Central Florida
Orlando, Florida

7/1975-6/17/1978  Medical Doctorate
University of South Florida
Tampa, Florida

14

## TRAINING:

**7/1/1978-6/30/1979** Flexible Internship
Greenville Hospital System
Greenville, South Carolina

**9/14/1981-6/30/1982** Pathology Resident
University of California, San Diego
San Diego, California

**7/1/1982-2/29/1984** Pathology Resident
University of Southern California
Los Angeles County Medical Center
Los Angeles, California

**1/4/1988-1/30/1990** Pathology Resident
Grand Rapids Area Medical Education Center
Grand Rapids, Michigan

## BOARD CERTIFICATION:

Board Certified in Anatomic and Clinical Pathology, 1989, American Board of Pathology
College of American Pathologists, Fellow (FCAP)
American Society of Clinical Pathologists, Fellow (FASCP)

## SOCIETIES:

American Medical Association
Arizona Medical Association
Arizona BioIndustry Association
Maricopa County Medical Society
American Advancement for Medical Instrumentation
American Society for Testing Materials
Regulatory Professionals Society
Food and Drug Law Institute
College of American Pathologists
Food and Drug Alumni Association

**OFFICE ADDRESS:**

**MD ASSIST, Inc.**
7117 N. 3rd Street
Phoenix, Arizona 85020
Phone: (602) 354-8491
FAX: (602) 354-8696
E-Mail: info@mdassist.com

**WEBSITE:**
http://www.mdassist.com

7/17/09