# Exhibit D

Documents Reviewed by Dr. Suzanne Parisian

Documents reviewed by Dr. Parisian include those specifically listed in her report as well as those items included in this list.

The following deposition transcripts were reviewed by Dr. Parisian:

Michael Rozycki, Robert Harrison, Anita Shah, Felix Monteagudo, Pam Cyrus, Stanley Horton, Jennifer Mauer, Kuno Sprenger, John Lettieri, Ernst Weidmann, Kemal Malik

Dr. Parisian reviewed the following Bayer documents with these beginning Bates numbers:

| | | |
|---|---|---|
| BAY00000857 | BAY00046543 | BAY00111239 |
| BAY00000881 | BAY00046631 (pages 128-274) | BAY00111244 |
| BAY00009656 | | BAY00111247 |
| BAY00009999 | BAY00072097 | BAY00111248 |
| BAY00010196 | BAY00083568 | BAY00111249 |
| BAY00010633 | BAY00083611 | BAY00111250 |
| BAY00010775 | BAY00083675 | BAY00111251 |
| BAY00024559 | BAY00083713 | BAY00111262 |
| BAY00035434 | BAY00103812 | BAY00111284 |
| BAY00036421 | BAY00103862 | BAY00111325 |
| BAY00041117 | BAY00103888 | BAY00111326 |
| BAY00041134 | BAY00103910 | BAY00111328 |
| BAY00044402 | BAY00105588 | BAY00111329 |
| BAY00044797 | BAY00110590 | BAY00111330 |
| BAY00044863 | BAY00110968 | BAY00111331 |
| BAY00044971 | BAY00110989 | BAY00111333 |
| BAY00045647 | BAY00111214 | BAY00111340 |
| | BAY00111223 | |

| | | |
|---|---|---|
| BAY00111365 | BAY00190499 | BAY00206528 |
| BAY00111368 | BAY00194423 | BAY00206576 |
| BAY00113394 | BAY00194431 | BAY00206599 |
| BAY00113456 | BAY00194629 | BAY00206601 |
| BAY00113494 | BAY00195862 | BAY00206636 |
| BAY00113519 | BAY00196017 | BAY00206699 |
| BAY00114299 | BAY00205126 | BAY00206713 |
| BAY00144968 | BAY00205159 | BAY00206741 |
| BAY00146128 | BAY00205181 | BAY00206758 |
| BAY00147101 | BAY00205192 | BAY00206761 |
| BAY00147271 | BAY00205194 | BAY00206771 |
| BAY00148113 | BAY00205195 | BAY00206774 |
| BAY00148118 | BAY00205248 | BAY00206844 |
| BAY00148215 | BAY00205249 | BAY00206895 |
| BAY00148226 | BAY00205253 | BAY00206896 |
| BAY00148251 | BAY00205262 | BAY00206904 |
| BAY00148252 | BAY00205264 | BAY00206911 |
| BAY00148257 | BAY00205268 | BAY00206933 |
| BAY00148490 | BAY00205594 | BAY00206941 |
| BAY00148617 | BAY00206452 | BAY00206952 |
| BAY00148856 | BAY00206484 | BAY00206965 |
| BAY00187435 | BAY00206503 | BAY00207077 |
| BAY00188144 | BAY00206521 | BAY00207082 |
| BAY00189213 | BAY00206523 | BAY00207816 |
| BAY00189668 | BAY00206526 | BAY00207846 |

| | | |
|---|---|---|
| BAY00207870 | BAY00225254 | BAY00226983 |
| BAY00207899 | BAY00225256 | BAY00226988 |
| BAY00207941 | BAY00225268 | BAY00227154 |
| BAY00207964 | BAY00225274 | BAY00227197 |
| BAY00207987 | BAY00225283 | BAY00227207 |
| BAY00208068 | BAY00225297 | BAY00227262 |
| BAY00208075 | BAY00225314 | BAY00227385 |
| BAY00208112 | BAY00225367 | BAY00227587 |
| BAY00208114 | BAY00225378 | BAY00227627 |
| BAY00208136 | BAY00225391 | BAY00227820 |
| BAY00224631 | BAY00225418 | BAY00227848 |
| BAY00224669 | BAY00225432 | BAY00227885 |
| BAY00224670 | BAY00225674 | BAY00228008 |
| BAY00224673 | BAY00225695 | BAY00228031 |
| BAY00224674 | BAY00225719 | BAY00228112 |
| BAY00224682 | BAY00225811 | BAY00228170 |
| BAY00224779 | BAY00225816 | BAY00228179 |
| BAY00224858 | BAY00226131 | BAY00228190 |
| BAY00225104 | BAY00226310 | BAY00228465 |
| BAY00225165 | BAY00226686 | BAY00228560 |
| BAY00225169 | BAY00226690 | BAY00228630 |
| BAY00225172 | BAY00226692 | BAY00229269 |
| BAY00225202 | BAY00226819 | BAY00229401 |
| BAY00225221 | BAY00226855 | BAY00229941 |
| BAY00225232 | BAY00226861 | BAY00230658 |

| | | |
|---|---|---|
| BAY00230694 | BAY00234835 | BAY00236685 |
| BAY00230736 | BAY00234882 | BAY00236834 |
| BAY00230836 | BAY00234889 | BAY00236887 |
| BAY00231045 | BAY00234904 | BAY00236896 |
| BAY00231072 | BAY00234922 | BAY00237168 |
| BAY00231152 | BAY00235043 | BAY00237168 |
| BAY00231197 | BAY00235088 | BAY00237197 |
| BAY00231304 | BAY00235115 | BAY00237211 |
| BAY00231307 | BAY00235315 | BAY00240799 |
| BAY00231503 | BAY00235498 | BAY00250620 |
| BAY00231541 | BAY00235502 | BAY00278943 |
| BAY00232627 | BAY00235518 | BAY00279140 |
| BAY00233025 | BAY00235547 | BAY00279215 |
| BAY00233095 | BAY00235679 | BAY00279655 |
| BAY00233106 | BAY00235755 | BAY00279722 |
| BAY00233202 | BAY00235843 | BAY00279732 |
| BAY00233255 | BAY00235945 | BAY00279829 |
| BAY00233372 | BAY00235972 | BAY00279868 |
| BAY00233534 | BAY00235972 | BAY00279947 |
| BAY00233537 | BAY00236040 | BAY00280101 |
| BAY00233651 | BAY00236045 | BAY00280125 |
| BAY00233704 | BAY00236105 | BAY00280618 |
| BAY00233761 | BAY00236167 | BAY00281245 |
| BAY00234086 | BAY00236280 | BAY00285058 |
| BAY00234828 | BAY00236680 | BAY00287421 |

| | | |
|---|---|---|
| BAY00288474 | BAY00290993 | BAY00321535 |
| BAY00289051 | BAY00291046 | BAY00321553 |
| BAY00289052 | BAY00291130 | BAY00321582 |
| BAY00289053 | BAY00291132 | BAY00321622 |
| BAY00289056 | BAY00291298 | BAY00321776 |
| BAY00289074 | BAY00291358 | BAY00321829 |
| BAY00289075 | BAY00291468 | BAY00321871 |
| BAY00289115 | BAY00291559 | BAY00322149 |
| BAY00289163 | BAY00291630 | BAY00322224 |
| BAY00289240 | BAY00292232 | BAY00322343 |
| BAY00289279 | BAY00292238 | BAY00322359 |
| BAY00289280 | BAY00292318 | BAY00322535 |
| BAY00289288 | BAY00292717 | BAY00322561 |
| BAY00289302 | BAY00292734 | BAY00322760 |
| BAY00290029 | BAY00306776 | BAY00323085 |
| BAY00290066 | BAY00320823 | BAY00323097 |
| BAY00290069 | BAY00321019 | BAY00323106 |
| BAY00290079 | BAY00321165 | BAY00324383 |
| BAY00290081 | BAY00321209 | BAY00324941 |
| BAY00290312 | BAY00321215 | BAY00324970 |
| BAY00290624 | BAY00321236 | BAY00325034 |
| BAY00290796 | BAY00321306 | BAY00325034 |
| BAY00290851 | BAY00321415 | BAY00325053 |
| BAY00290964 | BAY00321421 | BAY00325099 |
| BAY00290965 | BAY00321480 | BAY00328179 |

| | | |
|---|---|---|
| BAY00328219 | BAY00564120 | BAY00730133 |
| BAY00328222 | BAY00581176 | BAY00730156 |
| BAY00328427 | BAY00641935 | BAY00730163 |
| BAY00328468 | BAY00661441 | BAY00733441 |
| BAY00328615 | BAY00674730 | BAY00748136 |
| BAY00328785 | BAY00674852 | BAY00749599 |
| BAY00328896 | BAY00674853 | BAY00835980 |
| BAY00328932 | BAY00675000 | BAY00929860 |
| BAY00328933 | BAY00679632 | BAY00939041 |
| BAY00329245 | BAY00679867 | BAY00945240 |
| BAY00329327 | BAY00680413 | BAY00956675 |
| BAY00329608 | BAY00680602 | BAY00963488 |
| BAY00329632 | BAY00681591 | BAY00975381 |
| BAY00329792 | BAY00681593 | BAY00981705 |
| BAY00330016 | BAY00681858 | BAY00983471 |
| BAY00331299 | BAY00687185 | BAY01053226 |
| BAY00331479 | BAY00696086 | BAY01060454 |
| BAY00331481 | BAY00704153 | BAY01139127 |
| BAY00331494 | BAY00704165 | BAY01199896 |
| BAY00331770 | BAY00718103 | BAY01276036 |
| BAY00331772 | BAY00718193 | BAY01618924 |
| BAY00378892 | BAY00718225 | BAY01857061 |
| BAY00382258 | BAY00718381 | BAY01874126 |
| BAY00382435 | BAY00718384 | BAY01983487 |
| BAY00508940 | BAY00730034 | BAY02055397 |

| | | |
|---|---|---|
| BAY02114121 | BAY03508587 | BAY05665760 |
| BAY02720028 | BAY03626390 | BAY05680367 |
| BAY02723001 | BAY03627363 | BAY05680431 |
| BAY02747330 | BAY03702692 | BAY05680806 |
| BAY03031539 | BAY03776650 | BAY05680873 |
| BAY03031578 | BAY04563869 | BAY05709991 |
| BAY03032051 | BAY04572774 | BAY05717843 |
| BAY03034114 | BAY04572778 | BAY05734845 |
| BAY03034617 | BAY04715634 | BAY05758757 |
| BAY03034618 | BAY04841739 | BAY05805925 |
| BAY03038981 | BAY04974117 | BAY05805935 |
| BAY03045236 | BAY05140121 | BAY05806886 |
| BAY03045274 | BAY05144916 | BAY05806908 |
| BAY03045475 | BAY05201990 | BAY05806951 |
| BAY03045674 | BAY05322498 | BAY05807005 |
| BAY03050565 | BAY05392224 | BAY05807009 |
| BAY03194510 | BAY05395146 | BAY05807013 |
| BAY03364404 | BAY05426839 | BAY05807055 |
| BAY03368486 | BAY05476870 | BAY05807179 |
| BAY03493921 | BAY05482917 | BAY05807182 |
| BAY03498338 | BAY05483238 | BAY05807196 |
| BAY03498348 | BAY05483588 | BAY05807233 |
| BAY03498353 | BAY05483589 | BAY05807317 |
| BAY03498393 | BAY05487967 | BAY05807334 |
| BAY03502384 | BAY05665478 | BAY05807336 |

| | | |
|---|---|---|
| BAY05807341 | BAY05808013 | BAY05808541 |
| BAY05807359 | BAY05808080 | BAY05808555 |
| BAY05807362 | BAY05808095 | BAY05808557 |
| BAY05807365 | BAY05808116 | BAY05808577 |
| BAY05807368 | BAY05808137 | BAY05808579 |
| BAY05807494 | BAY05808139 | BAY05808612 |
| BAY05807499 | BAY05808141 | BAY05808636 |
| BAY05807505 | BAY05808143 | BAY05808703 |
| BAY05807507 | BAY05808145 | BAY05808705 |
| BAY05807534 | BAY05808297 | BAY05808711 |
| BAY05807536 | BAY05808299 | BAY05808719 |
| BAY05807549 | BAY05808334 | BAY05808728 |
| BAY05807655 | BAY05808348 | BAY05808805 |
| BAY05807665 | BAY05808350 | BAY05808807 |
| BAY05807665 | BAY05808423 | BAY05808809 |
| BAY05807714 | BAY05808427 | BAY05808817 |
| BAY05807734 | BAY05808438 | BAY05808831 |
| BAY05807742 | BAY05808473 | BAY05808833 |
| BAY05807767 | BAY05808483 | BAY05808835 |
| BAY05807806 | BAY05808489 | BAY05808837 |
| BAY05807851 | BAY05808493 | BAY05808841 |
| BAY05807888 | BAY05808497 | BAY05808874 |
| BAY05807928 | BAY05808499 | BAY05808922 |
| BAY05807928 | BAY05808511 | BAY05808932 |
| BAY05808011 | BAY05808539 | BAY05808934 |

| | | |
|---|---|---|
| BAY05808958 | BHCAG01098181 | |
| BAY05808964 | BHCAG01108906 | BAY00679667 |
| BAY06078326 | | BAY00680413 |
| BAY06122714 | BAY00237168 | BAY00680602 |
| BAY06393919 | BHCAG01122266 | BAY00742182 |
| BAY06569811 | BHCAG01122371 | BAY01124472 |
| BAY06631331 | BHCAG01322032 | BAY01467313 |
| BAY06909810 | BHCAG01405361 | BAY03034618 |
| BAY06918938 | BHCAG01959015 | BAY03045674 |
| BAY06918943 | BHCAG02666293 | BAY03624691 |
| BAYCS00050116 | BHCAG02690954 | BAY03702692 |
| BAYCS00296085 | BHCAG02726958 | BAY03943449 |
| BAYCS00347932 | BHCAG03790132 | BAY04715634 |
| BAYCS00560472 | BHCAG03950306 | BAY04733025 |
| BHCAG00639435 | BHCAG03950308 | BAY04824108 |
| BHCAG00739307 | BHCAG03950316 | BAY04841789 |
| BHCAG00754222 | BAY00290964 | BAY04904549 |
| BHCAG00760892 | BAY00103888 | BAY04923426 |
| BHCAG00986880 | BAY00329608 | BAY04996430 |
| BHCAG01059817 | BHCAG01068966 | BAY05658506 |

In addition, Dr. Parisian reviewed the following scientific literature:

AMICAR® (aminocaproic acid) Injection, Oral Solution, and Tablets [Package Insert] marketed by XANODYNE® PHARMACEUTICALS, INC. (Rev. 04/05 Code 909A00 AMPP0405-1782)

FDA Advisory Committee Briefing Document for the September 12, 2007 Joint Meeting of the Cardiovascular and Renal Drugs Advisory Committee and the Drug Safety and Risk Management

Committee (Aug. 14, 2007) (available online at http://www.fda.gov/ohrms/dockets/ac/07/briefing/2007-4316b1-01-FDA)

FDA NEWS RELEASE: "FDA Requests Marketing Suspension of Trasylol." (Nov. 5, 2007) (available online at http://www.fda.gov/NewsEvents/Newsroom/PressAnnouncements/2007/ucm109021.htm)

FDA NEWS RELEASE: "Manufacturer Removes Remaining Stocks of Trasylol Access Limited to Investigational Use." (May 14, 2008) (available online at http://www.fda.gov/NewsEvents/Newsroom/PressAnnouncements/2008/ucm116895.htm)

Fergusson DA, Hébert PC, Mazer CD, Fremes S, MacAdams C, Murkin JM, Teoh K, Duke PC, Arellano R, Blajchman MA, Bussières JS, Côté D, Karski J, Martineau R, Robblee JA, Rodger M, Wells G, Clinch J, Pretorius R; BART Investigators. A comparison of aprotinin and lysine analogues in high-risk cardiac surgery. N Engl J Med. 2008 May 29;358(22):2319-31

Karkouti K, Beattie WS, Dattilo KM, McCluskey SA, Ghannam M, Hamdy A, Wijeysundera DN, Fedorko L, Yau TM. A propensity score case-control comparison of aprotinin and tranexamic acid in high-transfusion-risk cardiac surgery. Transfusion. 2006 Mar;46(3):327-38

Kincaid EH, Ashburn DA, Hoyle JR, Reichert MG, Hammon JW, Kon ND. Does the combination of aprotinin and angiotensin-converting enzyme inhibitor cause renal failure after cardiac surgery? Ann Thorac Surg. 2005 Oct;80(4):1388-93; discussion 1393

Mangano DT, Miao Y, Vuylsteke A, Tudor IC, Juneja R, Filipescu D, Hoeft A, Fontes ML, Hillel Z, Ott E, Titov T, Dietzel C, Levin J; Investigators of The Multicenter Study of Perioperative Ischemia Research Group; Ischemia Research and Education Foundation. Mortality associated with aprotinin during 5 years following coronary artery bypass graft surgery. JAMA. 2007 Feb 7;297(5):471-9

Mangano DT, Tudor IC, Dietzel C; Multicenter Study of Perioperative Ischemia Research Group; Ischemia Research and Education Foundation. The risk associated with aprotinin in cardiac surgery. N Engl J Med. 2006 Jan 26;354(4):353-65

Perioperative Blood Transfusion and Blood Conservation in Cardiac Surgery: The Society of Thoracic Surgeons and The Society of Cardiovascular Anesthesiologists Clinical Practice Guideline. Ann Thorac Surg 2007;83:527-86

Responses and Objections of Defendants . . . to Plaintiffs' Interrogatories, MDL 1928 (Feb. 17, 2009)

Royston D. Comment on Ann Thorac Surg. 2005 Oct;80(4):1388-93; discussion 1393. Ann Thorac Surg. 2006 Oct;82(4):1575; and author reply 1575-6.

Schneeweiss S, Seeger JD, Landon J, Walker AM. Aprotinin during coronary-artery bypass grafting and risk of death. N Engl J Med. 2008 Feb 21;358(8):771-83

Shaw AD, Stafford-Smith M, White WD, Phillips-Bute B, Swaminathan M, Milano C, Welsby IJ, Aronson S, Mathew JP, Peterson ED, Newman MF. The effect of aprotinin on outcome after coronary-artery bypass grafting. N Engl J Med. 2008 Feb 21;358(8):784-93.