**Exhibit A**

**College of Physicians & Surgeons** of Columbia University | *New York, N.Y. 10032*

MARK J. S. HEATH, M.D.
Assistant Professor of Clinical Anesthesiology
Department of Anesthesiology

DIVISION OF CARDIOTHORACIC ANESTHESIA
Milstein Hospital Building 4GN
177 Fort Washington Avenue

*Phone: (212) 342-2210*
*FAX: (212) 305-3204*
*Email: mh22@columbia.edu*

My name is Mark J. S. Heath, I am an Assistant Professor of Clinical Anesthesiology at Columbia University Medical Center in New York, NY. My clinical practice primarily involves providing anesthetic care for adult patients undergoing cardiac and thoracic surgery. I completed college in 1983, obtaining a B.A. degree in Biology from Harvard, Magna Cum Laude. I completed medical school in 1986, obtaining an M.D. degree from the University of North Carolina at Chapel Hill, with a membership in the AOA medical honor society. I served as an Internal Medicine intern at George Washington University Medical Center in Washington, D.C. and at the Veterans Administration hospital in Washington D.C., finishing in 1988. I completed a residency training program at Columbia University, Columbia Presbyterian Hospital, in 1991. I completed a research and cardiac anesthesiology fellowship at Columbia Presbyterian Hospital in 1993. Since 1993 I have served as an attending anesthesiologist at Columbia University Medical Center. I am licensed to practice medicine in the State of New York, I am Board certified in Anesthesiology and am a Diplomate in Advanced Perioperative Transesophageal Echocardiography. A copy of my current *curriculum vitae* is attached to my report as Exhibit "A." Also attached to my report, as Exhibit "B," is an itemization of my previous testimony to date.

Because I work at a University teaching hospital, in addition to providing clinical care to my patients, one of my principal duties is to provide medical education to medical

1

students, residents, and fellows. I teach these individuals how to provide perioperative and anesthesia care for cardiac and thoracic surgical procedures. This teaching involves both giving lectures in a classroom environment and "elbow-to-elbow" hands-on teaching and training in the cardiothoracic operating rooms.

I have been asked to describe my experience with the use of a drug called Trasylol, which is manufactured by Bayer. I have reviewed published medical literature and unpublished Bayer internal correspondence and documents. I have been asked to comment on the availability of important information about the safety of Trasylol, and how the available information influenced my use of this drug. In forming my opinion I have relied upon my education and training as a physician, my education and training as an anesthesiologist, my clinical experience as a cardiac anesthesiologist, my reviews of medical literature, and discussions with professional colleagues who are cardiac anesthesiologists and cardiac surgeons. Attached as Exhibit "C" is a list of literature references, and Exhibit "D" itemizes other documents that were provided to me for my review. I am being compensated for my time at the rate of $400.00 per hour.

**Practice Environment**

Our cardiac practice is carried out in a large teaching hospital in New York City, Columbia University Medical Center. Most of our patients are drawn primarily from the tri-state area surrounding New York City, but some patients come from more distant sources, including international referrals. Some cases are "routine" first-time CABG and valve cases, but many are complex cases, involving re-operative procedures, combinations of CABG with one or more valves, multi-valve, aortic replacements, heart transplants, lung transplants, and VAD (Ventricular Assist Device) implantations. There are approximately 40 operating rooms in the hospital, and 5 of these rooms are used primarily for cardiothoracic procedures. There are

approximately 1800 cases per year in which perfusionists are involved. There are approximately ten attending cardiac surgeons, who work with a group of cardiothoracic surgery fellows. The patient care team also requires heavy participation of additional personnel including OR nursing, ICU physicians and nurses, cardiologists, physician assistants, and multiple other care givers.

### Description of practice during cardiac surgery

The perioperative anesthesia care of a typical cardiac case begins with the pre-operative evaluation. The patient is greeted, interviewed, and examined, and the medical records are reviewed. One of the central elements of the preoperative evaluation is the review of risk-factors. There are many risk factors that we attend to, including the complexity of the case, a history of previous chest surgery, medications that cause coagulopathy, cerebrovascular circulatory problems, diabetes, and renal dysfunction. Once this assessment is complete we formulate a plan of care and discuss it with the patient and their family. We also discuss the risks of the procedure with a focus on the problems that we believe pose high or unique risks. Once the patient consents to proceed we begin to prepare them for the surgical and anesthetic procedures. A series of catheters are placed, either in the holding area outside of the operating rooms or within the operating room. A peripheral intravenous line is placed, usually in the arm or hand. A catheter is inserted into an artery, usually the radial artery in the wrist, to allow the continuous monitoring of blood pressure and for drawing of blood samples for diagnostic testing. We then induce general anesthesia by injecting high doses of sedative and paralytic drugs into the IV. A breathing tube, called an endotracheal tube, is inserted into the trachea, and a ventilator is used to maintain breathing. A transesophageal echo probe is inserted into the mouth and esophagus to permit continuous viewing of the internal structures of the heart and the flow of blood through the valves of the heart. A third catheter is inserted into a large vein, usually the internal jugular vein in the neck; this catheter travels through the first

and second of the four chamber of the heart and its tip resides in the pulmonary artery, the large vessel that carries blood from the right side of the heart to the lungs. A catheter is inserted into the bladder to drain urine; this allows us to monitor the production of urine and provides insight into the functioning of the kidneys during the procedure. The patient is cleaned with a sterilizing solution and draped with sterile sheets so that only the surgical field of the chest is exposed. At this point all is ready for the surgery to commence.

The surgeons incise the skin and tissue over the sternum, the vertical bone in the midline of the front of the chest. A handheld electrical saw is then used to vertically cut the sternum so that it separates and can be opened to reveal the internal structures of the chest. There is often considerable bleeding during the opening of the chest, particularly in patients who have undergone previous cardiac procedures and who therefore have internal scar tissue. The surgeons assiduously use cauterization, clips, and sutures to staunch bleeding as they deepen their exploration of the chest and free up the heart from the surrounding tissue. Once the heart is dissected from the adjacent structures, a large dose of heparin is given to prevent the clotting system from activating. The heparin is essential because the clotting factors in the blood are activated by contact with foreign surfaces. Large cannulae are then placed in and adjacent to the heart. One of these cannulae drains venous blood from the body and delivers it to the heart-lung machine (also called the cardiopulmonary bypass machine, the cardiopulmonary circuit, or, colloquially, "the pump"). Once these cannulae are in place the patient is placed on cardiopulmonary bypass, meaning that blood no longer flows through the heart and lungs, but instead flows through the cardiopulmonary bypass circuit. As it travels through the circuit the blood is filtered, carbon dioxide is removed, and oxygen is delivered. Once cardiopulmonary bypass is established, the surgeon performs the central surgical procedure, be it the placement of grafts to the coronary arteries to improve blood flow to the heart muscle, the repair or replacement

4

of one or more valves, or other cardiac procedures. This "on-pump" phase of the operation typically lasts for 1 to 2 hours, but may be as short as a few minutes or as long as 6 to 8 hours. Circulating the blood through the cardiopulmonary bypass system is injurious to the blood, and the extent of the injury depends in part on the duration of the bypass phase. Thus, while the patient is on bypass, the surgeons are under pressure to proceed as quickly as they can while at the same time meticulously undertaking the delicate work at hand. Once the central surgical procedure is complete, the heart is re-started and resumes pumping blood around through the body. This process is called "separation from cardiopulmonary bypass." Once the patient is safely separated from bypass, and exhibits robust hemodynamics, the anticoagulant effect of the heparin is reversed with a drug called protamine, and the cannulae are removed. The remaining phase of the procedure is called the "post-cardiopulmonary bypass" period; here the main focus is on staunching the bleeding, which can occur from the many sites on the heart, vessels, and surrounding tissues that have been opened or cut during the procedure. Unlike the period of surgery where the patient is on bypass, this phase of the procedure does not impose the same urgency with regard to time. Once the bleeding is controlled, the sternum and overlying skin are closed and the patient is transported to the ICU. At this point the postoperative phase of the perioperative care begins. Initially this is focused on maintaining hemodynamic stability and assessment of organ function, including cardiac, respiratory, renal, and brain functions. The rate of bleeding is closely monitored by recording the output of blood via chest tubes that drain the areas surrounding the heart. Bleeding can sometimes be reduced by the administration of clotting factors and platelets. If the bleeding rate is high, or if blood collects around the heart and compresses it (a condition called tamponade) the chest will be re-opened in order to identify and control the source of bleeding. Once the patient is stabilized and has emerged from sedation and has demonstrated appropriate pulmonary, cerebral, and cardiac

functioning they will be removed from the ventilator and released from the ICU to a step-down or regular floor bed.

A central feature of cardiac surgery is that the care of each patient is customized and tailored to the individual patient parameters so as to optimize the outcome. There are literally hundreds of factors and hundreds or thousands of decisions that are made in each case, always with the intent of doing what we think is best for the patient. Over time the intraoperative team of surgeons, anesthesiologists, perfusionists, and nurses make gradual alterations in our care patterns and practices. These changes are based on the accumulation of clinical experiences, on published medical literature, discussions with colleagues within the hospital and at meetings and conferences, and on the availability of new drugs, equipment, and technology.

**Bleeding**

As indicated above, bleeding is one of our major concerns during cardiac surgery. We take all safe and feasible measures to reduce bleeding and to reduce the need for transfusing blood and blood products. These measures include multiple technologies that are incorporated into the cardiopulmonary bypass system to prevent damage to and depletion of red blood cells, platelets, and clotting factors. The coagulation system is carefully monitored and controlled throughout the case via diagnostic testing and the use of drugs such as heparin, protamine, aprotinin (Trasylol), and aminocaproic acid (Amicar). Many other features of our anesthetic care are assiduously adjusted to monitor and improve coagulation and minimize bleeding, such as maintaining proper body temperature, monitoring for anemia, avoiding over-use of drugs that cause bleeding such as hetastarch, monitoring the collection of blood around the heart using echocardiography, monitoring bleeding from chest tubes, continuous inspection of the formation and quality of blood clots in the surgical field, and the judicious administration of plasma (fresh frozen plasma, FFP) and platelets.

In parallel, the surgeons employ meticulous technique to obtain surgical hemostasis. Uncontrolled bleeding results in complications such as massive transfusion of blood products, cardiac tamponade, chest re-exploration, and increased morbidity and mortality. The risk of bleeding in any individual patient is to a large extent foreseeable, and the intensity of the preventative measures that we employ is calibrated to the risk of bleeding and the risk of the preventative measures. In routine/low-risk cardiac procedures (for example, a first-time CABG or aortic valve replacement) the risk of serious bleeding is low. By contrast, a patient who had undergone one or more prior cardiac operations, or who was undergoing multiple simultaneous cardiac procedures, would be in a higher risk group for problematic bleeding. With every patient we would balance, using our best judgment, experience, available knowledge, and where appropriate, cost considerations, the risks and benefits of each modality of reducing bleeding. If a given preventative measure was felt likely to be more beneficial than harmful, we would deploy it. Conversely, if our assessment based on our experience and knowledge and judgment was that the risks of a pharmaceutical agent or a preventative measure outweigh the benefit, we would not use it.

**Use of the Antifibrinolytics Amicar and Trasylol**

As described above, one of the measures we take to try to reduce bleeding, blood loss, and the need for transfusions and chest re-exploration is the administration of the Amicar and Trasylol. The coagulation system is comprised of a suite of proteins in the blood that, when activated, lead to the production of blood clot. These coagulation proteins tend to be activated and consumed during cardiac surgery, particularly when the patient is on cardiopulmonary bypass and the blood is circulated through plastic tubing and the membrane oxygenator. Cardiac surgery also activates fibrinolytic proteins that impede clot formation and break down clots. Amicar and Trasylol are both known as "antifibrinolytic" drugs because they prevent activation of the

fibrinolytic system (another antifibrinolytic drug, tranexamic acid, is not used in our practice). Virtually every patient at Columbia who is placed on cardiopulmonary bypass receives an antifibrinolytic drug; this is because we believe, based on published literature, that these drugs reduce bleeding and the need for blood transfusions. While the risk of transfusion-related infections (such as HIV and hepatitis C) have been vastly reduced and virtually eliminated by the use of careful donor screening and blood testing, there are other harmful effects of blood and blood-product transfusion. We therefore take all safe feasible measures to reduce bleeding and reduce the need for transfusions. This is particularly important in cases where there is a high risk of bleeding, such as reoperative surgery, multiple valve or valve-CABG surgery, transplant and device implantations, and major aortic surgery.

**Trasylol**

Historically, because Trasylol was much more expensive than Amicar, we reserved its use for patients who were at high risk for massive bleeding and massive transfusion of blood and blood products. As described above, these cases included reoperative surgery, multiple valve or valve-CABG surgery, transplant and device implantations, and major aortic surgery. By contrast, we typically would not use Trasylol in patients who were undergoing routine first-time cardiac surgery where there was a low anticipation of a need for massive transfusion.

The decision of whether to use Trasylol or Amicar was based on published literature and data and our clinical experience and judgment. In most cases the decision was clear-cut, but in some cases the patient was in a "gray zone" where the decision could go either way. For example, a patient might be undergoing a routine aortic valve replacement but be 90 years old. In this setting we expect that the patient is particularly fragile and will be poorly tolerant of bleeding, and thus at higher risk for the complications of bleeding. Thus, we would likely have decided to administer

Trasylol rather than Amicar in this patient. In this sort of "gray zone" case the decision would be made via a discussion amongst the surgery, anesthesia, and perfusion teams. This discussion would likely include consideration of the anticipated duration of cardiopulmonary bypass, the complexity of the surgery, the particular clinical features of the patient, and any other relevant factors. Additionally, we would sometimes discuss the use of "full dose" or "half dose" Trasylol. Interestingly, our use of Trasylol was typically not adjusted to the patient's weight.

As described above, virtually every patient undergoing cardiopulmonary bypass would receive either Trasylol or Amicar. The drugs would be started shortly before the patient was placed on cardiopulmonary bypass, and the blood levels were maintained by the use of a continuous infusion until the patient left the operating room and the infusion bag ran out in the ICU. The use of these drugs was prophylactic, in that they were administered in anticipation of bleeding, before any significant bleeding occurred.

For many years I used aprotinin without any concern that it might be harming my patients. In 2006, however, a series of publications raised in my mind, and the minds of my peers and colleagues, the concern that aprotinin might in fact have deleterious effects that could be very problematic for some of our patients. We became specifically concerned that aprotinin was injurious to kidneys and renal function and that this injury would outweigh the benefits of reduced bleeding. Accordingly, we modified both our deliberative process and our practice in terms of deciding which patients would best be served by receiving aprotinin. The result was that many patients who, in the past, and in the absence of this new information, would have been given aprotinin, were now instead treated with Amicar.

As of 2007 we have ceased the use of Trasylol. This decision was based on the accrual of information from a series of publications that raised serious concerns about the long-term safety of Trasyol, culminating with the release of results from early termination of the large multicenter randomized blinded prospective study performed in Canada called "Blood Conservation Using Antifibrinolytics in a Randomized Trial" (known in short as "BART"). The announcement that BART had been terminated due to a mortality signal in the aprotinin arm caused us to cease our use of aprotinin. This study showed that although Trasylol produced a moderate reduction in bleeding it was associated with a substantial increase in mortality. While we are assiduous about reducing bleeding and the need for transfusion during cardiac surgery, the evidence from this large study of an overall deleterious effect of Trasylol controlled our decision and ended its use in our practice. At this point, we could not envision any patient population for which the benefits outweighed the risks especially when there was an available alternative with comparable efficacy. Interestingly, we have not noticed an increase in bleeding or bleeding complications since we stopped using Trasylol; this is consistent with the modest reduction of bleeding by Trasylol that was reported in the BART study.

It is important to understand that when we did use Trasylol it was because we fully believed it was in the interest of our patients to do so. Its use was very alluring and enticing because of publications showing that it reduced perioperative bleeding and the need for perioperative transfusions. Additionally, there was a pervasive notion that Trasylol, by virtue of a touted anti-inflammatory effect, had an overall beneficial effect on our patients. Further, aside from its cost, we had little reason to avoid the use of Trasylol, as we thought its use to be very safe and devoid of problematic adverse effects. For many years the only perceived risk of Trasyol was the rare occurrence of an allergic/anaphylactic reaction, and we felt that we had largely mitigated the risk of harm from this rare event by using a small "test dose" of Trasylol

that was given once the case had progressed to the point where cardiopulmonary bypass and support could be immediately commenced.  We had no reason to suspect that overall Trasylol was having a deleterious effect.  While, as described above, we are always concerned about bleeding, and in some patients we are very concerned about bleeding, it is of course the case that we would not administer a drug that reduced bleeding if the cost of doing so meant an overall increase in morbidity and mortality.  For many years there were no reliable large long-term studies that were structured to evaluate long term harm, and thus we had no way of knowing the results that were ultimately generated by BART and other studies.  I am aware of Health Canada's "Final Report: Expert Advisory Panel on Trasylol – Ottawa, Ontario, December 3, 2008 and January 29, 2009" and I am also aware of Bayer's interpretation of the data, but have not had an opportunity to review the response of the BART investigators and I reserve the right to amend this opinion should this information be made available to me.

It is also important to understand that some of the drugs we use in the operating room have major and rapidly-observable effects, while other drugs have effects that can only be demonstrated by studying large groups of patients.  For example, the anesthetic drugs that we use produce, within seconds, a profound change in consciousness.  We do not need to study large numbers of patients to discern whether or not these drugs have any effect – it is unambiguously clear the first time we use these drugs that they are powerful and effective.  The same is true of drugs that we use to rapidly raise and lower the blood pressure; these drugs exert powerful and near-instant effects, and there is no need to perform a statistical analysis of a large number of patients to see that this is so.  The same is also true of heparin and protamine, the drugs that we use, respectively, to control the coagulation system.  These drugs have

rapid and easily-measured effects on the rate of blood clot formation, and these effects are readily evident in each patient.

By contrast, other drugs that we use in the operating room do not have an immediately discernible effect. For example, we give antibiotics before the skin is incised, and we do this based on published literature from large clinical trials and other studies that show that this practice reduces the infection rate. The same applied for our use of Trasylol and Amicar; the published literature led us to believe that these drugs reduced bleeding. At the same time, we had no way of knowing whether Trasylol or Amicar were causing overall long-term harm to any individual patient. Again, we rely on published studies to determine the risk of adverse events.

As described above, our decision about whether to use Trasyol or Amicar to reduce bleeding was driven by multiple considerations. In patients where the risk of bleeding and bleeding complications was high, or where the tolerance of bleeding and transfusions was considered to be low, we would administer Trasylol. In patients where the risk of bleeding and transfusion was considered to be low we felt that the very high cost of Trasyol outweighed the minimal benefit (compared to Amicar) that it might confer, and so we used Amicar. For many years we had no clinical or medical reason to avoid the use of Trasyol; as described above, the only potential adverse effect of Trasylol that we worried about was anaphylaxis, and this event was rare and its effects were controllable by the use of test dosing and the immediate availability of hemodynamic support from the cardiopulmonary bypass system. Our decision to use a drug is based on scientific evidence, and making the right decision depends on our having all the relevant information laid out before us. In the case of Trasylol, I believe Bayer had grounds for concern. Despite those grounds, Bayer withheld information as well as failed to appropriately investigate known safety signals.

Based on my review of the internal documents, it is my opinion that there was a withholding of important evidence, and we were led to make the wrong decision, and unfortunately we did use aprotinin on many patients. Bayer presented the evidence in favor of Trasylol, but didn't tell us about the other side of the coin, which was that there was a reason for concern about the effects on kidneys and mortality. Whenever favorable evidence became available it would be pushed and published, whereas unfavorable evidence would be dismissed, contained, eroded, or withheld.

Eventually, concerns about the long-term safety began to trickle out and were brought to our attention. In the mid-2000's the advent of a series of publications raised concerns about the overall outcome effects of using Trasylol. Prior to 2006 there was little indication that Trasylol had a safety problem (other than rare and manageable anaphylaxis), either on the part of the FDA or the package insert or the published literature. The new publications, however, pointed to adverse effects that could not be seen during the operation, and could not be discerned by looking at individual patient outcomes. These publications were associated with hearings and deliberations by the FDA, in which the risk-benefit analysis of using Trasylol was questioned. These events caused a significant shift in the nature of our discussions about whether to use Trasyol on individual patients. For example, we would discuss a patient's preoperative renal function and would factor it into our clinical judgment about whether Trasylol might, although reducing bleeding, be overall deleterious by injuring the kidneys.

At the same time, I was seeing Trasylol being heavily promoted by its manufacturer, Bayer. It was promoted in print and at meetings and conferences, and this promotion generated the impression that the reduced bleeding and inflammation produced by Trasylol far outweighed any potential deleterious effects. This impression was also conveyed at a dinner I attended in which a well-known cardiac surgeon named Peter

Smith presented to a group of cardiac surgeons and anesthesiologists and discussed the use of Trasyol in favorable terms.

I remember thinking that a person of this stature and reputation would only be supporting the use of Trasylol if he genuinely believed it to be beneficial., and that it would not be possible to induce him to support its use if he believed it to be harmful. I also assumed that, because of his close working relationship with Bayer, that he would be very familiar with all of the information that Bayer had regarding the safety profile of aprotinin. These impressions and assumptions, which I tend to accord to colleagues of very high stature, led support to the decision to continue the use of Trasylol in our patients who were at high risk for bleeding, transfusion, and transfusion-related complications.

I have also reviewed internal documents and correspondence from Bayer. These documents show me that Bayer personnel in fact had significant concerns and grounds for concern that Trasylol caused overall deleterious effects. I now realize there were discussions and warnings from medical scientists and consultants, dating back to the early use of Trasylol, that should have raised red flags about the safety of the drug. These documents also show that Bayer developed and executed a program for manipulating the clinical community's impressions and opinions of the safety and efficacy of Trasylol. Had I been aware of Bayer's lack of objectivity and its focus on influencing the opinions of myself, my colleagues, and my clinical community, I would have been far less accepting of the narrative that Trasylol offered clinical benefit to my patients. A major concern raised by these internal documents is that until 2006, Bayer did not carry out a well-designed safety study to evaluate the overall safety of Trasylol. The studies that were sponsored by Bayer were focused on demonstrating, over and over again, that bleeding was reduced. Once Bayer was apprised of the possibility of long-term overall deleterious effects, it should have

initiated a safety study to evaluate whether the use of Trasylol was in the interest of the patients.  Had such a study been designed and undertaken years earlier, in the 1990's, it would have answered the question and provided critical information that was needed to make the right decision for our patients.

**Conclusions**

In conclusion, it is my expert opinion, based on my medical education, my clinical experience as a physician and as a cardiac anesthesiologist, and based on my review of relevant published literature and internal Bayer documents, that:

1: For a period of many years Bayer did not provide me and my colleagues with adequate warnings about the overall deleterious effects of administering Trasylol. Even with the advent of highly concerning publications and FDA deliberations and the 2006 imposition by the FDA of mandatory warnings, Bayer withheld guidance and information pertaining to mortality and cardiac risks.  Bayer's failure to provide adequate warning persisted until the suspension of marketing.

2: Bayer withheld valuable information from clinical studies and failed to carry out well-designed definitive safety studies that would reveal, as the BART trial and other studies ultimately revealed, the adverse overall effects of Trasylol.  My colleagues and I relied upon Bayer to be as forthcoming about the overall risks of Trasylol as it was about the beneficial effect of reducing bleeding and the need for blood product transfusion.   Bayer was aware of significant risks inherent in the use of Trasylol, and our practice would have been influenced had we been similarly aware of these risks. Unfortunately, Bayer chose not to disseminate this information to the physicians who were using Trasylol in their patients.

3:  Based on the information that is now available to me I believe that Trasylol is an unsafe product that should not be used during cardiac surgery because of its overall long-term deleterious effect.  Given the information that is now available to me, I would not have administered Trasylol to my patients during cardiac surgery, and would not have instructed my residents and fellows, who now number in the hundreds, in the use of Trasylol.  Given the current knowledge about the safety profile of Trasylol, it was and still is dangerous and inappropriate to use Trasylol during cardiac surgery, and I am not aware of any practitioners who have continued its use.  Instead, it was and still is safer and more appropriate to use the alternative antifibrinolytic medication Amicar, which was and still is readily available and was and still is substantially less expensive.  In our practice we have ceased using Trasylol and now use Amicar for virtually all patients.  I have not noticed an appreciable rise in problematic bleeding since our use of Trasylol ended.

My medical opinions in this report are expressed to a reasonable degree of medical certainty.  I reserve the right to supplement this report and to alter my opinion should additional information warrant doing so.

Mark J. S. Heath, M.D

Mark Heath, M.D.

New York City, NY

August 17, 2009

# Exhibit "A"

<u>Curriculum Vitae</u>

1)   Date of preparation:   March 10, 2006

2)   Name:                 Mark J. S. Heath

     Birth date:           March 28, 1960
     Birthplace:           New York, NY
     Citizenship:          United States, United Kingdom

3)   Academic Training:

                           Harvard University                          B.A., Biology, 1983

                           University of North Carolina, Chapel Hill    M.D., 1987

                           Medical License                             New York:  177101-1

4)   Traineeship:

     1987 – 1988   Internship, Internal Medicine, George Washington University Hospital, Washington, DC.

     1988 – 1991   Residency, Anesthesiology, Columbia College of Physicians  and Surgeons, New York, NY

     1991 – 1993   Fellowship, Anesthesiology, Columbia College of Physicians  and Surgeons, New York, NY

5)   Board Qualification:

                           Diplomate, American Board of Anesthesiology, October 1991.
                           Diplomate National Board of Echocardiography Perioperative
                                Transesophageal Echocardiography 2005. (PTEeXAM 2001).

6)   Military Service:             None

7)   Professional Organizations:

                           International Anesthesia Research Society

8)   Academic Appointments:

                           1993 – 2002        Assistant Professor of Anesthesiology, Columbia University, New York, NY

                           2002 - present     Assistant Professor of Clinical Anesthesiology, Columbia University, New York, NY

9)   Hospital/Clinical Appointments:

|  | 1993 – present | Assistant Attending Anesthesiologist, Presbyterian Hospital, New York, NY. |

10)   Honors:

Magna cum laude, Harvard University
Alpha Omega Alpha, University of North Carolina at Chapel Hill
First Prize, New York State Society of Anesthesiologists Resident Presentations, 1991

11)   Fellowship and Grant Support:

Foundation for Anesthesia Education and Research, Research Starter Grant Award, Principal Investigator, funding 7/92 - 7/93, $15,000.

Foundation for Anesthesia Education and Research Young Investigator Award, Principal Investigator, funding 7/93 - 7/96, $70,000.

NIH   KO8 "Inducible knockout of the NK1 receptor"
Principal Investigator, KO8 funding 12/98 - 11/02,
$431,947 over three years
(no-cost extension to continue through 11/30/2002)

NIH   RO1 "Tachykinin regulation of anxiety and stress responses"
Principal Investigator, funding 9/1/2002 – 8/30/2007
$1,287,000 over 5 years

12)   Departmental and University Committees:

Research Allocation Panel (1996 – 2001)
Institutional Review Board (Alternate Boards 1-2, full member Board 3) (2003 - present)

13)   Teaching:

Lecturer and clinical teacher: Anesthesiology Residency Program, Columbia University and Presbyterian Hospital, New York, NY

Advanced Cardiac Life Support Training

*Anesthetic considerations of LVAD implantation.*  Recurrent lecture at Columbia University LVAD implantation course.

Invited Lecturer:

*NK1 receptor functions in pain and neural development*, Cornell University December 1994

*Anxiety, stress, and the NK1 receptor*, University of Chicago, Department of Anesthesia and Critical Care, July 2000

*Anesthetic Considerations of LVAD Implantation*, University of Chicago, Department of Anesthesia and Critical Care, July 2000

*NK1 receptor function in stress and anxiety*, St. John's University Department of Medicinal Chemistry, March 2002

*Making a brave mouse (and making a mouse brave),* Mt.Sinai School of Medicine, May 2002

*Problems with anesthesia during lethal injection procedures*, Geneva, Switzerland.  Duke University School of Law Conference, "International Law, Human Rights, and the Death Penalty: Towards an International Understanding of the Fundamental Principles of Just Punishment", July 2002.

*NK1 receptor function in stress and anxiety*, Visiting Professor, NYU School of Medicine, New York, New York.  October 2002.

*Anesthetic Depth, Paralysis, and other medical problems with lethal injecton protocols: evidence and concerns*, Federal Capital Habeas Unit Annual Conference, Jacksonville, Florida.  May 2004.

*Medical Scrutinyof Lethal Injection Procedures.* National Association for the Advancement of Colored People Capital Defender Conference, Airlie Conference Center, Warrenton, Virginia.  July 2004.

*Medical Scrutinyof Lethal Injection Procedures.* National Association for the Advancement of Colored People Capital Defender Conference, Airlie Conference Center, Warrenton, Virginia.  July 2005.

*Medical Scrutinyof Lethal Injection Procedures.* National Association for the Advancement of Colored People Capital Defender Conference, Airlie Conference Center, Warrenton, Virginia.  July 2006.

*Medical Scrutinyof Lethal Injection Procedures  Advanced Criminal Law Seminar 2005, Fordham University School of Law, March 2005*

*Medical Scrutinyof Lethal Injection Procedures  Advanced Criminal Law Seminar 2005, Fordham University School of Law, January 2007*

*Anesthetic considerations of LVAD implantation.*  Recurrent lecture at Columbia University LVAD implantation course.

14)    Grant Review Committees:   None

15)     Publications:

## Original peer reviewed articles

**Heath, M. J. S.**, Stanski DR, Pounder DJ.  Inadequate Anesthesia in Lethal Injection for Execution.  Lancet, 366(9491) 1073-4, correspondence.  2005

\*     Santarelli, L., Gobbi, G., Debs, P.C., Sibille, E. L., Blier, P., Hen, R., **Heath, M.J.S.** (2001).  Genetic and pharmacological disruption of neurokinin 1 receptor function decreases anxiety-related behaviors and increases serotonergic function.  **Proc. Nat. Acad. Sci**., 98(4), 1912 – 1917.

\*     King, T.E. [δ], **Heath M. J. S**[δ]., Debs, P, Davis, MB, Hen, R, Barr, G. (2000). The development of nociceptive responses in neurokinin-1 receptor knockout mice.  Neuroreport.;11(3), 587-91     δ authors contributed equally to this work

\*     **Heath, M. J. S.**, Lints, T., Lee, C. J., Dodd, J.  (1995).  Functional expression of the tachykinin $NK_1$ receptor by floor plate cells in the embryonic rat spinal cord and brainstem.  **Journal of Physiology** 486.1, 139 -148.

\*     **Heath, M. J. S.**, Womack M. D., MacDermott, A. B. (1994).  Subsance P elevates intracellular calcium in both neurons and glial cells from the dorsal horn of the spinal cord.  **Journal of Neurophysiology** 72(3), 1192 - 1197.

McGehee, D. S., **Heath, M. J. S**., Gelber, S., DeVay, P., Role, L.W.  (1995) Nicotine enhancement of fast excitatory synaptic transmission in the CNS by presynaptic receptors.  **Science** 269, 1692 - 1696.

Morales D, Madigan J, Cullinane S, Chen J, **Heath, M. J. S**., Oz M, Oliver JA, Landry DW. (1999). Reversal by vasopressin of intractable hypotension in the late phase of hemorrhagic shock. Circulation. Jul 20;100(3):226-9.

LoTurco, J. J., Owens, D. F., **Heath, M. J. S**., Davis, M. B. E., Krigstein, A. R. (1995). GABA and glutamate depolarize cortical progenitor cells and inhibit DNA synthesis. **Neuron** 15, 1287 - 1298.

Kyrozis A., Goldstein P. A., **Heath, M. J. S**., MacDermott, A. B. (1995).  Calcium entry through a subpopulation of AMPA receptors desensitized neighboring NMDA receptors in rat dorsal horn neurons.  **Journal of Physiology** 485.2, 373 - 381.

McGehee, D.S., Aldersberg, M. , Liu, K.-P., Hsuing, S., **Heath, M.J.S.** , Tamir, H.  (1997).  Mechanism of extracellular $Ca^{2+}$-receptor stimulated hormone release from sheep thyroid parafolicular cells. **Journal of Physiology**:  502,1, 31 - 44.

Kao, J., Houck, K., Fan, Y., Haehnel, I., Ligutti, S. K., Kayton, M. L., Grikscheit, T., Chabot, J., Nowygrod, R., Greenberg, S., Kuang, W.J., Leung, D. W., Hayward, J. R., Kisiel, W., **Heath, M. J. S.**, Brett, J., Stern, D. (1994).  Characterization of a novel tumor-derived cytokine.  **Journal of Biological Chemistry** 269, 25106 - 25119.

Dodd, J., Jahr, C.E., Hamilton, P.N., **Heath, M.J.S.**, Matthew, W.D., Jessell, T.M. (1983). Cytochemical and physiological properties of sensory and dorsal horn neurons that transmit cutaneous sensation. **Cold Spring Harbor Symposia of Quantitative Biology** 48, 685 -695.

Pinsky, D.J., Naka, Y., Liao, H., Oz, M. O., Wagner, D. D., Mayadas, T. N., Johnson, R. C., Hynes, R. O., **Heath, M.J.S.**, Lawson, C.A., Stern, D.M. Hypoxia-induced exocytosis of endothelial cell Weibel-Palade bodies. **Journal of  Clinical Investigation** 97(2), 493 - 500.

## Case reports                none

## Review, chapters, editorials

\*      **Heath, M. J. S.**, Dickstein,  M. L. (2000).  Perioperative management of the left ventricular assist device recipient. Prog Cardiovasc Dis.;43(1):47-54.

\*      Dickstein, M.L., Mets B, **Heath M.J.S.** (2000).  Anesthetic considerations during left ventricular assist device implantation.  Cardiac Assist Devices pp 63 – 74.

\*      **Heath, M. J. S.** and Hen, R. (1995). Genetic insights into serotonin function. **Current Biology** 5.9, 997 -999.

\*      **Heath, M.J.S.**, Mathews D. (1990).  Care of the Organ Donor.  **Anesthesiology Report** 3, 344-348.

\*      **Heath, M. J. S.,**  Basic physiology and pharmacology of the central synapse. (1998) **Anesthesiology Clinics of North America** 15(3), 473 - 485.

## Abstracts

**Heath, M.J.S.,** Analysis of EKG recordings from executions by lethal injection.  Canadian Society of Anesthesiology Winter Meeting, February 2006.

**Heath, M.J.S.,** Analysis of postmortem thiopental in prisoners executed by lethal injection IARS Congress 2005.

**Heath, M.J.S.,** Davis, M., Santarelli L., Hen H. (2002).  Gene targeting of the NK1 receptor blocks stress-evoked induction of c-Fos in the murine locus coeruleus.  IARS American-Japan Congress A-15.

**Heath, M.J.S.,** Davis, M., Santarelli L., Hen H. (2002).  Gene targeting of the NK1 receptor blocks stress-evoked induction of c-Fos in the murine locus coeruleus.  Anesthesiology 95:A-811.

**Heath, M.J.S.,** Davis, M., Santarelli L., Hen H.  (2002). Expression of Substance P and NK1 Receptor in the Murine Locus Coeruleus and Dorsal Raphe Nucleus. Anesthesia and Analgesia 93; S-212

**Heath, M.J.S.,** Davis, M., Santarelli L., Hen H.  (2002). Expression of Substance P and NK1 Receptor in the Murine Locus Coeruleus and Dorsal Raphe Nucleus. Anesthesia and Analgesia 93; S-212.

**Heath, M.J.S.,** Santarelli L, Hen H. (2001)  The NK1 receptor is necessary for the stress-evoked expression of c-Fos in the paraventricular nucleus of the hypothalamus.  Anesthesia and Analgesia 92; S233.

**Heath, M.J.S.,** Santarelli L, Debs P, Hen H. (2000).  Reduced anxiety and stress responses in mice lacking the NK1 receptor.  Anesthesiology 93: 3A A-755.

**Heath, M.J.S.,** King, T., Debs, P.C., Davis M., Hen R., Barr G. (2000).  NK1 receptor gene disruption alters the development of nociception.  Anesthesia and Analgesia; 90; S315.

**Heath, M.J.S.,** Lee, J.H., Debs, P.C., Davis, M. (1997).   Delineation of spinal cord glial subpopulations expressing the NK1 receptor.  Anesthesiology; 87; 3A; A639.

**Heath, M.J.S.,** MacDermott A.B. (1992).  Substance P elevates intracellular calcium in dorsal horn cells with neuronal and glial properties.  Society for Neuroscience Abstracts; 18; 123.1.

**Heath, M.J.S.,** Lee C.J., Dodd J. (1994).  Ontogeny of NK1 receptor-like immunoreactivity in the rat spinal cord.  Society for Neuroscience Abstracts; 20; 115.16.

**Heath, M.J.S.,** Berman M.F. (1991) Isoflurane modulation of calcium channel currents in spinal cord dorsal horn neurons.  Anesthesiology 75; 3A; A1037.

# Exhibit "B"

## Previous Testimony

- Morales v. Tilton, Nos. 06-219-JF-RS, C-06-926-JF-RS (N.D. Cal.)
- Taylor v. Crawford, No. 05-4173-CV-C-FJG (W.D. Mo.)
- Patton v. Jones, No. 06-CV-00591-F (W.D. Okla.)
- Evans v. Saar, 06-CV-00149-BEL (D. Md.)
- Baker v. Saar, No. WDQ-05-3207 (D. Md.)
- Reid v. Johnson, No. 3:03CV1039 (E.D. Va.)
- Abdur'Rahman v. Bredesden, No. 02-2336-III (Davidson County Chancery Ct., Ky.)
- Commonwealth v. Lamb, CR05032887-00 (Rockingham County Cir. Ct., Ky.)
- State v. Nathaniel Code, No. 138860 (1st Judicial District Court of La. for Caddo Parish)
- Timberlake (Intervenor Woods) v. Donahue, No. 06-cv-01859-KLY-WTL (S.D. Ind.)
- State v. Rivera, Journal Entry, Case nos. 04CR065940, 05CR068067, Lorain Co., Ohio, Jun. 10, 2008
- Hearing in Federal Court in Columbus, Ohio regarding a stay of execution of George Biros in March 2009.

# Exhibit "C"

## References

1. Avorn J. Dangerous Deception – Hiding the Evidence of Adverse Drug Effects. N Engl J Med 2006;355:2169-71.

2. Brown JR. Mortality manifesto: a meta-analysis of aprotinin and tranexamic acid mortality. Eur J Cardiothorac Surg 2009, doi:10.1016/j.ejcts.2009.06.014.

3. Carrel T, Englberger L. Aprotinin in cardiac surgery patients: is the risk worth the benefit? Version="10" encoding="utf-8"?>Editorial comment. Eur J Cardiothorac Surg 2009; doi:10.1016/j.ejcts.2009.05.015.

4. D'Ambra MN, Akins CW, Blackstone EH, et al. Aprotinin in primary valve replacement and reconstruction: a multicenter, double-blind, placebo-controlled trial. J Thorac Cardiovasc Surg. 1996;112(4):1081-1089.

5. Engoren MC, Habib RH, Zacharias A, Schwann TA, Riordan CJ, Durham SJ. Effect of blood transfusion on long-term survival after cardiac operation. Ann Thorac surg 2003 aug;76(2):654; author reply 654.

6. Fergusson DA, Hebert PC, Maxer D, et al. A Comparison of Aprotinin and Lysine Analogues in High-Risk Cardiac Surgery. N Engl J Med 2008;358:2319-31.

7. Gagnon L. Presence of Heparin Antibodies Predicts Morbidity After Cardiac Surgery. CHEST 2005.

8. Henry D, Carless P, Fergusson D, Laupacis A. The safety of aprotinin and lysine-derived antifibrinolytic drugs in cardiac surgery: a meta-analysis. CMAJ 2009;180(2).doi:10.1503/cmaj.081109.

9. Hiatt WR. Observational Studies of Drug Safety – Aprotinin and the Absence of Transparency. N Engl J Med 2006;355:2171-73.

10. Karkouti K, Beattie WS, Dattilo KM, et al. Blood Conservation and Transfusion Alternatives. Transfusion 2006;46:327-338.

11. Kincaid EH, Ashburn DA, Hoyle JR, et al. Does the Combination of Aprotinin and Angiotensin-Converting Enzyme Inhibitor Cause Renal Failure After Cardiac Surgery? The Society of Thoracic Surg. 2005;80:1388-93.

12. Koch CG, Duncam AI, Mihaljevic T, Loop FD, Starr NJ, Blackstone EH. Transfusion in coronary artery bypass grafting is associated with reduced long-term survival. Ann Thrac Surg. 2006 May;81(5):1650-7.

13. Koch CG, Duncam AI, Mihaljevic T, cogrove DM, Loop FD, Starr NJ, Blackstone EH. Morbidity and Mortality risk associated with red blood cell and blood-component transfusion in isolated coronary artery bypass grafting. Critical Care Med. 2006 Jun;34(6):1608-16.

14. Kuduvalli M, Oo AY, Newall N, Gravson AD, Jackson M, Desmond MJ, Fabri BM, Rashid A. Effect of peri-operative red blood cell transfusion on 30-day and 1-year mortality following coronary artery bypass surgery. Eur J Cardiothorac Surg. 2005 apr;27(4):592-8.

15. Later AFL, Maas JJ, et al. Tranexamic acid and aprotinin in low – and intermediate-risk cardiac surgery: a non-sponsored, double-blind, randomized, placebo-controlled trial. Eur J Cardiothorac Surg 2009; doi:10.1016/j.ejcts.2008.11.038.

16. Mangano DT, Tudor JC, Dietzel C. The Risk Associated with Aprotinin in Cardiac Surgery. N Engl J Med 2006;354:353-65.

17. Mangano, DT, Miao Y, Vuylsteke A, et al. Mortality Associated with Aprotinin During 5 Years Following Coronary Artery Bypass Graft Surgery. JAMA 2007; 297:471-79.

18. Ray WA, Stein CM. The Aprotinin Story-Is BART the Final Chapter? N Engl J Med 2008;358:2398-400.

19. Shaw AD, Stafford-Smith M, White WD, et al. The Effect of Aprotinin on Outcome after Coronary-Artery Bypass Grafting. N Engl J Med 2008;358:784-93.

20. Takagi H, Manabe H, Kawai N, et al. Aprotinin increases mortality as compared with tranexamic acid in cardiac surgery: a meta-analysis of randomized head-to-head trials.  Interactive CardioVascular and Thoracic Surg 2009;doi:10.1510/icvts.2008.198325.

21. Wagener G, Gubitosa G, Wang S, et al. Increased Incidence of Acute Kidney Injury with Aprotinin Use during Cardiac Surgery Detected with Urinary NGAL. Am J Nephrol 2008;28:576-582.

22. Gagne J, Griesdale D, and Schneeweiss S. Aprotinin and risk of death and renal dysfunction in patients undergoing cardiac surgery: a meta-analysis of epidemiologic studies. Pharmacoeidemiology and Drug Safety 2009;18:259-268.

# Exhibit "D"

**DOCUMENTS PROVIDED TO AND REVIEWED BY MARK HEATH, M.D.**

| Begin Bates # | End Bates # | Date |
|---|---|---|
| BAY03493826 | BAY03493845 | 2/22/2006 |
| | BAY01320434 | 9/22/2006 |
| BAY02747330 | BAY02747332 | 4/26/2004 |
| BAY03495035 | BAY03495039 | 11/8/2006 |
| | BAY02673243 | 3/15/2006 |
| BAY02683345 | BAY02683348 | 4/26/2004 |
| BAY01456089 | BAY01456091 | 10/5/2006 |
| BAY03033847 | BAY03033873 | 6/13/2000 |
| BAY00715991 | BAY00715992 | No Date |
| BAY00749599 | BAY00749602 | 3/31/1998 |
| BAY01990831 | BAY01990833 | 11/16/2001 |
| BAY00679632 | BAY00679652 | 1/1/2000 |
| BAY00679867 | BAY00679884 | 3/20/2000 |
| BAY00685357 | BAY00685379 | No Date |
| | BAY03028839 | 1/14/1999 |
| | BAY03045674 | 5/21/1999 |
| BAY01631006 | BAY01631013 | 1/25/2006 |
| BAY02114121 | BAY02114122 | 6/17/1997 |
| BAY01874126 | BAY01874129 | 11/15/2005 |

**DOCUMENTS PROVIDED TO AND REVIEWED BY MARK HEATH, M.D.**

| Begin Bates # | End Bates # | Date |
|---|---|---|
| BAY04820905 | BAY04820907 | 6/23/2000 |
| BAY03050565 | BAY03050567 | 3/30/2001 |
| BAY03035485 | BAY03035487 | 6/23/2000 |
| BAY02386019 | BAY02386021 | 9/17/2002 |
| BAY03703815 | BAY03703818 | 12/9/2005 |
| BAY01532994 | BAY01532995 | 10/17/2006 |
| BAY01529273 | BAY01529274 | 10/1/2006 |
| BAY05658890 | BAY05658900 | 7/6/2005 |
| BAY05656793 | BAY05656840 | 10/30/2006 |
| BAY05680873 | BAY05680877 | 1/9/2003 |
|  | BAY05659386 | 1/21/2006 |
| BAY01567044 | BAY01567045 | 2/14/2005 |
| BAY03195136 | BAY03195137 | 5/3/2001 |
| BAY03194950 | BAY03194952 | 6/9/1999 |
| BAY03193884 | BAY03193886 | 5/10/1999 |
| BAY01631088 | BAY01631089 | 1/26/2006 |
|  | BAY00330016 | 1/29/1997 |

**DOCUMENTS PROVIDED TO AND REVIEWED BY MARK HEATH, M.D.**

| Begin Bates # | End Bates # | Date |
|---|---|---|
| | BAY00742704 | No Date |
| BAY06976398 | BAY06976402 | 3/7/2003 |
| BAY03702945 | BAY03702948 | 11/18/2005 |
| BAY03706912 | BAY03706914 | 2/9/2005 |
| BAY03702692 | BAY03702693 | 12/12/2005 |
| BAY01561289 | BAY01561293 | 12/6/2004 |
| BAY01352027 | BAY01352062 | 11/3/2006 |
| BAY02718728 | BAY02718730 | 2/1/2006 |
| BAY03502360 | BAY03502375 | 8/22/2006 |
| BAY03509288 | BAY03509289 | 10/5/2006 |
| BAY03042433 | BAY03042435 | 11/10/2000 |
| BAY01202051 | BAY01202055 | 8/29/2006 |
| BAY01202698 | BAY01202705 | 9/6/2006 |
| BAY01289683 | BAY01289685 | 6/28/2006 |
| BAY02721490 | BAY02721492 | 2/21/2006 |
| BAY03498397 | BAY03498398 | 9/27/2006 |
| | BAY03498393 | 9/22/2006 |
| BAY00748136 | BAY00748192 | 7/24/2006 |

3

**DOCUMENTS PROVIDED TO AND REVIEWED BY MARK HEATH, M.D.**

| Begin Bates # | End Bates # | Date |
|---|---|---|
| BAY01174224 | BAY01174225 | 1/30/2006 |
| BAY01983486 | BAY01983488 | 10/25/2004 |
|  | BAY00676369 | 5/1/2004 |
|  | BAY00680413 | 1/4/2000 |
| BAY00680602 | BAY00680604 | 5/11/2000 |
| BAY00686462 | BAY00686463 | No Date |
| BAY00687285 | BAY00687288 | No Date |
| BAY04248993 | BAY04248994 | 9/27/2006 |
| BAY03031539 | BAY03031540 | 10/27/1999 |
|  | BAY03031578 | 10/7/1999 |
|  | BAY03034617 | 5/18/2001 |
| BAY01019420 | BAY01019446 | 4/24/2006 |
| BAY00956583 | BAY00956644 | 8/21/2006 |
| BAY00955923 | BAY00955944 | No Date |
| BAY00734687 | BAY00734732 | No Date |
| BAY03041150 | BAY03041151 | 7/3/2001 |

**DOCUMENTS PROVIDED TO AND REVIEWED BY MARK HEATH, M.D.**

| Begin Bates # | End Bates # | Date |
|---|---|---|
|  | BAY03034618 | 5/25/2001 |
| BAY03034205 | BAY03034206 | 12/4/2000 |
|  | BAY01494597 | 8/23/2005 |
| BAY01564063 | BAY01564064 | 1/17/2005 |
|  | BAY05704984 | 4/7/2005 |
|  | BAY01991498 | 11/2/2004 |
| BAY03194658 | BAY03194660 | 2/17/1998 |
| BAY05762154 | BAY05762157 | 5/16/2004 |
| BAY05685824 | BAY05685825 | 3/3/2006 |
| BAY00974578 | BAY00974579 | 5/17/2004 |
| BAY03029230 | BAY03029231 | 10/2/1998 |
| BAY03047513 | BAY03047514 | 1/5/2001 |
| BAY01280134 | BAY01280137 | 11/21/2006 |
| BAY0060199 | BAY00660215 |  |
| BAY01780701 | BAY01780713 |  |
| BAY03755520 | BAY03755622 | May-97 |
| BAY00659867 | BAY00659868 |  |

**DOCUMENTS PROVIDED TO AND REVIEWED BY MARK HEATH, M.D.**

| Begin Bates # | End Bates # | Date |
|---|---|---|
| BAY04344071 | BAY04344073 | 4/4/2006 |
| BAY00998045 | BAY00998045 | 8/14/2006 |
| BAY00660821 | BAY00660842 | 8/23/2006 |
| BAY03327522 | BAY03327524 | |
| BAY00322224 | BAY00322229 | 11/1/2006 |
| BAY02645797 | BAY02645797 | 8/18/1997 |
| BAY01019334 | BAY01019336 | 4/18/2006 |
| BAY00718384 | BAY00718384 | |
| BAY00718381 | BAY00718383 | |
| BAY03695827 | BAY03695829 | 3/22/2005 |
| BAY00715826 | BAY00715827 | |
| BAY00715683 | BAY00715684 | |
| BAY00715565 | BAY00715567 | |
| BAY00715659 | BAY00715660 | |
| BAY00715774 | BAY00715774 | |

**DOCUMENTS PROVIDED TO AND REVIEWED BY MARK HEATH, M.D.**

| Begin Bates # | End Bates # | Date |
|---|---|---|
| BAY00715638 | BAY0071541 | |
| BAY00715540 | BAY00715541 | |
| BAY02649485 | BAY02649488 | 3/14/2002 |
| BAY03703740 | BAY03703740 | 12/22/2005 |
| CBS News - One Thousand Lives a Month. | | 2/17/2008 |
| bhcag00766030 | bhcag00766031 | 9/25/2006 |
| bhcag01034947 | bhcag01034948 | 9/26/2006 |
| bay00676369 | | 2004 |
| bay01509621 | bay01509622 | 2006 |
| bhcag01625521 | bhcag01625591 | 11/10/2006 |
| BAY04534165 | | 10/18/2004 |
| SFGate - Bayer Halts Sales | | 11/5/2007 |
| The Wall Street Journal "Bayer Antibleeding Drug Takes Hit". | | 5/15/2008 |
| BAY05426839 | BAY05426846 | 11/20/2003 |
| BAY04691537 | BAY04691538 | 12/17-18/03 |
| BAY05266045 | BAY05266046 | 12/16-17/03 |
| BAY05322498 | BAY05322499 | 7/13/04 to 8/26/04 |
| BAY04995941 | BAY04995942 | |
| BAY01991474 | | 12/15-17/03 |
| BAY00733441 | | |
| Dr Schneeweiss Testimony pg 95-111. With Presentation. | | 7-Sep |
| i3 Final Report | | 8/7/2007 |
| BAY00893114 | | |
| BAY00674730 | BAY00674857 | 4/16/1993 |
| BAY00208068 | BAY00208072 | 12/19/1996 |
| FDA Responses to Mangano, Karkouti and i3. (234 pages) | | 8/14/2007 |

**DOCUMENTS PROVIDED TO AND REVIEWED BY MARK HEATH, M.D.**

| Begin Bates # | End Bates # | Date |
|---|---|---|
| BAY01983486 | BAY01983488 | 10/25/2004 |
| BAY06083749 | | |
| BAY03364404 | BAY03364442 | 1/10/2002 |
| BAY02463308 | BAY02463313 | 1/25/2006 |
| BAY06631382 | BAY06631386 | 4/15/2009 |
| BAYCS00197121 | | 10/22/2006 |
| BAY06631331 | BAY06631381 | 4/15/2009 |
| BAY06569811 | BAY06569817 | 3/31/2009 |
| BAY04744527 | BAY04744527 | 9/14/2000 |