**Exhibit A**

MARK J. EISENBERG, M.D., MPH, FACC



Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
-------------------------------------------X
Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

IN RE TRASYLOL PRODUCTS LIABILITY
LITIGATION-MDL-1928
THIS DOCUMENT RELATES TO ALL ACTIONS

-------------------------------------------X
                        Nelligan Hotel
                        106 Saint Paul Street West
                        Montreal, Quebec, Canada
                        October 12, 2009
                        9:03 a.m.


     VIDEOTAPED DEPOSITION OF MARK J.
EISENBERG, MD, MPH, FACC, an expert witness,
pursuant to Notice, taken at the above place,
date and time, before Cherie Klein, Official
Court Reporter and Commissioner of Oaths within
and for the Province of Quebec, Canada.

MARK J. EISENBERG, M.D., MPH, FACC

Page 4

1   UPON COMMENCING AT 9:03 A.M. THIS twelfth day of

2   October 2009 PERSONALLY CAME AND DID APPEAR:

3

4            MARK J. EISENBERG,

5

6   born ██████████, 1958, residing and domiciled in

7   Montreal, Quebec, Canada  WHO, UPON HAVING TAKEN

8   A SOLEMN AFFIRMATION, DID DEPOSE AND SAY, as

9   follows:

10           BY THE VIDEOGRAPHER:  Good morning,

11   we are now on the record.  My name is David

12   Oxilia, certified legal video specialist for

13   Merrill Legal Solutions.  Today's date is

14   October 12, 2009 and the time is 9:03 a.m.  We

15   are at the Nelligan Hotel in Montreal, Quebec,

16   Canada to take the videotaped deposition of Dr.

17   Mark Eisenberg in the matter of Trasylol Products

18   Liability Litigation in the United States

19   District Court, Southern District of Florida.

20   This is Case Number 1:08-MD-01928.  Will Counsel

21   please state their appearances for the record.

22           MR. DERRINGER:  Steve Derringer on

23   behalf of Bayer.

24           MR. ZIELKE:  Kevin Zielke on behalf

25   of Bayer.

MARK J. EISENBERG, M.D., MPH, FACC

Page 18

1   other topics that I reviewed in the past which

2   is, you know, let's do a thorough search of the

3   literature, let's identify, you know, the key

4   articles.  Let's look through them in an

5   objective way, looking at both the strengths and

6   weaknesses of each article, and coming to

7   conclusions about each article.  And then when I

8   have the totality of the literature, to

9   synthesize it.  So it's hard to separate.  I

10  didn't separate it the way you are describing.  I

11  mean, I went through each article looking at

12  strength and weaknesses, and I think I was

13  impartial in the way I looked at it.  You know,

14  the literature is heterogenous.  There is all

15  different kinds of studies.  There is randomized

16  controlled trials, cohort studies.  There is

17  meta-analyses, et cetera.  They come to different

18  conclusions and they use different methodologies.

19  So it required a lot of review of the literature.

20       Q.     In your invoice Exhibit 1 you noted

21  that you spent 53 hours in review of additional

22  documents.  Do you see that on the second page of

23  the invoice?

24       A.     Yes.

25       Q.     What does that refer to:  "Review of

MARK J. EISENBERG, M.D., MPH, FACC

Page 20

1   documents that were forwarded to me by Jim Ronca

2   that I took a look at over the summer.

3        Q.    These additional documents that Mr.

4   Ronca forwarded to you, are these documents you

5   specifically asked for?

6        A.    No.

7        Q.    Mr. Ronca just forwarded them to you

8   and wanted you to review them.  Is that your

9   understanding.

10       A.    Yes.

11             BY THE VIDEOGRAPHER:  Going off the

12   record at 9:27 a.m.

13             BY THE VIDEOGRAPHER:  Going back on

14   the record at 9:28 a.m.

15             THE WITNESS:  Can I clarify that?

16   BY MR. DERRINGER:

17       Q.    Please go ahead if you need to

18   clarify that.

19       A.    I think that the way this happened

20   was that it was my responsibility to review the

21   published literature in this area, and really

22   look at the totality of the evidence in the

23   published medical literature and then, with that

24   foundation, to go on to unpublished documents.

25   So I think that's why these documents weren't

MARK J. EISENBERG, M.D., MPH, FACC

Page 21

1   given to me in the first place.  Once I finished

2   my literature review of published documents, I

3   then went on with that foundation to look at

4   unpublished literature.

5          Q.      You understood your job as being to

6   look at the totality of the evidence on

7   aprotinin.  Is that right?

8          A.      Yes, that's correct.

9          Q.      Why is that important?

10         A.      I think in order to make, you know,

11  impartial conclusions about the safety of a drug,

12  you need to see the totality of the evidence.

13         Q.      Your invoice reflects that you

14  billed at $500 an hour.  Is that right?

15         A.      That's correct.

16         Q.      Is that your rate for all of your

17  work in this case?

18         A.      I charge a $1,000 an hour for

19  depositions.

20         Q.      Does that include time spent

21  preparing for deposition?

22         A.      No.

23         Q.      So $500 per hour for everything

24  other than a deposition.  Is that right?

25         A.      That's right.

MARK J. EISENBERG, M.D., MPH, FACC

Page 52

1   journals.  So the -- so for example, you may have

2   a very well-conducted randomized control trial

3   that comes out of the surgical literature but it

4   only involves 50 patients.  So although it's very

5   well conducted and it's a good study, it is not

6   definitive because it has inadequate sample size.

7   So that -- it would be very unlikely to appear in

8   the Journal of the American Medical Association

9   or the New England Journal of Medicine.

10       Q.     Do you agree with me that aprotinin

11  has been extensively studied?

12       A.     Well, from the point of view of

13  numbers of studies, there have been many, many

14  studies looking at aprotinin.  From the point of

15  view of whether there have been studies that have

16  been designed to have adequate power and

17  therefore be definitive studies.  I think there

18  has been relatively few.  I agree there have been

19  many, many smaller studies over the course of

20  decades.

21       Q.     And do you agree that your

22  literature search did not capture all of the

23  studies in literature that's out there about

24  aprotinin?

25       A.     Well, I did not look at animal

MARK J. EISENBERG, M.D., MPH, FACC

Page 53

1   studies.

2          Q.      Why not?

3          A.      That's not my area of particular

4   expertise.  I am a cardiologist and a clinical

5   epidemiologist.  I specialize in systematic

6   reviews, meta-analyses, clinical trials, cohort

7   studies, et cetera.  So I was really focused on

8   clinical questions here rather than mechanistic

9   questions that are mostly dealt with with animal

10  studies.  And I felt that also, you know, I

11  recognize that there were, many, many small

12  studies that appeared in -- much of it in the

13  surgical literature, with very small sample sizes

14  that didn't contribute in a big way to our

15  knowledge base.  Although some of them were good

16  studies but they were very small and therefore, I

17  didn't find that they were going to be helpful or

18  help us to come to any conclusions about this --

19  about this subject.  And I will say that the -- I

20  did look at the meta-analyses in this area.  And

21  the meta-analyses, many of them did take into

22  account all of these smaller studies.  So from

23  that point of view, I looked at overviews of the

24  smaller studies through the meta-analyses.

25          Q.      When you say "smaller studies with

MARK J. EISENBERG, M.D., MPH, FACC

Page 83

1        Q.      What do you mean by that?

2        A.      I mean to say that the kidney

3   function is often affected by dysfunction of the

4   heart, and kidney function can often affect the

5   heart as well.  So it's not black and white.  We

6   are not totally separate organ systems in

7   different parts of the world.  This is in one

8   body.  So nephrologists know a lot about the

9   heart, and cardiologists know a lot about the

10  kidneys.

11       Q.      You are not an expert in the

12  mechanism of action of Trasylol in the kidneys,

13  are you?

14       A.      No.

15       Q.      Did you review -- what materials, if

16  any, did you review about the renal mechanism of

17  action of Trasylol?

18       A.      I reviewed several articles on the

19  topic but, as you say, I don't hold myself out to

20  be an expert in term of mechanism of action of

21  aprotinin on the kidney.  I do think I am an

22  expert clinical epidemiologist, so I think I am

23  authoritative to look at heart outcomes or

24  outcomes related to effects on the kidney.  But

25  as to mechanisms, I don't hold myself out to be

MARK J. EISENBERG, M.D., MPH, FACC

Page 84

1    an expert.

2         Q.      Everything you know about Trasylol's

3    mechanism of action, you know from your review of

4    a few articles.  Is that right?

5         A.      A review of a few articles, and I

6    now know from reading Dr. Parikh's report, which

7    again was done after I prepared my report; also

8    reading his deposition.  But as I say, I am not

9    an expert in terms of mechanisms.

10        Q.      You are not a cardiac surgeon?

11        A.      Correct.

12        Q.      You are not board certified in any

13   surgery?

14        A.      Correct.  As I say, I do

15   angioplasty.  That is not technically a surgery.

16        Q.      Okay.  You are not claiming to be an

17   expert in cardiac surgery, are you?

18        A.      No, with the exception, as I said,

19   of I commonly take care of patients very shortly

20   after they have cardiac surgery.  I take care of

21   them in the hospital.  I take care of them --

22   frequently I take care of them virtually their

23   entire hospitalization.  So I will take care of

24   them before they have cardiac surgery.  I will do

25   the angiogram.  If I identify that they need

MARK J. EISENBERG, M.D., MPH, FACC

Page 85

1    cardiac surgery I will send them to the surgeon.

2    They will have the procedure.  They will be in

3    the intensive care unit for one day, and then

4    they will come to my cardiac care unit where I

5    will be responsible for their management for the

6    rest of their hospitalization, and then I follow

7    them long-term after that, so I them in clinic

8    for the rest of their lives.

9         Q.    You have never performed open heart

10   surgery?

11        A.    No.

12        Q.    You have never performed any surgery

13   requiring the use of the cardiopulmonary bypass

14   machine?

15        A.    No, I have not.

16        Q.    You have never performed any surgery

17   involving deep hypothermic circulatory arrest?

18        A.    No.

19        Q.    You are not an anesthesiologist?

20        A.    No, I am not.

21        Q.    You are not claiming to be an expert

22   in anesthesiology, are you?

23        A.    No, I am not an expert in

24   anesthesiology.  But again, there is some overlap

25   between specialities.

MARK J. EISENBERG, M.D., MPH, FACC

Page 87

1    that deals with economics in health care.  And as
2    I say, I have done many studies involving cost
3    studies in medicine, perhaps ten or more, so I
4    think you develop a certain amount of expertise
5    through doing those studies.
6         Q.    You have never been an employee of a
7    pharmaceutical company, have you?
8         A.    No.
9         Q.    You are not claiming to be an expert
10   in sales or marketing practices, are you?
11        A.    No.
12        Q.    You are not claiming to be an expert
13   in corporate ethics, are you?
14        A.    No, but I think the average lay
15   person could have some opinions about corporate
16   ethics.
17        Q.    And any opinions you would have
18   about corporate ethics would be as an average lay
19   person; correct?
20        A.    Perhaps more than an average lay
21   person, since I am a cardiologist.  I am an
22   academic cardiologist.  I review the literature,
23   some of which is related to pharmaceutical
24   companies.  I have probably a closer relationship
25   with the world of pharmaceutical companies than

MARK J. EISENBERG, M.D., MPH, FACC

Page 88

1    the average lay person.

2         Q.    Do you hold yourself out as an

3    expert in corporate ethics?

4         A.    No.

5         Q.    You are not claiming to be an expert

6    on FDA rules and regulations; correct?

7         A.    No, that is correct.

8         Q.    You are not offering any opinions

9    here that Bayer violated any FDA rules or

10   regulations?

11        A.    That's correct.

12        Q.    You are not claiming to be an expert

13   in pharmaceutical product labelling, are you?

14        A.    No.

15        Q.    You don't have any legal training;

16   correct?

17        A.    No, I do not.

18        Q.    Trasylol is also referred to as

19   aprotinin?

20        A.    Yes.

21        Q.    Aminocaproic acid and tranexamic

22   acid, are they also referred to sometimes as

23   lysine analogues?

24        A.    Yes.

25        Q.    And taking these three agents

MARK J. EISENBERG, M.D., MPH, FACC

Page 89

1   together:  Aminocaproic acid, tranexamic acid,

2   and aprotinin, they are sometimes referred to as

3   antifibrinolytics; right?

4          A.     Correct.

5          Q.     Have you ever used Trasylol in your

6   medical practice or otherwise?

7          A.     No, I have not.

8          Q.     Have you administered or prescribed

9   Trasylol to any patient?

10         A.     No.

11         Q.     Have you ever used a lysine analogue

12  in your medical practice?

13         A.     No.

14         Q.     Have you prescribed a lysine

15  analogue to any patient?

16         A.     No.

17         Q.     Have you ever reviewed the U.S.

18  package insert for tranexamic acid?

19         A.     No, I have not.

20         Q.     Do you know when tranexamic acid was

21  approved for use in the United States?

22         A.     No.

23         Q.     Do you know what the trade name for

24  tranexamic acid in the United States is?

25         A.     The name escapes me, but I think I

MARK J. EISENBERG, M.D., MPH, FACC

Page 90

1    would be familiar with it if it was read to me.

2         Q.      What is tranexamic acid indicated

3    for in the United States?

4         A.      Well, I know that it is used --

5    tranexamic acid, and aminocaproic acid and

6    aprotinin are all used during cardiac surgery to

7    limit blood loss, with the idea of reducing need

8    for transfusion and need for reoperation.  The

9    specific indication, I am not sure, although I am

10   sure you are aware that in medicine we use many

11   drugs that are approved with one indication, and

12   we commonly use them for unapproved indications.

13        Q.      Please try to answer my question

14   which is:  What is tranexamic acid indicated for?

15   What's the approved indication for tranexamic

16   acid?

17        A.      I am not sure what the approved

18   indication is.

19        Q.      Do you know whether tranexamic acid

20   is approved by the FDA for prophylactic use to

21   reduce perioperative blood loss and the need for

22   blood transfusion for patients undergoing CABG

23   surgery with cardiopulmonary bypass?

24        A.      I do not, but I know that in Canada,

25   as far as I am aware, neither tranexamic acid nor

MARK J. EISENBERG, M.D., MPH, FACC

Page 91

1    aminocaproic acid are approved, although they are

2    used, and not only aprotinin was approved for

3    that indication.

4         Q.    Would you defer to the FDA on the

5    question of what the approved indication is for

6    tranexamic acid?

7         A.    Yes.

8         Q.    Are you aware that Pfizer

9    distributes tranexamic acid?

10        A.    No.

11             Eisenberg Exhibit 7 was marked for

12   identification.

13   BY MR. DERRINGER:

14        Q.    Let me show you Exhibit 7.  I think

15   you had said before that perhaps if you were

16   shown the trade name for tranexamic acid you

17   might recognize it.  Exhibit 7 is the package

18   insert for tranexamic acid.  Do you see the name

19   up the top, Cyklokapron.  Is that the trade name

20   you are thinking of?

21        A.    Yes.

22        Q.    Take a look at the last page of this

23   Exhibit.  Do you see at the very bottom of this

24   Exhibit indicates that tranexamic acid is

25   distributed by Pfizer?

MARK J. EISENBERG, M.D., MPH, FACC

Page 92

1          A.      Yes.

2          Q.      Do you have any reason to dispute

3    that?

4          A.      No.

5          Q.      Have you ever reviewed the U.S. --

6                  MR. RONCA:  It's distributed by

7    Pharmacia and the Upjohn Company, which is a

8    subsidiary of Pfizer.

9    BY MR. DERRINGER:

10         Q.      Have you ever reviewed --

11                 MR. RONCA:  On the record, I want to

12   you amend your question, because that's what it

13   says.

14                 MR. DERRINGER:  Your comment is

15   noted.

16   BY MR. DERRINGER:

17         Q.      Have you ever reviewed the U.S.

18   package insert for aminocaproic acid?

19         A.      No, I have not.

20         Q.      Do you know when aminocaproic acid

21   was approved for use in the United States?

22         A.      No.

23         Q.      What is its approved indication in

24   the United States?

25         A.      Again, I don't know what the

MARK J. EISENBERG, M.D., MPH, FACC

Page 93

1   approved indication is.  I know it is commonly

2   used in surgery for the same reason that

3   tranexamic acid is used and also why aprotinin is

4   used, but I don't know the specific indication.

5        Q.     Do you know whether aminocaproic

6   acid is approved by the FDA for prophylactic use

7   to reduce perioperative blood loss and the need

8   for blood transfusion for patients undergoing

9   CABG with cardiopulmonary bypass?

10        A.     No, I don't.

11        Q.     Would you defer to the FDA on that

12   question?

13        A.     Yes, I would.

14        Q.     Do you know what the trade name for

15   aminocaproic acid is in the United  States?

16        A.     I believe it's Amicar.

17        Q.     You mentioned that aminocaproic acid

18   and tranexamic acid are used during cardiac

19   surgery in the United States.

20        A.     Yes.

21        Q.     Okay.  When was aminocaproic acid

22   and tranexamic acid first used in the United

23   States as standard of care for cardiac surgery?

24        A.     You know, I can't tell you exactly,

25   but I am aware that, certainly in the medical

MARK J. EISENBERG, M.D., MPH, FACC

Page 97

1     look back at the literature again.

2          Q.     Okay.  Have you ever conducted or

3     participated in a study involving Trasylol?

4          A.     No.

5          Q.     Have you ever conducted or

6     participated in a study involving a lysine

7     analogue?

8          A.     No.

9          Q.     Have you ever written about the

10    safety or efficacy of Trasylol or a lysine

11    analogue in any published article?

12         A.     No.

13         Q.     Have you ever submitted a manuscript

14    or an abstract about Trasylol or a lysine

15    analogue to a journal?

16         A.     No, I have not.

17         Q.     Prior to your retention by

18    Plaintiffs in this litigation in 2008, have you

19    ever reviewed the safety or efficacy of Trasylol

20    or of the lysine analogues?

21         A.     Well, I have reviewed some of the

22    studies at the time that they came out in the

23    context of me being a physician, clinical

24    epidemiologist, cardiologist whose patients go

25    for cardiac surgery.  So certainly the BART

MARK J. EISENBERG, M.D., MPH, FACC

Page 98

1    trial, Mangano articles I looked at at the time.

2    Not in the context of reviewing them for, you

3    know, for a review for the litigation or for the

4    purpose of preparing a report, but essentially

5    any article that comes out in the New England

6    Journal of Medicine, Journal of the American

7    Medical Association that have to do with

8    cardiac-related topics I will review at the time

9    they come out.

10         Q.    Am I right, am I recalling correctly

11   that your first interaction with Plaintiffs;

12   lawyers in this matter was in the summer of 2008?

13         A.    I believe there was a telephone call

14   in the spring of 2008.

15         Q.    Spring of 2008.  Prior to that, can

16   you identify for us every study that you recall

17   reading about Trasylol or the lysine analogues?

18         A.    Can you repeat that question?

19         Q.    Sure.  Prior to the spring of 2008

20   when you were first contacted by the Plaintiffs

21   about this matter, can you tell us all of the

22   studies or articles that you reviewed or read

23   about Trasylol or the lysine analogues?

24         A.    Can I refer to my index?

25         Q.    Off the record while you do that.

MARK J. EISENBERG, M.D., MPH, FACC

Page 99

```
 1                    BY THE VIDEOGRAPHER:  Going off the
 2      record at 11:15 a.m.
 3                    BY THE VIDEOGRAPHER:  Back on the
 4      record at 11:16 a.m.
 5                    THE WITNESS:  Can you repeat the
 6      question, please?
 7      BY MR. DERRINGER:
 8           Q.    Sure.  I want to know about every
 9      study or article that you reviewed or read about
10      Trasylol or the lysine analogues, prior to the
11      spring of 2008, which is when you were first
12      contacted by Plaintiffs about this matter.
13           A.    Well, I don't recall exactly when
14      they came up, but I reviewed the BART trial and
15      the two Mangano articles at the time that they
16      came out, and also Schneeweiss and Shaw.  But
17      they -- I believe they came out in the spring of
18      2008.  So I am not quite clear about the timing
19      with respect to the telephone call.
20           Q.    Anything else?
21           A.    No.
22           Q.    Is it fair to say that, prior to
23      being retained by the Plaintiffs in this
24      litigation, Trasylol or the lysine analogues were
25      neither your clinical nor your academic interest?
```

MARK J. EISENBERG, M.D., MPH, FACC

Page 100

     1          A.      I think that had a -- I have a
     2   clinical interest in everything that relates to
     3   cardiology and that relates to my patients.
     4   Certainly I send many patients to cardiac
     5   surgery.  As I said, I take care of many patients
     6   after cardiac surgery.  So anything that relates
     7   to that area is -- falls within my clinical
     8   interest.  In terms of my research interest, I
     9   grant you that I have not done any research in
    10   this area.  However, I have a long experience
    11   with systematic reviews, meta-analyses, very
    12   interested in technology assessment, interested
    13   in the assessment of efficacy and adverse events,
    14   randomized controlled trials, et cetera.  So as I
    15   said earlier, I was aware of the controversy
    16   here, but I had not spent much time going into
    17   the major details, other than the major articles
    18   that had come out.  And I think that's common
    19   among practising cardiologists.
    20          Q.      Turn to page four of your report,
    21   please.  At the section titled "Methods" you
    22   describe the key words that you used for your
    23   literature search.  Do you see that?
    24          A.      Yes.
    25          Q.      And aprotinin appears a few times

MARK J. EISENBERG, M.D., MPH, FACC

Page 101

1    there?

2          A.      Yes.

3          Q.      For your work on this case, did you

4    conduct any search for studies, articles, or

5    literature discussing aminocaproic acid?

6          A.      I did not specifically search for

7    aminocaproic acid.  I only identified those

8    articles in the context of studies that looked at

9    aprotinin, and used aminocaproic acid as a

10   comparator.

11         Q.      Does the same answer apply if I were

12   to ask you about tranexamic acid?

13         A.      That's correct.

14         Q.      For your work on this case, did you

15   look at a single randomized clinical trial that

16   compared aminocaproic acid to placebo or no

17   treatment?

18         A.      I don't believe so.  I also I -- I

19   mean, that would be one of the papers that, if I

20   ran into it, I might look at it but I would

21   discard it for the purposes of this report,

22   because it didn't use aprotinin as a comparator.

23         Q.      Do you recall whether you looked at

24   one of those papers at all and then discarded it?

25         A.      It seems to me I did, but I would

MARK J. EISENBERG, M.D., MPH, FACC

Page 102

1   not be able to point to you which one.  I know

2   there are studies out there comparing the two,

3   comparing either agent versus placebo or no

4   treatment.  But that was not -- you know, that

5   was not my area of interest here for the purpose

6   of this report.

7        Q.     For your work on this case, did you

8   look at a single randomized trial that compared

9   tranexamic acid to placebo or no treatment?

10       A.     No.

11       Q.     The very back of your report there

12  is a few pages that describe your prior

13  testimony.  "History of Testimony", you call it.

14  Do you see that?

15       A.     Yes.

16       Q.     Is that a complete list of all your

17  prior testimony?

18       A.     I believe there was another

19  deposition that took place in January of 2009.

20       Q.     Okay.  When you update your c.v. and

21  provide that to Mr. Ronca, will you also provide

22  that to him?

23       A.     I can tell you that was a

24  continuation of the deposition from the big case

25  which was 8/11/08 here.

MARK J. EISENBERG, M.D., MPH, FACC

Page 103

```
 1        Q.     Okay.  Are all of the cases you
 2   testified, as listed here in your "History of
 3   Testimony", are those all medical malpractice
 4   cases?
 5        A.     Yes, they are.
 6        Q.     Did you testify for the Plaintiff in
 7   all of them?
 8        A.     Yes.
 9        Q.     Were you qualified in any of these
10   cases as an expert in epidemiology?  Did you
11   Court qualify you and find you to be an expert in
12   epidemiology?
13        A.     I can't say, but I would suspect
14   not.  I think these cases were involving my
15   expertise as a cardiologist.
16        Q.     What percentage of your time do you
17   spend on litigation consulting?
18        A.     Less than ten percent.
19        Q.     In the past, Dr. Eisenberg, is it
20   true that you have sent hundreds of e-mails to
21   Plaintiffs' lawyers advertising your ability and
22   availability to consult for them in medical
23   malpractice cases?
24        A.     Yes, I did do that earlier on in my
25   career.
```

MARK J. EISENBERG, M.D., MPH, FACC

Page 126

1   for example, large cohort studies for the data,

2   because we are never going to be able to

3   eliminate the chance for bias by doing randomized

4   controlled trials because it's going to require

5   80 thousand patients in each arm.  It's not going

6   to happen.  But we still need to look at the data

7   provided to us by large studies, and not discard

8   them just because the potential for bias exists.

9   That's, you know, what epidemiologists do.  We

10  deal with data sets like this, and we use very

11  sophisticated methodological techniques in order

12  to control for bias.

13          Q.      Focus on my question; okay?  I

14  understand all of that.  My question is: Those

15  large cohort studies, if there is an underlying

16  source of bias, they may produce an estimate that

17  is more precise but will still be biased;

18  correct?

19          A.      You are right that that could

20  happen.  However, as I said earlier, before we

21  would accept the results of a study like that, we

22  would like to see it replicated in multiple other

23  studies, in different types of patient

24  populations, different types of data sets like

25  administrative data, versus multi-centre

MARK J. EISENBERG, M.D., MPH, FACC

Page 127

1    registry, versus single-centre registry, versus

2    clinical trial data, and then we take the

3    totality of the evidence.  In addition, I think

4    that the epidemiologist and the people doing

5    these studies are very cognizant of the

6    possibility of bias, and they really try, or we

7    really try very hard to disprove the association

8    by doing various statistical techniques, and only

9    at the end, if we can't make that association go

10   away despite everything we have tried, then we

11   are willing to accept the conclusion.

12        Q.     Let's change the tape.

13             BY THE VIDEOGRAPHER:  This concludes

14   tape number two in the deposition of Dr.

15   Eisenberg.  Going off the record at 11:54 a.m.

16             BY THE VIDEOGRAPHER:  This begins

17   tape number three.  Back on the record at

18   12:05 p.m.

19   BY MR. DERRINGER:

20        Q.     Dr. Eisenberg, tests of statistical

21   significance, such as p values and confidence

22   intervals, do they take into account the size of

23   your comparison group?

24        A.     The size of your confidence interval

25   is related to the size of the population of your

MARK J. EISENBERG, M.D., MPH, FACC

Page 130

1    studies or observational studies, then we go down

2    to expert opinion.  So there is a hierarchy of

3    evidence in terms of the quality of evidence that

4    we look at.

5         Q.     Do you agree that placebo controlled

6    double blinded randomized clinical trials are the

7    gold standard for evidence-based medicine?

8         A.     I think that they are the gold

9    standard for certain outcomes, and not for

10   others.  The -- randomized controlled trials,

11   placebo controlled double blind randomized

12   controlled trials are a gold standard oftentimes

13   for efficacy, but very frequently they are not

14   gold standard for safety, because they are --

15   typically, their sample size is set at the

16   beginning of the trial based on efficacy

17   considerations, but they are not powered to look

18   at safety issues.  So you could do a trial which

19   is, you know, a very well-designed trial and it

20   answers your efficacy question, and in that case

21   it would be a gold standard for the efficacy

22   issue, but it would not give you gold standard

23   evidence regarding safety issues.

24        Q.     Are you familiar with the textbook

25   "Fundamentals of Clinical Trials" by Friedman,

MARK J. EISENBERG, M.D., MPH, FACC

Page 143

1   thinking particularly, for example, if you -- if

2   you take a group of surgeons who only use

3   aprotinin, and another group of surgeons who only

4   use aminocaproic acid, the -- and you use enough

5   of these surgeons, it's likely that the

6   distribution of high risk/low risk patients is

7   the same in both groups, and the fact that one

8   group is only using aprotinin and the other one

9   is only using aminocaproic acid is almost a

10  surrogate for randomizing to those two drugs.

11          Q.      As part of your work -- strike that.

12  At any time have you spoken to any surgeon who

13  uses aminocaproic acid in all of their bypass

14  surgery?

15          A.      No.

16          Q.      So you have no basis to know for any

17  such surgeon why it's the case that they use

18  aminocaproic acid in every bypass surgery;

19  correct?

20          A.      Well, it's typically a lot of times

21  that the choice of the medication is driven by

22  hospital formulary and cost.  So for hospitals

23  that don't have as many resources, they would be

24  less likely to be using aprotinin and more likely

25  to use aminocaproic acid or tranexamic acid.  So

MARK J. EISENBERG, M.D., MPH, FACC

Page 144

1  you know, you are right.  I haven't spoken with

2  anybody in particular.  But those kinds of

3  decisions are often driven by resource

4  utilization.

5      Q.    You have never spoken to anyone who

6  is making that decision, that is whether the

7  hospital should use aminocaproic acid

8  exclusively; correct?

9      A.    Well, I have spoken to them, but not

10  on that topic.

11      Q.    Okay.  Likewise, you have never

12  spoken to a surgeon who use he is Trasylol

13  exclusively for their bypass surgery.  Is that

14  right?

15      A.    I speak to cardiac surgeons

16  routinely, but I have never asked them about

17  that.  So it's possible that they do or don't,

18  but I don't know whether they do or don't.

19      Q.    Put simply, you have never spoken to

20  any surgeon about the reason why they use one

21  antifibrinolytic medication as opposed to

22  another?

23      A.    I haven't spoken to surgeons about

24  that directly, but I have read a lot of

25  literature here.  I can understand that, you

MARK J. EISENBERG, M.D., MPH, FACC

Page 145

1    know, it was portrayed by the company that
2    aprotinin is more effective at having a dry
3    surgical field.  It's more effective than
4    comparators at reducing bleeding and reducing
5    need for transfusion, so I could understand why
6    they would use that, but I haven't spoken to
7    anybody directly about it.
8         Q.    To no surgeon directly?
9         A.    About that issue.
10        Q.    About the issue of why they selected
11   a particular antifibrinolytic in their practice
12   versus another?
13        A.    That's right.
14        Q.    What is "confounding by indication"?
15        A.    Confounding by indication is also
16   known as selection bias.  It is the issue that a
17   patient may get prescribed a particular drug
18   because they are high risk and then, because they
19   are high risk, they have adverse outcomes, and
20   then we think that the adverse outcome is related
21   to the drug when, in fact, it was related to the
22   their base line high risk.  So you know, I think
23   that's what you are asking.
24        Q.    Based upon your review of the
25   literature on aprotinin, do you agree that --

MARK J. EISENBERG, M.D., MPH, FACC

Page 148

```
 1         A.     I think it's seen commonly
 2    post-CABG.
 3         Q.     Okay.  Is death a risk of CABG
 4    surgery?
 5         A.     It's seen not uncommonly
 6    post-surgery.
 7         Q.     Is myocardial infarction a risk of
 8    CABG surgery?
 9         A.     Again, seen not uncommonly
10    post-bypass.
11         Q.     Is stroke a risk of CABG?
12         A.     The same.
13         Q.     Is bleeding a risk of CABG surgery.
14         A.     The same, a not uncommon problem we
15    see post-surgery.
16         Q.     Do you agree that these risks exist
17    regardless of whether aprotinin is used in the
18    surgery?
19         A.     I think that there is a certain base
20    line risk for those adverse events that occur in
21    surgery, even for patients that don't have
22    aprotinin.
23         Q.     Do you know what the background rate
24    for renal failure is in patients that have CABG
25    surgery and do not receive aprotinin in the
```

MARK J. EISENBERG, M.D., MPH, FACC

Page 190

1   stopping rules or why the study was stopped.

2   Have you ever attempted to make any kind of

3   calculation about whether the comparison between

4   aprotinin and the combined lysine analogue group

5   for mortality would be statistically significant

6   if you applied the necessary adjustments based on

7   multiple looks and multiple comparisons?

8        A.     No, I haven't done that myself.

9        Q.     Your second objective on page four

10  of your report was:

11             "To examine the risks and benefits

12  of these agents as well as their risks and

13  benefits in different subgroups of patients."

14             By "these agents", I assume you are

15  referring to Trasylol, or aprotinin and

16  aminocaproic acid and tranexamic acid.  Is that

17  right?

18        A.     That's right.

19        Q.     Have you concluded, sir, that the

20  lysine analogues are safe for use in CABG surgery

21  involving cardiopulmonary bypass?

22        A.     I don't know if I stated that

23  conclusion, but that's my impression from reading

24  the literature.

25        Q.     Can you tell me all the data on

MARK J. EISENBERG, M.D., MPH, FACC

Page 191

 1   which you are relying to conclude that the lysine

 2   analogues are safe to use in CABG surgery with

 3   cardiopulmonary bypass?

 4        A.     I think that -- although I didn't

 5   look at the studies of looking at tranexamic acid

 6   versus placebo or aminocaproic acid versus

 7   placebo, they were meta-analyses that included

 8   those studies, and the -- the -- the results of

 9   those meta-analyses was that the lysine analogues

10   were very similar and appear to be safe, and that

11   many of them included a placebo arm as well.  So

12   again, I don't think I consider that I made an

13   exhaustive study of that particular issue, but I

14   am pretty confident of that conclusion.  I am not

15   sure I stated that conclusion per se in the

16   report.

17        Q.     You are confident of that conclusion

18   based on the meta-analyses that you reviewed.  Is

19   that right?

20        A.     Yes.

21        Q.     Which meta-analysis in particular?

22        A.     Well, I can't point you to one

23   particular.  You can see all the different

24   meta-analyses that I looked it.

25        Q.     So it would be kind of the overall

MARK J. EISENBERG, M.D., MPH, FACC

Page 192

1   impression that you got from that analysis when

2   you reviewed it?

3          A.      That's right, and as I said, I

4   didn't specifically list that as one of my

5   objectives, so I didn't speak to it directly

6   either.

7          Q.      Would you agree that the safety and

8   efficacy of aprotinin in CABG surgery has been

9   studied far more extensively than the safety and

10  efficacy of lysine analogues in CABG surgery?

11         A.      I would say that that's my

12  impression.  Again, as I mentioned several times,

13  I haven't looked at detail at the studies that

14  looked at tranexamic acid versus placebo or

15  aminocaproic acid versus placebo, but my

16  impression is aprotinin has been explored much

17  more in depth.

18         Q.      Do you agree that aminocaproic acid

19  and tranexamic acid have risks?  They are not

20  risk-free therapies, are they?

21         A.      No.

22         Q.      Now, bottom of page 13 of your

23  report.

24         A.      Can I qualify that statement?

25         Q.      If you feel as though you need to.

MARK J. EISENBERG, M.D., MPH, FACC

Page 193

```
 1        A.     I mean, I think the only risk that I
 2   am aware of that are associated with those agents
 3   are allergic risk, and I believe that that's
 4   really quite small.  I mean, it is there, but
 5   it's a very, very small risk.  I am not aware of
 6   other risks associated with them, although there
 7   may be.
 8        Q.     You haven't done an exhaustive
 9   analysis of that, have you?
10        A.     No.
11        Q.     If you look at page 13, you say that
12   in --
13               "From my review, it is my opinion
14   that the observational studies have shown
15   compelling evidence of the following."
16               Number four is:
17               "Lysine analogues are more
18   cost-effective than aprotinin."
19        A.     Yes.
20        Q.     What do you mean by
21   "cost-effective"?
22        A.     There are several studies that did
23   cost-effective analyses of these agents and, you
24   know, cost effectiveness is measured -- I mean,
25   as it says from the word, it takes into account
```

MARK J. EISENBERG, M.D., MPH, FACC

Page 197

1      A.     Yes.

2      Q.     What else?

3      A.     There were other discussions of this

4  issue, but are not studies in their own right.

5  And again I can't put my finger on it exactly,

6  but at least one of the meta-analyses was talking

7  about the extent of the bleeding versus the cost,

8  and it came to the conclusion about cost

9  effectiveness.  The same was true in the Mangano

10  articles as well, which is in terms of the

11  clinical benefit versus the cost of the agents.

12  The feeling was that the cost effectiveness was

13  in favour of the lysine analogues.

14      Q.     Will you agree with me that cost of

15  an agent is not limited simply to how much that

16  drug costs, but it also could include costs

17  associated with not using the agent or costs

18  saved by using the agent?

19      A.     Yes, that's right.

20      Q.     Other than the Bennett-Guererro

21  study, can you name one study that you looked at

22  that looked at the cost effectiveness of the

23  lysine analogues and aprotinin in the sense

24  that's broader than simply how much the drug

25  cost, but took into account more of those

MARK J. EISENBERG, M.D., MPH, FACC

Page 198

1    systematic costs that I just mentioned?

2         A.      I know what you are saying.  I think

3    that a really well-done cost effectiveness study

4    is going to look not just at the cost of the drug

5    and also how much the bleeding is reduced, but

6    also the reduced need for transfusion and the

7    reduced cost related to that, if there is lower

8    reoperation rate and how much that costs.  And

9    you really need to follow those patients

10   long-term to see if there is actually downstream

11   costs that are saved by using the more expensive

12   agent, and I have not seen that.  At the same

13   time, I have to say that I think the data out

14   there in terms of reduced transfusion and reduced

15   reoperation was inconsistent, meaning that it was

16   not clear cut that there was a huge decrease in

17   reoperation.  Reoperation is expensive.

18   Transfusion is mildly expensive, but not severely

19   expensive.  But I grant you that a really

20   well-done cost effectiveness study would look at

21   downstream costs.

22        Q.      Did the Bennett-Guerrero study look

23   at downstream costs?

24        A.      I believe they did.

25        Q.      Have you done anything else to

MARK J. EISENBERG, M.D., MPH, FACC

Page 199

1   assess whether the overall costs associated with

2   using the lysine analogues are less or more than

3   the overall costs associated with using Trasylol?

4          A.     As I say, I have just reviewed the

5   sections of articles which have discussed this,

6   but not a specific article that purely focused on

7   this.

8          Q.     I am now talking about the overall

9   costs, not just how much the drug costs.

10         A.     I am not aware that any have.

11         Q.     And if they have, you have not

12  reviewed them outside of the Bennett-Guerrero

13  study?

14         A.     Yes, and I am not aware of any.

15         Q.     Now, cost effectiveness is not the

16  way that epidemiologists measure or assess the

17  safety of a medicine; correct?

18         A.     That's correct.

19         Q.     The fact that a particular medicine

20  is more expensive than another medicine doesn't

21  tell you anything at all about whether that

22  particular medicine is associated with a

23  particular health outcome, does it?

24         A.     Of course not.  The cost of a drug

25  doesn't have anything necessarily to do with the

MARK J. EISENBERG, M.D., MPH, FACC

Page 200

1  outcome expected.  However, it is a major player

2  though, depending on what the outcomes are;

3  right?  If you have competing agents which have

4  similar outcomes and which are much cheaper, then

5  they are the preferred agent.

6       Q.    Well, you are talking about whether

7  you should use one over the other.

8       A.    That's correct.

9       Q.    But would you agree that when you

10  are trying to determine whether a medicine is

11  associated with an adverse outcome, the cost of

12  the medicine is irrelevant?

13       A.    I am not sure I would say that the

14  cost of the medication is irrelevant.  I guess I

15  know what you mean, that there does not

16  necessarily have to be a relationship between

17  cost and effectiveness.  But we always have to

18  keep in mind how much a drug costs with respect

19  to how much clinical benefit you expect to get

20  from it.

21       Q.    I am not talking about

22  effectiveness.  I am talking about safety.  The

23  cost of a medicine has nothing to do with whether

24  a drug is safe.  Is that correct?

25       A.    I think that's correct.

MARK J. EISENBERG, M.D., MPH, FACC

Page 201

1        Q.      And you are not claiming, are you,
2    that Bayer has ever been obligated to prove that
3    aprotinin is the most cost effective
4    antifibrinolytic, are you?
5        A.      I think that Bayer needed to show
6    that, you know, aprotinin, which is a more
7    expensive drug, is more effective than the
8    competing agents and that it's at least as safe,
9    if not safer.  And that, you know, required them
10   to do definitive studies much, much earlier.  I
11   am talking about large randomized controlled
12   trials and large well-powered cohort studies to
13   look at these issues.
14       Q.      What standard are you using to make
15   that statement?  What rule, regulation,
16   obligation, what source of duty are you referring
17   to when you say that Bayer was required to do
18   studies much earlier or needed to show that
19   aprotinin is a more effective drug?
20       A.      You know, I think it's not enough to
21   put a drug out on the marketplace.  If you are
22   really concerned about patients you have got to
23   show that it's safe.  It's not enough to show
24   that it's effective at reducing surrogate end
25   points, which seem like they are very useful, but

MARK J. EISENBERG, M.D., MPH, FACC

Page 202

1   you have got to go the extra mile and show that

2   these surrogate end points turn into improvements

3   in patient health and, at the same time, you have

4   got to do studies to show the drug is safe.

5        Q.      Can you point me to an external

6   source you are relying on, a rule, a regulation,

7   a standard that defines that obligation?

8        A.      I grant you that I think that we

9   don't have any regulations requiring that.  At

10  the same time, I think that, you know, a company

11  that's putting a drug out there which is being

12  used in high risk patients -- I mean, it could

13  potentially put patients at risk.  Unless we know

14  all about it, it really is their responsibility

15  to provide that kind of data.  It's their

16  responsibility to the physicians and it's their

17  responsibility to their patients.  You know, is

18  it required?  Is it a regulation?  I don't think

19  so.  I don't know.  I am not an expert on the FDA

20  regulations.  But it seems that, you know, the

21  drug companies need to put the patients' best

22  interests at heart.  I think in general they do.

23  I think it's really important.

24       Q.      I understand that you think it's

25  important.  I want to understand whether you can

MARK J. EISENBERG, M.D., MPH, FACC

Page 203

1    point the jury to any source of authority,

2    whether it's a rule, a regulation, a standard

3    that defines or sets forth that obligation,

4    outside of your own personal opinion.

5         A.    Well, I don't know if it speaks to

6    this issue, but we have had many situations in

7    the past where drugs were thought to be

8    beneficial.  They were released.  They were

9    thought to be beneficial based on small

10   randomized controlled trials.  And they were

11   released, and it was only when they were used in

12   large number of patients that it became apparent

13   that there was a problem.  And I believe that

14   it's the responsibility of the drug companies to

15   accept that, you know, there may be a problem

16   with the drug that's only going to be seen when

17   it's released, and you have got to do large

18   studies in order to look for that possibility.

19   You know, hopefully there won't be any safety

20   issues, but the only way to know for sure is to

21   look.

22        Q.    I will ask one more time.  Can you

23   point me to any external source, rule,

24   regulation, standard that defines the obligation

25   or responsibility that you have just described?

MARK J. EISENBERG, M.D., MPH, FACC

Page 204

1   Outside  of your personal --

2         A.      Again, I am not an expert on the FDA

3   or Health Canada, and I don't know what the

4   regulations are, so I can't point to that.  I

5   would hope that they have that.

6         Q.      What about any standard?

7         A.      What are we referring to?

8         Q.      I am asking you what you are using

9   as your basis for this statement.

10         A.      You know, I would hope that there

11   would be an ethical standard that would make the

12   pharmaceutical company do those kinds of studies,

13   even if there was not a regulation to do it.

14         Q.      Can you point me to any source that

15   spells out that ethical obligation?

16         A.      No, I can't.

17         Q.      One of your objectives -- strike

18   that.  On page 12 of your report, in the

19   paragraph that ends just before section three --

20   do you see that?  Do you see the paragraph I am

21   referring to?

22         A.      Yes.

23         Q.      You say:

24              "In my opinion, it was the

25   responsibility of Bayer to conduct these head to

MARK J. EISENBERG, M.D., MPH, FACC

Page 205

1    head trials in order to demonstrate improved
2    efficacy of cheaper alternatives and also
3    demonstrate safety."
4              Do you see that?
5         A.    Yes.
6         Q.    When did that become Bayer's
7    responsibility?
8         A.    Well, as I just said in the previous
9    question, I don't know what the regulatory
10   requirements are for pharmaceutical companies.  I
11   am not an expert in that area.  I think though,
12   that companies that put a drug on the market have
13   a responsibility to show that they are
14   efficacious and safe.
15        Q.    I am just asking for you to tell me
16   when it became the responsibility of Bayer to
17   conduct head to head trials against aminocaproic
18   acid and tranexamic acid to demonstrate and prove
19   efficacy and safety.  When did that become
20   Bayer's responsibility?
21        A.    You know, the sense as in my
22   opinion.  So I don't know that there is a
23   regulatory standard to do that.  In my opinion,
24   they needed to do this right at the beginning of
25   this whole story.

MARK J. EISENBERG, M.D., MPH, FACC

Page 206

1          Q.      So before approval?

2          A.      Before approval and shortly after

3     approval.  I mean, once it's out there the

4     clinicians need to know:  Is this better than the

5     other agents out there?  If so, we have got to

6     use it exclusively.  Is it the same, but costs

7     more?  Then we need to know about that.  Are

8     there adverse safety issues that are rare?  We

9     need to know about that too.  It's possible that,

10    you know, aprotinin is a terrific drug, and it's

11    more than cost-effective and extremely safe, but

12    we need the data.  Clinicians need the data in

13    order to help decide what to do.  And doing

14    placebo trials when there is other agents out

15    there is not always so helpful, because your

16    choice as a clinician is not:  Should I use this

17    drug versus nothing, but should I use it versus

18    these cheaper alternatives out there.

19         Q.      Your next sentence, you write:

20                 "It was clearly not in their

21    interest to perform these types of trials, and

22    that is why aprotinin was on the market for so

23    many years."

24                 What work have you done to determine

25    that it was not in Bayer's interest to perform

MARK J. EISENBERG, M.D., MPH, FACC

Page 207

 1    head to head trials?

 2         A.     I can't say that I have done any

 3    work per se.  I understand the -- I think I

 4    understand the rationale for, you know, the way

 5    the -- you know, the way the research studies

 6    were done.  As we said earlier, to look at

 7    adverse dichotomous events like mortality, you

 8    need an extremely large clinical trial involving

 9    tens of thousands of patients.  And so what was

10    done was there were many, many small clinical

11    trials that were done over years, none of which

12    had the sample size or the power to look at

13    adverse outcomes like mortality.  And you know,

14    even meta-analyses looking at these small trials

15    don't have the power to look at adverse

16    dichotomous outcomes like mortality.  So if

17    anybody is really interested in looking at the

18    issue, they have got to perform a large study

19    that's adequately powered.  This was never done.

20    The only trial that ever approached this was

21    BART, and the only other way to look at these

22    kinds of issues were very, very large cohort

23    studies.

24         Q.     Again, I need you to try to focus on

25    my question, Dr. Eisenberg.  What did you do to

MARK J. EISENBERG, M.D., MPH, FACC

Page 208

1    come to the conclusion that it was clearly not in

2    Bayer's interest to perform head to head trials

3    against aminocaproic acid and tranexamic acid?

4    Did you look at any documents to come to that

5    conclusion?

6        A.    The documents I looked at were the

7    published -- the large number of published trials

8    that were out there, the meta-analyses that

9    enumerated all these small clinical trials, and I

10   didn't find any large ones that were capable of

11   looking at this issue.

12       Q.    So your conclusion that it was not

13   in Bayer's interest to perform these types of

14   trials was based entirely on the fact that, in

15   your opinion, these trials were not done?

16       A.    Plus the knowledge that a lot of the

17   types of trials that are performed by drug

18   companies are done after the drug is released.  A

19   small amount of money is given to, say, a cardiac

20   surgeon to do a small clinical trial, which is

21   inadequately powered and it's only powered to

22   look at efficacy like bleeding outcomes, which

23   has already been established.  And then the trial

24   is published in the surgical literature, and what

25   that does is it gives the surgeon experience

MARK J. EISENBERG, M.D., MPH, FACC

Page 209

1    using this new drug, and it gets them another

2    publication and it gets the name out on the

3    marketplace, but it doesn't do anything in terms

4    of the science.  It doesn't advance our knowledge

5    about the drug.

6          Q.     Can you identify for us one

7    marketing document that you reviewed as part of

8    your work in this case?

9          A.     No, I cannot.

10         Q.     Can you identify one deposition of a

11   marketing person or any Bayer employee that you

12   reviewed as part of your analysis in this case?

13         A.     No, I cannot.

14         Q.     Has any cardiac surgeon ever told

15   you that they used Trasylol largely because of

16   Bayer's marketing efforts?

17         A.     No, I have never heard what.

18         Q.     Has any anesthesiologist told you

19   that they used Trasylol largely because of

20   Bayer's marketing effort?

21         A.     No.

22         Q.     Has any hospital purchasing agent

23   ever told that they purchased Trasylol largely

24   because of Bayer's marketing efforts?

25         A.     No, I have not heard that.

MARK J. EISENBERG, M.D., MPH, FACC

Page 256

1    hemodialysis, peritoneal dialysis, or

2    hemofiltration before the day of CABG surgery;

3    right?

4            A.      Yes.

5            Q.      And they did that also to get a

6    cleaner data set?

7            A.      Yes.

8            Q.      Do you think these pre-existing

9    patient characteristics:  Chronic kidney disease,

10   pre-existing dialysis, hemofiltration, do you

11   think those enhanced the risk for death following

12   CABG surgery?

13           A.      I am sorry.  Could you repeat that?

14           Q.      Sure.  Do you think that these

15   pre-existing patient characteristics:  Chronic

16   kidney disease, pre-existing dialysis,

17   pre-exiting hemofiltration, do you think those

18   enhanced the risk for death following CABG

19   surgery?

20           A.      Do you mean if you are on dialysis

21   before surgery, are you more likely to die than

22   someone who is not on dialysis?

23           Q.      Correct.

24           A.      Yes, I think that's correct.

25           Q.      What about chronic kidney disease?

MARK J. EISENBERG, M.D., MPH, FACC

Page 262

1  from the FDA panel, that Bayer doesn't dispute
2  that, that there is creatinine rises with
3  aprotinin.  I think that's pretty well
4  established.  I think that, as I said earlier,
5  renal failure is a continuum going from normal,
6  to renal dysfunction or renal insufficiency, all
7  the way to renal failure requiring dialysis, and
8  that only captures the last -- you know, the
9  final step.  So it's not -- it's not a surprising
10  jump of logic to think that if a drug causes
11  renal dysfunction, it may also cause renal
12  failure requiring dialysis.
13        Q.     I understand it's -- it may not be a
14  surprising jump of logic in your opinion, but is
15  that a jump of logic you are making here that
16  there were early signals that aprotinin was
17  associated with renal failure requiring dialysis?
18        A.     I don't think I say that.
19        Q.     No, you don't say that.  You do talk
20  about other adverse events.  So what are the
21  other adverse events that you are referring to
22  that you say there were early signals about?
23        A.     Well, I will give you an example,
24  one which we haven't talked about at all.  But
25  there were two studies that I am aware of that

MARK J. EISENBERG, M.D., MPH, FACC

Page 263

1   suggested that aprotinin was associated with

2   graft thrombosis, which is a really serious

3   alarming adverse event to a cardiologist.  That's

4   the Cosgrove study, and then the Image trial.

5   And those were done in the '90s.  So Cosgrove

6   found that there was an increased incidence of

7   graft thrombosis in patients that got aprotinin,

8   and then the Image trial actually randomized

9   patients and prospectively looked at graft

10  patency, and also found there was an increased

11  incidence of graft thrombosis.  So you know, I

12  think that those were quite alarming.  I would

13  definitely consider those adverse events.  They

14  didn't seem to be followed up with any other

15  large studies to look at that.

16          Q.     Are you aware one way or the other

17  whether the results of the Alderman studies are

18  reflected in the U.S. package insert for

19  aprotinin?

20          A.     I can't recall.  I think that it

21  might have been mentioned, but I don't recall

22  specifically.

23          Q.     So tell me about the other adverse

24  events that you claim --

25          A.     Even if it was mentioned in the

MARK J. EISENBERG, M.D., MPH, FACC

Page 264

1   package insert, I don't think that's adequate.  I

2   mean, this is really a major adverse event, and

3   to mention it in a package insert that this drug

4   may cause graft thrombosis, I am not sure that

5   the physicians who are prescribing it look at

6   those inserts particularly when they are using

7   the drug.  But it's something that required a

8   definitive conclusion.

9          Q.     Do you believe the Alderman study

10  was adequately powered to examine the end point

11  of graft patency?

12         A.     You know, I would have to go back --

13  I didn't do a sample size calculation for that

14  study.  It was a fairly large clinical trial.

15  Certainly I think it was appropriate to do that

16  trial following the Cosgrove study.  There were

17  criticisms of that trial.

18         Q.     The Cosgrove study?

19         A.     No, no.  Criticisms of the Alderman

20  study, of the Image trial.  And it raised serious

21  red flags, so it needed to be followed up by a

22  large trial specifically looking at that issue.

23         Q.     Are you aware that the analysis and

24  the data from the Cosgrove study was submitted to

25  the FDA for its review?

MARK J. EISENBERG, M.D., MPH, FACC

Page 265

1          A.      Yes.

2          Q.      Are you aware that the data and

3     analysis from the Alderman study was submitted to

4     the FDA for their review?

5          A.      Yes.

6          Q.      Going back to page 13, the opinion

7     you are offering that:

8                  "There were early signals that

9     aprotinin is associated with renal dysfunction

10    and other adverse events."

11                 Tell me the other adverse events

12    outside of graft thrombosis.

13         A.      I am talking about issues raised in

14    the '90s, about aprotinin potentially causing

15    myocardial infarction, potentially causing

16    stroke, at one point potentially causing

17    encephalopathy and issues like that.  In my

18    review of the literature I could not come up with

19    definitive results regarding these adverse

20    events.  So I say that even though there were

21    signals, I don't think they were ever adequately

22    resolved.  I am not saying that aprotinin causes

23    stroke.

24         Q.      In fact, the outcomes you just

25    mentioned have been looked at in precisely the

MARK J. EISENBERG, M.D., MPH, FACC

Page 266

1    cohort studies that you have been relying on to

2    come to your conclusions about mortality and

3    renal failure; correct?

4          A.    That's correct.

5          Q.    Any other adverse event that you are

6    referring to on page 13 when you say there are

7    early signals that aprotinin is associated with

8    renal dysfunction and other adverse events?

9          A.    I think that's it.

10         Q.    Let's take a break.

11              BY THE VIDEOGRAPHER:  This concludes

12    tape number five in the deposition of Dr.

13    Eisenberg.  Going off the record at 4:26 p.m.

14              BY THE VIDEOGRAPHER:  This begins

15    tape number six in the deposition of Dr.

16    Eisenberg.  Back on the record at 4:43 p.m.

17    BY MR. DERRINGER:

18         Q.    Dr. Eisenberg, before we broke we

19    were discussing your opinion about there having

20    been early signals of certain adverse events.  Is

21    that right?

22         A.    Yes.

23         Q.    And when you say "early signals",

24    are you going back to the early 1990's?

25         A.    Yes.

MARK J. EISENBERG, M.D., MPH, FACC

Page 300

        1        A.      That's right.

        2        Q.      Okay.  Page 13.  At the top of this

        3   page you say:

        4               "There is indirect evidence that the

        5   use of aprotinin is associated with perioperative

        6   myocardial infarction."

        7               Do you see that?

        8        A.      Yes.

        9        Q.      What does "indirect evidence" mean?

       10        A.      Well, as we discussed earlier, I

       11   think that various studies over the course of

       12   years suggested that there was a signal that

       13   aprotinin caused perioperative myocardial

       14   infarction.  You know, in my review of the

       15   literature, I was not convinced that this was a

       16   consistent association but, you know, I was very

       17   impressed by, as we discussed earlier, the

       18   Cosgrove study and also the Image trial, because

       19   as a cardiologist we know that graft thrombosis

       20   is usually associated with acute myocardial

       21   infarction, and that for a perioperative

       22   myocardial infarction for CABG, that is one of

       23   the most common causes of myocardial infarction

       24   is graft thrombosis.  And we know that aprotinin

       25   is prothrombotic agent, so it could easily be

MARK J. EISENBERG, M.D., MPH, FACC

Page 301

```
 1  construed as a mechanism for causing myocardial

 2  infarction.  In my review of the literature I

 3  could not find a consistent signal here.  I am

 4  not saying it's not there, but we need large

 5  adequately powered studies.  A perioperative MI

 6  is also a rare dichotomous event and it's hard to

 7  measure in the perioperative period, because

 8  patients already have elevated enzymes from the

 9  surgery from a preceding myocardial infarction,

10  so their criteria are really quite strict, and

11  it's a complex issue to look at.

12       Q.     Are you aware the i3 study attempted

13  to look at myocardial infarction?

14       A.     Yes.

15       Q.     Can you tell me all the studies on

16  which you are relying to support your opinion

17  that there is indirect evidence of an association

18  between aprotinin and myocardial infarction?

19       A.     The studies that I am relying on are

20  the Cosgrove study, the Image trial, the

21  breakdown of the cardiac causes of death in BART,

22  the many studies that suggest that aprotinin is

23  effective at reducing bleeding, so we know that

24  it's a prothrombotic agent.  So the causes of

25  graft thrombosis are many, but one of them that
```

MARK J. EISENBERG, M.D., MPH, FACC

Page 302

1    -- in one cause that it would promote graft
2    thrombosis is any type of prothrombotic
3    situation.
4         Q.     Any other studies on which you are
5    relying for the opinion that there is indirect
6    evidence for the association between aprotinin
7    use and myocardial infarction?
8         A.     No.
9         Q.     Are you aware that Cosgrove's
10   results were not replicated in later randomized
11   controlled trials?
12        A.     The only large one I am aware of is
13   the Image trial, and in fact they found an
14   association between aprotinin and graft
15   thrombosis.  The -- you know, they performed
16   additional analyses after the primary analysis,
17   which made this association go away.  I take
18   issue with that analysis.  I think that, you
19   know, as we discussed earlier, the whole point of
20   randomizing patients is to have a balance of
21   comorbidities in the two arms.  And in a
22   randomized controlled trial the primary analysis
23   doesn't need to require any controlling for base
24   line risk factors, and it's very unusual to do
25   that in a randomized control trial.

MARK J. EISENBERG, M.D., MPH, FACC

Page 303

1        Q.      When you talk about a thrombotic
2    effect, that has to do with an agent's effect on
3    the blood; correct?
4        A.      Yes.
5        Q.      Myocardial infarction, that's a
6    potentially thrombotic event; right?
7        A.      I would say that's virtually always
8    thrombotic.  Not entirely, but virtually always.
9        Q.      Stroke is potentially a thrombotic
10   event, correct?
11       A.      It can be, but stroke can also be
12   related to an embolic event as well.
13       Q.      Deep vein thrombosis is potentially
14   a thrombotic event; correct?
15       A.      Correct.
16       Q.      Pulmonary embolism is a potentially
17   thrombotic event; correct?
18       A.      Correct.
19       Q.      Cosgrove was not a graft patency
20   study?
21       A.      No, but they looked at that issue,
22   and I think with the finding that was most
23   prominent from that study.
24       Q.      Is it your testimony that Cosgrove
25   found a statistically significant difference

MARK J. EISENBERG, M.D., MPH, FACC

Page 304

1   between aprotinin and placebo for the outcome of

2   graft patency?

3          A.    No, I think that study was not

4   adequately powered to look at that issue.  But

5   there are some, you know, some landmark studies

6   that they are not adequately powered to look at

7   an issue, but they raise a question, and that

8   question is so important that we need follow it

9   up with  adequately powered studies, and I think

10  Cosgrove was a landmark article like that.  It

11  was not adequately powered to be definitive about

12  this issue, but it certainly raised a really

13  important question.

14         Q.    A question you expect should be

15  followed up upon in further studies?

16         A.    That's correct.

17         Q.    The same thing with myocardial

18  infarction.  Is it your testimony that the

19  Cosgrove study found a statistically significant

20  difference between aprotinin and placebo for the

21  outcome of myocardial infarction?

22         A.    I don't believe so, but I would have

23  to refresh my memory of that.

24         Q.    There is nothing wrong with

25  conducting a meta-analysis, is there?

MARK J. EISENBERG, M.D., MPH, FACC

Page 313

1              BY THE VIDEOGRAPHER:  This begins

2    tape number seven in the deposition of Dr.

3    Eisenberg.  Back on the record at 6:02 p.m.

4    BY MR. DERRINGER:

5         Q.    Dr. Eisenberg, you mentioned one of

6    the bases for your statement that aprotinin is a

7    prothrombotic agent was that it reduces bleeding;

8    right?

9         A.    Yes.

10        Q.    The lysine analogues also reduce

11   bleeding; right?

12        A.    Yes.

13        Q.    Are they also prothrombotic agents,

14   in your opinion?  You are not checking your

15   Blackberry for an answer to that question, are

16   you?

17        A.    I am trying to turn it off, like I

18   am supposed to.  Would you repeat that question?

19        Q.    Sure.  Are the lysine analogues also

20   a prothrombotic?

21        A.    The lysine analogues also reduce

22   bleeding, so the presumption is that they are

23   prothrombotic, although in the studies that I

24   reviewed, and again I didn't review the placebo

25   controlled studies that looked at aminocaproic

MARK J. EISENBERG, M.D., MPH, FACC

Page 314

1     acid and tranexamic acid alone, but there did not

2     seem to be any signals that they were associated

3     with any prothrombotic events.

4          Q.     Do you agree that, just because a

5     patient who is undergoing open heart surgery

6     received Trasylol and then experienced renal

7     failure requiring dialysis, it's not necessarily

8     the case that Trasylol contributed to that

9     patient's renal failure requiring dialysis;

10    correct?

11         A.     I think that we have a clear signal

12    here that Trasylol or aprotinin increases renal

13    dysfunction and renal failure requiring dialysis.

14    To make that determination in an individual

15    patient, I think you would have to have

16    individual patient data for that patient.

17         Q.     But because we know that CABG

18    surgery or open heart surgery comes with an

19    inherent risk of renal failure requiring

20    dialysis, you would agree that just because a

21    patient who underwent open heart surgery and

22    received aprotinin and experienced renal failure

23    requiring dialysis, it's not necessarily the case

24    that Trasylol contributed to that outcome;

25    correct?

MARK J. EISENBERG, M.D., MPH, FACC

Page 322

```
 1   medical school:  "PRIMUM NON NOCERE" which is:
 2   "First do no harm".  I mean, if you are going to
 3   put a drug out there which is going to be
 4   efficacious, you have to be sure it's safe.  Even
 5   if you have some indicators that it's healthful
 6   and useful, you still have to ensure that it's
 7   safe.  That's really, really important.  And if
 8   you see some signals that it may not be safe, you
 9   have got to follow them up.  I think that's basic
10   common sense, be it for an individual clinician,
11   or for a patient or for the CEO of a
12   pharmaceutical company.
13        Q.     You are not saying that that's
14   something that's mandated by a rule, regulation,
15   standard or guideline, at least none that you can
16   point to today; correct?
17        A.     Well, you know, I think that there
18   probably are various guidelines out there that
19   govern these issues.  Presumably even within
20   pharmaceutical companies there are guidelines
21   that if a safety signal is seen, that it needs to
22   be pursued.  But I am not aware of them.
23        Q.     And they don't form the basis for
24   your opinion in this case; right?  If you are not
25   aware of them, they can't form the basis for your
```

MARK J. EISENBERG, M.D., MPH, FACC

Page 323

1    opinion, can they?

2         A.      Again, I don't think you need a

3    guideline written on stone tablets in order to

4    govern the situation.  I mean, you are dealing

5    with thousands and thousands and thousands of

6    patients that are getting a drug, and there are

7    safety signals with your drug.  You have got to

8    follow that up.

9         Q.      And again, I am just trying to drill

10   down on what standard, guideline, rule,

11   regulation you are invoking for that opinion.

12   Can you name one?

13        A.      I think I would have to defer that

14   to further investigation.  That wasn't covered in

15   my report:  Look for specific guidelines

16   governing how to deal with safety signals.

17        Q.      You have already arrived at your

18   opinion about what Bayer should have done in

19   responding to what you have called safety

20   signals.  At least as of right now, as of today,

21   having arrived at that opinion, you are unable to

22   name one standard, guideline, rule or regulation

23   that you are invoking to support that opinion;

24   correct?

25        A.      Just because I can't name these

MARK J. EISENBERG, M.D., MPH, FACC

Page 324

```
 1   guidelines doesn't mean they don't exist.  I
 2   think that they probably do exist, but whether
 3   they exist or not, any reasonable person who saw
 4   a safety signal with a drug would want to pursue
 5   that to ensure the patient's safety is ensured.
 6   It's, you know, common sense.  If you ask the man
 7   on the street about this they would say:  Yes, I
 8   want to know whether this drug is harmful to me.
 9   And it's the responsibility of the drug company
10   to do that.
11        Q.     So you are basing your opinion on
12   common sense.  Is that right?
13        A.     That's right.  I mean, common sense
14   plus the -- you know, the background I have as a
15   physician which is, you know, as I say "PRIMUM
16   NON NOCERE", the Hypocratic oath to ensure the
17   patient's safety is paramount.
18        Q.     Could you turn to page 12?  Are you
19   there?
20        A.     Yes.
21        Q.     In the middle of that paragraph,
22   paragraph three, you write that:
23               "The finding of increased mortality
24   indicates that Bayer should have systematically
25   collected clinical outcome data and made them
```

MARK J. EISENBERG, M.D., MPH, FACC

Page 329

1   sentence of the page.

2          A.      What I mean by that is I think that

3   they were all equally at risk of developing an

4   end point when on aprotinin.  It did not seem

5   that there were any subgroups that were immune,

6   like one can imagine that higher risk patients

7   would benefit, whereas lower risk patients would

8   not.  But I couldn't find any subgroups where

9   there were differences.

10         Q.      Differences in risk on aprotinin?

11         A.      Yes.  I mean to say that there are

12  -- I think that there was increased risk, and it

13  seemed to be not related to subgroups.

14         Q.      Page 14 of your report.  Last

15  paragraph.  You write:

16              "In my opinion, aprotinin is

17  associated with an increase in mortality, an

18  increase in renal dysfunction and an increase in

19  renal failure."

20         A.      Yes.

21         Q.      Do you hold that opinion to a

22  reasonable degree of scientific certainty?

23         A.      Yes.

24         Q.      Do you believe or hold that opinion

25  to a reasonable degree of scientific certainty

MARK J. EISENBERG, M.D., MPH, FACC

Page 330

1   with respect to aprotinin compared to placebo?

2       A.    Yes.

3       Q.    Do you hold that opinion with a

4   reasonable degree of scientific certainty with

5   respect to the comparison of aprotinin to

6   tranexamic acid?

7       A.    I would -- in some of those

8   situations that would be versus a combination of

9   tranexamic acid and aminocaproic acid, in other

10  words lysine analogues.

11      Q.    I will address those.  Do you hold

12  this opinion to a reasonable degree of scientific

13  certainty with respect to the comparison of

14  aprotinin versus the combined lysine analogues?

15      A.    Yes.

16      Q.    Do you hold this opinion with a

17  reasonable degree of scientific certainty with

18  respect to the comparison of aprotinin to

19  tranexamic acid alone?

20      A.    I think I would have to look at the

21  studies again to make that determination.  Many

22  of the comparisons that we discussed today were

23  aprotinin versus control, or aprotinin versus

24  combined lysine -- you know, lysine analogues.

25  So I am not sure I can say, without reviewing

MARK J. EISENBERG, M.D., MPH, FACC

Page 331

1   that again, whether I can say it versus

2   individual components like aminocaproic acid,

3   tranexamic acid, particularly because that

4   reduces the power of these studies.

5          Q.     I am going to ask you the same

6   question with respect to aminocaproic acid,

7   whether you hold this opinion that's stated at

8   the bottom of page 14 of your report to a

9   reasonable degree of scientific certainty with

10  respect to the comparison of aprotinin to

11  aminocaproic acid.

12         A.     I think I could say that, in fact.

13  I think I could say that on both counts.

14         Q.     Both counts being?

15         A.     Tranexamic acid and aminocaproic

16  acid.

17         Q.     That you hold the opinion that

18  aprotinin is associated with an increase in

19  mortality, renal dysfunction and renal failure

20  compared to aminocaproic acid to a reasonable

21  degree of medical certainty?

22         A.     Yes.

23         Q.     And associated with an increase in

24  mortality and renal dysfunction and an increase

25  in renal failure when compared to tranexamic acid

MARK J. EISENBERG, M.D., MPH, FACC

Page 332

1  to a reasonable degree of scientific certainty?

2      A.      Yes.

3      Q.      Are you in the process or have you

4  been asked to do any other work on this case

5  outside of what you have done in your report and

6  your deposition today?

7      A.      No.

8      Q.      I will pass the Witness.

9  CROSS-EXAMINATION BY JAMES R. RONCA, ESQ.

10 On behalf of PLAINTIFFS PSC:

11     Q.      Thank you.  This is Jim Ronca

12 speaking for the Plaintiffs.  In this case, Dr.

13 Eisenberg, did you do what is known as a

14 systematic literature review of the medical

15 literature relating to aprotinin and these

16 various adverse events?

17     A.      That's correct.

18     Q.      Would you agree with this definition

19 of systematic literature review?

20             "Systematic literature reviews,

21 including meta-analyses, are invaluable

22 scientific activities.  The rationale for such

23 reviews is well established.  Health care

24 providers, researchers and policy makers are

25 inundated with unimaginable amounts of