**Exhibit B**

# Aprotinin: A Review of Clinical Trials, Meta-Analyses, Cohort Studies, and Additional Studies and Documents

Mark J. Eisenberg, MD MPH

Divisions of Cardiology and Division of Clinical Epidemiology
Jewish General Hospital, McGill University, Montreal, Quebec, Canada

Mark J. Eisenberg, MD MPH FACC
Professor of Medicine
Divisions of Cardiology and Clinical Epidemiology
Jewish General Hospital/McGill University
3755 Cote Ste. Catherine Road/Suite A-118
Montreal, Quebec H3T 1ET
Canada

Tel: (514) 340-8222 x3564
Fax: (514) 340-7564
E-mail: mark.eisenberg@mcgill.ca

Version: August 18, 2009

1

**Table of Contents**

Executive Summary..............................................................................................3-15

Randomized Controlled Trials......................................................................... 16-48

Meta-Analyses............................................................................................... 49-73

Cohort Studies............................................................................................ 74-125

Additional Studies……………………………………………………………..…125-132

Review Articles.................................................................................................. 133

Additional Documents.................................................................................134-139

Transcripts and Slide Presentations............................................................140-154

Index…………................................................................................................ 155-163

Appendix..................................................................................................... 164-165

# CONFIDENTIAL ATTORNEY WORK PRODUCT

## Executive Summary

### Background

On November 5, 2007, at the request of the FDA, Bayer Pharmaceuticals suspended the marketing of aprotinin (Trasylol), based on the preliminary results of the BART trial, which showed an increased risk of death in comparison to two other drugs used for blood conservation, tranexamic acid and aminocaproic acid. Prior to these findings, aprotinin, a naturally occurring serine protease inhibitor, was used as a hemostatic drug to control bleeding, primarily in patients undergoing cardiac surgery with cardiopulmonary bypass (CPB). The use of aprotinin had already been called into question by Mangano et al. prior to the BART trial, in a study published in 2006, which associated aprotinin with an increase in mortality, myocardial infarction, renal events and stroke.

### Aprotinin: Mechanism of Action Summary

Aprotinin is a naturally occurring 58-residue polypeptide derived from bovine lung with a molecular weight of 6512 Da (Figure 1).  Because of its properties as a serine protease

Figure 1: Sequence of amino acids in Aprotinin (www.sigmaaldrich.com)



inhibitor, which targets multiple components of the coagulation and fibrinolytic cascades, aprotinin has been used primarily as a hemostatic drug in cardiac surgery with CPB.  The hemostatic properties of aprotinin are due to its ability to inhibit several serine proteases that play roles in the hemostatic system, including plasma kallikrein, plasmin, activated Protein C (aPC), thrombin, Protease-Activated Receptor-1 (PAR-1) on platelets, and tissue factor.  It is thought that aprotinin directly inhibits serine proteases by binding to their active site and forming reversible enzyme inhibitor complexes.  There are multiple ways that aprotinin works in relation to the hemostatic system.  The intrinsic coagulation pathway, which is mainly activated by contact with the surfaces of the CPB circuit, is modulated by the inhibition of kallikrein, whereas the extrinsic pathway, which is activated by surgical tissue trauma, is slowed by the inhibition of monocyte expression of tissue factor by aprotinin.  Both the intrinsic and extrinsic pathways merge into a common pathway, where aprotinin inhibits the activities of thrombin. PAR-1 and aPC.  Finally, through the direct inhibition of plasmin, and the inhibition of kallikrein-mediated

3

activation of tissue Plasminogen Activator (t-PA), aprotinin reduces the fibrinolytic activity of plasmin.  In addition to its hemostatic properties, it has been suggested that aprotinin may also suppress the inflammatory response, although definitive evidence of this is lacking.  Aprotinin blocks the conversion of kininogen to the inflammatory mediator bradykinin by inhibiting kallikrein. In addition, it inhibits the activation of C1 of the complement system, attenuates the release of TNF-a, interleukin (IL)-6 and IL-8, prevents endogenous cytokine-induced nitric oxide synthase induction, decreases bypass-induced leucocyte activation and inhibits monocyte and granulocyte adhesion molecule up-regulation.

**Methods**

A literature search was performed using the Pubmed database. Key words included: aprotinin, aprotinin + randomized controlled trial, aprotinin + meta-analysis, aprotinin + cohort, aprotinin + efficacy, aprotinin + safety. The search was limited to papers written in English and performed in humans. A focus was initially placed on journals considered to be of "higher impact" according to the Journalistic Impact Factor. These journals included the Annals of Internal Medicine, Circulation, JAMA, Lancet, and the New England Journal of Medicine. The Journalistic Impact Factor is the most widely used and accepted objective measure of a journal's impact, importance and reliability (Appendix). It measures the number of citations received by the average article in a given journal over a specified amount of time. The reference sections of major papers, such as BART and articles by Mangano et al. were also searched for pertinent articles, and these articles were reviewed as well.  Additional documents were also reviewed such as the i3 Drug Safety Study (both published version and unpublished additional information) and the Bayer annual safety reports. Please note that whenever I use the word "association" in this report in connection with study findings or opinions, I use it in the "epidemiological" sense meaning that there is a statistically significant relationship with a p value less than 0.05.  In addition, throughout this report, I will make use of some of the terms defined by the Council for International Organizations of Medical Sciences (CIOMS).  This council has established frequency ratings that are used worldwide including by the pharma industry in the EU as follows:

| | | | |
|---|---|---|---|
| very common | $\geq 1/10$ | (10%) | |
| common | $\geq 1/100$ | (1%) | and < 1/10 (10%) |
| uncommon | $\geq 1/1000$ | (0.1%) | and < 1/100 (1%) |
| rare | $\geq 1/10000$ | (0.01%) | and < 1/1000 (0.1%) |
| very rare | < 1/10000 | (< 0.01%) | |

I will also make frequent use of the term "dichotomous outcome" by which I mean an outcome which is either present or absent like death or the occurrence of renal failure requiring dialysis. In contrast, a "continuous outcome" is an outcome which is continuous in nature like hemoglobin or creatinine levels.

## Objectives

1. To examine whether aprotinin is better than aminocaproic acid or tranexamic acid at reducing bleeding outcomes, and if so, by what magnitude.
2. To examine the risks and benefits of these agents as well as their risks and benefits in different subgroups of patients.
3. To examine whether there was any indication that aprotinin was associated with increased mortality before BART.
4. To examine whether, during its years on the market, there were signals that aprotinin caused renal dysfunction and acute renal failure.

### Randomized Controlled Trials

Although multiple RCTs have been conducted examining the use of aprotinin in surgical patients, the samples sizes of virtually all of these trials were small.  While mortality, stroke, myocardial infarction, and renal failure are classified as common dichotomous adverse events in accordance with the CIOMS frequency ratings, all RCTs to date (including BART) were underpowered for purposes of identifying whether these safety risks were associated with aprotinin.  Virtually all of these RCTs were designed to examine the effect of aprotinin on blood loss and transfusion requirements.  Even the BART trial, with 2331 patients being randomized to aprotinin, tranexamic acid, or aminocaproic acid, was only powered to look at the primary endpoint of massive postoperative bleeding.  The BART trial was conducted by Fergusson et al. and was published in 2008 in the New England Journal of Medicine.  Although underpowered to look at dichotomous outcomes like mortality and renal failure, it was the largest and best performed RCT that examined aprotinin.  In the preliminary results which were published in the New England Journal of Medicine, a significant, 30-day mortality trend was identified in high-risk patients treated with aprotinin.  The rate of death from any cause was 6.0% in the aprotinin group, 3.9% in the tranexamic acid group, and 4.0% in the aminocaproic acid group.  The relative risk of death in patients receiving aprotinin vs those receiving lysine analogues was 1.53, indicating a more than 50% increase in the risk of death with aprotinin. This 2 percentage point increase in the rate of death with aprotinin translates into a number needed to harm (NNH) of 50 patients.  In other words, for every 50 patients treated with aprotinin instead of a lysine analogue, one additional death occurred.  This increased mortality was related to cardiac causes.  Although BART was the largest trial examining aprotinin, it was still underpowered to examine dichotomous endpoints like mortality and renal failure.  However, the RCTs that were published prior to BART had even smaller sample sizes, and similar to BART, these studies were also underpowered and therefore had inadequate sample sizes to identify significant mortality trends.  A multicenter RCT by D'Ambra et al showed a significant association between aprotinin and renal failure (p=0.049) as well as renal dysfunction (p=0.004). Evidence for this association was also found in BART (doubling of creatinine levels) as well as in Bayer's database of clinical trials (association of aprotinin with renal dysfunction – as evidenced by increased serum creatinine).  In RCTs that reported blood loss, aprotinin was generally shown to decrease bleeding relative to placebo.

### Meta-Analyses

Multiple meta-analyses have been conducted examining the effects of aprotinin with respect to clinical outcomes.  Among the relevant clinical outcomes, several were reported with some regularity in various RCTs and thus were examined by investigators who performed meta-analyses.  These outcomes included mortality, myocardial infarction, renal dysfunction, renal failure, stroke, total blood loss, and need for perioperative transfusion.  Brown et al. found that aprotinin use was associated with an increased risk of renal dysfunction, but they could not demonstrate an association with dichotomous adverse events like mortality, stroke, myocardial infarction, or renal failure.  Carless et al. examined aprotinin and the lysine analogues with respect to bleeding, need for transfusion and reoperation.  Their results were inconclusive.  A cumulative meta-analysis conducted by Fergusson et al. demonstrated that a large number of RCTs were still being conducted as late as 2002 to examine aprotinin's efficacy at decreasing the need for perioperative transfusion.  The authors made the point that there was no reason to do additional clinical trials for this purpose.  However, they also indicated that an inadequate number of patients had been enrolled in clinical trials to look at safety outcomes such as death

5

and renal failure. In the remaining meta-analyses I examined, a decrease in total blood loss and a decrease in the need for perioperative transfusion were generally observed in patients treated with aprotinin compared with placebo, aminocaproic acid or tranexamic acid. Sedrakyan et al. found that aprotinin reduced transfusion requirements and was associated with a reduced risk of stroke. Levi et al. found that all three agents reduced blood loss, need for transfusion and reoperation as well as mortality. Munoz et al. found that because of its lower cost, aminocaproic acid is the preferred agent over aprotinin for reducing hemorrhage with cardiac surgery. Henry et al. updated an earlier meta-analysis and found that tranexamic acid and aminocaproic acid are the preferred agents to prevent bleeding after cardiac surgery. Gagne et al. performed a pooled analysis of observational studies involving over 119,000 patients. These investigators found that aprotinin use was associated with renal dysfunction and long-term mortality. Because they pooled data from observational studies, the sample size of their meta-analysis was much larger than that of other studies. Takagi performed an updated meta-analysis of the Brown et al. study including data from the BART trial. They found that aprotinin use was associated with mortality with a RR of 1.45.

Despite the use of meta-analytic techniques, and with the exception of the study by Gagne et al., the sample sizes available for analysis and the non-systematic collection and reporting of the data that was available for pooling limited the ability of the investigators to examine dichotomous safety outcomes like mortality and renal failure.

## Cohort Studies

Although RCTs and meta-analyses are extremely useful to look at the efficacy of pharmacologic agents, they are often underpowered to examine safety outcomes. This is the case with aprotinin. Many of the RCTs were powered to look at bleeding outcomes and the need for perioperative transfusions. However, these studies were underpowered to examine dichotomous adverse events like renal failure. Thus, the cohort studies examining aprotinin and safety outcomes are particularly important. Although many cohort studies have been performed in this area, only a handful had adequate sample sizes to address safety issues.

In 2006, Mangano et al published a cohort study in the New England Journal of Medicine involving 4374 patients. The study showed that aprotinin was associated with a doubling to tripling in the risk of renal failure requiring dialysis among patients undergoing complex coronary-artery surgery (odds ratio, 2.59; 95% CI 1.36-4.95) or primary surgery (OR 2.34; 95% CI 1.27-4.31).

In 2007, Mangano et al. published a study in JAMA involving 3876 patients. These results showed that compared with aminocaproic acid and tranexamic acid, aprotinin use was associated with an increase in long-term (5-year) mortality. Long-term mortality was 20.8% with aprotinin, 14.7% with tranexamic acid, 15.8% with aminocaproic acid, and 12.7% in controls. Compared with controls, patients receiving aminocaproic acid had a covariate adjusted hazard ratio for death of 1.48, again indicating an almost 50% increase in the risk of death with aprotinin. In contrast, neither tranexamic acid nor aminocaproic acid had a statistically significant association with mortality. The authors further examined this association with multivariable logistic regression (both with and without propensity score adjustment) and still found that aprotinin was associated with death with an adjusted odds ratio of 1.48. This association was consistent among patients with diverse risk profiles as well as among those surviving the index hospitalization. Thus, because of its large sample size as well as its long-term follow-up, this study was able to demonstrate both a statistically significant and clinically significant association between the use of aprotinin and subsequent mortality.

Schneeweiss et al. reported the results of the i3 Drug Safety Study in the New England Journal of Medicine in 2008. This study involved over 78,000 patients. The investigators found that aprotinin was associated with a 64% increase in mortality and that dialysis was 60% more frequent among recipients of aprotinin than among recipients of aminocaproic acid. Mortality was 4.5% among patients receiving aprotinin and 2.5% among patients receiving aminocaproic acid. After covariate adjustment, the relative risk of death was 1.64, again indicating a more than 50% increase in mortality with aprotinin compared to a lysine analogue. These results persisted when the analysis was limited to the first 7 days after surgery, in a propensity-score-matched analysis, and in an instrumental-variable analysis. This study was a well-conducted cohort study employing data from a large administrative database. Bayer commissioned the study and pre-approved the protocol used by the investigators. Multiple sophisticated analytic techniques were used to examine the data. The results showed a statistically significant association between aprotinin use and short-term in-hospital mortality as well as renal failure. The magnitude of the association was consistent with that found in the BART trial as well as the study by Mangano et al.

Karkouti et al. published a study in Transfusion in 2006 involving a nested case-control study of patients drawn from a pool of 10,870 patients. These investigators found that renal dysfunction was more common among patients receiving aprotinin than among those receiving tranexamic acid (24% vs 17%, respectively, p=0.01).

Mouton et al. published a study in Lancet in 2008 examining aprotinin use in a large cohort of patients. They found that in a subgroup of 848 patients taking ACE inhibitors and undergoing off-pump cardiac surgery, aprotinin was associated with a greater than two-fold increase in the risk of renal dysfunction (OR 2.87; 95% CI 1.25-6.58).

Shaw et al. published a study in the New England Journal of Medicine in 2008. These investigators examined 10,275 patients who underwent coronary revascularization at Duke. They found that those patients who received aprotinin had a higher short-term and long-term mortality and larger increases in serum creatinine levels than those who received aminocaproic acid or no antifibrinolytic agent. At 30 days after surgery, mortality was 6.4% with aprotinin, 2.4% with aminocaproic acid, and 2.2% in patients receiving no antifibrinolytic therapy. At 1 year, the rates were 15.8%, 6.4%, and 6.5%, respectively. In a risk-adjusted model, the hazard ratio for death for patients receiving aprotinin was 1.32 compared to patients receiving no antifibrinolytic therapy and 1.27 compared to patients receiving aminocaproic acid. Once again, a statistically and clinically significant association was found between aprotinin use and mortality due to the large sample size and therefore adequate power of this study.

Coleman et al. published a cohort study involving 3348 patients in the Journal of Thoracic and Cardiovascular Surgery. These investigators found that patients receiving aprotinin had an elevated risk of renal dysfunction compared to patients not receiving aprotinin (OR 2.03; 95% CI 1.37-3.01).

In contrast with above studies, Furnary et al. published a study in Circulation which examined the relationship of aprotinin with renal failure in a study involving 11,198 patients. After controlling for the number of transfusions received, these investigators found no evidence of an association of aprotinin with renal failure. To my knowledge, no other studies have replicated these results.

The issue of renal injury associated with aprotinin was signaled in previous studies spanning the past two decades. Early data from the 1991-1992 era showed a clearcut signal of aprotinin's association with renal dysfunction. In my opinion, it was the responsibility of Bayer

7

to examine this relationship in a detailed and direct manner much earlier than the i3 study. Similarly, the strong association of aprotinin use with subsequent mortality was demonstrated in multiple studies.  The association of aprotinin with increased mortality was not identified in earlier studies, because the earlier studies were not adequately powered to examine a dichotomous outcome like mortality.  In my opinion, it was inadequate to conduct studies which were only powered to look at bleeding endpoints.  Drug safety mandates that, early on, Bayer should have conducted studies that were adequately powered to examine mortality.

## Additional Studies

A variety of additional studies were examined including studies assessing the effects of aprotinin on renal function by Wagener et al., Fauli et al., O'Connor et al., and Sundt et al., a study examining the effect of aprotinin on graft patency by Cosgrove et al., and a study on the cost-effectiveness of aprotinin by Bennett-Guerrero et al.

The studies examining the effects of aprotinin on renal function demonstrate the adverse impact of aprotinin on renal function.  Wagener et al. showed that neutrophil gelatinase-associated lipocalin (NGAL), a sensitive marker for renal injury is increased in patients receiving aprotinin vs. those receiving aminocaproic acid.  Fauli et al. showed that aprotinin causes a significant increase in alpha1-microglobulin excretion – a finding consistent with greater renal tubular overload.  O'Connor et al. showed that aprotinin clearance by the kidney is reduced in patients with renal insufficiency.  Sundt et al. examined 20 patients who received aprotinin when undergoing aortic surgery.  Of the 20 patients, 13 developed renal dysfunction and 5 required hemodialysis.  They also found that among the seven patients who died after receiving aprotinin, the 5 with post-mortem examininations showed evidence of intravascular coagulation.  The above studies are important, because of the RCTs and cohort studies that examined renal function, virtually all used creatinine as a surrogate marker for renal function – a marker which is not sensitive compared with measures like NGAL, alpha1-microglobulin, and creatinine clearance.

Cosgrove et al. found an increased rate of graft thrombosis among patients receiving aprotinin.  This study showed evidence that the known procoagulatory effects of aprotinin can lead to grave adverse clinical events.  Graft thrombosis can cause myocardial infarction, arrhythmias, and death.  The study by Bennett-Guerrero showed that even though aprotinin may be more effective than aminocaproic acid in decreasing bleeding and platelet transfusions, the 100-fold difference in cost between the two agents made aminocaproic acid the more cost-effective agent.

Thus, the additional studies examined found confirmatory evidence of the adverse effects of aprotinin on the kidney.  These studies also showed evidence that the procoagulatory effects of aprotinin are associated with graft thrombosis and intravascular coagulation.  Finally, they confirm that aprotinin is not a cost-effective agent compared with the lysine analogues tranexamic acid and aminocaproic acid.

## Additional Documents

A variety of additional documents were examined including the unpublished report of the i3 Drug Safety Study by Schneeweisss et al., transcripts and slide presentations of individuals who testified at the Cardiovascular and Renal Drugs Advisory Committee in joint session with the Drug Safety and Risk Management Advisory Committee on September 12, 2007, as well as aprotinin safety summary documents issued by Bayer.

Dr. Schneeweiss presented evidence and testified that the primary analysis of the full study population of 78,000 patients in the i3 study showed a 60% increased risk of renal failure

requiring dialysis and a 64% increased risk of mortality.  Dr. Levenson testified that the FDA statistical review of both the Mangano and the Karkouti studies showed consistent evidence for a renal effect of aprotinin, including renal failure.  Chris Holland testified that compared with the other IV anti-fibrinolytics and no treatment, aprotinin is associated with an increased risk of death, renal failure, heart failure, and stroke.  Dr. Ouellet-Hellstrom testified that the Mangano, Karkouti and i3 studies all showed that measures of renal dysfunction were statistically significantly associated with aprotinin.  Dr. Karkouti testified that there was a 50% increase in creatinine above normal with seven days of surgery or dialysis in association with aprotinin use.

Dr. Furnary testified that the association of aprotinin with renal failure may be due to the use of aprotinin in high risk patients who are more likely to receive transfusions than low risk patients.  Dr. George Shashaty testified that the continued use of aprotinin was approved at a meeting of the Cardiovascular and Renal Advisory Committee on September 21st, 2006.  However, the committee did find that aprotinin was associated with an increased risk of renal dysfunction and recommended a label revision warning of renal dysfunction.  Dr. Cyrus of Bayer testified that RCTs and observational studies showed an increased risk of renal dysfunction but not renal failure with aprotinin.  She also testified that there were methodological problems with the i3 study and that, in her opinion, conclusions from the STS database were more reliable.  Dr. Makuch reviewed the Mangano, Karkouti and i3 studies and testified that they each had methodological limitations.  Dr. Smith testified that aprotinin reduces blood loss, transfusion, and re-exploration and is therefore beneficial from a surgeon's point of view.

Dr. Mangano testified that safety issues were raised in the early 1990's about aprotinin.  He stated that RCTs are the gold standard for efficacy but not for safety.  He further made the point that 18 of 35 RCTs in this area did not even assess renal injury.

Dr. Malik of Bayer testified that Bayer disagrees with the results of the i3 study in spite of the fact that they sponsored it.  He indicated that RCTs and observational studies demonstrated an increased risk of renal dysfunction but not renal failure with aprotinin.

The FDA's review of the Mangano, Karkouti, and i3 studies shows that there is a consistent statistical association between aprotinin use and renal dysfunction. There is also a consistent statistically significant association between aprotinin use and mortality. The FDA review shows a clear association of aprotinin with renal dysfunction.  This conclusion is not disputed by Bayer.  Bayer accepted the finding that aprotinin is associated with renal dysfunction.  However, they were not willing to accept the association with death from the observational studies.

From the Bayer document Section 2.7 entitled "Aprotinin Safety Summary," it is apparent that there were questions regarding the safety of aprotinin in the era of 1991 to 1992.  Pooled results from small randomized controlled trials done at that time raised questions about aprotinin's safety with respect to renal dysfunction. Similar questions were also raised with uncontrolled studies.  Bayer made the point that the strength of these associations was uncertain because of the small number of randomized controlled trials. These results strongly suggest that large randomized controlled trials and large observational studies should have been performed at that time in order to identify whether aprotinin was associated with increased mortality and whether it was associated with renal dysfunction and renal failure.

I draw the following conclusions from the additional documents that I reviewed.  First, RCTs and meta-analyses in this area were inadequately powered to look at renal failure and mortality as clinical outcomes.  Second, Bayer, the FDA, and virtually all investigators accept that aprotinin causes renal dysfunction.  Third, only the largest observational studies like those

by Mangano and the i3 study investigators were powered to look at renal failure - and both of these large studies indicate that aprotinin use causes renal failure. Fourth, although these studies had some methodological limitations, I find their results to be compelling and consistent. Lastly, serious safety issues were raised about aprotinin as early as the early 1990s. These issues should have been addressed much earlier by Bayer – by both adequately powered RCTs as well as adequately powered observational studies. The fact that these studies were not performed exposed many patients to the adverse effects of aprotinin over the course of many years.

## Objectives – Findings

### 1.    Aprotinin, aminocaproic acid, tranexamic acid and bleeding outcomes and magnitude.

Among the RCTs, it was fairly consistent that patients receiving aprotinin had less blood loss than patients receiving aminocaproic acid or tranexamic acid. Although the differences were sometimes statistically significant, it was unclear whether these differences were clinically significant or not. In many studies, but not all, aprotinin use was associated with a reduction in the need for perioperative transfusions when compared with aminocaproic acid, tranexamic acid, and placebo. **It should be noted, however, that although aprotinin use was associated with less bleeding and a reduced need for perioperative transfusions, there was very little if any evidence suggesting a reduction in clinically important outcomes such as mortality and perioperative myocardial infarction (MI).**

The vast majority of investigators who conducted studies on aprotinin used bleeding as a surrogate endpoint. They seemed to feel that it was intuitive that reduced bleeding was beneficial. They ignored the possibility that reduced bleeding is due to increased blood clotting and that this effect might be detrimental in patients undergoing bypass surgery. Similarly, these investigators assumed that the small risks associated with blood transfusion were of more clinical import than any risks that could be due to aprotinin. In short, they assumed that reduced bleeding due to aprotinin would lead to a reduction in the incidence of important clinical endpoints. Importantly, however, no adequately powered clinical trials were actually performed to examine this issue.

Pooled data from meta-analyses suggest that, on average, aprotinin, aminocaproic acid, and tranexamic acid reduce perioperative bleeding compared with placebo by approximately 225 to 350 ml. In addition, in head to head studies, aprotinin was shown to reduce bleeding compared to aminocaproic acid and tranexamic acid by approximately 175 to 200 ml. These amounts correspond to 6 to 7 ounces of blood. Although reduced bleeding by these amounts is more convenient for surgeons, it was not demonstrated in the literature that reductions of these magnitudes lead to reductions in adverse clinical outcomes. From the BART trial, rates of massive bleeding in patients receiving aprotinin were 9.5% versus 12.1% in patients receiving tranexamic acid or aminocaproic acid, a reduction that did not reach statistical significance (OR 0.79; 95% CI, 0.61-1.01). In general, reductions in bleeding in the various studies were associated with reductions in the need for transfusion. However, there were a number of studies where aprotinin was found to reduce blood loss but not to decrease the need for transfusion. Nevertheless, as mentioned above, although reduction of bleeding and need for transfusion were the primary endpoints in most studies examining aprotinin, these are surrogate endpoints and cannot be construed to be clinically important outcomes compared with outcomes such as

mortality, MI, and renal failure.  The small risk of infection or allergic reaction associated with transfusion cannot be compared with adverse clinical outcomes like increased mortality.  To my knowledge, the risks of infection or clinically significant allergic reaction are on the order of one in a thousand, and these risks have not changed appreciably in the past decade.

### 2.      Risks and benefits of these agents

The main benefits of administering aprotinin are its antifibrinolytic activities which reduce blood loss during cardiovascular surgery. Although 100 times more expensive then the lysine analogs, aprotinin, in most studies, appears to be modestly better than aminocaproic acid or tranexamic acid at reducing blood loss.  It should be noted that several studies examined the efficacy of half dose aprotinin compared to full dose.  These studies were somewhat inconsistent in their results, but they typically found that bleeding was less with full dose aprotinin but that there were no significant differences in clinical outcomes.  These studies were small and underpowered to adequately examine differences in clinical outcomes.  In my opinion, the evidence suggests that there is little difference in the effectiveness of half and full dose aprotinin when it comes to blood loss.

Because of the small sample sizes of the RCTs, the risks associated with aprotinin were only ultimately examined in several large observational studies. Although BART suggested that aprotinin was associated with increased mortality, even this trial was underpowered to examine this outcome.  Mangano et al's 2006 cohort study showed that aprotinin increased the risk of MIs, renal events and strokes.  The 2007 study by Mangano et al. linked aprotinin to an increased risk of 5-year mortality.  The i3 Drug Safety Study showed that aprotinin was associated with increased mortality and renal failure.  Similar to these other studies, the study by Shaw et al. also demonstrated a clinically and statistically significant association between aprotinin use and mortality.  Thus, from the large cohort studies, we have clear and consistent evidence of increased mortality with the use of aprotinin.  This association only became evident when adequately powered observational studies with large sample sizes were conducted.

RCTs published before BART, were small (an average sample size of 300 patients) and were thus underpowered to examine aprotinin's adverse effects.  To look at adverse events, especially dichotomous ones like mortality and renal failure requiring dialysis, very large numbers of patients need to be randomized.  An individual clinical trial of 300 patients is not able to examine dichotomous outcomes like this without being susceptible to Type II error (likelihood of not identifying a real association because study power is too low).  In addition, pooling of multiple small RCTs is also unreliable in this area, because the majority of trials only looked at bleeding events and did not systematically collect, record, or report events like mortality and renal failure.

The BART trial, in 2008, which was much larger than earlier RCTs, suggested an increase in mortality in the aprotinin group.  Increased mortality was similar in all subgroups examined.  In addition, the increased mortality was particularly related to cardiac causes of death.  Although the study was underpowered to look at individual causes of death like MI, when the four causes of cardiac death were combined (congestive heart failure, cardiogenic shock, myocardial infarction, and right ventricular failure), the analysis of aprotinin vs tranexamic acid showed highly statistically significant results (RR 2.47, 95% CI 1.19-5.10) and there was a strong statistical trend in the analysis with aminocaproic acid as well (RR 1.93, 95% CI 0.99-3.74).  If both control groups are pooled, the results are statistically significant as well.  Thus,

11

these results strongly indicate that aprotinin use is associated with cardiac death.  These results are consistent with aprotinin's known prothrombotic effects which may be manifest by thrombotic events including thrombosis of bypass grafts.  Thus, we have strong evidence of a mortality effect with aprotinin from multiple large observational studies.  In addition, even though BART was underpowered to examine this outcome, it also suggested that aprotinin is associated with increased mortality.  This very serious association should have been examined much earlier with adequately powered RCTs and observational studies.

As pointed out by many authors over the years, both aminocaproic acid and tranexamic acid are effective agents at reducing bleeding and the need for perioperative transfusion.  At the same time, these agents are much cheaper than aprotinin and there was no suggestion that these agents were associated with adverse clinical events.  Thus, in my opinion, the risk-benefit-cost comparison made aminocaproic acid and tranexamic acid the agents of choice.  The fact that aprotinin was used so widely over the course of many years was largely due to marketing but was also due to fact that most of the trials were placebo-controlled rather than head to head trials.  In the absence of adequately powered head to head trials, it was impossible for clinicians to compare the risk-benefit equation for the three different agents.  In my opinion, it was the responsibility of Bayer to conduct these types of head to head trials to demonstrate improved efficacy over cheaper alternatives and also to demonstrate safety.   It was clearly not in their interest to perform these types of trials, and that is why aprotinin was on the market for so many years.

### 3. Association of aprotinin with increased mortality.

There was little indication that aprotinin was associated with increased mortality in the RCTs that were conducted prior to the BART study.  However, due to the small sample sizes of these earlier studies, they were clearly underpowered to address this issue.  Several adequately powered cohort studies, which were published before the BART trial was published, did show that aprotinin increases mortality.  Clearly, this is an issue that should have been addressed by the company many years earlier.  Mortality is much more important to patients and physicians than bleeding and transfusion outcomes.  One cannot assume that reduced bleeding outcomes will necessarily translate into improved clinical outcomes.  The finding of increased mortality indicates that Bayer should have systematically collected clinical outcome data and made them available to clinicians many years earlier.  They should have insured that adequately powered RCTs and observational studies addressed this issue many years earlier.  There were renal/MI signals associated with aprotinin in the early 1990's.  These studies should have been followed up by Bayer with adequately powered clinical trials that would have had the ability to examine safety endpoints.  Unfortunately, these types of studies were never done, and even BART was not sponsored by the company but rather was an investigator-initiated study.  The BART trial was the biggest and best study of this outcome but was still inadequately powered to examine mortality.   Nevertheless, the BART findings were consistent with the results of the large observational studies regarding mortality risk.  In my opinion, the preponderance of the evidence clearly favors the use of lysine analogues over aprotinin.

### 4. Perioperative Myocardial Infarction

There is indirect evidence that the use of aprotinin is associated with perioperative MI. This evidence comes from a variety of studies. First, Cosgrove et al. showed that aprotinin use may be associated with a higher incidence of graft occlusion. Sudden graft occlusion, such as that caused by graft thrombosis, almost always causes acute MI. Second, we know that aprotinin is a pro-thrombotic agent. The cause of acute MI is either thrombosis of grafts or native coronary arteries. Thus, the fact that aprotinin is a pro-thrombotic agent is consistent with the Cosgrove study and lends weight to the idea that aprotinin causes MI. Finally, data from BART suggest that majority of deaths that were associated with aprotinin use were cardiac-related. Several different cardiac-related causes of death were found, but BART was not powered to look at relatively uncommon dichotomous outcomes like MI. This is also true for all of the clinical trials and meta-analyses that examined the association between aprotinin and MI. Even if studies are adequately powered to look at all-cause mortality, they will be underpowered to examine subgroups such as cardiac death and MI. Thus, in my opinion, there is indirect evidence of an association between aprotinin use and MI. Direct, definitive evidence is lacking because no adequately powered clinical trials have been performed with a sample size adequate to examine this issue.

## 5.      Aprotinin and renal dysfunction/renal failure.

Aprotinin's indication when it was approved in 1993 was for prophylactic use to reduce blood loss during surgery and the need for blood transfusions in high risk patients undergoing cardiopulmonary bypass (CPB) in the course of coronary artery bypass graft (CABG) surgery (http://www.fda.gov/bbs/topics/NEWS/NEW00453.html). In 1998, the indication was changed to any patients undergoing CPB with CABG (http://www.fda.gov/cder/foi/nda/98/020304s004_appltr_prntlbl.pdf). In 2006, the indication was changed back to use in only high risk patients, at least in part, because of the risk of renal dysfunction.

Notably, even BART did not have a large enough sample size to look at dichotomous outcomes like renal failure requiring dialysis. A clinical trial that has a power of 0.8 and a two-sided alpha of 0.05 (standard measures for adequately powered clinical trials) would require 1500 patients per arm to identify an increase in renal failure from 3.0% to 5.0%, and 5300 patients per arm to identify an increase from 3.0% to 4.0%. To identify an increase from 6.0% to 7.0%, 9500 patients per arm would be required. Thus, none of the RCTs done in this area have been adequately powered to examine the effect of aprotinin on renal failure, and even the meta-analyses are limited. As is commonly the case in drug safety, we depend on data from large observational studies in this regard. In my opinion, it is appropriate to rely on these large observational studies for this purpose. I also believe that these types of studies can clearly be used to make clinical decisions and have been used for this purpose many times in the past.

From my review, it is my opinion that the observational studies have shown compelling evidence of the following:
1. Aprotinin causes renal dysfunction.
2. There is decreased clearance of aprotinin in patients with pre-existing renal dysfunction.
3. There were early signals that aprotinin is associated with renal dysfunction and other adverse events.
4. Lysine analogues are more cost-effective than aprotinin.

13

5.   Aprotinin is procoagulatory and is associated with graft thrombosis, renal dysfunction, and death.

### Summary

From my review of randomized controlled trials, meta-analyses, cohort studies, as well as additional studies and documents, it is clear that aprotinin reduces blood loss when compared to placebo, and likely when compared with aminocaproic acid and tranexamic acid as well. Although the data are somewhat inconsistent, it probably leads to a reduction in perioperative transfusions and need for reoperation. However, these effects are clearly outweighed by the major risks associated with aprotinin.

The major adverse outcome linked to aprotinin is increased mortality. This association was demonstrated to be clinically and statistically significant in 2007 in the cohort study by Mangano et al (long term mortality - 5 years) and subsequently in the i3 Drug Safety Study, the study by Shaw et al., as well as in BART. Earlier RCTs, meta-analyses, and observational studies did not have large enough sample sizes to detect statistically significant differences in mortality. Clearly, the safety of aprotinin should have been addressed much earlier with adequately powered studies. The meta-analyses of the small trials were not adequately powered to look at dichotomous adverse events like mortality. Thus, an extremely large clinical trial needed to be performed to specifically look at safety. In addition, adequately powered observational studies examining mortality should have been performed as well. This should have occurred very early. A 50% increase in mortality with aprotinin compared to the lysine analogues (absolute 2% increase in mortality) should have been known by the company, patients, and physicians many years earlier.

Many clinical studies over the course of many years have examined whether aprotinin use is associated with renal dysfunction and the need for dialysis. Unfortunately, no trials were performed that were adequately powered to examine dichotomous adverse events like renal failure. These types of events could only be examined in cohort studies. In particular, only cohort studies with large sample sizes (virtually only administrative databases have sample sizes of this magnitude) could examine these types of outcomes. The studies that were done were limited by their observational nature, their small sample sizes, their non-systematic collection of renal data, their use of creatinine rather than creatinine clearance as an outcome measure, the fact that dialysis is a relatively infrequent dichotomous event which is insensitive to subclinical renal damage and can only be examined with confidence in extremely large clinical trials or observational studies, and finally, by the fact that subclinical damage at the time of aprotinin exposure may potentially lead to adverse clinical events years later. There were signals that aprotinin causes renal dysfunction in studies going back to the early 1990's. These signals were not followed up by Bayer with adequately powered trials to address this issue. Subsequent studies showed that aprotinin increases the likelihood of renal dysfunction as defined by a doubling of preoperative creatinine levels. Other studies such as the Mangano and the i3 Drug Safety studies showed a consistent association between aprotinin use and renal dysfunction as well as renal failure. These studies provide convincing evidence that aprotinin use is associated with renal dysfunction and renal failure in addition to increased mortality. Thus, RCTs and large observational cohort studies indicate that aprotinin causes renal dysfunction, and there is strong evidence that it increases the risk of renal failure requiring dialysis.

In my opinion, aprotinin is associated with an increase in mortality, an increase in renal dysfunction, and an increase in renal failure. These associations have been borne out in multiple studies spanning two decades. These data are compelling, consistent, and convincing.

## Randomized Controlled Trials

*Fergusson DA, Hébert PC, Mazer CD, et al; BART Investigators.*
*A comparison of aprotinin and lysine analogues in high-risk cardiac surgery.*
*NEJM 2008; 358: 2319-31.*

*Background*: Antifibrinolytic agents are commonly used during cardiac surgery to minimize bleeding and to reduce exposure to blood products. We sought to determine whether aprotinin was superior to either tranexamic acid or aminocaproic acid in decreasing massive postoperative bleeding and other clinically important consequences.

*Methods*: In this multicenter, blinded trial, we randomly assigned 2331 high-risk cardiac surgical patients to one of three groups: 781 received aprotinin, 770 received tranexamic acid, and 780 received aminocaproic acid. The primary outcome was massive postoperative bleeding. Secondary outcomes included death from any cause at 30 days.

*Results*: The trial was terminated early because of a higher rate of death in patients receiving aprotinin. A total of 74 patients (9.5%) in the aprotinin group had massive bleeding, as compared with 93 (12.1%) in the tranexamic acid group and 94 (12.1%) in the aminocaproic acid group (relative risk in the aprotinin group for both comparisons, 0.79; 95% confidence interval [CI], 0.59 to 1.05). At 30 days, the rate of death from any cause was 6.0% in the aprotinin group, as compared with 3.9% in the tranexamic acid group (relative risk, 1.55; 95% CI, 0.99 to 2.42) and 4.0% in the aminocaproic acid group (relative risk, 1.52; 95% CI, 0.98 to 2.36). The relative risk of death in the aprotinin group, as compared with that in both groups receiving lysine analogues, was 1.53 (95% CI, 1.06 to 2.22).

*Conclusions*: Despite the possibility of a modest reduction in the risk of massive bleeding, the strong and consistent negative mortality trend associated with aprotinin, as compared with the lysine analogues, precludes its use in high-risk cardiac surgery.

## Comments

The BART trial was the largest RCT performed to date in this area. The aim of this study was to determine whether aprotinin is superior to either tranexamic or aminocaproic acid in decreasing massive postoperative bleeding and other clinical outcomes. This multicentre, blinded trial randomized 2331 high-risk cardiac surgical patients into groups which received either aprotinin (n=781), tranexamic acid (n=770), or aminocaproic acid (n=780) between August 2002 and October 2007. Patients who were undergoing lower risk operations were excluded. (It should be noted that the patients enrolled in BART were undergoing high-risk cardiac surgery. This was defined as a surgical intervention with an average mortality of at least twice the norm for isolated primary CABG and a risk of repeat surgery exceeding 5%). Importantly, no pharmaceutical companies provided medication or financially supported the trial. This RCT was funded by the CIHR, a peer reviewed funding agency in Canada.

The strengths of the trial are that it a large sample size (although still not large enough to examine mortality). In addition, this was not a placebo-controlled trial. Aprotinin was compared to two active controls: tranexamic acid and aminocaproic acid. There were approximately 780 patients in each arm. The primary outcome for this trial was massive postoperative bleeding (a composite of bleeding from chest tubes exceeding 1.5 litres during any 8-hour period, or massive transfusion, defined as the administration of more than 10

units of red cells within 24 hours after surgery. Also included was repeat surgery due to hemorrhage or cardiac tamponade within 24 hours after protamine administration, and death from hemorrhage during the 30-day study period). Secondary outcomes included in-hospital death, death from any cause at 30 days, and serious adverse clinical events.

For the primary outcome, there was a statistical trend for a reduction in massive postoperative bleeding with aprotinin. When the aprotinin arm was compared with the aminocaproic acid and tranexamic acid arms together, the relative risk of massive bleeding was 0.79 with a 95% confidence of 0.61 to 1.01. In other words, there was an approximate 21% reduction in massive postoperative bleeding with aprotinin although this finding did not reach statistical significance. For the secondary outcome, when the aminocaproic acid and tranexamic acid groups were combined, the relative risk of death with aprotinin was 1.53 with a 95% confidence interval of 1.06 to 2.22. This suggests that there was an approximate 53% increase in the risk of mortality with aprotinin. This finding reached statistical significance, although again, the sample size of BART was still not adequate to definitively examine mortality.

The dosage strategy was the following. For aprotinin, a test dose of 40,000 international units was administered during a 10 minute period. If there was no anaphylactic reaction, the remainder of the loading dose (1.96 million international units) was given. Once the loading dose was completed, maintenance infusion of 500,000 international units per hour was initiated and maintained during surgery. In addition, 2 million international units were added to the cardiopulmonary bypass circuit. This dosage strategy represented full dose aprotinin. For patients in the aminocaproic acid group, a test dose of 200 mg was administered during a 10 minute period. In the absence of anaphylaxis, the remainder of the loading dose (9800 mg) was given. Once the loading dose was completed, a maintenance infusion of 2000 mg per hour was initiated and maintained during surgery. No additional medication was added to the bypass circuit. For patients in the tranexamic acid group, a test dose of 5 ml of the drug from a total dose of 30 mg per kilogram of body weight that was mixed in 250 ml of normal saline, was administered during a 10 minute period. The remainder of the loading dose (30 mg per kilogram) was given in the absence of anaphylaxis. Once the loading dose was completed, a maintenance infusion of 16 mg per kilogram per hour was initiated and maintained throughout surgery. An additional 2 mg per kilogram was added to the bypass circuit.

Sample size was calculated to require 2970 patients with 990 patients per group. This was calculated on the basis of detecting an absolute difference of three percentage points (from 6% to 3%) in incidence of massive postoperative bleeding rates (note that actual rates in the BART trial were much higher). This calculation assumed a power of 80% with a two sided alpha of 0.05. A power of 80% means that the trial had adequate power to examine the primary endpoint – equivalent to an 80% chance of identifying a statistically significant difference if it really exists. A two sided alpha is appropriate and means that the investigators left open the possibility that aprotinin could be either better or worse than the comparators. An alpha of 0.05 means that if the trial was repeated an infinite number of times, a positive result would be found by chance 5% or less of the time. The patients were followed for six months. The report in the New England Journal only reported results for the first 30 days. There were a total of 5401 patients who were screened for the study. A total of 2468 underwent randomization. Clinical characteristics were well balanced between the

three groups.  Most of the procedures included bypass surgery plus another procedure. Duration of surgery was over four hours and cross-clamp time was 1.7 hours. A total of 52% of the patients were not receiving aspirin at the time of the surgery.

The study was terminated on October 16, 2007 because of a recommendation by the independent data and safety monitoring committee.  This recommendation was because of a strong trend towards higher mortality in the aprotinin group.  From Table 2, it can be seen that aprotinin was associated with a reduction in bleeding from chest tubes.  There was no significant reduction in massive transfusion or death from hemorrhage.  There was a significant reduction in reoperation for bleeding as well as a borderline statistically significant reduction in any massive bleeding.  The confidence intervals for these outcomes were wide - meaning not only that the strength of the association was in question but that the magnitude was as well.  Smaller confidence intervals would require an even larger sample size than was employed in this trial.

From Table 3 it can be seen that there were no subgroups that appeared to have benefits with respect to mortality with use of aprotinin.  In fact, higher odds ratios were noted with younger patients as well as patients with repeat bypass procedures and those with no coexisting illnesses.  This would suggest that younger healthier patients have an even higher mortality disadvantage with aprotinin than do older patients with more co-morbidities. Nevertheless, the increased mortality observed with aprotinin was seen in every subgroup that was examined.  These associations did not achieve statistical significance because of the large confidence intervals, but the relative risks were always in the positive category. Importantly, an independent adjudication committee, that was unaware of study group assignment, reviewed all deaths.  They also determined whether the deaths were due to hemorrhage, thrombosis, or renal failure.

The authors concluded that there was an absolute increase of two percentage points in the rate of death (from approximately 4% to 6%) among patients receiving aprotinin as compared to those receiving either tranexamic acid or aminocaproic acid.  This difference translates into a number needed to harm of 50 patients. In other words, if 50 patients were treated with aprotinin instead of aminocaproic acid or tranexamic acid there would be one increased death.

The increased rate of death among patients receiving aprotinin appeared to be related to cardiac causes including cardiogenic shock, right ventricular failure, congestive heart failure, or myocardial infarction.  Non-cardiac causes of death did not appear to be increased, and there were no other major secondary outcomes that appear to be increased with aprotinin. There was an observation of a trend for an increase in the proportion of patients with a doubling of serum creatinine similar to previous studies. The authors concluded that aprotinin may have a modest improvement compared to other agents in controlling hemostasis, but that there was only a possible trend suggesting decreased massive bleeding. Despite the possibility of a modest reduction in the risk of massive bleeding, there was a negative mortality trend associated with aprotinin as compared with the lysine analogues as well as an increased risk of renal dysfunction.  As a caveat, the investigators also stated that they only studied patients who were undergoing high-risk surgery.  They left open the possibility that it may be useful in patients who are lower risk.  However they do state that in their subgroup analyses that younger patients who did not have comorbid illnesses had a higher relative risk and thus they think this is not a likely possibility.

In additional to the publication of BART in the New England Journal of Medicine, I have reviewed additional unpublished documents related to BART including the Final Report: Expert Advisory Panel on Trasylol – Ottawa, Ontario December 3, 2008 and January 29, 2009.   Virtually all of these documents deal with Bayer's criticism of the conduct and analysis of the BART trial.  I have not had the opportunity to review comments from the authors with respect to Bayer's criticisms.  The BART trial was peer-reviewed prior to being published in the New England Journal of Medicine.  Thus, as of August 14, 2009, I have not had access to the authors' comments regarding Bayer's criticism of this study.  If such information becomes available, I reserve the right to revise or modify this report.

**Apostolakis E, Panagopoulos N, Koletsis EN, et al.**
**Influence of ultra-low dose aprotinin on thoracic surgical operations: a prospective randomized trial.**
**J Cardiothoracic Surg 2008; 3:14.**

**Background:** *The blood saving effect of aprotinin has been well documented in cardiac surgery. In thoracic surgery, very few recent studies, using rather high doses of aprotinin, have shown a similar result. In a randomized prospective trial, we have tested the influence of aprotinin using an ultra low dose drug regime.*
**Methods:** *Fifty-nine patients, mean age 58 ± 13.25 years (mean ± SD) undergoing general thoracic procedures were randomized into placebo (Group A) and treatment group (Group B). The group B (n = 29) received 500,000 IU of aprotinin after induction to anesthesia and a repeat dose immediately after chest closure. A detailed protocol with several laboratory parameters was recorded. Patients were transfused when perioperative Ht was less than 26%.*
**Results:** *The two groups were similar in terms of age, gender, diagnosis, pathology, co morbidity and operations performed. The mean drainage of the first and second postoperative day in group B was significantly reduced (412.6 ± 199.2 vs. 764.3 ± 213.9 ml, p < 0.000, and 248.3 ± 178.5 vs. 455.0 ± 274.6, p < 0.001). Similarly, the need for fresh frozen plasma transfusion was lower in group B, p < 0.035. Both the operation time and the hospital stay were also less for group B but without reaching statistical significance (84.6 ± 35.2 vs 101.2 ± 52.45 min. and 5.8 ± 1.6 vs 7.2 ± 3.6 days respectively, p < 0.064). The overall transfusion rate did not differ significantly. No side effects of aprotinin were noted.*
**Conclusion:** *The perioperative ultra-low dose aprotinin administration was associated with a reduction of total blood losses and blood product requirements. We therefore consider the use of aprotinin safe and effective in major thoracic surgery.*

## Comments

This was a small trial, with only 59 patients, which examined the use of aprotinin using an ultra low dose regime in thoracic surgery rather than cardiac surgery.  Patients were randomized into either a low-dose aprotinin group (n=29) or a placebo group (n=30).  The aprotinin group received 500,000 international units of aprotinin after induction and a repeat dose immediately after chest closure.  Aprotinin was associated with a significant reduction in mean drainage on the first and second postoperative days (412.6 ± 199.2 vs. 764.3 ± 213.9 ml, p = 0.001, and 248.3 ± 178.5 vs. 455.0 ± 274.6, p = 0.001).  There was also a lesser need for fresh frozen plasma transfusion.  There was a trend for shorter operative time and hospital

stay with aprotinin but this did not reach statistical significance. There was no difference in overall transfusion rates and there were no side effects with aprotinin that were noted. The authors concluded that the perioperative use of ultra low dose aprotinin was associated with a reduction of total blood losses and blood product requirements. They felt that the aprotinin was safe and effective in major thoracic surgery. Most of the patients were undergoing surgery for lung cancer and underwent lobectomies. The authors reported that there was no significant difference in mortality and there was no significant difference in morbidity. They also stated that there was no difference in reoperation for bleeding.

The study was limited by its small sample size. In addition, it was not completely blinded. The anesthetist knew whether aprotinin was received or not. The surgeons were informed about randomization after the patient had been transferred to the ward and thus follow up outcomes could have been affected by this knowledge. There are no sample size calculations to explain why this sample size was used. In addition, it did not involve bypass surgery patients who are the main types of patients who receive aprotinin.

*Colwell CW Jr, Chelly JE, Murkin JM, et al.*
*Randomized study of aprotinin effect on transfusions and blood loss in primary THA.*
*Clin Orthop Relat Res. 2007; 465:189-95.*

*A projected increase in total hip arthroplasties, shortfalls in blood availability, and awareness of complications of transfusion make blood management in orthopaedic surgery important. In a multicenter, randomized, double-blind, placebo-controlled study, we hypothesized use of aprotinin would reduce blood transfusions (any and allogeneic) and blood loss in total hip arthroplasty. Using an intent-to-treat approach, we recruited 393 patients stratified by preoperative autologous blood donation or none and then randomized them to receive aprotinin (176 patients receiving a 10,000 kallikrein inhibitor units [KIU] test dose, 2 million KIU load, 0.5 million KIU per hour) or placebo (177 patients). We assessed patients at baseline; postoperative days 1, 2, 3, and 7 (or discharge); and 6 +/- 2 weeks. Primary efficacy was percentage of patients having blood transfusion through day 7 or discharge. We based safety on reported adverse events. Aprotinin reduced transfusions by 46% (30 of 176 versus 56 of 177 patients). Aprotinin reduced the total number of any blood units and the number of allogeneic blood units transfused relative to placebo (48 versus 109 units and 30 versus 72 units, respectively). Serious complications were similar in the two groups (placebo, 11%; aprotinin, 10%). Our data suggest full-dose aprotinin is safe and effective in decreasing blood transfusion in total hip arthroplasty.*

**Comments**

The aim of this study was to determine whether aprotinin is safe and effective in decreasing blood transfusion in total hip arthroplasty. This multicenter, double-blinded study randomized patients into an aprotinin group (n=175) or a placebo group (n=177). Patients in the aprotinin treated group received a loading dose of 2 x $10^6$ KIU, followed by a maintenance infusion of 500,000 KIU/hr during surgery. The frequency of patients requiring whole or RBC transfusions was lower in the aprotinin group than in the placebo group (17% vs. 32%, p=0.0003), as was the frequency of allogeneic blood transfusion (11% vs. 22%, p=0.006). This remained true after stratification of patients who had not predonated blood (p=0.015). Aprotinin reduced blood loss relative to placebo (p=0.02). Rates of serious

19

complications were similar in the two groups (placebo, 11%; aprotinin, 10%). Because records were not kept on the number of patients who did not meet the eligibility criteria, the study was unable to identify the number of patients undergoing THA in whom the treatment would be applicable. One of the secondary hypotheses, which stated that aprotinin would reduce cost, could not be verified due to various other expenses which were not taken into account. Most importantly, total hip arthroplasty is not an indicated condition for the use of aprotinin.

***Poston RS, White C, Gu J, et al.***
***Aprotinin shows both hemostatic and antithrombotic effects during off-pump coronary artery bypass grafting.***
***Ann Thorac Surg 2006; 81:104 –10.***

*Background: Hemostatic drugs are widely thought to be unnecessary and potentially detrimental in off-pump coronary artery bypass graft surgery (OPCABG), despite well-established use in on-pump surgery. In a randomized, prospective OPCABG trial, we assessed efficacy and safety of aprotinin through a comprehensive assessment of graft patency and hematologic function.*
*Methods: Sixty patients were randomly assigned to full-dose aprotinin or placebo. Heparin was titrated to a kaolin-based activated clotting time of greater than 300 seconds. Exclusionary criteria included creatinine greater than 2 mg/dL, conversion to on-pump CABG, and preoperative GPIIb/IIIa inhibition. Hematologic assessments were obtained preoperatively, at the end of surgery, and on days 1 and 3: mean platelet volume, thrombin generation (prothrombin fragment 1.2 assay), and aspirin resistance using a modified thrombelastography, whole blood aggregometry, 11-dehydro-thromboxane B2 levels, and flow cytometry. Thrombotic events were defined as postoperative myocardial infarction by electrocardiography or elevated troponin I, clinical stroke by examination and head computed tomography, and bypass graft failure by multichannel computed tomography angiography on day 5.*
*Results: Aprotinin was associated with a significant reduction in intraoperative and postoperative blood loss compared with placebo but had no effect on transfusion rates. Patients treated with aprotinin had significantly fewer thrombotic events (3% versus 23%, p < 0.05, Fisher's exact test) and less postoperative aspirin resistance (20% versus 46%, respectively, p < 0.05, Fisher's exact test). Postoperative prothrombin fragment 1.2 level was reduced by aprotinin use.*
*Conclusions: Aprotinin reduced perioperative bleeding after OPCABG. Preserved aspirin sensitivity in the aprotinin group may explain the observed reduction in thrombotic events and might be related to the suppression of perioperative and transmyocardial thrombin formation.*

## Comments

The aim of this study was to assess the efficacy and safety of aprotinin use in off pump CABG surgery (OPCABG). Sixty patients were randomized to either full dose aprotinin (n=29), receiving $2 \times 10^6$ KIU loading dose of aprotinin, and a $0.5 \times 10^6$ KIU/h maintenance infusion during surgery, or to a placebo group (n=31). Patients received comprehensive assessments of graft patency and hematologic function. Aprotinin

significantly reduced the volume of bleeding seen intraoperatively (p=0.005), as well as the red blood cell drainage at 24 hours (77.8±84 cc for aprotinin versus 185.6±128 cc for placebo, p=0.007). There was a suggestive trend toward a reduction in number of patients requiring transfusion in the aprotinin group (p=0.07).  Arterial thrombotic events occurred less frequently in the aprotinin group than in the placebo group (3% vs. 23%, p=0.041), and aprotinin treated patients experienced less postoperative aspirin resistance (20% vs. 47%, p=0.045).  Of note, the best diagnostic test for aspirin resistance is uncertain.  To counteract this problem, the diagnosis of aspirin resistance was only given when findings were compatible with 2 of 3 assays performed.  Thrombin formation may have been affected by the exposure of blood to the mediastinum as well as heparin levels.  Also of note, clopidogrel use in OPCABG may eliminate the importance of aspirin resistance, but its use is controversial.  The sample size for this study was small.

*van der Linden J, Lindvall G, Sartipy U.*
***Aprotinin decreases postoperative bleeding and number of transfusions in patients on clopidogrel undergoing coronary artery bypass graft surgery: a double-blind, placebo-controlled, randomized clinical trial.***
*Circulation. 2005; 112:I-276-80.*

**Background:** *Clopidogrel, an irreversible platelet inhibitor, is used to treat patients with unstable angina. These patients often present for coronary artery bypass graft surgery (CABG) and are at increased risk for perioperative bleeding. The current investigation evaluates the impact of aprotinin on bleeding and transfusion requirements in clopidogrel-treated patients undergoing CABG.*
**Methods and Results:** *Seventy-five consecutive patients with unstable angina, administered clopidogrel <5 days before CABG, were randomized. Using a double-blind design, patients received full-dose aprotinin (n =37) or saline (n =38). Elapsed times between the last dose of clopidogrel and start of the operation were similar between the 2 groups [aprotinin, 58±28 hour (mean± SD); control, 54±27 hour; P=0.86], as were age (aprotinin, 66.4±10 years; control, 68.3±10 years; P=0.51), number of distal anastomoses (aprotinin, 3.6±1.0; control, 3.7±1.0; P=0.79), operative times (aprotinin, 192±48 minutes; control, 200±53 minutes; P=0.55), and lowest intraoperative hemoglobin level (aprotinin, 87±14 g/L; control, 88±14 g/L; P=0.60). Postoperative bleeding was 760±350 mL in aprotinin-treated patients versus 1200±570 mL (P<0.001) in control. During the hospital stay, patients in the aprotinin group received 1.2±1.5 and 0.1±0.4 U of erythrocytes and platelets, respectively, versus 2.8±3.2 (P=0.02) and 0.9±1.4 (P=0.002) units in the control. In the aprotinin group, 53% of patients received transfusions, whereas 79% of controls were exposed to blood products (P=0.02).*
**Conclusions:** *Intraoperative aprotinin decreases postoperative bleeding and the number of transfusions in patients undergoing CABG and treated with clopidogrel <5 days before surgery.*
**Key Words:** *angina • hemorrhage • inhibitors • platelets • surgery*

## Comments

A large number of patients in North America who present to the hospital with an acute coronary syndrome receive clopidogrel in the emergency room.  They also receive aspirin and heparin or a low molecular weight heparin.  There have been studies which have

21

shown that clopidogrel significantly increases perioperative bleeding in patients who undergo bypass surgery. Current recommendations are that if a patient has received clopidogrel, they should have the clopidogrel held and they should wait five days before undergoing bypass surgery in order to avoid bleeding.  However, in some cases, the surgery cannot wait and the patients have to undergo bypass surgery while receiving clopidogrel.  Thus, this trial was designed to examine whether the use of aprotinin could cut down on perioperative blood loss in patients who are undergoing bypass surgery and had been exposed to clopidogrel.

This double-blind, placebo-controlled study randomized 75 consecutive patients with unstable angina into an aprotinin group (n=37) and a placebo group (n=38). These patients were administered clopidogrel within five days prior to undergoing CABG.  The average time exposure to clopidogrel was approximately 55 hours before the start of the surgery. Postoperative bleeding was significantly reduced with aprotinin versus placebo.  In addition, use of transfusions of packed red blood cells and platelets were also reduced with aprotinin. A total of 53% of patients received transfusion with aprotinin versus 79% of controls. More than twice as many units of blood products were given to control patients (4.8±5.7) as compared with aprotinin-treated patients (1.8±2.3, P=0.02).

The dosages of aprotinin were the following: after induction of anesthesia, patients received a 1 mL test dose of aprotinin or placebo.  If no reaction occurred, patients in the aprotinin group received a loading dose of $2 \times 10^6$ KIU, followed by a maintenance infusion of 500,000 KIU/hr during surgery, and $2 \times 10^6$ KIU of aprotinin was added to the CPB circuit prime. An equal volume of placebo was administered to the placebo group. Baseline characteristics were similar between the two groups with the exception of a higher percentage of males among the aprotinin group. Importantly, both the number of proximal anastomoses, the number of distal anastomoses, and the number of left internal thoracic arteries used was the same in both groups.

One patient died in the control group on postoperative day 25 because of mediastinitis. Three deaths occurred in the treatment group.  Two patients had strokes and a third had a myocardial infarction in the operating room.  None of the patients who died had received tranexamic acid.  Importantly, tranexamic acid (range, 0 to 6 g IV) was given at the discretion of the anesthetist, if excessive drainage without clots was observed after the reversal of heparin with protamine and transfusion of platelets.  Thus, it appears in this study, that a patient could receive both aprotinin and tranexamic acid.

The major findings of this study were that intraoperative aprotinin decreases postoperative bleeding and transfusion requirements in patients undergoing bypass surgery and treated with clopidogrel in addition to aspirin and low molecular rate heparin within five days before surgery.

The major limitation of this study was the small sample size.  A trial of this size has an inadequate sample size to look at outcomes like mortality and renal failure.  In addition, there is potential bias because tranexamic acid was able to be given at the discretion of the anesthetist if excessive drainage without clots was observed after the reversal of heparin with protamine and transfusion of platelets.  A total of 55% of patients treated with saline received tranexamic acid as compared with 25% of the aprotinin treated patients.  The average dosage used in the patients receiving aprotinin was also less.

**Day JRS, Punjabi PP, Randi AM, et al.**

***Clinical inhibition of the seven-transmembrane thrombin receptor (par1) by intravenous aprotinin during cardiothoracic surgery.***
***Circulation. 2004; 110:2597-2600.***

**Background:** *Protease-activated receptor-1 (PAR1) is the principal thrombin receptor in the vasculature, and antagonists against this receptor are in preclinical trials. Aprotinin, already approved for clinical use to reduce transfusion requirements in cardiopulmonary bypass (CPB) surgery, has been shown to inhibit PAR1 activation in vitro. Here, we exploit CPB as a model for thrombin generation in humans to examine whether aprotinin can inhibit platelet PAR1 activation clinically.*

**Methods and Results:** *PAR1 expression and function on platelets was examined in coronary artery bypass grafting (CABG) patients randomized into 2 groups: (1) those receiving saline infusion during CPB (n=17) and (2) those receiving aprotinin ($2x10^6$ kallikrein inhibitor units [KIU] in pump prime, $2x10^6$ KIU loading dose, followed by $0.5x10^6$ KIU/h [n=13]). Platelets in the saline group showed loss of PAR1-specific function at 2 hours after CPB, but this was preserved in the aprotinin group (P<0.001). These effects were most likely targeted at PAR1 receptor cleavage, because (1) the level of thrombin generated during CPB did not vary significantly between groups, (2) expression of SPAN12, which detects only uncleaved PAR1 receptors, was preserved in the aprotinin but not the placebo group (P<0.05), and (3) supporting evidence in vitro showed reduced thrombin-induced PAR1 cleavage (P<0.001) and platelet aggregation (P<0.001) in the presence of aprotinin.*

**Conclusions:** *This study demonstrates that platelet PAR1 activation by thrombin can be inhibited by aprotinin. Our results extend the clinical mechanism of action of aprotinin and provide the first proof of principle that PAR1 can be inhibited clinically. This has implications beyond cardiac surgery for the development of therapeutic PAR1 blockade.*

**Key Words:** *thrombin • platelets • cardiopulmonary bypass*

### Comments

The primary objective of this study was to examine cardiopulmonary bypass surgery as a model for thrombin generation in humans in order to examine whether aprotinin can inhibit platelet protease activated receptor-1 (PAR1) activation clinically. This was a small study involving 30 patients undergoing CABG, who were randomized into either a group receiving a saline infusion as a placebo (n=17) or a group receiving aprotinin (n=13), and afterwards, PAR1 expression and function on the patient's platelets was examined. Patients in the aprotinin group received a $2 \times 10^6$ KIU dose of aprotinin in the pump prime, $2 \times 10^6$ KIU as a loading dose, and $0.5 \times 10^6$ KIU/h maintenance infusion during surgery.

This was a pharmacokinetic study. Thrombin generation did not vary significantly between the placebo and aprotinin groups except at 24 hours, when thrombin generation was significantly reduced in patients who received aprotinin (p=0.037). In examining the functional status of PAR1 perioperatively, the platelets of patients in the aprotinin group were found to be significantly protected compared to patients in the saline group (p=0.001), who experienced a significant drop in PAR1 function. The expression of SPAN12, which detects only uncleaved PAR1 receptors, was preserved in the aprotinin group, but not in the placebo group (p<0.05).

With the help of supporting evidence in vitro, this study showed that platelet PAR1 activation by thrombin can be inhibited by aprotinin. This is the first proof of the principle

that PAR1 can be inhibited clinically.

Very few, if any, clinical outcomes were reported in this study. The authors say that all the patients had uncomplicated postoperative recoveries. No clinical outcomes were discussed and the sample size was extremely small.

**Greilich PE, Okada K, Latham P, et al.**
**Aprotinin but not (epsilon)-aminocaproic acid decreases interleukin-10 after cardiac surgery with extracorporeal circulation randomized, double-blind, placebo-controlled study in patients receiving aprotinin and epsilon-aminocaproic acid.**
**Circulation. 2001; 104:I-265-9.**

*Background: Extracorporeal circulation induces a systemic inflammatory response, which may adversely affect organ function. One manifestation of this response is increased fibrinolysis. Antifibrinolytic drugs such as aprotinin and -aminocaproic acid have been effective in reducing fibrinolysis and blood loss after extracorporeal circulation; however, the effects of antifibrinolytic drugs on proinflammatory and anti-inflammatory mediators are not known. This study examined the effects of aprotinin and -aminocaproic acid on plasma levels of proinflammatory [interleukin-6 (IL-6)] and anti-inflammatory [interleukin-10 (IL-10)] cytokines during and after extracorporeal circulation.*
*Methods and Results: Seventy-two patients undergoing coronary artery bypass grafting with extracorporeal circulation were randomly assigned in a double-blind study to receive high-dose aprotinin, -aminocaproic acid, or saline placebo. Plasma levels of IL-6 and IL-10 were measured at 5 time points before, during, and after extracorporeal circulation. In all 3 groups, both IL-6 and IL-10 rose significantly after institution of extracorporeal circulation and remained elevated through the first postoperative day. Compared with saline, aprotinin significantly reduced IL-10 (P=0.02) and peak IL-6 (P=0.02) after extracorporeal circulation. In contrast, none of the reductions in IL-6 and IL-10 by -aminocaproic acid achieved statistical significance. Both aprotinin and -aminocaproic acid decreased blood loss compared with saline, but there was no significant difference in the number of patients receiving blood products among the treatment groups.*
*Conclusions: These data suggest that aprotinin and -aminocaproic acid differ in their effects on the inflammatory response to extracorporeal circulation. Aprotinin but not -aminocaproic acid appears to attenuate the rise in the proinflammatory and anti-inflammatory cytokines IL-6 and IL-10.* **Further studies will be required to determine if these cytokine alterations translate to changes in clinical outcomes.**
*Key Words: interleukins • antifibrinolytic agents • aprotinin • extracorporeal circulation • surgery*

### Comments

This study examined the effects of aprotinin and aminocaproic acid on plasma levels of proinflammatory interleukin 6 (IL-6) and anti-inflammatory interleukin 10 (IL-10) cytokines during and after extracorporeal circulation. This study randomized 72 patients undergoing CABG with extracorporeal circulation into either high dose aprotinin (n=24), aminocaproic acid (n=23) and saline placebo (n=25) groups. Plasma levels of IL-6 and IL-10 were measured at 5 time points before, during and after extracorporeal circulation.

Patients in the aprotinin group received a loading dose of $2 \times 10^6$ KIU, followed by a

maintenance infusion of 500,000 KIU/hr during surgery, and 2 x $10^6$ KIU of aprotinin was added to the CPB circuit prime. Patients in the aminocaproic acid group received a load of 100 mg/kg, a pump prime of 5g, and a maintenance infusion of 30 mg/kg per hour.   The saline group received a 200 ml load, a 200 ml pump prime, and 50 a ml/hr infusion. Patients in the aprotinin and aminocaproic acid groups had significantly less blood loss at 4 hours than the saline group (medians: aprotinin=100 (p<0.05); EACA=192 (p<0.05); saline=372). The difference in blood loss between aprotinin and epsilon aminocaproic acid was not significant. Aprotinin, but not aminocaproic acid significantly reduced IL-10 (p=0.02) and peak IL-6 (p=0.02) levels after extracorporeal circulation.  This study suggests that aprotinin, unlike epsilon aminocaproic acid, has the ability to decrease the production of both the pro-inflammatory and anti-inflammatory cytokines associated with extracorporeal circulation.

Blood samples were not collected at fixed intervals after skin incision, but according to the progress of the operations, because of the variability in the length of surgeries. Patients in this study were subjected to an above average period of extracorporeal circulation than normal, which may have caused a greater stimulus to the inflammatory response. Although this was a randomized study, it did not appear to be blinded.  In addition, it had an extremely small sample size.  Sample size was based on the desire to show a change in interleukin levels in the aprotinin group compared with other groups.  There were no reports of clinical outcomes in the study including mortality.  The study was limited in its application because of the small sample size, the nonblinded nature of the treatment, and the fact that no clinical outcomes were reported.

*Casati V, Guzzon D, Oppizzi M, et al.*
*Tranexamic acid compared with high-dose aprotinin in primary elective heart operations: effects on perioperative bleeding and allogeneic transfusions.*
*J Thorac Cardiovasc Surg. 2000; 120:520-7.*

*Objective: Since excessive fibrinolysis during cardiac surgery is frequently associated with abnormal perioperative bleeding, many authors have advocated prophylactic use of antifibrinolytic drugs to prevent hemorrhagic disorders. We compared the effects of tranexamic acid (a synthetic antifibrinolytic drug) with aprotinin (a natural derivative product with antifibrinolytic properties) on perioperative bleeding and the need for allogeneic transfusions.*
*Methods: In a single-center prospective randomized unblinded trial, 1040 consecutive patients undergoing primary, elective cardiac operations with cardiopulmonary bypass received either high-dose aprotinin or tranexamic acid. The aprotinin group (518 patients) received 280 mg in 20 minutes before the skin incision, 280 mg in the priming solution of the extracorporeal circuit, and a continuous infusion of 70 mg/h throughout the operation. The tranexamic acid group (522 patients) received 1 g in 20 minutes before the skin incision, 500 mg in the priming solution of the extracorporeal circuit, and a continuous infusion of 400 mg/h during the operation. Postoperative bleeding, perioperative transfusions, and hematologic variables were evaluated at fixed times. Postoperative thrombotic complications, intubation time, intensive care unit stay, and hospital stay were recorded.*
*Results: Postoperative bleeding was similar in the 2 groups: aprotinin 250 mL (150-400 mL) versus tranexamic acid 300 mL (200-450 mL) (median and 25th-75th quartiles), median*

*difference of 50 mL (95% confidence intervals, 0-50 mL). The number of transfusions and the outcome did not differ.*

**Conclusions**: *Tranexamic acid and aprotinin show similar clinical effects on bleeding and allogeneic transfusion in patients undergoing primary elective heart operations. Since tranexamic acid is about 100 times cheaper than aprotinin, its use is preferable in this type of patient.*

## Comments

This study compared the effects of tranexamic acid with aprotinin on perioperative bleeding and the need for allogeneic transfusions. This single-center, prospective, unblinded trial, randomized 1040 patients into an aprotinin group (n=518), which received 280 mg of aprotinin in 20 minutes before the skin incision, 280 mg in the priming solution of the extracorporeal circuit, and a continuous infusion of 70 mg/h throughout the operation, and a tranexamic acid group (n=522), which received 1 g of tranexamic acid in 20 minutes before the skin incision, 500 mg in the priming solution of the extracorporeal circuit, and a continuous infusion of 400 mg/h during the operation. Median total bleeding and 25th to 75th quartile ranges were similar in both groups (aprotinin: 250 mL [150-400 mL]; tranexamic acid: 300mL [200-450 mL]). The median difference in total blood loss between the groups was 50 mL with a 95% confidence interval of 0-50 mL. The number of transfusions, and the postoperative outcomes and complications were also similar in the two groups. This investigators concluded that since tranexamic acid is cheaper than aprotinin and provides a reduction in the risk of adverse reaction, it is preferable for use in primary elective cardiac surgery patients. The major weakness of this study is that a single center, unblinded trial may not be as generalizable as a multicenter, double-blinded trial. In addition, the focus of the study was on postoperative bleeding rather than hard clinical events.  However, the sample size of the study was higher than that of many of the RCTs done in this area.


**Casati V, Guzzon D, Oppizzi M, et al.**
**Hemostatic effects of aprotinin, tranexamic acid and epsilon-aminocaproic acid in primary cardiac surgery.**
**Ann Thorac Surg. 1999; 68(6):2252-6.**


**Background**: *The effects of epsilon-aminocaproic acid (EACA) and tranexamic acid (TA) on bleeding and allogeneic transfusions, and the cost of pharmacological and transfusional treatment were compared to aprotinin (AP).*

**Methods**: *We randomized 210 patients subjected to elective cardiac surgery. Of these, 68 patients received EACA (a bolus of 5 g, an infusion of 2 g/h, and 2.5 g in the priming), 72 patients received TA (a bolus of 1 g, an infusion of 400 mg/h, and 500 mg in the priming), and 70 patients received AP (a bolus of 280 mg, an infusion of 70 mg/h, and 280 mg in the priming). Postoperative blood loss and homologous transfusions were collected and the cost of pharmacological treatment and homologous transfusions were calculated.*

**Results**: *Bleeding but not allogeneic transfusions was significantly higher in the EACA group (467+/-234 versus TA, 311+/-231 versus AP, 283+/-233; p < 0.001). Costs of pharmacological and transfusional treatment were significantly lower in the TA group ($58.10+/-$105.10) versus the EACA group ($100.70+/-$158.60) versus the AP group ($432.60+/-$118.70) (p < 0.0001).*

***Conclusions***: *Compared to AP, TA has the same effects on bleeding and transfusions, but with a significant reduction of costs. Patients treated with EACA showed a significantly higher postoperative bleeding with an increased trend of transfusion requirement.*

## Comments

This study compares the effects of aminocaproic acid, tranexamic acid, and aprotinin on bleeding, allogeneic transfusions, and cost when used in elective adult cardiac surgery. A total of 210 patients were randomized into either an aminocaproic acid group (n=68), a tranexamic acid group (n=72) or an aprotinin group (n=70). Patients in the aprotinin group received 280 mg of aprotinin in 20 the minutes before sternotomy, a 70 mg/h operative infusion, and 280 mg in priming. Patients in the aminocaproic acid group received 5 g of aminocaproic acid in the 20 minutes before sternotomy, a 2 g/h operative infusion, and 2.5 g in priming. Patients in the tranexamic group received 1 g of tranexamic acid in the 20 minutes before sternotomy, a 400 mg/h operative infusion, and 500 mg in priming. The main finding of this study was that tranexamic acid, but not aminocaproic acid, was more cost saving and equally effective as aprotinin in reducing blood loss and transfusion requirements in first time cardiac surgery. Bleeding **but not allogeneic transfusions** was significantly higher in the aminocaproic acid group ($467 \pm 234$ versus tranexamic acid, $311 \pm 231$ versus aprotinin, $283 \pm 233$; $p < 0.001$). This is particularly important. Although less bleeding may be modestly more convenient for the surgeon, it does not translate into an improvement in clinically important outcomes like need for transfusions. Costs of pharmacological and transfusional treatment were significantly lower in the tranexamic acid group ($\$58.10 \pm \$105.10$) versus the aminocaproic acid group ($\$100.70 \pm \$158.60$) versus the aprotinin group ($\$432.60 \pm \$118.70$) ($p < 0.0001$). Weaknesses were the following: inadequate number of patients enrolled probably led to the lack of statistical significance in the difference of the number of transfusions among the three groups. Importantly, the study was unblinded.

*Mongan PD, Brown RS, Thwaites BK.*
***Tranexamic acid and aprotinin reduce postoperative bleeding and transfusions during primary coronary revascularization.***
*Anesth Analg. 1998; 87:258-65.*

*We evaluated the blood conservation effects of tranexamic acid (TA) or aprotinin administered before and during cardiopulmonary bypass (CPB) in a prospective, randomized, double-blind study of 150 adult patients undergoing primary coronary artery bypass grafting surgery. Patients received either TA (2 g) or large-dose aprotinin (7 million KIU). Thirty additional untreated patients otherwise managed in a similar fashion were included from a recently completed study for comparison of outcomes. Demographic, medical, surgical, laboratory, mediastinal chest tube drainage (MCTD), transfusion, and outcome data were collected. Allogeneic blood product administration was tightly controlled. The demographic, medical, and surgical characteristics did not significantly differ between the two therapy groups. The median postoperative MCTD loss in the TA group did not significantly differ from that in the aprotinin-treated group (708 vs 600 mL). The percentage of patients that received no allogeneic blood products was 25% for the TA group and 27% for the aprotinin group (P = not significant). The median number of allogeneic blood products administered to the TA group (0 U) did not significantly differ from that*

27

*administered to the aprotinin group (0 U). The percentage of patients with excessive MCTD (>1000 mL/24 h) did not significantly differ between groups (19% and 17%, respectively). In comparison, the control group had a significantly greater (P < 0.05) median MCTD (1020 mL), median allogeneic blood product exposure (4.5 U), and incidence of excessive MCTD (66%) and transfusion therapy (66%). These data help to support the use of pharmacologic methods to improve clinically relevant indicators of blood conservation for primary CPB procedures. Furthermore, the data show that TA is equivalent to aprotinin for blood conservation in patients at risk of excessive post-CPB bleeding and transfusion therapy. Implications: In a randomized, blind trial, we evaluated the effects of tranexamic acid or aprotinin on blood conservation after primary cardiopulmonary bypass surgery. Both drugs were equally effective in reducing blood loss, the incidence of transfusion, and the amount of blood products transfused compared with placebo.*

## Comments

This study evaluated the blood conservation effects of tranexamic acid and aprotinin during cardiopulmonary bypass. A total of 150 adult patients undergoing primary CABG were randomized into a tranexamic acid group (n=75) and an aprotinin group (n=75), while thirty additional untreated patients from a recently completed study were used for comparison of outcomes. In this investigation of patients undergoing primary CABG procedures, there were no significant differences between the aprotinin and tranexamic acid-treated patients in MCTD (TA: 708 mL, aprotinin: 600 mL), incidence of excessive MCTD (TA: 19%, aprotinin: 17%), percentage of patients transfused (tranexamic acid: 25%, aprotinin: 27%), or number of allogeneic units administered. The control group had a significantly greater (P < 0.05) median MCTD (1020 mL), median allogeneic blood product exposure (4.5 U), and incidence of excessive MCTD (66%) and transfusion therapy (66%). The major weaknesses of this study were that the insufficient size did not allow comment on the incidence of thrombotic complications with these medications

*Alderman EL, Levy JH, Rich JB, et al. on behalf of the IMAGE Investigators.*
*Analyses of coronary graft patency after aprotinin use: results from the international multicenter aprotinin graft patency experience (IMAGE) trial.*
*J Thorac Cardiovasc Surg 1998; 116:716-30.*

*Objective:We examined the effects of aprotinin on graft patency, prevalence of myocardial infarction, and blood loss in patients undergoing primary coronary surgery with cardiopulmonary bypass.*
*Methods: Patients from 13 international sites were randomized to receive intraoperative aprotinin (n = 436) or placebo (n= 434). Graft angiography was obtained a mean of 10.8 days after the operation. Electrocardiograms, cardiac enzymes, and blood loss and replacement were evaluated.*
*Results: In 796 assessable patients, aprotinin reduced thoracic drainage volume by 43% (P < .0001) and requirement for red blood cell administration by 49% (P < .0001). Among 703 patients with assessable saphenous vein grafts, occlusions occurred in 15.4% of aprotinin-treated patients and 10.9% of patients receiving placebo (P = .03). After we had adjusted for risk factors associated with vein graft occlusion, the aprotinin versus placebo risk ratio decreased from 1.7 to 1.05 (90% confidence interval, 0.6 to 1.8). These factors included*

*female gender, lack of prior aspirin therapy, small and poor distal vessel quality, and possibly use of aprotinin-treated blood as excised vein perfusate. At United States sites, patients had characteristics more favorable for graft patency, and occlusions occurred in 9.4% of the aprotinin group and 9.5% of the placebo group (P = .72). At Danish and Israeli sites, where patients had more adverse characteristics, occlusions occurred in 23.0% of aprotinin and 12.4% of placebo-treated patients (P = .01). Aprotinin did not affect the occurrence of myocardial infarction (aprotinin:2.9%; placebo:3.8%) or mortality (aprotinin:1.4%; placebo:1.6%).*

**Conclusions**: *In this study, the probability of early vein graft occlusion was increased by aprotinin, but this outcome was promoted by multiple risk factors for graft occlusion.*

### Comments

The primary objective of this trial was to examine the effect of aprotinin on graft patency, prevalence of myocardial infarction, and blood loss in patients undergoing bypass surgery. 870 patients from 13 international sites, including US, Danish, and Israeli sites, were randomized into groups that either received aprotinin (n=436) or placebo (n=434). Angiography was performed at a mean of 10.8 days after the operation.

Patients in the aprotinin group received a loading dose of $2 \times 10^6$ KIU, followed by a maintenance infusion of 500,000 KIU/hr during surgery, and $2 \times 10^6$ KIU of aprotinin was added to the CPB circuit prime. The sample size for this study was designed to detect a 50% increase in the proportion of aprotinin treated patients with saphenous vein graft occlusion versus placebo with an 80% power and an expected placebo occlusion rate of 16%. The authors found a 43% reduction in thoracic drainage as well as a 49% reduction in red blood cell transfusions. Both of these were statistically significant. Among 703 patients with assessable saphenous vein grafts, occlusions occurred in 15.4% of aprotinin treated patients and 10.9% of patients treated with placebo. The P was significant at 0.03. This suggests that the procoagulant effect of aprotinin may lead to early saphenous vein graft occlusion. After the investigators used a stepwise logistic regression analysis which controlled for all the risk factors which are known to be associated with graft occlusion, the odds ratio decreased from 1.7 (90% CI [1.2-2.1]), to 1.1 (90% CI [0.6-1.8]). Thus, they suggest that graft occlusion is not due to aprotinin but rather to other predictors of graft occlusion. This study found that aprotinin did not affect the occurrence of MI (aprotinin: 2.9%; placebo: 3.8%) or mortality (aprotinin: 1.4%; placebo: 1.6%), while it did decrease the need for transfusion (aprotinin: 40%; placebo; 58%).

The clinical characteristics of the patients were well balanced in the two study arms. Interestingly, at the US sites, there was no difference in saphenous vein graft occlusion between patients receiving aprotinin and those receiving placebo. However at the Danish and Israeli sites, there was almost twofold increase in saphenous vein graft occlusion with aprotinin, resulting in a higher risk ratio at European sites (RR=1.7, 90% CI [0.9-3.0]) relative to US sites (RR=0.7, 90% CI [0.4-1.3]). When baseline clinical characteristics were compared, it became apparent that US patients weighed more (had higher BMI's) and were more likely to have had a recent myocardial infarction than patients in Denmark and Israel.

There were 6 hospital deaths in the aprotinin group (1.4%) and 7 hospital deaths in the placebo group (1.6%). A subgroup analysis showed that the only factors that were associated with saphenous vein graft occlusion were being a female or having an ejection fraction less than 50%. The authors of this study could not find any difference in mortality or

incidence of myocardial infarction between the aprotinin and placebo groups.  It is important to note that this study was performed in patients with primary bypass surgeries.  Thus, this was a less high risk group of patients than in previous studies.  There were no patients in this study that had reoperation, for example.

This study ended in 1996, but took more than two years for all of its data to be analyzed, by which time the population underwent change. Importantly, the methods of vein graft preparation differed from center to center. There was a problem of compliance, with 20% of patients not going on to graft angiography.

**Lemmer JH Jr, Dining EW, Morton JR,et al.**
**Aprotinin for primary coronary artery bypass grafting: a multicenter trial of three dose regimens.**
**Ann Thorac Surg 1996; 62:1659-68.**

**Background**: *High-dose aprotinin reduces transfusion requirements in patients undergoing coronary artery bypass grafting, but the safety and effectiveness of smaller doses is unclear. Furthermore, patient selection criteria for optimal use of the drug are not well defined.*
**Methods**: *Seven hundred and four first-time coronary artery bypass grafting patients were randomized to receive one of three doses of aprotinin (high, low, and pump-prime-only) or placebo. The patients were stratified as to risk of excessive bleeding.*
**Results**: *All three aprotinin doses were highly effective in reducing bleeding and transfusion requirements. Consistent efficacy was not, however, demonstrated in the subgroup of patients at low risk for bleeding. There were no differences in mortality or the incidence of renal failure, strokes, or definite myocardial infarctions between the groups, although the pump-prime-only dose was associated with a small increase in definite, probable, or possible myocardial infarctions (p = 0.045).*
**Conclusions**: *Low-dose and pump-prime-only aprotinin regimens provide reductions in bleeding and transfusion requirements that are similar to those of high-dose regimens. Although safe, aprotinin is not routinely indicated for the first-time coronary artery bypass grafting patient who is at low risk for postoperative bleeding. The pump-prime-only dose is not currently recommended because of a possible association with more frequent myocardial infarctions.*

### Comments

The aim of this study was to compare the safety and effectiveness of smaller dose regimens of aprotinin in CABG compared to the more common, high dosage of aprotinin. This study also attempted to better define the patient selection criteria for optimal use of aprotinin.

A total of 704 first time CABG patients were randomized to receive one of three doses of aprotinin (high (n=173), low (n=180), and pump-prime-only (n=173)) or placebo (n=178). The patients were stratified as to risk of excessive bleeding. In 97% of the cases, patients were stratified into the increased risk for bleeding group because they were receiving aspirin preoperatively.

All three aprotinin doses were highly effective in reducing total blood drainage (high dose: 786 mL; low dose: 811 mL; pump prime: 899 mL; placebo: 1286 ml, p=0.000)  and transfusion requirements (high dose: 34%; low dose: 37%; pump prime: 35%; placebo: 55%,

p=0.000). Adverse outcomes were similar in all groups, except for definite, probable or possible MI, which was significantly increased in pump-prime only aprotinin treated patients (p=0.045). Only a limited clinical benefit was found to be conferred by aprotinin in patients at low risk for bleeding who undergo primary CABG. Since most patients were stratified into the increased risk for bleeding group, there were not enough patients in the low risk for bleeding group in order to attain consistent statistical significance, and only a trend could be observed toward less bleeding and fewer transfusions in low risk for bleeding patients that received aprotinin compared to placebo.

The major problem with this study is that although matching is very useful to control for potential confounders, it cannot control completely. There are some baseline differences between the two groups, and the patients who were in the two groups were from two different hospitals.

*D'Ambra MN, Akins CW , Blackstone EH et al.*
*Aprotinin in primary valve replacement and reconstruction: a multicenter, double-blind, placebo-controlled trial.*
*J Thorac Cardiovasc Surg 1996; 112:1081-9.*

**Background**: *Patients having cardiac operations often require blood transfusions. Aprotinin reduces the need for blood transfusions during coronary artery bypass graft operations. To determine the safety and effectiveness of aprotinin in reducing the use of allogeneic blood and postoperative mediastinal chest tube drainage, we studied 212 patients undergoing primary sternotomy for valve replacement or repair.*
**Methods**: *This study was multicenter, randomized, prospective, double-blind, and placebo-controlled. Patients received high-dose aprotinin (n = 71), low-dose aprotinin (n = 70), or placebo (n = 71). The study medication was given as a loading dose followed by a continuous infusion and pump prime dose. Heparin administration was standardized. Transfusions, postoperative mediastinal shed blood, and adverse events were tracked.*
**Results**: *Demographic profiles were similar among the treatment groups. Aprotinin did not decrease the percentage of patients receiving transfusions when compared with placebo (high-dose aprotinin, 63%, p = 0.092; low-dose aprotinin, 52%, p = 0.592; placebo, 48%). Aprotinin was associated with a reduction in the volume of mediastinal shed blood (high-dose aprotinin vs placebo, p = 0.002; low-dose aprotinin vs placebo, p = 0.017). Adverse events were equally distributed among the treatment groups except for postoperative renal dysfunction (high-dose aprotinin, 11%; low-dose aprotinin, 7%; placebo, 0%; p = 0.01). A disproportionate number of patients in the high-dose aprotinin group with postoperative renal dysfunction also had diabetes mellitus.*
**Conclusions**: *Aprotinin treatment in this population did not reduce allogeneic blood use, although there were significant reductions in the volume of mediastinal shed blood.*

## Comments

The primary objective of this study was to determine the safety and effectiveness of aprotinin in reducing the use of allogeneic blood and postoperative mediastinal chest drainage. In this multicenter, randomized, prospective, double-blind, and placebo-controlled study, 212 patients undergoing primary aortic and/or mitral valve replacement or repair were randomized into either high-dose (n=70), low-dose (n=71), or placebo groups (n=70).

Patients in the high-dose aprotinin group received a loading dose of $2 \times 10^6$ KIU, followed by a maintenance infusion of 500,000 KIU/hr during surgery, and $2 \times 10^6$ KIU of aprotinin was added to the CPB circuit prime. Patients in the low-dose aprotinin group received a loading dose of $1 \times 10^6$ KIU, followed by a maintenance infusion of 250,000 KIU/hr during surgery, and $1 \times 10^6$ KIU of aprotinin was added to the CPB circuit prime.

While aprotinin did significantly reduce the volume of mediastinal shed blood in this population, it was not found to reduce the percentage of patients requiring allogeneic transfusions. Postoperative renal dysfunction was more frequent among patients with aprotinin, 11% with high-dose, 7% with low-dose and 0% with placebo. Postoperative renal dysfunction in the high dose aprotinin group may have been due to the pre-existing condition of diabetes mellitus, although the study included relatively few patients with diabetes.

A total of 60% of patients given placebo required allogeneic blood. It was specified that a 50% reduction would be considered clinically meaningful. Thus, the authors came up with the sample size calculation of 65 patients per treatment group using a two-tailed test with an alpha level of 0.05 and a power of greater than 90%. This is based on high-dose aprotinin group versus placebo. Of note, 6% of the patients in the placebo group received aminocaproic acid whereas none of the patients in either of the aprotinin groups received this drug. Desmopressin was given to 9% of the high-dose group 8% of the low-dose group and 19% of the placebo group. There was a suggestion of an increased rate of renal dysfunction in patients receiving aprotinin. Importantly, there was also a suggestion of increased mortality among patients receiving aprotinin. A total of 5 patients died during this study: 3 in the high-dose aprotinin group and 2 in the low-dose aprotinin group. There were no patients in the placebo group who died. One patient in the low-dose aprotinin group died within one week of receiving the study medication. The remainder of the patients died more than one month after receiving the study medication. One additional patient in the low-dose aprotinin group died during a hospital readmission 31 days after discharge.

Increases in creatinine concentration of 0.5 mg per deciliter or greater occurred in 30% of the high-dose aprotinin group, 14% of the low-dose aprotinin group, and 8% of the placebo group. This was statistically significant. The difference between treatment groups did not persist when an increase in serum creatinine of greater than 2.0 mg per deciliter was considered. Importantly, in this study, aprotinin was not effective in decreasing transfusion requirements. The authors felt that this was because of the nature of the operations. The surgeries were primary sternotomy for valve operations with no leg incisions and short cardiopulmonary bypass and cross-clamp times. The authors noted that concern has been raised about the potential increased risk of thrombotic complications with aprotinin therapy in patients having cardiac operations.

This study is limited because of its small sample size and the use of three study groups. The low-dose aprotinin group is perhaps less informative. There was a suggestion for increased mortality as well as increased incidence of renal dysfunction in patients receiving aprotinin.

**Feindt PR, Walcher S, Volkmer I, et al.**
**Effects of high-dose aprotinin on renal function in aortocoronary bypass grafting.**
**Ann Thorac Surg 1995; 60:1076-80.**

***Background***: To reduce blood consumption in cardiac surgery, aprotinin has been widely used for years. Because aprotinin is metabolized in the kidney, damage of the renal system has been discussed.

***Methods***: To study these possibly unfavorable effects of aprotinin, a prospective, randomized, placebo-controlled study of 20 patients undergoing aortocoronary bypass operations was performed. A placebo group P was compared with group A, in which patients received high-dose aprotinin according to the "Hammersmith'" regimen. Renal function was assessed for 5 postoperative days using sodium dodecyl sulfate gel electrophoresis and quantitative protein analysis of the urine.

***Results***: During and after the operation, temporary renal dysfunction was found in all patients, with a substantial increase of all investigated iTldices. The ¢r~-microglobulin level in the urine was significantly increased in the aprotinin group for 5 days in comparison with the placebo group, with a maximum on the third postoperative day ($64.8 \pm 13.7$ versus $21.0 \pm 6.5$ mg/L; $p < 0.05$). Similarly, after sodium dodecyl sulfate-polyacryl-amide gel electrophoresis, the bands of proteins filtrated in the renal tubular system were almost tripled in the aprotinin group 5 days postoperatively ($5.0 \pm 0.8$ versus $2.1 \pm 0.2$; $p < 0.05$). Although urine production was significantly increased in group A ($4789 \pm 580$ versus $3653 \pm 492$ mL/24 h postoperatively; $p < 0.05$), no relevant changes in serum or urine creatinine levels could be observed in either group.

***Conclusions***: Patients undergoing aortocoronary bypass operations demonstrate a temporary renal dysfunction. Aprotinin impairs renal function in addition by overloading the tubular reabsorption mechanisms. Patients with normal renal function preoperatively--as were included in this study--are able to compensate for both the perioperative renal dysfunction caused by the extracorporeal circulation and the additional tubular damage due to aprotinin.

## Comments

The aim of this study was to examine the renal effects of aprotinin on patients undergoing aortocoronary bypass operations. A total of 20 patients were randomized into either a placebo group or an aprotinin treated group according to the "Hammersmith regimen". Patients in the aprotinin group received a $2 \times 10^6$ KIU loading dose, had $2 \times 10^6$ KIU added to the CPB circuit prime, and received a continuous infusion of $5 \times 10^5$ KIU/h during surgery.

Renal function was assessed for five postoperative days using gel electrophoresis and quantitative protein analysis of the patients' urine. The authors found that Alpha-1 microglobulin level in the urine was significantly increased in the aprotinin group at 3 and 5 days in comparison with the placebo group ($64.8 \pm 13.7$ versus $21.0 \pm 6.5$ mg/L; $p < 0.05$). The authors felt that aprotinin enhanced the commonly seen renal dysfunction occurring after bypass surgery by overloading the tubular reabsorption mechanisms. No difference in serum or urine creatinine levels was observed between the groups. The authors concluded that aprotinin enhances the temporary renal dysfunction that patients undergoing operations with extracorporeal circulation experience at 5 days after surgery

This study was limited because it had an extremely small sample size and did not report any clinical outcomes.  In addition, it was unclear if there was any blinding that occurred in the study. The high standard deviation and small group size made it difficult to examine statistical significance despite the considerable increase of protein in the aprotinin

group.

***Levy JH, Pifarre R, Schaff HV, et al.***
***A multicenter, double-blind, placebo-controlled trial of aprotinin for reducing blood loss and the requirement for donor-blood transfusion in patients undergoing repeat coronary artery bypass grafting.***
***Circulation. 1995; 92:2236-44.***

*__Background__: Aprotinin is a serine protease inhibitor that reduces blood loss and transfusion requirements when administered prophylactically to cardiac surgical patients. To examine the safety and dose-related efficacy of aprotinin, a prospective, multicenter, placebo-controlled trial was conducted in patients undergoing repeat coronary artery bypass graft (CABG) surgery.*

*__Methods and results__: Two hundred eighty-seven patients were randomly assigned to receive either high-dose aprotinin, low-dose aprotinin, pump-prime-only aprotinin, or placebo. Drug efficacy was determined by the reduction in donor-blood transfusion up to postoperative day 12 and in postoperative thoracic-drainage volume. The percentage of patients requiring donor-red-blood-cell (RBC) transfusions in the high- and low-dose aprotinin groups was reduced compared with the pump-prime-only and placebo groups (high-dose aprotinin, 54%; low-dose aprotinin, 46%; pump-prime only, 72%; and placebo, 75%; overall P = .001). The number of units of donor RBCs transfused was significantly lower in the aprotinin-treated patients compared with placebo (high-dose aprotinin, 1.6 +/- 0.2 U; low-dose aprotinin, 1.6 +/- 0.3 U; pump-prime-only, 2.5 +/- 0.3 U; and placebo, 3.4 +/- 0.5 U; P = .0001). There was also a significant difference in total blood-product exposures among treatment groups (high-dose aprotinin, 2.2 +/- 0.4 U; low-dose aprotinin, 3.4 +/- 0.9 U; pump-prime-only, 5.1 +/- 0.9 U; placebo, 10.3 +/- 1.4 U). There were no differences among treatment groups for the incidence of perioperative myocardial infarction (MI).*

*__Conclusions__: This study demonstrates that high- and low-dose aprotinin significantly reduces the requirement for donor-blood transfusion in repeat CABG patients without increasing the risk for perioperative MI.*

## Comments

The objective of this study was to examine the safety and dose related efficacy of aprotinin.  Drug efficacy was determined by the reduction in donor blood transfusion up to postoperative day 12 and in postoperative thoracic drainage volume. In this multicenter, double-blinded study, 287 patients undergoing repeat CABG surgery were randomized into either high dose aprotinin (n=73), low dose aprotinin (n=70), pump prime only aprotinin (n=72) or placebo groups (n=72). 254 of these patients were eligible for the efficacy analysis. The high dose aprotinin group received $2 \times 10^6$ KIU aprotinin loading dose, $2 \times 10^6$ KIU added to the CPB circuit prime and a continuous infusion of $5 \times 10^5$ KIU/h during surgery. The low dose aprotinin group received $1 \times 10^6$ KIU aprotinin loading dose, $1 \times 10^6$ KIU added to the CPB circuit prime and a continuous infusion of $2.5 \times 10^5$ KIU/h during surgery. The pump prime only aprotinin group received $2 \times 10^6$ KIU aprotinin added to CPB circuit prime.

Red cell transfusions were reduced in patients receiving aprotinin (high-dose aprotinin, 54%; low-dose aprotinin, 46%; pump-prime only, 72%; and placebo, 75%). Aprotinin treated patients required significantly lower number of units of donor RBCs

compared to the placebo group (high-dose aprotinin, 1.6±0.2 U; low-dose aprotinin, 1.6±0.3 U; pump-prime-only, 2.5±0.3 U; and placebo, 3.4±0.5 U). There was also a significant difference in total blood product exposures among treatment groups. The study was designed to have a 90% power to detect a 39% difference between low-dose aprotinin and placebo groups for the percentage of patients requiring donor blood under the null hypothesis of no treatment difference.

There were no significant differences among treatment groups for the incidence of perioperative myocardial infarction based on electrocardiography. This included definite, probable, or possible myocardial infarction. The incidence of clinically significant postoperative renal insufficiency or failure was similar among the treatment groups. Aprotinin treatment was associated with a significant reduction in the incidence of reexploration and stroke. Mortality was 7% in the aprotinin treatment groups and 7% in the placebo group.

The patient groups were well balanced for baseline clinical factors. Both duration of surgery and time required for chest closure were significantly reduced in the high and low dose aprotinin groups relative to placebo. A total of 15 of the 254 patients received hemostatic agents (either desmopressin or aminocaproic acid); 8 were in the placebo group, 4 in the pump prime only group, and 3 in the low-dose group.

The authors concluded that aprotinin in high and low-dose regimens significantly reduced blood loss and the requirement for donor blood transfusion. Both dosages were effective, conferring approximately 40 to 50% reduction in blood loss and a 30 to 40% reduction in percentage of patients requiring red blood cell transfusions.

There was some speculation in the discussion about the possible association of aprotinin with increased incidence of graft occlusion in cardiac surgical patients. This had been reported previously. In addition, Cosgrove at the Cleveland Clinic reported an increased incidence of MI in aprotinin treated repeat bypass patients. The rates were 17.5% compared with 14.3% and 8.9% in the high-dose, low-dose, and placebo groups. One potential explanation for this increased incidence of MI and graft occlusion reported by Cosgrove was the possibility of an inadequate anticoagulation during surgery. It was felt that when celite is used as a contact activating agent (also known as Hemochron), there is an artifactual prolongation of ACT that is independent of heparin concentration. Thus, heparin levels may have been too low when aprotinin was given and that is why myocardial infarction and graft occlusion occurred rather than due to the aprotinin.

Limitations of this study are that it has a relatively small sample size and that aminocaproic acid was used in patients whose postoperative bleeding could not be controlled, and was not administered to any high dose aprotinin patients, which may have led to a possible underestimation of the efficacy of aprotinin.

### Synthesis of Randomized Controlled Trials

### Introduction and Patient Characteristics

The majority of patients in the RCTs reviewed underwent coronary artery bypass grafting (CABG) surgery, including 9 studies that focused exclusively on patients undergoing this type of surgery. The remaining studies focused on primary valve replacement and reconstruction (D'Ambra et al.), total hip arthroplasty (Colwell et al.), and thoracic surgical

operations (Apostolakis et al.). The average age of patients in these RCTs ranged from 57 to 69. The majority of patients (~70-90%) in nearly all the studies were male, except in the Colwell et al. and D'Ambra et al. studies, in which the percentages of male patients were close to 50%.

The largest and best performed of the aprotinin RCTs was the BART trial, which had a sample size of 2331 patients who underwent high-risk cardiac surgery. The only other trial with a sample size greater than 1000 patients was the Casati et al. (2000) trial (N=1040), which was a single-centred, unblinded study. The IMAGE trial (N=870) and the Lemmer et al. trial (N=740) were the only other studies with sample sizes greater than 400 patients.

Another aspect of the BART trial that set it apart from the other studies was its use of two active controls, aminocaproic acid and tranexamic acid, as comparators. One other trial used both of these lysine analogues as controls (Casati et al. (1999)). Two studies used tranexamic acid as comparators (Casati et al. (2000) and Mongan et al.), while the Greilich et al. trial used aminocaproic acid, along with saline placebo, as a comparator. The remaining studies were placebo-controlled, and used saline placebo as a comparator to one, or several dosage varieties of aprotinin. The most common dosage of aprotinin used was the high-dose, or "Hammersmith" regimen, in which a loading dose of 2 million international units of aprotinin is administered, followed by a maintenance infusion of 500,000 international units per hour during surgery, as well as 2 million international units added to the cardiopulmonary bypass circuit.

### Renal Failure and Dysfunction

The RCTs that reported renal failure and/or renal dysfunction as a separate outcome were BART (2008), Colwell et al. (2007), Casati et al. (2000), D'Ambra et al. (1996), Lemmer et al. (1996) and Levy et al. (1995). The D'Ambra et al. trial suggested a significant increase in abnormal renal function and renal failure in patients treated with aprotinin. The authors of the D'Ambra et al. trial suggested that patients with diabetes mellitus who are treated with aprotinin may be more likely to develop renal failure than those randomized into a placebo group, but this finding was weakened by the small number of patients in the study with diabetes (n=18) and the overall small sample size of this study. BART reported a statistical trend for an increase in the proportion of patients who had a doubling of serum creatinine levels, and Levy et al. found that there was a trend toward a prolongation of the time required for creatinine levels to return to baseline among the aprotinin groups. However, none of the RCTs were adequately powered to examine renal failure. Because renal dysfunction is a continuous outcome, it can be looked at with studies of relatively small sample size. However, renal failure is a dichotomous event. Thus, RCTs need to have extremely large sample sizes – on the order of many thousands – to look at this outcome with any assurance. Only BART even began to approach the sample sizes required to look at renal failure, and even BART was underpowered to look at this endpoint.

### Death

None of the RCTs in this area was adequately powered to examine mortality. BART was by far the largest trial done, and the results suggested increased mortality with aprotinin, but even BART was not adequately powered to look at this outcome. No other RCTs reported any significant trends with regards to mortality in patients treated with aprotinin, but Van der Linden et al. (2005) and D'Ambra et al. (1996) suggested this as a possible trend. In all of the RCTs, except for BART, mortality was not considered a primary or even secondary

outcome, and in several studies, mortality was not reported at all.  In any event, the relatively small sample sizes of the RCTs make it difficult to look at trends related to mortality.

## Conclusions

Data from RCTs dealing with aprotinin were compiled, and the safety of the drug was assessed. In comparing the characteristics of the selected studies, the low average sample size of the studies was apparent.  None of the RCTs was adequately powered to examine mortality, but the BART trial did report an association between aprotinin use and increased mortality.   In addition, both BART and  D'Ambra et al, showed an increase in the likelihood of renal events in patients who received aprotinin.  Nevertheless, as mentioned above, none of the RCTs including BART were it powered to look at relatively infrequent dichotomous events such as mortality and renal failure requiring dialysis.  For events like these, we have to depend on results from large observational studies.  For the outcome of renal dysfunction, which is a continous outcome, RCTs could approach this issue, and several, such as BART and D'Ambra showed an increase in renal dysfunction with aprotinin.

**Table 1. Characteristics of Aprotinin RCT**

| Trial | Year | Sample Size | Dosage | Comparator | Primary Endpoint(s) |
|-------|------|-------------|--------|------------|---------------------|
| BART | May 2008 | 2331 | $2 \times 10^6$ KIU load<br>$2 \times 10^6$ KIU in CPB prime<br>$0.5 \times 10^6$ KIU/h infusion | Tranexamic acid (n=770)<br>Aminocaproic acid (n-780) | Massive postoperative bleeding<br>Death from any cause at 30 days |
| Apostolakis et al. | March 2008 | 59 | 500.000 IU x 2 | Placebo (n=30) | Postoperative blood loss<br>Length of hospital stay |
| Colwell et al. | December 2007 | 393 | 10,000 KIU test dose<br>$2 \times 10^6$ KIU load<br>$0.5 \times 10^6$ KIU/h infusion | Placebo (n=177) | Percentage of patients having blood transfusion through day 7 |
| Poston et al. | May 2006 | 60 | 10,000 KIU test dose<br>$2 \times 10^6$ KIU load<br>$0.5 \times 10^6$ KIU/h infusion | Placebo (n=31) | Blood loss at 24 hours |
| Van der Linden et al. | August 2005 | 75 | $2 \times 10^6$ KIU load<br>$2 \times 10^6$ KIU in CPB prime<br>$0.5 \times 10^6$ KIU/h infusion | Saline (n=38) | Postoperative bleeding<br>Number of transfusions |
| Day et al. | October 2004 | 30 | $2 \times 10^6$ KIU load<br>$2 \times 10^6$ KIU in pump prime<br>$0.5 \times 10^6$ KIU/h | Saline (n=17) | Thrombin generation<br>Loss of PAR1 specific function in platelets |
| Greilich et al. | September 2001 | 72 | $2 \times 10^6$ KIU load<br>$2 \times 10^6$ KIU pump prime<br>$0.5 \times 10^6$ KIU/h infusion | Aminocaproic acid (n=23)<br>Saline placebo (n=25) | IL-10 levels<br>IL-6 levels |
| Casati et al.[1] | September 2000 | 1040 | 280 mg before incision<br>280 mg in priming<br>70 mg/h infusion | Tranexamic acid (n=522) | Postoperative bleeding<br>Number of transfusions |
| Casati et al. | June 1999 | 210 | 280 mg bolus<br>70 mg/h infusion<br>280 mg in priming | Aminocaproic acid (n=68)<br>Tranexamic acid (n=72) | Bleeding<br>Transfusion<br>Cost |
| IMAGE | November 1998 | 870 | $2 \times 10^6$ KIU load<br>$2 \times 10^6$ KIU pump prime<br>$0.5 \times 10^6$ KIU/h infusion | Placebo (n=434) | Postoperative graft occlusion |
| Mongan et al. | April 1998 | 150 | 7 million KIU | Tranexamic acid (n=75) | Blood loss<br>Incidence of transfusion |

---

[1] Single-center, unblinded trial

**Table 1. Characteristics of Aprotinin RCTs (cont'd)**

| | | | | | |
|---|---|---|---|---|---|
| D'Ambra et al. | May 1996 | 212 | $2\times10^6$ KIU load<br>$2\times10^6$ KIU pump prime<br>$0.5\times10^6$ KIU/h infusion | Low-dose aprotinin (n=70)<br>Placebo (n=71) | Units of allogeneic blood per patient<br>Volume of shed blood |
| Lemmer et al. | January 1996 | 740 | 280 mg before incision<br>280 mg in priming<br>70 mg/h infusion | Low-dose aprotinin (n=180)<br>Pump-prime only aprotinin (n=173)<br>Placebo (n=178) | Bleeding<br>Transfusion requirements |
| Feindt et al. | May 1995 | 20 | $2\times10^6$ KIU load<br>$2\times10^6$ KIU in CPB prime<br>$0.5\times10^6$ KIU/h infusion | Placebo (n=10) | Renal dysfunction |
| Levy et al. | May 1995 | 287 | High dose: $2\times10^6$ KIU load<br>$2\times10^6$ KIU pump prime<br>$0.5\times10^6$ KIU/h infusion | Low-dose aprotinin (n=70)<br>Pump-prime only aprotinin (n=72)<br>Placebo (n=72) | Need for donor-blood transfusion<br>Risk for perioperative MI |

**Table 2. Baseline Patient Characteristics for Aprotinin RCTs**

| Trial[2] | Variable | N | Age (years) | Sex (male %) | Previous MI (%) | Diabetes (%) | Hypertension (%) | Ejection Fraction (%) | Creatinine (mg/dl) | Undergoing CABG (%) |
|---|---|---|---|---|---|---|---|---|---|---|
| BART | Aprotinin | 781 | 67.0±10.8 | 69.5 | 27.1 | 23.7 | - | - | - | 65.8 |
| | TXA | 770 | 66.9±11.4 | 73.0 | 29.6 | 23.4 | - | - | - | 67.7 |
| | EACA | 780 | 66.6±10.8 | 72.9 | 28.1 | 24.9 | - | - | - | 64.9 |
| Apostolakis et al. | Aprotinin | 29 | 57.5±16.3 | 89.7 | - | 20.7 | 23.3 | - | - | 0 |
| | Placebo | 30 | 58.5±9.8 | 90.0 | - | 13.3 | 31.0 | - | - | 0 |
| Colwell et al. | Aprotinin | 175 | 63.4±12.1 | 52 | 2[3] | 10 | - | - | - | 0 |
| | Placebo | 177 | 64.4±12.7 | 46 | 4 | 13 | - | - | - | 0 |
| Poston et al. | Aprotinin | 29 | - | - | - | - | - | - | - | 100[4] |
| | Placebo | 31 | - | - | - | - | - | - | - | 100[3] |
| Van der Linden et al. | Aprotinin | 37 | 66.4±10 | 84 | - | 19[5] | 41 | - | - | 100 |
| | Saline | 38 | 68.3±10 | 66 | - | 21 | 50 | - | - | 100 |
| Day et al. | Aprotinin | 13 | - | - | - | - | - | - | - | 100 |
| | Saline | 17 | - | - | - | - | - | - | - | 100 |
| Greilich et al. | Aprotinin | 24 | 64±9 | - | 46 | 29 | 79 | 55.5±13 | - | 100 |
| | EACA | 23 | 63±8 | - | 52 | 48 | 76 | 58.2±15 | - | 100 |
| | Saline | 25 | 62±7 | - | 55 | 48 | 66 | 55.3±15 | - | 100 |
| Casati et al.[6] | Aprotinin | 518 | 62±10 | 79.5 | - | 14.7 | 29.5 | 60±9 | 0.9 [0.74-1.02] | 74.9 |
| | TXA | 522 | 61±10 | 79.5 | - | 14.9 | 31 | 59±10 | 0.88 [0.7-1.03] | 74.7 |
| Casati et al. | Aprotinin | 67 | 63.6±9.6 | 79.8 | - | - | - | 54.6±13.2 | 0.90±0.26 | 80.4 |
| | EACA | 66 | 58.7±10.0 | 82.3 | - | - | - | 55.2±13.4 | 0.91±0.25 | 80.3 |
| | TXA | 70 | 61.9±9.6 | 81.9 | - | - | - | 54.8±12.9 | 0.89±0.25 | 79.7 |
| IMAGE | Aprotinin | 436 | 61.8±9.1 | 87.4 | 11.7[7] | - | - | - | 1.13±0.23 | 100 |
| | Placebo | 434 | 62.3±9.1 | 86.9 | 14.3 | - | - | - | 1.3±0.21 | 100 |

[2] Listed in reverse chronological order
[3] Myocardial disorder
[4] Underwent off pump CABG
[5] Treated with insulin or oral antidiabetics
[6] Single-center, unblinded trial

**Table 2. Baseline Patient Characteristics for Aprotinin RCTs (cont'd)**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Mongan et al. | Aprotinin | 75 | 62±10 | 81.3 | - | - | - | 49.3±12.8 | - | 100 |
| | TXA | 75 | 61±11 | 78.7 | - | - | - | 51.9±11.6 | - | 100 |
| D'Ambra et al. | HD AP | 65 | 59.8±3.1 | 48 | 12 | - | 46 | - | 1.10±0.02 | 0 |
| | LD AP | 62 | 59.2±3.2 | 53 | 3 | - | 29 | - | 1.12±0.02 | 0 |
| | Placebo | 64 | 60.0±3.1 | 47 | 8 | - | 36 | - | 1.10±0.02 | 0 |
| Lemmer et al. | HD AP | 173 | 61.3(0.8) | 84 | - | - | - | - | - | 100 |
| | LD AP | 180 | 61.7(0.8) | 86 | - | - | - | - | - | 100 |
| | PP AP | 173 | 62.1(0.8) | 87 | - | - | - | - | - | 100 |
| | Placebo | 178 | 62.5(0.8) | 85 | - | - | - | - | - | 100 |
| Feindt et al. | Aprotinin | 10 | 62.3±1.2 | - | - | - | - | - | - | 100 |
| | Placebo | 10 | 66.4±2.4 | - | - | - | - | - | - | 100 |
| Levy et al.[8] | HD AP | 61 | 64±1.0 | 90 | - | - | - | - | - | 100 |
| | LD AP | 60 | 65±1.0 | 88 | - | - | - | - | - | 100 |
| | PP AP | 68 | 66±1.0 | 91 | - | - | - | - | - | 100 |
| | Placebo | 65 | 64±1.0 | 91 | - | - | - | - | - | 100 |

**Abbreviations:** RCT, Randomized Controlled Trial; TXA, tranexamic acid; EACA, (epsilon)-aminocaproic acid; N, number of patients in treatment group; MI, myocardial infarction; HD AP, high dose aprotinin; LD AP, low dose aprotinin; PP AP, pump prime only aprotinin.

---

[7] <30 days preoperatively
[8] Patients eligible for efficacy analysis

**Table 3.1 Outcomes for Aprotinin RCTs**

| Trial | Variable | Outcome | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Mortality | | | | | | MI | | | | | | Excessive Bleeding | | | | | |
| | | Relative Risk | | | Absolute | | | Relative Risk | | | Absolute | | | Relative Risk | | | Absolute | | |
| | | RR | 95% CI | P | n/N | % | P | RR | 95% CI | P | n/N | % | P | RR | 95% CI | P | n/N | % | P |
| BART | Aprotinin (vs TXA.) | 1.55[9] | 0.99-2.42 | .05 | 47/779 | 6.0 | - | 1.19 | 0.73-1.95 | - | 33/717 | 4.6 | - | 0.79[10] | 0.59-1.05 | - | 74/780 | 9.5 | - |
| | Aprotinin (vs EACA) | 1.52 | 0.98-2.36 | .06 | 47/779 | 6.0 | - | 1.69 | 0.98-2.92 | - | 33/717 | 4.6 | - | 0.79 | 0.59-1.05 | - | 74/780 | 9.5 | - |
| | Aprotinin (vs. both) | 1.53 | 1.06-2.22 | - | 47/779 | 6.0 | - | - | - | - | - | - | - | 0.79 | 0.61-1.01 | - | 74/780 | 9.5 | - |
| | Tranexamic acid | - | - | - | 30/769 | 3.9 | - | - | - | - | 28/727 | 3.9 | - | - | - | - | 93/770 | 12.1 | - |
| | EACA | - | - | - | 31/780 | 4.0 | - | - | - | - | 20/735 | 2.7 | - | - | - | - | 94/780 | 12.1 | - |
| Apostolakis et al. | Aprotinin | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | Placebo | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Colwell et al. | Aprotinin | - | - | - | 0/175 | 0 | - | - | - | - | 1/175 | 0.6 | - | - | - | - | - | - | - |
| | Placebo | - | - | - | 1/177 | 0.6 | - | - | - | - | 1/177 | 0.6 | - | - | - | - | - | - | - |
| Poston et al. | Aprotinin | - | - | - | - | - | - | - | - | - | 1/29 | 3.4 | - | - | - | - | - | - | - |
| | Placebo | - | - | - | - | - | - | - | - | - | 3/31 | 9.7 | - | - | - | - | - | - | - |
| Van der Linden et al. | Aprotinin | - | - | - | 3/37[1] | 8.1 | .28 | - | - | - | 0/37[11] | 0.0 | 1.0 | - | - | - | 5/38 | 1.3 | .10 |
| | Saline | - | - | - | 1/38 | 2.6 | .28 | - | - | - | 0/38 | 0.0 | 1.0 | - | - | - | 1/37 | 2.7 | .10 |
| Day et al. | Aprotinin | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | Saline | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Greilich et al. | Aprotinin | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 0/24[12] | 0 | - |
| | EACA | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 3/23 | 13 | - |
| | Saline | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 5/25 | 25 | - |
| Casati et al.[13] | Aprotinin | - | - | - | 12/518 | 2.3 | .6 | - | - | - | 9/518 | 1.7 | .7 | - | - | - | 51/518[14] | 9.8 | .8 |
| | TXA | - | - | - | 10/522 | 1.9 | .6 | - | - | - | 11/522 | 2.1 | .7 | - | - | - | 53/522 | 10.1 | .8 |

[9] 30 Day Mortality

[10] Massive Bleeding: A composite outcome of bleeding from chest tubes that exceeded 1.5 liters during any 8-hour period or massive transfusion, which was defined as the administration of more than 10 units of red cells within 24 hours after surgery.

[11] Acute myocardial infarction (new Q-wave)

[12] Excessive blood loss: >600 mL of mediastinal chest tube drainage in the first 4 hours after placement

[13] Single-center, unblinded trial

[14] Defined as greater than 200 ml/h for 2 consecutive hours

**Table 3.1 Outcomes for Aprotinin RCTs (cont'd)**

| | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Casati et al. | Aprotinin | - | - | - | 1/67 | 1.5 | - | - | - | - | 3/67 | 4.5 | - | - | - | - | - | - | - |
| | EACA | - | - | - | 1/66 | 1.5 | - | - | - | - | 3/66 | 4.5 | - | - | - | - | - | - | - |
| | TXA | - | - | - | 0/70 | 0 | - | - | - | - | 4/70 | 5.7 | - | - | - | - | - | - | - |
| IMAGE | Aprotinin | - | - | - | 6/436[15] | 1.4 | - | - | - | - | 12/410 | 2.9 | .47 | - | - | - | 5/436[16] | 1.1 | .001 |
| | Placebo | - | - | - | 7/434 | 1.6 | - | - | - | - | 16/421 | 3.8 | .47 | - | - | - | 22/434 | 5.1 | .001 |
| Mongan et al. | Aprotinin | - | - | - | 0/75 | 0 | - | - | - | - | 2/75 | 2.7 | - | - | - | - | 13/75[17] | 17 | - |
| | TXA | - | - | - | 0/75 | 0 | - | - | - | - | 3/75 | 4.0 | - | - | - | - | 14/75 | 19 | - |
| D'Ambra et al. | High dose aprotinin | - | - | - | 3/71 | 4.2 | - | - | - | - | 4/71 | 6 | .54 | - | - | - | - | - | - |
| | Low dose aprotinin | - | - | - | 2/70 | 2.9 | - | - | - | - | 1/70 | 1 | .54 | - | - | - | - | - | - |
| | Placebo | - | - | - | 0/71 | 0.0 | - | - | - | - | 3/71 | 4 | .54 | - | - | - | - | - | - |
| Lemmer et al. | High dose aprotinin | - | - | - | 3/173[18] | 2 | - | - | - | - | 10/165 | 6 | .284 | - | - | - | - | - | - |
| | Low dose aprotinin | - | - | - | 4/180 | 2 | - | - | - | - | 11/169 | 7 | .344 | - | - | - | - | - | - |
| | Pump-prime only aprotinin | - | - | - | 5/173 | 3 | - | - | - | - | 9/166 | 5 | .443 | - | - | - | - | - | - |
| | Placebo | - | - | - | 3/178 | 2 | - | - | - | - | 7/170 | 4 | - | - | - | - | - | - | - |
| Feindt et al. | Aprotinin | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | Placebo | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Levy et al. | High dose aprotinin | - | - | - | 15/215[19] | 7 | .252 | - | - | - | 8/68 | 12 | .856 | - | - | - | 0[20] | 0 | - |
| | Low dose aprotinin | - | - | - | - | - | - | - | - | - | 10/68 | 15 | .629 | - | - | - | 0 | 0 | - |
| | Pump-prime only aprotinin | - | - | - | - | - | - | - | - | - | 6/70 | 9 | .331 | - | - | - | 2/68 | 3 | - |
| | Placebo | - | - | - | 5/72 | 7 | - | - | - | - | 8/67 | 12 | - | - | - | - | 3/65 | 5 | - |

**Abbreviations:** CI, confidence interval; TXA, tranexamic acid; EACA, (epsilon)-aminocaproic acid; n, number of patients with events; N, number of patients in treatment group; MI, myocardial infarction.

---

[15] Hospital death

[16] Serious bleeding (no definition given)

[17] More than one liter of mediastinal chest tube drainage in the first 24 h after CPB

[18] 30 Day Mortality

[19] Includes all patients treated with aprotinin

[20] Bleeding that was not correctable by surgery (ie diffuse bleeding)

**Table 3.2 Outcomes for Aprotinin RCTs**

| Trial[21] | Variable | Stroke | | | | | | Renal Failure | | | | | | Renal Dysfunction | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Relative Risk | | | Absolute | | | Relative Risk | | | Absolute | | | Relative Risk | | | Absolute | | |
| | | RR | 95% CI | P | n/N | % | P | RR | 95% CI | P | n/N | % | P | RR | 95% CI | P | n/N | % | P |
| BART | Aprotinin (vs TXA) | 0.78 | 0.45-1.35 | - | 22/759 | 2.9 | - | 1.05[22] | 0.81-1.36 | - | 102/770 | 13.2 | - | - | - | - | - | - | - |
| | Aprotinin (vs EACA) | 1.01 | 0.57-1.81 | - | 22/759 | 2.9 | - | 1.03 | 0.79-1.33 | - | 102/770 | 13.2 | - | - | - | - | - | - | - |
| | Aprotinin (vs. both) | | | - | 22/759 | 2.9 | - | | | - | 102/770 | 13.2 | - | - | - | - | - | - | - |
| | Tranexamic acid | - | - | - | 28/753 | 3.7 | - | - | - | - | 97/766 | 12.7 | - | - | - | - | - | - | - |
| | EACA | - | - | - | 22/768 | 2.9 | - | - | - | - | 100/774 | 12.9 | - | - | - | - | - | - | - |
| Apostolakis et al. | Aprotinin | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | Placebo | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Colwell et al. | Aprotinin | - | - | - | - | - | - | - | - | - | 2/175 | 1.1 | - | - | - | - | 1/175[23] | 0.6 | - |
| | Placebo | - | - | - | - | - | - | - | - | - | 2/177 | 1.1 | - | - | - | - | 4/177 | 2 | - |
| Poston et al. | Aprotinin | - | - | - | 0/29 | 0 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | Placebo | - | - | - | 1/31 | 3.2 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Van der Linden et al. | Aprotinin | - | - | - | 3/37 | 8.1 | .60 | - | - | - | - | - | - | - | - | - | - | - | - |
| | Saline | - | - | - | 2/38 | 5.3 | .60 | - | - | - | - | - | - | - | - | - | - | - | - |
| Day et al. | Aprotinin | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | Saline | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Greilich et al. | Aprotinin | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | EACA | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | Saline | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Casati et al. | Aprotinin | - | - | - | - | - | - | - | - | - | 17/518 | 3.3[24] | .8 | - | - | - | - | - | - |
| | TXA | - | - | - | - | - | - | - | - | - | 16/522 | 3.1 | .8 | - | - | - | - | - | - |
| Casati et al. | Aprotinin | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | EACA | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | TXA | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| IMAGE | Aprotinin | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | Placebo | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |

---

[21] Listed in reverse chronological order

[22] As a new condition; Defined as the need for at least one dialysis treatment, a doubling of the baseline serum creatinine level, or a serum creatinine level of more than 150 μmol per liter (1.7 mg per deciliter).

[23] Serum creatinine increase greater than 0.5 mg/dL above baseline and to greater than 2.0 mg/dL.

[24] Creatinine twice the baseline.

**Table 3.2 Outcomes for Aprtotinin RCTs (cont'd)**

| Study | Treatment | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mongan et al. | Aprotinin | - | - | - | 1/75 | 1.3 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | TXA | - | - | - | 0/75 | 0 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| D'Ambra et al. | High dose aprotinin | - | - | - | - | - | - | - | - | - | 1/71 | 1.4 | .049 | - | - | - | 6/71 | 8.5 | .004 |
| | Low dose aprotinin | - | - | - | - | - | - | - | - | - | 4/70 | 5.7 | .049 | - | - | - | 0/70 | 0.0 | .004 |
| | Placebo | - | - | - | - | - | - | - | - | - | 0/71 | 0.0 | .049 | - | - | - | 0/71 | 0.0 | .004 |
| Lemmer et al. | High dose aprotinin | - | - | - | - | - | - | - | - | - | 0/173 | 0.0 | - | - | - | - | - | - | - |
| | Low dose aprotinin | - | - | - | - | - | - | - | - | - | 0/180 | 0.0 | - | - | - | - | - | - | - |
| | Pump-prime only aprotinin | - | - | - | - | - | - | - | - | - | 1/173 | 0.0 | - | - | - | - | - | - | - |
| | Placebo | - | - | - | - | - | - | - | - | - | 1/178 | 0.0 | - | - | - | - | 15/178 | 8 | 0.652 |
| Feindt et al. | Aprotinin | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | Placebo | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Levy et al. | High dose aprotinin | - | - | - | 0/73 | 0.0 | .01 | - | - | - | - | - | - | - | - | - | 19/215[25] | 8.8 | - |
| | Low dose aprotinin | - | - | - | 0/70 | 0.0 | .01 | - | - | - | - | - | - | | | | | | |
| | Pump-prime only aprotinin | - | - | - | 1/72 | 1.4 | .01 | - | - | - | - | - | - | | | | | | |
| | Placebo | - | - | - | 5/72 | 6.9 | .01 | - | - | - | - | - | - | - | - | - | 6/72 | 8.3 | - |

**Abbreviations:** RR, relative risk; CI, confidence interval; TXA, tranexamic acid; EACA, (epsilon)-aminocaproic acid; n, number of patients with events; N, number of patients in treatment group.

---

[25] Includes all patients in the trial treated with aprotinin

**Table 3.3 Outcomes for Aprotinin RCTs**

| Trial[26] | Variable | Outcome | | | |
|---|---|---|---|---|---|
| | | Mean Blood Loss (ml) | P | Mean Units of pRBCs Transfused | P |
| BART | Aprotinin | - | - | - | - |
| | Tranexamic acid | - | - | - | - |
| | EACA | - | - | - | - |
| Apostolakis et al. | Aprotinin | $412.6 \pm 199.2$[27] | 0.001 | $0.17 \pm 0.531$[28] | 0.967 |
| | Placebo | $764.3 \pm 213.9$ | - | $0.17 \pm 0.539$ | - |
| Colwell et al. | Aprotinin | - | - | | |
| | Placebo | - | - | | |
| Poston et al. | Aprotinin | $77.8 \pm 84$[29] | 0.007 | $1.8 \pm 2.1$ | 0.07 |
| | Placebo | $185.6 \pm 128$ | - | $2.3 \pm 2.0$ | - |
| Van der Linden et al. | Aprotinin | $760 \pm 350$ | <0.001 | $0.8 \pm 1.3$[30] | 0.04 |
| | Saline | $1200 \pm 570$ | - | $1.6 \pm 1.9$ | - |
| Day et al. | Aprotinin | - | - | - | - |
| | Saline | - | - | - | - |
| Greilich et al. | Aprotinin | $100$[31] | <0.05[32] | - | - |
| | EACA | 192 | <0.05[7] | - | - |
| | Saline | 372 | - | - | - |
| Casati et al. (2000) | Aprotinin | 250 | - | 1.0 | 0.5 |
| | TXA | 300 | - | 0.45 | - |
| Casati et al. (1999) | Aprotinin | $283.4 \pm 232.7$ | <0.001[33] | $0.54 \pm 1.02$ | 0.46 |
| | EACA | $466.9 \pm 234.2$ | - | $0.78 \pm 1.2$ | - |
| | TXA | $310.9 \pm 231.1$ | <0.001[8] | $0.47 \pm 0.9$ | 0.46 |
| IMAGE | Aprotinin | $664 \pm 1009$[34] | <0.001 | $1.1 \pm 2.2$ | <0.001 |
| | Placebo | $1168 \pm 1022$ | - | $3.8 \pm 7.3$ | - |

---

[26] Listed in reverse chronological order

[27] During the first postoperative day (Ultra low dose aprotinin)

[28] Intraoperative

[29] Chest drain volume multiplied by hematocrit of drainage contents (24 hours)

[30] Postoperatively <24 hours

[31] 4 hour blood loss, median

[32] Compared with saline

[33] Compared to aminocaproic acid

[34] Total thoracic drainage

**Table 3.3 Outcomes for Aprotinin RCTs (cont'd)**

| | | | | | |
|---|---|---|---|---|---|
| Mongan et al. | Aprotinin | 567[35] | - | 0[10] | - |
| | TXA | 680 | - | 0 | - |
| D'Ambra et al. | High dose aprotinin | 296[36] | 0.0001 | $2.0 \pm 0.4$ | - |
| | Low dose aprotinin | 368 | 0.0001 | $1.9 \pm 0.4$ | - |
| | Placebo | 568 | - | $1.3 \pm 0.4$ | - |
| Lemmer et al. | High dose aprotinin | 786 (50) | 0.000 | 1.5 (0.3) | 0.000 |
| | Low dose aprotinin | 811 (51) | 0.000 | 1.6 (0.2) | 0.000 |
| | Pump-prime only aprotinin | 899 (52) | 0.000 | 1.7 (0.3) | 0.000 |
| | Placebo | 1286 (52) | - | 4.1 (0.7) | - |
| Feindt et al. | Aprotinin | - | - | - | - |
| | Placebo | - | - | - | - |
| Levy et al. | High dose aprotinin | $900 \pm 136$ | <0.001 | $1.6 \pm 0.2$ | 0.001 |
| | Low dose aprotinin | $1040 \pm 143$ | 0.001 | $1.6 \pm 0.3$ | <0.001 |
| | Pump-prime only aprotinin | $1420 \pm 132$ | 0.149 | $2.5 \pm 0.3$ | 0.293 |
| | Placebo | $1700 \pm 140$ | - | $3.4 \pm 0.5$ | - |

---

[35] For patients with blood loss <1000 ml
[36] During first 8 hours after surgery; p value in comparison to placebo

## Meta-Analyses

*Brown JR, Birkmeyer NJ, O'Connor GT.*
*Meta-analysis comparing the effectiveness and adverse outcomes of antifibrinolytic agents in cardiac surgery.*
*Circulation. 2007; 115:2801-2813.*

**Background:** *Since the 1980s, antifibrinolytic therapies have assisted surgical teams in reducing the amount of blood loss. To date, however, serious questions remain regarding the safety and effectiveness of these agents.*

**Methods and Results:** *We conducted a meta-analysis to compare aprotinin, -aminocaproic acid, and tranexamic acid with placebo and head to head on 8 clinical outcomes from 138 trials. Published randomized controlled trial data were collected from OVID/PubMed. Outcomes included total blood loss, transfusion of packed red blood cells, reexploration, mortality, stroke, myocardial infarction, dialysis-dependent renal failure, and renal dysfunction (0.5-mg/dL increase in creatinine from baseline). All agents were effective in significantly reducing blood loss by 226 to 348 mL and the proportion of patients transfused with packed red blood cells over placebo. Only high-dose aprotinin reduced the rate of reexploration (relative risk, 0.49; 95% CI, 0.33 to 0.73). There were no significant risks or benefits for any agent for mortality, stroke, myocardial infarction, or renal failure. However, high-dose aprotinin significantly increased the risk of renal dysfunction (relative risk, 1.47; 95% CI, 1.12 to 1.94), 12.9% versus 8.4%. Compared head to head, high-dose aprotinin demonstrated significant reduction in total blood loss over -aminocaproic acid (–184 mL; 95% CI, –256 to –112) and tranexamic acid (–195 mL; 95% CI, –286 to –105). There were no significant differences among any agent when compared head to head on other outcomes.*

**Conclusions:** *All antifibrinolytic agents were effective in reducing blood loss and transfusion. There were no significant risks or benefits for mortality, stroke, myocardial infarction, or renal failure. However, high-dose aprotinin was associated with a statistically significant increased risk of renal dysfunction.*

**Key Words:** *aminocaproic acids • aprotinin • meta-analysis • surgery • tranexamic acid*

### Comments

The purpose of this meta-analysis was to compare aprotinin, aminocaproic acid, and tranexamic acid with placebo in 138 head-to-head trials with respect to 8 clinical outcomes. Outcomes included total blood loss, transfusion of packed red blood cells, reexploration, mortality, stroke, myocardial infarction, dialysis dependent renal failure, and renal dysfunction. The authors found that all agents were effective in significantly reducing blood loss and the proportion of patients transfused with packed red blood cells compared with placebo. This is relevant due to the fact that two thirds of patients undergoing bypass surgery received transfusions and that cardiac surgery patients are responsible for about 20% of all packed red blood cells transfused in the United States. Only high-dose aprotinin reduced the rate of reexploration. The authors found that there were no significant risks or benefits for any agent for mortality, stroke, myocardial infarction and renal failure. However, high dose aprotinin significantly increased the risk for renal dysfunction. The authors also found that aprotinin appeared to be better than aminocaproic acid and tranexamic acid in terms of reduction in total blood loss. There were no other differences among the agents on other

outcomes.

This meta-analysis involved randomized controlled trials of bypass surgery, isolated valve, or combined bypass and valve surgery. Both primary operations and reoperations were included in the analysis. The meta-analysis utilized the CONSORT statement in its methodology. The studies were also stratified by Jadad score and Jadad criteria were assessed. Funnel plots were generated to evaluate possible publication bias. Analysis was stratified by high and low dose aprotinin. The statistical software that was used was the Cochrane collaborative software RevMan. Random effects modeling was also used. In short, this meta-analysis used state of the art methodology in its performance.

The authors found that there were no statistically significant risks or benefits for any of the anti-fibrinolytic agents studied with regard to mortality, stroke, or myocardial infarction. High-dose aprotinin was associated with a relative risk for death of 0.89 with a 95% confidence interval of 0.65 to 1.21. Similarly, no agent demonstrated a significant increased risk of dialysis-dependent renal failure. There were no statistically significant differences for high-dose aprotinin over tranexamic acid or aminocaproic acid in reducing mortality, stroke, or myocardial infarction. This was true when the anti-fibrinolytic agents were compared head-to-head. However, high-dose aprotinin was associated with a significant increase in rates of renal dysfunction (12.9% versus 8.4%).

The authors suggest that the reason that this meta-analysis disagrees with the findings of Mangano et al. is because of the difference between observational and experimental study designs. They state that the major limitation of observational cohort studies for evaluating treatment efficacy is confounding by indication, also known as treatment selection bias. Although standard statistical methods can be used to control for measured differences and prognosis between the treatment groups, confounding by unmeasured factors cannot be removed. It is possible that aprotinin is given preferentially to high-risk patients. Although analyses in observational studies can try to account for these differences, they cannot fully account for them. Thus, the very patients who are given aprotinin because they are high risk are also most likely to suffer adverse events because they are high-risk. The authors go on to state that randomized controlled trials avoid the problem of selection bias. In addition to randomizing patients in terms of measured confounders they are also randomized with respect to unmeasured confounders.

The authors state the following limitations of their meta-analysis. First, they pooled heterogeneous studies. There were, for example, patients undergoing different types of cardiac procedures and who were treated with different anti-fibrinolytic doses in the different studies. For this reason, they perform stratified analyses. They did not find any important interactions. Another limitation is the variability in the quality of the individual trials included in their meta-analysis. In their study, 36 of the published trials violated the intention-to-treat principle by excluding patients from the analysis after they had already been randomized. A total of 23 trials excluded patients from the analysis for the occurrence of reexploration (reexploration was an endpoint in many studies). The authors tried to account for this in their analysis. They did not find a difference in their results. A meta-analysis can easily give flawed results if trials are included which should not be and if trials are excluded which should be.

**Importantly, the authors calculated the power of their study to examine particular outcomes. They said that the power to determine dialysis-dependent renal**

failure was 0.05 and their power to detect a difference in stroke was 0.35. **These are extremely low powers.  A power of 0.05 means they only had a 5% chance of identifying the former outcome and a 35% chance of identifying the latter.  They further state that the study would have required over 80,000 patients in each treatment group to detect a significant difference in rates of dialysis dependent renal failure.**  (This is a good example of why observational studies need to be used in conjunction with clinical trials.  We will never see clinical trials of this size, so we need to supplement data from trials with observational data to look at relatively infrequent but clinically important outcomes.)  Thus, renal dysfunction is the only adverse outcome for which they had sufficient power to detect a significant difference between treatment groups.  This power was 0.85.  This means that they did not have the power to look at other adverse event such as myocardial infarction and death.  They had reasonable power to look at renal dysfunction because it is a continous outcome.   They had inadequate power for the other outcomes because they were dichotomous (yes/no) rather than continuous in nature.

Jeremiah R. Brown published an update to this meta-analysis in the European Journal of Cardiothoracic Surgery in 2009.  His conclusion was that "…the mortality risks do in fact outweigh the benefits of aprotinin and should be discontinued from use in cardiac surgery and replaced with either tranexamic acid or epsilon-aminocaproic acid as a cost-effective alternative."

*Carless PA, Moxey AJ, Stokes BJ, Henry DA.*
*Are antifibrinolytic drugs equivalent in reducing blood loss and transfusion in cardiac surgery? A meta-analysis of randomized head-to-head trials.*
*BMC Cardiovascular Disorders. 2005; 5:19.*

*Background: Aprotinin has been shown to be effective in reducing peri-operative blood loss and the need for re-operation due to continued bleeding in cardiac surgery. The lysine analogues tranexamic acid (TXA) and epsilon aminocaproic acid (EACA) are cheaper, but it is not known if they are as effective as aprotinin.*
*Methods: Studies were identified by searching electronic databases and bibliographies of published articles. Data from head-to-head trials were pooled using a conventional (Cochrane) meta-analytic approach and a Bayesian approach which estimated the posterior probability of TXA and EACA being equivalent to aprotinin; we used as a non-inferiority boundary a 20% increase in the rates of transfusion or re-operation because of bleeding.*
*Results: Peri-operative blood loss was significantly greater with TXA and EACA than with aprotinin: weighted mean differences were 106 mls (95% CI 37 to 227 mls) and 185 mls (95% CI 134 to 235 mls) respectively. The pooled relative risks (RR) of receiving an allogeneic red blood cell (RBC) transfusion with TXA and EACA, compared with aprotinin, were 1.08 (95% CI 0.88 to 1.32) and 1.14 (95% CI 0.84 to 1.55) respectively. The equivalent Bayesian posterior mean relative risks were 1.15 (95% Bayesian Credible Interval [BCI] 0.90 to 1.68) and 1.21 (95% BCI 0.79 to 1.82) respectively. For transfusion, using a 20% non-inferiority boundary, the posterior probabilities of TXA and EACA being non-inferior to aprotinin were 0.82 and 0.76 respectively. For re-operation the Cochrane RR for TXA vs. aprotinin was 0.98 (95% CI 0.51 to 1.88), compared with a posterior mean Bayesian RR of 0.63 (95% BCI 0.16 to 1.46). The posterior probability of TXA being non-inferior to*

*aprotinin was 0.92, but this was sensitive to the inclusion of one small trial.*

**Conclusion:** *The available data are conflicting regarding the equivalence of lysine analogues and aprotinin in reducing peri-operative bleeding, transfusion and the need for re-operation. Decisions are sensitive to the choice of clinical outcome and non-inferiority boundary. The data are an uncertain basis for replacing aprotinin with the cheaper lysine analogues in clinical practice. Progress has been hampered by small trials and failure to study clinically relevant outcomes.*

## Comments

In this meta-analysis, there were 20 included trials which randomized a total of 2430 subjects to either aprotinin, tranexamic acid or aminocaproic acid.  There were only three head-to-head trials of aprotinin versus aminocaproic acid, three trials of tranexamic acid versus aminocaproic acid, and three trials that compared the three anti-fibrinolytic drugs with each other.  The median sample size of the trials was 25 participants per arm.  According to the authors, the methodological quality of the trials reviewed was generally poor.  Double blinding was reported in 8 trials, concealment of treatment allocation was judged to be adequate in only 4 trials, and only 4 trials described the method used to generate allocation sequences.  Follow-up was judged to have been complete in 5 trials.

The authors found that perioperative blood loss was significantly greater with tranexamic acid and aminocaproic acid than aprotinin. Analyses of other clinical outcomes such as all cause mortality, myocardial infarction and stroke were generally uninformative because of the sparse data, but the authors saw no trends favoring any of the drugs studied.

The authors selected a non-inferiority boundary of 20% for reoperation data and the rate of transfusion with allogeneic blood.  Study quality was assessed by two independent reviewers.  They included four items of assessment: double blinding, allocation concealment, participant inclusion/exclusion and methods used to achieve randomization.  These methods suggest that this was a well conducted meta-analysis but that the data available for compiling were mediocre. Methodology used included a conventional "Cochrane" meta-analytic approach as well as a Bayesian approach.

According to the authors, heterogeneity in trial outcomes was not prominent in their analyses. For the main study outcome of number of patients transfused, heterogeneity was not statistically significant, although the results for blood loss did indicate statistically significant heterogeneity.  This means that most of the trials reported similar outcomes in terms of transfusion requirements, but there were differences between studies in terms of amounts of blood loss.

The authors state the conclusions that can be drawn from this data are limited.  Importantly, they felt the studies were generally of poor quality.  In addition, the trial sizes were very small and there was a reliance on transfusion rates as the primary endpoint rather than more clinically meaningful endpoints.

*Fergusson D, Glass KC, Hutton B, Shapiro S.*
*Randomized controlled trials of aprotinin in cardiac surgery: could clinical equipoise have stopped the bleeding?*
*Clinical Trials. 2005; 2:218-232.*

**Background:** *Aprotinin is a serine protease inhibitor used to limit perioperative bleeding*

*and reduce the need for donated blood transfusions during cardiac surgery. Randomized controlled trials of aprotinin evaluating its effect on the outcome of perioperative transfusion have been published since 1987, and systematic reviews were conducted in 1992 and 1997.*

***Methods:*** *A systematic search was conducted for all RCTs of aprotinin that used placebo controls or were open-label with no active control treatment. Data collected included the primary outcome, objective of each study, whether a systematic review was cited or conducted as part of the background and/or rationale for the study and the number of previously published RCTs cited. Cumulative meta-analyses were performed.*

***Results:*** *Sixty-four randomized, controlled trials of aprotinin were found, conducted between 1987 and 2002, reporting an endpoint of perioperative transfusion. Median trial size was 64 subjects, with a range of 20 to 1784. A cumulative meta-analysis indicated that aprotinin greatly decreased the need for perioperative transfusion, stabilizing at an odds ratio of 0.25 ($p < 10^{-6}$) by the 12th study, published in June of 1992. The upper limit of the confidence interval never exceeded 0.65 and results were similar in all subgroups. Citation of previous RCTs was extremely low, with a median of 20% of prior trials cited. Only 7 of 44 (15%) of subsequent reports referenced the largest trial ($N= 1 784$), which was 28 times larger than the median trial size.*

***Conclusions:*** *This study demonstrates that investigators evaluating aprotinin were not adequately citing previous research, resulting in a large number of RCTs being conducted to address efficacy questions that prior trials had already definitively answered. Institutional review boards and journals could reduce the number of redundant trials by requiring investigators to conduct adequate searches for prior evidence and conducting systematic reviews.*

### Comments

The authors state that randomized control trials of aprotinin have been published since 1987 and that systematic reviews were conducted in 1992 and 1997. The authors performed a systematic search looking for trials of aprotinin that used placebo controls or were open label with no active control treatment. Cumulative meta-analyses were performed. They found 64 randomized control trials of aprotinin conducted between 1987 and 2002 which reported an endpoint of perioperative transfusion. Median trial size was 64 subjects with a range from 20 to 1784. A cumulative meta-analysis indicated that aprotinin greatly decreased the need for perioperative transfusion and it stabilized at an odds ratio of 0.25 by the 12th study published in June of 1992. Only 7 of 44 subsequent reports referenced the largest trial that had previously been performed with a sample size of 1784 which was 28 times larger than the median trial size. The authors state that their study demonstrates that investigators evaluating aprotinin were not adequately citing previous research and this resulted in a large number of randomized control trials being conducted to address efficacy questions the prior trials had already definitively answered.

This is a very interesting question. Although the efficacy (as defined by reduced blood loss and need for transfusion) had been established by the large number of small trials that had been performed, safety had not. Thus, although clinical equipoise was no longer present for efficacy, clinical equipoise for safety studies was still present.

In their discussion, the authors state that one could argue that not all relevant outcomes have been sufficiently studied. They suggest adverse events such as thrombotic events, mortality, and myocardial infarction could be studied. However, to examine these

endpoints, they state that a much greater sample size would have to be used than in previous trials. I agree with this, and I think that it should have occurred very early on in the aprotinin story.

*Sedrakyan A, Treasure T, Elefteriades JA.*
*Effect of aprotinin on clinical outcomes in coronary artery bypass graft surgery: a systematic review and meta-analysis of randomized clinical trials.*
 *J Thorac Cardiovasc Surg. 2004; 128:442-8.*

*Objective: Despite proven blood transfusion benefits, aprotinin may be underused in coronary artery bypass grafting. Reluctance to use aprotinin may stem from safety concerns. The current objective was to evaluate clinical outcomes (mortality, myocardial infarction, renal failure, stroke, atrial fibrillation) in patients undergoing coronary artery bypass grafting who receive aprotinin by performing a quantitative overview of published, randomized, controlled trials.*

*Methods: MEDLINE, EMBASE, and PHARMLINE (1988-2001) and reference lists of relevant articles were searched for coronary artery bypass grafting studies. Criteria for data inclusion were as follows: (1) random allocation of study treatments, (2) placebo control, (3) enrollment only of patients undergoing coronary artery bypass grafting, (4) no combination with another experimental medication or device, and (5) prophylactic and continuous intraoperative use.*

*Results: Data from 35 coronary artery bypass grafting trials (n = 3879) confirm that aprotinin reduces transfusion requirements (relative risk 0.61, 95% confidence interval 0.58-0.66) relative to placebo, with a 39% risk reduction. Aprotinin therapy was not associated with increased or decreased mortality (relative risk 0.96, 95% confidence interval 0.65-1.40), myocardial infarction (relative risk 0.85, 95% confidence interval 0.63-1.14), or renal failure (relative risk 1.01, 95% confidence interval 0.55-1.83) risk, but it was associated with a reduced risk of stroke (relative risk 0.53, 95% confidence interval 0.31-0.90) and a trend toward reduced atrial fibrillation (relative risk 0.90, 95% confidence interval 0.78-1.03).*

*Conclusions: Aprotinin reduces transfusion requirements. Concerns that aprotinin therapy is associated with increased mortality, myocardial infarction, or renal failure risk is not supported by data from published, randomized, placebo-controlled clinical trials. Evidence for a reduced risk of stroke and a tendency toward reduction of atrial fibrillation occurrence was observed in patients who received aprotinin.*

## Comments

The objective of this meta-analysis was to evaluate clinical outcomes including mortality, myocardial infarction, renal failure, stroke, atrial fibrillation in patients undergoing coronary artery bypass grafting who received aprotinin. Criteria for data inclusion included: 1. Random allocation of study treatments. 2. Placebo-controlled. 3. Enrollment of only patients undergoing coronary artery bypass grafting. 4. No combination with another experimental medication or device, and 5. Prophylactic and continuous intraoperative use.

Data were pooled from 35 bypass graft trials with a total sample size of 3879. There was a 39% reduction in transfusion requirements with aprotinin. There was no evidence of an association with increased or decreased mortality, myocardial infarction, or renal failure. However aprotinin was associated with a reduced risk of stroke with a relative risk of 0.53

and a 95% confidence interval of 0.31 to 0.90.  There was also a trend towards reduced atrial fibrillation. The overall rates of death were similar: the combined "full dose, low dose" aprotinin 2.47% versus placebo 2.40%.  Rates of myocardial infarction were 4.74% and 5.03%.  Renal failure was 1.48% and 1.28% in the placebo arm.  Stroke was 1.10% in the aprotinin arms and 2.22% in the placebo arms. Mortality reported in all the trials that were examined included only in hospital deaths.

This meta-analysis does not appear to be double abstracted.  It was only one author who abstracted the data and another who participated in adjudication of any discrepancies.  There did not appear to be systematic criteria for the definition of renal failure in these studies.   The authors used a methodology for meta-analysis called the general inverse variance based method which incorporates a fixed effects model and assumes that studies under examination share a common true effect size, that the sampling distribution of these effects is normal and that all the variability is due to sampling error.  In this model, the weights of individual studies correspond to the inverse of the total variance for each study.

The authors conclude that their overview of clinical endpoints indicates that aprotinin is not associated with increased risks of mortality, myocardial infarction or renal failure.  In contrast, they felt that there was a tendency towards a reduction of myocardial infarction observed among the patients treated with aprotinin relative to placebo.  In addition, they observed a 47% reduction in stroke and there was a tendency for reduced risk of atrial fibrillation.   There was a 39% reduction in the number of patients requiring blood transfusion.  The authors estimate that approximately 10 cerebrovascular accidents can be averted per 1000 patients undergoing CABG if aprotinin is used.  Also, according to the authors, if 1000 patients undergoing CABG receive aprotinin, approximately 250 of those patients could avoid receiving blood transfusions because of aprotinin treatment.

It should be noted that the authors of this study were Bayer consultants and that Bayer personnel aided the study.  Although involvement of company personnel can aid a study by allowing access to data that might otherwise not be available, the potential for bias and conflict of interest also needs to be kept in mind.

*Levi M, Cromheecke ME, de Jonge E, et al.*
*Pharmacological strategies to decrease excessive blood loss in cardiac surgery: a meta-analysis of clinically relevant endpoints.*
*Lancet. 1999; 354:1940–47.*

*Background: Excessive bleeding may complicate cardiac surgery, and is associated with increased morbidity and mortality. Pharmacological strategies to decrease perioperative bleeding have been investigated in a large number of controlled trials, most of which have shown a decrease in blood loss. However, most studies lacked sufficient power to detect a beneficial effect on clinically more relevant outcomes. We did a meta-analysis of all randomised, controlled trials of the three most frequently used pharmacological strategies to decrease perioperative blood loss (aprotinin, lysine analogues [aminocaproic acid and tranexamic acid], and desmopressin).*
*Methods: Studies were included if they reported at least one clinically relevant outcome (mortality, rethoracotomy, proportion of patients receiving a transfusion, or perioperative myocardial infarction) in addition to perioperative blood loss. In addition, a separate meta-*

*analysis was done for studies concerning complicated cardiac surgery.*

**Findings:** *We identified 72 trials (8409 patients) that met the inclusion criteria. Treatment with aprotinin decreased mortality almost two-fold (odds ratio 0·55 [95% CI 0·34–0·90]) compared with placebo. Treatment with aprotinin and with lysine analogues decreased the frequency of surgical re-exploration (0·37 [0·25–0·55], and 0·44 [0·22–0·90], respectively). These two treatments also significantly decreased the proportion of patients receiving any allogeneic blood transfusion. By contrast, the use of desmopressin resulted in a small decrease in perioperative blood loss, but was not associated with a beneficial effect on other clinical outcomes. Aprotinin and lysine analogues did not increase the risk of perioperative myocardial infarction; however, desmopressin was associated with a 2·4-fold increase in the risk of this complication. Studies in patients undergoing complicated cardiac surgery showed similar results.*

**Interpretation:** *Pharmacological strategies that decrease perioperative blood loss in cardiac surgery, in particular aprotinin and lysine analogues, also decrease mortality, the need for rethoracotomy, and the proportion of patients receiving a blood transfusion.*

## Comments

The authors did an extensive literature search to identify relevant trials.  They applied inclusion and exclusion criteria which took into account the quality of the trials.  Double data abstraction was performed.  The authors identified 72 trials with a total of 8409 patients that met inclusion criteria.  According to the authors, treatment with aprotinin decreased mortality almost twofold with an odds ratio of 0.55 and a 95% confidence interval of 0.34 to 0.90 compared with placebo.  Treatment with aprotinin and with the lysine analogues decreased the frequency of surgical reexploration with odds ratios of 0.37 and 0.44 respectively.  Aprotinin and lysine analogues did not increase the risk of perioperative myocardial infarction.  The authors concluded that pharmacological strategies that decreased perioperative blood loss in cardiac surgery, including aprotinin and the lysine analogues, decreased mortality, the need for rethoracotomy, and the proportion of patients receiving a blood transfusion.

Statistical analysis was performed with RevMan version 3.1.  Odds ratios were calculated according to a fixed effects model as well as a random effects model.  The results of the meta-analysis showed an almost twofold decrease in mortality from 2.8% to 1.5%.  The odds ratio was 0.55 with a 95% confidence interval of 0.34 to 0.90.  When the authors re-analyzed the studies and did a meta-analysis only using the studies with the highest methodological scores, the results did not change significantly.  The odds ratio was 0.53 with a 95% confidence interval of 0.28 to 0.98.

In their discussion, the authors discuss the possibility of graft occlusion due to the procoagulant effect of aprotinin.  They state that there is much controversy over this matter but they also note that there are several studies which specifically examined this question and have not found this to be the case.  They themselves did not find any evidence of an increased likelihood of myocardial infarction perioperatively with the use of aprotinin.  If aprotinin did lead to thrombosis of saphenous venous grafts, this would be thought to result in a perioperative myocardial infarction.

The authors conclude that their meta-analysis showed that pharmacological interventions that significantly decreased perioperative blood loss in cardiac surgery may also have a beneficial effect on clinically more relevant outcomes such as perioperative

mortality, the need for rethoracotomy, and the need for a blood transfusion. Results were similar when the studies were limited to those undergoing complicated cardiac surgery. They also concluded that their meta-analysis further supports the use of aprotinin or lysine analogues in clinical practice. However, they state that only a large prospective controlled trial with mortality as the primary outcome will provide definitive evidence. They state that at the time of this meta-analysis, there were insufficient data to allow a definite conclusion that aprotinin treatment results in a better clinical outcome than lysine analogues.

**Munoz JJ, Birkmeyer NJ, Birkmeyer JD, et al.**
**Is (epsilon)-aminocaproic acid as effective as aprotinin in reducing bleeding with cardiac surgery? A meta-analysis.**
**Circulation 1999; 99:81-89.**

**Background**: Although aprotinin is known to be effective in reducing postoperative hemorrhage after cardiac surgery, -aminocaproic acid, an alternative antifibrinolytic, is considerably less expensive. Because the results of 3 small randomized clinical trials comparing these 2 agents directly were inconclusive, we performed a meta-analysis to compare the relative effectiveness and adverse-effect profile of these 2 agents against placebo.

**Methods and Results**: Data from 52 randomized clinical trials published between 1985 and 1998 involving the use of -aminocaproic acid (n=9) or aprotinin (n=46) in patients undergoing cardiac surgery were abstracted. Our primary outcomes were total blood loss, red blood cell transfusion rates and amounts, reexploration, stroke, myocardial infarction, and mortality. The meta-analysis revealed substantial reductions in total blood loss with -aminocaproic acid and low-dose aprotinin (each with a 35% reduction versus placebo, $P<0.001$) and high-dose aprotinin (53% reduction, $P<0.001$). There were identical reductions in total postoperative transfusions with -aminocaproic acid (61% reduction versus placebo, $P<0.010$) and high-dose aprotinin (62% reduction, $P<0.001$). The proportion of patients transfused was similarly reduced with -aminocaproic acid (OR, 0.32; 95% CI, 0.15 to 0.69) and high-dose aprotinin (OR, 0.28; 0.22 to 0.37). Although both drugs reduced rates of reexploration to similar degrees, this effect was statistically significant only with high-dose aprotinin (OR, 0.39; 0.24 to 0.61). -Aminocaproic acid and aprotinin had no effect on risks of postoperative myocardial infarction or overall mortality.

**Conclusions**: Because the 2 antifibrinolytic agents appear to have similar efficacies, the considerably less-expensive -aminocaproic acid may be preferred over aprotinin for reducing hemorrhage with cardiac surgery.

**Key Words**: -aminocaproic acid • aprotinin • hemorrhage • meta-analysis • surgery

## Comments

The authors examined data from 52 randomized control trials published between 1985 and 1998 involving the use of aminocaproic acid or aprotinin. The authors found that there were substantial reductions in total blood loss with both agents. There was a 35% reduction with low-dose aprotinin, a 35% reduction with aminocaproic acid and a 53% reduction with high-dose aprotinin. There were identical reductions in total postoperative transfusions with both aminocaproic acid and high-dose aprotinin. There was no association of either aminocaproic acid or aprotinin with the risk of postoperative myocardial infarction

or overall mortality.  The authors concluded that because the two agents have similar efficacy, aminocaproic acid should be used preferentially because of its lower cost.  They used the methods described by Cochrane for pooling.  They also used random effects models. Stratified analysis was used to examine the effect of primary CABG versus mixed procedures.  There were also stratified analyses performed with respect to whether the studies were placebo-controlled or double blinded.

The authors point out several potential limitations of this study.  First, they mention the possibility of publication bias.  They state that studies showing large benefits with drug interventions are more likely to be published than studies showing little or no benefit.  In addition, they state that despite the large number of trials in this area, their meta-analysis lacks sufficient statistical power to detect clinically important effects of treatment because of relatively infrequent outcomes.  For example, they showed large reductions in terms of relative risk for both reexploration and stroke, but these reductions were not statistically significant because of the small sample sizes.  For this reason, they stated that they cannot exclude clinically meaningful effects of aminocaproic acid or aprotinin on risks of myocardial infarction and mortality.  They further state the drug dosing varied across trials. Virtually all the high-dose aprotinin trials were consistent in their dosing, but the low-dose aprotinin studies use different dosing protocols.  This was also true for trials involving aminocaproic acid with various dosages used.

Finally, the authors noted that there were heterogeneous outcome definitions across trials.  In particular, renal toxicity was not defined the same way in each trial.  They further state that in double-blind trials, random outcomes misclassification in drug and control groups would be expected to bias towards the null hypothesis.  In non-blinded trials, however, outcomes misclassification could bias results towards larger drug affects. Nevertheless, they state that despite all of these problems, the main effects of aprotinin and aminocaproic acid were essentially unchanged in stratified analyses of blinded and nonblinded trials.  They conclude that because both aprotinin and aminocaproic acid substantially reduce hemorrhage in patients undergoing cardiac surgery and that there are no appreciable adverse effects, prophylactic therapy should be considered for routine use. However, because these two drugs have similar efficacies, the cheaper one, aminocaproic acid should be used preferentially.

*Henry D, Carless P, Fergusson D, Laupacis A.*
*The safety of aprotinin and lysine derived anti-fibrinolytic drugs in cardiac surgery: a meta-analysis.*
*CMAJ 2009; 180:183-193.*

*BACKGROUND: Because of recent concerns about the safety of aprotinin, we updated our 2007 Cochrane review that compared the relative benefits and risks of aprotinin and the lysine analogues tranexamic acid and epsilon aminocaproic acid. METHODS: We searched electronic databases, including CENTRAL, MEDLINE, EMBASE, Google and Google Scholar for trials of antifibrinolytic drugs used in adults scheduled for cardiac surgery. Searches were updated to January 2008. By comparing aprotinin and the 2 lysine analogues to control, we derived indirect head-to-head comparisons of aprotinin to the other drugs. We derived direct estimates of risks and benefits by pooling estimates from head-to-head trials of*

*aprotinin and tranexamic acid or epsilon aminocaproic acid. **RESULTS:** For indirect estimates, we identified 49 trials involving 182 deaths among 7439 participants. The summary relative risk (RR) for death with aprotinin versus placebo was 0.93 (95% confidence interval [CI] 0.69-1.25). In the 19 trials that included tranexamic acid, there were 24 deaths among 1802 participants. The summary RR was 0.55 (95% CI 0.24-1.25). From the risk estimates derived for individual drugs, we calculated an indirect summary RR of death with use of aprotinin versus tranexamic acid of 1.69 (95% CI 0.70-4.10). To calculate direct estimates of death for aprotinin versus tranexamic acid, we identified 13 trials with 107 deaths among 3537 participants. The summary RR was 1.43 (95% CI 0.98-2.08). Among the 1840 participants, the calculated estimates of death for aprotinin compared directly to epsilon aminocaproic acid was 1.49 (95% CI 0.98-2.28). We found no evidence of an increased risk of myocardial infarction with use of aprotinin compared with the lysine analogues in either direct or indirect analyses. Compared with placebo or no treatment, all 3 drugs were effective in reducing the need for red blood cell transfusion. The RR of transfusion with use of aprotinin was 0.66 (95% CI 0.61-0.72). The RR of transfusion was 0.70 (95% CI 0.61-0.80) for tranexamic acid, and it was 0.75 (95% CI 0.58-0.96) for use of epsilon aminocaproic acid. Aprotinin was also effective in reducing the need for re-operation because of bleeding (RR 0.48, 95% CI 0.34-0.67). **INTERPRETATION:** The risk of death tended to be consistently higher with use of aprotinin than with use of lysine analogues. Aprotinin had no clear advantages to offset these harms. Either tranexamic acid or epsilon aminocaproic acid should be recommended to prevent bleeding after cardiac surgery.*

## Comments

This article was published in the CMAJ electronically on January 20th, 2009.  This was an update of the authors' 2007 Cochrane review that compared the relative benefits and risks of aprotinin and the lysine analogues tranexamic acid and epsilon aminocaproic acid. The authors did an extensive literature search using multiple electronic databases. They pooled estimates from head-to-head trials of aprotinin and tranexamic acid or epsilon aminocaproic acid. They identified 49 trials involving 182 deaths among 7439 participants. They found that compared with placebo or no treatment, all three drugs were effective in reducing the need for red blood cell transfusion. Relative risk with aprotinin was 0.66, compared with the relative risk of transfusion of 0.70 for tranexamic acid and 0.75 for aminocaproic acid. Aprotinin was also effective in reducing the need for re-operation because of bleeding with a relative risk of 0.48 and a 95% confidence interval of 0.34 to 0.67. There was no statistically significant association of aprotinin with either death or myocardial infarction when compared with the other agents, although the reason for this was that the confidence intervals were extremely wide. The authors' interpretation was the following: "The risk of death tended to be consistently higher with use of aprotinin than with use of lysine analogues. Aprotinin had no clear advantages to offset these harms. Either tranexamic acid or aminocaproic acid should be recommended to prevent bleeding after cardiac surgery."

According to the authors:  "We found that there was a moderate increase in the risk of death among patients who received aprotinin.  Although all confidence intervals for mortality included 1, the results were consistent in both direct and indirect comparison."  The authors also state that they found evidence of publication bias in the trials of aprotinin which led to a probable overestimation of the blood sparing effect aprotinin.  (Publication bias is a situation

where studies that find an association are more like to be published than studies that do not find an association.) However, they did not find publication bias in relation to the clinical outcomes of death and myocardial infarction.

The authors state that the main limitation of their meta-analysis was the relatively small number of deaths and myocardial infarctions. Even with the addition of the BART Study, there were only 63 deaths among patients who received aprotinin and 44 deaths among those who received tranexamic acid in the head-to-head trials. They also state that none of these trials was designed to measure changes in the rates of death and thrombosis and that underreporting of adverse events may in part account for their previous failure to detect an increase in mortality. They state that their meta-analysis should not be interpreted as providing definitive evidence that aprotinin increases the risk of death.

The authors state that the conclusions of their updated review conflict with those of their published Cochrane review in 2007. The main difference is that the BART trial has been published in the interim. The addition of data from the BART study increased the relative risk of death with the use of aprotinin compared with the use of either tranexamic acid or aminocaproic acid. They state now that the balance of evidence now favors the use of lysine analogues over aprotinin. This represents a shift in the conclusions of their Cochrane review, which was last updated in 2007.

In my opinion, their general conclusion is correct. The lysine analogues should be used instead of aprotinin because there is no evidence of improved hard clinical outcomes with aprotinin compared with the lysine analogues. In addition, the blood sparing effects of the lysine analogues are similar to aprotinin although they may not be quite as good. These agents are much cheaper than aprotinin and, because they have similar effects and did not appear to be associated with increased mortality, they are the preferred agents. Nevertheless, this updated Cochrane analysis does not show definitive evidence that aprotinin is associated with increased mortality.

**NOTE:  The article above is an updated version of the one below.**

*Henry DA, Carless PA, Moxey AJ, et al.*
*Anti-fibrinolytic use for minimising perioperative allogeneic blood transfusion.*
*Cochrane Database Syst Rev. 2007 Oct 17; (4):CD001886.*

*Background: Concerns regarding the safety of transfused blood have led to the development of a range of interventions to minimise blood loss during major surgery. Anti-fibrinolytic drugs are widely used, particularly in cardiac surgery and previous reviews have found them to be effective in reducing blood loss and the need for transfusion. Recently, questions have been raised regarding the comparative performance of the drugs and the safety of the most popular agent, aprotinin.*
*Objectives: To assess the comparative effects of the anti-fibrinolytic drugs aprotinin, tranexamic acid (TXA), and epsilon aminocaproic acid (EACA) on blood loss during surgery, the need for red blood (RBC) transfusion, and adverse events, particularly vascular occlusion, renal dysfunction, and death.*
*Search strategy: We searched CENTRAL, MEDLINE, EMBASE, and the internet. References*

59

*in identified trials and review articles were checked and trial authors were contacted to identify any additional studies. The searches were last updated in July 2006.*

**Selection criteria:** *Randomised controlled trials (RCTs) of anti-fibrinolytic drugs in adults scheduled for non-urgent surgery. Eligible trials compared anti-fibrinolytic drugs with placebo (or no treatment), or with each other.*

**Data collection and analysis:** *Two authors independently assessed trial quality and extracted data.*

**Main results:** *This review summarises data from 211 RCTs that recruited 20,781 participants. Data from placebo/inactive controlled trials, and from head-to-head trials suggest an advantage of aprotinin over the lysine analogues TXA and EACA in terms of operative blood loss, but the differences were small. Aprotinin reduced the probability of requiring RBC transfusion by a relative 34% (relative risk [RR] 0.66, 95% confidence interval [CI] 0.61 to 0.71). The RR for RBC transfusion with TXA was 0.61 (95% CI 0.54 to 0.69) and it was 0.75 (95% CI 0.58 to 0.96) with EACA. When the pooled estimates from the head-to-head trials of the two lysine analogues were combined and compared to aprotinin alone, aprotinin appeared superior in reducing the need for RBC transfusion: RR 0.83 (95% CI 0.69 to 0.99). Aprotinin reduced the need for re-operation due to bleeding: RR 0.48 (95% CI 0.35 to 0.68). This translates into an absolute risk reduction of just under 3% and a number needed-to-treat (NNT) of 37 (95% CI 27 to 56). Similar trends were seen with TXA and EACA, but the data were sparse and the differences failed to reach statistical significance. The blood transfusion data were heterogeneous and funnel plots indicate that trials of aprotinin and the lysine analogues may be subject to publication bias. Evidence of publication bias was not observed in trials reporting re-operation rates. Adjustment for these effects reduced the magnitude of estimated benefits but did not negate treatment effects. However, the apparent advantage of aprotinin over the lysine analogues was small and may be explained by publication bias and non-equivalent drug doses.*

*Aprotinin did not increase the risk of myocardial infarction (RR 0.92, 95% CI 0.72 to 1.18), stroke (RR 0.76, 95% CI 0.35 to 1.64) renal dysfunction (RR 1.16, 95% CI 0.79 to 1.70) or overall mortality (RR 0.90, 95% CI 0.67 to 1.20). The analyses of myocardial infarction and death included data from the majority of subjects recruited into the clinical trials of aprotinin. However, under-reporting of renal events could explain the lack of effect seen with aprotinin. Similar trends were seen with the lysine analogues but data were sparse. These results conflict with the results of recently published non-randomised studies.*

**Authors' conclusions:** *Anti-fibrinolytic drugs provide worthwhile reductions in blood loss and the need for allogeneic red cell transfusion. Based on the results of randomised trials their efficacy does not appear to be offset by serious adverse effects. In most circumstances the lysine analogues are probably as effective as aprotinin and are cheaper; the evidence is stronger for tranexamic acid than for aminocaproic acid. In high risk cardiac surgery, where there is a substantial probability of serious blood loss, aprotinin may be preferred over tranexamic acid. Aprotinin does not appear to be associated with an increased risk of vascular occlusion and death, but the data do not exclude an increased risk of renal failure. There is no need for further placebo-controlled trials of aprotinin or lysine analogues in cardiac surgery. The principal need is for large comparative trials to assess the relative efficacy, safety and cost-effectiveness of anti-fibrinolytic drugs in different surgical procedures.*

*Plain language summary*
*Anti-fibrinolytic drugs reduce the need for red blood cell transfusions during and after surgery and do not seem to increase the risk of thrombosis.*
*This review of over 200 clinical trials found that anti-fibrinolytic drugs used at the time of major surgery reduce bleeding, the need for transfusions of red blood cells and the need for repeat surgery because of bleeding, without causing serious adverse effects. The drugs reviewed were aprotinin, tranexamic acid and epsilon aminocaproic acid.*

**Gagne JJ, Griesdale DE, Schneeweiss S.**
**Aprotinin and the risk of death and renal dysfunction in patients undergoing cardiac surgery: a meta-analysis of epidemiologic studies.**
*Pharmacoepidemiol Drug Saf. 2009 Apr;18(4):259-68.*

**PURPOSE:** *Observational studies have reported conflicting results regarding aprotinin's risk of renal dysfunction and death. A meta-analysis was conducted to summarize results and explain variation of published epidemiologic studies on risks of renal dysfunction and death associated with aprotinin.* **METHODS:** *MEDLINE and EMBASE were systematically searched for non-experimental studies that reported risk of renal dysfunction or death with aprotinin use during cardiac surgery in adults. Random-effects meta-analyses were used to pool results across studies for each outcome. Stratified and meta-regression analyses were used to identify sources of heterogeneity.* **RESULTS:** *Eleven relevant studies were identified and included in the analysis, including 10 that reported renal dysfunction and seven that reported death. Aprotinin was associated with renal dysfunction (risk ratio (RR), 1.42; 95%CI 1.13-1.79) and long-term mortality (hazard ratio (HR) 1.22; 95%CI 1.08-1.39). Pooled estimates were lower for short-term mortality (RR 1.16; 95%CI 0.84-1.58) and renal failure requiring dialysis (RR 1.17; 95%CI 0.99-1.38). Cardiopulmonary bypass (CPB) time, which may be on the causal pathway, was a significant source of heterogeneity, with a 29% increased risk of renal dysfunction for every 10 minute increase in CPB time (p = 0.03).* **CONCLUSIONS:** *Despite some studies that reported no association between aprotinin and renal outcomes during cardiac surgery, the totality of epidemiologic evidence indicates an increased risk that cannot be fully explained by need for transfused red blood cells (RBCs). Epidemiologic studies also suggest an increased risk of long-term mortality associated with aprotinin as compared to various comparators used in these studies, although residual confounding cannot be ruled out.*

**Comments**

        This article is the most up to date meta-analysis in this area.  This study pooled the results of the large observational studies to examine the effects of aprotinin on mortality and renal dysfunction.  The pooled analysis showed that aprotinin use is associated with both renal dysfunction and long-term mortality.  There was no statistically significant association with short-term mortality (although confidence intervals were wide) but there was a strong statistical trend for an association with renal failure requiring dialysis (RR 1.17, 95% CI 0.99-1.38).  This meta-analysis involved data from over 119,000 patients including over 46,000 who received aprotinin.  When the five studies reporting renal outcomes defined by need for dialysis were pooled, replacing the transfusion-adjusted effect estimate report by Furnary et al. witht the estimate that the authors reported not adjusted for transfusion, the

association became significant (RR 1.26, 95% CI 1.05-1.51.  The Gagne study is important, because, compared with previous meta-analyses, it examined large observational studies. Thus, it had the largest sample size of all the meta-analyses and thus was able to examine rare dichotomous adverse events like mortality and renal failure.

**Takagi H**, Manabe H, Kawai N, Goto SN, Umemoto T.
**Aprotinin increases mortality as compared with tranexamic acid in cardiac surgery: a meta-analysis of randomized head-to-head trials.**
**Interact Cardiovasc Thorac Surg. 2009 Jul;9(1):98-101. Epub 2009 Apr 20.**

*To determine whether aprotinin increases mortality as compared with tranexamic acid in cardiac surgery, we performed a meta-analysis of randomized head-to-head trials. All prospective randomized head-to-head trials of aprotinin vs. tranexamic acid enrolling patients undergoing cardiac surgery were identified using a web-based search engine (PubMed). For each study, data regarding mortality in both the aprotinin and tranexamic acid groups were used to generate risk ratios (RRs) and 95% confidence intervals (CIs). Study-specific estimates were combined using inverse variance-weighted averages of logarithmic RRs in random-effects models. Our search identified nine trials (eight trials included in the previous meta-analysis and the blood conservation using antifibrinolytics in a randomized trial [BART] study). Seven trials were composed of low-risk patients (n=1291) and two trials consisted of low-risk patients (n=1628). Pooled analysis of the nine trials demonstrated a statistically significant 45% increase in mortality with aprotinin relative to tranexamic acid therapy (RR, 1.45; 95% CI, 1.00 [1.0002]-2.11; P=0.05 [0.0499]). The present meta-analysis of updated all randomized head-to-head trials, the best evidence, demonstrated a statistically significant increase in mortality with aprotinin relative to tranexamic acid therapy in cardiac surgery.*

### Comment

This meta-analysis pooled results from the RCTs.  The pooled analysis showed an association between aprotinin use and mortality which was statistically significant and had a RR of 1.45, suggesting a 45% increased risk of mortality with aprotinin.  Although not written by the same authors, this study was an update of the Brown et al. meta-analysis with the inclusion of the results from the BART trial.

### Synthesis of Meta Analyses

### Introduction and Study Characteristics

After performing a comprehensive literature search of meta-analyses which dealt with aprotinin, 9 were included in this review.  (Of note, an additional meta-analysis by Henry et 2008 is not included because it was updated by another by the same authors in the CMAJ in 2009.   The study by Fergusson et al. (2005) did not include any data on clinical outcomes. In Fergusson's study, the investigators found 64 randomized controlled trials (n=8040), (which were conducted between 1987 and 2002) that reported an endpoint of perioperative transfusion. A cumulative meta-analysis indicated that aprotinin decreased the need for perioperative transfusion. The authors note that citation of previously conducted RCTs was extremely low, thus resulting in a large number of RCTs being conducted to address the

efficacy of aprotinin, which had already been established. They concluded that redundant aprotinin RTCs were being conducted, and in order to avoid this, investigators should be required to perform methodical searches of previously published work on their topic.  In most of the  remaining meta-analyses, a decrease in total blood loss/need for perioperative transfusion was seen in patients treated with aprotinin compared to either placebo, EACA or TXA. The study by Levi et al. was the only meta-analysis that found a significant decrease (two-fold) in mortality when treated with aprotinin compared to placebo.  Sedrakyan et al. found that aprotinin was associated with a reduced risk of stroke.  However, none of the other studies that examined this outcome found a significant effect. Brown et al. found that high-dose aprotinin significantly increased the risk of renal dysfunction but did not have an effect on renal failure.  Gagne et al. did a meta-analysis examining data from only observational studies and found associations between aprotinin use and renal dysfunction, renal failure requiring dialysis and long-term mortality.  Takagi et al. updated the meta-analysis by Brown et al. and found a significant association of aprotinin use with increased mortality.

### Total Blood Loss Outcome

The meta-analyses that addressed the outcome of total blood loss were Brown et al. (2007), Carless et al. (2005), Levi et al. (1999) and Munoz et al. (1999). Investigators in the Brown et al. study found that patients receiving high/low dose aprotinin, aminocaproic acid or tranexamic acid had considerably less total blood loss compared with placebo-controlled patients. Patients receiving high-dose aprotinin on average lost 348 mL (95% CI, -416 to -281; P<0.001) less than did their counterparts receiving placebo. Low-dose aprotinin reduced total blood loss by 226 mL on average (95% CI, -227 to – 175; P<0.001). Aminocaproic acid and tranexamic acid resulted in 240 mL and 285 mL less blood loss respectively, when compared with placebo. The authors concluded that although all of the antifibrinolytic agents reduced total perioperative blood loss, high-dose aprotinin resulted in less total blood loss than either of the competing agents. In head to head comparisons, high-dose aprotinin resulted in 195 mL less total blood loss compared with tranexamic acid (95% CI,-286 to -105 mL; P<0.001). High-dose aprotinin resulted in 184 mL less total blood loss compared with aminocaproic acid (95% CI, -256 to -112 mL; P<0.001). Carless et al. found that perioperative blood loss was significantly greater with tranexamic acid and aminocaproic acid than with aprotinin: weighted mean differences (WMD) were -106 mL (95% CI, -37 to -227 mL) and -185 mL (95% CI, -134 to -235mL) respectively. They concluded that when aprotinin was compared to tranexamic acid and aminocaproic acid directly, it was seen that aprotinin was superior in decreasing total blood loss. Levi et al. compared aprotinin to placebo, to lower doses of aprotinin and to the lysine analogues. When aprotinin was compared to placebo, the WMD in blood loss was -446.5 mL (-456.5 to -436.4), when compared to lower doses the WMD was -130.7 mL (-120.8 to -140.5) and when compared to the lysine analogues the WMD was -49.5 mL (-63.7 to -35.3). All three pharmacological strategies resulted in a significant decrease in blood loss. Treatment with conventional dose aprotinin resulted in less perioperative blood loss than with lower doses. When aprotinin was directly compared to the lysine analogues, the decrease in blood loss was slightly greater in patients receiving aprotinin. Munoz et al. established that patients receiving antifibrinolytic agents had substantially lower total blood loss when compared with their placebo/control counterparts. Low-dose aprotinin and aminocaproic acid each reduced total blood loss by

35% (P<0.001), whereas high-dose aprotinin reduced total blood loss by 53% (P<0.001). Thus, all three agents decrease blood loss.

## Mortality Outcome

The meta-analyses that addressed the mortality outcome were Brown et al. (2007), Carless et al. (2005), Sedrakyan et al. (2004) Levi et al. (1999) Munoz et al. (1999), Henry et al. (2009), Gagne et al. (2009), and Takagi et al. (2009).  In their original meta-analysis, Brown et al. did not observe any statistically significant risks or benefits for aprotinin (and the other antifibrinolytic agents) when compared to placebo with regards to mortality. However, in their update, they did find a significant association.  Carless et al concluded that their analyses of adverse outcomes (mortality being one of them) were uninformative due to sparse data, but no trends favoring aprotinin or any other agents were observed. Sedrakyan et al. found that aprotinin was not associated with increased or decreased mortality when compared with placebo (RR, 0.96; 95% CI, 0.65 to 1.40). Munoz et al. concluded that aprotinin as well as aminocaproic acid had no effect on risks of overall mortality. In contrast, Levi et al. was the only study that suggested that aprotinin decreased mortality almost two-fold when compared with placebo; from 2.8% to 1.5% (odds ratio 0.55; 95% CI, 0.34 to 0.90).  The updated meta-analysis by Henry et al. which included data from BART showed a trend but no statistically significant increase in mortality with aprotinin.  Gagne et al. pooled data from observational studies and found a significant association with long-term mortality, and Takagi et al. updated the Brown et al. meta-analysis and also found a significant association with mortality.  Despite the use of meta-analytic techniques, the sample sizes available for analysis and the non-systematic collection and reporting of the data that was available for pooling limited the ability of the investigators to examine dichotomous safety outcomes like mortality and renal failure.  Only the meta-analysis by Gagne et al. that examined observational studies had an adequate size to examine mortality as well as the more recent meta-analyses that included the results from the BART trial.

## Stroke

The meta-analyses that investigated the outcome of stroke were Brown et al. (2007), Carless et al. (2005), Sedrakyan et al. (2004) and Munoz et al. (1999). Brown et al. found that there was no significant risk or benefit for stroke for high-dose aprotinin (RR, 0.67; 95% CI, 0.30 to 1.47; P=0.32) or low-dose aprotinin (RR, 0.47; 95% CI, 0.09 to 2.36; P=0.36) when compared with placebo. In head to head comparisons, high-dose aprotinin did not differ significantly from tranexamic acid (RR, 1.52.; 95% CI, 0.58 to 4.03; P=0.39) or aminocaproic acid with regards to stroke (RR, 3.96.; 95% CI, 0.44 to 35.72; P=0.22). Carless et al concluded that their analyses of adverse outcomes (stroke being one of them) were uninformative due to sparse data, but no trends favoring aprotinin or any other agents were observed. Sedrakyan et al. found that aprotinin use was associated with a 47% RR reduction relative to placebo (RR, 0.53; 95% CI, 0.31 to 0.90). Munoz et al. foundd that although there were trends towards reduced stroke rates in patients receiving antifibrinolytic agents, these trends did not reach statistical significance; high-dose aprotinin (OR, 0.56; 95% CI, 0.26 to 1.21; P=0.14), low-dose aprotinin (OR, 0.54; 95% CI, 0.20 to 1.45; P=0.22).

## Myocardial Infarction Outcome

The meta-analyses that investigated the outcome of MI were Brown et al. (2007), Carless et al. (2005), Sedrakyan et al. (2004) Levi et al. (1999) and Munoz et al. (1999). Brown et al. found that there was no significant risk or protection against MI with any of the

antifibrinolytic agents when compared to placebo; high-dose aprotinin (RR, 1.10; 95% CI, 0.83 to 1.45; P=0.52), low-dose aprotinin (RR, 0.94; 95% CI, 0.58 to 1.54; P=0.82). In head to head comparisons, high-dose aprotinin did not differ significantly from tranexamic acid (RR, 0.89; 95% CI, 0.52 to 1.50; P=0.65) or aminocaproic acid (RR, 01.20; 95% CI, 0.30 to 4.89; P=0.79). Carless et al concluded that their analyses of adverse outcomes (MI being one of them) were uninformative due to sparse data, but no trends favoring aprotinin or any other agents were observed. Sedrakyan et al. found that aprotinin therapy was not associated with increased or decreased risk of MI (RR, 0.85; 95% CI, 0.63 to 1.14). Levi et al. concluded that aprotinin and lysine analogues did not increase the risk of perioperative MI. However the rate of perioperative MI was two times higher in patients treated with conventional dose aprotinin when compared to lower doses (8.1% vs. 3.9%). Munoz et al. found that aprotinin had no effect on risks on risks of postoperative MI.

### Renal Failure

The meta-analyses that investigated the outcome of renal failure were Brown et al. (2007), Sedrakyan et al. (2004), and Gagne et al. (2009). In the meta-analysis done by Brown et al. none of the agents demonstrated a significant increased risk of dialysis-dependent renal failure when compared with placebo; high-dose aprotinin (RR, 1.09; 95% CI, 0.68 to 1.77; P=0.71) low-dose aprotinin (RR, 1.86; 95% CI, 0.07 to 49.26; P=0.71). In head to head comparisons, there was no significant difference in renal failure between high–dose aprotinin and tranexamic acid (RR, 1.01; 95% CI, 0.36 to 2.85; P=0.99). The meta-analysis by Sedrakyan et al. did not show increased risk for renal failure associated with aprotinin therapy (RR, 1.01; 95% CI, 0.55 to 1.83). However, as noted previously, **because renal failure is a dichotomous event, extremely large sample sizes would be required to adequately assess this issue. For example, a clinical trial that has a power of 0.8 and a two-sided alpha of 0.05 (standard measures for adequately powered clinical trials) would require 1500 patients per arm to identify an increase in renal failure from 3.0% to 5.0%, and 5300 patients per arm to identify an increase from 3.0% to 4.0%. To identify an increase from 6.0% to 7.0%, 9500 patients per arm would be required. Thus, even the meta-analyses are limited with respect to their abilities to examine renal failure as an outcome.** The only meta-analysis that had an adequate sample size to examine renal failure was the study by Gagne et al. This study pooled over 119,000 patients who were examined in observational studies. The authors of this meta-analysis found a significant association between the use of aprotinin and renal dysfunction as well as long-term mortality.

### Renal Dysfunction

The meta-analyses that investigated the outcome of renal dysfunction were Brown et al. (2007), Munoz et al. (1999), and Gagne et al. (2009). In the meta-analysis done by Brown et al. high-dose aprotinin was seen to increase the risk renal dysfunction by 47% when compared to placebo (RR, 1.47; 95% CI, 1.12 to 1.94; P=0.006). There was no observed increased risk of renal dysfunction with low-dose aprotinin (RR, 1.01; 95% CI, 0.69 to 1.49; P=0.96). In head to head comparisons, there was no significant difference in renal dysfunction between high-dose aprotinin and tranexamic acid (RR, 1.07; 95% CI, 0.55 to 2.10; P=0.84). One study compared low-dose aprotinin with aminocaproic acid and reported no renal dysfunction events. Munoz et al. concluded that there was a statistically insignificant trend towards renal dysfunction with high-dose aprotinin (OR, 1.46; 95% CI, 0.92 to 2.33;

P=0.11) but not with low-dose aprotinin (OR, 1.01; 95% CI, 0.65 to 1.57; P=0.96). In the meta-analysis done by Gagne et al., a statistically significant association was demonstrated between aprotinin use and renal dysfunction (RR, 1.42; 95% CI 1.13-1.79). These results were robust. Sensitivity analyses that removed one study at a time found results of pooled RRs to be between 1.34 and 1.52 and all 95% CIs excluded 1.0. Importantly, four of the studies that were pooled reported point estimates of RR of >2.0 (Mangano 2006, Coleman 2007, Mouton 2008, and Wagener 2008). In addition, the pooled RR would have been even higher than 1.42 except that several studies were included that only defined renal dysfunction by the need for dialysis (Furnary and Schneeweiss). In contrast with the results using renal dysfunction as the outcome, only five studies reported renal outcomes defined by need for dialysis. Pooling of these studies showed a statistical trend for an association between aprotinin use and renal failure requiring dialysis (RR1.17; 95% CI 0.99-1.38). Replacing the transfusion-adjusted effect estimate reported by Furnary et al. with the estimate that the authors reported not adjusted for transfusion increased the pooled estimate (RR 1.26, 95% CI 1.05-1.51).

## Conclusion

After examining the meta-analyses performed with aprotinin, it can be concluded that aprotinin appears to reduce blood loss and the need for perioperative transfusion. Importantly, in the early meta-analyses, the data relating to renal failure and renal dysfunction were somewhat ambiguous due to the fact that the definitions for these outcomes were not uniform across all the studies. In addition, as noted above, even the meta-analyses were very limited in their ability to examine renal failure requiring dialysis. Because renal failure requiring dialysis is a dichotomous event, it can only be examined with adequate power in large observational studies. **In the early studies, there were simply an inadequate number of well-conducted RCTs in this area with large enough sample sizes for a pooled meta-analysis to be able to look at renal failure requiring dialysis with any reliability.** In contrast, several of the early meta-analyses identified that aprotinin is associated with renal dysfunction. This is not surprising, since renal dysfunction is a continuous endpoint which can be examined with much smaller pooled sample sizes than a dichotomous outcome like renal failure. However, the later meta-analyses and the pooled analysis by Gagne et al. did show an association between aprotinin use and renal dysfunction and there was a strong trend for an association with renal failure requiring dialysis. The results of the meta-analyses with respect to mortality were similar. Because early RCTs were so small, even pooled analyses of their results were limited in their ability to examine dichotomous outcomes like mortality. In addition, previous trials were focused on bleeding outcomes, and they were inconsistent in their quality as well as their collection and reporting of data not related to bleeding outcomes. Many of the trials conducted did not even report mortality outcomes, so it is not surprising that the early pooled analyses were unable to identify the relationship of aprotinin with increased rates of death. However, the later meta-analyses did find an association with increased mortality, and the meta-analysis of observational studies by Gagne et al., which included over 119,000 patients, also showed a significant association with mortality.

**Table 4- Characteristics of Meta-Analyses**

| Study | Year | # Trials Included | # of Patients | Primary Objective | Clinical Outcomes of Interest | Search Criteria |
|---|---|---|---|---|---|---|
| Brown et al | Mar 2007 | 138 | ---- | Compare aprotinin, aminocaproic acid, and tranexamic acid with placebo to evaluate clinical outcomes. | Total blood loss, transfusion of packed red blood cells, reexploration, mortality, stroke, myocardial infarction, dialysis dependent renal failure, and renal dysfunction | Meta-analysis of randomized controlled trials including adult coronary artery bypass (CABG), isolated valve, or combined CABG/valve surgery (primary operations and reoperations |
| Carless et al | Jul 2005 | 20 | 2430 | Establish whether TXA and EACA are as effective as aprotinin in reducing peri-operative blood loss, patient exposure to allogeneic blood transfusion and the need for reoperation due to recurrent bleeding | # of patients exposed to allogeneic red blood cell transfusion, and/or the amounts of allogeneic RBC transfused (units), blood loss (ml), rates of re-operation for bleeding  (re-exploration), non-fatal myocardial infarction, stroke, thrombosis, and mortality. | Randomized, head-to-head trials involving comparisons of aprotinin TXA and EACA in elective adult cardiac surgery, |
| Fergusson et al | Jun 2005 | 64 | 8040 | Whether or not aprotinin decreases the need for perioperative transfusion | All 64 publications stated an objective with blood loss or transfusion requirements mentioned as a primary objective or outcome | Randomized controlled trials in cardiac surgery. Only randomized trials that described the proportion of patients receiving at least one unit of allogeneic red blood cells were eligible. Studies were included. All RTCs had to be either placebo controlled or open-label with no active control. |
| Sedrakyan et al | Sept 2004 | 35 | 3879 | Evaluate clinical outcomes in patients undergoing coronary artery bypass grafting who received aprotinin. | Mortality, myocardial infarction, renal failure, stroke, atrial fibrillation | 1. Random allocation of study treatments. 2.  Placebo-controlled.  3.  Enrollment of only patients undergoing coronary artery bypass grafting.  4.  No combination with another experimental medication or device, and 5.  Prophylactic and continuous intraoperative use |
| Levi et al | Dec 1999 | 72 | 8409 | Whether the use of aprotinin, lysine analogues and desmopressin, the three most commonly used pharmacological strategies used to decrease blood loss, have beneficial effects on more clinically relevant outcomes | Perioperative blood loss, mortality, rethoracotomy, proportion of patients receiving a transfusion/number of transfusions, perioperative myocardial infarction | Clinical trials investigating the efficacy of one of the three pharmacological agents, which reported at least one clinically relevant outcome in addition to perioperative blood loss in patients undergoing cardiac surgery |
| Munoz et al | Jan 1999 | 52 | ---- | Compare the relative effectiveness and adverse effect profile of aprotinin and aminocaproic acid against placebo | Total blood loss, red blood cell transfusion rates and amounts, reexploration, postoperative stroke, myocardial infarction, renal impairment, mortality | Clinical Trials published between 1985-1998 involving the use of EACA  or aprotinin in patients undergoing cardiac surgery |

Abbreviations

1. KIU- kallikrein-inhibiting units
2. TXA- tranexamic acid
3. EACA-epsilon aminocaproic acid

Dosages

1. Brown et al:  High-dose aprotinin: $2 \times 10^6$ KIU IV loading dose, $2 \times 10^6$ KIU pump-priming dose, and $0.5 \times 10^6$ KIU IV/h maintenance dose.
   Low-dose aprotinin: $1 \times 10^6$ KIU IV loading dose, $1 \times 10^6$ KIU pump-priming dose, and $0.25 \times 10^6$ KIU IV/h maintenance dose.
2. Levi et al:    Conventional regimen aprotinin: $3 \times 280$ mg.
   Lower dose aprotinin: ranging from $1 \times 70$ mg to $3 \times 140$ mg.
3. Munoz et al:  Doses varied across studies:
   High dose aprotinin: $\sim 6 \times 10^6$ KIU.
   Low dose aprotinin: $1-3 \times 10^6$ KIU.

**Results Tables for the Meta Analyses**

**Table 5.1- Total Blood Loss[37]**

| Study Name[38] | Treatment Group | Studies | N | Mean Difference | RR | 95% CI | P Value |
|---|---|---|---|---|---|---|---|
| Brown et al | Aprotinin High Dose vs. Placebo | 22 | 1760 | -348 | ---- | -416 to -281 | <0.001 |
| | Aprotinin Low Dose vs. Placebo | 6 | 515 | -226 | ---- | -277 to -175 | <0.001 |
| | Aprotinin vs. Tranexamic Acid | 6 | 280 | -195 | ---- | -286 to -105 | <0.001 |
| | Aprotinin vs. Aminocaproic Acid | 2 | 78 | -184 | ---- | -256 to -112 | <0.001 |
| Carless et al | Aprotinin vs. Tranexamic Acid | 10 | 1707 | -106 | ---- | -37 to -176 | ---- |
| | Aprotinin vs. Aminocaproic Acid | 6 | 399 | -184 | ---- | -134 to -235 | ---- |
| Sedrakyan et al | ---- | ---- | ---- | ---- | ---- | ---- | ---- |
| Levi et al | Aprotinin vs. Placebo | 43 | 4937 | -446.5 | ---- | -456.5 to -436.4 | ---- |
| | Aprotinin conventional dose vs. lower doses | 12 | 1186 | -130.7 | ---- | -120.8 to -140.5 | ---- |
| | Aprotinin vs. Lysine analogues | 8 | 782 | -49.5 | ---- | -63.7 to -35.3 | ---- |
| Munoz et al | Aprotinin High Dose vs. Placebo | 37 | ---- | -53% | ---- | ---- | <0.001 |
| | Aprotinin Low Dose vs. Placebo | 17 | ---- | -35% | ---- | ---- | <0.001 |

Abbreviations: N=number of participants, RR=Relative Risk

---

[37] The first table is that of Total Blood Loss, which is somewhat unusual considering the severity and importance of all the other clinical outcomes; In all studies Aprotinin was consistently seen to significantly decrease the total amount of blood loss thus proving to be one of the only outcomes that Aprotinin has a definite effect on (for all the studies Total Blood Loss was measured in milliliters)

[38] All studies are listed in reverse chronological order

**Table 5.2- Mortality**

| Study Name | Treatment Group | Studies | N | Event Rates | RR | 95% CI | P Value |
|---|---|---|---|---|---|---|---|
| Brown et al | Aprotinin High Dose vs. Placebo | 43 | 6175 | ----- | 0.89 | 0.65 to 1.21 | 0.459 |
| | Aprotinin Low Dose vs. Placebo | 14 | 1453 | ----- | 1.37 | 0.72 to 2.59 | 0.338 |
| | Aprotinin vs. Tranexamic Acid | 8 | 1689 | ----- | 1.29 | 0.63 to 2.65 | 0.487 |
| | Aprotinin vs. Aminocaproic Acid | 1 | 138 | ----- | 0.97 | 0.06 to 15.22 | 0.984 |
| Carless et al | Aprotinin vs. Tranexamic Acid | ---- | ---- | ---- | ---- | ---- | ---- |
| | Aprotinin vs. Aminocaproic Acid | ---- | ---- | ---- | ---- | ---- | ---- |
| Sedrakyan et al | Aprotinin vs. Placebo | 32 | 3779 | 2.47% vs. 2.40% | 0.96 | 0.65 to 1.40 | ---- |
| Levi et al[39] | Aprotinin vs. Placebo | 26 | 3212 | 2.8% to 1.5% | 0.55* | 0.34 to 0.90 | ---- |
| | Aprotinin conventional dose vs. lower doses | 6 | 693 | ---- | 0.50* | 0.21 to 1.18 | ---- |
| Munoz et al | Aprotinin High Dose vs. Placebo | 25 | 4015 | 2.7% vs. 3.1% | ---- | ---- | 0.468 |
| | Aprotinin Low Dose vs. Placebo | 11 | 1165 | 3.3% vs. 2.2% | ---- | ---- | 0.280 |

*0.55 and 0.50 are Odds Ratios (OR) not relative risk (RR)

---

[39] Levi et al. showed an almost two fold decrease in mortality with Aprotinin compared to placebo, as opposed to all other studies which found that Aprotinin (high or low dose) compared to placebo, EACA or TXA did not have a statistically significant effect on mortality

**Table 5.3- Stroke**

| Study Name | Treatment Group | Studies | N | Event Rates | RR | 95% CI | P Value |
|---|---|---|---|---|---|---|---|
| Brown et al | Aprotinin High Dose vs. Placebo | 22 | 1737 | ----- | 0.67 | 0.30 to 1.47 | 0.316 |
| | Aprotinin Low Dose vs. Placebo | 10 | 1049 | ----- | 0.47 | 0.09 to 2.36 | 0.360 |
| | Aprotinin vs. Tranexamic Acid | 7 | 1535 | ----- | 1.52 | 0.58 to 4.03 | 0.395 |
| | Aprotinin vs. Aminocaproic Acid | 2 | 238 | ----- | 3.96 | 0.44 to 35.27 | 0.218 |
| Carless et al | Aprotinin vs. Tranexamic Acid | ---- | ---- | ---- | ---- | ---- | ---- |
| | Aprotinin vs. Aminocaproic Acid | ---- | ---- | ---- | ---- | ---- | ---- |
| Sedrakyan et al[40] | Aprotinin vs. Placebo | 18 | 2976 | 1.10% vs. 2.22% | 0.53 | 0.31 to 0.90 | ---- |
| Levi et al | | ---- | ---- | ---- | ---- | ---- | ---- |
| Munoz et al | Aprotinin High Dose vs. Placebo | 15 | 1341 | 0.6% vs. 1.7% | 0.56* | 0.26 to 1.21 | 0.14 |
| | Aprotinin Low Dose vs. Placebo | 9 | 973 | 0.4% vs. 1.4% | 0.54* | 0.2 to 1.45 | 0.22 |

*0.56 and 0.54 are Odds Ratios (OR) not relative risk (RR).

---

[40] Sedrakyan et al. found that Aprotinin was associated with consistently fewer strokes in most of the individual trials as opposed to the other studies which found that there were no statistically significant risks or benefits for any of these agents with respect to strokes, no trends were seen favoring any drugs compared with the others.

**Table 5.4- Myocardial Infarction**

| Study Name | Treatment Group | Studies | N | Event Rates | RR | 95% CI | P Value |
|---|---|---|---|---|---|---|---|
| Brown et al | Aprotinin High Dose vs. Placebo | 31 | 3315 | ----- | 1.10 | 0.83 to 1.45 | 0.520 |
| | Aprotinin Low Dose vs. Placebo | 16 | 1585 | ----- | 0.94 | 0.58 to 1.54 | 0.816 |
| | Aprotinin vs. Tranexamic Acid | 8 | 1655 | ----- | 0.89 | 0.52 to 1.50 | 0.649 |
| | Aprotinin vs. Aminocaproic Acid | 2 | 183 | ----- | 1.20 | 0.30 to 4.89 | 0.795 |
| Carless et al | Aprotinin vs. Tranexamic Acid | ---- | ---- | ---- | ---- | ---- | ---- |
| | Aprotinin vs. Aminocaproic Acid | ---- | ---- | ---- | ---- | ---- | ---- |
| Sedrakyan et al | Aprotinin vs. Placebo | 28 | 3555 | 4.74% vs. 5.03% | 0.85 | 0.63 to 1.14 | ---- |
| Levi et al[41] | Aprotinin vs. Placebo | 18 | 1995 | ---- | 1.13 | 0.76 to 1.67 | ---- |
| | Aprotinin conventional dose[42] vs. lower doses[43] | 7 | 666 | 8.1% vs. 3.9% | 2.15 | 1.12 to 4. 11 | ---- |
| Munoz et al | Aprotinin High Dose vs. Placebo | 17 | 1710 | 6.0% vs. 4.9% | ---- | ---- | 0.316 |
| | Aprotinin Low Dose vs. Placebo | 10 | 1125 | 4.1% vs. 5.0% | ---- | ---- | 0.470 |

---

[41] Levi et al. found that the incidence of MI was two times higher with the conventional dose of Aprotinin compared to a lower dose; All the other studies found that Aprotinin (high or low dose) compared to placebo, EACA or TXA did not have a statistically significant effect on MI
[42] Conventional regimen aprotinin: 3x280 mg,
[43] Lower dose aprotinin: ranging from 1x70 mg to 3x140

**Table 5.5- Renal Failure[44]**

| Study Name | Treatment Group | Studies | N | Event Rates | RR | 95% CI | P Value |
|---|---|---|---|---|---|---|---|
| Brown et al[45] | Aprotinin High Dose vs. Placebo | 27 | 4681 | ----- | 1.09 | 0.68 to 1.77 | 0.712 |
| | Aprotinin Low Dose vs. Placebo | 7 | 786 | ----- | 1.86 | 0.07 to 49.26 | 0.711 |
| | Aprotinin vs. Tranexamic Acid | 1 | 1040 | ----- | 1.01 | 0.36 to 2.85 | 0.988 |
| | Aprotinin vs. Aminocaproic Acid | 0 | ---- | ----- | ---- | ---- | ---- |
| Carless et al | ---- | ---- | ---- | ---- | ---- | ---- | ---- |
| Sedrakyan et al[46] | Aprotinin vs. Placebo | 17 | 3003 | 1.48% vs. 1.28% | 1.01 | 0.55 to 1.83 | ---- |
| Levi et al | ---- | ---- | ---- | ---- | ---- | ---- | ---- |
| Munoz et al | ---- | ---- | ---- | ---- | ---- | ---- | ---- |
| | ---- | ---- | ---- | ---- | ---- | ---- | ---- |

[44] All studies that measured renal failure found that Aprotinin (high or low dose) compared to placebo, EACA or TXA did not have a statistically significant effect on renal failure
[45] Renal Failure is defined as a new onset of dialysis
[46] Renal failure was defined as anuria, kidney failure, acute kidney failure, kidney tubular necrosis, and uremia

73

**Table 5.6- Renal Dysfunction**

| Study Name | Treatment Group | Studies | N | Event Rates | RR | 95% CI | P Value |
|---|---|---|---|---|---|---|---|
| Brown et al[47] | Aprotinin High Dose vs. Placebo | 19 | 1778 | ----- | 1.47 | 1.12 to 1.94 | 0.006 |
| | Aprotinin Low Dose vs. Placebo | 9 | 1041 | ----- | 1.01 | 0.69 to 1.49 | 0.961 |
| | Aprotinin vs. Tranexamic Acid | 2 | 1160 | ----- | 1.07 | 0.55 to 2.10 | 0.842 |
| | Aprotinin vs. Aminocaproic Acid | 1 | 100 | ----- | ---- | ---- | ---- |
| Carless et al | ---- | ---- | ---- | ---- | ---- | ---- | ---- |
| Sedrakyan et al | ---- | ---- | ---- | ---- | ---- | ---- | ---- |
| Levi et al | ---- | ---- | ---- | ---- | ---- | ---- | ---- |
| Munoz et al[48] | Aprotinin High Dose vs. Placebo | ---- | ---- | ---- | 1.46* | 0.92 to 2.33 | 0.11 |
| | Aprotinin Low Dose vs. Placebo | | | | 1.01* | 0.65 to 1.57 | 0.96 |

*1.46 and 1.01 RE Odds Ratios (OR) not relative risk (RR).

---

[47] Brown et al. found there was a 47% increased risk of renal dysfunction with high dose aprotinin. Renal dysfunction defined as a ≥0.5mg/dL increase in creatinine from baseline
[48] Trials used variable creatinine levels to define renal impairment

## Cohort Studies

*Mangano DT, Miao Y, Vuylsteke A, et al. Investigators of The Multicenter Study of Perioperative Ischemia Research Group; Ischemia Research and Education Foundation.*

*Mortality associated with aprotinin during 5 years following coronary artery bypass graft surgery.*

*JAMA. 2007; 297:471-9.*

**Context:** *Acute safety concerns have been raised recently regarding certain hemorrhage-sparing medications commonly used in cardiac surgery. However, no comprehensive data exist regarding their associations with long-term mortality.*

**Objective:** *To contrast long-term all-cause mortality in patients undergoing coronary artery bypass graft (CABG) surgery according to use of 2 lysine analog antifibrinolytics (aminocaproic acid and tranexamic acid), the serine protease inhibitor aprotinin, or no antibleeding agent.*

**Design, Setting, and Participants:** *Observational study of mortality conducted between November 11, 1996, and December 7, 2006. Following index hospitalization (4374 patients; 69 medical centers), survival was prospectively assessed at 6 weeks, 6 months, and annually for 5 years after CABG surgery among 3876 patients enrolled in a 62-center international cohort study. The associations of survival with hemorrhage-sparing medications were compared using multivariable analyses including propensity adjustments.*

**Main Outcome Measure:** *Death (all-cause) over 5 years.*

**Results:** *Aprotinin treatment (223 deaths among 1072 patients [20.8% 5-year mortality]) was associated with significantly increased mortality compared with control (128 deaths among 1009 patients [12.7%]; covariate adjusted hazard ratio for death, 1.48; 95% confidence interval, 1.19-1.85), whereas neither aminocaproic acid (132 deaths among 834 patients [15.8%]; adjusted hazard ratio for death, 1.03; 95% confidence interval, 0.80-1.33) nor tranexamic acid (65 deaths among 442 patients [14.7%]; adjusted hazard ratio for death, 1.07; 95% confidence interval, 0.80-1.45) was associated with increased mortality. In multivariable logistic regression, either with propensity adjustment or without, aprotinin was independently predictive of 5-year mortality (adjusted odds ratio with propensity adjustment, 1.48; 95% confidence interval, 1.13-1.93; P = .005) among patients with diverse risk profiles, as well as among those surviving their index hospitalization. Neither aminocaproic nor tranexamic acid was associated with increased risk of death.*

**Conclusions:** *These findings indicate that in addition to the previously reported acute renal and vascular safety concerns, aprotinin use is associated with an increased risk of long-term mortality following CABG surgery. Use of aprotinin among patients undergoing CABG surgery does not appear prudent because safer and less expensive alternatives (ie, aminocaproic acid and tranexamic acid) are available.*

## Comments

The purpose of this article was to examine long-term all-cause mortality in patients undergoing bypass surgery according to the use of aminocaproic acid/tranexamic acid versus aprotinin versus no anti-bleeding agent. This was an observational cohort study where the

patients were enrolled between November 11th, 1996 and December 7th, 2006. It was a large study involving over 4000 patients in 69 medical centers. Survival was prospectively assessed at 6 weeks, 6 months and annually for 5 years after bypass surgery among close to 4000 patients. The primary outcome of survival was examined with respect to hemorrhage-sparing medications. The methodology included multivariable analyses, which also included propensity score adjustments. The primary outcome measured was all-cause mortality over 5 years. The hypothesis made by the authors was that the use of either serine protease inhibitors or lysine analogs in patients presenting for coronary artery surgery may be associated with higher long-term all-cause mortality.

Aprotinin use was associated with a 20.8% 5 year mortality versus 12.7% among control patients. This was associated with a covariate adjusted hazard ratio for death of 1.48 with a 95% confidence interval of 1.19 to 1.85. Neither aminocaproic acid nor tranexamic acid was associated with increased mortality when compared with patients receiving no treatment. Using different analytic techniques, aprotinin was still independently associated with 5 year mortality. This was true among patients with diverse risk profiles. The authors conclude that aprotinin is associated with increased long-term mortality following bypass surgery. They also believe that aprotinin use does not appear to be prudent because safer and less expensive alternatives are available.

Aprotinin was first approved in the United States in 1993 for use in high-risk patients needing bypass surgery. In 1998 its use was broadened to include any patient undergoing bypass surgery. Over 4 million patients worldwide have received aprotinin since 1985, principally during cardiac surgery.  The authors refer to one of their earlier articles in 2006 in the New England Journal of Medicine by Mangano et al. This was entitled "The Risk Associated with Aprotinin in Cardiac Surgery." They state that during 2006, the safety of aprotinin became questioned.   An observational study that they performed showed that aprotinin use was associated with a doubling to tripling of the risk of perioperative renal dysfunction and failure requiring dialysis in patients undergoing primary, repeat, or complex coronary artery bypass surgery. Thy also refer to the original 1993 FDA observation that some patients in the initial two trials of aprotinin had kidney toxicity. There was also a question in 2006 about the association of aprotinin with cardiovascular events including myocardial infarction, heart failure, and encephalopathy. Several other reports also reached similar conclusions. They also refer to a study by Cooper et al, which appeared in the Journal of Thoracic Cardiovascular Surgery (2006), which suggested that aprotinin was associated with in-hospital death due to acute pulmonary vascular thromboses. The authors make the case that even at the time of this publication in February 2007, there were no long-term comprehensive data on survival associated with aprotinin versus the other serine protease inhibitors or lysine analogues.

Table 1 shows the baseline characteristics of the 4374 study patients. There were 1374 control patients, 1295 patients receiving aprotinin, 883 patients who received aminocaproic acid, and 822 patients who received tranexamic acid. There were various differences among patients receiving and not receiving antifibrinolytics. Patients who received antifibrinolytics were slightly older, were less likely to have higher education, were less likely to undergo urgent or emergency surgery. Control patients were less likely to undergo complex surgery. There were also geographic differences, with control patients

being more likely to come from Europe. After propensity score analysis, there were no significant differences across the groups.

It is important to note that this study was a prospectively performed cohort study. This was not a retrospective cohort. Institutional review board approval was obtained and patients were prospectively enrolled at 69 international centers. Sampling by institution was done. The equation was every $n$th patient was enrolled with $n$=N/50. For example, if 400 patients were expected to undergo bypass surgery at that institution, 400/50=8, and 8 patients would be enrolled at that institution. More than 7500 fields were collected per patient. 62 sites agreed to a 5 year long term study. Patients were prospectively assessed using a formal interview and validated instruments at 6 weeks, 6 months and annually up to 5 years. All data fields were adjudicated centrally by the Ischemia Research and Education Foundation by blinded investigators. In addition to clinically obtained death information, national death registries were examined. In-hospital enrollment occurred between November 11th, 1996 and June 30th, 2000. Long-term data follow-up was completed on January 5th, 2006.

Survival analysis was performed using Cox proportional hazards models, which were covariate adjusted. Censoring was also appropriately used.

Figure 2 shows cumulative mortality curves comparing the study groups. The first curve shows all patients in the study and the second shows patients without an in-hospital death, in other words those who survived beyond hospitalization. Both curves show that mortality is higher in the aprotinin groups and that aminocaproic acid, tranexamic acid and control groups are not substantially different in terms of long-term mortality up to 5 years out.

Multivariable logistic regression showed that aprotinin was an independent predictor of 5 year mortality with a covariate adjusted odds ratio of 1.51 and a 95% confidence interval of 1.17 to 1.96. Investigators also found a dose response relationship with higher mortality (control versus low dose versus high dose aprotinin with mortality rates of 12.7%, 22.8%, and 37.9%) (low-dose vs. control: OR=1.58; 95% CI, 1.14-2.20 ; high-dose vs. control: OR=2.07; 95% CI, 1.08-3.95). Figure 3 of the study shows similar results to figure 2. This shows the Cox proportional hazards modeling for all patients as well as patients who survived hospitalization to have an independent association of mortality with aprotinin use. Figure 3 shows breakdown among various subgroups. It show that no matter which clinical subgroup was examined (e.g. women versus men, older patients versus younger patients, patients with diabetes versus those without, those undergoing complex surgery versus those who did not), all of the subgroups showed a higher mortality with aprotinin.

The FDA conducted a retrospective review of 1307 placebo treated and 2004 aprotinin treated patients to examine the association between aprotinin use and bypass closure. Based on this data, a prospective randomized trial called the IMAGE trial was conducted in which a statistically significant 41% increase in coronary graft occlusion was found within 2 weeks of aprotinin use versus placebo. Thus, there is reason to think that aprotinin use may lead to acute bypass graft closure, which in turn could be part of the reason why increased mortality is seen in these patients.

The authors note that over the year prior to the publication of their study, they estimate that at least 200,000 cardiac surgery patients received aprotinin. For these patients, their study found a 5% absolute increase in 5 year mortality or 1% per year for 5 years. Thus,

they estimate that if aprotinin had not been used, approximately 2,000 deaths per year would have been avoided for 5 years, or 10,000 total deaths might have been avoided.

The authors note that they had a 13% loss to follow-up rate between 6 weeks and 5 years and that these patients were censored from the survival analyses.

There is an editorial entitled "Aprotinin - Are there Lessons Learned?" which appeared in JAMA (February 2007) with the Mangano article. The author was T. Bruce Fergusson. Fergusson makes the point that even in the databases by Mangano et al, the reason for use of the various antifibrinolytics was not determinable. The use varied widely across surgeons, sites and countries during the enrollment. This was influenced by cause, complexity, physician judgement, and other factors. He makes the case that 57.5% of the control patients were from European centers, whereas 48.8% of the antifibrinolytic patients were from North American Centers, which captured only 23.9% of control patients. He also makes the point that this registry was not a comprehensive registry. Rather, a sampling of patients was done at each center based on the anticipated annual surgical volume at the site. For this reason, a greater number of patients were enrolled at low volume centers which were proportionally out of proportion to their volume. These centers have less than optimal bypass graft outcomes compared to high volume centers. He makes the point that site level confounding occurs sometimes in observational studies. Hierarchical regression techniques are sometimes used to account for this, but were not conducted in this study. The author makes the point that the FDA issued a relabeling of aprotinin on December 15th, 2006, once again confining it to use in high-risk coronary artery bypass graft patients.

The article in JAMA by Magano et al. elicited numerous letters to the editor with various criticisms of the methodology employed. Here are some of the points raised by the letter writers:  1. There was potential for site level bias related to unequal enrollment between European and North American centers, which corresponded to differences in medication use and possible variations in the quality of care. North American sites enrolled only 25% of the expected patients, whereas in Europe the corresponding rate was 48%.  The probability of any fibrinolytic treatment was 82% in North American centers versus 62% in European centers. There were also significant differences between specific treatments, including the probability of use of aprotinin treatment and the use of aminocaproic acid.  2.  Some letter writers questioned the proposed mechanistic role of aprotinin as a mediator of long-term death. Mangano et al. suggested it might be coronary thrombosis or thrombosis of vein grafts early after surgery. Mangano et al. quoted several studies which showed that early coronary artery graft closure is associated with worse long-term outcomes and that the studies that were cited show early separation of curves. In contrast, however, a comment on the Mangano article shows curves which continue to separate and thus, the letter writers believe that would be unlikely to be due to short term graft closure. They think that an alternative explanation would be related to aprotinin-induced acute kidney injury giving rise to chronic kidney injury.  3.  Some of the letter writers were concerned about multiple covariates that are important to consider when thinking about long-term mortality after bypass surgery, but were not analyzed in the study. They were concerned about low preoperative hemoglobin levels, intraoperative hemoglobin levels, relationship between blood transfusion and the development of severe postoperative infection and death. They were also concerned about the anastomosis of the internal thoracic artery to the left anterior descending coronary artery as well as the disease in other coronary arteries. There are varying rates of use of grafts per

patient, perioperative blood loss, blood saving techniques and level of hemoglobin in different institutions. The article does not provide any information about this.  4.  Another group of letter writers were also concerned about the extent of underlying coronary disease, be it one, two or three vessel coronary disease in the presence or absence of left main disease. The completeness of revascularization, the use of left internal mammary artery versus vein grafts are all covariates that they believe should have been included in the Cox regression analysis or in the propensity model.

Mangano et al. replied to these letter writers.  They suggest that it is possible that acute renal effects may be part of the mechanism which affects long-term survival. They do several additional analyses examining the covariates suggested by the letter writers and find no significant difference in their results.

In my opinion, this cohort study by Mangano et al. raises serious concerns about aprotinin. They used an extensive registry with multiple centers in multiple different countries. They used sophisticated analyses and examined all possible covariates that were available to them. They still found that there was a significant mortality association with aprotinin. Although this study is not definitive because the patients were not randomized, it provides strong support to the idea that aprotinin has adverse effects associated with it, and that this requires immediate and further study.

**Mangano DT, Tudor IC, Dietzel C; Multicenter Study of Perioperative Ischemia Research Group; Ischemia Research and Education Foundation.**
**The risk associated with aprotinin in cardiac surgery.**
**NEJM 2006; 354: 353-65.**

*Background*: *The majority of patients undergoing surgical treatment for ST-elevation myocardial infarction receive antifibrinolytic therapy to limit blood loss. This approach appears counterintuitive to the accepted medical treatment of the same condition--namely, fibrinolysis to limit thrombosis. Despite this concern, no independent, large-scale safety assessment has been undertaken.*
*Methods*: *In this observational study involving 4374 patients undergoing revascularization, we prospectively assessed three agents (aprotinin [1295 patients], aminocaproic acid [883], and tranexamic acid [822]) as compared with no agent (1374 patients) with regard to serious outcomes by propensity and multivariable methods. (Although aprotinin is a serine protease inhibitor, here we use the term antifibrinolytic therapy to include all three agents.)*
*Results*: *In propensity-adjusted, multivariable logistic regression (C-index, 0.72), use of aprotinin was associated with a doubling in the risk of renal failure requiring dialysis among patients undergoing complex coronary-artery surgery (odds ratio, 2.59; 95 percent confidence interval, 1.36 to 4.95) or primary surgery (odds ratio, 2.34; 95 percent confidence interval, 1.27 to 4.31). Similarly, use of aprotinin in the latter group was associated with a 55 percent increase in the risk of myocardial infarction or heart failure (P<0.001) and a 181 percent increase in the risk of stroke or encephalopathy (P=0.001). Neither aminocaproic acid nor tranexamic acid was associated with an increased risk of renal, cardiac, or cerebral events. Adjustment according to propensity score for the use of any one of the three agents as compared with no agent yielded nearly identical findings. All the agents reduced blood loss.*

*Conclusion*: *The association between aprotinin and serious end-organ damage indicates that continued use is not prudent. In contrast, the less expensive generic medications aminocaproic acid and tranexamic acid are safe alternatives.*

## Comments

The objective of this study was to address the safety of antifibrinolytic therapy for thrombosis-related cardiac, cerebral, and renal events. This was an observational study involving 4374 patients who underwent revascularization. They examined three agents: aprotinin (1295 patients), aminocaproic acid (883 patients), and tranexamic acid (822 patients) as compared with no agent (1374 patients). They used propensity adjusted multivariable logistic regression. This showed that the use of aprotinin was associated with a doubling in the risk of renal failure requiring dialysis among patients undergoing complex coronary artery surgery with an odds ratio of 2.59 and a 95% confidence interval of 1.36 to 4.95. Results were similar with patients undergoing primary surgery.

Analysis of patients undergoing primary surgery showed that aprotinin was associated with a 55% increase in the risk of myocardial infarction or heart failure and a 181% increase in the risk of stroke or encephalopathy. Neither aminocaproic acid nor tranexamic acid were associated with an increased risk of any of the above events. Propensity score adjustment yielded identical findings. All the agents reduced blood loss. The authors conclude that the association between aprotinin and serious end organ damage indicates the continued use of aprotinin is not prudent. In the introduction to this article, the authors make the point that for patients who present with ST-segment elevation myocardial infarction, fibrinolytic therapies are commonly employed in order to dissolve the clot and open the coronary artery. In contrast, many patients who have recently suffered an ST-segment myocardial infarction are then sent for bypass surgery in which fibrinolytic therapy is avoided in order to avoid bleeding complications during the surgery. In addition, many of these patients receive antifibrinolytic therapy in order to reduce bleeding during the surgery. They find this to be counterintuitive and possibly associated with adverse outcomes.

The authors also note that previous studies that tried to look at safety of aprotinin had three important limitations: 1. no prior investigation was adequately powered to assess relatively infrequent, but clinically serious safety events. 2. the comparative safety of the three agents was not assessed with one study. 3. nearly all investigations were sponsor-supported and therefore carried unavoidable bias.

From Table 1 of this paper, one can see that there were multiple differences in baseline characteristics between the patients receiving aprotinin, aminocaproic acid and tranexamic acid. Primary methodologies used for analysis were twofold. First, there was multivariable logistic regression. Second, there was propensity score adjustment. In addition, dose response was assessed among 596 patients who were receiving a low dose regimen versus a high dose regimen.

Figure 2 shows that there were adverse safety outcomes that were associated with aprotinin versus control group or aminocaproic acid or tranexamic acid. These outcomes included renal dialysis, renal dysfunction, renal composite outcome, death, vascular event, cardiovascular event, myocardial infarction, heart failure, cerebrovascular event, a statistical trend for stroke, and a statistically significant association with encephalopathy.

Among the 3013 patients undergoing primary surgery, aprotinin was associated with an increased risk of death - 2.8% versus 1.3%, p=0.02, cardiovascular events 20.4% versus

13.2%, cerebrovascular events 4.5% versus 1.6% and renal events 5.5% versus 1.8%, all statistically significant. Aprotinin was also associated with a 48% increase in the risk of myocardial infarction and a 109% increase in the risk of heart failure. These results were similar even after propensity score adjustment as well as adjustment with covariates.

Table 3 shows propensity adjusted effective treatment on ischemic outcome events. After control, patients undergoing primary surgery had an odds ratio of 1.59, which is statistically significant for aprotinin versus death. This was not significant with patients undergoing complex surgery. There were statistically significant associations with renal events with odds ratios of 2.34 and 2.59. Cardiovascular events were significant for patients undergoing primary surgery, but not complex surgery. There was no association with cerebrovascular events in either group or for the composite outcome event, which was defined as the other outcome event categories, including death, renal event, cardiovascular event and cerebrovascular event.

The three medications reduced blood loss to a similar extent. Compared with the control group in which the mean estimated blood loss was 827 mL, blood loss was 753 mL in the aprotinin group, 719 mL in the aminocaproic acid group, and 676 mL in the tranexamic acid group. Thus, although each of the agents had a decrease in blood loss, aprotinin was not better than aminocaproic acid or tranexamic acid.

Figure 3 shows that dose response curves between control, low dose aprotinin, and high dose aprotinin showed a dose response which was significant for renal events, cardiovascular events, and composite outcome events, but for death was only associated with a p value of 0.12.

The authors conclude that aprotinin is associated with a dose dependent doubling to tripling of the risk of renal failure requiring dialysis among patients undergoing primary complex coronary artery surgery. They found that multiple patients had evidence of multi-organ damage involving the heart (myocardial infarction or heart failure) and the brain (encephalopathy) in addition to the kidneys with aprotinin. They noted that with the lysine analogues, aminocaproic acid and tranexamic acid, there were no such safety concerns, and that these two agents were just as effective in reducing blood loss.

The authors note that unlike lysine analogues, such as aminocaproic acid and tranexamic acid, aprotinin has a high affinity for the kidneys - a property that may explain the renal findings. After glomerular passage, aprotinin binds selectively to the brush border of the proximal tubule membrane and then enters into the cell and accumulates with the cytoplasm inhibiting tubule protease secretion, prostaglandin and renin synthesis, prostasin secretion, and bradykinin release. The authors note that among multiple previous trials of aprotinin only a few examined the question of renal function. However, they note that there were several renal safety signals in some of these previous studies.

The authors make the point that aprotinin is at least 10 times the cost of aminocaproic acid or tranexamic acid. They estimate that considerable global health care savings would accrue if aprotinin were replaced by either aminocaproic acid or tranexamic acid. Thus, they say that there would be improved health outcomes with a switch, and it would be cheaper. They also note the obstacles in place to do a large scale clinical trial in this area, including entrenched practice patterns among physicians and institutions etc.

One of the weaknesses of this study was that the amount of blood needed during surgery was not taken into account as an important variable. A later study (Furnary et al)

found that the amount of transfused blood was associated with an increased risk of renal events.

There is an editorial by Gus J. Vlahakes which appeared simultaneously with the Mangano article in the New England Journal of Medicine. The author makes the point that the study by Mangano et al. stands out as an example of the importance of phase 4 clinical trials. He says that although phase 3 clinical trials are used to examine efficacy, they are often not large enough to examine safety. Safety can only be examined in very large trials that often can only be conducted after the drug is released into the population. He also notes that the conduct of these trials may prove to be a conflict of interest with the drug companies who produced the medications.

### Letters to the Editor

This is a review of the letters to the editor of the New England Journal following the Mangano article in 2006.

The first letter to the editor is by Victor A. Ferraris. This author felt that the article by Mangano overemphasized the risk of aprotinin versus the substantial benefits. He felt that there was a flawed study design, imprecision in the definition of variables, selection bias, and a lack of proper weighting of evidence from the literature. He further says that the period in which postoperative mortality was assessed was not stated. He states that the sampling method that was used to identify study patients was unusual with more weight given to programs with a low volume of patients and consequently a likely higher rate of adverse events. He found that some of the data that was presented was at odds with data presented previously from the same group from the same database. He notes that many important determinants of outcome were not described in the article. These included the use of antithrombotic drugs before surgery, the duration of cardiopulmonary bypass, the amounts of blood transfused as well as important postoperative details such as the use of inotropic drugs in the occurrence of hypotensive episodes. He notes that the Workforce on Evidence-Based Surgery of the Society of Thoracic Surgeons examined several dozen randomized trials including a meta-analysis and a Cochrane collaboration summary. They indicated no significant difference in mortality of myocardial infarction or risk of renal failure associated with aprotinin.  Of note, Ferraris was a Bayer consultant and the letter was apparently vetted by Bayer before it was submitted and published.

There is a letter from Jeremiah Brown, Nancy Birkmeyer, and Gerald O'Connor stating that they conducted a meta-analysis of randomized controlled trials in 1999. They found that aminocaproic acid and aprotinin were equally effective with no difference in adverse events. They have now updated the meta-analysis in this letter and found that patients receiving aprotinin have an increased rate of renal dysfunction but not of renal failure.

There is another letter by Gerald Levi, James Ramsey, and Robert Guyton. This letter makes the point that although propensity scoring reduces bias, it does not completely eliminate it; thus sicker patients receive different treatments. The likelihood of an adverse event is related to the underlying sickness of the patient. For example, sicker patients are more likely to receive aprotinin. Sicker patients are more likely to have adverse events and thus aprotinin is associated with the occurrence of adverse events.  Although propensity scoring analysis reduces some of the bias associated with this type of analysis, it does not completely remove it. In addition, they make the point that an association is not the same as

establishing a cause-and-effect relationship. They also make the point that they felt it was unusual that the authorship of the study did not include any of the investigators who actually contributed patients to the study.  Of note, Levi was a Bayer consultant.

There is a letter by Michael D'Ambra, he makes the point that he had previously published a study in which there was an association between the presence of diabetes and adverse events related to aprotinin.

Mangano replies to these letters. One of the points he makes is that the FDA in 1993 found that "kidney toxicity also was a problem in some patients in the trials." He also makes the point that the largest RCT up until that time was the 1998 International Multicenter Aprotinin Graft Patency Experience or IMAGE trial of 870 patients. This trial showed that aprotinin was associated with a statistically significant 41% increase in the incidence of acute vein graft closure. However, these results were dismissed after additional analyses found that this association was not statistically significant after controlling.

There is an editorial by Jerry Avorn in the NEJM, November 23, 2006. This is entitled "Dangerous deception - hiding the evidence of adverse drug effects." He again states that the FDA committee met on September 21st 2006, reviewed the available evidence, and concluded that there was no need for additional warnings on the drugs official labeling. However, on September 30th, the data was released and published in newspapers that the manufacturer of aprotinin, Bayer, had hired a private contract research organization to perform its own large observational study of aprotinin. The results of this report were not released to the FDA. However, it appeared to confirm the conclusions found by Mangano et al. He says that this is a familiar procedure to observers of the drug evaluation process. A product is approved based on a RCT vs. placebo. Worries emerge about its safety. Very few or no adequately powered RCTs are conducted to address these issues. The pharmaceutical industry has no interest in performing these types of studies and the FDA does not have the regulatory ability in order to force them to do so. He says that this is a similar situation to what has previously happened in the industry, where pharmaceutical companies can perform their own research but have suppressed it when the results were negative. He says that the same thing happened with Merck and Vioxx.

There is another editorial in the November 23rd 2006 NEJM, by William Hiatt. "Observational studies of drug safety - aprotinin and the absence of transparency." He talks about the use of propensity score modeling. He notes that after aprotinin was approved by the FDA in 1993, multiple studies were performed. None of them showed any association between aprotinin and short-term increase in the risk of death or non fatal cardiovascular events, or any serious renal toxic effects except for transient increase in serum creatinine concentration.  However, in 2006, two observational studies were published which drew into question the safety of aprotinin. One was the study by Mangano and the other was the study by Karkouti. Hiatt again reviews that the FDA advisory committee met on September 21st 2006. They reviewed all the studies published to date as well as the global safety and efficacy database supplied by Bayer which included 45 RCTs involving 2249 patients who received aprotinin and 2164 who received placebo. The Bayer safety analysis was confined to un-adjudicated adverse events reported within 7 days of use of the drug. The results did not reveal any increased risk of fatal or non fatal cardiovascular events. He makes the point that Mangano did not give the FDA or the committee full access to his data which would have allowed the agency to perform an independent review and analysis to validate his group's

findings. Based on the data they had available the committee felt that there was insufficient evidence to require an additional warning on aprotinin's labeling, and agreed that the clinical data supported an acceptable safety and efficacy profile for aprotinin. However, he noted that days after the committee meeting, the FDA was made aware of additional observational data from Bayer which had not been presented at the meeting. Bayer had commissioned an observational study involving 67,000 patients who were given aprotinin. The initial FDA review of this data suggested that aprotinin may be associated with an increased risk of death, kidney failure, congestive heart failure and stroke. The failure of Bayer to disclose all its data on aprotinin seriously undermined the advisory committee process and hindered the safety review.

*Schneeweiss S, Seeger JD, Landon J, Walker AM.*
*Aprotinin during coronary-artery bypass grafting and risk of death.*
*NEJM 2008;  358:771-83.*

*Background: Aprotinin (Trasylol) is used to mitigate bleeding during coronary-artery bypass grafting (CABG). Accumulating evidence suggests that this practice increases mortality.*
*Methods: Using electronic administrative records of the Premier Perspective Comparative Database, we studied hospitalized patients with operating-room charges for the use of aprotinin (33,517 patients) or aminocaproic acid (44,682 patients) on the day CABG was performed. We tabulated the numbers of patients with a hospital-discharge status of death and performed three types of analyses: a multivariable logistic-regression analysis (primary analysis); propensity-score matching in the highly selected subcohort of patients who received full amounts of the study drug, who underwent CABG by surgeons who performed 50 or more CABG surgeries during the study period, and for whom information on 10 additional covariates was available because the surgery occurred on hospital day 3 or later; and an instrumental-variable analysis of data from patients whose surgeons showed a strong preference for one of the two study drugs.*
*Results: In all, 1512 of the 33,517 aprotinin recipients (4.5%) and 1101 of the 44,682 aminocaproic acid recipients (2.5%) died. After adjustment for 41 characteristics of patients and hospitals, the estimated risk of death was 64% higher in the aprotinin group than in the aminocaproic acid group (relative risk, 1.64; 95% confidence interval [CI], 1.50 to 1.78). In the first 7 days after surgery, the adjusted relative risk of in-hospital death in the aprotinin group was 1.78 (95% CI, 1.56 to 2.02). The relative risk in a propensity-score-matched analysis was 1.32 (95% CI, 1.08 to 1.63). In the instrumental-variable analysis, the use of aprotinin was found to be associated with an excess risk of death of 1.59 per 100 patients (95% CI, 0.14 to 3.04). Postoperative revascularization and dialysis were more frequent among recipients of aprotinin than among recipients of aminocaproic acid.*
*Conclusions: Patients who received aprotinin alone on the day of CABG surgery had a higher mortality than patients who received aminocaproic acid alone. Characteristics of neither the patients nor the surgeons explain the difference, which persisted through several approaches to control confounding.*

## Comments

This study was a hospital-based cohort study using administrative data that showed

increases in in-patient mortality among patients who were given aprotinin during bypass surgery compared with patients who received aminocaproic acid.  The primary study cohort included all inpatients >18 years of age who underwent a coronary artery bypass graft (CABG) and was given intravenous aprotinin or aminocaproic acid. Patients were excluded if they were given multiple antifibrinolytic agents on the day of the surgery (N=78,199).

For the primary study cohort: in multivariate analyses, the overall risk of death was higher in the aprotinin group (RR=1.64 [1.50-2.02]) and so was the 7-day mortality (RR=1.78 [1.56-2.02]). This trend was the same in analyses stratified according to the amount of aprotinin administered. In the highly selected subcohort: of the 13,345 patients in the sub-cohort, 9598 were successfully matched. The risk of death was still higher in the aprotinin group (RR=1.32, [1.08-1.63]).  As well, aprotinin showed little or no benefit above that from aminocaproic acid with regards to the amount of blood transfused during the surgery.

The authors make the point that because this was not a randomized study and even though they used advanced statistical methods, there may be some residual confounding. They did a further analysis looking at how much confounding would have to be present in order to explain their results and this suggested that it would require "implausible levels of unmeasured confounding" in order to explain the observations. A strength of this study was that it was extremely large. The number of patients receiving aprotinin was over 33,000 and the number receiving aminocaproic acid was over 44,000.  Very sophisticated statistical techniques were used to control for possible differences in covariates and confounding. In addition to the overall cohort, the investigators also examined a highly selected sub-cohort which was restricted to patients who underwent surgery on hospital day 3 or later, which provided more pre-surgery baseline information, patients treated by surgeons with records of at least 50 bypass procedures in the database, patients who received high-dose aprotinin or aminocaproic acid, and patients treated by surgeons who did not always use the same antifibrinolytic agent (N=13,345). However their results were unchanged with this analysis.

There was also an editorial in the same issue of the NEJM on February 21, 2008 by Wayne A. Ray. This is entitled "Learning from aprotinin - mandatory trials of comparative efficacy and safety needed".  This editorial reviews the history of the use of aprotinin. It discusses the two additional cohort studies in this issue of the New England Journal which shows that aprotinin was associated with greater mortality - in the short term with a report by Schneeweiss, and in the long term as reported by Shaw et al. The editorialist notes that the BART trial was stopped early because of increased 30 day mortality. Individuals were also concerned about possible unmeasured factors which were potentially biasing the results of the Mangano study - particularly the use of blood transfusions which was not measured or controlled for.  He remarks that the Schneeweiss and Shaw articles also could be affected by unmeasured confounders. He notes that a pooled analysis of the clinical trial database of the manufacturer found no significantly increased risk of renal failure, myocardial infarction, stroke, or death for patients using aprotinin. This is why the FDA did not require additional warnings on the label for aprotinin. He mentions that the Cochrane Collaboration published a meta-analysis of data from 211 RCTs involving over 20,000 patients, and had similar findings. In the Cochrane analysis of 98 trials, mortality data was only reported in 52. There were only 14 trials that compared aprotinin to tranexamic acid and reported mortality and only 3 trials comparing with aminocaproic acid.

The editorialist discusses the limitations to meta-analyses of RCTs which do not have the power to look at safety endpoints. He suggests that the key lesson from the aprotinin story is that if a new drug has alternatives as is the case for aprotinin, then head to head comparative trials, which are powered for important clinical endpoints, are needed before the drug is routinely prescribed for large numbers of patients. He further suggests that the manufacturers cannot be relied upon to perform these studies because if they reveal an adverse safety signal this is not good for the company, and there is no regulatory requirement for them to do this.

*Karkouti K, Beattie WS, Dattilo KM, et al.*
*A propensity score case-control comparison of aprotinin and tranexamic acid in high-transfusion-risk cardiac surgery.*
*Transfusion. 2006; 46:327-38*

*BACKGROUND:*
*Cardiac surgery with cardiopulmonary bypass may result in excessive fibrinolysis and platelet (PLT) dysfunction, resulting in impaired hemostasis and excessive blood loss. Prophylactic use of the antifibrinolytic drugs aprotinin and tranexamic acid is thought to prevent these hemostatic defects. Their relative clinical utility and safety in high-transfusion-risk cardiac surgery, however, is not known.*
*STUDY DESIGN AND METHODS:*
*Using propensity scores, 449 patients who received aprotinin for high-transfusion-risk cardiac surgery were matched to 449 patients who received tranexamic acid from a pool of 10,870 consecutive patients who underwent cardiac surgery at a single center, 586 of whom received aprotinin and the remainder of whom received tranexamic acid.*
*RESULTS:*
*The two matched groups were well balanced in terms of measured perioperative variables. Blood product transfusion rates were similar in the aprotinin and tranexamic acid groups: red blood cells, 79 percent versus 76 percent ($p = 0.3$); PLTs, 56 percent versus 50 percent ($p = 0.06$); and plasma, 66 percent versus 61 percent ($p = 0.1$). Adverse events rates were comparable in the two groups, except for renal dysfunction (defined as a greater than 50% increase in creatinine concentration during the first postoperative week to >100 micromol/L in women and >110 micromol/L in men or a new requirement for dialysis support), which occurred in 24 percent (107/449) of aprotinin patients and 17 percent (75/449) of tranexamic acid patients ($p = 0.01$).*
*CONCLUSIONS:*
*Aprotinin and tranexamic acid have similar hemostatic effectiveness in high-transfusion-risk cardiac surgery. Within the confines of propensity score matching, our results suggest that aprotinin may be associated with renal dysfunction.*

### Comments

This study was a case-control study which is a particularly powerful design.  It was a nested case-control with subjects drawn from a large patient population.  The authors also used propensity score analysis which is a sophisticated analytic tool which helps to control for situations where patients are not randomized to different treatments.  This method led to two well-matched groups.  Importantly, transfusion requirements were similar in the two

groups – an issue identified by Furnary et al. as being of possible significance.  The authors found a 7% absolute increase in the incidence of renal dysfunction in patients receiving aprotinin vs those receiving tranexamic acid.  These results are compelling and are similar to results found in other observational studies using different study designs.

**Mouton R, Finch D, Davies I, et al.**
**Effect of aprotinin on renal dysfunction in patients undergoing on-pump and off-pump cardiac surgery: a retrospective observational study.**
**Lancet. 2008; 371:475-82.**

**Background:** *Aprotinin is used during cardiac surgery for its blood-saving effects. However, reports suggest a possible association between use of this drug and increased renal dysfunction and mortality. We investigated the effect of aprotinin on renal dysfunction in cardiac surgery, considering the cofactors on-pump versus off-pump surgery and co-medication with angiotensin-converting enzyme (ACE) inhibitors.*
**Methods:** *Our analysis included 9875 patients undergoing on-pump or off-pump cardiac surgery from Jan 1, 2000, to Sept 30, 2007. Of these patients, 9106 were included in the retrospective observational study analysis. With propensity-adjusted, multivariate staged logistic regression, we analysed separately the incidence of renal dysfunction in patients receiving aprotinin, tranexamic acid, or no antifibrinolytic treatment in the presence or absence of preoperative ACE inhibitor treatment, for both on-pump and off-pump surgical techniques.*
**Findings:** *In 5434 patients undergoing on-pump cardiac surgery, the odds ratio (OR) between aprotinin and an increased risk of renal dysfunction without ACE inhibitor was 1·81 (95% CI 0·79–4·13, p=0·162) and with ACE inhibitor 1·73 (0·56–5·32, p=0·342). In the 848 patients taking ACE inhibitors and undergoing off-pump cardiac surgery, aprotinin was associated with a greater than two-fold increase in the risk of renal dysfunction after off-pump cardiac surgery (OR 2·87 [1·25–6·58], p=0·013).*
**Interpretation:** *Our results have shown that aprotinin seems to be safe during on-pump cardiac surgery. However, the combination of aprotinin and ACE inhibitors during off-pump cardiac surgery is associated with a significant risk of postoperative renal dysfunction.*

### Comments

This study looks at some unique issues which had not been previously looked at in this area. They were focusing on on-pump vs. off-pump surgery as well as the use or non-use of ACE-inhibitors. Off-pump surgery is associated with less renal dysfunction than on-pump surgery because it is a simpler shorter procedure. ACE-inhibitors are known to cause renal dysfunction. Thus, the investigators hypothesized that the combination of aprotinin plus ACE-inhibitors would be associated with worse renal dysfunction.

The sample population was defined as all patients undergoing cardiac surgery between Jan 1, 2000, and Sept 30, 2007. Final sample size was 9106 patients. Dosage used was 2 x $10^6$ kIU loading dose, followed by a maintenance infusion of 5 x $10^6$ kIU/h. Postoperative renal dysfunction was defined as a serum creatinine concentration higher than 200 µmol/L plus an increase of at least 1.5 times preoperative baseline concentrations.

The authors found that there was no association of aprotinin with postoperative renal dysfunction in patients undergoing on-pump cardiac surgery whether or not they received

ACE-inhibitors. After propensity adjustment, the only significant effect on renal dysfunction was for patients on ACE inhibitors, receiving aprotinin and undergoing off-pump surgery (OR = 2.87, [1.25-6.58], P = 0.013). Another approach was taken to analyze results. This approach derived a general model for the prediction of renal dysfunction irrespective of bypass and antifibrinolytic use and then used scores generated by this method as a baseline covariate in the modeling of the effects of aprotinin, tranexamic acid, ACE inhibitor, and bypass use, together with volume of packed red-blood cell units transfused. Again, only one significant effect is noted, and that is for off-pump patients on ACE inhibitors and receiving aprotinin (OR = 3.56, [1.41-8.94], P = 0.007).

This study has several limitations. It is a retrospective analysis of a large institutional observational database. Thus some potentially relevant covariates were not available for analysis. For example there was no distinction between ACE-inhibitors and angiotensin II receptor blockers.  However, this study showed that for patients who already have some degree of renal dysfunction (preoperative creatinine concentrations of 120-200 μmol/L), they might be more susceptible to further renal damage if subjected to the combination of ACE inhibitors, aprotinin, and off-pump cardiac surgery

**Shaw AD, Stafford-Smith M, White WD, et al.**
**The effect of aprotinin on outcome after coronary-artery bypass grafting.**
**NEJM. 2008; 358:784-93.**

**Background**: Aprotinin has recently been associated with adverse outcomes in patients undergoing cardiac surgery. We reviewed our experience with this agent in patients undergoing cardiac surgery at Duke University Medical Center.
**Methods**: We retrieved data on 10,275 consecutive patients undergoing surgical coronary revascularization at Duke between January 1, 1996, and December 31, 2005. We fit data to a logistic-regression model predicting each patient's likelihood of receiving aprotinin on the basis of preoperative characteristics and to models predicting long-term survival (up to 10 years) and decline in renal function, as measured by increases in serum creatinine levels.
**Results**: A total of 1343 patients (13.2%) received aprotinin, 6776 patients (66.8%) received aminocaproic acid, and 2029 patients (20.0%) received no antifibrinolytic therapy. All patients underwent coronary-artery bypass grafting, and 1181 patients (11.5%) underwent combined coronary-artery bypass grafting and valve surgery. In the risk-adjusted model, survival was worse among patients treated with aprotinin, with a main-effects hazard ratio for death of 1.32 (95% confidence interval [CI], 1.12 to 1.55) for the comparison with patients receiving no antifibrinolytic therapy (P=0.003) and 1.27 (95% CI, 1.10 to 1.46) for the comparison with patients receiving aminocaproic acid (P=0.004). As compared with the use of aminocaproic acid or no antifibrinolytic agent, aprotinin use was also associated with a larger risk-adjusted increase in the serum creatinine level (P<0.001) but not with a greater risk-adjusted incidence of dialysis (P=0.56).
**Conclusions**: Patients who received aprotinin had a higher mortality rate and larger increases in serum creatinine levels than those who received aminocaproic acid or no antifibrinolytic agent.

## Comments

This study looked for evidence of an effect of antifibrinolytic therapy on survival and

renal function after coronary-artery bypass grafting (CABG). Data was retrieved from 10,275 patients who underwent CABG between January 1, 1996, and December 31, 2005.

This is another retrospective cohort study of patients in the Duke database who underwent bypass surgery. Patients were not randomized. Propensity score analysis was used to control for covariates. The authors found that patients who received aprotinin had a higher mortality rate. The hazard ratio for death in the aprotinin group as compared with the no-therapy was 1.32 ([1.12-1.55], P=0.003), and the hazard ratio for the aprotinin group as compared with the aminocaproic acid group was 1.27 ([1.10-1.46], P=0.004). Patients receiving aprotinin were also seen to have larger increases in serum creatinine levels than those who received aminocaproic or no antifibrinolytic agent. However, the investigators could not demonstrate a difference in the need for dialysis. The authors of the study believe that this is due to the fact that they modeled a continuous variable (the relative increase in serum creatinine) rather than a dichotomous outcome (the presence or absence of renal failure). The differences may be explained by aprotinin causing a mild decline in renal function that was not severe enough to affect the dialysis rate. This study also showed that aprotinin therapy did not appear to reduce the need for transfusion which contradicts nearly all the other studies done on aprotinin.

The authors make the point that even though they used sophisticated statistical techniques to control for covariates, the fact that the patients were not randomized to different treatments makes the results not definitive. Sicker patients who underwent more complex procedures are more likely to receive aprotinin. These patients are likely to have a higher mortality and higher risk for renal dysfunction.  Even after controlling for all covariates that they were able to, they were still left with a mortality difference and a difference in creatinine levels.

*Lindvall G, Sartipy U, Ivert T, van der Linden J.*
*Aprotinin is not associated with postoperative renal impairment after primary coronary surgery.*
*Ann Thorac Surg 2008; 86:13-9.*

**Background:** *Studies on the safety of aprotinin in coronary artery surgery have given conflicting results. Therefore, we studied the possible link between perioperative aprotinin treatment and renal dysfunction in patients undergoing first-time coronary surgery with a high risk of bleeding.*
**Methods:** *We performed a matched cohort study, comparing 200 patients receiving high-dose aprotinin with 200 patients receiving tranexamic acid during primary isolated coronary surgery. Patients were matched according to age, sex, and presence of acute coronary syndrome. Primary outcome was fractional change in creatinine clearance. Secondary outcomes were other evaluations of postoperative renal function, mortality, stroke, reoperation for bleeding, and transfusion requirements.*
**Results:** *The groups were similar in baseline characteristics except that triple vessel disease and history of myocardial infarction were more prevalent in the aprotinin group. No significant differences were found in fractional change in creatinine clearance (-11% versus -12%, medians, p = 0.75) or any other assessments of postoperative renal function between the tranexamic acid and the aprotinin group. Adverse event rates were similar: early*

*mortality (3.5% versus 4.5%, p = 0.80), stroke (1.5% versus 2%, p = 1.0), reoperation for bleeding (3.5% versus 2.5%, p = 0.77), and 5-year survival (87% versus 84%, p = 0.17). Patients in the aprotinin group received fewer transfusions (48% versus 60.5%, p = 0.02), fewer units of packed red blood cells (2.0 versus 1.4, p = 0.02) and plasma (1.3 versus 0.5, p <0.001), but more units of platelets (0.1 versus 0.2, p = 0.02).*

**Conclusions:** *Aprotinin treatment during primary coronary surgery was not associated with impaired postoperative renal function comparison with patients treated with tranexamic acid.*

### Comments

The main objective of this study was to determine the effect aprotinin had on postoperative renal dysfunction in patients undergoing first-time CABG. Dosage used was the high-dose Hammersmith aprotinin regime. The primary endpoint was a continuous variable – the fractional change in creatinine clearance. The renal dysfunction endpoint was described as having a greater than 50% increase in serum creatinine concentration as compared to the preoperative value. The study showed no difference in this, or other renal outcomes between the two treatment groups, which were aprotinin and tranexamic acid. Aprotinin decreased the need for blood transfusions during surgery.

Patients in the different study groups were matched and so there were only minor differences in risk factors between the groups. The authors of this trial used a different set of endpoints than those used in most other studies, one of which was continous (fractional change in creatinine clearance). The endpoint to describe renal dysfunction was also different from earlier studies, and so it is difficult to compare the results. Also, the study had a relatively small sample size.

The basis for this study was that aprotinin is being used commonly because patients with acute coronary syndromes are being treated with clopidogrel. Because clopidogrel is a blood thinning agent whose effects last five days, some patients undergo surgery while still under the effects of clopidogrel. For this reason, aprotinin is being used to reduce bleeding during bypass surgery.

A strength of this study is that the renal dysfunction outcome used is creatinine clearance. Creatinine clearance is the gold standard for renal function. Virtually no other studies in the aprotinin arena that have looked at renal function use creatinine clearance, because it is difficult to calculate compared to just measuring creatinine.

In this study, all patients who received aprotinin had previously been administered clopidogrel within five days prior to surgery. The aprotinin patients were matched with other patients who did not receive aprotinin according to age, sex and presence of acute coronary syndrome. They were matched with patients having isolated primary bypass surgery at a second hospital where tranexamic acid was used but not aprotinin. All the aprotinin patients were at one hospital and all the controls were at another hospital in Stockholm, Sweden.

The main finding of this study was that aprotinin was not associated with postoperative renal impairment when compared with patients undergoing isolated primary CABG with tranexamic acid. These patients were all at high risk for bleeding. There were no differences between either group in terms of number of transfusions, renal dysfunction or other clinical outcomes. The authors make the point that only one placebo controlled randomized trial with more than 100 patients undergoing bypass surgery examined

90

postoperative renal dysfunction. This study showed no difference in renal dysfunction between the groups, but even this size study has limited power to look at this outcome.

**Dietrich W, Busley R, Boulesteix AL.**
**Effects of aprotinin dosage on renal function an analysis of 8,548 cardiac surgical patients treated with different dosages of aprotinin.**
**Anesthesiology. 2008; 108:189-98.**

**Background**: The nonspecific serine protease inhibitor aprotinin is widely used in cardiac surgery to limit bleeding. Recently, concerns about the safety of this drug were raised, especially regarding impaired renal outcome. This event rate was supposed to be dose dependent.
**Methods**: In this observational study, the authors analyzed prospectively collected data of a single-center cardiac-anesthetic database. Adult patients treated with various dosages of aprotinin were evaluated. Logistic regression analysis identified independent predictors of renal outcome. The primary endpoint was a composite of novel postoperative renal failure requiring hemodialysis, an increased postoperative creatinine plasma concentration of 2 mg/dl or greater, or a difference between maximal postoperative and preoperative plasma creatinine of 0.7 mg/dl or greater.
**Results**: The study analyzed 8,548 patients. Multiple logistic regression (c index = 0.861) did not show a significant association between aprotinin dosage and renal outcome, as did the bootstrap procedure (odds ratio, 0.98; confidence interval, 0.90 –1.07). The most relevant predictor was a preoperatively elevated creatinine concentration (odds ratio, 11.4; confidence interval, 9.05–14.3). Patients with postoperative renal impairment or failure were at higher preoperative risk and/or underwent more complex procedures. In subgroups of patients with preoperatively impaired renal function (creatinine >1.5 mg/dl) (n = 1,075), complex procedures (n = 1,920), or insulin-dependent diabetes (n = 650) or patients undergoing isolated myocardial revascularization (n = 4,901), no association between aprotinin dosage and adverse renal outcome was observed.
**Conclusion**: In the current analysis, aprotinin dosage was not associated with increased adverse renal outcome. In regard to renal outcome, this analysis did not demonstrate an essential detrimental influence of aprotinin dosage on renal function.

## Comments

This was a single center study where all patients (n=8,548) received aprotinin in various dosages (mean aprotinin dosage was 5.4 x $10^6$ ± 0.9 x $10^6$ KIU and a higher dosage of 6 x $10^6$ KIU was applied in 2,317 patients). A regression analysis revealed that aprotinin dosage was not associated with adverse renal events. They did identify some predictors of renal dysfunction including preoperative renal dysfunction and undergoing more complex procedures.

The authors note that aprotinin is a natural occurring protein derived from bovine lung tissue. It is excreted by the kidney and metabolized in the proximal tubule. Because this is an active process, concerns about possible nephrotoxicity came up early after its introduction.

The authors used a somewhat different outcome measure of renal dysfunction compared to other studies. Their primary endpoint was a composite of new postoperative

renal failure requiring hemodialysis, an increased postoperative creatinine plasma concentration of 2 mg/dl or greater, or a difference between the maximal postoperative and preoperative plasma creatinine of 0.7 mg/dl or greater. Using each of these outcome measures, this study found no association with aprotinin dosage and risk of renal dysfunction postoperatively.  It should be noted that the first author has an association with Bayer.

**Szekely A, Sapi E, Breuer T, et al.**
**Aprotinin and renal dysfunction after pediatric cardiac surgery.**
**Pediatric Anesthesia 2008; 18:151–159.**

*Background*: Aprotinin is a potent antifibrinolytic drug, which reduces postoperative bleeding and transfusion requirements. Recently, two observational studies reported increased incidence of renal dysfunction after aprotinin use in adults. Therefore, the aim of the study was to investigate the safety of aprotinin use in pediatric cardiac surgery patients.
*Methods*: Data were prospectively and consecutively collected from 657 pediatric patients undergoing cardiac surgery with cardiopulmonary bypass (CPB). The database was assessed with regard to a possible relationship between aprotinin administration and dialysis and between aprotinin and postoperative renal dysfunction [defined as 25% decrease in the creatinine clearance (Ccr) compared with the preoperative value] by propensity-score adjustment and multivariable methods.
*Results*: The incidence of dialysis (9.6% vs 4.1%; P = 0.005) and renal dysfunction (26.3% vs 16.1%; P = 0.019) was higher in patients who received aprotinin; however, propensity adjusted risk ratios were not significant [odds ratio (OR) of dialysis: 1.22; 95% confidence interval (CI) 0.46–3.22; OR of renal dysfunction 1.26; 95% CI: 0.66–1.92]. Aprotinin significantly reduced blood loss in the first postoperative 24 h. The main contributors of renal dysfunction were CPB duration, cumulative inotropic support, age, preoperative Ccr, amount of transfusion and pulmonary hypertension.
*Conclusions*: Despite the higher incidences of renal dysfunction and failure in the aprotinin group, an independent role of the drug in the development of renal dysfunction or dialysis could not be demonstrated in pediatric cardiac patients undergoing CPB.
*Keywords*: aprotinin; renal function; dialysis; transfusion; pediatrics; predictors; pediatric cardiac surgery; congenital heart disease; congenital heart surgery; risk factors

**Comments**

This is a somewhat unique study in that it examines pediatric patients (N = 657) rather than adult patients. The unadjusted outcomes showed an association between aprotinin and renal dysfunction, but propensity-score adjustment revealed no differences (P = 0.66 for renal dysfunction, P = 0.69 for dialysis, and P = 0.10 for death). There were large confidence intervals because of the small sample sizes. This study also suggested there was no association between aprotinin and renal dysfunction.

**Pagano D, Howell NJ, Freemantle N, et al.**
**Bleeding in cardiac surgery: the use of aprotinin does not affect survival.**
**J Thorac Cardiovasc Surg 2008; 135:495-502.**

*Objective*: The antifibrinolytic drug aprotinin has been the most widely used agent to reduce

bleeding and its complications in cardiac surgery. Several randomized trials and meta-analyses have demonstrated it to be effective and safe. However, 2 recent reports from a single database have implicated the use of aprotinin as a risk for post- operative complications and reduced long-term survival.

**Methods**: In this single-institution observational study involving 7836 consecutive patients (1998–2006), we assessed the safety of using aprotinin in risk reduction strategy for postoperative bleeding.

**Results**: Aprotinin was used in 44% of patients. Multivariate analysis identified aprotinin use in risk reduction for reoperation for bleeding (odds ratio, 0.51; 95% confidence interval, 0.36–0.72; P= 5 .001) and need for blood transfusion postoperatively  (odds ratio, 0.67; 95% confidence interval, 0.57–0.79; P= 5 .0002). The use of aprotinin did not affect in-hospital mortality (odds ratio, 1.03; 95% confidence interval, 0.71–1.49; P= 5 0.73), intermediate-term survival (median follow-up, 3.4 years; range, 0–8.9 years; hazard ratio, 1.09; 95% confidence interval, 0.93–1.28; P=5.30), incidence of postoperative hemodialysis (odds ratio, 1.16; 95% confidence interval, 0.73–1.85; P= 5 .49), and incidence of postoperative renal dysfunction (odds ratio, 0.78; 95% confidence interval, 0.59–1.03; P= 5 .07).

**Conclusion**: This study demonstrates that aprotinin is effective in reducing bleeding after cardiac surgery, is safe, and does not affect short- or medium-term survival.

## Comments

The aim of this study was to review the effects and the safety of aprotinin with regard to short-term and mid-term outcomes from a single center. Data was analyzed for 7836 patients between January 1, 1998, to December 12, 2006 (69% isolated CABG and 31% other cardiac surgery). Patients were excluded if they underwent operations requiring circulatory arrest, distal aortic surgery, transplantation, surgical intervention for thoracic trauma, and adult congenital surgery.

The authors make the point that excessive post operative bleeding during cardiac surgery occurs in 3.6% of patients undergoing bypass surgery and increases to 11% in those requiring more complex operations. Reoperation for bleeding increases hospital mortality three to four fold.

This study was published in March of 2008. The authors make the point that aprotinin has been studied in 64 prospective randomized trials. Its effectiveness in reducing bleeding, they say, was established by the 12th trial in 1992. The authors state that the reported incidence of renal dysfunction after cardiac surgery is dependent on the definition used and ranges between 0.9% and 29%. They further make the point that postoperative renal function is influenced by many preoperative and intraoperative risk factors. They make the point that the Mangano article does not report data on patient age, cardiopulmonary bypass time, or use of aspirin - factors well known to influence postoperative renal function. This study shows no association between the use of aprotinin and subsequent renal dysfunction postoperatively.

There is a very well written editorial accompanying this article. The editorial is by Steven Westaby called "Aprotinin: 25 Years of Claim and Counter Claim."

There is also an editorial by DeAnda called "Aprotinin and Cardiac Surgery." This article documents that articles by Mangano and Karkouti in 2006 raised issues of renal dysfunction. The FDA modified aprotinin labeling in December 2006 to change the aprotinin indication for use only in patients at an increased risk of blood loss and transfusion in

93

association with cardiopulmonary bypass and bypass surgery. Shortly thereafter, Mangano presented his second study showing increased mortality. In addition, it was found that Bayer Inc. had not shared preliminary data from its own observational study - the i3 Drug Safety Study with the FDA before its advisory meeting. The FDA reacted to this by reconvening a second advisory committee meeting to review the data from the i3 Drug Safety Study, Mangano article and the Karkouti study. The FDA committee recommended the following: 1. continued marketing authorization 2. the findings of i3 and the Mangano et al studies need not be described in product labeling 3. additional clinical studies need to be performed as a pre-requisite for continued market authorization.  This is on the background that the FDA had already changed the warnings in December 2006 to warn of renal problems.  In addition, the indications were restricted to patients at high risk for bleeding, so there did not appear to be a need to make additional changes in 2007.

The BART study results then were subsequently reviewed by the study's data and safety monitoring board. On November 5, 2007, Bayer Inc announced a moratorium on further marketing of aprotinin. The author makes the point that in the United States, approximately 110,000 patients were exposed to aprotinin in 2006, and 4.77 million exposures occurred worldwide.

*Furnary AP, Wu Y, Hiratzka LF, et al.*
*Aprotinin does not increase the risk of renal failure in cardiac surgery patients.*
*Circulation. 2007; 116:I-127-33.*

*Background: Aprotinin is frequently used in high-risk cardiac surgery patients to decrease bleeding complications and transfusions of packed red blood cells (PRBC). Transfusions of PRBC are known to directly increase the risk of new onset postoperative renal failure (ARF) in cardiac surgery patients. A recent highly publicized report implicated aprotinin as an independent causal factor for postoperative renal failure, but ignored the potential confounding affect of numerical PRBC data on ARF. We sought to investigate that claim with an analysis that included all perioperative risk factors for renal failure, including PRBC transfusion data.*
*Methods and Results: Prospectively collected patient data from 12 centers contributing to the Merged Cardiac Registry, an international multicenter cardiac surgery database, operated on between January 2000 and February 2006 were retrospectively analyzed. A previously published risk model for ARF incorporating 12 variables was used to calculate a baseline ARF risk score for each patient in whom those variables were available (n=15 174). After adding transfused PRBC data 11 198 patients remained for risk-adjusted assessment of ARF in relation to aprotinin use. Risk-adjusted multivariable analyses were carried out with, and without, consideration of transfused PRBC. Aprotinin was used in 24.6% (2757/11 198). The overall incidence of ARF was 1.6% (180/11 198) and was higher in the aprotinin subset (2.6%, 72/2757 versus 1.3%, 108/8441; P<0.001). The incidence of ARF directly and significantly increased with increasing transfusions of PRBC (P<0.001). Risk-adjusted analysis without transfused PRBC in the model suggests that aprotinin significantly impacts ARF (P=0.008; OR=1.5). However, further risk adjustment with the addition of the highly significant transfused PRBC variable (P<0.0001; OR=1.23/transfused PRBC) to the model attenuates the purported independent affect of aprotinin (P=0.231) on ARF.*

***Conclusions:*** *The increase in renal failure seen in patients who were administered aprotinin was directly related to increased number of transfusions in that high-risk patient population. Aprotinin use does not independently increase the risk of renal failure in cardiac surgery patients.*

***Key Words:*** *renal failure • transfusion • cardiac surgery • kidney • risk factors*

### Comments

The authors make the point that transfusions of packed red blood cells are known to directly increase the risk of new onset postoperative renal failure in cardiac surgery patients. For that reason, they decided to examine the relationship between aprotinin and renal failure in a cohort study that included all perioperative risk factors for renal failure including packed red blood cell transfusion data. Data was prospectively collected on patients from 12 centers. This was an international multicenter cardiac surgery database between January 2000 and February 2006. A total of 15,174 patients who underwent cardiac surgery during this time period (Jan 2000- Feb 2006) were included in this study. Patients were excluded if they were on preoperative chronic dialysis.

The data were retrospectively analyzed in order to address the aprotinin question. CCF-ARF risk model was created using preoperative variables which were seen as risk factors for developing renal events. This was done to develop and validate a risk algorithm that would accurately predict acute renal failure (ARF) after cardiac surgery. The authors also developed a model to predict the number of transfused packed red blood cells (PRBC) based on the CCF-ARF risk model.

The investigators found that there was an association between aprotinin use and acute renal failure. However, after adjusting the model taking into account transfused packed red blood cells, the model was no longer significant for aprotinin association with acute renal failure. A first model suggested that aprotinin independently increased the odds of ARF by a factor of 1.5 times (OR = 1.48, [1.11-1.98], P = 0.008). However, when adding the numerical packed red blood cells transfusion variable to the model, it attenuated the independent affect of aprotinin (OR = 1.23, [0.88-1.74] P=0.231) on ARF. Finally, the last model that was used looked at only nontransfused patients and found that there was no independent effect of aprotinin on renal failure (OR = 1.31, [0.40-4.33], P = 0.654). Thus the authors concluded that aprotinin used does not independently increase the risk of renal failure in cardiac surgery patients

The overall incidence of acute renal failure in this population was 1.6%. There were a total of 11,198 patients who were studied. The incidence of acute renal failure was 2.6% in those who received aprotinin vs. 1.3% in those who did not. Importantly, patients who received aprotinin were likely sicker and therefore were at higher baseline risk for acute renal failure. Importantly, the number of packed red blood cells transfused per patient in the aprotinin group was significantly higher than in the non aprotinin group; 2.1 vs. 1.7 units of packed red blood cells.

Investigators used three different multivariable models to explore the relationship. In the first model aprotinin was associated with the occurrence of renal failure whereas this was not true in the second and third models. However in all three models the odds ratios ranged from 1.23-1.48 and the 95% confidence intervals were quite wide in both the second and third models. This is likely due to the fact that even though there were a large number of patients in the study, only a small number of patients actually developed acute renal failure.

There was, however, an analysis of number of transfused packed red blood cells vs. incidence of acute renal failure.  In this analysis, there was a clear dose response relationship suggesting that aprotinin is not associated with acute renal failure, but rather, it is the number of packed red blood cells which are a covariant that Mangano did not take into account. The authors make the point that previous studies which look at the subject of acute renal failure and aprotinin either did not take into account the number of packed red blood cells that were transfused or only treated transfusion as a categorical yes/no variable without looking at the quantitative effect.

The authors make the point that in the Mangano article, renal dysfunction was specifically defined as "a postoperative serum creatinine level of at least 177 mmol/L with an increase over preoperative baseline levels of at least 62 mmol/L".  Renal failure was defined as "renal dysfunction requiring dialysis or in hospital death with evidence at autopsy of acute renal failure". The investigators also state that the Karkouti article which came out after the Mangano article suggested that aprotinin increases the risk of renal dysfunction in cardiac surgery patients with elevated preoperative creatinine levels, but does not increase the risk of cardiac events, cerebrovascular events, or death. Karkouti et al. defined renal failure as "a new requirement for dialysis support" and defined acute renal dysfunction as "a greater than 50% increase in creatinine concentration during the first postoperative week to more than 100 μmols/L in women and greater than 110 μmols/L in men, or a new requirement for dialysis support". This article defines acute renal failure as any new onset dialysis-requiring acute renal failure after cardiac surgery and occurring during the same hospitalization of that surgery. It includes acute and chronic renal failure.  In December 2006, the FDA issued a "new warning that trasylol administration increases the risk of renal dysfunction and may increase the need for dialysis in the perioperative period".

Although the hypothesis advanced by Furnary et al. is of interest, to my knowledge, these results have not been replicated in other studies.  If the association between aprotinin and renal dysfunction/renal failure is due to a higher use of aprotinin in patients more likely to receive transfusions, I would like to see this relationship demonstrated in other data sets. Importantly, in this study, there was no use of lysine analogue comparators.  Instead, patients were divided into those who received aprotinin and those who did not.  Thus, the study is limited because it was not randomized and the comparator group was not well-described and may have been heterogeneous with respect to whether they received lysine analogues or no anti-fibrinolytic medications at all.

*Maslow AD, Chaudrey A, Bert A, et al.*
*Perioperative renal outcome in cardiac surgical patients with preoperative renal dysfunction: aprotinin versus epsilon aminocaproic acid.*
*J Cardiothorac Vasc Anesth. 2008; 22:6-15.*

*Objective*: The administration of aprotinin to patients with pre-existing renal dysfunction who are undergoing cardiac surgery is controversial. Therefore, the authors present their experience with the use of aprotinin for patients with preoperative renal dysfunction who underwent elective cardiac surgery requiring cardiopulmonary bypass (CPB).
*Design*: Retrospective analysis.
*Setting*: University hospital.

*Participants*: Consecutive cardiac surgical patients with preoperative serum creatinine (SCr) >1.8 mg/dL undergoing nonemergent cardiac surgery requiring CPB.

*Interventions*: None.

*Methods*: One hundred twenty-three patients either received epsilon aminocaproic acid (EACA, n = 82) or aprotinin (n = 41) as decided by the attending anesthesiologist and surgeon. Data were collected from the Society of Thoracic Surgeons database and from automated intraoperative anesthesia records. Renal function was assessed from measured serum creatinine (SCr) and calculated creatinine clearances (CrCls). Acute perioperative renal dysfunction was defined as a worsening of perioperative renal function by >25% and/or the need for hemodialysis (HD).

*Analysis:* Data were recorded as mean and standard deviation or percentage of population depending on whether the data were continuous or not. Data were compared by using an analysis of variance, chi-square analysis, Student paired and unpaired t tests, Fisher exact test, Wilcoxon rank sum test, and Mann-Whitney U test. A p value <0.05 was considered significant.

*Results*: Overall, 32% and 41% of patients had acute perioperative renal dysfunction measured by CrCl and SCr, respectively. Seven patients required HD (5.7%). Six of these 7 had complicated postoperative courses. Of all the variables measured, only the duration of the aortic crossclamp (AoXCl) and CPB were significantly associated with acute perioperative renal dysfunction. Acute perioperative renal dysfunction was associated with increased intensive care unit and hospital stays, postoperative blood transfusion, dialysis, and major infection. Aprotinin patients were significantly older (75.2 v 70.2 years, p < 0.05), had lower left ventricular ejection fraction (44.4% v 49.2%, p < 0.05), a greater preoperative history of congestive heart failure (63 v 44%, p < 0.05), a greater renal risk score (5.8 v 4.9, p < 0.05), and underwent more nonisolated coronary artery bypass graft surgeries (77% v 29%, p < 0.0001). CPB time (126.0 v 96.5 minutes, p < 0.001) and AoXCl duration (100.9 v 78.0 minutes, p < 0.005) were longer in the aprotinin group. Diabetes (60.5% v 41.5%, p < 0.05) and hypertension (90.1% v 73.2%, p < 0.05) were more prevalent in the EACA group. Baseline renal function and renal outcomes were not significantly different between the aprotinin and EACA groups. Six of the 7 patients who required HD received EACA (p = 0.1). The earliest SCr recorded >3 months after surgery was significantly lower in the aprotinin group compared with the EACA group (1.8 v 2.2 mg/dL, p < 0.05).

*Conclusion*: Acute perioperative renal dysfunction was associated with worse patient outcome and longer CPB and AoXCl times. Demographic and surgical variables indicated that the sicker patients undergoing more complex surgeries were more likely to be treated with aprotinin. Although aprotinin patients had a higher renal risk score, the administration of aprotinin did not negatively impact renal outcome.

© 2008 Elsevier Inc. All rights reserved.

*Key Words*: creatinine, creatinine clearance, cardiopulmonary bypass, hemodialysis, aprotinin, epsilon aminocaproic acid

## Comments

This is a retrospective analysis of patients who underwent cardiac surgery (nonemergent cardiac surgical procedures requiring CPB with high preoperative renal dysfunction (creatinine concentration ≥1.8 mg/dL)) between 2000 and 2007 (N=123), and

who had preoperative renal dysfunction and either received aminocaproic acid or aprotinin. This study was not randomized. Exclusion criteria included emergency surgery, active endocarditis, preoperative cardiogenic shock within 1 week of surgery, use of intra-aortic balloon counterpulsation, history of renal transplantation, preoperative hemodialysis and planned use of deep hypothermic circulatory arrest. The dosing of aprotinin was an initial loading dose of $2 \times 10^6$ KIU, followed by an infusion of $0.5 \times 10^6$ KIU/h and an additional $2 \times 10^6$ KIU added to the CPB prime. Renal dysfunction was defined as a worsening of the serum creatinine concentrations of $\geq 25\%$ or by the need of hemodialysis.

The authors make the point that in cardiac surgical patients with normal preoperative renal function, acute perioperative renal dysfunction or failure occurs in up to 17% of patients with less than 5% requiring renal replacement therapy (i.e. hemodialysis). If the patient does require dialysis, this is associated with a 40 to 60% mortality rate. For patients with preoperative renal dysfunction, rates of postoperative renal dysfunction were even greater.

In the study, the overall need for hemodialysis was 5.7%. Mortality was 8.1%. Six of the 7 patients who required hemodialysis had a complicated postoperative course. The authors noted that this was similar to the data reported by Mora-Mangano, et al. in which 80% of patients with acute severe postoperative renal dysfunction experienced perioperative hemodynamic instability or hemorrhage.

A significant difference between this study and the Mangano article was that this study only enrolled patients who had abnormal preoperative renal function. Of note, because the study was not randomized, the patients who received aprotinin had more comorbidities and were older than the patients who received aminocaproic acid. In fact, although not statistically significant, there was a trend towards a greater need for hemodialysis in the aminocaproic acid group. There was no attempt to use statistical analyses to control for differences in the patient population. Thus, little information can be drawn from this study.

In this study, acute perioperative renal dysfunction occurred in up to 41% of patients, but was not associated with exposure to either aprotinin or aminocaproic acid. The authors did not find that measurement of creatinine clearance contributed information beyond that available from the perioperative serum creatinine levels.

**Kluth M, Lueth JU, Zittermann A, et al.**
**Safety of low-dose aprotinin in coronary artery bypass graft surgery: a single-center investigation in 2436 patients in Germany.**
**Drug Safety. 2008; 31:617-626.**

**Background:** *The antifibrinolytic agent aprotinin is used to limit blood loss in cardiac surgery. In a recently performed multicenter observational study, the use of aprotinin was dose-dependently associated with a higher risk of renal failure and cardiovascular events.*
**Objective:** *Therefore, the aim of this study was to evaluate the impact of low-dose aprotinin (2 million kallikrein-inhibitor units) on safety variables in a large single-center investigation in patients who underwent coronary artery bypass graft (CABG) surgery.*
**Methods:** *Clinical outcome variables such as renal failure, myocardial infarction, gastrointestinal failure, neurological complications and in-hospital mortality were assessed in 2436 CABG surgery patients, whereof 1162 patients received low-dose aprotinin*

*perioperatively and 1274 patients did not receive aprotinin. Statistical analysis was performed using multivariable logistic regression.*

***Results:*** *In patients receiving aprotinin, the odds ratios of experiencing one of the aforementioned adverse events were not significantly different from the patients who did not receive aprotinin (p = 0.136-0.288). Moreover, the need for rethoracotomy did not differ between the two groups (p = 0.129). However, the use of low-dose aprotinin reduced the risk of peri- and postoperative use of packed red blood cells by 39% and was associated with a mean reduction in postoperative blood loss of 201 mL compared with patients who did not receive aprotinin (p < 0.001). Mean total blood loss in the aprotinin group and the control group was 875 mL (standard deviation [SD]: 757 mL) and 1105 mL (SD: 867 mL), respectively (p < 0.001). In a sub-analysis in 2049 patients undergoing their first cardiac surgery and undergoing CABG using the internal mammary artery, efficacy and safety data of aprotinin were similar to the results of the entire study cohort of 2436 patients.*

***Conclusions:*** *Our data indicate that low-dose aprotinin efficiently reduces blood loss and does not adversely affect relevant safety variables in CABG surgery.*

### Comments

This was a single center retrospective cohort study in a large group of patients who only received low-dose aprotinin (2 million KIU in pump prime only). Patients were low risk and only one underwent isolated bypass surgery. The investigators found that aprotinin was associated with a mean reduction and postoperative blood loss of 201 mL and a 39% lower risk for red blood cell transfusion. The control group was patients that received no anti-fibrinolytic therapy at all. Endpoints included renal failure, which was defined as a new requirement for dialysis or an increase in serum creatinine to >2.0 mg/dL and twice the baseline creatinine level. Other endpoints included intestinal failure, myocardial infarction, a stroke or a transient ischaemic attack.

The authors quote the Cochrane update from 2007 which showed a mean blood loss reduction of 226 mL with low-dose aprotinin and a relative risk for red blood cell transfusion 0.76 compared with non-use of aprotinin. The results of the authors are consistent with the Cochrane meta-analysis and demonstrated that there was no association of low-dose aprotinin with the adverse outcomes, including postoperative renal failure.

The authors did not use any statistical adjustment for differences between the patients who received and who did not receive aprotinin. They say that an analysis confirmed that propensity score adjustment was not necessary. I would take issue with that. I think that there is bias in terms of which patients receive and do not receive aprotinin. Even if baseline risk factors look the same between the two groups, adjustment is still necessary. In their Table 3, the only endpoint that was different between groups was the reduction in red blood cell use in the aprotinin group with an odds ratio of 0.61 and a 95%, confidence interval of 0.49 to 0.76 and a p-value less than 0.001. The authors conclude that the BART study showed that high-dose aprotinin was associated with adverse outcomes. They suggested a trial of low-dose aprotinin is warranted because their study is not definitive with regard to safety.

***Coleman CI, Rigali VT, Hammond J. et al.***
***Evaluating the safety implications of aprotinin use: the retrospective evaluation of aprotinin in cardio thoracic surgery (REACTS).***

*J Thorac Cardiovasc Surg. 2007; 133:1542-52.*

**Objectives:** *Aprotinin is a drug used to reduce bleeding in patients undergoing cardiothoracic surgery with cardiopulmonary bypass, A recent cohort evaluation found elevated risks of renal, cardiovascular, and cerebrovascular events when aprotinin was used. We sought to determine the impact of aprotinin on safety variables among patients receiving cardiothoracic surgery with cardiopulmonary bypass from a single US hospital that reserves aprotinin for complex surgeries and Jehovah's Witnesses and does not utilize celite-based activated clotting time determinations.*

**Methods:** *We performed a cohort evaluation with multivariate logistic regression, including propensity score adjustment comprising patients from January 1, 2000 and December 31, 2005. We evaluated 3348 patients having cardiothoracic surgery in a single tertiary care medical center. We observed aprotinin use or lack of aprotinin in cardiothoracic surgery. The main outcome measures were odds (expressed as an odds ratio with 95% confidence interval) of developing myocardial infarction, cerebrovascular events, and renal dysfunction after cardiothoracic surgery between groups.*

**Results:** *Patients receiving aprotinin were less likely to experience a cerebrovascular event compared with control [0.65 (0.46-0.91)] and did not have an elevated odds of myocardial infarction [1.04 (0.53-2.04)] but were more likely to experience postoperative renal dysfunction [2.03 (1.37-3.01)].*

**Conclusions:** *Aprotinin was not associated with negative myocardial or cerebrovascular risks but did increase the risk of renal dysfunction. It is not known whether the renal dysfunction reflects renal damage or a transient reduction in glomerular filtration pressure.*

## Comments

This study had several strengths.  It was a large retrospective cohort study (362 for patients on aprotinin, and 2986 for patients as control).  The authors made the point that they did not utilize celite-based activated clotting time determinations at their center. In addition, they used propensity score analysis to control for differences between patients receiving and not receiving aprotinin.  Renal dysfunction was defined as one of two things: 1) an increase in serum creatinine to >2.0 mg/dL and twice the baseline creatinine level or 2) a new requirement for dialysis. MI, stroke and death prior to hospital discharge were also endpoints. The primary findings were that patients receiving aprotinin were less likely to experience a cerebrovascular event compared with control and did not have any elevation in the rate of myocardial infarction.  However, they were more likely to experience postoperative renal dysfunction (OR=1.76 [1.08-2.88]).  There was an approximate twofold increase the rate of renal dysfunction among patients receiving aprotinin.

The authors reference the Sedraykyan meta-analysis which examined 35 randomized controlled trials between 1988 and 2001.  This meta-analysis does not show any increase in the risk of myocardial infarction, renal failure, or stroke with aprotinin.  They also reference the IMAGE trial in which 15.4% of patients who had saphenous vein grafts and were treated with aprotinin had graft occlusions versus 10.9% of the patients treated with placebo. However, there were no differences in graft occlusion in patients who were randomized within the United States as opposed to overseas.

They also make the point which was noted in several other articles that aprotinin interacts with celite ACTs.  Aprotinin prolongs the ACTs that are used when celite ACTs are

used and thus there may be an underdosing of heparin when aprotinin is used and that made lead to graft occlusions. A strength of the study is that they did not use celite ACTs.

The authors found that patients receiving aprotinin were older and had more comorbidities than the patients not receiving aprotinin. They used a multivariate logistic aggression including propensity score adjustment to control for these differences. Even after adjustment, they found that patients received in aprotinin were nearly twice as likely to experience postoperative renal dysfunction but were one third less likely to experience a neurological complication compared with control.

Importantly, the patients in the study were restricted those who had complex operations or who were Jehovah's Witnesses. The data used in the study was from the hospital's database. Thus, the data were not prospectively collected.

Importantly, although the authors did a multivariate analysis and provided an odds ratio and confidence interval, they did not give any absolute numbers in terms of how many patients actually developed renal dysfunction in the aprotinin and control groups. This suggests a lower level of quality of this study. It makes it very difficult to assess the exact numbers of patients who actually developed or did not develop renal dysfunction.

**Backer CL, Kelle AM, Stewart RD, et al.**
**Aprotinin is safe in pediatric patients undergoing cardiac surgery.**
**J Thorac Cardiovasc Surg. 2007; 134:1421-8.**

**Objective:** *Aprotinin, a serine protease inhibitor, decreases transfusion requirements and inflammatory response after cardiopulmonary bypass. This study was done to determine whether aprotinin is associated with adverse outcomes, particularly mortality and acute kidney failure, in pediatric patients (<18 years of age) undergoing cardiopulmonary bypass.*
**Methods:** *We compared a cohort of all pediatric cardiopulmonary bypass operations from 1994-1999, when aprotinin was not used (n = 1230), with a cohort from 2000-2006, when all patients received high-dose aprotinin (n = 1251). Primary end points were operative and late mortality, acute kidney failure, need for dialysis, and neurologic complications. Association of aprotinin with primary end points was assessed by means of univariate analysis, multivariate logistic regression, and Cox regression analysis, where appropriate.*
**Results:** *The aprotinin group was younger (mean age, 3.49 ± 1.84 vs 3.64 ± 4.75 years; P = 0.019) and had a higher Aristotle score (7.8±2.3 vs 7.2±2.6, P < .001). Univariate and multivariate analysis showed no significant difference between the no-aprotinin and aprotinin groups for operative mortality (55[4.5%] vs 47[3.8%], P = 0.508), acute kidney failure (68[6.0%] vs 69[5.7%], P = 0.77), need for temporary dialysis (6[0.49%] vs 12[0.96%], P = 0.17), or neurologic complications (14[1.1%] vs 17[1.4%], P = 0.62). By means of Cox regression analysis, aprotinin had no influence on late mortality (24 vs 10 deaths, P = 0.078).*
**Conclusion:** *In this retrospective cohort study of pediatric patients undergoing cardiopulmonary bypass, there was no association between the use of aprotinin and acute kidney failure, need for dialysis, neurologic complications, and operative or late mortality. We continue to use aprotinin for all pediatric patients undergoing cardiopulmonary bypass.*

## Comments

The purpose of the study was to determine whether the use of aprotinin was

associated with adverse outcomes, particular mortality and impairment of renal function. The endpoints were defined as follows: mortality was 30 day mortality, and kidney failure was defined as a postoperative creatinine concentration twice the initial concentration or more.

A major limitation in the study was that the patients were not randomized and the controls were not contemporary controls. In other words, the patients who receive aprotinin and those who did not were not operated on over the same periods of time. Because there are temporal trends in which operative outcomes get better over time and the complexity of cases gets more complex over time, this is a very poor design for a comparative study.

The authors found no difference in operative mortality, biochemical acute kidney failure, mean highest postoperative serum creatinine, temporary dialysis, or mortality caused by dialysis. This study was facilitated by a policy change at the hospital to use aprotinin in all patients undergoing bypass surgery in early 2000. Thus, two 6 year cohorts of patients were compared. As mentioned previously, this is a poor study design for comparison.

*Sedrakyan A, Wu A, Sedrakyan G, et al.*
*Aprotinin use in thoracic aortic surgery: safety and outcomes.*
*J Thorac Cardiovasc Surg. 2006; 132:909-17.*

*Objectives*: *Previous studies of aprotinin use in thoracic aortic surgery, limited in size and design, reported minimal information regarding outcomes other than blood loss and transfusion. The evaluation of impact of aprotinin on surgical outcomes in a large sample is needed.*
*Methods*: *Patients at Yale New Haven Hospital undergoing thoracic aortic surgery (aneurysm repair, dissections, penetrating ulcers, intramural hematomas) between 1995 and 2003 were considered for inclusion. Each patient receiving aprotinin was matched to a control per preoperative profile (age, gender, urgency of surgery, dissection/location of aortic disease). Data (surgical specifics, demographic variables, comorbidities, disease location-related variables, preoperative medications, intraoperative medications, surgical/operative data) were abstracted from the records of successfully matched aprotinin-treated patients and controls (n = 168). Comparison and determination of success of matching were performed using bivariate analyses. Outcome variables were compared using statistical tests for paired data. Supplementary unpaired and regression analyses were also performed.*
*Results*: *Baseline demographics of groups were similar, although controls had reduced history of aortic disease, but greater intraoperative use of lysine analogs (P = .05). Aprotinin significantly reduced platelet transfusion (P = .05). Paired bivariate analyses showed a tendency toward reduced ventilation time, pulmonary complications, and permanent arrhythmias (P = .05) associated with aprotinin. Supplementary analyses were supportive only for pulmonary complications and permanent arrhythmias.*
*Conclusions*: *The current evaluation substantiates previous reports that aprotinin may be safe to use and likely to improve some outcomes of thoracic aortic surgery. However, further studies for rare safety and efficacy end points are warranted.*

### Comments

It is important to note that this study only looked at patients who underwent thoracic aortic surgery with or without deep hypothermic arrest (N=168). Dosage was 2 x $10^6$ KIU

intravenously, 2 x $10^6$ KIU pump prime, and 0.5 x $10^6$ KIU/h continuous infusion. Patients undergoing thoracic aortic surgery frequently have significant morbidity and mortality. The authors did not find any adverse outcomes associated with aprotinin in the study. There did not appear to be a reduction in red blood cell transfusions, but only in platelet transfusions. Although the matching method was used, the small sample size limits the conclusions that can be reached with this study.

**Mora Mangano CT, Neville MJ, Hsu PH, et al.**
**Aprotinin, blood loss, and renal dysfunction in deep hypothermic circulatory arrest.**
**Circulation. 2001; 104:I-276-81.**

**Background**: *The technique of deep hypothermic circulatory arrest (DHCA) for cardiothoracic surgery is associated with increased risk for perioperative blood loss and renal dysfunction. Although aprotinin, a serine protease inhibitor, reduces blood loss in patients undergoing cardiopulmonary bypass, its use has been limited in the setting of DHCA because of concerns regarding aprotinin-induced renal dysfunction. Therefore, we assessed the affect of aprotinin on both blood transfusion requirements and renal function in patients undergoing cardiovascular surgery and DHCA.*
**Methods and Results**: *We reviewed the records of 853 patients who underwent aortic or thoracoabdominal surgery at Stanford University Medical Center between January 1992 and March 2000. Two hundred three of these patients were treated with DHCA, and 90% (183) survived for more than 24 hours. Preoperative patient characteristics and intraoperative and postoperative clinical and surgical variables were recorded, and creatinine clearance (CRCl) was calculated for the preoperative and postoperative periods; renal dysfunction was prospectively defined as a 25% reduction in CRCl. The association between perioperative variables, including aprotinin use, and renal dysfunction was assessed by ANOVA techniques. Total urine output was 1294±1024 mL and 3492±1613 mL during and after surgery, respectively. CRCl decreased significantly after DHCA from 86±8 mL/min (before surgery) to 67±4 mL/min (in the intensive care unit) (P<0.01). Thirty-eight percent of patients (70 of 183) had postoperative renal dysfunction. Multivariate regression analyses identified 5 factors independently associated with a >25% reduction in CRCl: requirement for 5 U of packed red blood cells(P=0.0002; OR=2.1), ≤ 800 mL of urine collected in the operating room (P=0.0011; OR=1.9), nonuse of dopamine (P=0.0430; OR=1.6), hematocrit ≤ 21 mg% (P=0.0343; OR=1.5), and ≤2100 mL of urine during the first 24 hours in the intensive care unit (P=0.0039; OR=2.0). Aprotinin did not increase the likelihood of postoperative renal dysfunction (P=0.951), nor did it significantly reduce packed red blood cell transfusion requirements in either primary (n=107) (P=0.456) or reoperative cardiovascular (n=76) (P=0.176) procedures. During the operative period, the aprotinin group received a greater number of units of platelets (10.0 versus 6.6 U, P<0.012), fresh frozen plasma (4.8 versus 3.1 U, P<0.03), and cryoprecipitate (9.9 versus 5.4 U, P<0.002) than patients not prescribed aprotinin. Similarly, patients given aprotinin received more cryoprecipitate in the intensive care unit (7.3 versus 3.0 U, P<0.024).*
**Conclusions**: *These data suggest that the administration of aprotinin to patients treated with DHCA does not increase the risk of renal dysfunction. However, aprotinin may not ameliorate the problem of perioperative blood loss in DHCA. Patients with greater*

103

*requirements for packed red blood cell transfusions or reduced urine production are more likely to have postoperative renal dysfunction. Dopamine may provide renal protection in the setting of DHCA.*

***Key Words:** circulation • cardiopulmonary bypass • hemorrhage • kidney • complications*

## Comments

In this study, the authors investigated records from 853 patients who underwent aortic or thoraco-abdominal surgery at Stanford University between the 1992 and 2000. However, only 203 of these patients were treated with deep hypothermic circulatory arrest and only 90% of them or 183 patients survived for more than 24 hours. Thus, the study population was quite small. The results suggest that the use of aprotinin is not associated with renal dysfunction in patients requiring deep hypothermic circulatory arrest.

There was no reduction in use of blood products during or after the operation with aprotinin. These results are inconsistent with previously published results. The authors also found no association of aprotinin with the occurrence of renal dysfunction (P=0.951).

It should be noted that none of the patients in the study underwent cardiac surgery. In addition, the focus of the study was deep hypothermic circulatory arrest. The study was a retrospective design.

It is interesting to note that the first author of this paper is also named Mangano and that the work was supported in part by the Ischemia Research and Education Foundation in San Francisco, California. Thus, it is likely that the first author was related to Dennis Mangano, the author of the New England Journal and JAMA articles with regard to aprotinin. Interestingly, this study by Christina Mangano found no association with adverse outcomes with aprotinin versus the articles by Dennis Mangano.

## Synthesis of the Cohort Studies

### Introduction and Patient Characteristics

After performing a comprehensive literature search of cohorts which dealt with aprotinin, 17 were included in this review. Of those, one was removed because of its lack of data on cardiovascular or renal safety (Jaquiss et al). Thus, a total of 16 studies were reviewed. A majority of the patients in 13 of the 16 cohorts underwent coronary artery bypass grafting (CABG) with cardiopulmonary bypass (CPB). Patients in the other three cohorts underwent cardiothoracic surgery (Mangano et al 2001, Coleman et al 2007) and thoracic aortic surgery (Sedrakyan et al). The majority of patients in all studies (60-70%) were men. Two of the studies were in pediatric patients (Szekely et al, Backer et al).

Major limitations of these studies were different endpoints, different definitions of renal dysfunction, and different patient profiles. Therefore, the validity of each trial had to be examined closely. Four cohorts had small sample sizes (<1000 patients) and were not included. The two cohorts with pediatric patients were analyzed separately. Dietrich et al's cohort was also not included because there was no control group. This left 9 cohorts.

Statistical analyses performed by most investigators began with univariate analysis of different preoperative risk factors. Those risk factors that were shown to be statistically significant in the univariate analysis were then included in multivariate models. After the development of multivariable models, aprotinin use was examined and propensity scores were often employed. Propensity score adjustments were performed to attempt to eliminate the biases created by having dissimilar patient treatment groups.

### Mortality

The cohorts that addressed mortality were Pagano et al (2007), Mouton et al (2008), Mangano et al (2007 and 2006), Shaw et al (2008), Kluth et al (2007) and Schneeweiss et al (2008).  Investigators in the Pagano et al study found that aprotinin did not increase the risk of in-hospital mortality which was defined as death within 30 days of the operation. However, five cohorts did find that aprotinin increased the risk of mortality whether it was 7 day, 1 month, 1 year or 5 years after the surgery. Data from the different studies were all adjusted for preoperative risk factors. Pagano et al's study had two endpoints: in-hospital mortality and 5 year mortality. The results from those two endpoints, however, seem to indicate that mortality was increasing faster in the aprotinin group than in the control (4.0% to 19.2% in aprotinin group vs 3.5% to 14.1% in control).  The strong association of aprotinin use with subsequent mortality was thus demonstrated in multiple observational studies including Mangano et al., the i3 Drug Safety Study, and the study by Shaw et al.  The association of aprotinin with increased mortality was not identified in earlier observational cohort studies, because the earlier studies were not adequately powered to examine a dichotomous outcome like mortality.  In my opinion, it was inadequate to conduct observational studies which were only powered to look at bleeding endpoints.  Drug safety mandated that, early on, Bayer should have conducted studies that were adequately powered to examine mortality.

### Renal Failure/Dialysis

The cohorts that reported renal failure requiring dialysis as a separate outcome were Pagano et al (2007), Mangano et al (2006), Shaw et al (2008) and Schneeweiss et al (2008).

Both Mangano et al and Schneeweiss reported that that aprotinin significantly increased the risk of postoperative dialysis. In the Mangano study, 1,078 of 38,293 patients who were administered aprotinin reached this endpoint (2.8%), 858 of 45,565 patients who were administered aminocaproic acid reached this endpoint (1.9%), 8 of 822 patients who received tranexamic acid reached this endpoint (1.0%) and 92 of 5,729 control patients reached the endpoint (1.6%). In the pediatric cohort, aprotinin was not associated with an increased risk of postoperative dialysis.

## Renal Dysfunction

The cohorts that addressed renal safety were Pagano et al (2007), Furnary et al (2007), D. Mangano et al (2006), Kluth et al (2007), Coleman et al (2007) and Mouton et al (2008). Three studies indicated that aprotinin did not significantly increase the risk of renal dialysis or renal failure, after adjusting for the preoperative risks of patients. However, Mangano et al's cohort indicated an increased risk of renal events in patients undergoing primary surgery, complex surgery and overall. The authors of this study adjusted for 30 preoperative risk factors. A later study, Furnary et al, suggested that it was the number of PRBC transfused which increased the amount of renal events and not aprotinin. However, to my knowledge, this finding has not been replicated in other studies.  In total, 326 of 6,812 patients who were administered aprotinin reached this endpoint (4.8%), 27 of 883 patients who were administered aminocaproic acid reached this endpoint (3.1%), 33 of 822 patients who received tranexamic acid reached this endpoint (4.0%) and 282 of 6,129 control patients reached the endpoint (4.6%). Mouton et al's cohort found that patients undergoing off-pump surgery while on an ACE inhibitor and aprotinin, were at an increased risk of renal dysfunction. The pediatric cohorts showed that aprotinin did not significantly increase the risk of renal dysfunction. Definitions for renal dysfunction/renal failure varied from study to study. However, the most consistent definition was postoperative creatinine concentration greater than or equal to 1.5 mg/dL or a change in creatinine concentrations greater than or equal to 0.7 mg/dL.  The cohort studies were, on the whole, consistent in showing that aprotinin causes renal dysfunction.

## Conclusions

Data from 16 cohort studies that examined aprotinin were compiled, and the safety of aprotinin was assessed. For the mortality outcome, multiple studies showed that patients administered aprotinin had postoperative mortality than patients who received lysine analogues or no antifibrinolytic therapy at all.  The magnitude of the association between aprotinin use and death was consistent in these studies and was not only statistically significant but was of a magnitude that was very clinically significant as well.  Renal failure and its relationship to aprotinin was demonstrated in two of the best conducted studies – the Mangano and Schneeweiss (i3 Drug Safety) studies.   Mangano et al (2006), showed a 2.5 fold increase in renal dysfunction in the aprotinin study group. Schneeweis et al also showed this association.  Dialysis was not examined as a separate outcome in most of the cohorts, so data from other studies was sparse. The results suggested that in well-conducted, adequately powered studies, aprotinin is clearly associated with mortality, renal dysfunction, and renal failure.  Overall, there was no indication that a specific subgroup of patients were at a higher risk of developing any endpoint when on aprotinin.

**Table 6.1: Characteristics of Prospective Cohorts**

| Study | Year | Cohort size | Type of cohort | Primary Objective | Endpoints | Exclusion Criteria |
|-------|------|-------------|----------------|-------------------|-----------|--------------------|
| Lindvall et al | March 2008 | 400 | Prospective/2-center | Aprotinin's effect on postoperative renal dysfunction in patients undergoing first-time CABG | Fractional change in creatinine clearance | Patients who did not properly match with other treatment group and incomplete data |
| Dietrich et al | Feb 2008 | 8,548 | Prospective/single-center | Dosage of aprotinin on postoperative renal function | Postoperative $SCr \geq$ 2 mg/dL or a change in $SCr \geq 0.7$ mg/dL | Preoperative renal dialysis and death during surgery |
| Pagano et al | Nov 2007 | 7,836 | Prospective/single-center | Short-term and midterm outcomes in patients given aprotinin | Death within 30 days, Renal dysfunction: Postoperative $SCr \geq$ 2 mg/dL or a change in $SCr \geq 0.7$ mg/dL | Patients undergoing operations requiring circulatory arrest, distal aortic surgery, transplantation, surgical intervention for thoracic trauma, and adult congenital surgery |
| Mangano et al | Feb 2007 | 4,374 | Prospective/62-center | Long term mortality in patients given aprotinin | Death | Missing or incomplete data |
| Furnary et al | Sept 2007 | 15,174 | Prospective/12-center | Renal failure in patients undergoing cardiac surgery who were given aprotinin | New onset dialysis, >50% increase in SCr postoperatively | Preoperative chronic dialysis |
| Mangano et al | Jan 2006 | 4,374 | Prospective/multi-center | Safety of antifibrinolytic therapy for thrombosis-related cardiac, cerebral, and renal events | Postoperative $SCr \geq$ 2 mg/dL or a change in $SCr \geq 0.7$ mg/dL | Did not undergo CPB, incomplete data |

**Abbreviations**
SCr: serum creatinine concentration; CPB: cardiopulmonary bypass

**Notes:**
The studies were organized in a reverse chronological order fashion. Sample sizes ranged from 400 to 15174. Definitions of renal failure/renal dysfunction varied however the most common one was a postoperative $SCr \geq 2$ mg/dL or a change in $SCr \geq 0.7$ mg/dL. Dosage was fairly constant throughout the different cohorts, and the average was ~ 2 x $10^6$ KIU for loading dose, ~$10^6$ KIU pump priming, and continuous pumping of ~0.5 x $10^6$ KIU/hr

**Table 6.2: Characteristics of Retrospective Cohorts**

| Study | Year | Cohort size | Type of cohort | Primary Objective | Endpoints | Exclusion Criteria |
|-------|------|-------------|----------------|-------------------|-----------|--------------------|
| Mouton et al | Feb 2008 | 9,106 | Retrospective | Effect of aprotinin, co-medicated with ACE inhibitors and On/Off pump surgery on renal function | Postoperative SCr ≥ 2 mg/dL plus an increase of at least 1.5 times preoperative levels | Incomplete data |
| Shaw et al | Feb 2008 | 10,275 | Retrospective | Survival and renal function in CABG patients who were given aprotinin | 30 day and 1 year survival, new onset dialysis | Incomplete data |
| Schneewiss et al | Feb 2008 | 78,199 | Retrospective | Death in CABG patients who were given aprotinin | Death | Multiple antifibrinolytic agents on the day of the surgery |
| Maslow et al | Feb 2008 | 123 | Retrospective | Effect of aprotinin on patients undergoing cardiac surgical procedures with high preoperative renal risk factors (SCr ≥ 1.8 mg/dL) | A change in SCr ≥ 25% or the need of hemodialysis. | Emergency surgery, active endocarditis, preoperative cardiogenic shock within 1 week of surgery, use of intra-aortic balloon counterpulsation, history of renal transplantation, preoperative hemodialysis and planned use of deep hypothermic circulatory arrest. |
| Kluth et al | 2008 | 2,436 | Retrospective | The impact of low-dose aprotinin on safety variables | Renal dysfunction: postoperative creatinine increase > 0.5 mg/dL; myocardial infarction; in-hospital mortality | Patients on high-dose aprotinin, or other antibrinolytic agents |

| Coleman et al | June 2007 | 3,348 | Retrospective | Aprotinin use in cardiothoracic surgery in a hospital that does not use celite-activated clotting time determinations | Renal dysfunction: postoperative creatinine > 2.0 mg/dL and twice baseline level or dialysis; myocardial infarction; In hospital death | Incomplete data |
| Sedrakyan et al | June 2006 | 168 | Retrospective | Use of aprotinin associated with improved outcomes of thoracic aortic surgery | Blood transfusions | Incomplete data |
| Mangano et al | 2001 | 181 | Retrospective | Effect of aprotinin on perioperative renal function and blood product transfusion requirements in patients undergoing cardiovascular surgery and DHCA. | >25% decrement in creatinine clearance were considered to have renal dysfunction. | Death within first 24 hours after surgery |

**Abbreviations:**
SCr: serum creatinine concentration; CABG: coronary artery bypass graft; DHCA: deep hypothermic circulatory arrest
**Notes:**
These studies were organized in a reverse chronological order, with the largest study including 78,199 patients and the smallest including 123 patients. One cohort was not included in the table (Jaquiss et al) because it did not have complete data for adverse events. Dosage was fairly constant throughout the different cohorts, and the average was ~ 2 x $10^6$ KIU for loading dose, ~$10^6$ KIU pump priming, and continuous pumping of ~0.5 x $10^6$ KIU/hr.

**Table 6.3: Characteristics of Pediatric Cohort**

| Study | Year | Cohort size | Type of cohort | Primary Objective | Endpoints | Exclusion Criteria |
|-------|------|-------------|----------------|-------------------|-----------|--------------------|
| Szekely et al | Sept 2007 | 657 | Prospective/single-center | Renal dysfunction in pediatric patients undergoing cardiac surgery with CPB who were given aprotinin | 25% decrease of preoperative creatinine clearance levels | Death during surgery, surgery without CPB, and incomplete data |
| Backer et al | Aug 2007 | 2,090 | Retrospective | To determine whether the use of aprotinin is associated with mortality and impairment of kidney function in pediatric patients undergoing CPB | In-hospital mortality, kidney failure: postoperative creatinine concentrations more than twice the preoperative level | Lack of data |

**Abbreviations:**
CPB: cardiopulmonary bypass

**Notes:**
Two pediatric studies regarding aprotinin's safety were found in the literature search.

**Table 7.1: Patient Characteristics of Prospective Cohorts**

| Study name | Treatment group | N | Age (years) | Sex (male %) | MI prior to surgery (%) | Diabetes (%) | Hypertension (%) | CABG | Type of surgery (%) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | Valve replacement/repair | Combined valve replacement and CABG | Other |
| Lindvall et al 2008 | Aprotinin | 200 | 66.8 | 77 | 74 | 27 | 79 | 100 | 0 | 0 | 0 |
| | Tranexamic acid | 200 | 66.8 | 77 | 59 | 24.5 | 74.5 | 100 | 0 | 0 | 0 |
| Dietrich et al 2008 | All patients given aprotinin | 8,548 | 66 ± 11 | 68.6 | 42.6 | 18.1 | 48.4 | 57.3 | 30.5 | 12.2 | 0 |
| | Patients who reached composite endpoint | 655 | 70 ± 8 | 70.1 | 48.1 | 27.5 | 48.1 | 53.1 | 28.1 | 18.6 | 0 |
| Pagano et al 2007 | Aprotinin | 3,481 | 64.8 ± 11 | 71.9 | 32.3 | 21.6 | 63.3 | 56.9 | 23.5 | 13.1 | 6.5[1] |
| | No drug | 4,355 | 63.8 ± 9.8 | 75.7 | 44.9 | 18.1 | 55.1 | 78.6 | 12.2 | 7.2 | 2[1] |
| Mangano et al 2007 | Aprotinin | 1,295 | 64.9 ± 9.2 | 78.5 | 52.1 | 36.3 | 70 | 100 | 0 | 0 | 0 |
| | Aminocaproic acid | 883 | 65.1 ± 9.8 | 78.1 | 49.6 | 45.9 | 74.7 | 100 | 0 | 0 | 0 |
| | Tranexamic acid | 822 | 63.4 ± 9.7 | 81.6 | 55.1 | 32.4 | 64.8 | 100 | 0 | 0 | 0 |
| | No drug | 1,374 | 63.2 ± 9.8 | 80.8 | 52.3 | 33.7 | 60.5 | 100 | 0 | 0 | 0 |
| Furnary et al 2007 | Aprotinin | 2,757 | 67.5 ± 11.7 | 68.1 | NR | 37.4 | 71.1 | 55.3 | 23.5 | 21.1 | 0 |
| | No drug | 8,441 | 65.7 ± 11.1 | 71.9 | NR | 36.4 | 70.5 | 77.8 | 12.4 | 9.9 | 0 |
| Mangano et al 2006 | Aprotinin | 1,295 | NR | 78.5 | 52.1 | 36.3 | 70 | 100 | 0 | 0 | 0 |
| | Aminocaproic acid | 883 | NR | 78.1 | 49.6 | 45.9 | 74.7 | 100 | 0 | 0 | 0 |
| | Tranexamic acid | 822 | NR | 81.6 | 55.1 | 32.4 | 64.7 | 100 | 0 | 0 | 0 |
| | No drug | 1,37 | NR | 80.8 | 52.3 | 33.7 | 60.3 | 100 | 0 | 0 | 0 |

4

[1]defined in study as Valve + other, CABG + other and other cardiac surgery

**Abbreviations:**
N: total number of patients in cohort; MI: myocardial infarction; CABG: coronary artery bypass graft; NR: not reported

**Notes:**
Patients in the prospective cohorts ranged in age from 63.2 to 70 years old. The majority of patients (68.1 to 81.6%) were male. The majority of patients underwent CABG.

*Cohorts*

**Table 7.2: Patient Characteristics in Retrospective Cohorts**

| Study name | | Treatment groups | N | Age (years) | Sex (male %) | MI prior to surgery (%) | Diabetes (%) | Hypertension (%) | CABG | Valve replacement/repair | Combined valve replacement and CABG | Thoracic | Other |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mouton et al 2008 | Off-pump | Aprotinin | 125 | 64.1 ± 10 | 69 | NR | 26 | 68 | 91 | 0 | 0 | 0 | 9[1] |
| | | Tranexamic acid | 2,015 | 65.3 ± 9.1 | 82 | NR | 20 | 72 | 99 | 0 | 0 | 0 | 1[1] |
| | | No drug | 1,532 | 64.1 ± 9.6 | 82 | NR | 18 | 64 | 96 | 0 | 0 | 0 | 4[1] |
| | On-pump | Aprotinin | 1,209 | 62.8 ± 16 | 62 | NR | 26 | 68 | 13 | 0 | 0 | 0 | 87[1] |
| | | Tranexamic acid | 3,740 | 65.4 ± 10.6 | 74 | NR | 20 | 72 | 57 | 0 | 0 | 0 | 43[1] |
| | | No drug | 485 | 63.8 ± 12 | 74 | NR | 18 | 64 | 58 | 0 | 0 | 0 | 42[1] |
| Shaw et al 2008 | | Aprotinin | 1,343 | 66.6 | 68.7 | NR | 33.4 | 72 | 100 | 0 | 0 | 0 | 0 |
| | | Aminocaproic acid | 6,776 | 64.4 | 67.1 | NR | 33.3 | 68.2 | 100 | 0 | 0 | 0 | 0 |
| | | No drug | 2,029 | 63.9 | 69.4 | NR | 32.5 | 69.6 | 100 | 0 | 0 | 0 | 0 |
| Schneewiss et al 2008 | Primary cohort | Aprotinin | 33,517 | NR | 70.5 | 15.1 | 43.5 | 65.2 | 100 | 0 | 0 | 0 | 0 |
| | | Aminocaproic acid | 4,682 | NR | 71.4 | 14.1 | 43.1 | 65.7 | 100 | 0 | 0 | 0 | 0 |
| | Highly selected cohort | Aprotinin | 4,799 | NR | 68.1 | 14.4 | 45.1 | 63.7 | 100 | 0 | 0 | 0 | 0 |
| | | Aminocaproic acid | 4,799 | NR | 67.7 | 14.7 | 46.9 | 63.4 | 100 | 0 | 0 | 0 | 0 |
| Maslow et al 2008 | | Aprotinin | 41 | 75.2 ± 10.4 | 80.5 | 56.1 | 41.5 | 73.2 | 29 | 36.6 | 31.7 | 0 | 2.7[2] |
| | | Aminocaproic acid | 82 | 70.2 ± 10.6 | 69.5 | 61.7 | 60.5 | 90.1 | 77 | 10.9 | 10.9 | 0 | 1.2[2] |
| Kluth et al 2008 | | Aprotinin | 1,162 | 66.8 ± 9.5 | 80.1 | 43.6 | 29.3 | NR | 100 | 0 | 0 | 0 | 0 |
| | | No drug | 1,274 | 67.8 ± 9.1 | 77.1 | 41.1 | 28.9 | NR | 100 | 0 | 0 | 0 | 0 |
| Coleman et al 2007 | | Aprotinin | 362 | 70.7 ± 10.4 | 68.5 | 41.2 | 34 | 78.2 | 0 | 0 | 0 | 100 | 0 |
| | | No drug | 2,986 | 66.4 ± 10.7 | 74.5 | 38.6 | 32.4 | 70.8 | 0 | 0 | 0 | 100 | 0 |
| Sedrakyan et al 2006 | | Aprotinin | 84 | 61.6 ± 15.7 | 61.9 | NR | 6 | 79.8 | 9.5 | 40.5 | 0 | 0 | 50[3] |
| | | No drug | 84 | 61.7 ± 15.3 | 61.9 | NR | 9.5 | 66.7 | 17.8 | 39.1 | 0 | 0 | 43.1[3] |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mangano et al 2001 | Aprotinin | 44 | 57 ± 16 | 70 | NR | NR | NR | 0 | 0 | 0 | 100 | 0 |
| | No drug | 139 | 61 ± 14 | 61 | NR | NR | NR | 0 | 0 | 0 | 100 | 0 |

[1]Not defined in the cohort
[2]Aortic surgery combined with aortic valve replacement or just aortic surgery
[3] not specified

**Abbreviations:**
N: total number of patients in cohort; MI: myocardial infarction; CABG: coronary artery bypass graft; NR: not reported

**Notes:**
Patients in the retrospective cohorts ranged in age from 62.8 to 75.2 years old. The majority of patients (61 to 82%) were male. The majority of patients underwent CABG. There were no major differences between the patients in the prospective cohorts or the retrospective cohorts.

**Table 7.3: Patient characteristics of Pediatric cohorts**

| Study name | Treatment groups | N | Age (years) | Sex (male %) | MI prior to surgery (%) | Diabetes (%) | Hypertension (%) | CABG | Valve replacement/repair | Combined valve replacement and CABG | Cardiac surgery with CPB |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Szekely et al 2007 | Aprotinin | 261 | 2.46 | NR | NR | NR | 10.7 | 0 | 0 | 0 | 100 |
| | No drug | 396 | 1.24 | NR | NR | NR | 20.7 | 0 | 0 | 0 | 100 |
| Backer et al 2007 | Aprotinin | 1,083 | 3.49 ± 1.84 | 55.4 | NR | NR | NR | 0 | 0 | 0 | 100 |
| | No drug | 1,007 | 3.64 ± 4.75 | 52.5 | NR | NR | NR | 0 | 0 | 0 | 100 |

**Abbreviations:**
N: total number of patients in cohort; MI: myocardial infarction; CABG: coronary artery bypass graft; NR: not reported; CPB: cardiopulmonary bypass

**Notes:**
Both cohorts included in this table looked at patients undergoing cardiac surgery with CPB. Patients in the Backer et al study were a bit older.

**Table 8.1: The effect of aprotinin on mortality in Prospective cohorts**

| Study name | Treatment group | n/N (%) | Mortality | | |
|---|---|---|---|---|---|
| | | | OR | 95% CI | P-value |
| Lindvall et al 2008 (in hospital mortality) | Aprotinin | 9/200 (4.5) | NR | NR | 0.8 |
| | Tranexamic acid | 7/200 (3.5) | | | |
| Dietrich et al 2008 | All patients given aprotinin | 326/8,548 (3.8) | NR | NR | NR |
| Pagano et al 2007 (In hospital mortality) | Aprotinin | 139/3,481 (4.0) | 1.03 | 0.71 - 1.49 | 0.85 |
| | No drug | 154/4,355 (3.5) | | | |
| (5 year mortality) | Aprotinin | 668/3,481 (19.2) | 1.09 [1] | 0.93 - 1.28 | 0.3 |
| | No drug | 645/4,355 (14.8) | | | |
| Mangano et al 2007 (5 year mortality) | Aprotinin | 223/1,072 (20.8) | 1.37 [1,2] | 1.09 - 1.73 [2] | 0.008 [2] |
| | Aminocaproic acid | 132/834 (15.8) | | | |
| | Tranexamic acid | 65/442 (14.7) | | | |
| | No drug | 128/1,009 (12.7) | | | |
| Furnary et al 2007 | Aprotinin | NR | NR | NR | NR |
| | No Drug | NR | | | |
| Mangano et al 2006 | Aprotinin | 52/1,295 (4) | NR | NR | 0.004 [3] |
| | Aminocaproic acid | 18/883 (2) | | | |
| | Tranexamic acid | 16/822 (2) | | | |
| | No drug | 27/1,374 (2) | | | |

[1] hazard ratios
[2] comparing aprotinin to no drug
[3] comparing aprotinin to any other study group

**Abbreviations:**
n: number of patients reaching an event; N: total number of patients in cohort; OR: odds ratio; CI: confidence interval; NR: not reported

**Notes:**
The prospective cohort, Dietrich et al, was unlike other cohorts that we looked at. Their primary objective was to determine the effect of aprotinin dosage on different adverse events. All of the patients in the study were given aprotinin, and so, its effect on mortality cannot really be known because there was no control group. Of the four studies that reported mortality data, two found that aprotinin was related to an increase in mortality, and two did not. In adding up data from all three prospective cohorts, 952 of 6048 patients administered aprotinin died (15.7%), 800 of 6738 patients who were not administered any drug died (11.9%), 150 of 1717 patients administered aminocaproic acid died (8.7%) and 88 of 1464 administered tranexamic acid died (6.0%).

**Table 8.2: The effect of aprotinin on mortality in Retrospective cohorts**

| Study name | | Treatment groups | n/N (%) | OR | 95% CI | P-value |
|---|---|---|---|---|---|---|
| | | | | **Mortality** | | |
| Mouton et al 2008 (In hospital mortality) | Off-pump | Aprotinin | 6/125 (5) | | | |
| | | Tranexamic acid | 18/2,015 (1) | NR | NR | NR |
| | | No drug | 18/1,532 (1) | | | |
| | On-pump | Aprotinin | 80/1,209 (7) | | | |
| | | Tranexamic acid | 69/3,740 (2) | NR | NR | NR |
| | | No drug | 5/485 (1) | | | |
| Shaw et al 2008 (In hospital mortality) | | Aprotinin | 85/1,337 (6.4) | | | |
| | | Aminocaproic acid | 161/6,764 (2.4) | NR | NR | < 0.001[3] |
| | | No drug | 44/2,024 (2.2) | | | |
| (1 year after surgery) | | Aprotinin | 205/1,297 (15.8) | | | |
| | | Aminocaproic acid | 431/6,748 (6.4) | NR | NR | < 0.001[3] |
| | | No drug | 131/2,012 (6.5) | | | |
| Schneewiss et al 2008 (7 day mortality) (In hospital mortality) | Primary cohort | Aprotinin | 1,508/33,517 (4.5) | 1.78[1] | 1.56 - 2.02 | NR |
| | | Aminocaproic acid | 1,117/44,682 (2.5) | | | |
| | Highly selected cohort | Aprotinin | NR | 1.36[2] | 1.18 - 1.56 | NR |
| | | Aminocaproic acid | NR | | | |
| Maslow et al 2008 (in hospital mortality) | | Aprotinin | 4/41 (9.8) | NR | NR | NR |
| | | Aminocaproic acid | 6/82 (7.3) | | | |
| Kluth et al 2008 (in hospital mortality) | | Aprotinin | 29/1,162 (2.5) | 1.59 | 0.86 - 2.93 | 0.136 |
| | | No drug | 28/1,274 (2.2) | | | |
| Coleman et al 2007 (in hospital mortality) | | Aprotinin | NR | 0.85 | 0.52 - 1.40 | 0.53 |
| | | No drug | NR | | | |
| Sedrakyan et al 2006 (in hospital mortality) | | Aprotinin | 4/84 (4.8) | NR | NR | 0.3 |
| | | No drug | 7/84 (8.4) | | | |
| Mangano et al 2001 | | Aprotinin | NR | NR | NR | NR |
| | | No drug | NR | | | |

117

[1] relative risk
[2] low dose of aprotinin (between 2 million KIU and 4 million KIU) is included in table because it compares best to other study dosages. Analysis used was Standard Logistic-Regression Analysis
[3] P-value corresponds to both aprotinin vs aminocaproic acid, and aprotinin vs no drug

**Abbreviations:**
n: number of patients reaching an event; N: total number of patients in cohort; OR: odds ratio; CI: confidence interval; NR: not reported

**Notes:**
The large retrospective cohorts (Shaw et al, Schneeweiss et al) show a two-fold increase in mortality amongst patients taking aprotinin. Due to the large sample sizes, those results overpower the single retrospective cohort that did not show a statistically significant relationship between aprotinin and mortality. It didn't matter if it was 7 day mortality, in hospital mortality or 1 year after surgery mortality. After adding up data for the seven cohorts that reported mortality, 1,836 of 37,435 patients administered aprotinin died (4.9%), 1,554 of 51,512 patients administered aminocaproic acid died (3.0%), 87 of 5,755 patients administered tranexamic acid died (1.5%), and 189 of 5,387 patients administered no drug died (3.5%). More mortality events took place in the prospective cohorts than in the retrospective cohorts.

**Table 8.3: The effect of aprotinin on mortality in a Pediatric cohort**

| Study name | Treatment groups | n/N (%) | Mortality OR | Mortality 95% CI | Mortality P-value |
|---|---|---|---|---|---|
| Szekely et al 2007 | Aprotinin | NR | 0.38 | 0.13 - 1.14 | 0.10 |
| | No drug | NR | | | |
| Backer et al 2007 | Aprotinin | 47/1,251 (3.8) | NR | NR | 0.37 |
| | No Drug | 55/1,229 (4.5) | | | |

**Abbreviations:**
n: number of patients reaching an event; N: total number of patients in cohort; OR: odds ratio; CI: confidence interval; NR: not reported

**Notes:**
Neither pediatric cohort showed that aprotinin increased the risk for in hospital mortality.

**Table 9.1: The effect of aprotinin on postoperative dialysis in Prospective Cohorts**

| Study name | Treatment group | n/N (%) | Dialysis | | |
|---|---|---|---|---|---|
| | | | OR | 95% CI | P-value |
| Lindvall et al 2008 | Aprotinin | NR | NR | NR | NR |
| | Tranexamic acid | NR | | | |
| Dietrich et al 2008 | All patients given aprotinin | 291/8,548 (3.4) | NR | NR | NR |
| Pagano et al 2007 | Aprotinin | 108/3,481 (3.1) | 1.16 | 0.73 - 1.85 | 0.49 |
| | No drug | 78/4,355 (1.8) | | | |
| Mangano et al 2007 | Aprotinin | NR | NR | NR | NR |
| | Aminocaproic acid | NR | | | |
| | Tranexamic acid | NR | | | |
| | No drug | NR | | | |
| Furnary et al 2007 | Aprotinin | NR | NR | NR | NR |
| | No Drug | NR | | | |
| Mangano et al 2006 | Aprotinin | 65/1,295 (5) | NR | NR | < 0.001[1] |
| | Aminocaproic acid | 9/883 (1) | | | |
| | Tranexamic acid | 8/822 (1) | | | |
| | No drug | 14/1,374 (1) | | | |

[1] p-value is for comparing aprotinin vs aminocaproic acid, aprotinin vs tranexamic acid, and aprotinin vs no drug

**Abbreviations:**
n: number of patients reaching an event; N: total number of patients in cohort; OR: odds ratio; CI: confidence interval; NR: not reported

**Notes:**
Once again, Dietrich et al's study does not provide relevant information regarding aprotinin's renal safety, because there are no control groups. Mangano et al's study was the only prospective cohort to show that aprotinin increased the need for postoperative dialysis. Most other cohorts did not report dialysis separately from a composite renal outcome, and so there is a limited amount of data. In total, 173 of 4,776 patients administered aprotinin needed dialysis (3.6%), 9 of 883 patients administered aminocaproic acid needed dialysis (1.0%), 8 of 822 patients administered tranexamic acid needed dialysis (1.0%) and 92 of 5,729 patients not administered any drug needed dialysis (1.0%).

**Table 9.2: The effect of aprotinin on postoperative dialysis in Retrospective Cohorts**

| Study name | | Treatment groups | n/N (%) | Dialysis OR | 95% CI | P-value |
|---|---|---|---|---|---|---|
| Mouton et al 2008 | Off-pump | Aprotinin | NR | | | |
| | | Tranexamic acid | NR | NR | NR | NR |
| | | No drug | NR | | | |
| | On-pump | Aprotinin | NR | | | |
| | | Tranexamic acid | NR | NR | NR | NR |
| | | No drug | NR | | | |
| Shaw et al 2008 | | Aprotinin | NR | | | |
| | | Aminocaproic acid | NR | 1.32[1] | 0.77 - 2.27[1] | 0.56[1] |
| | | No drug | NR | | | |
| Schneewiss et al 2008 | Primary cohort | Aprotinin | 905/33,517 (2.7) | NR | NR | NR |
| | | Aminocaproic acid | 849/44,682 (1.9) | | | |
| | Highly selected cohort | Aprotinin | 120/4,799 (2.5) | NR | NR | NR |
| | | Aminocaproic acid | 115/4,799 (2.4) | | | |
| Maslow et al 2008 | | Aprotinin | 1/41 (2.4) | NR | NR | NR |
| | | Aminocaproic acid | 6/82 (7.3) | | | |
| Kluth et al 2008 | | Aprotinin | NR | NR | NR | NR |
| | | No drug | NR | | | |
| Coleman et al 2007 | | Aprotinin | NR | NR | NR | NR |
| | | Control | NR | | | |
| Sedrakyan et al 2006 | | Aprotinin | NR | NR | NR | NR |
| | | No drug | NR | | | |
| Mangano et al 2001 | | Aprotinin | 4/44 (9.1) | NR | NR | NR |
| | | No drug | 8/139 (5.8) | | | |

[1] aprotinin vs aminocaproic acid

**Abbreviations:**
n: number of patients reaching an event; N: total number of patients in cohort; OR: odds ratio; CI: confidence interval; NR: not reported

**Notes:**
Four studies reported dialysis as a separate outcome. None of them showed a statistically significant relationship between aprotinin and dialysis. Most other cohorts did not report dialysis separately from a composite renal outcome, and so there is a limited amount of data. In total, 910 of 33,602 patients administered aprotinin needed dialysis (2.7%), 676 of 44,764 patients administered aminocaproic acid needed dialysis (1.5%), and 8 of 139 patients who were not administered any drug needed dialysis (5.8%). Overall, postoperative dialysis rates were higher in the prospective cohorts than in the retrospective cohorts.

121

**Table 9.3: The effect of aprotinin on postoperative dialysis in Pediatric Prospective Cohorts**

| Study name | Treatment groups | n/N (%) | Dialysis | | |
| | | | OR | 95% CI | P-value |
|---|---|---|---|---|---|
| Szekely et al 2007 | Aprotinin | 25/261 (9.6) | 1.22 | 0.46 -3.22 | 0.69 |
| | No drug | 16/396 (4.1) | | | |
| Backer et al 2007 | Aprotinin | 12/1,251 (0.96) | NR | NR | 0.166 |
| | No Drug | 6/1,229 (0.49) | | | |

**Abbreviations:**
n: number of patients reaching an event; N: total number of patients in cohort; OR: odds ratio; CI: confidence interval; NR: not reported

**Notes:**
Neither cohort reported that aprotinin increased the risk of postoperative dialysis. Overall, 37 of 1512 patients on aprotinin needed dialysis (2.4%) and 22 of 1625 patients in the control group needed dialysis (1.4%).

122

**Table 10.1: The effect of aprotinin on renal dysfunction in Prospective Cohorts**

| Study name | Treatment group | n/N (%) | Renal Dysfunction | | |
| --- | --- | --- | --- | --- | --- |
| | | | OR | 95% CI | P-value |
| Lindvall et al 2008[5] | Aprotinin | 31/200 (15.5) | NR | NR | 1.0 |
| | Tranexamic acid | 31/200 (15.5) | | | |
| Dietrich et al 2008 | All patients given aprotinin | NR | NR | NR | NR |
| Pagano et al 2007[1] | Aprotinin | 152/4,355 (3.5) | 0.78 | 0.59 - 1.03 | 0.07 |
| | No drug | 171/3,481 (4.9) | | | |
| Mangano et al 2007 | Aprotinin | NR | NR | NR | NR |
| | Aminocaproic acid | NR | | | |
| | Tranexamic acid | NR | | | |
| | No drug | NR | | | |
| Furnary et al 2007[2] | Aprotinin | NR | 1.48 | 1.11 - 1.98 | 0.008 |
| | No drug | NR | | | |
| Mangano et al 2006[3] | Aprotinin | 104/1,295 (8) | 2.41 | 1.49 - 3.90 | < 0.001[4] |
| | Aminocaproic acid | 27/883 (3) | | | |
| | Tranexamic acid | 33/822 (4) | | | |
| | No drug | 41/1,374 (3) | | | |

[1] renal dysfunction was defined as a postoperative SCr $\geq$ 1.5 mg/dL and/or a $\Delta$SCr $\geq$ 0.7 mg/dL
[2] acute renal failure is endpoint – no further clarification
[3] a composite renal endpoint which included a postoperative SCr $\geq$ 1.5 mg/dL and/or a $\Delta$SCr $\geq$ 0.7 mg/dL
[4] aprotinin vs control
[5] endpoint was defined as a fractional change in creatinine clearance

**Abbreviations:**
n: number of patients reaching an event; N: total number of patients in cohort; OR: odds ratio; CI: confidence interval; NR: not reported

**Notes:**
Clarification needs to be made regarding Furnary et al's study. Although initial analysis (as shown here) showed that aprotinin significantly increased the risk for acute renal failure, further analysis did not. When the authors included the number of packed red blood cell transfusions into their model, they found that it was the number of packed red blood cells which increased the likelihood of acute renal failure, and not aprotinin. Therefore, Mangano et al's study was the only prospective cohort to show that aprotinin increased the risk of renal dysfunction. Overall, 287 of 5,850 patients administered aprotinin reached an endpoint (4.9%), 212 of 4,855 patients administered no drugs reached an endpoint (4.4%), 27 of 883 patients administered aminocaproic acid reached an endpoint (3.1%) and 64 of 1022 patients administered tranexamic acid reached an endpoint (6.3%).

**Table 10.2: The effect of aprotinin on renal dysfunction in Retrospective Cohorts**

| Study name | | | Treatment groups | n/N (%) | Renal Dysfunction OR | 95% CI | P-value |
|---|---|---|---|---|---|---|---|
| Mouton et al 2008[1] | Off-pump | Aprotinin | ACE | | 2.87[4] | 1.25 - 6.58 | 0.013 |
| | | | No ACE | | 1.54[4] | 0.27 - 8.69 | 0.628 |
| | | Tranexamic acid | ACE | | 1.27[4] | 0.84 - 1.93 | 0.264 |
| | | | No ACE | | 1.23[4] | 0.65 - 2.32 | 0.534 |
| | On-pump | Aprotinin | ACE | | 1.73[4] | 0.56 - 5.32 | 0.342 |
| | | | No ACE | | 1.81[4] | 0.79 - 4.13 | 0.162 |
| | | Tranexamic acid | ACE | | 1.93[4] | 0.83 - 4.49 | 0.126 |
| | | | No ACE | | 1.14[4] | 0.57 - 2.29 | 0.704 |
| Shaw et al 2008 | | | Aprotinin | NR | | | |
| | | | Aminocaproic acid | NR | NR | NR | NR |
| | | | No drug | NR | | | |
| Schneewiss et al 2008 | Primary cohort | | Aprotinin | NR | NR | NR | NR |
| | | | Aminocaproic acid | NR | | | |
| | Highly selected cohort | | Aprotinin | NR | NR | NR | NR |
| | | | Aminocaproic acid | NR | | | |
| Maslow et al 2008[2] | | | Aprotinin | 9/41 (21.9) | NR | NR | NR |
| | | | Aminocaproic acid | 10/82 (12.1) | | | |
| Kluth et al 2008[6] | | | Aprotinin | 70/1162 (6.0) | 1.43 | 0.84 - 2.44 | 0.225 |
| | | | No drug | 70/1274 (5.5) | | | |
| Coleman et al 2007[7] | | | Aprotinin | NR | 1.76 | 1.08 - 2.88 | 0.02 |
| | | | No drug | NR | | | |
| Sedrakyan et al 2006[3] | | | Aprotinin | NR | 0.33 | 0.01 - 4.15 | 0.3 |
| | | | No drug | NR | | | |
| Mangano et al 2001 | | | Aprotinin | NR | NR | NR | 0.951 |
| | | | No drug | NR | | | |

[1] endpoint defined as a postoperative SCr $\geq$ 2.0 mg/dL or a change in SCr greater than or equal to 1.5 times the preoperative creatinine concentration
[2] endpoint defined as a $\Delta$SCr $\geq$ 25% of Preoperative SCr
[3] endpoint called renal failure with no further specifications
[4] all odds ratios as compared to control patients who had not been administered any drug.
[5] 25% decrement in creatinine clearance
[6] postoperative creatinine increase > 0.5 mg/dL
[7] postoperative creatinine > 2.0 mg/dL and twice baseline level or dialysis

**Abbreviations:**
n: number of patients reaching an event; N: total number of patients in cohort; OR: odds ratio; CI: confidence interval; NR: not reported

**Notes:**
There was not a lot of data in the retrospective cohorts which pertained to renal dysfunction. Mouton et al's study found that patients on aprotinin and ACE inhibitors during off-pump surgery were most likely to have a renal event. Coleman et al's cohort had the largest sample size and showed a statistically significant relationship. However, Kluth et al's study and the two smaller studies which had renal data, Sedrakyan et al (although it had a very large confidence interval) and Maslow et al, did not. In total, 79 of 1203 patients administered aprotinin reached the endpoint (6.6%), 10 of 82 patients administered aminocaproic acid reached the endpoint (12.1%) and 70 of 1274 patients who did not take any drugs reached the endpoint (5.5%). Small sample sizes and incomplete data from some of the trials (some did not include absolute values) made it hard to render conclusions.

**Table 10.3: The effect of aprotinin on renal dysfunction in Pediatric Prospective Cohorts**

| Study name | Treatment groups | n/N (%) | Renal Dysfunction | | |
| | | | OR | 95% CI | P-value |
| --- | --- | --- | --- | --- | --- |
| Szekely et al 2007[1] | Aprotinin | 69/261 (26.3) | 1.26 | 0.66 - 1.92 | NR |
| | No drug | 64/396 (16.1) | | | |
| Backer et al 2007[2] | Aprotinin | 69/1210 (5.7) | NR | NR | 0.76 |
| | No Drug | 68/1133 (6.0) | | | |

[1] endpoint was > 25% decrement in creatinine clearance
[2] postoperative creatinine concentrations twice or more than the preoperative level

**Abbreviations:**
n: number of patients reaching an event; N: total number of patients in cohort; OR: odds ratio; CI: confidence interval; NR: not reported

**Notes:**
Neither pediatric study showed a significant relationship between aprotinin and renal dysfunction. In total, 138 of 1471 patients administered aprotinin reached the endpoint (9.4%), while 132 of 1529 patients who were not given any drugs reached an endpoint(8.6%).

## Additional Studies

**Wagener G, Gubitosa G, Wang S, et al.**
**Increased incidence of acute kidney injury with aprotinin use during cardiac surgery detected with urinary NGAL.**
**Am J Nephrol. 2008; 28:576-82.**

**Background:** *Use of aprotinin has been associated with acute kidney injury after cardiac surgery. Neutrophil gelatinase-associated lipocalin (NGAL) is a novel, very sensitive marker for renal injury. Urinary NGAL may be able to detect renal injury caused by aprotinin. This study determined if the use of aprotinin is associated with an increased incidence of acute kidney injury and increased levels of urinary NGAL.*
**Methods:** *In this prospective, observational study 369 patients undergoing cardiac surgery were enrolled. 205 patients received aprotinin and 164 received epsilon amino-caproic acid intraoperatively. Urinary NGAL was measured before and immediately after cardiac surgery and 3, 18 and 24 h later. The association of aprotinin use with the incidence of acute kidney injury (increase of serum creatinine >0.5 mg/dl) and NGAL levels was determined using logistic and linear regression models.*
**Results:** *51 of 205 patients (25%) who received aprotinin developed acute kidney injury compared to 19 of 164 patients (12%) who received epsilon amino-caproic acid (p = 0.0013). Aprotinin use was associated with a two-fold higher risk of acute kidney injury when adjusted for potential confounders (age, Parsonnet score, preoperative serum creatinine, cardiopulmonary bypass and cross-clamp times; multiple logistic regression: OR = 2.164; CI (95%) = 1.102 to 4.249; p = 0.0249. Urinary NGAL was 19 times higher immediately after cardiopulmonary bypass and 18 times higher 3 h later in patients who had received aprotinin (postoperative: 19.23; CI (95%) = 12.60 to 29.33; p < 0.0001; 3 h post-cardiopulmonary bypass 18.67; CI (95%) = 11.45 to 30.43; p < 0.0001).*
**Conclusion:** *Postoperative urinary NGAL - a novel marker for renal injury - is increased in cardiac surgical patients receiving aprotinin compared to patients receiving epsilon amino-caproic acid. These results further support the hypothesis that aprotinin may cause renal injury. The substantial rise of urinary NGAL associated with aprotinin use may in part be due to aprotinin blocking the uptake of NGAL by megalin/gp330 receptors in the proximal tubules.*

### Comments

This was a prospective observational study of 369 patients undergoing cardiac surgery. 205 received aprotinin and 164 received aminocaproic acid intraoperatively. Urinary NGAL was measured before and immediately after surgery, and at 3, 18, and 24 hours later. 25% of the patients who received aprotinin developed acute kidney injury compared to 19 of 164 patients, or 12%, who received aminocaproic acid. Aprotinin use was associated with a twofold higher risk of kidney injury when adjusted for potential confounders. Urinary NGAL was 19 times higher immediately after bypass and 18 times higher three hours later in patients who had received aprotinin. The authors conclude that postoperative urinary NGAL, which is a novel marker for renal injury, is increased in cardiac surgical patients receiving aprotinin compared to patients receiving aminocaproic acid. They state that these results further support the hypothesis that aprotinin may cause renal injury.

The authors make the point that serum creatinine increases only days after surgery and is affected not only by the degree of intraoperative injury but also by the further postoperative course. In contrast, urinary NGAL shows changes within 1 hour after surgery. Thus, NGAL may be a much more sensitive marker for renal injury than serum creatinine.

Acute kidney injury in this study was defined as an increase of serum creatinine by more than 0.5 mg/dL (44.2 µmol/L) when comparing preoperative values with the maximum postoperative serum creatinine within 10 days after surgery. Serum creatinine was measured at least twice daily for 2 days while the patient was in the intensive care unit, and daily for the duration of the hospital stay.

Patients who received aprotinin were older, had a higher preoperative urinary NGAL levels, higher Parsonnet scores and underwent longer cardiopulmonary bypass and aortic cross-clamp times.  After adjusting for potential confounding variables, using a logistic regression model, the odds of acute kidney injury, defined as an increase by more than 0.5 mg/dL, was 2.16 (95% confidence interval 1.1-4.2) higher in patients who had received aprotinin compared to patients who received aminocaproic acid.

The authors found that there was an association between increased urinary NGAL with aprotinin use when compared to aminocaproic acid after cardiac surgery. They also found that patients receiving aprotinin had a higher incidence of acute kidney injury defined by using the more conventional marker, serum creatinine. The use of aprotinin was associated with a twofold higher risk of developing acute kidney injury compared to patients receiving aminocaproic acid after controlling for possible confounders. These results were confirmed when examining both urinary NGAL and serum creatinine.

Urinary NGAL is a novel marker for renal injury that is upregulated within 1 hour after the renal insult. It increases immediately after cardiopulmonary bypass and remains elevated for at least 18 to 24 hours. It has been found to be a highly sensitive and specific predictor for renal dysfunction. Urinary NGAL is a marker of renal injury and not of function and may therefore be more suited to detect renal damage than traditional markers of renal function such as serum creatinine.

This study is highly interesting, but has several potential limitations. First, NGAL is a novel biomarker and has not been validated in many studies. It appears to be a sensitive marker for renal injury. The markers used in previous studies of aprotinin are much less sensitive. These include creatinine.  A better measure of renal function is creatinine clearance. The need for dialysis is a very insensitive measure for renal dysfunction. Renal dialysis occurs very infrequently even among patients with renal dysfunction. Thus, this study with NGAL is very novel and interesting.

Another limitation is that this is not a randomized trial. Patients who received aprotinin were at higher risk for adverse outcomes than were patients who received aminocaproic acid. Because these were higher risk patients, they were also at higher risk for renal injury. Even though the authors tried to control for confounders with regression analyses, there is still the possibility that residual confounding is still present. A much more robust method of examining this question would be to measure NGAL levels in a randomized controlled trial of patients receiving aprotinin versus aminocaproic acid. This is very unlikely to happen now that aprotinin has been withdrawn from the market.

Another potential limitation of this study is that NGAL measurements are done shortly after bypass surgery. Even if they are sensitive markers for renal injury, it is

unclear what the long-term significance of this is. It would be optimal to have some studies showing that early increases in NGAL lead to long-term adverse effects on the kidneys and actually are associated with adverse clinical events. Today, to my knowledge, we do not have such studies. Nevertheless, this study does suggest that aprotinin is associated with early renal injury as opposed to aminocaproic acid. This study lends further weight to the evidence that aprotinin is associated with renal dysfunction in patients undergoing bypass surgery.

*Faulí A, Gomar C, Campistol JM, et al.*
***Kidney-specific proteins in patients receiving aprotinin at high- and low-dose regimens during coronary artery bypass graft with cardiopulmonary bypass.***
*Eur J Anaesth 2005; 22:666–671.*

*Background and objective:* The aim was to determine whether the administration of aprotinin can cause deleterious effects on renal function in cardiac surgery with cardiopulmonary bypass (CPB).
*Methods:* Sixty consecutive patients with normal preoperative renal function undergoing elective coronary artery bypass surgery with CPB using the same anaesthetic; CPB and surgical protocols were randomized into three groups. Patients received placebo (Group 1), low-dose aprotinin (Group 2) or high-dose aprotinin (Group 3). Renal parameters measured were plasma creatinine, alpha1-microglobulin and beta-glucosaminidase (beta-NAG) excretion. Measurements were performed before surgery, during CPB and 24 and 72 h, and 7 and 40 days postoperatively.
*Results:* In the three groups, alpha1-microglobulin and beta-NAG excretions significantly increased during CPB, at 24 and 72 h, and 7 days postoperatively (P < 0.05) and had returned to preoperative levels at postoperative day 40. Plasma creatinine levels were within normal values at times recorded. In Groups 2 and 3, alpha1-microglobulin excretion during CPB was significantly higher than in Group 1 (P < 0.001), and 24h after surgery it still remained significantly higher in Group 3 compared to Groups 1 and 2 (P < 0.05).
*Conclusions:* Aprotinin caused a significant increase in alpha1-microglobulin excretion but not in beta-NAG excretion during CPB, which may be interpreted as a greater renal tubular overload without tubular damage. This effect persisted for 24 h after surgery when high-dose aprotinin doses had been administered. Creatinine plasma levels were not sensitive to detect these prolonged renal effects in our study.

## Comments

The objective of this prospective, double-blind, randomized study was to study indicators of renal tubular function in patients treated with aprotinin during CABG surgery with CPB. Sixty consecutive patients undergoing CABG surgery were included in the study, and were randomly assigned to one of three 20 patient groups that received either placebo (Group 1), a low dose regimen of aprotinin (Group 2), or a high dose regimen of aprotinin (Group 3). High dose regimen: 280 mg aprotinin during CPB in the pump priming. Low dose regimen: 280 mg of aprotinin loading dose, followed by 70 mg/h$^{-1}$ until closure of sternotomy and 280 mg in pump priming during CPB. Anaesthetic and CPB protocols and criteria for blood transfusion were the same in all patients. The renal variables that were measured during and after surgery were urine output, plasma

creatinine, alpha$_1$-microglobulin and beta-NAG in urine.   Groups 2 and 3 showed significantly higher excretion of alpha$_1$-microglobulin during CPB than group 1, and group 3's alpha$_1$-microglobulin excretions remained higher 24 hours postoperatively compared to the other groups.   This study has a relatively low sample size, but the groups were quite homogenous and the surgery protocols were strictly controlled according to the authors.  The results suggest that aprotinin may have adverse effects on renal function.

**O'Connor CJ, Brown DV, Avramov M, et al.**
**The impact of renal dysfunction on aprotinin pharmacokinetics during cardiopulmonary bypass.**
**Anesth Analg. 1999; 89:1101–7.**

*Aprotinin is a serine protease inhibitor that undergoes metabolism in the kidney. Because elimination is almost entirely renal, the clearance of aprotinin may be reduced in patients with renal insufficiency. Unfortunately, there are no data regarding aprotinin pharmacokinetics in cardiac surgical patients with renal insufficiency or end-stage renal disease (ESRD) undergoing cardiopulmonary bypass (CPB). We, therefore, determined the clearance (ApCl) and elimination half-life (T1/2) of aprotinin in 26 cardiac surgical patients with normal and abnormal renal function (creatinine clearance [CrCl] 0-122 mL/min) undergoing CPB. Subjects were given a 2 million kallikrein inhibiting unit (KIU) initial dose of aprotinin, followed by a 0.25 million KIU/h infusion. No aprotinin was added to the pump prime. Plasma aprotinin concentrations were sampled at 30 min after completion of the loading dose, 30 and 60 min after the onset of CPB, at the end of CPB, and at 8, 24, and 32 h after completion of the loading dose. ApCl was directly related and the elimination T1/2 inversely related to CrCl (r = 0.75 and 0.42, respectively). In patients with a CrCl >50 mL/min, the T1/2 and ApCl were 7.8 h and 53 mL/min, respectively, compared with 19.9 h and 25 mL/min (P < 0.05, P < 0.002, respectively) for patients with ESRD. In conclusion, ApCl is reduced, and T1/2 is prolonged in patients with renal insufficiency or ESRD undergoing CPB. Dosing modifications may be necessary for patients with abnormal renal function undergoing cardiac surgery. IMPLICATIONS: Because aprotinin is metabolized and eliminated in the kidney, its clearance may be reduced in patients with renal insufficiency. Our data suggest that aprotinin clearance is reduced, and aprotinin half-lives are prolonged in patients with renal insufficiency undergoing CPB. Dosing modification may therefore be indicated when aprotinin is administered to these patients for cardiac surgery.*

### Comments

The purpose of this study was to clarify the influence of renal dysfunction on aprotinin elimination through the study of the pharmacokinetics of aprotinin in cardiac surgical patients with both normal and abnormal renal function undergoing CPB. 26 patients completed this study. After induction of anesthesia, each patient received a 10,000 KIU test dose of aprotinin, a loading dose of 2 million KIU, and a continuous infusion of 0.25 million KIU/h until chest closure, with no aprotinin in the CPB pump prime. This modified dosage was used because of the potential for impaired elimination of aprotinin in patients with renal dysfunction. Aprotinin clearance and elimination half-life ($T_{1/2}$) were determined in these patients and were related to their creatinine clearance.

There was a significant direct relationship between CrCl and ApCl (r = 0.75, P<0.01) and a significant, but weaker, inverse relationship between CrCl and $T_{1/2}$ (r = 0.42, P<0.05). ApCl was significantly greater (P < 0.002) in patients with a CrCl > 50 mL/min compared with the remaining groups, whereas $T_{1/2}$ was significantly prolonged in patients with ESRD compared with patients with a CrCl > 50 mL/min (19.9 vs 7.8 h, P<0.05). Although the findings from this study agree with previous findings, the comparison may not be completely valid due to the possible confounding effects of pharmacokinetic alterations induced by CPB. Also, the pharmacokinetic analysis of drug elimination during and after CPB is restricted by the absence of true steady-state conditions. To compensate for this restriction, aprotinin concentrations and elimination parameters were measured in order to encompass 3 to 5 half-lives of aprotinin after its discontinuation. Although this approach permits reliable measurement of terminal elimination $T_{1/2}$, it precludes determination of the initial distribution $T_{1/2}$ and also limits any conclusion regarding the appropriate application of a two or three compartment model to the pharmacokinetics of aprotinin.  This was a pharmacokinetic investigation, and did not contain enough patients, nor was it designed to assess the potential nephrotoxicity of aprotinin.  However, it does suggest that its clearance may be reduced in patients with pre-existing renal insufficiency.

***Sundt TM 3rd, Kouchoukos NT, Saffitz JE, et al.***
***Renal dysfunction and intravascular coagulation with aprotinin and hypothermic circulatory arrest.***
***Ann Thorac Surg. 1993; 55:1418-24.***

*High-dose aprotinin was used in 20 patients undergoing primary or repeat operations on the thoracic or thoracoabdominal aorta using cardiopulmonary bypass and hypothermic circulatory arrest. The activated clotting times immediately before the establishment of hypothermic circulatory arrest exceeded 700 seconds in all but 1 patient. Three patients (15%) required reoperation for bleeding. Seven patients died during hospitalization, and 5 had postmortem examination. Platelet-fibrin thrombi were present in multiple organs including the coronary arteries of 4 patients with myocardial infarction or failure, the pulmonary arteries of 2 patients, 1 of whom died of acute right ventricular failure, the brains of 2 patients who sustained a stroke, and the kidneys of 4 patients, 3 of whom had development of renal dysfunction. Renal dysfunction occurred in 13 patients (65%), and all were 65 years of age or older. Five of these patients required hemodialysis. Among 20 age-matched patients who had similar operations without aprotinin, there was one hospital death (5%) from myocardial infarction, and renal dysfunction developed in 1 patient (5%), who did not require dialysis. None of these 20 patients required reoperation for bleeding. Although aprotinin has been shown to reduce blood loss in patients having cardiac operations employing cardiopulmonary bypass, this benefit was not attained in this group of patients with thoracic aortic disease in whom hypothermic circulatory arrest was used. Use of aprotinin in elderly patients undergoing these procedures was associated with an increased risk of renal dysfunction and failure, and of myocardial infarction and death.*

**Comments**

Only forty patients (twenty on high dose aprotinin, twenty in control group) were included in this study. This does not provide enough statistical power for conclusions. However, the autopsy studies suggest that aprotinin may have adverse effects due to its procoagulatory effects – even in spite of supratherauepetic ACT levels.

**Cosgrove DM 3rd, Heric B, Lytle BW, et al.**
**Aprotinin therapy for reoperative myocardial revascularization: a placebo-controlled study.**
**Ann Thorac Surg. 1992; 54:1031-6.**

*We tested the efficacy and safety of aprotinin in 169 patients undergoing isolated reoperative myocardial revascularization. Patients were randomly assigned to high-dose aprotinin, low-dose aprotinin, or placebo treatment groups in a double-blind, placebo-controlled study. Treatment groups did not differ significantly with respect to age, sex, red cell mass, number of grafts, use of internal thoracic artery, or incidence of preoperative aspirin therapy. Patients treated with aprotinin had a significant reduction in postoperative chest tube drainage (720 +/- 753, 866 +/- 1,636, and 1,121 +/- 683 mL, respectively, for high-dose aprotinin, low-dose aprotinin, and placebo; p < 0.001). Transfusion requirements were reduced in aprotinin-treated patients (2.1 +/- 4.2, 4.8 +/- 11.8, and 4.1 +/- 6.2 units for high-dose, low-dose, and placebo, respectively; p < 0.001). A similar reduction in chest tube drainage and transfusion requirements was seen in patients using aspirin preoperatively. Q-wave myocardial infarctions were increased in the aprotinin subgroups (17.5%, 14.3%, and 8.9% for high-dose, low-dose, and placebo groups; not significant). Acute vein graft thrombosis was found in six of 12 vein grafts studied at postmortem examination in patients receiving aprotinin but not in any of five grafts in patients receiving placebo. We conclude that aprotinin is extremely effective in reducing bleeding and transfusion requirements and may increase the risk of graft thrombosis.*

### Comments

This is an important study. 169 patients undergoing isolated reoperative myocardial revascularization were included in this trial. Patients were administered high-dose aprotinin, low-dose aprotinin or placebo. Patients administered aprotinin required less transfusions, and higher dose patients required even less then low dose patients (p < 0.001). There was no significant relationship between patients on aprotinin and Q-wave MI increases.  Two different doses of aprotinin were used, so the relationship between dose and endpoint could be made.  A small patient population did not allow for enough evidence to make strong conclusions. Not enough endpoints were looked at, more specifically, renal events and mortality.  However, this was a pivotal study that suggested that aprotinin use may lead to adverse outcomes due to its procoagulatory effects and resulting graft thrombosis.

**Bennett-Guerrero E, Sorohan JG,  Gurevich ML, et al.**
**Cost-benefit and efficacy of aprotinin compared with epsilon-aminocaproic acid in patients having repeated cardiac operations: a randomized, blinded clinical trial.**
**Anesthesiology 1997; 87:1373-80.**

*Background*: Aprotinin and epsilon-aminocaproic acid are routinely used to reduce bleeding during cardiac surgery. The marked difference in average wholesale cost between these two drug therapies (aprotinin, $1,080 vs. epsilon-aminocaproic acid, $11) has generated significant controversy regarding their relative efficacies and costs.

*Methods:* In a multicenter, randomized, prospective, blinded trial, patients having repeated cardiac surgery received either a high-dose regimen of aprotinin (total dose, 6 x $10^6$ kallikrein inactivator units) or epsilon-aminocaproic acid (total dose, 270 mg/kg).

*Results:* Two hundred four patients were studied. Overall (data are median [25th-75th percentiles]), aprotinin-treated patients had less postoperative thoracic drainage (511 ml [383-805 ml] vs. 655 ml [464-1,045 ml]; P = 0.016) and received fewer platelet transfusions (0 [range, 0-1] vs. 1 [range, 0-2]; P = 0.036). The surgical field was more likely to be considered free of bleeding in aprotinin-treated patients (44% vs. 26%; P = 0.012). No differences, however, were seen in allogeneic erythrocyte transfusions or in the time required for chest closure. Overall, direct and indirect bleeding-related costs were greater in aprotinin- than in epsilon-aminocaproic acid-treated patients ($1,813 [$1,476-2,605] vs. $1,088 [range, $511-2,057]; P = 0.0001). This difference in cost per case varied in magnitude among sites but not in direction.

*Conclusions:* Aprotinin was more effective than epsilon-aminocaproic acid at decreasing bleeding and platelet transfusions. Epsilon-aminocaproic acid, however, was the more cost-effective therapy over a broad range of estimates for bleeding-related costs in patients undergoing repeated cardiac surgery. A cost-benefit analysis using the lower cost of half-dose aprotinin ($540) still resulted in a significant cost advantage using epsilon-aminocaproic therapy (P = 0.022).

## Comments

The primary objective of this study was to compare the cost-effectiveness and efficacy of aprotinin and epsilon-aminocaproic acid in patients undergoing repeated cardiac surgery. Approximately 10% of the 11 million units of allogeneic blood transfused annually in the United States can be accounted for by cardiac operations. There has been a rise in the number of repeat cardiac operations, which greatly increases the risk of bleeding. Aprotinin has been shown to decrease bleeding associated with cardiac surgery. The average wholesale price of this drug in the United States is $1,080 per patient and is of concern to health-care providers and payers. The lysine analog epsilon-aminocaproic acid has an average wholesale price of $11 per patient and also decreases bleeding associated with cardiac surgery.

Two hundred and four patients undergoing repeated cardiac operation for either coronary artery bypass graft surgery, valvular heart surgery, or both were included (all patients were included in the final analysis). Each patient received a high-dose intravenous regimen of either (1) aprotinin, 2 x $10^6$ kallikrein inactivator units on skin incision, 0.5 x $10^6$ kallikrein inactivator units/h x 4-h infusion on initiation of cardiopulmonary bypass, and 2 x $10^6$ kallikrein inactivator units added to the cardiopulmonary bypass prime solution; or (2) epsilon-aminocaproic acid, 150 mg/kg on skin incision, 30 mg/kg x 4-h infusion on initiation of cardiopulmonary bypass, and saline placebo added to the cardiopulmonary bypass prime solution. All clinicians and investigators were blinded to the identity of the study drug, and the drugs were administered in equal volumes. Study groups were similar with respect to preoperative demographic factors and intraoperative characteristics.

133

The primary efficacy outcome was the volume of thoracic drainage within the first 24 h after operation. Other measures of efficacy included the number of allogeneic blood product transfusions, number of donor exposures, duration of chest closure, and surgical assessment of the "dryness" of the surgical field.

A cost-benefit analysis was performed, which accounted for the bleeding-related costs of these two therapies. Overall median bleeding-related costs were $725 higher in aprotinin-treated patients (median [25th-75th percentiles]: $1,813 [$1,476-2,605] vs. $1,088 [$511-2,057]; P = 0.0001). Mean total bleeding-related costs were also significantly higher ($796) in the aprotinin-treated patients. Because half-dose aprotinin may be as effective as the full dose used in this study, the investigators also performed a cost-benefit analysis using the lower cost of half-dose aprotinin ($540).

Although aprotinin was generally more efficacious, epsilon-aminocaproic acid was the more cost-effective therapy overall (compared to full and half-dose aprotinin). These data suggest that epsilon-aminocaproic acid therapy provides a less costly alternative to limit bleeding resulting from repeated cardiac surgery. A placebo group may have enhanced the scientific design of this study. However, because both of these therapies have been shown to reduce bleeding complications, it was believed to be unethical to include a placebo group.

## Review Articles

## Mechanisms of Action Reviews

**McEvoy MD, Reeves ST, Reves JG, Spinale FG.**
**Aprotinin in cardiac surgery: a review of conventional and novel mechanisms of action.**
**Anesth Analg. 2007; 105:949-62.**

*Induction of the coagulation and inflammatory cascades can cause multiorgan dysfunction after cardiopulmonary bypass (CPB). In light of these observations, strategies that can stabilize the coagulation process as well as attenuate the inflammatory response during and after cardiac surgery are important. Aprotinin has effects on hemostasis. In addition, aprotinin may exert multiple biologically relevant effects in the context of cardiac surgery and CPB. For example, it decreases neutrophil and macrophage activation and chemotaxis, attenuates release and activation of proinflammatory cytokines, and reduces oxidative stress. Despite these perceived benefits, the routine use of aprotinin in cardiac surgery with CPB has been called into question. In this review, we examined this controversial drug by discussing the classical and novel pathways in which aprotinin may be operative in the context of cardiac surgery.*

**Mahdy AM, Webster NR.**
**Perioperative systemic haemostatic agents.**
**Br J Anaesth. 2004; 93:842-58.**

*Skilful surgery combined with blood-saving methods and careful management of blood coagulation will all help reduce unnecessary blood loss and transfusion requirements. Excessive surgical bleeding causes hypovolaemia, haemodynamic instability, anaemia and reduced oxygen delivery to tissues, with a subsequent increase in postoperative morbidity and mortality. The role of anaesthetists in managing surgical blood loss has increased greatly in the last decade. Position of the patient during surgery and the provision of a hypotensive anaesthetic regimen were once considered the most important contributions of the anaesthetist to decreasing blood loss. Now, several pharmacological haemostatic agents are being used by anaesthetists as blood-saving agents. After a brief discussion of the physiology of haemostasis, this article will review the evidence for the role of such agents in reducing perioperative blood loss and transfusion requirements.*

## Additional Documents

**Final report: Risks of renal failure, and death following use of aprotinin or aminocaproic acid during CABG surgery - Part A. - report on computerized inpatient data from the premier perspective comparative database - August 7, 2007.**

**Authors: Sebastian Schneeweiss, Jon Seeger, Alexander M. Walker.  Analyst: Joan Landon**

### Comments

The i3 Drug Safety Study was an extremely well conducted retrospective cohort study that examined the association between agents to reduce bleeding during cardiac surgery with renal failure and in-hospital death.  The patient population included over 78,000 patients who underwent bypass surgery between January 1, 2003 and March 30, 2006 and who received intraoperative intravenous aprotinin or aminocaproic acid on the day of surgery.  Covariates included 41 patient, doctor, and hospital characteristics. Outcomes for renal failure required dialysis on any day following CABG and in-hospital all cause mortality.  In the analyses of renal failure, patients with pre-existing chronic kidney disease were excluded.  Approximately 43% of patients received aprotinin and 57% aminocaproic acid.  Over 2600 patients required dialysis following bypass surgery and over 2600 patients died.  After adjustment for 41 patient and hospital characteristics, the estimated risks were higher for patients receiving low-dose aprotinin compared with low-dose aminocaproic acid with respect renal failure.  The relative risk was 1.36 with a 95% confidence interval of 1.17 to 1.57.  The relative risk for death was 1.36 with a 95% confidence interval of 1.18 to 1.56.  Comparisons with medium doses of aminocaproic acid were associated with higher risks, including the relative risk of 1.59 for renal failure, and 1.74 for death.

Additional analyses were conducted because of limitations of the database, including inadequate baseline patient information, doctors or hospitals with fewer recorded bypass procedures, or particularly at-risk patients.  The relative risk for renal failure, and death was still increased even after restriction of the study population to those having complex bypass surgeries and to patients having diabetes.  Further analyses included a propensity score matched analysis which included 10 additional covariates that were only available for those who spent time in hospital prior to their bypass surgery, as well as an instrumental variable analysis that addressed possibly unmeasured patient characteristics by restricting attention to surgeons with strong preferences for either aprotinin or aminocaproic acid.  Both analyses gave results that were consistent with primary analysis.  In addition, sensitivity analyses were performed for potentially unmeasured, confounding factors.  This analysis indicated that the requirements for association between postulated confounders and aprotinin use, renal failure and death, were extreme and ruled out any plausible unmeasured characteristic as an explanation for the findings.

In my opinion, the results of the i3 Drug Safety Study show that there is an elevated risk of death, and acute renal failure in aprotinin recipients in comparison to recipients of aminocaproic acid.  The authors found that these findings were not readily ascribable to chance or to distortions arising from confounding factors.

The preliminary report of the i3 Drug Safety Study was provided to Bayer (the manufacturer of aprotinin), Bayer's consultants, and through Bayer to the FDA in September 2006. A revised analysis was developed and provided to Bayer and through Bayer to the FDA in December 2006.

This cohort study employed data from the Premier Perspective Comparative Database. This database includes data from approximately 1/6 of all hospitalizations in the United States with broad geographic diversity. As one of the sub-analyses, the authors developed a "data dense" study population. This study population was derived by applying multiple restrictions selected to isolate patients with clearer exposure histories and fuller characterization of baseline health. The following types of patients were eliminated from the cohort: 1. Patients with surgery before the third hospital day. 2. Patients who received less than 2 million units of aprotinin or fewer than two vials. 3. Patients who received less than 10 g of aminocaproic acid. 4. Patients treated by surgeons who performed fewer than 50 CABG procedures during the study. 5. Patients treated by surgeons who always used the same anti-fibrinolytic agent. Follow-up for renal failure started on the day following the index CABG. Follow-up for in-hospital mortality started on the date of the index CABG. Follow-up continued to hospital discharge. In an alternate analysis, follow-up was limited to the first 7 days after the bypass.

As part of the analyses, the authors estimated robust standard errors using generalized estimating equations (GEE) with an independence working correlation structure to explore to what extent adjusting for clustering of patients within hospitals would increase standard errors of the main effects in the regression analyses.

In primary multi-variable analyses, risk for renal failure requiring dialysis was higher by 36% for recipients of low-dose of aprotinin and by 59% for high-dose aprotinin. These were comparisons with low-dose aminocaproic acid. In-hospital mortality was increased by 36% for low-dose and 74% for high-dose.

Sensitivity analyses to explore how strong an unmeasured confounder would have to be to explain the present findings regarding death indicated that an unmeasured confounder that is found in 10% of patients would need to elevate the risk for death fivefold and would also need to have a fivefold greater prevalence in aprotinin users to produce sufficient confounding to explain the low-dose risk ratio of 1.32. Even stronger and more prevalent unmeasured confounders would be required to explain the high-dose findings.

The authors concluded that in a large retrospective hospital-based cohort study using administrative data, they found clinically meaningful increases in the risk of renal failure, requiring dialysis and all cause in-hospital death for recipients of aprotinin in comparison to recipient of aminocaproic acid during bypass surgery. They found that the increases were largely independent of the complexity of the bypass surgery, the CABG volume of the surgeon and diagnosis of diabetes. The authors suggest several potential limitations of the study. First, they note that studies have described preferential prescribing of aprotinin in patients undergoing redo bypass surgery and preferential prescribing of non-aprotinin antifibrinolytics in patients with renal insufficiency. These types of "confounding by indication" could lead to spuriously strong associations of aprotinin use with worse health outcomes. The authors conducted several different analyses using advanced statistical techniques in order to try to account for any potential

confounding by indication. Their sensitivity analyses suggested that any unmeasured confounder would have to have high prevalence and strong associations with drug choice, death, and renal failure. They state that "there is no plausible candidate for such a confounder." They also state that "the data do indicate that patients who are more at risk for death or renal failure are somewhat more likely to receive aprotinin, and it is possible (though not in their estimation probable) that a more detailed ascertainment of covariance could lead to adjustments that explain the apparent increases in risk.

I have several comments about the limitations of a study of this type. First, this is a large well performed retrospective cohort study using administrative data. The strength of the study is the large number of patients examined. However, there are limitations associated with using an administrative database. An administrative database does not have detailed clinical information. For example, details such as left ventricular ejection fraction, baseline creatinine values, baseline creatinine clearance, baseline hemoglobin, and other data of these kind are not available. Furthermore, the administrative database information is based on charges. Thus, if a patient was charged for a particular drug or service, it is assumed that they received that drug or service. This is not always true. For example, two vials of aprotinin may have been opened but only a portion of the second vial may have been used. There is no way to know from the database what the exact dose of medication delivered was. Similarly, the data in administrative databases is only based on date. There is no time available. It is unclear therefore at what time the patient received a drug. It could have occurred during surgery. It could have occurred before or after surgery. There is no way to know. Also, analysis was limited in that only in-hospital information was available from the administrative database. Although there was an association with the use of aprotinin and renal failure and death, it is unclear whether these associations would still be present with long-term follow-up such as 6 months or 12 months. Importantly, the investigators were aware of these limitations and, as much as possible, tried to control with these limitations in their analyses.

Several other issues should be mentioned. First, transient renal dysfunction is common after bypass surgery. This is seen in patients who do not receive any anti-fibrinolytic therapy as well as those who do receive anti-fibrinolytic therapy. Thus the question is really whether aprotinin increases the observed incidence of renal dysfunction compared to what is normally expected. This is not readily ascertainable in an administrative database, where there is no collection of creatinine levels or creatinine clearance levels. In addition, in most cases, transient renal dysfunction after bypass surgery disappears, and renal function returns to normal. In addition, with the administrative database involving only in-hospital data and no clinical outcomes, there is no information to look at persistence of renal dysfunction long-term.

Second, renal failure requiring dialysis is occasional following bypass surgery. In the majority of instances, dialysis is only required for short periods of time and then renal function recovers. Because of the absence of long-term follow-up information, it is unclear whether the observed association between aprotinin and renal failure observed in the i3 Drug Safety Study is apparent long-term.

Third, multiple studies have demonstrated that aprotinin accumulates in the nephrons. There is reason to believe that there may be long-term renal consequences associated with aprotinin use. It is possible that early renal failure or early renal dysfunction which then recovers may be associated with worse outcomes long-term in

these patients.  There is no data currently available to substantiate this association.

In conclusion, the i3 Drug Safety Study was a well-conducted retrospective cohort employing data from a large administrative database.  Multiple sophisticated analytic techniques were used to examine the data.  The results show that there is an association between aprotinin use and short-term in-hospital mortality as well as renal failure.  The authors state that it is implausible that a single confounder could be responsible for this association.  These results are similar to the BART trial with respect to mortality, but differ with respect to renal failure.  In my opinion, the difference with respect to renal failure is due to the much larger size of the i3 Drug Safety Study compared with the small sample size of the BART trial.

## APROTININ SAFETY SUMMARY DOCUMENT

### Review of aprotinin safety summary document Section 2.7.

The first section of this document reviews the placebo-controlled studies. The first sentence is the following: "The combined safety pool for aprotinin for the purpose of this analysis consists of all patients who received aprotinin or placebo in all U.S. placebo-controlled trials, all of which were conducted in patients undergoing cardiopulmonary bypass surgery."

This pooled study used the following protocols: D89-004, D89-005, D89-006, protocol D91-007 (patients entered on or before December 31st, 1991), and protocol No. D90-013 (study terminated; report pending). These studies employed all three treatment regimens, including the high-dose aprotinin regimen, the low-dose aprotinin regimen, and placebo.  On page 16, the following quote occurs: "To assess the clinical significance of the increased incidence of a normal kidney function and the high-dose of aprotinin group, it is necessary to examine the percentages of patients with any treatment-emergent event reflecting postoperative renal dysfunction. The percentages of patients reporting one or more of these events (acute kidney failure, kidney failure, kidney function abnormal, and kidney tubular necrosis) were 20/145 (14 %) in the high dose of aprotinin group, 8/141 (6 %) in the low-dose of aprotinin group, and 4/140 (3 %) in the placebo group (overall P value equals 0.001). There seems, therefore, to be a dose-response relationship in the incidence with aprotinin of treatment-emergent events reflecting renal dysfunction. This is related to the significantly greater increase in serum creatinine from baseline to the value at post-op days three, four, seven and the final pre-discharge value in high-dose of aprotinin patients as compared to placebo patients in this patient pool."

### Section 1.7.5, aprotinin and renal function, page 59.

The report notes the following: "Indicated in Section 1.5.1 above, the pooled safety data from U.S. placebo-controlled studies showed a statistically significant increase in aprotinin-treated patients and the incidence of treatment-emergent events reflecting postoperative renal dysfunction (acute kidney failure, kidney failure, kidney function abnormal, and kidney tubular necrosis). Also, as indicated in Section 1.6 above, in the pool of studies employing all three treatment regimens (high-dose of aprotinin, low-dose of aprotinin, and placebo), the increase from the preoperative baseline value in serum creatinine was significantly greater in the high-dose of aprotinin group than in the placebo group at post-op days three, four, seven, and the final pre-discharge value. For

the low-dose aprotinin group, this was the case only for the value at postoperative day seven. Also, in the pool of all high-dose aprotinin patients and placebo patients from all U.S. placebo-controlled trials, the increase from the preoperative baseline value in serum creatinine was significantly greater in high-dose aprotinin patients than in placebo patients at post-op days two, three, four, seven, and at the final pre-discharge value. In the three completed U.S. placebo-controlled trials with aprotinin, the percentages of patients with treatment-emergent events reflecting renal dysfunction were as shown in Table 1.38."

In Table 1.38, for high-dose aprotinin, 10% of patients had any treatment-emergent event reflecting renal dysfunction (24/238) versus 4% of patients in the placebo group (9/235). The overall P value was 0.008.

**Section 1.8, aprotinin overall safety profile, page 76.**

The conclusion about safety is the following: "Overall, aprotinin appears to be a compound with a favorable safety profile. Areas of concern that have been apparent from the safety data from the U.S. placebo-controlled studies in patients undergoing cardiopulmonary bypass surgery include the distorting effect of aprotinin on the activated clotting time, the trend towards a greater incidence of aprotinin-treated patients of treatment-emergent events suggestive of liver dysfunction, the trend towards a greater incidence of myocardial infarction in aprotinin-treated patients, and the dose-related effect of aprotinin on renal function."

More detail was given about the safety with respect to renal dysfunction on page 77. "The effect of aprotinin on the kidney, manifested as an increased incidence in aprotinin-treated patients of treatment-emergent events affecting renal dysfunction and of clinically significant increases over baseline in serum creatinine was statistically significant in protocol No. D89-005 and in the pooled data from the U.S. aprotinin placebo-controlled trials. This was particularly noticeable in patients over 60 years of age, in patients treated preoperatively with angiotensin-converting enzyme inhibitors, in patients with a diagnosis of congestive heart failure/heart failure at baseline, and in patients treated in a perioperative period with aminoglycoside antibiotics. In the majority of instances, the treatment-emergent events suggestive of renal function were not severe and were reversible, although some patients did require hemodialysis. The pool of all three completed studies imply high-dose of aprotinin, low-dose of aprotinin, and placebo, only 5% of high-dose aprotinin patients, 4% of low-dose aprotinin patients, and 2% of placebo patients had serum creatinine increases over baseline of 2.0 milligrams per deciliter or greater. For all three completed studies, 4% of high-dose of aprotinin patients and 1% of placebo patients had serum creatinine increases over baseline of this magnitude. Patients with elevated baseline serum creatinine values were not at increased risk for the development of postoperative renal dysfunction following treatment with aprotinin."

On page 80 were two uncontrolled studies which were not randomized controlled trials which reported renal dysfunction. There was one abstract which was submitted to the Southern Thoracic Surgical Association and the American Heart Association by a group of surgeons from Washington University in St. Louis. They found that "renal dysfunction, defined as an increase in serum creatinine of greater than 1.5 times the baseline level, occurred in 12 of the 20 patients (60%), and four of these patients required

hemodialysis. Among 20 age-matched patients who underwent similar surgical procedures without aprotinin, one patient developed renal dysfunction but did not require dialysis."

The last two paragraphs in this document are the following:

"Until properly controlled studies can be carried out to determine whether or not aprotinin is associated with an increase in mortality and/or the incidence of renal failure in patients undergoing hypothermic circulatory arrest, however, the following paragraph has been included in the precaution section of the proposed aprotinin package insert submitted with this application:"

"An increase in both renal failure and in mortality has been reported in patients receiving Trasylol while undergoing deep hypothermic circulatory arrest in connection with surgery of the aortic arch compared to age-matched historical controls. The strength of this association is uncertain because there are no data from randomized studies to confirm or refute these findings. Caution should be exercised and a careful risk/benefit assessment made before Trasylol is used in this setting."

**Transcripts and Slide Presentations**

**Review of transcripts from the Cardiovascular and Renal Drugs Advisory Committee in joint session with the Drug Safety and Risk Management Advisory Committee. Wednesday, September 12, 2007.**

**Review of Dr. Schneeweiss' report to the FDA.**
**Safety of aprotinin versus aminocaproic acid during CABG surgery**
     This is a summary of Dr. Schneeweiss' report on pages 95 to 111 of the transcript. This also reviews the slides that he used.
     Dr. Schneeweiss reported that the primary analysis of the full study population of 78,000 patients showed a 60% increased risk of renal failure requiring dialysis.  There was also a 64% increased risk of mortality.  Multiple analytic approaches in different study populations were conducted to evaluate robustness of the primary findings.  After excluding patients with pre-existing renal failure, the results in the primary analysis remained unchanged while the propensity score matched analysis in the subgroup showed no associations with renal failure in the long-term.  However, the association persisted for outcomes within 7 days of bypass surgery.
     He mentions that a medical records abstraction study was supposed to be completed shortly after his presentation.  He further states, "It is possible that these associations are fully explained by confounding but this is not probable." He notes that they separated aprotinin exposures into very low, low, and high cumulative doses and compared them to low-dose aminocaproic acid, the most commonly given amount.  He notes that this does not represent a formal dose response analysis since dose depends on body weight and duration of surgery, two quantities that could not be determined from these data.  He also notes that "in the very low dose group, by our definition, only one vial was charged, but it is not clear whether the vial was actually used."
     He also notes "the conclusion of that analysis was that a single unmeasured confounder has to be 5 times more likely to be present among aprotinin users and also be 7 times more likely to cause renal failure to fully explain the observed associations. However, individual confounding factors can add up to a larger net confounding, or they can cancel each other out."
     It should be noted that the i3 Drug Safety Study excluded all patients who did not receive any anti-fibrinolytic agent and it excluded patients who received tranexamic acid because of small numbers.  In August 2007 the i3 group delivered the final report, Part A consisting of a database analysis.  On August 31, 2007 the i3 group delivered an addendum to the final report consisting of additional analyses, requested by Bayer.  The final report, Part B (medical record review) was due to be delivered in September 2007.
     Two of the methods that the investigators used to control for confounding were the following.  First, they restricted their analyses to surgeons who demonstrated a strong preference for one agent or another.  Because many surgeons use one agent almost exclusively, they are unlikely to have their choice based on underlying disease severity or risk.  This method is called instrumental variable analysis and has been shown to be effective in reducing confounding by unmeasured factors and producing less biased results.  They also used propensity score matching. Propensity scoring is a method used to predict which patients would have an equal chance of receiving either agent.  Then

these patients are compared directly.  Using both the instrumental variable analysis and the propensity score matching analysis, the results were largely unchanged.  There was a persistent association of aprotinin with mortality as well as with renal failure.  The results appear to be more robust for the 7-day analysis rather than the in-hospital analysis.

**Review of the transcript by Dr. Karkouti.**

**A propensity score comparison of aprotinin versus tranexamic acid: Updated analysis of a large, single-center cardiac surgery database.**

Dr. Karkouti's study was a single-center study. In their hospital, they use aprotinin for the highest-risk patients and tranexamic acid for the lower-risk patients. Over the period of the study from 1999 to 2006, they had 948 patients who received aprotinin and about 14,000 patients who received tranexamic acid.

A propensity score analysis was used to control for confounders. They used three different models in this study. The first one just included preoperative variables when developing the propensity scores, the second one used pre-op plus pump-related variables, and the third one included pre-op plus pump-related variables plus coagulopathy-related variables. Each of these models was used to match patients.

Dr. Karkouti says that one conclusion is clear. "Except for renal dysfunction and possibly renal failure, adverse outcomes associated with aprotinin use are highly dependent on perioperative confounders."

**Review of slides by Keyvan Karkouti.**

**A propensity score comparison of aprotinin versus tranexamic acid.**

**Updated analysis of a large, single-center cardiac surgery database.**

The conclusions from the slide presentation were the following: "Except for renal dysfunction (50% increase in creatinine to above normal within seven days of surgery or dialysis), adverse outcomes associated with aprotinin use are highly dependent on perioperative confounders. Existing observational studies may not have accounted for these confounders; hence, prognostic imbalances may explain their findings."

**Review of comments by Dr. Dennis Mangano.**

**Safety of Aprotinin versus Epsilon Aminocaproic acid versus Tranexamic acid**

He states that on the basis of studies, in 1993, the FDA approved aprotinin for the limited indication of patients undergoing bypass graft surgery using cardiopulmonary bypass at increased risk for bleeding.

He notes that there was an article published by Cosgrove from the Cleveland Clinic indicating that aprotinin might cause graft thrombosis.  The study involved 169 patients and was an autopsy study.  They found acute vein graft thrombosis in 6 of 12 vein grafts studied postmortem.  There were no vein graft thromboses in 5 grafts of patients who received placebo.

Mangano says that this prompted a large randomized controlled trial to look at vein graft thrombosis.  He says the study was conducted between 1993 and 1995, but was only published in 1998.  It included international sites and angiography 11 days after

graft implantation. He says the result indicated a statistically significant increase of 41% in acute vein graft occlusion associated with aprotinin use versus placebo. According to Mangano, after adjustment of the results for baseline clinical demographics, the results were no longer statistically significant. Thus, the drug was left on the market.

Then, in 1998, the indication was expanded to now include any patient undergoing bypass graft surgery with use of cardiopulmonary bypass regardless of risk of bleeding.

Mangano states that more than 350,000 patients received aprotinin in 2005. However, in January of 2006, an issue arose regarding kidney toxicity. This was on the basis of a study conducted by Mangano called the Epi 2 study. This enrolled patients from 69 centers and 17 countries and was prospectively designed. The study found statistically significant associations between aprotinin use and renal dysfunction compared with no anti-fibrinolytic use and compared with both Amicar and tranexamic acid. This association was robust and was unchanged after statistical adjustment. In contrast, there were associations with stroke and encephalopathy, as well as cardiovascular, heart failure and MI composite outcome. However, after statistical controlling in a multivariable analysis, these associations were no longer present.

Following the Mangano study, there was no change in indication by the FDA. However, a new study had emerged. This was the i3 study. The i3 study also demonstrated an increased chance for death, serious kidney damage, heart failure and stroke.

He says that in 2006 the safety of aprotinin was not challenged, rather it was rechallenged because there was an original signal on renal toxicity in the 1990s with two small trials.

He also notes that they did a follow-up study from his database to look at long-term survival and found that it was worse in patients who received aprotinin. These results were unchanged with propensity score adjustment. Mangano says that their results were challenged. It was on the basis of the fact that observational studies of aprotinin are known to be confounded by the fact that aprotinin patients are sicker. However, he says that the associations were still present despite covariate adjustment. There was dose-response validation, logistic regression adjustment, proportional hazard analysis and propensity score adjustment using average of covariate, as well as other features, the average of covariate adjusted survival. Despite all these adjustments, the adverse affects associated with aprotinin were still present.

Some of the mechanisms that Mangano states might be the cause of the renal dysfunction with aprotinin are the following: microglobulin production depletion, deposition of protein bands within the tubule cells, dose-dependent increases in creatinine, some evidence of dysfunction in platelet fibrin thrombotic occlusions of arterioles postmortem were all signals that been raised in earlier studies.

He states that randomized controlled trials are the gold standard for efficacy, but not safety. Safety needs to be examined with accumulated evidence as the drug is marketed to populations that are sicker, older, etc. He further makes the point that the randomized controlled trials are so small that they don't have the power to look at safety end points. He also makes the point that 18 out of 35 randomized controlled trials in this area did not even assess renal injury. He says these trials are underpowered also to look at other endpoints such as death, MI, dialysis, and stroke.

**Review of comments by Dr. Cyrus**

**Trasylol (aprotinin injection) review of clinical data with focus on specific safety events**

She makes the point that in December of 2006, the label for Trasylol was revised. One of the revisions included adding patients who were at increased risk for blood loss and blood transfusion.

She makes the point that clinical trials have shown clearly that for both primary and repeat bypass surgery, both the full and half dose significantly reduce the percent of patients receiving red blood cells and platelets. On the basis of these studies, the STS guidelines give a class one recommendation for full dose aprotinin limiting reexploration. She also notes that half dose aprotinin, aminocaproic acid, and tranexamic acid did not carry the same level of evidence. Thus, she says the following, "when looking at the totality of the evidence across randomized clinical trials, you can summarize that aprotinin is effective in reducing blood loss and transfusion in bypass surgery. Both the full and half dose are recommended with a class one recommendation in the 2007 STS guidelines for blood management and cardiac surgery. In addition to this, the STS guidelines for blood management also give a class one recommendation for limiting reexploration for bleeding. In addition, the 2005 STS guidelines for antiplatelet therapy also recommend full dose aprotinin as being effective in patients who were pretreated with aspirin or Clopidogrel."

She makes the point that when you look at the Bayer randomized controlled trials with the Brown meta-analysis for controlled trials or any of the observational studies based on clinical trial databases, you can see that there is no increase in in-hospital mortality associated with aprotinin.

She says that the only study that shows an increased mortality was the i3 drug safety study. She makes the point that the STS database is a clinical database and has many clinical variables included. In contrast, the i3 drug safety database is an administrative database, and therefore, has limited numbers of variables that are clinical in nature.

She makes the point that the odds ratios associated with known determinants of outcomes in bypass surgery are different in the STS database and the i3 drug safety database. She says that the odds ratios for known variables associated with outcomes are lower in the i3 drug safety database then in STS. Because the STS database is clinical in nature, it is much more reliable.

**Review of slides by Pamela Cyrus.**

**Vice president, U.S. medical affairs.**

**Bayer Pharmaceuticals Corporation.**

**Trasylol (aprotinin injection) review of clinical data with focus on specific safety events.**

The first part of this presentation reviews the potential advantages of aprotinin and shows that there are risks associated with transfusions. It makes the point that 10 to

20% of transfusions in North America are associated with bypass surgery. It shows that aprotinin is associated with a significant reduction in the need for transfusion.

There is a review of the studies looking at mortality and aprotinin. This slide shows that it was only with the appearance of the i3 drug safety study that a statistically significant association of aprotinin with mortality was found. This was on August 31st, 2007.

Conclusions from this review were that randomized controlled trials reported no increased risk of mortality associated with aprotinin. For observational studies, only the i3 primary analysis showed an association with in-hospital mortality. There is criticism of the i3 study because it was an administrative database with many substantial limitations. Thus, Bayer felt that the data did not support an increased risk for in-hospital mortality with aprotinin. More data were presented with respect to stroke and myocardial infarction.

It was the position of Bayer that randomized controlled trials and observational studies have demonstrated an increased risk of renal dysfunction associated with aprotinin. However, the randomized controlled trials performed by Bayer and the meta-analysis by Brown did not demonstrate an increased risk of renal failure. It was noted that there were inconsistencies with respect to renal dysfunction among the observational studies. Their conclusion was that aprotinin administration increases the risk for renal dysfunction and may increase the need for dialysis in the postoperative period.

**This is a review of the presentation by Dr. Malik.**

**Sponsor presentation: Bayer introduction.**

**Kemal Malik. Head of global development and a member of the board of management of Bayer healthcare pharmaceuticals.**

Mr. Malik makes the point that Bayer disagrees with the interpretation of the i3 study in spite of the fact that they sponsored it. He says that Bayer believes this was an unsuitable database that makes reliable conclusions problematic.

He further makes the point that according to the i3 database, one would believe that an old myocardial infarction, and hypertension are protective against mortality. This is contrary to what we would expect and casts doubt on the validity of the database.

Thus he says that all the randomized controlled trials are negative with respect to mortality findings. All the observational studies are negative with respect to mortality results with the exception of the i3 study, which is based on an administrative database.

He reports that the FDA's reanalysis of Dr. Mangano's data does not show a statistically significant association with MI or stroke. He says that Dr. Karkouti's data does not shown increased risk for myocardial infarction or stroke. He states that the i3 drug safety study determined that they could not determine myocardial infarction from the database and they concluded there was no safety signal for stroke.

With respect to renal dysfunction, he notes that an analysis of the Bayer randomized controlled trial global database included 2249 patients in the full dose aprotinin group and 2164 patients in the placebo group. The majority did not have creatinine available for baseline comparison. They found that 9% of full dose of aprotinin patients versus 6.6% of placebo patients had a serum creatinine elevation

greater than 0.5 mg/dL over baseline. This was statistically significant. It resulted in a revised label for aprotinin in December 2006. He says that looking at the median time to resolution of serum creatinine elevations, it was on average 9 days for aprotinin and 6 days for placebo. Further analysis showed that patients with pre-existing renal impairment or those who received aminoglycosides were at even further risk for serum creatinine elevations if they received aprotinin. This information was also incorporated into the revised label for aprotinin in December 2006.

He makes the point that when you look at the randomized controlled trials or the other publications, it is important to note that there is a very heterogeneous definition of renal dysfunction.

He notes that no matter which definition of renal dysfunction is used, the randomized controlled trials have shown a statistically significant increase in renal dysfunction associated with aprotinin and the observational studies are also consistent with this with the exception of one study. He says that although Dr. Mangano reported an association for the composite renal outcome, the FDA reanalysis did not show this.

He states that for the definition of renal failure, there is some variability in definitions but most include the requirement for new onset dialysis. The randomized controlled trials show no increased risk of renal failure requiring dialysis. He states that Mangano's study as well as the confirmation by the FDA showed a statistically significant association with renal failure requiring dialysis. However, he says that an article by Dr. Furnary published in Circulation determines that it is not the aprotinin but rather the increased need for transfusion and exposure to blood products which is the cause of higher levels of dialysis.

He states the following: "So, when looking at the totality of data for renal dysfunction and renal failure findings, the randomized controlled trials as well as the observational studies have demonstrated an increased risk of renal dysfunction associate with aprotinin. However, the randomized controlled trials as presented by Bayer as well as the meta-analysis by Brown have not demonstrated an increased risk of renal failure."

He further states "the results of the observational studies are variable with Dr. Mangano's study and with the FDA analysis showing increased risk of renal failure but not renal dysfunction, and the i3 study having the limitations that we have just discussed."

He further notes that the relabeling in December 2006 includes the following: "Trasylol administration increases the risk of renal dysfunction and may increase the need for dialysis in the perioperative period."

**Review of comments by Dr. Robert Makuch**

**Aprotinin studies: Weight of evidence.**

He states that the propensity score matching used by Karkouti was appropriate. He did not feel that the regression modeling approach to addressing issues of confounding used by Mangano was appropriate.

He further states that Mangano's long-term mortality data is limited by the same type of problems. There was significant confounding existing between treatment and geographic regions, with no patients receiving aprotinin in Asia or the Middle East.

He again makes the point that the i3 database was an administrative claims

147

database which was missing much clinical information. He says that a Bayer analysis shows that an important predictor, redo surgery was misclassified as primary surgery in over 50% of the patients seen in the same hospital. He makes the point that no regression model, however sophisticated, can rescue a database with these issues.

He makes a point that the i3 study investigators had to drop in all the outcomes except for mortality and renal failure. In addition, all outcomes were defined by surrogates except for death. Renal failure requiring dialysis was defined by charge codes for hemodialysis, peritoneal dialysis or hemofiltration. He takes issue with the regression models as well as the instrumental variable and propensity score methods that were used to analyze the data.

He makes the point that the i3 sensitivity analysis was done to explore how strong an unmeasured confounder would have to be to explain the findings. They concluded that there was no plausible candidate. However, he makes the point that their analysis was flawed by the inherent assumption that the analysis characterizes association of a single unmeasured confounder.

He makes the point that there are multiple baseline important risk factors, which were not available in the i3 database whose combined odds ratios far exceed the i3 single covariate value. This implies that a set of unmeasured covariates are more than sufficient to negate the i3 findings.

He also states that their association of aprotinin with renal failure in their initial analysis disappeared after properly excluding patients with pre-existing dialysis. The odds ratio for the association between aprotinin and renal failure was reduced from 1.39 to 1.04 and was no longer statistically significant.

He concludes the following: "For renal dysfunction, there is consistent evidence to support the hypothesis that aprotinin is associated with a statistically significant increase in renal dysfunction. This conclusion is consistent with that presented at the 2006 advisory committee." "For renal failure, the i3 study gives mixed results. Although there was an initially statistically significant association with renal failure, no association was found when patients with pre-surgical dialysis were excluded in a propensity-matched subgroup. The odds ratio was 1.04 and was not statistically significant."

**Review of slide presentation by Robert W. Makuch (presenting on behalf of Bayer)**

**Aprotinin studies: Weight of evidence.**

This is a review and recap of the studies by Mangano, Karkouti, and i3 with the re-analysis by the FDA. With respect to the i3 drug safety study, he notes that there were a number of important unmeasured covariates including multiple re-operations, shock at surgery, urgent versus elective surgery, insulin-dependent diabetes, intra-aortic balloon pump, New York Heart Association functional class, ejection fraction less than 50%, and body surface area. He further notes that redo surgery was misclassified as first-time surgery in greater than 50% of 61 duplicate patients readmitted for bypass surgery in the same hospital. He has significant criticisms regarding the i3 drug safety study analysis. He says that the primary analysis by multivariate logistic regression cannot be expected to give reliable results. He says that the instrumental variable analyses were improperly applied. He says that inadequate application of propensity score methodology was used. He further says that the i3 drug safety study analysis does not address the issue of confounding adequately. It does not deal with the treatment selection criteria which

148

varied across centers. It does not deal with center-specific clustering. He makes the point that the i3 sensitivity analysis was flawed by an inherent assumption that the analysis characterizes prevalence association of a single unmeasured confounder. This is an inadequate explanation since we have multiple baseline important risk factors whose combined odds ratio likely exceeds the single-factor value. Thus, although a single unmeasured confounder is very unlikely to be responsible for the association noted in the i3 drug safety study, multiple unmeasured confounders together could explain these findings. He presents a series of figures suggesting that greater evidence should be attributed to the randomized controlled trials which showed no association of aprotinin with perioperative mortality. However, these trials do show an association of aprotinin being associated with renal dysfunction but not with renal failure.

Although Dr. Makuch makes some valid points, I think that it is incorrect to try to invalidate the i3 study results.  Every study has limitations.  Although randomized controlled trials are the best methodological approach in many situations, they cannot be used in all situations and they are often limited by inadequate sample size.  For outcomes that are dichotomous in nature, even moderately large clinical trials are not adequately powered to look at these outcomes.  Thus, large observational cohort studies are particularly crucial in these situations.  The i3 study was a well-conducted cohort study that had a much greater power that the clinical trials that had been conducted in this area.  Virtually all cohort studies that have large enough sample sizes are based on administrative data.  These data usually do not include all possible confounders that would be available in a clinical database.  However, this is not a valid reason for discounting the study.  Instead, the strength of the missing covariates needs to be assessed from a clinical viewpoint.  In my view, although some covariates were not available for examination by the i3 study investigators, the results of the study are still valid and are particularly complementary to the data provided by clinical trials because of the large sample size employed by the study.  In addition, I find it surprising that Bayer sponsored and commissioned the study and then completely dismisses it.  Bayer was involved in the study design.  If they were not happy with the design and thought that the ensuing results would be flawed, they had ample opportunity deal with this prior to the analyses.  It seems somewhat disingenuous of them to dismiss the study after they initiated it.

**Review of comments by Dr. Peter Smith.**

**Trasylol (aprotinin injection): Risks and Benefits from the Surgeon's Perspective.**

He makes the point that patients undergoing bypass surgery are getting sicker and sicker. The number of comorbidities among patients undergoing bypass surgery is increasing, and the patients are getting older. In addition, they are being treated with multiple agents which promote bleeding, including clopidogrel. He makes the point that full dose aprotinin significantly reduces the likelihood of reoperation. Reoperation is associated with a significantly elevated mortality risk.

He criticizes the Mangano study. He says half of the no treatment group patients came from Europe. 70% of aprotinin patients came from Europe and none of the aminocaproic acid patients came from Europe. 96% of the Amicar patients came from United States and 25% of the tranexamic acid patients likely came from Canada. Thus, he makes the point that for a single surgeon or center, it is virtually impossible that they

could equally contribute to all four arms of the study, and this puts a major confounder into the study.

With respect to renal dysfunction, he agrees that this has been shown in multiple studies. However, he points out that this does not take into account anything that happens to the patients after they are discharged from hospital. He quotes a study that shows that by 35 days, on average, serum creatinine is exactly the same in the two groups. Thus, he says that renal dysfunction is a transient problem. He also notes that that urine output as measured in the first 48 hours in the patients is exactly the same in both groups, so that this is a non-oliguric type of renal dysfunction pattern.

With respect to renal failure, he finds that the only study that suggests that there is an association is Dr. Mangano's study. However, in the Mangano study, he did not find any association with renal dysfunction, so he questions how this can be.

He makes the final concluding comments: "In conclusion, aprotinin has a favorable risk-benefit profile when used in accordance with the label. It reduces blood loss, transfusion, re-exploration, and it may reduce stroke. It is effective in patients with complex and evolving antiplatelet therapies that we have to deal with every day. It is associated with renal dysfunction, but not renal failure, and that appears to be temporary and resolves in a few weeks. It is an essential therapeutic option for CABG surgery patients at increased risk for bleeding and transfusion."

**Review of slide presentation by Peter K. Smith.**

**Trasylol (aprotinin injection). Risks and benefits from a surgeon's perspective.**

He makes the point that aprotinin is effective at reducing transfusion risk. He shows that there is a temporal association with increasing complexity and increasing co-morbidities of patients undergoing bypass surgery. He also shows that the guidelines recommend multiple anti-thrombotic agents prior to surgery which increases the bleeding risk. He makes the point that aprotinin is effective in patients taking aspirin as well as Clopidogrel. He also makes a point that a full dose of aprotinin significantly reduces the incidence of urgent return to the operating room for bleeding. This is associated with morbidity and mortality. The other anti-fibrinolytics do not have this proven effect.

His conclusion, from a surgeon's perspective, is the following. Aprotinin has a favorable risk/benefit profile when used in accordance with the product label. It reduces blood loss, transfusion, and re-exploration. It is effective in patients with complex and evolving anti-platelet therapies. It is associated with renal dysfunction but not with renal failure. And he supports its use as a therapeutic option for bypass surgery patients who are at increased risk for bleeding and transfusion.

**Review of comments by Dr. Ouellet-Hellstrom**

**FDA Presentation Aprotinin: Observational Studies.**

She reviews the differences between observational studies and randomized controlled trials. She says that the 3 observational studies under consideration had different percentages of complex surgeries ranging from a high of 72% in the Karkouti study to a low of 31% in the Mangano study.

She also notes that each of the studies was different in size, and that there were very different uses of the three different agents in different countries. There were

differences in exposure and outcome definitions. She makes the point that the Mangano and Karkouti databases were clinical in nature, whereas the i3 study was administrative. Thus, it would be expected to differ from the other two studies.

She makes the point that in the i3 study, they defined renal failure as the codes for hemo- and peritoneal dialysis or hemofiltration. She knows that these are not specific for renal events, and likely included patients treated for excess fluid as well. In addition, the i3 database had patients who were transferred to other hospitals soon after surgery and follow-up was stopped at that time.

She mentions several possible biases that could be present in observational studies. One in particular is that patients who stay longer in-hospital are likely to be sicker and thus, there is more time available to observe the outcome. This could lead to differential in ascertainment between the patients receiving different drugs.

She states that despite the limitations, all studies suggest that there is an association between aprotinin and renal dysfunction. She also states that because of the inability to characterize the exact renal compromise, this may actually represent an under-ascertainment of renal safety concerns.

**Review of slide presentation by Rita Ouellet-Hellstrom.**

**Aprotinin observational studies.**

**Advisory committee meeting - September 12th, 2007.**

This slide presentation reviews the differences between observational studies and randomized controlled trials in terms of ability to examine safety and efficacy. There's also a Slide No. 7 which shows the temporal trends in the use of aminocaproic acid, aprotinin, and tranexamic acid over the years 2000 to 2006. There's a steady increase in the use of aprotinin until the first quarter of 2006 when it drops off quickly and aminocaproic acid use which had been dropping again increases. Almost no use of tranexamic acid has been reported over that time period.

This presentation reviews the differences between the Mangano, Karkouti, and i3 studies. There are significant differences with outcome definitions between the studies. For example, for renal outcomes, Mangano defined dysfunction as the following: "Postoperative serum creatinine 177 plus micromoles per liter and an increase of 62 micromoles per liter from baseline." In contrast, Karkouti defined dysfunction as the following: "A greater than 50% increase in creatinine during the first preoperative week to greater than 100 micromoles per liter in women and greater than 110 micromoles per liter in men or a new requirement for a dialysis support." Both studies as well as the i3 study identified acute renal failure as the new requirement for dialysis. In addition, Mangano accepted an in-hospital death with autopsy evidence of acute renal failure as a measure of acute renal failure as well.

There's a composite slide on Slide No. 24 for renal outcomes. It shows for all three studies, the Mangano, the Karkouti, and the i3 study, the measures of renal function were statistically significantly associated with aprotinin. The only subgroups that did not reach statistical significance were certain small subgroups within the Karkouti study including patients with normal pre-op function and developing renal failure with a P value of 0.3 and patients with an abnormal preoperative value progressing to renal

151

failure with a P value of 0.1. All other subgroups either had a statistically significant association or a statistical trend with a P value of less than 0.10.

**This is a review of the transcripts from Dr. Mark Levenson.**

**Statistical review of the observational studies of aprotinin safety Part II: The i3 safety study.**

Dr. Levenson makes the point that propensity scores are used to adjust for differences in baseline risk factors between two treatment groups in observational studies. Definition of the propensity score is the probability of an assignment for a patient to Treatment A versus Treatment B based on measured risk factors. The theory behind propensity scores is the following. Suppose the Treatment A patient and Treatment B patient have the same propensity score. This means they had the same probability of receiving Treatment A. One may assume it was just random that one patient received Treatment A and one received Treatment B. Thus, a comparison in outcomes between these two patients is fair or unbiased. He further makes the point that propensity score methods cannot control for unmeasured confounders. This is in contrast with a randomized controlled trial in which unmeasured confounders can be expected to be balanced between the treatment groups.

He notes that several different methods can use propensity scores to estimate treatment effects. The first is matching. For example, for each aprotinin patient, you identify a control patient with a similar propensity score. Event effects are estimated by comparing outcomes within matched pairs. He notes that this method was used by Karkouti.   Stratification is another method that can be used with propensity scores. In stratification, patients are divided into strata so that within a stratum patients have similar propensity scores. Treatment effects are estimated by comparing outcomes within each stratum.  The final method is multivariate regression. In this method, the propensity score is used as a covariate in the regression estimate of the treatment effect. This method was used by Mangano and the i3 investigators.

Dr. Levenson notes that in the Mangano study, the regression method was used. He notes that this method may not be the most robust method. He also notes that there were no adjustments by Mangano for geographical differences among the treatment groups. He notes, for example, that 57% of the no-agent patients and 69% of the aprotinin patients were in the European region. None of the aminocaproic acid patients were in the European region. Thus, comparisons between the aminocaproic acid and the no-agent groups that do not adjust for geographical differences would confound differences in patient population and standards of care with treatment effects.

He also notes that 10% of the no-agent patients had no post-hospital follow-up compared to 1% of the aprotinin patients. Thus, the patients in the aprotinin group were sicker than patients in the no-aprotinin group. In addition to a CABG, patients underwent some other type of cardiac surgery in 19% of the aprotinin patients versus 11% of the no-agent patients. He notes that the FDA method of propensity score adjustment yielded more similar comparisons compared to the method used by Mangano.

He further notes that for the renal composite and the renal failure outcome, aprotinin had a statistically significant effect as seen by the fact that the 95% confidence intervals did not contain the value of 1.0. However, there were no statistically significant effects for other outcomes. He does note that the risk ratio estimates were greater than 1

for the cardiovascular and stroke outcomes even though the 95% confidence intervals included 1. He later notes that in a subgroup only involving North Americans, for all three renal outcomes, the renal composite, the renal failure, and the renal dysfunction outcomes, aprotinin had a statistically significant effect as compared to aminocaproic acid in North America. Similar to the overall results, none of the other outcomes was statistically significant. He notes that long-term mortality was statistically significantly related to aprotinin when compared to the aminocaproic acid group.

In summary, Dr. Levenson found with the FDA analysis of the Mangano data that renal outcome effects, particularly renal failure, was seen in a range of patients and in the North American region subgroup. Effects for cardiovascular, cerebrovascular, and in-hospital death outcomes were not statistically significant. However, long-term mortality effects were seen in a range of patients and in the North American region subgroup.

He then goes on to examine the results of the Karkouti study. He notes that in this study, which was a single-center study, aprotinin was used for high-risk patients and tranexamic acid was used for other patients. The propensity scores with one-to-one matching were used to estimate treatment effects.

The FDA re-analyzed the data using a propensity score adjustment, which resulted in well-balanced comparison groups. He notes that the renal dysfunction outcome was not available for the matched patients and could not be analyzed by the FDA methods. The study investigators found that renal dysfunction outcome was statistically significant based on their matched-pair analysis. There were no statistically significant effects for other outcomes using either analytic method.

The FDA also analyzed the data using strata. They found that in four of the five strata, the aprotinin patients had a higher rate of renal failure outcome.

He summarizes that the renal dysfunction effect was statistically significant. There was some evidence for the renal failure effect. Effects for myocardial infarction, stroke, and in-hospital death outcomes were not statistically significant.

He summarizes the finding of the FDA statistical review of both the Mangano and Karkouti studies. They found that the evidence for a renal effect of aprotinin, including renal failure, was consistent. Effects for cardiovascular, cerebrovascular, and in-hospital death outcomes were not statistically demonstrated. There was evidence for a long-term mortality effect.

**Review of the slides by Dr. Mark Levenson.**

The slides reiterate what Dr. Levenson stated in the transcript. There is a slide showing the FDA analysis of in-hospital outcomes with adjusted estimates of aprotinin versus no agent. There was an association between aprotinin and the renal composite which was statistically significant with an odds ratio of 1.63. This was also true for renal failure with a risk ratio of 2.05 and renal dysfunction was not statistically significant with a risk ratio of 1.26. For the North American subgroup of aprotinin versus aminocaproic acid, the risk ratios were much higher for all the renal components although the 95 % confidence intervals were wider as well. The relationship between aprotinin and renal failure was consistent and statistically significant whether it was the renal composite, renal failure, or renal dysfunction that was examined.

Dr. Levenson concluded that renal outcomes and, in particular, renal failure showed a statistically significant association in a range of patients in this study, in the Mangano study, as well as in the North American region subgroup. This is also shown for mortality effects.

Dr. Levenson also showed the FDA re-analysis of the Karkouti study. The summary suggested that the renal dysfunction effect was statistically significant between aprotinin and this outcome. However, effects for myocardial infarction, stroke, and in-house death outcomes were not statistically demonstrated. There was some evidence for a renal failure effect but this was not statistically significant. The effect was mostly for renal dysfunction.

**Review of the transcript of Chris Holland.**

**Statistical review of the observational studies of aprotinin safety Part II: The i3 safety study**

Mr. Holland makes several points. He notes that multiple covariates were not addressed or not available in this data. Because this was an administrative database, many clinical covariates were not available. He notes that a chart review would allow for such an evaluation. In addition, he notes that not all outcomes were explicitly defined or collected. For example, he knows that patients were considered to have renal failure if they underwent dialysis. However, we know that not all actual cases of renal failure will result in dialysis and that not all dialyses are used to treat renal failure. Outcomes such as heart failure and renal failure could not be evaluated on the day of surgery because of the inability to determine from an administrative claims database whether or not events that occurred on the day of surgery occurred before or after surgery.

Similar to the method used by the FDA in the re-analysis of the Mangano and Karkouti data, the FDA used propensity score methods to re-analyze the i3 study. In addition, sensitivity analyses included an analysis of outcome rates per patient weeks. This was used to adjust for the longer follow-up time among aprotinin patients who had a longer hospital stay compared to patients in the comparison groups.

The FDA re-analysis of the i3 study data shows similar results. There was a statistically significant association between aprotinin and the risk of renal failure as well as with death.

The FDA also did sensitivity analyses. Even with the sensitivity analyses, they still found an association of aprotinin with death with a point estimate of 1.55 indicating that aprotinin patients have a 55% greater risk of death. For renal failure the risk was 1.5. These are both statistically significant, although for stroke, the 95% confidence interval is just above 1.

The summary by Mr. Holland is the following. Compared to other I.V. anti-fibrinolytics and no treatment, aprotinin is associated with increased risk of death, renal failure, heart failure and stroke, but there are some study limitations that merit consideration. There is the issue of unavailable confounders for which no adjustments have been made. The accuracy of the derivations for both the covariates and the outcomes has not been evaluated and there has been to date no proper medical chart review.

**Slide presentation by P. Chris Holland.**

**Statistical review of the observational studies of aprotinin safety Part II: The i3 drug safety study.**

**September 12, 2007.**

These are the slides that were presented during Mr. Holland's presentation. He notes the following study limitations: Accuracy of derivations for outcomes in covariates has not been evaluated. For example, no medical chart review had been done. There were many unavailable covariates, including creatinine levels, hemoglobin levels, platelet counts, use of aspirin, use of heparin, use of anti-thrombotics, etc. Not all outcomes were specifically defined or collected. For example, dialysis was used as a surrogate for renal failure. Heart failure and renal failure were not available on the day of bypass surgery because from a claims database you cannot determine whether they occur before or after the bypass surgery. Finally, only in-hospital deaths were available for analysis.

The slides show additional details of the methods employed by the FDA to re-analyze the data from the i3 study.

A forest plot is presented for risk ratios of all outcomes. This includes all patients receiving anti-fibrinolytics, including aprotinin, N equals 29,358, and for controls, N equals 37,077. There were statistically significant associations of aprotinin with death, stroke, renal failure, and heart failure. Although there were some differences between the FDA re-analysis and the analysis performed by the i3 investigators, the conclusions were the same. In fact, the FDA found slightly higher point estimates for risk ratios for heart failure, renal failure, and stroke and slightly lower for death.

A second forest plot is presented for risk ratios of all outcomes comparing patients who received aprotinin to patients who received no treatment. There were still statistical significant associations of aprotinin with death, renal failure, and heart failure. The association with stroke had a point estimate of 1.12 with a 95 % confidence interval of 1.0 to 1.25 indicating a P value equal to 0.05.

The summary slide indicates that compared to other intravenous anti-fibrinolytics and no treatment, aprotinin is associated with increased risk of death, renal failure, heart failure, and stroke. The limitations were again listed: unavailable confounders for which adjustments could not have been made, accuracy of the derivations for covariates and outcomes had not been evaluated, and there was no medical chart review.

**Review of slide presentation by Anthony P. Furnary.**

**Does aprotinin increase the risk of renal failure in cardiac surgery patients?**

**This presentation was presented at the American Heart Association annual scientific sessions in 2006. It was published in Circulation September 11th, 2000; Volume I, 16: Pages I-127 to I-133.**

This is a merged cardiac registry involving 23,000 patients at 12 centers. The final database included over 11,000 patients at 10 centers. 25% received aprotinin and 75% did not. Unadjusted rates of renal failure were 1.3% for no aprotinin and 2.6% with aprotinin with a significant P value. There were significant differences between the two groups for all of the demographics examined with the exception of a small number such as preoperative balloon pump, diabetes, and emergent surgery. Based on the differences in

demographics, the expected rate of acute renal failure was 1.2% for no aprotinin and 2.1% for aprotinin. Observed values were 1.3% and 2.6%. Thus, the use of aprotinin was associated with a relative risk of 1.22 with a P value of 0.042 suggesting that there was an association between aprotinin use and acute renal failure independent of baseline clinical characteristics. However, the above analyses did not take into account whether a patient was transfused or not and the number of transfusions. The authors showed that there is an association between numbers of transfusions and the risk of renal failure. When this covariate was included in the regression analysis, aprotinin was not independently associated with the risk of postoperative renal failure following surgery. The authors make the point that increased transfusion use is independently related to an increased risk of postoperative acute renal failure and that aprotinin lowers the predicted transfusion requirements. Thus, Furnary suggests that there is no association between the use of aprotinin and subsequent renal failure.   I find this conclusion difficult to endorse. Although multiple transfusions can increase the risk of renal dysfunction, no other studies have found that the inclusion of this covariate completely negates the association between aprotinin use and renal dysfunction.   In my opinion, this result needs to be replicated in other studies before the conclusion can be accepted.

**Review of slides by George Shashaty.**

**Combined CRD and DS ARM advisory committee meeting.**

**September 12, 2007.**

He makes the point that at a meeting of the Cardiovascular and Renal Advisory Committee on September 21st, 2006, the continued use of aprotinin was approved. However, the committee found that aprotinin was associated with an increased risk of renal dysfunction. They recommended a label revision to warn for renal dysfunction. Subsequent to this meeting, Bayer informed the FDA about the i3 study. Results of the i3 study showed that with or without a propensity score adjustment, the administration of aprotinin as compared to aminocaproic acid or tranexamic acid during bypass surgery with cardiopulmonary bypass was associated with significantly greater relative risk for renal failure, death, acute heart failure and stroke but not for myocardial infarction. There was also a review of the ongoing BART trial at the time.

The above report (Aprotinin: A Review of Clinical Trials, Meta-Analyses, Cohort Studies, and Additional Studies and Documents) represents my work as of August 14, 2009. I reserve the right to revise this report if further information or documents become available.

Signature

Date 8/18/09

Mark J. Eisenberg, MD MPH
Professor of Medicine
McGill University

# Index

## Randomized Controlled Trials

1.      Fergusson DA, Hébert PC, Mazer CD, et al; BART Investigators. A comparison of aprotinin and lysine analogues in high-risk cardiac surgery. NEJM 2008; 358(22): 2319-31.

2.      Apostolakis E, Panagopoulos N, Koletsis EN, et al. Influence of ultra-low dose aprotinin on thoracic surgical operations: a prospective randomized trial. J Cardiothoracic Surg 2008; 3:14.

3.      Colwell CW Jr, Chelly JE, Murkin JM, et al. Randomized study of aprotinin effect on transfusions and blood loss in primary THA. Clin Orthop Relat Res. 2007; 465:189-95.

4.      Poston RS, White C, Gu J, et al. Aprotinin shows both hemostatic and antithrombotic effects during off-pump coronary artery bypass grafting. Ann Thorac Surg 2006; 81:104 –10.

5.      van der Linden J, Lindvall G, Sartipy U. Aprotinin decreases postoperative bleeding and number of transfusions in patients on clopidogrel undergoing coronary artery bypass graft surgery: a double-blind, placebo-controlled, randomized clinical trial. Circulation. 2005; 112:I-276-80.

6.      Day JRS, Punjabi PP, Randi AM, et al. Clinical inhibition of the seven-transmembrane thrombin receptor (par1) by intravenous aprotinin during cardiothoracic surgery. Circulation. 2004; 110:2597-2600.

7.      Greilich PE, Okada K, Latham P, et al. Aprotinin but not (epsilon)-aminocaproic acid decreases interleukin-10 after cardiac surgery with extracorporeal circulation randomized, double-blind, placebo-controlled study in patients receiving aprotinin and epsilon-aminocaproic acid. Circulation. 2001; 104:I-265-9.

8.      Casati V, Guzzon D, Oppizzi M, et al. Tranexamic acid compared with high-dose aprotinin in primary elective heart operations: effects on perioperative bleeding and allogeneic transfusions. J Thorac Cardiovasc Surg. 2000; 120:520-7.

9.      Casati V, Guzzon D, Oppizzi M, et al. Hemostatic effects of aprotinin, tranexamic acid and epsilon-aminocaproic acid in primary cardiac surgery. Ann Thorac Surg. 1999; 68(6):2252-6.

10.     Mongan PD, Brown RS, Thwaites BK. Tranexamic acid and aprotinin reduce postoperative bleeding and transfusions during primary coronary revascularization. Anesth Analg. 1998; 87:258-65.

11.     Alderman EL, Levy JH, Rich JB, et al. on behalf of the IMAGE Investigators.

Analyses of coronary graft patency after aprotinin use: results from the international multicenter aprotinin graft patency experience (IMAGE) trial. J Thorac Cardiovasc Surg 1998; 116:716-30.

12.   Lemmer JH Jr, Dining EW, Morton JR,et al. Aprotinin for primary coronary artery bypass grafting: a multicenter trial of three dose regimens. Ann Thorac Surg 1996; 62:1659-68.

13.   D'Ambra MN, Akins CW , Blackstone EH et al. Aprotinin in primary valve replacement and reconstruction: a multicenter, double-blind, placebo-controlled trial. J Thorac Cardiovasc Surg 1996; 112:1081-9.

14.   Feindt PR, Walcher S, Volkmer I, et al. Effects of high-dose aprotinin on renal function in aortocoronary bypass grafting. Ann Thorac Surg 1995; 60:1076-80.

15.   Levy JH, Pifarre R, Schaff HV, et al. A multicenter, double-blind, placebo-controlled trial of aprotinin for reducing blood loss and the requirement for donor-blood transfusion in patients undergoing repeat coronary artery bypass grafting. Circulation. 1995; 92:2236-44.

**Meta-Analyses**

16.   Brown JR, Birkmeyer NJ, O'Connor GT. Meta-analysis comparing the effectiveness and adverse outcomes of antifibrinolytic agents in cardiac surgery. Circulation. 2007; 115:2801-2813.

17.   Carless PA, Moxey AJ, Stokes BJ, Henry DA. Are antifibrinolytic drugs equivalent in reducing blood loss and transfusion in cardiac surgery? A meta-analysis of randomized head-to-head trials. BMC Cardiovascular Disorders. 2005; 5:19.

18.   Fergusson D, Glass KC, Hutton B, Shapiro S. Randomized controlled trials of aprotinin in cardiac surgery: could clinical equipoise have stopped the bleeding? Clinical Trials. 2005; 2:218-232.

19.   Sedrakyan A, Treasure T, Elefteriades JA. Effect of aprotinin on clinical outcomes in coronary artery bypass graft surgery: a systematic review and meta-analysis of randomized clinical trials. J Thorac Cardiovasc Surg. 2004; 128:442-8.

20.   Levi M, Cromheecke ME, de Jonge E, et al. Pharmacological strategies to decrease excessive blood loss in cardiac surgery: a meta-analysis of clinically relevant endpoints. Lancet. 1999; 354:1940-47.

21.   Munoz JJ, Birkmeyer NJ, Birkmeyer JD, et al. Is (epsilon)-aminocaproic acid as effective as aprotinin in reducing bleeding with cardiac surgery?   A meta-analysis. Circulation 1999; 99:81-89.

22.   Henry D, Carless P, Fergusson D, Laupacis A. The safety of aprotinin and lysine

derived anti-fibrinolytic drugs in cardiac surgery: a meta-analysis. CMAJ 2009; 180:183-193.

NOTE:  The article above is an updated version of the one below.

Henry DA, Carless PA, Moxey AJ, et al. Anti-fibrinolytic use for minimising perioperative allogeneic blood transfusion. Cochrane Database Syst Rev. 2007 Oct 17; (4):CD001886.

**Cohort Studies**

23.    Mangano DT, Miao Y, Vuylsteke A, et al. Investigators of The Multicenter Study of Perioperative Ischemia Research Group; Ischemia Research and Education Foundation. Mortality associated with aprotinin during 5 years following coronary artery bypass graft surgery. JAMA. 2007; 297:471-9.

24.    Mangano DT, Tudor IC, Dietzel C; Multicenter Study of Perioperative Ischemia Research Group; Ischemia Research and Education Foundation. The risk associated with aprotinin in cardiac surgery. NEJM 2006; 354: 353-65.

Letters to the editor of the New England Journal of Medicine following the Mangano article in 2006:

N Engl J Med. 2006 May 4;354(18):1953-7; author reply 1953-7.
Comment on:
N Engl J Med 2002 Oct 24;347(17):1309-17.
N Engl J Med. 2006 Jan 26;354(4):353-65.

Ferraris VA, Bridges CR, Anderson RP
Brown JR, Birkmeyer NJ, O'Connor GT
Levy JH, Ramsay JG, Guyton RA.
D'Ambra MN.
Mangano Reply

Editorials in the New England Journal of Medicine:

25.    Avorn J. Dangerous deception--hiding the evidence of adverse drug effects. NEJM. 2006; 355:2169-71.

26.    Hiatt WR. Observational studies of drug safety--aprotinin and the absence of transparency. NEJM. 2006; 355:2171-3.

27.    Schneeweiss S, Seeger JD, Landon J, Walker AM. Aprotinin during coronary-artery bypass grafting and risk of death. NEJM 2008;  358:771-83.

28.     Karkouti K, Beattie WS, Dattilo KM, et al. A propensity score case-control comparison of aprotinin and tranexamic acid in high-transfusion-risk cardiac surgery. Transfusion. 2006; 46:327-38.

29.     Mouton R, Finch D, Davies I, et al. Effect of aprotinin on renal dysfunction in patients undergoing on-pump and off-pump cardiac surgery: a retrospective observational study. Lancet. 2008; 371:475-82.

30.     Shaw AD, Stafford-Smith M, White WD, et al. The effect of aprotinin on outcome after coronary-artery bypass grafting. NEJM. 2008; 358:784-93.

31.     Lindvall G, Sartipy U, Ivert T, van der Linden J. Aprotinin is not associated with postoperative renal impairment after primary coronary surgery. Ann Thorac Surg 2008; 86:13-9.

32.     Dietrich W, Busley R, Boulesteix AL. Effects of aprotinin dosage on renal function an analysis of 8,548 cardiac surgical patients treated with different dosages of aprotinin. Anesthesiology. 2008; 108:189-98.

33.     Szekely A, Sapi E, Breuer T, et al. Aprotinin and renal dysfunction after pediatric cardiac surgery. Pediatric Anesthesia 2008; 18:151–159.

34.     Pagano D, Howell NJ, Freemantle N, et al. Bleeding in cardiac surgery: the use of aprotinin does not affect survival. J Thorac Cardiovasc Surg 2008; 135:495-502.

35.     Furnary AP, Wu Y, Hiratzka LF, et al. Aprotinin does not increase the risk of renal failure in cardiac surgery patients. Circulation. 2007; 116:I-127-33.

36.     Maslow AD, Chaudrey A, Bert A, et al. Perioperative renal outcome in cardiac surgical patients with preoperative renal dysfunction: aprotinin versus epsilon aminocaproic acid. J Cardiothorac Vasc Anesth. 2008; 22:6-15.

37.     Kluth M, Lueth JU, Zittermann A, et al. Safety of low-dose aprotinin in coronary artery bypass graft surgery: a single-center investigation in 2436 patients in Germany. Drug Safety. 2008; 31:617-626.

38.     Coleman CI, Rigali VT, Hammond J. et al. Evaluating the safety implications of aprotinin use: the retrospective evaluation of aprotinin in cardio thoracic surgery (REACTS). J Thorac Cardiovasc Surg. 2007; 133:1542-52.

39.     Backer CL, Kelle AM, Stewart RD, et al. Aprotinin is safe in pediatric patients undergoing cardiac surgery. J Thorac Cardiovasc Surg. 2007; 134:1421-8.

40.     Sedrakyan A, Wu A, Sedrakyan G, et al. Aprotinin use in thoracic aortic surgery: safety and outcomes. J Thorac Cardiovasc Surg. 2006; 132:909-17.

41.     Mora Mangano CT, Neville MJ, Hsu PH, et al. Aprotinin, blood loss, and renal

dysfunction in deep hypothermic circulatory arrest. Circulation. 2001; 104:I-276-81.

**Additional Studies**

42.     Wagener G, Gubitosa G, Wang S, et al. Increased incidence of acute kidney injury with aprotinin use during cardiac surgery detected with urinary NGAL. Am J Nephrol. 2008; 28:576-82.

43.  Faulí A, Gomar C, Campistol JM, et al.  Kidney-specific proteins in patients receiving aprotinin at high- and low-dose regimens during coronary artery bypass graft with cardiopulmonary bypass. Eur J Anaesth 2005; 22:666–671.

44.   O'Connor CJ, Brown DV, Avramov M, et al. The impact of renal dysfunction on aprotinin pharmacokinetics during cardiopulmonary bypass. Anesth Analg. 1999; 89:1101–7.

45.     Sundt TM 3rd, Kouchoukos NT, Saffitz JE, et al. Renal dysfunction and intravascular coagulation with aprotinin and hypothermic circulatory arrest. Ann Thorac Surg. 1993; 55:1418-24.

46.         Cosgrove DM 3rd, Heric B, Lytle BW, et al. Aprotinin therapy for reoperative myocardial revascularization: a placebo-controlled study. Ann Thorac Surg. 1992; 54:1031-6.

47.     Bennett-Guerrero E, Sorohan JG,  Gurevich ML, et al. Cost-benefit and efficacy of aprotinin compared with epsilon-aminocaproic acid in patients having repeated cardiac operations: a randomized, blinded clinical trial. Anesthesiology 1997; 87:1373-80.

**Review Articles**

48.     McEvoy MD, Reeves ST, Reves JG, Spinale FG. Aprotinin in cardiac surgery: a review of conventional and novel mechanisms of action. Anesth Analg. 2007; 105:949-62.

49.     Mahdy AM, Webster NR. Perioperative systemic haemostatic agents. Br J Anaesth. 2004; 93:842-58.

**Additional Documents**

Final report: Risks of renal failure, and death following use of aprotinin or aminocaproic acid during CABG surgery - Part A. - report on computerized inpatient data from the premier perspective comparative database - August 7, 2007.

Authors: Sebastian Schneeweiss, Jon Seeger, Alexander M. Walker.   Analyst: Joan Landon

Aprotinin Safety Summary Document

Review of aprotinin safety summary document Section 2.7.
Section 1.7.5, aprotinin and renal function, page 59.
Section 1.8, aprotinin overall safety profile, page 76.

**Transcripts and Slide Presentations**
Review of transcripts from the Cardiovascular and Renal Drugs Advisory Committee in joint session with the Drug Safety and Risk Management Advisory Committee. Wednesday, September 12, 2007.

Review of Dr. Schneeweiss' report to the FDA.
Safety of aprotinin versus aminocaproic acid during CABG surgery

Review of the transcript by Dr. Karkouti.
A propensity score comparison of aprotinin versus tranexamic acid: Updated analysis of a large, single-center cardiac surgery database.

Review of slides by Keyvan Karkouti.
A propensity score comparison of aprotinin versus tranexamic acid.
Updated analysis of a large, single-center cardiac surgery database.

Review of comments by Dr. Dennis Mangano.
Safety of Aprotinin versus Epsilon Aminocaproic acid versus Tranexamic acid

Review of comments by Dr. Cyrus
Trasylol (aprotinin injection) review of clinical data with focus on specific safety events

Review of slides by Pamela Cyrus.
Vice president, U.S. medical affairs.
Bayer Pharmaceuticals Corporation.
Trasylol (aprotinin injection) review of clinical data with focus on specific safety events.

Review of the presentation by Dr. Malik.
Sponsor presentation: Bayer introduction.
Kemal Malik. Head of global development and a member of the board of management of Bayer healthcare pharmaceuticals.

Review of comments by Dr. Robert Makuch
Aprotinin studies: Weight of evidence.
Review of slide presentation by Robert W. Makuch (presenting on behalf of Bayer)
Aprotinin studies: Weight of evidence.

Review of comments by Dr. Peter Smith.
Trasylol (aprotinin injection): Risks and Benefits from the Surgeon's Perspective.

Review of slide presentation by Peter K. Smith.
Trasylol (aprotinin injection). Risks and benefits from a surgeon's perspective.

Review of comments by Dr. Ouellet-Hellstrom
FDA Presentation Aprotinin: Observational Studies.

Review of slide presentation by Rita Ouellet-Hellstrom.
Aprotinin observational studies.

Advisory committee meeting - September 12th, 2007.

Review of the transcripts from Dr. Mark Levenson.
Statistical review of the observational studies of aprotinin safety Part II: The i3 safety study.

Review of the slides by Dr. Mark Levenson.

Review of the transcript of Chris Holland.
Statistical review of the observational studies of aprotinin safety Part II: The i3 safety study

Slide presentation by P. Chris Holland.
Statistical review of the observational studies of aprotinin safety Part II: The i3 drug safety study.

September 12, 2007.

Review of slide presentation by Anthony P. Furnary.
Does aprotinin increase the risk of renal failure in cardiac surgery patients?
This presentation was presented at the American Heart Association annual scientific sessions in 2006. It was published in Circulation September 11th, 2000; Volume I, 16: Pages I-127 to I-133.

Review of slides by George Shashaty.
Combined CRD and DS ARM advisory committee meeting.
September 12, 2007.

**Additional Documents**

JRR 20  THE ROYSTON E MAIL IN 2004 re Mangano   BAY01983487
i3 Drug Safety Report Part B
Mangano's 2-1-06 letter to Bayer BHCAG00866884
Walker response to critique by Bayer 4-3-07
2007 transcript -4315t1-part5
Addendum to i3 Final Report Part A
i3 Drug Safety Report Part A
Bayer Response to Interrogatory 15
Bayer Response to Interrogatory 14
Bayer Response to Interrogatory 13
Interim Integrated Summary of Safety - BAY04453000 - BAY04453164
Interim Integrated Summary of Safety - BAY01233825 - BAY01234022
Interim Integrated Summary of Safety - BAY01839536 - BAY01839751
2007 transcript 4316t1-part4
2007-4316oph1-02-Providence-Furnary
2007-4316s1-01-FDA-Shashaty
2007-4316s1-04-TGRI-Karkouti
2007-4316s1-06-Bayer-Malik
2007-4316s1-07-Harvard-Schneeweiss
2007-4316s1-08-Bayer-Cyrus
2007-4316s1-09-Yale-Makuch
2007-4316s1-10-Duke-Smith
2007-4316s1-11-FDA-Hellstrom
2007-4316s1-11-FDA-Hellstrom[1]
2007-4316s1-12-FDA-Levenson
2007-4316s1-13-FDA-Holland
2007 Transcript -4316t1-part1
2007 Transcript -4316t1-part2
2007 Transcript -4316t1-part3
BAY00733441 - Safety summary of aprotinin
i3Final Report 2007
walker 1063_20090428135153
jrr_20090428130904
BAY06569811

**Other**

1.    Center for Drug Evaluation and Research, "Approval Package for... Aprotinin."
1998. <http://www.fda.gov/cder/foi/nda/98/020304s004_appltr_prntlbl.pdf>

164

2.    Eugene G. "The History and Meaning of the Journal Impact Factor." JAMA. 2006. <http://jama.ama-assn.org/cgi/content/full/295/1/90>

3.    Eugene G. "The Thomson Scientific Impact Factor."   this essay was originally published in the Current Contents print editions June 20, 1994, when Thomson Scientific was known as The Institute for Scientific Information® (ISI®) <http://scientific.thomsonreuters.com/free/essays/journalcitationreports/impactfactor/>

4.    FDA News, "Manufacturer Removes Remaining Stocks of Trasylol." May 14, 2008. < http://www.fda.gov/bbs/topics/NEWS/2008/NEW01834.html>

5.    Ischemia Research and Education Foundation. "Aprotinin Is Proven Unsafe, Doubling Risk Of Kidney Failure: Drug Has Been Marketed for 13 Years; One Million Patients Exposed." 2006. http://www.iref.org/data/factsheetfinal1-24-06.pdf

6.    Jaquiss RDB, et al. Safety of Aprotinin Use and Re-Use in Pediatric Cardiothoracic Surgery. Circulation. 2002;106:I-90.

7.    Council for International Organizations of Medical Sciences. Definitions and basic requirements for the use of terms for reporting adverse drug reactions (XII): collagen disorders and musculo-skeletal disorders. Pharmacoepidemiol Drug Saf. 1999; 8:141-5.

**More Documents**

BHCAG03855669-BHCAG03855891

BAY06797945-BAY06797966

BAY06797995-BAY06798020

BAY06798175-BAY06798178

BAY06798175- BAY06798178

BAY06798201-BAY06798204

BAY06829757-BAY06829759

BAY06839047-BAY06839083

BAY06829058-BAY06829060

BAY06830307-BAY06830312

BAY06830288

BAY06830296

BAY06830500-BAY06830504

BAY06830417-BAY06830420

BAY06827909-BAY06827973

BAY06828581-BAY06828583

BAY06829882-BAY06829883

BAY06830362-BAY06830399

BAY06803632-BAY06803680

BAY06830232-BAY06830233

BAY06829886-BAY06829894

BAY06828192-BAY06828218

BAY06828541-BAY06828542

BAY06830260-BAY06830262

BAY06830414-BAY06830416

BAY06828574

BAY06828578

BAY06829854-BAY06829856

BAY06802436-BAY06802439

BAY06804306-BAY06804314

BAY06830234-BAY06830236

BAY06914072-BAY06914073

BHCAG03466755-BHCAG03466761

BAY06920647-BAY06920650

BAY00436416

BHCAG03466637-BHCAG03466642

BAY00436147-BAY00436514

BAY06920401-BAY06920404

BAY06797937-BAY06797940

BAY0797917-BAY06797935

BAY06800278-BAY06800281

BAY06921640-BAY06921668

BAY06798175-BAY06798178

BAY06839185-BAY06839192

BAY06846757-BAY06846828

BAY06828194-BAY06828218

BAY06828192-BAY06828193

BAY06828541-BAY06828542

BAY06830414-BAY06830416

BAY06828574

BAY06828578

BAY06830260-BAY06830262

BAY06829854-BAY06829856

BAY06829757-BAY06829759

BAY06921698-BAY06921706

BAY06817673-BAY06817676

BAY06817660-BAY06817667

BAY06846896-BAY06847003

BAY00857887

BHCAG03309700

BHCAG03390702

BAYCS00248518-BAYCS00248545

BAY06631382-BAY06631386

BAY06776943-BAY06776979

BAY04114718-BAY04114729

BAY00992543-BAY00992544

BAY00733441-BAY00733521

BAY00718740-BAY00718745

BAY00729294-BAY00729298

BAY00328179-BAY00328196

WALKER-00591 – WALKER-000618


1. Joshua J. Gagne PharmD, MS, Donald E. G. Griesdale MD, MPH and Sebastian Schneeweiss MD, ScD.  Aprotinin and the risk of death and renal dysfunction in patients undergoing cardiac surgery: a meta-analysis of epidemiologic studies. Pharmacoepidemiology and Drug Safety. 2009; 18: 259–268.

2.  Gary L. Grunkemeier, YingXing Wu and Anthony P. Furnary. What is the Value of a p Value?  Ann Thorac Surg. 2009;87:1337-1343.

3. Hisato Takagi, Hideaki Manabe, Norikazu Kawai, Shin-nosuke Goto, Takuya Umemoto. Aprotinin increases mortality as compared with tranexamic acid in cardiac surgery: a meta-analysis of randomized head-to-head trials.  Interact CardioVasc Thorac Surg. 2009;9:98-101.

4.Jeremiah R. Brown.  Mortality manifesto: a meta-analysis of aprotinin and tranexamic acid mortality. European Journal of Cardio-thoracic Surgery.

APPENDIX

**Sorted by: Impact Factor**

| Abbreviated Journal Title | 2007 Total Cites | Impact Factor | 2007 Articles |
|---|---|---|---|
| NEW ENGL J MED | 186402 | 52.589 | 343 |
| LANCET | 135949 | 28.638 | 305 |
| JAMA-J AM MED ASSOC | 103620 | 25.547 | 229 |
| ANN INTERN MED | 40783 | 15.516 | 162 |
| CIRCULATION | 134158 | 12.755 | 670 |
| J INTERN MED | 5959 | 4.901 | 108 |
| COCHRANE DB SYST REV | 14622 | 4.654 | 637 |
| ANESTHESIOLOGY | 18411 | 4.596 | 236 |
| J THORAC CARDIOV SUR | 15879 | 3.354 | 432 |
| BRIT J ANAESTH | 8779 | 2.948 | 233 |
| ANESTH ANALG | 15960 | 2.214 | 498 |
| ANN THORAC SURG | 22523 | 2.022 | 597 |
| CLIN TRIALS | 315 | 1.887 | 54 |
| PEDIATR ANESTH | 1875 | 1.461 | 169 |
| J CARDIOTHOR VASC AN | 1781 | 0.937 | 178 |

Source: http://scientific.thomsonreuters.com/products/jcr/
Accessed through http://library.concordia.ca

### The Journalistic Impact Factor

The Journalistic Impact Factor (JIF) is an objective measure of the number of citations received by the average article in a given journal in a specified amount of time. First mentioned by Dr. Eugene Garfield in *Science* magazine in 1955, the JIF was the first and remains the most widely used and accepted *objective* measure of a journal's impact, importance and reliability. Originally, the JIF was a simple tool to calculate the number of citations a given journal's published articles received in a given year. Recognizing that this unfairly skewed the numbers towards larger and more frequently published journals, a denominator was added - the number of articles published in the same given time period by that journal. The JIF for the year 1992 would be calculated as shown:

A=1992 cites to articles published 1990-91 by Journal X
B=number of articles published by Journal X in 1990-91
C=A/B=Impact factor of Journal X

There are several drawbacks to this method. The most significant is the 80/20 phenomenon, which notes that 20% of articles generally account for about 80% of

citations, thus making the JIF a poor indicator of the impact of any specific article. Another important factor is that 13% of all citations are thought to consist of self-citations. The JIF is not meant to be an indicator of the importance of any one particular article, but rather a measure of the productivity of a specific journal over a specific period of time. The JIF should be used as a measure of a journal's *ubiquitousness*, not as a measure of its prestige.

I am being compensated for my time and services in the Trasylol matter at $500 per hour US.

Signature

Date 8/18/05

Mark J. Eisenberg, MD MPH
Professor of Medicine
McGill University

172

*Mark J. Eisenberg, MD MPH FACC FAHA*

**MARK J. EISENBERG, MD MPH FACC FAHA**

*A. IDENTIFICATION*

**ADDRESS**                                                                          **PERSONAL DATA**

Divisions of Cardiology and Clinical Epidemiology/Suite A-118          Date of Birth:   Oct 27, 1958
Jewish General Hospital/McGill University                                      Citizenship:      American
3755 Cote Ste-Catherine Road                                                                           Canadian
Montreal, Quebec   H3T 1E2   Canada                                           Languages:       English
E-mail:  mark.eisenberg@mcgill.ca                                                                   French
Tel: (514) 340-8222 x3564                                                                               Hebrew
Fax: (514) 340-7564                                                                Marital Status:  Married
Page: (514) 340-8232                                                                                     5 Children
URL: www.jgh.ca/cardioepid                                                       Sarah Leah       11 years
                                                                                               Ariella               9 years
                                                                                               Elisheva            8 years
                                                                                               Elie                   4 years
                                                                                               Eliana               3 years

*B. EDUCATION*

**Graduate**

| 2008-2009 | MM | International Masters for Health Leadership, McGill University Faculty of Management, Montreal, QC |
|---|---|---|
| 1987-1988 | MPH | Epidemiology & Biostatistics, Harvard School of Public Health, Boston, MA |

**Medical**

| 1983-1985 | MD | University of Rochester School of Medicine and Dentistry, Rochester, NY |
|---|---|---|
| 1980-1982 | | |

**Undergraduate**

| 1976-1980 | AB | Chemistry, Cum Laude, Cornell University, Ithaca, NY |
|---|---|---|

**Postgraduate Training**

*Clinical*

| 1994-1995 | Interventional Fellow, Cleveland Clinic, Cleveland, OH |
|---|---|
| 1992-1994 | Cardiology Fellow, University of California, San Francisco, CA |
| 1988–1989 | Internal Medicine Residency, Royal Victoria Hospital, McGill University, Montreal, QC |
| 1985-1987 | |

*Mark J. Eisenberg, MD MPH FACC FAHA*

*Research*

| | |
|---|---|
| 1990-1992 | Research Fellow, Echocardiography & Epidemiology, Cardiovascular Research Institute, University of California, San Francisco, CA |
| 1989-1990 | Research Fellow, Cardiovascular Epidemiology (GISSI Trial), Tel Hashomer Hospital, Tel Aviv, Israel |

**Non-Degree**

| | |
|---|---|
| 2008-2009 | Sabbatical: Department of Human Metabolism and Nutrition, The Joseph H. and Belle R. Braun Hebrew University, Hadassah School of Public Health and Community Medicine, Jerusalem, Israel |
| 1982-1983 | WUJS Institute of Language Studies, Arad, Israel |

**Professional Certifications**

| | |
|---|---|
| 2007 | Fellow, American Heart Association, Council on Epidemiology and Prevention (FAHA 10/30/07) |
| 2003 | Diplomate in Interventional Cardiology American Board of Internal Medicine (125114-2003) |
| 2003 | Diplomate in Cardiovascular Disease (recertification examination) American Board of Internal Medicine (125114-2003) |
| 1997 | Fellow, American College of Cardiology (FACC 2/3/97) |
| 1995 | Medical License, Quebec (95-448) |
| 1994 | Medical License, Ohio (35-06-7099-1994) |
| 1993 | Diplomate in Cardiovascular Disease American Board of Internal Medicine (125114-1993) |
| 1993 | Fluoroscopy Permit, California (RHC 138119-1993) |
| 1990 | Medical License, California (G69462 - 8/13/90) |
| 1989 | Diplomate in Internal Medicine American Board of Internal Medicine (125114 - 9/13/89) |
| 1989 | Fellow, Royal College of Physicians and Surgeons of Canada (FRCPC - Internal Medicine - 6/14/89) |
| 1988 | DEA Certificate (BE 1528972 - 8/31/03) |
| 1987 | Medical License, Massachusetts (57545 - 5/6/87) |
| 1986 | Medical License, New York (166867 - 7/3/86) |

*C. APPOINTMENTS*

**University**

| | |
|---|---|
| 2008- | Tenured Professor of Medicine McGill University, Montreal, QC |
| 2005-2008 | Tenured Associate Professor of Medicine McGill University, Montreal, QC |
| 2002-2005 | Associate Professor of Medicine McGill University, Montreal, QC |

*Mark J. Eisenberg, MD MPH FACC FAHA*

| | |
|---|---|
| 1997- | Associate Member, Department of Epidemiology and Biostatistics<br>McGill University, Montreal, QC |
| 1996- | Director of Clinical Research, McGill Cardiology Fellowship Program<br>McGill University, Montreal, QC |
| 1995-2001 | Assistant Professor of Medicine<br>McGill University, Montreal, QC |

**Hospital**

| | |
|---|---|
| 1996- | Director, Cardiovascular Health Services Research Group<br>Jewish General Hospital, Montreal, QC |
| 1995- | Staff Cardiologist (Interventional)<br>Jewish General Hospital, Montreal, QC |
| 1995- | Principal Investigator, Center for Clinical Epidemiology and Community Studies<br>Jewish General Hospital, Montreal, QC |

**Provincial**

| | |
|---|---|
| 1995-2005 | Coordinator, Clinical Trials Study Group<br>Fonds de la Recherche en Santé du Québec (FRSQ), Réseau de la Santé Cardiovasculaire du Québec |

## D. SPECIAL HONORS AND AWARDS

| | |
|---|---|
| 2008 | Merck Frosst Recognition Award for Cardiology Training |
| 2007-2008 | Heart and Stroke Foundation of Québec John J. Day Award $10,000/year |
| 2007-2008 | Heart and Stroke Foundation of Québec Sharron Axler Feifer Award $5,000/year |
| 2007 | Dr. George Fraser Memorial Award<br>Division of Cardiology, Faculty of Medicine, McGill University, Montreal, QC |
| 2005 | Tenure: Associate Professor<br>Faculty of Medicine, McGill University, Montreal, QC |
| 2004 | Faculty Recognition Award for Career Awardees<br>Faculty of Medicine, McGill University, Montreal, QC |
| 1992 | Nominated for Teaching Award, Introduction to Clinical Medicine Course<br>University of California, San Francisco, CA |
| 1990-1992 | Institutional National Research Service Award (HL 07192)<br>Training Program in Heart and Vascular Diseases, NHLBI |
| 1986 & 1989 | Merck Residents' Research Awards<br>Royal Victoria Hospital, McGill University, Montreal, QC |

*Mark J. Eisenberg, MD MPH FACC FAHA*

| 1986 & 1988 | Oral Presentations, Department of Medicine Research Day Royal Victoria Hospital, McGill University, Montreal, QC |
| 1983 | Medical Alumni Association Research Fellowship Shaare Zedek Hospital, Jerusalem, Israel |

### E. PROFESSIONAL ACTIVITIES AND ADMINISTRATION

*1. Journals*

**Ad hoc Referee for:**

American Heart Journal
American Journal of Cardiology
American Journal of Medicine
Annals of Internal Medicine
Archives of Internal Medicine
Canadian Journal of Cardiology
Canadian Medical Association Journal
Circulation
Heart
Journal of the American College of Cardiology- Named An "Elite Reviewer"
Journal of the American Medical Association
Journal of Cardiac Failure
Journal of Cardiovascular Pharmacology
Lancet
Medical Care
New England Journal of Medicine

**Editorial Boards:**

| 2005- | Canadian Journal of Diagnosis |
| 2004- | American Journal of Cardiology |
| 2003- | Cardiosource Clinical Trials |
| 2001- | Canadian Journal of Cardiology |
| 2000- | Perspectives in Cardiology |
| 2000-2007 | Journal of the American College of Cardiology |

**International Editorial Consultant for:**

| 2002- | Journal of the Asean Federation of Cardiology |

*2. Grant Reviews*

**Internal Reviewer:**

| 2006-2008 | Fonds de la Recherche en Santé du Québec (FRSQ), Physician-Scientist Salary Award Committee |
| 2006-2007 | Canadian Institutes of Health Research (CIHR), Cardiovascular System B Committee |

*Mark J. Eisenberg, MD MPH FACC FAHA*

| | |
|---|---|
| 2003-2005 | Fonds de la Recherche en Santé du Québec (FRSQ), Population Science Committee |
| | -Vice-Chair of Committee 2005 |
| 2003 | Member of Site Visit Team, « Montreal Heart Institute » |
| 2002-2003 | Montreal Heart Institute, Internal Grant Review Committee |
| 1995-1998 | Heart and Stroke Foundation of Canada, Clinical Trials Committee |

**External Reviewer:**

13th World Congress on Heart Disease: Abstract Reviewer
Agency for Healthcare Research and Quality (AHRQ)
Alberta Heritage Foundation for Medical Research
American Board of Internal Medicine: Relevance Reviewer Interventional Cardiology
American Heart Association: 2005 Scientific Sessions Abstract Reviewer
British Columbia Health Research Foundation
Canadian Coordinating Office for Health Technology Assessment (CCOHTA)
Canadian Institutes of Health Research (CIHR)
ESC Annual Congress 2008: Abstract Grader
Fonds de la Recherche en Santé du Québec (FRSQ) (Quebec Foundation for Health Research)
Heart and Stroke Foundation of Canada (HSFC)
Medical Research Council of Canada

### *3. Administrative Responsibilities*

| | |
|---|---|
| 2008 | Chair, McGill University Cardiovascular Research Day |
| 1996- | Director of Clinical Research<br>McGill Cardiology Fellowship Training Program |
| 1996- | Director, Cardiovascular Health Services Research Group<br>Jewish General Hospital, Montreal, Quebec |
| 1995-2005 | Coordinator, Clinical Trials Group<br>Réseau de la Santé Cardiovasculaire du Québec |

### *4. Committees*

| | |
|---|---|
| 2008- | Chair of the Steering Committee for the Evaluation of Varenicline (Champix[TM]) in smokIng cessation for paTients post-Acute coronary syndrome (EVITA) Trial |
| 2007 | Member of the Research Management Committee of the Lady Davis Institute for Medical Research |
| 2007 | Member of the "Cardiovascular System – B" Grants Committee of the Canadian Institutes of Health Research (CIHR) |
| 2007 | Member of the Education Session at the American College of Cardiology 56th Annual Scientific Session |
| 2007 | Member of the Scientific Advisory Board for the World Congress on Heart Disease: The 13th Annual Scientific Sessions of the International Academy of Cardiology |
| 2006- | Member of the Salary Support Committee for Fonds de la Recherche en Santé de Québec (FRSQ) |

*Mark J. Eisenberg, MD MPH FACC FAHA*

| | |
|---|---|
| 2006 | Member of Organizing Committee for McGill Cardiovascular Research Day |
| 2006- | Member of the Tobacco ICE Team |
| 2005- | AMI Quebec Steering Committee |
| 2005 | Masters Thesis Committee for Thao Huynh, MD |
| 2005-2008 | Chair of the Steering Committee for the Post-angiographic Rates Of abstinence with MultIple Smoking cEssation aids (PROMISE) trial pilot study |
| 2005-2008 | Chair of the Steering Committee for the Safety of TrAnsDermal nicotine use Immediately following an Acute coronary syndrome (STADIA) trial |
| 2005-2007 | Member of the Electron-beam Computed Tomography Clinical Expert Consensus Document Writing Committee |
| 2005 | Internal Examiner of Lucie Opatrny's Master's thesis for the McGill University Office of Graduate and Postdoctoral Studies |
| 2004-2005 | Member of the Review Committee of Dr Jacques Genest's first term as Chief of Cardiology for the McGill University Health Center |
| 2004- | Member of the Task Force on Clinical Expert Consensus Documents, American College of Cardiology |
| 2004- | Chair of Steering Committee for the Zyban as an Effective Smoking Cessation Aid trial (ZESCA) |
| 2003-2004 | Member of Advisory Committee for the CIHR National Forum for Young Investigators in Circulatory and Respiratory Health |
| 2002-2005 | Chair of the Steering Committee for the Aggressive diagnosis of restenosis II trial |
| 1999-2001 | Chair of the Steering Committee for the Non Q-wave myocardial infarction trial |
| 1998-2000 | Chair of the Steering Committee for the Aggressive diagnosis of restenosis trial |
| 1996 | Member of the Training Committee for the McGill Cardiology Fellowship Training Program |
| 1996-2005 | Chair of the Axis Essai Clinique, Réseau de la Santé Cardiovasculaire du Québec |
| 1995-2000 | Member of the Steering Committee for the Canadian trial of atrial fibrillation |
| 1994-1995 | Member of the Clinical Outcomes Committee, Impact II Study |

## 5. Professional and/or Learned Societies

American College of Cardiology
American Heart Association
Canadian Cardiovascular Society
Canadian Medical Protective Association
Collège des Médecins du Québec
Fédération des Médecins Spécialistes du Québec

## 6. Scientific and Professional Meetings Attended

| | |
|---|---|
| 2008 | Innovations in Cardiovascular Interventions, Tel Aviv, Israel |
| 2007 | American Heart Association Scientific Sessions, Orlando, FL |
| 2007 | American College of Cardiology 56th Annual Scientific Session, New Orleans, LA |
| 2007 | 13th World Congress on Heart Disease, Vancouver, BC |
| 2007 | European Society of Cardiology, Barcelona, Spain |
| 2006 | American Heart Association, Chicago, IL<br>- Abstract Grader |
| 2006 | American College of Cardiology, Atlanta, GA |
| 2006 | Canadian Cardiovascular Society, Vancouver, BC |

6

| 2005 | International Symposium on Cardiovascular Diseases, Stroke, and Diabetes, New Delhi, India |
| 2005 | First Latin-American Forum on Panvascular Diseases, Mexico City, Mexico |
| 2005 | American Heart Association, Dallas, TX |
| | - Abstract Grader |
| 2005 | Canadian Cardiovascular Society, Montreal, QC |
| | - Co-Chair of the Clinical Trials Session |
| 2005 | American College of Cardiology, Orlando, FL |
| 2004 | American Heart Association, New Orleans, LA |
| 2004 | Canadian Cardiovascular Society, Calgary, AL |
| | - Co-Chair of the Clinical Trials Session |
| 2004 | American College of Cardiology Course: Tutorials in the Tetons, Jackson Hole, WY |
| | - Faculty Member |
| 2004 | Montreal Heart Institute Interventional Cardiology Conference, Montreal, QC |
| 2004 | National Science Foundation of China and Fonds de la Recherche en Santé du Québec Colloqium on Cardiovascular Research, Montreal, QC |
| 2003 | European Society of Cardiology, Vienna, Austria |
| 2003 | American Heart Association, FL |
| 2003 | American College of Cardiology, Chicago, IL |
| 2002 | American Heart Association's Scientific Sessions, Chicago, IL |
| | - Invited Judge/Population Science Poster Competition |
| 2002 | American College of Cardiology, Atlanta, GA |
| 2002 | Journal of the American College of Cardiology Editorial Retreat, Carlsbad, CA |
| 2002 | New Diagnosis and Therapeutic Techniques in Clinical Cardiology, Orlando, FL |
| 2001 | American Heart Association, Anaheim, CA |
| 2001 | American College of Cardiology, Orlando, FL |
| 2001 | New Diagnosis and Therapeutic Techniques in Clinical Cardiology, Orlando, FL |
| 2000 | American Heart Association, New Orleans, LA |
| 2000 | Canadian Cardiovascular Society, Vancouver, BC |
| 2000 | American College of Cardiology, Anaheim, CA |
| 2000 | New Diagnosis and Therapeutic Techniques in Clinical Cardiology, Orlando, FL |
| 1999 | American Heart Association, Atlanta, GA |
| 1999 | American College of Cardiology, New Orleans, LA |
| 1999 | New Diagnostic and Therapeutic Techniques in Clinical Cardiology, Orlando, FL |
| 1998 | 6th International Conference on Non-Invasive Cardiology, Jerusalem, Israel |
| 1998 | American Heart Association, Dallas, TX |
| 1998 | American College of Cardiology, Atlanta, GA |
| 1998 | Technological Change in Health Care: A Global Analysis, Palo Alto, CA |
| 1998 | New Diagnostic and Therapeutic Techniques in Clinical Cardiology, Orlando, FL |
| 1997 | American Heart Association, Orlando, FL |
| 1997 | Trans-catheter Cardiovascular Therapeutics Symposium, Washington, DC |
| 1997 | Endovascular Therapy Course, Paris, France |
| 1997 | American College of Cardiology, Anaheim, CA |
| 1996 | American Heart Association, New Orleans, LA |
| 1996 | American College of Cardiology, Orlando, FL |
| 1995 | American Heart Association, Anaheim, CA |
| 1995 | Eighth International Symposium on Long-Term Clinical Trials, Toronto, ON |
| 1995 | American College of Cardiology, New Orleans, LA |
| 1995 | International Symposium on Endothelium-Derived Factors and Vascular Protection, San Francisco, CA |

*Mark J. Eisenberg, MD MPH FACC FAHA*

| 1994 | Lipid Disorders Training Seminar, San Francisco, CA |
|------|------|
| 1994 | American College of Cardiology, Atlanta, GA |
| 1992 | 10-Day International Teaching Seminar on Cardiovascular Epidemiology and Prevention, Rio de Janeiro, Brazil |
| 1992 | American Society of Echocardiography, Boston, MA |
| 1992 | American College of Cardiology, Dallas, TX |
| 1991 | American Heart Association, Anaheim, CA |
| 1991 | American College of Cardiology, Atlanta, GA |

## F. RESEARCH

### 1. Personal Support Awards

**Current**

| 2008-2012 | Fonds de la Recherche en Santé du Québec: Chercheur Nationale $30,000/year |
|------|------|
| 2008-2009 | Lady Davis Institute for Medical Research Visiting Professor at the Faculty of Medicine/Hebrew University: $9,000 |
| 2004-2008 | Fonds de la Recherche en Santé du Québec: Chercheur-boursier clinicien "Senior" $56,000/year |

**Past**

| 2005-2006 | McGill University Faculty of Medicine: Peer-reviewed Career Award $5,000/year |
|------|------|
| 2001-2004 | Fonds de la Recherche en Santé du Québec: Chercheur-boursier clinicien "Junior 2" $37,000/year |
| 1996-2001 | Heart and Stroke Foundation of Canada: Research Scholarship $53,305/year |
| 1996 | Fonds de la Recherche en Santé du Québec: Chercheur-boursier clinicien "Junior 1" (declined) |

### 2. Research Grants

**Requested**

*Peer-Reviewed Grants*

| 2010-2015 | **Principal Investigator,** Canadian Institutes of Health Research. The efficacy of ORlistat at promoting weIght lOss in patients immediately foLlowing an enzyme-positive acutE coronary syndrome: The ORIOLE Trial. | $1,500,000 |
|------|------|------|
| 2010-2012 | **Co-Investigator,** Canadian Institutes of Health Research. Antiepileptic drugs and the risk of stroke and myocardial infarction. Principal Investigator: Samy Suissa | $ |
| 2010-2011 | **Principal Investigator,** Canadian Institutes of Health Research. The efficacy of weight loss interventions: A systematic review and hierarchical Bayesian meta-analysis. | $125,994 |

*Mark J. Eisenberg, MD MPH FACC FAHA*

| 2010-2011 | **Principal Investigator,** Heart and Stroke Foundation of Canada. The efficacy of weight loss interventions: A systematic review and hierarchical Bayesian meta-analysis. | $25,000 |
|---|---|---|
| 2009-2012 | **Co-Investigator,** Canadian Institutes of Health Research. Quantification of the effect of SMOKing on arterial stiffNESS. Principal Investigator: Styliani Stella Daskalopoulou | $245,286 |

**Current**

*Peer-Reviewed Grants*

| 2008-2011 | **Co-Investigator**, Heart and Stroke Foundation of Canada. "GENESIS PRAXY" (GENdEr and Sex determInantS of cardiovascular disease: from bench to beyond PRemature Acute Coronary SYndrome.) Principal Investigator: Louise Pilote, Igor Karp | $620,062 |
|---|---|---|
| 2008-2010 | **Co-Investigator,** Canadian Institutes of Health Research. AMI-QUEBEC-2: Knowledge translation to reduce delays to reperfusion therapy in Quebec. Principal Investigator: Thao Huynh | $200,000 |
| 2008-2010 | **Principal Investigator,** Canadian Institutes of Health Research. Institute of Nutrition, Metabolism and Diabetes. The efficacy of popular diets: A systematic review and hierarchical Bayesian meta-analysis. | $100,150 |
| 2008-2009 | **Co-Investigator**, Canadian Institutes of Health Research. "GENESIS PRAXY" (GENdEr and Sex determInantS of cardiovascular disease: from bench to beyond PRemature Acute Coronary SYndrome.) Principal Investigator: Louise Pilote, Igor Karp | $100,000 |
| 2008-2009 | **Co-Investigator**, Canadian Institutes of Health Research. Understanding meta-analyses: the subjective interpretation of an "objective" analysis. Principal Investigators: MacDonald ME, Shrier Ian | $38,033 |
| 2007-2010 | **Co-Investigator,** Canadian Institutes of Health Research. A population-based analysis of the effectiveness and adverse effects of medications in patients with atrial fibrillation. Principal Investigator: Louise Pilote | $353,977 |
| 2007-2010 | **Principal Investigator,** Heart and Stroke Foundation of Canada. Pharmacogenetic and pharmacokinetic variation in CYP2B6 and the efficacy of Zyban as a smoking cessation aid: A ZESCA trial sub-study. | $43,500 |
| 2007-2009 | **Principal Investigator,** Canadian Institutes of Health Research. Cardiac outcomes in patients with metabolic syndrome: A systematic review and hierarchical Bayesian meta-analysis. | $112,816 |

*Mark J. Eisenberg, MD MPH FACC FAHA*

| | | |
|---|---|---|
| 2006-2011 | **Co-Investigator,** Canadian Institutes of Health Research.  Canadian cardiovascular outcomes research team (CCORT) II: Access to quality cardiac care.  Team grant in improvement of quality of cardiac care to Canadians.<br>Principal Investigator: Jack Tu | $4,214,550 |
| 2004-2009 | **Principal Investigator,** Canadian Institutes of Health Research. Zyban as an Effective Smoking Cessation Aid: The ZESCA Trial. | $1,470,000 |

**Past**
*Peer-Reviewed Grants*

| | | |
|---|---|---|
| 2007-2008 | **Co-Investigator,** Ontario Problem Gambling Research Center.  Acute cardiovascular effects of gambling in patients with stable angina: A pilot study.<br>Principal Investigator: Jon Afilalo | $10,000 |
| 2007-2008 | **Principal Investigator,** The Canadian Tobacco Control Research Initiative.   Pharmacogenetic and pharmacokinetic variation in CYP2B6 and the efficacy of Zyban as a smoking cessation aid: A ZESCA trial sub-study. | $50,000 |
| 2007-2008 | **Principal Investigator,** Interdisciplinary Capacity Enhancement Team Pilot Funding.   Pharmacogenetic and pharmacokinetic variation in CYP2B6 and the efficacy of Zyban as a smoking cessation aid: A Zesca trial sub-study. | $58,874 |
| 2005-2008 | **Co-Investigator**, Canadian Institutes of Health Research. An economic and quality of life evaluation of bupropion therapy for smoking cessation in patients following an acute coronary syndrome.<br>Principal Investigator: Stéphane Rinfret | $129,700 |
| 2005-2008 | **Co-Investigator**, Fonds de la Recherche en Santé du Québec. Recherche évaluative et économique portant sur la prévention primaire, la prévention secondaire et le traitement des maladies cardiovasculaires.<br>Principal Investigator: Stéphane Rinfret | $253,000 |
| 2005-2008 | **Principal Investigator,** Canadian Tobacco Control Research Initiative. The safety of transdermal nicotine immediately following an acute coronary syndrome: The STADIA pilot study. | $50,000 |
| 2005-2006 | **Principal Investigator,** Canadian Institutes of Health Research. A hierarchical Bayesian meta-analysis of randomized clinical trials of smoking cessation aids. | $41,000 |
| 2004-2007 | **Principal Investigator**, Heart and Stroke Foundation of Canada. Zyban as an effective smoking cessation aid for patients following ACS:  The ZESCA Trial. | $75,000 |

*Mark J. Eisenberg, MD MPH FACC FAHA*

| 2004-2007 | **Co-Investigator,** Canadian Institutes of Health Research. Gender and sex determinants of cardiovascular disease: From bench to beyond.<br>Principal Investigator: Louise Pilote | $1,476,247 |
| 2004-2007 | **Co-Investigator,** Canadian Institutes of Health Research. A population-based analysis of the effectiveness and determinants of use of cardiac drugs for congestive heart failure.<br>Principal Investigator: Louise Pilote | $365,538 |
| 2004-2007 | **Co-Investigator,** Canadian Institutes of Health Research. Modern statistical methods to analyze administrative databases.<br>Principal Investigator: Louise Pilote | $220,875 |
| 2004-2007 | **Co-Investigator,** Heart and Stroke Foundation of Canada. Early versus late coronary artery bypass grafting after myocardial infarction: The ELCAMI Trial.<br>Principal Investigator: Lawrence Rudski | $63,000 |
| 2004-2005 | **Principal Investigator,** the Canadian Tobacco Control Research Initiative. Post-angiographic Rates Of abstinence with MultIple Smoking cEssation aids: The PROMISE Trial pilot study. | $50,000 |
| 2004-2005 | **Principal Investigator,** Canadian Institutes of Health Research. The use and effectiveness of perioperative medical therapy among patients undergoing abdominal aortic aneurysm repair. | $54,500 |
| 2004-2005 | **Principal Investigator,** Canadian Tobacco Control Research Initiative. The Canadian organization of a multi-disciplinary body to advance tobacco research (COMBAT). | $5,000 |
| 2003-2004 | **Principal Investigator,** Canadian Tobacco Control Research Initiative. Tobacco abuse and cessation: A systematic review and meta-analysis. | $5,000 |
| 2003-2004 | **Principal Investigator,** Fonds de la Recherche en Santé du Québec. Aggressive diagnosis of restenosis in high risk patients: The ADORE II Trial. | $50,000 |
| 2002-2004 | **Co-Investigator**, Canadian Institutes of Health Research. Estimating the effectiveness of invasive and non-invasive management strategies for acute myocardial infarction using administrative databases.<br>Principal Investigator: Louise Pilote | $136,784 |
| 2002-2004 | **Co-Investigator,** Canadian Institutes of Health Research. A population-based analysis of the effectiveness of cardiac drugs after acute myocardial infarction.<br>Principal Investigator: Louise Pilote | $96,192 |

*Mark J. Eisenberg, MD MPH FACC FAHA*

| | | |
|---|---|---|
| 2002-2004 | **Co-Investigator**, Heart and Stroke Foundation of Canada. A population-based study of determinants of variation in the management of acute myocardial infarction.<br>Principal Investigator: Louise Pilote | $133,350 |
| 2002-2004 | **Co-Investigator**, Canadian Institutes of Health Research. A population-based study of determinants of variation in the management of acute myocardial infarction.<br>Principal Investigator: Louise Pilote | $89,190 (declined) |
| 2002-2003 | **Principal Investigator,**  Fonds de la Recherche en Santé du Québec. Aggressive diagnosis of restenosis in high risk patients: The ADORE II Trial. | $47,040 |
| 2001-2005 | **Collaborator,** Canadian Institutes of Health Research. Canadian cardiovascular outcomes research team (CCORT).<br>Principal Investigator: Jack Tu | $5,047,985 |
| 2001-2005 | **Collaborator,** Heart and Stroke Foundation of Canada. Canadian cardiovascular outcomes research team (CCORT).<br>Principal Investigator: Jack Tu | $1,000,000 |
| 2001-2002 | **Principal Investigator,** Réseau de la Santé Cardiovasculaire du Québec. Transfer for rescue angioplasty study following clinical evaluation of reperfusion (TRANSFER) study. | $50,000 |
| 2000-2003 | **Principal Investigator,** Heart and Stroke Foundation of Canada. Routine versus selective exercise treadmill testing after coronary artery bypass graft surgery: ROSETTA-CABG Registry. | $36,000 |
| 2000-2002 | **Co-Investigator**, Fonds de la Recherche en Santé du Québec. Routine vs. selective exercise treadmill testing after coronary artery bypass graft surgery: ROSETTA-CABG Registry.<br>Principal Investigator: Louise Pilote | $50,000 |
| 1999-2001 | **Principal Investigator**, Fonds de la Recherche en Santé du Québec. Non-Q wave myocardial infarction (NQWMI) trial. | $118,704 |
| 1999-2001 | **Co-Investigator**, Fonds de la Recherche en Santé du Québec. A retrospective study of the treatment of acute myocardial infarction in Quebec.<br>Principal Investigator: Louise Pilote | $120,000 |
| 1998-2000 | **Principal Investigator**, Fonds de la Recherche en Santé du Québec. Aggressive diagnosis of restenosis (ADORE) trial. | $113,288 |
| 1998-2000 | **Co-Investigator**, Fonds de la Recherche en Santé du Quebec. Role of gene polymorphisms and estrogen in women with coronary artery disease.<br>Principal Investigator: Bettina Hamelin | $120,000 |

*Mark J. Eisenberg, MD MPH FACC FAHA*

| 1998 | **Principal Investigator**, Réseau Fonds de la Recherche en Santé du Québec sur l'Utilisation des Médicaments. Medical therapy in patients undergoing coronary angioplasty. | $9,870 |
| 1996-2001 | **Clinical Trials Coordination**, Fonds de la Recherche en Santé du Québec, Réseau de la Santé Cardiovasculaire du Québec. | $50,000/year |
| 1996-1999 | **Principal Investigator**, Heart and Stroke Foundation of Quebec. Selective vs. routine functional testing after percutaneous coronary revascularization: A randomized clinical trial. | $46,116 |
| 1995-1996 | **Clinical Trials Coordination**, Fonds de la Recherche en Santé du Québec, Réseau de la Santé Cardiovasculaire du Québec. | $30,000/year |

**Current**
*Industry*

| 2008-2011 | **Principal Investigator,** Pfizer Canada. Evaluation of Varenicline (Champix™) in SmokIng Cessation for PaTients Post-Acute Coronary Syndrome (EVITA) trial. | $639,431 |

**Past**
*Industry*

| 2005-2006 | **Principal Investigator,** Aventis Pharma, Inc. Perioperative cardiac medical therapy among patients undergoing coronary artery bypass graft surgery. | $65,000 |
| 2000-2001 | **Principal Investigator**, Pfizer Canada. Cost of perioperative myocardial ischemic complications. | $150,000 US |
| 1999-2000 | **Principal Investigator**, Eclipsys Solutions Corporation. Cost of myocardial infarction in Canada and the United States (INCCUS) study. | $12,500 US |
| 1998-2000 | **Principal Investigator**, Hoffman La Roche, Inc. (USA). Symphony Study (Ro 48-36571). | $6,644 US |
| 1996-1997 | **Principal Investigator**, DuPont Pharma. Selective vs. routine functional testing after percutaneous coronary revascularization: A randomized clinical trial. | $5,000 US |

## G. PUBLICATIONS

### 1. Peer-Reviewed Journals

1. **Eisenberg MJ**. Magnesium deficiency and cardiac arrhythmias. NY State J Med 1986; 86:133-136.

2. **Eisenberg MJ**, Prichard S, Barre P, Patton R, Hutchinson T, Sniderman A. Left ventricular hypertrophy in end–stage renal disease on peritoneal dialysis. Am J Cardiol 1987; 60:418-419.

3.    **Eisenberg MJ.**  Electrolyte measurements during cardiopulmonary resuscitation. Crit Care Med 1990; 18:25-28.

4.    **Eisenberg MJ**.  Leprosy in India: An initiation to the health problems of the developing world. Ann Roy Coll Phys Surg Can 1990; 23:521–524.

5.    **Eisenberg MJ**, Schiller NB.  Bayes' theorem and the echocardiographic diagnosis of cardiac tamponade.  Am J Cardiol 1991; 68:1242-1244.

6.    **Eisenberg MJ**, Barbash GI, Hod H, Roth A, Schachar A, Zolti L, Rabinowitz B, Kaplinsky E, Laniado S,  Modan M.  Prognostic importance of delayed Q–wave evolution 3 to 24 hours after initiation of thrombolytic therapy for acute myocardial infarction.  Am J Cardiol 1991; 67:231-235.

7.    **Eisenberg MJ**, Oken K, Guerrero S, Saniei MA, Schiller NB. Prognostic value of echocardiography in hospitalized patients with pericardial effusion.  Am J Cardiol 1992; 70:934–939.

8.    **Eisenberg MJ**, Gordon AS, Schiller NB.  HIV–associated pericardial effusions.  Chest 1992; 102:956–958.

9.    **Eisenberg MJ**, London MJ, Leung JM, Browner WS, Hollenberg M, Tubau JF, Tateo IM, Schiller NB, Mangano DT.  Monitoring for myocardial ischemia during noncardiac surgery: A technology assessment of transesophageal echocardiography and 12-lead electrocardiography.  JAMA 1992; 268:210–216.

10.   **Eisenberg MJ**. Magnesium deficiency and sudden death.  Am Heart J 1992; 124:544–549.

11.   Barbant SD, **Eisenberg MJ**, Schiller NB.  The diagnostic value of imaging techniques for aortic dissection. Am Heart J 1992; 124:541–543.

12.   **Eisenberg MJ**, Mendelson J, Evans GT. Jr, Jue J, Jones RT, Schiller NB.  Left ventricular function immediately after intravenous cocaine:  A quantitative two–dimensional echocardiographic study.  J Am Coll Cardiol 1993; 22:1581-1586.

13.   **Eisenberg MJ**, Dunn MM, Kanth N, Gamsu G, Schiller NB.  Diagnostic value of chest radiography for pericardial effusion.  J Am Coll Cardiol 1993; 22:588-593.

14.   **Eisenberg MJ**, Rice SA, Paraschos A, Caputo GR, Schiller NB. The clinical spectrum of patients with aneurysms of the ascending aorta.  Am Heart J 1993; 125:1380-1385.

15.   **Eisenberg MJ**, Kaplan B.   Cytomegalovirus-induced thrombocytopenia in an immunocompetent adult.  West J Med 1993; 158:525-526.

16.   **Eisenberg MJ**. Rheumatic heart disease in the developing world: prevalence, prevention, and control.  Eur Heart J 1993; 14:122-128.

17.   Ho GM, **Eisenberg MJ**, Schiller NB.  Variation of blood flow in the thoracic aorta during cardiac tamponade.  Am Heart J 1994; 128:190-193.

*Mark J. Eisenberg, MD MPH FACC FAHA*

18. Barton CW, **Eisenberg MJ**, Schiller NB.  Transesophageal echocardiographic diagnosis of massive pulmonary embolism during cardiopulmonary resuscitation.  Am Heart J 1994; 127:1639-1642.

19. **Eisenberg MJ**, Rice SA, Schiller NB.  Guidelines for physician training in advanced cardiac procedures:  The importance of case mix.  J Am Coll Cardiol 1994; 23:1723-1725.

20. Heidenreich PA, **Eisenberg MJ**, Kee LL, Somelofski CA, Hollander H, Schiller NB, Cheitlin MD.   Pericardial effusion in AIDS: incidence and survival.  Circulation 1995; 92:3229-34.

21. Lee HO, **Eisenberg MJ**, Schiller NB. Serial assessment of left ventricular function after myocardial infarction.  Am Heart J 1995; 130:999-1002.

22. Yakel DL, **Eisenberg MJ**. Pulmonary artery hypertension in chronic intravenous cocaine users.   Am Heart J 1995; 130:398-9.

23. **Eisenberg MJ**, Geraci SJ, Schiller NB. Screening for abdominal aortic aneurysms during transthoracic echocardiography.  Am Heart J 1995; 130:109-115.

24. **Eisenberg MJ**, Jue J, Mendelson J, Jones RT,  Schiller NB.  Left ventricular morphology and function in nonhospitalized cocaine users:  A two–dimensional quantitative echocardiographic study.  Am Heart J 1995; 129:941-946.

25. Lee HO, **Eisenberg MJ**, Drew D, Schiller NB.  Intraventricular thrombus after cocaine-induced myocardial infarction.  Am Heart J 1995; 129:403-405.

26. **Eisenberg MJ**.  Accuracy and predictive values in clinical decision-making.  Clev Clin J Med 1995; 2:311-316.

27. **Eisenberg MJ**, Garzon P. Comparison of cardiology training programs in Canada and the United States.  Am J Cardiol 1996; 82:544-6.

28. Rashid J, **Eisenberg MJ**, Topol EJ. Cocaine-induced aortic dissection.  Am Heart J 1996; 132:1301-4.

29. **Eisenberg MJ**, Ballal R, Heidenreich PA, Brown K, Griffin B, Tuzcu, M.  Echocardiographic score as a predictor of in-hospital cost in patients undergoing percutaneous balloon mitral valvuloplasty.  Am J Cardiol 1996; 78:790-3.

29. **Eisenberg MJ**, St Claire DA Jr, Mak KH, Ellis SG. The importance of case mix during training in interventional cardiology.  Am J Cardiol 1996; 77:1010-3.

30. **Eisenberg MJ**, Munoz de Romeral L, Heidenreich PA, Schiller NB, Evans GT Jr.  The diagnosis of pericardial effusion and cardiac tamponade by 12-lead ECG: A technology assessment.  Chest 1996; 110:318-24.

31. **Eisenberg MJ**, Yakel DL, Mendelson J, Redberg R, Jones RT,  Foster E.  Immediate effects of intravenous cocaine on the thoracic aorta and coronary arteries:  A transesophageal echocardiographic study.  Chest 1996; 110:147-154.

32.     Mak KH, **Eisenberg MJ**, Eccleston DS, Brown KJ, Ellis SG, Topol EJ. Cost-efficacy modeling of catheter reuse for percutaneous transluminal coronary angioplasty. J Am Coll Cardiol 1996; 28:106-11.

34.     Mak KH, **Eisenberg MJ**, Plante S, Strauss BH, Arheart KL, Topol EJ. Absence of increased in-hospital complications with reused balloon catheters. Am J Cardiol 1996; 78:717-9.

35.     Ballal R, **Eisenberg MJ**, Ellis, SG. Training in cardiac catheterization at high volume and low volume centers: Is there a difference in case mix? Am Heart J 1996; 132:460-2.

36.     **Eisenberg MJ**, Topol EJ. Pre-hospital administration of aspirin in patients with unstable angina and acute myocardial infarction. Arch Intern Med 1996; 156:1506-10.

37.     Mak KH, **Eisenberg MJ**, Eccleston DS, Cornhill JF, Topol EJ. Reuse of coronary angioplasty equipment: technical and clinical issues. Am Heart J 1996; 131:624-30.

38.     Shiuey Y, **Eisenberg MJ**. Cardiovascular effects of commonly used ophthalmic medications. Clin Cardiol 1996; 19:5-8.

39.     **Eisenberg MJ**, Califf RM, Cohen EA, Adelman AG, Keeler G, Mark DB, Topol EJ. Use of evidence-based medical therapy in patients undergoing percutaneous coronary revascularization: A comparison of practice patterns in the United States, Europe, and Canada. Am J Cardiol 1997; 79:867-72.

40.     Roy D, Talajic M, Thibault B, Dubuc M, Nattel S, **Eisenberg MJ**, Ciampi A, et al. The Canadian trial of atrial fibrillation (CTAF): Pilot study and research protocol. Am J Cardiol 1997; 80:464-8.

41.     Mak KH, Challapalli R, **Eisenberg MJ**, Anderson KM, Califf RM, Topol EJ. Effect of platelet glycoprotein IIb/IIIa receptor inhibition on distal embolization during percutaneous revascularization of aortocoronary saphenous vein grafts. Am J Cardiol 1997; 80:985-8.

42.     *Benzaquen B, **Eisenberg MJ**, Nguyen T, Challapalli R, Topol EJ. Correlates of in-hospital costs for patients undergoing abdominal aortic aneurysm repair. Am Heart J 1998; 136:696-702.

43.     *Garzon P, **Eisenberg MJ**. Variation in the mineral content of commercially available mineral waters: Implications for health and disease. Am J Med 1998; 105:125-30.

44.     McClellan M, Kessler D for the TECH Investigators. A global analysis of technological change in health care: The case of heart attacks. Health Affairs 1999; 18:250-5.

45.     *Fagih B, **Eisenberg MJ**. Reuse of angioplasty catheters and the risk for Creutzfeldt-Jakob disease. Am Heart J 1999; 37:1173-8.

46.     *Shaw JP, **Eisenberg MJ**, Azoulay A, Nguyen N. Reuse of catheters for percutaneous transluminal coronary angioplasty: Effects on procedure time and clinical outcomes. Cathet Cardiovasc Intervent 1999; 48:54-60.

47.    Kluger DM, **Eisenberg MJ**, Lindeheimer JH, Chatterjee K, Shiller NB.  Serial echocardiography and the timing of surgery in patients with chronic mitral regurgitation. J Noninv Cardiol 1999; 3:1-4.

48.    Mak KH, **Eisenberg MJ**, Shaw J.  Cost efficacy modeling of functional testing with perfusion imaging to detect asymptomatic restenosis following percutaneous transluminal coronary angioplasty.  Cathet Cardiovasc Intervent 1999; 48:352-6.

49.    **Eisenberg MJ**, Taylor JM, Cove CJ, Brown KJ, Ellis SG, Topol EJ. Comparison of percutaneous coronary revascularization costs among HMO and non-HMO cardiologists practicing in the same institution.  J Cardiovasc Diagn Proc 1999; 16:87-97.

50.    *Goldman LE, **Eisenberg MJ**. Identification and management of patients with failed thrombolysis after acute myocardial infarction.  Ann Intern Med 2000; 132:556-565.

51.    Roy D, Talajic M, Dorian P, Connolly S, **Eisenberg MJ**, Green M, Kus T, Lambert J, Dubuc M, Gagné P, Nattel S, Thibault B.  Amiodarone to prevent recurrence of atrial fibrillation.  N Engl J Med 2000; 342:913-20.

52.    Pilote L, Lavoie F, Ho V, **Eisenberg MJ**.  Changes in the treatment and outcomes of acute myocardial infarction in Quebec, 1988-1995.  CMAJ 2000; 163:31-6.

53.    *Gidengil C, Garzon P, **Eisenberg MJ**.  Functional testing after percutaneous transluminal coronary angioplasty in Canada and the United States:  A survey of practice patterns. Can J Cardiol 2000; 16:739-46.

54.    Beck CA, Lauzon C, **Eisenberg MJ,** Huynh T, Dion D, Roux R, Racine N, Carignan S, Diodati JG, Charbonneau F, Levesque C, Pouliot JJ, Pilote LL. Discharge prescriptions following admission for acute myocardial infarction at tertiary care and community hospitals in Quebec.  Can J Cardiol 2001; 17:33-40.

55.    *Sheppard R, **Eisenberg MJ.** Intracoronary radiotherapy for restenosis.  N Engl J Med 2001; 344:295-296.

56.    *Benzaquen B, **Eisenberg MJ**.  Screening for abdominal aortic aneurysms during cardiac catheterization. J Inv Cardiol 2001; 13:100-6.

57.    *Azoulay A, Garzon P, **Eisenberg MJ**.  Variation in the mineral content of tap water.  J Gen Intern Med 2001; 16:168-75.

58.    *Garzon P, **Eisenberg MJ**.  Functional testing after PTCA: A meta-analysis.  Can J Cardiol 2001; 17:41-8.

59.    *Sheppard R, Schechter D, Azoulay A, Witt H, Garzon P, **Eisenberg MJ**. Results of a routine exercise treadmill testing strategy early after percutaneous transluminal coronary angioplasty. Can J Cardiol 2001; 17:407-414.

60.    **Eisenberg MJ** Schechter D, Lefkovits J, Goudreau E, Deligonul U, Mak KH, Del Core M et al. Use of functional testing after percutaneous transluminal coronary angioplasty: The ROSETTA Registry.  Am Heart J 2001; 141:837-46.

*Mark J. Eisenberg, MD MPH FACC FAHA*

61.  *Gidengil C, **Eisenberg MJ**. Comparison of functional testing patterns after coronary artery bypass grafting in Canada and in the United States.  Am J Cardiol 2001; 87:899-901.

62.  *Abenhaim HA, **Eisenberg MJ**, Schechter D, Lefkovits J, Goudreau E, Deligonul U, Mak K, Duerr R, Del Core M, Huynh T, Smilovitch M, Sedlis S, Brown DL, Brieger D; ROSETTA Investigators. Comparison of six-month outcomes of percutaneous transluminal coronary angioplasty in patients ≥75 with those <75 years of age: The ROSETTA Registry.  Am J Cardiol 2001; 87:1392-5.

63.  *Benzaquen BS, Cohen V, **Eisenberg MJ**.  Effects of cocaine on the coronary arteries. Am Heart J 2001; 142:402-10.

64.  Huynh T, **Eisenberg MJ**, Deligonul U, Tsang J, Okrainec K, Schechter D, Lefkovits J, Mak KH, Brown DL, Brieger D. Coronary stenting in diabetic patients: Results from the ROSETTA Registry.  Am Heart J 2001; 142:960-4.

65.  **Eisenberg MJ**. Risk stratification for arrhythmic events: Are the bangs worth the bucks? J Am Coll Cardiol 2001; 38:1912-1915.

66.  *Tsang J, Sheppard R, Mak KH, Brown D, Hyunh T, Schechter D, **Eisenberg MJ**.  Six month outcomes of PTCA in hypertensive patients: Results from the ROSETTA Registry.  Am Heart J 2002; 143:124-9.

67.  *Cherney D, **Eisenberg MJ**.  Functional testing after coronary artery bypass graft surgery.  Cardiovasc Rev Rep 2002; 23:96-100.

68.  *Garzon P, Sheppard R, **Eisenberg MJ**, Schechter D, Lefkovits J, Goudreau E, Mak KH, Brown DL. Comparison of event and procedure rates following percutaneous transluminal coronary angioplasty in patients with and without previous coronary artery bypass graft surgery.  Am J Cardiol 2002; 89:251-6.

69.  Pilote L, Green L, Joseph L, Richard H, **Eisenberg MJ**.  Antibiotics against chlamydia pneumonia and prognosis after acute myocardial infarction.  Am J Cardiol 2002; 143:294-300.

70.  Pilote L, Lauzon C, Huynh T, Dion D, Roux R, Racine N, Carignan S, Diodati JG, Levesque C, Charbonneau F, Pouliot J, Joseph L, **Eisenberg MJ**.  Quality of life after acute myocardial infarction among patients treated at sites with and without on-site availability of angiography.  Arch Intern Med 2002; 162:553-9.

71.  Doucet M, **Eisenberg M**, Pilote L.  Effects of hospital volume on long-term outcomes after percutaneous transluminal coronary angioplasty following acute myocardial infarction.  Am Heart J 2002; 144:144-50.

72.  Pilote L, Beck C, Richard H, **Eisenberg MJ**.  The effects of cost-sharing on essential drug prescriptions, medical care utilization, and outcome after acute myocardial infarction in elderly patients. CMAJ 2002; 167:246-52.

73.  *Al-Mukhaini M, **Eisenberg MJ**, Horlick E.  Functional status and quality of life following non-Q wave myocardial infarction. Can J Cardiol 2002; 18:1059-66.

18

*Mark J. Eisenberg, MD MPH FACC FAHA*

74. *Babapulle M, **Eisenberg MJ**.  Coated stents for the prevention of restenosis: Part I. Circulation 2002; 106:2734-40.

75. *Babapulle M, **Eisenberg MJ**.  Coated stents for the prevention of restenosis: Part II. Circulation 2002; 106:2859-66.

76. *Saririan M, **Eisenberg MJ**.  Myocardial laser for the treatment of end stage coronary artery disease.  J Am Coll Cardiol 2003; 41:173-83.

77. *Essebag V, **Eisenberg MJ**.  Expanding indications for defibrillators after myocardial infarction: Risk stratification and cost effectiveness.  Card Electrophys Rev 2003; 7:45-50.

78. Simpson E, Beck C, Richard H, **Eisenberg MJ**, Pilote L.  Drug prescriptions following acute myocardial infarction: dosage, compliance, and persistence.  Am Heart J 2003; 145:438-44.

79. *Chin A, Goldman L, **Eisenberg MJ**.  Functional testing after coronary artery bypass graft surgery: A meta-analysis.  Can J Cardiol 2003; 19:802-8.

80. *Jamal SM, Shrive FM, Ghali WA, Knudtson ML, **Eisenberg MJ**.  In-hospital outcomes after percutaneous coronary intervention in Canada: 1992/93- 2000/01.  Can J Cardiol 2003; 19:782-9.

81. **Eisenberg MJ,** Jamal S.  Glycoprotein IIb/IIIa inhibition in the setting of acute ST-segment elevation myocardial infarction.  J Am Coll Cardiol 2003; 42:1-6.

82. **Eisenberg MJ**, Okrainec K.  Medical therapy in patients undergoing PTCA: Results from the ROSETTA Registry.  Can J Cardiol 2003; 19:1009-15.

83. Rodrigues EJ, **Eisenberg MJ**, Pilote L.  Effects of early and late administration of angiotensin-converting enzyme inhibitors on mortality after myocardial infarction.  Am J Med 2003; 115:473-9.

84. *Brox AC, Filion KB, Zhang X, Pilote L, Obrand D, Haider S, Azoulay A, **Eisenberg MJ**.  In-hospital cost of abdominal aortic aneurysm repair in Canada and the United States.  Arch Intern Med 2003; 163:2500-4.

85. *Mortazavi A, Langleben D, Ernst P, **Eisenberg MJ**.  Altitude-related hypoxia: Risk assessment and management for passengers on commercial aircraft.  Aviat Space Environ Med 2003; 74:922-7.

86. *Sheppard R, **Eisenberg MJ**, Donath D, Meerkin D.  Intracoronary brachytherapy for the prevention of restenosis following percutaneous coronary revascularization.  Am Heart J 2003; 146:775-86.

87. *Azoulay A, Pilote L, Filion KB, **Eisenberg MJ**.  Costs of treatment of acute myocardial infarction in Canadian and US hospitals.  CVR & R 2003; 24:555-60.

88. **Eisenberg MJ**, Brox A, Bestawros A.  Calcium-channel blockers: An update.  Am J Med 2004; 116:35-43.

89.    **Eisenberg MJ**, Blankenship JC, Huynh T, Azrin M, Pathan A, Sedlis S, Panja M, Starling MR, Beyar R, Azoulay A, Caron J, Pilote L.   Evaluation of routine functional testing after percutaneous coronary intervention.  Am J Cardiol 2004; 93:744-7.

90.    *Chee J, Filion KB, Haider S, Pilote L, **Eisenberg MJ.**  Impact of age on hospital course and cost of coronary artery bypass grafting.  Am J Cardiol 2004; 93:768-71.

91.    *Goldman L, Okrainec K, **Eisenberg MJ**, Schechter D, Lefkovits J, Goudreau E, Deligonul U, Mak KH, Del Core M, Duerr R, Huynh T, Smilovitch M, Sedlis S, Brown DL, Brieger D; ROSETTA Investigators.  Six month outcomes after single and multi-lesion percutaneous coronary intervention: Results from the ROSETTA Registry.  Can J Cardiol 2004; 20:608-12.

92.    **Eisenberg MJ**, Schechter D, Lefkovits J, Goudreau E, Deligonul U, Mak KH, Duerr R, Del Core M, Garzon P, Huynh T, Smilovitch M, Sedlis S, Brown DL, Brieger D, Pilote L.  Utility of routine functional testing after percutaneous transluminal coronary angioplasty: Results from the ROSETTA Registry.  J Inv Cardiol 2004; 16:318-22.

93.    Mak KH, **Eisenberg MJ**, Tsang J, Okrainec K, Huynh T, Brown D.  Clinical impact of functional testing strategy among stented and non-stented patients: Insights from the ROSETTA Registry.  Int J Cardiol 2004; 95:321-7.

94.    *Okrainec K, Banerjee DK, **Eisenberg MJ**.   Coronary artery disease in developing countries: Prevalence, prevention, and control.  Am Heart J 2004; 148:7-15.

95.    *Jamal S, **Eisenberg MJ,** Christopoulos S.   Rhabdomyolysis associated with hydroxymethylglutaryl-coenzyme A reductase inhibitors.  Am Heart J 2004; 147:956-65.

96.    Pilote L, Abrahamowicz M, Rodrigues E, **Eisenberg MJ**, Rahme E.  Mortality rates in elderly patients who take angiotensin-converting enzyme inhibitors after acute myocardial infarction: A class effect?  Ann Intern Med 2004; 141:101-12.

97.    Antoniou J, Martineau P, Filion KB, Haider S, Zukor D, Huk O, Pilote L, **Eisenberg MJ**.  In-hospital costs of total hip arthroplasty in Canada and the United States.  J Bone Joint Surg Am 2004; 86:2435-9.

98.    *Babapulle MN, Joseph L, Bélisle P, Brophy JM, **Eisenberg MJ**.   A hierarchical Bayesian meta-analysis of randomized clinical trials of drug-eluting stents.  Lancet 2004; 364:583-91.

99.    **Eisenberg MJ**.  Drug-eluting stents: Some bare facts.  Lancet 2004; 364:1466-7.

100.   *Okrainec K, Platt R, Pilote L, **Eisenberg MJ**.  Cardiac medical therapy in patients undergoing coronary artery bypass graft surgery: A review of randomized controlled trials.  J Am Coll Cardiol 2005; 45:177-84.

101.   *Saririan M, Cugno S, Blankenship J, Huynh T, Pilote L, Wilson B, **Eisenberg MJ**.  Routine versus selective functional testing after percutaneous coronary intervention in patients with diabetes mellitus.  J Inv Cardiol 2005; 17:25-9.

*Mark J. Eisenberg, MD MPH FACC FAHA*

102.   *Gioia LC, Filion KB, Haider S, Pilote L, **Eisenberg MJ**.  Hospital readmissions following abdominal aortic aneurysm repair.  Ann Vasc Surg 2005; 19:35-41.

103.   *Buresly K, **Eisenberg MJ**, Zhang X, Pilote L.  Bleeding complications associated with combinations of aspirin, thienopyridine derivatives and warfarin in elderly patients following acute myocardial infarction.  Arch Intern Med 2005; 165:784-9.

104.   *Ludvig J, Miner B, **Eisenberg MJ**.  Smoking cessation in patients with coronary artery disease.  Am Heart J 2005; 149:565-72.

105.   Zhou Z, Rahme E, Abrahamowicz M, Tu JV, **Eisenberg MJ**, Humphries K, Austin PC, Pilote L.  Effectiveness of statins for secondary prevention in elderly patients after acute myocardial infarction: An evaluation of class effect.  CMAJ 2005; 172:1187-94.

106.   Beck C, **Eisenberg MJ**, Pilote L.  Invasive versus non-invasive management of acute myocardial infarctions: A review of randomized controlled trials and observational studies.  Am Heart J 2005; 149:194-9.

107.   **Eisenberg MJ**, Teng F, Chaudhry MR, Ortiz J, Sobkowski W, Ebrahim I, Saligrama RS, Serio K, Lader E, Pilote L.  Impact of invasive management versus non-invasive management on functional status and quality of life following non-Q-wave myocardial infarction: A randomized clinical trial.  Am Heart J 2005; 149:813-19.

108.   **Eisenberg MJ**, Filion KB, Azoulay A, Brox AC, Haider S, Pilote L.  Outcomes and costs of coronary artery bypass graft surgery in the United States and Canada.  Arch Intern Med 2005; 165:1506-13.

109.   *Martineau PA, Filion KB, Huk O, Zukor D, **Eisenberg MJ,** Antoniou J.  Primary hip arthroplasty costs are higher in low-volume than in high-volume Canadian hospitals.  Clin Orthop Relat R 2005; 437:152-6.

110.   *Derghazarian S, **Eisenberg MJ**.  Late thrombosis associated with drug-eluting stents.  Am Heart Hosp J 2005; 3:203-4.

111.   *Quon B, Firszt R, **Eisenberg MJ**.  A comparison of drug pricing between Canadian-based internet pharmacies and major U.S. drug chain pharmacies.  Ann Intern Med 2005; 143:397-404.

112.   *Gitman M, Okrainec K, Nguyen H, Duerr R, Del Core M, Fourchy D, Huynh T, Lader E, Rogers FJ, Chaudhry MR, Pilote L, **Eisenberg MJ**.  Impact of diabetes on 12-month outcomes following coronary artery bypass graft surgery: Results from the ROSETTA-CABG Registry.  Can J Cardiol 2005; 21:1169-74.

113.   *Bestawros A, Filion KB, Haider S, Pilote L, **Eisenberg MJ**.  Coronary artery bypass graft surgery: Do women cost more?  Can J Cardiol 2005; 21:1195-1200.

114.   **Eisenberg MJ**, Gioia LC.  Angiotensin II receptor blockers in congestive heart failure.  Cardiol Rev 2006; 14:26-34.

115.   **Eisenberg MJ**.  An American physician in the Canadian health care system.  Arch Intern Med 2006; 166:281-2.

116. **Eisenberg MJ,** Wou K, Nguyen H, Duerr R, Del Core M, Fourchy D, Huynh T, Lader E, Rogers FJ, Chaudhry R, Okrainec K, Pilote L.  Use of stress testing early after coronary artery bypass graft surgery.  Am J Cardiol 2006; 97:810-16.

117. **Eisenberg MJ,** Nguyen H, Duerr R, Del Core M, Fourchy D, Huynh T, Lader E, Rogers FJ, Chaudhry R, Okrainec K, Wou K, Pilote L.  Lack of benefit for routine functional testing early after coronary artery bypass graft surgery: Results from the ROSETTA-CABG Registry.  J Invas Cardiol 2006; 18:147-52.

118. *Wou K, Nguyen H, Duerr R, Del Core M, Fourchy D, Huynh T, Lader E, Rogers FJ, Chaudhry R, Pilote L, **Eisenberg MJ.**  Impact of functional testing results on prescription patterns of anti-anginal medication after coronary artery bypass graft surgery: Results from the ROSETTA-CABG Registry.  J Invas Cardiol 2006; 18:278-82.

119. *Kurzencwyg D, Filion KB, Pilote L, Nault P, Platt RW, Rahme E, Steinmetz O, **Eisenberg MJ.**  Cardiac medical therapy among patients undergoing abdominal aortic aneurysm repair.  Ann Vasc Surg 2006; 20:569-76.

120. *Okrainec K, Pilote L, Platt R, **Eisenberg MJ.**  Use of cardiovascular medical therapy among patients undergoing coronary artery bypass graft surgery: Results from the ROSETTA-CABG Registry.  Can J Cardiol 2006; 22:841-7.

121. **Eisenberg MJ**, Konnyu KJ.  Drug-eluting stents for the prevention of in-stent restenosis: A review of randomized clinical trials.  Am J Cardiol 2006; 98:375-82.

122. **Eisenberg MJ.**  Drug-eluting stents: The price is not right.  Circulation 2006; 114:1745-54.

123. *Violette PD, Filion KB, Haider S, Pilote L, **Eisenberg MJ**.  A cost analysis of nonelective coronary artery bypass graft surgery.  J Can Surg 2006; 21:621-7.

124. Halabi AR, Beck CA, **Eisenberg MJ,** Richard H, Pilote L.  Impact of on-site cardiac catherization on resource utilization and fatal and non-fatal outcomes after acute myocardial infarction.  BMC Health Serv Res 2006; 6:148.

125. *Birnbaum LM, Filion KB, Joyal D, **Eisenberg MJ**.  Second reading of coronary angiograms by non-cardiologists.  Can J Cardiol 2006; 22:1217-21.

126. Huynh T, O'Loughlin J, Joseph L, Schampaert E, Rinfret S, Afilalo M, Kouz S, Cantin B, Nguyen M, **Eisenberg MJ**.  AMI-Quebec Study Investigators.  Delays to reperfusion therapy in acute ST-segment elevation myocardial infarction: Results from the AMI-Quebec Study.  CMAJ 2006; 175:1527-32.

127. Greenland P, Bonow RO, Brundage BH, Budoff MJ, **Eisenberg MJ** et al.  ACCF/AHA 2007 clinical expert consensus document on coronary artery calcium scoring by computed tomography in global cardiovascular risk assessment and in evaluation of patients with chest pain: A report of the American College of Cardiology Foundation Clinical Expert Consensus Task Force (ACCF/AHA writing committee to update the 2000 expert consensus document on electron beam computed tomography) developed in collaboration with the Society of Atherosclerosis Imaging and Prevention and the Society

*Mark J. Eisenberg, MD MPH FACC FAHA*

of Cardiovascular Computed Tomography.  (Published concurrently in J Am Coll Cardiol 2007; 49:378-402 and Circulation 2007; 115:402-6).

128.    Rinfret S, Abrahamowicz M, Tu J, Humphries K, **Eisenberg MJ**, Richard H, Austin PC, Pilote L.  A population-based analysis of the class effect of beta-blockers after myocardial infarction.  Am Heart J 2007; 153:224-30.

129.    *Afilalo J, Majdan AA, **Eisenberg MJ**.  Intensive statin therapy in acute coronary syndromes and stable coronary heart disease: A comparative meta-analysis of randomized controlled trials.  Heart 2007; 93:914-21.

130.    *Afilalo J, Coussa-Charley M, **Eisenberg MJ**.  Long-term risk of ischemic stroke associated with rofecoxib.  Cardiovasc Drugs Ther 2007; 21:117-20.

131.    *Babapulle M, Diodati J, Blankenship J, Huynh T, Cugno S, Puri R, Nguyen P, **Eisenberg MJ**.  Utility of routine exercise treadmill testing early after percutaneous coronary intervention.  BMC Cardiovasc Disord 2007; 7:12-19.

132.    **Eisenberg MJ,** Wilson B, Lauzon C, Huynh T, Eisenhauer M, Mak KH, Blankenship JC, Doucet M, Pilote L.  Routine functional testing after percutaneous coronary intervention: Results of the aggressive diagnosis of restenosis in high risk patients (ADORE II Trial). Acta Cardiologica 2007; 62:143-50.

133.    *Azoulay A, Doris NM, Filion KB, Caron J, Pilote L, **Eisenberg MJ**.  The use of the Transition cost accounting system in health services research.  Cost Eff Resour Alloc 2007; 5:11.

134.    **Eisenberg MJ.**  Substitution of fractionated for unfractionated heparin during high risk PCI - has the problem been solved?  J Am Coll Cardiol 2007; 49:2247-8.

135.    *Filion KB, Pilote L, Rahme E, **Eisenberg MJ**.  Perioperative use of cardiac medical therapy among patients undergoing coronary artery bypass graft surgery: A systematic review.  Am Heart J 2007; 154:407-14.

136.    Gervais A, O'Loughlin J, Dugas E, **Eisenberg MJ**, Wellman RJ, DiFranza JR.  A systematic review of randomized controlled trials of youth smoking cessation interventions.  Drogues, santé et société 2007; (Suppl 2) 6:ii1-ii26.  French version published in Drogues, santé et société 2007; 6:283-316.

137.    Pilote L, Beck CA, **Eisenberg MJ**, Humphries K, Joseph L, Penrod JR, Tu JV. Comparing invasive and noninvasive management strategies for acute myocardial infarction using administrative databases.  Am Heart J 2008; 155:42-8.

138.    *Afilalo J, Duque G, Steele R, Jukema JW, de Craen AJ, **Eisenberg MJ**.  Statins for secondary prevention in elderly patients: A hierarchical Bayesian meta-analysis.  J Am Coll Cardiol 2008; 51:37-45.

139.    Rinfret S, Behlouli H, **Eisenberg MJ**, Humphries K, Tu JV, Pilote L.  Class effects of statins in elderly patients with congestive heart failure: A population-based analysis.  Am Heart J 2008; 155:16-23.

*Mark J. Eisenberg, MD MPH FACC FAHA*

140.    *Filion KB, Pilote L, Rahme E, **Eisenberg MJ**. Use of perioperative cardiac medical therapy among patients undergoing coronary artery bypass graft surgery.  J Cardiac Surg 2008; 23:209-15.

141.    Shrier I, Boivin JF, Platt RW, Steele RJ, Brophy J, Carnevale F, **Eisenberg MJ**, Furlan A, Kakuma R, Macdonald ME, Pilote L, Rossignol M.   The interpretation of meta-analyses: An objective or subjective process?  BMC Med Inform Decis Mak 2008; 8:19.

142.    Pilote L, Abrahamowicz M, **Eisenberg MJ**, Humphries K, Behlouli H, Tu JV. Effect of different angiotensin-converting-enzyme inhibitors on mortality among elderly patients with congestive heart failure. CMAJ 2008; 178:1303-11.

143.    **Eisenberg MJ**, Filion KB, Yavin D, Belisle P, Mottillo S, Joseph L, Gervais A, O'Loughlin J, Paradis G, Rinfret S, Pilote L. Pharmacotherapies for smoking cessation: a meta-analysis of randomized controlled trials. CMAJ  2008; 179:135-44.

144.    *Sharma K, **Eisenberg MJ**.   Putting the benefits of percutaneous coronary revascularization into perspective: From trials to guidelines. Curr Cardiol Reports  2008; 10:393-401.

145.    *Mottillo S, Filion KB, Bélisle P, Joseph L, Gervais A, O'Loughlin J, Paradis G, Pihl R, Pilote L, Rinfret S, Tremblay M, **Eisenberg MJ**.   Behavioral interventions for smoking cessation: A meta-analysis of randomized controlled trials. Eur Heart J 2009; 30:718-30.

146.    *Filion KB, Roy AM, Baboushkin T, Rinfret S, **Eisenberg MJ**.   Cost-effectiveness of drug-eluting stents including the economic impact of late stent thrombosis.  Am J Cardiol 2009; 103:338–344.

147.    **Eisenberg MJ**, Richard P, Libersan D, Filion KB.  Safety of short-term discontinuation of antiplatelet therapy in patients with drug-eluting stents.  Circulation  2009; 119:1634-42.

148.    *Afilalo J, Roy M, **Eisenberg MJ.** Systematic review of fibrinolytic-facilitated PCI: Potential benefits and future challenges.  Can J Cardiol  2009; 25:141-8.

149.    *Afilalo J, Karunananthan S, **Eisenberg MJ**, Alexander KP, Bergman H. The role of frailty in patients with cardiovascular disease. Am J Cardiol  2009; 103:1616-21. Epub Apr 8 2009.

## 2.  Taskforce Publications

1.      American College of Cardiology Foundation; American Society of Interventional & Therapeutic Neuroradiology; Society for Cardiovascular Angiography and Interventions; Society for Vascular Medicine and Biology; Society of Interventional Radiology; Bates ER, Babb JD, Casey DE Jr, Cates CU, Duckwiler GR, Feldman TE, Gray WA, Ouriel K, Peterson ED, Rosenfield K, Rundback JH, Safian RD, Sloan MA, White CJ, Harrington RA, Abrams J, Anderson JL, Bates ER, **Eisenberg MJ**, Grines CL, Hlatky MA, Lichtenberg RC, Lindner JR, Pohost GM, Schofield RS, Shubrooks SJ Jr, Stein JH, Tracy CM, Vogel RA, Wesley DJ.   ACCF/SCAI/SVMB/SIR/ASITN 2007 clinical expert consensus document on carotid stenting: A report of the American College of Cardiology Foundation   Task   Force   on   Clinical   Expert   Consensus   Documents

*Mark J. Eisenberg, MD MPH FACC FAHA*

(ACCF/SCAI/SVMB/SIR/ASITN Clinical Expert Consensus Document Committee on Carotid Stenting).  J Am Coll Cardiol 2007; 49:126-70.

2.   Greenland P, Bonow RO, Brundage BH, Budoff MJ, **Eisenberg MJ**, Grundy SM, Lauer MS, Post WS, Raggi P, Redberg RF, Rodgers GP, Shaw LJ, Taylor AJ, Weintraub WS, Harrington RA, Abrams J, Anderson JL, Bates ER, **Eisenberg MJ**, Grines CL, Hlatky MA, Lichtenberg RC, Lindner JR, Pohost GM, Schofield RS, Shubrooks SJ Jr., Stein JH, Tracy CM, Vogel RA, and Wesley DJ. ACCF/AHA 2007 Clinical Expert Consensus Document on Coronary Artery Calcium Scoring By Computed Tomography in Global Cardiovascular Risk Assessment and in Evaluation of Patients with Chest Pain: A Report of the American College of Cardiology Foundation Clinical Expert Consensus Task Force (ACCF/AHA Writing Committee to Update the 2000 Expert Consensus Document on Electron Beam Computed Tomography) Developed in Collaboration with the Society of Atherosclerosis Imaging and Prevention and the Society of Cardiovascular Computed Tomography. J Am Coll Cardiol 2007; 49:378-402 and Circulation 2007; 115:402-26.

3.   Mensah GA, Grant AO, Pepine CJ, Baddour LM, Cooper LT Jr, Dunbar SB, Froelicher ES, Greenlund KJ, Kaplan EL, Kloner RA, Labarthe DR, Luepker RV, Madjid M, Muller JE, O'connor S, Ornato JP, Robertson RM, Roy MJ, Shah PK, Taubert KA, Wilson WR, Zheng ZJ, Harrington RA, Abrams J, Anderson JL, Bates ER, **Eisenberg MJ**, Grines CL, Hlatky MA, Lichtenberg RC, Lindner JR, Pohost GM, Schofield RS, Shubrooks SJ Jr, Stein JH, Tracy CM, Vogel RA, Wesley DJ. ACCF/AHA/CDC Conference Report on Emerging Infectious Diseases and Biological Terrorism Threats The Clinical and Public Health Implications for the Prevention and Control of Cardiovascular Diseases. J Am Coll Cardiol 2007; 49:1373-5 and Circulation 2007; 115:1656-95.

### *3.   Taskforce Publications in Preparation – Lead Reviewer*

1.   WG, Bluemke DA, Finn JP, Flamm SD, Fogel MA, Friedrich M, Ho VB, Kramer CM, Manning WJ, Pohost GM, Stillman AE, White RD, Woodard PK, Harrington RA, Abrams J, Anderson JL, Bates ER, **Eisenberg MJ**, Grines CL, Hlatky MA, Lichtenberg RC, Lindner JR, Pohost GM, Schofield RS, Shubrooks SJ Jr, Stein JH, Tracy CM, Vogel RA, Wesley DJ. ACCF/AHA Clinical Expert Consensus Document on Cardiovascular Magnetic Resonance Imaging: A report of the American College of Cardiology Foundation Clinical Expert Consensus Task Force (Writing Committee of the Expert Consensus Document on Cardiovascular Magnetic Resonance Imaging).

### *4.   Manuscripts in Press*

1.   **Eisenberg  MJ**, Miner B, Gioia L, Gervais A, Joseph L, O' Loughlin J, Paradis G, Pilote L**.** Zyban as an effective smoking cessation aid for patients following an acute coronary syndrome: The ZESCA trial.  Can J Cardiol.

2.   *Khan R, Rawal S, **Eisenberg MJ**.   Transitioning from 16-slice to 64-slice multi-detector computed tomography for the assessment of coronary artery disease: Are we really making progress? Can J Cardiol.

3.   **Eisenberg MJ**, Blum LM, Filion KB, Rinfret S, Pilote L, Paradis G, Joseph L, Gervais A, O'Loughlin J.  The efficacy of smoking cessation therapies in cardiac patients: A meta-analysis of randomized controlled trials. Can J Cardiol.

*Mark J. Eisenberg, MD MPH FACC FAHA*

4.    *Abourbih S, Filion KB, Bélisle P, Joseph L, Genest J, Pilote L, Poirier P, Rinfret S, Schiffrin E, **Eisenberg MJ**. The effect of fibrates on lipid profiles and cardiovascular outcomes: A systematic review of randomized controlled trials.  Am J Med.

### 5.    *Manuscripts Submitted*

1.    *Sharma K, **Eisenberg MJ**. Therapeutic hypothermia in acute myocardial infarction and cardiogenic shock: Is colder better?

2.    Rinfret S, Mongeon FP, Belisle P, Joseph L, **Eisenberg MJ**.  Primary percutaneous coronary intervention in acute myocardial infarction with or without thrombectomy: A meta-analysis.

3.    *Wakil S, Filion KB, Genest J, Joseph L, Pilote L, Poirier P, Rinfret S, Schiffrin E, **Eisenberg MJ**. A hierarchical Bayesian meta-analysis of the effect of weight loss pharmacotherapies on metabolic and cardiovascular outcomes.

4.    Joyal D, Filion KB, **Eisenberg MJ**.  Effectiveness and Safety of Drug-Eluting Stents in Vein Grafts: A Meta-Analysis.

5.    Chaudhry R, Chaudhry F, Huynh T, Lader E, Rashid S, Okrainec K, Wou K, **Eisenberg MJ**.  Effect of Smoking on age at the time of Coronary Artery Bypass Graft Surgery: Baseline Data Results from the ROSETTA-CABG Registry.

### 6.    *Manuscripts in Preparation*

1.    Thanassoulis G, Karp I, Humphries K, Tu J, **Eisenberg MJ**, Pilote L. Provincial variations in drug use and outcomes among Canadian patients with heart failure.

2.    *Lega I, Leong A, Motillo S, Filion KB, Berry EM, Genest J, Poirier P, **Eisenberg MJ**. The effect of broad-spectrum pharmacotherapies used to treat the metabolic syndrome on cardiovascular outcomes: Part 1.

3.    *Leong A, Lega I, Filion KB, Motillo S, Berry EM, Genest, Poirier P, **Eisenberg MJ**. The effect of broad-spectrum pharmacotherapies used to treat the metabolic syndrome on cardiovascular outcomes: Part 2.

4.    *Motillo S, Filion KB, Bélisle P, Joseph L, Genest J, Pilote L, Poirier P, Rinfret S, Schiffrin E, **Eisenberg MJ**. Cardiac outcomes in patients with metabolic syndrome: A meta-analysis.

5.    *Filion KB, Bélisle P, Joseph L, Gervais A, O'Loughlin J, Paradis G, Pilote L, Rinfret S, **Eisenberg MJ**.  Seeing through the smoke: Is the use of placebo still ethical in trials examining smoking cessation pharmacotherapies?

6.    Abenhaim H, Motillo S, Filion KB, Gervais A, Joseph L, Phil RO, O'Loughlin J, Paradis, G, Rinfret S, Pilote L, Tremblay M, **Eisenberg MJ**.  The efficacy of smoking cessation behavioural interventions among pregnant women.

7.    *Zhai A, **Eisenberg MJ**.  The influence of endurance training on age-associated cardiovascular changes.

*Mark J. Eisenberg, MD MPH FACC FAHA*

8.      *Abualsaud AO, **Eisenberg MJ**.   Perioperative management of patients with drug-eluting stents.

9.      *Garg S, Filion KB, Buzaid A, **Eisenberg MJ**.  Percutaneous aortic valve replacement.

10.     *Wakil, S, Filion KB, Grandi S, Belisle P, Joseph L, Genest J, Pilote L, Poirier P, Rinfret S, Schiffrin E, **Eisenberg MJ**.  A hierarchical Bayesian meta-analysis of the effect of popular diets on weight loss and cardiovascular risk factors.

11.     *Filion KB, Richard P, Belisle P, Joseph L, Genest J, Pilote L, Poirier P, Rinfret S, Schiffrin E, **Eisenberg MJ**.  The metabolic and cardiovascular effects of thiazolidinediones: a hierarchical Bayesian meta-analysis.

12.     Boothroyd L, **Eisenberg MJ**.   Value of prehospital diagnostic information in the management of suspected acute coronary syndrome.

13.     *Dixit P, **Eisenberg MJ**.   The effect of diets on weight loss and cardiovascular risk factors: a systematic review.

14.     *Grandi S, **Eisenberg MJ**. Smoking cessation post-acute coronary syndrome.

15.     *Lawler P, Filion KB, **Eisenberg MJ**. Effect of exercise on weight loss and cardiovascular outcomes: A meta-analysis.

16.     *Mizina Y, Filion KB, Grandi S, Belisle P, Joseph L, Genest J, Pilote L, Poirier P, Rinfret S, Schiffrin E, **Eisenberg MJ**.  A hierarchical Bayesian meta-analysis of the effect of popular diets on weight loss and cardiovascular risk factors.

17.     *Sowerby R, Filion KB, **Eisenberg MJ**.  Failed reperfusion post thrombolysis for acute myocardial infarction: update on recognition and management.

18.     *Lawler P, Filion KB, **Eisenberg MJ**.  Effect of erythropoietin on cardiovascular outcomes among patients with congestive heart failure: A meta-analysis.

19.     **Eisenberg MJ**, Grandi S, Berry EM.  Obesity legislation.

20.     *Desplantie O, Filion KB, **Eisenberg MJ**.  Improving the clinician scientist pathway: a survey of cardiology residents.

## 7.   Collaborative Works

1.      Lee DS, Chiu M, Manuel DG, Tu K, Wang X, Austin PC, Mattern MY, Mitiku TF, Svenson LW, Putnam W, Flanagan WM, Tu JV.  Trends in risk factors for cardiovascular disease in Canada: temporal, socio-demographic and geographic factors.  Canadian Cardiovascular Outcomes Research Team.  CMAJ 2009; 181:E55-66. Epub Jul 20 2009.

2.      Jackevicius CA, Cox JL, Carreon D, Tu JV, Rinfret S, So D, Johansen H, Kalavrouziotis D, Demers V, Humphries K, Pilote L.  Long-term trends in use of and expenditures for cardiovascular medications in Canada.  Canadian Cardiovascular Outcomes Research Team.  CMAJ 2009; 181:E19-28. Epub Jul 7 2009.

*Mark J. Eisenberg, MD MPH FACC FAHA*

3.      Tu JV, Nardi L, Fang J, Liu J, Khalid L, Johansen H.  National trends in rates of death and hospital admissions related to acute myocardial infarction, heart failure and stroke, 1994-2004.  Canadian Cardiovascular Outcomes Research Team.  CMAJ 2009; 180:E118-25. Epub Jun 23 2009.

## 8.  Abstracts

1.      **Eisenberg MJ**, Barbash GI, Hod H, Roth A, Shachar A, Modan M,  Zolti L, Kaplinsky E,  Laniado S, Rabinowitz B.  Prognostic importance of delayed Q-wave evolution 3 to 24 hours after thrombolytic therapy for acute myocardial infarction.  J Am Coll Cardiol 1991; (Suppl A) 255A.

2.      **Eisenberg MJ**, Mendelson J, Evans GT Jr, Jue Jones RT, Schiller NB.  Absence of myocardial ischemia and left ventricular dysfunction immediately after intravenous cocaine.  J Am Soc Echocardiogr 1992; 5:326.

3.      **Eisenberg MJ**, Oken K, Guerrero S, Saniei MA, Schiller NB.  The prognostic value of echocardiography in hospitalized patients with pericardial effusions.  J Am Coll Cardiol 1992; (Suppl A) 266A.

4.      **Eisenberg MJ**, London M, Leung J, Hollenberg M, Browner W, Mangano DT.  Intra-operative monitoring for myocardial ischemia: Does 12-lead electrocardiography or transesophageal echocardiography have incremental value?  J Am Coll Cardiol 1992; 55A.

5.      **Eisenberg MJ**, Keeler GP, Pilote L.  Regional variation of medical therapy in patients undergoing percutaneous coronary revascularization in the United States.  Circulation 1995; (Suppl I) 92:I-436.

6.      Challapalli RM, **Eisenberg MJ**, Sigmon K, Lemberger J.  Platelet glycoprotein IIb/IIIa monoclonal antibody (c7E3) reduces distal embolization during percutaneous in intervention of saphenous vein grafts. Circulation  1995; (Suppl I)  92:I-607.

7.      Eccleston DS, **Eisenberg MJ**.  Ticlopidine without intravascular ultrasound or coumadin reduces high marginal costs of elective coronary stent deployment.  Circulation  1995; (Suppl I) 92:I-796.

8.      **Eisenberg MJ**, Topol EJ.  High marginal costs associated with routine placement of coronary stents.  J Am Coll Cardiol  1995; (Suppl A) 25:418A.

9.      **Eisenberg MJ**, Pilote L, Keeler G, Califf R, Topol EJ.  Inadequate pre-hospital medical therapy in patients undergoing percutaneous coronary revascularization:  results from the CAVEAT trial.  J Am Coll Cardiol 1995; 25:313A.

10.     Eccleston D, **Eisenberg MJ**, Topol EJ.  High marginal costs associated with elective deployment of coronary stents.  Aust N Z J Med 1995; 25:646.

11.     Eccleston D, **Eisenberg MJ**, Topol EJ.  Ticlopidine reduces high marginal costs associated with elective deployment of coronary stents.  Aust N Z J Med  1995; 25:646.

12.     Mak KH, **Eisenberg MJ**, Eccleston DS, Brown KJ, Heisler ME, Ellis SG.  Is reuse of PTCA balloon catheters cost-effective?  Circulation  1995; (Suppl I)  92:I-661.

13.     Eccleston DS, **Eisenberg MJ**.   Primary "French" or restenosis stenting, or balloon angioplasty?  Relative outcomes & costs using a decision analytic model.  Circulation 1995; (Suppl I)  92:I-662.

14.     **Eisenberg MJ**, Taylor JM, Cove CJ, Brown KJ, Ellis SG.  Comparison of percutaneous coronary revascularization costs among HMO and non-HMO cardiologists.  Circulation 1996; (Suppl I) 94:I-49.

15.     **Eisenberg MJ**,  Challapalli R,  Nguyen T,  Brown KJ. Correlates of  in-hospital cost among patients undergoing abdominal aortic aneurysm repair.  Circulation  1996; (Suppl I) 94:I-175.

16.     **Eisenberg MJ**,  Ballal R,  Heidenreich PA,  Brown KJ,  Grifin BP,  Tuzcu M. Echocardiographic score predicts in-hospital cost in patients undergoing percutaneous balloon mitral valvuloplasty.  J Am Coll Cardiol 1996; (Suppl A) 27:37A.

17.     Mak KH, **Eisenberg MJ**, Plante S, Strauss BH, Apheart KL, Topol EJ.  Reuse of PTCA catheters is not associated with increased in-hospital complications.  J Am Coll Cardiol 1996; (Suppl A) 37:360A.

18.     **Eisenberg MJ**, Rodes J, Cote G, Bilodeau L, Doucet S, Perrault J, Tanguay J-F.  Cost-effectiveness of the 8F Angio-Seal hemostatic device.   Am J Cardiol  1997; (TCT Abstract Suppl)  80 (7A); 71S.

19.     Pilote L, Lavoie F, Saynian O, **Eisenberg MJ**, McClellan M. Procedures and outcomes for the treatment of the Elderly with acute myocardial infarction in the United States and Canada between 1988 and 1994. Circulation  1998; (Suppl I) 98:I-195.

20.     **Eisenberg MJ**, Schechter D, Lefkovits J, et al.  Low yield of routine functional testing after percutaneous transluminal coronary angioplasty.  J Am Coll Cardiol  1999;  (Suppl A)  33:543A.

21.     *Abenhaim H, **Eisenberg MJ**, Schechter D, et al.  Six month outcomes of percutaneous transluminal coronary angioplasty in the elderly:  results from the ROSETTA Registry.  J Am Coll Cardiol 1999:  (Suppl A) 33:512A.

22.     *Azoulay A, **Eisenberg MJ**, Pilote L.  Cost of treatment of acute myocardial infarction in the United States and Canada.  J Am Coll Cardiol 1999;  (Suppl A)  33:307A.

23.     **Eisenberg MJ**, Schechter H, Lefkovits J, et al.  Utility of routine functional testing after percutaneous transluminal coronary angioplasty:  results from the ROSETTA Registry.  Circulation  1998;  (Suppl I) 100:I442-443.

24.     *Tsang JP, Garzon P, **Eisenberg MJ,** et al.   Six month outcomes of percutaneous transluminal coronary angioplasty in hypertensive patients:  results from the ROSETTA Registry.  Circulation 1999; (Suppl I) 100:I-535.

25.    *Azoulay A, **Eisenberg MJ**, Schechter D, et al.  International variations in treatment patterns and clinical outcomes following percutaneous transluminal coronary angioplasty. Circulation  1999;  (Suppl I) 100:I535.

26.    Doucet M, **Eisenberg MJ,** Pilote L. Relationship between institutional volume and long-term outcome after PTCA. J Am Coll Cardiol  2000; (Suppl A) 35: 12A.

27.    Doucet M, **Eisenberg MJ**, Joseph L, Pilote L.  The effect of hospital volume on long-term outcome after percutaneous transluminal coronary angioplasty.  J Am Coll Cardiol 2000; (Suppl A)  35: 12-13A.

28.    **Eisenberg MJ**, Schechter D, Lefkovits J, et al.  Use of routine functional testing after percutaneous transluminal coronary angioplasty:  Results from the ROSETTA Registry. J Am Coll Cardiol  2000; (Suppl A)  35:210A.

29.    *Garzon PM, **Eisenberg MJ**, Schechter D, et al.  High event and procedure rates following percutaneous transluminal coronary angioplasty in patients with previous coronary artery bypass graft surgery.  Circulation  2000; (Suppl II) 102:II-681.

30.    Pilote L, Lauzon C, Huynh T, Dion D, Roux R, Racine N, Carignan S, Diodati JG, Charbonneau F, Levesque C, Pouliot J, Joseph L, **Eisenberg MJ.** A prospective cohort study of quality of life after acute myocardial infarction at sites with or without coronary angiography. Can J Cardiol 2000; (Suppl F) 16:205F.

31.    *Goldman LE, **Eisenberg MJ.**  Utility of routine functional testing after multi-lesion PTCA.  Can J Cardiol  2000; (Suppl F)  16:220F.

32.    *Sheppard R, **Eisenberg MJ**, Azoulay A.  Routine exercise testing after PTCA.  Can J Cardiol   2000; (Suppl F) 16:220F.

33.    *Bhatia SR, **Eisenberg MJ**.  Medication dosages following percutaneous transluminal coronary angioplasty:  Results from the ROSETTA Registry.  J Am Coll Cardiol  2001; (Suppl A)  37:299A.

34.    *Deligonul U, **Eisenberg MJ** et al.  Utility of routine functional testing after PTCA in patients with diabetes mellitus. J Am Coll Cardiol  2001; (Suppl A) 37:58A.

35.    Beck C, Joseph L, **Eisenberg MJ** et al.  Predictors of quality of life 6 months and 1 year after acute myocardial infarction. J Am Coll Cardiol  2001; (Suppl A) 37:491A.

36.    Pilote L, Huynh T, **Eisenberg MJ** et al.  A prospective cohort study of quality of life after acute myocardial infarction at sites with and without coronary angiography. J Am Coll Cardiol  2001; (Suppl A)  37:491A.

37.    Pilote L, Joseph L, **Eisenberg MJ** et al.  Universal health insurance coverage does not eliminate inequities in access to cardiac procedures after acute myocardial infarction. J Am Coll Cardiol  2001; (Suppl A) 37:497A.

38.    **Eisenberg MJ**, Pilote L, Blankenship J et al.  Aggressive diagnosis of restenosis: results from the ADORE Trial.  American College of Cardiology Meeting 2001 (Late-Breaking Clinical Trials Session) 38:599.

39.     *Puri R, **Eisenberg M**, Sedlis S, Arbor A, Azrin M, Siegel R, Smilovitch M, Pilote L, Azoulay A. Routine functional testing following single and multi-lesion percutaneous coronary interventions: results from the ADORE Trial. Circulation  2001; 104:II-734.

40.     Simpson EA, Beck CA, Richard H, Rodrigues EJ, Merrett P, Pilote L, **Eisenberg MJ**. "Evidence-based" drug prescriptions post-acute myocardial infarction: Prescription combinations, compliance and persistence. Circulation  2001; 104:II-838.

41.     Mak KH, Puri R, **Eisenberg MJ**. Lack of benefit from routine functional testing among patients undergoing coronary stenting: insights from the ADORE Trial. J Am Coll Cardiol 2002; (Suppl A) 39:24A.

42.     *Cugno S, **Eisenberg MJ** et al. Impact of percutaneous coronary intervention on functional status: results from the ADORE Trial. J Am Coll Cardiol 2002; (Suppl A) 39:179A.

43.     *Brox A, Azoulay A, Filion KB, **Eisenberg, MJ.** Cost of Abdominal aortic aneurysm repair in Canada and the United States. J Am Coll Cardiol 2002; (Suppl A) 39:439A.

44.     *Rudski LG, Dharsi K, Paterson DI, Dascal A, **Eisenberg MJ**. Patterns of treatment for native valve streptococus viridans endocarditis among cardiologists versus infectious disease specialists. J Am Coll Cardiol 2002; (Suppl A) 39:455A.

45.     *Azoulay A, **Eisenberg MJ.** The use of transition cost accounting system to compare costs of treatment between Canada and the United States: Methodological issues based on the case of acute myocardial infarction.  Eclipsys User Network and Can TSI Conf 2001.

46.     *Azoulay A, Brox A, Filion K, **Eisenberg MJ.** The cost of coronary artery bypass graft surgery in Canada and the United States.  Eclipsys User Network GK and Can TSI Conf 2001.

47.     *Cugno S, **Eisenberg MJ**, Blakenship J, Starling M, Sedlis S, Smilovitch M, Pilote L. Routine functional testing in patients with low left ventricular ejection fraction: Results from the ADORE Trial.  AHA (Asia-Pacific) 2002.

48.     Rodrigues E, **Eisenberg MJ,** Pilote L.  Do ACE Inhibitors exert a class effect on mortality after acute myocardial infarction?  Internat Soc Pharmacoepid, Edinburgh, Scotland, August 2002.

49.     *Cugno S, **Eisenberg MJ**, Huynh T, Blankenship J, Sedlis S, Starling M, Pilote L. Routine functional testing in patients with diabetes mellitus: Results from the ADORE Trial.  AHA (Asia-Pacific) 2002.

50.     *Filion KB, **Eisenberg MJ**.  Institutional variations in surgical treatment costs in the United States and Canada.  Can TSI Conf 2002.

51.     *Filion KB, **Eisenberg MJ**.  Perioperative myocardial ischemic complications following abdominal aortic aneurysm repair lead to substantially increased in-hospital costs.  Can TSI Conf 2002.

*Mark J. Eisenberg, MD MPH FACC FAHA*

52.  *Babapulle M, Cugno S, Puri R, **Eisenberg MJ.**  Early exercise testing after percutaneous coronary intervention does not predict clinical events.  Circulation  2002; 106:II-724.

53.  **Eisenberg MJ,** Azoulay A, Filion KB, Haider S, Pilote L.  Outcomes and cost of coronary artery bypass graft surgery in the United States and Canada.  Circulation 2002; 106:II-757.

54.  **Eisenberg MJ,** Cugno S, Puri R, Blankenship J, Huynh T, Starling M, Pilote L.  Routine functional testing following percutaneous coronary intervention leads to increased clinical events in high-risk patients: Results from the ADORE Trial.  Circulation 2002; 106:II-437.

55.  *Brox AC, Azoulay A, Haider S, **Eisenberg MJ**.  Rates of postoperative complications following coronary artery bypass graft surgery.  Circulation 2002; 106:II-437.

56.  Pilote L, Simpson E, Beck CA, Lauzon C, **Eisenberg MJ**, for the Quality of life after acute myocardial infarction (QOLAMI) investigators.  Diabetes and quality of life after acute myocardial infarction.  Can J Cardiol 2002; 18:234B.

57.  *Martineau P, Filion KB, Antoniou J, **Eisenberg MJ.**  In-hospital cost comparison of total hip arthroplasty in Canada and the United States.  70th Annual Meeting of Am Acad Ortho Surg 2003.

58.  **Eisenberg MJ**, Filion KB, Moreland A, Saynina O, Pilote L, TECH Investigators.  International trends in the use of primary percutaneous coronary intervention.  J Am Coll Cardiol 2003; (Suppl A) 41:4A-5A.

59.  **Eisenberg MJ**, Filion KB, Haider S, Pilote L.  Institutional variations in surgical treatment costs in the United States and Canada.  J Am Coll Cardiol 2003; (Suppl A) 41:523A-524A.

60.  **Eisenberg MJ**, Teng F, Chaudhry M, Ortiz J, Pilote L.  Improved functional status and quality of life after invasive management of non-ST-segment elevation acute myocardial infarction.  J Am Coll Cardiol 2003; (Suppl A) 41:398A-399A.

61.  *Filion KB, Pilote L, Haider S, **Eisenberg MJ**.  Perioperative myocardial ischemic complications following abdominal aortic aneurysm repair lead to substantially increased in-hospital costs.  J Am Coll Cardiol 2003; (Suppl A) 41:236A.

62.  *Gioia LC, Filion KB, Haider S, Pilote L, **Eisenberg MJ**.  Hospital readmissions following abdominal aortic aneurysm repair.  J Am Coll Cardiol 2003; (Suppl A) 41:236A.

63.  *Ludvig J, **Eisenberg MJ**.  Clinical trials of smoking cessation aids: A meta-analysis.  J Am Coll Cardiol 2003; (Suppl A) 41:525A.

64.  *Okrainec K, **Eisenberg MJ**, Pilote L.  Physician-prescribing patterns among patients undergoing cornary artery bypass graft surgery: Results from the ROSETTA-CABG Registry.  J Am Coll Cardiol 2003; (Suppl A) 41:352A.

*Mark J. Eisenberg, MD MPH FACC FAHA*

65. *Puri R, **Eisenberg MJ**, Pilote L, Blankenship J, Cugno S, Huynh T.  Better functional status among U.S. than non-U.S. patients after percutaneous coronary intervention: An effect of medical care?  J Am Coll Cardiol 2003; (Suppl A) 41:521A.

66. Buresly K, **Eisenberg MJ**, Zhang X, Pilote L.  Bleeding complications from combinations of aspirin, warfarin, and thienopyridine derivatives in elderly patients following myocardial infarction.  J Am Coll Cardiol  2003; (Suppl A) 41:154A.

67. *Filion KB, Martineau P, **Eisenberg MJ**.  In-hospital costs of total hip arthroplasty in Canada and the United States.  Can TSI Conf 2003 and Eclipsys User Network.

68. *Filion KB, **Eisenberg MJ**.  Impact of age and gender on hospital course and costs in patients undergoing coronary artery bypass graft surgery.  Can TSI Conf 2003.

69. *Filion KB, **Eisenberg MJ**.  Cost of CABG in Canada & the United States.  Eclipsys User Network 2003.

70. **Eisenberg MJ**, Okrainec K, Wou K, Nguyen H, Duerr R, Fourchy D, Del Core M, Lader E, Huynh T, Pilote L.  Utility of routine functional testing after coronary artery bypass graft surgery: Results from the ROSETTA-CABG Study.   J Am Coll Cardiol 2004; (Suppl A) 43:273A.

71. *Babapulle M, Filion KB, Haider S, **Eisenberg MJ**.  Clinical outcome in patients with congestive heart failure undergoing coronary artery bypass graft surgery.  J Am Coll Cardiol 2004; (Suppl A) 43:199A.

72. *Gitman M, Okrainec K, Nguyen H, Duerr R, Del Core M, Fourchy D, Huynh T, Lader E, Rogers FJ, Chaudry MR, Pilote L, **Eisenberg MJ**.  Impact of diabetes on twelve-month outcomes following coronary artery bypass graft surgery: Results from the Routine versus selective exercise treadmill testing after coronary artery bypass grafting (ROSETTA-CABG) Registry.  J Am Coll Cardiol 2004; (Suppl A) 43:268A.

73. *Babapulle M, **Eisenberg MJ**.  A pooled analysis of sirolimus and paclitaxel-eluting stent trials.  J Am Coll Cardiol 2004; (Suppl A) 43:89A.

74. Zhou Z, Rahme E, Tu J, Humphries K, **Eisenberg MJ**, Abrahamowicz M, Austin P, Pilote L.  Benefit of statins in secondary prevention after acute myocardial infarction: evidence of a class effect.  J Am Coll Cardiol 2004; (Suppl A) 43:446A.

75. *Martineau PA, Filion K, Huk O, Zukor D, Pilote L, Antoniou J, **Eisenberg MJ**.  Impact of hospital volume on cost of total hip arthroplasty in Canada.  Can Ortho Assoc 2004.

76. *Filion KB, Haider S, **Eisenberg MJ**.  Perioperative Myocardial ischemic complications following coronary artery bypass graft surgery lead to increased in-hospital costs.  Exp and Clin Cardiol 2004; 9:51.

77. *Filion KB, Violette P, Pilote L, Haider S, **Eisenberg MJ**.  Cardiac medical therapy among patients undergoing coronary artery bypass graft surgery: A pilot study.  Exp and Clin Cardiol 2004; 9:51.

*Mark J. Eisenberg, MD MPH FACC FAHA*

78.     *Filion KB, Pilote L, Haider S, **Eisenberg MJ**.  Hospital charges versus true costs among patients undergoing coronary artery bypass graft surgery.  Exp and Clin Cardiol 2004; 9:51.

79.     *Filion KB, Pilote L, Haider S, **Eisenberg MJ**.  Effect of age on in-hospital length of stay, mortality, and cost among patients undergoing abdominal aortic aneurysm repair.  Circulation 2004; 110:III-370.

80.     Huynh T, Wou K, **Eisenberg MJ**.  Outcomes in women following coronary artery bypass surgery: Results from the Rosetta-CABG study.  J Am Coll Cardiol 2005; (Suppl A) 45:354A-355A.

81.     *Afilalo, J, Duque G, Jukema JW, **Eisenberg MJ**.  Statins for secondary prevention of coronary disease in the elderly: A hierarchical Bayesian meta-analysis of randomized control trials.  Circulation 2006; 112:U893.

82.     *Birnbaum LM, Joyal D, Filion KB, **Eisenberg MJ**.  Routine over-reading of coronary angiograms by non-cardiologists.  Clin Invest Med 2005; 28.

83.     **Eisenberg MJ,** Blum LM, Moeser AA, Gervais A, O'Loughlin J, Paradis G, Pilote L, Rinfret S. Randomized clinical trials examining smoking cessation pharmacotherapies among patients with cardiovascular disease.  CTCRI 2nd Annual Invitational Symposium for Research to Inform Tobacco Control 2005.

84.     Huynh T, Harvey R, Nguyen M, **Eisenberg M**J, Rinfret S, Schampaert E, Cantin B, Afilalo M, Kouz S, Haichin R, Paradis G, Pilote L.  Time delays in achieving reperfusion in Quebec during the year 2003: Results of the AMI Quebec Study.  Canadian Cardiovascular Society (CCS), Montreal, Quebec, October 22-26, 2005.

85.     Rinfret S, Abrahamowicz M, Tu JV, Humphries K, **Eisenberg MJ**, Richard H, Austin PC, Pilote L.  A population-based analysis of the class effect of beta-blockers in elderly patients after myocardial infarction.  Canadian Cardiovascular Society (CCS), Montreal, Quebec, October 22-26, 2005.

86.     *Filion KB, Pilote L, Rahme E, **Eisenberg MJ**.  Use and effectiveness of perioperative cardiac medical therapy among patients undergoing coronary artery bypass graft surgery.  J Am Coll Cardiol 2006; (Suppl A) 47:275A.

87.     *Filion KB, Pilote L, **Eisenberg MJ**.  Women undergoing abdominal aortic aneurysm repair have higher in-hospital costs due to longer length of stay.  Exp and Clin Cardiol 2006; 11:45-6.

88.     *Afilalo J, Majdan AA, **Eisenberg MJ**.  Intensive statin therapy and all-cause mortality: A meta-analysis of randomized controlled trials.  Eur Heart J 2006; (Suppl 1) 27:855-56.

89.     *Afilalo J, Roy AM, **Eisenberg MJ**.  Percutaneous coronary intervention facilitated by fibrinolytics: A meta-analysis of randomized clinical trials.  Eur Heart  J 2006; (Suppl 1) 27:599.

*Mark J. Eisenberg, MD MPH FACC FAHA*

90. *Blum LM, Filion KB, **Eisenberg MJ**.  A meta-analysis of behavioral therapy for smoking cessation in cardiac patients.  Circulation 2006; (Suppl II) 114:II-855.  Also presented at 2007 McGill Cardiovascular Research Day.

91. **Eisenberg MJ**, Yavin D, Filion KB, Gervais A, O'Loughlin J, Paradis G, Rinfret S, Pilote L.  A hierarchical Bayesian meta-analysis of randomized controlled trials of smoking cessation pharmacotherapies.  Circulation 2006; (Suppl II) 114:II-855.

92. Doucet M, Behlouli H, **Eisenberg MJ**, Richard H, Pilote L.  Rapid increase in the use of invasive cardiac procedures in the elderly following acute myocardial infarction. Circulation 2006; (Suppl II) 114:II-831.

93. *Filion KB, Yavin D, Bélisle P, Joseph L, Gervais A, O'Loughlin J, Paradis G, Rinfret S, Pilote L, **Eisenberg MJ**.  A hierarchical Bayesian meta-analysis of randomized controlled trials of smoking cessation pharmacotherapies.  CTCRI 3rd Annual Invitational Symposium for Research to Inform Tobacco Control 2006.  Also presented at 2007 McGill Cardiovascular Research Day.

94. *Grandi S, Gervais A, Joseph L, O'Loughlin J, Paradis G, Pilote L, Rinfret S, Sarrafzadegan N, Sharma S, **Eisenberg MJ**.  Smoking cessation following an acute coronary syndrome.  CTCRI 3rd Annual Invitational Symposium for Research to Inform Tobacco Control 2006.  Also presented at 2007 McGill Cardiovascular Research Day.

95. *Motillo S, Filion KB, Gervais A, Joseph L, O'Loughlin J, Paradis G, Pihl R, Pilote L, Rinfret S, Tremblay M, **Eisenberg MJ**.  A meta-analysis of smoking cessation behavioral interventions.  J Am Coll Cardiol 2007; (Suppl A) 49:272A.  Also presented at 2007 McGill Cardiovascular Research Day.

96. Kouz S, Rinfret S, Afilalo M, Cantin B, **Eisenberg MJ**, Schampaert E, Lauzon C, Harvey R, Kouz R, Huynh T.  Determinants associated with sub-optimal medical therapy at discharge in patients with ST-elevation myocardial infarction: Results of the AMI-QUEBEC Study.  Canadian Cardiovascular Society (CCS) 2007.

97. Kouz R, Kouz S, Schampaert E, Rinfret S, **Eisenberg MJ**, Lauzon C, Nguyen M, Harvey R, Huynh T. Meta-analysis of glycoprotein IIb/IIIa inhibition in primary percutaneous coronary intervention among unselected patients.  Canadian Cardiovascular Society (CCS) 2007.

98. **Eisenberg MJ**.  Cost effectiveness of drug-eluting stents.  J Heart Dis 2007; 5:67.

99. Mongeon F, Bélisle P, Joseph L, **Eisenberg MJ**, Rinfret S.  Primary percutaneous coronary intervention in acute myocardial infarction with or without thrombectomy: A meta-analysis.  J Am Coll Cardiol 2008; (Suppl A) 51:243A.  Also presented at the Canadian Cardiovascular Society (CCS) 2007.

100. Abenheim HA, Motillo S, Filion KB, Bélisle P, Gervais A, Joseph L, O'Loughlin J, Paradis G, Pihl R, Pilote L, Rinfret S, Tremblay M, **Eisenberg MJ**.  A systematic review and meta-analysis of smoking cessation behavioral interventions in pregnant women. Presented at the Soc Mat Fet Med 27th Annual Meeting, 2007.

101.    Huynh T, Kouz R, Kouz S, Schampaert E, Rinfret S, **Eisenberg MJ**, Lauzon C, Nguyen M, Harvey R. A meta-analysis of the effectiveness and safety of glycoprotein IIb/IIIa inhibitors for primary percutaneous coronary intervention in unselected patients with ST-segment elevation myocardial infarction.  Circulation 2007; 116:II_710-II_711.

102.    Huynh T, Yan A, Kouz S, Rinfret S, Schampaert E, **Eisenberg MJ**, Lauzon C, Afilalo M, Goodman S, Canadian Heart Research Center, AMI-QUEBEC Investigators.  Predictive values of a new risk score (C-AMI) in ST-segment elevation myocardial infarction.  Circulation 2007; 116:II 317.

103.    *Wakil S, Filion KB, Genest J, Joseph L, Pilote L, Poirier P, Rinfret S, Schiffrin E, **Eisenberg MJ**.  A meta-analysis of the effect of weight loss pharmacotherapies on metabolic outcomes.  J Am Coll Cardiol 2008; (Suppl A) 51:246A.  Also presented at 2008 McGill Cardiovascular Research Day.

104.    *Grandi S, Gervais A, Joseph L, O'Loughlin J, Paradis G, Pilote L, Rinfret S, Sarrafzadegan N, Sharma S, Lauzon C, Gamra H, Wightman H, Lutchmedial S, Picard JP, Giannoccaro P, Huynh T, Diodati JG, Grondin F, Klinke P, Wielgosz A, Abramson B, Schwarz N, **Eisenberg MJ**.  Smoking cessation following acute coronary syndrome.  J Am Coll Cardiol 2008; (Suppl A) 51:368A.

105.    *Filion KB, Bélisle P, Joseph L, Gervais A, O'Loughlin J, Paradis G, Pilote L, Rinfret S, **Eisenberg MJ**.  Seeing through the smoke: Is the use of placebo still ethical in trials examining smoking cessation pharmacotherapies?   Society for Clinical Trials 29th Meeting 2008.

106.    *Richard P, Filion KB, Karthikeyan G, Libersan D, **Eisenberg MJ**.   Late stent thrombosis after discontinuation of anti-platelet therapy in patients with drug-eluting stents: A systematic review of reported cases.  2008 McGill Cardiovascular Research Day.

107.    Behlouli H, Abrahamowicz M, **Eisenberg MJ**, Humphries K, Pilote L.  Do angiotensin-converting enzyme inhibitors exert a class effect in elderly patients with congestive heart failure?  2008 McGill Cardiovascular Research Day.

108.    *Grandi S, Gervais A, Joseph L, O'Loughlin J, Paradis G, Pilote L, Rinfret S, Sarrafzadegan N, Sharma S, Lauzon C, Gamra H, Wightman H, Lutchmedial S, Picard JP, Giannoccaro P, Huynh T, Diodati JG, Grondin F, Klinke P, Wielgosz A, Abramson B, Schwarz N, **Eisenberg MJ**.  Coronary revascularization does not affect smoking cessation in patients following an acute coronary syndrome.  2008 McGill Cardiovascular Research Day. Also presented at the CTCRI 4th Annual Invitational Symposium for Research to Inform Tobacco Control 2008. Also presented at the Israel Heart Conference 2009.

109.    *Baboushkin T, Grandi S, Filion KB, Gervais A, Joseph L, O'Loughlin J, Paradis G, Pilote L, Rinfret S, **Eisenberg MJ**.  Assessing smoking cessation in clinical trials: The need for both self-report and biochemical validation.  Presented at the CTCRI 4th Annual Invitational Symposium for Research to Inform Tobacco Control 2008.

*Mark J. Eisenberg, MD MPH FACC FAHA*

110.   *Abourbih S, Filion KB, Bélisle P, Joseph L, Schiffrin E, Rinfret S, Poirier P, Pilote L, Genest J, **Eisenberg MJ**.  Effects of fibrates on cardiovascular and metabolic outcomes:  A systematic review and meta-analysis.  2008 McGill Cardiovascular Research Day.

111.   El-Rayess M, Rinfret S, **Eisenberg MJ**, Schampaert E, Lauzon C, Cantin B, Harvey R, Afilalo M, De la Rocheliere R, Hunyh T**.**  Effectiveness and safety of enoxaparin as adjuvant with fibrinolytic therapy in an unselected cohort of patients:  Results of the AMI-QUEBEC study.  2008 McGill Cardiovascular Research Day.

112.   *Filion KB, Bélisle P, Joseph L, Gervais A, O'Loughlin J, Paradis G, Pilote L, Rinfret S, **Eisenberg MJ**.  The efficacy of varenicline for smoking cessation:  A hierarchical Bayesian meta-analysis.  CIHR Institute of Circulatory and Respiratory Health's Young Investigators Forum, Montreal, Quebec, May 8-10, 2008.

113.   *Filion KB, Roy AM, Baboushkin T, Rinfret S, **Eisenberg MJ**.  Cost-Effectiveness of Drug-Eluting Stents: The Economic Impact of Late Stent Thrombosis. Circulation 2008; (Suppl 2) 118:S1162. Also presented at the 2008 McGill Cardiovascular Research Day.

114.   *Wakil SM, **Filion KB**, Genest J, Joseph L, Pilote L, Poirier P, Rinfret S, Schiffrin E, Eisenberg MJ.  Weight loss pharmacotherapies:  Are treatment effects maintained between 6 and 12 months? Circulation 2008; (Suppl 2) 118:S1171.

115.   *Filion KB, Richard PR, Libersan D, **Eisenberg MJ**.   Safety of short-term discontinuation of anti-platelet therapy in patients with drug-eluting stents.  J Am Coll Cardiol 2009; (Suppl A) 53:A394. Also presented at the 56th Annual Israel Heart Conference 2009.

116.   *Grandi SM, Filion KB, Gervais A, Joseph L, O'Loughlin J, Paradis G, Pilote L, Rinfret R, **Eisenberg MJ**. Baseline predictors of smoking at 52 weeks post-acute coronary syndrome.  Israel Heart Conference 2009.

*9. Abstracts Submitted*

1.   *Patrick R Lawler, Kristian B Filion, **Mark J Eisenberg**. Correcting anemia in heart failure: a meta-analysis of the efficacy and safety of erythropoiesis-stimulating agents.

*10. Book Chapters*

1.   Pilote L, Lavoie F, Ho V, **Eisenberg M**. For: Technological change in health care: A global analysis of heart attack, McLellan M. and Kessler D., eds.  Technological change in heart attack care in Quebec, Canada.  Ann Arbor, University of Michigan Press 2002.

2.   *Jamal S, **Eisenberg MJ**.  For: Beverage in nutrition and health, Temple NJ, and Wilson T, eds.  The nutritional value of bottled water.  Totawa: Humana Press 2004.

3.   *Jamal SM, Shrive FM, Ghali WA, Knudtson ML, **Eisenberg MJ**.  Chapter 20: In-hospital outcomes after percutaneous coronary intervention in Canada: 1992/93- 2000/01.  Canadian Cardiovascular Outcomes Research Team (CCORT) Cardiovascular Atlas Project.  Tu JV, Ghali WA, Pilote L, Brien S, eds.  Canadian Journal of Cardiology: Pulsus Group Inc. 2006.

*Mark J. Eisenberg, MD MPH FACC FAHA*

4.      **Eisenberg MJ**.   For: CathSAP III, American College of Cardiology. Follow-up assessments and stress testing.  Bethesda, MD.

*11. Book Review*

1.      Wong GC, **Eisenberg MJ**.  Evidence Based Cardiology.  1st Edition by Peter J. Sharis and Christopher P. Cannon (2000).  Lippincott  Williams & Wilkins, Philadelphia, US: Can J Cardiol  2000; 16:1037.

*12. Letters*

1.      **Eisenberg MJ**.  Learning human qualities.  J Med Educ 1986; 59:536.

2.      **Eisenberg MJ**, Pilote L.  Pharmacologic stress echocardiography.  Ann Intern Med 1992; 117:168.

3.      Pilote L, **Eisenberg MJ**.  Prevention of radiocontrast-induced renal insufficiency.  N Engl J Med 1995; 332:1035-6.

4.      Pilote L, **Eisenberg MJ.** Acute renal failure after coronary angiography. N Engl J Med 1995; 33:598-610.

5.      Kanth N, **Eisenberg MJ**, Gamsu G:  Effect of varying kVp on visibility of epicardial fat stripe in pericardial effusions.  Am J Roent 1995; 164:510.

6.      Eccleston DS, **Eisenberg MJ**: Funding of coronary angioplasty in public hospitals. Aust N Z Med. 1996; 26:430-1.

7.      Sheppard R, **Eisenberg MJ**. Evaluating coronary artery disease--where does EBCT fit in? J Am Coll Cardiol 2001; 37:335-6; discussion 336-7.

8.      **Eisenberg MJ,** Sheppard R. Intracoronary radiotherapy for restenosis. New Engl J Med 2001; 344:1796-97.

9.      *Saririan M, **Eisenberg MJ**. Transmyocardial laser revascularization. J Am Coll Cardiol 2003; 41:2298-9.

10.     *Okrainec K, **Eisenberg MJ**. Cardiac medical therapy in patients undergoing coronary artery bypass graft surgery. J Am Coll Cardiol 2005; 46:934-935.

11.     Huynh T, O'Loughlin J, Joseph L, **Eisenberg MJ**. Time to reperfusion therapy. CMAJ 2007; 176:1461-62.

12.     *Birnbaum LM, Filion KB, Joyal D, **Eisenberg MJ**.   Second reading of coronary angiograms by radiologists.  Can J Cardiol 2007; 23:864, 924.

13.     Sedlis SP, **Eisenberg MJ**, ADORE Investigators.  Prognostic value of early exercise testing after coronary stent implantation: a strategy of routine stress testing after percutaneous coronary intervention is not of proven benefit.  J Am Coll Cardiol 2008; 101:1681.

14.     Mongeon FP, **Eisenberg MJ**, Rifret S. Thrombus aspiration during primary percutaneous coronary intervention. New Engl J Med 2008; 358:2639-40.

*Mark J. Eisenberg, MD MPH FACC FAHA*

15.     *Filion KB, Belisle P, Joseph L, Paradis G, Rinfret S, **Eisenberg MJ**. Re: Meta-analysis rooted in expectations not science. CMAJ 2008; 179:1038.

16.     *Donath E, Filion KB, **Eisenberg MJ**. Improving the clinician-scientist pathway: a survey of clinician-scientists. Arch Intern Med 2009; 169:1242-4.

### 13. Lay and Scientific Press

1.     **Eisenberg MJ**. University of Rochester medical student reports on infectious-disease care in Israel. Medical Review. University of Rochester School of Medicine and Dentistry Fall/Winter 1985:10-13.

2.     **Eisenberg MJ**. On hospital rounds in Beersheva. Cornell Alumni News. February 1986: 35-37.

3.     **Eisenberg MJ**. Meet the mineral for the heart. Prevention June 1993: 37-39.

4.     **Eisenberg MJ**, Dunn MM, Kanth N, Gamsu G, Schiller NB. Is chest radiography of value for diagnosing pericardial effusion? Cardiology Board Review 1994. 11:8: 28-32

5.     **Eisenberg MJ**, Rice SA, Schiller NB. When to suspect an aneurysm of the ascending aorta. Cardiology Board Review 1994. 11:4: 39-46.

6.     Prescott LM, **Eisenberg MJ**. Value of post-PCI functional testing questioned: results of the ADORE trial. Cardio Chronicle. June 2001.

7.     **Eisenberg MJ**. The first 12 hours: ST-Segment elevation MI. Perpectives in Cardiology. June/July 2001.

8.     Zoler ML, **Eisenberg MJ**. Routine treadmill tests: Post-angioplasty tests not helpful. Internal Medicine News. 34:9

9.     *Benzaquen BS, Sebag I, Puri R, **Eisenberg MJ**. Glycoprotein IIb/IIIa inhibitors: A review. Perspectives in Cardiology. May 2002.

10.     *Ludvig J, **Eisenberg MJ**. Smoking cessation: Options for patients. Perspectives in Cardiology. October 2002.

### H. TEACHING

### 1. McGill Courses

*Medical Students*

| 2007-2008 | Evidence Based Medicine - Small Group Leader (6 hrs) |
|---|---|
| 2006 | Introduction to Epidemiology – Small Group Leader (6 hrs) |
| 2006 | Small Group on Palpitations |
| 1996-2002 | Introduction to Clinical Medicine A – Small Group Leader/ Cardiology Sections (2.5 hr/year) |
| 1999 | Introduction to Clinical Medicine A – Small Group Leader (15 hrs) |
| 1995-2001 | Introduction to Epidemiology – Small Group Leader (6 hrs/year) |

*Mark J. Eisenberg, MD MPH FACC FAHA*

1996            Introduction to Clinical Medicine B (30 hrs)

***Postgraduate Teaching (Research)***

2006-2007       Epidemiology Journal Club meeting host
2006            Cardiovascular Journal Club meeting host for Internal Medicine Fellows
2005            Epidemiology Night for Cardiology Fellows
2005            Journal Club meeting host for Internal Medicine Residents
1996-2004       Cardiology Fellows Research Elective, Supervisor (50 hrs/year)
                Jewish General Hospital, McGill University

***CME Courses (3 hrs each)***

2007            Smoking cessation: Help your patients quit smoking
                – McGill University, Thursday Evening Learning Series, Montreal, QC

2004            Acute Myocardial Infarction: Give thrombolytics or transfer for percutaneous
                coronary intervention (PCI)?
                – McGill University, Emergency Medicine Rounds, Montreal, QC

2004            Mortality rates in elderly patients who take different ACE inhibitors after AMI:
                A class effect?
                – McGill University, Cardiology Fellows Epidemiology Series, Montreal,
                  QC

2004            Diagnosis and current management of coronary artery restenosis
                – American College of Cardiology Course: Tutorials in the Tetons,
                  Jackson Hole, WY
                – Jewish General Hospital, Cardiology Rounds, Montreal, QC

2004            Acute myocardial infarction: Give thrombolytics or transfer for percutaneous
                coronary intervention?
                – American College of Cardiology Course: Tutorials in the Tetons,
                  Jackson Hole, WY
                – Jewish General Hospital, Cardiology Rounds, Montreal, QC
                – Lakeshore General Hospital, Pointe-Claire, QC

2004            Prevention of coronary artery restenosis: Should all my patients receive drug-
                eluting stents?
                – American College of Cardiology Course: Tutorials in the Tetons,
                  Jackson Hole, WY
                – Jewish General Hospital, Cardiology Rounds, Montreal, QC

2004            Invasive therapy for acute coronary syndromes
                – American College of Cardiology Course: Tutorials in the Tetons,
                  Jackson Hole, WY

*Mark J. Eisenberg, MD MPH FACC FAHA*

| | |
|---|---|
| 2004 | Case studies of current management of coronary artery restenosis: Individualizing therapy to the patient |
| |    – American College of Cardiology Course: Tutorials in the Tetons, Jackson Hole, WY |
| 2004 | Case studies: Factors involved in decision-making for therapy to prevent restenosis |
| |    – American College of Cardiology Course: Tutorials in the Tetons, Jackson Hole, WY |
| 2004 | Active control trials assessing angiotensin II receptor blockers: VALIANT and VALUE |
| |    – McGill University, Cardiology Fellows Epidemiology Series, Montreal, QC |
| 2004 | Valsartan antihypertensive long-term use evaluation |
| |    – Jewish General Hospital Pharmacy Rounds, Montreal, QC |
| 2004 | Angiotensin II receptor blockers in the management of acute MI |
| |    – Jewish General Hospital Pharmacy Rounds, Montreal, QC |
| 2004 | Zyban as an effective smoking cessation aid in patients following an acute coronary syndrome |
| |    – Jewish General Hospital, Cardiology Rounds, Montreal, QC |
| |    – Jewish General Hospital, Epidemiology Seminar, Montreal, QC |
| |    – Lady Davis Institute, Research Rounds, Montreal, QC |
| |    – Montreal General Hospital, Cardiology Rounds, Montreal, QC |
| |    – Sacre Coeur Hospital, Cardiology Rounds, Montreal, QC |
| |    – Notre-Dame Hospital, Cardiology Rounds, Montreal, QC |
| 2003 | Zyban as an effective smoking cessation aid in patients following an acute coronary syndrome |
| |    – Montreal General Hospital, Epidemiology Seminar, Montreal, QC |
| 2003 | Aggressive diagnosis of restenosis after percutaneous coronary intervention |
| |    – Lady Davis Institute, Research Rounds, Montreal, QC |
| |    – Jewish General Hospital, Cardiology Rounds, Montreal, QC |
| |    – Jewish General Hospital, Epidemiology Rounds, Montreal, QC |
| 2003 | Trends in cardiovascular disease in North America |
| |    – The Andre Aisenstadt Clinical Day, Jewish General Hospital, Montreal, QC |
| 2002 | Functional testing after PCI |
| |    – St. Luc Hospital, Centre Hospitalier de l'Universite de Montreal, Montreal, QC |
| 2002 | Treadmill testing |
| |    – Barrie Memorial Hospital, Ormstown, QC |

*Mark J. Eisenberg, MD MPH FACC FAHA*

| | |
|---|---|
| 2002 | Glycoprotein IIb/IIIa inhibitors in ultra high-risk patients with unstable angina |
| | − Montreal General Hospital, Cardiology Rounds, Montreal, QC |
| 2002 | Aggressive diagnosis of restenosis after percutaneous coronary intervention |
| | − Royal Victoria Hospital, Epidemiology Rounds, Montreal, QC |
| 2002 | Angiotensin II receptor blockers in congestive heart failure |
| | − Jewish General Hospital, Cardiology Fellow Rounds, Montreal, QC |
| | − Jewish General Hospital, Internal Medicine Residents Rounds, Montreal, QC |
| 2002 | GP IIb/IIIa inhibitors in the setting of acute ST elevation MI |
| | − Jewish General Hospital, Cardiology Fellow Rounds, Montreal, QC |
| | − Jewish General Hospital, Internal Medicine Residents Rounds, Montreal, QC |
| | − Lakeshore General Hospital, Pointe-Claire, QC |
| 2002 | The CURE trial |
| | − Jewish General Hospital, Internal Medicine Residents Rounds, Montreal, QC |
| | − Royal Victoria Hospital, Pharmacy Rounds, Montreal, QC |
| 2002 | Cost of hip replacement in Canada and the United States |
| | − TECH Investigators Meeting, Kona, HI |
| 2002 | Identification and management of patients with failed thrombolysis after acute myocardial infarction |
| | − Lakeshore General Hospital, Pointe-Claire, QC |
| 2001 | Current issues in interventional cardiology |
| | − Family Medicine CME Series.  Faculty of Medicine, McGill University, Montreal, QC |
| 2000 | Calcium channel blockers |
| | − Lakeshore General Hospital, Family Medicine Rounds, Pointe-Claire, QC |
| | − Jewish General Hospital, Residents Rounds, Montreal, QC |
| 2000 | Identification and management of patients with failed thrombolysis after acute myocardial infarction |
| | − Medical Grand Rounds. Jewish General Hospital, Montreal, QC |
| 1999 | Exercise stress testing |
| | − Jewish General Hospital Family Medicine Continuing Medical Education Rounds, Montreal, QC |
| 1998 | Diagnostic testing |
| | − Montreal Heart Institute Research Rounds, Montreal, QC |

*Mark J. Eisenberg, MD MPH FACC FAHA*

| | | |
|---|---|---|
| 1997 | Mitral Stenosis | |
| | – Jewish General Hospital/ McGill Cardiology Residents Cath Rounds, Montreal, QC | |
| | | |
| 1997 | Cost as an outcome in cardiovascular research | |
| | – Royal Victoria Hospital Epidemiology Rounds, Montreal, QC | |
| | | |
| 1997 | Cost of percutaneous transluminal coronary angioplasty. | |
| | – Jewish General Hospital Epidemiology Rounds, Montreal, QC | |
| | | |
| 1996 | Non-surgical coronary revascularization | |
| | – Jewish General Hospital Family Medical Education Rounds, Montreal, QC | |
| | | |
| 1995 | Use of cost as a surrogate measure in cardiology research. | |
| | – Montreal General Hospital Cardiology Rounds, Montreal, QC | |
| | | |
| 1995 | Diagnosis of cardiac tamponade: a Bayesian analysis | |
| | – Montreal General Hospital Epidemiology Rounds, Montreal, QC | |
| | | |
| 1995 | Cardiac effects of cocaine use | |
| | – Hospital Laval Cardiology Grand Rounds, Laval, QC | |
| | – Montreal Heart Institute Cardiology Rounds, Montreal, QC | |

## 2. Supervising (Research)

***Cardiology Fellows***

| | | |
|---|---|---|
| 2007- | *Ali Abualsaud | MD |
| 2007- | *Amin Buzaid | MD |
| 2007- | *Mark Kotowicz | MD |
| 2007- | *Kamal Sharma | MD |
| 2007- | *Alexander Zhai | MD |
| 2004-2008 | George Thanassoulis | MD |
| 2004-2007 | *Michael Roy | MD |
| 2004-2007 | *Irving Tiong | MD |
| 2004-2007 | *Robert Maranda | MD |
| 2002-2005 | *Mohammad Almutairi | MD |
| 2002-2005 | *Renee Schiff | MD |
| 2001-2004 | *Dominique Joyal | MD |
| 2001-2004 | *Mohan Babapulle | MD |
| 2001-2003 | *Bruno Benzaquen | MD |
| 2000-2003 | *Mehrdad Saririan | MD |
| 2000-2002 | *Amir Mortazavi | MD |
| 2000-2002 | *Abdul Halabi | MD |
| 2000-2003 | *Vidal Essebag | MD |
| 2000-2003 | *Khaled Buresly | MD |
| 1999-2002 | *Eric Horlick | MD |
| 1999-2002 | *Phong Tuong Nguyen | MD |
| 1998-2001 | *Richard Sheppard | MD |
| 1998-2001 | *Graham Wong | MD |

| 1998-2001 | *Ian Paterson | MD |
| 1998-2001 | *Mohammed Al-Mukhaini | MD |
| 1998-2001 | *Igal Sebag | MD |
| 1998-2000 | *Lorne Goldman | MD |
| 1998-1999 | Michel Doucet | MD |
| 1997-1999 | *Bassam Fagih | MD |

**Surgical Residents**

| 2003-2004 | Paul Martineau | MD |

**Medical Residents**

| 2009- | *Patrick Lawler | MD |
| 2007- | *Aaron Leong | MD |
| 2005-2007 | *Iliana Lega | MD |
| 2005- | *Jonathan Afilalo | MD |
| 2004-2007 | *Razi Kahn | MD |
| 2001-2004 | *Jason Shahin | MD |
| 2001-2003 | *Jung Chee | MD |
| 1999-2001 | *Anne Chin | MD |
| 1999-2001 | *Richard Sheppard | MD |
| 1997-2001 | *Bruno Benzaquen | MD |

**Graduate Students**

| 2005- | *Kristian Filion | PhD |
| 2006- | *Sonia Grandi | MSc |
| 2005-2006 | *Andrew Moeser | MSc |
| 2003-2005 | *Kristian Filion | MSc |
| 2001-2003 | *Karen Okrainec | MSc |
| 2001-2002 | *Radha Puri | MSc |
| 1997-2000 | *Arik Azoulay | MSc |
| 1997-1998 | *Philippe Garzon | MSc |

**Medical Students**

| 2008-2009 | *Patrick Lawler | MD |
| 2008- | *Olivier Desplantie | MD |
| 2008- | *Salvatore Mottillo | MD |
| 2007-2009 | *Samuel Abourbih | MD |
| 2007- | *Susan Wakil | MD |
| 2007- | *Elie Donath | MD |
| 2005 | *David Kurzencwyg | MD |
| 2005 | *Phillipe Violette | MD |
| 2004-2005 | *Brad Quon | MD |
| 2004-2005 | *Ray Firszt | MD |
| 2003-2005 | *Melissa Gitman | MD |
| 2002-2005 | *Joanna Caron | MD |
| 2002-2004 | *Alain Bestawros | MD |
| 1998-2001 | *Haim Abenhaim | MD |
| 1998-1999 | *David Cherney | MD |
| 1996-1999 | *Jason Shaw | MD |

*Mark J. Eisenberg, MD MPH FACC FAHA*

### Undergraduate Students

| | | |
|---|---|---|
| 2008- | *Heather Robinson | BA |
| 2008- | *Jennifer Reoch | BSc |
| 2008 | *Priyanka Dixit | BSc |
| 2007-2008 | *Pierre Richard | BSc |
| 2007 | *Hashana Perera | BSc |
| 2005-2008 | *Salvatore Mottillo | BSc |
| 2004-2006 | *Michael Coussa-Charley | BSc |
| 2005-2006 | *Robert Sowerby | BSc |
| 2005-2006 | *Lisa Blum | BA |
| 2004-2005 | *Daniel Yavin | BSc |
| 2004-2005 | *Nadine Doris | BA |
| 2004-2005 | *Brooke Carey | BSc |
| 2003-2005 | *Sandra Derghazarian | BSc |
| 2003-2005 | *Kristin Konnyu | BSc |
| 2003-2005 | *Brooke Wilson | BSc |
| 2003-2004 | *Brienne Miner | BSc |
| 2003-2004 | *Karen Wou | BSc |
| 2002-2004 | *Philippe Violette | BSc |
| 2002-2003 | *Laura Gioia | BSc |
| 2002 | *Parul Khare | BSc |
| 2002 | *Jason Ludvig | BSc |
| 2002 | *Monisha Nandi | BSc |
| 2001-2003 | *Kristian Filion | BSc |
| 2001-2003 | *Flora Teng | BSc |
| 2001-2002 | *Sabrina Cugno | BSc |
| 2001-2002 | *Shelina Jamal | BSc |
| 2001-2002 | *Jonathan Marsan | BSc |
| 2000-2001 | *Anya Brox | BSc |
| 2000-2001 | *Joanna Caron | BSc |
| 2000-2001 | *Karim Dharssi | BSc |
| 1999-2001 | *Radha Puri | BSc |
| 1999-2001 | *Karen Okrainec | BSc |
| 1999-2000 | *Sarah Sinray | BSc |
| 1998-2000 | *Courtney Gidengil | BSc |
| 1998-2000 | *Janius Tsang | BSc |

### Thesis Supervisor

| | | |
|---|---|---|
| 2006- | Jonathan Afilalo | MSc |
| 2006- | Lucy Boothroyd | PhD |
| 2003-2005 | Kristian Filion | MSc |
| 2002-2003 | Karen Okrainec | MSc |
| 1999-2001 | Arik Azoulay | MSc |
| 1997-1998 | Philippe Garzon | MSc |

### Thesis Committee

| | | |
|---|---|---|
| 2004-2006 | Thao Huynh | MSc |

### CEGEP Students

| | | |
|---|---|---|
| 2006-2007 | Susan Wakil | |
| 2006 | Jordan Vergara | |

*Mark J. Eisenberg, MD MPH FACC FAHA*

| 2005-2006 | Stephanie Soria Lim |
| | Bhavini Patel |
| | Yin Ge |
| | David Lim |
| | Daniel Amzallag |
| | Karen Wou |

***Student Bursaries***

**CIHR Clinician Scientist – Phase 1**

| 2007-2009 | Vidal Essebag | MD |

**CCORT Student Training Program**

| 2008 | Susan Wakil | MD | |
| 2008 | Pierre Richard | BSc | |
| 2008 | Yevgeniya Mizina | BSc Nursing | |
| 2007 | Salvatore Motillo | BSc | |
| 2007 | Susan Wakil | MD | |
| 2005 | Salvatore Motillo | BSc | |
| 2005 | David Kurzencwyg | MD | (Declined) |
| 2004 | Daniel Amzallag | BSc | |
| 2004 | Kristin Konnyu | BSc | |
| 2004 | Phillipe Violette | BSc | |
| 2003 | Kristian Filion | BSc | |
| 2003 | Brooke Wilson | BSc | |
| 2003 | Karen Wou | BSc | |

**FRSQ Undergraduate Bursary**

| 2004 | Karen Wou | BSc |
| 2002 | Sabrina Cugno | BSc |

**McGill Medical Student Bursary Program**

| Winter 2009 | Yevgeniya Mizina | |
| Fall 2008 | Yevgeniya Mizina | |
| Summer 2008 | Susan Wakil | (Declined) |
| Summer 2008 | Yevgeniya Mizina | (Declined) |
| Fall 2007 | Samuel Abourbih | |
| Summer 2007 | Samuel Abourbih | |
| Summer 2005 | David Kurzencwyg | |
| Winter 2005 | Karen Wou | |
| Winter 2005 | Phillipe Violette | |
| Summer 2005 | Phillipe Violette | |
| Summer 2004 | Phillipe Violette | |
| Summer 2004 | Melissa Gitman | |
| Winter 2004 | Melissa Gitman | |
| Winter 2003 | Melissa Gitman | |
| Summer 2003 | Melissa Gitman | |
| Summer 2002 | Joanna Caron | |
| Summer 2001 | Philippe Garzon | |
| Winter 2001 | Courtney Gidengil | |
| Summer 2000 | Courtney Gidengil | |

*Mark J. Eisenberg, MD MPH FACC FAHA*

| | |
|---|---|
| Winter 2000 | Anne Chin |
| Winter 1999 | Anne Chin |
| Winter 1999 | Philippe Garzon |
| Winter 1999 | Courtney Gidengil |
| Winter 1999 | Haim Arie Abenhaim |
| Winter 1998 | Haim Arie Abenhaim |
| Summer 1998 | Haim Arie Abenhaim |
| Winter 1997 | Bruno Benzaquen |
| Winter 1996 | Jason Shaw |

**Graduate Student Bursaries**

| | |
|---|---|
| 2003-2005 | Kristian Filion - FRSQ |
| 2003-2004 | Kristian Filion – CCORT (Declined) |
| 2002-2004 | Sabrina Cugno – NSERC |
| 2001-2003 | Karen Okrainec – FRSQ-FCAR |
| 2002 | Arik Azoulay - CIHR |
| 2001-2002 | Arik Azoulay - FRSQ-FCAR |
| 2000-2001 | Arik Azoulay – McGill University, Department of Medicine – Master's Research Award |
| 1999-2000 | Arik Azoulay - FRSQ |

*Student Research Activities*

| | |
|---|---|
| 2008 | Kristian Filion |
| | - Poster Prize, CIHR Institute for Circulatory and Respiratory Health Young Investigator's Forum |
| 2006 | Kristian Filion |
| | - Dean's Honour List, MSc. Thesis |
| 2006 | Kristian Filion |
| | - Runner Up, Student Poster Competition for Canadian Tobacco Control Research Initiative |
| 2006 | Jonathan Afilalo |
| | - Winner of the Sarah Strathmore Award at the MUHC Cardiovascular Diseases Research Day |
| 2005 | David Kurzencwyg |
| | - Canadian Institutes for Health Research (CIHR) & Canada's Research-Based Pharmaceutical Companies (Rx&D) Health Research Foundation Award & Scholarship |
| 2005 | David Kurzencwyg |
| | - Merck, Sharp and Dohme Award for Outstanding Summer Research Report in the field of Therapeutics |
| 2005 | Leora Birnbaum |
| | -Recipient of the Canadian Society of Internal Medicine Award for Excellence in Research |
| 2005 | Jonathan Afilalo |
| | - First prize winner at the McGill University Internal Medicine Research Evening |
| 2004 | Kristian Filion |
| | - World Heart Federation, 10-Day Teaching Seminar on Cardiovascular Disease Prevention and Epidemiology, Beijing, China |

*Mark J. Eisenberg, MD MPH FACC FAHA*

2004            Flora Teng
                - World Heart Federation, 10-Day Teaching Seminar on Cardiovascular Disease
                Prevention and Epidemiology, Beijing, China

**3. Clinical Teaching**

***Clinical Teaching***
Cardiac Catheterization Laboratories (>160 hrs/year) – Cardiology Fellows
Cardiac Care Unit (>140 hrs/year) – Cardiology Fellows, Residents, Medical Students
Consultations (>120 hrs/year) – Cardiology Fellows, Residents, Medical Students

***Other Research-Related Teaching***
2006-2007       Co-Coordinator, Weekly Epidemiology Seminars, Jewish General Hospital,
                Department of Epidemiology and Biostatistics (40 hrs/year)
2000-           Coordinator, "Epidemiology Evenings" for Cardiology Fellows, McGill
                University (40 hrs/year)
1999-2000       Coordinator, Weekly Epidemiology Seminars, Jewish General Hospital,
                Department of Epidemiology and Biostatistics (40 hrs/year)

***I. PRESENTATIONS***

***Invited Lectures & Seminars***

**Within McGill**

2008            Reflections of a Physician-Scientist
                –   Jewish General Hospital, Research Governor's Society Lecture,
                    Montreal, QC
                –   McGill University, 10th Annual Cardiology Research Summit, Montreal,
                    QC

2008            Late-Stent Thrombosis in Patients with Drug-Eluting Stents
                –   Jewish General Hospital, Epidemiology Seminar, Montreal, QC
                –   Jewish General Hospital, Cardiology Rounds, Montreal QC

2008            Smoking Cessation: Where There is Smoke, There is Fire
                –   Montreal Chest Institute, Respiratory Epidemiology and Clinical
                    Research Unit Seminar, Montreal, QC
                –   Montreal General Hospital, Cardiology Rounds, Montreal QC

2007            Zyban as an effective smoking cessation aid in patients post-ACS: The ZESCA
                Trial
                –   St. Mary's Hospital Center, Department of Clinical Epidemiology and
                    Community Studies, Montreal, QC

2007            Smoking Cessation and CAD: Where there's smoke – there's fire!
                –   Jewish General Hospital, Cardiology Rounds, Montreal, QC

2007            Drug-eluting stents and late thrombosis
                –   Jewish General Hospital, Grand Rounds, Montreal, QC

*Mark J. Eisenberg, MD MPH FACC FAHA*

| | |
|---|---|
| 2006 | Celebration: Freedom from smoking! lecture<br>– Jewish General Hospital, Panel Speaker, Montreal, QC |
| 2006 | Smoking cessation in cardiac patients<br>– Jewish General Hospital, Pulmonologists, Montreal, QC |
| 2006 | Pharmacotherapy for smoking cessation<br>– Jewish General Hospital, Pulmonary Rounds, Montreal, QC |
| 2005 | Zyban as an effective smoking cessation aid in patients following MI<br>– McGill University, Inaugural ICE Team Meeting, Montreal, QC |
| 2005 | Anglo-Scandinavian cardiac outcomes trial (ASCOT)<br>– McGill University, Cardiology Fellows Epidemiology Series, Montreal, QC |
| 2005 | Acute myocardial infarction: Give thrombolytics or transfer for percutaneous coronary intervention?<br>– Royal Victoria Hospital, Grand Rounds, Montreal, QC |
| 2004 | Prevention of coronary artery restenosis: Should all my patients receive drug-eluting stents?<br>– Jewish General Hospital, Epidemiology Rounds, Montreal, QC |
| 2004 | Mortality rates in elderly patients who take different ACE inhibitors after AMI: A class effect?<br>– McGill University, Cardiology Fellows Epidemiology Series, Montreal, QC |
| 2004 | Active control trials assessing angiotensin II receptor blockers: VALIANT and VALUE<br>– McGill University, Cardiology Fellows Epidemiology Series, Montreal, QC |
| 2004 | Valsartan antihypertensive long-term use evaluation<br>– Jewish General Hospital, Pharmacy Rounds, Montreal, QC |
| 2004 | Angiotensin II receptor blockers in the management of acute MI<br>– Jewish General Hospital, Pharmacy Rounds, Montreal, QC |
| 2004 | Diagnosis and current management of coronary artery restenosis<br>– Jewish General Hospital, Cardiology Rounds, Montreal, QC |
| 2004 | Acute myocardial infarction: Give thrombolytics or transfer for percutaneous coronary intervention?<br>– Jewish General Hospital, Cardiology Rounds, Montreal, QC |
| 2004 | Prevention of coronary artery restenosis: Should all my patients receive drug-eluting stents?<br>– Jewish General Hospital, Cardiology Rounds, Montreal, QC |

*Mark J. Eisenberg, MD MPH FACC FAHA*

| | |
|---|---|
| 2004 | Zyban as an effective smoking cessation aid in patients following an acute coronary syndrome |
| | – Jewish General Hospital, Cardiology Rounds, Montreal, QC |
| | – Lady Davis Institute, Research Rounds, Montreal, QC |
| | – Montreal General Hospital, Cardiology Rounds, Montreal, QC |
| | – Jewish General Hospital, Epidemiology Seminar, Montreal, Quebec |
| | |
| 2003 | Zyban as an effective smoking cessation aid in patients following an acute coronary syndrome |
| | – Montreal General Hospital, Epidemiology Seminar, Montreal, QC |
| | |
| 2003 | Aggressive diagnosis of restenosis after percutaneous coronary intervention |
| | – Lady Davis Institute, Research Rounds, Montreal, QC |
| | – Jewish General Hospital, Cardiology Rounds, Montreal, QC |
| | – Jewish General Hospital, Epidemiology Rounds, Montreal, QC |
| | |
| 2003 | Trends in cardiovascular disease in North America |
| | – Jewish General Hospital, The Andre Aisenstadt Clinical Day, Montreal, QC |
| | |
| 2002 | Glycoprotein IIb/IIIa inhibitors in ultra high-risk patients with unstable angina |
| | – Montreal General Hospital, Cardiology Rounds, Montreal, QC |
| | |
| 2002 | Aggressive diagnosis of restenosis after percutaneous coronary intervention |
| | – Royal Victoria Hospital, Epidemiology Rounds, Montreal, QC |
| | |
| 2002 | Angiotensin II receptor blockers in congestive heart failure |
| | – Jewish General Hospital, Cardiology Fellow Rounds, Montreal, QC |
| | – Jewish General Hospital, Internal Medicine Residents Rounds, Montreal, QC |
| | |
| 2002 | GP IIb/IIIa inhibitors in the setting of acute ST elevation MI |
| | – Jewish General Hospital, Cardiology Fellow Rounds, Montreal, QC |
| | – Jewish General Hospital, Internal Medicine Residents Rounds, Montreal, QC |
| | |
| 2002 | The CURE Trial |
| | – Royal Victoria Hospital, Pharmacy Rounds, Montreal, QC |
| | – Jewish General Hospital, Internal Medicine Residents Rounds, Montreal, QC |
| | |
| 2001 | Current issues in interventional cardiology |
| | – McGill University, Family Medicine CME Series, Montreal, QC |
| | |
| 2000 | Identification and management of patients with failed thrombolysis after acute myocardial infarction |
| | – Jewish General Hospital, Medical Grand Rounds, Montreal, QC |

*Mark J. Eisenberg, MD MPH FACC FAHA*

| 2000 | Calcium channel blockers |
| | – Jewish General Hospital, Residents Rounds, Montreal, QC |

| 1999 | Exercise stress testing |
| | – Jewish General Hospital, Family Medicine CME Rounds, Montreal, QC |

| 1998 | Non-surgical coronary revascularization |
| | – Jewish General Hospital, Family Medicine CME Rounds, Montreal, QC |

| 1997 | Mitral stenosis |
| | – Jewish General Hospital, McGill Cardiology Residents Cath Rounds, Montreal, QC |

| 1997 | Cost as an outcome in cardiovascular research |
| | – Royal Victoria Hospital, Epidemiology Rounds, Montreal, QC |

| 1997 | Cost of percutaneous transluminal coronary angioplasty |
| | – Jewish General Hospital, Epidemiology Rounds, Montreal, QC |
| 1995 | Use of cost as a surrogate measure in cardiology research. |
| | – Montreal General Hospital, Cardiology Rounds, Montreal, QC |

| 1995 | Diagnosis of cardiac tamponade: a Bayesian analysis |
| | – Montreal General Hospital, Epidemiology Rounds, Montreal, QC |

**Outside McGill**

*Academic*

| 2009 | Drug-Eluting Stents and Late Stent Thrombosis |
| | – Cardiology Rounds, Siroka Medical Center, Ben Gurion University, Beersheva, Israel |

| 2009 | Smoking Cessation and CAD: Where There's Smoke, There's Fire! |
| | – Grand Rounds, Siroka Medical Center, Ben Gurion University, Beersheva, Israel |

| 2008 | Smoking Cessation: Where There is Smoke, There is Fire |
| | – St. Vincent's Hospital, Staten Island, NY |

| 2008 | Il n'y a pas de feu sans fumée! |
| | – Centre de santé et de services sociaux de la région de Thetford, Thetford Mines, QC |

| 2007 | Use of stents in ischemic heart disease |
| | – Mount Sinai Hospital, Montreal, QC |

| 2007 | Management options for ACS: Update of UA/NSTEMI guidelines |
| | – Royal University Hospital, Grand Rounds, Saskatoon, SK |
| | – Royal University Hospital, Cardiology Rounds, Saskatoon, SK |

| | |
|---|---|
| 2007 | Drug-eluting stents and late thrombosis |
| | – Maisonneuve-Rosemont Hospital, Montreal, QC |
| | – Lakeshore General Hospital, Grand Rounds, Pointe-Claire, QC |
| | – Lakeshore General Hospital, Surgery Rounds, Pointe-Claire, QC |
| | – Valleyfield Hospital, Internal Medicine Rounds, Valleyfield, QC |
| | |
| 2005 | Zyban as an effective smoking cessation aid in patients following an acute coronary syndrome |
| | – Shaare Zedek Hospital, Jerusalem, Israel |
| | – Rambam Hospital, Haifa, Israel |
| | – Case Western Reserve University Hospitals, Cleveland, OH |
| | |
| 2005 | Acute myocardial infarction: Give thrombolytics or transfer for percutaneous coronary intervention? |
| | – Barrie Memorial Hospital, Ormstown, QC |
| | |
| 2004 | Acute myocardial infarction: Give thrombolytics or transfer for percutaneous coronary intervention? |
| | – Lakeshore General Hospital, Pointe-Claire, QC |
| | |
| 2004 | Zyban as an effective smoking cessation aid in patients following an acute coronary syndrome |
| | – Sacre Coeur Hospital, Cardiology Rounds, Montreal, QC |
| | – Notre-Dame Hospital, Cardiology Rounds, Montreal, QC |
| | |
| 2002 | Cost of hip replacement in Canada and the United States |
| | – TECH Investigators Meeting, Kona, HI |
| | |
| 2002 | Current issues in interventional cardiology |
| | – Barrie Memorial Hospital, Family Medicine CME Series, Ormstown, QC |
| | |
| 2002 | Identification and management of patients with failed thrombolysis after acute myocardial infarction |
| | – Lakeshore General Hospital, Pointe-Claire, QC |
| | |
| 2002 | IIb/IIIa inhibitors in the setting of acute ST elevation MI |
| | – Lakeshore General Hospital, Pointe-Claire, QC |
| | |
| 2001 | Identification and management of patients with failed thrombolysis after acute myocardial infarction |
| | – Strong Memorial Hospital, Rochester, NY |
| | |
| 2000 | Calcium channel blockers |
| | – Lakeshore General Hospital, Family Medicine Rounds, Pointe-Claire, QC |
| | |
| 1999 | Functional testing after percutaneous transluminal coronary angioplasty |
| | – St. Paul Hospital, Grand Rounds, Vancouver, BC |

*Mark J. Eisenberg, MD MPH FACC FAHA*

| | |
|---|---|
| 1999 | Medication use following percutaneous transluminal coronary angioplasty |
| | – Medication Utilization, Réseau of Quebec Symposium, Sherbrooke, QC |
| 1998 | Diagnostic testing |
| | – Montreal Heart Institute, Research Rounds, Montreal, QC |
| 1997 | Use of cost as an outcome in studies examining surgical and nonsurgical procedures |
| | – Sunnybrooke Hospital, Cardiology Rounds, Toronto, ON |
| 1995 | Cardiac effects of cocaine use |
| | – Hospital Laval, Cardiology Grand Rounds, Laval, QC |
| | – Montreal Heart Institute, Cardiology Rounds, Montreal, QC |

### *Scientific and Professional Presentations (Other Contributions)*

| | |
|---|---|
| 2008 | Highlights of the ACC 2008: PCI update |
| | - Merck Frosst and Schering Plough Post-ACC 2008 Meeting, Montreal, QC |
| 2007 | Highlights from the ESC, CCC & AHA 2007: Secondary prevention in revascularized patients |
| | - Breaking the cardiovascular disease continuum: New evidence on ACE inhibition, Montreal, QC |
| 2007 | Courage Trial: 'Should every patient with stable angina undergo a cardio angiogram?' 'Should every patient with stable angina and coronary stenosis undergo PCI?' |
| | - Schering-Plough Canada and Merck Frosst Courage Trial Debate, Montreal, QC |
| 2007 | Cost-effectiveness of drug-eluting stents |
| | - 13th World Congress on Heart Disease, Vancouver, BC |
| 2007 | The Wolfpack Study |
| | - Wolfpack Running Club (YM-YWHA), Montreal, QC |
| 2007 | 'How to get your patient to quit smoking' panel session |
| | - American College of Cardiology Scientific Session, Panelist, New Orleans, LA |
| 2006 | Antithrombin therapy prior to PCI |
| | – Hemodynamic Laboratory - scientific conference, Montreal, QC |
| 2006 | Role of drugs in tobacco cessation |
| | – International Symposium on Cardiovascular Diseases, Stroke and Diabetes, New Delhi, IN |
| 2005 | Smoking cessation after acute coronary syndromes |
| | – First Latin-American Forum on Panvascular Diseases, Mexico City, MX |

*Mark J. Eisenberg, MD MPH FACC FAHA*

| | |
|---|---|
| 2004 | Diagnosis and current management of coronary artery restenosis |
| | − American College of Cardiology course: Tutorials in the Tetons, Jackson Hole, WY |
| 2004 | Prevention of coronary artery restenosis: Should all my patients receive drug-eluting stents? |
| | − American College of Cardiology course: Tutorials in the Tetons, Jackson Hole, WY |
| 2004 | Acute myocardial infarction: Give thrombolytics or transfer for percutaneous coronary intervention? |
| | − American College of Cardiology course: Tutorials in the Tetons, Jackson Hole, WY |
| 2004 | Invasive therapy for acute coronary syndromes |
| | − American College of Cardiology course: Tutorials in the Tetons, Jackson Hole, WY |
| 2004 | Case studies of current management of coronary artery restenosis: Individualizing therapy to the patient |
| | − American College of Cardiology course: Tutorials in the Tetons, Jackson Hole, WY |
| 2004 | Case studies: Factors involved in decision-making for therapy to prevent restenosis |
| | − American College of Cardiology course: Tutorials in the Tetons, Jackson Hole, WY |
| 2003 | International trends in the use of primary percutaneous coronary intervention |
| | − American College of Cardiology Scientific Sessions, Chicago, IL |
| 2003 | Institutional variations in surgical treatment costs in the United States and Canada |
| | − American College of Cardiology Scientific Sessions, Chicago, IL |
| 2003 | Improved functional status and quality of life after invasive management of non-ST segment elevation acute myocardial infarction |
| | − American College of Cardiology Scientific Sessions, Chicago, IL |
| 2002 | Routine functional testing following percutaneous coronary intervention leads to increased clinical events in high-risk patients: Results from the ADORE Trial |
| | − American Heart Association Scientific Sessions, Chicago, IL |
| 2002 | Outcomes and cost of coronary artery bypass graft surgery in the United States and Canada |
| | − American Heart Association Scientific Sessions, Chicago, IL |
| 2001 | Aggressive Diagnosis of Restenosis: Results from the ADORE Trial |
| | − American College of Cardiology Scientific Sessions (Late-Breaking Clinical Trials Session), Orlando, FL |

*Mark J. Eisenberg, MD MPH FACC FAHA*

| | |
|---|---|
| 2000 | Use of routine functional testing after percutaneous transluminal coronary angioplasty:  Results from the ROSETTA Registry |
| | – American College of Cardiology Scientific Sessions, Anaheim, CA |
| 1999 | Six month outcomes of percutaneous transluminal coronary angioplasty in hypertensive patients:  Results from the ROSETTA Registry |
| | – American Heart Association Scientific Sessions, Atlanta, GA |
| 1999 | Utility of routine functional testing after percutaneous transluminal coronary angioplasty:  Results from the ROSETTA Registry |
| | – American Heart Association Scientific Sessions, Atlanta, GA |
| 1999 | Low yield of routine functional testing after percutaneous transluminal coronary angioplasty |
| | – American College of Cardiology Scientific Sessions, New Orleans, LA |
| 1999 | Six month outcomes of percutaneous transluminal coronary angioplasty in the elderly:  Results from the ROSETTA Registry |
| | – American College of Cardiology Scientific Sessions, New Orleans, LA |
| 1996 | Comparison of percutaneous coronary revascularization costs among HMO and non-HMO cardiologists |
| | – American Heart Association Scientific Sessions, New Orleans, LA |
| 1996 | Correlates of in-hospital cost among patients undergoing abdominal aortic aneurysm repair |
| | – American Heart Association Scientific Sessions, New Orleans, LA |
| 1996 | Echocardiographic score predicts in-hospital cost in patients undergoing percutaneous balloon mitral valvuloplasty |
| | – American College of Cardiology Scientific Sessions, Orlando, FL |
| 1995 | Regional variation of medical therapy in patients undergoing percutaneous coronary revascularization in the United States |
| | – American Heart Association Scientific Sessions, Anaheim, CA |
| 1995 | High marginal costs associate with routine placement of coronary stents |
| | – American College of Cardiology Scientific Sessions, New Orleans, LA |
| 1995 | Inadequate pre-hospital medical therapy in patients undergoing percutaneous coronary revascularization:  Results from the CAVEAT Trial |
| | – American College of Cardiology Scientific Sessions, New Orleans, LA |
| 1992 | Absence of myocardial ischemia and left ventricular dysfunction immediately after intravenous cocaine |
| | – American Society of Echocardiography Meeting, Boston, MA |
| 1992 | The prognostic value of echocardiography in hospitalized patients with pericardial effusions |
| | – American College of Cardiology Scientific Sessions, Dallas, TX |

55

*Mark J. Eisenberg, MD MPH FACC FAHA*

| | |
|---|---|
| 1992 | Intraoperative monitoring for myocardial ischemia: Does 12-lead electrocardiography or transesophageal echocardiography have incremental value? |

    – American College of Cardiology Scientific Sessions, Dallas, TX

| | |
|---|---|
| 1991 | Prognostic importance of delayed Q wave evolution 3 to 24 hours after thrombolytic therapy for acute myocardial infarction |

    – American College of Cardiology Scientific Sessions, Atlanta, GA

HISTORY OF TESTIMONY OF MARK J. EISENBERG, M.D.

| Date | Nature | Case Number | Lawyer | Location | Case |
|------|--------|-------------|--------|----------|------|
| 3/28/05 | Deposition | | Abramson, Brown, Dugan (Dugan) | | Judith L. St. Onge administrator for the estate of Raymond St. Onge and Amber Grise, individually vs Anesthesia Care Group, PL |

Jurisdiction - Hillsborough County Superior Court, Northern District, New Hampshire

Full Name of Case: Judith L. St. Onge, Administrator of the Estate of Raymond St. Onge and Amber Grise, Individually v. Anesthesia Care Group, P.C. and David Perreault, M.D.

Hillsborough County Superior Court, Northern District Docket No. 03-C-0775

| Date | Nature | Case Number | Lawyer | Location | Case |
|------|--------|-------------|--------|----------|------|
| 5/3/06 | Deposition | 424571 | Jacobs-Goodman | Florida | Charles Carnes and Linda Carnes vs Sebring Hospital |
| | | 10th Judicial Circuit and for Highlands County, Florida Case GCO4-117 | | | |
| 10/5/06 | Deposition | | Gleicher/Sickels | Michigan | Turbin |

STATE OF MICHIGAN IN THE CIRCUIT COURT FOR THE COUNTY OF EMMET
DENNIS TURBIN and KRISTINE TURBIN, Plaintiffs, vs. CARDIOLOGY CONSULTANTS, P.C.;
and HARRY T. COLFER, M.D.,
HON. CHARLES W. JOHNSON
No. 05-9071-NH

| Date | Nature | Case Number | Lawyer | Location | Case |
|------|--------|-------------|--------|----------|------|
| 3/30/07 | Deposition | | Gray, Stefani (Riccolo & Semmelroth) | Cedar Rapids, IW | Randall Jahn |

Jurisdiction - IN THE IOWA DISTRICT COURT IN AND FOR LINN COUNTY

JACEY C. JAHN, ADMINISTRATOR OF THE ESTATE OF RANDALL E. JAHN, and JACEY C. JAHN, Individua –versus GEORGE HANNA, D.D.S., CEDAR RAPIDS FAMILY DENTAL CENTER, P.C.; JOHN J. KLEIN, M.D.; and MERCY PHYSICIAN ASSOCIATES, INC.

CASE NO. LACV050022

| Date | Nature | Case Number | Lawyer | Location | Case |
|------|--------|-------------|--------|----------|------|
| 5/18/07 | Deposition | | Goldberg-Simpson (Gray) | | Nuanez vs. Robert L McQuady |
| 8/20/07 | Deposition | Merrimack ss No 06-C-0398 | Slawsky (Nixon, Raiche) | Manchester, NH | Mary Coyle executrix of the estate of John Oudens vs. Concord Hosp |
| | | Merrimack County, NH, Superior Court Docket number 06-C-0398 | | | Estate of John Oudens v. Concord Hospital. |

1

| 9/21/07 | Trial Testimony | 424571 | Jacobs-Goodman | Florida | Carnes vs John Caruso |

12/18/07 Deposition   06-C-466   Abramson, Brown, Dugan (Bleich)   New Hampshire   Lorrie and Martha Noble vs Dinesh Kalra & Sou New Hamp Med Ctr
State of New Hampshire, Hillsborough County Superior Court, Southern District
Lorrie and Martha Noble v. Dinesh Kalra, MD, FMP/DHC, LLP d/b/a Lahey Cardiology and Southern New Hampshire Medical Center
Docket Number: 06-C-466

? 3/08   Trial Testimony   06-C-466   Abramson, Brown, Dugan (Bleich)   New Hampshire   Lorrie and Martha Noble vs Dinesh Kalra & Sou New Hamp Med Ctr

5/9/08   Deposition         Ferris-Salter                                   Gibson
Gibson v. Dilip Arora, et al.         Berrien County Circuit Court – Michigan   Honorable Lynda Tolen         Case No. 06-3227-NH

8/11/08   Deposition   C/A No 07-CP-103598   Rosen (Meihous)   Charleston, SC   Bigg vs Theerathorn
                       BLF File No 20.92
State of South Carolina, County of Charleston

Melinda Bigg, individually and as personal representative of the
Estate of William Bigg, Deceased, Plaintiff vs. Pitchar Theerathorn,
M.D., Rick L. Olson, M.D., Sofia I. Barbosa, M.D., Jairy C. Hunter, III,
M.D., Diane Franchi, M.D., Ludwig A. Lettau, M.D., Christina A.
Mondragon, M.D., Donald E. Saunders, M.D., James M. Benner, M.D.,
Cynthia Blalock, M.D., Summerville Medical Center, Trident Medical
Center, LLC, and HCA Inc.

In the Court of Common Pleas, Ninth Judicial Circuit, Case No.
07-CP-10-3598

10/7/08   Video Trial Test   Jefferson Circ Court #7   Gray (Goldberg-Simpson)   Nuanez vs Robert L. McQuady
                            No 04-CI-06150

The Oudens case was in the Merrimack County, NH, Superior Court.  Docket number 06-C-0398.  The parties were: Estate of John Oudens v. Concord Hospital.

2