**Exhibit A**

**Luca A. Vricella, MD, FACS**
*Associate Professor of Surgery*
*Pediatric and Adult Cardiac Surgery*

The Johns Hopkins Hospital
600 North Wolfe Street
Blalock 618
Baltimore, Maryland 21287-4618
443-287-1262 Office
410-955-3809 Fax
lvricella@jhmi.edu



JOHNS HOPKINS
M E D I C I N E
────────────
CARDIAC SURGERY

**Expert Report of Luca A. Vricella, MD, FACS, FEACTS**

*Aprotinin (Trasylol) and Cardiac Surgery*

**August 8th, 2009**

## I.   CREDENTIALS

I was born and raised in Italy, and completed my Medical School *curriculum* at the Catholic University of Rome, graduating *Summa Cum Laude* in 1991.  My thesis focused on the incidence and treatment of renal failure following heart transplantation.  I then completed my residency in General Surgery at the George Washington University School of Medicine (1993-1999) being also elected, during that same year, as a member of the *Alpha Omega Alpha* medical honor society.  I completed residency training in Cardiothoracic Surgery and Thoracic Transplantation at Stanford University School of Medicine (1999-2002).  During my training, I pursued Research and Clinical Fellowships at Loma Linda University School of Medicine (1996-1997) and at Great Ormond Street Hospital for Sick Children in London, United Kingdom (2002-2003).

I have been on Faculty at the Johns Hopkins University since 2003, caring for adults and children with cardiac disease requiring surgical intervention. Our core mission revolves around teaching, research and patient care; all three aspects of this tripod are represented in my everyday practice.  I am currently Associate Professor of Surgery, Attending Adult and Pediatric Cardiac Surgeon and Director of the Johns Hopkins Pediatric Cardiac Surgical and Heart Transplantation Service, as well as co-Director of the Johns Hopkins Adult Congenital Heart Disease Unit.

To date, I have published 52 peer-reviewed scientific articles, I have authored and co-authored 16 book chapters, 3 textbooks and have presented work in the field of heart disease as invited lecturer or presenter both nationally and internationally. I am a member of the Society of Thoracic Surgeons (STS), American Association of Thoracic Surgeons (AATS), European Association of Cardio-Thoracic Surgeons (EACTS) and a Fellow of the American College of Surgeons (ACS). I currently play a very active role in the residency training program in Cardiothoracic Surgery at the Johns Hopkins University, and I am responsible for the mentoring of our trainees.

I am part of an academic practice that covers the full *spectrum* of heart disease, within the broader reach of an institution that has been ranked as the #1 U.S. Hospital for the last 19 consecutive years. The Johns Hopkins Cardiac Surgery service has an unparalleled history in treating cardiac anomalies, having performed the first interventions for children with cyanotic congenital heart disease in the mid 1940's, as well as the first coronary artery bypass graft in 1962. Given this background, as well as the national and international reputation of our institution, our unit currently performs over 1,500 cardiac cases per year (mostly tertiary care level operations); our field of expertise spans from myocardial revascularization (both primary and reoperative) to complex valvular, thoracic aortic and congenital procedures, and includes a very active cardiac transplant and ventricular assist device service. Within the scope of our Division, I operate on both adults and children, with over a third of my cases being reoperative procedures. A large proportion of cases performed by our unit in general, and in my practice in particular, would have been candidates, in the recent past, for the clinical utilization of aprotinin. I feel therefore extremely qualified to render an expert opinion on the topic.

I am being compensated for my time at an hourly rate of $400.00 for research and document review, and $500.00 for time spent writing my report. A copy of my current *curriculum vitae* is attached to this report as Exhibit "A." Attached as Exhibit "B" is a list of cases in which I have previously provided expert testimony. Exhibits "C" and "D" itemize literature I relied on in formulating my opinions and documents I reviewed, respectively.

## II.     PRESENT ASSIGNMENT

I have been asked to address the following topics:

1.    To provide a succinct background regarding coronary artery bypass surgery, specifically addressing primary and reoperative surgical myocardial revascularization as well as outlining the typical pre, intra and postoperative course of patients undergoing coronary artery bypass grafting.

2.    To provide a background regarding the utilization of aprotinin in cardiac surgery and, in particular, in the setting of coronary artery bypass grafting.

3.    In order to substantiate my opinion, to review clinical and experimental data regarding aprotinin as reported in the literature, with particular focus on the issue of risk for renal failure, cerebro-vascular accidents, myocardial infarction and death following its use in cardiac surgical patients.

4.    To review outcomes and safety between different types of agents that would be used in the setting of surgical myocardial revascularization and other cardiac surgeries with the same clinical purpose (to reduce intra and postoperative bleeding).   In particular, to elucidate whether the utilization of aprotinin would confer any sufficient clinical benefit over other agents, such as epsilon-aminocaproic acid or tranexamic acid.

5.    Lastly, to provide my opinion regarding the clinical use of aprotinin based on what is outlined above in paragraphs 1-4.

All of the opinions which I have provided in this report are within a reasonable degree of medical certainty and are based upon my professional experience, training, and the review of medical literature and pertinent documents.

## III.     BACKGROUND REGARDING CORONARY ARTERY BYPASS SURGERY

Occlusive coronary artery disease (CAD) is the most common form of heart disease, affecting over 1.5 million Americans annually.   Its clinical manifestation as acute coronary syndrome leads to morbidity and mortality that place CAD at the forefront of the leading causes of death among American men and women.

Acute or progressive obstruction of the coronary arteries leads to downstream lack of coronary perfusion to the myocardium (cardiac musculature) with *sequelae* that depend on the rapidity with which the occlusion develops (acute or chronic), its magnitude (degree of occlusion), and the myocardial territory affected (single, two or three-vessel coronary artery disease). Ischemia (lack of blood flow to the myocardium) is the hallmark of critical coronary artery disease. Patients will present with symptoms that vary according to the severity or acuteness of the occlusion, ranging from chronic silent ischemia, to ischemia (angina or chest pain) at rest or upon exertion, or the clinical features of a myocardial infarction. The term infarction refers to the actual loss of cardiac muscular cells that occurs when the critical lack of perfusion is exceeded, resulting in cell death. Variability is also present within myocardial infarction, with some patients experiencing pregress silent infarcts all the way to the devastating initial presentation of a massive myocardial infarction that, with its potential electrical and mechanical complications, can lead to sudden death.

The most common form of presentation leading to cardiac surgical intervention in the form of coronary artery bypass grafting is that of stable and unstable angina. The former type of angina (stable) refers to patients who experience chest pain with exercise ranging from strenuous activity (Class I) to minimal exercise (Class IV). This form of angina will typically resolve with rest, a condition in which myocardial oxygen demand is brought down below the anginal threshold. These patients will usually be evaluated and treated according to the severity and distribution of the disease, usually in the elective setting. The latter (unstable angina) typically refers to a more rapidly deteriorating and clinically important picture usually caused by a more sudden change in the coronary arterial circulation, such as marked and rapidly progressive or complete coronary occlusion brought about by plaque rupture or thrombosis. This situation can be reversible, but will tend to recur as further episodes of unstable angina or acute (and often fulminant) myocardial infarction. If not addressed by surgical or percutaneous coronary intervention, one-year incidence of non-fatal myocardial infarction and death are estimated at 12-14% and 8-10%, respectively.

Once the presence of coronary ischemia is established and documented with a complete work-up, treatment options are tailored to the disease and the patient. Medical treatment is, of course, an

option.  If symptoms are mild, the disease not severe or the patient represents a prohibitive surgical or interventional risk, a non-procedural approach might be considered.  However, most patients with clinically important disease will require some form of intervention to ameliorate distal perfusion, address symptoms and reduce the risk of myocardial infarction and death.  The two forms of intervention are represented by percutaneous coronary intervention (**PCI**) and surgical myocardial revascularization (Coronary Artery Bypass Grafting – **CABG**).  A discussion of the relative merits of each technique and of how they compare with regard to immediate, intermediate and long-term outcomes is beyond the scope of this limited discussion.

What needs to be stated, however, is the fact that myocardial revascularization (whether surgical or percutaneous) is superior to medical management; hence the large number of patients requiring surgical or percutaneous intervention to address this exceedingly common condition.

To follow is a brief description of the main features of the pre-, intra- and postoperative phase, as they refer to most patients undergoing myocardial revascularization.  This description represents my personal clinical practice, and reflects in all likelihood what is performed by most clinicians called to address coronary artery disease with surgical intervention.

The pre-operative phase will be largely influenced by the mode of presentation of the patient, with the two extremes represented by patients who undergo evaluation of chronic, stable angina as outpatients, and those who are already hospitalized with an acute coronary syndrome.  Among the latter, risks vary according to the severity of acute presentation.  A patient who is stabilized following the initial presentation with acute coronary syndrome will experience risks and outcomes that are predictably different than those of a patient who requires surgery in the setting of an acute myocardial infarction or who is experiencing one of its catastrophic consequences (such as papillary muscle rupture, ventricular septal defect, myocardial infarction, etc).  For the purpose of this brief discussion, I will outline the pre-, intra- and postoperative course of patients who either present acutely but are stabilized (urgent or semi-elective cases) or those who have documented disease that is treated in the elective setting.  These patients also represent the majority of cases seen within a busy coronary practice.

Following urgent or elective presentation/referral, the patient is fully evaluated by an integrated, multi-specialist team. The team is composed of cardiologists, cardiac surgeons and cardiac anesthesiologists. For the electively referred patient, the preoperative evaluation has already been completed on an outpatient basis by the cardiologist in conjunction with the patient's internist. Depending on the patient's comorbidities, several other clinicians may be involved as consultants. Regardless, the preoperative evaluation on the part of the surgeon is complete and includes (a) a full review of all available diagnostic and imaging studies, (b) laboratory evaluations, (c) a detailed history and physical examination with particular emphasis on the cardiovascular system, and (d) a discussion about the indications, risks, benefits and alternatives to surgical intervention in order to obtain informed consent.

During the procedure, the patient is prepared in the usual fashion, with the surgical team performing simultaneously entry into the chest via a median sternotomy and conduit procurement. This part of the procedure is critical to the immediate and long-term outcome of the operation. The term "conduit" refers to the vessel that will be used to provide the alternative source of blood inflow to the myocardium, downstream to the stenosis (luminal narrowing). Patients often ask if the obstruction will be removed from the partially or totally obstructed native coronary artery. Aside from rare exceptions (endoarterectomy), the disease is left in place, and simply bypassed by the conduit. Conduits can be subdivided into arterial (left internal mammary artery or LIMA, radial artery - most commonly used) and venous (saphenous veins, procured from the lower extremities typically with endoscopic techniques). These grafts can also be described as "pedicled" or "free grafts" according to whether they have been removed (as is necessary for the radial artery or the saphenous vein) from their original vascular bed or (as is almost always the case with the LIMA) if their more proximal aspect has been left in place and only the most distal part has been used to construct the bypass.

The procedure can be accomplished by a variety of approaches. The sternotomy can be full or minimally invasive, the connections (anastomoses) can be constructed with robotic assistance or manually. Most importantly, the case can be accomplished with the heart beating or arrested, therefore either on the beating heart (OP-CAB) or with the assistance of cardiopulmonary bypass. The use of off-pump techniques is particularly appealing for several benefits possibly

associated with avoidance of extra-corporeal circulation, but are not universally applicable to myocardial revascularization.  Off-pump techniques are also associated with mixed results with regard to long-term patency when compared to revascularization that is performed on the still heart.   The utilization of cardiopulmonary bypass is also dependent on the profile of the individual practice. In a practice like ours, for example, up to 90% of cases are performed under cardioplegic arrest, rather than on the beating heart.   More complex revascularization, reoperative coronary surgery, and simultaneous requirement for valve intervention are intuitively better-suited for the use of extra-corporeal circulation.

Once the conduits are procured, they are anastomosed (or connected) to a source of inflow (to the ascending aorta in the case of free grafts).  The outflow of the graft is created by an end-to-side anastomosis between the conduit and the native coronary artery at a point distal to the occlusion.  If the procedure is performed on the beating heart, flow is restored immediately down the grafts.  If the bypasses are constructed under cardioplegic arrest, restoration of flow in the grafts is followed by a progressive return of cardiac function, and weaning from extra-corporeal circulation is carried out.  The total operative time for the procedure depends on the number of grafts implanted, the utilization of cardiopulmonary bypass and on the need for performance of cardiac procedures in addition to bypass grafting.  For a beating heart procedure that entails placement of two coronary artery bypass grafts, the operative time might be for instance under two hours.  For more complex isolated myocardial revascularization, the total operative time might approach five hours.

Most patients will require a period of <24 hours in the intensive care unit, and will then be transferred to the telemetry ward, where they will recover for an additional 3-6 days prior to discharge.  During this early post-operative phase, the patient is closely followed by the cardiac surgical team.  Following hospital discharge, the patient is scheduled for a routine follow-up appointment with the operating surgeon somewhere between 14 days and 1 month post-operatively.  Should intermediate-term or late complications of surgical significance arise, the patient is then promptly referred to the cardiac surgical service for re-evaluation and possible intervention.

## IV.   BLOOD CONSERVATION STRATEGIES AND THE USE OF ANTI-FIBRONLYITC AGENTS IN CARDIAC SURGERY

Blood conservation techniques have largely been advocated and implemented because of rising awareness of complications associated with the indiscriminate use of blood products.  I must stress, however, that the last three decades have witnessed a paradigm shift when the risks of transfusion are considered.  Before the 1980s most US hospitals' postoperative protocols included liberal transfusion of blood and blood products to patients undergoing surgical intervention with cardiopulmonary bypass. For example, patients were routinely discharged home with a goal hematocrit of at least 30%, and the risk of exposure to hepatitis was thought to represent a relatively small price to pay when considering the hazards of cardiopulmonary bypass at a time in which it entailed large pump priming volumes, relatively unrefined circuits and substantial postoperative bleeding among other risks.  The risk associated with transfusion was almost accepted in this era, when considering the state of the art of cardiac surgery.  In the early 1980s this liberal approach to transfusion was changed by the HIV epidemic.  The lethality of AIDS brought about an extraordinary emphasis on avoiding transfusions in clinical practice; this led in turn to the investigation of several modalities that shared the goal of minimizing exposure to blood products in order to protect both patients and healthcare providers.  New concepts in the design and materials utilized in cardiopulmonary bypass were introduced; experimental work on stroma-free hemoglobin as alternative for blood transfusion was restarted, and techniques for intra-operative blood salvage were refined. As we entered the early 1990s, various agents not yet approved by the FDA were put into clinical trial: these included Erythropoietin (sponsored by Ortho Pharmaceuticals) as well as Aprotinin (sponsored by Bayer Pharmaceuticals).  As a result of the grave concerns over blood product safety, banked blood supply became exceedingly safe in the mid 1990s, with minimization of the risk for transmission of blood-borne pathogens; re-evaluation should have occurred at this point in time regarding the validity of the use of anti-fibrinolytic agents, in order to establish a risk/benefit ratio and frame it within the context of drastically increased safety of transfusion.

Various techniques aim at avoiding altogether the need for transfusion, whereas autologous blood transfusion and intraoperative blood salvage methods strive to obviate the need for transfusion with homologous blood.  For the purpose of this discussion, I will focus on various methods of blood conservation based on the use of pharmacologic agents that limit blood loss during cardiac surgery.  Meticulous hemostasis and surgical technique remain as cornerstone of surgical hemostasis.  Although improvement in the quality of the materials utilized for extracorporeal circulation has dramatically improved over the recent two decades, there is still a well-documented form of coagulopathy that is associated with the surge of pro-inflammatory cytokines and the activation of blood components during extra-corporeal circulation.  This coagulopathy is what is referred to as "non-surgical bleeding", and is in essence the target for medications whose scope is that of avoiding the need for transfusion of blood products or for mediastinal reexploration.

Several medications have been utilized to limit the potential for morbidity and mortality of post-cardiopulmonary bypass coagulopathy.  The most widely investigated are aprotinin (Trasylol®), epsilon-aminocaproic acid (EACA, Amicar®) and tranexamic acid (Cyklokapron®).  These are also three drugs for which a body of literature related to comparative analysis is available.

## A] Aprotinin (Trasylol®)

The serine protease inhibitor aprotinin is a naturally-occurring enzyme-inhibitor complex isolated from bovine lung.  When administered as a constant intravenous infusion, this complex inhibits the activity of trypsin, plasma kallikrein and plasmin, key components of the fibrinolytic system.  Such system is involved in several counter-regulatory steps in the coagulation pathway. In particular, fibrinolysis is responsible for the degradation of clots following their formation; this is a natural feed-back mediated mechanism, being clot formation and degradation physiologic and simultaneously activated *in vivo*.  For example, in the case of a patient experiencing a myocardial infarction from plaque thrombosis, spontaneous recanalization and amelioration of the clinical picture is the result of clot dissolution by activation of the fibrinolytic system.  Being the activation of plasmin a beneficial physiologic fact in the setting of pathologic or detrimental clot formation (coronary thrombosis, pulmonary embulous, etc.), pharmacologic

manipulation of this counter-regulatory system has been introduced (intravenous administration of tPA - tissue plasminogen activator - for example). In cases in which, on the contrary, the clinician strives to achieve hemostasis (such as in cardiac surgery in general and in the patient undergoing myocardial revascularization on cardiopulmonary bypass in particular) activation of fibrinolysis via serine proteases is detrimental, and its controlled reversal intuitively beneficial.

Following intravenous administration and redistribution in the extra-cellular compartment, aprotinin is metabolized in the lysosomes of the tubular epithelium. This affinity for the proximal tubular system and the intra-renal effects on the kallikrein-kinin system (renal vascular autoregulation) form the basis for the well-documented renal toxicity of this drug. The dose of aprotinin can be either expressed in milligrams (mg) or kallikrein-inhibitory units (KIU). Several dosing protocols have been reported, and typically include a test dose (anaphylactic reactions have been reported in less than 1% of patients), a bolus, and an infusion maintained during the procedure and into the very early postoperative phase.

## B] Epsilon-aminocaproic acid and Tranexamic acid

Epsilon-aminocaproic acid and tranexamic acid are gamma aminocarboxylic acid analogues of lysine, and influence the conversion of plasminogen to plasmin. By hindering this step in the fibrinolytic pathway, they manifest a pro-coagulant effect that is largely secondary to the stabilization of clots, by preventing the degradation of fibrin strands. This naturally occurring pathway prevents the excess in fibrin formation subsequent to activation of the coagulation cascade. Plasmin also inactivates coagulation factors V and VIII, and is in turn inactivated by alpha-2-antiplasmin. Epsilon-aminocaproic acid and tranexamic acid have affinity for the same receptor on fibrinogen for plasmin, effectively displacing the latter and preventing plaminogen-mediated dissolution of fibrin. Just as in the case of aprotinin, epsilon-aminocaproic acid and tranexamic acid are dosed with a bolus followed by an intravenous infusion carried into the early perioperative phase. Tranexamic acid is up to 10 times more potent than epsilon-aminocaproic acid, and both are renally excreted.

Several comparative studies have investigated the relative risks and benefits of aprotinin, tranexamic acid and epsilon-aminocaproic acid, and some of the most relevant are reported in section V of this report.   Overall, my review of the literature reveals controversial results regarding the comparative efficacy of all three agents in reducing blood loss.   Even though all three agents are superior to *placebo*, in several studies lysine analogues are found to be moderately inferior to aprotinin in limiting blood loss, although in several others they are at least equivalent. When inferior, the decrement in blood loss attributable to aprotinin is somewhat marginal, in the order of less than 300 cc per case.   What emerged on the contrary is the much higher comparative incidence of renal dysfunction (especially for high dosing) and even death in association with the use of aprotinin.

## V.      SAFETY AND EFFICACY CONCERNS REGARDING APROTININ

Two large, observational studies performed by independent investigators were published in early 2006.   The first, reported by Dr. Dennis Mangano, et al., was published in the New England Journal of Medicine (NEJM) on January 26, and found that while aprotinin did not have a significant benefit in clinical outcomes when compared to the lysine analogues, it had a much worse safety profile.   More specifically, the NEJM study found an increased risk of renal failure requiring dialysis among patients undergoing either primary or complex coronary artery surgery who received aprotinin.   Dr. Mangano also found that patients who received aprotinin during primary coronary artery surgery were at a 55% increased risk of myocardial infarction and 181% increased risk of stroke or encephalopathy.

The second study, by Dr. Karkouti, et al., was published in Transfusion in March of 2006 and found that aprotinin and tranexamic acid had similar hemostatic effectiveness in high-transfusion-risk cardiac surgery.   The results further suggested that aprotinin may be associated with renal dysfunction.

After the New England Journal of Medicine and Transfusion articles were published, Bayer commissioned outside consultants to conduct its own large, observational study.   Bayer's study, performed by i3 Drug Safety and Dr. Sebastian Schneeweiss, et al., confirmed the findings of Dr.

Mangano over a larger set of patients utilizing sophisticated mathematical models to identify potential confounders. The unpublished version of the i3 study prepared for Bayer, dated September 13, 2006 (BAY00729487), states that its findings support the hypothesis that there is a higher risk of death and acute renal failure in aprotinin recipients as compared to recipients of other anti-fibrinolytics. The study's authors went on to state that its findings "are not readily ascribable to chance or to distortions arising from any of the dozens of measured patient, hospital, and surgeon characteristics in the data." (BAY00720500).

On September 21, 2006, the U.S. Food and Drug Administration (FDA) convened an advisory committee to reassess the safety profile of aprotinin. The FDA reviewed the available data and concluded that no additional warnings were necessary at that time. Later, it was reported in the media that Bayer had possession of preliminary results of the i3 study prior to the 2006 FDA advisory committee meeting, but failed to make the FDA aware of the existence of the observational study commissioned by Bayer, much less its damaging results. Electronic correspondence between Dr. Kuno Sprenger (from Bayer) and Dr. Alexander Walker (from i3, one of the authors of the study) indicates that the study's authors were alarmed that no mention of their work was made during Bayer's presentation at the advisory committee meeting. Dr. Walker specifically wrote to Bayer that the i3 report had "implications for public health, and as such should be communicated to the FDA." (BHCAG01034947).

An article by Dr. William R. Hiatt, the Chair of the Cardiovascular and Renal Drugs Advisory Committee, was published on November 23, 2006 in the New England Journal of Medicine. Dr. Hiatt pointed out that "the failure of Bayer to disclose all of its data on aprotinin seriously undermined the advisory committee process and hindered the safety review." Indeed, less than one month after Dr. Hiatt's article, the package insert and Physician's Desk Reference for aprotinin were modified to include (for the first time) a renal warning, limiting the approved indication for the drug only to high-risk surgical patients.

In February of 2007, a cohort study examining long-term mortality trends in patients receiving aprotinin as compared with the lysine analogues and placebo was published in the Journal of the American Medical Association (JAMA) by Dr. Mangano, et al. This study concluded that "in

addition to the previously reported acute renal and vascular safety concerns, aprotinin use is associated with an increased risk of long-term mortality following CABG surgery." The lysine analogues, however, demonstrated no such safety concerns.

During this time, a large randomized controlled trial of aprotinin versus the lysine analogues on high-risk patients (Blood Conservation Using Antifibrinolytics in a Randomized Trial – BART) was being conducted by independent investigators in Canada. Ultimately, the results of this study showed that the use of aprotinin was associated with a significant doubling of the risk of death from cardiac causes when compared to the lysine analogues, and a more than 50% increase for all-cause mortality at 30 days postoperatively; the study did indicate the possibility of a modest reduction in bleeding. As a result of this information, the safety monitors of the study stopped enrolling patients in the aprotinin arm at 790 (short of the 1,000 planned patients) on October 16, 2007. One of the study's authors, Dr. Paul Hebert, was quoted as saying "This study could have been done by the company five to ten years ago." On November 5, 2007 the FDA suspended marketing of the drug because, after review, it could not identify a specific patient group for which the benefits of utilizing aprotinin outweighed the risks. (Nov. 5, 2007 FDA Release; Transcript Press Conference, same date).

Significantly, Bayer's early clinical trials also indicated an association between aprotinin and renal dysfunction. (BAY00673955-57). This association was corroborated by Bayer when Bayer acknowledged that clinical trial data revealed that aprotinin "was associated with a statistically significant greater incidence in occurrence of serum creatinine elevations >.5 mg/dL relative to placebo among patients undergoing CABG (all studies) and primary CABG." (BHCAG00969549).

Since the withdrawal of aprotinin from the market, additional studies have been performed that corroborate the safety risks posed by the drug. For example, Dr. Andrew Shaw, et al. found that patients who received aprotinin had a higher mortality rate and larger increases in serum creatinine post-operatively than patients receiving epsilon-aminocaproic acid or no anti-fibrinolytic agent. Dr. Gebhard Wagener, et al. examined urinary neutrophil gelatinase-associated lipocalin (NGAL), a sensitive marker for renal injury, as well as serum creatinine and

- 13 -

found that patients given aprotinin in cardiac surgery manifested over a two-fold risk of acute renal injury as compared to patients receiving epsilon-aminocaproic acid. Dr. David Henry, et al. performed a meta-analysis of clinical trials assessing both safety and effectiveness when comparing aprotinin versus lysine analogues and placebo. The study found that the risk of death was consistently higher among patients receiving aprotinin, and "had no clear advantages to offset these harms."

I have also reviewed an unpublished study by Dr. David Kress, et al. The draft study I reviewed is described as "A report created at the request of Bayer Corporation, not intended for submission for publication," and is dated November 20, 2003. (BAY05426839). The study indicates that patients who had coronary artery surgery and received aprotinin had a significantly higher incidence of renal failure post-operatively. The study also indicates that high does of aprotinin are associated with higher incidences of post-operative renal failure, mortality, and increased length of stay in the hospital. Internal Bayer electronic correspondence discussing a draft of the study by Dr. Kress states that "if Kress has not mentioned this, neither should we. Let this go. If you have any questions on how to proceed (in this case not) call me." (BAY05322480).

## VI.   RISK/BENEFIT ANALYSIS OF APROTININ AS COMPARED TO LYSINE ANALOGUES OR NO AGENT

Aprotinin is associated with serious adverse events including acute renal failure requiring dialysis, myocardial infarction, and death (both at 30 day and 5 year endpoints) and there is marginal or no advantage brought by its utilization when compared to lysine analogues such as epsilon-aminocaproic acid in terms of total blood loss and need for transfusion of blood products. Even if there was a marginal benefit, epsilon-aminocaproic acid would be still preferable to aprotinin, given the risks of death, stroke, graft occlusion, myocardial infarction and renal failure associated with clinical use of the latter.

Consistent with the FDA announcement, I believe that there is no particular cardiac surgical patient population for whom the benefits of aprotinin administration outweigh the risks. This is

particularly true in an era in which the risk for blood-borne pathogen transmission by the administration of blood products is extremely low.  According to recently published data by the American Red Cross (http://www1.givebloodgivelife.org/recipients/transfusions/) chances of acquiring HIV, Hepatitis B and Hepatitis C from a single unit of packed red blood cells is 1:2,135,000, 1:205,000 and 1:2,000.000, respectively.  Although one should strongly strive to minimize the need for administration of blood and blood products, the potential risk involved in exposure to one unit of blood does not compare with the magnitude of the complications that have been ascribed to aprotinin in peer-reviewed scientific literature.

As surgeons we can anecdotally observe particular beneficial or detrimental effects of a drug on patients treated in our clinical practice; it may appear to us that a drug has benefits or lacks any, but in patients who often have numerous comorbidities and without the benefit of large studies, it is hard for the individual surgeon to determine the existence of infrequent, severe adverse effects. It is only with large randomized controlled trials and large observational studies published in authoritative, peer-reviewed journals that the individual prescribing physician (in this case, cardiothoracic surgeons and cardiac anesthesiologists) can make judgments on when and if a drug should be used.  Physicians rely on the drug manufacturers to be candid in providing information about the risks and benefits of the drugs they place on the market.   In the case of aprotinin, the information provided to physicians consistently indicated that the drug was safe and that it had substantial benefit; in retrospect, this information was, inaccurate, incomplete, misleading and, most importantly, harmful.

There is in my opinion very solid scientific grounds for why the drug is off the market; the information that led to the change in warnings and reduced indications in 2006 and the withdrawal from the market in 2007 should have been made available to the community of healthcare providers much sooner.  Any reasonably prudent physician would have, in my opinion, immediately discontinued the clinical use of a drug with such an unsafe record.

The warnings about the safety risks associated with the administration of aprotinin were inadequately and untimely provided to treating physicians, where they were given at all.  Bayer failed to appropriately warn the medical community about the risk of renal dysfunction

- 15 -

associated with the use aprotinin until December 15, 2006, when the warnings section of the label was changed and the indications for the use of aprotinin were limited.  Neither the package insert nor the PDR was ever changed to warn about the risks of increased mortality and myocardial infarction, and medical regulatory authorities across the globe requested that Bayer discontinue marketing for aprotinin.

## VII.    CONCLUSIONS

Based on my years of education, clinical experience, and expertise as a cardiothoracic surgeon, as well as a review of the pertinent medical literature and available internal Bayer documents, it is my expert opinion that:

1.    The safety risks posed by the administration of aprotinin, including increased risks for renal failure requiring dialysis, myocardial infarction, and death, render aprotinin unsafe for use in clinical practice.  In light of the evidence disclosed by the peer-reviewed literature, as well as data that was available but not disclosed until recently, I believe that no reasonably prudent physician would use aprotinin for patients undergoing cardiac surgical procedures.

2.    There are less expensive and safer alternatives to aprotinin that could have been used (and currently are), including epsilon-aminocaproic acid and tranexamic acid.  Moreover, since replacing aprotinin with epsilon-aminocaproic acid in my practice, I have personally noticed no difference in the effectiveness of epsilon-aminocaproic acid as compared to aprotinin in reducing peri-operative bleeding and need for blood product administration.  However, even if marginal decreases in blood loss and transfusions were demonstrated, the risks associated with the use of aprotinin would still outweigh any potential short-term benefit, were there any.

3.    Cardiothoracic surgeons rely upon drug manufacturers to be forthcoming about both risks and benefits of their products.  Cardiothoracic surgeons relied upon Bayer to provide adequate guidance regarding the use of aprotinin, as well as to carry out appropriate and rigorous investigations to document beneficial effects and lack of serious adverse effects.  Despite Bayer's frequent claims to the public in general and cardiothoracic surgeons in particular that its

"highest priority and concern is patient safety," it is my opinion that Bayer failed to share with the medical community some of the early concerns regarding the safety of aprotinin, never pursuing an appropriately powered randomized clinical trial.

I reserve the right to supplement this report.


**Luca A. Vricella, MD, FACS, FEACTS**
Associate Professor of Surgery
Division of Cardiac Surgery
The Johns Hopkins University

- 17 -

# Exhibit "A"

1

# Luca A. Vricella MD, FACS, FEACTS

## *Curriculum Vitae*



---

## DEMOGRAPHIC AND PERSONAL INFORMATION

### CURRENT APPOINTMENTS

Associate Professor of Surgery, Johns Hopkins University

Director, Pediatric Cardiac Surgery and Heart Transplant Program, the Johns Hopkins Hospital

Attending Surgeon, Adult and Pediatric Cardiothoracic Surgery, the Johns Hopkins Hospital

### PERSONAL DATA

| | |
|---|---|
| **Address** | Division of Cardiac Surgery |
| | The Johns Hopkins Hospital |
| | 600 N. Wolfe St. – Blalock 618 |
| | Baltimore. MD, 21287 |
| | |
| | Tel: (443) 287-1262 |
| | Fax: (410) 955-3809 |
| | E-mail: lvricella@jhmi.edu |
| **Date of Birth** | Rome, Italy, █████ 965 |
| **Citizenship** | Dual: Italy / United States (1975) |

2

**EDUCATION AND TRAINING**

| | |
|---|---|
| **Undergraduate** | Catholic University School of Medicine, Rome, Italy |
| | Degree:  Bachelor of Science, 10/20/87 |
| | |
| **Medical** | Catholic University School of Medicine, Rome, Italy |
| | Degree: *Summa Cum Laude* Doctor of Medicine, 10/22/91 |
| | |
| **Postdoctoral Training** | Intern, General Surgery |
| | The Western Pennsylvania Hospital, Pittsburgh, PA |
| | July 1992 - June 1993 |

Resident, General Surgery
The George Washington University School of Medicine
Washington, DC.  July 1993 - June 1998

Clinical / Research Fellow, Congenital Cardiac Surgery
Loma Linda University Medical Center, Loma Linda, CA
July 1996 - June 1997

Chief Resident, General Surgery
The George Washington University School of Medicine
Washington, DC.  July 1998 - June 1999

Resident, Cardiothoracic Surgery
Stanford University School of Medicine, Stanford, CA
July 1999 - June 2001

Chief Resident, Cardiothoracic Surgery and Thoracic Transplantation
Stanford University School of Medicine, Stanford, CA
July 2001 - June 2002

Senior Registrar in Pediatric Cardiac Surgery
Great Ormond Street Hospital for Children, London, United Kingdom
July 2002 - June 2003

UNOS Certified, 2006
Fulfilled criteria and is registered with UNOS as proficient to
initiate / head new cardiac transplantation program

3

**PROFESSSIONAL EXPERIENCE**

| | |
|---|---|
| 2002 - 2003 | Clinical Instructor of Cardiac Surgery, Johns Hopkins University |
| 2003 - 2008 | Assistant Professor of Surgery, Johns Hopkins University |
| 2003 – 2008 | Assistant Director, Pediatric Cardiac Surgery, Johns Hopkins University |
| 2004 | Locum Tenens Consultant, Congenital Heart Surgery |
| | Great Ormond Street Hospital for Sick Children, London, United Kingdom |
| 2003 - present | Attending Surgeon, Sinai Hospital of Baltimore, MD |
| 2003 - present | Attending Surgeon, Greater Baltimore Medical Center, Baltimore, MD |
| 2003 - present | Attending Surgeon, St. Agnes Hospital, Baltimore MD |
| 2003 - present | Attending Surgeon, Suburban Hospital, Bethesda, MD |
| 2007 - present | Attending Surgeon,  University of Maryland, Baltimore, MD |
| 2008 - present | Attending Surgeon, Anne Arundel Medical Center, Annapolis, MD |
| 2008 - present | Consultant Surgeon, University of Pavia, Italy |

**RESEARCH ACTIVITIES**

**PUBLICATIONS**

**Peer - reviewed original manuscripts**

1. **Vricella LA**, de Begona JA, Gundry SR, Vigesaa RE, Kawauchi M, Bailey LL. Aggressive peritoneal dialysis for treatment of acute kidney failure after neonatal heart transplantation. J Heart Lung Transplant 1992 Mar-Apr;11(2 Pt 1):320-9.

2. Trachiotis GD, **Vricella LA**, Alyono D, Aaron BL, Hix WR. Management of AIDS-related pneumothorax. Ann Thorac Surg 1996 Dec;62(6):1608-13.

3. **Vricella LA**, Razzouk AJ, Gundry SR, Larsen RL, Kuhn MA, Bailey LL. Heart transplantation in infants and children with situs inversus. J Thorac Cardiovasc Surg 1998 Jul;116(1):82-9.

4. **Vricella LA**, Trachiotis GD,Aaron BL, Hix WR. Reexpansion pulmonary edema. Ann Thorac Surg 1997;63(4):1206-7.

5. **Vricella LA**, Razzouk AJ, del Rio M, Gundry SR, Bailey LL. Heart transplantation for hypoplastic left heart syndrome: modified technique for reducing circulatory arrest time. J Heart Lung Transplant 1998;17(12):1167-71.

6. **Vricella LA**, Barrett WL, Tannebaum IR. Intestinal obstruction from midgut volvulus after laparoscopic cholecystectomy. A report of an unusual complication. Surg Endosc 1999;13(12):1234-5.

7. **Vricella LA**, Dearani JA, Gundry SR, Razzouk AJ, Brauer SD, Bailey LL. "Ultra fast track" in elective congenital cardiac surgery. Ann Thorac Surg 2000;69(3):865-71.

8. **Vricella LA**, Gundry SR, Larsen RL, Bailey LL. Successful myocardial volume reduction in a 9-month-old infant. Ann Thorac Surg 2000;69(4):1253-5.

9. Izutani H, **Vricella LA**, Gundry SR, Xu H, Bailey LL. Right ventricular outflow tract reconstruction using a Goretex membrane monocusp valve in infant animals. ASAIO J 2000;46(5):553-5.

10. **Vricella LA**, Trachiotis GD. Heimlich valve in the management of pneumothorax in patients with advanced AIDS. Chest 2001;120(1):15-8.

11. Hammer GB, Harrison TK, **Vricella LA**, Black MD, Krane EJ. Single lung ventilation in children using a new paediatric bronchial blocker. Paediatr Anaesth 2002;12(1):69-72.

12. **Vricella LA**, Black MD. Aortic arch reconstruction in neonates without hypothermic circulatory arrest. J Thorac Cardiovasc Surg 2002;123(6):1221-2.

13. **Vricella LA**, Karamichalis JM, Ahmad S, Robbins RC, Whyte RI, Reitz BA. Lung and heart-lung transplantation in patients with end-stage cystic fibrosis: the Stanford experience. Ann Thorac Surg 2002;74(1):13-8.

14. Kown MH, **Vricella L**, Salerno CT, Rosenthal DN, Black MD. Adult presentation of complete atrioventricular septal defect.. Asian Cardiovasc Thorac Ann 2002:10(4):356-8.

15. **Vricella, LA,** Reitz BA. Reoperative aortic valve replacement with patent internal thoracic artery and venous grafts. Ann Thorac Surg 2003;75(2):637-8.

16. **Vricella LA**, Coady MA, Black MD. Initial experience with a stentless porcine bioprosthesis for right ventricular outflow tract reconstruction in children. J Thorac Cardiovasc Surg 2003;125:727-8.

17. Shingal R, **Vricella** LA, Mitchell RS, Presti J Jr.   Cavoatrial tumor thrombus excision without circulatory arrest.  Urology 2003;62(1):138-40.

18. Karamichalis JM, **Vricella LA**, Murphy DJ, Reitz BA.  Simplified technique for correction of anomalous origin of left coronary artery from the anterior aortic sinus.  Ann Thorac Surg 2003;76(1):266-7.

19. **Vricella LA,** Khambadkone S, Yates R, Tsang VT.  Right ventricular outflow tract obstruction from massive fungal vegetation presenting as neonatal circulatory collapse.  Eur J Cardiothorac Surg 2003;24(2):323-4.

20. **Vricella LA**, Gundry SR, Izutani H, Kuhn MA, Mulla N, Bailey LL.    Fate of the polytetrafluoroethylene monocusp pulmonary valves in an animal model.    Asian Cardiovasc Thorac Ann 2003;11:280-4.

21. Pike NA, **Vricella LA,** Feinstein JA, Black MD, Reitz BA.   Regression of severe arteriovenous malformations after Fontan revision and hepatic rerouting. Ann Thorac Surg 2004;78:697-9.

22. **Vricella LA**, Samankatiwat P, de Leval MR, Tsang VT, Vouhe PR.  Simplified antegrade cerebral perfusion and myocardial protection during Stage I Norwood procedure.   Asian Cardiovasc Thorac Ann 2004;12(4):372-3.

23. **Vricella LA**, Kanani M, Cook AC, Cameron DE, Tsang VT.  Problems with the right ventricular outflow tract: a review of morphologic features and current therapeutic options.  Cardiol Young, 2004;14:553-49.

24. **Vricella LA**, Crosson JE, Cameron DE.   Saphenous vein homograft for right ventricle-to-pulmonary artery conduit in the Norwood procedure.  Cardiol Young 2004;14:325-7.

25. Cameron DE, **Vricella LA**.  Valve-sparing aortic root replacement in Marfan Syndrome.  Semin Thorac Cardiovasc Surg Pediatr Card Surg Ann 2005;8:103-11.

26. **Vricella LA,** Williams JA, Ravekes WJ, Holmes KW, Dietz HC, Gott VL, Cameron DE.  Early experience with valve-sparing aortic root replacement in children.    Ann Thorac Surg 2005;80:1622-7.

27. Cameron DE, **Vricella LA**.   Valve-sparing aortic root replacement with the Valsalva graft.  Operative Techniques in Thoracic and Cardiovascular Surgery, 2005.

28. Neri E, Barbaresi L, Massetti M, Pula G, Buklas D, **Vricella LA** et al.  Limited role of aortic size in the genesis of acute Type A aortic dissection.  Eur J Cardiothorac Surg, 2005;28(6):857-63.

29. McKee CT, **Vricella LA**, Harris LZ, Easley RB.  Abdominal compartment syndrome in an infant with congenital heart disease and sepsis resulting in failure of ECMO.   Pediatr Crit Care Med 2006;7(2):180-2.

30. Holmes KW, Bluemke D, **Vricella LA**, Ravekes WJ, Kling K, Spevak PJ. Magnetic resonance imaging of a distorted left subclavian artery course: an important clue to an unusual type of double aortic arch. Pediatr Cardiol 2006;27(3):316-20.

31. Taube JM, Hutchins GM, Carroll KC, **Vricella LA**, Halushka MK. Hemophilus influenza type F purulent pericarditis: a cause of death in a child with Down's syndrome. Diagn Microbiol Infect Dis 2006;56(1):87-9.

32. **Vricella LA**, Peddy SB, Crosson JE, Oswald GL, Cohn RD, Cameron DE, Valle D, Loeys BL. Infantile restrictive cardiomyopathy resulting from a mutation in the cardiac troponin T gene. Pediatrics 2006;117(5):1830-3.

33. Patel ND, Barreiro CJ, Waldron TP, Williams JA, Bethea BT, Fitton TP, Dietz HC, Lima JAC, Spevak PJ, Gott VL, **Vricella LA**, Cameron DE. Valve-sparing aortic root replacement: early experience with the DePaulis Valsalva graft in 51 patients. Ann Thorac Surg, 2006;82(2):548-53

34. Nwakanma LU, **Vricella LA**, Conte JV, Robbins RC. Aortic donor root aneurysm due to donor cystic medial degeneration following heart-lung transplantation. J Heart Lung Transplant 2006;25(10):1273-5.

35. Williams JA, Loeys BL, Nwakanma LU, Dietz HC, Spevak PJ, Patel ND, Francois K, DeBaker J, Gott VL, **Vricella LA**, Cameron DE. Early surgical experience with Loeys-Dietz: a new syndrome of aggressive thoracic aortic aneurysm disease. Ann Thorac Surg 2007;83(2):S757-63.

36. **Vricella LA,** Cameron DE. Facile conversion from mechanical to bioprosthetic aortic root replacement. J Thorac Cardiovasc Surg, 2007;133(2):565-7.

37. Barreiro CJ, Ellison TA, Williams JA, Durr ML, Waseem BS, Cameron DE, **Vricella LA**. Subclavian flap aortoplasty: still a safe, reproducible and effective treatment for infant coarctation. Eur J Cardiovasc Surg, 2007;31:649-53.

38. **Vricella LA.** European Journal of Cardiothoracic Surgery CME section: Subclavian flap aortoplasty: still a safe, reproducible and effective treatment for infant coarctation. Eur J Cardiovasc Surg, 2007.

39. Cameron DE, **Vricella LA.** What is the proper place of the Ross procedure in our modern armamentarium? Curr Cardiol Rep 2007;9(2):93-8.

40. Toomasian JM, **Vricella LA,** Black MD. Modification of an extracorporeal life support circuit for intraoperative correction of complex congenital heart disease. Perfusion 2007;22:35-40.

41. Maclean AA, **Vricella LA,** Freischlag JA. Innominate artery aneurysm. Eur J Cardiothorac Surg 2007;32:803.

42. **Vricella LA,** Cameron DE.  Reply to Troise et al.  Subclavian flap aortoplasty in neonates and infants. Eur J Cardiothorac Surg 2007;32:824-5.

43. BacKnight BM, Stearns JD, **Vricella LA,** Resar JR.  Migration of an embolized patent foramen ovale closure device to the left ventricular outflow tract.  Anesth Analg 2007;105:1229-30.

44. Williams JA, Bansal AK, Kim BJ, Nwakanma LU, Patel ND, Seth AK, Alejo DE, Gott VL, **Vricella LA,** Baumgartner WA, Cameron DE.  Two thousand Blalock-Taussig shunts: a six decade experience. Ann Thorac Surg 2007;84(6):2070-5.

45. McElrath-Schwartz J, **Vricella LA,** Heitmiller ES.  Cerebral oxymetry guides treatment during Blalock-Taussig shunt procedure, J Cardiothorac Vasc Anest, 2008;22(1) :95-7.

46. Zanotti G, **Vricella LA,** Cameron DE.  Thoracic aortic aneurysm syndromes in children.  Semin Thorac Cardiovasc Surg Pediatr Card Surg Ann 2008:11-21.

47. Brady KM, Raymond CK, **Vricella LA,** Jallo GI, Thompson R, Guerguerian A, Easley RB. A dynamic association between cavopulmonary shunt pressure and cerebrovascular pressure-reactivity in an infant with single ventricle physiology and intracranial hemorrhage.  J Thorac Cardiovasc Anesth, April 7, 2008.

48. Devanagondi R, Brenner J, **Vricella LA,** Ravekes W.  A "tale of two brothers":  anomalous coronary arteries in two siblings.  In Press, Pediatr Cardiol 2008;29(4):916-9.

49. Brothers JA, Paul Stephens PJ, Gaynor JW, Lorber R, **Vricella LA,** Paridon SM.  Anomalous Aortic Origin of a Coronary Artery with an Interarterial Course:  Should Family Screening be Routine? J Am Coll Cardiol 2008;51(21):2062-4.

50. **Vricella LA,** Cameron DE.  Patients with truncus arteriosus do not have a patent arterial duct: true or false?  In Press, J Thorac Cardiovasc Surg 2008;136(5):1376

51. Patel ND, Weiss ES, Scheel J, Cameron DE, **Vricella LA**.  ABO-Incompatible heart transplantation in infants: analysis of the united network for organ sharing database.  J Heart Lung Transplant 2008;27(10):1085-9.

52. Patel ND, Weiss ES, Alejo DE, Nwakanma LU, Williams JA, Spevak PJ, Gott VL, **Vricella LA,** Cameron DE.  Aoric root operations for Marfan syndrome: a comparison of the Bentall and Valve-sparing procedures.  In press, Ann Thorac Surg, 2008;85(6)2003-10.

53. Cameron DE, Alejo DE, Patel ND, Nwakanma LU, Weiss ES, **Vricella LA,** Dietz HC, Spevak PJ, Williams JA, Bethea BT, Fitton TP, Gott VL.  Aortic root replacement in 372 Marfan patients: the evolution of operative repair over 30 years.  Accepted, Ann Thorac Surg, 2009.

8

**INVENTIONS, PATENTS, COPYRIGHTS**

2002:  Minimally – invasive retractor, currently distributed by Genessee Biomedical, Denver, CO.

## RESEARCH PROGRAM BUILDING / LEADERSHIP

**Principal Investigator**

JHU IRB 00003217
Use of Contegra pulmonary valved conduit in reconstruction of right-ventricle to pulmonary artery continuity in children (HDE / H020003)
Study open, expiration date 9/26/2009

JHU IRB 00017797
Implantation of ventricular assist devices in infants with cardiomyopathy
(Medos / Berlin Heart AG, Active)

**Co – Investigator**

JHU IRB 0002590
Review and prospective analysis of patients undergoing intervention for anomalous
(inter-arterial course) coronary arteries at the Jonhs Hopkins Hospital
Imminent submission, PI: Karla Hanash MD, William Ravekes, MD (pediatric cardiology)

JHU IRB 00001068
Retrospective review of outcomes following cardiac surgical procedures at the Johns Hopkins Hospital
PI: William Baumgartner, MD / Division of Cardiac Surgery

JHU IRB 00008712
Basic science research in cardiac biopsy samples from patients with cardiovascular disease
PI: Hunter Champion, MD / Division of Cardiology

JHU IRB 00001684
Isolation of cardiac stem cells from surgical cardiac tissue
PI: Roselle Abraham, MD / Division of Cardiology

JHU IRB 00013554
Natural history of congenital aortic disease
PI: Kathryn Holmes, MD, MPH / Division of Pediatric Cardiology

9

JHU IRB 00015726
Natural History of the aorta in patients with Tetralogy of Fallot
PI: Kathryn Holmes, MD, MPH / Division of Pediatric Cardiology

JHU IRB 00005907
A multi-centre, randomized, double-blind, placebo-controlled, dose escalationtrial on safety and efficacy of activated recombinant factor VII (rFVIIa/NovoSeven) in the treatment of post-operative bleeding in patients following cardiac surgery (Status: terminated)
PI: Nauder Faraday, MD / Department of Anesthesia

**Other collaborations**

Pressure-reactivity index (PRX) and fontanelle tonometry in pediatric cardiac surgery (in collaboration with Kenneth Brady, MD, Johns Hopkins Pediatric Anesthesia)

## EDUCATIONAL ACTIVITIES

## EDUCATIONAL PUBLICATIONS

**Peer - reviewed manuscripts"** pages 3-7

**Chapters / Monographs**

1.  **Vricella LA,** Cameron DE. Historical milestones in congenital cardiac surgery. In: The Johns Hopkins Manual of Cardiothoracic Surgery. Yuh DD, Vricella LA, Baumgartner WA (Eds.), McGraw-Hill, New York, 2007.

2.  Fitton T, **Vricella LA.** Anomalies of the sinuses of Valsalva and aortico-left ventricular tunnel. In: The Johns Hopkins Manual of Cardiothoracic Surgery. Yuh DD, Vricella LA, Baumgartner WA (Eds.), McGraw-Hill, New York, 2007.

3.  Troise D, Ringel RE, **Vricella LA,** Arciprete P. Atrial septal defects and partial anomalous pulmonary venous connection. In: The Johns Hopkins Manual of Cardiothoracic Surgery. Yuh DD, Vricella LA, Baumgartner WA (Eds.), McGraw-Hill, New York, 2007.

4. Hsia TY, **Vricella LA.** Patent Ductus Arteriosus. In: The Johns Hopkins Manual of Cardiothoracic Surgery. Yuh DD, Vricella LA, Baumgartner WA (Eds.), McGraw-Hill, New York, 2007.

5. **Vricella LA,** Cameron DE. Surgical treatment of heart failure in children. In: Treatment of Advanced Heart Disease. Baughman KL and Baumgartner WA (Eds), Taylor & Francis, New York, 2006.

6. **Vricella LA,** Cameron DE. Anomalies of the sinuses of Valsalva and aortico-left ventricular tunnel. In Mastery of Cardiothoracic Surgery, Chapter 79, 2006.

7. **Vricella LA,** Cameron DE. Aortic arch interruption. In: Current diagnosis and therapy in cardiac and thoracic surgery, Yang S and Cameron DE eds., Mosby, Philadelphia, 2003.

8. Cameron DE, **Vricella LA.** Palliative operations for congenital heart disease. In: Current diagnosis and therapy in cardiac and thoracic surgery, Yang S and Cameron DE eds., Mosby, Philadelphia, 2003.

9. Cameron DE, **Vricella LA**. Tricuspid valve disease. In: Current diagnosis and therapy in cardiac and thoracic surgery, Yang S and Cameron DE eds., Mosby, Philadelphia, 2003.

10. **Vricella LA,** Cameron DE. Tetralogy of Fallot. In: Current diagnosis and therapy in cardiac and thoracic surgery, Yang S and Cameron DE eds., Mosby, Philadelphia, 2003.

11. **Vricella LA,** Tsang VT. Common arterial trunk. In: Current diagnosis and therapy in cardiac and thoracic surgery, Yang S and Cameron DE eds., Mosby, Philadelphia, 2003.

12. Samankatiwat P, **Vricella LA,** Tsang VT. Double outlet right ventricle. In: Current diagnosis and therapy in cardiac and thoracic surgery, Yang S and Cameron DE eds., Mosby, Philadelphia, 2003.

13. **Vricella LA,** Orkin BA. Transanal endoscopic microsurgery and intraoperative colonoscopy. In: Laparoscopic surgery of the abdomen. McFayden B et al. Eds: Springer-Verlag, New York, Inc, In Press, 2003.

14. **Vricella LA,** Trachiotis GD. Traumatic lung injuries. In: Trauma. New York, Matthew Bender & Co., 1999,5-22.

15. **Vricella LA,** Bailey LL. Heart transplantation in children. In Ginns LC, Cosimi AB, Morris PJ eds. Transplantation. Cambridge, Blackwell Science ed., 1999, Chapter 16A, 474-89.

16. **Vricella LA,** Bailey LL. Operative method for neonatal cardiac transplantation. In: Loma Linda International Heart Institute pediatric heart transplantation protocol, 1997 [not indexed].

**Books**

1. Yuh DD, **Vricella LA,** Baumgartner WA (Eds.). The Johns Hopkins Manual of Cardiothoracic Surgery. McGraw-Hill, New York, 2007

2. Everett AD, Lim S, Drake W, Bubholz B, Peeler B, **Vricella LA** (Eds.). Manual of Pediatric Cardiac Surgery. Scientific Software Solutions, 2nd Edition (2005)

3. Everett AD, Lim S, Drake W, Bubholz B, Peeler B, **Vricella LA** (Eds.). Manual of Pediatric Cardiac Surgery. Scientific Software Solutions, 1st Edition (2004)


**Teaching / Intra and extra – mural presentations / abstracts**


1. **Vricella LA.** Technical considerations on valve-sparing operations. Post graduate course, Forty-fifth annual meeting, of the Society of Thoracic Surgeons, San Francisco, CA, January 2008.

2. **Vricella LA.** Pediatric cardiac surgery at Johns Hopkins: Beginnings, present and future. Annual JHMI fund-raising event, Palm Beach, FL, January 2009.

3. **Vricella LA,** Colombani P, Cameron DE. Simultaneous aortic root intervention and correction of pectus excavatum in pediatric patients with connective tissue disorders. Second combined Annual meeting of the Congenital Heart Surgeon's Society (USA) and the European Association for Congenital Heart Surgery, Warsaw, Poland, September 2008.

4. **Vricella LA**. An update on neonatal cardiac surgery. Pediatrics Grand Rounds, Howard County Medical Center, Maryland, February 2008.

5. **Vricella LA.** Valve-sparing operations. CME Johns Hopkins series for community-based cardiologists, Owings Mills, MD, 2008

6. **Vricella LA,** Cameron DE. Operations for aneurysms of the aortic root in pediatric patients. Invited lecture, University of Pavia School of Medicine, Pavia, Italy, January 2008.

7. **Vricella LA.** Valve-sparing aortic root operations. Cardiology Grand Rounds, The Johns Hopkins Hospital, January 2008.

8. **Vricella LA.** Pediatric heart transplantation. Annual meeting AAORRN, Baltimore, MD, January 2008.

9. **Vricella LA**, Cameron DE.  Valve-sparing aortic root replacement in a six-year old child with bicuspid aortic valve and Loeys-Dietz syndrome.  Accepted for on-line publication (video) www.ctsnet.org, 2008.

10. **Vricella LA.**  Valve sparing operations in pediatric patients.  Post graduate course, Forty-fourth annual meeting, of the Society of Thoracic Surgeons, Fort Lauderdale, FL, January 2008.

11. **Vricella LA.**  The evolution of aortic root surgery.  Medicine Grand Rounds, Anne Arundel Medical Center, Annapolis, Maryland, 2007.

12. **Vricella LA,** Cameron DE.  A tale of two brothers: management of coronary artery origin from the wrong aortic sinus.  Annual meeting of the Congenital Heart Surgeon's Society. Chicago, Illinois, 2007.

13. Cameron DE, Nwakanma LU, Patel ND, Alejo DE, Weiss ES, Dietz HC, Spevak PJ, Williams JA, Bethea BT, Fitton TP, **Vricella LA,** Gott VL.  Aortic root replacement in 372 Marfan patients: The evolution of operative repair over 30 years.  Forty-fourth annual meeting, of the Society of Thoracic Surgeons, Fort Lauderdale, FL, 2008.

14. Patel N, Weiss E, Cameron DE, Sheel JD, **Vricella LA.**  ABO-incompatible heart transplant in infants, analysis of the UNOS database.  American Heart Association Annual Meeting, Dallas, Tx, 2007.

15. Patel N, Weiss E, Cameron DE, **Vricella LA**. Pediatric heart transplantation after extra-corporeal membrane oxygenation.  American Heart Association Annual Meeting, Dallas, Tx, 2007.

16. Patel ND, Weiss ES, Alejo DE, Nwakanma LU, Williams JA, Dietz HC, Spevak PJ, Gott VL, **Vricella LA,** Cameron DE.  Aortic root operations for Marfan syndrome: a comparison of the Bentall and Valve-sparing procedures.  Fifty-fourth annual meeting of the Southern Thoracic Surgical Association, Bonita Springs, FL 2007.

17. Cameron DE, Colombani P, **Vricella LA**.  Concomitant pediatric valve-sparing aortic root replacement and repair of pectus excavatum. Annual meeting of the Congenital Heart Surgeon's Society. Chicago, Illinois, 2007.

18. **Vricella LA.**  Valve-sparing aortic root replacement: surgical considerations.  Kaiser Permanente surgical Grand Rounds, San Francisco, CA, 2007

19. **Vricella LA.**  Trends in aortic surgery in patients with the Marfan Syndrome.  Ninth Annual Cardiovascular Medicine and Surgery (COAST) Conference, Monterey, California 2007.

20. **Vricella LA,** Ravekes WJ, Spevak PJ, Cameron DE.  Valve-sparing aortic root replacement in a six-year old child with Loeys-Dietz syndrome and bicuspid aortic valve.  Sixth Scientific Sessions of the European Association of Cardio-Thoracic Surgeons (EACTS), Geneva, Switzerland, 2007.

21. **Vricella LA.**  Post-cardiotomy ECMO.  SEECMO Annual meeting, Baltimore, May 2007.

22. **Vricella LA.**  Aortic aneurysms in pediatric patients.  Annual Pediatric Trends, The Johns Hopkins Hospital, Baltimore, April 2007.

23. Lloyd SJ, Nwakanma LU, Weiss ES, Holmes KW, Baumgartner WA, **Vricella LA,** Cameron DE.  Left heart valve replacement with mechanical prostheses in Children: a twenty year experience.  Annual meeting, the World Society for Congenital and Pediatric Heart Surgery, Washington, DC, April 2007.

24. **Vricella LA.**  Neonatal Cardiac Surgery.  Department of Pediatrics Grand Rounds, Holy Cross Hospital, Silver Springs, Maryland, 2007.

25. Williams JA, Bansal AK, Kim BJ, Nwakanma LU, Patel ND, Seth AK, Alejo DE, Gott VL, **Vricella LA,** Baumgartner WA, Cameron DE.  Two thousand Blalock-Taussig shunts: a six decade experience.  Annual meeting, the Society of Thoracic Surgeons, San Diego, 2007.

26. **Vricella LA,** Shah AS.  Surgery of the Aorta: novel therapeutic interventions for an old disease.  Department of Medicine and Surgery Grand Rounds, Holy Cross Hospital, Silver Springs, Maryland, 2006.

27. **Vricella LA,** Crosson JE.  Adult congenital heart disease: just not kids any more.  Medicine and Pediatrics Grand Rounds, St. Agnes Hospital, Baltimore, Maryland, 2006.

28. Williams JA, Loeys BL, Nwakanma LU, Dietz HC, Spevak PJ, Patel ND, Francois K, DeBaker J, Gott VL, **Vricella LA,** Cameron DE.  Early experience with Loeys-Dietz: a new syndrome of aggressive thoracic aortic aneurysm disease.  XII Aortic Symposium, New York City, 2006.

29. Vascular Rings.  Children's National Medical Center Pediatric Grand Rounds. Washington, DC, January 2006.

30. Patel ND, Barreiro CJ, Waldron TP, Williams JA, Bethea BT, Fitton TP, Dietz HC, Lima JAC, Spevak PJ, Gott VL, **Vricella LA,** Cameron DE.  Valve-sparing aortic root replacement: early experience with the DePaulis Valsalva graft in 51 patients.  The American Association for Thoracic Surgery Annual Meeting, San Francisco, 2005.

31. Barreiro CJ, Ellison TA, Williams JA, Durr ML, Waseem BS, Cameron DE, **Vricella LA.**  Subclavian flap aortoplasty: still a safe, reproducible and effective treatment for infant coarctation.  Southern Thoracic Surgical Association Annual meeting, ,Orlando, 2005

32. **Vricella LA.**  Assessment and prevention of pericardial adhesions.  Fourth Scientific Sessions of the European Association of Cardio-Thoracic Surgeons (EACTS), Barcelona, Spain, 2005.

33. **Vricella LA**, Williams JA, Ravekes WJ, Holmes KW, Dietz HC, Gott VL, Cameron DE.  Early experience with valve-sparing aortic root replacement in children.  Annual meeting, the Society of Thoracic Surgeons, Tampa, FL 2005.

34. Durand JD, Baumgartner WA, Fleishman B, Conte JV, **Vricella LA** , Yuh DD.  Combined carotid endarterectomy (CEA) / Coronary artery bypass (CAB): is it effective in reducing perioperative stroke?  American Heart Association 77th Scientific Sessions, New Orleans, LA, 2004.

35. **Vricella LA**, Navaratnarajah M, Samankatiwat P, Elliott MJ, DeLeval M, Tsang VT. Ten-year experience with isolated lateral systemic-to-pulmonary shunts in infants with single and bi-ventricular morphology.  Submitted, Scientific Sessions of Society of Thoracic Surgeons, 2004.

36. **Vricella LA,** Gundry SR, Izutani H, Kuhn MA, Mulla N, Bailey LL.   Fate of the polytetrafluoroethylene monocusp pulmonary valves in an animal model.   Asian Cardiovasc Thorac Ann, 12:11(4):280, 2003.

37. **Vricella LA**, Kocyldirim E, Elliott MJ, deLeval M, Tsang VT.  Stage I Norwood procedure with RV-PA conduit: simplified technique for myocardial and selective cerebral perfusion.  Second Scientific Sessions of the European Association of Cardio-Thoracic Surgeons (EACTS), Vienna, Austria, 2003.

38. **Vricella LA**. Heart-Lung transplantation in pediatric patients. Great Ormond Street Hospital for Sick Children/University of London Grand Rounds, London, United Kingdom, 2003.

39. **Vricella LA**, Elliott MJ. Cardiopulmonary bypass in the pediatric patient.   International Heart School lecture series, Bergamo, Italy, 2003.

40. **Vricella LA**, Elliott MJ. Pediatric cardioplegia. International Heart School lecture series, Bergamo, Italy, 2003.

41. **Vricella LA**. Endovascular treatment for thoracic aortic disease. The George Washington University Surgery Grand Rounds. Washington, DC, 2002.

42. **Vricella LA**, Dagenais F, Whyte RI, Robbins R, Reitz BA. Evolving trends in lung transplantation for cystic fibrosis: the Stanford experience. Forty-eight Scientific Sessions of the Southern Thoracic Surgical Association, San Antonio, TX, 2001.

43. Toomasian JM, **Vricella LA**, Black MD. Surgical repair of complex congenital heart disease on extracorporeal support. Perfusion Research and Education Foundation, 10th Annual Meeting, New Orleans, LA, 2001.

44. **Vricella LA**. Tricuspid valve disease. Stanford University Cardiothoracic Surgery Grand Rounds, 2001.

45. **Vricella LA**. Cardiac neoplasms. Stanford University Cardiothoracic Surgery Grand Rounds, 2000.

46. **Vricella LA**, Trachiotis GD. Management of pneumothorax in patients with end-stage AIDS. Annual Meeting of the Chest Foundation (Chest '99), Chicago, IL, 1999.

47. **Vricella LA**, Izutani H, Xu II, Dearani JA, Bailey LL, Kuhn MA, Mulla NF, Gundry SR. Fate of the ePTFE monocusp pulmonary valve in an infant animal model. Ralph dePalma Research Forum, Washington, DC, 1999.

48. **Vricella LA**. Historical notes on cardiac transplantation. The Washington Society for the History of Medicine, Pfeizer Prize, Washington, DC, 1999.

49. **Vricella LA**, Sarani B, Trachiotis GD. The history of pulmonary resections in the treatment of lung cancer. The Washington Society for the History of Medicine, Pfeizer Prize, Washington, DC 1998.

50. **Vricella LA**, Dearani JA, Gundry SR, Razzouk AJ, Brauer SD, Bailey LL. Ultra-fast track in elective congenital heart surgery. American Heart Association 70th Scientific Sessions, Orlando, FL, 1997.

51. Trachiotis GD, **Vricella LA**, Alyono D, Aaron BL, Hix WR. Management of AIDS-related pneumothorax. Fourth European conference on clinical management of AIDS, Milan, Italy,1994.

52. **Vricella LA**, de Begona J, Gundry SR, VigesaaRE, Kawauchi M, Bailey LL. Aggressive peritoneal dialyisis for treatment of acute kidney failure after neonatal heart transplantation. Eleventh Meeting of the International Society of Heart and Lung Transplantation, Paris, France, 1991.

**Mentoring**

1. **Thoracic anatomy tutor**
   **The George Washington University**
   1998 - 1999

2. **Jason Williams, MD**
   Current Position: General Surgery Resident
   The Johns Hopkins Hospital
   Dates of Mentoring: 2003-2004

3. **Christopher Barreiro, MD**
   Current Position: General Surgery Resident

The Johns Hopkins Hospital
Dates of Mentoring: 2004-2005

4.      **Trevor Ellison, MD**
        Current Position:  General Surgery Resident
        The Johns Hopkins Hospital
        Dates of Mentoring: 2004-2005.

5.      **Nishant Patel, BS**
        Current Position:  Medical Student
        The Johns Hopkins University
        Dates of Mentoring: 2006-2008.

6.      **Julie – Ann Loyd, BS**
        Current Position:  Medical Student
        The Johns Hopkins University
        Dates of Mentoring: 2006-2009.

6.      **Giorgio Zanotti, MD**
        Current Position:  Chief Resident, Cardiac Surgery
        University of Pavia Medical School - Italy
        Dates of Mentoring: 2007-2009.

7.      **Vincenzo Giordano, MD**
        Current Position: Chief Resident, Cardiac Surgery
        University of Bergamo Medical School, Italy
        Dates of Mentoring: 2009

8.      **The Johns Hopkins University**
        **Residency training program in Cardiothoracic Surgery**
        Specific tutoring of residents between 2003 and 2009 in the field of congenital heart disease.
        Several lectures on various congenital cardiac conditions between 2003 and 2009.

9.      **The Johns Hopkins University**
        School of Medicine, Clinical Rotation in Surgery – Lecture series
        Shared with Dr. Duke Cameron the responsibility of delivering curricular lecture on "Congenital Heart disease", 2003 – 2009.

10.     **The Johns Hopkins University**
        Pediatric Cardiac Intensive Care Fellowship Program
        Bedside teaching of rotating residents and fellows and yearly lectures on
        "Congenital Heart Disease" and "Pediatric Cardiac Transplantation" 2003-2009.

## CLINICAL ACTIVITIES

### CERTIFICATION

| | |
|---|---|
| 2006 | UNOS certified – Heart Transplantation |
| 2003 | Diplomate, American Board of Thoracic Surgery, 6/6/03, # 6861 |
| 2002 | Licensed, GME council, United Kingdom |
| 2000 | Diplomate, American Board of Surgery, 6/5/03, # 45228 |
| 1999 | ACLS Certified |
| 1998 | Maryland Board of Medicine (Active) |
| 1997 | California Board of Medicine (Active) |
| 1994 | ATLS Certified |
| 1993 | District of Columbia Board of Medicine |
| 1993 | FLEX part 1 and 2 |
| 1992 | Pennsylvania Board of Medicine |
| 1992 | ECFMG part 1 and 2 |
| 1991 | Medical Board of Rome, Italy |

### OTHER CLINICAL ACTIVITIES

Intensive Care Unit "Triad" (Anesthesia, Cardiac Surgery, Critical Care) 2004 - 2005

Safety Committee, Cardiac Intensive Care Unit 2004 - 2005

Chair, Performance Improvement Committee, Cardiac Surgery 2004 - 2005

Length of Stay Committee, Adult Cardiac Surgery 2004-2005

Pediatric Intensive Care Unit Performance Improvement Committee 2004 - present

Rapid deployment ECMO service, Johns Hopkins University, 2006 - present

Pediatric heart failure – Ventricular assist device program, Johns Hopkins, 2008 - present

Program development for bedside ligation of patent ductus arteriosus in severely premature
neonates and infants
(Collaboration with the Johns Hopkins Neonatal Intensive Care Unit, 2005-present)

Talalay – Gott annual award for excellence in resident research (2006 – present)

Pediatric cardiac surgical website development (2007 – present)

Pediatric cardiac surgical participation in STS database (2008 - present)

Surgeon, cooperative mission to Pavia University (Italy)

Johns Hopkins Pediatric Cardiac Unit: Valve - sparing aortic root replacements, January 2008.

Member, STS committee on nomenclature for congenital anomalies, 2009

Surgeon, Great Ormond Street Hospital visiting cardiac surgery team to

St. Luke's Hospital, Malta, 2003.

## ORGANIZATIONAL ACTIVITIES

### Society Memberships

*Alpha Omega Alpha* medical honor society

Fellow, American College of Surgeons

Fellow, European Association of Cardiothoracic Surgeons

Member, World Society for Pediatric and Congenital Heart Surgery

Active Member, Southern Thoracic Surgical Association

Council on Cardiovascular Disease in the Young – American Heart Association, 2004

Active Member, Society of Thoracic Surgeons

Active Member, ISHLT

Active Member, American Heart Association

American Association of Thoracic Surgeons

### Journal peer review activities

#### Reviewer:

Journal of Cardiothoracic Surgery, 2009

European Journal of Thoracic and Cardiovascular Surgery, 2007

The Journal of Thoracic and Cardiovascular Surgery 2006-2007

Pediatric Cardiology, 2006

ASAIO Journal, 2005

Journal of Cardiothoracic and Vascular Anesthesia, 2004

Abstract reviewer, Society of Thoracic Surgeons (STS) annual meeting, 2007

### Organization of visiting lectureships

2004.  Leonard L. Bailey, MD, (Loma Linda University Medical Center)
Pediatric Heart Transplantation: the baby Fae legacy.  General Surgery Grand Rounds.

2007.  Paul A. Weinberg, MD, (Children's Hospital of Philadelphia).
Pediatric cardiac morphology, didactic session and specimen demonstration.

**AWARDS / HONORS**

*Summa Cum Laude* Medical School Degree, 1991

Travel Research Award, the Council on Cardiothoracic and Vascular Surgery, 1997

Washington Chapter, American College of Surgeons, Resident Competitive Forum. 2nd place, 1998

Washington Society for Surgical History, Resident paper competition, 2nd place 1998

The George Washington University Star Performance Award, 1998

Pfizer Prize for Medical History, 2nd place, 1999

*Alpha Omega Alpha* Medical Honor Society – The George Washington University, 1999

Attending Physician Association – Resident of the Year Award, 1999

Outstanding Resident Award, The George Washington University, 1999

Young Investigator Award, the American Chest Foundation, 1999

Official citation for merit, the State of Maryland House of Delegates, 2004


**INVITED TALKS, PANELS**

**(Please refer to above section "Intra and extra -mural presentations / abstracts")**


Luca A. Vricella, MD, FACS

4/13/2009

# Exhibit "B"

**Previous Testimony**

| Caption | Court | Docket Number / Case Number | Date of Testimony |
|---|---|---|---|
| Steven Schnapp v. Tenet Health System Hospitals d/b/a Delray Medical Center | 15th Judicial Circuit for Palm Beach County | CA034832AJ | February, 2006 |
| Little Dawn Crazyriver-Crawford as PR of the Estate of Zoe Rott v. Dr. Frances Arrillaga | Division G Hillsborough County 13th Judicial Circuit | Case: 0710738 | October 24, 2008 |
| Jennifer Hayes and Justin Hayes Individually and as next friend of KH, a minor v. Smithkline Beecham Corporation d/b/a GlaxoSmithKline | US District Court for the Northern District of Oklahoma | Case: 07-CV-682-CVE-TLW | April 20, 2009 |

# Exhibit "C"

## References

1. Avorn J. Dangerous Deception – Hiding the Evidence of Adverse Drug Effects. N Engl J Med 2006;355:2169-71.

2. Brown JR. Mortality manifesto: a meta-analysis of aprotinin and tranexamic acid mortality. Eur J Cardiothorac Surg 2009, doi:10.1016/j.ejcts.2009.06.014.

3. Carless PA, Moxey AJ, Stokes BJ, et al. Are antifibrinolytic drugs equivalent in reducing blood loss and transfusion in cardiac surgery? A meta-analysis of randomized head-to-head trials. BMC Cardiovascular Disorders 2005; 5:19, doi:10.1186/1471-2261-5-19.

4. Carrel T, Englberger L. Aprotinin in cardiac surgery patients: is the risk worth the benefit? Eur J Cardiothorac Surg 2009; doi:10.1016/j.ejcts.2009.05.015.

5. Coleman CI, Rigali VT, Hammond J, et al. Evaluating the safety implications of aprotinin use: The Retrospective Evaluation of Aprotinin in Cardio Thoracic Surgery (REACTS). Thorac Cardiovasc Surg.; 2007;133(6):1547-1552.

6. Cosgrove DM, 3rd, Heric B, Lytle BW, et al. Aprotinin therapy for reoperative myocardial revascularization: a placebo-controlled study. *Ann Thorac Surg.* Dec 1992;54(6):1031-1036; discussion 1036-1038.

7. D'Ambra MN, Akins CW, Blackstone EH, et al. Aprotinin in primary valve replacement and reconstruction: a multicenter, double-blind, placebo-controlled trial. J Thorac Cardiovasc Surg. 1996;112(4):1081-1089.

8. Fergusson DA, Hebert PC, Maxer D, et al. A Comparison of Aprotinin and Lysine Analogues in High-Risk Cardiac Surgery. N Engl J Med 2008;358:2319-31.

9. Ferraris VA, Bridges CR, Anderson RP. Aprotinin in cardiac surgery. N Engl J Med 2006; 354:1953-1954

10. Gagne J, Griesdale D, and Schneeweiss S. Aprotinin and risk of death and renal dysfunction in patients undergoing cardiac surgery: a meta-analysis of epidemiologic studies. Pharmacoeidemiology and Drug Safety 2009;18:259-268.

11. Gagnon L. Presence of Heparin Antibodies Predicts Morbidity After Cardiac Surgery. CHEST 2005.

12. Grant MC, Kon Z, Joshi A, et al. Is Aprotinin Safe to Use in a Cohort at Increased Risk for Thrombotic Events: Results From a Randomized, Prospective Trial in Off-Pump Coronary Artery Bypass. The Annals of Thoracic Surgery. 2008;86(3):815-822.

13. Henry D, Carless P, Fergusson D, Laupacis A. The safety of aprotinin and lysine-derived antifibrinolytic drugs in cardiac surgery: a meta-analysis. CMAJ 2009;180(2).doi:10.1503/cmaj.081109.

14. Hiatt WR. Observational Studies of Drug Safety – Aprotinin and the Absence of Transparency. N Engl J Med 2006;355:2171-73.

15. Karkouti K, Beattie WS, Dattilo KM, et al. Blood Conservation and Transfusion Alternatives. Transfusion 2006;46:327-338.

16. Kincaid EH, Ashburn DA, Hoyle JR, et al. Does the Combination of Aprotinin and Angiotensin-Converting Enzyme Inhibitor Cause Renal Failure After Cardiac Surgery? Ann Thorac Surg. 2005;80:1388-93.

17. Later AFL, Maas JJ, et al. Tranexamic acid and aprotinin in low – and intermediate-risk cardiac surgery: a non-sponsored, double-blind, randomized, placebo-controlled trial. Eur J Cardiothorac Surg 2009; doi:10.1016/j.ejcts.2008.11.038.

18. Lemmer JH, 2nd, Stanford W, Bonney SL, et al. Aprotinin for coronary artery bypass grafting: effect on postoperative renal function. *Ann Thorac Surg.* Jan 1995;59(1):132-136.

19. Mangano DT, Tudor JC, Dietzel C. The Risk Associated with Aprotinin in Cardiac Surgery. N Engl J Med 2006;354:353-65.

20. Mangano, DT, Miao Y, Vuylsteke A, et al. Mortality Associated with Aprotinin During 5 Years Following Coronary Artery Bypass Graft Surgery. JAMA 2007; 297:471-79.

21. Manrique A, Jooste EH, Kuch BA, et al. The Association of Renal Dysfunction and the Use of Aprotinin in Patients Undergoing Congenital Cardiac Surgery Requiring Cardiopulmonary Bypass. International Anesthesia Research Society 2009; doi:10.1213/ane.Ob013e3181a7f00a.

22. Martin K, Wiesner G, Brueur T, Lange R. The Risks of Aprotinin and Tranexamic Acid in Cardiac Surgery: A One-Year Follow-Up of 1188 Consecutive Patients. Anesthesia & Analgesia. 2008;197:1783-1790.

23. Mouton R, Finch D, Davies, I, et al. Effect of aprotinin on renal dysfunction in patients undergoing on-pump and off-pump cardac surgery: a retrospective observational study. www.thelancet.com. 2008;371:475-482.

24. Mouton R, Finch D, Davies, I, et al. Effect of aprotinin on renal dysfunction. www.thelancet.com. 2008;372:1543-1544.

25. Mouton R, Finch D, Davies, I, et al. Effect of aprotinin on renal dysfunction. www.thelancet.com. 2008;372:26.

26. Munoz JJ, Birkmeyer NJO, Birkmeyer JD, et al. Is e-Aminocaproic Acid as Effective as Aprotinin in Reducing Bleeding With Cardiac Surgery? A Meta-Analysis. Circulation. 1999;99:81-89.

27. Olenchock, SA 2nd, Lee PHU, Yehoshua T, et al. Impact of Aprotinin on Adverse Clinical Outcomes and Mortality up to 12 Years in a Registry of 3,337 Patients. The Society of Thoracic Surgeons. 2008; doi:10.1016/j.athoracsur.2008.04.048.

28. O'Malley CMN, Frumento RJ, Mackie IJ, et al. The Role of Endogenous Kallikrein Inhibition in Perioperative Transfusion and Adverse Outcome in Cardiac Surgical Patients. Journal of Cardiothoracic and Vascular Anesthesia, 2007; Vol 21, No. 1:23-27.

29. Poston RS. The syndrome of aspirin resistance in cardiac surgery. Heart Surgery Forum Reviews 2006; Vol 4, Issue 1.

30. Ray WA, Stein CM. The Aprotinin Story-Is BART the Final Chapter? N Engl J Med 2008;358:2398-400.

31. Saffitz JE, Stahl DJ, Sundt TM, et al. Disseminated Intravascular Coagulation After Administration of Aprotinin in Combination with Deep Hypothermic Circulatory Arrest. American Journal of Cardiology. 1993; 72:1080-1082.

32. Schneeweiss S, Seeger JD, Landon J, Walker AM. Aprotinin during coronary-artery bypass grafting and risk of death. New England Journal of Medicine. 2008; 358(8): 771-783.

33. Sedrakyan A, Wu A, Sedrakyan G, Diener-West M, Tranquilli M, Elefteriades J. Aprotinin use in thoracic aortic surgery: Safety and outcomes. J Thorac Cardiovasc Surg. 2006;132(5):909-917

34. Shaw AD, Stafford-Smith M, White WD, et al. The Effect of Aprotinin on Outcome after Coronary-Artery Bypass Grafting. N Engl J Med 2008;358:784-93.

35. Steinhubl Sr. Efficacy of Antiplatelet agents: focus on acute coronary artery syndrome and cardiac surgery. Heart Surgery Forum Reviews.

36. Sundt TM 3rd, Kouchoukos NT, Saffitz JE, et al. Renal dysfunction and intravascular coagulation with aprotinin and hypothermic circulatory arrest. Ann Thorac Surg. 1993; Jun;55(6):1418-24.

37. Sundt TM. The demise of aprotinin: Our share of the blame. J Thorac Cardiovasc Surg. 2008;135:729-31.

38. Takagi H, Manabe H, Kawai N, et al. Aprotinin increases mortality as compared with tranexamic acid in cardiac surgery: a meta-analysis of randomized head-to-head trials.  Interactive CardioVascular and Thoracic Surg 2009;doi:10.1510/icvts.2008.198325.

39. Wagener G, Gubitosa G, Wang S, et al. Increased Incidence of Acute Kidney Injury with Aprotinin Use during Cardiac Surgery Detected with Urinary NGAL. Am J Nephrol 2008;28:576-582.

# Exhibit "D"

**DOCUMENTS PROVIDED TO AND REVIEWED BY LUCA VRICELLA, M.D.**

| Begin Bates # | End Bates # | Date |
|---|---|---|
| BAY03493826 | BAY03493845 | 2/22/2006 |
| | BAY01320434 | 9/22/2006 |
| BAY02747330 | BAY02747332 | 4/26/2004 |
| BAY03495035 | BAY03495039 | 11/8/2006 |
| | BAY02673243 | 3/15/2006 |
| BAY02683345 | BAY02683348 | 4/26/2004 |
| BAY01456089 | BAY01456091 | 10/5/2006 |
| BAY03033847 | BAY03033873 | 6/13/2000 |
| BAY00715991 | BAY00715992 | No Date |
| BAY00749599 | BAY00749602 | 3/31/1998 |
| BAY01990831 | BAY01990833 | 11/16/2001 |
| BAY00679632 | BAY00679652 | 1/1/2000 |
| BAY00679867 | BAY00679884 | 3/20/2000 |
| BAY00685357 | BAY00685379 | No Date |
| | BAY03028839 | 1/14/1999 |
| | BAY03045674 | 5/21/1999 |
| BAY01631006 | BAY01631013 | 1/25/2006 |
| BAY02114121 | BAY02114122 | 6/17/1997 |
| BAY01874126 | BAY01874129 | 11/15/2005 |

1

**DOCUMENTS PROVIDED TO AND REVIEWED BY LUCA VRICELLA, M.D.**

| Begin Bates # | End Bates # | Date |
|---|---|---|
| BAY04820905 | BAY04820907 | 6/23/2000 |
| BAY03050565 | BAY03050567 | 3/30/2001 |
| BAY03035485 | BAY03035487 | 6/23/2000 |
| BAY02386019 | BAY02386021 | 9/17/2002 |
| BAY03703815 | BAY03703818 | 12/9/2005 |
| BAY01532994 | BAY01532995 | 10/17/2006 |
| BAY01529273 | BAY01529274 | 10/1/2006 |
| BAY05658890 | BAY05658900 | 7/6/2005 |
| BAY05656793 | BAY05656840 | 10/30/2006 |
| BAY05680873 | BAY05680877 | 1/9/2003 |
| | BAY05659386 | 1/21/2006 |
| BAY01567044 | BAY01567045 | 2/14/2005 |
| BAY03195136 | BAY03195137 | 5/3/2001 |
| BAY03194950 | BAY03194952 | 6/9/1999 |
| BAY03193884 | BAY03193886 | 5/10/1999 |
| BAY01631088 | BAY01631089 | 1/26/2006 |
| | BAY00330016 | 1/29/1997 |

**DOCUMENTS PROVIDED TO AND REVIEWED BY LUCA VRICELLA, M.D.**

| Begin Bates # | End Bates # | Date |
|---|---|---|
| | BAY00742704 | No Date |
| BAY06976398 | BAY06976402 | 3/7/2003 |
| BAY03702945 | BAY03702948 | 11/18/2005 |
| BAY03706912 | BAY03706914 | 2/9/2005 |
| BAY03702692 | BAY03702693 | 12/12/2005 |
| BAY01561289 | BAY01561293 | 12/6/2004 |
| BAY01352027 | BAY01352062 | 11/3/2006 |
| BAY02718728 | BAY02718730 | 2/1/2006 |
| BAY03502360 | BAY03502375 | 8/22/2006 |
| BAY03509288 | BAY03509289 | 10/5/2006 |
| BAY03042433 | BAY03042435 | 11/10/2000 |
| BAY01202051 | BAY01202055 | 8/29/2006 |
| BAY01202698 | BAY01202705 | 9/6/2006 |
| BAY01289683 | BAY01289685 | 6/28/2006 |
| BAY02721490 | BAY02721492 | 2/21/2006 |
| BAY03498397 | BAY03498398 | 9/27/2006 |
| | BAY03498393 | 9/22/2006 |
| BAY00748136 | BAY00748192 | 7/24/2006 |

**DOCUMENTS PROVIDED TO AND REVIEWED BY LUCA VRICELLA, M.D.**

| Begin Bates # | End Bates # | Date |
|---|---|---|
| BAY01174224 | BAY01174225 | 1/30/2006 |
| BAY01983486 | BAY01983488 | 10/25/2004 |
|  | BAY00676369 | 5/1/2004 |
|  | BAY00680413 | 1/4/2000 |
| BAY00680602 | BAY00680604 | 5/11/2000 |
| BAY00686462 | BAY00686463 | No Date |
| BAY00687285 | BAY00687288 | No Date |
| BAY04248993 | BAY04248994 | 9/27/2006 |
| BAY03031539 | BAY03031540 | 10/27/1999 |
|  | BAY03031578 | 10/7/1999 |
|  | BAY03034617 | 5/18/2001 |
| BAY01019420 | BAY01019446 | 4/24/2006 |
| BAY00956583 | BAY00956644 | 8/21/2006 |
| BAY00955923 | BAY00955944 | No Date |
| BAY00734687 | BAY00734732 | No Date |
| BAY03041150 | BAY03041151 | 7/3/2001 |

4

**DOCUMENTS PROVIDED TO AND REVIEWED BY LUCA VRICELLA, M.D.**

| Begin Bates # | End Bates # | Date |
|---|---|---|
| | BAY03034618 | 5/25/2001 |
| BAY03034205 | BAY03034206 | 12/4/2000 |
| | BAY01494597 | 8/23/2005 |
| BAY01564063 | BAY01564064 | 1/17/2005 |
| | BAY05704984 | 4/7/2005 |
| | BAY01991498 | 11/2/2004 |
| BAY03194658 | BAY03194660 | 2/17/1998 |
| BAY05762154 | BAY05762157 | 5/16/2004 |
| BAY05685824 | BAY05685825 | 3/3/2006 |
| BAY00974578 | BAY00974579 | 5/17/2004 |
| BAY03029230 | BAY03029231 | 10/2/1998 |
| BAY03047513 | BAY03047514 | 1/5/2001 |
| BAY01280134 | BAY01280137 | 11/21/2006 |
| BAY0060199 | BAY00660215 | |
| BAY01780701 | BAY01780713 | |
| BAY03755520 | BAY03755622 | May-97 |
| BAY00659867 | BAY00659868 | |

**DOCUMENTS PROVIDED TO AND REVIEWED BY LUCA VRICELLA, M.D.**

| Begin Bates # | End Bates # | Date |
|---|---|---|
| BAY04344071 | BAY04344073 | 4/4/2006 |
| BAY00998045 | BAY00998045 | 8/14/2006 |
| BAY00660821 | BAY00660842 | 8/23/2006 |
| BAY03327522 | BAY03327524 | |
| BAY00322224 | BAY00322229 | 11/1/2006 |
| BAY02645797 | BAY02645797 | 8/18/1997 |
| BAY01019334 | BAY01019336 | 4/18/2006 |
| BAY00718384 | BAY00718384 | |
| BAY00718381 | BAY00718383 | |
| BAY03695827 | BAY03695829 | 3/22/2005 |
| BAY00715826 | BAY00715827 | |
| BAY00715683 | BAY00715684 | |
| BAY00715565 | BAY00715567 | |
| BAY00715659 | BAY00715660 | |
| BAY00715774 | BAY00715774 | |

**DOCUMENTS PROVIDED TO AND REVIEWED BY LUCA VRICELLA, M.D.**

| Begin Bates # | End Bates # | Date |
|---|---|---|
| BAY00715638 | BAY0071541 | |
| BAY00715540 | BAY00715541 | |
| BAY02649485 | BAY02649488 | 3/14/2002 |
| BAY03703740 | BAY03703740 | 12/22/2005 |
| CBS News - One Thousand Lives a Month. | | 2/17/2008 |
| bhcag00766030 | bhcag00766031 | 9/25/2006 |
| bhcag01034947 | bhcag01034948 | 9/26/2006 |
| bay00676369 | | 2004 |
| bay01509621 | bay01509622 | 2006 |
| bhcag01625521 | bhcag01625591 | 11/10/2006 |
| BAY04534165 | | 10/18/2004 |
| SFGate - Bayer Halts Sales | | 11/5/2007 |
| The Wall Street Journal "Bayer Antibleeding Drug Takes Hit". | | 5/15/2008 |
| BAY05426839 | BAY05426846 | 11/20/2003 |
| BAY04691537 | BAY04691538 | 12/17-18/03 |
| BAY05266045 | BAY05266046 | 12/16-17/03 |
| BAY05322498 | BAY05322499 | 7/13/04 to 8/26/04 |
| BAY04995941 | BAY04995942 | |
| BAY01991474 | | 12/15-17/03 |
| BAY00733441 | | |
| Dr Schneeweiss Testimony pg 95-111. With Presentation. | | 7-Sep |
| i3 Final Report | | 8/7/2007 |
| BAY00893114 | | |
| BAY00674730 | BAY00674857 | 4/16/1993 |
| BAY00208068 | BAY00208072 | 12/19/1996 |

**DOCUMENTS PROVIDED TO AND REVIEWED BY LUCA VRICELLA, M.D.**

| Begin Bates # | End Bates # | Date |
|---|---|---|
| FDA Responses to Mangano, Karkouti and i3. (234 pages) | | 8/14/2007 |
| BAY01983486 | BAY01983488 | 10/25/2004 |
| BAY06083749 | | |
| BAY03364404 | BAY03364442 | 1/10/2002 |
| BAY02463308 | BAY02463313 | 1/25/2006 |
| BAY06631382 | BAY06631386 | 4/15/2009 |
| BAY06631331 | BAY06631381 | 4/15/2009 |
| BAY06569811 | BAY06569817 | 3/31/2009 |
| BAY04744527 | BAY04744527 | 9/14/2000 |
| BAY00436417 | BAY00436514 | Aug-04 |
| BAY00436416 | | 8/11/2004 |
| BHCAG00969514 | BHCAG00969606 | 9/6/2006 |
| BAY00673909 | BAY00674492 | |