**Exhibit B**

LUCA A.   VRICELLA

Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

_____

IN RE TRASYLOL PRODUCTS

LIABILITY LITIGATION - MDL-1928

THIS DOCUMENT RELATES TO ALL ACTIONS

_____

VIDEOTAPED DEPOSITION OF

LUCA A. VRICELLA, M.D.

VOLUME 1

Sunday, October 11, 2009

9:08 A.M. TO 6:34 P.M.

held at

Baltimore, Maryland

LUCA A.   VRICELLA

```
                                                        Page 6

 1   for Bayer as well.

 2               THE VIDEO OPERATOR:  Will the

 3   court reporter please swear in the witness.

 4                   LUCA VRICELLA, M.D.

 5           called as a witness in this case,

 6             having been first duly sworn

 7                    upon his oath,

 8                 testified as follows:

 9                     EXAMINATION

10    BY MS. WEINSTEIN BACON:

11        Q.    Good morning, Dr. Vricella.

12        A.    Good morning.

13        Q.    What did you do to prepare for

14   this deposition?

15        A.    Well, what I did is basically a

16   review of pertinent literature, and I -- on

17   top of that I kind of reviewed my clinical

18   experience, training, and basically available

19   data and internal med -- records from Bayer.

20               (NOISE INTERRUPTION)

21               MS. WEINSTEIN BACON:  Let's go off

22   the record for a second.

23               THE VIDEO OPERATOR:  Going off the

24   record.  The time is 9:10.

25               (OFF RECORD DISCUSSION)
```

LUCA A.   VRICELLA

Page 44

1   role in this case, as I see it, is to be the

2   person that ultimately, aside from the

3   patient, is the target in terms of --

4   everything that comes in to administer a

5   medication.

6           So I am -- I think I'm viewed in

7   this case as the guy who's in the forefront

8   that has to actually decide whether a

9   medication is given or not to the patient.

10          So I intend to, you know, bring to

11  the table what I know as a cardiac surgeon,

12  what I know about the documents that were,

13  you know, brought to my attention, and to

14  basically just state whether I think that

15  this is a reasonable drug that has a

16  reasonable place in the -- in the

17  armamentarium of a surgeon.

18      (REPORTER REQUESTED CLARIFICATION)

19      A.    Armamentarium of the cardiac

20  surgeons.

21      Q.    Anything else?

22      A.    I think that's really it.  Unless

23  you have something specific that you want to

24  ask me in terms of whether there's something

25  that, in particular I ...

LUCA A.   VRICELLA

Page 46

1   definitions -- there's, you know, the rifle

2   criteria -- there's all sorts of different

3   definitions.

4        (REPORTER REQUESTED CLARIFICATION)

5             MS. WEINSTEIN BACON:  Rifle.

6        A.    Yeah -- so renal -- because

7   there's a difference between renal failure

8   and dysfunction.  I'm not a nephrologist, but

9   I can tell you that, of course, you go to the

10   extreme, to a rising creatinine or rising

11   markers that are consistent with renal

12   dysfunction, and you go all the way to the

13   other extreme, which is a patient on

14   hemodialysis.

15             So somewhere between there, and

16   it's stated in the literature, you know, in

17   very different ways, you know, it's where the

18   definition kind of falls.

19        Q.    Your opinion is that Trasylol

20   increases the risk of renal failure requiring

21   dialysis; is that right?

22        A.    I've not been called for this case

23   as an expert in causation but as -- you know,

24   I've been called to render my opinion whether

25   I would use this in a patient, knowing what I

LUCA A.   VRICELLA

Page 47

1    know today, and if I thought that my patient
2    will be at increased risk of renal failure or
3    dysfunction.
4              So I would give you my clinical
5    opinion, but I'm not an expert on causation
6    in this case.
7         Q.    All right.  So your expert opinion
8    is not a causation opinion --
9         A.    No --
10        Q.    -- is that right?
11        A.    No.
12        Q.    So I -- is it correct -- is it
13   true -- do you agree with this statement,
14   that your report is not a report that
15   contains opinions about the causation?
16        A.    No.
17              MR. MORELAND:  Form.
18    BY MS. WEINSTEIN BACON:
19        Q.    That is an incorrect statement?
20        A.    That's a correct statement.  I'm
21   not a -- not an expert in causation.
22        Q.    Okay.  Let me ask it again,
23   because it's not clear on the record.
24              Are you an expert in causation in
25   this case?

LUCA A.   VRICELLA

Page 48

 1      A.    No.

 2      Q.    So when you say that Trasylol

 3  increases the risk of renal failure requiring

 4  dialysis, did you use any sort of definition

 5  for "renal failure" to come to that

 6  conclusion?

 7      A.    Well, I said I'm not an expert in

 8  causation.  But I have to administer the drug

 9  to my patient.  So at the end of the day I

10  reviewed the literature that I thought was

11  pertinent; I reviewed some of the Bayer

12  documents.  And, you know, I have to render

13  an opinion as a clinician as to whether I

14  think the drug is safe or not.

15            Now, I'm not going to be an expert

16  on causation, but I have to have an opinion,

17  and -- whether I would use this drug or not.

18  Based on what I know.

19      Q.    My question is, in reaching your

20  opinion that renal failure requires dialysis,

21  did you use any sort of definition for renal

22  failure to come to that conclusion?

23      A.    I used the definitions that were

24  in the different papers that I have reviewed.

25  And again, I have to defer to a nephrologist

LUCA A.   VRICELLA

Page 51

1    changes in EKG and a showing of rising enzyme

2    markers?

3         A.    Yes.

4         Q.    Does your definition of renal

5    failure always include dialysis?

6         A.    No.  And it's not my definition,

7    as I said.

8         Q.    Does the definition that you

9    relied on in reaching your conclusions about

10   Trasylol and renal failure always include

11   dialysis?

12              MR. MORELAND:  Form.

13        A.    I basically did not disagree with

14   any of the definitions that were utilized in

15   the manuscripts because they're in -- they're

16   all in peer-reviewed manuscripts, and I'm not

17   a nephrologist.

18    BY MS. WEINSTEIN BACON:

19        Q.    So, essentially, you trusted all

20   the definitions of renal failure in the

21   literature you reviewed to the extent that

22   they were in peer-reviewed manuscripts?

23        A.    In that I'm not a nephrologist,

24   yes.

25        Q.    What is the mechanism by which it

LUCA A.   VRICELLA

Page 52

1   is your opinion that Trasylol increases the

2   risk of MI?

3        A.    Well, I think part of it is the

4   basics of Trasylol.  And a -- you know, the

5   prothrombotic state that -- that the drug

6   generates.

7             So it's something that is used

8   to -- it was used to the advantage of

9   clinicians with regard to bleeding.  But the

10  countereffect of that is the fact that you

11  have a prothrombotic state.

12       Q.    What support do you have for the

13  statement that Trasylol is associated with a

14  prothrombotic state?

15       A.    Well, there's several articles

16  that, you know, raise concern about --

17  basically intravascular coagulation.  There's

18  several papers that actually have histologic

19  verification of intravascular coagulation

20  with deposits of fibrin and thrombi in cases

21  of --

22       (REPORTER REQUESTED CLARIFICATION)

23       A.    There are several reports that

24  attest the postmortem findings of

25  intravascular coagulation with deposits of

LUCA A.   VRICELLA

Page 60

```
 1        A.    Can I just say also one thing?  On
 2   top of that, I rely as a clinician, as a
 3   scientist, on the actual mechanism of action
 4   of the drug.  And you know, that it clearly
 5   has a prothrombotic effect.  I mean, it's
 6   what it's designed for, basically.
 7        Q.    Are you aware of any randomized
 8   control trials relating to Trasylol that show
 9   that Trasylol is not associated with a
10   prothrombotic effect?
11        A.    Not that I know of.
12              I mean, if by that you -- you
13   infer the fact that there are studies in
14   which the effect of -- has not been
15   elucidated in terms of those things that I
16   mentioned to you, or my -- you know, graph
17   thrombosis or you know, sudden death.  Or a
18   stroke or CVA, however you want to define
19   that, you know, there's some papers out there
20   that are not supportive of prothrombotic.
21              But the mechanism of action of the
22   drug and all the body of literature that I
23   examined -- I mean, the vast majority tips
24   the scale towards a prothrombotic state.  And
25   that's why we used it basically --
```

LUCA A.   VRICELLA

Page 70

1    generalized prothrombotic state, yes.

2        Q.    And what is the mechanism by which

3    you think Trasylol increases the risk of

4    graft closures?  Is it the same mechanism you

5    discussed relating to prothrombotic state?

6        A.    Yes.

7        Q.    What support do you have for your

8    opinion that Trasylol increases the risk of

9    graft closures?

10       A.    It is basically the -- what I

11   mentioned earlier about the incidence of

12   myocardial infarction and the possibility of

13   death long-term.

14            And then, of course, the -- just

15   the mechanism of action of the drug.  I mean,

16   it's -- it adds a tremendous amount of

17   plausibility to that hypothesis.

18       Q.    And is it then a hypothesis --

19   hypothesis that Trasylol increases the risk

20   of graft closures?

21       A.    No, it's my opinion.  But you see,

22   I -- I guess in legal terms, you -- you put

23   hypothesis as a speculation.

24            In medical terms it's more

25   something that we validate with literature

LUCA A.   VRICELLA

Page 72

1    three years later, it's a potential, very

2    definite implication.

3              So I -- these do overlap.  But if

4    you ask me specifically which articles I

5    relied upon, this is it.

6        Q.    So you relied on six articles to

7    support your opinion that Trasylol is

8    associated with increased risk of graft

9    closures; is that right?

10             MR. MORELAND:  Form.

11       A.    Yes.  I did it also because

12   there's really no evidence in the literature

13   that supports the opposite.

14             And the mechanism of action of the

15   drug is -- makes it entirely plausible.

16    BY MS. WEINSTEIN BACON:

17       Q.    Which Mangano article are you

18   relying on for your support?

19       A.    The New England Journal of

20   Medicine article.

21       Q.    I didn't finish my question, but

22   let me ask it again.

23             Which article are you relying on

24   to support that Trasylol is associated with

25   an increased risk of graft closures?

LUCA A.   VRICELLA

Page 73

 1      A.    Dr. Mangano's article in the New
 2   England Journal of Medicine 2006.
 3      Q.    Is it your opinion that Trasylol
 4   is associated with an increased risk of
 5   stroke?
 6      A.    Within the concept of -- context
 7   of a generalized prothrombotic state, yes.
 8      Q.    What do you mean by "within the
 9   context of a generalized prothrombotic
10   state"?
11      A.    Because the mechanism of injury --
12   and stroke -- not really stroke, but
13   neurologic abnormalities.  You see, you were
14   talking about definition of renal failure
15   earlier.
16           So there's different ways of
17   defining a stroke.  You can have a patient
18   with delirium and you include that in your
19   definition of stroke.
20           Or you can have somebody who has a
21   positive CAT scan in the setting of a
22   neurologic finding.
23           So I would say that within the
24   context of a prothrombotic state, yes, there
25   are several articles in the literature that

LUCA A.   VRICELLA

Page 89

1    really look at all the numbers here, but I

2    pulled the articles myself.

3         Q.    Is Exhibit 3, plus the Stamou and

4    Cooper articles the list of references you

5    reviewed complete and accurate?

6         A.    Yes.

7         Q.    And is it everything that you

8    considered in formulating your opinion?

9              MR. MORELAND:  Object to the form.

10   BY MS. WEINSTEIN BACON:

11        Q.    In terms of studies and articles?

12             MR. MORELAND:  Object to the form.

13        A.    As part of my work in formulating

14   my opinion, yes, it's a part of it.

15   BY MS. WEINSTEIN BACON:

16        Q.    And you agree that those are 40 --

17   41 references.

18        A.    Yes.

19        Q.    Okay.  Are the 41 references that

20   you reviewed all the publications that you've

21   reviewed for purposes of this litigation?

22        A.    Yes.

23        Q.    Have you reviewed any additional

24   publications other than Stamou and Cooper

25   since you submitted your report?

LUCA A.    VRICELLA

Page 91

1                    Now, I cannot review 7,000 papers

2       every time I make a clinical decision.  But

3       you know, if an opinion is rendered within

4       the New England Journal of Medicine or, you

5       know, a study is published in the New England

6       Journal of Medicine, or the European Journal

7       of Cardiothoracic Surgery, or the Journal of

8       Thoracic and Cardiovascular Surgeries, those

9       are journals that we subscribe to as

10      physicians.

11                   I mean, it's --

12           Q.    How --

13           A.    I basically did what I would do in

14      any kind of clinical situation.

15           Q.    How of the 7,000 articles on

16      Trasylol did you decide what to do, and

17      include on this list?

18           A.    Well, I started from 2000, and

19      went onward, and pulled a few articles along

20      the way.  As I was reading and found that,

21      you know, something was pertinent or

22      important, I added to it.

23                   So -- and looked at, you know, big

24      journals, basically, and -- that's really it.

25      I do this pretty much like I do for any

LUCA A.   VRICELLA

Page 92

 1   clinical scenario.  If I have to change

 2   something or do something new on a patient or

 3   administer a new drug, I'm going to look at

 4   what it is.

 5        Q.    You said you went on line?

 6        A.    Uh-huh.

 7        Q.    What service did you use?

 8        A.    PubMed.  It's -- you know, we have

 9   access through Hopkins.

10        Q.    And you said that you started your

11   literature search from 2000.

12             Why did you start from 2000?

13        A.    Well, I -- I kind of picked that

14   point, you know, arbitrarily.  I wanted to

15   see a decade of information, if I could.

16        Q.    Is it your opinion that studies

17   done prior to 2000, or reported prior to

18   2000, are irrelevant to this litigation?

19        A.    No, and in fact that's what I said

20   earlier.  I mean, I -- you know, if an

21   article that's published in the New England

22   Journal of Medicine gives in my background,

23   you know, studies that are done before that,

24   I would acknowledge that.  It's part of the

25   background of, you know, what you're reading.

LUCA A.   VRICELLA

Page 95

1    literature relating to Trasylol for purposes

2    of your opinion?

3         A.    Trasylol, aprotinin, serine

4    protease inhibitors -- serine, S-E-R-I-N-E,

5    protease, P-R-O-T-E-A-S-E, inhibitors.

6              And at this point I don't recall.

7    But those were the main, you know --

8         Q.    You don't remember any other

9    search terms that you used when you did your

10   on-line search relating to Trasylol for

11   purposes of your opinion in this litigation.

12        A.    Yes.  I don't remember any other

13   terms.

14        Q.    Do you recall how many studies

15   came up when you -- when you ran the search

16   terms on PubMed for Trasylol?

17        A.    No, but out of curiosity I just

18   punched "Trasylol" and "aprotinin" without a

19   time limit, and it was, you know, 7,000-plus.

20        Q.    The ones that are relevant to your

21   opinion in this case number 41; is that

22   right?

23        A.    Yes --

24              MR. MORELAND:  Object to the form.

25    BY MS. WEINSTEIN BACON:

LUCA A.   VRICELLA

Page 133

 1        A.    I think it's part of that same

 2   question about -- yeah.  I answered that I

 3   didn't do any publications associated

 4   [inaudible]

 5        (REPORTER REQUESTED CLARIFICATION)

 6        A.    I didn't do any publications

 7   regarding antifibromyelitics -- so whether

 8   it's with death or renal failure, it should

 9   be the same thing.

10        Q.    How many of the book chapters that

11   you have written are on adult CABG surgery?

12        A.    None.

13        Q.    You've edited a couple of books;

14   right?

15        A.    Yes.

16        Q.    And two of the books that you

17   edited deal with pediatric cardiac surgery;

18   is that right?

19        A.    Yes.

20        Q.    You also co-edited the Johns

21   Hopkins Manual of Cardiothoracic Surgery;

22   right?

23        A.    Yes.

24        Q.    And the chapters that you wrote in

25   that book were all on congenital surgeries;

LUCA A.   VRICELLA

Page 153

```
 1              MR. MORELAND:  Form.
 2         A.   Well, it's less likely, I would
 3    say.
 4     BY MS. WEINSTEIN BACON:
 5         Q.   Are you aware that New England
 6    Journal of Medicine publishes errata?
 7         A.   Yes, I'm sure they do.
 8         Q.   What does that mean?
 9         A.   Corrections to prior documents, I
10    guess.
11         Q.   And I think we may have already
12    gone over this:  Specifically -- well,
13    strike -- withdraw.
14              As part of your work on arriving
15    at your opinion in the Trasylol litigation,
16    did you perform any statistical analyses of
17    your own?
18         A.   No, I didn't.  I relied on the
19    peer-review process.
20              And to me as a clinician, you
21    know, as a -- if an article appears with, you
22    know, certain -- certain journals that I
23    consider highly -- that are regarded as such
24    by, you know, my peers, I -- I have to really
25    consider seriously.
```

LUCA A.    VRICELLA

Page 158

1    if you want to say that because of being

2    there, 10 long-term follow-up studies, I

3    wouldn't know what to tell you.

4          Q.    Have you ever designed any

5    long-term randomized control clinical trial?

6          A.    No.

7          Q.    You're not an expert in corporate

8    ethics?

9                MR. MORELAND:  Form.

10         A.    No, I'm not an expert in corporate

11   ethics.

12    BY MS. WEINSTEIN BACON:

13         Q.    Are you an expert in

14   pharmaceutical marketing?

15         A.    No.

16         Q.    Have you ever been an employee of

17   a pharmaceutical company?

18         A.    No.

19         Q.    Are you claiming to be an expert

20   in sales or marketing practices in the

21   pharmaceutical field?

22         A.    Absolutely not.

23         Q.    Did you research or study Trasylol

24   prior to being retained as an expert in this

25   litigation?

LUCA A.   VRICELLA

Page 160

1  aprotinin is associated with any adverse

2  outcome?

3        A.    No.

4        Q.    Have you ever published a case

5  report regarding aprotinin?

6        A.    No.

7        Q.    Have you ever reported an adverse

8  event relating to aprotinin?

9        A.    No.

10        Q.    Did you research or study the

11  lysing analogs prior to being retained as an

12  expert in this litigation?

13        A.    I mean, I -- I know about what

14  lysing, you know, analog, or serine protease

15  inhibitor is from, you know, from studying in

16  medical school, and as I was kind of

17  progressing through residency.  But that's

18  pretty much it.

19        Q.    Okay.  So prior to being retained

20  as an expert in this litigation, did you do

21  any research on Amicar?

22        A.    No.

23        Q.    Prior to being retained as an

24  expert in this litigation, did you do any

25  research on tranexamic acid?

LUCA A.    VRICELLA

Page 161

```
 1        A.    No.  In fact, I've never used it.

 2        Q.    You've never used tranexamic acid?

 3        A.    Not that I know of.

 4        Q.    Have you ever published on any

 5   blood sparing agent?

 6        A.    No.

 7        Q.    Have you ever worked for the FDA

 8   before?

 9        A.    No.

10        Q.    Do you know what an FDA Advisory

11   Committee is?

12        A.    I mean, I have a very vague idea

13   but I'm not, you know -- I don't know the

14   intricacies of the FDA, and I'm not an FDA

15   expert.

16        Q.    Do you know if the FDA Advisory

17   Committee is comprised of well-qualified

18   individuals in the field?

19             MR. MORELAND:  Object to the form.

20        A.    I would hope so.  As a clinician.

21    BY MS. WEINSTEIN BACON:

22        Q.    Have you ever been asked to join

23   an FDA Advisory Committee?

24        A.    No.

25        Q.    Do you know who comprised the 2006
```

LUCA A.   VRICELLA

Page 162

1   Trasylol FDA Advisory Committee?

2        A.    No.   I mean, some of the names

3   came up on the records, I guess.  Dr. Hiatt,

4   and Dr. Schneeweiss -- you mean the

5   presentation -- yeah.

6        Q.    No, I'm asking about on the actual

7   FDA Advisory Committee.

8        A.    No, I don't remember that.

9        Q.    Do you know who was on the 2007

10  Trasylol FDA Advisory Committee?

11       A.    No.

12       Q.    Are you an expert on FDA rules and

13  regulations?

14       A.    I said that.  No, I'm not.

15       Q.    Are you an expert on drug warnings

16  or labels?

17            MR. MORELAND:  Form.

18       A.    No.

19   BY MS. WEINSTEIN BACON:

20       Q.    Have you ever drafted a

21  pharmaceutical label?

22       A.    No.

23       Q.    Are you offering any opinions

24  about whether or not Bayer complied with FDA

25  regulations?

LUCA A.   VRICELLA

Page 163

1            MR. MORELAND:  Form.

2       A.    Well, to the extent that some

3  studies could have been submitted to the FDA

4  for review, or certain concerned -- concerns

5  could have been, you know, brought up, yes.

6            I'm not an expert in rules and

7  regulations, but I can tell you what

8  ethically I think would be the right thing to

9  do.  But I don't know what -- you know, I'm

10  not an expert in FDA rules.

11   BY MS. WEINSTEIN BACON:

12       Q.    Okay.  You said that some studies

13  could have been submitted to the FDA.

14       A.    Uh-huh.

15       Q.    What studies could have been

16  submitted to the FDA?

17       A.    Well, Saint George's Study, the

18  Kress Study and the I3 Study in a timely

19  fashion.

20       (REPORTER REQUESTED CLARIFICATION)

21       Q.    When should Bayer have submitted

22  the Saint George's Study?

23       A.    I think as soon as they got the

24  data.  I mean, if there's a -- an important

25  reason for concern, I would notify the FDA.

LUCA A.    VRICELLA

Page 166

```
 1      Q.    Did Bayer violate any FDA
 2  regulations in relating to the Saint George's
 3  Study?
 4      A.    As I told you, I'm not an FDA --
 5  regulation expert, so I can't really tell if
 6  you there's an regulation that obligates a
 7  company to be candid about their data.
 8            I can tell you that ethically I
 9  think it is -- it is something that I hold
10  true.
11      Q.    And what is your basis -- sorry.
12            You said also that the Kress Study
13  should have been submitted to the FDA.
14            Do you know if the Kress Study was
15  ever submitted to the FDA?
16      A.    You know, I don't know if it was
17  ever submitted.  I know it came out, I mean,
18  it's in my box, so it's out.
19            But it's definitely something
20  that, again, could have been -- this, you
21  know, to follow this study, there's a big
22  paper trail of e-mails to discredit
23  Dr. Kress, whereas right before when they
24  commissioned the study, you know, everyone
25  went to the Custer's Stand to celebrate that
```

LUCA A.    VRICELLA

Page 172

```
 1   elaborated on it, but it's my opinion.
 2        Q.    Are you aware of any regulations
 3   or rules that Bayer violated by submitting
 4   Kress when they did?
 5        A.    I am not aware of the regulations,
 6   so I cannot even tell you that they were
 7   violated.  I think there's a violation of
 8   ethical standards.
 9        Q.    And what ethical standards -- what
10   are the ethical standards?  Are those your
11   own ethical standards?
12        A.    What do you mean?
13        Q.    What ethical standards --
14        A.    There's no unethical --
15        Q.    -- are you saying that Bayer
16   violated?
17        A.    To me, the well-being of the
18   patient.
19        Q.    And that is your personal ethical
20   standards that you're relying on to say that
21   Bayer should have submitted the Kress Study
22   to the FDA after getting the results.
23        A.    Well, it's not my personal
24   studies.  Everyone, was, you know, taking the
25   Hippocrates oath.  There's thousands and
```

LUCA A.   VRICELLA

Page 190

```
 1        A.    You're incorrect.  I don't think I

 2   have.  Aside from aprotinin, I don't think

 3   I've ever -- no.

 4    BY MS. WEINSTEIN BACON:

 5        Q.    Do you --

 6        A.    If you have a list of drugs that

 7   are used off label, I'd be happy to see, but

 8   I'm not --

 9        Q.    Is there anything wrong with using

10   a drug off-label?

11              MR. MORELAND:  Form.

12        A.    Well, it depends on what the

13   perceived safety is, but I'm not sure.

14    BY MS. WEINSTEIN BACON:

15        Q.    If a physician determines that the

16   perceived safety profile is positive for a

17   drug, and then proceeds to use it on a

18   patient off-label, that's okay; right?

19        A.    I -- I -- again, I can't really

20   tell you.

21        Q.    Is there --

22        A.    I mean, you can use it off-label,

23   but I'm -- I'm not sure.

24        Q.    Was there anything wrong with you

25   using aprotinin off-label?
```

LUCA A.   VRICELLA

Page 235

1    heart problem.

2         Q.    So you rely in your clinical

3    practice on a nephrologist for expertise in

4    treating the kidneys?

5         A.    Yes.

6         Q.    What is the background rate for

7    post-operative renal failure in the adult

8    CABG population that does not get Trasylol?

9         A.    It's 3.6 percent -- no, excuse me,

10   3.6 percent.

11        Q.    And what year is that for?

12        A.    Just from this year.

13        Q.    Do you know the background rate

14   for post-operative renal failure in the adult

15   CABG population that does not get Trasylol

16   for any other year other than 2009?

17        A.    I really don't.  I looked at what

18   the contemporary, you know, this year's data

19   is, and that's, again, all comers, high risk,

20   low risk, just across the board.

21        Q.    So you do not know the background

22   rate for post-operative renal failure in the

23   adult CABG population for any year that

24   Trasylol was being marketed.

25        A.    Not for the STS.  I mean, I could

LUCA A.    VRICELLA

Page 236

 1   look it up, but I don't have it here.

 2         Q.    But to date you have not looked it

 3   up.

 4         A.    No.

 5         Q.    Do you agree that half of all

 6   patients -- and again, this is in

 7   Dr. Faraday's chapter -- that half of all

 8   patients who undergo cardiac surgery will

 9   experience a significant reduction in renal

10   function?

11               MR. MORELAND:  Where?  Excuse me.

12               MS. WEINSTEIN BACON:  Page 405.

13         A.    Did you say page --

14    BY MS. WEINSTEIN BACON:

15         Q.    405.

16         A.    405.

17         Q.    Under "Renal System."

18               MR. MORELAND:  And obviously,

19   Doctor, having never seen this before, if you

20   need to take a minute to orient yourself,

21   that's okay.

22               THE WITNESS:  Sure.

23         A.    (Perusing document)  I mean, that

24   to me seems surprisingly high.

25   Surprisingly --

LUCA A.   VRICELLA

Page 256

```
 1   transient rising creatinine, if it's, you
 2   know, of how much double the baseline,
 3   greater than 0.5, I'm not sure.  I don't
 4   know, actually, how they define that --
 5        Q.    So the background of 3.6 percent
 6   that you gave me for renal failure and renal
 7   dysfunction, do you know what definitions
 8   were used to come up that number --
 9        A.    No -- STS database, basically.
10        Q.    Do you know what the
11   definitions --
12        A.    No --
13        Q.    -- that were used --
14        A.    No.
15        Q.    You talked earlier about
16   Trasylol's mechanism of action.
17              What materials did you review to
18   learn about Trasylol's mechanism of action?
19        A.    You know, it's pretty much
20   specified in most of the articles.  Just in
21   the -- in the introduction, and -- right now,
22   I don't really recall which specific papers,
23   just to have an idea -- I'm not a
24   hematologist, or I'm not a
25   pharmacodynamicist, but I just kind of know
```

LUCA A.   VRICELLA

Page 257

1    what the mechanism of action is but -- I

2    don't provide an opinion on what the

3    mechanism is, and I -- I know where it's

4    excreted; I know the mechanism; but, you

5    know, it's common knowledge.

6         Q.    Did you derive your common

7    knowledge of the mechanism of Trasylol's --

8    the mechanism -- withdrawn.

9              Did you derive your -- the common

10   knowledge for Trasylol's mechanism of action

11   from the articles that you reference in your

12   report?

13        A.    Well, some there; some during just

14   residency, I don't know where I got it,

15   but ...

16        Q.    At page 10 of your report, you say

17   that the mechanism of action forms the basis

18   for the well-documented renal tox -- toxicity

19   of this drug.

20              How do you define "renal

21   toxicity"?

22        A.    So -- a definition of "toxicity"

23   is basically something that's harmful to --

24   in this case to an end organ or the kidney.

25              So, to me, the reason I said it's

LUCA A.   VRICELLA

Page 260

1   that's the composite score or, you know, if

2   it's a stroke documented by CT.

3            In the STS database it's

4   1.2 percent, I believe.

5        Q.   And for what year was the

6   background rate for post-operative stroke in

7   the adult CABG population 1.2 percent?

8        A.   For this year.  And I can tell you

9   that, you know, over the years, has not

10  changed dramatically.  But this is what I

11  would quote a patient:  I would say less than

12  2 percent stroke as a risk.

13       Q.   Have you reviewed the STS database

14  for the background rate of stroke in the

15  adult CABG population for any of the years

16  that Trasylol was marketed?

17       A.   No.

18       Q.   And CABG patients experience

19  stroke even when Trasylol is not used; right?

20       A.   Yes.

21       Q.   What test do you use to diagnose a

22  stroke?

23            MR. MORELAND:  Form.

24       A.   Well, a stroke can be a relatively

25  silent event and you have minimal findings.

LUCA A.    VRICELLA

Page 263

```
 1        Q.    Any other --
 2        A.    Patients who continue to smoke
 3   after myocardial revascularization.
 4        Q.    Any other factors that put a
 5   patient at greater risk of having myocardial
 6   infarction after CABG surgery?
 7        A.    No, I'm not sure about the female
 8   gender.  But I would have to go back and look
 9   at the literature.
10        Q.    What is the background rate for
11   post-operative MI in the adult CABG
12   population?
13        A.    I don't know.  I haven't reviewed
14   the STS database for that.  I wouldn't be
15   surprised if it's under 5 percent.
16        Q.    But do you know what the
17   background rate for post-operative MI is in
18   the adult CABG population as you --
19        A.    No --
20        Q.    -- sit here today?
21        A.    -- it's relatively rare but I
22   don't know the number.
23        Q.    What is the background rate for
24   perioperative myocardial infarction in the
25   adult CABG population?
```

LUCA A.    VRICELLA

Page 265

1    background rate in the adult CABG population

2    as a whole, but you're basing it on your

3    personal experience.

4         A.    Yes.

5         Q.    CABG patients experience

6    post-operative MIs even when Trasylol is not

7    used; is that right?

8         A.    Yes, but if -- okay.

9         Q.    Do you agree that thromboses are a

10   potential risk from CABG surgery?

11        A.    What kind of thrombosis are you

12   referring to?

13        Q.    Graft occlusions.

14        A.    Yes, that's usually the mechanism

15   for a perioperative MI.

16        Q.    So is the answer yes?

17        A.    Yes.

18        Q.    What is the background rate for

19   post-operative thromboses in the adult CABG

20   population?

21        (REPORTER REQUESTED CLARIFICATION)

22        Q.    What is the background rate for

23   post-operative thromboses in the adult CABG

24   population?

25        A.    It's a subset of those having MIs,

LUCA A.   VRICELLA

Page 266

1   so if I'm not quoting you the MI background

2   rate, I probably would not know the

3   thrombosis.

4        Q.    So as you sit here today, you do

5   not know the background rate for

6   post-operative thromboses in the adult CABG

7   population; is that right --

8        A.    That's what I told you.

9        Q.    Do you agree that respiratory

10   injuries are a risk of CABG surgery?

11           MR. MORELAND:  Form.

12        A.    It depends on what you define by

13   "respiratory injury."  Prolonged time on the

14   ventilator, pulmonary emboli?  I'm not sure.

15        Q.    Is prolonged time on the

16   ventilator [inaudible]

17       (REPORTER REQUESTED CLARIFICATION)

18    BY MS. WEINSTEIN BACON:

19        Q.    Do you agree that prolonged time

20   on the ventilator is a potential risk of CABG

21   surgery?

22           MR. MORELAND:  Form.

23        A.    It's a potential risk of any sort

24   of cardiac surgical procedure.  But of

25   cardiac surgery in particular, yes.

LUCA A.   VRICELLA

Page 284

```
 1       A.    I couldn't tell you.  I really
 2   don't know.
 3       Q.    And you used -- the reason that
 4   you used aprotinin was primarily for the
 5   theoretical anti-inflammatory effects?
 6             MR. MORELAND:  Form.
 7       A.    In neonates.
 8   BY MS. WEINSTEIN BACON:
 9       Q.    Okay.  And why did you use
10   aprotinin in your adult cases?
11       A.    For a theoretical -- theoretical
12   anti-inflammatory effect in complex cases,
13   acute presentation, and for the advertised
14   reduction in bleeding, even though I haven't
15   really noticed a big difference.
16       Q.    So did you use aprotinin in terms
17   of blood reduction merely based on
18   advertising?
19       A.    No, I mean, as I told you before,
20   it was a part of training, and communication
21   with colleagues in conjunction with
22   advertisement, what was out there.
23       Q.    Did you clinically see any
24   reduction in bleeding in the patients for
25   which you used aprotinin?
```

LUCA A.    VRICELLA

Page 293

1              But we really tailored our
2     indications a lot more in 2006.
3         Q.    In 2006, who did you tailor your
4     indicated usage of Trasylol to?
5         A.    I wouldn't use it in patients with
6     renal dysfunction; I wouldn't use it in
7     patients with circulatory arrest; I wouldn't
8     use it in first time CABG.
9              I would use it in reoperative
10    procedures, neonates and endocarditis.
11        Q.    Prior to 2006, though, you didn't
12    use CABG -- sorry, prior in 2006 you didn't
13    use Trasylol in first-time CABG; right?
14        A.    I didn't, and you know, if the --
15    and this is -- if just administered, it was
16    not on my indication.
17        Q.    And prior to 2006, did you use
18    Trasylol in patients with renal dysfunction?
19        A.    Probably not.
20        Q.    And do you know if Trasylol is
21    indicated -- withdrawn.
22              What did you use to control
23    bleeding after aprotinin?
24        A.    Amicar.
25        Q.    Anything else?

LUCA A.    VRICELLA

Page 294

```
 1        A.    That's really -- I mean, as a --
 2   no, that's really it.  Amicar.  We never used
 3   transexemic acid.
 4        Q.    Have you ever used Factor 7 to
 5   control bleeding?
 6        A.    Yes, but that's kind of an extreme
 7   situation.
 8        Q.    Do you know how much Factor 7
 9   costs?
10        A.    I want to say $5,000 or -- I mean,
11   it's in the thousands.
12        Q.    Are you aware of cardiothoracic
13   surgeons now using Factor 7 to control
14   bleeding?
15        A.    Yes, but I'm -- you know, that's a
16   really last-ditch effort for us.
17        Q.    Did you see an increase in renal
18   failure in the patients for which you used
19   aprotinin?
20              MR. MORELAND:  Form.
21        A.    No, we really did not ... I can't
22   tell you.  I really don't know how many
23   patients I've had went into renal failure and
24   of those how many actually had aprotinin, so
25   I don't have all the information.
```

LUCA A.   VRICELLA

Page 295

1   BY MS. WEINSTEIN BACON:

2        Q.    So you didn't do any analysis to

3   see whether there's an increased incidence of

4   renal failure in the patients for which you

5   used aprotinin versus any other agent.

6        A.    No.

7        Q.    Did you see an increased risk --

8   sorry, did you see an increase in renal

9   dysfunction in the patients for which you

10  used aprotinin?

11             MR. MORELAND:   Form.

12       A.    I've seen a few cases, but you

13  know, it's very hard to make a judgment based

14  on, you know, a few cases out of a

15  practice --

16  BY MS. WEINSTEIN BACON:

17       Q.    Did you use -- do they do any sort

18  of analysis to determine whether there was a

19  statistically significant increase in renal

20  dysfunction in the patients for which you

21  used aprotinin versus anything else?

22             MR. MORELAND:   Form.

23       A.    No, I didn't do analysis.

24  BY MS. WEINSTEIN BACON:

25       Q.    Did you see an increase in

LUCA A.    VRICELLA

Page 296

1    mortality in the patients for which you used

2    aprotinin?

3         A.    Again, it's very -- an answer very

4    similar to my prior answer.  I, you know,

5    luckily we don't have a huge mortality, and

6    it's hard to make an analysis.  And I didn't

7    do an analysis.

8         Q.    All right.  So you didn't go back

9    and even try to do an analysis of your

10   surgical database to see if the patients for

11   which you used aprotinin had a higher

12   incidence of mortality.

13        A.    Well, I mean, if they had studies

14   in the New England Journal that had 7,000

15   patients I'd much rather rely on that.

16        Q.    My question is, did you go back

17   and try to do an analysis of your surgical

18   database to see if the patients which used

19   aprotinin had a higher incidence of

20   mortality?

21        A.    No.

22        Q.    Did you see an increase in

23   myocardial infarction in the patients for

24   whom you used aprotinin?

25        A.    No, because the patients at risk

LUCA A.    VRICELLA

Page 298

 1      Q.    Did you see an increase in graft

 2   thromboses in the patients for which you used

 3   aprotinin?

 4      A.    No.

 5      Q.    Did you do any analysis to

 6   determine whether the patients for which you

 7   used aprotinin had a higher incidence of

 8   graft thromboses?

 9      A.    I didn't do any analysis.

10      Q.    Have you ever told a patient that

11   she suffered renal failure as a result of

12   aprotinin?

13      A.    No, because I'm not a

14   nephrologist, and I really cannot, you know,

15   opine on causation.

16            I've had patients who asked.  I,

17   you know -- I would have to go back to that

18   individual case to see whether I actually did

19   use aprotinin or not.  I mean, we've had

20   conversations with patients right around this

21   time.  (Indicating)  But you know, I would

22   defer causation to a nephrologist.

23      Q.    Have you ever told a patient that

24   they suffered renal dysfunction because of

25   aprotinin?

LUCA A.   VRICELLA

Page 302

```
 1              MR. BARR:  Form.
 2         A.   So again, we're looking for --
 3    for, you know, a number, as for a power, and
 4    I'm not a statistician to tell you how many
 5    cases you need.
 6              But BART, for example, was
 7    designed to have a thousand patients per arm
 8    to actually be able to detect events --
 9    dichotomous events which are very rare, like
10    death, renal failure, dysfunction and other
11    events, mortality.
12         Q.   So a thousand patients is large
13    enough for a randomized control trial to
14    assess mortality.  Is that your opinion?
15              MR. MORELAND:  Form.
16         A.   I am not a statistician, so I
17    cannot tell you what the statistical power
18    has to be and the number of patients but --
19     BY MS. WEINSTEIN BACON:
20         Q.   Okay, but you do -- you state and
21    it's your opinion in this case that, "It is
22    only with large randomized control trials and
23    large observational studies that the
24    prescribing physician can make judgments on
25    when and if a drug should be used."
```

LUCA A.   VRICELLA

Page 321

1        A.    Of course.

2        Q.    Why?

3        A.    Because it's another procedure to

4    the patient, there's risk of infection,

5    taking the patient back to the operating

6    room.  It's another operation.

7        Q.    You have to open the chest again?

8        A.    Yes.

9        Q.    You have to put the patient on the

10    bypass machine again?

11        A.    Not necessarily -- actually most

12    times you don't.

13        Q.    You wrote -- strike that.

14             Is post CABG bleeding in and of

15    itself associated with morbidity?

16        A.    I believe it is.  If you get

17    reexplored, your mortality is probably

18    higher, and I wouldn't be surprised -- and I

19    don't have the numbers to quote right now,

20    but your risk of infection is probably

21    higher.

22        Q.    What is the background rate of

23    mortality for patients that experience post

24    CABG bleeding?

25        A.    You know, I don't know, and it's

LUCA A.   VRICELLA

Page 322

```
 1   kind of a question where you can have
 2   patients that you reexplore for bleeding -- I
 3   really don't -- I don't have any -- enough
 4   tools to answer that question.  I don't even
 5   know if it's actually there in the STS
 6   database.  I'm ...
 7        Q.    Is the literature -- you compared
 8   aprotinin, Amicar and tranexamic acid in your
 9   report; right?
10        A.    Yeah.
11        Q.    Is the literature that you relied
12   on to compare aprotinin, Amicar and
13   transexemic acid all within the 41 references
14   that you have talked about today?
15        A.    Yes.
16        Q.    Is it your opinion that Amicar is
17   safer than aprotinin?
18        A.    Yes.
19        Q.    What is that based on?
20        A.    Well, I think in looking at these
21   studies, there's no study really that shows
22   that Amicar is associated with renal failure
23   or dysfunction, or even, I don't think, with
24   thrombosis, myocardial infarctions.
25             And even in my personal practice,
```

LUCA A.    VRICELLA

Page 323

1   I haven't noticed an increase -- a rate of

2   takebacks.  So I'm really not sure.  I think

3   that what I gather from the literature is

4   that, yes, there is, in some manuscripts and

5   not in others, a reduced -- a reduction in

6   blood loss.  But it doesn't necessarily lead

7   to a requirement for transfusion.

8        Q.    What did you do to review the

9   outcomes and safety of Amicar?

10       A.    I basically looked at some

11  head-to-head trials, and -- you know,

12  basically it's the same thing that I looked

13  at to see if aprotinin was safe.

14       Q.    And that's included in the 41

15  references?

16       A.    Yes.

17       Q.    Is it your opinion that tranexamic

18  acid is safer than aprotinin?

19       A.    Yes.

20       Q.    What is that based on?

21       A.    It's not based on personal

22  experience, because I haven't used tranexamic

23  acid.  But again, I don't see any study that

24  says -- aside from one study that shows an

25  increased incident of seizures with

LUCA A.    VRICELLA

Page 324

1    tranexamic acid, and in those 41 studies I

2    didn't see anything that pointed to worse

3    outcomes in tranexamic acid.

4        Q.    Do you agree that Amicar has

5    potential risks like all drugs?

6        A.    Sure.

7        Q.    What are they?

8        A.    Well, there's always a -- a risk

9    of anaphylaxis or acute reaction in the

10   patient.  But other than that, I'm not really

11   sure.

12            There's potential risk for a

13   coagulant state, but it hasn't really

14   translated, at least in my practice, to

15   increases in graft thrombosis, or problems.

16       Q.    Is the mechanism of action for

17   Amicar one that has the potential to cause a

18   prothrombotic state?

19            MR. MORELAND:  Form.

20       A.    Probably not as multilevel as

21   aprotinin.

22    BY MS. WEINSTEIN BACON:

23       Q.    Why is that?

24       A.    Because aprotinin acts in very

25   different areas of the coagulation system,

LUCA A.   VRICELLA

Page 326

1   acid [inaudible]

2        (REPORTER REQUESTED CLARIFICATION)

3        A.    The combination of all these

4   three.  Two of them at the time, three at a

5   time, with placebo, amongst themselves,

6   whatever is in the literature that I've --

7   that I've selected.

8        Q.    Did you do any search for --

9        A.    Also the NDA.  Sorry.  There were

10  some head-to-head trials --

11            (SIMULTANEOUS SPEAKING)

12       Q.    -- Trasylol NDA?

13       A.    I believe in the NDA there were

14  some trials.  I would have to look back on

15  that.

16       Q.    Did you do any literature search

17  for safety studies on Amicar by itself?

18       A.    No.  I thought that just looking

19  at it head-to-head with Trasylol was just --

20       Q.    Did you talk to anyone about

21  Amicar in reaching your conclusions about the

22  outcomes and safety of Amicar other than

23  plaintiffs' lawyers?

24       A.    No --

25            MR. MORELAND:  Form.

LUCA A.    VRICELLA

Page 327

1   BY MS. WEINSTEIN BACON:

2        Q.    Did you talk to anyone about

3   Amicar in reaching your conclusions about the

4   outcomes and safety of Amicar?

5        A.    Aside from counsel, I didn't.

6   Same with aprotinin.

7        Q.    What is Amicar's approved

8   indication?

9        A.    It's for CABG surgery, and I don't

10  remember right now the answer, you know, with

11  the -- with the label, but I believe it's

12  probably for all coronary artery bypass

13  grafting.

14       Q.    Is Amicar approved for use in

15  surgeries using CPB?

16            MR. MORELAND:   Form.

17       A.    I would have to look at that.

18  BY MS. WEINSTEIN BACON:

19       Q.    Have you looked at Amicar's

20  labeling before today?

21       A.    I don't recall.

22       Q.    How many times have you used

23  Amicar?

24       A.    A lot of times.

25       Q.    Can you estimate?

LUCA A.   VRICELLA

Page 330

1   has potential risks?

2        A.     It does, just like Amicar, I

3   guess, and aprotinin and any other drug --

4        Q.     Yes --

5        A.     -- but I have not used the drug.

6        Q.     Do you know what the risks --

7   potential risks of tranexamic acid are?

8        A.     I'm sure there's a anaphylaxis in

9   reaction to the drug, but I don't really

10  know.

11       Q.     Have you done anything to research

12  the potential risks of tranexamic acid?

13       A.     Basically what I've seen here, in

14  terms of the articles that put head-to-head

15  the Trasylol and tranexamic acid.

16       Q.     Did you review any articles for a

17  your report relating to tranexamic acid by

18  itself?

19       A.     No.

20       Q.     But you did say that you're aware

21  of a study that found increased incidences of

22  seizure associated with tranexamic acid.

23       A.     Yes.

24       Q.     Did that impact your opinion in

25  this case?

LUCA A.   VRICELLA

Page 331

1          A.     Not one study.

2          Q.     Why not?

3          A.     I don't know.  I just thought

4     it -- seizure associated with that -- I don't

5     think there were big numbers, and I -- I -- I

6     just noted it, and I did not make an opinion

7     on that.

8          Q.     And did you use the same process

9     and methodology to review the outcomes and

10    safety that you did for tranexamic acid as

11    you did for Amicar?

12         A.     Yes.

13         Q.     Did you talk to anyone about

14    tranexamic acid in reaching your conclusions

15    about the outcomes and safety of tranexamic

16    acid?

17         A.     No, because none of us use it.

18         Q.     Did you try and talk to anybody in

19    the United States who does use tranexamic

20    acid in reaching your opinion?

21         A.     No.

22         Q.     What is tranexamic acid's

23    FDA-approved indication?

24         A.     I don't know, because I never used

25    it, and I don't have [inaudible]

LUCA A.   VRICELLA

Page 332

```
 1          (REPORTER REQUESTED CLARIFICATION)
 2          A.    I don't know.  I never used it so
 3    I really wouldn't know.
 4          Q.    Is that not relevant to you for
 5    purposes of this opinion?
 6                MR. MORELAND:  Form.
 7          A.    I don't think so.
 8     BY MS. WEINSTEIN BACON:
 9          Q.    Do you know if tranexamic acid is
10    approved -- strike that.
11                Did you review the outcome and
12    safety of any other agents besides Amicar,
13    tranexamic acid and aprotinin for purposes of
14    this report?
15          A.    No.
16          Q.    Have you concluded that the lysine
17    analogs are safe and effective for use in
18    CABG surgery involving the pulmonary bypass
19    machine?
20          A.    Yes.
21          Q.    And is that conclusion for Amicar
22    based on the studies referenced in your
23    report and your clinical experience?
24          A.    Yes.
25          Q.    Is it based on anything else?
```

LUCA A.   VRICELLA

Page 335

 1      A.    No, it's a ... I think -- I think
 2   it was actually a tranexamic acid -- Amicar,
 3   tranexamic acid [inaudible]
 4            Amicar, tranexamic acid and
 5   aprotinin.
 6      Q.    My question is, can you identify
 7   one placebo-controlled randomized clinical
 8   trial of Amicar in CABG surgery using the
 9   bypass machine?
10      A.    (Perusing laptop monitor)
11    BY MS. WEINSTEIN BACON:
12      Q.    Can you identify one adequate --
13   can you identify one placebo controlled
14   randomized trial of tranexamic acid in CABG
15   surgery using the bypass machine?
16      A.    Not in this -- in this compiled
17   review of the literature.
18      Q.    In any review pf --
19      A.    Tranexamic acid and aprotinin, you
20   said, right?
21      Q.    No --
22            (SIMULTANEOUS SPEAKING)
23      Q.    -- identify one placebo-controlled
24   randomized controlled trial of tranexamic
25   acid and CABG surgery using the bypass

LUCA A.   VRICELLA

Page 336

1   machine.

2        A.     No.  I don't have it here.

3               I mean, the Mangano article is --
4   I'm sorry, it's an observational study.

5               I was just looking at the
6   different agents, sorry.

7        Q.     Do you agree that the safety and
8   efficacy of aprotinin in CABG surgery has
9   been studied far more extensively than the
10  safety and efficacy of the lysing analogs in
11  CABG surgery?

12              MR. MORELAND:  Form.

13       A.    I know it has been studied
14  extensively.

15   BY MS. WEINSTEIN BACON:

16       Q.    Has the safety of tranexamic acid
17  been studied extensively in CABG surgery?

18       A.    I know that on some of the
19  comparative analysis, you know, never showed
20  up to be a worse agent.  So I would assume
21  yes.

22       Q.    And you're basing that on --
23  with -- in references contained within your
24  41 studies?

25       A.    Yes.

LUCA A.    VRICELLA

Page 338

1    deal with the comparative incidence of renal

2    dysfunction compared to lysing analogs?

3         A.    No.  I think they're all placebo.

4         Q.    Okay.  My question was, what

5    literature did you rely on for your

6    conclusion that the comparative incidence of

7    renal dysfunction was much higher with

8    aprotinin than the lysine analog?

9         A.    The articles that I've mentioned

10   in my references.

11        Q.    Is it also the 41 articles that

12   you rely on for your conclusion that the

13   incidence of death was higher in Trasylol

14   than with the lysine analogs?

15        A.    Yes.

16        Q.    Any other literature?

17        A.    No.  I would have to look

18   specifically at the Saint George's and Kress

19   studies, but I -- the ones that I listed here

20   are what I used to make -- reach that

21   conclusion.

22        Q.    You stated that, "When the lysine

23   analogs have been shown to be inferior to

24   Trasylol, the decrement in blood loss is

25   somewhat marginal in the order of less than

LUCA A.   VRICELLA

Page 345

```
 1        Q.    As you sit here today, do you have
 2   any criticisms of Mangano's 2006 study?
 3              MR. MORELAND:  Form.
 4        A.    No.
 5    BY MS. WEINSTEIN BACON:
 6        Q.    As you sit here today, do you have
 7   any criticisms of Mangano's 2007 study?
 8              MR. MORELAND:  Form.
 9        A.    No.
10    BY MS. WEINSTEIN BACON:
11        Q.    Do you know what "confounding" is?
12        A.    Well, as I told you, I am not a
13   statistician, so I have relatively
14   rudimentary knowledge of statistics.  But
15   confounding factors would be factors that
16   would interfere, I believe, with the accuracy
17   of an analysis.  And that's why you would use
18   propensity scoring, matching cohorts -- and
19   that's what you have to do when do you a
20   large observational study.
21        Q.    Is it important to your assessment
22   of Mangano's study to know whether he
23   appropriately adjusted for confounding?
24              MR. MORELAND:  Form.
25        A.    Yes.  I also rely on ...
```

LUCA A.   VRICELLA

Page 346

```
 1            MR. MORELAND:  I'm sorry.  Form.
 2       A.    I also rely on the peer-review
 3  methodology, in probably the highest regarded
 4  journal in medical literature.
 5   BY MS. WEINSTEIN BACON:
 6       Q.    If Mangano did not appropriately
 7  adjust for confounding, what effect would
 8  that have on the correctness of your opinion?
 9            MR. MORELAND:  Form.
10       A.    Well, I don't have the tools to
11  really analyze Dr. Mangano's paper on the
12  same basis as a statistician would, so I look
13  at it as a clinician.
14   BY MS. WEINSTEIN BACON:
15       Q.    Would it matter to you at all to
16  find out that the Mangano statistical
17  analyses turned out to be flawed?
18            MR. BARR:  Form.
19       A.    It would matter, yes.
20   BY MS. WEINSTEIN BACON:
21       Q.    Why?
22       A.    It would have to be something
23  that, you know, is -- is a result of a pretty
24  thorough analysis of the paper, like the FDA
25  did.
```

LUCA A.    VRICELLA

Page 347

1      Q.    Okay.  But why would it matter to
2   you if it turned out the Mangano statistical
3   analyses turned out to be flawed?
4              MR. MORELAND:  Form.
5      A.    Because I would have to put it in
6   the context of the other manuscripts that
7   have come out.
8    BY MS. WEINSTEIN BACON:
9      Q.    And you have no way of assessing
10   the validity of Mangano's statistical
11   analysis, do you?
12              MR. MORELAND:  Form.
13      A.    I'm not a statistician.
14    BY MS. WEINSTEIN BACON:
15      Q.    Are you aware that the FDA had an
16   Advisory Committee meeting about Trasylol in
17   September 2006?
18      A.    Yes.
19      Q.    Are you aware of the FDA's
20   reanalysis of Mangano for purposes of the
21   September 2006 Advisory Committee meeting?
22      A.    Yes.
23      Q.    Do you have any reason to disagree
24   with the FDA's advisory panel reanalysis of
25   Mangano?

LUCA A.   VRICELLA

Page 348

```
 1        A.    No.
 2              MR. MORELAND:  Form.
 3        A.    I mean, that level of statistical
 4   analysis is above my expert -- my expertise.
 5              MR. MORELAND:  I'm sorry.  I'm
 6   trying not to interject.  Did you mean '06 or
 7   '07?
 8              MS. WEINSTEIN BACON:  I meant 06.
 9              MR. MORELAND:  Okay.
10   BY MS. WEINSTEIN BACON:
11        Q.    Your report also references
12   Mangano's 2007 study.
13              Are you aware that Mangano's 2007
14   study was based on the same data set as his
15   2006 study?
16        A.    Yes.
17        Q.    Did you review -- sorry.
18              Did you do anything to evaluate
19   the statistical analysis of Mangano's 2007
20   study?
21        A.    I reviewed the paper, and I relied
22   on the methodology of the journal.  Again, a
23   prestigious journal, the Journal of the
24   American Medical Association.  And I came to
25   the conclusion it was a good study.
```

LUCA A.   VRICELLA

Page 349

1        Q.    Do you have any reason to disagree

2   with the FDA's reanalysis of Mangano's 2006

3   article?

4             MR. MORELAND:  Object to the form.

5        A.    No.

6    BY MS. WEINSTEIN BACON:

7        Q.    You mentioned Gebhard Wagener's

8   study in your report.  Do you recall that?

9        A.    Yes.

10        Q.    Do you know Dr. Wagener?

11        A.    No, I don't.

12        Q.    What kind of study was

13   Dr. Wagener's study?

14        A.    It was a very interesting study,

15   actually in trying to correlate renal

16   dysfunction with increases in NGAL, N-G-A-L,

17   which is a bio -- biochemical marker of renal

18   dysfunction.

19        Q.    Was Dr. Wagener's study a

20   randomized controlled clinical trial?

21        A.    No, I think it was an

22   observational study with a prospective

23   collection of data.

24        Q.    Do you agree with Dr. Wagener that

25   NGAL is a "novel measure of kidney function"?

LUCA A.    VRICELLA

Page 359

```
 1      A.    Sometimes they don't have any
 2  correlation to the status of the patient, but
 3  yes, that's what we use as markers.
 4   BY MS. WEINSTEIN BACON:
 5      Q.    And do you know if laboratory
 6  values were recorded in the premier
 7  prospective database that the i3 authors
 8  relied on?
 9      A.    I particularly don't know.
10      Q.    In the body of your report at page
11  12, you cite only to the preliminary I3
12  Study.
13      A.    Uh-huh.
14      Q.    Why is that?
15      A.    Because I -- as she looked at the
16  further analysis later, because it was
17  provided with the slides.
18      Q.    Did you review the published i3
19  report prior to reaching your conclusions
20  that -- as submitted in your expert report?
21      A.    You know, it depends on when the
22  slides came in.  I mean, I really don't know.
23              MR. MORELAND:  Objection --
24   BY MS. WEINSTEIN BACON:
25      Q.    Did you review the Schneeweiss
```

LUCA A.   VRICELLA

Page 360

1   article prior to submitting your expert

2   report?

3        A.    Of course.

4        Q.    Was the preliminary I3 Study

5   published?

6        A.    Yes.

7        Q.    So the --

8        A.    Is that --

9        Q.    -- the preliminary I3 Study, as it

10  was written on September ... as it appeared

11  on September 13th, 2006, was that published?

12              MR. BARR:  Form.

13       A.    Well, my understanding is it was

14  published, it was published later in 2008,

15  and I don't know how much of the actual, you

16  know, further analysis is included in here.

17       Q.    Have you compared the Schneeweiss

18  article with the preliminary I3 report?

19       A.    No not really.

20       Q.    Do you know any differences

21  between the Schneeweiss article and the

22  preliminary i3 report?

23       A.    No.

24       Q.    Would it be important to your

25  opinion relating -- strike that.

LUCA A.   VRICELLA

Page 361

1            What do you rely on in the

2     preliminary i3 report for your opinions in

3     this case?

4          A.    That it was a -- a study that was

5     committed by Bayer -- that was --

6     committed -- that was commissioned by Bayer.

7     It was a study that sent a strong signal that

8     in fact was confirmed in all the subsequent

9     subanalysis, that it was not provided in a

10    timely fashion.  And it would have really

11    raised a concern.  And I don't see why I

12    wouldn't bring it to the FDA meeting.

13            So I -- I think there's a strong

14    signal there.  And it persisted.  In fact,

15    the author stated, that, in spite of multiple

16    adjustments, you know, it could be

17    confounding variables, but unlikely.

18         Q.    Does it matter to you at all the

19    peer-review process affected the preliminary

20    i3 report --

21            MR. MORELAND:  Form.

22     BY MS. WEINSTEIN BACON:

23         Q.    -- in reading your opinions?

24            MR. MORELAND:  Form.

25         A.    I don't know -- I really don't

LUCA A.   VRICELLA

Page 362

1   know.

2              What do you mean by preliminary

3   process -- I mean the peer-reviewed process,

4   how it would have effected this?

5    BY MS. WEINSTEIN BACON:

6         Q.    Yes.

7         A.    I would have to trust the

8   peer-review process.  I've said that multiple

9   times today.

10        Q.    Okay.  And so would you -- if

11  there are differences between the preliminary

12  I3 report and the final as published in the

13  New England Journal article, would you rely

14  for your clinical judgment more on the

15  peer-reviewed New England Journal I3 Study

16  than the preliminary report?

17              MR. MORELAND:  Form.

18        A.    Well, this is what I would be

19  seeing as a clinician, so I would have to

20  rely on this.

21   BY MS. WEINSTEIN BACON:

22        Q.    But you've seen both for

23  purposes --

24        A.    Yes --

25        Q.    -- of this litigation, right?

LUCA A.   VRICELLA

Page 363

 1        A.    Yes.

 2        Q.    And one i3 report is

 3   peer-reviewed; right?

 4        A.    Yes.

 5        Q.    And one i3 report is not

 6   peer-reviewed.

 7              MR. MORELAND:  Form.

 8        A.    That's the one, I believe, that

 9   was presented to the FDA --

10    BY MS. WEINSTEIN BACON:

11        Q.    Right.  And that's the one that

12   you cite to in your report, right?  The

13   preliminary non-peer-reviewed article --

14   non-peer-reviewed study.

15        A.    Actually I cite this in my report;

16   right?

17        Q.    The only i3 Study that you

18   reference is the preliminary

19   non-peer-reviewed report.

20        A.    It's on page 13?

21        Q.    12.

22        A.    12.

23              MR. MORELAND:  If you need it,

24   Doctor -- if you need to look at the

25   preliminary report to answer the questions,

LUCA A.   VRICELLA

Page 365

1   clinical judgment?

2        A.    I would rely on the peer-reviewed

3   study.

4            MR. MORELAND:  (Proffering

5   document to witness)

6    BY MS. WEINSTEIN BACON:

7        Q.    And you said that the i3

8   preliminary report sent a strong signal.  Do

9   you recall that testimony?

10       A.    Yes.

11       Q.    What strong signal did the i3

12   preliminary study send?

13       A.    Well, it sent a -- a factor for --

14   I mean, a -- a signal for renal failure or

15   for death.

16       Q.    In your report, you write about

17   the fact that the FDA did not have the I3

18   Report prior to the 2006 Advisory Committee.

19       A.    Yes.

20       Q.    Does this affect any of your

21   opinions in this case?

22       A.    Well, I think it testifies to the

23   inability to be forthcoming about --

24   forthcoming about available data, and it

25   casts a little bit of a shadow on the

LUCA A.   VRICELLA

Page 371

```
 1        Q.    Do you have an opinion that Bayer

 2    should have done a particular study earlier

 3    than it did?

 4        A.    I think so.

 5        Q.    What studies should Bayer have

 6    done earlier than it did?

 7        A.    Well, the ideal study would have

 8    been a prospective randomized -- a placebo

 9    controlled study largely powered.

10            But I think in the real world,

11    prospectively collected observation -- or

12    observational studies that are adjusted with

13    propensity score analysis, you know, and

14    cohort matching, are almost just as good.

15    They reflect the real world.

16        Q.    You said that the ideal study

17    would have been a prospectively --

18        A.    Randomized --

19        Q.    -- randomized --

20        A.    -- placebo controlled trial --

21        Q.    I'm going to do that again,

22    because we both did it at the same time.

23            You said that an ideal study would

24    have been a prospective randomized

25    placebo-controlled study.
```

LUCA A.   VRICELLA

Page 377

1  patient and you want to know about the

2  toxicology of a drug, why not?

3       Q.    Is there any regulation that

4  required Bayer to do a study earlier than it

5  did?

6            MR. MORELAND:  Object to the form.

7       A.    I don't know about any obligation.

8  I think that, you know, a company that

9  represents itself as, you know, having the

10  interests of the patient at the top of the

11  list, has a moral obligation.

12   BY MS. WEINSTEIN BACON:

13       Q.    So is it your testimony that Bayer

14  had a moral obligation to do a large

15  randomized controlled trial earlier than it

16  did?

17       A.    Yes.

18       Q.    And at what point did Bayer have a

19  moral obligation to do a large randomized

20  controlled trial earlier than it did?

21            MR. MORELAND:  Form.

22       A.    It could have been five, ten years

23  earlier.  There were thousands of patients

24  that received aprotinin in the '90s.

25   BY MS. WEINSTEIN BACON:

LUCA A.   VRICELLA

Page 385

 1      A.    I would have to look at the
 2    analysis, you know, with my -- with my
 3    knowledge.  I think it's just -- it's a way
 4    to look at it.  I'm not sure that Health
 5    Canada is any better than the New England
 6    Journal of Medicine.  And I see the data
 7    here, and you know, it was enough to stop a
 8    study, because people were worried about
 9    hurting patients so --
10     BY MS. WEINSTEIN BACON:
11      Q.    Do you know if the EAP had more
12    BART data available to them than the New
13    England Journal?
14      A.    I really don't know what Bayer
15    provided to them.
16      Q.    Would that be -- did Bayer perform
17    the BART study?
18      A.    Excuse me, they did, you're right,
19    it was just a ... I don't know if they had
20    more data.  I honestly don't.
21      Q.    Would that be relevant to you?
22            MR. MORELAND:  Form.
23      A.    I really don't know.  I mean, I
24    don't know what I'm -- you know ...
25     BY MS. WEINSTEIN BACON:

LUCA A.   VRICELLA

Page 396

1    warning section of its label?

2        A.    Well, it would have been a lot

3    more readily evident to all clinicians back

4    then.  And you know, in 2004 there's

5    advertisement in all journals about the fact

6    that, you know what?  It's fine, renal

7    dysfunction is not there.

8            But there is in earlier studies,

9    and they just -- it just never was addressed.

10       Q.    Is it your opinion that Bayer did

11   something wrong by not putting the risk of --

12   an increase of serum creatinine in the

13   warning section of its label?

14       A.    My opinion is yes, they should

15   have put it in the warning section.  I don't

16   know if they violated any rule, but I would

17   have put it in the warning.

18       Q.    And you say you would have put it

19   in the warning section.

20            Have you ever drafted a

21   pharmaceutical label?

22       A.    No.  But I read them.

23       Q.    And what is the basis for your

24   opinion that Bayer should have put the risk

25   of a rise of serum creatinine in the warning

LUCA A.   VRICELLA

Page 398

```
 1        A.    No.
 2        Q.    Did Bayer violate any regulation
 3   in relation to -- strike that.
 4              Did Bayer violate any regulation
 5   by not putting the risk of a rise of serum
 6   creatinine in the warning section?
 7        A.    As you mentioned, I am not an
 8   expert in label preparation, so I could not
 9   tell you.
10        Q.    Page 15, you state that the
11   information Bayer provided to physicians was
12   "inaccurate, incomplete, misleading and most
13   importantly, harmful."
14              Do you recall that?
15        A.    Yes, of course.
16        Q.    What information that Bayer
17   provided to physicians was inaccurate?  If
18   you could give me a list.
19        A.    If I could give you a list.  I
20   think that the information was about, in all
21   advertisement, about renal safety; that, you
22   know, they did not address a prospective
23   randomized trial early on; they didn't make
24   their homework and look into their data
25   early.
```

LUCA A.   VRICELLA

Page 410

 1   going off the record at 5:04 P.M.

 2        (RECESS TAKEN FROM 5:04 TO 5:13 P.M.)

 3             THE VIDEO OPERATOR:  This begins

 4   videotape number 8 in the deposition of Luca

 5   Vricella, M.D.  We're back on the record at

 6   5:15 P.M.

 7             MS. WEINSTEIN BACON:  I marked as

 8   Exhibit 8.

 9             (DEPOSITION EXHIBIT 8

10          MARKED FOR IDENTIFICATION)

11    BY MS. WEINSTEIN BACON:

12        Q.    Can you confirm that Exhibit 8 is

13   the 2004, I think you called it an

14   advertisement earlier, that you relied on?

15        A.    Yes.

16        Q.    And where on Exhibit 8 does it

17   indicate that it was an advertisement in a

18   journal?

19        A.    It just looks incredibly familiar.

20   And to me it just looks like an

21   advertisement.  I mean, common sense sort

22   of -- I may be wrong but to me it looks like

23   an advertisement.

24        Q.    Other than your common sense, do

25   you have any other way to ascertain that --

LUCA A.   VRICELLA

Page 411

```
 1        A.    It would be a --
 2        Q.    -- this was an advertisement in a
 3   journal?
 4        A.    It could be a pamphlet, it could
 5   be something sent to a physician, it could be
 6   something brought by a rep, I have no way --
 7   it's a piece of paper.
 8        Q.    Do you have any way of knowing
 9   whether this was merely an internal document?
10              MR. MORELAND:  Form.
11        A.    No, but I mean, this is -- you
12   know, a document meant for divulgation.  I
13   wouldn't know they -- this is for the
14   community.  I mean, why would you say
15   something like this?  I'm not sure.
16    BY MS. WEINSTEIN BACON:
17        Q.    And you're basing it on common
18   sense that this document, Exhibit 8, was
19   meant for the community?
20        A.    A horse looks like a horse, it's
21   not a zebra.  That to me is -- that to me is
22   an advertisement.
23              Why would you need to say that to
24   Bayer folks?
25        Q.    And do you see it at the bottom --
```

LUCA A.    VRICELLA

Page 423

1  later, I would be very concerned.

2   BY MS. WEINSTEIN BACON:

3       Q.    Are you aware that some physicians

4  continued to use Trasylol after the drug's

5  marketing was suspended and after the label

6  change?

7       A.    Yes.  I guess so.  I mean, I --

8  none of us.

9       Q.    And is it your opinion that any

10  physician that chose to use Trasylol after

11  the drug's marketing was suspended was not

12  reasonably prudent?

13            MR. MORELAND:  Object to the form.

14       A.    Yes, I believe so.

15   BY MS. WEINSTEIN BACON:

16       Q.    Are you aware of the FDA's Special

17  Access Program?

18       A.    Well, I believe you can ask for a

19  medication under extenuating circumstances,

20  just like you can ask for a device under

21  special circumstances.

22       Q.    Are you aware of a Special Access

23  Program in relation to Trasylol?

24       A.    I'm sure there is.  I've never

25  used it.  So ...

LUCA A.   VRICELLA

Page 427

1    Journal of Medicine.

2         Q.    Anything else?

3         A.    I mean, I could look here, of the

4    other manuscripts.

5              There's also a -- the Stamou

6    paper, S-T-A-M-O-U.

7         Q.    And you reviewed Stamou after

8    submitting your report; right?

9         A.    Yes, ma'am.

10        Q.    And what is the basis for your

11   opinion that aprotinin is associated with a

12   five-year death?

13        A.    The Mangano air, the JAMA article.

14        Q.    Anything else?

15        A.    I think that's it right now.

16        Q.    What is the background rate in the

17   adult CABG population for five-year mortality

18   at?  After surgery?

19        A.    I really don't know, it's 1.9

20   percent total in the mortality, all comers.

21        Q.    Is that five-year mortality?

22        A.    No, that's operative mortality.

23   At five years I wouldn't know.  I -- I

24   wouldn't be surprised if there's, you know,

25   5, 10 percent mortality.  Maybe 5 percent.

LUCA A.   VRICELLA

Page 428

```
 1        Q.    And is that a guess?
 2        A.    It is.  But if you look at low,
 3   intermediate and high risk of mortality in a
 4   year, I would put it in the low risk
 5   category.  I've had very few patients in my
 6   clinical practice that dropped dead one year
 7   after CABG, very few.  That I'm --
 8        Q.    That's your own clinical practice;
 9   right?
10        A.    That's Hopkins I think.  I can
11   speak to my colleagues on that.
12        Q.    And you never used Trasylol in
13   primary CABG; right?
14              MR. BARR:  Form.
15        A.    Not to my recollection.
16    BY MS. WEINSTEIN BACON:
17        Q.    Is it your opinion that Trasylol
18   is associated with an increased risk of any
19   other adverse events, other than the ones
20   we've listed today?  We talked about today?
21        A.    Yes.
22        Q.    What?
23        A.    No, it's my opinion that it's not
24   associated with anything else that I know
25   about.  Or that has emerged.
```

LUCA A.   VRICELLA

Page 430

1        Q.    Have you done an analysis of the

2   blood loss in your patients on whom you used

3   Amicar versus those who used Trasylol?

4              MR. MORELAND:   Form.

5        A.    No.

6    BY MS. WEINSTEIN BACON:

7        Q.    Have you used any methodology at

8   all to compare the clinical effectiveness of

9   aprotinin in your practice with that of

10  Amicar?

11       A.    No, but I can tell you that it

12  hasn't -- whatever it is, it hasn't

13  translated in an increased return to the

14  operating room or an inordinate amount of

15  transfusions.

16       Q.    And what are you basing that on?

17       A.    Just clinical care.

18       Q.    But you've done no actual analysis

19  to examine whether there's been a statistical

20  difference -- statistically significant

21  difference in the blood loss in your patients

22  on whom you used Amicar versus those on whom

23  you used Trasylol?

24       A.    I've done no statistical analysis,

25  but I can tell that you plenty of surgeons

LUCA A.   VRICELLA

Page 431

1    have said that to me, in terms of changing

2    practice, and not noticing big differences.

3         Q.    Who?

4         A.    People in my practice.

5         Q.    Who?

6         A.    I just gave you the names of all

7    five in my practice.  I'm -- certainly with

8    Dr. Cameron, we talked about it, as we talked

9    about before, and we really haven't seen that

10   much of a difference.

11        Q.    Has anyone in your practice done

12   any sort of actual analysis of the blood loss

13   in the patients on whom they use Amicar

14   versus those who use Trasylol?

15        A.    I don't think so.  And if somebody

16   did, I am not aware of it, and I haven't seen

17   any data.

18        Q.    You say that you have noticed no

19   difference in perioperative bleeding and the

20   need for blood product administration since

21   you discontinued the use of Trasylol.

22             Have you noticed a difference in

23   post-operative bleeding since you replaced

24   aprotinin with Amicar?

25        A.    Your -- I'm sorry, but you're

LUCA A.    VRICELLA

Page 432

1    saying, perioperative and post-operative.

2              In a cardiac surgical case, it's

3    pretty much the same.  I would just like to

4    tell you that.  Because bleeding happens

5    after the operation, not, you know -- once

6    you're on bypass, you're on bypass, the field

7    is pretty dry.  So usually it's post that

8    takes you back to the operating room.

9         Q.    So have you noticed a difference

10   in bleeding after surgery since you replaced

11   aprotinin with Amicar?

12        A.    Not at all.

13        Q.    Have you done an analysis of any

14   sort on the post-operative blood loss in your

15   patients who have received aprotinin versus

16   those who received Amicar?

17        A.    No statistical analysis, just like

18   the other --

19        Q.    Have you done any sort of

20   methodological comparison of the patients on

21   whom you've used Amicar versus those whom

22   you've used aprotinin?

23        A.    No, I'm not sure I really need to

24   do that.  There's plenty of evidence that,

25   you know, it's -- the benefit is marginal.

LUCA A.    VRICELLA

Page 433

1        Q.    And the "plenty of evidence" and
2    "the benefit is marginal" what is the "plenty
3    of evidence" you're referring to?
4        A.    Everything we've talked about
5    today.
6        Q.    But in your clinical practice,
7    what evidence do you have that the blood
8    loss, since you've discontinued the use of
9    aprotinin, has not increased?
10        A.    I told you, I didn't feel the need
11    to go and look at the statistical
12    significance because there was really no
13    changes from my perception, and for that of
14    my colleagues.  And there was enough data out
15    there to say that there really was -- there
16    really is not a lot of benefit in terms of
17    need for transfusion or return to the
18    operating room.
19        Q.    So in -- in stating that you have
20    noticed no difference in the effectiveness of
21    Amicar as compared to aprotinin, that is
22    based solely on your personal perception;
23    right?
24        A.    My clinical practice --
25              MR. MORELAND:  Form.

LUCA A.   VRICELLA

Page 434

```
 1      A.    -- which is -- again translates
 2   into my perception, but it's my clinical
 3   practice, of high risk patients who in the
 4   past would have been candidates for Trasylol,
 5   and now just get Amicar.
 6    BY MS. WEINSTEIN BACON:
 7      Q.    You state that even if ... you
 8   state that Amicar would be preferable over
 9   Trasylol, given various risks.
10            Is it also your opinion that
11   tranexamic acid would be preferable over
12   Trasylol?
13      A.    I have not used tranexamic acid,
14   so based on the literature and not my
15   personal experience, I would say that it's
16   pretty much the same.
17      Q.    And the literature you're
18   referring to is contained within the 41
19   references?
20      A.    Yes, ma'am.
21      Q.    You state in your opinion that
22   there are very solid scientific grounds for
23   why Trasylol is off the market.
24            Do you recall that statement?
25      A.    Yes.
```

LUCA A.   VRICELLA

Page 441

 1   were -- "Bayer failed to share with the

 2   medical community some of the early concerns

 3   regarding the safety of aprotinin."

 4            And so that is information in the

 5   NDA, Saint George's, and Kress; is that

 6   right?

 7        A.   Yes --

 8        Q.   Anything else?

 9        A.    -- and eventually, and eventually

10   i3.  But that's it, yes.

11        Q.   And the standard you're using for

12   saying that Bayer should have shared Saint

13   George's and Kress is your moral and ethical

14   standard; right?

15            MR. MORELAND:  Form.

16        A.   As a physician, yes.

17    BY MS. WEINSTEIN BACON:

18            MS. WEINSTEIN BACON:  I want to

19   mark, if it's okay, the color version of

20   Dr. Vricella's timeline.

21            THE WITNESS:  All yours.

22            (DEPOSITION EXHIBIT 9

23          MARKED FOR IDENTIFICATION)

24            MS. WEINSTEIN BACON:  Exhibit 9 is

25   the color version of your timeline that was