# Exhibit A

# M<small>ULDER</small> & E<small>ASTRIDGE</small>
### ECONOMISTS, INC.

**BRENDA B. MULDER, M.B.A.**                                                                4613 WEST NORTH A STREET
**JOYCE H. EASTRIDGE, M.B.A.**                                                              TAMPA, FLORIDA  33609
                                                                                                                        (813) 286-1997
                                                                                                                        FAX (813) 288-9474

**October 19, 2009**

John D. Goldsmith, Esquire
Trenam, Kemker ET AL
Post Office Box 1102
Tampa, Florida 33601


**RE: William Morrill, III**

Dear Mr. Goldsmith:

The following preliminary report has been prepared at your request.  It represents an analysis of the economic damages in the above-referenced matter.  The initial sections of the report provide basic facts and assumptions on which the analysis has been based.  If any of the basic facts or assumptions are adjusted or changed prior to the trial, the opinions presented herein may also be subject to change.


Very truly yours,



Brenda Mulder
Economist



BBM/clj



Enclosure

**ANALYSIS OF ECONOMIC DAMAGES**
May 1, 2010
(Valuation Date)

**PERSONAL PROFILE**

| | |
|---|---|
| **NAME:** | William Morrill, III |
| **GENDER:** | Male |
| **DATE OF BIRTH:** | January 23, 1942 |
| **DATE OF DEATH:** | October 6, 2003 |
| **AGE AT THE TIME DEATH:** | 61.74   years |
| **CURRENT AGE IF SURVIVED:** | 68.32   years (from 05/01/10) |

**EDUCATION AND TRAINING**

William Morrill, III, graduated from Clearwater High School in 1960. He obtained his BA degree from Georgia Southern University in 1965.

**FAMILY HISTORY**

| | |
|---|---|
| Name of Spouse: | Melissa A. Morrill |
| Date of Birth: | September 16, 1953 |
| Date of Marriage: | December 31, 1995 |
| Current Age: | 56.66   years (as of 5/01/10) |
| Life Expectancy: | 27.5 years (2004 Data) |

| | |
|---|---|
| Son's Name: | William C. Morrill, IV: |
| Date of Birth: | 10/06/1968 |

| | |
|---|---|
| Daughter's Name: | Meredith Morrill |
| Date of Birth: | 06/06/1972 |

## EMPLOYMENT HISTORY

William Morrill was employed as a pilot with Delta Airlines beginning in April 1966. He was retired on disability in 1995.

## FAMILY INCOME HISTORY

|  | 2001 | 2002 |
|---|---|---|
| Social Security Benefits | $17,856.00 | $18,320.26 |
| Delta D& S Trust Income | $134,113.24 | $135,308.20 |
| Mr. Morrill's Federal Tax Liability | $0.00 | $0.00 |
| Mrs. Morrill's Wages | $50,934.22 | $48,670.55 |
| Mrs. Morrill's Federal Tax Liability | $21.00 | $0.00 |

Case 9:08-cv-80424-DMM   Document 72-1   Entered on FLSD Docket 01/05/2010   Page 5 of 9

## ECONOMIC DAMAGES TO DATE

**Time Period from**
**Date of Death to Present:**                    October 6, 2003 to May 1, 2010: 6.6 years

**LOSS OF SUPPORT:**

Calculations are based on annual income benefits as a result of Mr. Morrill's employment at Delta Airlines prior to his death. No loss of benefits is calculated from the time period from the date of his death, October 6, 2003 to December 31, 2003. The calculations begin January 1, 2004 and are calculated through the valuation date of this report of May 1, 2010. Projected benefits that would have been received by the Morrill family household are compared to the actual benefits received by Mrs. Morrill since January 1, 2004. The projected benefit that Mr. Morrill was to receive from April 1, 2003 to March 31, 2004 is based on the following monthly benefits at that time of :

| | |
|---|---|
| Variable Monthly Benefit Amount: | $6,344.19 |
| Fixed Monthly Amount: | <u>$4,340.18</u> |
| | $10,684.37 Total Monthly Benefit |

This yields an annual benefit amount of $128,212.44. This annual amount is assumed as the annual benefit over the entire past time period. The extent to which this benefit amount would have changed over the past time period is currently unavailable and additional documents have been requested in order to include those changes in the analysis.

The annual benefit amount of $128, 212.44 is compared to the amount of benefit received by Mrs. Morrill over the corresponding time period where available. Estimates have been made where additional information has been requested and are indicated on the following chart:

Page 4

**LOSS OF SUPPORT, continued:**

| Period Time | *Projected Delta Retirement Benefit to the Morrill Household | Actual Delta Retirement Benefit to the Morrill Household | Loss of Support to Mrs. Morrill |
|---|---|---|---|
| 2004 | $128,212.00 | $78,410.00 | $49,802.00 |
| 2005 | $128,212.00 | $78,401.00 | $49,811.00 |
| 2006 | $128,212.00 | $77,150.00 | $51,062.00 |
| 2007 | $128,212.00 | **$77,150.00 | $51,062.00 |
| 2008 | $128,212.00 | **$73,369.00 | $54,843.00 |
| 2009 | $128,212.00 | **$73,369.00 | $54,843.00 |
| 2010 to 5/1/10: 33 yrs. | $42,310.00 | **$24,211.00 | $18,099.00 |
|  | $811,582.00 | $482,060.00 | $329,522.00 |

\* **Projection is based on April 1, 2004 through March 31, 2005 benefit level**
\*\* **Actual data is currently not available**

I have also conducted research and analysis on the personal consumption expenses of Mr. Morrill prior to his death. Based on my review of national research data on consumer expenditures and income, and interview information obtained from Mrs. Morrill, it is my opinion that the personal consumption expenses of Mr. Morrill were offset by the Social Security Disability benefits that he received. Social Security Benefits received by Mr. Morrill were $18,320.26 in the year prior to his death (2002).

In addition to the personal consumption expenses, an offset should be considered for federal taxes that the decedent, Mr. Morrill would have had to pay out of his income. Reviewing the tax returns of Mr. Morrill prior to his death, indicated that Mr. Morrill had no tax liability on his disability income and social security benefits. Mrs. Morrill, filed her federal tax returns separately and owed little, if any federal taxes on her income. Since Mr. Morrill's death, Mrs. Morrill's tax liabilities and tax payments have increased due to the financial changes to the household. These increases in her tax payments are not currently included in the analysis of losses to Mrs. Morrill. In addition, Mrs. Morrill has had an increase in the cost of her health insurance premiums of approximately $1,000 per year. This loss is not currently included in the past loss of support amount.

**Past Loss of Support:**       **$329,522**

**REPLACEMENT VALUE OF HOUSEHOLD SERVICES:**

Calculations are based on a loss of 1.5 hours per day and valued at $13.73 per hour which was the average hourly wage in the services industry at the time of death. (Source: <u>Employment and Earnings</u>, United States Department of Labor, Bureau of Labor Statistics, Table B-2 and Local Area Survey.)

**Loss is:        $49,613**

**TOTAL ECONOMIC DAMAGES TO DATE:                    $379,135**

## FUTURE ECONOMIC DAMAGES

Time Period of Future Economic Damages:

Mr. Morrill's Life Expectancy:                                                  15.1 years (2004 Data)

**LOSS OF SUPPORT:**

Calculations are based on the current level of the retirement benefit of Mr. Morrill, if not for his death of $128,212 on an annual basis. The fixed portion of Mr. Morrill's benefit is not anticipated to grow over the past time period and is reduced to present value assuming a net negative 4.5 percent discount rate. The variable portion of Mr. Morrill's benefit is assumed to grow over the future time period at a net positive three percent growth rate per year.

These calculations are compared to the current benefit received by Mrs. Morrill of $73,369 per year. Mrs. Morrill's future benefit is not anticipated to grow over the future time period and is reduced to present value assuming a net negative 4.5 percent. The Social Security benefits that would have been received by Mr. Morrill of $22,671.39 at this present time are totally offset by his personal consumption expenses. The increases in the federal tax liability on Mrs. Morrill's income are not included in the analysis of future loss of support to Mrs. Morrill at the current time. The increase in her health care costs are also not included at this time.

**Present Value of Projected the Variable Benefit of Mr. Morrill:**          $1,427,639

**Present Value of the Projected Fixed Benefit of Mr. Morrill:**             **+ $561,965**

**Total Present Value of the Projected Benefit of Mr. Morrill:**             $1,989,604

**Total Present Value of the Projected Benefit of Mrs. Morrill:**            **$ 791,650**

**Total Present Value of Future Loss of Support to Mrs. Morrill:**           $1,197,954


**REPLACEMENT VALUE OF HOUSEHOLD SERVICES:**

Calculations are based on a loss of 1.5 hours per day and valued at $14.77 per hour which was the average hourly wage in the services industry at the time of death. (Source: Employment and Earnings, United States Department of Labor, Bureau of Labor Statistics, Table B-2 and Local Area Survey.)

**Present Value is:**     $112,814 to $131,103


**TOTAL PRESENT VALUE OF**

**FUTURE ECONOMIC DAMAGES:** $1,310,768 to $1,329,057