# Exhibit A

|  |  |  |
|---|---|---|
| Timothy Coon/ESCM | To | aldrushal@trenam.com |
| 06/29/2009 04:49 PM | cc | |
| | bcc | "Lowry, Patricia E." <PLowry@ssd.com> |
| | Subject | Trasylol - Morrill - deposition of Dr. Domenick Cover 7/9/09 |

**ECKERT SEAMANS**
www.eckertseamans.com

Dear Counsel:

Attached are sales call reports from Bayer HealthCare Pharmaceutical's database for Trasylol calls made on Sarasota Memorial Hospital, Sarasota, Florida. The database does not have a record of Trasylol calls on Dr. Domenick Cover. Our search of documents produced to the PSC and currently under review for production found no document referring to Dr. Cover. All documents produced to the PSC are available for your independent review and searching through the PSC's document database.


BAYCS00076660 Sales Call Report - SARASOTA MEMORIAL HOSPITAL_1 of 2.pdf


BAYCS00076664 Sales Call Report - SARASOTA MEMORIAL HOSPITAL_2 of 2.pdf

Attached is the adverse event report from the Bayer global adverse event reporting database that relates to patient William Morrill.


Clintrace Adverse Event Report 200711305BWH_MORRILL.pdf

Timothy S. Coon
Eckert Seamans Cherin & Mellott, LLC
44th Floor, 600 Grant Street
Pittsburgh, PA 15219
TCoon@eckertseamans.com
TEL 412-566-1214
FAX 412-566-6099

This communication may contain federal tax advice. Recent IRS regulations require us to advise you that any discussion of federal tax issues in this communication was not intended or written to be used and cannot be used to avoid any penalty under federal tax law or to promote, market or recommend any transaction or matter addressed herein. Only formal, written tax opinions meeting these IRS requirements may be relied upon for the purpose of avoiding tax-related penalties. Please contact one of the Firm's Tax partners if you have any questions regarding federal tax advice.

Attachment to Exhibit A

BAYCS00076660 Sales Call Report – SARASOTA MEMORIAL HOSPITAL_1 of 2.pdf

| Created | appt_start_dt | comments | comments_long | creator_login | activity status | NAME | owner_login | subtype_cd |
|---|---|---|---|---|---|---|---|---|
| 2-Mar-04 | 1-Mar-04 | 1700 S Tamiami Trl; Sarasota; FL 34239; USA | | MIRAT | Submitted | Sarasota Memorial Hospital | MIRAT | Account Call |
| 2-Mar-04 | 1-Mar-04 | 1700 S Tamiami Trl; Sarasota; FL 34239; USA | | MIRAT | Submitted | Peter Graper | MIRAT | Attendee Call |
| 2-Mar-04 | 1-Mar-04 | 1700 S Tamiami Trl; Sarasota; FL 34239; USA | | MIRAT | Submitted | Robert Carlson | MIRAT | Attendee Call |
| 2-Mar-04 | 1-Mar-04 | 1700 S Tamiami Trl; Sarasota; FL 34239; USA | | MIRAT | Submitted | Martin Beggs | MIRAT | Attendee Call |
| 2-Mar-04 | 1-Mar-04 | 1700 S Tamiami Trl; Sarasota; FL 34239; USA | | MIRAT | Submitted | Clifton Lewis | MIRAT | Attendee Call |
| 2-Mar-04 | 1-Mar-04 | 1700 S Tamiami Trl; Sarasota; FL 34239; USA | | MIRAT | Submitted | Joseph Schiro | MIRAT | Attendee Call |
| 12-Apr-04 | 12-Apr-04 | 1700 S Tamiami Trl; Sarasota; FL 34239; USA | Peter Smith article: Cost analysis of aprotinin | MIRAT | Submitted | Sarasota Memorial Hospital | MIRAT | Account Call |

Page [APG]

Confidential - Subject To Protective Order

BAYCS00076660

| todo_cd | x_attrib_03 | product | activity_id | Product_Id | position | DESC_TEXT | postn_type_cd | emp_fst_name | emp_last_name |
|---|---|---|---|---|---|---|---|---|---|
| Group/Private Practice | | TRASYLOL | 9NK-VL | 1-EQ-286 | CEPHB | | Sales Representative | Nicole | Gazzo |
| Call Attendee | | TRASYLOL | 9NK-VL | 1-EQ-286 | CEPHB | | Sales Representative | Nicole | Gazzo |
| Call Attendee | | TRASYLOL | 9NK-VL | 1-EQ-286 | CEPHB | | Sales Representative | Nicole | Gazzo |
| Call Attendee | | TRASYLOL | 9NK-VL | 1-EQ-286 | CEPHB | | Sales Representative | Nicole | Gazzo |
| Call Attendee | | TRASYLOL | 9NK-VL | 1-EQ-286 | CEPHB | | Sales Representative | Nicole | Gazzo |
| Call Attendee | | TRASYLOL | 9NK-VL | 1-EQ-286 | CEPHB | | Sales Representative | Nicole | Gazzo |
| Hospital Call | | TRASYLOL | 9NK-264 | 1-EQ-286 | CEPHB | | Sales Representative | Nicole | Gazzo |

Page [APG]

| AccName | alias_name | loc | main_ph_num | ou_type_cd | Street Address | City | State | ZIPCODE | last_name | FST_NAME |
|---|---|---|---|---|---|---|---|---|---|---|
| Sarasota Memorial Hospital | | | (941) 917-1250 | Hospital | 1700 S Tamiami Trl | Sarasota | FL | 34239 | | |
| Sarasota Memorial Hospital | | | (941) 917-1250 | Hospital | 1700 S Tamiami Trl | Sarasota | FL | 34239 | Graper | Peter |
| Sarasota Memorial Hospital | | | (941) 917-1250 | Hospital | 1700 S Tamiami Trl | Sarasota | FL | 34239 | Carlson | Robert |
| Sarasota Memorial Hospital | | | (941) 917-1250 | Hospital | 1700 S Tamiami Trl | Sarasota | FL | 34239 | Beggs | Martin |
| Sarasota Memorial Hospital | | | (941) 917-1250 | Hospital | 1700 S Tamiami Trl | Sarasota | FL | 34239 | Lewis | Clifton |
| Sarasota Memorial Hospital | | | (941) 917-1250 | Hospital | 1700 S Tamiami Trl | Sarasota | FL | 34239 | Schiro | Joseph |
| Sarasota Memorial Hospital | | | (941) 917-1250 | Hospital | 1700 S Tamiami Trl | Sarasota | FL | 34239 | | |

Page [APG]

Page [APG]

| csn midname | alias_name | DEGREE | email_addr |
|---|---|---|---|
| 384586016 | | MD | |
| 4814890126 | | MD | |
| 102830911 | | MD | |
| 300677086 | | MD | |

Confidential - Subject To Protective Order

BAYCS00076663

Attachment to Exhibit A

BAYCS00076664 Sales Call Report – SARASOTA MEMORIAL HOSPITAL_2 of 2.pdf

| Created | appt_start_dt | comments | comments_long | creator_login | activity status | NAME | owner_login |
|---|---|---|---|---|---|---|---|
| 03/02/2004 09:09:46 | 03/01/2004 21:09:00 | 1700 S Tamiami Trl; Sarasota; FL 34239; USA | | MIRAT | Submitted | Sarasota Memorial Hospital | MIRAT |
| 03/02/2004 09:12:30 | 03/01/2004 21:09:00 | 1700 S Tamiami Trl; Sarasota; FL 34239; USA | | MIRAT | Submitted | Peter Graper | MIRAT |
| 03/02/2004 09:12:31 | 03/01/2004 21:09:00 | 1700 S Tamiami Trl; Sarasota; FL 34239; USA | | MIRAT | Submitted | Robert Carlson | MIRAT |
| 03/02/2004 09:12:33 | 03/01/2004 21:09:00 | 1700 S Tamiami Trl; Sarasota; FL 34239; USA | | MIRAT | Submitted | Martin Beggs | MIRAT |
| 03/02/2004 09:12:34 | 03/01/2004 21:09:00 | 1700 S Tamiami Trl; Sarasota; FL 34239; USA | | MIRAT | Submitted | Clifton Lewis | MIRAT |
| 03/02/2004 09:12:36 | 03/01/2004 21:09:00 | 1700 S Tamiami Trl; Sarasota; FL 34239; USA | | MIRAT | Submitted | Joseph Schiro | MIRAT |
| 04/12/2004 19:15:36 | 04/12/2004 19:15:36 | 1700 S Tamiami Trl; Sarasota; FL 34239; USA | Peter Smith article: Cost analysis of aprotinin | MIRAT | Submitted | Sarasota Memorial Hospital | MIRAT |

Page [APG]

| subtype_cd | todo_cd | x_attrib_03 | product | activity_id | Product Id | position | DESC_TEXT | postn_type_cd | emp_fst_name |
|---|---|---|---|---|---|---|---|---|---|
| Account Call | Group/Private Practice | | TRASYLOL | 9NK-VL | 1-EQ-286 | CEPHB | | Sales Representative | Nicole |
| Attendee Call | Call Attendee | | TRASYLOL | 9NK-VL | 1-EQ-286 | CEPHB | | Sales Representative | Nicole |
| Attendee Call | Call Attendee | | TRASYLOL | 9NK-VL | 1-EQ-286 | CEPHB | | Sales Representative | Nicole |
| Attendee Call | Call Attendee | | TRASYLOL | 9NK-VL | 1-EQ-286 | CEPHB | | Sales Representative | Nicole |
| Attendee Call | Call Attendee | | TRASYLOL | 9NK-VL | 1-EQ-286 | CEPHB | | Sales Representative | Nicole |
| Attendee Call | Call Attendee | | TRASYLOL | 9NK-VL | 1-EQ-286 | CEPHB | | Sales Representative | Nicole |
| Account Call | Hospital Call | | TRASYLOL | 9NK-264 | 1-EQ-286 | CEPHB | | Sales Representative | Nicole |

Page [APG]

Confidential - Subject To Protective Order

BAYCS00076665

| emp_last_name | AccName | alias_name | loc | main_ph_num | ou_type_cd | Street Address | City | State | ZIPCODE | last_name |
|---|---|---|---|---|---|---|---|---|---|---|
| Gazzo | Sarasota Memorial Hospital | | | 9419171250 | Hospital | 1700 S Tamiami Trl | Sarasota | FL | 34239 | |
| Gazzo | Sarasota Memorial Hospital | | | 9419171250 | Hospital | 1700 S Tamiami Trl | Sarasota | FL | 34239 | Graper |
| Gazzo | Sarasota Memorial Hospital | | | 9419171250 | Hospital | 1700 S Tamiami Trl | Sarasota | FL | 34239 | Carlson |
| Gazzo | Sarasota Memorial Hospital | | | 9419171250 | Hospital | 1700 S Tamiami Trl | Sarasota | FL | 34239 | Beggs |
| Gazzo | Sarasota Memorial Hospital | | | 9419171250 | Hospital | 1700 S Tamiami Trl | Sarasota | FL | 34239 | Lewis |
| Gazzo | Sarasota Memorial Hospital | | | 9419171250 | Hospital | 1700 S Tamiami Trl | Sarasota | FL | 34239 | Schiro |
| Gazzo | Sarasota Memorial Hospital | | | 9419171250 | Hospital | 1700 S Tamiami Trl | Sarasota | FL | 34239 | |

Page [APG]

Confidential - Subject To Protective Order

| FST_NAME | csn | midname | alias_name | | DEGREE | email_addr |
|---|---|---|---|---|---|---|
| Peter | | | | | | |
| Robert | 0384586016 | | | | MD | |
| Martin | 04814890126 | | | | MD | |
| Clifton | 00102830911 | | | | MD | |
| Joseph | 0300677086 | | | | MD | |

Page [APG]

Confidential - Subject To Protective Order

BAYCS00076667

# Attachment to Exhibit A

# BAY05806169 Clintrace Suspect Adverse Event Report 200711305BWH_MORRILL.pdf

# CIOMS FORM

| Suspect Adverse Reaction Report | BAYER CASE ID: 200711305BWH |
| --- | --- |
| | ICSR ID: US-BAYER-200711305BWH Type: COMPANY |

## I. REACTION INFORMATION

| 1. PATIENT | 1a. COUNTRY UNITED STATES | 2. DATE OF BIRTH NI | 2a. AGE NI | 3. SEX male | 4-6. REACTION ONSET ??-Oct-2003 | 8-12. CHECK ALL ITEMS APPROPRIATE TO ADVERSE REACTIO |
| --- | --- | --- | --- | --- | --- | --- |

7+13. DESCRIBE REACTION(S) (including relevant tests/lab data)

8-12:
- [X] PATIENT DIED
- [ ] INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- [ ] INVOLVED PERSISTENCE OR SIGNIFICANT DISABILITY OR INCAPACITY
- [ ] LIFE THREATENING
- [ ] CONGENITAL ANOMALY/BIRTH DEFECT
- [X] MEDICALLY IMPORTANT EVENT

## II. SUSPECT DRUG(S) INFORMATION

14. SUSPECT DRUG
**TRASYLOL (APROTININ)**

15. DAILY DOSE(S): NI

16. ROUTE(S) OF ADMINISTRATION: NI

17. INDICATION(S) FOR USE
postoperative treatment for open heart surgery

18. THERAPY DATES
??-Oct-2003 to NI

19. THERAPY DURATION: NI

20. DID REACTION ABATE AFTER STOPPING DRUG?
[ ] YES  [ ] NO  [ ] NA

21. DID REACTION REAPPEAR AFTER REINTRODUCTION?
[ ] YES  [ ] NO  [ ] NA

## III. CONCOMITANT DRUG(S) AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION

23. OTHER RELEVANT HISTORY

## IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER
**Bayer Schering Pharma AG - Global Pharmacovigilance**
Muellerstrasse 178
13342 Berlin - Germany

24b. MFR CONTROL NO.
BAYER CASE ID: 200711305BWH

24c. DATE RECEIVED BY MANUFACTURER
06-Sep-2007

24d. REPORT SOURCE
[ ] STUDY  [ ] LITERATURE
[ ] HEALTH PROFESSIONAL

DATE OF THIS REPORT
20-Dec-2007

25a. REPORT TYPE
[X] INITIAL  [ ] FOLLOWUP

CASE VERSION: 3.0.31
CASE STATUS:
**Serious / Unlisted**
MEDICALLY CONFIRMED: NO

OTHER BAYINTERN: 2007-00234
OTHER LAWYER: 2006 CA 12412 NC

NI - No information available at this time   UNK - information unknown   Bayer CIOMS-I version 1.25   Page: 1 of 2

BAY05806169

**CIOMS FORM**

| Suspect Adverse Reaction Report | BAYER CASE ID: 200711305BWH |
| --- | --- |
| | ICSR ID: US-BAYER-200711305BWH Type: COMPANY |
| | |

I. REACTION INFORMATION    [continued]

7+13. DESCRIBE REACTION(S) (including relevant tests/lab data)

