# Exhibit C



| | Richard Dandrea/ESCM  08/12/2009 09:21 PM | To | slove@triallawfirm.com, jronca@anapolschwartz.com |
|---|---|---|---|
| | | cc | steven.derringer@bartlit-beck.com, eschoon@sidley.com, Timothy Coon/ESCM@ESCM, Arun J Thomas/ESCM@ESCM |
| | | bcc | |
| | | Subject | Trasylol - Melissa Morrill Sales Rep Disclosure |

Scott and Jim,

To supplement the information I provided to you on July 29, 2009, and pursuant to section F of Pretrial Order No. 13 entered on July 21, 2009 and the agreement of the parties, BHCP provides the following information identifying sales representatives related to the Melissa Morrill case.

BHCP has already produced to plaintiffs some of the discoverable, Trasylol-related documents from the Personal File Materials of the sales representatives identified below. The balance of such materials will be produced within 14 days.

### Melissa Morrill

| Sales Representative | Physician/Medical Center Called Upon |
|---|---|
| Mark Curran | Dr. Thomas Kelly |
| James Durnell | Dr. Thomas Kelly |
| Nicole Gazzo | Sarasota Memorial Hospital |

Richard K. Dandrea, Esquire
Eckert Seamans Cherin & Mellott, LLC
600 Grant Street, 44th Floor
Pittsburgh, PA  15219
(412) 566-5930
(412) 566-6099 (fax)
rdandrea@eckertseamans.com

This communication is confidential. It may contain privileged attorney work product, and it may constitute a privileged attorney-client communication. If you are not the intended recipient, please delete the message and any attachments, notify the sender, and refrain from any distribution or copying of this communication.