# Exhibit E

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

IN RE: TRASYLOL PRODUCTS LIABILITY
LITIGATION – MDL – 1928

This Document Relates to:

MELISSA MORRILL, ON BEHALF OF THE
ESTATE OF WILLIAM CYRUS MORRILL,

 Plaintiff,

v.

BAYER CORPORATION, et al.,

 Defendants.
_____/

**PLAINTIFF MELISSA MORRILL'S AMENDED
RULE 26(a)(3)(A) PRETRIAL DISCLOSURES**

Plaintiff, Melissa Morrill, on behalf of the estate of William Cyrus Morrill ("Plaintiff"), respectfully submits the following Pretrial Disclosures, pursuant to Federal Rule of Civil Procedure 26(a)(3)(A). Included herein are the names of those fact witnesses who Plaintiff expects to call, live or by deposition, and the names of those fact witnesses who Plaintiff may call if the need arises. This list does not include the name of potential expert witnesses, rebuttal witnesses, or witnesses who may become known through discovery. Plaintiff reserves the right to supplement these Pretrial Disclosures as is necessary, and she reserves the right to call any witness listed on Defendants' Rule 26(a)(3)(A) Disclosures.

A. **Witnesses Plaintiff Expects to Call.**

1. The following are fact witnesses who Plaintiff intends to call at trial:

    a. Melissa Morrill
    c/o John D. Goldsmith
    Trenam Kemker
    101 East Kennedy Blvd., Suite 2700
    Tampa, FL 33602

    b. Thomas F. Kelly M.D.
    1880 Arlington St., Suite 103
    Sarasota, FL 34239

    c. Domenick Cover, M.D.
    1921 Waldemere St., Suite 413
    Sarasota, FL 34239

2. The following individuals are fact witnesses who Plaintiff intends to call and who are present or past employees of one or more of the Defendants and whose identity and addresses are therefore known to them:

    a. Pam Cyrus

    b. Ed Tucker

    c. Michael Rozycki

    d. Paul McCarthy

    e. Michael Devoy

    f. Kernal Malik

    g. Valentine Pascale

    h. Thomas Chin

    i. Valerie Pierpont

    j. Denise Neal

    k. Margaret Foley

l. John Lettieri

m. Robert Harrison

n. William Shank

o. Marc Jensen

p. Karen Denton

q. Felix Monteagudo

r. Anita Shah

s. Joseph Scheeren

t. Jennifer Maurer

u. Terry Taylor

v. Steven Zaruby

w. Mitch Trujillo

x. Franz Winger

y. Reinhard Fesharek

z. Kate Sheffield-Motiker

aa. George Holder

bb. Stanley Horton

cc. Jeff Bova

dd. Savaramakrishan Balakrishman

ee. Matt Skoronsky

ff. Kuno Sprenger

gg. Tomasz Dyszynski

hh. Ernst Weidman

Case 0:08-cv-80248-DMM   Document 359   Entered on FLSD Docket 06/17/2009   Page 4 of 9

3

| | |
|---|---|
| ii. | Maz Wegner |
| jj. | Meredith Fischer |
| kk. | Allen Heller |
| ll. | Edward Sypriewski |
| mm. | Debra Hudgins |
| nn. | Susan Johnston |
| oo. | Hilda Dizon |
| pp. | Elena Goldberg |
| qq. | David Stocker |
| rr. | Daniel Stamps |
| ss. | Nahid Dolkhani |
| tt. | James Sadler - Bayer Sales |
| uu. | Samuel Ray |
| vv. | Any corporate representatives, persons most knowledgeable, persons with knowledge of relevant facts, employees or ex-employees of any of the Defendants who are known or will become known over the course of discovery. |
| ww. | Any physician, nurse, healthcare professional, or other person listed or identified in the medical records, discovery, and/or other documents provided by Plaintiff to Defendants to date and throughout the remaining discovery period. |

B.   **Witnesses Plaintiff May Call if Need Arises**.

1. Bernard Barrett, M.D.
   6624 Fannin Street, Suite 2200
   Houston, TX 77030

2. Tom Sheey
   (Address unknown at this time).

3. Carol Turgeon
   16023 Murfield
   Odessa, FL 33556

4. William Ragan
   521 Lakeview Heights Drive
   Howard, OH 43028

5. Denise "Danny" Morrill
   128 Double Eagle Glee
   El Condido, CA 92026

6. Margot Holeman
   2356 McClellan Parkway
   Sarasota, FL 34239

7. Rick Gillis
   108 Poinciana Lane
   Largo, FL 33770

8. Georgette Gills
   108 Poinciana Lane
   Largo, FL 33770

9. Scott Hennessey
   (Address unknown at this time).

10. John Nizwek
    400 E. Randolph
    Chicago, IL 60601

11. Thomas K. Dudenhoeffer, M.D.
    7721 Holiday Drive, South
    Sarasota, FL 34239

12. Howard D. Diener, M.D.
    3920 Bee Ridge Road, Suite C-C
    Sarasota, FL  34233

13. Douglas S. Spriggs, M.D.
    Clearwater Cardiovascular
    455 Pinellas St # 400
    Clearwater, FL  33756

14. John Swisher, M.D.
    3920 Bee Ridge Road, Suite C-C
    Sarasota, FL  34239

15. Michael Barron, M.D.
    1540 S. Tamiami Trial
    Sarasota, FL  34239

16. Martin Beggs, M.D.
    1435 S. Osprey Ave., Suite 200
    Sarasota, FL  34239

17. N. Matthew Koshy, M.D.
    1540 S. Tamiami Trail
    Sarasota, FL  34239

18. Dennis T. Mangano, Ph.D.
    1111 Bayhill Drive, Suite 480
    San Bruno, CA  94066

19. Jerrold Levy, M.D.
    Emory University Hospital
    1365 Clifton Road, NE
    Atlanta, GA  30322

20. John H. Lemmer, Jr., M.D.
    The Oregon Clinic
    2222 N. West Lovejoy St., Suite 315
    Portland, OR  97210

21. Steven E. Hill, M.D.
    Duke University Medical Center
    DUMC 3094
    Durham, NC  27710

Case 0:08-cv-80248-DMM  Document 259  Entered on FLSD Docket 08/17/2009  Page 7 of 9

22. David Bull, M.D.
    University of Utah Hospital
    50 N. Medical Drive
    Salt Lake City, UT   84132

23. David A. Sump, Ph.D.
    Dept. of Cardiothoracic Anesthesia
    Wake Forest-Baptist Medical Center
    Winston Salem, NC   27157

24. Robert S. Poston, M.D.
    Boston Medical Center
    Robinson 402
    88 E. Newton St.
    Boston, MA   02118

25. Peter K. Smith, M.D.
    Duke University Medical Center
    DUMC 3442
    Durham, NC   27710

26. David Royston, M.D.
    Dept. of Anesthetics Harefield
    Middlesex UB9 6JH
    United Kingdom

27. Alexander Walker, Ph.D.
    Harvard School of Public Health
    677 Huntington Avenue
    Kresge Building Room 908B
    Boston, MA   02115

28. David C. Kress, M.D.
    St. Lukes Medical Center
    2901 W. Kinnickinnic River Pkwy., Suite 511
    Milwaukee, WI   53215

**[Signatures appear on following page]**

Respectfully submitted,

/s/ Amy L. Drushal
JOHN D. GOLDSMITH
Florida Bar No. 444278
AMY L. DRUSHAL
Florida Bar No. 546895
TRENAM, KEMKER, SCHARF, BARKIN,
 FRYE, O'NEILL & MULLIS, P.A.
101 E. Kennedy Blvd., Suite 2700
Tampa, FL   33602
Tel:  813-223-7474
Fax: 813-229-6553
Attorneys for Melissa Morrill

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via CM/ECF electronic system or by regular U.S. Mail to Barbara Litten, Esquire and Patricia Lowry, Esquire, 777 S. Flagler Dr., Suite 1900 W, West Palm Beach, Florida 33401-6144, this 17th day of August, 2009.

/s/ Amy L. Drushal
Attorney

2694357v1