UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

IN RE TRASYLOL PRODUCTS LIABILITY
LITIGATION – MDL-1928

This Document Relates to All Actions

ORDER

On consideration of Defendants' Unopposed Motion To Amend Plaintiff's Fact Sheet
and To Issue Supplemental Plaintiff's Fact Sheet, and good cause appearing, it is ORDERED:

Effective on the date this order is entered on the docket, the Plaintiff's Fact Sheet
required pursuant to section VIII.A.1.a of Pretrial Order No. 4 (May 22, 2008) (D.E. 13) shall
take the form of the Amended Plaintiff's Fact Sheet attached as Exhibit 1 hereto, which is
incorporated into and made a part of this order.

Any plaintiff in MDL-1928 who has served on defendants a Plaintiff's Fact Sheet not in
the form of the Amended Plaintiff's Fact Sheet attached as Exhibit 1 to this order shall, within
45 days of entry of the proposed order, serve on defendants a Supplemental Plaintiff's Fact Sheet
in the form of Exhibit 2 hereto, which is incorporated into and made a part of this order.  To
facilitate the collection of this information, defendants have agreed to fill out any information

requested in the Supplemental PFS that they have already obtained from the original PFS and

agreed that the Supplemental PFS may be prepared and signed by counsel.

DONE and ORDERED in Chambers at West Palm Beach, Florida, this _____ day

of January, 2010.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

IN RE TRASYLOL PRODUCTS LIABILITY
LITIGATION – MDL-1928

This Document Relates To All Actions

## AMENDED PLAINTIFF'S FACT SHEET

Please provide, to the best of your knowledge and ability, the following information for each individual on whose behalf a claim is being made. If you are completing this questionnaire in a representative capacity, please respond to the questions in sections I.A and II through VIII with respect to the person to whom Trasylol was allegedly administered ("Trasylol User"). In filling out this form, please use the following definitions: (1) "health care provider" means any hospital, clinic, medical center, physician's office, infirmary, medical or diagnostic laboratory, or other facility that provides medical, dietary, psychiatric or psychological care or advice, and any pharmacy, weight loss center, x-ray department, laboratory, physical therapist or physical therapy department, rehabilitation specialist, physician, psychiatrist, osteopath, homeopath, chiropractor, psychologist, nutritionist, dietician, or other persons or entities involved in the evaluation, diagnosis, care and/or treatment of you; (2) "document" means any writing or record of every type that is in your possession, including but not limited to written documents, documents in electronic format, cassettes, videotapes, photographs, charts, computer discs or tapes, and x-rays, drawings, graphs, phone-records, non-identical copies and other data compilations from which information can be obtained and translated, if necessary, by the respondent through electronic devices into reasonably usable form. You may attach as many sheets of paper as necessary to fully answer these questions.

A number of questions set forth below solicit information for a specified period of the past fifteen (15) years. Please respond fully to each such question for the specified time period of fifteen (15) years preceding the alleged surgery involving the administration of Trasylol.

I.      **Case Information**

A.      Please state the following for the civil action that you filed:

      1.      Full Legal Name of the Trasylol User:_____

      2.      Case caption:_____

      3.      Name, address, telephone number, fax number and e-mail address of principal attorney representing you:

_____
Name

_____
Firm

_____
Street Address

_____
City, State and Zip Code

_____
Telephone Number                    Fax Number

_____
e-mail address

B.    If you are completing this questionnaire in a representative capacity (on behalf of the estate of a deceased person or a minor), please state:

  1.    Your name:_____

  2.    Address:_____

  3.    In what capacity you are representing the individual:_____

  4.    If you were appointed by a court, state the court & date of appointment:_____
       _____

  5.    Your relationship to deceased or represented person:_____

  6.    If you represent a decedent's estate, state the date of death of decedent:_____
       _____

C.    If you are claiming the wrongful death of a family member, list any and all heirs of the decedent: _____
       _____
       _____

## II.    **Personal Data of the Trasylol User**[1]

A.    Maiden name or any other names used and dates of use:_____

B.    Identify each address at which you have resided during the last fifteen (15) years (including your current address, if applicable), and list when you started and stopped living at each one:

_____
[1] In sections II through VIII, the Trasylol User is also referred to as "you" or "your."

| Address | Dates of Residence |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

C.  Driver's License Number and State Issuing License: _____

D.  Social Security Number: _____

E.  Date and place of birth: _____

F.  Sex:  Male_____  Female_____

G.  Are you eligible for Medicare Benefits? ____ If "yes", when did you become eligible? _____

H.  Medicare Health Insurance Claim Number (HICN): _____

I.  For each current or former marriage, please list the following information for each spouse:

| Name of Spouse | Date of Birth | Date of Marriage | Date Marriage Ended | How Marriage Ended | Occupation (current spouse only) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |

Has your spouse filed a loss of consortium claim in this action?   Yes _____   No _____

J.    For each of your children, list his/her name, date of birth, and address:

_____

_____

_____

_____

_____

_____

K.    Employment Information.

1. Current Employer (if not currently employed, last employer):

| Name | Address | Dates of Employment | Job Title | Name of Supervisor |
|------|---------|---------------------|-----------|--------------------|
|      |         |                     |           |                    |
|      |         |                     |           |                    |

2. List the following for each employer you have had in the last FIFTEEN (15) years:

| Name | Address | Dates of Employment | Job Title | Name of Supervisor |
|------|---------|---------------------|-----------|--------------------|
|      |         |                     |           |                    |
|      |         |                     |           |                    |
|      |         |                     |           |                    |
|      |         |                     |           |                    |

L.    Schools you have attended (high school and beyond only):

| Name of School | Address | Dates of Attendance | Degree or Diploma Awarded | Major or primary field of study |
|----------------|---------|---------------------|---------------------------|---------------------------------|
|                |         |                     |                           |                                 |
|                |         |                     |                           |                                 |

4

M.   Have you ever applied for worker's compensation, social security, or state or federal disability benefits? _____ Yes _____ No

If "Yes," then as to each application, separately state:
1.   Date (or year) of application:_____
2.   Type of benefits:_____
3.   Amount awarded:_____
4.   Reason for your claim:_____
5.   If denied, reason for denial:_____
6.   To what agency or company did you submit your application (e.g., Pennsylvania Division of Social Security):_____

N.   Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)? _____ Yes _____ No

If "yes", set forth when and the reason. _____
_____

O.   Were you ever rejected or discharged from military service for any reason relating to your health, physical, emotional or psychiatric condition? _____ Yes _____ No

If "yes," then describe the condition, set forth the year in which you were rejected or discharged from military service, and identify the military branch in which you were serving, or were considered for service, at that time.
_____
_____

P.   Have you ever filed a lawsuit or made a claim, other than in the present suit, relating to any bodily injury, sickness or disease? _____ Yes _____ No

If yes, state the court in which such action was filed, the case name and/or names of adverse parties, and the civil action or docket number assigned to each such claim, action, or suit. _____
_____

Q.   Have you ever been convicted of or pled guilty to a felony and/or other crime? __ Yes __ No

If yes, state the date of such conviction or plea, the court in which such conviction or plea was entered and the nature of the felony and/or other crime. _____
_____

R.    Have you ever been denied life insurance? _____ Yes _____ No

If "yes," state the date of such denial, the name of the insurance company and the stated reason for such denial, if known. _____

_____

_____

## III.    Health Care Providers of the Trasylol User

Provide the requested information of each of the following healthcare providers and healthcare facilities:

A.    Beginning with your current family and/or primary care physician(s), please list your family and/or primary care physicians for the last fifteen (15) years:

| Name | Address | Approximate Dates |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

B.    Each hospital, clinic, or healthcare facility where you have received inpatient or outpatient treatment (including treatment in an emergency room) or been admitted as a patient during the last fifteen (15) years:

| Name | Address | Admission/Treatment Dates | Reason for Admission/Treatment | Treatment Received |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |

6

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |

C.    Each surgery or operation that you have undergone in the past fifteen (15) years, including but not limited to any heart-related surgeries:

| Name and Address of Hospital | Type of Surgery or Operation | Date of Surgery or Operation | Reason for Surgery or Operation |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

D.    Every other physician or other healthcare provider or healthcare facility whom you have seen or from whom you have received treatment, or at which you've been treated, in the last fifteen (15) years:

| Name | Address | Dates of Treatment/ Admission/ Visit | Reason for Treatment/ Admission/Visit | Treatment Received |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

E.     Each pharmacy that has dispensed medication to you in the last fifteen (15) years:

| Name | Address | Years When You Used Pharmacy |
|------|---------|------------------------------|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

*Please attach additional pages if necessary

## IV.    <u>Medical Background of the Trasylol User</u>

A.     Height _____

B.     Current Weight _____
        Weight at time of the procedure alleged in Section V.A. _____

C.     <u>Smoking/Tobacco Use History</u>

    1.    Never smoked cigarettes _____
    2.    Past smoker of cigarettes _____
         Date you stopped smoking _____
         Amount smoked: on average _____ cigarettes per day for _____ years
    3.    Current smoker of cigarettes_____
         Amount smoked: on average _____ cigarettes per day for _____ years
    4.    Any other form of tobacco use (pipe tobacco, snuff, chewing tobacco, dipping, cigars)? _____ Yes _____ No

      <u>If "yes," then state:</u>
      a. What form:_____
      b. Dates of use:_____
      c. Amount of use:_____

D.     <u>Drinking History</u>

    1.    Do you now drink or have you in the past drunk alcohol (beer, wine, whisky, etc.)?
          _____Yes _____No

2.   If yes, check below which best describes your alcohol consumption during the 12 months leading up to the date of the procedure described in Section V.A.?

      _____ 1-5 drinks per week

      _____ 6-10 drinks per week

      _____ 10 or more drinks per week

E.   <u>Illicit Drugs</u>

1.   Have you ever used (even one time) any illicit drugs of any kind within one (1) year before the procedure alleged in Section V.A.?   Yes ____   No ____   Don't Recall ____

If Yes:

(a)   What did you use? _____

(b)   How often did you use in the year preceding the procedure? _____

F.   To the best of your knowledge, during the past fifteen (15) years, have you ever suffered from or been diagnosed by a doctor or other health care provider with:

| | | Yes | No | I Don't Recall |
|---|---|---|---|---|
| 1. | High cholesterol | ___ | ___ | ___ |
| 2. | Elevated triglycerides | ___ | ___ | ___ |
| 3. | Hypertension/high blood pressure | ___ | ___ | ___ |
| 4. | Obesity | ___ | ___ | ___ |
| 5. | Diabetes | ___ | ___ | ___ |
| 6. | Thyroid disorder | ___ | ___ | ___ |
| 7. | Autoimmune disease (including HIV or AIDS) | ___ | ___ | ___ |
| 8. | Abnormal heart rhythm | ___ | ___ | ___ |
| 9. | Congestive heart failure | ___ | ___ | ___ |
| 10. | Angina | ___ | ___ | ___ |
| 11. | Myocardial infarction (MI) or a heart attack | ___ | ___ | ___ |
| 12. | Atherosclerosis | ___ | ___ | ___ |
| 13. | Venous thrombosis | ___ | ___ | ___ |
| 14. | Peripheral vascular disease (PVD or PAD) | ___ | ___ | ___ |
| 15. | Stroke or transient ischemic attacks (TIAs) | ___ | ___ | ___ |
| 16. | Fainting | ___ | ___ | ___ |
| 17. | Miscarriage | ___ | ___ | ___ |
| 18. | Bleeding or clotting disorders | ___ | ___ | ___ |
| 19. | Chronic Lung Disease | ___ | ___ | ___ |
| 20. | Chronic obstructive pulmonary disease (COPD) or other respiratory disorder, including asthma | ___ | ___ | ___ |
| 21. | Liver disease or jaundice | ___ | ___ | ___ |
| 22. | Metabolic syndrome | ___ | ___ | ___ |
| 23. | Shock | ___ | ___ | ___ |
| 24. | Heparin induced thrombocytopenia | ___ | ___ | ___ |
| 25. | Anemia | ___ | ___ | ___ |

26. Arrhythmia      ____ ____ ____
27. Ventricular Tachycardia      ____ ____ ____
28. Atrial Fibrillation      ____ ____ ____
29. Mitral Insufficiency      ____ ____ ____
30. Enlarged prostate      ____ ____ ____
31. Bladder stones      ____ ____ ____

If "yes," please state separately for each:

| Type of Condition | Date of Diagnosis | Diagnosing Doctor |
|---|---|---|
| | | |
| | | |
| | | |

| Type of Condition | Date of Diagnosis | Diagnosing Doctor |
|---|---|---|
| | | |
| | | |
| | | |

**V.   Trasylol**

A.   Administration to the Trasylol User

If so, state:

1.   Date of administration: _____
2.   Physician who administered Trasylol: _____
3.   Physician who prescribed Trasylol: _____
4.   Hospital or Medical Center where Trasylol was administered: _____
5.   Nature of procedure during which Trasylol was administered: _____
6.   Physician(s) or surgeons(s) performing the procedure (including anesthesiologist(s)): _____
_____
7.   When you, your agents, representatives or anyone acting on your behalf first learned that Trasylol had been administered: _____

B.      Prior to or during your hospitalization for the procedure alleged in Section V.A., were you, your agents, representatives or anyone acting on your behalf (other than your lawyers in this case) given any written instructions, warnings, or other information regarding Trasylol? _____Yes        _____No

        If yes, please state when the written instructions, warnings
        or other information were given and identify each person or entity from whom
        they were received.

        1. Date:_____
        2. Person and/or Entity (with address):_____

        _____
        _____

C.      Prior to or during your hospitalization for the procedure alleged in Section V.A., were you, your agents, representatives or anyone acting on your behalf (other than your lawyers in this case) given any oral instructions, warnings, or other information regarding Trasylol?
        _____Yes        _____No

If yes, please state:

1.      Date on which such oral instructions, warnings or other information was given to you, your agents, representatives or anyone acting on your behalf:

        _____

2.      Person who gave the information to you, your agents, representatives or anyone acting on your behalf (with address):

        _____

3.      A complete description of the oral instructions, warnings or other information:

        _____
        _____
        _____
        _____

D.      Were you, your agents, representatives or anyone acting on your behalf given any description of the risks associated with the surgery identified in V.A., above?
        _____Yes        _____No

If yes:
1.      Provide a description of the risks of which you, your agents, representatives or anyone acting on your behalf were advised:

        _____
        _____
        _____
        _____

11

2.    Identify the Health Care Provider who advised you, your agents, representatives or anyone acting on your behalf of such risks:

_____

_____

E.    What other medication, including aspirin, were you taking when you were administered Trasylol or at any time during the two weeks before or after you were administered Trasylol.

| Name of Drug | Dates Taken | Name of Prescribing Doctor |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

## VI.    Injuries, Symptoms, Diagnoses, Ailments & Damages of the Trasylol User

A.    Are you claiming that you have developed or may develop any injury or damage (including any alleged physical, mental, emotional, psychological or psychiatric injury or damage) as a result of taking Trasylol? _____ Yes _____ No

If "yes," then for each such injury, damage or condition, separately state:

| Nature of Condition | Date you first became aware of the injury, damage or condition | How you first became aware of it |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

For each such injury, damage or condition, have you consulted with healthcare provider(s) for your allegedly Trasylol related injury?
_____ Yes _____ No

12

If "yes" , for each healthcare provider, state:

| Name | Address | Dates of consultation and/or Treatment |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

B.      Do you allege that the administration of Trasylol aggravated a pre-existing condition? _____Yes _____ No

        If so, for each such pre-existing condition, provide:

| Description of Pre-existing Condition | Date When Condition First Arose | Date When Condition First Diagnosed | Health Care Provider Who Provided Care for this Condition (with address) |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

C.      Has any healthcare provider told you, your agents, representatives or anyone acting on your behalf, orally or in writing, that any of the injuries, damages or conditions that you describe above are due to your use of Trasylol? _____Yes _____ No

        If "yes," then state and describe:
        1.      What you (or your agents, representatives or anyone acting on your behalf) were told: _____
                _____
        2.      Who told you (or your agents, representatives or anyone acting on your behalf) and when: _____

D.      Excluding future medical expenses to be addressed by case-specific expert(s), are you claiming that you have paid or will have to pay any expenses as a result of having taken Trasylol? _____Yes _____No

If "yes," then for each item separately identify:

| For What | Amount of Fees or Expenses | Person or Company to be Paid |
|---|---|---|
| | | |
| | | |
| | | |

E.   If you claim psychological, mental, or emotional injury as a consequence of using Trasylol, state whether you have been treated for any psychological, psychiatric (including depression) or emotional problem prior to the use of Trasylol at issue.
_____Yes _____No

If "yes," then complete the following:

| Condition for which Treated | Dates of treatment | Treatment provider (name and address) |
|---|---|---|
| | | |
| | | |

F.   Are there persons (other than those already identified in this Fact Sheet) you believe are witnesses to your claimed injuries or the damages?  If so, please provide their name and address:

1.   _____
2.   _____
3.   _____
4.   _____
5.   _____

## VII.    Other Medications or Drugs Used by the Trasylol User

To the best of your knowledge, state whether you used any of the following medications during the fifteen (15) years prior to the date of your alleged Trasylol injury, circle all medications you have used, state the first and last dates you took the medication, and identify the doctor that prescribed the medication

| Medication | Dates Used (first to last use) | Prescribing Doctor | Reason for Prescription |
|---|---|---|---|
| Blood pressure medication (including but not limited to Benazepril, Lotensin, Captopril, Capoten, Capozide, Enalapril, Renitec, Vasotec, Fosinopril, Monopril, Lisinopril, Lisodur, Lopril, Novatec, Prenivil, Zestril, Moexipril, Univasc, Perindopril, Aceon, Coversyl, Quinapril, Accupril, Ramipril, Altace, Ramace, Ramiwin, Tritace) | | | |

| Medication | Dates Used (first to last use) | Prescribing Doctor | Reason for Prescription |
|---|---|---|---|
| Aminoglycoside antibiotic medication (including but not limited to Amikacin, Amikin, Apramycin, Apralan, Gentamicin, Gentamicin and Prednisolone Acetate, Gentamicin Sulfate Ophthalmic, Garamycin, Pred-G, Genoptic, Kanamycin, Kantrex, Neomycin, Neosporin, Mycifradin, Neo-Fradin, Neomycin Sulfate, Neo-Tab, Netilmicin, Netromycin, Paromomycin, Humatin, Paromycin, Streptomycin, Tobramycin, Nebcin, Tobi, Tobramycin and Dexamethasone, Tobradex, Tobramycin and Dexamethasone Opthalmic Ointment, Tobradex Ointment) | | | |
| Any diuretic medication (including but not limited to Bumentanide, Bumex, Eplerenone, Inspra, Furosemide, Lasix, Hydrochlorothiazide, HyrdroDIURIL, Microzide, Metolazone, Zaroxolyn, Spironolactone, Aldactone) | | | |

| Medication | Dates Used (first to last use) | Prescribing Doctor | Reason for Prescription |
|---|---|---|---|
| Any pain reliever or anti-inflammatory medication other than aspirin (including but not limited to Celecoxib, Celebrex, Diclofenac, Voltaren, Cataflam, Arthrotec, Ibuprofen, Advil, Dristran, Genpril, Haltran, IBU, Menadol, Midol, Motrin, Nuprin, Vicoprofen, Indomethacin, Indocin, Ketorolac, Toradol, Nabumetone, Relafen, Naproxen, Aleve, Anaprox, Naprelan, Naprosyn) | | | |
| Lithium (Lithobid) | | | |
| Any and all other prescription and non-prescription medications, including herbal or homeopathic remedies. Name: _____ _____ _____ _____ | | | |

*Attach additional pages if necessary

## VIII.   Family History of the Trasylol User

A.   1.   To the best of your knowledge did any child, parent, sibling, aunt, uncle, or grandparent of the Trasylol User have diabetes or any type of kidney disease?
Yes_____ No_____

2.   To the best of your knowledge did any child, parent, sibling, aunt, uncle, or grandparent of the Trasylol User have a stroke, myocardial infarction (heart attack) or any other type of heart disease?
Yes_____ No_____

B.     If yes, then state separately for each:

Relative's name:_____

Relationship to you:_____

Type of health problem:_____

Date and cause of death if applicable:_____

Relative's name:_____

Relationship to you:_____

Type of health problem:_____

Date and cause of death if applicable:_____

Relative's name:_____

Relationship to you:_____

Type of health problem:_____

Date and cause of death if applicable:_____

Relative's name:_____

Relationship to you:_____

Type of health problem:_____

Date and cause of death if applicable:_____

## IX.     Request for Production of Documents Directed to Plaintiff(s)

Please produce the following documents (including but not limited to emails and internet articles) with this Fact Sheet, to the extent that such documents are currently in your possession or in the possession of your lawyers:

1.     All documents you or anyone acting on your behalf reviewed in preparation of this Fact Sheet.

2.     A copy of all medical records regarding the Trasylol User from any physician, hospital or health care provider who treated the Trasylol User for any disease, condition or symptom referred to in response to the questions above.

3.     To the extent not included in the foregoing, all records relating to any examination of the Trasylol User by a physician or other health care provider, conducted for any purpose during the past fifteen (15) years.

4.     If the Trasylol User has been the claimant or subject of any worker's compensation, Social Security or other disability proceeding, all documents relating to such proceeding.

5.     Reports of all diagnostic tests, cardiac function, circulatory function, blood tests, and kidney function tests administered to the Trasylol User within the past fifteen (15) years.

6.   Copies of all documents from physicians, healthcare providers or others relating to the use of Trasylol, or to any condition you claim is related to the use of Trasylol, or recording the administration of Trasylol to the Trasylol User.

7.   All documents constituting, concerning or relating to product use instructions, product warnings, package inserts or other materials provided to the Trasylol User or his or her agents, representatives or anyone acting on the Trasylol User's behalf (other than your attorneys in this case) in connection with the use of Trasylol.

8.   All prescriptions, prescription records, drug containers and labels, informational brochures, advertisements, package inserts and other documents setting forth warnings and/or instructions relating to any medications or drugs identified in subsection VII of this Fact Sheet.

9.   Any diaries, calendars, date books, or other documents which reflect use by the Trasylol User of prescription medications and/or which record or reflect the occurrence, duration or severity of any injury, illness or disease affecting the Trasylol User within the past fifteen (15) years.

10.  Any releases, covenants not to sue, and any other agreement(s) between you and any other person relating in any way to the claims asserted in this lawsuit.

11.  All press releases or other public statements made by or on behalf of you relating to this litigation.

12.  All documents recording any communication concerning Trasylol that you or anyone acting on your behalf had with any governmental body, regulatory agency, trade group, pharmaceutical manufacturer or distributor, members of the press or news media, or other person (other than your lawyers in this case).

13.  All statements obtained from or given by any person having knowledge of facts relevant to the subject of this litigation.

14.  All documents that relate to Trasylol, any alleged side effect of Trasylol, or the alleged injuries that are the subject of this lawsuit.

15.  All documents relating to Trasylol or any alleged health risks or hazards related to Trasylol in your possession, or the possession of the Trasylol User, at or before the time of the injury alleged in your Complaint.

16.  All documents you or anyone acting on your behalf (and not your lawyer) obtained directly or indirectly from any defendant.

17.  All photographs, drawings, journals, slides or videos relating to the injuries alleged in your complaint.

18.    All documents that record, reflect or relate to any pecuniary loss or other damages, including all out of pocket expense documentation, that you claim resulted from the administration of Trasylol as alleged in the Complaint.

19.    If your complaint includes a claim of loss of support or loss of earnings or earning capacity, the federal income tax returns of the Trasylol User for each of the last fifteen (15) years.

20.    If you claim any loss from medical expenses, copies of all bills from any physician, hospital, pharmacy or other health care provider.

21.    Copies of letters testamentary or letters of administration relating to your status as plaintiff.

22.    Decedent's death certificate (if applicable).

23.    Any medical or coroner's reports regarding decedent's death (if applicable).


**X.    Authorizations**

Complete and sign the attached authorizations for release of records.


**XI.    Declaration**

I declare under penalty of perjury that all of the information provided in this Plaintiffs' Fact Sheet is true and correct to the best of my knowledge, information and belief formed after due diligence and reasonable inquiry, that I have supplied all the documents requested in Part IX of this Plaintiffs' Fact Sheet, to the extent that such documents are in my possession or in the possession of my lawyers, and that I have supplied the authorizations attached to this declaration.


_____            _____

Signature                                                            Date

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

IN RE TRASYLOL PRODUCTS LIABILITY
LITIGATION – MDL-1928

This Document Relates To All Actions

### SUPPLEMENTAL PLAINTIFF'S FACT SHEET

**Federal Disclosure Requirements**
**(required by 42 U.S.C. § 1395y(b)(7) and (b)(8))**

In order to comply with certain new Medicare reporting requirements, please supply the
following information for the Trasylol recipient on whose behalf a claim has been made in this
lawsuit. If any of the information already supplied below is incorrect, please correct it on this
form.

Trasylol User's Full Legal Name: _____

 Date of Birth: MM / DD / YEAR

Gender: Male / Female  (circle one)

Social Security Number: _____-____-_____

Is the Trasylol recipient eligible to receive Medicare benefits or was he or she at any
time?  Yes____   No____

 If yes, when did he or she become eligible? MM / DD / YEAR

Trasylol User's Medicare Health Insurance Claim Number (HICN):

_____

Signed:_____Date: _____

Printed Name: _____

*Email completed form to Mark Cole,* macole@shb.com

2