UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

IN RE TRASYLOL PRODUCTS LIABILITY
LITIGATION – MDL-1928

THIS DOCUMENT RELATES TO:

*Roberts* v. *Bayer Corp., et al.*,
Case No. 9:08-cv-80401

## ORDER GRANTING UNOPPOSED MOTION FOR ENLARGEMENT OF TIME FOR TAKING THE DEPOSITIONS OF DEFENDANTS' EXPERTS

THIS MATTER having come before the Court upon Defendants' Unopposed Motion for Enlargement of Time for Taking the Depositions of Defendants' Experts in the action styled *Roberts* v. *Bayer Corp., et al.*, Case No. 9:08-cv-80401 (the "Motion")(DE 2996), and the Court, upon agreement of the parties and being otherwise fully advised in the premises, it is hereby ORDERED AND ADJUDGED:

Defendants' Motion is granted. The deadline for completing the depositions of Defendants' experts in the *Roberts* action is extended until after the Court resolves Defendants' pending case-dispositive motion for summary judgment [D.E. 2982].

DONE AND ORDERED in Chambers at West Palm Beach, Florida, this 7th day of January, 2010.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE