UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

IN RE TRASYLOL PRODUCTS LIABILITY
LITIGATION – MDL-1928

This Document Relates to:

*Bryant v. Bayer Corporation. et al.*
Case No. 9:08-cv-80868-DMM
_____/

### ORDER APPROVING STIPULATION
### REGARDING CASE-SPECIFIC EXPERT DISCOVERY

This matter comes before the Court on the parties' Stipulation and Joint Motion to Modify Case-Specific Expert Discovery and *Daubert* Motions Schedule to Address Recently Produced Records.

Pretrial Order No. 13 established the current schedule for the exchange of case-specific expert reports and the depositions of such experts. [D.E. 1738]. Pursuant to that schedule, Plaintiff's case-specific expert reports were due to be served on or before September 22, 2009, and depositions of such experts were to be completed by November 9, 2009.

The original *Daubert* motion schedule established in Pretrial Order No. 15 [D.E. 2668] was recently modified by Pretrial Order No. 17 [D.E. 2855], and further modified by the Court's Order entered December 3, 2009 [2903], with respect to the two cases selected for trial, including this case. Pursuant to the December 3, 2009 Order, Bayer's *Daubert* motions directed to plaintiffs' expert witnesses in the *Bryant* case shall be filed by December 18, 2009; responses to those *Daubert* motions shall be filed by January 26, 2010; and any replies in support of those *Daubert* motions shall be filed and served by February 8, 2010. [D.E. 2903].

Due to newly produced records in this case, the parties stipulate and agree that further modification of these deadlines is necessary and appropriate to permit supplementation of case-specific expert reports, conduct depositions of experts on their supplemented reports and, if necessary, brief *Daubert* motions addressed to those reports.

2999

Upon stipulation of the parties, deadlines for the exchange of case-specific expert reports and depositions of such testifying case-specific expert witnesses in this case are modified as follows:

1. Bayer will identify by name its case-specific experts on December 7, 2009 and will provide proposed deposition dates on that date as well. Plaintiff, in turn, will notify Bayer by December 7, 2009, whether she intends to supplement her case-specific expert reports. Such supplementation would be strictly limited to the information contained in the newly produced records and will not include any new opinions.

2. Plaintiff will serve any supplemental case-specific expert reports and provide available deposition dates for such experts by December 15, 2009. Bayer will serve its case-specific expert reports on December 21, 2009. In the event that plaintiff's case-specific experts supplement their reports, depositions of those experts will take place prior to the time that plaintiff deposes Bayer's case-specific experts.

3. Bayer shall have until December 30, 2009, in which to file and serve its *Daubert* motions directed to supplemented case-specific expert reports. Accordingly, good cause having been shown, and the parties having indicated their agreement, it is

**ORDERED and ADJUDGED** that the Joint Motion is GRANTED and the Stipulation Regarding Case-Specific Expert Discovery is APPROVED.

**DONE and ORDERED** in Chambers, at West Palm Beach, Florida this 7th day of January, 2010.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE