UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

IN RE TRASYLOL PRODUCTS LIABILITY
LITIGATION – MDL-1928

This Document Relates to:
*Spears v. Bayer Corp., et al.*,
Case No. 9:09-cv-80472
_____/

## ORDER GRANTING DEFENDANTS' MOTION TO COMPEL

THIS MATTER having come before the Court on Defendants' Motion to Compel; the parties having received due notice and having had the opportunity to be heard; and this Court having considered all submissions made:

**IT IS HEREBY ORDERED** that, within ten (10) days of this Order, Plaintiff John Dale Spears shall produce to Defendants a supplemental Fact Sheet, with responses to each of the following Sections: II.B, II.N, III.A, III.B, III.C, III.E, IV.B, IV.F, V.A.2, V.A.3, V.A.6, V.A.7, VI.A, VI.C, V.E, VI.D, VI.E, VI.F, VII, X. It is further ordered that failure to comply with this order will constitute grounds for dismissal with prejudice.

DONE AND ORDERED in Chambers, at West Palm Beach, Florida, this 7th day of January, 2010

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

3150