**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON**

IN RE TRASYLOL PRODUCTS LIABILITY
LITIGATION – MDL-1928

This Document Relates to:

*Margaret Holcombe v. Bayer Corp., et al.*,
Case No.  9:09-cv-81549-DMM

*Grace Perez v. Bayer Corp., et al.*,
Case No.  9:09-cv-81550-DMM

*Veronica May v. Bayer Corp., et al.*,
Case No.  9:09-cv-81551-DMM

*Clara Jurcy v. Bayer Corp., et al.*,
Case No.  9:09-cv-81553-DMM

*Steven Johnson v. Bayer Corp., et al.*,
Case No.  9:09-cv-81555-DMM

*Roel Ledesma v. Bayer Corp., et al.*,
Case No.  9:09-cv-81556-DMM

*Eleanor Good v. Bayer Corp., et al.*,
Case No.  9:09-cv-81571-DMM

*Betty Featherston v. Bayer Corp., et al.*,
Case No.  9:09-cv-81572-DMM

*Patrick Gray v. Bayer Corp., et al.*,
Case No.  9:09-cv-81574-DMM

*Nelson Dixon v. Bayer Corp., et al.*,
Case No.  9:09-cv-81583-DMM

_____/

**DEFENDANTS' MOTION TO COMPEL DISCOVERY
AND MEMORANDUM OF LAW IN SUPPORT THEREOF**

PLEASE TAKE NOTICE that Defendants Bayer Corporation, Bayer HealthCare

Pharmaceuticals, Inc., and Bayer Healthcare LLC move, pursuant to PTO 4, to compel Plaintiffs

Nelson Dixon, Betty Featherston, Eleanor Good, Patrick Gray, Margaret Holcombe, Steven

Johnson, Clara Jurcy, Roel Ledesma, Veronica May, and Grace Perez to produce a Plaintiff's

Fact Sheet ("PFS") and Authorizations within ten (10) days of the date of the Court's ruling on this Motion, or be dismissed with prejudice.  This motion is supported by the attached Memorandum and documents.

**MEMORANDUM OF LAW**

Pre-trial Order 4 ("PTO 4") requires each plaintiff transferred to this MDL proceeding to complete and serve upon defendants a responsive Plaintiff's Fact Sheet ("Fact Sheet") and the Authorizations required therein "[w]ithin ninety (90) days of the date of [PTO 4] (but no later than August 21, 2008) or within sixty (60) days of the date on which an action is commenced, whichever is later." *See* PTO 4, § VIII.

Margaret Holcombe, Steven Johnson, Clara Jurcy, Roel Ledesma, Veronica May, and Grace Perez filed their complaints in the United States District Court for the Southern District of Florida on October 22, 2009.[1]  These Plaintiffs were required to serve Fact Sheets and Authorizations by December 21, 2009.

Nelson Dixon, Betty Featherston, Eleanor Good, and Patrick Gray filed their complaints in the United States District Court for the Southern District of Florida on October 26, 2009.[2]  These Plaintiffs were required to serve Fact Sheets and Authorizations by December 25, 2009.

Each of these Plaintiffs, represented by the Gallagher Law Firm, has yet to serve these materials, despite being sent a letter reminding Plaintiffs of their obligations on December 31, 2009 (Ex. A).  Shortly before the materials were due, Plaintiffs requested a three week

---

[1] Plaintiffs Margaret Holcombe, Steven Johnson, Clara Jurcy, Roel Ledesma, Veronica May, and Grace Perez have filed their claims on behalf of the decedents John Holcombe, Phereba Johnson, Edward Jurcy, Torma Ledesma, Marion Ward, and Ernest Perez, respectively.
[2] Plaintiffs Nelson Dixon, Betty Featherston, Eleanor Good, and Patrick Gray have filed their claims on behalf of the decedents Janice Dixon, Morris Featherston, Johnnie Good, and Donald Gray, respectively.

extension for more than thirty recently filed cases, purportedly because Plaintiffs' counsel had a difficult time reaching their clients.  *See* Ex. B.  Defendants declined to grant the requested extension.

The questions in the Fact Sheet are not objectionable.  Defendants informed Plaintiffs of their failure to provide Fact Sheets and Authorizations in a letter dated December 31, 2009.  Plaintiffs have yet to provide these required disclosures, despite Defendants' good faith attempts to confer with Plaintiffs to resolve these issues without court action.  Plaintiffs' counsel has dozens of cases in this MDL and other jurisdictions, and is well aware of the discovery obligations and deadlines, such that Plaintiffs' counsel could have (and should have) gathered the information necessary to complete the Fact Sheets well in advance of the deadline. Indeed, much of the required information should have been available to Plaintiffs' counsel before the lawsuits were filed.  Plaintiffs have failed to meet their obligations under PTOs 4 and 7, and their failure to provide any of the information requested prejudices Defendants' ability to evaluate Plaintiffs' claims and obtain medical records.  Therefore, Defendants ask the Court to compel Plaintiffs to provide the above described supplemental information within ten (10) days of the date of the Court's Order on this Motion.

## RULE 7.1(A)(3) CERTIFICATION

As required by this Court's Local Rule 7.1(A)(3)(a), counsel for Defendants hereby certifies that counsel for the Defendants has made reasonable efforts to confer in good

faith with all parties or non-parties who may be affected by the relief sought in the motion, as set forth in the correspondence attached hereto, but has received no response.

Dated:  January 12, 2010                    Respectfully submitted,

                                            */s/ Barbara Bolton Litten*
                                            Patricia E. Lowry
                                            Florida Bar No. 332569
                                            E-mail:  plowry@ssd.com
                                            Barbara Bolton Litten
                                            Florida Bar No. 91642
                                            E-mail:  blitten@ssd.com
                                            **SQUIRE, SANDERS & DEMPSEY L.L.P.**
                                            1900 Phillips Point West
                                            777 South Flagler Drive
                                            West Palm Beach, FL  33401-6198
                                            Telephone:  561-650-7200
                                            Facsimile:  561-655-1509

                                            *Attorneys for Bayer Defendants*

**CERTIFICATE OF SERVICE**

       I HEREBY CERTIFY that on January 12, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those parties who are not authorized to receive Notices of Filing electronically.

                                       */s/ Barbara Bolton Litten*_____
                                       Barbara Bolton Litten

## SERVICE LIST

### Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

James R. Ronca
Email:  jronca@anapolschwartz.com
**ANAPOL, SCHWARTZ, WEISS, COHAN,
FELDMAN & SMALLEY, P.C.**
1710 Spruce Street
Philadelphia, PA 19103
Telephone:  215-735-1130
Facsimile:  215-875-7758
*Co-Lead Counsel for Plaintiffs*

Theodore Babbitt
Email:  tedbabbitt@babbitt-johnson.com
**BABBITT JOHNSON OSBORNE &
LECLAINCHE, P.A**.
1641 Worthington Road, Suite 100
West Palm Beach, FL 33409
Telephone:  561-684-2500
Facsimile:  561-684-6308
*Liaison Counsel for Plaintiffs*

Michael T. Gallagher
Email:  pamm@gld-law.com
**THE GALLAGHER LAW FIRM**
2905 Sackett Street
Houston, TX  77098
Telephone:  713-222-8080
Facsimile:  713-222-0066
*Counsel for Individual Plaintiffs*

Scott A. Love
Email:  slove@triallawfirm.com
**CLARK, DEAN & BURNETT, G.P.**
Lyric Center
440 Louisiana Street, Suite 1600
Houston, TX  77002
Telephone:  713-759-1400
Facsimile:  713-759-1217
*Co-Lead Counsel for Plaintiffs*

Neal Moskow
Email:  neal@urymoskow.com
**URY & MOSKOW, LLC**
883 Black Rock Turnpike
Fairfield, CT 06825
Telephone:  203-610-6393
Facsimile:  203-610-6399
*Federal-State Liaison for Plaintiffs*

Patricia E. Lowry
Florida Bar No. 332569
Email:  plowry@ssd.com
**SQUIRE, SANDERS & DEMPSEY L.L.P.**
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198
Telephone:  561-650-7200
Facsimile:  561-655-1509
*Liaison Counsel for Defendants*