IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

| | |
|---|---|
| IN RE TRASYLOL PRODUCTS LIABILITY ) <br> LITIGATION — MDL-1928 ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ) <br> ANNA E. BRYANT v. ) <br> BAYER CORPORATION, et al., ) <br> Case No. 9:08-cv-80868-DMM ) | FILED by _____ D.C. <br> JAN 19 2010 <br> STEVEN M. LARIMORE <br> CLERK U.S. DIST. CT. <br> S.D. OF FLA. - W.P.B. <br><br> JANUARY 15, 2010 |

**PLAINTIFF ANNA BRYANT'S DESIGNATION OF CASE SPECIFIC EXHIBITS**

Plaintiff Anna Bryant makes the following designation of case specific exhibits:

**INCORPORATION AND ADOPTION BY REFERENCE**

Plaintiff hereby designates and incorporates by reference all Exhibits listed on the Master Exhibit List filed in this litigation on behalf of all plaintiffs.

**PLAINTIFF ANNA BRYANT'S CASE SPECIFIC EXHIBITS**

I.   **DEPOSITION EXHIBITS**

| Exhibit No. | Description | Bates Stamp No. |
|---|---|---|
| Bryant 100 | Dizon 2   Series of Emails dated Monday, March 12, 2007 | BAYCS00239100-BAYCS00239101 |
| Bryant 101 | Dizon 3   FDA News article dated December 15, 2006 (2 pages) | No bates assigned. Document has been produced. |
| Bryant 102 | Dizon 4   Article on Trasylol (2 pages) | No bates assigned. Document has been produced. |
| Bryant 103 | Dizon 5   Log | BAYCS00077068-BAYCS00077076 |

| Bryant 104 | Dizon 6     Internal Announcement dated 07/27/04 | BAY01555122-BAY01555126 |
|---|---|---|
| Bryant 105 | Dizon 7     Internal Announcement dated March 12, 2004 | BAY04974117-BAY04974121 |
| Bryant 106 | Dizon 8     Bulletin on Aprotinin and Systemic Inflammatory Response After Cardiopulmonary Bypass dated June 29, 2003 | BAY05482959-BAY05482969 |
| Bryant 107 | Dizon 9     Findings from the McSPI Database of CABG Patients from 24 US Centers | BAY00676355 & BAY00676369 |
| Bryant 108 | Dizon 10    SIRS and IR injury during CABG may impact major organs | BAYCS00201868-BAYCS00201869 |
| Bryant 109 | Dizon 11    Trasylol and Renal Function after CABG | BAY05573848 |
| Bryant 110 | Dizon 12    Series of emails dated Tuesday, September 04, 2007 | BAYCS01033290-BAYCS01033291 |
| Bryant 111 | Dizon 13    Peri-operative Blood Transfusion & Blood Conservation in Cardiac Surgery | BAYCS01028833-BAYCS01028834 |
| Bryant 112 | Dizon 14    Final Report, Risks of Renal Failure and Death following Use of Aprotinin or Aminocaproic Acid during CABG Surgery, Part B, Report on Medical Records Abstraction, dated October 12, 2007 (40 pages) | No bates assigned. Document has been produced. |
| Bryant 113 | Dolkhani-1     E-mail to Various Recipients Re: Trasylol Communications Committee Meeting Minutes; | BAY03035485-BAY03035487 |
| Bryant 114 | Dolkhani-2     E-mail from Val Pascale Re: FAQ's; | BAY03045674 |
| Bryant 115 | Dolkhani-3     E-mail from Michelle Sarfin to Val Pascale Re:  Literature Search; | BAY03034618 |
| Bryant 116 | Dolkhani-4     E-mail String dated 7/17/00 and 7/13/00 Re:  Trasylol Sales, Can You Believe It; | BAYCS00889788 |
| Bryant 117 | Dolkhani-5     E-mail String dated 7/27/00 and 7/28/00 Re:  Trasylol Sales, Can You Believe It; | BAYCS00889412 |
| Bryant 118 | Dolkhani-6     E-mail to Kirk Ellis from Nahid Dolkhani dated 8/9/00; | BAYCS00889404 |
| Bryant 119 | Dolkhani-7     E-mail to Mr. Starnes from Nahid Dolkhani dated 8/11/00; | BAYCS00888509 |

| Bryant 120 | Dolkhani-8    E-mail dated 9/27/00 to Timothy Daniels and Brenda Riske from Nahid Dolkhani Re: See You in Arizona; | BAYCS00889789 |
| --- | --- | --- |
| Bryant 121 | Dolkhani-9    E-mail to Dr. Esmailian from Nahid Dolkhani dated 4/24/00 Re: Meeting; | BAYCS00888811 |
| Bryant 122 | Dolkhani-10    E-mail String Re: Speaking Engagement Prescott Hotel, San Francisco, March 7, Pediatric Related Questions; | BAYCS00889741 through BAYCS00889742 |
| Bryant 123 | Dolkhani-11    E-mail String Re: Team Approach Invitations; | BAYCS00889766 |
| Bryant 124 | Dolkhani-12    E-mail String Re: Revocation of Privileges at Cedars-Sinai Medical Center dated 10/23/00 and 10/24/00; | BAYCS00889611 |
| Bryant 125 | Dolkhani-13    E-mail String Re: Feedback from Bayer Trasylol Activities in Southern California; | BAY03226771 through BAY03226772 |
| Bryant 126 | Dolkhani-14    E-mail to Barbara Royston from Nahid Dolkhani dated 2/5/02; | BAYCS00889456 |
| Bryant 127 | Dolkhani-15    E-mail to Dr. Lemmer from Nahid Dolkhani dated 2/9/01; | BAYCS00889746 |
| Bryant 128 | Dolkhani-16    E-mail to Scientific Affairs Colleagues dated 6/27/02 Re: Wonderful News About Aprotinin Article to be Published; | BAYCS00890138 |
| Bryant 129 | Dolkhani-17    E-mail dated 10/30/02 from Nahid Dolkhani Re: Bull_Aprotinin-R_Review_9-23-02 document; | BAYCS01694296 |
| Bryant 130 | Dolkhani-18    E-mail to Dr. Starnes from Nahid Dolkhani Re: Pediatric CT Surgeon Advisory Board; | BAYCS00889191 |
| Bryant 131 | Dolkhani-19    E-mail to Val Pascale from Debra Warneke Re: Cardiac Team Follow Up; | BAY03041150 through BAY03041151 |
| Bryant 132 | Dolkhani-20    E-mail from Tracey Caldarazzo Re: Thrombocytopenia at Florida Hospital dated 4/25/01; | BAY03034538 through BAY03034539 |
| Bryant 133 | Dolkhani-21    Letter to Carol Sever from Stephen Sherman, Division of Drug Marketing, Advertising and Communications Re: NDA 20-304; | BAY00208112 through BAY00208113 |

| Bryant 134 | Dolkhani-22    Series of E-mails to Pam Cyrus from Stanley Horton dated 1/25/06 Re: History Draft; | BAY02463308 through BAY02463313 |
|---|---|---|
| Bryant 135 | Dolkhani-23    Series of E-mails Re: Royston - Revised Manuscript to AA; | BAY01983486 through BAY01983488 |
| Bryant 136 | Dolkhani-24    The New England Journal of Medicine Article Titled "Dangerous Deception - Hiding the Evidence of Adverse Drug Effects" | No bates assigned. Document has been produced. |
| Bryant 137 | Dolkhani-25    E-mail to Anit Patel from Danny Stamps Re: Proposed Program for Your Group; | BAY03702692 through BAY03702693 |
| Bryant 138 | Dolkhani-26    E-mail to Barbara Loving from Nahid Dolkhani dated 12/8/99, Re: FYI; | BAYCS00889347 |
| Bryant 139 | Dolkhani-27    Sales Training Update; | BAY05634659 through BAY05634662 |
| Bryant 140 | Dolkhani-28    Study Re: Tranexamic Acid vs. High-Dose in Primaries; | BAY04744527 |
| Bryant 141 | Dolkhani-29    E-mail to Colleagues from Meredith Fischer dated 1/21/06 Re: Revised NEJM Materials | BAY03626453 |
| Bryant 142 | Dolkhani-30    Document Titled "Note" dated 4/5/01 Re: Meeting with Chief of CT Surgery at Harbor UCLA; | BAY09564560 |
| Bryant 143 | Dolkhani-31    Opinion Leader List, Problem Solving and Speaker Development List for Trasylol Resource Center May 2002; | BAYCS00889606 through BAYCS00889609 |
| Bryant 144 | Dolkhani-32    E-mail from Danny Stamps to Folks and Dear Colleagues dated 12/16/04 Re: ADR Reporting; | BAYCS00264891 through BAYCS00264892 |
| Bryant 145 | Dolkhani-33    Scientific Affairs Monthly Report for July 2001; | BAY01862928 through BAY01862947 |
| Bryant 146 | Dolkhani-34    Scientific Affairs Monthly Report dated 8/10/01; | BAY09523969 through BAY09523974 |
| Bryant 147 | Dolkhani-35    E-mail from Nahid Dolkhani dated 1/7/02; | BAYCS00309333 |

| | | |
|---|---|---|
| Bryant 148 | Dolkhani-36   Trasyol Phase IV Meeting; | BAYCS00881639 through BAYCS00881641 |
| Bryant 149 | Dolkhani-37   E-mail to Phase IV Committee from Brenda Riske Re: Phase IV Update from June Meeting dated 6/23/00; | BAYCS00145138 through BAYCS00145141 |
| Bryant 150 | Dolkhani-38   Handwritten Notes from the Desk of Stan Horton; | BAY00687285 through BAY00687288 |
| Bryant 151 | Dolkhani-39   E-mail to Jennifer Maurer from Richard Goodstein dated 10/21/99 Re: Trasylol Publications; | BAY04620693 |
| Bryant 152 | Dolkhani-40   The Impact of Renal Dysfunction on Aprotinin Pharmacokinetics During Cardiopulmonary Bypass; | BAY00146529 |
| Bryant 153 | Dolkhani-41   E-mail to Anita Shah and Margaret Foley from Joseph Scheeren dated 10/10/07 | BAY06124380 |
| Bryant 154 | Dolkhani-42   E-mail to Val Pascale from Roy Smith dated 10/4/04 Re: Final Agenda for October 29th-30th Cardiac Team; | BAY05425405 through BAY05425407 |
| Bryant 155 | Dolkhani-43   Trasylol Package Insert; | BAY00205260 through BAY00205261 |
| Bryant 156 | Holder 2   Document headed "Questions for SAL Benchmarking Study," | BAYCS00370506 through 0530 |
| Bryant 157 | Holder 3   E-mail chain dated July and August 2006, Subject: Trasylol Speaker Development, | BAYCS00352755 through 2759 |
| Bryant 158 | Holder 4   Document headed "Aprotinin Developed Faculty," | BAY00662110 and 2111 |
| Bryant 159 | Holder 5   "Master Reference List" April 3, 2006, | BAY00953623 through 3630 |
| Bryant 160 | Holder 6   Letter dated November 4, 1992, to Timothy Seaton, M.D. from Bertram Pitt, M.D., | BAY00983471 and 3472 |
| Bryant 161 | Holder 7   Internal Memorandum dated September 1, 1992, to L.E. Posner, M.D. from A.H. Heller, M.D., | BAY00661441 through 1447 |
| Bryant 162 | Holder 8   Internal Memorandum dated December 6, 1993, Subject: Summary of December 2 Trasylol Package Insert/-008 Discussion, | BAY00742182 and 2183 |

| | | |
|---|---|---|
| Bryant 163 | Holder 9    E-mail dated April 10, 2003, Subject: St. Lukes' a-fib outcomes study progress, | BAY05254360 |
| Bryant 164 | Holder 10    11-20-03 Draft #7 of Final Report, Kress study, | BAY05426839 through 6846 |
| Bryant 165 | Holder 11 E-mail chain dated December 2005 Subject: Proposed Program for your group | BAY03702692 and 2693 |
| Bryant 166 | Holder 12    E-Mail dated October 7, 2005, from Stephen Paine to, among others, David Stocker | BAYCS00212163 |
| Bryant 167 | Holder 13    Scientific Affairs ISBP Overview 2005, | BAY000963618 through 3635 |
| Bryant 168 | Holder 14    "Opinion Leader/Investigator Development, Oncology | BAY01869774 through 9784 |
| Bryant 169 | Holder 15    Slide presentation entitled "OL Development" | BAY05498537 through 8567 |
| Bryant 170 | Holder 16    Slide presentation entitled "Aprotinin and Renal Function" | BAYCS00897431 through 7446 |
| Bryant 171 | Holder 17    "Scientific Affairs Practice Scenarios, Version 3, January 31, 2005" | BAYCS00296085 through 6098 |
| Bryant 172 | Holder 18    Letter dated December 6, 2004, to George Holder from Robert Harrison | BAYCS00370432 through 0439 |
| Bryant 173 | Holder 19    February 3, 2005 document headed "Renal Complications" | BAYCS00369877 |
| Bryant 174 | Holder 20    Letter dated March 9, 2006, to George Holder from Robert Harrison | BAYCS00362464 through 2470 |
| Bryant 175 | Holder 21    E-mail chain dated November 2004 Subject: Confirmed Surgeons and Anesthesiologists for Boston CTM | BAY01560932 through 33 and BAY06523696 through 3698 and BAY05465507 through 5512 |
| Bryant 176 | Holder 22    "CTM Evaluation comments for Saturday, December 12, 2004, Boston, MA | BAY06564867 through 4877 |
| Bryant 177 | Holder 23    E-mail dated October 18, 2004, Subject:  Revised Manuscript | BAY05434803 |
| Bryant 178 | Holder 24    E-mail dated January 21, 2006, Subject: Action - NEJM Article | BAYCS00479829 |
| Bryant 179 | Holder 25    Sales Training Update | BAY01630836 through 0838 |

| Bryant 180 | Holder 26   E-mail dated January 22, 2006, Subject: Antwort Contact Details | BAY02715890 through 5891 |
|---|---|---|
| Bryant 181 | Holder 27   E-mail dated October 2, 2006, Subject: Aprotinin safety again in spotlight as new study suggests increased cardiac events | BAYCS00352351 and 2352 |
| Bryant 182 | Holder 28   Document headed "News release, Stand-by -- Release on request only" | BAY04093025 through 3027 |
| Bryant 183 | Holder 29   Final Report, Risks of Renal Failure and Death following Use of Aprotinin or Amniocaproic Acid during CABG Surgery (40 pags) | No bates assigned. Document has been produced. |
| Bryant 184 | Holder 30   E-mail dated October 10, 2007, Subject: Comments by Bob | BAY06124380 |
| Bryant 185 | Holder 31   E-mail chain dated July 2007, Subject: Weekly Trasylol 867 Week ending July 6, 2002 | BAYCS00350064 and 0065 |
| Bryant 186 | Holder 32   E-mail chain dated March 2006, with attached slide presentation | BAY03744253 through 4278 |
| Bryant 187 | Holder 33   E-mail chain dated February 2007, Subject: crit-prn JAMA article on aprotinin | BAYCS00347397 through 7399 |
| Bryant 188 | Omari 1   Curriculum Vitae (27 pages) | No bates assigned. Document has been produced. |
| Bryant 189 | Omari 2   Harbor-UCLA Medical Center Inpatient Clinical History | Abryant-HUCLAMC-MD-000007 through 00010 |
| Bryant 190 | Omari 3   Four-page report | Abryant-MCHC-MD-000169 through 00172 |
| Bryant 191 | Omari 4   Cardiology Consult | Abryant-PFS-000367-000368 |
| Bryant 192 | Omari 5   Harbor-UCLA Medical Center, Authorization for and Informed Consent to Surgery or Special Diagnostic or Therapeutic Procedures | Abryant-PFS-000190 |
| Bryant 193 | Omari 6   Operative report | Abryant-PFS-000179 through 000181 |

| Bryant 194 | Omari 7   Harbor-UCLA Medical Center Inpatient Clinical History | Abryant-HUCLAMC-MD-000011 |
|---|---|---|
| Bryant 195 | Omari 8    Anesthesia record | Abryant-PFS-000185 through 000187 |
| Bryant 196 | Omari 9    Cardiopulmonary bypass record | Abryant-PFS0000197 |
| Bryant 197 | Omari 10   Harbor-UCLA Medical Center Inpatient Clinical History (14 pages) | Abryant-HUCLAMC-MD-000013, 15, 18, 20, 28, 30, 36, 39, 42, 44, 45, 48, 50, 51, 52, and 54 |
| Bryant 198 | Omari 11   Harbor-UCLA Medical Center Report | Abryant-HUCLAMC-MD000003 through 5 |
| Bryant 199 | Omari 12    Article - New England Journal of Medicine (13 pages) | No bates assigned. Document has been produced. |
| Bryant 200 | Omari 13   Anesthesia record | Abryant-HUCLAMC-MD-000160 |
| Bryant 201 | Omari 14   Harbor-UCLA Medical Center Inpatient Clinical History | Abryant-HUCLAMC-MD-00007 |
| Bryant 202 | Omari 15   E-mail string from Danny Stamps with attachments - Confidential - Subject to Protective Order | BAY034744253 |
| Bryant 203 | Omari 16   Appointment charge - Confidential - Subject to Protective Order | BAYCS00077068 |
| Bryant 204 | Omari 17   E-mail from Nahid Dolkhani | BAYCS00889455 |
| Bryant 205 | Omari 18   E-mail from Nahid Dolkhani | BAYCS00888542 |
| Bryant 206 | Omari 19   E-mail string from Nahid Dolkhani | BAYCS00309333 |
| Bryant 207 | Omari 20   E-mail string from Eleonora Goldberg | BAYCS00238574 |
| Bryant 208 | Omari 21   E-mail string from Eleonora Goldberg | BAYCS00243982 |
| Bryant 209 | Omari 22   E-mail string from jyoti dharod | BAYCS01033268 |

| | | |
|---|---|---|
| Bryant 210 | Omari 23  E-mail string from Hilda Dizon | BAYCS00239100 |
| Bryant 211 | Omari 24  E-mail string from Danny Stamps | BAYCS01033299 |
| Bryant 212 | Omari 25  Internal Bayer form | BAY00336136 |
| Bryant 213 | Omari 26  Letter dated February 19, 2001 | BAY00369029 |
| Bryant 214 | Omari 27  162  E-mail string from Danny Stamps - Confidential - Subject to Protective Order | BAYCS01033290 |
| Bryant 215 | Omari 28  Document - Peri-operative Blood Transfusion & Blood Conservation in Cardiac Surgery | BAYCS01028833 |
| Bryant 216 | Omari 29  Services Agreement - Confidential - Subject to Protective Order | FERRARIS00000003 |
| Bryant 217 | Omari 30  Miles internal memorandum - Confidential - Subject to Protective Order | BAY00661441 |
| Bryant 218 | Omari 31  Letter dated November 4, 1992 - Confidential - Subject to Protective | BAY00742182 |
| Bryant 219 | Omari 32  Miles internal memorandum Confidential - Subject to Protective Order | BAY00676355 |
| Bryant 220 | Omari 33  Document - Findings from the McSPI Database | BAY00676355 |
| Bryant 221 | Omari 34  Document - SIRS and IR injury during CABG may impact major organs Confidential - Subject to Protective Order | BAYCS00201868 |
| Bryant 222 | Omari 35  Document - Trasylol and renal function after CABG - Confidential - Subject to Protective Order | BAY05573848 |
| Bryant 223 | Omari 36  E-mail string from Dawn Bradway Confidential - Subject to Protective Order | BAY05254360 |
| Bryant 224 | Omari 37  Report - What is the Effect of Aprotinin (Trasylol) on the Incidence of Selected Outcomes after CABG? - Confidential - Subject to Protective Order | BAY05426839 |
| Bryant 225 | Omari 38  E-mail from David Royston - Confidential - Subject to Protective Order | BAY05434803 |
| Bryant 226 | Omari 39  E-mail string from Jerrold Levy - Confidential - Subject to Protective Order | BAY01585956 |
| Bryant 227 | Omari 40  E-mail string from Jennifer Maurer - Confidential - Subject to Protective Order | BAY01624243 |

| Bryant 228 | Omari 41  E-mail string from Reinhard Fescharek - Confidential - Subject to Protective Order | BAY02715890 |
|---|---|---|
| Bryant 229 | Omari 42  News release - Confidential - Subject to Protective Order | BAY04093025 |
| Bryant 230 | Omari 43  I3 Drug Safety - Final Report | No bates assigned. Document has been produced. |
| Bryant 231 | Omari 44  Nahid's Opinion Leaders for the Trasylol Resource Center - Confidential - Subject to Protective Order | BAYCS00859928 |
| Bryant 232 | Omari 45  Document - Bayer Healthcare Pharmaceuticals | BAY04812553 - BAY04812591 & BAY04812260 - BAY04812265 |
| Bryant 233 | Omari 46  Consultant Engagement Agreement - Confidential - Subject to Protective Order | BAY06524177 |
| Bryant 234 | Omari 47  Adult Visit Record | Abryant-PFS-000312 |
| Bryant 235 | Omari 48  E-mail from Joseph Scheeren - Confidential - Subject to Protective Order | BAY06124380 |
| Bryant 236 | Sheffield-Motika 2 -  E-Mail From Robin McCabe Dated February 28, 2005 | BAY01035650 |
| Bryant 237 | Sheffield-Motika 3 -  Unit Four Product Information Review Study Questions | BAY01035681 |
| Bryant 238 | Sheffield-Motika 4 -  Package Insert For Trasylol | BAY00205249 |
| Bryant 239 | Sheffield-Motika 5 -  Outline Dated February 3, 2005 | BAYCS00369877 |
| Bryant 240 | Sheffield-Motika 6 -  E-Mail Dated April 1, 2005, From Robin McCabe to a Group of People | BAY03695830 |
| Bryant 241 | Sheffield-Motika 7 -  E-Mail From Robin McCabe Dated April 14, 2005, to a Group of People | BAY01485389 |
| Bryant 242 | Sheffield-Motika 8 -  Training Bulletin TT 0504804 | BAY01555122 |
| Bryant 243 | Sheffield-Motika 9 -  June 7, 2005 E-Mail From Robin McCabe to a Group of People | BAYCS00035733 |
| Bryant 244 | Sheffield-Motika 10 - Document From Ms. Engles-Horton to Mr. Harrison Regarding the Renal Sell Sheet and Break the Chain Sales Aid | BAY02043715 |

| Bryant 245 | Sheffield-Motika 11 - Article Titled "Trasylol Had No Adverse Effect on Renal Function" | BAY00676369 |
| --- | --- | --- |
| Bryant 246 | Sheffield-Motika 12 - Document Titled "In the Kidney IR May Contribute to Renal Injury," | BAYCS00201868 |
| Bryant 247 | Sheffield-Motika 13 - Internal Announcement Sales Training Bulletin Sheffield-Motika TT 1900503 | BAY05680848 |
| Bryant 248 | Sheffield-Motika 14 - E-Mail Dated October 10, 2007, From Joseph Scheeren to Anita Shaw and Margaret Foley | BAY06124380 |
| Bryant 249 | Sheffield-Motika 15 - August 25, 2006 E-Mail From Robin McCabe | BAY05247094 |
| Bryant 250 | Sheffield-Motika 16 - September 20, 2005 E-Mail From Robin McCabe | BAYCS00560465 |
| Bryant 251 | Sheffield-Motika 17 - September 20, 2005 E-Mail From Robin McCabe | BAYCS00345930 |
| Bryant 252 | Sheffield-Motika 18 - September 21, 2005 E-Mail From Robin McCabe | BAY05194115 |
| Bryant 253 | Sheffield-Motika 19 - September 21, 2005 E-Mail From Robin McCabe | BAYCS00345916 |
| Bryant 254 | Sheffield-Motika 20 - September 26, 2005 E-Mail From Robin McCabe | BAY05195354 |
| Bryant 255 | Sheffield-Motika 21 - October 19, 2005 E-Mail From Elaine Bixby. | BAY05194110 |
| Bryant 256 | Sheffield-Motika 22 - PowerPoint Presentation | BAY04876934 |
| Bryant 257 | Sheffield-Motika 23 - E-Mail Dated January 25, 2006 From Danny tamps | BAYCS00032875 |
| Bryant 258 | Sheffield-Motika 24 - December 6, 1993 Internal Memorandum From Miles Labs | BAY007421182 |
| Bryant 259 | Sheffield-Motika 25 - March 13, 2006 E-Mail From Robin McCabe | BAYC00077068 |
| Bryant 260 | Sheffield-Motika 26 - Ms. Sheffield's Call Reporting | BAY04812553 |
| Bryant 261 | Sheffield-Motika 27 - Documents Regarding the West Zone Meeting, West Zone Hospital Agenda and the Bayer Speaker Approval Form | BAY04812553 |
| Bryant 262 | Sheffield-Motika 28 - Document Regarding a December 2004 CTM Meeting in Boston | BAY01560932 |

| Bryant 281 | Sheffield-Motika 49 - E-Mail From Reinhart Fescharek to Kemal Malik Dated January 22, 2006 | BAY02715890 |
| Bryant 282 | Sheffield-Motika 50 - A November 4, 1992 Letter From Dr. Bertram Pitt to Timothy B. Seaton, M.D. | BAY00983471 |
| Bryant 283 | Sheffield-Motika 51 - September 1, 1992 Internal Memorandum of Miles Labs | BAY00661441 |
| Bryant 284 | Sheffield-Motika 52 - E-Mail From Dawn Bradway to Art Sedrakyan and Val Pascale Dated April 10, 2003 | BAY05254360 |
| Bryant 285 | Sheffield-Motika 53 - The Report of the St. Luke's Afib Outcome Study | BAY05426839 |
| Bryant 286 | Sheffield-Motika 54 - E-Mail From Danny Stamps Dated January 31, 2006 | BAYCS00361211 |
| Bryant 287 | Sheffield-Motika 55 - E-Mail Trail Starting on February 6, 2006, From Ms. Sheffield to George Holder and Eleonora Goldberg | BAYCS00360684 |

## II. EXPERTS

| Exhibit No. | Description |
|---|---|
| Bryant 300 | Expert Report of Dr. Chertow, including all documents listed in appendix |
| Bryant 301 | Expert Report of Mr. Cipollo, including all documents listed in appendix |
| Bryant 302 | Expert Report of Dr. Deutsch, including all documents listed in appendix and his administrative files as referred to in his depositions |
| Bryant 303 | Expert Report of Dr. Schuch, including all documents listed in appendix |

## III. VISUAL MEDIA

| Exhibit No. | Description | |
|---|---|---|
| Bryant 400 | Day in the Life Video taken 11/4/09 | No bates assigned. Document has been produced. |
| Bryant 401 | Day in the Life Video taken 9/16/09 | No bates assigned. Document has been produced. |
| Bryant 402 | Photo 1 – Mrs. Bryant playing with children in front | No bates |

|  |  |  |
|---|---|---|
|  | yard | assigned. Document has been produced. |
| Bryant 403 | Photo 2 – Mrs. Bryant in bus driver uniform | No bates assigned. Document has been produced. |
| Bryant 404 | Photo 3 – Mrs. Bryant undergoing dialysis | No bates assigned. Document has been produced. |

IV.   MEDICAL AND OTHER RECORDS

| Exhibit No. | Description | Bates Stamp No. |
|---|---|---|
| Bryant 500 | Dr. Mehrdad Ariana | ABryant –MKAriani-000001 to ABryant – MKAriani-000095 |
| Bryant 501 | Dr. Ihad Aziz | ABryant-IhabNAziz-000001 to ABryant-IhabNAziz-000025 |
| Bryant 502 | California Kidney Med.Grp. | ABryant-CKMG-000001 to ABryant-CKMG-000592 |
| Bryant 503 | Familiy Medicine Assoc. (Dr. Hopkins, Bryant's PCP) | ABryant-FMAN-000001 to ABryant-FMAN-000055 |
| Bryant 504 | Dr. Mark Greenstadt | ABryant-MAGreenstadt-000001 to ABryant-MAGreenstadt-000039 |
| Bryant 505 | Harbor UCLA Med. Cntr. | ABryant-HUCLAMC-000001 to ABryant-HUCLAMC-000274 |
| Bryant 506 | Harbor UCLA Med. Cntr. | ABryant-HUCLAMC-000277 to ABryant-HUCLAMC-000976 |
| Bryant 507 | Harbor UCLA Labs | No bates assigned. Document has been produced. |

| Bryant 508 | Kaiser Permanente Pharmacy | ABryant-KPP-PO-000001 to ABryant-KPP-PO-000007 |
|---|---|---|
| Bryant 509 | Kaiser West Los Angeles Medical Center | ABryant-KWLAMC-MD- to ABryant-KWLAMC-MD-000018 |
| Bryant 510 | Kidney Center of Panorama City | ABryant-KCPC-0000001 to KCPC-000866 |
| Bryant 511 | Mendez Family Inn | ABryant-MFI-000001 to ABryant-MFI-000060 |
| Bryant 512 | MidValley Comprehensive Health Center | ABryant-MCHC-MD-000001 to ABryant-MCHC-MD-000173 |
| Bryant 513 | Northridge Dialysis Center | ABryant-NorthDCtr-000001 to ABryant-NorthDCtr-000280 |
| Bryant 514 | Northridge Hospital Medical Center | ABryant-NHMC-MD-000001 to ABryant-NHMC-MD-000160 |
| Bryant 515 | Provident Holy Cross Med. Center | ABryant-PHCMC-MD-000001 to ABryant-PHCMC-MD-000056 |
| Bryant 516 | Topanga Terrace Conv. Center | ABryant-TTCC-000001 to ABryant-TTCC-000484 |
| Bryant 517 | Dr. David Soo H. Kim | ABryant-DSKim-000001 to ABryant-DSKim-000055 |
| Bryant 518 | Mission Comminity Hospital | ABryant-MisComHosp-MD-000001 to ABryant-MisComHosp-MD-000014 |
| Bryant 519 | West Hills Hospital & Medical Center | ABryant-WHHMC-MD-000001 to ABryant-WHHMC-MD-000065 |
| Bryant 520 | Watts Labor Community Action Committee | ABryant-WattsLCAC-HR-000001 to ABryant-WattsLCAC-HR-000264 |
| Bryant 521 | Social Security Administration | ABryant-SSA-000001 to ABryant-SSA-000256 |

V.  MISC.

| Exhibit No. | Description | Bates No. |
|---|---|---|
| Bryant 600 | U. S. Census Bureau, The 2010 Statistical Abstract, Table 105 *Expectation of Life and Expected Deaths by Race, Sex and Age: 2006* | See attached. |
| Bryant 601 | Affirmation of Erik Anderson (Day-in-the-Life videographer) | No bates assigned. Document has been produced. |

Plaintiff reserves the right to amend exhibit list prior to and during trial and offer documents not listed above on cross-examination and rebuttal and for impeachment.

Dated: January 15, 2010.

/s/ Neal L. Moskow
Neal L. Moskow, Esq.
**URY & MOSKOW, LLC**
883 Black Rock Turnpike
Fairfield, CT 06825
Telephone (203) 226-8088
Facsimile (203) 610-6399
Email: neal@urymoskow.com

Edward J. Parr, Jr., Esq.
**URY & MOSKOW, PLLC**
1250 Connecticut Ave., NW, Suite 200
Washington, DC 20036
Telephone (202) 321-8982
Facsimile: (202) 318-3255
Email: tedparr@urymoskow.com

David P. Matthews
Texas Bar No.: 13206200
Julie L. Rhoades
**MATTHEWS & ASSOCIATES**
Texas Bar No.: 16811710
2905 Sackett Street

                                              Houston, Texas 77098
                                              Phone: (713) 522-5250
                                              Facsimile: (713) 535-7184
                                              Email: dmatthews@thematthewslawfirm.com
                                                            jrhoades@thematthewslawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2010, I filed the foregoing document via Federal Express with the Clerk of the Court. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via Electronic Mail or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Filing.

                                                        /s/ Neal L. Moskow
                                                    Neal L. Moskow

**SERVICE LIST**
In re Trasylol Products Liability Litigation – MDL-1928
Case No. 08-MD-1928-MIDDLEBROOKS/JOHNSON
United States District Court
Southern District of Florida

James R. Ronca
Email: jronca@anapolschwartz.com
**ANAPOL, SCHWARTZ, WEISS, COHAN, FELDMAN & SMALLEY, P.C.**
1710 Spruce Street
Philadelphia, PA 19103
Telephone: 215-735-1130
Facsimile: 215-875-7758
*Plaintiffs' Steering Committee/Co-Lead Counsel*

Joseph A. Osborne
Email: JAOsborne@babbitt-johnson.com
**BABBITT, JOHNSON, OSBORNE & LECLAINCHE, P.A.**
1641 Worthington Blvd., Suite 100
West Palm Beach, FL 33409
Telephone: 561-684-2500
Facsimile: 561-684-6308
*Liaison Counsel for Plaintiffs and Plaintiffs' Steering Committee*

Patricia E. Lowry
Email: plowry@ssd.com
Barbara Bolton Litten
Email: blitten@ssd.com
**SQUIRE, SANDERS & DEMPSEY, L.L.P.**
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198
Telephone: 561-650-7200
Facsimile: 561-655-1509
*Liaison Counsel for Defendants and Attorney for Defendants Bayer Corporation, Bayer Healthcare Pharmaceuticals, Inc., Bayer Healthcare LLC, Bayer AG, and Bayer Healthcare AG*

Scott A. Love
Email: slove@triallawfirm.com
**CLARK, DEAN & BURNETT, G.P.**
440 Louisiana #1600
Houston, TX 77002
Telephone: 713-757-1400
Facsimile: 713-759-1217
*Plaintiffs' Steering Committee/Co-Lead Counsel*

Richard K. Dandrea, Esq.
Email: rdandrea@eckertseamans.com
**ECKERT, SEAMANS, CHERIN & MELLOTT, LLC**
U.S. Steel Tower
600 Grant Street, 44th Floor
Pittsburgh, PA 15219
Telephone: 412-566-6000
Facsimile: 412-566-6099
*Defendants Co-Lead Counsel and Attorney for Defendants Bayer Corporation, Bayer Healthcare Pharmaceuticals, Inc., Bayer Healthcare LLC, Bayer AG, and Bayer Healthcare AG*

Alan G. Schwartz
Email: aschwartz@wiggin.com
**WIGGIN AND DANA LLP**
One Century Tower
P.O. Box 1832
New Haven, CT 06508-1832
Telephone: 203-498-4400
Facsimile: 203-782-2889
*Defendants Co-Lead Counsel and Attorney for Defendants Bayer Corporation, Bayer Healthcare Pharmaceuticals, Inc., Bayer Healthcare LLC, Bayer AG, and Bayer Healthcare AG*

Eugene A. Schoon
Email: eschoon@sidley.com
**SIDLEY AUSTIN LLP**
One South Dearborn
Chicago, IL 60603
Telephone: 312-853-7000
Facsimile: 312-853-7036
*Defendants Co-Lead Counsel and*
*Attorney for Defendants Bayer Corporation,*
*Bayer Healthcare Pharmaceuticals, Inc., Bayer*
*Healthcare LLC, Bayer AG, and Bayer*
*Healthcare AG*

Catherine Barrad, Esq.
Email: cbarrad@sidley.com
**SIDLEY AUSTIN LLP**
555 West Fifth Street
Los Angeles, California 90013
Telephone: 213-896-6688
Facsimile: 213-896-6600
*Defendants Co-Lead Counsel and*
*Attorney for Defendants Bayer Corporation,*
*Bayer Healthcare Pharmaceuticals, Inc., Bayer*
*Healthcare LLC, Bayer AG, and Bayer*
*Healthcare AG*

Philip S. Beck
Email: philip.beck@bartlit-beck.com
Steven E. Derringer
Email: steven.derringer@bartlit-beck.com
Shayna Cook
Email: shayna.cook@bartlit-beck.com
**BARTLIT, BECK, HERMAN, PALENCHAR**
**& SCOTT LLP**
54 West Hubbard, Suite 300
Chicago, IL 60610
Telephone: 312-494-4400
Facsimile: 312-494-4440
*Defendants Co-Lead Counsel and*
*Attorney for Defendants Bayer Corporation,*
*Bayer Healthcare Pharmaceuticals, Inc., Bayer*
*Healthcare LLC, Bayer AG, and Bayer*
*Healthcare AG*

# Births, Deaths, Marriages, & Divorces: Life Expectancy

102 - Expectation of Life at Birth, and Projections [Excel 35k] | [PDF 464k]

103 - Average Number of Years of Life Remaining by Sex and Age [Excel 33k] | [PDF 464k]

104 - Selected Life Table Values [Excel 64k] | [PDF 469k]

105 - Expectation of Life and Expected Deaths by Race, Sex, and Age [Excel 72k] | [PDF 440k]

[Excel] or the letters [xls] indicate a document is in the Microsoft® Excel® Spreadsheet Format (XLS). To view the file, you will need the Microsoft® Excel® Viewer available for **free** from Microsoft®.

[PDF] or denotes a file in Adobe's Portable Document Format. To view the file, you will need the Adobe® Acrobat® Reader available **free** from Adobe.

This symbol indicates a link to a non-government web site. Our linking to these sites does not constitute an endorsement of any products, services or the information found on them. Once you link to another site you are subject to the policies of the new site.
Source: U.S. Census Bureau | The 2010 Statistical Abstract | Page Last Modified: December 17, 2009

Table 105. **Expectation of Life and Expected Deaths by Race, Sex, and Age: 2006**

[Life expectancies were calculated using a revised methodology and may differ from those previously published. The methodology uses vital statistics death rates for ages under 66 and modeled probabilities of death for ages 66 to 100 based on blended vital statistics and Medicare probabilities of dying]

| Age (years) | Expectation of life in years | | | | | Expected deaths per 1,000 alive at specified age [2] | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Total [1] | White | | Black | | Total [1] | White | | Black | |
| | | Male | Female | Male | Female | | Male | Female | Male | Female |
| At birth | 77.7 | 75.7 | 80.6 | 69.7 | 76.5 | 6.71 | 6.12 | 5.01 | 14.48 | 12.23 |
| 1 | 77.2 | 75.1 | 80.0 | 69.7 | 76.5 | 0.44 | 0.40 | 0.39 | 0.76 | 0.60 |
| 2 | 76.3 | 74.2 | 79.0 | 68.7 | 75.5 | 0.30 | 0.29 | 0.23 | 0.46 | 0.48 |
| 3 | 75.3 | 73.2 | 78.0 | 67.8 | 74.6 | 0.21 | 0.22 | 0.17 | 0.37 | 0.24 |
| 4 | 74.3 | 72.2 | 77.1 | 66.8 | 73.6 | 0.18 | 0.18 | 0.15 | 0.27 | 0.24 |
| 5 | 73.3 | 71.2 | 76.1 | 65.8 | 72.6 | 0.17 | 0.17 | 0.13 | 0.27 | 0.21 |
| 6 | 72.3 | 70.2 | 75.1 | 54.8 | 71.6 | 0.15 | 0.16 | 0.12 | 0.26 | 0.18 |
| 7 | 71.3 | 69.2 | 74.1 | 63.9 | 70.6 | 0.14 | 0.15 | 0.11 | 0.24 | 0.16 |
| 8 | 70.4 | 68.2 | 73.1 | 62.9 | 69.6 | 0.12 | 0.13 | 0.10 | 0.20 | 0.14 |
| 9 | 69.4 | 67.3 | 72.1 | 61.9 | 68.6 | 0.10 | 0.10 | 0.09 | 0.15 | 0.13 |
| 10 | 68.4 | 66.3 | 71.1 | 60.9 | 67.7 | 0.09 | 0.08 | 0.08 | 0.10 | 0.14 |
| 11 | 67.4 | 65.3 | 70.1 | 59.9 | 66.7 | 0.09 | 0.08 | 0.08 | 0.10 | 0.15 |
| 12 | 66.4 | 64.3 | 69.1 | 58.9 | 65.7 | 0.12 | 0.13 | 0.10 | 0.17 | 0.17 |
| 13 | 65.4 | 63.3 | 68.1 | 57.9 | 54.7 | 0.20 | 0.24 | 0.15 | 0.34 | 0.20 |
| 14 | 64.4 | 62.3 | 67.1 | 56.9 | 63.7 | 0.31 | 0.39 | 0.21 | 0.58 | 0.23 |
| 15 | 63.4 | 61.3 | 66.1 | 56.0 | 62.7 | 0.43 | 0.54 | 0.27 | 0.84 | 0.27 |
| 16 | 62.4 | 60.4 | 65.2 | 55.0 | 61.7 | 0.55 | 0.69 | 0.33 | 1.09 | 0.32 |
| 17 | 61.5 | 59.4 | 54.2 | 54.1 | 60.8 | 0.65 | 0.84 | 0.38 | 1.31 | 0.36 |
| 18 | 60.5 | 58.4 | 63.2 | 53.1 | 59.8 | 0.74 | 0.98 | 0.41 | 1.50 | 0.42 |
| 19 | 59.6 | 57.5 | 62.2 | 52.2 | 58.8 | 0.82 | 1.10 | 0.43 | 1.67 | 0.47 |
| 20 | 58.6 | 56.6 | 61.3 | 51.3 | 57.8 | 0.89 | 1.23 | 0.44 | 1.84 | 0.54 |
| 21 | 57.7 | 55.6 | 60.3 | 50.4 | 56.9 | 0.97 | 1.35 | 0.45 | 2.01 | 0.60 |
| 22 | 56.7 | 54.7 | 59.3 | 49.5 | 55.9 | 1.02 | 1.43 | 0.46 | 2.15 | 0.67 |
| 23 | 55.8 | 53.8 | 58.3 | 48.6 | 54.9 | 1.03 | 1.44 | 0.47 | 2.23 | 0.71 |
| 24 | 54.8 | 52.9 | 57.4 | 47.7 | 54.0 | 1.02 | 1.40 | 0.48 | 2.26 | 0.75 |
| 25 | 53.9 | 51.9 | 56.4 | 46.8 | 53.0 | 1.00 | 1.35 | 0.49 | 2.28 | 0.79 |
| 26 | 53.0 | 51.0 | 55.4 | 46.0 | 52.1 | 0.99 | 1.31 | 0.50 | 2.30 | 0.83 |
| 27 | 52.0 | 50.1 | 54.5 | 45.1 | 51.1 | 0.98 | 1.27 | 0.51 | 2.31 | 0.87 |
| 28 | 51.1 | 49.1 | 53.5 | 44.2 | 50.1 | 0.98 | 1.26 | 0.53 | 2.34 | 0.92 |
| 29 | 50.1 | 48.2 | 52.5 | 43.3 | 49.2 | 1.00 | 1.27 | 0.55 | 2.38 | 0.98 |
| 30 | 49.2 | 47.3 | 51.5 | 42.4 | 48.2 | 1.02 | 1.29 | 0.57 | 2.43 | 1.04 |
| 31 | 48.2 | 46.3 | 50.6 | 41.5 | 47.3 | 1.05 | 1.31 | 0.60 | 2.47 | 1.12 |
| 32 | 47.3 | 45.4 | 49.6 | 40.6 | 46.3 | 1.09 | 1.34 | 0.64 | 2.58 | 1.21 |
| 33 | 46.3 | 44.5 | 48.6 | 39.7 | 45.4 | 1.13 | 1.37 | 0.69 | 2.59 | 1.30 |
| 34 | 45.4 | 43.5 | 47.7 | 38.8 | 44.5 | 1.18 | 1.42 | 0.74 | 2.66 | 1.40 |
| 35 | 44.4 | 42.6 | 46.7 | 37.9 | 43.5 | 1.24 | 1.48 | 0.80 | 2.75 | 1.51 |
| 36 | 43.5 | 41.6 | 45.7 | 37.0 | 42.6 | 1.32 | 1.55 | 0.86 | 2.86 | 1.63 |
| 37 | 42.5 | 40.7 | 44.8 | 36.1 | 41.7 | 1.41 | 1.66 | 0.94 | 2.99 | 1.78 |
| 38 | 41.6 | 39.8 | 43.8 | 35.3 | 40.7 | 1.53 | 1.80 | 1.04 | 3.16 | 1.96 |
| 39 | 40.7 | 38.9 | 42.9 | 34.4 | 39.8 | 1.68 | 1.97 | 1.15 | 3.36 | 2.17 |
| 40 | 39.7 | 37.9 | 41.9 | 33.5 | 38.9 | 1.84 | 2.15 | 1.27 | 3.58 | 2.37 |
| 41 | 38.8 | 37.0 | 41.0 | 32.6 | 38.0 | 2.00 | 2.34 | 1.39 | 3.83 | 2.59 |
| 42 | 37.9 | 36.1 | 40.0 | 31.8 | 37.1 | 2.18 | 2.55 | 1.52 | 4.12 | 2.82 |
| 43 | 37.0 | 35.2 | 39.1 | 30.9 | 36.2 | 2.38 | 2.77 | 1.66 | 4.48 | 3.08 |
| 44 | 36.1 | 34.3 | 38.2 | 30.1 | 35.3 | 2.59 | 3.01 | 1.81 | 4.89 | 3.36 |
| 45 | 35.2 | 33.4 | 37.2 | 29.2 | 34.5 | 2.81 | 3.26 | 1.98 | 5.31 | 3.66 |
| 46 | 34.3 | 32.5 | 36.3 | 28.4 | 33.6 | 3.03 | 3.52 | 2.14 | 5.76 | 3.95 |
| 47 | 33.4 | 31.6 | 35.4 | 27.6 | 32.7 | 3.27 | 3.80 | 2.31 | 6.28 | 4.26 |
| 48 | 32.5 | 30.8 | 34.5 | 26.8 | 31.9 | 3.53 | 4.11 | 2.48 | 6.92 | 4.57 |
| 49 | 31.6 | 29.9 | 33.6 | 26.0 | 31.0 | 3.82 | 4.45 | 2.65 | 7.65 | 4.90 |
| 50 | 30.7 | 29.0 | 32.6 | 25.2 | 30.2 | 4.13 | 4.83 | 2.85 | 8.47 | 5.25 |
| 51 | 29.9 | 28.2 | 31.7 | 24.4 | 29.4 | 4.46 | 5.22 | 3.06 | 9.32 | 5.63 |
| 52 | 29.0 | 27.4 | 30.8 | 23.7 | 28.5 | 4.80 | 5.62 | 3.30 | 10.10 | 6.01 |
| 53 | 28.2 | 26.5 | 29.9 | 23.0 | 27.7 | 5.13 | 6.01 | 3.57 | 10.76 | 6.39 |
| 54 | 27.3 | 25.7 | 29.1 | 22.3 | 26.9 | 5.46 | 6.37 | 3.84 | 11.29 | 6.76 |
| 55 | 26.5 | 24.9 | 28.2 | 21.6 | 26.1 | 5.79 | 6.73 | 4.13 | 11.80 | 7.14 |
| 56 | 25.6 | 24.1 | 27.3 | 20.9 | 25.3 | 6.14 | 7.11 | 4.44 | 12.34 | 7.54 |
| 57 | 24.8 | 23.2 | 26.4 | 20.2 | 24.5 | 6.52 | 7.54 | 4.78 | 12.88 | 7.96 |
| 58 | 24.0 | 22.4 | 25.6 | 19.5 | 23.8 | 6.98 | 8.05 | 5.20 | 13.48 | 8.43 |
| 59 | 23.2 | 21.6 | 24.7 | 18.8 | 23.0 | 7.52 | 8.67 | 5.69 | 14.16 | 8.96 |
| 60 | 22.4 | 20.9 | 23.8 | 18.2 | 22.2 | 8.17 | 9.40 | 6.29 | 14.97 | 9.58 |
| 61 | 21.6 | 20.9 | 23.0 | 17.5 | 21.5 | 8.90 | 10.22 | 6.96 | 15.88 | 10.30 |
| 62 | 20.8 | 20.1 | 22.2 | 16.9 | 20.7 | 9.65 | 11.07 | 7.64 | 16.79 | 11.06 |
| 63 | 20.0 | 19.3 | 21.4 | 16.3 | 20.0 | 10.35 | 11.86 | 8.25 | 17.55 | 11.78 |
| 64 | 19.2 | 18.6 | 20.6 | 15.7 | 19.3 | 10.99 | 12.59 | 8.80 | 18.12 | 12.41 |
| 65 | 18.5 | 17.1 | 19.8 | 15.1 | 18.6 | 11.65 | 13.36 | 9.40 | 18.57 | 13.01 |
| 70 | 14.9 | 13.6 | 15.9 | 12.3 | 15.1 | 16.01 | 18.25 | 13.65 | 22.05 | 16.72 |
| 75 | 11.6 | 10.5 | 12.3 | 9.8 | 12.0 | 23.15 | 25.77 | 21.02 | 25.72 | 22.66 |
| 80 | 8.7 | 7.8 | 9.3 | 7.7 | 9.3 | 30.69 | 32.57 | 30.17 | 26.22 | 28.04 |
| 85 | 6.4 | 5.7 | 6.7 | 5.9 | 7.1 | 34.73 | 34.06 | 37.36 | 22.77 | 30.41 |
| 90 | 4.6 | 4.0 | 4.7 | 4.5 | 5.3 | 30.44 | 26.27 | 36.07 | 15.76 | 26.97 |
| 95 | 3.2 | 2.8 | 3.3 | 3.5 | 3.9 | 17.84 | 12.62 | 23.12 | 7.97 | 17.71 |
| 100 | 2.3 | 2.0 | 2.2 | 2.6 | 2.8 | 17.37 | 8.04 | 23.73 | 9.12 | 28.48 |

[1] Includes other races not shown separately.   [2] Based on the proportion of the cohort who are alive at the beginning of the indicated age who will die before reaching the age shown plus 1. For example, out of every 1,000 people alive and exactly 50 years old at the beginning of the period, between 4 and 5 (4.13) will die before reaching their 51st birthdays.

Source: U.S. National Center for Health Statistics, unpublished data.