UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

IN RE TRASYLOL PRODUCTS LIABILITY )
LITIGATION – MDL-1928 )
)
THIS DOCUMENT RELATES TO: )
)
ANNA E. BRYANT v. )
BAYER CORPORATION et al. )
    Case No. 9:08-cv-80868-DMM )

FILED by _____ D.C.

JAN 19 2010

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

**FOURTH AMENDED PLAINTIFF'S DISCLOSURE OF FACT WITNESSES
AND DESIGNATION OF WITNESSES FOR TRIAL**

In accordance with the Orders of the Court and Fed. R. Civ. Pro. 26(a)(3)(A)(i), Plaintiff Anna E. Bryant hereby identifies fact witnesses that she expects to call/may call at trial (in person or via preserved testimony) as follows:

I.    The following individuals are present or past employees of one or more of the Defendants and whose identity and addresses are therefore known to them.

    1.    Plaintiff intends to call the following witnesses:

        a.    Stanley Horton
        b.    Allen Heller
        c.    Reinhard Fesharek
        d.    Valentine Pascale
        e.    Thomas Chin
        f.    John Lettieri

  g. Robert Harrison
  h. Pam Cyrus
  i. William Shank
  j. Felix Monteagudo
  k. Ed Tucker
  l. Michael Rozycki
  m. Jennifer Maurer
  n. Anita Shah
  o. Steven Zaruby
  p. Paul McCarthy
  q. Kuno Sprenger
  r. Tomasz Dyszynski
  s. Ernst Weidman
  t. Kemal Malik
  u. Katie Sheffield-Motika
  v. George Holder
  x. Hilda Dizon
  y. Nahid Dolkhani
  z. Laurie Simpson

2. Plaintiff may call the following witnesses:

  a. Meredith Fischer
  b. Edward Sypniewski
  c. Franz Wingen
  d. Valerie Pierpont

  e.  Denise Neal

  f.  Margaret Foley

  g.  Marc Jensen

  h.  Karen Denton

  i.  Joseph Scheeren

  j.  Terry Taylor

  k.  Mitch Trujillo

  l.  Jeff Bova

  m.  Matt Skoronsky

  n.  Savaramakrishan Balakrishnan

  o.  Michael Devoy

  p.  Max Wegner

  q.  Eleonora Goldberg

  r.  Debra Hudgins

  s.  Susan Johnston

  t.  David Stocker

  u.  Daniel Stamps

II. The following are other fact witnesses who the Plaintiff intends to call at trial:

    a. Anna E. Bryant
       8561 DeSoto Avenue, #200
       Canoga Park, CA 91304

    b. Kathy Bryant
       8561 DeSoto Avenue, #200
       Canoga Park, CA 91304

    c. Bassam Omari, M.D.
       Harbor UCLA Medical Center
       1000 W. Carson St.
       Torrance, CA 91325

    d. Alexander Walker, PhD
       Harvard School of Public Health
       677 Huntington Avenue
       Kresge Building Room 908B
       Boston, MA 02115

III. The Plaintiff intends to call the following case-specific expert witnesses who, having been duly disclosed, will also provide factual testimony in addition to their expert opinions:

    a. Glenn M. Chertow, MD

    b. Douglas Schuch, MD

    c. Paul M. Deutsch, PhD

    d. Joseph Cipolla, CPA

    e. Bassam Omari, MD

IV. The following are other fact witnesses who the Plaintiff may call if the need arises:

    a. Patricia O'Rourke
       8561 DeSoto Avenue #200
       Canoga Park, CA 91304

    b. Jerrold Levy, M.D.
       Emory University Hospital
       1364 Clifton Road, NE
       Atlanta, GA 30322

    c. John H. Lemmer, Jr., M.D.
       The Oregon Clinic
       2222 North West Lovejoy Street Suite 315
       Portland, OR 97210

    d. Steven E. Hill, M.D.
       Duke Univ. Medical Center
       DUMC 3094
       Durham, NC 27710

    e. David Bull, M.D.
       University of Utah Hospital
       50 N Medical Dr
       Salt Lake City, UT 84132

    f. David A. Stump, PhD
       Dept. of Cardiothoracic Anesthesia
       Wake Forest-Baptist Medical Center
       Winston Salem, NC 27157

    g. Robert S. Poston, M.D.
       Boston Medical Center
       Robinson 402
       88 E. Newton St.
       Boston, MA 02118

    h.    Peter K. Smith, M.D.
Duke Univ. Medical Center
DUMC 3442
Durham, NC 27710

    i.    David Royston, M.D.
Department of Anaesthetics Harefield
Middlesex UB9 6JH
United Kingdom

    j.    David C. Kress, M.D.
St. Lukes Medical Center
2901 W. Kinnickinnic River Parkway, Suite 511
Milwaukee, WI 53215

    k.    Hamid Sadeghi, MD
14860 Roscoe Blvd #100
Panorama City, CA 91402

IV.    The Plaintiff specifically reserves the right to amend and supplement this list based on continuing medical treatment or for good cause shown.

Respectfully submitted,

Neal L. Moskow, Esq.
**URY & MOSKOW, LLC**
883 Black Rock Turnpike
Fairfield, CT 06825
Telephone (203) 226-8088
Facsimile  (203) 610-6399
Email:  neal@urymoskow.com

Edward J. Parr, Jr., Esq.
**URY & MOSKOW, PLLC**
1250 Connecticut Ave., NW, Suite 200
Washington, DC 20036
Telephone  (202) 321-8982
Facsimile: (202) 318-3255
Email:  tedparr@urymoskow.com

Dave P. Matthews, Esq.
Julie L. Rhoades, Esq.
**MATTHEWS & ASSOCIATES**
2509 Sackett Street
Houston, TX  77098
Phone: 713-522-5250

## CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2009, that the foregoing document was served on all counsel of record identified on the attached Service List in the manner specified.

Neal L. Moskow

## SERVICE LIST

James R. Ronca
Email: jronca@anapolschwartz.com
**ANAPOL, SCHWARTZ, WEISS, COHAN, FELDMAN &
SMALLEY, P.C.**
1710 Spruce Street
Philadelphia, PA 19103
Telephone: 215-735-1130
Facsimile: 215-875-7758
*Plaintiffs' Steering Committee/Co-Lead Counsel*

Joseph A. Osborne
Email: JAOsborne@babbitt-johnson.com
**BABBITT, JOHNSON, OSBORNE
& LECLAINCHE, P.A.**
1641 Worthington Blvd., Suite 100
West Palm Beach, FL 33409
Telephone: 561-684-2500
Facsimile: 561-684-6308
*Liaison Counsel for Plaintiffs and Plaintiffs'
Steering Committee*

Patricia E. Lowry
Email: plowry@ssd.com
Barbara Bolton Litten
Email: blitten@ssd.com
**SQUIRE, SANDERS & DEMPSEY, L.L.P.**
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198
Telephone: 561-650-7200
Facsimile: 561-655-1509
*Liaison Counsel for Defendants and
Attorney for Defendants Bayer Corporation, Bayer
Healthcare Pharmaceuticals, Inc., Bayer
Healthcare LLC, Bayer AG, and Bayer Healthcare
AG*

Scott A. Love
Email: slove@triallawfirm.com
**CLARK, DEAN & BURNETT, G.P.**
440 Louisiana #1600
Houston, TX 77002
Telephone: 713-757-1400
Facsimile: 713-759-1217
*Plaintiffs' Steering Committee/Co-Lead Counsel*

Richard K. Dandrea, Esq.
Email: rdandrea@eckertseamans.com
**ECKERT, SEAMANS, CHERIN & MELLOTT, LLC**
U.S. Steel Tower
600 Grant Street, 44th Floor
Pittsburgh, PA 15219
Telephone: 412-566-6000
Facsimile: 412-566-6099
*Defendants Co-Lead Counsel and
Attorney for Defendants Bayer Corporation, Bayer
Healthcare Pharmaceuticals, Inc., Bayer
Healthcare LLC, Bayer AG, and Bayer Healthcare
AG*

Alan G. Schwartz
Email: aschwartz@wiggin.com
**WIGGIN AND DANA LLP**
One Century Tower
P.O. Box 1832
New Haven, CT 06508-1832
Telephone: 203-498-4400
Facsimile: 203-782-2889
*Defendants Co-Lead Counsel and
Attorney for Defendants Bayer Corporation, Bayer
Healthcare Pharmaceuticals, Inc., Bayer
Healthcare LLC, Bayer AG, and Bayer Healthcare
AG*

Eugene A. Schoon
Email: eschoon@sidley.com
**SIDLEY AUSTIN LLP**
One South Dearborn
Chicago, IL 60603
Telephone: 312-853-7000
Facsimile: 312-853-7036
*Defendants Co-Lead Counsel and Attorney for Defendants Bayer Corporation, Bayer Healthcare Pharmaceuticals, Inc., Bayer Healthcare LLC, Bayer AG, and Bayer Healthcare AG*

Catherine Barrad, Esq.
Email: cbarrad@sidley.com
**SIDLEY AUSTIN LLP**
555 West Fifth Street
Los Angeles, California 90013
Telephone: 213-896-6688
Facsimile: 213-896-6600
*Defendants Co-Lead Counsel and Attorney for Defendants Bayer Corporation, Bayer Healthcare Pharmaceuticals, Inc., Bayer Healthcare LLC, Bayer AG, and Bayer Healthcare AG*

Philip S. Beck
Email: philip.beck@bartlit-beck.com
Steven E. Derringer
Email: steven.derringer@bartlit-beck.com
Shayna Cook
Email: shayna.cook@bartlit-beck.com
**BARTLIT, BECK, HERMAN, PALENCHAR & SCOTT LLP**
54 West Hubbard, Suite 300
Chicago, IL 60610
Telephone: 312-494-4400
Facsimile: 312-494-4440
*Defendants Co-Lead Counsel and Attorney for Defendants Bayer Corporation, Bayer Healthcare Pharmaceuticals, Inc., Bayer Healthcare LLC, Bayer AG, and Bayer Healthcare AG*