# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

IN RE TRASYLOL PRODUCTS LIABILITY
LITIGATION – MDL-1928

THIS DOCUMENT RELATES TO:

CARR, et al., v. BAYER A.G., et. al.
Case No. 08-CV-80834

### **PLAINTIFFS' FIRST AMENDED DISCLOSURE OF FACT WITNESSES**

In accordance with the Orders of the Court and Fed. R. Civ. Pro. 26(a)(3)(A)(i), Plaintiff

Melbourne Carr, individually and on behalf of the Estate of Rosalie Carr, hereby identifies fact

witnesses that he expects to call/may call at trial (in person or via preserved testimony) as

follows:

I.      The following individuals are present or past employees of one or more of the Defendants

        and whose identity and addresses are therefore known to them:

        a.      Stanley Horton

        b.      Meredith Fischer

        c.      Allen Heller

        d.      Edward Sypniewski

        e.      Franz Wingen

        f.      Reinhard Fesharek

        g.      Valentine Pascale

        h.      Thomas Chin

        i.      Valerie Pierpont

        j.      Denise Neal



FILED by _____ D.C.

**JAN 2 1 2010**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

k.      Margaret Foley

l.      John Lettieri

m.      Robert Harrison

n.      Pam Cyrus

o.      William Shank

P.      Marc Jensen

q.      Karen Denton

r.      Felix Monteagudo

s.      Ed Tucker

t.      Anita Shah

u.      Joseph Scheeren

v.      Michael Rozycki

w.      Jennifer Maurer

x.      Terry Taylor

y.      Steven Zaruby

z.      Jennifer Maurer

aa.     Paul McCarthy

bb.     Mitch Trujillo

cc.     Jeff Bova

dd.     Matt Skoronsky

ee.     Savaramakrishan Balakrishnan

ff.     Kuno Sprenger

gg.     Tomasz Dyszynski

      hh.    Michael Devoy

      ii.    Ernst Weidman

      jj.    Max Wegner

      kk.    Kemal Malik

      ll.    Katie Sheffield-Motika mm. George Holder

      nn.    Eleonora Goldberg

      oo.    Debra Hudgins

      pp.    Susan Johnston

      qq.    Hilda Dizon

      rr.    David Stocker

      ss.    Daniel Stamps

      tt.    Nahid Dolkhani

      uu.    Any other corporate representatives, persons most knowledgeable, persons with knowledge of relevant facts, employees and/or ex-employees of Bayer Corporation, Bayer A.G., and/or Bayer Healthcare Pharmaceuticals (or their successors) which are known or become known during the course of discovery.

II.    The following are other fact witnesses who the Plaintiff intends to call at trial:

      a.    Melbourne Carr
           2906 Summerlee Road
           Oak Hill, WV 25901

      b.    Darius Carr
           PO Box 478 N
           Oak Hill, WV 25901

      c.    Deborah Carr
           PO Box 478 N
           Oak Hill, WV 25901

    d.      William Powers, MD
              451 Stanaford Rd
              Beckley, WV 25801

    e.      Nestor Dans, MD
              2345 Chesterfield Ave. #230
              Charleston, WV 25304

    f.      Ali Suleiman, MD
              242 George St.
              Beckley, WV 25801

III.    The following are other fact witnesses who the Plaintiff may call if the need arises:

    a.      Steven McCormick, MD
              2930 Chesterfield Ave.
              Charleston, WV 25304

    b.      Palle K.S. Prabhakara Reddy, MD
              3508  Staunton Ave.
              Charleston, WV 25304

    c.      Jabran Karam
              1836 Harper Road East
              Beckley, WV 25801

    d.      Stacey Copeland, M.D.
              Joe J. White, Jr., MD
              Justin D. Cohen, MD
              Charleston Area Medical Center
              P.O. Box 1547
              Charleston, WV 25326

    e.      Doctors, nurses and staff at
              Charleston Area Medical Center
              P.O. Box 1547
              Charleston, WV 25326

    f.      Doctors, nurses and staff at
              Beckley KRH Hospital
              306 Stanaford Rd.
              Beckley, WV 25801

    g.      Doctors, nurses and staff at
              Raleigh General Hospital

1710 Harper Rd.
Brantley, WV 25801

h.      Doctors, nurses and staff at
        Fresenius Medical Care
        607 Fayette Square
        Oak Hill, WV 25901

i.      Malody Sumter
        108 Hufs Street
        Oak Hill, WV 25901

j.      Patricia Adkins
        112A Boley Street
        Oak Hill, WV 25901

k.      Bruce Carr
        1920 South Hill Dr
        Oak Hill, WV 25901

l.      Eugene Carr
        102 Laurance Avenue
        Oak Hill, WV 25901

m.      Jerrold Levy, M.D.
        Emory University Hospital
        1364 Clifton Road, NE
        Atlanta, GA 30322

n.      John H. Lemmer, Jr., M.D.
        The Oregon Clinic
        2222 North West Lovejoy Street Suite 315
        Portland, OR 97210

o.      Steven E. Hill, M.D.
        Duke Univ. Medical Center
        DUMC 3094
        Durham, NC 27710

p.      David Bull, M.D.
        University of Utah Hospital
        50 N Medical Dr
        Salt Lake City, UT 84132

q.      David A. Stump, PhD
        Dept. of Cardiothoracic Anesthesia

Wake Forest-Baptist Medical Center
Winston Salem, NC 27157

r.    Robert S. Poston, M.D.
      Boston Medical Center
      Robinson 402
      88 E. Newton St.
      Boston, MA 02118

s.    Peter K. Smith, M.D.
      Duke Univ. Medical Center DUMC 3442
      Durham, NC 27710-

t.    David Royston, M.D.
      Department of Anaesthetics
      Harefield Middlesex UB9 6JH
      United Kingdom

u.    Alexander Walker, PhD
      Harvard School of Public Health
      677 Huntington Avenue
      Kresge Building Room 908B
      Boston, MA 02115

v.    Bertram Pitt, M.D.
      The University of Michigan Medical Center
      Department of Internal Medicine
      Division of Cardiology
      1500 East Medical Center Dr.
      Ann Arbor, MI  48109-0366

w.    David C. Kress, M.D.
      St. Lukes Medical Center
      2901 W. Kinnickinnic River Parkway, Suite 511
      Milwaukee, WI 53215

x.    Doctors, nurses and staff at
      Hidden Valley Nursing Home
      422-23rd Street
      Oak Hill, WV  25901

        Plaintiff also designates the custodian of records of all medical providers who may testify, by way of Affidavit and/or deposition testimony, regarding authenticity, admissibility and reasonableness and necessity of medical charges.

        Any and all fact witnesses designated by any party herein.

Current and former employees of the FDA which were involved with the drug Trasylol.

All witnesses deposed in the Trasylol Multi District Litigation.

All witnesses deposed by time of trial by any party.

All Bayer sales representatives who called on Plaintiff's treating physician.

IV.     The Plaintiff specifically reserves the right to amend and supplement this list based on

continuing medical treatment, continuing discovery, and/or for good cause shown.

Respectfully Submitted,

By:

George M. Fleming
Texas Bar No. 07123000
Karen Beyea-Schroeder
Texas Bar No. 24054324
Aaron Heckaman
Texas Bar No. 24059920
1330 Post Oak Boulevard, Suite 3030
Houston, Texas 77056
Telephone: (713) 621-7944
Facsimile:  (713) 621-9638

**COUNSEL FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2010, I filed the foregoing document with the Clerk of the Court using overnight mail.  I also certify that the foregoing document is being served this day on the following counsel of record in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or by mailing the same to the offices of said counsel by United States mail, postage prepaid.

Karen Beyea-Schroeder

Steven E. Derringer
Email:  steven.derringer@bartlit-beck.com
**BARTLIT BECK HERMAN PALENCHAR
    & SCOTT LLP**
54 West Hubbard, Suite 300
Chicago, IL 60610
Telephone:  312-494-4400
Facsimile:  312-494-4440
***Defendants Co-Lead Counsel and
Attorney for Defendants Bayer Corporation,
Bayer Healthcare Pharmaceuticals, Inc.,
Bayer Healthcare LLC, Bayer AG, and Bayer
Healthcare AG***

Eugene A. Schoon
Email:  eschoon@sidley.com
**SIDLEY AUSTIN LLP**
One South Dearborn
Chicago, IL 60603
Telephone:  312-853-7000
Facsimile:  312-853-7036
***Defendants Co-Lead Counsel and
Attorney for Defendants Bayer Corporation,
Bayer Healthcare Pharmaceuticals, Inc.,
Bayer Healthcare LLC, Bayer AG, and Bayer
Healthcare AG***

Alan G. Schwartz
Email: aschwartz@wiggin.com
**WIGGIN AND DANA LLP**
One Century Tower
P.O. Box 1832
New Haven, CT 06508-1832
Telephone:  203-498-4400
Facsimile:  203-782-2889
***Defendants Co-Lead Counsel and
Attorney for Defendants Bayer Corporation
and  Bayer Healthcare Pharmaceuticals, Inc.***

Richard K. Dandrea, Esq.
Email:  rdandrea@eckertseamans.com
**ECKERT SEAMANS CHERIN & MELLOTT,
LLC**
U.S. Steel Tower
600 Grant Street, 44th Floor
Pittsburgh, PA 15219
Telephone:  412-566-6000
Facsimile:  412-566-6099
***Defendants Co-Lead Counsel and
Attorney for Defendants Bayer Corporation,
Bayer Healthcare Pharmaceuticals, Inc.,
Bayer Healthcare LLC, Bayer AG, and Bayer
Healthcare AG***