# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

STEVEN M. LARIMORE
Court Administrator • Clerk of Court



January 22, 2010

United States District Court
District of Connecticut

RE:    MDL No. 1928
        Our Case #    08-md-1928 In Re: Trasylol Products Liability Litigation
        Your Case No. See attached Schedule for Connecticut Cases

Dear Clerk:

Attached is a certified copy of the order from the Judicial Panel on Multidistrict Litigation (MDL Panel) transferring the above entitled action to the Southern District of Florida. This case will be directly assigned to the Honorable Donald M. Middlebrooks.

Please proceed to close the case(s) in your district and initiate the civil case transfer functionality in CM/ECF. We will initiate the procedure to retrieve the transferred cases(s) upon receipt of the e-mail. If your court does not utilize the CM/ECF transfer functionality, please forward the court file (including originating Complaint or Notice of Removal, any amendments, docket sheet, and MDL Conditional Transfer **Order-34**) as PDF documents to the Southern District of Florida via electronic mail at: mdl@flsd.uscourts.gov.

STEVEN M. LARIMORE
Clerk of Court

     s/ Gracie Gomez
by: _____
     MDL Clerk

Encl.

---

| ☐400 N. Miami Avenue | ☐299 E. Broward Boulevard | ☐701 Clematis Street | ☐301 Simonton Street | ☐300 S. Sixth Street |
|---|---|---|---|---|
| Room 8N09 | Room 108 | Room 402 | Room 130 | Ft. Pierce, FL 34950 |
| Miami, FL 33128 | Ft. Lauderdale, FL 33301 | W. Palm Beach, FL 33401 | Key West, FL 33040 | 772-595-9691 |
| 305-523-5100 | 954-769-5400 | 561-803-3400 | 305-295-8100 | |

IN RE: TRASYLOL PRODUCTS LIABILITY LITIGATION                                    MDL No. 1928

SCHEDULE CTO-34 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**          **CASE CAPTION**

ARKANSAS EASTERN
  ARE  5   09-287          Edwin Stovesand, etc. v. Bayer Corp., et al.

CALIFORNIA CENTRAL
  CAC  2   09-8020         Joann Quinlan, et al. v. Bayer Corp., et al.

CONNECTICUT
  CT  3   09-1595          Peggy Trawick, et al. v. Bayer Schering Pharma AG, et al.
  CT  3   09-1652          Courtney Stearns, et al. v. Bayer Corp., et al.
  CT  3   09-1653          Jon Bretzinger, etc. v. Bayer Schering Pharma AG, et al.
  CT  3   09-1654          Pearlie C. Barfield, et al. v. Bayer Corp., et al.
  CT  3   09-1655          Linda G. Jones, etc. v. Bayer Corp., et al.
  CT  3   09-1656          James McElroy, et al. v. Bayer Corp., et al.
  CT  3   09-1657          Jewel Baldwin, et al. v. Bayer Corp., et al.
  CT  3   09-1682          Wayne W. Seeley, et al. v. Bayer Corp., et al.
  CT  3   09-1683          Lanie Ruth Davis Morris, etc. v. Bayer Corp., et al.
  CT  3   09-1684          Lawrence Maxson v. Bayer Corp., et al.
  CT  3   09-1685          Terry Migdal, etc. v. Bayer Corp., et al.
  CT  3   09-1686          Betty Hicks, etc. v. Bayer Corp., et al.
  CT  3   09-1687          Lisa Meyers, etc. v. Bayer Corp., et al.
  CT  3   09-1711          Pamela Watkinson, etc. v. Bayer Schering Pharma AG, et al.
  CT  3   09-1712          John McGuire, etc. v. Bayer Schering Pharma AG, et al.
  CT  3   09-1713          Donald Brown, etc. v. Bayer Schering Pharma AG, et al.
  CT  3   09-1714          Suzanne Moyer, et al. v. Bayer Corp., et al.
  CT  3   09-1715          Vietta Ratliff, etc. v. Bayer Schering Pharma, AG, et al.
  CT  3   09-1742          Hunter Smith v. Bayer Corp., et al.
  CT  3   09-1743          Martha DuBose, etc. v. Bayer Corp., et al.
  CT  3   09-1744          Edna L. Carey, etc. v. Bayer Corp., et al.
  CT  3   09-1745          Sally Kealy, etc. v. Bayer Corp., et al.
  CT  3   09-1763          John Fitzherbert, et al. v. Bayer Corp., et al.
  CT  3   09-1764          Shelma Primeau, et al. v. Bayer Schering Pharma AG, et al.
  CT  3   09-1765          Owen L. Bloodworth, etc. v. Bayer Corp., et al.
  CT  3   09-1792          Robert Hinton, et al. v. Bayer Schering Pharma AG, et al.
  CT  3   09-1793          Janis Hargrove, et al. v. Bayer Corp., et al.
  CT  3   09-1794          John Redgren, et al. v. Bayer Schering Pharma AG, et al.
  CT  3   09-1795          Martha Shepard, etc. v. Bayer Corp., et al.
  CT  3   09-1796          Dale Cody, et al. v. Bayer Corp., et al.
  CT  3   09-1797          Salvador Parra, Jr., et al. v. Bayer Schering Pharma AG, et al.

**MDL No. 1928 - Schedule CTO-34 Tag-Along Actions (Continued)**

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|
| CT | 3 | 09-1798 | James Sharp, etc. v. Bayer Corp., et al. |
| CT | 3 | 09-1799 | Thomas Brown, et al. v. Bayer Schering Pharma AG, et al. |
| CT | 3 | 09-1800 | Margie Harbison, et al. v. Bayer Schering Pharma AG, et al. |
| CT | 3 | 09-1801 | Michael Roberts, etc. v. Bayer Corp., et al. |
| CT | 3 | 09-1802 | Ronald Burns v. Bayer Schering Pharma AG, et al. |
| CT | 3 | 09-1803 | Viola Drescher, etc. v. Bayer Corp., et al. |
| CT | 3 | 09-1810 | Jeffrey Compton, et al. v. Bayer Schering Pharma AG, et al. |
| CT | 3 | 09-1811 | Michael Paul Kirkpatrick, et al. v. Bayer Schering Pharma AG, et al. |
| CT | 3 | 09-1812 | Barbara H. Seger, et al. v. Bayer Corp., et al. |
| CT | 3 | 09-1813 | Margaret McDaniel, etc. v. Bayer Schering Pharma AG, et al. |
| CT | 3 | 09-1814 | Debra Johnson, etc. v. Bayer Schering Pharma AG, et al. |
| CT | 3 | 09-1815 | Phyllis Benford, et al. v. Bayer Corp., et al. |
| CT | 3 | 09-1816 | Emile R. Laversin, et al. v. Bayer Corp., et al. |
| CT | 3 | 09-1820 | Mariella Brandon, et al. v. Bayer Corp., et al. |
| CT | 3 | 09-1843 | Jane Monahan, etc. v. Bayer Corp., et al. |
| CT | 3 | 09-1870 | Melissa Gandy, et al. v. Bayer Corp., et al. |
| CT | 3 | 09-1871 | Lindie Hendrix, et al. v. Bayer Schering Pharma AG, et al. |
| CT | 3 | 09-1967 | Penny White, et al. v. Bayer Schering Pharma AG, et al. |
| CT | 3 | 09-1968 | Charlotte Boshell v. Bayer Schering Pharma AG, et al. |
| CT | 3 | 09-1969 | Gilbert Fooden, etc. v. Bayer Corp., et al. |
| CT | 3 | 09-1970 | Nina Starr, et al. v. Bayer Schering Pharma AG, et al. |
| CT | 3 | 09-1971 | Carmine Melignano v. Bayer Corp., et al. |
| CT | 3 | 09-1972 | Natalie Baird v. Bayer Corp., et al. |
| CT | 3 | 09-1984 | Glen Cash, et al. v. Bayer Corp., et al. |
| CT | 3 | 09-1985 | Linda Hampton, etc. v. Bayer Corp., et al. |
| CT | 3 | 09-1986 | Jerry Justice, etc. v. Bayer Schering Pharma AG, et al. |
| CT | 3 | 09-1987 | Eva Roberts, et al. v. Bayer Corp., et al. |
| CT | 3 | 09-1988 | Mary D. Quirk, et al. v. Bayer Corp., et al. |

MISSOURI EASTERN
| MOE | 4 | 09-2020 | Louis Argento, et al. v. Bayer Corp., et al. |

(above row struck through)

NEW JERSEY
| NJ | 2 | 09-5561 | Charles Edward Mershon, et al. v. Bayer Corp., et al. |
| NJ | 2 | 09-5562 | Tracy Scott Chandler, et al. v. Bayer Corp., et al. |
| NJ | 2 | 09-5563 | Nora L. Phillips v. Bayer Corp., et al. |
| NJ | 2 | 09-5564 | Katherine Wingard, etc. v. Bayer Corp., et al. |
| NJ | 2 | 09-5565 | Carolyn Hudenals, etc. v. Bayer Corp., et al. |

OKLAHOMA NORTHERN
| OKN | 4 | 09-695 | Frederick E. Lamport, Jr. v. Bayer Corp., et al. |

**MDL No. 1928 - Schedule CTO-34 Tag-Along Actions (Continued)**

**DIST. DIV. C.A. #**          **CASE CAPTION**

PENNSYLVANIA MIDDLE
  PAM  4     09-2096          Vera J. Schalles, etc. v. Bayer Corp., et al.

TEXAS NORTHERN
  TXN  3     09-2090          Howard Howle, et al. v. Bayer Corp., et al.
  TXN  3     09-2091          Ronald Edward, et al. v. Bayer Corp., et al.

TEXAS SOUTHERN
  TXS  4     09-3564          Joseph Barlow, et al. v. Bayer Corp., et al.
  TXS  4     09-3572          Harry B. Barnes, et al. v. Bayer Corp., et al.
  TXS  4     09-3581          Scott A. Batten, et al. v. Bayer Corp., et al.
  TXS  4     09-3585          Sharon Bretz, et al. v. Bayer Corp., et al.
  TXS  4     09-3586          Tony Pettit, et al. v. Bayer Corp., et al.
  TXS  4     09-3588          Mary Boutte, et al. v. Bayer Corp., et al.
  TXS  4     09-3589          Ann Avallon, et al. v. Bayer Corp., et al.
  TXS  4     09-3590          Maria Destefano-Olmos, et al. v. Bayer Corp., et al.
  TXS  4     09-3591          Pauline Lackman, et al. v. Bayer Corp., et al.
  TXS  4     09-3592          George Chachere, et al. v. Bayer Corp., et al.
  TXS  4     09-3593          Norma J. Schmid, et al. v. Bayer Corp., et al.
  TXS  4     09-3594          Meryl Lowe, et al. v. Bayer Corp., et al.
  TXS  4     09-3595          Printella L. Adams, et al. v. Bayer Corp., et al.
  TXS  4     09-3596          Phil Kaplan, et al. v. Bayer Corp., et al.
  TXS  4     09-3972          Henry Scott, et al. v. Bayer Corp., et al.

WEST VIRGINIA SOUTHERN
  WVS  3    09-1147           James Foster Mathis, et al. v. Bayer Corp., et al.