UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

IN RE TRASYLOL PRODUCTS LIABILITY
LITIGATION – MDL-1928

This Document Relates to All Actions.

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE THEIR OPPOSITION TO BAYER'S MOTION TO EXCLUDE TESTIMONY OF PLAINTIFFS' EXPERT CURT D. FURBERG, M.D., PH.D. AND BRIEF IN SUPPORT THEREOF**

Plaintiffs respectfully move for the entry of an Order granting an extension of time for Plaintiffs to file their Opposition to Bayer's Motion to Exclude Testimony of Plaintiffs' Expert Curt D. Furberg, M.D., Ph.D. and Brief in Support Thereof. The agreed upon extension will change no other deadlines other than Bayer's reply date, and will have no impact on any trial settings.

Currently, Plaintiffs' deadline to file their Opposition is January 26, 2009. Bayer's Motion, while filed timely, was filed under seal and Plaintiffs did not receive a copy until three days after the Motion and Brief were filed. Accordingly, Plaintiffs respectfully request the Court extend Plaintiffs' time to file their Opposition to January 29, 2010, and extend Bayer's time to file its Reply, if any, to February 11, 2010. Bayer has agreed to the proposed modest changes in deadlines.

**GOOD FAITH CERTIFICATION**

Counsel for Plaintiffs hereby certifies that he has made reasonable efforts to confer in good faith with all parties or non-parties who may be affected by the relief sought in this motion,

and is authorized to represent to the Court that Defendants have no objection to the relief requested.

## CONCLUSION

For the foregoing reasons, Plaintiffs request the Court enter the attached Order extending the deadlines for Plaintiffs to file their Opposition and Bayer to file its Reply.

DATED:  January 22, 2010

Respectfully submitted,

/s/_____
Theodore Babbitt (Florida Bar No. 91146)
Email: tedbabbitt@babbitt-johnson.com
Joseph Osborne (Florida Bar No. 880043)
Email: JAOsborne@babbitt-johnson.com
Babbitt, Johnson, Osborne
& LeClainche, P.A.
1450 Centrepark Blvd., Suite 100
West Palm Beach, FL 33401
Telephone: (561) 684-2500
Facsimile:  (561) 684-6308

*Liaison Counsel for Plaintiffs and Plaintiffs'*
*Steering Committee*

## CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2010, I caused the foregoing document to be electronically filed with the Clerk of the Court, and served upon all counsel of record authorized to receive electronic Notices of Filing via the CM/ECF system.

/s/_____
Theodore Babbitt (Florida Bar No. 91146)