**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON**

**IN RE TRASYLOL PRODUCTS LIABILITY LITIGATION – MDL-1928**

**This Document Relates to All Actions.**

# COMPENDIUM OF EXHIBITS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO BAYER'S MOTION TO EXCLUDE TESTIMONY OF PLAINTIFFS' EXPERT MARK J.S. HEATH, M.D. AND BRIEF IN SUPPORT THEREOF

TO THE HONORABLE JUDGE OF SAID COURT:

**COME NOW**, Plaintiffs in the above styled cause and file this Compendium of Exhibits and show as follows:

**I.**

This Compendium of Exhibits is filed in support of Plaintiffs' Opposition to Bayer's Motion to Exclude Testimony of Plaintiffs' Expert Mark J.S. Heath, M.D. and Brief in Support Thereof.

**II.**

Attached hereto are true and correct copies of the following:

Exhibit A: Expert Report of Mark J.S. Heath, M.D. (hereinafter "Heath Report").

Exhibit B: Excerpts from the Deposition of Mark J.S. Heath, M.D. (hereinafter "Heath Depo").

Exhibit C: Excerpts from the Deposition of Donald Williams, M.D. (hereinafter "Williams Depo").

Exhibit D: Expert Report of Donald Williams, M.D. (hereinafter "Williams Report").

Exhibit E: Food and Drug Administration (2007-11-05),"FDA Requests Market Suspension of Trasylol", Press Release.

DATED: January_25_, 2010.

Respectfully submitted,

/s/ ________________________________

Theodore Babbitt (Florida Bar No. 91146)
Email: tedbabbitt@babbitt-johnson.com
Joseph Osborne (Florida Bar No. 880043)
Email: JAOsborne@babbitt-johnson.com
Babbitt, Johnson, Osborne
& LeClainche, P.A.
1641 Worthington Road, Suite 100
West Palm Beach, FL 33409
Telephone: (561) 684-2500
Facsimile: (561) 684-6308

***Liaison Counsel for Plaintiffs and Plaintiffs' Steering Committee***

**CERTIFICATE OF SERVICE**

I hereby certify that on January _25_, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel or records or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

/s/__________________________________
Theodore Babbitt
Florida Bar No. 0091146

**SERVICE LIST**
**In re Trasylol Products Liability Litigation – MDL-1928**
**Case No. 08-MD-1928-MIDDLEBROOKS/JOHNSON**
**United States District Court**
**Southern District of Florida**


James R. Ronca
Email: jronca@anapolschwartz.com
**ANAPOL, SCHWARTZ, WEISS, COHAN, FELDMAN & SMALLEY, P.C.**
1710 Spruce Street
Philadelphia, PA 19103
Telephone: 215-735-1130
Facsimile: 215-875-7758
***Plaintiffs' Steering Committee/Co-Lead Counsel***

Scott A. Love
Email: slove@triallawfirm.com
**CLARK, DEAN & BURNETT, G.P.**
440 Louisiana #1600
Houston, TX 77002
Telephone: 713-757-1400
Facsimile: 713-759-1217
***Plaintiffs' Steering Committee/Co-Lead Counsel***

Theodore Babbitt
Email: tedbabbitt@babbitt-johnson.com
Joseph A. Osborne
Email: JAOsborne@babbitt-johnson.com
**BABBITT JOHNSON OSBORNE & LECLAINCHE, P.A.**
1641 Worthington Road., Suite 100
West Palm Beach, FL 33409
Telephone: 561-684-2500
Facsimile: 561-684-6308
***Liaison Counsel for Plaintiffs and Plaintiffs' Steering Committee***

Brian H. Barr
Email: bbarr@levinlaw.com
**LEVIN PAPANTONIO THOMAS MITCHELL ECHSNER & PROCTOR PA**
316 S. Baylen St., Suite 600
Pensacola, FL 32502
Telephone: 850-435-7000
Facsimile: 850-435-7020
***Plaintiffs' Steering Committee***

Doug Monsour
Email: doug@monsourlawfirm.com
**THE MONSOUR LAW FIRM**
P.O. Box 4209
Longview, TX 75606
Telephone: 903-758-5757
Facsimile: 903-230-5010
***Plaintiffs' Steering Committee***

Marc Jay Bern
Email: mjbern@napolibern.com
**NAPOLI BERN RI[PKA LLP**
115 Broadway, 12th Floor
New Nyork, NY 10006
Telephone: 212-267-34700
Facsimile: 212-587-0031
***Plaintiffs' Steering Committee***

Brian Turner
Email: bturner@cwcd.com
**CORY WATSON CROWDER & DEGARIS**
2131 Magnolia Ave.
Birmingham, AL 35205
Telephone: 205-328-2200
Facsimile: 205-324-7896
***Plaintiffs' Steering Committee***

Fred Thompson
Email: fthompson@motleyrice.com
**MOTLEY RICE LLC**
P.O. Box 1792
Mt. Pleasant, SC 29405
Telephone: 843-316-9000
Facsimile: 843-216-9440
***Plaintiffs' Steering Committee***

Joseph P. Danis
Email: jdanis@careydanis.com
**CAREY AND DANIS, LLC**
8235 Forsyth Blvd., Suite 1100
St. Louis, MO 63105
Telephone: 314-725-7700
Facsimile: 314-721-0905
***Plaintiff Steering Committee***

Daniel E. Becnel, Jr.
Email: dbecnel@becnellaw.com
Matthew Moreland
Email: mmoreland@becnellaw.com
Kristie Holm
Email: kholm@becnellaw.com
**BECNEL LAW FIRM, LLC**
P.O. Drawer H
Reserve, LA 70084
Telephone: 985-536-1186
Facsimile: 985-536-6445
***Attorney for Plaintiffs***

Neil D. Overholtz
Email: noverholtz@awkolaw.com
**ALYSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC**
803 North Palafox Street
Pensacola, FL 32501
Telephone: 850-916-7450
Facsimile: 850-916-7449
***Plaintiffs' Steering Committee***

David Matthews
Email: dmatthews@thematthewslawfirm.com
**MATTHEWS & ASSOCIATES**
2905 Sackett Street
Houston, TX 77098
Telephone: 713-222-8080
Facsimile: 713-535-7184
***Plaintiffs' Steering Committee***

Neal Moskow
Email: neal@urymoskow.com
**URY & MOSKOW, LLC**
883 Black Rock Turnpike
Fairfield, CT 06825
Telephone: 203-610-6393
Facsimile: 203-610-6399
***Plaintiff Steering Committee/ Federal-State Liaison***

James J. McHugh, Jr.
Email: jmchugh@lopezmchugh.com
**LOPEZ-MCHUGH LLP**
1123 Admiral Peary Way
Philadelphia, PA 19112
Telephone: 215-952-6910
Facsimile: 215-952-6914
***Attorney for Plaintiffs***

Martin D. Crump
Email: martincrump@davisandfeder.com
**DAVIS & FEDER PA**
1712 15th St., Suite 300
P.O. Drawer 6829
Gulfport, MS 39506
Telephone: 228-863-6000
Facsimile:
***Attorney for Plaintiffs***

C. Andrew Childers
Email: achilders@cbsfirm.com
**CHILDERS BUCK & SCHLUETER LLP**
260 Peachtree St., Suite 1601
Atlanta, GA 30303
Telephone: 404-419-9500
Facsimile: 404-419-9501
***Attorney for Plaintiffs***

Barry Hill
Email: bhill@htwlaw.us
**HILL WILLIAMS PLLC**
89 12th Street
Wheeling, WV 26003
Telephone: 304-233-4966
Facsimile: 304-233-4969
***Attorney for Plaintiffs***

Ernest Cory
Email: ecory@cwcd.com
**CORY WATSON CROWDER & DEGARIS**
2131 Magnolia Ave.
Birmingham, AL 35205
Telephone: 205-328-2200
Facsimile: 205-324-7896
***Attorney for Plaintiffs***

Elizabeth Ellis Chambers
Email: bellis@cwcd.com
**CORY WATSON CROWDER & DEGARIS**
2131 Magnolia Ave.
Birmingham, AL 35205
Telephone: 205-328-2200
Facsimile: 205-324-7896
***Attorney for Plaintiffs***

Lee Coleman
Email: lcoleman@hughesandcoleman.com
**HUGHES & COLEMAN**
444 James Robertson Pkwy, Suite 201
Nashville, TN 37219
Telephone: 856-523-9192
Facsimile:
***Attorney for Plaintiffs***

Howard T. Dulmage
Email: hdulmage@mhn-law.com
**MCCORMICK HANCOCK & NEWTON**
1900 West Loop South, Suite 700
Houston, TX 77027
Telephone: 713-297-0700
Facsimile: 713-297-0710
***Attorney for Plaintiffs***

Kevin R. Boyle
Email: boyle@psandb.com
**PANISH SHEA & BOYLE LLP**
11111 Santa Monica Blvd., Suite 700
Los Angeles, CA 90025
Telephone: 310-477-1700
Facsimile: 310-477-1699
***Attorney for Plaintiffs***

Paul J. Napoli
Email: pnapoli@napolibern.com
**NAPOLI BERN & ASSOCIATES LLP**
3500 Sunrise Highway, Suite T-207
Great River, NY 11739
Telephone: 631-224-1133
Facsimile: 631-224-4774
***Attorney for Plaintiffs***

Christopher R. LoPalo
Email: clopalo@napolibern.com
**NAPOLI BERN & ASSOCIATES LLP**
3500 Sunrise Highway, Suite T-207
Great River, NY 11739
Telephone: 631-224-1133
Facsimile: 631-224-4774
***Attorney for Plaintiffs***

Gregg A. Anderson
Email: gregg@terrybryant.com
**TERRY BRYANT LLP**
8584 Katy Fwy., Suite 100
Houston, TX 77024
Telephone: 713-973-8888
Facsimile: 713-973-1188
***Attorney for Plaintiffs***

Jeffrey B. Sussman
Email: jbs@ssrlaw.com
**SUSSMAN SELIG & ROSS**
One East Wacker Drive, Suite 3650
Chicago, IL 60601
Telephone: 312-977-4000
Facsimile:
***Attorney for Plaintiffs***

John D. Goldsmith
Email: jgoldsmith@trenam.com
**Trenam Kemker Scharf Barkin Frye O'Neill & Mullis PA**
101 E. Kennedy Blvd., Suite 2700
Tampa, FL 33602
Telephone: 813-223-7474
Facsimile: 813-229-6553
***Attorney for Plaintiffs***

Amy L. Drushal
Email: aldrushal@trenam.com
Trenam Kemker Scharf Barkin Frye O'Neill & Mullis PA
101 E. Kennedy Blvd., Suite 2700
Tampa, FL 33602
Telephone: 813-223-7474
Facsimile: 813-229-6553
***Attorney for Plaintiffs***

Leonard S. Sands
Email: sandslaw@gte.net
**SANDS & ASSOCIATES**
9606 Santa Monica Blvd., 3d Floor
Beverly Hills, CA 90210
Telephone: 310-859-6644
Facsimile: 310-492-0397
***Attorney for Plaintiffs***

Rachel Abrams
Email: rabrams@lskg-law.com
**LEVIN SIMES KAISER & GORNICK, LLP**
44 Montgomery Street, 36th Floor
San Francisco, CA 94104
Telephone: 415-646-7160
Facsimile: 415-981-1270
***Attorney for Plaintiffs***

Michael A. Kelly
Email: mkelly@walkuplawoffice.com
**WALKUP MELODIA KELLY WECHT & SCHOENBERGER**
650 California St., 26th Floor
San Francisco, CA 94108
Telephone: 415-981-7210
Facsimile: 415-391-6965
***Attorney for Plaintiffs***

Emily C. Wecht
Email: ewecht@walkuplawoffice.com
**WALKUP MELODIA KELLY WECHT & SCHOENBERGER**
650 California St., 26th Floor
San Francisco, CA 94108
Telephone: 415-981-7210
Facsimile: 415-391-6965
***Attorney for Plaintiffs***

Mitchell Lee Lundeen
Email: mitchelllundeen@georgehartz.com
**GEORGE HARTZ LUNDEEN FLAGG & FULMER**
4800 Le Jeune Road
Coral Gables, FL 33146
Telephone: 305-662-4800
Facsimile: 305-667-8015
***Attorney for Plaintiffs***

John J. Carey
Email: jcarey@careydanis.com
**CAREY & DANIS LLC**
8235 Forsyth Boulevard, Suite 1100
St. Louis, MO 63105
Telephone: 314-725-7700
Facsimile: 314-721-0905
***Attorney for Plaintiffs***

Corey D. Sullivan
Email: jcarey@careydanis.com
**CAREY & DANIS LLC**
8235 Forsyth Boulevard, Suite 1100
St. Louis, MO 63105
Telephone: 314-725-7700
Facsimile: 314-721-0905
***Attorney for Plaintiffs***

James D. Sill
Email: James.Sill@sillmedleylaw.com
Matt Sill
Email: matt.sill@sillmedleylaw.com
**SILL & MEDLEY LAWYERS**
725 NW 11th
Oklahoma City, OK 73103
Telephone: 405-604-5953
Facsimile: 405-604-9775
***Attorney for Plaintiffs***

Edward Parr
Email: tedparr@urymoskow.com
**URY & MOSKOW, LLC**
883 Black Rock Turnpike
Fairfield, CT 06825
Telephone: 203-610-6393
Facsimile: 203-610-6399
***Attorney for Plaintiffs***

John Scarola
Email: mep@searcylaw.com
**SEARCY DENNEY SCAROLA BARNHART & SHIPLEY**
2139 Palm Beach Lakes Boulevard
PO Drawer 3626
West Palm Beach, FL 33402-3626
Telephone: 561-686-6300
Facsimile: 561-684-5816
***Attorney for Plaintiffs***

Dawn M. Chmielewski
Email: dxchmi@climacolaw.com
**CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO LPA**
55 Public Square
Suite 1950
Cleveland, OH 44113
Telephone: 216-621-8484
Facsimile: 216-771-1632
***Attorney for Plaintiffs***

John R. Climaco
Email: jrclim@climacolaw.com
**CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO LPA**
55 Public Square
Suite 1950
Cleveland, OH 44113
Telephone: 216-621-8484
Facsimile: 216-771-1632
***Attorney for Plaintiffs***

Terri A. Lightner
Email: tlightner@walkuplawoffice.com
**CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI CO LPA**
55 Public Square
Suite 1950
Cleveland, OH 44113
Telephone: 216-621-8484
Facsimile: 216-771-1632
***Attorney for Plaintiffs***

Khaldoun Baghdadi
Email: kbaghdadi@walkuplawoffice.com
**WALKUP MELODIA KELLY WECHT & SCHOENBERGER**
650 California St., 26th Floor
San Francisco, CA 94108
Telephone: 415-981-7210
Facsimile: 415-391-6965
***Attorney for Plaintiffs***

Jeffrey J. Lowe
Email: jeff@jefflowepc.com
**JEFF LOWE PC**
8235 Forsyth Boulevard
Suite 1100
St. Louis, MO 63105
Telephone: 314-678-3400
Facsimile: 314-678-3401
***Attorney for Plaintiffs***

Robert Craig McLaughlin
Email: rmclaughlin@elkandelk.com
**ELK & ELK CO LPA**
6110 Parkland Boulevard
Suite 100
Mayfield Heights, OH 44124
Telephone: 440-246-6576
Facsimile: 440-442-7944
***Attorney for Plaintiffs***

K. Lea Morris Turtle
Email: lea.morris@levinlaw.com
**LEVIN PAPANTONIO THOMAS MITCHELL ECHSNER & PROCTER**
316 S Baylen Street
Suite 600
Pensacola, FL 32502
Telephone: 850-435-7033
Facsimile: 850-436-6033
***Attorney for Plaintiffs***

Brian Panish
Email: panish@psandb.com
**PANISH SHEA & BOYLE LLP**
11111 Santa Monica Blvd., Suite 700
Los Angeles, CA 90025
Telephone: 310-477-1700
Facsimile: 310-477-1699
***Attorney for Plaintiffs***

Mark E. Burton, Jr.
Email: mburton@hershlaw.com
**HERSH & HERSH**
601 Van Ness Avenue
Suite 2080
San Francisco, CA 94102
Telephone: 415-441-5544
Facsimile: 415-441-7586
***Attorney for Plaintiffs***

Nancy Hersh
Email: nhersh@hershlaw.com
**HERSH & HERSH**
601 Van Ness Avenue
Suite 2080
San Francisco, CA 94102
Telephone: 415-441-5544
Facsimile: 415-441-7586
***Attorney for Plaintiffs***

Robert F. Clarke
Email: bobc@phillipslaw.ws
**PHILLIPS & ASSOCIATES**
3030 North Third Street , Suite 1100
Phoenix, AZ 85012
Telephone: 602-258-8900 x328
Facsimile: 602-288-1632
***Attorney for Plaintiffs***

Lowell W. Finson
Email: lowellf@phillipslaw.ws
**PHILLIPS & ASSOCIATES**
3030 N Third St, Ste 1100
Phoenix, AZ 85012
Telephone: 602-258-8900 x295
Facsimile: 602-288-1632
***Attorney for Plaintiffs***

Thomas R. Anapol
Email: tanapol@anapolschwartz.com
**Anapol, Schwartz, Weiss, Cohan, Feldman & Smalley, P.C.**
1710 Spruce Street
Philadelphia, PA 19103
Telephone: 856-482-1600
Facsimile:
***Attorney for Plaintiffs***

Julia Wyman
Email: julia@urymoskow.com
**URY & MOSKOW, LLC**
883 Black Rock Turnpike
Fairfield, CT 06825
Telephone: 203-610-6393
Facsimile: 203-610-6399
***Attorney for Plaintiffs***

Bradley C. West
Email: brad@thewestlawfirm.com
**THE WEST LAW FIRM**
124 W. Highland – P.O. Box 698
Shawnee, Oklahoma 74802
Telephone: 405-275-0040
Facsimile: 405-275-0052
***Attorney for Plaintiffs***

Gregg W. Luther
Email: gregg@thewestlawfirm.com
**THE WEST LAW FIRM**
124 W. Highland – P.O. Box 698
Shawnee, Oklahoma 74802
Telephone: 405-275-0040
Facsimile: 405-275-0052
***Attorney for Plaintiffs***

Terry W. West
Email: terry@thewestlawfirm.com
**THE WEST LAW FIRM**
124 W. Highland – P.O. Box 698
Shawnee, Oklahoma 74802
Telephone: 405-275-0040
Facsimile: 405-275-0052
***Attorney for Plaintiffs***

Michael T. Gallagher
Email: mike@gld-law.com
Shawna Fugate
Email: shawnaf@gld-law.com
**THE GALLAGHER LAW FIRM**
2905 Sackett Street
Houston, Texas 77098
Telephone: 713-222-8080
Facsimile: 713-222-0066
***Attorney for Plaintiffs***

Thomas P. Cartmell
Email: tcartmell@wellp.com
**WAGSTAFF & CARTMELL, LLP**
4740 Grand Avenue, Suite 300
Kansas City, Missouri 64112
Telephone: 816-701-1100
Facsimile: 816-531-2372
***Attorney for Plaintiffs***

Thomas J. Preuss
Email: tpjpreuss@wellp.com
**WAGSTAFF & CARTMELL, LLP**
4740 Grand Avenue, Suite 300
Kansas City, Missouri 64112
Telephone: 816-701-1100
Facsimile: 816-531-2372
***Attorney for Plaintiffs***

Gerald B. Taylor
Email: jerry@geraldbtaylor.com
**THE TAYLOR LAW FIRM**
7208 Fairwoods Place
Montgomery, Alabama 36117
Telephone: 334-775-1025
Facsimile: 334-775-1022
***Attorney for Plaintiffs***

J. Pal Sizemore
Email: psizemore@girardikeese.com
Jennifer Lenze
Email: jlenze@girardikeese.com
**GIRARDI & KEESE**
1126 Wilshire Blvd.
Los Angeles, CA 90017
Telephone: 213-977-0211
Facsimile: 213-481-1554
***Attorney for Plaintiffs***

Steven R. Maher
Email: smaher@maherlawfirm.com
**MAHER, GUILEY AND MAYER, PA**
631 West Morse Blvd., Suite 200
Winter Park, FL 32789
Telephone: 407-839-0866
Facsimile: 407-425-7958
***Attorney for Plaintiffs***

Heleni E. Suydam
Email: sandslaw@gte.net
**SANDS & ASSOCIATES**
3rd Floor
9606 Santa Monica Blvd.
Beverly Hills, CA 90210
Telephone: 310-859-6644
Facsimile: 310-492-0397
***Attorney for Plaintiffs***

Leonard S. Sands
Email: sandslaw@gte.net
**SANDS & ASSOCIATES**
3rd Floor
9606 Santa Monica Blvd.
Beverly Hills, CA 90210
Telephone: 310-859-6644
Facsimile: 310-492-0397
***Attorney for Plaintiffs***

David F. Walbert
Email: dwalbert@pcwlawfirm.com
**PARKS CHESIN & WALBERT**
75 14th Street NE
26th Floor
Atlanta, GA 30309
Telephone: 404-873-8000
Facsimile: 404-873-8050
***Attorney for Plaintiffs***

H.F. Salsberry
Email: hsalsberry@baileysnyder.com
**BAILEY & GLASSER, LLP**
227 Capitol Street
Charleston, WV 25301
Telephone: 304-345-6555
Facsimile: 304-342-1110
***Attorney for Plaintiffs***

G. Christopher Olson
Email: colson@martinandjones.com
**JONES MARTIN PARRIS & TESSNER LAW OFFICES, PLLC**
410 Glenwood Avenue
Suite 200
Raleigh, NC 27603
Telephone: 919-821-0005
Facsimile: 919-863-6081
***Attorney for Plaintiffs***

Allan Leroy Parks, Jr.
Email: lparks@pcwlawfirm.com
**PARKS CHESIN & WALBERT**
75 14th Street NE
26th Floor
Atlanta, GA 30309
Telephone: 404-873-8000
Facsimile: 404-873-8050
***Attorney for Plaintiffs***

Eric B. Snyder
Email: esnyder@baileysnyder.com
**BAILEY & GLASSER, LLP**
227 Capitol Street
Charleston, WV 25301
Telephone: 304-345-6555
Facsimile: 304-342-1110
***Attorney for Plaintiffs***

Leslie Ann Caldwell
Email: lac@lusklaw.com
**LUSK, LUSK, DOWDY & CALDWELL, PC**
2100 Highlan Avenue
Suite 410
Birmingham, AL 35205
Telephone: 205-933-7090
Facsimile: 205-933-7099
***Attorney for Plaintiffs***

H, Forest Horne, Jr.
Email: colson@martinandjones.com
**JONES MARTIN PARRIS & TESSNER LAW OFFICES, PLLC**
410 Glenwood Avenue
Suite 200
Raleigh, NC 27603
Telephone: 919-821-0005
Facsimile: 919-863-6081
***Attorney for Plaintiffs***

John Alan Jones
Email: jjones@martinandjones.com
**JONES MARTIN PARRIS & TESSNER LAW OFFICES, PLLC**
410 Glenwood Avenue
Suite 200
Raleigh, NC 27603
Telephone: 919-821-0005
Facsimile: 919-863-6081
***Attorney for Plaintiffs***

Matthew N. Pope
Email: popelawoffices@gmail.com
**LAW OFFICES OF MATTHEW N. POPE, PC**
205 Ninth Street
Columbus, GA 31901
Telephone: 706-324-2521
Facsimile: 706-324-0466
***Attorney for Plaintiffs***

Julie Rhoades
Email: jrhoades@thematthewslawfirm.com
**MATTHEWS & ASSOCIATES**
2905 Sackett Street
Houston, TX 77098
Telephone: 713-222-8080
Facsimile: 713-535-7184
***Attorney for Plaintiffs***

Lynn Seithel
Email: lseithel@motleyrice.com
**MOTLEY RICE LLC**
P.O. Box 1792
Mt. Pleasant, SC 29405
Telephone: 843-316-9000
Facsimile: 843-216-9440
***Attorney for Plaintiffs***

Joe Whatley
Email: jwhatley@wdklaw.com
Ashley Cranford
Email: acranford@whatleydrake.com
**WHATLEY, DRAKE & KALLAS**
1000 Park Place Tower
2001 Park Place North
Birmingham, AL 35203
Telephone: 205-328-1256
Facsimile: 205-328-9669
***Attorney for Plaintiffs***

Adam Pulaski
Email: adam@pulaskilawfirm.com
Stephanie Celaya
Email: scelaya@pulaskilawfirm.com
**THE LAW OFFICES OF PULASKI & MIDDLEMAN, LLC**
6800 West Loop South
Suite 200
Bellaire, TX 77401
Telephone: 713-664-4555
Facsimile: 713-664-7543
***Attorney for Plaintiffs***

Ellem Presby
Email: epresby@presbylaw.com
**PRESBY LAW OFFICE**
10000 North Central Expressway
Suite 400
Dallas, Texas 75231
Telephone: 214-890-4045
Facsimile: 214-890-4046
***Attorney for Plaintiffs***

Jesse F. Ferrer
Email: jesse@lawyerworks.com
Joseph Poirot
Email: joe@lawyerworks.com
**FERRER, POIROT & WANSBROUGH, P.C.**
P.O. Box 199109
Dallas, TX 75219-9109
Telephone: 214-521-4412
Facsimile: 214-526-6026
***Attorney for Plaintiffs***

Roger Denton
Email: rdenton@uselaws.com
Kristine Kraft
Email: kkraft@uselaws.com
**SCHLICHTER BOGARD & DENTON**
100 South Fourth Street, Suite 900
St. Louis, MO 63102
Telephone: 314-621-6155
Facsimile: 314-6214-7151
***Attorney for Plaintiffs***

Angel Reyes
Email: angel@reyeslaw.com
Spencer Browne
Email: spencer@reyeslaw.com
**HEYGOOD, ORR, REYES, PEARSON & BARTOLOMEI**
2331 West Northwest Hwy
2nd Floor
Dallas, Texas 75220
Telephone: 214-526-7900
Facsimile: 214-526-7910
***Attorney for Plaintiffs***

Keith Jensen
Email: kj@kjensenlaw.com
**Jensen Belew & Gonzalez, PLLC**
1024 North Main
Fort Worth, TX 76106
Telephone: 814-334-0762
Facsimile: 814-334-0110
***Attorney for Plaintiffs***

Richard Schulte
Email: rschulte@legaldayton.com
**BEHNKE, MARTIN & SCHULTE, LLC**
131 N. Ludlow Ave.
Suite 840
Dayton, OH 45402
Telephone: 937-435-7500
Facsimile: 937-435-7511
***Attorney for Plaintiffs***

David Miceli
Email: dmiceli@simmonscooper.com
**SIMMONS COOPER, LLC**
119 Maple Street, Suite 201
Carrollton, GA 30117
Telephone: 770-834-2122
Facsimile: 770-214-2622
***Attorney for Plaintiffs***

J. Gerard Stranch, Jr.
Email: gstranch@branstetterlaw.com
Joe P. Leniski, Jr.
Email: jleniski@branstetterlaw.com
**BRANSTETTER STRANCH & JENNINGS, PLLC**
227 Second Avenue North, Fourth Floor
Nashville, TN 37201
Telephone: 615-254-8801
Facsimile: 615-250-3937
***Attorney for Plaintiffs***

Steven Kherkher
Email: skherkher@williamskherkher.com
John Boundas
Email: jboundas@williamskherkher.com
Armi Easterby
Email: aeasterby@williamskherkher.com
**WILLIAMS KHERKHER HART BOUNDAS L.L.P.**
8441 Gulf Freeway, Suite 600
Houston, TX 77017-5051
Telephone: 713-230-2330
Facsimile: 713-649-0126
***Attorney for Plaintiffs***

Rich Freese
Email: richfreese@aol.com
Tim Goss
Email: goss39587@aol.com
Tamara Bano
Email: tbanno@tlb-law.com
**FREESE & GOSS, PLLC**
3031 Allen Street, Suite 200
Dallas, TX 75204
Telephone: 214-761-6610
Facsimile: 214-761-6688
***Attorney for Plaintiffs***

Ms Evelyn Moreau Reider
2406 11th Street
Lake Charles, LA 70601
***Plaintiff pro se***

Ms LaRonda Pitre
4507 Deek Drive A
Killeen, TX 76549
***Plaintiff pro se***

Mr. Ronald Reider
2406 11th Street
Lake Charles, LA 70601
***Plaintiff pro se***

Ms. Ronnaesa Reider
4249 5th Ave., Apt. Z-13
Lake Charles, LA 70601
***Plaintiff pro se***

Mr. Ronald Reider, Jr.
1889 Bethdaida Street
Lake Charles, LA 70601
***Plaintiff pro se***

Philip S. Beck
Email: philip.beck@bartlit-beck.com
Steven E. Derringer
Email: steven.derringer@bartlit-beck.com
**BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP**
54 West Hubbard, Suite 300
Chicago, IL 60610
Telephone: 312-494-4400
Facsimile: 312-494-4440
***Defendants Co-Lead Counsel and Attorney for Defendants Bayer Corporation, Bayer Healthcare Pharmaceuticals, Inc., Bayer Healthcare LLC, Bayer AG, and Bayer Healthcare AG***

Eugene A. Schoon
Email: eschoon@sidley.com
**SIDLEY AUSTIN LLP**
One South Dearborn
Chicago, IL 60603
Telephone: 312-853-7000
Facsimile: 312-853-7036
***Defendants Co-Lead Counsel and Attorney for Defendants Bayer Corporation, Bayer Healthcare Pharmaceuticals, Inc., Bayer Healthcare LLC, Bayer AG, and Bayer Healthcare AG***

Susan Artinian
Email: sartinian@dykema.com
**DYKEMA GOSSETT PLLC**
400 Renaissance Center
Detroit, MI 48243
Telephone: 313-568-6800
Facsimile: 313/568-6658
***Defendants Co-Lead Counsel and Attorney for Defendants Bayer Corporation, Bayer Healthcare Pharmaceuticals, Inc., Bayer Healthcare LLC, Bayer AG, and Bayer Healthcare AG***

Richard K. Dandrea, Esq.
Email: rdandrea@eckertseamans.com
**ECKERT SEAMANS CHERIN & MELLOTT, LLC**
U.S. Steel Tower
600 Grant Street, 44th Floor
Pittsburgh, PA 15219
Telephone: 412-566-6000
Facsimile: 412-566-6099
***Defendants Co-Lead Counsel and Attorney for Defendants Bayer Corporation, Bayer Healthcare Pharmaceuticals, Inc., Bayer Healthcare LLC, Bayer AG, and Bayer Healthcare AG***