**Introduction**

**H. David Humes, M.D.**
**Professor of Internal Medicine**

**Background.** I am a board certified internist and nephrologist and practice medicine at the University of Michigan. I evaluate patients with renal disorders in a weekly outpatient clinic setting and am an attending physician in both General Medicine and Acute Nephrology Consult Services at the University of Michigan. I graduated from the medical school of the University of California, San Francisco, where I stayed to complete my internship and residency training. I spent a year as a Clinical Fellow in Nephrology at the Hospital of the University of Pennsylvania and then another year as a Research Fellow in the Laboratory of Kidney and Electrolyte Physiology at Peter Bent Brigham Hospital in Boston. I joined the faculty at Harvard Medical School as an Instructor and departed Harvard as an Assistant Professor of Medicine. The University of Michigan recruited me as an Assistant Professor of Internal Medicine. I became a full Professor and then the John G. Searle Professor and Chair of the Department of Internal Medicine, a position I held until 2000. Since joining the faculty of the University of Michigan Department of Internal Medicine, I have served many roles, including Director of the Nephrology Research Laboratories, Chief of the Nephrology Section at the VA Medical Center, Chief of the Medical Service at the VA Medical Center, Acting Chief of Staff at the VA Medical Center, and Associate Chair of the Department. I am a member of the editorial boards of five scientific journals. I have published nearly 200 scientific papers and have edited numerous textbooks, including *Kelley's Textbook of Internal Medicine*. Additionally, I have more than 70 U.S. and international patents issued or pending. I am an international authority in the areas of acute renal failure, stem cell biology, and tissue engineering and have received NIH funding for over twenty-five years. Recently, my laboratory received national and international attention for its work in the development of the bioartificial kidney. I have been elected to a number of honorary scientific societies, including Alpha Omega Alpha; Fellow, American College of Physicians; American Society of Clinical Investigation; Association of American Physicians; and Fellow, American Association for the Advancement of Science. A number of awards in Nephrology have been bestowed on me, including The President's Award from the National Kidney Foundation and the A.N. Richards Distinguished Achievement Award in Nephrology. I am active in the biotechnology development area, with involvement in several start-up companies. Most notably, I am the scientific founder of Nephrion (formerly RenaMed Biologics, Inc., and Nephros Therapeutics, Inc.), a biotechnology company directed toward various devices to treat acute organ failure; and Innovative BioTherapies, Inc., a company developing nanofabricated replacement organs utilizing stem cells. I am also on the Medical Advisory Boards of Renal Solutions, Inc., and Natural Therapeutics, Inc. A copy of my CV is attached.

I have been retained to review data and various materials regarding aprotinin (Trasylol®) and cardiac surgery. A list of materials I have reviewed is attached. This report contains my opinions concerning aprotinin and kidney function. All of these opinions in this report are expressed with a reasonable degree of medical and scientific certainty.



PLAINTIFF'S EXHIBIT C

1

## FUNDAMENTALS OF KIDNEY FUNCTION

The kidneys are solid organs in the flank region of the body and are critical to body homeostasis because of their excretory, regulatory, metabolic, and endocrinic functions. A major function of the kidney to sustain life is its role as an excretory organ to remove toxic waste products produced by the daily metabolic activity of the body to convert food substances, such as proteins and carbohydrates, into energy. This excretory process occurs in two steps: a filtration process of blood to remove toxic waste from the circulation followed by the reabsorption of most of the filtrate by the kidney tubules to maintain salt and water homeostasis of the body.

Blood enters the kidney via the renal artery which branches sequentially to form over a million capillary tufts, called glomeruli, which provide high rates of efficient blood ultrafiltration while excluding important circulating components of the blood, including blood cells and large proteins. The ultrafiltrate emanating from the glomerulus courses along the kidney tubule, which reabsorbs fluid and solutes to finely regulate their excretion in various amounts in the final urine. The kidney tubules are segmented with each segment possessing differing transport characteristics for processing the glomerular ultrafiltrate efficiently and effectively to regulate urine formation. The functional unit of the kidney is therefore composed of the filtering unit (the glomerulus) and the regulatory unit (the tubule). Together they form the basic component of the kidney, the nephron. There are approximately 1 million nephrons in each kidney. In addition to these excretory and regulatory functions, the kidney is an important endocrine organ. Erythropoietin, active forms of vitamin D, renin, angiotensin, prostaglandins, leukotrienes, and kallikrein-kinins are some of the endocrinologic compounds produced by the kidneys.

For elimination of solutes and water from the body, the kidney utilizes simple fundamental physical principles which govern fluid movement. The kidney's goal in excretory function is to transfer solutes and water from the systemic circulation into tubule conduits in order to eliminate toxic byproducts from the body in a urine volume of only several liters. Solute and fluid removal from the systemic circulation is the major task of the renal filtering apparatus, the glomerulus. The force responsible for this filtration process is the hydraulic pressure generated within the systemic circulation due to myocardial contraction and blood vessel contractile tone. Most of the filtered fluid and solutes must be selectively reabsorbed by the renal tubule as the initial filtrate courses along the renal tubule.

### Glomerular Ultrafiltration

The process of urine formation begins within the capillary bed of the glomerulus. The glomerular capillary wall has evolved into a structure with the property to separate as much as one-third of the plasma entering the glomerulus into a solution of a nearly ideal ultrafiltrate. The high rate of ultrafiltration across the glomerular capillary is a result of hydraulic pressure generated by the pumping action of the heart and vascular tone of the preglomerular and the postglomerular vessels, called the afferent and efferent arterioles, respectively, as well as the high hydraulic permeability of the glomerular capillary walls. This hydraulic pressure and hydraulic permeability of the glomerular capillary bed is at least two times and two orders of magnitude higher, respectively, than most capillary networks within the body. Despite this rate of water and solute flux across the glomerular capillary wall, this same structure retards the

2

filtration of important circulating macromolecules, especially albumin, so that all but the lower-molecular-weight plasma proteins are restricted in their passage across this filtration barrier.

**Tubule Reabsorption**

Human kidneys form approximately 100ml of filtrate every minute. Since daily urinary volume is roughly 2L more than 98% of the glomerular ultrafiltrate must be reabsorbed by the renal tubule. The bulk of the reabsorption, 50-65%, occurs along the first tubule segment, called the proximal tubule. As can be appreciated, the kidney has evolved two separate capillary networks to control bulk fluid flow from various fluid compartments of the body. The glomerular capillary network has evolved an efficient structure to function as a highly efficient filter to allow water and small solutes, such as urea and sodium, to cross the glomerular capillary wall while retaining necessary macromolecules, such as albumin. This fluid transfer is driven by high hydraulic pressures within the glomerular capillary network generated by the high blood flow rates to the kidney and a finely regulated vascular system. The high postglomerular vascular resistance and the protein-free glomerular filtrate results, respectively, in low hydraulic pressure and high oncotic pressure within the peritubular capillary system which follows directly in series from the glomerular capillary network. The balance of physical forces within the peritubular capillaries, therefore, greatly favors the uptake of fluid back into the systemic circulation. The addition of a renal epithelial monolayer with high rates of active Na+ transport and high hydraulic permeability assists further in the high rate of salt and water reabsorption along proximal tubule. Thus, an elegant system has evolved in the nephron to filter and reabsorb large amounts of fluid in bulk to attain high rates of metabolic product excretion while maintaining regulatory salt and water balance.

As with any highly evolved and elegantly complex physiologic process, clinical imbalances can disrupt these finely regulated organ functions threatening the health of an individual.

## ACUTE RENAL FAILURE

Acute renal failure is a common clinical syndrome. It is defined as a sudden decline in renal function as opposed to a slow progression of declining renal function. The clinical manifestations of this disorder arise from the decline in glomerular filtration rate (GFR) and the inability of the kidney to excrete the toxic wastes produced by the body. It is recognized clinically by rising levels of blood urea nitrogen (BUN) and creatinine and usually a reduced urine output and may present dramatically with a patient progressing from normal renal function to renal failure within a week. Of importance, most forms of acute renal failure are reversible processes, so correct diagnosis and management of this disorder are critical to allow time for improvement of renal function to occur.

The distinction between acute, subacute, and chronic renal failure is somewhat arbitrary. Most nephrologists accept the definition of acute renal failure as a rise in plasma creatinine of 0.5 mg/dl/day and a rise in BUN of 10 mg/dl/day over several days. Using these criteria, the syndrome can best be categorized into prerenal, intrarenal, and postrenal (obstructive) causes.

## Prerenal Acute Renal Failure

Prerenal acute renal failure or prerenal azotemia, results from a persistent, significant decline in renal blood flow (RBF). Azotemia is defined as an abnormal increase in BUN. Since the rate of glomerular filtration is highly dependent on RBF, a decline in RBF results in a decrease in GFR and rising levels of BUN and serum creatinine. Usually this decline in renal perfusion is a component of a generalized condition involving poor tissue perfusion, such as hypotension, dehydration, or the edematous states, including congestive heart failure. Of note, however, selective declines in RBF and hence in GFR may develop that are disproportionate to changes in blood flow to other tissues, as in bilateral renal artery stenosis.

## Etiology

**Hypotension, Volume Depletion, Congestive Heart Failure.** A decline in absolute or relative effective arterial blood volume results in a decrease in perfusion of vital tissues and a fall in blood pressure. Activation of compensatory mechanisms, including increases in cardiac contractility and venous and arteriolar vasoconstriction, to improve the perfusion of vital tissues, and to maintain blood pressure are activated. A variety of vasoactive substances are released locally and systemically to promote arteriolar contraction, primarily in the renal, splanchnic, and musculocutaneous circulatory beds. At the renal level, sympathetic amines and angiostensin II are important hormones released locally for this response. Substantial declines in RBF and thus in GFR result in these conditions.

Besides producing a fall in RBF, hypotension is associated with a lowering of the hydrostatic pressure in the glomerular capillary network. Since the hydrostatic pressure in the glomerulus is a major driving force for glomerular filtration, GFR consequently falls. Thus a decline in systemic blood pressure results both in a fall of RBF and a lowering of glomerular capillary hydrostatic pressure, both of which lead to a decline in GFR.

A similar sequence of events may arise in patients with chronic, uncontrolled hypertension in which a decline in GFR and a rise in BUN and serum creatinine may develop, with an acute reduction in systemic blood pressure after pharmacologic therapy, even to levels not below normal. This effect is usually transient, with renal functional parameters returning to baseline over several days to weeks.

Absolute volume depletion secondary to sodium loss and dehydration may also lead to prerenal azotemia. The decline in extracellular volume results in absolute reductions in intravascular volume, cardiac output, RBF, and GFR. This process is especially important to consider in patients with underlying intrinsic renal disease. Because of the nonlinear relationship between GFR and serum creatinine, a modest reduction in GFR may lead to a relatively substantial increase in serum creatinine in a patient with an elevated serum creatinine. For example, a 10 ml/min decline in GFR in an individual with a normal GFR of 100ml/min will cause a rise in serum creatinine of 1.0 to 1.1mg/dl, but a similar decline in GFR in a patient with a GFR of 50ml/min will cause a rise in serum creatinine 2.0 to 2.4 mg/dl. It is important to rule out this superimposed condition in any patient with underlying renal disease, since it is important to distinguish this reversible prerenal cause of renal dysfunction from progression of the patient's intrinsic renal disease. A modest empiric fluid challenge consisting of 0.5 L of intravenous normal saline may also be required to rule out this possibility in certain patients. A fluid

4

challenge should only be considered after the physician is convinced that the patient is not in a state of volume overload.

In this regard, prerenal acute renal failure may also occur in the edema forming disorders, such as congestive heart failure. Prerenal azotemia occurs from either a reduction in cardiac output secondary to intrinsic cardiac processes and subsequent declines in RBF, or, more commonly, a further reduction in cardiac output from the use of diuretics to relieve pulmonary congestion and peripheral edema.

## PreRenal ARF

### Angiotensin Converting Enzyme (ACE) Inhibitors or Angiotensin Receptor Blockers (ARB)

The use of these agents in a variety of clinical conditions may result in abrupt declines in RBF and proportionate reductions in renal excretory function. These conditions include bilateral renal artery stenosis, hypertensive renal disease, congestive heart failure, and chronic renal insufficiency. In these disease states, the blood pressure in the renal vascular system is reduced which promotes angiotensin II induced increases in resistance at the efferent (postglomerular) arteriole to maintain glomerular capillary to maintain a constant rate of filtration. Blocking this normal response with ACE inhibitors will relax the efferent arteriolar resistance, lower intraglomerular capillary pressure and reduce glomerular filtration rate.

### Prostaglandin Inhibitors

Prostaglandin inhibitors, also known as nonsteroidal anti-inflammatory drugs (or NSAIDs), such as ibuprofen, are medications commonly used for relief of a variety of musculoskeletal pains. Prostaglandins have substantive hemodynamic effects. In the kidney, prostaglandins are produced in response to ameliorate an initial vasoconstrictive response.

Because of the role renal prostaglandins play in maintaining RBF and thus GFR in states of diminished effective arterial blood volume, prostaglandin inhibitors have the potential to significantly lower RBF and GFR in certain disease states to produce functional acute renal failure on a prerenal basis. In fact, certain patients receiving either aspirin or nonsteroidal drugs may suffer acute declines in renal function; such declines have been described recently in salt-depleted individuals, in patients with the edematous disorders, including congestive heart failure, and in patients with renal insufficiency.

The pathogenesis of this acute renal failure appears to be similar in each of these disorders. Each clinical disease in which prostaglandin inhibitor—induced acute renal failure has been reported is associated with increased renal production of vasoconstrictor substances, such as angiotensin II which results in renal arteriolar vasoconstriction and declines in RBF and GFR. Simultaneously, these vasoconstrictor substances activate pathways that result in elevated rates of intrarenal synthesis of prostaglandin and a modifying vasodilative influence. The final response is a finely modulated, regulated decline (mild to moderate) in RBF with either no decrease or a small decrease in GFR. In the presence of prostaglandin inhibitors, however, the modifying vasodilatory influence of prostaglandins is blocked, which results in uninhibited vasoconstrictor activity and marked declines in both RBF and GFR.

5

Of importance, these prerenal disease states produce a decline in renal excretory function which is clinically observed with an increase in blood markers of renal filtration, such as BUN and serum creatinine. Since this decline in renal function is due to an unsustained diminution in renal blood flow, renal structural damage does not occur and renal function returns back to baseline once the cause of this clinical disorder is removed.

**Intrarenal Acute Renal Failure: Acute Kidney Injury (AKI)**

Structural renal damage which results in acute renal failure occurs from a variety of insults, including ischemia (poor blood supply) or endogenous and exogenous toxins. The final common pathway for the development of this form of ARF is renal tubule cell injury from ischemic or toxic causes.

Progressive renal tubular cell injury initiates alterations at the nephronal level that ultimately result in renal excretory failure. These alterations include (1) intratubular obstruction; (2) backleak of glomerular filtrate through damaged tubular epithelium; and (3) primary reductions in glomerular filtration of solutes and water. Of these three factors, intratubular obstruction appears to be a major mechanism for a GFR decline in acute kidney injury. Clinicians are well aware of the potential for obstruction to the flow of urine at the level of the ureters or beyond along the urinary collecting system to result in acute renal failure. Intratubular blockage of urine flow may also result in similar decreases in renal excretory function if the blockage is diffuse enough to involve most functioning nephrons. Since the lumen of a renal tubule is only 100μm in diameter and a cell is approximately 10μm in diameter, a small number of injured cells are all that is required to be shed into the lumen to cause blockage of urine formation along the tubule. The injured cell debris shed into the tubular lumen reduce renal excretory function not only by obstructing urine flow but also by leaving gaps along the tubular epithelia through which glomerular filtrate can reenter the circulation, a process termed backleak of glomerular filtrate.

Renal excretory failure persists an average of 7 to 21 days. The potential reversibility is the result of the regenerative ability of surviving renal epithelial cells. Denuded areas are replaced with new functional cells. Renal function therefore may return completely, or nearly completely, to baseline levels. As renal function improves, urine output increases and the serum creatinine levels decline. Of note, during the course of acute renal failure, serum creatinine concentration typically follows a triphasic pattern. Initially in the developing phase of acute kidney injury, serum creatinine concentration progressively increases. During the early recovery phase, the improvements in GFR increase creatinine excretion. As the rate of creatinine excretion approaches creatinine production, the daily increases in serum creatinine become smaller. Thus, even with an improvement in GFR serum creatinine still may increase for several days. With further improvement in GFR, creatinine excretion exceeds production so that serum creatinine finally reaches a plateau and gradually declines back toward normal.

**Etiology of Acute Kidney Injury (AKI)**

The etiology of AKI can be divided into two large categories, postischemic and nephrotoxic. In many clinical settings a combination of these two processes may be operative simultaneously to produce acute renal failure.

6

**Postischemic Acute Renal Failure.** Renal ischemia is the most common cause of AKI. A large variability in length and severity of the ischemic insults that produce ischemic acute renal failure in clinical settings has been observed. In some patients, a few minutes of ischemia produces AKI, while in others prolonged renal ischemia produces only transient renal dysfunction. The reason for this variation is presently not known. Any prerenal cause of renal dysfunction, if prolonged and severe enough, may eventuate in the progression to structural renal damage, especially if renal artery atherosclerosis is present. Most cases of ischemic acute renal failure, however, are associated with a period of frank hypotension. Postischemic acute renal failure is seen with higher frequency in patients with sepsis or patients undergoing major surgery.

Nearly half of the clinical cases of ischemic AKI follow surgery. A variety of processes, including preoperative and intraoperative fluid losses and anesthesia, result in intravascular volume depletion, resulting in declines in RBF and GFR. If an additional hypotensive or hemolytic insult is added to these conditions, susceptible patients may develop AKI. Abdominal or thoracic aortic aneurysmal repair, open heart surgery, and biliary tract surgery are the surgical procedures with the highest incidence of postischemic acute renal failure. Each of these procedures is associated with a substantially greater decline in RBF than are other surgical procedures. The higher frequency of AKI in the infected patient may relate to the major hemodynamic effects of endotoxins that have the ability to produce hypotension and substantial renal vasoconstriction.

**Nephrotoxic Acute Renal Failure.** Since the kidney is a major excretory organ of the body, the list of drugs that can induce acute toxic injury is long. As new agents are developed, additions to this list continue. There are four categories of nephrotoxic acute renal failure: antibiotics, heavy metals, radiocontrast agents, and endogenous toxins released from cells in the body.

The most common drugs used clinically that promote AKI are antibiotics, such as aminoglycosides, chemotherapeutic agents, such as cis-platinum, and radiocontrast agents for dye studies with x-rays. For endogenous toxins, myoglobin, hemoglobin, and myeloma light chains (produced by leukemic cells) induce AKI. Large amounts of myoglobin are contained in muscle tissue. Muscle damage results in the release of myoglobin, which is filtered by the kidney and excreted in the urine. High levels of myoglobin can promote AKI and ARF. Traumatic muscle injury is best exemplified by crush injury, such as during earthquakes or car crashes. Major surgery may also release myoglobin as a potential toxin to promote renal injury. Hemolysis with its release from red blood cells during blood transfusions or blood perfusion in extracorporeal circuits during surgery are most common circumstances for this process.

The pathophysiology of myoblobin and hemoglobin-induced AKI relates both to potential nephrotoxic effects of these heme pigments as well as intratubular intrarenal obstruction. Both myoglobin and hemoglobin are filterable at the glomerulus and are subsequently reabsorbed by endocytosis along the proximal tubule. Thus, the potential exists for substantial accumulation of these proteins within the proximal tubule cell, where toxic effects may occur. The degree of reabsorption may be enhanced in volume depletion and poor tissue perfusion states so that these clinical settings may increase the risk of toxic renal cell injury.

**Cardiopulmonary Bypass (CPB) Surgery and AKI**

7

Cardiac surgery advances have been absolutely dependent upon the techniques for CPB. Unfortunately, it has been recognized that a systemic inflammatory response occurs in association with CPB, resulting in multiple organ dysfunctions following surgery. Multiple insults during CPB have been shown to initiate and extend this inflammatory response, including artificial membrane activation of blood components (membrane oxygenator), surgical trauma, ischemia-reperfusion injury to organs, changes in body temperature, blood activation with cardiotomy suction, and release of endotoxin. These insults promote a complex inflammatory response, which includes leukocyte activation, release of cytokines, complement activation, and free-radical generation. This complex inflammatory process often contributes to the development of acute lung injury, acute kidney injury, bleeding disorders, altered liver function, neurologic dysfunction, and ultimately multiple organ failure (MOF).

Pulmonary dysfunction is very common after surgery requiring CPB. This acute lung injury (ALI) can be mild, with postoperative dyspnea to fulminant acute respiratory distress syndrome (ARDS). Nearly 20% of patients require mechanical ventilation for more than 48 hours following cardiac surgery requiring CPB. ARDS develops in approximately 1.5-2.0% of CPB patients with a mortality rate exceeding 50%. Renal dysfunction with acute kidney injury is also a common occurrence in adult patients after CPB. Some of these patients develop rises in serum creatinine and BUN and in the 1-3% requiring dialytic support, the post-operative mortality rate approaches 60-70%.

The mechanisms responsible for multiple organ dysfunction following CPB are numerous, interrelated and complex, but growing evidence suggests a critical role in the activation of circulating blood leukocytes, especially the neutrophil in the development of ARDS in CPB-induced post-pump syndrome. Increasing evidence supports that the acute lung injury in both ARDS and the post-pump syndrome is predominantly neutrophil mediated following PMN sequestration in the lungs. The sequestered and activated PMNs migrate into lung tissue, resulting in tissue injury and organ dysfunction. Similar processes occur in the kidney.

## Assessment of Renal Function in the Clinical Setting

Acute kidney injury is a complex disorder that occurs in a variety of settings with clinical manifestations ranging from minimal elevations in serum creatinine to complete cessation of urine flow. AKI is often under recognized and it is associated with severe consequences and suggests a relationship to the subsequent development of chronic kidney disease and progression to dialysis dependency. The lack of a universally recognized definition of AKI has posed a significant limitation to improving management and outcomes for patients with this disorder.

In this regard, consensus conferences were initiated to develop an Acute Dialysis Quality Initiative (ADQI). The ADQI group and representatives from three nephrology societies and the European Society of Intensive Care Medicine, proposed the term AKI to reflect the entire spectrum of acute renal dysfunction, recognizing that an acute decline in kidney function is often secondary to an injury that causes functional or structural changes in the kidneys. In this light, in 2004 the Acute Dialysis Quality Initiative workgroup proposed a multilevel classification system for acute kidney injury identified by the acronym RIFLE (Risk, Injury, Failure, Loss of kidney Function and End-stage kidney disease).

8

**RIFLE Criteria** – The RIFLE criteria consist of three graded levels of injury (Risk, Injury and Failure) based upon either the magnitude of elevation in serum creatinine or urine output and two outcome measures (Loss and End-stage renal disease). The RIFLE strata are as follow.

- Risk -- 1.5-fold increase in the serum creatinine or GFR decrease by 25 percent or urine output <0.5 mL/kg per hour for six hours
- Injury – Twofold increase in the serum creatinine or GFR decrease by 50 percent or urine output <0.5 mL/kg per hour for 12 hours
- Failure – Threefold increase in the serum creatinine or GFR decrease by 75 percent or urine output of <0.5 mL/kg per hour for 24 hours, or anuria for 12 hours
- Loss – Complete loss of kidney function (eg, need for renal replacement therapy for more than four weeks
- ESRD – Complete loss of kidney function (eg, need for renal replacement therapy) for more than three months.

Thus, a patient with a normal baseline serum creatinine concentration of 1.0 mg/dl would be in the Risk category with a 0.5 mg/dl rise to 1.5 mg/dl and would be in the Injury category with a twofold increase in serum creatinine to 2.0 mg/dl. These categories and risk outcomes only relate to processes attributable to tissue injury and not to functional, prerenal declines in GFR. In addition, some observational studies suggest that a mild serum creatinine rise of greater than 0.5mg/dl increases hospital mortality risk several fold. These data, however, only suggest an association between these two variables but provide no evidence for a causative relationship nor distinguishes the etiology of this creatinine rise being related to AKI or functional renal blood flow alterations. The creatinine elevations are most likely a marker of underlying co-morbidities which, by themselves, increase the risk of mortality. Thus, no direct relevance can be made of these findings to the risk of aprotinin.

## Renal Dysfunction in the Setting of Cardiac Surgery with CPB

Any patient undergoing open heart surgery requiring CPB is at risk from multiple pre-existing comorbid factors along with risks of the surgical procedure to develop peri-operative renal dysfunction. These include:

Volume depletion and dehydration from diuretics, and underlying congestive heart failure, may promote peri-operative prerenal ARF. The common requirement of these patients for ACE inhibitors, aspirin or NSAID drugs promote pre-renal azotemia. These effects are accentuated if the patient has renal artery atherosclerosis, a systemic process reflective of that which prompted the surgical intervention.

During the operative procedure, AKI may also occur due to periods of hypotension, hemolysis from CPB or blood transfusions releasing hemoglobin, surgical trauma inducing muscle injury and myoglobin release. The CPB procedure promotes systemic inflammatory processes that promote tissue ischemia and secretion of tissue damaging toxins from infiltrating activated white blood cells.

Thus, the clinical setting of open heart surgery with CPB establishes a complex array of pathophysiologic consequences to promote either functional prerenal abnormalities or acute kidney injury resulting in peri-operative renal dysfunction.

9

## THE KIDNEY AND APROTININ

Aprotinin administration has a variety of direct and indirect effects on the kidney, which occasionally results in a transient, reversible decline in renal filtration function. Direct toxicity resulting in acute kidney injury has not been demonstrated in clinically relevant doses from preclinical animal studies or prospective randomized clinical trials. The only consistent kidney injury demonstrated in animals has been promoted by repetitive daily aprotinin administration for more than 2 weeks and at doses several fold higher than clinically applicable.

Aprotinin is a non-specific protease inhibitor with a molecular weight of 6512 daltons. Accordingly, it is filtered by the glomerulus followed with renal tubule cell uptake via a pinocytosis process after binding to the apical membrane molecule, megalin. Radioisotopic studies in humans demonstrate that approximately 40% of the administered agent is concentrated in the kidney with subsequent constant urinary excretion over the following 24-hour period. This finding suggests that the renal tubular uptake process is saturable and that renal excretion of aprotinin is proportionate to glomerular filtration rate.

One renal effect of aprotinin is most likely due to an inhibition of kallikrein production, which indirectly reduces the production of renal bradykinin from its precursor pool. Bradykinin is a vasodilator but interacts with other renal vasoactive hormones, including prostaglandins and angiotensin II. As detailed previously, the regulation of renal glomerular blood flow and pressure, and thus glomerular filtration rate, is complex depending upon the relationship between afferent and efferent glomerular arteriolar tone. Accordingly, the effect of aprotinin administration on renal blood flow and filtration rate will be influenced by the underlying intrarenal hormonal vasoactive environment. Aprotinin related changes in renal blood flow and GFR have been variable depending upon the experimental maneuvers, including intravascular volume state, presence of hemorrhagic hypotension, or the occurrence of ischemic/reperfusion injury. In preclinical animal studies, the effect on RBF was highly dependent upon the volume status of the animal, with no effect on RBF in volume-replete animals. In fact, in the one human study aprotinin had no effect on GFR or RBF compared to saline sham controls.

The only evidence of aprotinin related AKI is in dog studies in which aprotinin is repeatedly given in a daily dose over 5 weeks at a dose 3-5 times the recommended dose in humans. Evidence of kidney injury only became manifest after 2 weeks of daily administration. This treatment regimen is highly divergent from the clinical one time dosing during CPB surgery.

A clinical study did demonstrate an increase in urinary excretion of neutrophil gelatinase-associated lipocalin (NGAL) in aprotinin-treated CPB patients compared to those not receiving aprotinin. NGAL has been suggested to be an early indicator of AKI, although its specificity and sensitivity is modest. For CPB and aprotinin, however, it has been shown not to be predictive of AKI, since aprotinin binding to megalin alters the uptake of NGAL by kidney tubule cells. Megalin is the major transport protein responsible for NGAL uptake from the urine. The inhibition of megalin activity with aprotinin falsely elevates the urinary excretion of NGAL, thereby making NGAL unreliable as a biomarker of AKI in CPB.

Because of aprotinin's vasoactive effect, one may speculate that with underlying disease or treatment programs, aprotinin may indirectly promote prolonged declines in renal blood flow,

10

such as in the presence of ACE inhibition, nonsteroidal anti-inflammatory drug (NSAID) use, or pre-existing renal artery stenosis. However, these effects have not been demonstrated in preclinical or clinical studies. Preclinical animal data have shown that aprotinin, most likely due to its anti-inflammatory properties, protects against AKI during ischemia/reperfusion injury. Thus, even if aprotinin promotes a prolonged decline in RBF it should have an ameliorative effect rather than an enhancing effect on ischemic AKI.

In summary, there is no convincing evidence in carefully designed and controlled preclinical studies to suggest a role for aprotinin as a nephrotoxic agent promoting AKI.

### Aprotinin and Renal Dysfunction in the Clinical Setting

A large number of clinical studies have evaluated the efficacy and safety of aprotinin during cardiac surgery. The studies have included prospective randomized multicenter trials, meta-analyses, and non-randomized retrospective observational studies. These investigations have, in part, explored the relationship between aprotinin use during cardiac surgery, and perioperative renal dysfunction. Adverse events with aprotinin use have been recurrently evaluated over the last two decades since aprotinin was approved by the FDA in 1993. The weight of evidence of these clinical studies has provided no convincing evidence for a direct effect of aprotinin promoting acute kidney injury during the perioperative period after cardiopulmonary bypass surgery.

The NDAS for aprotinin included data from five prospective, randomized, placebo controlled, multicenter clinical trials in U.S. centers. The data included information regarding aprotinin use and the development of renal dysfunction, as defined as a serum creatinine (Scr) elevation of greater than 0.5 mg/dl. Patients not administered aprotinin received on average more blood transfusions than aprotinin-treated patients. Blood transfusions have a dilutive effect on serum creatinine, thereby influencing a difference between the two groups. On average higher serum creatinine in the aprotinin-treated group would occur. Elevations of Scr greater than 2.0mg/dl or the development of acute renal failure or ARF requiring dialysis was no different between the aprotinin group compared to placebo controls. Of note, the increased incidence of renal dysfunction was noted to be only in patients undergoing cardiac surgery for valve replacement and not coronary artery bypass surgery (CABG). This association was included in the package insert for the drug.

After FDA approval, aprotinin became widely used due to its efficacy to reduce the need of blood transfusions with cardiac surgery. In 2006, two large retrospective observational studies suggested an association of aprotinin use during cardiac surgery with increased risks of serious adverse events, including myocardial infarction, stroke, and renal failure. These reports stimulated debate of the safety of aprotinin.

This debate became more complicated when subsequent meta-analysis of clinical trials did not confirm this increased risk of death, myocardial infarction, stroke, or renal failure with aprotinin use. Furthermore, the detailed evaluation of the retrospective observational studies demonstrated that the patient groups in the data analysis were not comparable to the aprotinin treated groups. Medical practice had evolved since FDA approval of aprotinin so that cardiac surgeons were using aprotinin in higher risk patients with tendencies for higher rates of adverse events. Further refinements of retrospective analysis were attempted to control for these variables but always had the chance of not including key variables to adjust for risk of adverse events. In this regard, one research report demonstrated that the non inclusion of the amount of

11

blood transfusions (an important variable correlated to increased kidney injury) could dramatically change the conclusion that aprotinin was associated with renal dysfunction.

The inconsistency of conclusions derived from differing data sets, in part, derives from the differences in data accrual. The weight of evidence for a clinical outcome or adverse event increases from observational, retrospective studies to meta-analysis of randomized clinical trials to prospective, controlled multicenter clinical trials. A recent Blood Conservation Using Antifibrinolytics in a Randomized Trial (BART) study comparing aprotinin to lysine analogues in patients undergoing high risk cardiac surgery was begun in 2002 and an interim analysis reported in 2008. This randomized, prospective, multicenter trial demonstrated no increased risk of renal dysfunction or renal failure with aprotinin use but suggested a higher risk of death at 30 days. This study was halted prematurely due to an interim analysis suggesting a trend to higher mortality rates in the aprotinin group. Because of the importance of this study and the impact it had on current surgical practice, an Expert Advisory Panel on Trasylol® was held in December 2008 to discuss the risk/benefit issues regarding this compound as requested by Health Canada. In the review of this study, the experts noted that 137 patients in the trial were excluded from the data analysis after randomization. No satisfactory explanation for these exclusions was provided, so that the Panel concluded that the mortality risk associated with aprotinin may have been due to chance. The evaluation of the BART study needs to be considered in the context of the entire body of clinical evidence, which provides no consistent evidence for an increased risk of renal dysfunction or death with aprotinin use.

The weight of clinical evidence from over a decade of use and large number of clinical trial reports demonstrate that aprotinin is associated rarely with a modest, reversible form of renal dysfunction but not associated with declines in RBF which promote ischemic AKI with renal failure or renal failure requiring dialysis. This risk is not due to a nephrotoxic effect of this agent but related to alterations in renal blood flow and glomerular filtration rate. These influences are indirect and most likely due to confounding variables of a particular patient and include the presence of congestive heart failure, intravascular volume status or pre-existing renal artery atherosclerosis. The concomitant use of a variety of commonly used drugs in this patient population, including aspirin, NSAIDs, ACE inhibitors, ARBs, and aminoglycosides may increase the risk of renal dysfunction during cardiac surgery. From a renal risk perspective, aprotinin is a safe and effective agent to limit blood transfusion requirements during cardiac surgery. Within a reasonable degree of medical and scientific certainty, there is no evidence that aprotinin use during cardiac surgery promotes toxic or ischemic injury to the kidney.

I have reviewed the expert opinions provided by Drs. Toback and Parikh regarding the relationship of aprotinin and renal dysfunction and provide the following comments:
Toback

The effect of aprotinin on RBF is highly dependent upon volume status and concurrent injury processes, such as hemorrhagic hypotension or ischemic reperfusion injury, and thereby has no consistent effect on RBF in animal models. The preclinical animal models demonstrated acute kidney injury and declines in renal function only after repeated daily administration of aprotinin at 3-5 higher doses utilized in clinical settings. This use is divergent from one-time dosing of aprotinin during CPB. Urinary NGAL excretion is not a widely accepted biomarker for the diagnosis of AKI. Due to aprotinin's effect on renal NGAL transport, it is uninterpretable in the CPB setting. The Sundt publication has stated that the patients receiving aprotinin may not have been adequately heparinized, so the adverse outcomes reported in this publication may not

12

have been related to aprotinin use. The Kress et al. study provided no definition for renal failure so becomes difficult to interpret, and it was a retrospective chart review at a single site without adjustments for risk factors.

Parikh

The majority of studies supporting the conclusions are based upon observational retrospective analysis. Although statistical tools have been utilized to identify preponderance factors to stratify renal risk in comparing the aprotinin groups to other non-aprotinin groups, the omission of a single risk factor important in renal dysfunction during CPB may provide inaccurate conclusions. For example, the addition of the number of blood transfusions during CPB is a major modifier of renal dysfunction due to the toxic influence of hemoglobin on the kidneys (see Furnary et al., *Circulation* 116: I127–I133, 2007). This risk factor was not used in most of the analyses in the literature.

If one utilizes the Bradford Hill criteria to assess the relationship of aprotinin use and the need for acute dialysis, causality cannot be established. Dialysis is accepted to be a more important adverse outcome than a transient and modest rise of SCr of 0.5 mg/dL. Strength of association, consistency of evidence, and experimental evidence are not supported by RCT data for aprotinin and requirement of dialysis. Specificity cannot be established. Biologic rationale for aprotinin and AKI has not been established in preclinical models. The Bradford Hill criteria provides little support for a causal relationship between aprotinin and acute renal failure requiring dialytic support.

**Disclosure**

I last participated as an expert witness more than four years ago.  My consulting fee is $500/hr.  I reserve the right to amend this report if additional information is brought to my attention.

H. David Humes, M.D.

November 3, 2009

CURRICULUM VITAE

**H(arvey) David Humes, M.D.**
**Professor of Internal Medicine**

Department of Internal Medicine, Division of Nephrology
University of Michigan Medical School
4520 MSRB I, 5651
1150 W. Medical Center Drive
Ann Arbor, MI 48109
734-647-8018, fax: 734-763-4851
dhumes@med.umich.edu

Education and Training ........................................................................................... 2
Certification and Licensure .................................................................................... 2
Academic, Administrative, and Clinical Appointments ......................................... 2
    Academic Appointments ................................................................................... 2
    Academic Administrative Appointments .......................................................... 2
    Clinical/Hospital Appointments ...................................................................... 3
Research Interests ................................................................................................. 3
Grants .................................................................................................................... 3
    Present and Active ........................................................................................... 3
    Summary of Recent Previous Grants ............................................................... 4
Scientific Activities ............................................................................................... 5
    Civic, State, Or National Levels (Funded Awards) .......................................... 5
    Study Sections ................................................................................................. 6
Honors and Awards ................................................................................................ 6
Memberships and Offices In Professional Societies .............................................. 7
Editorial Positions and Boards .............................................................................. 8
    2008 Editorial Peer-Review Service ................................................................ 8
Teaching ................................................................................................................ 8
Committee and Administrative Services ................................................................ 9
Consulting Positions ............................................................................................. 10
Visiting Professorships, Seminars, and Extramural Invited Presentations ............ 10
Patents Issued ....................................................................................................... 17
Bibliography ......................................................................................................... 19
    Peer-Reviewed Journals and Publications ....................................................... 19
    Non-Peer-Reviewed Publications .................................................................... 27
    Book Chapters ................................................................................................. 27
    Books ............................................................................................................... 33
    Abstracts, Preliminary Communications, Panel Discussions ........................... 34

**Education and Training**

| | |
|---|---|
| 9/1964–6/1969 | University of California, Berkeley, B.A. |
| 9/1969–6/1973 | University of California, San Francisco, M.D. |
| 6/1973–6/1974 | Medicine Intern, Moffit Hospital and University of California Hospitals, San Francisco |
| 7/1974–7/1975 | Assistant Resident in Medicine, University of California Hospitals, San Francisco |
| 7/1975–7/1976 | Clinical Fellow in Nephrology, Hospital of the University of Pennsylvania, Philadelphia |
| 7/1976–7/1977 | Research Fellow, Laboratory of Kidney and Electrolyte Physiology, Peter Bent Brigham Hospital, Boston, Massachusetts |

**Certification and Licensure**

Michigan Physician License, no. 4301041811, expiration 1/31/2011
Michigan Controlled Substance License, no. 4301041811, expiration 1/31/2011
U.S. DEA Controlled Substance Certificate, no. AH2882086, expiration 10/31/2010
Medical Licensure (California, Pennsylvania, Massachusetts—all expired)
Board Certified, Internal Medicine, ABIM
Board Certified, Nephrology, ABIM

**Academic, Administrative, and Clinical Appointments**

Academic Appointments

| | |
|---|---|
| 7/1977–7/1978 | Instructor in Medicine, Harvard Medical School, Junior Associate in Medicine, Peter Bent Brigham Hospital, Boston, Massachusetts |
| 7/1978–9/1979 | Assistant Professor of Medicine, Harvard Medical School, Junior Associate in Medicine, Peter Bent Brigham Hospital, Boston, Massachusetts |
| 9/1979–9/1982 | Assistant Professor of Internal Medicine, University of Michigan Medical Center (UMMC), Ann Arbor |
| 9/1982–9/1986 | Associate Professor of Internal Medicine, UMMC, Ann Arbor |
| 9/1986– | Professor of Internal Medicine, UMMC, Ann Arbor |

Academic Administrative Appointments

| | |
|---|---|
| 9/1980–9/1981 | Director, Nephrology Research Laboratories, UMMC, Ann Arbor |
| 9/1983–1/1996 | Associate Chair, Department of Internal Medicine, UMMC, Ann Arbor |
| 1/1996–6/2000 | John G. Searle Professor and Chair, Department of Internal Medicine, UMMC, Ann Arbor |

Clinical/Hospital Appointments

| | |
|---|---|
| 9/1979– | Staff Physician, University of Michigan Hospital |
| 9/1981–9/1983 | Chief, Nephrology Section, Veterans Administration Medical Center (VAMC), Ann Arbor |
| 9/1983–1/1996 | Chief, Medical Service, VAMC, Ann Arbor |
| 9/1985–9/1986 | Acting Chief of Staff, VAMC, Ann Arbor |

**Research Interests**

Acute renal failure, Cell therapy, Bioartificial kidney, Stem cell therapy.

**Grants**

Present and Active

| | |
|---|---|
| 9/1/2008–<br>8/31/2009 | Development of Beta-Cell Therapy Device for Diabetes<br>Principal Investigator<br>Michigan Economic Development Corporation, Michigan Universities Commercialization Initiative |
| 9/1/2008–<br>8/31/2010 | Cell Therapy for Septic Shock, Phase II<br>Principal Investigator<br>NIH-SBIR / Innovative BioTherapies, Inc. |
| 3/1/2008–<br>2/28/2010 | Selective Cytopheresis Therapy in SIRS<br>Principal Investigator<br>NIH-SBIR / Innovative BioTherapies, Inc. |
| 1/1/2007–<br>12/31/2010 | Development of a Wearable Bioartificial Kidney<br>Principal Investigator<br>U.S. Department of Defense / Innovative BioTherapies, Inc. |
| 4/1/2007–<br>3/31/2009 | Development of an In-Vivo Model of Vascularized Tissue-Engineered Heart Muscle<br>Co-Investigator<br>NIH 1 R21 HL084079-01A1 |
| 12/7/2004–<br>12/31/2010 | Nanofabricated Bioartificial Kidney<br>Principal Investigator<br>U.S. Department of Defense |

Summary of Recent Previous Grants

| | | |
|---|---|---|
| 2007–2008 | Prototype Development of Cell Therapy Devices<br>Principal Investigator<br>Michigan Economic Development Corporation, MUCI | |
| 2006–2007 | Cell Therapy for Septic Shock<br>Co-Principal Investigator<br>NIH/NIDDK SBIR, R43 DK074289-01 | |
| 2006–2007 | Differentiation of Bone Marrow–Derived Stem Cells Into Renal Epithelia<br>Principal Investigator<br>American Heart Association, Midwest Affiliate | |
| 2004–2007 | BioMEMS Model of Glomerular Function<br>Mentor<br>NIH/NIBIB, 1 K08 EB003468-01 | |
| 2003–2006 | Adult Kidney Stem Cell Therapy for Patients With End-Stage Renal Disease<br>Principal Investigator<br>Michigan Life Sciences Corridor Fund | |
| 1998–2004 | Implantation Device for Gene Therapy of Hemophilia B<br>Co-Investigator<br>NIH, HL 61134 | |
| 2001–2002 | Clinical Trial of a Bioartificial Kidney<br>Co-Investigator<br>Michigan Life Sciences Corridor Fund | |
| 2001–2002 | Phase I Clinical Trial for the Bioartificial Renal Tubule Assist Device in Acute Renal Failure<br>Co-Investigator<br>Nephros Therapeutics, Inc. | |
| 2003–2004 | Optimization of Renal Assist Device (RAD) Therapy<br>Principal Investigator<br>Nephros Therapeutics, Inc. | |
| 2003–2004 | Intravascular Bioartificial Pancreas<br>Principal Investigator<br>Michigan Diabetes Research and Training Center Fund | |
| 2003–2005 | BioMEMS Materials for Renal Tissue Engineering<br>Co-Principal Investigator<br>NIH, 1 R21 EB002285-01 | |

**Scientific Activities**

Civic, State, Or National Levels (Funded Awards)

| | |
|---|---|
| 1976–1979 | National Research Service Award |
| 1981–1983 | Principal Investigator, Identification of the Aminoglycoside-Renal Membrane Receptor; Grant-in-Aid, National Kidney Foundation of Michigan |
| 1982–1983 | Principal Investigator, Biochemical Basis of Aminoglycoside-Induced Acute Renal Failure; Grant Award, Research Advisory Group, Veterans Administration |
| 1982–1984 | Established Investigator, American Heart Association |
| 1982–1993 | Principal Investigator, Cellular Basis of Acute Renal Failure; PHS Grant, NIDDK, AM30879, DK30879 |
| 1983–1987 | Principal Investigator, Cellular Pathophysiology of Aminoglycoside-Induced Acute Renal Failure; Merit Review Award, Veterans Administration Research Service |
| 1984–1985 | Principal Investigator, Cyclosporine Nephrotoxicity; Grant-in-Aid, National Kidney Foundation of Michigan |
| 1987–1988 | Principal Investigator, Renal Interstitial Processes Induced by Cyclosporine; Grant-in-Aid, National Kidney Foundation of Michigan |
| 1987–1990 | Principal Investigator, Lipid Alterations in Ischemic Acute Renal Failure; Merit Review Award, Veterans Administration Research Service |
| 1987–1992 | Principal Investigator, Free Radical Induced Mitochondrial Injury; Renal Center Grant; PHS Grant, NIDDK, DK39255 |
| 1990–1993 | Principal Investigator, Molecular Basis of Renal Repair in Acute Renal Failure; Merit Review Award, Veterans Administration Research Service |
| 1992–1998 | Principal Investigator, Sub project: Molecular Basis of Renal Tubulogenesis; George O'Brien Center Grant, NIDDK, DK39255 |
| 1993–1998 | Principal Investigator, Role of Pax–2, a Developmental Control Gene, on Renal Tubule Cell Growth; Merit Review Award, Veterans Administration Research Service |
| 1994–1995 | Co-Investigator, Tissue Engineering of a Bioartificial Kidney; NIH-SBIR, DK48175 |
| 1994–1995 | Principal Investigator, Erythropoietin Cell Therapy; State of Michigan Research Fund |
| 1995–1998 | Co-Investigator, Tissue Engineering of a Bioartificial Human Renal Tubule; NIH-SBIR, DK50539 |
| 1995–1999 | Principal Investigator, Development of Cell Therapeutic Devices; Nephros Therapeutics, Inc. |
| 1996–1997 | Co-Investigator, Erythropoietin Cell Therapy; NSF-SBIR, DMI-9560695 |
| 1999–2002 | Principal Investigator, Effect of a Bioartificial Renal Tubule Assist Device in Acute Renal Failure; Merit Review, Veterans Administration Research Service |
| 2001–2003 | Co-Investigator, Clinical Trial of a Bioartificial Kidney; Michigan Life Sciences Corridor Fund |

| 1998–2004 | Co-Investigator, Implantation Device for Gene Therapy of Hemophilia B; NIH, HL 61134 |
| 2003–2004 | Principal Investigator, Intravascular Bioartificial Pancreas; Michigan Diabetes Research and Training Center Fund |
| 2003–2005 | Principal Investigator, Adult Kidney Stem Cell Therapy for Patients With End-Stage Renal Disease; Michigan Life Sciences Corridor Fund |
| 2003–2005 | Co-Principal Investigator, BioMEMS Materials for Renal Tissue Engineering; NIH, R21 |
| 2004–2005 | Collaborative Investigator, Clinical Study of Renal Tubule Cell Therapy in Acute Renal Failure; Merit Review, Veterans Administration Research Service |

## Study Sections

| 1984–1991 | Reviewer Ad Hoc, 1984–86, and Member, 1987–91, General Medicine Study Section B, NIH |
| 1985–1986 | Member, Merit Review Board, Nephrology Study Section, Veterans Administration Research Service |

## Honors and Awards

Kraft Memorial Prize
Phi Beta Kappa
Regent Scholar of the University of California
Alpha Omega Alpha
Jerome W. Conn Award for Research Excellence
Established Investigator of the American Heart Association
Fellow, American College of Physicians
Fellow, American Association for the Advancement of Science
Presidential Award, American Society of Renal Biochemistry and Metabolism
Henry Christian Award for Excellence in Research, AFCR
President's Award, National Kidney Foundation
Who's Who in Medicine and Healthcare
Who's Who in Science and Engineering
Who's Who in America
Who's Who in the World
National Performance (Hammer) Award, Department of Veterans Affairs
Best Doctors in America: Midwest Region
Best Doctors in America
A.N. Richards Distinguished Achievement Award in Nephrology
Discover Magazine Top 10 Semi-Finalist Award for Technological Innovation
Special Recognition Award, Association of Professors of Medicine, 2001
Laureate Award, American College of Physicians, Michigan Chapter, 2001
Laureate, Lindbergh-Carrel Prize, Charles and Anne Lindbergh and Alexis Carrel Foundations, 2002

**Memberships and Offices In Professional Societies**

Alpha Omega Alpha
American Association for the Advancement of Science
    Fellow, 1997
American College of Physicians
    Nephrology Subcommittee for MKSAP VII, 1983–85
    Fellow, 1984
American Federation for Clinical Research
    Councilor-at-Large, 1980–85
    Public Policy Committee
    Publications Committee
American Heart Association
    Council on Kidney in CV Disease
American Physiological Society
American Society for Artificial Internal Organs
    Member, Board of Trustees, 2001–06
    Program Chair, 2007–08
American Society of Biological Chemists
American Society for Clinical Investigation
American Society of Nephrology
    Legislative Action Committee
American Society of Renal Biochemistry and Metabolism
    Founding Member, 1983
    Secretary-Treasurer, 1983–87
    President Elect, 1987–89
    President, 1989–91
Association of American Medical Colleges
    Member, Advisory Panel on the Mission and Organization of Medical Schools
Association of American Physicians
Association of Professors of Medicine
    Advisory Board, Academic Contract Research Organization, Inc.
Central Society for Clinical Research
    Vice President, 1998–99
    President-Elect, 1999–2000
    President, 2000–01
    Council, 2001–06
International Society of Nephrology
    Member, Scientific Commission on Acute Renal Failure
Midwest Salt and Water Club
National Kidney Foundation
    Scientific Advisory Council, 1985–90
    President, Region III, 1990–92
    Chairman, Science Scholars Program, 1990–94
    Member, Affiliate Relations Committee, 1990–94
    Member, Selection Committee for Editor, *American Journal of Kidney Diseases*

National Kidney Foundation of Michigan
Scientific Advisory Council, 1982–94
Chairman, Research Committee, 1986–88

**Editorial Positions and Boards**

| | |
|---|---|
| 1986–1992 | *Contemporary Nephrology* |
| 1989–1993 | *Kidney International* |
| 1989–1996 | *American Journal of Physiology (Renal, Fluid and Electrolyte)* |
| 1989–1998 | *International Yearbook of Nephrology* |
| 1989– | *Renal Failure* |
| 1990–1994 | Editor, *The Kidney* |
| 1993–2006 | *Seminars in Nephrology* |
| 1997–1999 | *ASAIO Journal* |
| 1997–2006 | *American Journal of Medicine* |
| 2000–2008 | Editor, *Current Opinion in Internal Medicine* |

<u>2008 Editorial Peer-Review Service</u>

(1) *American Journal of Kidney Disease*
(1) *Future of Medicine*
(1) *Nature Biotechnology*
(1) *Tissue Engineering*

**Teaching**

| | |
|---|---|
| 1979– | Introduction to Clinical Science; Lectures: Fluid & Electrolyte Disorders, Acid-Base Balance |
| 1979– | Attending Physician, General Medicine Wards, 1 month/academic year |
| 1979– | Attending Physician, Nephrology Consult Service, 1 month/academic year, current year: 1 month |
| 1983–2000 | Senior Resident Morning Report, 1–2 days/week |
| 1983–2000 | Chief of Service Rounds, 1–2 days/week |
| 2000– | Biomedical Core Curriculum, College of Engineering, Kidney Section |
| 2004–2006 | Khajohn Tiranathanagul, M.D., Post-doctoral Fellow |
| 2004–2007 | James C. Brodie, M.D., Post-doctoral Fellow |
| 2007–2008 | Feng Ding, M.D., Ph.D., Research Fellow |
| 2008–2009 | Joon Ho Song, M.D., Research Fellow |
| 2008–2010 | Ju-Young Jung, D.V.M., Ph.D. |

## Committee and Administrative Services

| | |
|---|---|
| 1977–1978 | Director, Clinical Fellowship Program in Nephrology, Peter Bent Brigham Hospital |
| 1978–1979 | Director, Postgraduate Seminars in Biomedical Research, Peter Bent Brigham Hospital |
| 1981–1983 | Member, End-Stage Renal Disease Committee, Veterans Administration Medical Center (VAMC), Ann Arbor |
| 1982–1983 | Member, Pharmacy and Therapeutics Committee, VAMC, Ann Arbor |
| 1982–1985 | Member, Research Committee, VAMC, Ann Arbor |
| 1983 | Member, Human and Financial Resources Committee, VAMC, Ann Arbor |
| 1983–1996 | Member, Clinical Executive Board, VAMC, Ann Arbor |
| 1983–1996 | Member, Professional Standards Board, VAMC, Ann Arbor |
| 1983–2000 | Member, Dean's Committee for Veterans Administration Affairs |
| 1984–1988 | Member, Chairman (1986–1988), Awards Committee, Department of Internal Medicine, University of Michigan Medical Center (UMMC) |
| 1984–1996 | Member, Evaluation Committee of Residents, Department of Internal Medicine, UMMC |
| 1985–1986 | Member, Search Committee for Pulmonary Chief, Department of Internal Medicine, UMMC |
| 1986–1987 | Member, Search Committee for General Medicine Chief, Department of Internal Medicine, UMMC |
| 1986–1988 | Member, Search Committee for Rheumatology Chief, Department of Internal Medicine, UMMC |
| 1988–1996 | Chairman, Geriatric Research, Educational, Clinical Center Advisory Committee, VAMC, Ann Arbor |
| 1989–1991 | Chairman, Search Committee for Associate Chief of Staff for Ambulatory Care, VAMC, Ann Arbor |
| 1990–1996 | Member, Department of Internal Medicine Sabbatical Committee, UMMC |
| 1990–1996 | Member, Chairman (1990–1993), Strategic Planning Committee, VAMC, Ann Arbor |
| 1993–1996 | Member, Medical School Executive Committee, UMMC |
| 1993– | Member, Advisory Committee, Tissue Engineering Program |
| 1994–1995 | Member, Internal Review Planning Committee, Tissue Engineering Program |
| 1996 | Member, Department of Internal Medicine Contingency Committee, UMMC |
| 1996 | Member, Medical School Dean's Cabinet, UMMC |
| 1996 | Member, Medical Service Plan Advisory Committee, UMMC |
| 1996 | Member, Medical Service Plan Executive Committee, UMMC |
| 1996–1997 | Member, Clinical Chairs Advisory Council, UMMC |
| 1996–1998 | Member, Executive Committee on Clinical Affairs, UMMC |
| 1996–1998 | Member, Redesign Coordinating Group, UMMC |
| 1996–2000 | Member, Faculty Group Practice Board of Directors, UMMC |
| 1996–2000 | Member, Hospital and Health Center Executive Committee, UMMC |
| 1996–2000 | Member, Howard Hughes Advisory Committee, UMMC |

| 1996–2000 | Member, Policy Committee of the Medical Scientist Training Program, UMMC |
| 1996–2000 | Member, Primary Care Executive Committee, UMMC |
| 1997–2000 | Member, Medical School Executive Committee, UMMC |
| 1998 | Member, Search Committee for Associate Vice President for Health System Finance and Business Strategy, UMMC |
| 1999 | Co-Chair, Education Committee, Strategic Planning Group, University of Michigan Health System (UMHS) |
| 1999 | Member, Steering Committee, Strategic Planning Group, UMHS |
| 1999 | Member, Task Force on Administrative Salary Support for Clinical Programs |
| 1999 | Member, Task Force on Multidisciplinary Programs |

**Consulting Positions**

Nephrion, Inc. (formerly RenaMed Biologics, Inc., and Nephros Therapeutics, Inc.), Founder, Chief Science Officer, Consultant
Dow Chemical, Scientific Consultant
Innovative BioTherapies, Inc., Founder, President, Consultant
Natural Therapeutics, Scientific Advisor
Sorbent Therapeutics, Consultant

**Visiting Professorships, Seminars, and Extramural Invited Presentations**

| 1982 | Introductory Lecture, American Society of Nephrology |
| 1982 | Invited Speaker, National Kidney Foundation of New Jersey |
| 1983 | Visiting Professor, University of Pittsburgh |
| 1984 | Visiting Professor, State University of New York at Stony Brook |
| 1984 | Visiting Professor, University of Rochester |
| 1984 | Visiting Professor, Ohio State University |
| 1984 | Invited Speaker, International Society of Nephrology |
| 1984 | Invited Speaker, International Symposium on Acute Renal Failure |
| 1985 | Invited Speaker, Biannual National Kidney Foundation News Briefing |
| 1985 | Invited Speaker, American Society of Transplant Surgeons and Physicians |
| 1985 | Visiting Professor, Wayne State University |
| 1985 | Visiting Professor, Albert Einstein University |
| 1985 | Visiting Professor, Mt. Sinai University in New York |
| 1985 | Invited Speaker, National Kidney Foundation of New York |
| 1985 | Introductory Lecture, 7th International Workshop on Phosphate Metabolism |
| 1985 | Invited Speaker, International Symposium on Drug-Induced Nephrotoxicity |
| 1986 | Invited Speaker, International Radiology Symposium |
| 1987 | Visiting Professor, University of Florida |
| 1987 | Invited Speaker, American Society of Parenteral Nutrition |
| 1987 | Visiting Professor, University of Utah |
| 1987 | Visiting Professor, University of California, Davis |

| 1987 | Invited Speaker, Nephrology Forum, Tufts University |
| 1987 | Visiting Professor, University of Iowa |
| 1987 | Visiting Professor, University of California, Los Angeles |
| 1987 | Visiting Professor, Northwestern University |
| 1988 | Visiting Professor, University of Alabama |
| 1988 | Visiting Professor, Emory University |
| 1988 | Visiting Professor, Penn State University |
| 1988 | Visiting Professor, University of Pennsylvania |
| 1988 | Visiting Professor, University of Hawaii |
| 1988 | Visiting Professor, Vanderbilt University |
| 1988 | Visiting Professor, Temple University |
| 1989 | Visiting Professor, Albert Einstein Medical Center |
| 1989 | Visiting Professor, University of Edmonton |
| 1990 | Visiting Professor, University of Wisconsin |
| 1990 | Visiting Professor, University of Calgary |
| 1990 | Visiting Professor, University of Texas, Southwestern |
| 1991 | Visiting Professor, University of Montreal |
| 1991 | State of the Art Lecture, Annual Meeting of the National Kidney Foundation of Delaware Valley |
| 1991 | Gift of Life Speech, National Kidney Foundation of Indiana |
| 1991 | State of the Art Lecture, International Symposium on Acute Renal Failure, Chapel Hill |
| 1991 | Chairman, Growth Factors in Acute Renal Failure Symposium, Frontiers in Nephrology, International Society of Nephrology, Chatham, Massachusetts |
| 1991 | State of the Art Lecture, New Therapies in Acute Renal Failure, American Society of Nephrology Annual Meeting, Baltimore |
| 1992 | Visiting Professor, Brown University |
| 1992 | Visiting Professor, University of Virginia |
| 1992 | Invited Speaker, Update in Nephrology, University of California, Los Angeles |
| 1992 | Invited Speaker, New Methodologies in Nephrology, Chicago |
| 1992 | Symposium Chairman, American Society of Nephrology, ICU Nephrology |
| 1992 | Boy Frame Memorial Lecture, ACP of Michigan, Traverse City, Michigan |
| 1992 | Visiting Professor, Medical College of Pennsylvania |
| 1993 | Visiting Professor, University of Washington |
| 1993 | Symposium Chairman, Acute Renal Failure, International Society of Nephrology, Jerusalem, Israel |
| 1993 | Symposium Chairman, National Kidney Foundation, ICU Nephrology, Boston |
| 1993 | State of Art Lecture, AFCR Midwest Meetings, Chicago |
| 1993 | Visiting Professor, University of Alabama |
| 1993 | Visiting Professor, University of Minnesota |
| 1994 | Featured Speaker, National Kidney Foundation of Massachusetts |
| 1994 | Visiting Professor, University of Maryland |
| 1994 | Featured Speaker, Nephrology Review Course, University of California, Los Angeles |

| | |
|---|---|
| 1994 | Chairman, Acute Renal Failure Session, American Society of Nephrology Meetings |
| 1994 | State of the Art Lecture, Frontiers in Nephrology, Ülm, Germany |
| 1995 | Chairman, Growth Factors in Acute Renal Failure Symposium, International Congress of Nephrology, Madrid, Spain |
| 1995 | Featured Speaker, Satellite Symposium on Acute Renal Failure, Barcelona, Spain |
| 1995 | State of the Art Speaker, International Society of Blood Purification, Kyong Ju, Korea |
| 1995 | Plenary Session Speaker, State of the Art, European Society of Artificial Organs, Berlin, Germany |
| 1995 | The Patrick Flannigan Memorial Lecture, Southeast Dialysis and Transplantation Society, Ft. Lauderdale |
| 1996 | Chairman, Tissue Engineering Keystone Symposium, Taos, New Mexico |
| 1996 | Chairman, Tissue Engineering Session; Speaker, Cell Culture Technology; Speaker, President's Session; American Society of Artificial Organs Annual Meeting |
| 1996 | Chairman, Growth Factors in ARF Session, NIH Sponsored Conference, Acute Renal Failure in the 21st Century |
| 1997 | State of the Art Lecture, Second International Meeting on Continuous Renal Replacement Therapy, San Diego |
| 1997 | Featured Speaker, Bioscience Meeting, Year in Nephrology, Washington, D.C. |
| 1998 | Visiting Professor, Albert Einstein School of Medicine |
| 1998 | Visiting Professor, New York University Medical Center |
| 1998 | State of the Art Lecture, New York Society of Nephrology |
| 1998 | Co-Chair, Stem Cells: Different Systems and Engineering, International Conference on Cell Culture Engineering, San Diego |
| 1998 | Visiting Professor, MCP-Hahnemann School of Medicine, Allegheny University of the Health Sciences |
| 1998 | Visiting Professor, The Cleveland Clinic Foundation |
| 1998 | Visiting Professor, Section of Nephrology, University of Chicago |
| 1998 | Visiting Professor, University of California, San Francisco |
| 1998 | Visiting Professor, Medical College of Ohio |
| 1998 | "Masters of Medicine" Internal Medicine Review Course, New York, New York |
| 1998 | State of the Art Lecture: Development of the Bioartificial Kidney, National Kidney Foundation Annual Meeting, Philadelphia |
| 1998 | Chairman, Clinical Nephrology Symposium on Acute Renal Failure, American Society of Nephrology Annual Meeting, Philadelphia |
| 1999 | Invited Speaker, 28th Educational and Scientific Symposium, Society of Critical Care Medicine, San Francisco |
| 1999 | Visiting Professor, University of Toledo |
| 1999 | Invited Speaker, XVth International Congress of Nephrology, Buenos Aires, Argentina |
| 1999 | Invited Speaker, Eighth Annual National Kidney Foundation Clinical Nephrology Meetings, Washington, D.C. |

| | |
|---|---|
| 1999 | Invited Speaker, 45th Annual Conference, American Society For Artificial Internal Organs, San Diego |
| 2000 | Keynote Address, Annual Meeting of the French Society of Nephrology, Paris |
| 2000 | Invited Speaker, 9th Annual Event, American Institute For Medical and Biological Engineering, Washington, D.C. |
| 2000 | Visiting Professor, New York University |
| 2000 | Visiting Professor, Maine Medical Center, University of Maine |
| 2000 | Visiting Professor, University of Wisconsin |
| 2000 | Plenary Speaker, 46th Annual Conference, American Society For Artificial Internal Organs, New York |
| 2000 | Keynote Speaker, 29th Conference of EDTNA/ERCA, Lisbon, Portugal |
| 2000 | Co-moderator, Literature Review and Update: Acute Renal Failure; Co-moderator, Innovative Methods of Drug Delivery Seminar; Invited Speaker, Bioartificial Tubule in Acute Renal Failure; American Society of Nephrology Annual Meeting, Toronto |
| 2000 | Speaker, The Medtronic Forum, Medtronic, Inc., Minneapolis |
| 2000 | Visiting Professor, George Washington University |
| 2001 | Visiting Professor, University of Pittsburgh |
| 2001 | Speaker, Lehigh Valley Hospital, Allentown, Pennsylvania |
| 2001 | Visiting Professor, University of Toronto |
| 2001 | Angelo P. Creticos, M.D., Inaugural Visiting Professor, Advocate Illinois Masonic Medical Center |
| 2001 | Speaker, Bioartificial Organs Symposium, Annual Meeting of Transplant Societies, Chicago |
| 2001 | Visiting Professor, University of Ottawa |
| 2001 | Visiting Professor, University of California, San Francisco |
| 2001 | Speaker, 1st International Conference: New Insights in ESRD, Fundación pro Calidad de Vida del Enfermo Renal, Madrid |
| 2002 | Speaker, International Conference on Dialysis IV: Advances in ESRD 2002, Renal Research Institute and University of Minnesota, Phoenix |
| 2002 | Visiting Professor, Emory University |
| 2002 | Visiting Professor, William Beaumont Hospital, Royal Oak, Michigan |
| 2002 | Co-chair, Symposium on Post-Operative Acute Renal Failure; Speaker, Symposium on Emerging Research in Extracorporeal Support and Symposium on Looking to the Future: Assessing and Applying New Technology; 7th International Conference on Continuous Renal Replacement Therapies, San Diego |
| 2002 | Speaker, 2nd Annual Engineering Tissue Growth International Conference & Exhibition, Pittsburgh Tissue Engineering Initiative, Pittsburgh |
| 2002 | Visiting Professor, State University of New York Downstate Medical Center |
| 2002 | Visiting Professor, Oakwood Hospital and Medical Center, Dearborn, Michigan |
| 2002 | Speaker, Update in ICU Medicine and its Impact on Nephrology, National Kidney Foundation Clinical Nephrology Meetings, Chicago |
| 2002 | Visiting Professor, University of South Carolina |
| 2002 | Speaker, 16th Portuguese Congress of Nephrology, Estoril |

| | |
|---|---|
| 2002 | Speaker, Symposium on New Technology in Hemodialysis; Comoderator, Renal Slide Forum; 48th Annual Conference & Exposition of the American Society for Artificial Internal Organs, New York |
| 2002 | Speaker, Stem Cell Technologies in Regenerative Medicine, IIR Life Sciences, London |
| 2002 | Chair and moderator, Scientific Session on Regenerative Medicine, Combined Annual Meeting, Central Society for Clinical Research, Chicago |
| 2002 | Speaker, Post-graduate Education Course on Hemodialysis; Speaker, Clinical Nephrology Conference on the Changing Spectrum of Acute Renal Failure in the ICU; American Society of Nephrology Annual Meeting, Philadelphia |
| 2002 | Speaker, 3rd Annual Conference on Regenerative Medicine: The New Medicine—From Repair to Regeneration, *Genetic Engineering News* and The Society of Regenerative Medicine, Washington, D.C. |
| 2003 | Visiting Professor, Brown University |
| 2003 | Speaker, International Conference on Dialysis V: Advances in ESRD 2003, Renal Research Institute and University of Minnesota, Miami Beach |
| 2003 | Speaker, 8th International Conference on Continuous Renal Replacement Therapies, San Diego |
| 2003 | Visiting Professor, University of Maryland |
| 2003 | Speaker, Engineering Tissue Growth International Conference and Exposition, Pittsburgh Tissue Engineering Initiative, Pittsburgh |
| 2003 | Visiting Professor, University of Wisconsin |
| 2003 | Speaker, Joint Conference of the American Society for Artificial Organs and the International Society for Artificial Organs, Washington, D.C. |
| 2003 | Speaker, International Symposium on the Surgical Treatment of Uremia: From Renal Transplant to the Implantable Artificial Kidney, Fundación Ramon Areces, Madrid |
| 2003 | Distinguished Lectureship, Rochester General Hospital Teaching Foundation, University of Rochester |
| 2003 | Speaker, American Society of Nephrology Annual Meeting, San Diego |
| 2003 | Visiting Professor, Winthrop University Hospital and State University of New York at Stony Brook |
| 2003 | Visiting Consultant, Northwestern University |
| 2004 | Speaker, 6th International Conference on Dialysis: Advances in ESRD 2004, Renal Research Institute and University of Minnesota; Rio Grande, Puerto Rico |
| 2004 | Speaker, 9th International Conference on Continuous Renal Replacement Therapies, San Diego |
| 2004 | Keynote Speaker, Combined Meeting of the Chicago Pathology Society and the Chicago Section of the American Association for Clinical Chemistry, Chicago |
| 2004 | Speaker, Whitney Symposium 2004—Bionics, GE Global Research Center, Niskayuna, New York |
| 2004 | Speaker, Joint Meeting of the American Society for Clinical Investigation and Association of American Physicians, Chicago |

| | |
|---|---|
| 2004 | Invited Participant, Acute Renal Failure Strategic Planning Retreat of the American Society of Nephrology, Washington, DC |
| 2004 | Speaker, Symposium on Kidney Technology, 50th Annual Conference of the American Society for Artificial Internal Organs, Washington, DC |
| 2004 | Speaker, Renal Care Symposium, Greenfield Health Systems, Henry Ford Health System, Livonia, MI |
| 2004 | Therapeutic Frontiers Award Lecture, American College of Clinical Pharmacy, Dallas |
| 2004 | Speaker, NanoMedicine Summit, Cleveland Clinic, Cleveland |
| 2004 | Melvin C. Gluck Memorial Lecture, New York University School of Medicine |
| 2005 | Speaker, International Vanguards in Renal Replacement Therapy Symposium, International Society for Hemodialysis, Tampa |
| 2005 | Speaker, 10th International Conference on Continuous Renal Replacement Therapies, San Diego |
| 2005 | Visiting Professor, Albert Einstein College of Medicine |
| 2005 | Visiting Professor, University of Minnesota |
| 2005 | Speaker, Regenerate 2005 International Conference and Exposition, Pittsburgh Tissue Engineering Initiative and Wake Forest University, Atlanta |
| 2005 | Chair, Working Luncheon: SBIR/STTR: The Top 10 Reasons to Seek These Federal R&D Funding Opportun"NIH"ties; Chair, Molecular Biocompatibility Symposium; Chair, Working Luncheon: Vascular Grafts—The Holy Grail To a Small Diameter Vascular Prosthesis: GPS Units Required; Chair, Working Luncheon, Nanotechnology In Artificial Organs; 51st Annual Conference of the American Society for Artificial Internal Organs, Washington, DC |
| 2005 | Invited Speaker, 3rd World Congress of Nephrology, International Society of Nephrology, Singapore |
| 2005 | Invited Speaker, Acute Renal Failure: From Bench To Bedside, 3rd World Congress of Nephrology Post-Congress Satellite Symposium, International Society of Nephrology, Malaysia |
| 2005 | Speaker, Central Regional Meeting of the American Association of Technology Managers, Detroit |
| 2005 | Visiting Professor, Medical College of Wisconsin |
| 2005 | Invited Speaker, 39th Annual Meeting of the European Society for Pediatric Nephrology, Istanbul |
| 2005 | Speaker, Annual Meeting on CSP #530: Intensive Versus Conventional Renal Support In Acute Renal Failure, Veterans Health Services and Research Administration, U.S. Department of Veterans Affairs, Chicago |
| 2005 | Speaker, Research To Commercialization Seminar, Western Michigan University |
| 2005 | Speaker, American Society of Nephrology Annual Meeting, Philadelphia |
| 2005 | Visiting Professor, Thomas E. Starzl Transplantation Institute, University of Pittsburgh |
| 2006 | Visiting Professor, University of Chicago, January |
| 2006 | Speaker, 2nd International Conference on Stem Cell Research and Development, GTCbio, San Francisco, March |

| | |
|---|---|
| 2006 | Speaker, 11th International Conference on Continuous Renal Replacement Therapies, San Diego, March |
| 2006 | Visiting Professor, Detroit Medical Center, Wayne State University, March |
| 2006 | Panelist, Michigan Growth Capital Symposium, Panel on Advances In the Life Sciences, Ypsilanti, May |
| 2006 | Invited Speaker, 1st Scientific Symposium on Technological Advances In Kidney Disease, University of Southern California Keck School of Medicine, Los Angeles, June |
| 2006 | Speaker, Symposium on Recovery of Organ Function, 52th Annual Conference of the American Society for Artificial Internal Organs, Chicago, June |
| 2006 | Speaker, World Transplant Congress, Boston, July |
| 2006 | Visiting Professor, William Beaumont Hospital, Royal Oak, MI, August |
| 2006 | Invited Speaker, Symposium in Stem Cell Repair and Regeneration, Imperial College London, October |
| 2006 | Invited Speaker, Frontiers of Clinical Investigation—Host Defense 2006: From Bench to Bedside, University of California, San Diego, October |
| 2006 | Speaker, Renal Care Symposium, Greenfield Health Systems, Henry Ford Health System, Livonia, MI, October |
| 2006 | Invited Speaker, Frontiers of Tissue Engineering Symposium, Radcliffe Institute for Advanced Study, Harvard University, Cambridge, November |
| 2006 | Invited Speaker, 8th New Jersey Symposium on Biomaterials Science: Therapeutic and Diagnostic Applications of Biomaterials, New Jersey Center for Biomaterials, Rutgers University, November |
| 2007 | Invited Speaker, Annual Dialysis Conference, University of Missouri School of Medicine and Sinclair School of Nursing, Denver, February |
| 2007 | Invited Speaker, World Congress of Nephrology (WCN), Rio de Janeiro, and WCN Satellite Symposium on Acute Kidney Injury: Emerging Concepts, Salvador, April |
| 2007 | Presenter, ASAIO 53rd Annual Conference and ASAIO Innovation Conference, Chicago, June |
| 2007 | Invited Speaker, Transplantation Society Joint Conference, Minneapolis, September |
| 2007 | Invited Speaker, Annual Meeting of Medical Directors of Dialysis Clinic, Inc., Destin, Florida, October |
| 2007 | Organizer and Speaker, PREX S.p.A. International Nephrology Course, Chronic Kidney Disease and Therapy: From Dialysis to Bioartificial Kidney, University of Michigan, October |
| 2007 | Visiting Professor, Henry Ford Hospital and Medical Centers, Detroit, December |
| 2008 | Visiting Professor, Mildred "Barry" Friedman Lecture, SUNY Downstate Medical Center, Brooklyn, New York, April |
| 2008 | Invited Speaker, Workshop on Innovation In Uremia Therapy, Cleveland Clinic, May |
| 2008 | Keynote Address and Program Chair, ASAIO 54rd Annual Conference—From Discovery To Clinical Use and Commercialization, San Francisco, June |

| 2008 | Organizer and Speaker, PREX S.p.A. International Nephrology Course: Chronic Kidney Disease and Therapy—From Dialysis to Bioartificial Kidney, University of Michigan, July |
|------|------|
| 2008 | Invited Lecturer, International Society of Nephrology, Continuing Medical Education Conference, Shanghai, September–October |
| 2008 | Speaker, Renal Care Symposium, Greenfield Health Systems, Henry Ford Health System, Livonia, MI, October |
| 2008 | Invited Speaker, 21. Berliner Dialyseseminnar, Berlin, December |
| 2008 | Invited Speaker, ERTIC (ExtraRenal Therapy in Intensive Care) 5th Symposium, Paris, December |
| 2009 | Invited Speaker, 2° Incontro Romano di Nefrologia, Rome, January |

**Patents Issued**

Methods and Compositions for Isolation and Growth of Kidney Tubule Stem Cells, In Vitro Kidney Tubulogenesis and Ex Vivo Construction of Renal Tubules
U.S. 5,429,938, Issued 07/04/1995
U.S. 6,060,270, Issued 05/09/2000
U.S. 6,410,320, Issued 06/25/2002
Australia 671622, Issued 12/24/1996

Methods and Formulations for the Therapy of Acute Renal Failure
U.S. 5,360,790, Issued 11/01/1994

Methods and Compositions of a Bioartificial Kidney Suitable for Use In Vivo or Ex Vivo
U.S. 5,549,674, Issued 08/27/1996
U.S. 5,686,289, Issued 11/11/1997
U.S. 6,150,164, Issued 11/21/2000
U.S. 6,942,879, Issued 09/13/2005
Australia 692191, Issued 11/05/1998
Austria 746343, Issued 02/01/2004
Belgium 746343, Issued 02/01/2004
Europe 746343, Issued 02/01/2004
France 746343, Issued 02/01/2004
Germany 746343, Issued 02/01/2004
Ireland 746343, Issued 02/01/2004
Switzerland 746343, Issued 02/01/2004
United Kingdom 746343, Issued 02/01/2004
Canada 2,173,594, Issued 09/07/2004
Japan 3,614,853, Issued 11/12/2004

Implantable Device and Uses Therefor
U.S. 5,704,910, Issued 01/06/1998
U.S. 5,911,704, Issued 06/15/1999
U.S. 6,572,605, Issued 06/3/2003
U.S. 6,716,208, Issued 04/06/2004

A Device for Delivering a Preselected Molecule Into the Systemic Circulation
    Australia 716897, Issued 06/22/2000
    Canada 2,222,613, Issued 08/07/2001
    Europe EPO831752B1, Issued 09/01/2004
    Japan 3878672, Issued 02/07/2007

Extracorporeal Fluid Circuit and Related Methods
    U.S. 6,561,997, Issued 5/13/2003
    U.S. 6,913,588 B2, Issued 07/05/2005
    Australia 759854, Issued 05/01/2003
    Canada 2,369,576, Issued 07/05/2005
    Europe 1171178, Issued 11/22/2006

Method of Treating Systemic Inflammatory Response Syndrome
    U.S. 6,653,131, Issued 11/25/2003
    International WO03020104, Published 03/13/2003
    Europe 1421180, Published 05/26/2004
    Japan 2005-501584T, Published 01/20/2005

Device and Method to Maintain Vascularization Near Implant
    U.S. 7,332,330.B2, Issued 02/19/2008
    Europe 1492438, Issued 01/05/2005
    International WO03022125, Published 03/20/2003

Method of Modulating Inflammatory Response
    U.S. 7,442,546, Issued 10/28/2008
    Canada 2,488,928, Issued 09/25/2003
    International WO03077840, Published 09/25/2003
    Europe 1492868, Published 01/05/2005

Ultrafiltration Membrane, Device, Bioartificial Organ, and Methods
    U.S. 7,048,856 B2, Issued 05/23/2006
    U.S. 11/972,502, Filed 01/10/2007

Filtration Methods and Related Methods
    U.S. 11/593,270, Filed 11/06/2006

An Extracorporeal Cell-Based Therapeutic Device and Delivery System
    U.S. 11/670,123, Filed 02/01/2007
    Canada, Filed 07/18/2008
    Japan F1-08R83B6V, Filed 09/04/2008

Methods for Enhanced Propagation of Cells
    U.S. Provisional 61/073,745, Filed 06/18/2008

Selective Cytopheresis Devices and Related Methods Thereof
    U.S. 12/201,576, Filed 08/29/2008

## Bibliography

Peer-Reviewed Journals and Publications

1.  Fye KH, Hancock D, Moutsopoulos H, Humes HD, and Arieff AI. Low-dosage heparin in rapidly progressive glomerulonephritis. *Arch Intern Med* 1976;136:995–999.

2.  Brenner BM and Humes HD. Mechanics of glomerular ultrafiltration. *N Engl J Med* 1977;297:148–154.

3.  Humes HD, Ichikawa I, Troy JL, Anderson A, and Brenner BM. Influence of calcium on the determinants of glomerular ultrafiltration. *Trans Assoc Am Physicians* 1977;90:228–238.

4.  Ichikawa I, Humes HD, and Brenner BM. Evidence for a glomerular action of parathormone in the rat. *Trans Assoc Am Physicians* 1977;90:248–256.

5.  Brenner BM, Hostetter TH, and Humes HD. Molecular basis of proteinuria of glomerular origin. *N Engl J Med* 1978;298:826–833.

6.  Humes HD, Ichikawa I, Troy JL, and Brenner BM. Evidence for a parathyroid hormone-dependent influence of calcium on the glomerular ultrafiltration coefficient. *J Clin Invest* 1978;61:32–40.

7.  Bohrer MP, Baylis C, Humes HD, Glassock RJ, Robertson CR, and Brenner BM. Permselectivity of the glomerular capillary wall: Facilitated filtration of circulating polycations. *J Clin Invest* 1978;61:72–78.

8.  Ichikawa I, Humes HD, Dousa TP, and Brenner BM. Influence of parathyroid hormone on glomerular ultrafiltration in the rat. *Am J Physiol* 1978;234:F393–F401.

9.  Brenner BM, Hostetter TH, and Humes HD. Glomerular permselectivity: Barrier function based on discrimination of molecular size and charge. *Am J Physiol* 1978;234:F455–F460.

10. Weinberg JM, Simmons CF Jr, and Humes HD. Alterations of mitochondrial respiration induced by aminoglycoside antibiotics. *Res Commun Chem Pathol Pharmacol* 1980;27:521–531.

11. Humes HD, Simmons CF Jr, and Brenner BM. Interaction between antidiuretic and parathyroid hormones on urine concentration. *Am J Physiol* 1980;239:F244–F249.

12. Humes HD, Simmons CF Jr, and Brenner BM. Effect of verapamil on the hydroosmotic response to antidiuretic hormone in toad urinary bladder. *Am J Physiol* 1980;239:F250–F257.

13. Humes HD, Dieppa RA, and Brenner BM. Glomerular dynamics in rats with hereditary hydronephrosis. *Invest Urol* 1980;18:46–51.

14. Simmons CF Jr, Bogusky RT, and Humes HD. Inhibitory effects of gentamicin on renal mitochondrial oxidative phosphorylation. *J Pharmacol Exp Ther* 1980;214:709–715.

15. Weinberg JM and Humes HD. Mechanisms of gentamicin-induced dysfunction of renal cortical mitochondria. I. Effects on mitochondrial respiration. *Arch Biochem Biophys* 1980;205:222–231.

16. Weinberg JM, Harding PG, and Humes HD. Mechanisms of gentamicin-induced dysfunction of renal cortical mitochondria. II. Effects on mitochondrial monovalent cation transport. *Arch Biochem Biophys* 1980;205:232–239.

17. Humes HD and Weinberg JM. Ionophore A23187 induced reductions in toad urinary bladder epithelial cell oxidative phosphorylation and viability. *Pflügers Arch* 1980;388:217–220.

18. Simmons CF Jr, Rennke HG, and Humes HD. Acute renal failure induced by diethylaminoethyl dextran: Importance of cationic charge. *Kidney Int* 1981;19:424–430.

19. Weinberg JM, Harding PG, and Humes HD. Mitochondrial bioenergetics during the initiation of mercuric chloride-induced renal injury. I. Direct effects of in vitro mercuric chloride on renal cortical mitochondrial function. *J Biol Chem* 1982;257:60–67.

20. Weinberg JM, Harding PG, and Humes HD. Mitochondrial bioenergetics during the initiation of mercuric chloride-induced renal injury. II. Functional alterations of renal cortical mitochondria isolated after mercuric chloride treatment. *J Biol Chem* 1982;257:68–74.

21. Sastrasinh M, Knauss TC, Weinberg JM, and Humes HD. Identification of the aminoglycoside binding site in rat renal brush border membranes. *J Pharmacol Exp Ther* 1982;222:350–358.

22. Sastrasinh M, Weinberg JM, and Humes HD. Effect of gentamicin on calcium uptake by renal mitochondria. *Life Sci* 1982;30:2309–2315.

23. Bernstein SP and Humes HD. Reversible renal insufficiency in multiple myeloma. *Arch Intern Med* 1982;142:2083–2086.

24. Humes HD, Weinberg JM, and Knauss TC. Clinical and pathophysiologic aspects of aminoglycoside nephrotoxicity. *Am J Kidney Dis* 1982;2:5–29.

25. Knauss TC, Weinberg JM, and Humes HD. Alterations in renal cortical phospholipid content induced by gentamicin: Time course, specificity and subcellular localization. *Am J Physiol* 1983;244:F535–F546.

26. Weinberg JM, Harding PG, and Humes HD. Alterations in renal cortex cation homeostasis during mercuric chloride and gentamicin nephrotoxicity. *Exp Mol Pathol* 1983;39:43–60.

27. Humes HD and Weinberg JM. Effect of gentamicin on antidiuretic hormone-stimulated osmotic water flow in the toad urinary bladder. *J Lab Clin Med* 1983;101:472–478.

28. Somermeyer MG, Knauss TC, Weinberg JM, and Humes HD. Characterization of $Ca^{2+}$ transport in rat renal brush-border membranes and its modulation by phosphatidic acid. *Biochem J* 1983;214:37–46.

29. Humes HD and Weinberg JM. Alterations of renal tubular cell metabolism in acute renal failure. *Miner Electrolyte Metab* 1983;9:290–305.

30. Humes HD, guest editor. Intracellular Calcium in Health and Disease. *Semin Nephol* 1984;4:107–191.

31. Humes HD. Intracellular calcium in health and disease. *Semin Nephol* 1984;4:113–116.

32. Humes HD. Regulation of intracellular calcium. *Semin Nephol* 1984;4:117–133.

33. Humes HD, Sastrasinh M, and Weinberg JM. Calcium is a competitive inhibitor of gentamicin-renal membrane binding interactions and dietary calcium supplementation protects against gentamicin nephrotoxity. *J Clin Invest* 1984;73:134–147.

34. Weinberg JM, Hunt D, and Humes HD. Distribution of gentamicin among subcellular fractions from rat renal cortex. *Biochem Pharmacol* 1985;34:1779–1787.

35. Weinberg JM and Humes HD. Calcium transport and inner mitochondrial membrane damage in renal cortical mitochondria. *Am J Physiol* 1985;248:F876–F889.

36. Humes HD, Jackson NM, O'Connor RP, Hunt DA, and White MD. Pathogenetic mechanisms of nephrotoxicity: Insights into cyclosporine nephrotoxicity. *Transplant Proc* 1985;27S:51–62.

37. Humes HD. Prevention and amelioration of acute renal failure. *Int J Artif Organs* 1986;9:3–4.

38. Humes HD. Role of calcium in pathogenesis of acute renal failure. *Am J Physiol* 1986;250:F579–F589.

39. Weinberg JM and Humes HD. Increases of cell ATP produced by exogenous adenine nucleotides in isolated rabbit kidney tubules. *Am J Physiol* 1986;250:F720–F733.

40. Humes HD, Nguyen VD, and Hunt DA. High energy phosphates, phospholipids, and calcium in ischemic renal tubular cell injury. *Phosphate and Miner Homeostasis* 1986;208:3–8.

41.  Humes HD, Cieslinski DA, and Messana JM. Pathogenesis of radiocontrast-induced acute renal failure: Comparative nephrotoxicity of diatrizoate and iopamidol. *Diagn Imag* 1987;6:12–18.

42.  Humes HD, Hunt DA, and White MD. Direct toxic effect of the radiocontrast agent diatrizoate on renal proximal tubule cells. *Am J Physiol* 1987;252(2 Pt 2):F246–F255.

43.  Jackson NM, Hsu C, Visscher GE, Venkatachalam MA, and Humes HD. Alterations in renal structure and function in a rat model of cyclosporine nephrotoxicity. *J Pharmacol Exp Ther* 1987;242:749–756.

44.  Jackson NM, O'Connor RP, and Humes HD. Interactions of cyclosporine with renal proximal tubule cells and cellular membranes. *Transplantation* 1988;46:109–114.

45.  Messana JM, Cieslinski DA, Nguyen VD, and Humes HD. Comparison of the toxicity of the radiocontrast agents, iopamidol and diatrizoate, to rabbit renal proximal tubule cells in vitro. *J Pharmacol Exp Ther* 1988;244:1139–1144.

46.  Cohen R, Johnson K, and Humes HD. Potentiation of aminoglycoside nephrotoxicity by vitamin-D-induced hypercalcemia. *Miner Electrolyte Metab* 1988;14:121–128.

47.  Nguyen VD, Cieslinski DA, and Humes HD. Importance of adenosine triphosphate in phospholipase $A_2$-induced rabbit renal proximal tubule cell injury. *J Clin Invest* 1988;82:1098–1105.

48.  Messana JM, Cieslinski DA, O'Connor RP, and Humes HD. Glutathione protects against exogenous oxidant injury to rabbit renal proximal tubules. *Am J Physiol* 1988;255:F874–F884.

49.  Humes HD. Aminoglycoside nephrotoxicity. *Kidney Int* 1988;33:900–911.

50.  Humes HD and Jackson NM. Cyclosporine effects on isolated membranes, proximal tubule cells, and interstitium of the kidney. *Transplant Proc* 1988;20:748–758.

51.  Humes HD, Coffman T, Halderman H, Mihatsch M, Henry M, and Porter GA. Cyclosporine nephrotoxicity: A workshop to discuss mechanisms, diagnosis, and treatment. *Transplant Proc* 1988;20:833–840.

52.  Humes HD and Messana JM. Acute renal failure and toxic nephropathy. *Contemp Nephrol* 1989;5:283–323.

53.  Humes HD, Cieslinski DA, Coimbra TM, Messana JM, and Galvao C. Epidermal growth factor enhances renal tubule cell regeneration and repair and accelerates the recovery of renal function in postischemic acute renal failure. *J Clin Invest* 1989;84:1757–1761.

54.  Humes HD, Nguyen VD, Cieslinski DA, and Messana JM. The role of free fatty acids in hypoxia-induced injury to renal proximal tubule cells. *Am J Physiol* 1989;256:F688–F696.

55.  Messana JM, Cieslinski DA, and Humes HD. Comparison of toxicity of radiocontrast agents to renal tubule cells in vitro. *Renal Failure* 1990;12:75–82.

56.  Coimbra TM, Cieslinski DA, and Humes HD. Epidermal growth factor accelerates renal repair in mercuric chloride nephrotoxicity. *Am J Physiol* 1990;259:F438–F443.

57.  Humes HD, Beals TF, Cieslinski DA, Sanchez IO, and Page TP. Effects of transforming growth factor-β, transforming growth factor-α, and other growth factors on renal proximal tubule cells. *Lab Invest* 1991;64:538–545.

58.  Humes HD and Cieslinski DA. Adenosine triphosphate stimulates thymidine incorporation but does not promote cell growth in primary cultures of renal proximal tubule cells. *Renal Physiol Biochem* 1991;14:253–258.

59.  Young EW and Humes HD. Calcium and acute renal failure. *Miner Electrolyte Metab* 1991;17:106–111.

60.  Humes HD, Cieslinski DA, Johnson LB, and Sanchez IO. Triiodothyronine enhances renal tubule cell replication by stimulating EGF receptor gene expression. *Am J Physiol* 1992;262:F540–F545.

61.  Humes HD and Cieslinski DA. Interaction between growth factors and retinoic acid in the induction of kidney tubulogenesis in tissue culture. *Exp Cell Res* 1992;201:8–15.

62.  Humes HD, Nakamura T, Cieslinski DA, Miller D, Emmons RV, and Border WA. Role of proteoglycans and cytoskeleton in the effects of TGF-β1 on renal proximal tubule cells. *Kidney Int* 1993;43:575–584.

63.  Liu S and Humes HD. Cellular and molecular aspects of renal repair in acute renal failure. *Curr Opin Nephrol Hypertens* 1993;2:618–624.

64.  Humes HD and Paganini EP, guest editors. Nephrology and the Medical Intensive Care Unit. *Semin Nephol* 1994;14:1–98.

65.  Lake EW and Humes HD. Acute renal failure: Directed therapy to enhance renal tubule regeneration. *Semin Nephol* 1994;14:83–97.

66.  Cieslinski DA and Humes HD. Tissue engineering of a bioartificial kidney. *Biotechnol Bioeng* 1994;43:678–681.

67.  Humes HD and Liu S. Cellular and molecular basis of renal repair in acute renal failure. *J Lab Clin Med* 1994;124:749–754.

68.  Humes HD. Acute renal failure: Prevailing challenges and prospects for the future. *Kidney Int* 1995;48(Suppl 50):S-26–S-32.

69. Shreve P, Chiao P-C, Humes HD, Schwaiger M, and Gross MD. C–11 acetate PET imaging of renal disease in human subjects. *J Nucl Med* 1995;36:1595–1601.

70. Humes HD, Lake EW, and Liu S. Renal tubule cell repair following acute renal injury. *Miner Electrolyte Metab* 1995;21:353–365.

71. Humes HD. The bioartificial renal tubule: Prospects to improve supportive care in acute renal failure. *Ren Fail* 1996;18:405–408.

72. Humes HD. Application of gene and cell therapies in the tissue engineering of a bioartificial kidney. *Int J Artif Organs* 1996;19:215–217.

73. Humes HD, Krauss JC, Cieslinski DA, and Funke AJ. Tubulogenesis from isolated single cells of adult mammalian kidney: Clonal analysis with a recombinant retrovirus. *Am J Physiol Renal Physiol* 1996;271(40):F42–F49.

74. Humes HD. Tissue engineering of a bioartificial kidney: A universal donor organ. *Transplant Proc* 1996;28(4):2032–2035.

75. Humes HD. Acute renal failure: The promise of new therapies. *N Engl J Med* 1997;336:870–871.

76. Liu S, Cieslinski DA, Funke AJ, and Humes HD. Transforming growth factor-β1 regulates the expression of Pax-2, a developmental control gene, in renal tubule cells. *Exp Nephrol* 1997;5:295–300.

77. Woods JD and Humes HD. Prospects for a bioartificial kidney. *Semin Nephol* 1997;17:381–386.

78. Humes HD, MacKay SM, Funke AJ, and Buffington DA. The bioartificial renal tubule assist device to enhance CRRT in acute renal failure. *Am J Kidney Dis* 1997;30:S28–S31.

79. Humes HD, MacKay SM, Funke AJ, and Buffington DA. Acute renal failure: Growth factors, cell therapy, and gene therapy. *Proc Assoc Am Physicians* 1997;109:547–557.

80. MacKay SM, Funke AJ, Buffington DA, and Humes HD. Tissue engineering of a bioartificial renal tubule. *ASAIO J* 1998;44:179–183.

81. Humes HD, Funke AJ, and Buffington DA. Cell therapy in kidney failure. *Cytotechnology* 1998;28(1–3):1–8.

82. Petruzzelli L, Takami M, and Humes HD. Structure and function of cell adhesion molecules. *Am J Med* 1999;106:467–476.

83. Humes HD, Buffington DA, MacKay SM, Funke AJ, and Weitzel WF. Replacement of renal function in uremic animals with a tissue-engineered kidney. *Nat Biotechnol* 1999;17:451–455.

84. Humes HD, MacKay SM, Funke AJ, and Buffington DA. Tissue engineering of a bioartificial renal tubule assist device: In vitro transport and metabolic characteristics. *Kidney Int* 1999;55:2502–2514.

85. Nikolovski J, Gulari E, and Humes HD. Design engineering of a bioartificial renal tubule cell therapy device. *Cell Transplant* 1999;8:351–364.

86. Humes HD. Bioartificial kidney for full renal replacement therapy. *Semin Nephol* 2000;20:71–82.

87. Hammerman MR, Safirstein R, Harris RC, Toback FG, and Humes HD. Acute renal failure. III. The role of growth factors in the process of renal regeneration and repair. *Am J Physiol Renal Physiol* 2000;279:F3–F11.

88. Maguire PJ, Stevens C, Humes HD, Shander A, Halpern NA, and Pastores SM. Bioartificial organ support for hepatic, renal, and hematologic failure. *Crit Care Clin* October 2000;16:681–694.

89. Humes HD, Fissell WH, Weitzel WF, Buffington DA, Westover AJ, MacKay SM, and Gutierrez JM. Metabolic replacement of renal function in uremic animals with a bioartificial kidney containing human cells. *Am J Kidney Dis* 2002;39(5):1078–1087.

90. Fissell WH, Dyke DB, Buffington DA, Weitzel WF, Westover AJ, MacKay SM, Gutierrez JM, and Humes HD. Bioartificial kidney alters cytokine response and hemodynamics in endotoxin-challenged dogs. *Blood Purif* 2002;20:55–60.

91. Humes HD, Fissell WH, and Weitzel WF. The bioartificial kidney in the treatment of acute renal failure. *Kidney Int* 2002;61(Suppl 80):S121–S125.

92. Fissell WH, Lou L, Abrishami S, Buffington DA, Humes HD. Bioartificial kidney ameliorates gram-negative bacteria-induced septic shock in uremic animals. *J Am Soc Nephrol* 2003;14:454-461.

93. Humes HD, Weitzel WF, Bartlett RH, Swaniker FC, Paganini EP. Renal cell therapy is associated with dynamic and individualized responses in patients with acute renal failure. *Blood Purif* 2003;21:64–71.

94. Humes HD, Buffington DA, Lou L, Abrishami S, Wang M, Xia J, Fissell WH. Cell therapy with a tissue-engineered kidney protects against the multi-organ consequences of septic shock. *Crit Care Med* 2003;31:2421–2428.

95. Humes HD. Cell therapy: Leveraging nature's therapeutic potential. *J Am Soc Nephrol* 2003;14:2211–2213.

96. Fissell WH and Humes HD. Cell therapy of renal failure. *Transplant Proc* 2003;35:2837–2842.

97. Humes HD, Weitzel WF, Fissell WH. Renal cell therapy in the treatment of patients with acute and chronic renal failure. *Blood Purif* 2004;22:60–72.

98. Humes HD and Szczypka MS. Advances in cell therapy for renal failure. *Transplant Immunology* 2004;12:219–227.

99. Low J, Humes HD, Szczypka M, and Imperiale M. BKV and SV40 infection of human kidney tubular epithelial cells in vitro. *Virology* 2004;323(2):182–188.

100. Humes HD, Weitzel WF, Bartlett RH, Swaniker FC, Paganini EP, Luderer JR, and Sobota J. Initial clinical results of the bioartificial kidney containing human cells in ICU patients with acute renal failure. *Kidney Int* 2004;66:1578–1588.

101. Nallamothu BK, Shojania KG, Saint S, Hofer TP, Humes HD, Moscucci M, Bates ER. Is acetylcysteine effective in preventing contrast-related nephropathy? A meta-analysis. *Am J Med* 2004;117:938–947.

102. Humes HD. Translational medicine and the National Institutes of Health road map: Steep grades and tortuous curves. *J Lab Clin Med* 2005;146:51–54.

103. Szczypka MS, Westover AJ, Clouthier SG, Ferrara JLM, and Humes HD. Rare incorporation of bone marrow-derived cells into kidney after folic acid-induced injury. *Stem Cells* 2005;23:44–54.

104. Brodie JC and Humes HD. Stem cell approaches for the treatment of renal failure. *Pharmacol Rev* 2005;57:299–313.

105. Humes HD, Fissell W, and Tiranathanagul K. The future of hemodialysis membranes. *Kidney Int* 2006;69:1115–1119.

106. Fissell WH, Manley S, Westover A, Humes HD, Fleischman AJ, and Roy S. Differentiated growth of human renal tubule cells on thin-film and nanostructured materials. *ASAIO J* 2006;52:221–227.

107. Tiranathanagul K, Brodie JC, and Humes HD. Bioartificial kidney in the treatment of acute renal failure associated with sepsis. *Nephrology* 2006;11:285–291.

108. Fissell WH, Humes HD, Fleischman AJ, and Roy S. Dialysis and nanotechnology: Now, 10 years, or never? *Blood Purif* 2007; 25:12–17.

109. Tiranathanagul K, Dhawan V, Lytle IF, Zhang W, Borschel GH, Buffington DA, Tziampazis E, Brown DL, and Humes HD. Tissue engineering of an implantable bioartificial hemofilter. *ASAIO J* 2007;53:176–186.

110. Fissell WH, Fleischman AJ, Humes HD, and Roy S. Development of continuous implantable renal replacement: Past and Future. *Translational Res* 2007; 150:327–336.

111. Tumlin J, Wali R, Williams W, Murray P, Tolwani AJ, Vinnikova AK, et al. Efficacy and safety of renal tubule cell therapy for acute renal failure. *J Am Soc Nephrol* 2008; 19:1034–1040.

<u>Non-Peer-Reviewed Publications</u>

112. Humes HD, Narins RG, and Brenner BM. Pathophysiology of body water homeostasis. *Hosp Pract* 1979;14:133–145.

113. Weinberg JM and Humes HD. Recent insights into the pathogenesis of aminoglycoside nephrotoxicity. Proceedings of the 13th International Congress of Chemotherapy 1983.

114. Humes HD and Nguyen VD. Acute renal failure and toxic nephropathy. *Contemp Nephrol* 1987;4:401–462.

115. Humes HD. Renal tubulo-interstitial effects of cyclosporine. *Transpl Immunol Lett* 1987;3:6–11.

116. Humes HD, Cieslinski DA, and Messana JM. Effects of radiocontrast agents on renal tubule cell function: Implications regarding the pathogenesis of contrast-induced nephrotoxicity. *Cardiology* 1988;5:11–13.

117. Humes HD. Recovery phase of acute renal failure: The cellular and molecular biology of regenerative repair. *The Kidney* 1991;24:1–6.

118. Humes HD. Potential molecular therapy for acute renal failure. *Cleve Clin J Med* 1993;60(2):166–168.

119. Humes HD and Cieslinski D. Prospects for an implantable bioartificial kidney. *Dialysis Nephrol* 1995;16(2):24–27.

120. Humes HD. Cell therapy and tissue engineering for renal replacement therapy. *Am J Kidney Dis* 1998;32:xlii–xliv.

121. Humes HD. Limiting acute renal failure. *Hosp Pract* 1999;34:31–48.

122. Humes HD. Stem cells: The next therapeutic frontier. In: Transactions of the American Clinical and Climatological Association. Vol. 116. Sea Island, Georgia: American Clinical and Climatological Association, 2005.

123. Humes HD, Ding F, and Song JH. Dialysis dosing in critically ill patients with acute kidney injury. *Am J Kidney Dis* 2008;52:649–652.

124. Ding F and Humes HD. The bioartificial kidney and bioengineered membranes in acute kidney injury. *Nephron Exp Nephrol* 2008;109:e118–e122.

<u>Book Chapters</u>

125. Brenner BM, Baylis C, Ichikawa I, and Humes HD. Dynamics of glomerular ultrafiltration. Insights from micropuncture. In: Giebisch G, Purcell EF, eds. Josiah Macy Conference on Renal Function. Baltimore: Waverly Press, 1978:23–40.

126. Humes HD, Gottlieb MN, and Brenner BM. The kidney in congestive heart failure. In: Brenner BM, Stein JH, eds. Contemporary Issues in Nephrology, Vol. 1. Sodium and Water Homeostasis. New York: Churchill Livingstone, 1978:51–72.

127. Brenner BM, Hostetter TH, and Humes HD. Tubulointestitial diseases of the kidney. In: Isselbacher KJ, ed. Harrison's Principles of Internal Medicine. 9th ed. New York: McGraw-Hill, 1980:1333–1338.

128. Brenner BM and Humes HD. Urinary tract obstruction. In: Isselbacher KJ, ed. Harrison's Principles of Internal Medicine. 9th ed. New York: McGraw-Hill, 1980:1353–1355.

129. Brenner BM and Humes HD. Tumors of the urinary tract. In: Isselbacher KJ, ed. Harrison's Principles of Internal Medicine. 9th ed. New York: McGraw-Hill, 1980:1355–1357.

130. Knauss TC, Weinberg JM, and Humes HD. Changes in tissue phospholipid content during developing nephrotoxicity. In: Eliahou HE, ed. Tel Aviv Satellite Symposium on Acute Renal Failure. London: John Libbey, 1982:23–24.

131. Humes HD and Weinberg JM. Drug-induced nephrotoxicity. *Dis Mon* 1982;28(5).

132. Humes HD, Weiner NH, and Schacht J. The biochemical pathology of aminoglycoside-induced nephro- and ototoxicity. In: Fillastre JP, ed. Nephrotoxicity-Ototoxicity of Drugs. Rouen: Inserm, 1982:333–343.

133. Humes HD and Weinberg JM. Cellular energetics in acute renal failure. In: Brenner BM, Lazarus JM, eds. Acute Renal Failure. Philadelphia: WB Saunders, 1983:47–98.

134. Weinberg JM and Humes HD. Renal tubular cell integrity in mercuric chloride and gentamicin nephrotoxicity. In: Solez K, Whelton A, eds. Acute Renal Failure: Correlations Between Morphology and Function. New York: Marcel Dekker, 1983:179–194.

135. Brenner BM, Humes HD, and Milford EG. Urinary tract obstruction. In: Petersdorf RG, ed. Harrison's Principles of Internal Medicine. 10th ed. New York: McGraw-Hill, 1983:1676–1678.

136. Brenner BM, Humes HD, and Milford EG. Tumors of the urinary tract. In: Petersdorf RG, ed. Harrison's Principles of Internal Medicine. 10th ed. New York: McGraw-Hill, 1983:1678–1680.

137. Humes HD, Hunt DA, Clark MJ, White MP, and Weinberg JM. Cellular mechanisms of protection in nephrotoxic and ischemic acute renal failure. In: Robinson RR, ed.

Nephrology. Vol. 1. Proceedings of the IXth International Congress of Nephrology. New York: Springer-Verlag, 1984:776–783.

138. Humes HD, Jackson NM, O'Connor RP, Hunt DA, and White MD. Insights into cyclosporine nephrotoxicity. In: Kahan BD, ed. Cyclosporine. Vol. III. Diagnosis and Management of Associated Renal Injury. Orlando: Grune & Stratton, 1985:51–62.

139. Humes HD. Disorders of sodium and water balance. In: Humes HD, ed. Pathophysiology of Electrolyte and Renal Disorders. New York: Churchill Livingstone, 1986:1–74.

140. Humes HD. Simple and mixed acid-base disorders. In: Humes HD, ed. Pathophysiology of Electrolyte and Renal Disorders. New York: Churchill Livingstone, 1986:75–142.

141. Humes HD. Approach to structural renal disease. In: Humes HD, ed. Pathophysiology of Electrolyte and Renal Disorders. New York: Churchill Livingstone, 1986:297–314.

142. Humes HD. Acute renal failure. In: Humes HD, ed. Pathophysiology of Electrolyte and Renal Disorders. New York: Churchill Livingstone, 1986:315–358.

143. Knauss TC and Humes HD. Kidney disease in systemic disorders. In: Humes HD, ed. Pathophysiology of Electrolyte and Renal Disorders. New York: Churchill Livingstone, 1986:519–574.

144. Humes HD and Weinberg JM. Toxic nephropathies. In: Brenner BM, Rector FC, eds. The Kidney. 3rd ed. Philadelphia: WB Saunders, 1986:1491–1532.

145. Humes HD. Disorders in water metabolism. In: Tannen RL, Kokko JP, eds. Pathophysiology of Fluid and Electrolyte Disorders. Philadelphia: WB Saunders, 1986:118–149.

146. Humes HD and Jackson NM. Pathogenesis of cyclosporine nephrotoxicity. In: Tanabe T, Hook JB, Endou H, eds. Nephrotoxicity of Antibiotics and Immunosuppressants. Elsevier Science Publishers, 1986:117–121.

147. Humes HD. Diagnostic approach to hematuria. In: Stein JH, ed. Internal Medicine. 2nd ed. Boston: Little, Brown, 1987:743–744.

148. Humes HD. Acute nephritic syndrome. In: Stein JH, ed. Internal Medicine. 2nd ed. Boston: Little, Brown, 1987:751–752.

149. Humes HD and Nguyen VD. Prevention of acute renal failure. In: Glassock RJ, ed. Current Therapy in Nephrology and Hypertension. Philadelphia: BC Decker, 1987:203–208.

150. Humes HD and O'Connor RP. Aminoglycoside nephrotoxicity. In: Schrier RW, Gottschalk CW, eds. Diseases of the Kidney. Boston: Little, Brown, 1988:1229–1274.

151. Humes HD and Cox MD. Principles of the renal regulation of fluids and electrolytes. In: Kelley WN, editor-in-chief. Textbook of Internal Medicine. Philadelphia: Lippincott, 1989:736–743.

152. Humes HD and Wiggins R. Approach to the patient with nephrotic syndrome. In: Kelley WN, editor-in-chief. Textbook of Internal Medicine. Philadelphia: Lippincott, 1989:853–856.

153. Humes HD and Messana JM. Approach and treatment of acute renal failure. In: Kelley WN, editor-in-chief. Textbook of Internal Medicine. Philadelphia: Lippincott, 1989:875–883.

154. Humes HD. Toxic actions of the aminoglycoside antibiotics on the kidney. In: Goldstein RS, Hewitt WR, Hook JB, eds. Toxic Interactions. San Diego: Academic Press, 1990:299–320.

155. Humes HD and Messana JM. Diagnostic approach to hematuria. In: Stein JH, ed. Internal Medicine. 3rd ed. Boston: Little, Brown, 1990:781–783.

156. Humes HD and Messana JM. Acute nephritic syndrome. In: Stein JH, ed. Internal Medicine. 3rd ed. Boston: Little, Brown, 1990:789–790.

157. Humes HD and Cox MD. Principles of the renal regulation of fluids and electrolytes. In: Kelley WN, editor-in-chief. Textbook of Internal Medicine. 2nd ed. Philadelphia: Lippincott, 1992:684–689.

158. Humes HD. Initial approach to the patient with renal disease syndrome. In: Kelley WN, editor-in-chief. Textbook of Internal Medicine. 2nd ed. Philadelphia: Lippincott, 1992:760–762.

159. Humes HD and Messana JM. Approach and treatment of acute renal failure. In: Kelley WN, editor-in-chief. Textbook of Internal Medicine. 2nd ed. Philadelphia: Lippincott, 1992:815–822.

160. Humes HD. Acute renal failure. In: Hurst JW, ed. Medicine for the Practicing Physician. 3rd ed. Boston: Butterworth-Heinemann, 1992:1231–1234.

161. Humes HD. Acute renal failure. In: Carlson RW, Gehab MA, eds. Principles and Practice of Medical Intensive Care. Philadelphia: WB Saunders, 1993:1256–1266.

162. Lake EW and Humes HD. Acute renal failure including cortical necrosis. In: Massry SG, Glassock RJ, eds. Textbook of Nephrology. 3rd ed. Baltimore: Williams & Wilkins, 1995:984–1003.

163. Humes HD. Tissue engineering of the kidney. In: Bronzino JD, editor-in-chief. Biomedical Engineering Handbook. Boca Raton, Florida: CRC Press, 1995:1807–1824.

164. Humes HD. Acute renal failure. In: Shayman JA, ed. Lippincott's Pathophysiology Series: Renal Pathophysiology. Philadelphia: Lippincott, 1995:135–154.

165. Humes HD. Application of cell and gene therapies in the tissue engineering of renal replacement devices. In: Lanza RP, Langer R, Chick WL, eds. Principles of Tissue Engineering. Austin: RG Landes and Academic Press, 1997:577–589.

166. Humes HD. Initial approach to the patient with renal disease syndrome. In: Kelley WN, editor-in-chief. Textbook of Internal Medicine. 3rd ed. Philadelphia: Lippincott-Raven, 1997:904–906.

167. Humes HD and Messana JM. Approach and treatment of acute renal failure. In: Kelley WN, editor-in-chief. Textbook of Internal Medicine. 3rd ed. Philadelphia: Lippincott-Raven, 1997:929–936.

168. Humes HD, Lee W-K, and Nikolovski J. Tissue engineering of a bioartificial kidney. In: Andreucci VE, Fine LG, eds. International Yearbook of Nephrology 1997. Oxford: Oxford University Press, 1997:12–20.

169. Humes HD, Blakeney DC, Lee W-K, and Nikolovski J. Tissue engineered kidney for renal replacement. In: Patrick Jr CW, Mikos AG, McIntire LV, eds. Frontiers in Tissue Engineering. Elsevier Science, 1997:632–648.

170. Leavey S and Humes HD. Acute renal failure. In: Mulluche HH, Sawaya BP, Hakim RM, Sayegh MH, eds. Updated Textbook of Clinical Nephrology, Dialysis and Transplantation. Deisenhofen, Germany: Dustri-Verlag, 1999:1–37.

171. Gautam S and Humes HD. Renal replacement devices: The development of the bioartificial kidney. In: Kühtreiber WM, Lanza RP, Chick WL, eds. Cell Encapsulation Technology and Therapeutics. Boston: Birkhauser, 1999:287–300.

172. Humes HD, MacKay S, and Nikolovski J. The bioartificial renal tubule. In: Leypoldt JK, ed. The Artificial Kidney: Physiological Modeling and Tissue Engineering. Austin: RG Landes, 1999:91–99.

173. Humes HD. Insights into ototoxicity: Analogies to nephrotoxicity. In: Henderson D, Salvi RJ, Quaranta A, McFadden SL, Burkard RF, eds. Annals of the New York Academy of Sciences. Vol. 884. New York: New York Academy of Sciences, 1999:15–18.

174. Humes HD. Renal replacement devices. In: Lanza RP, Langer R, Vacanti J, eds. Principles of Tissue Engineering. 2nd ed. San Diego: Academic Press, 2000:645–653.

175. Humes HD. Approach to the patient with renal disease. In: Humes HD, editor-in-chief. Kelley's Textbook of Internal Medicine. 4th ed. Philadelphia: Lippincott, Williams & Wilkins, 2000:1092–1095.

176. Humes HD. Approach to the patient with oliguria and acute renal failure. In: Humes HD, editor-in-chief. Kelley's Textbook of Internal Medicine. 4th ed. Philadelphia: Lippincott, Williams & Wilkins, 2000:1124–1133.

177. Humes D, Levey A, and Kjellstrand K. Research: Basic and Clinical. In: Oreopoulos DG, Hazzard WR, Luke R, eds. Nephrology and Geriatrics Integrated. Dordrecht: Kluwer Academic Publishers, 2000:233–238.

178. Humes HD and Weitzel WF. Tissue engineering of the kidney. In: Bronzino JD, editor-in-chief. Biomedical Engineering Handbook. 2nd ed. Boca Raton, Florida: CRC Press, 2000.

179. Fissell WH, Kimball J, MacKay SM, Funke A, and Humes HD. The role of a bioengineered artificial kidney in renal failure. In: Hunkeler D, Cherrington A, Prokop A, Rajotte R, eds. Bioartificial Organs III: Tissue Sourcing, Immunoisolation, and Clinical Trials. Vol. 944. New York: New York Academy of Sciences, November 2001:284–295.

180. Glassock RJ, Massry SG, and Humes HD. Acute renal failure including cortical necrosis. II. Diagnosis, clinical presentation, and management. In: Massry SG, Glassock RJ, eds. Textbook of Nephrology. 4th ed. Philadelphia: Lippincott Williams & Wilkins, 2001:968–977.

181. Tziampazis E and Humes HD. Extracorporeal kidney. In: Atala A, Lanza RP, eds. Methods of Tissue Engineering. San Diego: Academic Press, 2002:987–998.

182. Szczypka MS and Humes HD. Kidney. In: Lanza R, Blau H, Melton D, Moore M, Thomas ED, Verfaillie C, Weissman I, and West M., eds. Handbook of Stem Cells. Vol. 2. Adult and Fetal. San Diego: Elsevier Academic Press, 2004:475–482.

183. Tiranathanagul K, Eiam-Ong S, and Humes HD. The future of renal support: High flux dialysis to bioartificial kidneys. In: Kellum J, ed. Critical Care Nephrology, Critical Care Clinics. Vol. 21, no. 2. Philadelphia: W.B. Saunders, 2005.

184. Smith PL, Buffington DA, and Humes HD. Kidney epithelial cells. In: Klimanskaya I, Lanza R, eds. Methods In Enzymology. Vol. 419. San Diego: Elsevier Academic Press, 2006:194–207.

185. Fissell WH and Humes HD. Tissue engineering of renal replacement therapy. In: Bronzino JD, ed. Biomedical Engineering Handbook—Tissue Engineering and Artificial Organs. 3rd ed. Boca Raton, Florida: CRC Press, Taylor and Francis Group, 2006.

186. Tiranathanagul K and Humes HD. Strategies for extracorporeal devices for kidney failure. In: Emerich DF and Halberstadt C, eds. Cellular Transplantation: From Laboratory to Clinic. San Diego: Academic, 2007.

187. Humes HD. Renal replacement devices. In: Lanza RP, Langer R, Vacanti J, eds. Principles of Tissue Engineering. 3rd ed. San Diego: Academic Press, 2007.

188. Fissell WH and Humes HD. The Kidney. In: Atala A, Lanza R, Thomson JA, and Nerem RM, eds. Principles of Regenerative Medicine. San Diego: Elsevier–Academic Press, 2007.

189. Fissell WH, Roy S, Fleischman AJ, and Humes HD. Cell therapy of renal failure. In: García-Olmo D, García-Verdugo JM, Alemany J, and Gutiérrez-Fuentes JA, eds. Cell Therapy. Madrid: McGraw-Hill/Interamericana, 2007.

190. Humes HD. Cell therapy in renal disease. In: Levičar N, Habib NA, Gordon MY, and Dimarakis I, eds. Stem Cell Repair and Regeneration. Vol. 3. The Hammersmith Series 3. London: Imperial College Press, 2008:199–210.

191. Humes HD. The bioartificial kidney. In: Ronco C, ed. Critical Care Nephrology. 2nd ed. Philadelphia: Elsevier, in press.

192. Ding F and Humes HD. Acute renal failure. In: Malluche HH, ed. Clinical Nephrology, Dialysis and Transplantation. Rockledge, Florida: Dustri-Verlag, in press.

193. Song JH and Humes HD. Kidney. In: Scott E and Fisher RC, eds. Regenerative Medicine Textbook. Gainesville: Jones and Bartlett, in press.

Books

194. Humes HD, editor. Pathophysiology of Electrolyte and Renal Disorders. New York: Churchill Livingstone, 1986.

195. Amend WJC Jr, Hess AD, Humes HD, and Vincent F. Cyclosporine in Clinical Use. World Medical Press, 1987.

196. Humes HD, section editor. Textbook of Internal Medicine. WN Kelley, editor-in-chief. Philadelphia: Lippincott, 1989:728–939.

197. Humes HD, section editor. Textbook of Internal Medicine. 2nd ed. WN Kelley, editor-in-chief. Philadelphia: Lippincott, 1992:676–873.

198. Humes HD, section editor. Essentials of Internal Medicine. WN Kelley, editor-in-chief. Philadelphia: Lippincott, 1994.

199. Humes HD, section editor. Textbook of Internal Medicine. 3rd ed. WN Kelley, editor-in-chief. Philadelphia: Lippincott-Raven, 1997:904–1083.

200. Humes HD, editor-in-chief and section editor. Kelley's Textbook of Internal Medicine. 4th ed. Philadelphia: Lippincott, Williams & Wilkins, 2000.

201. Humes HD, editor-in-chief and section editor. Kelley's Essentials of Internal Medicine. 2nd ed. Philadelphia: Lippincott Williams & Wilkins, 2001.

Abstracts, Preliminary Communications, Panel Discussions

1.  Humes HD, Troy JL, Anderson A, and Brenner BM. Influence of calcium on the determinates of glomerular ultrafiltration. *Clin Res* 1977;25:526A.

2.  Humes HD, Dieppa RA, and Brenner BM. A model of hereditary bilateral ureteral obstruction in the rat. *Clin Res* 1977;25:436A.

3.  Bohrer MP, Humes HD, Baylis C, Robertson CR, and Brenner BM. Facilitated transglomerular passage of circulating polycations. *Clin Res* 1977;25:505A.

4.  Humes HD, Dieppa RA, and Brenner BM. Glomerular dynamics in the Uppsala Sprague-Dawley rat. Proceedings of the International Union of Physiological Sciences 1977;13:339.

5.  Brenner BM and Humes HD. Recent studies of transglomerular transport of water and macromolecules. Symposium on Glomerular Function. Proceedings of the International Union of Physiological Sciences 1977;12:241.

6.  Humes HD, Simmons CF Jr, and Brenner BM. Evidence for a functional interaction between ADH and PTH on urine concentration. *Clin Res* 1978;26:466A.

7.  Humes HD, Simmons CF Jr, and Brenner BM. The effect of ADH on renal phosphate excretion: Evidence that ADH influences parathormone release. *Clin Res* 1978;26:565A.

8.  Humes HD, Simmons CF Jr, and Brenner BM. Evidence for an antidiuretic hormone influence on parathormone release. VII International Congress of Nephrology 1978;7:UII.

9.  Humes HD, Simmons CF Jr, and Brenner BM. Evidence for a calcium-dependent action of antidiuretic hormone on hydroosmotic water flow in toad urinary bladder. *Clin Res* 1978;26:635A.

10. Humes HD, Simmons CF Jr, and Brenner BM. Evidence that the hydroosmotic water flow response to antidiuretic hormone in toad urinary bladder is calcium-sensitive. *Kidney Int* 1978;14:763.

11. Humes HD. The effect of protamine sulfate on hydroosmotic water flow: A possible influence of negatively charged cell surface sites on ADH action. *Clin Res* 1979;27:417A.

12. Simmons CF Jr, Bogusky RT, and Humes HD. The effect of gentamicin on renal cortical mitochondrial respiration: A possible pathogenetic event in gentamicin nephrotoxicity. *Clin Res* 1979;17:430A.

13. Simmons CF Jr and Humes HD. Effects of cis-platinum on renal mitochondrial respiration. *Clin Res* 1979;27:602A.

14.   Weinberg JM and Humes HD. Site at which gentamicin inhibits renal mitochondrial oxidative phosphorylation. *Kidney Int* 1979;16:860.

15.   Weinberg JM, Simmons CF Jr, and Humes HD. The molecular basis of aminoglycoside and diethylaminoethyl dextran nephrotoxicity. *Kidney Int* 1979;16:778.

16.   Simmons CF Jr, Bogusky RT, and Humes HD. Inhibitory effects of gentamicin on renal cortical mitochondrial oxidative phosphorylation: A primary pathogenetic event in gentamicin nephrotoxicity. *Kidney Int* 1979;16:776.

17.   Simmons CF Jr and Humes HD. Inhibitory effects of cis-diaminodichloroplatinum on renal cortical mitochondrial respiration: A primary pathogenetic event in cis-platinum nephrotoxicity. *Kidney Int* 1979;16:862.

18.   Weinberg JM and Humes HD. Influence of cationic environment on gentamicin renal mitochondrial toxicity. *Clin Res* 1980;28:464A.

19.   Weinberg JM and Humes HD. Inhibitory effects of gentamicin on mitochondrial calcium transport. *Clin Res* 1980;28:464A.

20.   Weinberg JM, Simmons CF Jr, and Humes HD. Renal mitochondrial injury is an early pathogenetic event in cis-platinum nephrotoxicity. *Clin Res* 1980;28:464A.

21.   Humes HD and Weinberg JM. Importance of membrane bound calcium on the hydroosmotic water flow response to ADH in toad urinary bladder. *Clin Res* 1980;28:449A.

22.   Humes HD and Weinberg JM. Mechanism of calcium ionophore A23187 induced declines in active ion transport across transporting epithelia. *Clin Res* 1980;28:449A.

23.   Weinberg JM and Humes HD. Effect of gentamicin on renal mitochondrial monovalent cation permeability: Mechanism for gentamicin's uncoupling action on oxidative phosphorylation. *Clin Res* 1980;28:715A.

24.   Sastrasinh M, Knauss TC, Weinberg JM, and Humes HD. Identification of the gentamicin receptor of renal brush border membranes. *Kidney Int* 1981;19:213.

25.   Weinberg JM, Harding PG, and Humes HD. Mitochondrial dysfunction in mercuric chloride nephrotoxicity. *Kidney Int* 1981;19:216.

26.   Humes HD, Weinberg JM, Sastrasinh M, and Knauss TC. Effect of phosphatidic acid and phosphatidylinositols on $Ca^{++}$ uptake by renal brush border membrane vesicles. *Clin Res* 1981;29:466A.

27.   Weinberg JM, Harding PG, and Humes HD. Alterations in renal cortical mitochondrial cation content during mercuric chloride nephrotoxicity. *Clin Res* 1981;29:479A.

28. Weinberg JM and Humes HD. Irreversibility of mercuric chloride-induced in vivo renal cortical mitochondrial dysfunction. *Clin Res* 1981;29:479A.

29. Knauss TC, Weinberg JM, and Humes HD. Alterations in renal cortical phospholipid content and metabolism in gentamicin nephrotoxicity. *Clin Res* 1981;29:468A.

30. Humes HD, Sastrasinh M, Knauss TC, and Weinberg JM. Identification of the aminoglycoside receptor of renal brush border membranes. *Clin Res* 1981;29:387A.

31. Weinberg JM, Harding PG, and Humes HD. Changes in tissue and mitochondrial cation content during $HgCl_2$ nephrotoxicity. Proceedings of the VIII International Congress of Nephrology 1981;8:201.

32. Knauss TC, Weinberg JM, and Humes HD. Alterations in renal phospholipid content during $HgCl_2$ nephrotoxicity. Proceedings of the VIII International Congress of Nephrology 1981;8:201.

33. Sastrasinh M, Weinberg JM, and Humes HD. Gentamicin inhibits mitochondrial calcium transport. *Kidney Int* 1982;21:224.

34. Knauss TC, Weinberg JM, and Humes HD. Renal cortical phospholipid levels in $HgCl_2$ and glycerol acute renal failure. *Kidney Int* 1982;21:219.

35. Harding PG, Weinberg JM, and Humes HD. $Hg^{++}$ levels in renal cortical mitochondria during $HgCl_2$ nephrotoxicity. *Kidney Int* 1982;21:218.

36. Weinberg JM, Harding PG, and Humes HD. Saline loading protects against tubular injury in $HgCl_2$ nephrotoxicity. *Kidney Int* 1982;21:226.

37. Knauss TC, Weinberg JM, and Humes HD. Angiotensin II induces changes in phospholipid metabolism in isolated glomeruli. *Clin Res* 1982;30:79A.

38. Sastrasinh M, Weinberg JM, and Humes HD. Effect of gentamicin on glucose transport by isolated renal brush border membranes. *Clin Res* 1982;30:462A.

39. Somermeyer MG, Weinberg JM, and Humes HD. Further evidence that phosphatidic acid increases calcium transport across renal brush border vesicle membranes. *Clin Res* 1982;30:463A.

40. Weinberg JM and Humes HD. In vivo origin of mitochondrial calcium overload during nephrotoxic acute renal failure. *Kidney Int* 1983;23:209.

41. Clark M, Weinberg JM, and Humes HD. Mitochondrial calcium transport by normal renal cortical mitochondrial during their isolation. *Kidney Int* 1983;23:202.

42. Sastrasinh M, Weinberg JM, and Humes HD. The degree of gentamicin-induced acute renal failure in various states of $Na^+$ balance is due to structural rather than functional renal abnormalities. *Kidney Int* 1983;23:207.

43. Humes HD, Sastrasinh M, and Weinberg JM. Is calcium a competitive inhibitor of the gentamicin renal membrane receptor interaction which ameliorates gentamicin nephrotoxicity? *Kidney Int* 1983;23:204.

44. Knauss TC, Weinberg JM, and Humes HD. Subcellular distribution of the alterations in renal cortex acidic phospholipid content induced by gentamicin. *Kidney Int* 1983;23:205.

45. Kreger C, Weinberg JM, and Humes HD. Evidence that gentamicin is not exclusively localized to lysosomes. *Kidney Int* 1983;23:206.

46. Delahaye BE, Humes HD, and Weinberg JM. Effects of A23187 on rabbit renal cortical tubule bioenergetic function. *Kidney Int* 1983;23:222.

47. Humes HD, Sastrasinh M, and Weinberg JM. Modification of gentamicin-induced renal tubular cell injury and renal excretory failure. *Clin Res* 1983;31:430A.

48. Weinberg JM and Humes HD. Subcellular distribution of gentamicin in renal cortex during nephrotoxicity. *Clin Res* 1983;31:255A.

49. Weinberg JM, Hunt D, and Humes HD. An in vitro model of ischemic injury to isolated rabbit renal proximal tubules. *Clin Res* 1983;31:752A.

50. Weinberg JM, Clark M, and Humes HD. Calcium induced injury during isolation of renal cortical mitochondria. *Clin Res* 1983;31:752A.

51. Weinberg JM, Hunt D, and Humes HD. Protective effect of verapamil during in vitro ischemia of isolated rabbit proximal tubules. *Clin Res* 1983;31:753A.

52. O'Connor RP, Weinberg JM, and Humes HD. Effect of cyclosporin A on renal cortical mitochondrial respiratory function. *Kidney Int* 1984;25:235.

53. Humes HD and Weinberg JM. Mechanism of calcium-induced renal cortical mitochondrial injury. *Kidney Int* 1984;25:231.

54. White M, Weinberg JM, and Humes HD. Identification of conditions which minimize calcium redistribution during isolation of renal cortical mitochondria. *Kidney Int* 1984;25:240.

55. Weinberg JM, Hunt D, and Humes HD. Effects of verapamil on in vitro ischemic injury to isolated rabbit proximal tubules. *Kidney Int* 1984;25:239.

56. Hunt D, Humes HD, and Weinberg JM. Alterations of cell cation homeostasis during ischemic injury to isolated rabbit tubules. *Kidney Int* 1984;25:231.

57. Clark M, Humes HD, and Weinberg JM. Adenine nucleotide metabolism during ischemic injury to isolated rabbit tubules. *Kidney Int* 1984;25:228.

58. Weinberg JM, Clark M, and Humes HD. Effects of exogenous ATP on tubule cell ATP levels. *Clin Res* 1984;32:459A.

59. Hunt D, White M, Humes HD, and Weinberg JM. Differences between hypoxic and ischemic injury to isolated tubules. *Kidney Int* 1985;27:231.

60. White M, Hunt D, Humes HD, and Weinberg JM. Effects of allopurinol on ischemic injury to isolated tubules. *Kidney Int* 1985;27:239.

61. Weinberg JM, Humes HD, and Hunt D. Anoxic injury to the renal tubule. *Kidney Int* 1985;27:106.

62. O'Connor RP, Jackson NM, and Humes HD. The effect of vitamin D induced hypercalcemia on aminoglycosides nephrotoxicity. *Clin Res* 1985;33:494A.

63. Humes HD, Hunt DA, Tekkanant KC, and Holden MC. Toxic effects of N-methylglucosamine on rabbit proximal tubule segments. *Clin Res* 1985;33:586A.

64. Humes HD, Hunt DA, and White MD. Radiocontrast agents are directly toxic to rabbit proximal tubule segments. *Clin Res* 1985;33:586A.

65. Jackson NM, Hunt DA, and Humes HD. Evidence that cyclosporine does not cause structural acute renal tubule cell injury. *Clin Res* 1985;33:487A.

66. Jackson NM, O'Connor RP, and Humes HD. Cyclosporine interactions with renal proximal tubule cells and subcellular membranes. *Clin Res* 1985;33:487A.

67. Jackson NM and Humes HD. Cyclosporine induces cell proliferation within the renal interstitium. *Kidney Int* 1986;29:303.

68. Hunt DA, Holden MC, and Humes HD. The effect of the radiocontrast agent, diatrizoate, on the function of critical renal membranes. *Kidney Int* 1986;29:302.

69. White MD, Hunt DA, and Humes HD. Ability of the radiocontrast agent, diatrizoate, to precipitate renal tubules and membranes. *Kidney Int* 1986;29:312.

70. O'Connor RP, Jackson NM, Holden MC, and Humes HD. Response of isolated renal proximal tubule segments to graded oxidative stress. *Kidney Int* 1986;29:307.

71. Jackson NM, O'Connor RP, Convery M, and Humes HD. Lipid peroxidation during recovery from hypoxic stress to isolated renal proximal tubule segments. *Kidney Int* 1986;29:303.

72. Nguyen V, Hunt DA, and Humes HD. The injurious effect of exogenous phospholipase on isolated renal tubule segments. *Kidney Int* 1986;29:307.

73. Nguyen VD, Cieslinski DA, and Humes HD. Protection of injurious effects of exogenous phospholipase $A_2$ on renal proximal tubule segments by fatty acid free bovine serum albumin. *Clin Res* 1986;34:699A.

74. Nguyen VD, Cieslinski DA, and Humes HD. ATP-$MgCl_2$ protects against the injurious effects of exogenous phospholipase $A_2$ on renal proximal tubule segments. *Clin Res* 1986;34:604A.

75. Cohen RA and Humes HD. Vitamin D and parathyroid hormone potentiate gentamicin nephrotoxicity. *Clin Res* 1986;34:592A.

76. Jackson NM and Humes HD. Antioxidant mediated protection against tert-butyl hydroperoxide induced renal proximal tubule cell injury. *Clin Res* 1986;34:599A.

77. Jackson NM, Convery ME, Holden MC, White MD, and Humes HD. Protection against tert-butyl hydroperoxide induced renal proximal tubule cell injury by sulfhydryl protective agents. *Clin Res* 1986;34:599A.

78. Jackson NM, Holden MC, Convery ME, White MD, and Humes HD. Mechanism of tert-butyl hydroperoxide induced injury to renal proximal tubule segments in vitro. *Clin Res* 1986;34:698A.

79. O'Connor RP and Humes HD. Response of isolated proximal tubule segments to oxidative stress with tert-butyl hydroperoxide: Role of glutathione depletion. *Clin Res* 1986;34:604A.

80. Messana JM, Cieslinski DA, Nguyen VD, White MD, and Humes HD. The non-ionic radiocontrast agent, iopamidol, is less toxic to rabbit renal proximal tubule segments than the ionic radiocontrast agent, diatrizoate. *Kidney Int* 1987;31:371.

81. Humes HD, O'Connor RP, and Cieslinski DA. Mechanism for resistance of rabbit renal proximal tubule segments to hydrogen peroxide. *Kidney Int* 1987;31:323.

82. O'Connor RP and Humes HD. Exogenous glutathione supplementation augments cellular glutathione levels and ameliorates oxidative injury in rabbit proximal tubule segments. *Kidney Int* 1987;31:372.

83. White MD, O'Connor RP, Jackson NM, and Humes HD. Response of rabbit renal proximal tubule segments to glutathione depletion or glutathione reductase inhibition. *Kidney Int* 1987;31:404.

84. Cieslinski DA, O'Connor RP, and Humes HD. Response of rabbit renal proximal tubule segments to oxidative stress with tert-butylhydroperoxide: Role of glutathione depletion and glutathione reductase inhibition. *Kidney Int* 1987;31:366.

85. Nguyen VD, Cieslinski DA, and Humes HD. Effect of hypoxia on phospholipid and free fatty acid levels in rabbit renal proximal tubule segments. *Kidney Int* 1987;31:372.

86. Jackson NM, Convery ME, and Humes HD. Cyclosporine-induced cell proliferation is unique to the kidney. *Kidney Int* 1987;31:460.

87. Cohen RA, Johnson K, and Humes HD. Vitamin D potentiates gentamicin nephrotoxicity. *Kidney Int* 1987;31:366.

88. Nguyen VD, Messana JM, Cieslinski DA, and Humes HD. Exogenous glutathione supplementation increases cellular glutathione levels of renal proximal tubule segments and prevents hypoxia-induced proximal tubule segment injury. *Clin Res* 1987;35:636A.

89. Jackson NM and Humes HD. Evidence that cyclosporine treatment produces an increase in Ia- and leukocyte common antigen (LCA)-positive cells in the renal interstitium and an increase in renal cortex collagen content. *Clin Res* 1987;35:548A.

90. Nguyen VD, Cieslinski DA, and Humes HD. Dissociation of hypoxia cell injury from elevated cell calcium levels induced by exogenous $ATP-MgCl_2$ in rabbit renal proximal tubule segments. *Clin Res* 1987;35:553A.

91. Nguyen VD, Messana JM, Cieslinski DA, and Humes HD. Effect of glutathione depletion on hypoxia-induced injury to rabbit renal proximal tubule segments. *Kidney Int* 1988;33:363.

92. Cieslinski DA, Messana JM, and Humes HD. Adenosine triphosphate stimulates thymidine incorporation but does not promote cell growth in primary cultures of rabbit proximal tubule cells. *Kidney Int* 1988;33:389.

93. Cieslinski DA and Humes HD. Substrate deprivation, but not hypoxia, potentiates calcium-induced mitochondrial injury. *Kidney Int* 1988;33:362.

94. Humes HD, Messana JM, Cieslinski DA, and Gulyas K. Dissociation of cell calcium overload from proximal tubule cell injury. *Kidney Int* 1988;33:359.

95. Messana JM, Cieslinski DA, Gulyas KD, and Humes HD. Comparison of the direct nephrotoxicity of clinical formulations of two newer low osmolality radiocontrast agents. *Kidney Int* 1989;35:413.

96. Coimbra TM, Messana JM, Cieslinski DA, and Humes HD. Substrate deprivation potentiates calcium induced mitochondria injury. *Kidney Int* 1989;35:404.

97. Humes HD, Messana JM, Cieslinski DA, Coimbra TM, and Galvao CR. Time course and location of renal cell replication in the recovery phase of ischemic acute renal failure. *Kidney Int* 1989;35:408.

98. Coimbra T, Johnson L, Cieslinski DA, and Humes HD. Mitogenic responses of renal proximal tubule cells in primary culture to various growth factors. *Clin Res* 1989;37:492A.

99.  Humes HD, Cieslinski DA, and Coimbra T. Effect of epidermal growth factor on renal thymidine incorporation and function following renal ischemia. *Clin Res* 1989;37:580A.

100. Humes HD and Daniel TO. Proto-oncogene and growth factor messenger RNA levels in the repair phase of ischemic acute renal failure. *Kidney Int* 1990;37:484.

101. Coimbra T, Cieslinski DA, and Humes HD. Epidermal growth factor administrations enhance renal tubule cell thymidine incorporation and accelerates renal function recovery in nephrotoxic acute renal failure. *Kidney Int* 1990;37:478.

102. Reiss R, Cieslinski DA, and Humes HD. Transforming growth factor-alpha accelerates renal repair and recovery following ischemic injury. *Kidney Int* 1990;37:492.

103. Cieslinski DA, Johnson LB, Beals T, and Humes HD. Cellular basis of transforming growth factor-beta antiproliferative effect on renal proximal tubule cells. *Kidney Int* 1990;37:192.

104. Johnson LB, Sanchez IO, Cieslinski DA, and Humes HD. Cellular and molecular mechanisms of thyroid hormone enhancement of renal function recovery in acute renal failure. *Kidney Int* 1990;37:485.

105. Sanchez IO, Page T, Cieslinski DA, and Humes HD. Transforming growth factor-beta induced phenotypic transformation on renal proximal tubule cells is dependent upon proteoglycan synthesis and the cytoskeleton. *J Am Soc Nephrol* 1990;1:463.

106. Sekkarie M, Cieslinski DA, Wiggins R, and Humes HD. Characterization of the inflammatory response in the kidney during the recovery phase of postischemic acute renal failure. *J Am Soc Nephrol* 1990;1:603.

107. Cieslinski DA and Humes HD. Thyroid hormone potentiates epidermal growth factor induced DNA synthesis in renal proximal tubule cells by increasing the number of EGF-receptors. *J Am Soc Nephrol* 1990;1:594.

108. Humes HD, Cieslinski DA, and Beals TF. Molecular determinants of epithelial cell polarity and lumen formation in renal proximal tubule cells. *Clin Res* 1991;39:179A.

109. Humes HD and Cieslinski DA. Retinoic acid and transforming growth factor-B recapitulates embryonic kidney tubulogenesis in tissue culture. *Clin Res* 1991;39:358A.

110. Humes HD and Cieslinski DA. Growth selection of renal proximal tubule stem cells in tissue culture. *J Am Soc Nephrol* 1991;2:439.

111. Humes HD and Cieslinski DA. Kidney tubulogenesis in tissue culture. *J Cell Biochem* 1992;16F:132.

112. Humes HD, Cieslinski DA, Funke AJ, and Krauss JC. Kidney tubulogenesis in tissue culture arises from clonally related cells: Lineage analysis with a recombinant retrovirus. *J Am Soc Nephrol* 1992;3:470.

113. Cieslinski DA, Lake EW, Liu S, Funke AJ, and Humes HD. Retinoic acid and transforming growth factor-b1 regulates gene expression of Pax–2, a developmental control gene. *J Am Soc Nephrol* 1992;3:465.

114. Liu S, Lake EW, Cieslinski DA, Funke AJ, and Humes HD. Regulation of transforming growth factor-b1 and b2 gene expression by retinoic acid and epidermal growth factor. *J Am Soc Nephrol* 1992;3:472.

115. Shreve P, Nguyen N, Humes HD, Schwaiger M, and Gross M. Quantitative measurement of renal blood flow and oxidative metabolism with C–11 acetate PET. Society of Nuclear Medicine, June 11, 1992.

116. Lake EW and Humes HD. Homeobox gene expression in renal proximal tubule cells. *J Am Soc Nephrol* 1993;4:469.

117. Liu S, Funke A, Cieslinski D, and Humes HD. Transforming growth factor-b1 down regulates Pax–2 gene expression in proximal tubule cells by post-transcriptional mechanisms. *J Am Soc Nephrol* 1994;4:470.

118. Humes HD. Tissue engineering of a biohybrid kidney filter and kidney tubule. *J Cell Biochemistry* 1995;21B:9.

119. Humes HD, Cieslinski DA, and Funke AJ. Tissue engineering of a bioartificial renal tubule. *J Am Soc Nephrol* 1995;6:465.

120. Humes HD, Cieslinski DA, and Poirier S. Tissue engineering of a bioartificial hemofilter. *J Am Soc Nephrol* 1995;6:492.

121. Humes HD, Cieslinski DA, and Funke AJ. Cell therapy for erythropoietin deficient anemias. *J Am Soc Nephrol* 1995;6:535.

122. Nikolovski J, Poirier S, Funke AJ, Cieslinski DA, and Humes HD. Development of a bioartificial renal tubule for the treatment of acute renal failure. *J Am Soc Nephrol* 1996;7:1376.

123. Lee W, Liu S, Cieslinski DA, and Humes HD. Development of an implantable bioartificial hemofilter. *J Am Soc Nephrol* 1996;7:1411.

124. Humes HD, Buffington DA, Funke AJ, MacKay S. and Nikolovski J. Development of a renal tubule assist device for acute renal failure. *J Am Soc Nephrol* 1997;8:588A.

125. Humes HD, Buffington DA, Funke AJ, Liu S, MacKay S, and Nikolovski J. Ex vivo function of a renal tubule assist device in uremic dogs. *J Am Soc Nephrol* 1997;8:1604A.

126. Humes HD, Buffington DA, Funke AJ, and MacKay S. In vitro endocrinologic and metabolic functions of a renal proximal tubule assist device (RAD). *J Am Soc Nephrol* 1998;9:132A.

127. Humes HD, Buffington DA, Funke AJ, and MacKay S. In vitro transport characteristics of a renal proximal tubule (PT) assist device (RAD). *J Am Soc Nephrol* 1998;9:133A.

128. Weitzel WF, Browning A, Buffington DA, Funke AJ, Gupte A, MacKay S, and Humes HD. Analysis of a renal proximal tubule assist device (RAD) during CVVH on uremic dogs. *J Am Soc Nephrol* 1998;9:186A.

129. Weitzel WF, Dyke DB, Funke AJ, Gutierrez J, MacKay S, Buffington DA, and Humes HD. The bioartificial renal tubule assist device (RAD) ameliorates endotoxin shock in dogs with acute renal failure. *J Am Soc Nephrol* 1999;10:199A

130. Kimball JP, Funke AJ, Buffington DA, and Humes HD. Effect of porcine cytokines on human peripheral blood mononuclear cells. *J Am Soc Nephrol* 2000;11:665A.

131. Humes HD, MacKay SM, Buffington DA, and Funke AJ. In vitro biocomparability studies of porcine and human proximal tubule cells. *J Am Soc Nephrol* 2000;11:321A.

132. Fissell WH, Buffington DA, Westover AJ, MacKay SM, Gutierrez JM, Weitzel WF, and Humes HD. Metabolic replacement of renal function in uremic dogs with a bioartificial kidney (BK) containing human cells. *J Am Soc Nephrol* 2001;12:169A.

133. Fissell WH, Gutierrez JM, Lou L, Abrishami S, Westover A, Buffington DA, and Humes HD. Bioartificial kidney (BK) protects against gram-negative bacteria-induced septic shock in uremic animals. *J Am Soc Nephrol* 2001;12:264A.

134. Weitzel WF, Fissell WH, and Humes HD. Initial clinical experience with a human proximal tubule cell renal assist device (RAD). *J Am Soc Nephrol* 2001;12:279A.

135. Szczypka MS, Liu J, Westover AJ, Clouthier SG, Ferrara JLM, and Humes HD. Development of a mouse model to determine if adult bone marrow stem cells transdifferentiate into renal proximal tubule cells after folic acid-induced acute tubular necrosis. *J Am Soc Nephrol* 2002;13:300A.

136. Fissell WH, Lou L, Abrishami S, Buffington DA, and Humes HD. Bioartificial kidney (BK) protects against septic shock in uremic animals. *J Am Soc Nephrol* 2002;13:326A.

137. Humes HD, Weitzel WF, Swaniker FC, and Bartlett RH. Effect of renal cell therapy on the gene expression profiles of inflammation in patients with acute renal failure (ARF) and multiorgan failure (MOF). *J Am Soc Nephrol* 2002;13:445A.

138. Fissell WH, Lou L, Abrishami SH, Buffington DA, and Humes HD. Bioartificial kidney (BK) protects against gram-negative bacteria-induced septic shock in nonuremic animals. *J Am Soc Nephrol* 2002;13:550A.

139. Fissell WH, Humes HD, Fleischman AJ, and Roy S. Initial characterization of a nanoengineered ultrafiltration membrane. *J Am Soc Nephrol* 2002;13:602A.

140. Weitzel WF, Humes HD, Bartlett RH, Swaniker FC, and Paganini E. Early results with the bioartificial kidney in ICU patients with acute renal failure. *J Am Soc Nephrol* 2002;13:642A.

141. Fissell WH, Westover AJ, Humes HD, Fleischman AJ, and Roy S. Differentiated growth of human renal proximal tubule epithelial cells (RPTCs) on semiconductor materials. *J Am Soc Nephrol* 2003;14:30A.

142. Humes HD, Paganini EP, Weitzel WF, Swaniker FC, and Bartlett RH. Clinical results of a phase I/II trial of the bioartificial kidney (BAK) in intensive care unit (ICU) patients with acute renal failure. *J Am Soc Nephrol* 2003;14:45A.

143. Szczypka MS, Westover AJ, Clouthier SG, Ferrara JLM, and Humes HD. Bone marrow cells do not transdifferentiate into renal tubule cells after folic acid-induced renal damage. *J Am Soc Nephrol* 2003;14:571A.

144. Tiranathanagul K, Dhawan V, Lou L, Borschel G, Williams J, Tziampazis E, Buffington D, Brown D, and Humes HD. Tissue engineering of an implantable bioartificial hemofilter. *J Am Soc Nephrol* 2005;16:38A.

145. Tumlin J, Wali R, Brennan K, and Humes HD. Effect of the renal assist device (RAD) on mortality of dialysis-dependent acute renal failure: A randomized, open-labeled, mulitcenter, Phase II trial. *J Am Soc Nephrol* 2005;16:46A.

146. Tiranathanagul K, Dhawan V, Lytle IF, Zhang W, Borschel GH, Buffington DA, Brown DL, and Humes HD. Angiogenic growth factors enhance ultrafiltrate production in an implantable bioartificial hemofilter. J Am Soc Nephrol 2006;17:723A.

147. Williams W, Tumlin J, Murray P, Talwani A, and RAD-002 Study Investigators. Renal bioreplacement therapy (RBT) reduces mortality in ICU patients with acute renal failure (ARF). J Am Soc Nephrol 2006;17:49A.

148. Humes HD, Smith PL, Brodie JC, and Buffington DA. Derivation of renal tubules from murine embryonic stem cells. *J Am Soc Nephrol* 2007;18:603A.

149. Humes HD, Buffington DA, Lou L, Wang M, and Abrishami S. Renal cell therapy ameliorates pulmonary abnormalities in a large-animal model of septic shock and acute renal injury (ARI). *J Am Soc Nephrol* 2007;18:382A.

150. Ding F, Song JH, Lou L, Rojas A, Reoma JL, Cook KE, Smith PL, Buffington DA, and Humes HD. Novel selective cytopheretic inhibitory device (SCD) inhibits circulating leukocyte activation and ameliorates multiorgan dysfunction in a porcine model of septic shock. *J Am Soc Nephrol* 2008;19:458A.

151. Humes HD, Dillon JJ, Tolwani AJ, Cremisi H, Wali R, Murray P, Ye J, Chawla LS, Vijayan A, Finkel KW, Kraus MA, Atta M, Von Visger J, Block GA, Charytan D, Vinnikova AK. Novel selective cytopheretic inhibitory device (SCD) improves mortality

in ICU patients with acute kidney injury (AKI) and multiorgan failure (MOF) in a Phase II clinical study. *J Am Soc Nephrol* 2008;19:458A.

**Materials and Documents Reviewed in Preparation of Report:**
**Dr. H. David Humes**

Mangano D, *Mortality Associated with Aprotinin During 5 Years Following Coronary Artery Bypass Graft Surgery*, 297(5) JAMA 471 (2007)

Coleman C, *Evaluating The Safety Implications of Aprotinin Use: The Retrospective Evaluation of Aprotinin in Cardio Thoracic Surgery (REACTS)*, 133(6) J. Thorac. Cardiovasc. Surg. 1547 (2007)

McEvoy M, *Aprotinin in Cardiac Surgery: A Review of Conventional and Novel Mechanisms of Action*, 105(4) Anesth. Analg. 949 (2007)

BAY00194431-00194628

BAY06527902-06528011

BAY04762876-04763040

BAY02877849-02877893

BAY05823496-05823531

BAY06150459-06150486

BAY06905585-06905624

Schneeweiss S, *Aprotinin During Coronary-Artery Bypass Grafting and Risk of Death*, 358(8) N. Engl. J. Med. 771 (2008)

Mangano D, *The Risk Associated with Aprotinin in Cardiac Surgery*, 354(4) N. Engl. J. Med. 353 (2006)

Karkouti K, *A Propensity Score Case-Control Comparison of Aprotinin and Tranexamic Acid in High-Transfusion-Risk Cardiac Surgery*, 46 Transfusion 327 (2006)

Karkouti K, *Acute Kidney Injury After Cardiac Surgery: Focus on Modifiable Risk Factors*, 119 Circulation 495 (2009)

Alderman E, *Analyses of Coronary Graft Patency After Aprotinin Use: Results from the International Multicenter Aprotinin Graft Patency Experience (IMAGE) Trial*, 116(5) J. Thorac. Cardiovasc. Surg. 716 (1998)

Cosgrove D, *Aprotinin Therapy for Reoperative Myocardial Revascularization: A Placebo-Controlled Study*, 54 Ann. Thorac. Surg. 1031 (1992)

D'Ambra M, *Aprotinin in Primary Valve Replacement and Reconstruction: A Multicenter, Double-Blind, Placebo-Controlled Trial*, 112(4) J. Thorac. Cardiovasc. Surg. 1081 (1996)

Lemmer J, *Aprotinin for coronary bypass operations: Efficacy, safety, and influence on early saphenous vein graft patency*, 107(2) J. Thorac. Cardiovasc. Surg. 543 (1994)

Lemmer J, *Aprotinin for Primary Coronary Artery Bypass Grafting: A Multicenter Trial of Three Dose Regimens*, 62 Ann. Thorac. Surg. 1659 (1996)

Lemmer J, *Aprotinin for Coronary Artery Bypass Grafting: Effect on Postoperative Renal Function*, 59 Ann. Thorac. Surg. 132 (1995)

Levy J, *A Multicenter, Double-Blind, Placebo-Controlled Trial of Aprotinin for Reducing Blood Loss and the Requirement for Donor-Blood Transfusion in Patients Undergoing Repeat Coronary Artery Bypass Grafting*, 98(8) Circulation 2236 (1995)

Murkin J, *Aprotinin Decreases Exposure to Allogeneic Blood During Primary Unilateral Total Hip Replacement*, 82(5) J. Bone Joint Surg. 675 (2000)

Zenati M, *Safety of Aprotinin in CABG Patients: Results of the VA MultiCenter Prospective Randomized ROOBY Trial*, 116:II Circulation 396 (2007) [Abstract 1851]

Wagener G, *Increased Incidence of Acute Kidney Injury with Aprotinin Use during Cardiac Surgery Detected with Urinary NGAL*, 28 Am. J. Nephrol. 576 (2008)

BAY00291137-00291138

BAY00381488-00381489

BAY00381340-00381341

BAY00225166-00255167

BAY00205262-00205263

BAY00205260-00205261

BAY00205264-00205265

BAY00228188-00228189

BAY00205253-00205254

BAY00111241

BAY00379505-00379506

BAY00328571-00328572

BAY02722094-02722096

BAYCS00032685-00032697

BAY02051289-02051292

BAY06424182-06424184

BAY05968289-05968291

Casati V, *Tranexamic Acid Compared with High-Dose Aprotinin in Primary Elective Heart Operations: Effects on Perioperative Bleeding and Allogeneic Transfusions*, 120(3) J. Thorac. Cardiovasc. Surg. 520 (2000)

Furnary A, *Aprotinin Does Not Increase the Risk of Renal Failure in Cardiac Surgery Patients*, 116 Circulation I-127 (2007)

Schweizer A, *Aprotinin does not impair renal haemodynamics and function after cardiac surgery*, 84 Br. J. Anaesth. 16 (2000)

Henry D, *Anti-fibrinolytic use for minimising perioperative allogeneic blood transfusion (Review)*, The Cochrane Library (2006, Issue 1)

van der Linden J, *Aprotinin Decreases Postoperative Bleeding and Number of Transfusions In Patients on Clopidogrel Undergoing Coronary Artery Bypass Graft Surgery*, 112 [Suppl. I] Circulation I-276 (2005)

Maslow A, *Perioperative Renal Outcome in Cardiac Surgical Patients with Preoperative Renal Dysfunction: Aprotinin Versus Epsilon Aminocaproic Acid*, 22(1) J. Cardiothorac. Vasc. Anesth. 6 (2008)

Sundt T, *Renal Dysfunction and Intravascular Coagulation with Aprotinin and Hypothermic Circulatory Arrest*, 55 Ann. Thorac. Surg. 1418 (1993)

Sundt T, *The Demise of Aprotinin: Our Share of the Blame*, 135(4) J. Thorac. Cardiovasc. Surg. 729 (2008)

Fauli A, *Kidney-Specific Proteins in Patients Receiving Aprotinin at High- and Low-Dose Regimens During Coronary Artery Bypass Graft with Cardiopulmonary Bypass*, 22 Euro. J. Anaesth. 666 (2005)

Mehta R, *Bedside Tool for Predicting the Risk of Postoperative Dialysis in Patients Undergoing Cardiac Surgery*, 114 Circulation 2208 (2006)

Mouton R, *Effect of Aprotinin on Renal Dysfunction in Patients Undergoing On-Pump and Off-Pump Cardiac Surgery: A Retrospective Observational Study*, 371 Lancet 475 (2008)

Dietrich W, *Effects of Aprotinin Dosage on Renal Function: An Analysis of 8,548 Cardiac Surgical Patients Treated With Different Dosages of Aprotinin*, 108(2) Anesthesiology 189 (2008)

Shaw A, *Long Term Survival Following Aprotinin Therapy in Cardiac Surgery*, Anesthesiology 107:A242 (2007) [Abstract]

Shaw A, *The Effect of Aprotinin on Outcome After Coronary-Artery Bypass Grafting*, 358 N. Engl. J. Med. 784 (2008)

Shaw A, *The Effect of Aprotinin on Outcome After Coronary-Artery Bypass Grafting*, 358 N. Engl. J. Med. 784 (2008) (Supplementary Appendix)

Pagano D, *Bleeding in Cardiac Surgery: The Use of Aprotinin Does Not Affect Survival*, 135(3) J. Thorac. Cardiovasc. Surg. 495 (2008)

BAY00606033-00606046

BAY00606140-00606145

BAY00582444-00582452

BAY00605893-00605920

BAY00582505-00582514

BAY00582955-00582959

BAY00605833-00605858

BAY00605886-00605892

BAY00574044-00574077

BAY00572408-00572423

BAY00573737-00573769

BAY00573891-00573917

BAY00573944-00573988

BAY00609279-00609305

BAY00609306-00609791

BAY00606571-00606579

BAY00607571-00607582

BAY00606704-00606713

BAY00607187-00607195

BAY00607602-00607614

BAY00068172-00068193

BAY00606583-00606626

BAY00606627-00606703

Henry D, *Anti-Fibrinolytic use for Minimising Perioperative Allogeneic Blood Transfusion (Review)*, The Cochrane Library (2005, Issue 1)

Henry D, *Anti-Fibrinolytic Use For Minimising Perioperative Allogeneic Blood Transfusion (Review)*, The Cochrane Library (2007)

Henry D, *The Safety of Aprotinin and Lysine-Derived Antifibrinolytic Drugs in Cardiac Surgery: A Meta-Analysis*, 180(2) Canadian Med. Assoc. J. 183 (2009)

Umscheid C, *Antifibrinolytic use in Adult Cardiac Surgery*, 14 Curr. Opin. Hematol. 455 (2007)

Royston D, *Full-Dose Aprotinin use in Coronary Artery Bypass Graft Surgery: An Analysis of Perioperative Pharmacotherapy and Patient Outcomes*, 103(5) Anesth. Analg. 1082 (2006)

Brown J, *Meta-Analysis Comparing the Effectiveness and Adverse Outcomes of Antifibrinolytic Agents in Cardiac Surgery*, 115 Circulation 2801 (2007)

Carless P, *Are Antifibrinolytic Drugs Equivalent in Reducing Blood Loss and Transfusion in Cardiac Surgery? A Meta-Analysis of Randomised Head-to-Head Trials*, 5 BMC Cardiovasc. Disorders 19 (2005)

Carless P, *Are Antifibrinolytic Drugs Equivalent in Reducing Blood Loss and Transfusion in Cardiac Surgery? A Meta-Analysis of Randomised Head-to-Head Trials*, 5 BMC Cardiovasc. Disorders 19 (2005) [Provisional PDF]

Sedrakyan A, *Effect of Aprotinin on Clinical Outcomes in Coronary Artery Bypass Graft Surgery: A Systematic Review and Meta-Analysis of Randomized Clinical Trials*, 128(3) J. Thorac. Cardiovasc. Surg. 442 (2004)

Munoz J, *Is ε-Aminocaproic Acid as Effective as Aprotinin in Reducing Bleeding with Cardiac Surgery?*, 99 Circulation 81(1999)

Fremes S, *Metaanalysis Of Prophylactic Drug Treatment in the Prevention of Postoperative Bleeding*, 58 Ann. Thorac. Surg. 1508 (1994)

Levi M, *Pharmacological Strategies to Decrease Excessive Blood Loss in Cardiac Surgery: A Meta-Analysis of Clinically Relevant Endpoints*, 354 Lancet 1940 (1999)

Nalysnyk L, *Adverse Events in Coronary Artery Bypass Graft (CABG) Trials: A Systematic Review and Analysis*, 89 Heart 767 (2003)

Kubler J, *Meta-Analysis of Placebo-Controlled Trials of Aprotinin Assessing the Relative Risk of Reoperations in Patients Undergoing Coronary Artery Bypass Graft Surgery*, 19(3) Clin. Drug Invest. 167 (2000)

Laupacis A, *Drugs to Minimize Perioperative Blood Loss in Cardiac Surgery: Meta-Analyses Using Perioperative Blood Transfusion as the Outcome*, 85 Anesth. Analg. 1258 (1997)

Gagne J, *Aprotinin and the Risk of Death and Renal Dysfunction in Patients Undergoing Cardiac Surgery: A Meta-Analysis of Epidemiologic Studies*, 18 Pharmacoepidemiol. Drug Saf. 259 (2009)

McIlroy D, *Antifibrinolytics in Cardiac Surgical Patients Receiving Aspirin: A Systematic Review and Meta-Analysis*, 102(2) Br. J. Anaesth. 168 (2009)

Lassnigg A, *Minimal Changes of Serum Creatinine Predict Prognosis in Patients after Cardiothoracic Surgery: A Prospective Cohort Study*, 15 J. Am. Soc. Nephrol. 1597 (2004)

Ott E, *Coronary Artery Bypass Graft Surgery–Care Globalization: The Impact of National Care on Fatal and Nonfatal Outcome*, 133 J. Thorac. Cardiovasc. Surg. 1242 (2007)

Khalil P, *The Critical Role of Aprotinin in Controlling Haemostasis in Conjunction with Non-Pharmacological Blood-Saving Strategies during Routine Coronary Artery Bypass Surgery*, 11 Eur. J. Med. Res. 386 (2006)

Kincaid E, *Does the Combination of Aprotinin and Angiotensin-Converting Enzyme Inhibitor Cause Renal Failure After Cardiac Surgery?*, 80 Ann. Thorac. Surg. 1388 (2005)

Kristeller J, *Benefits and Risks of Aprotinin Use During Cardiac Surgery*, 28(1) Pharmacotherapy 112 (2008)

Pallekonda V, *Full Dose Aprotinin and Renal Dysfunction after Cardiac Surgery*, 105 Anesth. A364 (2006) [Abstract]

Van der Linden P, *Cardiac Surgery with Cardiopulmonary Bypass: Does Aprotinin Affect Outcome?*, 99(5) Br. J. Anaesth. 646 (2007)

Loef B, *Immediate Postoperative Renal Function Deterioration in Cardiac Surgical Patients Predicts In-Hospital Mortality and Long-Term Survival*, 16(1) J. Am. Soc. Nephrol. 195 (2005)

Levy J, *Pharmacokinetics of Aprotinin in Preoperative Cardiac Surgical Patients*, 80(5) Anesthesiology 1013 (1994)

Lemmer J, *Aprotinin use in Patients with Dialysis-Dependent Renal Failure Undergoing Cardiac Operations*, 112 J. Thorac. Cardiovasc. Surg. 192 (1996)

BAY00249730-00250410

BAY00258171-00258266

BAY00208136-00208160

Murkin J, *Aprotinin Decreases Exposure to Allogeneic Blood During Primary Unilateral Total Hip Replacement*, 82(5) J. Bone Joint Surg. 675 (2000)

Kaller H, *Pharmacokinetic Observations Following Intravenous Administration of Radioactive Labelled Aprotinin in Volunteers*, Eur. J. Drug Metabolism & Pharmacokinetics 79, No. 2 (1978)

O'Connor C, *The Impact of Renal Dysfunction on Aprotinin Pharmacokinetics During Cardiopulmonary Bypass*, 89 Anesth. Analg. 1101 (1999)

Aronson S, *Risk Index for Perioperative Renal Dysfunction/Failure Critical Dependence on Pulse Pressure Hypertension*, 115 Circulation 733 (2007)

Boldt J, *Is Kidney Function Altered by the Duration of Cardiopulmonary Bypass?*, 75 Ann. Thorac. Surg. 906 (2003)

Chertow G, *Preoperative Renal Risk Stratification*, 95(4) Circulation 878 (1997)

Cooper W, *Impact of Renal Dysfunction on Outcomes of Coronary Artery Bypass Surgery: Results from the Society of Thoracic Surgeons National Adult Cardiac Database*, 113 Circulation 1063 (2006)

Engoren M, *Effect of Blood Transfusion on Long-Term Survival After Cardiac Operation*, 74 Ann. Thorac. Surg. 1180 (2002)

Feindt P, *Effects of High-Dose Aprotinin on Renal Function in Aortocoronary Bypass Grafting*, 60 Ann. Thorac. Surg. 1076 (1995)

Godet G, *Risk Factors for Acute Postoperative Renal Failure in Thoracic or Thoracoabdominal Aortic Surgery: A Prospective Study*, 85 Anesth. Analg. 1227 (1997)

Koch C, *Morbidity and Mortality Risk Associated with Red Blood Cell and Blood-Component Transfusion in Isolated Coronary Artery Bypass Grafting*, 34(6) Crit. Care Med. 1608 (2006)

Mangano C, *Aprotinin, Blood Loss, and Renal Dysfunction in Deep Hypothermic Circulatory Arrest*, 104[Suppl. I] Circulation I-276 (2001)

Mangano D, *Aspirin and Mortality from Coronary Bypass Surgery*, 347(17) N. Engl. J. Med. 1309 (2002)

Shroyer A, *The Society of Thoracic Surgeons: 30-Day Operative Mortality and Morbidity Risk Models*, 75 Ann. Thorac. Surg. 1856 (2003)

Koch C, *Transfusion in Coronary Artery Bypass Grafting is Associated with Reduced Long-Term Survival*, 81 Ann. Thorac. Surg. 1650 (2006)

Kuduvalli M, *Effect of Peri-Operative Red Blood Cell Transfusion on 30-Day and 1-Year Mortality Following Coronary Artery Bypass Surgery*, 27 Eur. J. Cardiothorac. Surg. 592 (2005)

Koch C, *Duration of Red-Cell Storage and Complications after Cardiac Surgery*, 385 N. Engl. J. Med. 1229 (2008)

Scott B, *Blood Transfusion is Associated with Increased Resource Utilisation, Morbidity and Mortality in Cardiac Surgery*, 11:1 Ann. Cardiac Anaesth. 15 (2008)

van de Watering L, *Effects of Storage Time of Red Blood Cell Transfusions on the Prognosis of Coronary Artery Bypass Graft Patients*, 46 Transfusion 1712 (2006)

Hoste E, *RIFLE Criteria for Acute Kidney Injury are Associated with Hospital Mortality in Critically Ill Patients: a Cohort Analysis*, 10 Crit. Care R73 (2006)

Bagshaw S, *A Comparison of the RIFLE and AKIN Criteria for Acute Kidney Injury in Critically Ill Patients*, 23(5) Nephrol. Dial. Transplant. 1569 (2008)

Hoste E, *Epidemiology of Acute Kidney Injury: How Big is the Problem?*, 36(4) (Suppl.) Crit. Care Med. S146 (2008)

BAYCAG01625521-01625591

BAY05426839-05426846

BAY05732888-05732890

Ngaage D, *Aprotinin in Primary Cardiac Surgery: Operative Outcome of Propensity Score-Matched Study*, 86 Ann. Thorac. Surg. 1195 (2008)

Dietrich W, *Tranexamic Acid and Aprotinin in Primary Cardiac Operations: An Analysis of 220 Cardiac Surgical Patients Treated with Tranexamic Acid or Aprotinin*, 107(5) Anesth. Analg. 1469 (2008)

Eaton M, *Aprotinin Versus ε-Aminocaproic Acid for Aortic Surgery Using Deep Hypothermic Circulatory Arrest*, 12(5) J. Cardiothorac. Vasc. Anesth. 548 (1998)

Later A, *Tranexamic Acid and Aprotinin in Low- and Intermediate-Risk Cardiac Surgery: a Non-Sponsored, Double-Blind, Randomised, Placebo-Controlled Trial*, 36(2) Eur. J. Cardiothorac. Surg. 322 (2009)

Bosman M, *Aprotinin and Renal Dysfunction*, 7(6) Expert Opin. Drug Saf. 663 (2008)

Lindvall G, *Aprotinin is Not Associated with Postoperative Renal Impairment After Primary Coronary Surgery*, 86 Ann. Thorac. Surg. 13 (2008)

Rosner M, *Cardiac Surgery as a Cause of Acute Kidney Injury: Pathogenesis and Potential Therapies*, 23(1) J. Intensive Care Med. 3 (2008)

Mehta R, *Refining Predictive Models in Critically Ill Patients with Acute Renal Failure*, 13 J. Am. Soc. Nephrol. 1350 (2002)

BAY02559925-02559953

BAY00888177-00888178

BAY02560173-02560174

BAY02560175

BAY02559960-02560008

BAY02560051-02560172

BAY02560013-02560050

BAY02559827-02559922

BAY02560496-02560507

BAY02560482-02560494

BAY02560456-02560481

BAY01688844-01688849

BAY01234520-01234890

BAY06865583-06865817

BAY09438484

BAY09438485

BAY06183619-06183621

Shashaty G, *Overview*, Cardiovascular and Renal Drugs Advisory Committee and Drug Safety and Risk Management Advisory Committee Meeting (September 12, 2007) (PowerPoint Presentation)

Corso P, *Coronary Artery Bypass*, Cardiovascular and Renal Drugs Advisory Committee and Drug Safety and Risk Management Advisory Committee Meeting (September 12, 2007) (PowerPoint Presentation)

BAY06905574-06905583

Mangano D, *Post-Marketing Safety Surveillance: Serine Protease Inhibitors & Anti-Fibrinolytics*, Cardiovascular and Renal Drugs Advisory Committee and Drug Safety and Risk Management Advisory Committee Meeting (September 12, 2007) (PowerPoint Presentation)

BAY07005787-07005790

BAYCS00061934-00061968

BAYCS00102566-00102592

BAYCS00061969-00061988

BAY07005706-07005724

Ouellet-Hellstrom R, *Aprotinin Observational Studies*, Cardiovascular and Renal Drugs Advisory Committee and Drug Safety and Risk Management Advisory Committee Meeting (September 12, 2007) (PowerPoint Presentation)

Levenson M, *Statistical Review of the Observational Studies of Aprotinin Safety: Part I: Methods, Mangano and Karkouti Studies*, Cardiovascular and Renal Drugs Advisory Committee and Drug Safety and Risk Management Advisory Committee Meeting (September 12, 2007) (PowerPoint Presentation)

Holland P, *Statistical Review of the Observational Studies of Aprotinin Safety: Part II: The i3 Drug Safety Study*, Cardiovascular and Renal Drugs Advisory Committee and Drug Safety and Risk Management Advisory Committee Meeting (September 12, 2007) (PowerPoint Presentation)

BAY07114256-07114282

BAY07114238-07114255

BAY07113815-07113819

BAY06801486-06801963

BAY06569811-06569817

BAY06631331-06631381

BAY06631382-06631386

BAY06872239-06872317

Fergusson D, *A Comparison of Aprotinin and Lysine Analogues in High-Risk Cardiac Surgery*, 358(22) N. Engl. J. Med. 2319 (2008)

Fergusson D, *A Comparison of Aprotinin and Lysine Analogues in High-Risk Cardiac Surgery*, 358(22) N. Engl. J. Med. 2319 (2008) [Supplemental Appendix]

BAY07136962-07137033

BAY06921796-06921848

BAY06858932

BAY07466613-07466616

BAY07150154-07150157

BAY07147214-07147363

BAY07137087-07137104

BAY07137105-07137129

BAY07137845-07137891

BAY07137130-07137167

BAY06913955-06913956

Smith C, *Safety of Aprotinin in Profound Hypothermia and Circulatory Arrest*, 58 Ann. Thorac. Surg. 603 (1994)

Smith C, *Aprotinin in Deep Hypothermic Circulatory Arrest*, 68 Ann. Thorac. Surg. 278 (1999)

Kher A, *Aprotinin improves kidney function and decreases tubular cell apoptosis and proapoptotic signaling after renal ischemia-reperfusion*, 130(3) J. Thorac. Cardiovasc. Surg. 662 (2005)

Rousou L, *Saphenous Vein Conduits Harvested by Endoscopic Technique Exhibit Structural and Functional Damage*, 87(1) Ann. Thorac. Surg. 62 (2009)

Lindvall G, *Aprotinin reduces the antiplatelet effect of clopidogrel*, 9(2) Interact. Cardiovasc. Thorac. Surg. 178 (2009)

Wang X, *A comparison before and after aprotinin was suspended in cardiac surgery: Different results in the real world from a single cardiac center in China*, 138(4) J. Thorac. Cardiovasc. Surg. 897 (2009)

Chirag R. Parikh, M.D., Ph.D. Generic Expert Report (Plaintiffs)

F. Gary Toback, M.D., Ph.D. Generic Expert Report (Plaintiffs)

Chirag R. Parikh, M.D., Ph.D. Generic Expert Report (September 8, 2009 Supplement) (Plaintiffs)

Westaby S, *Aprotinin in Perspective*, 55(4) Ann. Thorac. Surg. 1033 (1993)

Bidstrup B, *Reduction in Blood Loss and Blood Use After Cardiopulmonary Bypass with High Dose Aprotinin (Trasylol)*, 97(3) J. Thorac. Cardiovasc. Surg. 364 (1989)

Blauhut B, *Effects of High-Dose Aprotinin on Blood Loss, Platelet Function, Fibrinolysis, Complement, and Renal Function After Cardiopulmonary Bypass*, 101(6) J. Thorac. Cardiovasc. Surg. 958 (1991)

Davies R, *The Neutralisation of Heparin by Trasylol*, 17(3-4) Thromb. Res. 533 (1980)

deSmet A, *Increased Anticoagulation During Cardiopulmonary Bypass by Aprotinin*, 100(4) J. Thorac. Cardiovasc. Surg. 520 (1990)

Dietrich W, *High-Dose Aprotinin in Cardiac Surgery: Three Years' Experience in 1,784 Patients*, 6(3) J. Cardiothorac. Vasc. Anesth. 324 (1992)

Edmunds L, *Invited Letter Concerning: Aprotinin*, 101(6) J. Thorac. Cardiovasc. Surg. 1103 (1991)

Emerson T, *Pharmacology of Aprotinin and Efficacy During Cardiopulmonary Bypass*, 7(2) Cardiovasc. Drug Rev. 127 (1989)

Espana F, *Aprotinin (Trasylol) Is a Competitive Inhibitor of Activated Protein C*, 56(6) Thromb. Res. 751 (1989)

Fischer J, *Aprotinin (Trasylol) Protection-Unsuitable for Hypothermic Kidney Preservation*, 37(1) Transplantation 115 (1984)

Godfrey A, *Trasylol (Aprotinin) and Kidney Preservation*, 25(4) Transplantation 167 (1978)

Hunt B, Letter to Editor re *Guidelines for Monitoring Heparin by the Activated Clotting Time When Aprotinin is Used During Cardiopulmonary Bypass*, 104(1) J. Thorac. Cardiovasc. Surg. 211 (1992)

Nagaoka H, *Effects of Aprotinin on Prostaglandin Metabolism and Platelet Function in Open Heart Surgery*, 32(1) J. Cardiovasc. Surg. 31 (1991)

van Oeveren W, *Effects of Aprotinin on Hemostatic Mechanisms During Cardiopulmonary Bypass*, 44(6) Ann. Thorac. Surg. 640 (1987)

van Oeveren W, *Aprotinin Protects Platelets Against the Initial Effect of Cardiopulmonary Bypass*, 99(5) J. Thorac. Cardiovasc. Surg. 788 (1990)

van Oeveren W, Letter to Editor re *Anticoagulation Policy During Use of Aprotinin in Cardiopulmonary Bypass*, 104(1) J. Thorac. Cardiovasc. Surg. 210 (1992)

Siew ED, *Urine Neutrophil Gelatinase-Associated Lipocalin Moderately Predicts Acute Kidney Injury in Critically Ill Adults*, 20 J. Am. Soc. Nephrol. 1823 (2009)

Hill AB, *The Environment and Disease: Association or Causation?*, 58 Proc. R. Soc. Med. 295 (1965)

Wagener G, *Urinary Neutrophil Gelatinase-Associated Lipocalin and Acute Kidney Injury After Cardiac Surgery*, 52 Am. J. Kidney Dis. 425 (2008)

Stamou S, *Aprotinin in cardiac surgery patients: is the risk worth the benefit?*, 36(5) Eur. J. Cardiothorac. Surg. 869 (2009)

Khan T, *Aprotinin Inhibits Protease-Dependent Platelet Aggregation and Thrombosis*, 79 Ann. Thorac. Surg. 1545 (2005)

Lattanzio M, *Acute Kidney Injury: New Concepts in Definition, Diagnosis, Pathophysiology, and Treatment*, 109(1) J. Am. Osteopath. Assoc. 13 (2009)

Novitzky D, *A study design to assess the safety and efficacy of on-pump versus off-pump coronary bypass grafting: the ROOBY trial*, 4 Clinical Trials 81 (2007)

Özer Z, *The Effect of Aprotinin on Ischemia-Reperfusion Injury in the Rabbit Kidney*, 44(6) Pharmacol. Res. 455 (2001)

Seto S, *The effect of aprotinin (a serine protease inhibitor) on renal function and renin release*, 5 Hypertension 893 (1983)

Vio C, *Cellular Distribution of Exogenous Aprotinin in the Rat Kidney*, 379 Biol. Chem. 1271 (1998)

Kauker M, *Segmental Nephron Function in Rats Treated with Aprotinin, An Inhibitor of Kallikrein*, 238(1) J. Pharmacol. Exp. Ther. 155 (1986)

Bianchi C, *[99m]Tc-aprotinin: A new tracer for kidney morphology and function*, 9 Eur. J. Nucl. Med. 257 (1984)

Vanneste Y, *Respective roles of kallikrein and endopeptidase 24.11 in the metabolic pathway of atrial natriuretic peptide in the rat*, 269 Biochem J. 801 (1990)

Kramer H, *Effects of aprotinin on renal function and urinary prostaglandin excretion in conscious rats after acute salt loading*, 56 Clin. Sci. 547 (1979)

Rustom R, *Renal tubular protein degradation of radiolabelled aprotinin (Trasylol) in patients with chronic renal failure*, 85 Clin. Sci. 733 (1993)

Rustom R, *Observations on the early renal uptake and later tubular metabolism of radiolabelled aprotinin (Trasylol) in man: theoretical and practical considerations*, 84 Clin. Sci. 231 (1993)

Rustom R, *A new method to measure renal tubular degradation of small filtered proteins in man using radiolabelled aprotinin (Trasylol)*, 83 Clin. Sci. 289 (1992)

Rustom R, *Effects of lysine infusion on the renal metabolism of aprotinin (Trasylol) in man*, 83 Clin. Sci. 295 (1992)

Nakagawa M, *Effects of a kinin antagonist on renal function in rats*, 258 Am. J. Physiol. F643 (1990)

Kramer H, *Effects of Aprotinin on Renal Function*, 42 Contr. Nephrol. 233 (1984)

Pflüger H, *Effects of Antiproteases (Aprotinin and Gabexate-Mesilate) on the Postischemic Vascular Response of the Kidney*, 38 Urol. Int. 150 (1983)

Ülker S, *Aprotinin impairs coronary endothelial function and down-regulates endothelial NOS in rat coronary microvascular endothelial cells*, 55 Cardiovasc. Res. 830 (2002)

Orlando R, *Identification of the second cluster of ligand-binding repeats in megalin as a site for receptor-ligand interactions*, 94(6) Proc. Natl. Acad. Sci. U.S.A. 2368 (1997)

Morin N, *Potentiation of Gentamicin Nephrotoxicity in the Rat by Infusion of Aprotinin*, 60(3) Exp. Mol. Pathol. 197 (1994)

BAY00983471-00983472