**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON**

IN RE TRASYLOL PRODUCTS LIABILITY
LITIGATION – MDL-1928

THIS DOCUMENT RELATES TO ALL ACTIONS

### PLAINTIFFS' NOTICE OF CANCELLATION OF DEPOSITION OF LAURIE SIMPSON

PLEASE TAKE NOTE the deposition of LAURIE SIMPSON, scheduled for Thursday, January 28, 2010, beginning at 9:00 a.m. has been cancelled.

Respectfully submitted,

**ANAPOL, SCHWARTZ, WEISS, COHAN,**
**FELDMAN AND SMALLEY, P.C.**

Date: January 25, 2010        BY:    *s/ James R. Ronca*_____ _____
                                     JAMES R. RONCA, ESQUIRE
                                     I.D. NO. 25631
                                     1710 Spruce Street
                                     Philadelphia, PA 19103
                                     Phone: (215) 735-1130
                                     Fax: (215) 875-7758
                                     Attorney For Plaintiffs
                                     jronca@anapolschwartz.com