UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

IN RE TRASYLOL PRODUCTS LIABILITY
LITIGATION – MDL-1928

This Document Relates to:

*See Exhibit A*
_____/

**DEFENDANTS' NOTICE OF WITHDRAWAL OF
MOTION TO COMPEL DISCOVERY**

Defendants Bayer Corporation, Bayer Healthcare Pharmaceuticals, Inc., and Bayer Healthcare LLC ("Bayer Defendants) hereby give notice that they are withdrawing their Motion to Compel Discovery and state:

On January 19, 2010, the Bayer Defendants filed their Motion to Compel Discovery and Memorandum of Law in Support Thereof (D.E. 3732) seeking an Order requiring the 271 Plaintiffs listed in an attached exhibit to provide Defendants with a Plaintiff's Fact Sheet ("PFS") and Authorizations within ten (10) days of the date of the Court's ruling on this Motion, or be dismissed with prejudice.

Subsequent to the filing of the Bayer Defendants' Motion to Compel Discovery, counsel for the Bayer Defendants received a Plaintiff Fact Sheet from the twenty-eight Plaintiffs listed on

the attached Exhibit A.  Accordingly, the Bayer Defendants hereby withdraw their Motion to Compel Discovery only as to those twenty Plaintiffs listed in Exhibit A.

Dated:  January 27, 2010                                    Respectfully submitted,

*/s/ Barbara Bolton Litten*
Patricia E. Lowry
Florida Bar No. 332569
E-mail:  plowry@ssd.com
Barbara Bolton Litten
Florida Bar No. 91642
E-mail:  blitten@ssd.com
**SQUIRE, SANDERS & DEMPSEY L.L.P.**
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL  33401-6198
Telephone:  561-650-7200
Facsimile:   561-655-1509

*Attorneys for Bayer Defendants*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 27, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those parties who are not authorized to receive Notices of Filing electronically.

/s/ *Barbara Bolton Litten*
Barbara Bolton Litten

## SERVICE LIST

### Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

James R. Ronca
Email: jronca@anapolschwartz.com
**ANAPOL, SCHWARTZ, WEISS, COHAN,
FELDMAN & SMALLEY, P.C.**
1710 Spruce Street
Philadelphia, PA 19103
Telephone: 215-735-1130
Facsimile: 215-875-7758
*Co-Lead Counsel for Plaintiffs*

Theodore Babbitt
Email: tedbabbitt@babbitt-johnson.com
**BABBITT JOHNSON OSBORNE &
LECLAINCHE, P.A**.
1641 Worthington Road, Suite 100
West Palm Beach, FL 33409
Telephone: 561-684-2500
Facsimile: 561-684-6308
*Liaison Counsel for Plaintiffs*

Patricia E. Lowry
Florida Bar No. 332569
Email: plowry@ssd.com
**SQUIRE, SANDERS & DEMPSEY L.L.P.**
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198
Telephone: 561-650-7200
Facsimile: 561-655-1509
*Liaison Counsel for Defendants*

Scott A. Love
Email: slove@triallawfirm.com
**CLARK, DEAN & BURNETT, G.P.**
Lyric Center
440 Louisiana Street, Suite 1600
Houston, TX 77002
Telephone: 713-759-1400
Facsimile: 713-759-1217
*Co-Lead Counsel for Plaintiffs*

Neal Moskow
Email: neal@urymoskow.com
**URY & MOSKOW, LLC**
883 Black Rock Turnpike
Fairfield, CT 06825
Telephone: 203-610-6393
Facsimile: 203-610-6399
*Federal-State Liaison for Plaintiffs*

Keith M. Jensen, Esq.
Email: kj@kjensenlaw.com
**JENSEN BELEW & GONZALEZ, PLLC**
1024 N. Main Street
Fort Worth, TX 76164
Telephone: 817-334-0762
Facsimile: 817-334-0110
*Counsel for Individual Plaintiffs*