### REPORT OF CURT DANIEL FURBERG, M.D., Ph.D.
### For the TRASYLOL Product Liability Litigation

I.    **INTRODUCTION AND QUALIFICATIONS**

1.    I am a medical doctor admitted to the practice of medicine in Sweden.  I received my medical training and a PhD-equivalent at the University of Umea, Umea, Sweden.  From 1974 through 1985, I was employed at the National Heart, Lung, and Blood Institute of the U.S. National Institutes of Health (NIH) in Bethesda, Maryland.  For the first nine years, I worked in the Clinical Trials Branch and served as its Chief from 1979 to 1985.

2.    I received an academic appointment as Professor of Medicine in 1986 from Wake Forest University School of Medicine in Winston-Salem, North Carolina.  I was appointed Director, Center for Prevention Research and Biometry and Head, Section of Prevention Research and Biometry in the Department of Medicine.  In 1989, the Department of Public Health Sciences was established and I was appointed Chairman.  I served in this capacity until 1999.

3.    During my 13-year leadership and direction of the Center and the Department, we grew from one to approximately 300 persons.  Three Sections were established within the department -- Epidemiology, Biostatistics and Social Sciences and Health Policy.  We successfully competed for funding from the National Institutes of Health and, in recent years, we have ranked nationally as one of the top two departments of our type for NIH funding.

4.    Currently, I am Professor of Public Health Sciences and Senior Advisor to the Dean for Health Services Research and Health Policy at Wake Forest University


PLAINTIFF'S EXHIBIT
A

School of Medicine.  Attached as "Exhibit A" is a copy of my Curriculum Vitae.

5.      I have more than three decades of expertise and experience in the areas of epidemiology and clinical trial design, conduct, monitoring, interpretation and reporting.  I am considered by my peers to be a national leader in these fields. The following are illustrative of my relevant experience and expertise:

   a.      I have served as Principal Investigator or Scientific Project Officer on a large number of primarily cardiovascular clinical trials, having played a very active role in their design, conduct, monitoring, interpretation and reporting.  These trials documented the efficacy and safety of various interventions and led to improvements in the quality of care for millions of patients with coronary heart disease, heart failure, hypertension or other vascular conditions.  In addition, I was Principal Investigator (recipient) of a grant from the Attorney General Consumers and Prescriber Program to develop educational modules for healthcare professionals.  Funding for this program was coordinated by the Attorney General's office in Portland, Oregon.

   b.      I have served or currently serve on the Data Safety Monitoring Committee for over fifty clinical trials.  These committees monitor the efficacy and safety of treatment and prevention trials in progress and are charged with recommending early trial termination, if efficacy is clearly documented or if harmful effects outweigh the benefits.  These trials have been sponsored by the

National Institutes of Health, various foundations, the pharmaceutical industry and others. Thus, I am very experienced in the generally accepted approaches to weighing favorable and unfavorable effects of interventions, primarily medications.

c.      I have frequently been consulted on clinical trial issues by colleagues at academic institutions and I have conducted trials sponsored by pharmaceutical companies. I consulted for Wyeth as an expert regarding the combination fenfluramine-phenteramine (so-called "fen-phen") in determining the magnitude of the adverse effects associated with its use. I have also interacted with the World Health Organization. I am currently conducting a WHO-sponsored study in Sri Lanka as part of a program directed at non-communicable diseases in low and middle-income countries.

d.      I have also been retained as an expert witness for patients who claim that they have suffered harmful drug effects and for pharmaceutical companies defending themselves against such claims. I served as an expert on behalf of Wyeth in a case brought by a woman who claimed that her hormone replacement therapy had caused her stroke. I have also been retained as an expert for a pharmaceutical company involving litigation regarding a prescription drug in Canada. Attached as "Exhibit B" is a list of all expert testimony I have given in the past 4 years.

6.      I am a past charter member of the U.S. Food and Drug Administration's (FDA)

Drug Safety and Risk Management (DSRM) Advisory Committee. This committee was established by the FDA to provide expert advice on drug safety issues. My term ended in May of 2006. Since then, I have been invited to serve as a safety expert to serve at several FDA meetings.

7.     In collaboration with four other Committee members, we reported our views about the FDA and drug safety in an article entitled "The FDA and Drug Safety: A Proposal for Sweeping Changes" (*Arch Intern Med* 2006; 166:1938-42). I have also served on the State of North Carolina Drug Utilization Review for Medicaid from 2001 and 2003.

8.     I was invited to and provided testimony at two Congressional Hearings as an expert on drug safety. I was invited in March of 2005 to provide a written testimony for the U.S. Senate Committee on Health, Education, Labor and Pensions regarding how well the pharmaceutical industry pursues safety signals and disseminates safety information to the medical community and to consumers.

9.     I provided live testimony in March, 2007 to the U.S. House of Representatives Committee on Energy and Commerce, Subcommittee on Oversight and Investigations regarding the pharmaceutical companies' oversight of drug safety, including applicable state and federal laws, regulations and the consequences associated with violations thereof.

10.    At present, I am the Chair of the Steering Committee of the Cardiovascular Health Study sponsored by the National Heart, Lung, and Blood Institute at NIH. This very large epidemiologic study was initiated almost twenty years ago to investigate risk factors (indicators) for coronary heart disease and stroke in people

65 years of age or older. I am also Steering Committee Chair of the Ginkgo Evaluation of Memory Study sponsored by the National Center for Complementary and Alternative Medicine at NIH.

11. Until recently I served as the Research Subject Advocate Advisor and as a member of the General Clinical Research Center's Human Subject Protection Committee, which monitored high-risk studies conducted at Wake Forest University School of Medicine. My role was to help protect the safety and well-being of study participants by overseeing and monitoring ongoing trials for possible adverse treatment effects. As a result of my work, we promptly facilitated the termination of two local clinical trials involving a drug that was later removed from the market. Currently, I chair the institutional Data Safety Monitoring Committee.

12. I have authored numerous publications on the subject of clinical trials. Along with two colleagues from the National Institutes of Health, I co-authored a text book entitled *Fundamentals of Clinical Trials*, 3rd Edition, Springer 1996. A fourth edition is under preparation. This is considered a leading text and is used widely for teaching. A more recent text is entitled *"Data Monitoring in Clinical Trials - A Case Studies Approach,"* Springer 2006. All 29 cases reviewed in this text address issues of benefit, harm and benefit-to-harm balance.

13. My most recent published text entitled *"Evaluating Clinical Research -- All that Glitters is not Gold,"* Springer 2007, summarizes many of the clinical trial lessons I have learned over more than three decades. It contains many examples of violations of fundamental principles of medical research. I am currently

finalizing a new book for patients entitled *"Knowing Your Medications – A Guide to Becoming an Informed Patient."*

14.     I am also the author or co-author of approximately 380 peer-reviewed articles and 60 book chapters on various topics, including epidemiology, clinical trials, non-steroidal anti-inflammatory drugs (NSAID's), hormone replacement therapy, lipid disorders, and hypertension.

15.     Since 1983, I have served on sixteen editorial boards.  I am currently a member of the editorial board of two professional journals – *Trials* and the *American Journal of Hypertension.*

16.     I have received the following awards:

> 1983 - *Director's Award* from the National Institutes of Health
> 1998 - *Women's Health Initiative Achievement Award*, NHLBI
> 2001 - *Established Investigator in Clinical Science Award* from Wake Forest University
> 2002 - *Ancel Keys Lecture Award*, American Heart Association
> 2004 - *Joseph Stokes III Award,* American Society of Preventive Cardiology
> 2004 - Honorary degree *Doctor Honoris Causa* from Umeå University
> 2004 - *Rockefeller Foundation Residency Award*, Bellagio, Italy.
> 2005 - Elected *Fellow of the Society for Clinical Trials.*
> 2007 - *Health Care Heroes - Lifetime Achievement Award* from the Business Journal.

## II.   ASSIGNMENT AND OPINIONS

### A.   Assignment

17.   I have been asked to provide my opinions related to:

a.   The scientific evidence linking TRASYLOL® (aprotinin for injection) to the increased risk of renal injury and/or failure and other serious adverse events;

b.   The overall risk/benefit balance of TRASYLOL when used during cardiac surgery, particularly coronary artery bypass graft (CABG) procedures; and

c.   Bayer's adherence to accepted industry guidelines, standards and federal regulations with respect to the labeling, promotion and sale of TRASYLOL.

18.   In conjunction with the third assignment noted above, I address the sponsor's action related to a) adherence to federal regulations and established industry standards and practices for clinical trial conduct, b) timely and complete dissemination of unfavorable trial results and c) obligations to inform and warn practicing physicians, research subjects and regular patients about safety concerns.

19.   Throughout this report, "Bayer" is meant to include Bayer Corporation, and its predecessors and successors, including: Miles, Inc., Bayer Healthcare Pharmaceuticals Inc., Bayer Healthcare A.G., and Bayer Schering Pharma A.G.

### B.   Basis for Opinions

20.   The bases of my opinions are derived, in part, from my education, training, experience, research and what is accepted within the community of physicians, scientists, industry, and public health professionals who are knowledgeable in the

proper conduct and reporting of clinical trials and in the proper dissemination of drug safety information to clinicians and to patients. I have also based my opinions on the review of reports of clinical studies and other documentation identified in the attached "Exhibit C". I hold these opinions to a reasonable degree of medical and scientific certainty.

C.    **Summary of Opinions**

21.    The following is a brief summary of my opinions:

a.    TRASYLOL significantly increases the risk of serious adverse events, including specifically, fatal and nonfatal renal injuries and renal failure. Thus, TRASYLOL is an independent risk factor for causing such adverse events. The scientific evidence, prior to FDA approval, demonstrates TRASYLOL had a strong potential for causing renal injury. Additional human studies post-approval further confirmed this harmful effect, and other adverse effects of TRASYLOL.

b.    Bayer failed to warn physicians about the adverse renal effects (including renal failure) as well as other serious risks. This failure prevented physicians from being able to make informed treatment decisions regarding TRASYLOL for their patients..

c.    Bayer engaged in conduct that served to delay the full and timely disclosure of critical safety information to patients and prescribing physicians.    This conduct violated industry standards, established regulations and guidelines, and the standard of conduct of a responsible pharmaceutical company.

### III.   REGULATIONS, STANDARDS, AND DUTIES

#### A.   General

22.   The standards for the proper conduct of human clinical trials have been evolving since the 1930s.  The Federal Food, Drug and Cosmetic Act of 1938 represented the U.S. Congress's response to an incident in which a drug company's toxic preparation killed over 100 people.  The 1938 Act established safety as the FDA's primary concern.   One of the main provisions of the 1938 Act was to insure proper labeling of a drug's indications and proper warnings about its dangers.

23.   Following the thalidomide tragedy, the Kefauver-Harris Amendments of 1962 to the Act changed the approval criteria by which a new drug could be marketed. For approval a drug has to be both safe and efficacious for its intended use.  Drug companies were thereafter expected to investigate any known or anticipated safety problems during the pre-approval phase.   In 1988, the FDA issued detailed guidelines for reporting clinical trial efficacy and safety data to the agency.  The guidelines, discussed below, guide sponsors (companies seeking FDA approval for their products) regarding the type of data to be reported to the FDA.

24.   In 1996, the International Conference on Harmonization (ICH) issued a guideline for industry on the structure and content of clinical trial reports.  The stated purpose of the ICH guideline was *"intended to assist sponsors in the development of a report that is complete, free from ambiguity, well organized, and easy to review."*  One ICH document described the well-established principles of clinical trial practice. These include key trial design and analysis features, which insure that a trial provides sufficient detail to allow replication of important data.

Replication of study results represents a key indicator and is the most basic, yet important, test of the scientific integrity of trial findings.  ICH Guidelines were also issued for expedited reporting of safety data pre-approval (Federal Register, Vol.60, No. 40, pp: 11284-87, March 1, 1995) and post-approval (Federal Register, Vol. 68, No. 178, pp. 53983-84, September 15, 2003).

25.   One of the most significant advances in the conduct of clinical trials was the 1964 Declaration of Helsinki, which articulated that researchers conducting clinical trials must follow the letter and the spirit of the law (World Medical Association Declaration of Helsinki, *Ethical Principles for Medical Research Involving Human Subjects*, Helsinki, Finland, June 1964).  Good clinical trial practice relates to improving human life by conducting high-quality research in a manner that is consistent with the sanctity of life for the subjects being studied.  The Declaration defines the basic principles and generally accepted standards for biomedical research involving human subjects. It binds the physician to the words, *"The health of my patient will be my first consideration."*

B.   **Pertinent Requirements and Obligations**

26.   In 1981, the U.S. Department of Health and Human Services (HHS) promulgated the federal regulations for the respect and protection of human subjects, Title 45, Part 46 of the *Code of Federal Regulations* (45 C.F.R. Part 46).  These regulations set forth the accepted guidelines for the development of research proposals by sponsors and investigators as well as for the evaluation of these proposals by independent Institutional Review Boards, or IRBs.   The pre- and post-approval processes for new drugs are also governed by federal regulations found in 21

C.F.R. Parts 312 and 314, among others, and federal statutory law, as well as by other standards and obligations.   Illustrated below are examples of how Bayer violated these requirements by impeding the timely and complete dissemination of critical safety information to investigators, to Institutional Review Boards, to study participants, and to clinicians and to patients.

a.   **FDA Requirements**

    *i.*   The FDA must be informed about adverse drug experiences in a timely manner during both the pre- and post-approval phases (21 C.F.R. §§ 312.32, 310.305, 314.98).

    *ii.*   Pharmaceutical companies are also expected to update the adverse reactions section of labeling when new adverse reaction information becomes available (21 C.F.R. § 201.57).

b.   **Requirements regarding Investigators**

Prospective investigators of a new drug have the right to receive new safety information from the study sponsor in a timely manner so they can decide whether to participate as investigators in research projects and what risks their enrolled study participants may face (21 C.F.R. § 312.32).   The sponsor shall give each participating clinical investigator an Investigator's Brochure containing relevant safety information (21 C.F.R. § 312.23 (a) (5)).

c.   **Requirements regarding Institutional Review Boards**

No clinical investigation shall be initiated unless the study

protocol, including the informed consent form, has been approved by an IRB (21 C.F.R. Part 56). The IRBs are also charged with ongoing monitoring of approved studies (21 C.F.R. § 56.109). Study sponsors are required to keep IRBs informed about new safety information in a timely and complete manner (21 C.F.R. § 312.56).

d.     **Obligations and Requirements regarding Study Participants**

Prospective participants in studies of a new drug have the right to be fully informed about the drug's risks through the informed consent document, in which the study sponsor must disclose such risks (45 C.F.R. § 46.116). *"Every medical research project involving human subjects should be preceded by careful assessment of predictable risks and burdens in comparison with foreseeable benefits to the subject or to others"* (Section B.16 of the Declaration of Helsinki).

e.     **Obligations and Requirements regarding Clinicians**

All marketed drugs are required to have an FDA-approved drug label, which constitutes the primary source of safety information for clinicians. It is also printed in the Physician's Desk Reference and is enclosed with the drug package. This safety information, written and distributed by the pharmaceutical companies, is used by clinicians to determine the risk-to-benefit balance of marketed drugs and must be complete and up-to-date. The safety

information is presented in four sections — Boxed Warnings, Contraindications, Warnings and Precautions, and Adverse Reactions.

Federal regulations state that drug product "labeling shall be revised to include a warning as soon as there is reasonable evidence of an association of a serious hazard with a drug; a causal relationship need not have been proved." A specific warning related to a use not provided for under the "Indications and Usage" section of the labeling may be required by the FDA if the drug is commonly prescribed for a disease or condition, and there is lack of substantial evidence of effectiveness for that disease or condition, and such usage is associated with serious risk or hazard. Special problems, particularly those that may lead to death or serious injury, may be required by the FDA to be placed in a prominently displayed box. The Boxed Warning ordinarily shall be based on clinical data, but serious animal toxicity may also be the basis of a Boxed Warning in the absence of clinical data. If a Boxed Warning is required, its location will be specified by the FDA. The frequency of these serious adverse reactions and, if known, the approximate mortality and morbidity rates for patients sustaining the reaction, which are important to safe and effective use of the drug, shall be expressed as provided under the "Adverse Reactions" section of the labeling. (21 C.F.R. § 201.57).

Any delays in such updates may unnecessarily harm patients exposed to the drug. Clinicians also get drug information from scientific articles published in medical journals and educational materials and presentations. Any delays in reporting unfavorable safety data by these means could also lead to unnecessary harm to patients.

f.      **Obligations and Commitment regarding Patients**

All patients receiving medical care have the right to know the favorable and unfavorable effects of the marketed drugs they are prescribed. This can only be achieved if their clinicians are fully informed by the drug manufacturers through an up-to-date drug label. Patients, unnecessarily exposed to a drug's adverse effects, are the ultimate victims if the labels are incomplete, incorrect or out-of-date.

g.      **Obligations regarding Medical Research**

The practice of medicine is based on evidence from well-conducted research studies or so-called "evidence-based medicine." It is critical that new research findings, good or bad, be reported and published in an unbiased and timely manner. Delay in conveying or the suppression of unfavorable trial results by drug sponsors violates the generally accepted standards and fundamental principles of medical research. This obligation to publish results is recognized in the Declaration of Helsinki,

*"Negative as well as positive results should be published . . . ."*

## IV.   TRASYLOL

### A.   Background

27.   According to Bayer's internal documents, TRASYLOL was discovered in the 1930's and was first marketed outside the United States beginning in the 1950's. TRASYLOL is a non-specific serine protease inhibitor derived from bovine lungs.  Its effect of multiple inhibitors (e.g., kallikrein, plasmin) results in the attenuation of the hyperfibrinolysis and certain systemic inflammatory responses associated with major surgery.  The first reports on the use of TRASYLOL to reduce blood loss during and after open heart surgery came from uncontrolled studies and case reports published in the 1960s and 1970s.  (*See* BAY00205181).

28.   TRASYLOL was marketed in 33 countries by 2005.  It was first marketed in Germany in 1959.  The drug has been marketed for a variety of indications (e.g., hyperfibrinolytic states, hemorrhagic or septic shock and acute pancreatitis), most recently to reduce blood loss and the need for blood transfusions during CABG surgery. (*See* BAY00205248).

### B.   Early Safety Concerns

29.   Based on early animal studies conducted before the drug was marketed in the U.S. that showed an accumulation of TRASYLOL in the renal tubular epithelial cells, it was concluded that the substance might be expected to have a particular effect on human kidneys.  (BAY00240799; BAY00046631).  It was subsequently documented, in the following investigations, that TRASYLOL caused renal

problems in humans as well as other serious adverse events

a.  Fischer (1984) concluded in a review that low doses of TRASYLOL cause small and temporary impairment of renal function.  The expert authors recommended monitoring when higher doses are administered. (*See* BAY00046631 at BAY00046779-80).

b.  Royston et al. (1987) reported a transient increase in serum creatinine in patients undergoing repeat open heart surgery exposed to TRASYLOL. (*See* BAY00046631 at BAY00046883*)*.

c.  In 1991, Bayer initiated a pilot study of the effect of TRASYLOL on renal function.  However, less than 6 months after enrollment began, only 7 patients were enrolled and the study was terminated. (*See* BAY00009999). However, a pharmacokinetic study completed by Bayer in 1992 indicated that "[b]oth age and renal function appear to influence aprotinin pharmacokinetics." (BAY01857061).

d.  D'Ambra et al. (1992) reported their findings from a placebo-controlled randomized trial of perioperative TRASYLOL in 212 patients undergoing CABG.  (*See* BAY00929860). Post-operative renal dysfunction occurred in 11% of patients receiving high-dose TRASYLOL and none in the placebo group (p = 0.01). Post-operative renal dysfunction was particularly acute in patients with a medical history of diabetes. (*See* BAY00508940; D'Ambra MN, Akins CW, Blackstone EH, Bonney SL, Cohn LH, Cosgrove DM, Levy JH, Lynch KE, Maddi R. Aprotinin in primary valve replacement and reconstruction: a multicenter, double-

blind, placebo-controlled trial. J Thorac Cardiovasc Surg. 1996 Oct;112(4):1081-9). These findings were not published until 1996.

e.  In 1992, Cosgrove et al. published their findings from a placebo-controlled trial of 169 patients undergoing myocardial revascularization. Myocardial infarctions occurred more frequently in TRASYLOL-treated patients (17.5% for high-dose, 14.3% for low-dose and 8.9% for placebo). There was also an increase in acute vein graft thrombosis. (*See* BAY00144968; *See also* Cosgrove DM 3rd, Heric B, Lytle BW, Taylor PC, Novoa R, Golding LA, Stewart RW, McCarthy PM, Loop FD. Aprotinin therapy for reoperative myocardial revascularization: a placebo-controlled study. Ann Thorac Surg. 1992 Dec;54(6):1031-6; discussion 1036-8).

f.  Sundt et al., reported in 1993, in a case series of 20 patients with thoracic aortic disease undergoing cardiopulmonary bypass and hypothermic circulatory arrest, renal dysfunction occurred in 13 patients (65%). Five of these required hemodialysis. A total of seven died during hospitalization. In an age-matched group undergoing the same procedure there was one death and one case of renal dysfunction. (*See* BAY00147101; Sundt TM 3rd, Kouchoukos NT, Saffitz JE, Murphy SF, Wareing TH, Stahl DJ. Renal dysfunction and intravascular coagulation with aprotinin and hypothermic circulatory arrest. Ann Thorac Surg. 1993 Jun;55(6):1418-24).

g.  Westaby in 1993 suggested in a review of TRASYLOL that the drug increases the risk of myocardial infarction and other potentially fatal

adverse effects. (*See* BAY00147271; *See also* Westaby S. Aprotinin in perspective. Ann Thorac Surg. 1993 Apr;55(4):1033-41).

h.   Bayer conducted a trial (known as study Bay a 0128/0434 or TRA-B05) through its' subsidiary Miles Canada in patients undergoing cardiac valve replacement.

    *i.*   In this single-center trial conducted between January 1991 and July 1992, a total of 122 patients were randomized to TRASYLOL or placebo. The primary outcome was the total volume of blood lost intra-operatively plus post-operatively for 48 hours. The primary efficacy was confirmed. However, the reported safety findings were very troubling. A total of 30 (50%) TRASYLOL and 22 (36%) placebo-treated patients experienced at least one serious adverse event. In the TRASYLOL group, 15 (25%) patients had "drug-related" adverse events compared to 9 (15%) placebo-treated patients. The number of cases with heart failure was 7 vs. 3, with graft thrombosis 6 vs. 0 and myocardial infarction 6 vs. 3. Most worrisome was the reported difference in number of deaths -- 9 among TRASYLOL-treated patients vs. 2 placebo-treated patients. (*See* BAY00000881).

    *ii.*   Serious or unexpected events were reported by the investigators to Miles Canada Inc. and the statistical analyses were performed by the Biostatistics and Health Economics Group of Miles Canada Inc. The company decided halfway through the trial to add an

outside safety expert for *all* its Canadian TRASYLOL studies. The reason was not specified. Prior to the termination of the trial, the outside expert informed Miles Canada Inc. about the imbalance in the incidence of death. (*See id.*).

iii.   All serious events were also reported to the Human Subjects Protection Committee of the University of British Columbia. Since the study was conducted under the auspices of the Canadian Regulatory Agency, the sponsor would have been required to fully report these events to that agency. However, the FDA was not informed until 1995, or three years following the trial completion. (*See id.*).

j.   Bayer's failure to fully inform the FDA in a timely manner about the harmful effects observed in pre-approval studies violated accepted industry standards and applicable federal regulations.

k.   The Efficacy and Safety Data Summaries of the TRASYLOL pending New Drug Application (NDA) were sent for external review to a highly respected cardiologist at the University of Michigan Medical Center, Dr. Bertram Pitt. Dr. Pitt is well-informed about the FDA and its regulatory process having served on the Cardio-Renal Advisory Committee. His conclusion was that "these potential benefits (reduced requirements for blood-transfusions) are *more than offset* by the real increase in risk to the patient in regard to hepatic function, renal function, graft closure, and mortality. I believe that even if the drug was approved by the FDA, . . .

the company could face severe liability risks in the future . . . ." He stated, in summary "I would not recommend pursuit of this indication in the United States." (*See* BAY00983471).

Thus, Bayer had strong evidence of renal impairment with TRASYLOL that would have prompted a reasonable drug company to conduct further investigations and modify the safety claims about this product.

C.    **FDA Review (1993)**

30.    The FDA Medical Officer's review of the NDA summarized the efficacy and safety effects of TRASYLOL observed in three randomized clinical trials conducted in the U.S. (D89-004, D89-005, and D89-006). (*See* BAY00674730).

a.    *Efficacy.* The primary endpoint in the three primary trials included in the NDA was the reduction in the percentage of patients requiring blood transfusion. Secondary endpoints were the reduction in number of donor blood units transfused and the reduction in perioperative blood loss.

(i) The number of CABG patients requiring donor blood in Trial D89-004 was significantly smaller with TRASYLOL, 42% (high dose) and 47% (low dose) compared to 77% with placebo in trial D89-004. Bayer did not evaluate whether TRASYLOL, in addition, improved patient outcomes over the long term. (*See* BAY00674730).

(ii) Trial D89-005 entitled "A Multicenter, randomized, double-blind, placebo controlled study of the availability of aprotinin to reduce blood loss and transfusion requirement during and after valvular heart surgery

(primary aortic and/or mitral valve replacement or repair)," demonstrated that patients undergoing cardiac valve replacement did not show a reduction in the number of patients requiring transfusions. One possible explanation is that more placebo patients received non-study treatment for excessive perioperative bleeding. (*See* BAY00674730).

(iii) Trial D89-006 in CABG patients showed a clear reduction in need for transfusions with TRASYLOL in the subgroup of patients undergoing *repeat CABG*. The reduction in the other subgroup, those undergoing *primary CABG*, was only borderline. (*See* BAY00674730).

b.  *Safety*. The FDA Medical Reviewer raised several concerns which should not have come as a surprise to Bayer. These included:

i.  *Renal toxicity*. The number of patients with renal dysfunction (acute kidney failure, kidney failure, abnormal kidney function or kidney tubular necrosis) was 24/238 (10%) in the high dose TRASYLOL group compared to 9/235 (4%) in the placebo group (p = 0.008). (*See* BAY00674852). The corresponding increases in serum creatinine were 23% vs. 12% (p = 0.007). (*See* BAY00674853).

ii.  *Incidence of acute myocardial infarction*. For all Re-do CABG patients, there was an almost doubling in risk of myocardial infarction with a borderline p-value (0.061). (*See* BAY00674844). The number of patients with graft closure was also higher among

TRASYLOL-treated patients (16% vs 9%). (*Id.*)

iii.    *Increased mortality.* In a separate, small and uncontrolled study, the investigators reported increased mortality (seven of 20 patients) and renal dysfunction in 12 or the 20 patients. (*See* BAY00674730).

iv.    *Congestive heart failure.* TRASYLOL increased the risk of congestive heart failure in patients undergoing uncomplicated valve replacement. (*See* BAY00674730).

31.    Based on these data, in December of 1993, TRASYLOL was given limited approval by the FDA for prophylactic use to reduce perioperative blood loss and transfusions required in CABG patients at risk of major bleeding complications. TRASYLOL was not recommended in patients undergoing primary CABG. (*See* BAY00205192).

32.    Based on the agency's risk/benefit assessment, the use of TRASYLOL in patients at low risk of bleeding complications from CABG was not recommended, in part due to the risk of renal dysfunction. The reviewer recommended four post-marketing investigations. Specifically, the FDA requested Bayer assess the efficacy and safety of the low dose aprotinin regimen compared to the high dose aprotinin regimen. (*See* BAY00289056; *see also* BAY00237211).. Furthermore, questions regarding the risks associated with TRASYLOL should have been addressed in additional studies properly designed to assess those risks, rather than in further efficacy studies.

D.   **What Bayer Knew at the Time of Initial U.S. Marketing**

33.   Safety data from several sources were available to Bayer at the time TRASYLOL was first marketed in the U.S.

   a.   The company had access to data from a large number of studies conducted in Europe and elsewhere prior to 1993. The studies summarized in Sections 29 and 30 documented many of the serious adverse events linked to TRASYLOL. In fact, Bayer's November 23, 1992, safety summary included in the NDA, states:

> US placebo controlled studies showed a statistically significant increase of treatment-emergent events reflecting post-operative renal dysfunction (e.g., acute kidney failure, kidney failure, kidney function abnormal and kidney tubular necrosis) in aprotinin-treated patients. Also, . . ., in the pool of studies employing all three treatment regimens (high-dose aprotinin, low-dose aprotinin and placebo), the increase from the pre-operative baseline value in serum creatinine was significantly greater in the high-dose aprotinin group that in the placebo group at post-op days 3, 4, 7 and the final pre-discharge value. For the low-dose aprotinin group, this was the case only for serum creatinine at post-operative day 7.
>
> (*See* BAY00733441 at BAY00733499).

   b.   The overall risk/benefit balance was unfavorable according to Bayer's own expert consultant, Dr. Bertram Pitt (Section 29.k).

   c.   The number of safety concerns raised by the pre-approval studies and the FDA should have been addressed by Bayer earlier, especially considering that the drug had already been on the market for over 30 years. Those concerns included:

      i.   *Renal dysfunction.* This problem was anticipated, since this safety

problem had been shown in animal studies and confirmed in clinical studies. The range of dysfunction is wide - from transient elevation of serum creatinine to renal failure requiring dialysis and in some cases fatality. Bayer admitted in a safety summary that TRASYLOL causes serious renal problems. (*See* BAY00205183). Disappointingly, Bayer never conducted sufficiently large and long-term trials to document fully the magnitude of the serious renal problems.

ii.     *Anaphylactic reactions.* This was no surprise since the drug is obtained from bovine lungs. This rare, but serious, adverse effect of TRASYLOL occurs with a higher frequency when re-administered within one year of an initial administration. This risk was highlighted in the U.S. labeling since the late 1990s.

iii.    *Graft occlusions and myocardial infarction.* An increase in graft occlusions and in heart attacks should also have been anticipated for a drug that is antifibrinolytic. Drugs with the opposite action, profibrinolytic, are used to dissolve blood clots in patients with acute myocardial infarction in order to limit the myocardial damage and to improve survival. The magnitude of this problem was never properly addressed by Bayer in a scientifically rigorous and standardized way.

iv.     *Mortality.* Treatment effects, favorable and unfavorable, do not stop when drug administration ends. It is important to follow

patients up to one month after termination of treatment. Studies had suggested increased mortality, but Bayer never followed patients long enough to determine TRASYLOL's full effect on mortality. The safety problems discussed above (*i-iii*) can all contribute to an excess mortality.

E.     **Additional Evidence of Harm**

34.     Reports on the harmful effects of TRASYLOL continued to accumulate during its initial marketing.

a.     Lemmer et al. (1995) reported that TRASYLOL caused transient increases in serum creatinine, a measure of renal function. The authors noted that three TRASYLOL-treated patients had a two-fold increase in serum creatinine compared to none in the placebo-group. One of the three patients died. (*See* BAY00113494-BAY00113495; *see also* Lemmer JH Jr, Stanford W, Bonney SL, Chomka EV, Karp RB, Laub GW, Rumberger JA, Schaff HV. Aprotinin for coronary artery bypass grafting: effect on postoperative renal function. Ann Thorac Surg. 1995 Jan;59(1):132-6). Lemmer et al. also reported, in 1996: "Because early aprotinin elimination cannot occur in patients with [chronic renal failure], a lower dose should likely be effective in these patients (at a lower cost)." (BAY00944081).

b.     In 1998, the Italian Regulatory Authority removed TRASYLOL from the market due in part to concerns about high mortality and higher risk of myocardial infarction in patients given TRASYLOL. (*See* BAY00749599).

**F.      Bayer Initial Failures Post-Marketing**

35.     Bayer continued to violate accepted industry standards and federal regulations during the years following FDA approval (1993-1998).  Its response to the new information on renal damages caused by TRASYLOL was woefully inadequate. Its failures includes:

   a.     failure to conduct large and long-term trials in a timely manner to address the multitude of safety problems known to Bayer, highlighted in the FDA review, and in published and unpublished studies;

   b.     failure to alert TRASYLOL investigators about safety problems with TRASYLOL in the Investigator's Brochures (*See* BAY00945240).

   c.     failure to inform potential participants in TRASYLOL trials about the potential safety problems with TRASYLOL in the Informed Consent forms (*See* BAY00945240).

   d.     failure to adequately and directly inform healthcare professionals about the true health risks of TRASYLOL;

   e.     failure to inform physicians and patients about safety problems with TRASYLOL in the drug labeling;

   f.     misrepresentation of the effects of TRASYLOL in promotional materials, materials prepared for medical education seminars, and training materials for company sales representatives which claimed that TRASYLOL had no effect upon the kidneys, its effects were "comparable to placebo", or the effects were "transient and reversible."  Similarly, Bayer made

misrepresentations regarding the effectiveness of TRASYLOL and improperly claimed superiority based solely on the product's mechanism of action, rather than on comparative effectiveness trials. (*See, e.g.,* BAY00835980, BAY00718381, BAY06393919, BAY00718225, BAY00235972, BAY00208112, BAY00226983, and *see* communications from FDA's Division of Drug Marketing, Advertising and Communications at BAY00237168, BAY00290964, BAY00329608, and BAY00208112).

**G.     NDA Supplement (1998)**

36.    An NDA Supplement was submitted in October 1996.  Bayer sought to broaden the Indications section to include all CABG patients and to update the Adverse Reactions section by excluding any reference to trials of patients undergoing valve surgery.  The Sponsor's enlarged database indicated that there was little difference in the incidence of adverse events between the TRASYLOL and placebo group.  This refers to mortality, myocardial infarction, graft closures (at U.S. study sites) and renal dysfunction.  Thus, the only adverse event Bayer admitted to was anaphylactic reactions on repeat exposure. (*See* BAY00205194).

37.    In August 1997, the FDA informed Bayer that the application was not approvable. The support for the broader indication was inadequate and the anaphylactic reactions limited, according to the FDA, the benefit of TRASYLOL for low-risk CABG patients.  Bayer was also asked to add to the labeling post-marketing adverse reactions detailing at least thrombosis (venous and arterial) and diffuse intravascular coagulation.  This provided Bayer with an opportunity to detail

information about other adverse effects of which the company was aware. (*See* BAY00205195).

38.      The amended supplemental NDA was finally approved in August 1998.  A Boxed Warning regarding anaphylactic reactions was added.  The indications were broadened to all CABG patients.  However, according to the Boxed Warning, "[t]he benefit of TRASYLOL to patients undergoing primary CABG surgery should be weighed against the risk of anaphylaxis should a second exposure be required."  The adverse effects were downplayed but data showing unfavorable trends for myocardial infarction (5.9% vs. 4.7%) and serum creatinine were added to the label in adding to data showing a higher risk of graft closures with TRASYLOL.   One of the commitments Bayer made in 1998 for Phase 4 Studies was to review the internal safety database. (*See* BAY00226819).  Bayer's efforts to conduct such a review were inadequate and it took eight years to meet this safety commitment (*see* Section 40.a).

**H.      Additional Evidence of Harm II**

39.      The scientific documentation of renal damages continued to accumulate.

a.      O'Connor et al. (1999) reported that further study of a larger series of patients with renal dysfunction will be necessary to establish definitive dosing guidelines based on renal function and that aprotinin elimination is prolonged in cardiac surgical patients with impaired renal function undergoing bypass.  Based on the findings in the study, which was sponsored in part by Bayer, the researchers suggest modifying dosing for patients with renal dysfunction. (BAY03038981).

b.   In November 2003, Bayer received a report with the results of a Bayer-sponsored trial at St. Luke's Medical Center in Milwaukee.  In this electronic chart review study of 1722 patients, postoperative renal failure was 1.7 times more frequent in the full TRASYLOL dose group and 3.1 times more frequent in patients given larger doses of TRASYLOL Furthermore, as doses of TRASYLOL increased, overall mortality and length of hospital stay also increased.  FDA was not notified of this unfavorable report until November 2006, and it appears that a copy of the report was never provided.  (*See* BAY05426839).  Bayer's head of Global Drug Safety, Dr. Ernst Weidmann claims that he never received a copy of the report. (Deposition of Dr. Ernst F. Weidmann, May 4, 2009, pp, 406-7, 410, 432, 436-8, and 477).

c.   Bayer received, in December 2004, an unfavorable report from a Bayer-sponsored trial conducted at St. George's Hospital in London.  It showed that in a sample of 1014 patients, TRASYLOL use resulted in longer hospital stays, increased overall use of blood products and higher mortality.  Bayer delayed the public release of this unfavorable report and it was not submitted to the FDA until November 2006. (*See* BAY00322561).

I.   **Bayer's Continued Failures**

40.   Bayer continued to pay inadequate attention to the safety problems with TRASYLOL.

a.   Bayer continued to mislead investigators (Section 35.c), potential study

participants (Section 35.d), the medical community (Section 35.e) and foremost physicians and patients (Section 35.f) by not alerting them to the potential risks of renal problems.

b.     A consultant, Dr. David Royston, informed Bayer in October 2004, via email, about alarming findings from a "to be" published article by Dennis Mangano et al. (*See* Section 41, below; *see also* BAY01983487).

c.     Bayer dismissed letters from physicians expressing concern about renal problems observed with TRASYLOL (*See, e.g.,* BAY02114128).

d.     Bayer rejected investigator-initiated proposals from three major academic institutions in the U.S. to study renal issues in patients exposed to TRASYLOL (Duke, Rush University and Jewish Medical Center).  (*See* BAY00680602, BAY00680413 and BAY03364404).

e.     Despite internal and public concerns about providing high doses of aprotinin to elderly patients and patients with a history of diabetes or chronic renal dysfunction, Bayer continued to promote the use of high doses in all patients.  (BAY03194510; BAY04974117; BAYCS00296085; BAYCS00560472; and BAYCS00050116).

**J.     The Beginning of the End**

41.   The first article in a major medical journal raising serious safety concerns with TRASYLOL was published by Mangano et al. in the New England Journal of Medicine in January 2006.   In the observational study entitled *The Risk Associated with Aprotinin in Cardiac Surgery* of 4,374 patients undergoing

CABG, the risks of TRASYLOL were compared to two lysine analogues and no antifibrinolytic agent. In adjusted analyses, TRASYLOL was associated with a more than doubling in risk of renal failure. In addition, there were substantial increases in the risks of myocardial infarction, heart failure, stroke and encephalopathy. There were no such increases with either of the two lysine analogues. The authors concluded that continued use of TRASYLOL in patients undergoing CABG "is not prudent." (*See* Mangano DT, Tudor IC, Dietzel C; Multicenter Study of Perioperative Ischemia Research Group; Ischemia Research and Education Foundation. The risk associated with aprotinin in cardiac surgery. N Engl J Med. 2006 Jan 26;354(4):353-65).

42.     A second observational study by Karkouti et al. was published two months later. In a case-control study, 449 CABG patients who received TRASYLOL were compared to 449 CABG patients who received tranexamic acid, a lysine derivative. The two groups were well-balanced in terms of prognostic factors. The results showed that TRASYLOL use was associated with worsening renal failure, especially in patients with evidence of pre-existing renal dysfunction. (*See* BAY05758757; BAY00113519-BAY00113520; Karkouti K, Beattie WS, Dattilo KM, McCluskey SA, Ghannam M, Hamdy A, Wijeysundera DN, Fedorko L, Yau TM. A propensity score case-control comparison of aprotinin and tranexamic acid in high-transfusion-risk cardiac surgery. Transfusion. 2006 Mar;46(3):327-38).

43.     Following publication of the Mangano article, the FDA issued a Public Health Advisory in February 2006. The Agency stated that "Physicians who use

TRASYLOL should carefully monitor patients for the occurrence of toxicity, particularly to the kidneys, heart and central nervous system and promptly report adverse event information . . . . Physicians should consider limiting TRASYLOL use to those situations where the clinical benefit of reduced blood loss is essential... and outweighs the potential risks." The FDA, in other words, took a step back from the broader indication approved in 1998. In addition, Bayer issued a "Dear Healthcare Provider" letter notifying physicians of the Mangano publication that further urged treating physicians to monitor their patients on TRASYLOL. (*See* BAY00981705).

44.     In response to these two high-profile publications, Bayer submitted a long overdue safety update of TRASYLOL. In 1998, Bayer had agreed to an FDA request that the company conduct an analysis of the spontaneous adverse event reports regarding TRASYLOL that had been submitted to the company. Bayer failed to properly complete such an analysis until 2006. (*See* BAY00196017). In its 2006 report, Bayer noted that, of the 745 adverse event reports submitted to the company prior to March 30, 2006, 81 (11%) reports included adverse renal events in patients exposed to TRASYLOL, and a roughly equal number of reports were made from 1993 to 1999 as were made from 2000 to 2006. (*See id.* and Bayer's Responses to Plaintiffs' Interrogatories, Feb 17, 2009). Bayer also reported that only 2 of the 81 renal events were clinically significant (that is, the patient required dialysis). Upon review of the reports, however, it appears that another 15 of the 81 events (or a total of 21%) actually involved dialysis, and this was misrepresented by Bayer in its analysis. (*See* Deposition of Prof. Dr. Kuno B.G.

Sprenger, Apr. 23, 2009, pp. 594, 630-1). Further, another 10 of the 745 reports (or a total of 91) involved a renal event, and 6 of those 10 were clinically significant, including dialysis and/or death attributable to renal failure. This too was misrepresented in the analysis. Thus, it appears that approximately 14% of the reports involved renal events and more than 3% of all reports involved patients who required dialysis and/or died from renal-related causes; in certain years, it appears than more than 20% of the reports received by Bayer involved renal injuries. (*See id. and* BAY05808837, BAY05808612, BAY05808541, BAY05808539, BAY05808489, BAY05808438, BAY05808427, BAY05807928, BAY05807665 and BAY05807317). Bayer's underreporting of the renal safety data in the 2006 submission to the FDA is a violation of federal regulations.

45.     In addition, Bayer submitted an analysis of its pooled clinical research data to the FDA in 2006 which showed a statistically significant risk of serum creatinine elevations in patients treated with TRASYLOL.   (*See* BAY00194431 at BAY00194596*)*.

46.     In February 2006, Bayer's global drug safety chief, Ernst Weidman, also asked for an internal review of the adverse event reports on Trasylol, aminocaproic acid and tranexamic acid collected by the FDA.   In June 2007, another Bayer official learned of the request and asked to see the data, noting that no one else in Bayer knew that this analysis had been conducted in early 2006. The data indicates that Trasylol was associated with far more reports of renal dysfunction than other antifibrinolytics    medicines.       (BHCAG03950316;      BHCAG03950306; BHCAG03950308).

47.   In addition to conducting analyses of its own data, in the spring of 2006, Bayer commissioned a safety analysis to be conducted by i3 Drug Safety and Dr. Alex Walker.   The study involved 66,435 patients from the Premier database undergoing CABG surgery between April 2003 and March 2006.   The outcomes of interest were acute coronary revascularization, stroke, acute heart failure, acute renal failure and in-hospital deaths. The report was expected prior to an FDA Advisory Committee meeting scheduled for September 21, 2006.

48.   Dr. Alex Walker reported results, which indicated the increased health risks of TRASYLOL, to two senior Bayer executives, Drs. Weidmann and Sprenger, one week prior to the FDA meeting.   While Bayer posed a number of questions about the study to Dr. Walker, all of those questions were addressed, in part or in whole, before the FDA Advisory Committee meeting was underway. (*See* BAY03498338-BAY03498347).   Dr. Walker indicated his willingness to participate in the FDA Advisory Committee meeting either in person or by telephone.   For the purpose of the meeting, it would have been an advantage to present the findings even if they were preliminary. Remarkably, the FDA was not informed about this safety study prior to the meeting and no mention of the study being conducted or the preliminary report was made at the meeting. (*See* BAY03508587).   Thus, Bayer misled the FDA and the members of the FDA's Advisory Committee by suppressing critical safety information.   A responsible drug company that cares about drug safety would have made the data known.

49.   On September 21, 2006, The FDA Cardiovascular and Renal Drugs Advisory Committee discussed the safety and overall risk-benefit profile for TRASYLOL.

The FDA invested a great deal of time questioning the science of Drs. Mangano and Karkouti and questioned the need for additional studies. The committee voted to recommend that there should be no change in the safety labeling of TRASYLOL. However, this vote was cast without the knowledge of the i3 study and other safety data in Bayer's databases and files.

50. This withholding of critical information at an FDA meeting is a serious violation of existing regulations and, as expected, the reaction from the FDA was forceful when the information became available six days after the Hearing.

51. After Bayer revealed the i3 study to the FDA, on September 29, 2006, the FDA issued a Public Health Advisory for TRASYLOL. It acknowledged the existence of Bayer's own i3 safety study of 78,199 patients undergoing cardiac surgery. The study found a higher occurrence of deaths (a 64% increase) and need for dialysis (a 67% increase) among patients receiving aprotinin compared to patients who received aminocaproic acid. (*See* Schneeweiss S, Seeger JD, Landon J, Walker AM. Aprotinin during coronary-artery bypass grafting and risk of death. N Engl J Med. 2008 Feb 21;358(8):771-83).

52. In October 2006, the FDA asked Bayer to determine whether the company had failed to submit other study reports showing harmful effects of TRASYLOL. In November 2006, Bayer admitted that it had in its possession other study reports which had not been submitted to the FDA, including the St. Luke's and St. George's studies. (*See* Sections 39.a and b, above).

53. In December 2006, following the i3 controversy, the FDA required that the package insert for TRASYLOL be changed to include additional warnings and

precautions related to TRASYLOL and renal dysfunction. (*See* BAY00322535). The FDA sent an Alert to Healthcare Professionals that stated: "The new label has a more focused indication for use, a new Warning about renal dysfunction, a revised Warning about anaphylactic reactions, and a new Contraindication."

54.    In a second study by Mangano and co-workers (2007), the investigators compared the 5-year mortality between TRASYLOL-treated patients, patients treated with two lysine analog antifibrinotylytics and controls. 5-year mortality increased by 48% with TRASYLOL compared to controls. Neither of the two treatment alternatives was associated with increased risk of death. (*See* Mangano DT, Miao Y, Vuylsteke A, Tudor IC, Juneja R, Filipescu D, Hoeft A, Fontes ML, Hillel Z, Ott E, Titov T, Dietzel C, Levin J; Investigators of The Multicenter Study of Perioperative Ischemia Research Group; Ischemia Research and Education Foundation. Mortality associated with aprotinin during 5 years following coronary artery bypass graft surgery. JAMA. 2007 Feb 7;297(5):471-9).

55.    In 2007, Victor Ferraris, Chair of the Society of Thoracic Surgeons Blood Conservation Guideline Task Force and a frequent speaker for Bayer, advocated the use of low doses of aprotinin, indicating that Bayer's internal data showed that full doses cause renal dysfunction. His comments at a Bayer-sponsored dinner were criticized by Bayer internally as being "off-message." (BAYCS00347932).

56.    On November 5, 2007, Bayer agreed to a marketing suspension of TRASYLOL based on initial results of the Blood Conservation Using Antifibrinolytics in a Randomized Trial ("BART") study, which was halted due to a reported excess in deaths seen in the TRASYLOL-treated group. (*See* BAY06122714).

57.     BART compared the efficacy and safety of TRASYLOL (n=781), tranexamic acid (n=770) or aminocaproic acid (n=780) in patients undergoing high-risk cardiac surgery.  The primary outcome was massive post-operative bleeding.  The secondary outcomes included 30-day all-cause mortality, acute myocardial infarction, stroke and renal failure.  In contrast to most of the earlier studies, BART was not industry-sponsored.  In fact, Bayer had no role in the design, conduct and reporting.  The patients were followed for 6 months.  In terms of massive bleeding, TRASYLOL did somewhat better than the other two treatments, but the treatment difference was not statistically significant.  The 30-day mortality was reported to be approximately 50% higher in the TRASYLOL group compared to the other two treatment groups.  This adverse mortality effect of TRASYLOL was attributed to cardiac causes.   Many of the other major adverse events trended unfavorably for TRASYLOL.  The authors concluded by saying that "despite the possibility of a modest reduction in the risk of massive bleeding, the strong and consistent negative mortality trend associated with aprotinin as compared with lysine analogues *precludes its use in patients undergoing high-risk cardiac surgery"* (emphasis added). (*See* Fergusson DA, Hébert PC, Mazer CD, Fremes S, MacAdams C, Murkin JM, Teoh K, Duke PC, Arellano R, Blajchman MA, Bussières JS, Côté D, Karski J, Martineau R, Robblee JA, Rodger M, Wells G, Clinch J, Pretorius R; BART Investigators.

A comparison of aprotinin and lysine analogues in high-risk cardiac surgery. N Engl J Med. 2008 May 29;358(22):2319-31).

58.     TRASYLOL was withdrawn from the market in May of 2008.

## V.  CONCLUSIONS

59.  Based on the scientific evidence, in conjunction with my training and experience, my opinions are:

a. TRASYLOL significantly increases the risk of serious adverse events, including, specifically, fatal and nonfatal renal injuries and renal failure. Thus, TRASYLOL is an independent risk factor for causing such adverse events. The scientific evidence, prior to FDA approval, demonstrates TRASYLOL had the potential to cause renal injury.  Additional human studies post-approval further confirmed this harmful effect and other adverse effects of TRASYLOL.

b. Bayer failed to warn physicians about the adverse renal effects (including renal failure) as well as other serious risks. This failure prevented physicians from being able to make informed treatment decisions regarding TRASYLOL for their patients..

c. Bayer engaged in conduct that served to delay the full and timely disclosure of critical safety information to patients and prescribing physicians.  Despite having extensive documentation of these concerns, the sponsor failed to comply with industry standards and violated federal regulations by failing to properly inform physicians, patients and the public about these serious risks.

60.  I reserve the right to amend, edit and supplement my opinions upon review of additional information produced from this litigation.

61.   My consultant fee for the Plaintiff is $500 per hour.

Signed this __11th__ day of August 2009:


Curt Daniel Furberg, M.D., Ph.D.

**EXHIBIT A – CV**

**EXHIBIT B – Testimony in past four years**

**EXHIBIT C - List of materials reviewed**

**Exhibit A**

**WAKE FOREST UNIVERSITY SCHOOL OF MEDICINE
CURRICULUM VITAE**

**NAME:**                            Curt Daniel Furberg, M.D., Ph.D.

**CURRENT ACADEMIC TITLE:**          Professor

**ADDRESS:**

      Business:              Division of Public Health Sciences
                                     Wake Forest University School of Medicine
                                     Medical Center Boulevard
                                     Winston-Salem, NC 27157-1063
                                     Telephone: (336) 716-3730

**EDUCATION:**

      1956-1958              University of Uppsala
                                     Uppsala, Sweden
                                     MK (Medicine Kandidat)
                                     (undergraduate)

      1959-1963              University of Umea
                                     Umea, Sweden
                                     M.L. (M.D. equivalent)

      1968                   University of Umea
                                     Umea, Sweden
                                     Thesis: "Effects of beta-adrenergic blockade on ECG, physical
                                     working capacity and central circulation with special reference
                                     to autonomic imbalance"
                                     (Advisor: Professor H. Linderholm)
                                     (Ph.D. - equivalent)

**POSTDOCTORAL TRAINING:**

      1973                   ECFMG

      1974 - 1976            Biostatistics: Five courses in the Graduate
                                         Program (15 credits)
                                     National Institutes of Health
                                     Bethesda, Maryland

      1977                   Epidemiology: Two courses in the Graduate
                                         Program (5 credits)
                                     National Institutes of Health
                                     Bethesda, Maryland

**POSTDOCTORAL TRAINING (Continued):**

| | |
|---|---|
| 1977 | Three courses at the 12th Graduate Summer Session in Epidemiology (8 credits) School of Public Health University of Minnesota |

**UNIFORMED SERVICE:**

| | |
|---|---|
| 1955 - 1972 | Military Service in the Swedish Army (15 months) Rank Held:  Captain |

**PROFESSIONAL LICENSURE:**

| | |
|---|---|
| 1963 | Sweden, #31987 |

**EMPLOYMENT:**

| | |
|---|---|
| 2002 - Present | Senior Advisor to the Dean for Health Services Research and Health Policy Wake Forest University School of Medicine Winston-Salem, North Carolina |
| 2002-Present | GCRC Research Subject Advocate Advisor Wake Forest University School of Medicine Winston-Salem, North Carolina |
| 2002 (Jan.-April) | Senior Visiting Scholar Center for Outcomes and Effectiveness Research Agency for Healthcare Research and Quality Rockville, Maryland |
| 1999-2002 | Director Office of Academic Program Development Wake Forest University Baptist Medical Center Winston-Salem, North Carolina |
| 1989 - 1999 | Chairman Department of Public Health Sciences Wake Forest University School of Medicine Winston-Salem, North Carolina |
| 1986 - 1989 | Director Center for Prevention Research and Biometry Bowman Gray School of Medicine Winston-Salem, North Carolina |
| 1985 - 1986 | Associate Director Clinical Applications and Prevention Program Division of Epidemiology and Clinical Applications National Heart, Lung, and Blood Institute National Institutes of Health Bethesda, Maryland |

2

**EMPLOYMENT** (Continued):

| | |
|---|---|
| 1984 - 1985 | Acting Associate Director<br>Clinical Applications and Prevention Program<br>Division of Epidemiology and Clinical Applications<br>National Heart, Lung, and Blood Institute<br>National Institutes of Health<br>Bethesda, Maryland |
| 1982 - 1984 | Deputy Associate Director<br>Clinical Applications and Prevention Program<br>Division of Heart and Vascular Diseases<br>National Heart, Lung, and Blood Institute<br>National Institutes of Health<br>Bethesda, Maryland |
| 1979 - 1985 | Chief, Clinical Trials Branch<br>Division of Heart and Vascular Diseases<br>National Heart, Lung, and Blood Institute<br>National Institutes of Health<br>Bethesda, Maryland |
| 1974 - 1979 | Visiting Scientist<br>Clinical Trials Branch<br>National Heart, Lung, and Blood Institute<br>National Institutes of Health<br>Bethesda, Maryland |
| 1973 - 1974 | Research Fellow<br>Department of Internal Medicine<br>Minneapolis Lipid Research Center -<br>University of Minnesota<br>Minneapolis, Minnesota |
| 1968 - 1974 | Chairman<br>Department of Clinical Physiology<br>Central Hospital<br>Boden, Sweden |
| 1967 - 1968 | Acting Deputy Chairman<br>Department of Clinical Physiology<br>University Hospital<br>Umea, Sweden |
| 1963 - 1966 | Physician<br>Department of Clinical Physiology<br>University Hospital<br>Umea, Sweden |

<u>Academic Experience</u>:

| | |
|---|---|
| 1989 - Present | Professor of Public Health Sciences<br>Wake Forest University School of Medicine<br>Winston-Salem, North Carolina |

3

**EMPLOYMENT** (Continued):

| | |
|---|---|
| 1987 - Present | Adjunct Associate Professor<br>Department of Public Health and Caring Sciences<br>Uppsala University<br>Uppsala, Sweden |
| 1986 - 1989 | Professor of Medicine<br>Wake Forest University School of Medicine<br>Winston-Salem, North Carolina |
| 1984 - 1987 | Clinical Professor<br>Department of Community and Family Medicine<br>Georgetown University School of Medicine<br>Washington, D.C. |
| 1968 - 1986 | Associate Professor of Clinical Physiology<br>University of Umea<br>Umea, Sweden |

Teaching Experience:

| | |
|---|---|
| 1986 - Present | Wake Forest University School of Medicine<br>Winston-Salem, North Carolina |
| 1984 - 1986 | Georgetown University School of Medicine<br>Washington, D.C. |
| 1981 - 1985 | Faculty Appointment<br>Graduate School of National Institutes of Health<br>Bethesda, Maryland |
| 1967 - 1968 | Acting Professor<br>Department of Clinical Physiology<br>University of Umea (3 months)<br>Umea, Sweden |

**OTHER PROFESSIONAL ACTIVITIES:**

**A.     RESEARCH ACTIVITIES**

1. Principal Investigator

| | |
|---|---|
| 1970 - 1974 | Boden Multifactor Primary Prevention Trial |
| 1970 - 1975 | World Health Organization<br>European Ischemic Heart Disease<br>Register Study (Center 17 Boden) |
| 1987 - 1993 | Pravastatin, Lipids and Atherosclerosis in the Carotids<br>(PLAC-2) Study |
| 1988 - 1995 | Cardiovascular Health Study (NHLBI)<br>Bowman Gray School of Medicine Field Center |

4

**RESEARCH ACTIVITIES** (Continued):

| 1988 - 1994 | Asymptomatic Carotid Artery Progression Study (NHLBI) |
| 1989 - 1992 | Prevention of Functional Deterioration in Hospitalized Elderly - PREHAB (John A. Hartford Foundation) |
| 1990 - 1992 | Urinary Incontinence in Community-Dwelling Women (WFUSM Subcontract) |
| 1992 - 1999 | Prospective Randomized Evaluation of the Vascular Effects of Norvasc Trial - PREVENT (Pfizer) |
| 1992 -1999 | Women's Health Initiative - Clinical Facilities Center (WFUSM Subcontract) |
| 1999 - 2006 | Ginkgo Evaluation Memory Study (GEMS) Clinical Coordinating Center |

2. Scientific Project Officer, NHLBI

| 1974 - 1980 | Aspirin Myocardial Infarction Study |
| 1976 - 1985 | Multiple Risk Factor Intervention Trial |
| 1977 - 1985 | Beta-blocker Heart Attack Trial |
| 1980 - 1985 | Systolic Hypertension in the Elderly Program |
| 1982 - 1984 | Hypertension Prevention Trial |
| 1982 - 1984 | Cardiac Arrhythmia Pilot Study |
| 1983 - 1985 | Program on Surgical Control of the Hyperlipidemias |
| 1984 | Studies of Left Ventricular Dysfunction |
| 1984 - 1985 | Preventive Cardiology Academic Awardees Program |

3. Data & Safety Monitoring Committees

| 1975 - 1979 | Aspirin Myocardial Infarction Study |
| 1978 - 1982 | Beta-blocker Heart Attack Trial |
| 1980 - 1985 | Systolic Hypertension in the Elderly Program |
| 1981 - 1982 | Multiple Risk Factor Intervention Trial |
| 1982 - 1985 | Hypertension Prevention Trial |
| 1983 - 1993 | Diabetes Control and Complications Trial |
| 1983 - 1985 | Program on Surgical Control of the Hyperlipidemias |
| 1985 - 1987 | Prevention of Atherosclerotic Complications with Ketanserin |
| 1986 - 1989 | Digibind Post-Marketing Surveillance Study |
| 1986 - 1994 | Fluorouracil Filtering Surgery Study (Chairman) |
| 1987 - 1988 | Tolrestat Retinopathy Studies (Chairman) |
| 1987 - 1988 | Ultradol Rheumatoid Arthritis Trial (Chairman) |
| 1987 - 1989 | Shock Resuscitation Clinical Trials (Chairman) |
| 1987 - 1988 | Cilazapril/Nitrendipine Hypertension Trials |
| 1987 - 2001 | Advanced Glaucoma Intervention Study (Chairman) |
| 1988 - 1996 | Post Coronary Artery Bypass Graft Studies |
| 1988 - 1990 | Glaxo Restenosis and System Project (Chairman) |
| 1988 - 1994 | Scandinavian Simvastatin Survival Study |
| 1988 - 1990 | Quality of Life in Hypertension Study |
| 1989 - 1996 | Cholesterol and Recurrent Events Study |
| 1989 - 1991 | CONSENSUS II Study (Chairman) |
| 1989 - 1991 | Ethmozine/Encainide PES Study |

5

**RESEARCH ACTIVITIES** (Continued):

| | |
|---|---|
| 1989 - 1992 | Canadian Coronary Atherosclerosis Intervention Trial (Chairman) |
| 1990 - 1992 | Post-Angioplasty Restenosis Ketanserin Trial |
| 1990 - 1997 | CABG Patch Trial (Chairman) |
| 1991 - 1996 | Quinapril Ischemic Event Trial (Chairman) |
| 1991 - 2001 | Age-related Eye Diseases Study |
| 1992 - 1993 | FLOLAN International Randomized Survival Study |
| 1992 - 1997 | Assessment of Treatment with Lisinopril and Survival |
| 1992 - 1998 | Randomized Aldactone Efficacy Study |
| 1993 - 1996 | Coumadin Aspirin Reinfarction Study |
| 1993 - 1996 | WHO Programme for the Prevention of Blindness (Chairman) |
| 1993 - 2001 | Early Manifest Glaucoma Trial (Chairman) |
| 1994 - 1996 | Evaluation of Losartan in the Elderly (Chairman) |
| 1994 - 1999 | Heart Outcomes Prevention Evaluation (HOPE) |
| 1994 - 1997 | Accupril Congestive Heart Failure Investigation and Economic Variable Evalaution (ACHIEVE) |
| 1995 - 1997 | Myloral in Multiple Sclerosis Trial (Chairman) |
| 1995 - 1998 | Trials of Amylin in Diabetes (Amylin) |
| 1997 - 1998 | CV-2619/PNRP 001 in Alzheimer's Disease (Takeda America) |
| 1997 - 1999 | Effects of Losartan on Mortality in CHF (ELITE II) (Chairman) |
| 1998 - 1999 | Melacine plus Interferon versus Interferon in Malignant Melanoma (CATO Research) |
| 1998 - 2001 | Adenosine in Acute MI (MEDR640), Chairman (ClinTrials Research) |
| 1998 - 2001 | Optimal Therapy in Myocardial Infarction with the Angiotensin II Antagonist Losartan (OPTIMAAL) |
| 1999 - 2002 | Eplererone in Heart Failure Post Acute Myocardial Infarction (EPHESUS) |
| 1999 - 2002 | Lung Health Study |
| 2000 - 2008 | Selenium and Vitamin E Chemoprevention Trial (SELECT) (Southwest Oncology Group) |
| 2000 - 2003 | Heart Outcomes Prevention Evaluation II |
| 2001 - 2006 | Periodontal Intervention for Cardiac Events |
| 2002 - 2005 | Pilot Trial of Etanercept in IPF (Chairman) |
| 2004 - Present | INO Therapeutics Trials (Chairman) |
| 2007 - Present | Gliobastoma Trial (Northwest Biotherapeutics; Chairman) |
| 2007 - 2008 | PLA-695 for pain control (Wyeth) (Chairman) |
| 2007 - 2008 | Biogen trials in Parkinson's Disease |
| 2007 - 2008 | Mini-Metrics phase II trial |

**B.     LEADERSHIP**

1. Steering/Investigators Committee

| | |
|---|---|
| 1988 - 1994 | Chair, Steering Committee of the Multicenter Isradipine Diuretic Atherosclerosis Study |
| | Sandoz Research Institute |
| 1989 - Present | Chair, Steering Committee of the Cardiovascular Health Study |
| | National Heart, Lung, and Blood Institute |

6

**LEADERSHIP** (Continued):

| | |
|---|---|
| 1992 - 2002 | Chair, Investigators Committee of the Heart, Estrogen-Progestin Replacement Study<br>Wyeth-Ayerst |
| 1992 - 1999 | Co-Chair, Steering Committee of Prospective Randomized Evaluation of the Vascular Effects of Norvasc Trial<br>Pfizer Laboratories |
| 1993 - 1995 | Chair, Executive Committee |
| 1993 - 1996 | Chair, Publications & Presentations Subcommittee |
| 1993 - 1995 | Member, Management Committee |
| 1995 - 1998 | Performance Monitoring Committee<br>Women's Health Initiative<br>National Institutes of Health |
| 1993 - 2004 | Chair, Steering Committee of the Antihypertensive Lipid-Lowering to prevent Heart Attack Trial<br>National Heart, Lung, and Blood Institute |
| 1992 - 2005 | Chair, Prospective Pravastatin Pooling Project<br>Bristol-Myers Squibb |
| 1999 - Present | Chair, Steering Committee of Ginkgo Evaluation Memory Study<br>National Heart, Lung, and Blood Institute |

2. Professional Organizations

| | |
|---|---|
| 1982 - 1984 | Member and Chairman, Program Committee, Society for Clinical Trials |
| 1984 - 1988 | Secretary, Society for Clinical Trials |
| 1992 - 1993 | President, Society for Clinical Trials |
| 1993 - 1994 | Past President<br>Society for Clinical Trials |
| 1992 - 1994 | Member, Public Affairs Policy Committee<br>American Heart Association<br>Dallas, Texas |
| 1992 - 1995 | Member, Long Range Planning Committee<br>Council for Epidemiology and Prevention<br>American Heart Association |
| 1994 - 1998 | Member, Advisory Board of Controlled Clinical Trials |
| 1999 - 2005 | Member, Executive Council<br>American Society of Hypertension |
| 2004 - 2005 | Member, CME Committee<br>American Society of Hypertension |

7

**LEADERSHIP** (Continued):

    3. <u>Intramural Committees</u>

|  |  |
|---|---|
| 1989 - 1996 | Acting Director, Nutrition Center<br>Bowman Gray School of Medicine<br>Winston-Salem, North Carolina |

**C.**    **EXTRAMURAL ACTIVITIES**

    1. <u>Government</u>

|  |  |
|---|---|
| 1983 - 1985 | Bilateral Exchange Program<br>West Germany (NHLBI) |
| 1984 - 1985 | Equal Employment Opportunity Committee<br>National Heart, Lung, and Blood Institute |
| 1984 - 1985 | Training Committee<br>National Heart, Lung, and Blood Institute |
| 1984 - 1985 | Working Group to Revise Statement on<br>Hypertension in the Elderly<br>National Heart, Lung, and Blood Institute |
| 1989 - 1991<br>1991 - 1993 | Member<br>Chairman<br>Clinical Applications and Prevention Advisory Committee<br>National Heart, Lung, and Blood Institute |
| 1992 - 1993 | Member, NIDDK Planning Committee |
| 1992 - 1993 | Chair, NHLBI Planning Committee<br>    NIDDM Clinical Trial |
| 1992 - 1993 | Member, Task Force on Research in Epidemiology and<br>Prevention of CVD<br>National Heart, Lung, and Blood Institute |
| 1996 - Present | Member, Board of Directors<br>North Carolina Institute of Medicine |
| 2001- 2003 | Medicaid Drug Utilization Review<br>North Carolina Department of Health and Human Services |
| 2001 - 2007 | Member, Drug Safety and Risk Management Subcommittee of the<br>Pharmaceutical Science Advisory Board<br>Food and Drug Administration |

    2. <u>Editorial Boards</u>

|  |  |
|---|---|
| 1983 - 1986,<br>2001 - 2008 | Circulation |

8

**EXTRAMURAL ACTIVITIES** (Continued):

| | |
|---|---|
| 1983 – 1987 | Controlled Clinical Trials |
| 1987 – 1990 | Cardiovascular Drugs and Therapy |
| 1988 – 1995 | Journal of Drug Development |
| 1989 – 1998 | Journal of Internal Medicine |
| 1990 – 1997 | Annals of Epidemiology |
| 1991 – 1997 | Cardiology in the Elderly |
| 1992 – 1997 | American Journal of Geriatric Cardiology |
| 1996 – 2006 | Evidence-Based Cardiovascular Medicine |
| 1996 – 2005 | American Heart Journal |
| 1999 – 2005 | Current Controlled Trials in Cardiovascular Medicine (Editor) |
| 2001 – 2003 | Fundamental and Clinical Pharmacology (Field Editor) |
| 2001 – 2003 | Cardiovascular Diabetology |
| 2004 – 2006 | Current Cardiology Reviews |
| 2006 – Present | TRIALS |
| 2007 – 2008 | Journal of Medical Case Reports |

3. Consultations

| | |
|---|---|
| 1971 – 1972 | Temporary Advisor<br>WHO's Working Group on IHD Registers<br>Copenhagen, Denmark |
| 1973 | Temporary Advisor<br>WHO's Working Group of Methodology<br>Multicenter Preventive Trials in IHD<br>Innsbruck, Austria |
| 1982 – 1984 | Professional Postgraduate Services<br>New York, New York |
| 1982 – 1985 | Food and Drug Administration |
| 1983 – 1987 | Temporary Advisor, WHO |
| 1988 – 1990 | International Cardiovascular Advisory Committee, Glaxo |
| 1991 – 1993 | University of Wisconsin Clinical Cancer Center Advisory Committee |
| 2005, 2007, 2008 | Temporary Advisor, WHO |

4. Professional Memberships

American Heart Association
American Heart Association Council of Epidemiology
International Society and Federation of Cardiology
Society for Clinical Trials
American Society of Hypertension

9

**D.    ADMINISTRATIVE ACTIVITIES**

1. Intramural

| | |
|---|---|
| 1986 - 1992 | Acting Associate Director of Cancer Control<br>WFU Cancer Center<br>Bowman Gray School of Medicine |
| 1988 - 1989 | Chair |
| 1989 - 1993 | Member , General Clinical Research Center Committee<br>Bowman Gray School of Medicine |
| 1990 - 1994 | Co-chair, Executive Committee Target Health<br>Bowman Gray School of Medicine |
| 1992 - 1994 | Co-chair, Medical Center Health Services<br>Steering Committee<br>Bowman Gray School of Medicine |
| 1992 - 1993 | Chair, Dean's Ad hoc Committee for Co-recruitment and<br>Program Coordination |
| 1994 | Member, Planning Committee for Institutional Research Retreat |
| 2000 - Present | Member, Pharmacy and Therapeutics Committee |
| 2002 - 2008 | Member, GCRC Human Subject Protection Committee |
| 2003 - Present | Chair, Genomics Center Oversight Committee |
| 2003 - Present | Chair, Cancer Center Oversight Committee |
| 2003 - Present | Chair, Outpatient Prescription Drug Subcommittee |
| 2003 - Present | Member, Conflict-of-Interest Review Committee |
| 2007 – Present | Chair, Informatics Committee |
| 2008 – Present | Chair, Institutional DSMB |
| 2008 – Present | Chair, TSI Council |
| 2008 – Present | Chair, Industry Relations Committee |

2. Search Committees

| | |
|---|---|
| 1981 | Chair, Search Committee for Chief, Preventive Cardiology<br>Branch<br>National Heart, Lung, and Blood Institute |
| 1982 | Chair, Search Committee for Chief, Mathematical and<br>Applied Statistics Branch<br>National Heart, Lung, and Blood Institute |

10

| 1987 - 1998 | Member, Chair Internal Medicine |
| | Chair, Head Section of General Internal Medicine |
| | Member, Head Section of Cardiology |
| | Member, Director of WFU Comprehensive Cancer Center |
| | Chair, Associate Dean for Research |
| | Director, Nutrition Center |

## E.   HONORS AND AWARDS

| 1983 | Director's Award - National Institutes of Health |
| 1998 | Women's Health Initiative Achievement Award - NHLBI |
| 2001 | Established Investigator in Clinical Science Award - Wake Forest University |
| 2002 | Ancel Keys Lecture Award - American Heart Association |
| 2004 | Joseph Stokes, III Award - American Society of Preventive Cardiology |
| 2004 | Doctor Honoris Causa - Umeå University |
| 2004 | The Rockefeller Foundation Residency Award, Bellagio, Italy |
| 2005 | Fellow of the Society for Clinical Trials |
| 2007 | Healthcare Heroes Award - The Business Journal |

## BIBLIOGRAPHY:

### Monographs and Textbooks:

Furberg C. Effects of beta-adrenergic blockade on ECG, physical working capacity and central circulation with special reference to autonomic imbalance. Acta Med Scand 1968; (suppl 488).

Braunwald E, Friedewald WT, Furberg CD, eds. Proceedings of the workshop on platelet-active drugs in the secondary prevention of cardiovascular events. Circulation 1980;62(suppl V).

Furberg CD, Friedewald WT, Eberlein KA, eds. Proceedings of the workshop on implications of recent beta-blocker trials for post-myocardial infarction patients. Circulation 1983;67(suppl I).

Wenger NK, Mattson ME, Furberg CD, Elinson J, eds. Assessment of quality of life in clinical trials of cardiovascular therapies. New York: LeJacq, 1984.

Wenger NK, Furberg CD, Pitt E, eds. Coronary heart disease in the elderly. New York: Elsevier, 1986.

Furberg B, Furberg C. All that glitters is not gold. What clinicians need to know about clinical trials. North Carolina: Jostens, 1994.

Friedman LM, Furberg CD, DeMets DL. Fundamentals of clinical trials, 3rd ed. St. Louis: Mosby, 1996; New York: Springer-Verlag, 1998.

Aaserud M, Dahlgren AT, Sturm H, Kösters JP, Hill S, Furberg CD, Grilli R, Henry DA, Oxman AD, Ramsay C, Ross-Degnan D, Soumerai SB. Pharmaceutical policies: effects on rational drug use. *The Cochrane Database of Systematic Reviews* 2004, Issue 2. DOI:10.1002/14651858.CD004397.

DeMets DL, Furberg CD, Friedman LM, eds. Data monitoring in clinical trials. A case studies approach. New York: Springer, 2006.

Furberg BD, Furberg CD. Evaluating clinical research. All that glitters is not gold, 2nd ed. New York: Springer, 2007.

### Chapters in Books:

Dahlen G, Ericson C, Furberg C, Lundkvist L, Svardsudd K. Lipoprotein pattern in IHD. In: Tibblin G, Keys A, Werko L, eds. Preventive cardiology. Stockholm: Almqvist & Wiksell, 1972:166-170.

Lundkvist L, Furberg C, Svardsudd K. Special problems concerning myocardial infarction in Northern Sweden (Norrbotten). In: Bylund E, Linderholm H, Rune O, eds. Ecological problems of the Circumpolar Area. Lulea: Norrbottens Museum, 1974:202-207.

Svardsudd K, Furberg C, Lundkvist L. Latent need of medical service in Northern Sweden (Norrbotten) with special reference to cardiovascular diseases. In: Bylund E, Linderholm H, Rune O, eds. Ecological problems of the Circumpolar Area. Lulea: Norrbottens Museum, 1974:209-211.

Berg K, Dahlen G, Erikson C, Frick H, Furberg CD, Wiljasalo M. Pre-beta lipoprotein: relationship to angiographically proven coronary heart disease and to Lp(a) lipoprotein. In: Schettler G, Weizel A, eds. Atherosclerosis III: proceedings of the Third International Symposium. New York: Springer-Verlag, 1974:481-487.

Furberg CD. Possible yields of various forms of interventions after myocardial infarction. In: Hjalmarson A, Wilhelmsen L, eds. Acute and long-term management of myocardial ischemia. Molndal: Lindgren & Soner, 1978:309-311.

**BIBLIOGRAPHY:** (Chapters in Books Continued):

Furberg CD, Friedewald WT. The effects of chronic administration of beta-blockade on long-term survival following myocardial infarction. In: Braunwald E, ed. Beta-adrenergic blockade: a new era in cardiovascular medicine. New York: Excerpta Medica, 1978:171-177.

Furberg CD. The role of beta-blockers in cardioprotection. In: Laragh JH, Buhler FR, Seldin DW, eds. Frontiers in hypertension research. New York: Springer-Verlag, 1981:495-499.

Furberg CD. Who should fund clinical trials? In: Morganroth J, Moore EN, eds. The evaluation of beta blocker and calcium antagonist drugs. Boston: Nijhoff, 1982:262-264.

Furberg CD, May GS, Eberlein KA, Passamani ER, Demets DL. Secondary trials after myocardial infarction: a review. In: Hauss WH, Wissler RW, eds. Second Munster International Arteriosclerosis Symposium: clinical implications of recent research results in arteriosclerosis. Abhandlung der Rheinish-Westfalischen Akademie der Wissenschaften, Band 70 1983:39-58.

Furberg CD, May GS. Secondary prevention of myocardial infarction. In: Turner P, Shand DG, eds. Recent advances in clinical pharmacology. New York: Churchill Livingstone, 1983:207-221.

Furberg CD. Beta-Blocker Heart Attach Trial. In: Robertson JIS, Kaplan NM, Caldwell ADS, Speight TM, eds. International symposium on beta blockade in the 1980s: focus on atenolol. Drugs 1983;25(suppl 2):314-317.

Furberg CD. Additional data from the Beta Blocker Heart Attack Trial (BHAT). In: Shand DG. New Perspectives on Beta Blockers in Patients with Acute Myocardial Infarction: Proceedings of a Symposium. MEDED Publishers, Inc., Miami, FL, 1983:19-26.

Furberg CD, Mattson ME. Bestimmung der Lebensqualitat in Klinischen Studien. In: Rohde H, Troidl H, eds. Das Magenkarzinom: Methodik Klinischer Studien und Therapeutischer Ansatze. Stuttgart: G. Thieme, 1984:57-61. [Ger]

Furberg CD, Mattson ME. Kriterien fur die Auswahl von Untersuchern, Datenqualitat und Datenuberwachung bei Multizentrischen Studien. In: Rohde H, Troidl H, eds. Das Magenkarzinom: Methodik Klinischer Studien und Therapeutischer Ansatze. Stuttgart: G. Thieme 1984:9-12. [Ger]

Levy RI, Furberg CD, Rifkind BM. Primary prevention of coronary artery disease. In: Petersdorf RG, et al., eds. Harrison's principles of internal medicine. Update V. New York: McGraw-Hill, 1984:47-65.

Furberg CD, Schucker B, Chesney MA, et al. Report of the working group: mild hypertension. In: Wenger NK, Mattson ME, Furberg CD, Elinson J., eds. Assessment of quality of life in clinical trials of cardiovascular therapies. New York: LeJacq, 1984:285-295.

Frishman WH, Charlap S, Rotmensch HH, Furberg CD. Beta-adrenergic blockade in patients with myocardial infarction: treatment and prevention. In: Frishman WH, ed. Clinical pharmacology of the beta-adrenoceptor blocking drugs. Norwalk: Appleton-Century-Crofts, 1984:299-340.

Friedewald WT, Furberg CD. Clinical trials of modification of mortality during acute myocardial infarction. In: Califf RM, Wagner GS, eds. Acute coronary care: principles and practice. Boston: Nijhoff, 1985:145-155.

Frommer PL, Furberg C. Beta-blocking drugs in the prevention of sudden cardiac death. In: Morganroth J, Horowitz LN, eds. Sudden cardiac death. Orlando: Grune & Stratton, 1985:249-256.

Frishman WH, Laifer LI, Furberg CD. Beta-adrenergic blockers in the prevention of sudden death. In: Morganroth J, Horowitz LN, eds. Sudden cardiac death. Orlando: Grune & Stratton, 1985:249-264.

13

**BIBLIOGRAPHY:** (Chapters in Books Continued):

Frommer PL, Furberg CD.  The role of beta-blockers in the prevention of sudden cardiac death in the postinfarction patient.  In:  El-Sherif N, Reddy CVR, eds.  The pathophysiology and pharmacotherapy of myocardial infarction.  Orlando:  Academic Press, 1986:347-369.

Shephard RJ, Wenger NK, Furberg CD, et al.  Education of the aged cardiac patient.  In:  Wenger NK, ed.  The education of the patient with cardiac disease in the twenty-first century.  New York:  LeJacq, 1986:406-409.

Cutler JA, Furberg CD.  Prevention of stroke:  evidence from clinical trials.  In:  Fidge NH, Nestel PG, eds.  Atherosclerosis VII.  Amsterdam:  Excerpta Medica, 1986:587-591.

Furberg CD, Cutler JA, Probstfield JL, Page L, Hulley SB.  The systolic hypertension in the elderly program.  In:  Strasser T, Ganten D, eds.  Mild hypertension:  from drug trials to practice.  New York:  Raven, 1987:59-63.

Furberg CD.  Trials of beta-blocker therapy in myocardial infarction.  In:  Roberts R, ed.  Current perspectives in coronary care:  selected proceedings of two symposia:  Bermuda, August 14-17, 1986, San Diego, August 22-25, 1986.  Princeton:  Excerpta Medica, 1987:23-30.

Yusuf S, Furberg CD.  Single factor trials:  control through life-style changes.  In:  Olsson AG, ed.  Atherosclerosis:  biology and clinical science.  Edinburgh:  Churchill Livingstone, 1987:389-391.

Furberg CD, Cutler J.  Multiple factor intervention:  controlled trials.  In:  Olsson AG, ed.  Atherosclerosis:  biology and clinical science.  Edinburgh:  Churchill Livingstone, 1987:399-401.

Furberg C.  What CHF trials have shown to date and what is needed?  In:  Morganroth J, Moore EN, eds.  Congestive heart failure.  Boston:  Nijhoff, 1987:251-254.

Furberg CD, Cutler JA, MacMahon SW, Yusuf S.  Clinical trials in hypertension and congestive heart failure.  In:  Beamish RE, Panagia V, Dhalla NS, eds.  Pharmacological aspects of heart disease:  proceedings of an international symposium on heart metabolism in health and disease and the Third Annual Cardiology Symposium of the University of Manitoba, July 8-11, 1986, Winnipeg, Canada.  Boston:  Nijhoff, 1987:89-95.

MacMahon SW, Furberg CD, Cutler JA.  Women as participants in trials of the primary and secondary prevention of cardiovascular disease:  Part I.  Primary prevention:  The hypertension trials.  In:  Eaker ED, Packard B, Wenger NK, Clarkson TB, Tyroler HA, eds.  Coronary Heart Disease in Women: Proceedings of a Workshop.  New York:  Haymarket Doyma Inc., 1987:233-240.

Furberg CD, Friedman LM, MacMahon SW.  Women as participants in trials of the primary and secondary prevention of cardiovascular disease.  Part II.  Secondary prevention:  The Beta-Blocker Heart Attack Trial and the Aspirin Myocardial Infarction Study.  In:  Eaker ED, Packard B, Wenger NK, Clarkson TB, Tyroler HA, eds.  Coronary Heart Disease in Women:  Proceedings of a Workshop.  New York;  Haymarket Doyma Inc., 1987:241-246.

Furberg CD.  The secondary prevention trials:  lessons learned, questions raised.  In:  Gorlin, ed.  Postgraduate Medicine:  A quarter-century of beta blockade.  New York;  BMI/McGraw-Hill, 1988:83-89.

Furberg CD, Craver DM.  Secondary prevention:  Life-style interventions.  In:  Higgins M, Luepker RV, eds.  Trends in coronary heart disease mortality: the influence of medical care.  NY:  Oxford University Press, 1988:227-231.

Furberg CD, Cutler JA, MacMahon SW.  Principles of clinical trials, with an example from neurologic disease.  In:  Vinken PJ, Bruyn GW, Klawans HL, eds.  Handbook of Clinical Neurology.  Elsevier Science Publishers, 1988:459-467.

BIBLIOGRAPHY: (Chapters in Books Continued):

Furberg CD, Byington RP. Beta adrenergic blockers in patients with acute myocardial infarction. In: Pepine CG, ed. Acute Myocardial Infarction. Cardiovascular Clinics, Philadelphia, PA, 1989;235-248.

Byington RP, Furberg CD. Beta-blockers during and after acute myocardial infarction. In: Francis GS, ed. Modern Coronary Care. Little Brown and Co. Publishers, Boston MA, 1989:511-539.

Furberg CD. Therapy for heart failure: implications for improved survival. In: Sonnenblick, Laragh, Lesch, ed. ACE inhibition: From mechanism to therapy. Excerpta Medica, Princeton, NJ, 1989:218-224.

Furberg CD. Impact of clinical trials on clinical practice. In: Wolff, Fleckenstein, Philipp, eds. Drug Research and Drug Development in the 21st Century. Arzneim-Forsch/Drug Res. 1989:39(II):986-988.

Furberg CD. What do new cardiovascular agents (e.g. antiarrhythmic drugs) have to show to establish a favorable risk versus benefit ratio to obtain approvability? - Clinical viewpoint. In Morganroth J, ed. Ninth Annual Proceedings, Symposium on New Drugs and Devices, Philadelphia, PA, 1989:153-156.

Furberg CD, Byington RP, Espeland M. Should a change in the atherosclerotic process be required for approval of new hypolipidemic agents. In Morganroth J, ed. Ninth Annual Proceedings, Symposium on New Drugs and Devices, Philadelphia, PA, 1989:233-239.

Probstfield JL, Applegate WB, Curb JD, Borhani NO, Hawkins CM, Cutler JA, Davis BR, Furberg CD, Lakatos E, Page LB, Perry HM, Smith WM. The Systolic Hypertension in the Elderly Program (SHEP): Rationale, Design, Recruitment, and Baseline Data. In: Omae T, Zanchetti A, eds. How should elderly hypertensive patients be treated? Springer-Verlag, Tokyo, 1989:135-142.

Wenger NK, Furberg CD. Cardiovascular Disorders. In: Spilker B, ed. Quality of Life Assessments in Clinical Trials. Raven Press, 1990:335-345.

Probstfield JL, Furberg CD. Systolic hypertension in the elderly: Controlled or uncontrolled. In: Frohlich ED, ed. Cardiovascular Clinics. Philadelphia: F. A. Davis Co. 1990:65-84.

Byington RP, Worthy J, Craven T, Furberg CD. Beta-Blockers after a myocardial infarction: Do their effects on blood lipids counteract the favorable effects of beta-blockade? In: Ischinger T, Gohlke H, eds. Strategies in Primary and Secondary Prevention of Coronary Artery Disease. W. Zuckschwerdt Verlag, 1992:113-131.

Cutler JA, Furberg CD. The clinical trials: a selective review. In: Lenfant C, Roccella E, eds. National High Blood Pressure Program -- 20 years of achievement. National Heart, Lung, and Blood Institute, Bethesda. 1992:79-86.

Manolio TA, Furberg CD. Epidemiology of sudden cardiac death. In: Myerburg RJ, Akhtar M, Ruskin J, eds. Sudden Cardiac Death. Wayne, PA: Andover Medicial Publishers, Inc. 1994:3-20.

Psaty BM, Furberg CD. Treatment trials: morbidity and mortality. In: Black H, Izzo JL, eds. Hypertension Primer. 1993:192-201.

Cutler JA, Psaty BM, MacMahon S, Furberg CD. Public health issues in hypertension control. What has been learned from clinical trials. In: Laragh JH, Brenner BM, eds. Hypertension, Physiology, Diagnosis, and Management, Second Edition. Raven Press, Ltd., New York, 1995.

Furberg CD, Byington RP, Riley W. B-Mode ultrasonography: A noninvasive method for assessing atherosclerosis. In: Willerson JT, Cohn JN, eds. Cardiovascular Medicine . Churchill Livingstone, New York, 1995.

**BIBLIOGRAPHY:** (Chapters in Books Continued):

Byington RP, Furberg CD. Beta blockers during and after acute myocardial infarction. In: Francis GS and Alpert, JS, eds. Coronary Care (2nd Edition). Little Brown and Company, Boston, MA, 1995.

Furberg CD, Manolio TA. Cardiovascular disease in the elderly. In: Yusuf S, Wilhelmsen L. eds. Advanced Issues in Prevention and Treatment of Atherosclerosis. Warwick Printing Company Ltd, United Kingdom, 1996, pp.27-35

Furberg CD, Psaty BM, Cutler JA. Blood pressure and cardiovascular disease. In: Yusuf S, ed. Evidence Based Cardiology. BMJ Books, London, 1998:226-238.

Psaty BM, Furberg CD. Treatment trials: morbidity and mortality. In: Black H, Izzo JL, eds. Hypertension Primer, 2nd Edition, 1998.

Crouse JR, Furberg CD, Byington RP, Riley W. B-mode ultrasound: A noninvasive method for assessing atherosclerosis. In: Willerson JT, Cohn JN, eds. Cardiovascular Medicine (2nd Edition). Churchill Livingstone, New York, 2000.

Cutler JA, Gordon DJ, Davis BR, Wright Jr. JT, Furberg CD. Rationale and design for the Antihypertensive and Lipid-lowering Treatment to Prevent Heart Attack Trial (ALLHAT). In: Black HR, ed. Clinical Trials in Hypertension. Marcel Dekker, Inc. 2001.

DiBari M, Furberg CD, Psaty BM, Applegate WB, Pahor M. Chapter 40. Hypertension. In: Hazzard WR, Blass JP, Halter JB, Ouslander JG, Tinetti ME, eds. Principles of Geriatric Medicine and Gerontology, 5th Edition, McGraw-Hill, 2003.

Psaty BM, Furberg CD. Treatment trials: morbidity and mortality data: In: Black H, Izzo JL, eds. Hypertension Primer, 3rd Edition, 2002.

Furberg CD, Psaty BM. Blood pressure and cardiovascular disease. In: Yusuf S, Cairns JA, Camm AJ, Fallen EL, Gersh BJ, eds. Evidence Based Cardiology. BMJ Books, London, 2003:146-160.

Byington RP, Curt D. Furberg. "Mega-trials: The Prospective Pravastatin Pooling (PPP) Project and the Heart Protection Study (HPS)." In Statins-The HMG-CoA Reductase Inhibitors in Perspective. 2nd edition, edited by Gaw A, Packard CJ, Shepherd J. Martin Dunitz, London, 2004: 152-174.

Crouse JR, Furberg CD, Espeland MA, Riley WA. B-mode ultrasound: A noninvasive method for assessing atherosclerosis. In: Willerson JT, Cohn JN, eds. Cardiovascular Medicine (3rd Edition). 2005.

Moore TJ, Cohen MR, Furberg CD. Strong safety signal seen for new varenicline risks. Executive Summary. Institute for Safe Medication Practices 2008. http://www.ismp.org/docs/vareniclinestudy.asp.

Moore TJ, Cohen MR, Furberg CD. Quarter Watch: 2008 Quarter 1. Executive Summary. Institute for Safe Medication Practices. October 23, 2008 http://www.ismp.org/quarterwatch/2008Q1.pdf.

Journal Articles

Furberg C, Ringqvist T. Effekt av penicillin pa fysisk arbetsformaga och upplevelsen av trotthet under arbete. Sven Laekartidn 1963;60:2650-2656. [Swe]

Holmlund D, Furberg C. Untersuchungen zur wirkung von papaverin auf den gestauten ureter. Z Urol 1964;57:633-637. [Ger]

**BIBLIOGRAPHY:** (Journal Articles Continued)

Furberg C, Koch G, Ostlund H.  Die wirkung einer ganglienblockierenden substanz auf die orthostatische reaktion und die korperliche leistungfahigkeit in liegender und sitzender stellung beim normalen.  Aerztl Forsch 1966;20:305-307.  [Ger]

Furberg C, Tengblad CF.  Adrenergic beta-receptor blockade and the effect of hyperventilation on the electrocardiogram.  Scand J Clin & Lab Invest 1966;18:467-472.

Furberg C.  Adrenergisk beta-receptor-blockad vid EKG-diagnostik i samband med arbetsprov.  Sven Laekartidn 1966;63:3349-3354. [Swe]

Furberg C.  Adrenergic beta-blockade and electrocardiographical ST-T changes.  Acta Med Scand 1967;181:21-32.

Furberg C.  Adrenergic beta-receptor and the relationship between physical working capacity, heart volume and the total amount of hemoglobin.  Scand J Clin Lab Invest 1967;19:164-170.

Arvedson O, Furberg C, Linderholm H.  The effect of a ganglionic blocking agent (chlorisondamine) on electrocardiogram, physical working capacity and hemodynamics in patients with vasoregulatory asthenia.  Acta Med Scand 1967;182(suppl 472):36-53.

Bergman F, Furberg C.  Adrenergic beta-receptor blockade and ECG changes or organic origin.  Scand J. Clin Lab Invest 1967;19:274-279.

Furberg C, Jacobsson KA.  Propranolol and angina pectoris:  an analysis of the different responses to the drug in patients with angina pectoris.  Acta Med Scand 1967;181:729-736.

Furberg C.  Adrenergic beta-blockade and physical working capacity.  Acta Med Scand 1967;182:119-127.

Astrand I, Furberg C, et al.  The "Minnesota code" for ECG classification: adaptation to CR leads and modification of the code for ECGs recorded during and after exercise.  Acta Med Scand 1967;183(suppl 481):1-25.

Furberg C.  Effects of repeated work tests and adrenergic beta-blockade on electrocardiographic ST and T changes.  Acta Med Scand 1968;183:153-161.

Furberg C, Schmalensee G.  Beta-adrenergic blockade and central circulation during exercise in sitting position in healthy subjects.  Acta Physiol Scand 1968;73:435-446.

Furberg C, Linderholm H.  Effects of hyperventilation on ECG in patients with circulatory disturbances.  Acta Med Scand 1969;185:167-174.

Furberg C, Morsing C.  Adrenergic beta-receptor blockade in neurocirculatory asthenia:  a clinical trial of a new beta-receptor blocking agent with special reference to prognosis of therapeutic effect.  Pharmacol Clin 1969;1:168-171.

Furberg CD, Michaelson G.  Effect of Aptin, a beta-adrenergic blocking agent, in arterial hypertension.  Acta Med Scand 1969;186:447-450.

Furberg C.  EKG-diagnostik av funktionella ST-och T-sankningar.  Opusc Med 1969;14:356-358. [Swe]

Furberg C, Lundkvist L, Svardsudd K.  Preventiv kardiologisk verksamhet i Norrbotten.  Sven Laekartidn 1972;62:143-146. [Swe]

Dahlen G, Ericson C, Furberg C.  Electrophoresis of lipoproteins on cellulose acetate membrane.  Acta Med Scand 1972;192(suppl 531):5-9.

17

**BIBLIOGRAPHY: (Journal Articles Continued):**

Dahlen G, Ericson C, Furberg C, Lundkvist L, Svardsudd K.  Angina of effort and an extra pre-beta lipoprotein fraction. Acta Med Scand 1972;192(suppl 531):11-15.

Dahlen G, Ericson C, Furberg C, Lundkvist L, Svardsudd K.  Familial occurrence of an extra pre-beta lipoprotein fraction. Acta Med Scand 1972;192(suppl 531):17-21.

Dahlen G, Ericson C, Furberg C.  Variations in pre-beta lipoproteins after a test meal.  Acta Med Scand 1972;192(suppl 531):21-24.

Dahlen G, Ericson C, Furberg C. Myocardial infarction and an extra pre-beta lipoprotein fraction.  Acta Med Scand 1972;192(suppl 531);25-29.

Adolfsson L, Areskog NH, Furberg C, Granath A, Zetterquist S.  Synergistic effects of a new beta-adrenergic blocker (pindolol) and isosorbidedinitrate during exercise in patients with coronary insufficiency.  Eur J Clin Pharmacol 1972;5:37-43.

Furberg C, Ringqvist I.  Achilles reflex time and sympathetic tone.  Ups J Med Sci 1973;78:89-92.

Dahlen G, Ericson C, Furberg C.  Pre-beta-1 -ett specifikt lipoprotein?  Sven Laekartidn 1973;70:2149-2150. [Swe]

Adolfsson L, Areskog NH, Furberg C, Johnsson G.  Effects of single doses of alprenolol and two cardioselective beta-blockers (H87/07 and H93/26) on exercise-induced angina pectoris. Eur J Clin Pharmacol 1974;7:111-118.

Furberg CD.  Beta-adrenergic receptor blocking drugs in hypertrophic cardiomyopathy, autonomically mediated cardiovascular functional disorders and Fallot's tetralogy.  Drugs 1974;7:106-117.

Frick MH, Dahlen G, Furberg C, Ericson C, Wiljasalo M.  Serum pre-beta-1-lipoprotein fraction in coronary atherosclerosis. Acta Med Scand 1974;195:337-340.

Furberg C, Hornell H.  Familial QT prolongation and risk of sudden death.  Acta Paediatr Scand 1975;64:777-782.

Zetterquist S, Furberg C, Ringqvist I, Soderholm B.  Separate and combined effects of pindolol and isosorbide dinitrate in standardized exercise tests of patients with angina pectoris.  Curr Ther Res 1975;17:139-148.

Boberg J, Boberg M, Furberg C, Isacsson SO.  "Lipid Research Clinics" - nytt begrepp i klinisk atherosclerosforskning. Sven Laekartidn 1975;72:2517-2521. [Swe]

Furberg C, Isacsson SO.  Rokstopp ger forlangt liv!  Sven Laekartidn 1975;72:2936-2938. [Swe]

Furberg C, Heinrich G. Hallen J, et al.  Lang Q-T syndromet.  Sven Laekartidn 1975;72:4620-4625. [Swe]

Furberg CD, Romo M, Linko E, Siltanen P, Tibblin G, Wilhelmsen L.  Sudden coronary death in Scandinavia:  a report from Scandinavian coronary heart disease registers. Acta Med Scand 1977;201:553-557.

Isacsson SO, Borgstrom B, Lindgren G, Furberg C, Hovstradius S, Lundkvist B.  Naringsintag och kostvanor hos 58-ariga man.  Naeringsforskning 1978;22:11-16. [Swe}

Aspirin Myocardial Infarction Study Research Group.  A randomized controlled clinical trial of aspirin in persons recovered from myocardial infarction.  JAMA 1980;243:661-669.

**BIBLIOGRAPHY:** (Journal Articles Continued):

Rautaharju PM, Prineas RJ, Crow RS, Seale D, Furberg C.  The effect of modified limb electrode positions on electrocardiographic wave amplitudes.  J Electrocardiol 1980;13:109-114.

Furberg CD.  Principles of clinical trials:  US viewpoint.  Triangle 1980;19:99-102.

May GS, DeMets DL, Friedman LM, Furberg C, Passamani E.  The randomized clinical trial: bias in analysis.  Circulation 1981;64:669-673.

Beta-Blocker Heart Attack Trial Research Group.  Beta-Blocker Heart Attack Trial: design features.  Controlled Clin Trials 1981;2:275-285.

Beta-Blocker Heart Attack Trial Research Group.  How informed is informed consent?  The BHAT experience.  Controlled Clin Trials 1981;2:287-303.

Beta-Blocker Heart Attack Trial Research Group.  A randomized trial of propranolol in patients with acute myocardial infarction:  I.  Mortality results.  JAMA 1982;247:1707-1714.

Multiple Risk Factor Intervention Trial Research Group.  Multiple Risk Factor Intervention Trial:  risk factor changes and mortality results.  JAMA 1982;248:1465-1477.

Friedewald WT, Furberg CD.  Key references:  Clinical trials.  Circulation 1982;65:213-215.

May GS, Eberlein KA, Furberg CD, Passamani ER, DeMets DL.  Secondary prevention after myocardial infarction:  a review of long-term trials.  Prog Cardiovasc Dis 1982;24:331-352.

May GS, Furberg CD, Eberlein KA, Geraci BJ.  Secondary prevention after myocardial infarction:  a review of short-term acute phase trials.  Prog Cardiovasc Dis 1983;25:335-359.

Furberg CD, Bell RL.  Effect of beta-blocker therapy on recurrent nonfatal myocardial infarction.  Circulation 1983;67(suppl I):183-185.

Furberg CD, Byington RP.  What do subgroup analyses reveal about differential response to beta-blocker therapy?  The Beta-Blocker Heart Attack Trial experience.  Circulation 1983;67(suppl I):I98-I101.

Beta-Blocker Heart Attack Trial Research Group.  A randomized trial of propranolol in patients with acute myocardial infarction:  II.  Morbidity results.  JAMA 1983;250:2814-2819.

Furberg CD.  Effect of antiarrhythmic drugs on mortality after myocardial infarction.  Am J Cardiol 1983;52:32C-36C.

The Coronary Drug Project Research Group.  Blood pressure in survivors of myocardial infarction.  J Am Coll Cardiol 1984;4:1135-1147.

Furberg CD.  Clinical value of intracoronary streptokinase.  Am J Cardiol 1984;53:626-627.

Frishman WH, Furberg CD, Friedewald WT.  Beta-adrenergic blockade for survivors of acute myocardial infarction.  N Engl J Med 1984;310:830-837.

Furberg CD, Hawkins CM, Lichstein E.  Effect of propranolol in postinfarction patients with mechanical or electrical complications.  Circulation 1984;69:761-765.

**BIBLIOGRAPHY:** (Journal Articles Continued):

Furberg CD, May GS. Effect of long-term prophylactic treatment on survival after myocardial infarction. Am J Med 1984;76(6A):76-83.

Wenger NK, Mattson ME, Furberg CD, Elinson J. Assessment of quality of life in clinical trials of cardiovascular therapies. Am J Cardiol 1984;54:908-913.

Friedewald WT, Furberg CD, May GS. Aspirin and myocardial infarction. Cardiovasc Rev & Rep 1984;5:1285-1289.

Frishman WH, Furberg CD, Friedewald WT. The use of beta-adrenergic blocking drugs in patients with myocardial infarction. Curr Probl Cardiol 1984;9:1-50.

The Multiple Risk Factor Intervention Trial Research Group. Baseline rest electrocardiographic abnormalities, antihypertensive treatment, and mortality in the Multiple Risk Factor Intervention Trial. Am J Cardiol 1985;55:1-15.

The Multiple Risk Factor Intervention Trial Research Group. Exercise electrocardiogram and coronary heart disease mortality in the Multiple Risk Factor Intervention Trial. Am J Cardiol 1985;55:16-24.

Furberg CD, Yusuf S, Thom TJ. Potential for altering the natural history of congestive heart failure: need for large clinical trials. Am J Cardiol 1985;55:45A-47A.

Furberg CD, Yusuf S. Effect of vasodilators on survival in chronic congestive heart failure. Am J Cardiol 1985;55:1110-1113.

Walle T, Byington RP, Furberg CD, McIntyre KM, Vokonas PS. Biologic determinants of propranolol disposition: results from 1308 patients in the Beta-Blocker Heart Attack Trial. Clin Pharmacol Ther 1985;38:509-518.

Yusuf S, Collins R, Peto R, et al. Intravenous and intracoronary fibrinolytic therapy in acute myocardial infarction: overview of results on mortality, reinfarction and side-effects from 33 randomized controlled trials. Eur Heart J 1985;6:556-585.

Hulley SB, Furberg CD, Gurland B, et al. Systolic hypertension in the elderly program (SHEP): antihypertensive efficacy of chlorthalidone. Am J Cardiol 1985;56:913-920.

Cutler JA, Furberg CD. Drug treatment trials in hypertension: a review. Prev Med 1985;14:499-510.

Furberg CD (for the BHAT Study Group). The Beta-Blocker Heart Attack Trial. Z Kardiol 1985;74(suppl 6):159-165.

Yusuf S, Wittes J, Bailey R, Furberg C. Digitalis - a new controversy regarding an old drug: the pitfalls of inappropriate methods. Circulation 1986;73:14-18.

Beta-Blocker Heart Attack Trial Research Group. Effect of propranolol in patients with myocardial infarction and ventricular arrhythmia. J Am Coll Cardiol 1986;7:1-8.

Rautaharju PM, Prineas RJ, Eifler WJ, Furberg CD, Neaton JD, Crow RS, Stamler J, Cutler JA. Prognostic value of exercise electrocardiogram in men at high risk of future coronary heart disease: Multiple Risk Factor Intervention Trial experience. J Am Coll Cardiol 1986;8:1-10.

MacMahon SW, Cutler JA, Furberg CD, Payne GH. The effects of drug treatment for hypertension on morbidity and mortality from cardiovascular disease: a review of randomized controlled trials. Prog Cardiovasc Dis 1986;24(suppl 1):99-118.

**BIBLIOGRAPHY:** (Journal Articles Continued):

Rautaharju PM, Broste SK, Prineas RJ, Eifler WJ, Crow RS, Furberg CD.  Quality control procedures for the resting electrocardiogram in the Multiple Risk Factor Intervention Trial.  Controlled Clin Trials 1986;7:46S-65S.

Multiple Risk Factor Intervention Trial Research Group.  Relationship between baseline risk factors and coronary heart disease and total mortality in the Multiple Risk Factor Intervention Trial.  Prev Med 1986;15:254-273.

Crow RS, Rautaharju PM, Prineas RJ, et al.  Risk factors, exercise fitness and electrocardiographic response to exercise in 12,866 men at high risk of symptomatic coronary heart disease.  Am J Cardiol 1986;57:1075-1082.

Smith WM, Feigal DW, Furberg CD, et al.  Use of diuretics in treatment of hypertension in the elderly.  Drugs 1986;31(suppl 4);154-164.

The Working Group on Hypertension in the Elderly.  Statement on hypertension in the elderly.  JAMA 1986;256:70-74.

Furberg CD, Yusuf S.  Effect of drug therapy on survival in chronic heart failure.  Adv Cardiol 1986;34:124-130.

Furberg CD.  Overview of completed sudden death trials: US experience.  Cardiology, 1987:74(suppl 2):24-31.

MacMahon SW, Cutler JA, Neaton JD, Furberg CD, Cohen JD, Kuller LH, Stamler J, for the Multiple Risk Factor Intervention Trial Research Group.  Relationship of blood pressure to coronary and stroke morbidity and mortality in clinical trials and epidemiological studies.  J Hypertens 1986;4(suppl 6):S14-S17.

Perry HM Jr, McDonald RH, Hulley SB, Smith WM, Furberg CD, Greenlick MR, Kuller LH, Schnaper HW, Schoenberger JA, Vogt TM.  Systolic hypertension in the elderly program, pilot study (SHEP-PS):  morbidity and mortality experience.  J Hypertens 1986;4(suppl 6):S21-S23.

Furberg CD, Morgan TM.  Lessons from overviews of cardiovascular trials.  Stat Med 1987;6:295-303.

Kostis JB, Byington R, Friedman LM, Goldstein S, Furberg C, for the BHAT Study Group.  Prognostic significance of ventricular ectopic activity in survivors of acute myocardial infarction.  J Am Coll Cardiol 1987;10:231-242.

Furberg CD.  Secondary prevention trials after acute myocardial infarction.  Am J Cardiol 1987;60:28A-32A.

Dimsdale JE, Ruberman W, Carleton RA, DeQuattro V, Eaker E, Eliot RS, Furberg CD, Irvin CW Jr, Lown B, Shapiro AP, Shumaker SA.  Task force 1: sudden cardiac death: stress and cardiac arrhythmias.  Circulation 1987;76(suppl I):I-198-I-201.

Costa PI Jr, Krantz DS, Blumenthal JA, Furberg CD, Rosenman RH, Shekelle RB.  Task force 2:  psychological risk factors in coronary artery disease.  Circulation 1987;76(suppl I):I-145-I-149.

Shapiro AP, Alderman MH, Clarkson TB, Furberg CD, Jesse MJ, Julius S, Miller RE, Pitt B.  Task force 4: behavioral consequences of hypertension and antihypertensive therapy.  Circulation 1987;76(suppl I):I-101-I-103.

Davis BR, Furberg CD, Williams CB.  Survival analysis of adverse effects data in the Beta-Blocker Heart Attack Trial.  Clin Pharmacol Ther 1987;41:611-615.

Yusuf S, Furberg CD.  Effects of calcium channel blockers on survival after myocardial infarction.  Cardiovascular Drugs and Therapy 1987;1:343-344.

21

**BIBLIOGRAPHY:** (Journal Articles Continued):

Furberg CD. Secondary prevention trials after myocardial infarction. J Cardiovasc Pharm 1988;12(Suppl. I):S83-S87.

Tell GS, Crouse JR, Furberg CD. Relation between blood lipids, lipoproteins, and cerebrovascular atherosclerosis -- A review. Stroke 1988;19:423-430.

Furberg CD, Black DM. The Systolic Hypertension in the Elderly pilot Program: Methodological issues. Eur Heart J 1988;9:223-227.

Wenger NK, Furberg CD, Pitt E. Coronary heart disease in the elderly: Review of current knowledge and research recommendations. Clin. Cardiol 1988;11:262-264.

The Systolic Hypertension in the Elderly Program (SHEP) Cooperative Research Group. Rationale and design of a randomized clinical trial on prevention of stroke in isolated systolic hypertension. J Clin Epidemiol 1988;41:1197-1208.

Furberg CD, Yusuf S. Effect of drug therapy on survival in chronic congestive heart failure. Am J Cardiol 1988;62:A41-A45.

Furberg CD. Beta blockade during and after acute MI: Which patients will benefit? Ill Med 1988;3:2-15.

The Beta-Blocker Pooling Project Research Group. The Beta-Blocker Pooling Project (BBPP): Subgroup findings from randomized trials in post infarction patients. Eur Heart J 1988;9:8-16.

Furberg CD, Borhani NA, Byington RP. Multicenter Isradipine Diuretic Atherosclerosis Study: Design features. Am J Med 1989;86:37-39.

Prough DS, Furberg CD. Nimodipine and the "No-reflow Phenomenon"-Experimental Triumph, Clinical Failure? Anesthesia and Analgesia, 1989;68:431-435.

Furberg CD, Hunt JC. The National Heart, Lung, and Blood Institute Workshop on Antihypertensive Drug Treatment - The Benefits, Costs, and Choices. Hypertension 1989;13(suppl I):I-1.

Furberg CD. The impact of clinical trials on clinical practice. Arzneimittel-Forschung/Drug Research 1989;39:986-988.

Cutler JA, MacMahon SW, Furberg CD. Controlled clinical trials of drug treatment for hypertension. Hypertension 1989;13(suppl I):I-36-I-44.

Furberg CD, Cutler JA. Diuretic agents versus beta-blockers - comparison of effects on mortality, stroke, and coronary events. Hypertension 1989;13(suppl I):I-I-61.

Furberg CD, Cutler JA. Implications for research. Hypertension 1989;13(suppl I):I-171-I-172.

Perry HM, Jr., Smith WM, McDonald RH, Black D, Cutler JA, Furberg CD, Greenlick MR, Kuller LH, Schnaper HW, Schoenberger JA, Vogt TM, Wolf PA, Hulley SB. Morbidity and mortality in the Systolic Hypertension in the Elderly Program (SHEP) Pilot Study. Stroke 1989;20:4-13.

Held PH, Yusuf S, Furberg CD. Calcium channel blockers in acute myocardial infarction and unstable angina: An overview. BMJ 1989;299:1187-1192.

22

**BIBLIOGRAPHY:** (Journal Articles Continued):

Levy RI, Blankenhorn D, Davis CE, Gordon DJ, Furberg C, Huttunen J, Levine RJ, Passamani E, Yusuf S. Workshop V Intervention Studies. Circulation 1989;80:739-743.

Boissel JP, Blanchard J, Panak E, Peyreux JC, Sacks H. Considerations for the meta-analysis of randomized clinical trials. Summary of Panel Discussion. Controlled Clin Trials. 1989:10254-281.

Probstfield JL, Applegate WB, Borhani NO, Curb JD, Cutler JA, Davis BR, Furberg CD, Hawkins CM, Lakatos E, Page LB, Perry HM, Schron E, Smith WM. The Systolic Hypertension in the Elderly Program (SHEP): An intervention trial on isolated systolic hypertension. Clin. and Exper. Hyper. - Theory and Practice, 1989;A11:973-989.

Furberg CD. Proposed guidelines for the clinical evaluation of drugs for the treatment of congestive heart failure: a United States viewpoint. Curr Opin Cardiol 1989;4(3):547-552.

Byington RP, Worthy J, Craven T, Furberg CD. Propranolol-induced lipid changes and their prognostic significance after a myocardial infarction - The BHAT Experience. Am J Cardiology, 1990;65:1287-1291.

Rossner S, Taylor CL, Byington RP, Furberg CD. Long term propranolol treatment and changes in body weight after myocardial infarction. BMJ 1990;300:902-903.

The Multiple Risk Factor Intervention Trial Research Group. Mortality rates after 10.5 years for participants in the Multiple Risk Factor Intervention Trial. JAMA 1990;263:1795-1801.

SHEP Cooperative Research Group. Prevention of stroke by antihypertensive drug treatment in older persons with isolated systolic hypertension. Final results of the Systolic Hypertension in the Elderly Program (SHEP). JAMA 1991;265:3255-3264.

Furberg CD. Organizing Multicenter Trials: Lessons from cardiovascular prevention trials. Prev Med 1991;20:158-161.

Fried LP, Borhani NO, Enright P, Furberg CD, et al. The Cardiovascular Health Study: Design and rationale. Ann Epidemiol 1991;1:263-276.

Borhani NO, Applegate WB, Cutler JA, Davis BR, Furberg CD, Lakatos E, Page L, Perry HM, Smith WM, Probstfield JL. Systolic Hypertension in the Elderly Program Part I: Rationale and design. Hypertension 1991;17:II-2-II-15.

Hickey AR, Wenger TL, Carpenter VP, Tilson HH, Hlatky MA, Furberg CD, Kirkpatrick CH, Strauss HC, Smith TW. Digoxin immune fab therapy in the management of digitalis intoxication: Safety and efficacy results of an observational surveillance study. J Am Coll Cardiol 1991;17:590-598.

Margitic SE, Bond MG, Crouse JR, Furberg CD, Probstfield JL. Progression and regression of carotid atherosclerosis in clinical trials. Arteriosclerosis 1991;11:443-451.

Yusuf S, Held P, Furberg C. Update of effects of calcium antagonists following myocardial infarction in light of the DAVIT - II and other recent studies. Am J Cardiol 1991;67:1295-1297.

Yusuf S, Furberg CD. Are we biased in our approach to treating elderly patients with heart disease? (Editorial) Am J Cardiol 1991;68:954-956.

Furberg CD, Yusuf S. Antiarrhythmics and VPD suppression. (Editorial) Circulation 1991;84:928-930.

23

**BIBLIOGRAPHY:** (Journal Articles Continued):

Manolio TA, Furberg CD. Age as a predictor of outcome: What role does it play? (Editorial) Am J Med 1992;92:1-6.

Morgan T, Furberg C. Commentary on "The use of subjective rankings in clinical trials with an application to cardiovascular disease." Stat Med 1992;11:443-445.

Furberg CD, Manolio TA, Psaty BM, Bild DE, Borhani NO, Newman A, Tabatznik B, Rautaharju PM for the Cardiovascular Health Study Collaborative Research Group. Major electrocardiographic abnormalities in persons aged 65 years and older (The Cardiovascular Health Study). Am J Cardiol 1992;69:1329-1335.

Manolio TA, Furberg CD, Wahl PW, Tracy RP, Borhani NO, Gardin JM, Fried LP, O'Leary DH, Kuller LH for the CHS Collaborative Research Group. Eligibility for cholesterol referral in community-dwelling older adults. The Cardiovascular Health Study. Ann Intern Med 1992;116:641-649.

Fletcher AE, Bulpitt CJ, Chase DM, Collins WCJ, Furberg CD, Goggin TK, Hewett AJ, Neiss AM. Quality of life with three antihypertensive treatments: cilazapril, atenolol, nifedipine. Hypertension 1992;19:499-507.

Steinberg D, and Workshop Participants. Antioxidants in the prevention of human atherosclerosis. Summary of the proceedings of a National Heart, Lung, and Blood Institute Workshop. Circulation 1992;85:2338-2345.

ACAPS Cooperative Study Group. Rationale and design for the Asymptomatic Carotid Artery Plaque Study (ACAPS). Controlled Clin Trials 1992;13:293-314.

Psaty BM, Furberg CD, Kuller LH, Borhani NO, Rautaharju PM, O'Leary DH, Bild DE, Robbins J, Fried LP, Reid C. Isolated systolic hypertension and subclinical cardiovascular disease in the elderly: initial findings from the Cardiovascular Health Study. JAMA 1992;268:1287-1291.

Crouse JR, Byington RP, Bond MG, Espeland MA, Sprinkle JW, McGovern M, Furberg CD. Pravastatin, lipids, and atherosclerosis in the carotid arteries: Design features of a clinical trial with carotid atherosclerosis outcome. Controlled Clin Trials 1992;13:495-506.

Riley WA, Barnes RW, Applegate WB, Dempsey R, Hartwell T, Davis VG, Bond MG, Furberg CD. Reproducibility of noninvasive ultrasonic measurement of carotid atherosclerosis: The Asymptomatic Carotid Artery Plaque Study (ACAPS). Stroke 1992;23:1062-1068.

Wofford JL, Hickey AR, Ettinger WH, Furberg CD. Lack of age-related differences in the clinical presentation of digoxin toxicity. Arch Intern Med 1992;152:2261-2264.

Probstfield JL, Byington RP, Egan DA, Espeland MA, Margitic SE, Riley WA, Furberg CD. Methodological issues facing studies of atherosclerotic change. Circulation 1993;87(supp II):II-74-II-81.

Furberg CD. Commentary on "Can we measure and predict atherosclerotic progression?" Circulation 1993;87(supp II):II-82.

Furberg CD, Borhani NO, Byington RP, Gibbons ME, Sowers JR. Calcium antagonists and atherosclerosis: The Multicenter Isradipine Diuretic Atherosclerosis Study. Am J Hypertens 1993;6:24S-29S.

Psaty BM, Heckbert SR, Atkins D, Siscovick DS, Koepsell TD, Wahl PW, Longstreth WT, Jr., Weiss NS, Wagner EH, Prentice R, Furberg CD. A review of the association of estrogens and progestins with cardiovascular disease in post-menopausal women. Arch Intern Med 1993;153:1421-1427.

24

**BIBLIOGRAPHY:** (Journal Articles Continued):

Manolio TA, Furberg CD, Shemanski L, Psaty BM, Bush TL, O'Leary DH, Tracy RP for the CHS Collaborative Research Group.  Associations of post-menopausal estrogen use with cardiovascular disease and its risk factors in older women.  Circulation 1993;88:2163-2171.

Teo KK, Yusuf S, Furberg CD.  Effects of prophylactic anti-arrhythmic drug therapy in acute myocardial infarction. An overview of results from the randomized controlled trials.  JAMA 1993;270:1589-1595.

Schwartz PJ, Bigger JT, Breithardt G, Camm AJ, DeMets DL, Furberg CD, Hallstrom A, Janse MJ, Julian DG, Lan KKG, Lazzara R, Marcus FI, Moss AJ, Tijessen JGP, Waldo AL.  The early termination of clinical trials -- causes, consequences, and control -- with special reference to trials in the field of arrhythmias and sudden death.  Circulation 1994;89:2892-2907.

Zhou SH, Rautaharju PM, Prineas R, Neaton J, Crow R, Calhoun H, Cutler J, Furberg C, Cohen J for the MRFIT Research Group.  Improved ECG Models for estimation of LVH progression and regression incidence by redefinition of the criteria for a significant change in LVH status. J Electrocardiol 1994;26:108-113.

Furberg CD, Berglund G, Manolio TA, Psaty BM.  Overtreatment and undertreatment of hypertension.  J Intern Med 1994;235:387-397.

Pearce KA, Furberg CD.  The primary prevention of hypertension.  Cardiovasc Risk Factors 1994;4:147-153.

Pearce KA, Furberg CD.  Hypertensive cardiovascular disease and the treatment of hypertension in the elderly. Curr Opin Nephrol Hyper 1994;3:213-217.

Manolio TA, Furberg CD, Rautaharju PM, Siscovick D, Newman AB, Borhani NO, Gardin JM, Tabatznik B for the CHS Collaborative Research Group.  Cardiac arrhythmias on 24-hour ambulatory electrocardiography in older women and men:  The Cardiovascular Health Study.  J Amer Coll Cardiol 1994;15:916-925.

Kuller L, Borhani N, Furberg C, Gardin J, Manolio T, O'Leary D, Psaty B, Robbins J.  Prevalence of subclinical atherosclerosis and cardiovascular disease and association with risk factors in the Cardiovascular Health Study.  Am J Epidemiol 1994;139:1164-1179.

Berglund GL, Riley WA, Barnes RW, Furberg CD.  Minisymposium: Ultrasound in clinical trials of atherosclerosis. Quality control in ultrasound studies on atherosclerosis.  J Intern Med 1994;236;581-586.

Furberg CD, Byington RP, Crouse JR, Espeland MA.  Pravastatin, lipids, and major coronary events.  Am J Cardiol 1994;73:1133-1134.

Furberg CD, Byington RP, Craven TE.  Lessons learned from clinical trials with ultrasound endpoints.  J Intern Med 1994;236:575-580.

Furberg CD, Adams Jr HP, Applegate WB, Byington RP, Espeland MA, Hartwell T, Hunninghake DB, Lefkowitz DS, Probstfield J, Riley WA, Young B for the Asymptomatic Carotid Artery Plaque Study (ACAPS) Research Group. Effects of lovastatin on early carotid atherosclerosis and cardiovascular events.  Circulation 1994;90:1679-1687.

Espeland MA, Hoen H, Byington RP, Howard G, Riley WA, Furberg CD.  Spatial distribution of carotid intimal-medial thickness as measured by B-mode ultrasonography.  Stroke 1994;25:1812-1819.

Furberg CD, Psaty BM, Manolio TA, Gardin JM, Smith VE, Rautaharju PM for the CHS Collaborative Research Group.  Prevalence of atrial fibrillation in elderly subjects:  The Cardiovascular Health Study.  Am J Cardiol 1994;74:236-241.

BIBLIOGRAPHY: (Journal Articles Continued):

Pearson TA, Rapaport E, Criqui M, Furberg C, Fuster V, Hiratzka L, Little W, Ockene I, Williams G. Optimal risk factor management in the patient after coronary revascularization. Circulation 1994;90:3125-3133.

Furberg CD. Lipid-lowering trials: results and limitations. Am Heart J 1994;128:1304-8.

Furberg CD. Challenges to funding of prevention research. Prev Med 1994;23:599-601.

Rautaharju PM, Manolio TA, Psaty BM, Borhani NO, Furberg CD for the CHS Collaborative Research Group. Correlates of QT prolongation in older adults: The Cardiovascular Health Study. Am J Cardiol 1994;73:999-1002.

Armstrong PW, Furberg CD. Clinical Trial Data and Safety Monitoring Boards: The search for a constitution. Circulation 1995;91:901-904.

Wagenknecht LE, Furberg CD, Hammon JW, Legault, BT Troost. Surgical bleeding: unexpected effect of a calcium antagonist. BMJ 1995;310:776-7.

Psaty BM, Koepsell TD, Yanez D, Smith NL, Manolio TA, Heckbert SR, Borhani NO, Gardin JM, Gottdiener J, Rutan GH, Siscovick DS, Furberg CD. Temporal patterns of antihypertensive medication use among older adults, 1989-1992: An effect of the major clinical trials on clinical practice? JAMA 1995;273:1436-1438.

Rautaharju PM, Manolio TA, Furberg CD, Siscovick D, Newman AB, Borhani NO, Gardin JM for the CHS Collaborative Research Group. Ischemic episodes in 24-hour ambulatory electrocardiograms of elderly persons: The Cardiovascular Health Study. Int J Cardiol 1995;51:165-175.

Adams HP, Byington RP, Hoen H, Dempsey R, Furberg CD for the Asymptomatic Carotid Artery Plaque Study (ACAPS) Research Group. Effect of cholesterol-lowering medications on progression of mild atherosclerotic lesions of the carotid arteries and on the risk of stroke. Cerebrovasc Dis 1995;5:171-177.

Gould AL, Rossouw JE, Santanello NC, Heyse JF, Furberg CD. Cholesterol reduction yields clinical benefit: A new look at old data. Circulation 1995;91:2274-2282.

Margitic SE, Morgan T, Sager MA, Furberg CD. Lessons learned from a prospective meta-analysis. J Am Geriatr Soc 1995;43:435-439.

Furberg CD, Psaty BM, Meyer JV. Nifedipine: Dose-related increase in mortality in patients with coronary heart disease. Circulation 1995;92:1326-1331.

Manolio TA, Cutler JA, Furberg CD, Psaty BM, Whelton PK, Applegate WB. Trends in pharmacologic management of hypertension in the United States. Arch Intern Med 1995;155:829-837.

Byington RP, Jukema JW, Salonen JT, Pitt B, Bruschke AV, Hoen H, Furberg CD, Mancini GB. Reduction in cardiovascular events during pravastatin therapy: Pooled analysis of clinical events of the pravastatin atherosclerosis intervention program. Circulation 1995;92:2419-2425.

Crouse JR, Byington RP, Bond MG, Espeland MA, Craven TE, Sprinkle JW, McGovern ME, Furberg CD. Pravastatin, lipids and atherosclerosis in the carotid arteries (PLAC-II): A clinical trial with atherosclerosis outcome. Am J Cardiol 1995;75:455-459.

Furberg CD, Psaty BM. Calcium antagonists: antagonists or protagonists of mortality in elderly hypertensives? J Am Geriatr Soc 1995;43:1309-1310 (Editorial).

Furberg CD, Psaty BM. Should calcium antagonists be first line drugs in hypertension? Herz 1995;20:365-369.

**BIBLIOGRAPHY:** (Journal Articles Continued):

Furberg CD, Psaty BM.  Should dihydropyridines be used as first-line drugs in the treatment of hypertension?  Arch Intern Med 1995;155:2157-2161.

Pearce KA, Furberg CD, Rushing J.  Does antihypertensive treatment of the elderly  prevent cardiovascular events or prolong life?  A meta-analysis of hypertension treatment trials.  Arch Fam Med 1995;4:943-950.

Furberg CD, Pitt B, Byington RP, Park J-S, McGovern ME for the PLAC I and II investigators.  Reduction in coronary events during treatment with pravastatin.  Am J Cardiol 1995;76:60C-63C.

Psaty BM, Heckbert SR, Koepsell TD, Siscovick DS, Raghunathan TE, Weiss NS, Rosendaal FR, Lemaitre RN, Smith NL, Wahl PW, Wagner EH, Furberg CD.  The risk of myocardial infarction associated with anti-hypertensive drug therapies:  JAMA 1995;274:620-625.

Probstfield JL, Margitic SE, Byington RP, Espeland MA, Furberg CD for the ACAPS Research Group.  Results of the primary outcome measure and clinical events from the Asymptomatic Carotid Artery Progression Study (ACAPS)  Am J Cardiol 1995;76:47C-53C.

PPP Project Investigators.  Design, rationale and baseline characteristics of the Prospective Pravastatin Pooling (PPP) Project.  A combined analysis of three large-scale randomized trials:  Long-Term Intervention with Pravastatin in Ischemic Disease (LIPID), Cholesterol & Recurrent Events (CARE), and West of Scotland Coronary Prevention Study (WOSCOPS).  Am J Cardiol 1995;76:899-905.

Espeland MA, Applegate W, Furberg CD, Lefkowitz D, Rice L, Hunninghake D for the ACAPS Investigators.  Estrogen replacement therapy of progression of intimal-medial thickness in the carotid arteries of postmenopausal women.  Am J Epidemiol 1995;142:1011-1019.

Byington RP, Furberg CD, Crouse JR, Espeland MA, Bond MG. Pravastatin, Lipids, and Atherosclerosis in the Carotid Arteries (PLAC-II).  Am J. Cardiol 1995;76:54C-59C.

Ashraf T, Hay J, Pitt B, Wittels E, Crouse J, Davidson M, Furberg C, Radican L.  Cost-effectiveness of pravastatin in secondary prevention of coronary artery disease.  Am J Cardiol 1996;76:A3-A7.

O'Leary DH, Polak JF, Kronmal RA, Savage PJ, Borhani NO, Kittner SJ, Tracy R, Gardin JM, Price TR, Furberg CD for the CHS Collaborative Research Group.  Thickening of the carotid wall:  A marker for atherosclerosis in the elderly?  Stroke 1996;27:224-231.

Furberg CD, Psaty BM.  Calcium antagonists:  Not appropriate as first-line antihypertensive agents.  Am J.Hypertens 1996;9:122-125.

Espeland MA, Craven TE, Riley WA, Corson J, Davis VG, Romont A, Furberg CD, for the ACAPS Research Group.  Reliability of longitudinal ultrasonographic measurements of carotid intimal-medical thicknesses.  Stroke 1996;27:480-485.

Psaty BM, Siscovick DS, Weiss NS, Koepsell TD, Rosendaal FR, Lin D,  Heckbert SR, Wagner EH, Furberg CD.  Hypertension and outcomes research:  from clinical trials to clinical epidemiology.  Am J Hypertens 1996;9:178-183.

Furberg CD, Psaty BM.  Correction to the nifedipine meta-analysis.  Circulation 1996;93:1475-1476.

Pahor M, Guralnik JM, Furberg CD, Carbonin P, Havlik RJ.  Risk of gastrointestinal hemorrhage with calcium antagonists in hypertensive persons over 67 years old.  Lancet 1996;347:1061-1065.

**BIBLIOGRAPHY:** (Journal Articles Continued):

Legault C, Furberg CD, Wagenknecht LE, Rogers AT, Stump DA, Coker L, Troost BT, Hammon JW. Nimodipine neuroprotection in cardiac valve replacement. Report of an early terminated trial. Stroke 1996;27:593-598.

Furberg CD, Hennekens CG, Hulley SB, Manolio T, Psaty BM, Whelton PK. Clinical epidemiology: the conceptual basis for interpreting risk factors. J Am Coll Cardiol 1996;27:976-978.

Rautaharju PM, Manolio TA, Siscovick D, Zhou SH, Gardin JM, Furberg CD, Borhani NO, Newman A, for the CHS Collaborative Research Group. Classification accuracy of electrocardiographic criteria for left ventricular hypertrophy in normalweight and overweight older adults: The Cardiovascular Health Study. Ann Noninv Electrocardiol 1996;1:121-132.

Davis BR, Cutler JA, Gordon DJ, Furberg CD, Wright, Jr JT, Cushman WC, Grimm RH, LaRosa J, Whelton PK, Perry HM, Alderman MH, Ford CE, Oparil S, Francis C, Proschan M, Pressel S, Black HR, Hawkins CM for the ALLHAT Research Group. Rationale and design for the Antihypertensive and Lipid Lowering treatment to prevent Heart Attack Trial. (ALLHAT) Am J Hypertens 1996;9:342-360.

Rosendaal FR, Psaty BM, Furberg CD. Calciumantagonisten: veilig of onveilig? Ned Tijdschr Geneeskd 1996;140:916-918 (Dutch).

Riley WA, Craven T, Romont A, Furberg CD for the ACAPS Research Group. Assessment of temporal bias in longitudinal measurements of carotid intimal-medial thickness in the Asymptomatic Carotid Artery Progression Study (ACAPS). Ultrasound Med Biology 1996;22:405-411.

Rautaharju PM, Manolio RA, Siscovick D, Zhou SH, Gardin JM, Kronmal R, Furberg CD, Borhani NO, Newman A, for the Cardiovascular Health Study Collaborative Research Group. Utility of new electrocardiographic models for left ventricular mass in older adults. Hypertens 1996;28:8-15.

Furberg CD, Pahor M, Psaty BM. The unnecessary controversy. Eur Heart J 1996;17:1142-1147.

Furberg CD. Aspirin should be used in the primary prevention of coronary heart disease. Pro/Con discussion. J Coronary Artery Dis Index Reviews. 1996;11:3,10.

Furberg CD, Psaty BM. Should calcium antagonists be first-line agents in the treatment of cardiovascular disease? The public health perspective. Cardiovasc Drugs Ther 1996;10:463-466.

Pahor M, Psaty BM, Furberg CD. Calcium channel blockers: What is their role in the treatment of hypertension in renal patients? J Nephrology 1996;9:286-290.

Proschan M, Davis B, Cutler Ford C, Furberg C, Grimm R, Oparil S, for the ALLHAT Research Group. ALLHAT and calcium channel blockers (Letter to the Editor). Am J Hypertens 1997:10:142-143.

Psaty BM, Smith NL, Siscovick DS, Koepsell TD, Weiss NS, Heckbert SR, Lemaitre RN, Wagner EH, Furberg CD. A review of the health outcomes associated with various anti-hypertensive therapies used as first-line agents. JAMA 1997;277:739-745.

Sobel BE, Furberg CD. Surrogates, semantics, and sensible public policy. Circulation 1997:95:1661-1663.

Crouse JR, Byington RP, Hoen HM, Furberg CD. Reductase inhibitor monotherapy and stroke prevention. Arch Intern Med 1997;157:1305-1310.

Psaty BM, Manolio TA, Kuller LH, Kronmal RA, Cushman M, Fried LP, White R, Furberg CD, Rautaharju PM. Incidence of and risk factors for atrial fibrillation in older adults. Circulation 1997;96:2455-2461.

**BIBLIOGRAPHY:** (Journal Articles Continued):

Manolio TA, Weinmann GG, Buist AS, Furberg CD, Pinsky JL, Hurd SH.  Pulmonary function testing in population-based studies.  Am J Respir Crit Care Med 1997;156:1004-1010.

Byington RP, Miller ME, Herrington D, Riley W, Pitt B, Furberg CD, Hunninghake DB, Mancini GB, for the PREVENT Investigators.  Rationale, design and baseline characteristics of the Prospective Randomized Evaluation of the Vascular Effects of Norvasc Trial (PREVENT).  Am J Cardiol 1997;80:1087-1090.

Furberg CD, Psaty BM.  JNC VI: timing is everything.  Lancet 1997;350:1413-1414.

Byington RP, Craven TE, Furberg CD, Pahor M.  Isradipine, raised glycosylated haemoglobin, and risk of cardiovascular events.  Lancet 1997;350:1075-1076.

Heckbert SR, Longstreth, Jr WT, Psaty BM, Murros KE, Smith NL, Newman AB, Williamson JD, Bernick C, Furberg CD.  The association of antihypertensive agents with MRI white matter findings and with modified mini-mental state examination in older adults.  J Am Geriatr Soc 1997;45:1423-1433.

Fitzpatrick AL, Daling JR, Furberg CD, Kronmal RA, Weissfeld JL.  Use of calcium channel blockers and breast carcinoma risk in postmenopausal women.  Cancer 1997;80:1438-47.

Psaty BM, Furberg CD.  Clinical implications of the WHO/ISH statement on calcium antagonists.  J Hypertens 1997;15:1197-1200.

Furberg CD.  Drug safety:  the different perspectives.  Evidence-based Cardiovascular Medicine 1998;2:1-2. (Editorial)

World Health Organization-International Society of Hypertension Blood Pressure Lowering Treatment Trialists' Collaboration.  Protocol for prospective collaborative overviews of major randomized trials of blood-pressure-lowering treatments.  J Hypertens 16:127-137.

Gould AL, Rossouw JE, Santanello NC, Heyse JF, Furberg CD.  Cholesterol reduction yields clinical benefit:  Impact of statin trials.  Circulation 1998;97:946-952.

Pahor M, Psaty BM, Furberg CD.  Treatment of hypertensive patients with diabetes.  Lancet 1998;351:689-690.

Moore TJ, Psaty BM, Furberg CD.  Time to act on drug safety.  JAMA 1998;279:1571-1573.

Pearce KA, Furberg CD, Psaty BM, Kirk J.  Cost-minimization and the number needed to treat in uncomplicated hypertension.  Am J Hypertens 1998;11:618-629.

Crouse JR, Byington RP, Furberg CD.  HMG Co-A reductase inhibitor therapy and stroke reduction:  An analysis of clinical trials data. Atherosclerosis 1998;138:11-24.

Grady D, Applegate W, Bush T, Furberg C, Riggs B, Hulley SB.  Heart & Estrogen/Progestin Replacement Study (HERS):  Design, methods and baseline characteristics.  Controlled Clin Trials 1998;19:314-335.

Pahor M, Psaty BM, Furberg CD.  New evidence on the prevention of cardiovascular events in hypertensive patients with Type 2 diabetes.  J Cardiovasc Pharmacol 1998;32:S18-S23.

Anderson G, Cummings S, Freedman LS, Furberg C, Henderson M, Johnson SR, Kuller L, Manson J, Oberman A, Prentice RL, Rossouw JE.  Design of the Women's Health Initiative Clinical Trial and Observational Study.  Controlled Clin Trials  1998;19:61-109.

29

BIBLIOGRAPHY: (Journal Articles Continued):

Lemaitre RN, Psaty BM, Furberg CD, Gordon DJ, Gottdiener JS, Hulley SB, McDonald RH. Time trends in the use of cholesterol-lowering agents in older adults: The Cardiovascular Health Study. Arch Intern Med 1998;158:1761-1768.

Hulley S, Grady D, Bush T, Furberg C, Herrington D, Riggs B, Vittinghoff E for the Heart and Estrogen/progestin Replacement Study (HERS) Research Group. Randomized trial of estrogen plus progestin for secondary prevention of coronary heart disease in postmenopausal women. JAMA 1998;280:605-613.

Pahor M, Furberg CD. Calcium antagonists and cancer. Causation or association? Cardiovasc Drugs Ther. 1998;12:511-513.

Pahor M, Furberg CD. Is the use of some calcium antagonists linked to cancer? Evidence from recent observational studies. Drugs & Aging 1998;13:99-108.

Byington RP, Furberg CD, Craven TE, Pahor M, Sowers JR. Israpidine in pre-diabetic hypertensives. Diabetes Care 1998;21:2103-2110.

Furberg CD. Natural statins and stroke risk. Circulation 1999;99:185-188.

White RH, McBurnie MA, Manolio T, Furberg CD, Gardin JM, Kittner SJ, Bovill T, Knepper L. Oral anticoagulation in patients with atrial fibrillation: adherence with guidelines in an elderly cohort. Am J Med 1999;106:165-171.

Smith NL, Psaty BM, Furberg CD, White R, Lima JAC, Newman A, Manolio TA. Temporal trends in the use of anticoagulants among older adults with atrial fibrillation. Arch Intern Med 1999;159:1574-1578.

Psaty BM, Koepsell TD, Lin D, Weiss NS, Siscovick DS, Rosendaal FR, Pahor M, Furberg CD. Assessment and control for confounding by indication in observational studies. J Am Geriatr Soc 1999;47:749-754.

Psaty BM, Furberg CD, Kuller LH, Bild DE, Rautaharju PM, Polak JF, Bovill E, Gottdiener JS. Traditional risk factors and subclinical-disease measures as predictors of first myocardial infarction in older adults. The Cardiovascular Health Study. Arch Intern Med 1999;159:1339-1347.

Byington RP, Evans GW, Espeland MA, Applegate WB, Hunninghake DB, Probstfield J, Furberg CD. Effects of lovastatin and warfarin on early carotid atherosclerosis. Sex-specific analyses. Circulation 1999;100:e14-e17.

Psaty BM, Weiss NS, Furberg CD, Koepsell TD, Siscovick DS, Rosendaal FR, Smith NL, Heckbert SR, Kaplan RC, Lin D, Fleming TR, Wagner EH. Surrogate endpoints, health outcomes and the drug approval process for treatment of risk factors for cardiovascular disease. JAMA 1999;282:786-790.

Barzilay JI, Spiekerman CF, Wahl PW, Kuller LH, Cushman M, Furberg CD, Dobs A, Polak JF, Savage PJ. Cardiovascular disease in older adults with glucose disorders: comparison of American Diabetes Association criteria for diabetes mellitus with WHO criteria. Lancet 1999;354:622-625.

Herrington DM, Furberg CD. Hormone therapy: Time for replacement? Eur Heart J 1999;20:1285-1286.

Furberg CD, Herrington D, Psaty BM. Class Effects. Are drugs within a class interchangeable? Lancet 1999;354:1202-1204.

Furberg CD. Hypertension and diabetes: Current issues. Am Heart J 1999;138:S400-S405.

30

BIBLIOGRAPHY: (Journal Articles Continued):

Psaty BM, Furberg CD. British guidelines on managing hypertension. Provide evidence, progress, and an occasional missed opportunity. *BMJ* 1999;319:589-590.

Weber MA, Furberg CD. Comparisons in a competitive world. When is one drug superior to another? Am J Hypertens 2000;13:457-459.

The ALLHAT Officers and Coordinators for the ALLHAT Collaborative Research Group. Major cardiovascular events in hypertensive patients randomized to doxazosin vs chlorthalidone . The Antihypertensive and Lipid-Lowering Treatment to Prevent Heart Attack Trial (ALLHAT). JAMA 2000;283:1967-1975.

Grady D, Wenger N, Herrington D, Khan S, Hulley S, Furberg C, Hunninghake D, Vittinghoff E, for the Heart Estrogen/progestin Replacement Study (HERS) Research Group. Postmenopausal hormone therapy increases risk for venous thromboembolic disease: The Heart and Estrogen/Progestin Replacement Study (HERS). Ann Intern Med 2000;132:689-696.

Furberg CD. Class effects and evidence-based medicine. Clin Cardiol 2000;23:IV-15-IV-19.

Pahor M, Psaty BM, Alderman MH, Applegate WB, Williamson JD, Furberg CD. Therapeutic benefits of ACE inhibitors and other antihypertensive drugs in patients with type 2 diabetes. Diabetes Care 2000;23;888-892.

Luoto R, Manolio T, Meilahn E, Bhadelia R, Furberg C, Cooper L, Kraut M. Estrogen replacement therapy and MRI-demonstrated cerebral infarcts, white matter changes and brain atrophy in elderly women: The Cardiovascular Health Study. J Amer Geriatr Soc 2000;48:467-472.

Psaty BM, Furberg CD, Pahor M, Alderman M, Kuller L. National guidelines, clinical trials and quality of evidence. Arch Intern Med 2000;160:2577-2580.

Pitt B, Byington RP, Furberg CD, Hunninghake DB, Mancini GBJ, Miller M, Riley W for the PREVENT Investigators. Effect of amlodipine on the progression of atherosclerosis and the occurrence of clinical events. Circulation 2000;102:1503-1510.

Sacks FM, Tonkin AM, Shepherd J, Braunwald E, Cobbe S, Hawkins M, Keech A, Packard C, Simes J, Byington R, Furberg CD for the Prospective Pravastatin Pooling Project Investigators Group. Effect of Pravastatin on Coronary Disease Events in Subgroups Defined by Coronary Risk Factors. The Prospective Pravastatin Pooling Project. Circulation 2000;102:1893-1900.

Herrington DM, Reboussin DM, Brosnihan KB, Sharp PC, Shumaker SA, Snyder TE, Furberg CD, Kowalchuck GJ, Stuckey TD, Rogers WJ, Givens DH, Waters D. Effects of estrogen replacement on progression of coronary artery atherosclerosis. N Engl J Med 2000;343:522-529.

Knappertz VA, Tegeler CH, Furberg CD, Wesley DJ, Stewart KP, Kitzman DW. Carotid doppler high intensity transient signals in dilated cardiomyopathy. Am Heart J 2000;140:44.

Psaty BM, Rhoads C, Furberg CD. Evidence-based medicine, the worship of form, and the treatment of high blood pressure. J Gen Intern Med 2000;15:755-756.

Pahor M, Psaty BM, Alderman MH, Applegate WB, Williamson JD, Cavazzini C, Furberg CD. Health outcomes associated with calcium antagonists compared with other first-line antihypertensive therapies: a meta-analysis of randomized controlled trials. Lancet 2000;356:1949-1954.

Crouse, III, JR, Furberg CD. Treatment of dyslipidemia: room for improvement? Arterioscler Thromb Vasc Biol 2000;20:2333-2335.

31

**BIBLIOGRAPHY:** (Journal Articles Continued):

Ariyo AA, Haan M, Tangen CM, Rutledge JC, Cushman M, Dobs A, Furberg CD. Depressive symptoms and risks of coronary heart disease and mortality in the elderly: The Cardiovascular Health Study. Circulation 2000;102:1773-1779.

Miller M, Byington R, Hunninghake D, Pitt B, Furberg CD for the PREVENT Investigators. Gender bias and underutilization of lipid lowering therapy in CAD patients at academic U.S. and Canadian Medical Centers. Arch Intern Med. Arch Intern Med 2000;160:343-7.

Klungel OH, Heckbert SR, Longstreth, Jr. WT, Furberg CD, Kaplan RC, Smith NL, Lemaitre RN, Leufkens HGM, de Boer A, Psaty BM. Antihypertensive drug therapies and the risk of ischemic stroke. Arch Intern Med 2001;161:37-43.

Pocock S, Furberg CD. Procedures of data and safety monitoring committees. Am Heart J 2001;141:289-294.

Pressel SL, Davis BR, Wright Jr, J, Geraci TS, Kingry C, Ford CE, Piller LB, Bettencourt J, Kimmel B, Lusk C, Parks H, Simpson LM, Payne G, Einhorn PT, Nwachuku C, Furberg CD. Operational aspects of terminating the doxazosin arm of the Antihypertensive and Lipid Lowering Trial to Prevent Heart Attack Trial Controlled Clin Trials (ALLHAT). Control Clin Trials 2001;22:29-41.

Wittes J, Palensky J, Asner D, Julian D, Boissel J-P, Furberg CD, Kulbertus H, Pocock S, Roniker B. Experience collecting interim data on mortality: An example from the RALES Study. Curr Control Trials Cardiovasc Med 2001;2:59-62.

Goldstein LB, Adams R, Becker K, Furberg CD, Gorelick PB, Hademenos G, Hill M, Howard G, Howard V, Jacobs B, Levine SR, Mosca L, Sacco RL, Sherman DG, Wolf PA, del Zoppo GJ. Primary prevention of ischemic stroke. A statement for healthcare professionals from the Stroke Council of the American Heart Association. Circulation 2001;103:163-182.

Goldstein LB, Adams R, Becker K, Furberg CD, Gorelick PB, Hademenos G, Hill M, Howard G, Howard V, Jacobs B, Levine SR, Mosca L, Sacco RL, Sherman DG, Wolf PA, del Zoppo GJ. Primary prevention of ischemic stroke. A statement for healthcare professionals from the Stroke Council of the American Heart Association. Stroke 2001;32:280-299.

Psaty BM, Furberg CD, Kuller LH, Cushman M, Savage PJ, Levine D, O'Leary DH, Bryan RN, Anderson M, Lumley T. Association between blood pressure level and the risk of myocardial infarction, stroke, and total mortality: The Cardiovascular Health Study. Arch Intern Med 2001;161:1183-1192.

Furberg CD, Pitt B. Are all angiotensin-converting enzyme inhibitors interchangeable? J Am Coll Cardiol 2001;37:1456-60.

Furberg CD. The usefulness of information on HDL-cholesterol. Potential pitfalls of conventional assumptions. Curr Control Trials Cardiovasc Med 2001;2:107-108.

Kaplan RC, Heckbert SR, Koepsell TD, Furberg CD, Polak JF, Schoen RE, Psaty BM for the Cardiovascular Health Study Investigators. Risk factors for hospitalized gastrointestinal bleeding among older persons. J Amer Geriatr Soc 2001;49:126-133.

Longstreth WT Jr., Bernick C, Fitzpatrick A, Cushman M, Knepper L, Lima J, Furberg CD for the Cardiovascular Health Study Collaborative Research Group. Frequency and predictors of stroke death in 5888 participants in the cardiovascular health study. Neurology 2001;56:368-375.

**BIBLIOGRAPHY:** (Journal Articles Continued):

Shlipak MG, Simon JA, Grady D, Lin F, Wenger NK, Furberg CD for the Heart and Estrogen/progestin Heart Replacement Study (HERS) Investigators. Renal insufficiency and cardiovascular events in postmenopausal women with coronary heart disease. J Am Coll Cardiol 2001;38:705-711.

Heckbert SR, Kaplan RC, Weiss NS, Psaty BM, Lin D, Starr JR, Furberg CD, Anderson GD, LaCroix AZ. Risk of recurrent coronary events in relation to use and recent starting of postmenopausal hormone therapy. Arch Intern Med 2001;161:1709-1713.

Sinzinger H, Lupattelli G, Chehne F, Oguogho A, Furberg CD. Isoprostane 8-epi $PGF_{2\alpha}$ is frequently increased in patients with muscle pain and/or CK-elevation after HMG-Co enzyme-A-reductase inhibitor therapy. J Clin Pharma Therapeutics 2001;26:303-310.

Furberg CD, Cutler JA, Davis BR for the ALLHAT Collaborative Research Group. Status of alpha-blocker therapy in the treatment of hypertension: Findings of ALLHAT. In: Braunwald E, Fauci AS, Isselbacher KJ, Kasper DL, Hauser SL, Longo DL, Jameson JL, eds. Harrison's Online 2001. *www.harrisononline.com.*

Furberg CD, Pitt B. Withdrawal of cerivastatin from the world market. Curr Control Trials Cardiovasc Med 2001;2:205-207.

Ferrucci L, Furberg CD, Penninx B WJH, Di Bari M, Williamson JD, Guralnik JM, Applegate WB, Pahor M. Treatment of systolic hypertension in older patients. Who should be treated more aggressively? Circulation 2001;104:1923-1926.

Balkrishnan R, Furberg CD. Developing an optimal approach to global drug safety. J Intern Med 2001;250:271-279.

Rautaharju PM, Nelson JC, Kronmal RA, Zhang Z-M, Robbins J, Gottdiener J, Furberg C, Manolio T, Fried L, Feldman A. Usefulness of T axis deviation as an independent risk indicator for cardiac events in older men and women free from coronary heart disease. The Cardiovascular Health Study (CHS). Am J Cardiol 2001;88:118-123.

Furberg CD. A new era in hypertension research: discussing the findings of ALLHAT. Curr Control Trials Cardiovasc Med 2001;2:249-250.

Furberg CD, Psaty BM, Pahor M, Alderman MH. Clinical implications of recent findings from the Antihypertensive and Lipid-Lowering Treatment to Prevent Heart Attack Trial (ALLHAT) and other studies of hypertension. Ann Intern Med 2001;135:1074-1078.

Fitzpatrick A, Daling JR, Furberg CD, Kronmal RA, Weissfeld JL. Hypertension, heart rate, use of antihypertensives and incident prostate cancer. Ann Epidemiol 2001;11:534-542.

Furberg CD, Evans GW. B-mode ultrasonography – A valuable research tool. Evid Based Cardiovas Med 2001;5:49-50. [Commentary].

Pahor M, Psaty BM, Alderman MH, Applegate WB, Furberg CD. Blood-pressure-lowering treatment. Lancet 2001;358:152-153.

Simes J, Furberg CD, Braunwald E, Davis BR, Ford I, MacMahon SW, Shepherd J for the PPP Investigators. Effects of pravastatin on mortality in patients with and without coronary heart disease across a broad range of cholesterol levels: The Prospective Pravastatin Pooling project. Eur Heart J 2002;23:207-215.

Furberg CD, Vittinghoff E, Davidson M, Herrington DM, Simon JA, Wenger NK, Hulley S. Subgroup interactions in the Heart and Estrogen/progestin Replacement Study: Lessons learned. Circulation 2002;105:917-922.

**BIBLIOGRAPHY:** (Journal Articles Continued):

Sacks FM, Tonkin AM, Craven T, Pfeffer MA, Shepard J, Keech A, Furberg CD.  Coronary heart disease in patients with LDL-cholesterol: benefit of pravastatin in diabetics and enhanced role for HDL-cholesterol and triglycerides as risk factors.  Circulation 2002;105:1424-1428.

Furberg CD.  Doxazosin, an inferior antihypertensive agent?  J Human Hyperten 2002;16:375-377.

Hulley S, Furberg C, Barrett-Connor E, Cauley J, Grady D, Haskell W, Knopp R, Lowery M, Satterfield S, Schrott H, Vittinghoff E, Hunninghake D.  Heart and Estrogen/progestin Replacement Study Follow-up (HERS II):  2.  Non-cardiovascular disease outcomes during 6.8 years of hormone therapy.  JAMA 2002;288:58-66.

Kaplan RC, Heckbert SR, Koepsell TD, Rosendaal FR, Furberg CD, Cooper L, Psaty BM, for the Cardiovascular Heath Study Investigators.  Calcium channel blocker use and gastrointestinal bleeding among older adults.  [Letter to the Editor].  Age & Ageing 2002;31:217-220.

Gottdiener JS, McClelland RL, Marshall R, Shemanski L, Furberg CD, Kitzman DW, Cushman M, Polak J, Gardin JM, Gersh BJ, Aurigemma GP, Manolio TA.  Outcome of congestive heart failure in elderly persons:  Influence of LV systolic function.  The Cardiovascular Health Study.  Ann Intern Med 2002;137:631-639.

Longstreth WT Jr., Dulberg C, Manolio TA, Lewis MR, Beauchamp NJ, O'Leary D, Carr J, Furberg CD.  Incidence, manifestations and predictors of brain infarcts defined by serial cranial magnetic resonance imaging in the elderly.  The Cardiovascular Health Study.  Stroke 2002;33:2376-2382.

Mancini GBJ, Miller M, Evans GW, Byington R, Furberg CD, Pitt B, for the PREVENT Study Group.  Post-hoc analyses of coronary findings from the Prospective Randomized Evaluation of the Vascular Effects of Norvasc Trial (PREVENT).  Am J Cardiol 2002;89:1414-1416.

Davis BR, Cutler JA, Furberg CD, Wright JT Jr., Farber MA, Felicetta JV, Stokes JD for the ALLHAT Collaborative Research Group.  Relationship of antihypertensive treatment regimens and change in blood pressure to risk for heart failure in hypertensive patients randomly assigned to doxazosin or chlorthalidone:  Further analyses from the Antihypertensive and Lipid-Lowering treatment to prevent Heart Attack Trial.  Ann Intern Med 2002;137:313-320.

Shlipak MG, Fried LF, Crump C, Bleyer AJ, Manolio TA, Tracy RP, Furberg CD, Psaty BM.  Cardiovascular disease risk status in elderly persons with renal insufficiency.  Kidney International 2002;62:997-1004.

Kaplan RC, Heckbert SR, Furberg CD, Psaty BM.  Predictors of subsequent coronary events, stroke, and death among survivors of first hospitalized myocardial infarction.  J Clin Epidemiol 2002;55:654-664.

Alderman MH, Furberg CD, Kostis JB, Laragh JH, Psaty BM, Ruilope LM, Volpe M, Jackson R.  Hypertension Guidelines:  Criteria that might make them more clinically useful.  Am J Hyperten 2002;15:917-923.

Byington RP, Furberg CD, Herrington DM, Applegate W, Herd A, Hunninghake D, Lowery M, Riley W, Craven T, Chaput L, Shields K, for the HERS Research Group.  Effect of estrogen + progestin on progression of carotid atherosclerosis in postmenopausal women with documented heart disease:  The HERS B-mode Substudy.  Arterio Thromb Vasc Biol 2002;22:1692-1697.

Psaty BM, Manolio TA, Smith NL, Heckbert SR, Gottdiener J, Burke G, Weissfeld J, Enright P, Lumley T, Powe N, Furberg CD.  Time trends in high blood pressure control and the use of antihypertensive medications in older adults:  The Cardiovascular Health Study.  Arch Intern Med 2002;162:2325-2332.

**BIBLIOGRAPHY:** (Journal Articles Continued):

The ALLHAT Officers and Coordinators for the ALLHAT Collaborative Research Group. Major outcomes in high-risk hypertensive patients randomized to angiotensin-converting enzyme inhibitor or calcium channel blocker vs diuretic. The Antihypertensive and Lipid-Lowering Treatment to Prevent Heart Attack Trial (ALLHAT). JAMA 2002;288:2981-2997.

The ALLHAT Officers and Coordinators for the ALLHAT Collaborative Research Group. Major outcomes in moderately hypercholesterolemic, hypertensive patients randomized to pravastatin vs usual care. The Antihypertensive and Lipid-Lowering Treatment to Prevent Heart Attack Trial (ALLHAT). JAMA 2002;288:2998-3007.

Burke GL, Furberg CD. The evolution of public health sciences in an academic medical center. South Med J 2002;95:1248-1253.

Furberg CD. To whom do the research findings apply? Heart 2002;87:570-574.

Psaty BM, Weiss NS, Furberg CD. The PROGRESS Trial: Questions about the effectiveness of angiotensin converting enzyme inhibitors. Am J Hyperten 2002;15:472-474.

Sniderman AD, Furberg CD, Keech A, Roeters van Lennep JE, Frohlich J, Jungner I, Walldius G. Apoproteins versus lipids as indices of coronary risk and as targets for statin treatment. Lancet 2003;361:777-780.

Vittinghoff E, Shlipak M, Varosy PD, Furberg CD, Ireland CC, Kahn SS, Blumenthal R, Barrett-Conner E, Loh E, Hulley S, for the HERS Research Group. Risk factors and secondary prevention in women with heart disease: The Heart and Estrogen/progestin Replacement Study (HERS). Ann Intern Med 2003;138:81-89.

Klein R, Klein BEK, Marino EK, Kuller LH, Furberg CD, Burke GL, Hubbard LD. Early age-related maculopathy in the Cardiovascular Health Study. Ophthalmology 2003;110:25-33.

Shlipak MG, Fried LF, Crump C, Bleyer AJ, Manolio TA, Tracy RP, Furberg CD, Psaty BM. Elevations of inflammatory and pro-coagulant biomarkers in elderly persons with renal insufficiency. Circulation 2003;107:87-92.

Psaty BM, Lumley T, Furberg CD, Schellenbaum G, Pahor M, Alderman MH, Weiss NS. Health outcomes associated with various antihypertensive therapies used as first-line agents. A network meta-analysis. JAMA 2003;289:2534-2544.

Sinzinger H, Fitscha P, Kritz H, Furberg CD. Atorvastatin reduces microalbuminuria in patients with familial hypercholesterolemia and normal glucose tolerance. Med Sci Monit 2003;9:88-92.

Jha AK, Varosy PD, Kanaya AM, Hunninghake DB, Hlatky MA, Waters DD, Furberg CD, Shlipak MG. Differences in medical care and disease outcomes among black and white women with heart disease. Circulation 2003;108:1089-1094.

Butterworth J, Furberg CD. Improving cardiac outcomes after noncardiac surgery. Anesth Analg 2003;97:613-5.

The ALLHAT Officers and Coordinators for the ALLHAT Collaborative Research Group. Diuretic versus alpha-blocker as first step antihypertensive therapy: Final results from the Antihypertensive and Lipid-Lowering Treatment to Prevent Heart Attack Trial (ALLHAT). Hypertension 2003;42:239-246.

Furberg CD, Psaty BM. Should evidence-based proof of drug efficacy be extrapolated to a "Class of Agents?" Circulation 2003;108:2608-2610.

35

**BIBLIOGRAPHY:** (Journal Articles Continued):

Furberg CD, Psaty BM.  Carvedilol was more effective than metoprolol tartrate for lowering mortality in chronic heart failure. [Commentary].  ACP J Club 2004;140:5.

Stafford RS, Furberg CD, Finkelstein SN, Cockburn IM, Alehegn T, Ma J.  The impact of clinical trial results on national trends in alpha-blocker prescribing, 1996-2002. JAMA 2004;291:54-62.

Majumdar SR, McAlister FA, Furberg CD.  From knowledge to practice in chronic cardiovascular disease -- A long winding road.  J Amer Coll Cardiol 2004;43:1738-42.

Davis BR, Furberg CD, Wright Jr. J, Cutler J, Whelton P for the ALLHAT Collaborative Research Group.  ALLHAT: Setting the Record Straight. Ann Intern Med 2004;141:39-46.

Psaty BM, Furberg CD.  Meta-analysis of health outcomes of chlorthalidone-based vs. non-chlorthalidone-based low-dose diuretic therapies. Research Letter.  JAMA 2004;292:43-44.

Furberg CD, Hall MA, Sevick MA.  Balancing commercial and public interests.  Curr Control Trials Cardiovasc Med 2004:5:6.

Rhoads CS, Psaty BM, Olson JL, Furberg CD.  Medications and cardiovascular health in older adults:  Room for improvement in prevention and treatment.  Am J Geriatr Cardiol 2004;13:161-167.

Psaty BM, Anderson M, Kronmal RA, Tracy RP, Orchard T, Fried LP, Lumley T, Robbins J, Burke G, Newman AB, Furberg CD.  The association between lipid levels and the risks of incident myocardial infarction, stroke and total mortality:  the Cardiovascular Health Study.  J Amer Geriatr Soc; 52:1639-1647.

Psaty BM, Furberg CD.  Contemplating ACTION -- long-acting nifedipine in stable angina. Lancet 2004;364:817-818.

Tonelli M, Isles C, Curhan GC, Tonkin A, Shepherd J, Sacks F, Furberg C, Cobbe SM, Simes J, Craven T, West M.  Effect of pravastatin on cardiovascular events in people with chronic kidney disease.  Circulation 2004;110:1557-1563.

Shlipak MG, Stehman-Breen C, Vittinghoff E, Lin F, Varosy PD, Wenger NK, Furberg CD for the Heart and Estrogen/Progestin Replacement Study (HERS) Investigators.   Cretinine levels and cardiovascular events in women with heart disease:  Do small changes matter?  Am J Kidney Dis 2004;43:37-44.

Fried L, Solomon C, Shlipak M, Seliger S, Stehman-Breen C, Bleyer AJ, Chaves P, Furberg CD, Kuller L, Newman A.  Inflammatory and prothrombotic markers and the progression of renal disease in elderly individuals.  J Am Soc Nephrol 2004;15:3184-3191.

Psaty BM, Furberg CD, Ray WA, Weiss NS.  Potential for conflict of interest in the evaluation of suspected adverse drug reactions:  Use of cerivastatin and the risk of rhabdomyolysis.  JAMA 2004;292:2622-2631.

Psaty BM, Furberg CD, Ray WA, Weiss NS.  Authors' reply to Bayer's response to "Potential for conflict of interest in the evaluation of suspected adverse drug reactions:  Use of cerivastatin and risk of rhabdomyolysis." JAMA 2004;292:2658-2659.

Walldius G, Jungner I, Aastveit AH, Holme I, Furberg CD, Sniderman AD.  The apoB/apoA-I ratio is better than the cholesterol ratios to estimate the balance between the plasma proatherogenic and antiatherogenic lipoproteins and to predict coronary risk.  Clin Chem Lab Med 2004;42:1355-1363.

36

**BIBLIOGRAPY** (Journal Articles continued):

Volpe M, Alderman MH, Furberg CD, Jackson R, Kostis JB, Laragh JH, Psaty BM, Ruilope LM. Beyond hypertension: towards guidelines for cardiovascular risk reduction. Am J Hypertens 2004;17:1068-1074.

Bryson CL, Smith NL, Kuller L, Chaves P, Manolio T, Lewis W, Boyko EJ, Furberg C, Psaty BM. Risk of congestive heart failure in an elderly population treated with peripheral alpha-1 antagonists. J Am Geriatr Soc 2004;52:1648-1654.

Canner PL, Furberg CD, Terrin ML, McGovern ME. Benefits of niacin by glycemic status in patients with healed myocardial infarction (from the Coronary Drug Project). Am J Cardiol 2005;95:254-257.

Furberg CD, Psaty BM, Fitzgerald GA. Parecoxib, valdecoxib, and cardiovascular risk. Circulation 2005;111:249.

Psaty BM, Furberg CD. COX-2 inhibitors – Lessons in drug safety. N Eng J Med 2005;352:1133-1135.

Longstreth, Jr WT, Arnold AM, Beauchamp, Jr. NJ, Manolio TA, Lefkowitz D, Jungreis C. Incidence, manifestations, and predictors of worsening white matter on serial cranial magnetic resonance imaging in the elderly. The Cardiovascular Health Study. Stroke 2005;36:56-61.

Furberg CD, Psaty BM. Hormone replacement therapy. [Commentary]. ACP J Club 2005;142:1.

The National Heart, Lung, and Blood Institute Working Group on Future Directions in Hypertension Treatment Trials. Major clinical trials of hypertension. What should be done next? Hypertension 2005;46:1-6.

Tonelli M, Isles C, Craven T, Tonkin A, Pfeffer MA, Shepherd J, Sacks FM, Furberg C, Cobbe SM, Simes J, West M, Packard C, Curhan GC. Effect of pravastatin on rate of kidney function loss in people with or at risk for coronary disease. Circulation 2005;112:171-178.

Tonelli M, Keech A, Shepherd J, Sacks F, Tonkin A, Packard C, Pfeffer M, Simes J, Isles C, Furberg C, West M, Craven T, Curhan G. Effect of pravastatin in people with diabetes mellitus and chronic kidney disease. J Am Soc Neph 2005;16:3748-3754.

Cholesterol Treatment Trialists' (CTT) Collaborators. Efficacy and safety of cholesterol-lowering treatment: prospective meta-analysis of data from 90,056 participants in 14 randomized trials of statins. Lancet 2005;366:1267-78.

Chan JD, Rea TD, Smith NL, Siscovick D, Heckbert SR, Lumley T, Chaves P, Furberg CD, Kuller L, Psaty BM. Association of β-blocker use with total mortality among patients with congestive heart failure in the Cardiovascular Health Study (CHS). Am Heart J 2005;150:464-70.

Canner PL, Furberg CD, McGovern ME. Benefits of niacin in patients with-vs-without the metabolic syndrome and healed myocardial infarction (from the Coronary Drug Project). Am J Cardiol 2006;97:477-479.

Pearte CA, Furberg CD, O'Meara ES, Psaty BM, Kuller L, Powe N, Manolio T. Characteristics and baseline clinical predictors of future fatal versus nonfatal coronary heart disease events in older adults: The Cardiovascular Health Study. Circulation 2006;113:2177-2185.

Davis BR, Piller LB, Cutler JA, Furberg C, Dunn K, Franklin S, Goff D, Leenan F, Mohiuddin S, Papdemetriou Vasilios, Proschan M, Ellsworth A, Golden J, Colon P, Crow R for the ALLHAT Collaborative Research Group. Role of diuretics in the prevention of heart failure: The Antihypertensive and Lipid-Lowering Treatment to Prevent Heart Attack Trial (ALLHAT). Circulation 2006;113:2201-2210.

**BIBLIOGRAPHY:** (Journal Articles Continued):

Jungner I, Sniderman AD, Furberg CD, Aastveit AH, Holme I, Walldius G.  Does LDL size add to atherogenic particle number in predicting the risk of fatal myocardial infarction?  Am J Cardiol 2006;97:943-946.

Schellenbaum GD, Smith NL, Heckbert SR, Lumley T, Rea TD, Furberg CD, Lyles MF, Psaty BM.  Weight loss, muscle strength and angiotensin-converting enzyme inhibitors in older adults with congestive heart failure or hypertension.  J AmGeriatric Soc 2005;53:1996-2000.

DeKosky ST, Fitzpatrick A, Ives DG, Saxton J, Williamson J, Lopez OL, Burke G, Fried L, Kuller LH, Robbins J, Tracy R, Woolard N, Dunn L, Kronmal R, Nahin R, Furberg C for the GEMS Investigators.  The Ginkgo Evaluation of Memory (GEM) Study:  Design and baseline data of a randomized trial of *Ginkgo biloba* extract in prevention of dementia.  Contemp Clin Trials 2006;27:238-253.

Califf RM for the CERTs Benefit Assessment Workshop Participants.  Benefit assessment of therapeutic products.  The Centers for Education and Research in Therapeutics.  Pharmacoepidemiol Drug Saf 2006, Feb. 28 [Epub ahead of print].

Psaty BM, Weiss NS, Furberg CD.  Recent trials in hypertension: compelling science or commercial speech?  JAMA 2006;295:1704-1706.

Altman DG, Furberg CD, Grimshaw JM, Rothwell PM.  Lead editorial:  Trials - using the opportunities of electronic publishing to improve the reporting of randomized trials.  Trials 2006;7:6

Furberg RD, Furberg CD.  Evaluating professional performance in cardiovascular medicine.  Evid Based Cardiovas Med 2006;10:75-78.

Stafford RS, Monti V, Furberg CD, J Ma.  Long-term and short-term changes in antihypertensive prescribing by office-based physicians in the U.S.  Hypertension. 2006;48:213-8.

Cauley JA, McTiernan A, LaCroix A, Rodabough RJ, Bauer DC, Margolis KL, Paskett E, Vitolins MZ, Furberg CD, Chlebowski RT.  Statin use and breast cancer:  prospective results from the Women's Health Initiative.  J Natl Cancer Inst. 2006;98:700-7.

Rautaharju PM, Ge S, Nelson JC, Marino Larsen EK, Psaty BM, Furberg CD, Zhang Z-M, Robbins J, Gottdiener JS, Chaves P.  Comparison of mortality risk for electrocardiographic abnormalities in men and women with and without coronary artery disease.  The Cardiovascular Health Study (CHS).  Am J Cardiol 2006;97:309-15.

Furberg CD.  The COX-2 inhibitors - An update.  Am Heart J 2006;152:197-9.

Nahin RL, Fitzpatrick A, Williamson J, Burke G, DeKosky S, Furberg C, other for the GEM Study Investigator.  Use of herbal medicine and other dietary supplements in the community-dwelling elderly:  Baseline data from the GEM Study.  J Am Geriatr Soc  2006;54:1725-1735.

Kronmal RA, Barzilay JI, Smith NL, Psaty B, Kuller LH, Burke G, Savage P, Furberg C.  Mortality in pharmacologically-treated older adults with diabetes in the current era of medical care:  The Cardiovascular Health Study 1989-2003.  PLos Med 3(10): e400.  DOI: 10.1371/journal.pmed.0030400.

Furberg CD, Levin AA, Gross PA, Shapiro RS, Strom BL.  The FDA and drug safety.  A proposal for sweeping changes.  Arch Intern Med 2006;166:1938-1942.

Fitzpatrick AL, Fried LP, Williamson J, Crowley P, Posey D, Kwong L, Bonk J, Moyer R, Chabot J, Kidoguchi L, Furberg CD, DeKosky ST for GEMS Study Investigators.  Recruitment of the Elderly into a Pharmacologic Prevention Trial:  The Ginkgo Evaluation of Memory Study Experience.  Contemp Clin Trials 2006;27:541-553.

**BIBLIOGRAPHY:** (Journal Articles Continued):

The LIFE Study Investigators. Effects of a physical activity intervention on measures of physical performance: results of the Lifestyle Interventions and Independence for Elders pilot (LIFE-P) study. J Gerontol 2006;61A:1157-1165.

Barter PJ, Ballantyne CM, Carmena R, Cabezas MC, Chapman MJ, Couture P, Graaf JE, Durrington PN, Faergeman O, Frohlich J, Furberg CD, Gagne C, Haffner SM, Humphries SE, Jungner I, Krauss RM, Kwiterovich P, Marcovina S, Packard CJ, Pearson TA, Reddy KS, Rosenson R, Sarrafzadegan N, Sniderman AD, Stalenhoef AF, Stein E, Talmud PJ, Tonkin AM, Walldius G, Williams KMS. Apo B versus cholesterol in estimating cardiovascular risk and in guiding therapy: Report of the thirty person/ten country panel. J Intern Med 2006;259:247-258.

The Lp-PLA2 Studies Collaboration. Collaborative meta-analysis of individual participant data from observational studies of Lp-PLA$_2$ and cardiovascular diseases. Eur J Cardiovasc Prev Rehabil 2007;14:3-11.

Mukamal KJ, Psaty BM, Rautaharju PM, Furberg CD, Kuller LH, Mittleman MA, Gottdiener JS, Siscovick DS. Alcohol consumption and risk and prognosis of atrial fibrillation among older adults: The Cardiovascular Health Study. Am Heart J 2007;153:260-6.

Antman EM, Bennett JS, Daugherty A, Furberg C, Roberts H, Taubert KA. Use of nonsteroidal anti-inflammatory drugs. An update for clinicians. A scientific statement from the American Heart Association. Circulation 2007;115:1634-42.

Singh S, Loke YK, Furberg C. Thiazolidinediones and heart failure: A teleo-analysis. Diabetes Care 2007;30:1-6.

Furberg CD. Decisions by regulatory agencies: are they evidence-based? Trials 2007;8:13.

Miller DP, Furberg CD, Small RH, Millman FM, Ambrosius WT, Harshbarger JS, Ohl CA. Controlling prescription drug expenditures: a case of success. Am J Manag Care 2007;13:473-480.

Moore TJ, Cohen MR, Furberg CD. Long-term change in serious adverse drug events reported to the FDA, 1998-2005. Arch Internal Med 2007;167:1752-1759.

Singh S, Loke YK, Furberg CD. Long-term risk of cardiovascular events with rosiglitazone. JAMA 2007;298:1189-95.

Sniderman AD, Holme I, Aastveit A, Furberg C, Walldius G, Jungner I. Relation of age, the apolipoprotein B/apolipoprotein A-I ratio, and the risk of fatal myocardial infarction and implications for the primary prevention of cardiovascular disease. Am J Cardiol 2007;100:217-21.

Psaty BM, Furberg CD. Rosiglitazone and cardiovascular risk. N Engl J Med 2007;24:2522-2524.

Psaty BM, Furberg CD. The record on rosiglitazone and the risk of myocardial infarction. N Engl J Med 2007;357:67-69.

Williamson JD, Villas B, Furberg CD, Nahin R, Dekosky ST. Comparison of the design differences between the Ginkgo Evaluation Memory Study and the GuidAge Study. J Nutr Health Aging 2008;12:73S-79S.

Cholesterol Treatment Trialists' (CTT) Collaborators. Efficacy of cholesterol-lowering therapy in 18,686 people with diabetes in 14 randomized trials of statins: a meta-analysis. Lancet 2008;371:117-25.

Furberg CD, Soliman EZ. Double-blindness protects scientific validity. J Thromb Haemost 2008;6:230-31.

**BIBLIOGRAPHY:** (Journal Articles Continued):

Brunzell JD, Davidson M, Furberg CD, Goldberg RB, Howard BV, Stein JH, Witztum JL. *Consensus Statement.* Lipoprotein management in patients with cardiometabolic risk. Diabetes Care 2008;31:811-22.

Sniderman AD, Furberg CD. Age: A modifiable risk factor for cardiovascular disease. Lancet 2008;371;1547-49.

Furberg CD, Nelson JJ, Solomon C, Cushman M, Jenny NS, Psaty BM. Distribution and correlates of lipoprotein-associated phospholipase $A_2$ (Lp-PLA$_2$) in an elderly cohort: the Cardiovascular Health Study. J Am Geriatric Soc 2008;56;792-99.

Singh S, Loke YK, Furberg CD. Inhaled anticholinergics and risk of major adverse cardiovascular events in patients with chronic obstructive pulmonary disease. A systematic review and meta-analysis. JAMA 2008;300:1439-50.

Hrynaszkiewicz I, Furberg CD. Trials – encouraging innovation in randomized trial reporting. Clinical Trial Magnifier 2008:101-6.

DeKosky ST, Furberg CD. Turning over a new leaf: Ginkgo Biloba in prevention of dementia? Neurology 2008;70:1730-1.

Heidenreich PA, Davis BR, Cutler JA, Furberg CD, Lairson DR, Shlipak MG, Pressel SL, Nwachuku C, Goldman L. Cost-effectiveness of chlorthalidone, amlodipine, and lisinopril as first-step treatment for patients with hypertension: an analysis of the Antihypertensive and Lipid-Lowering Treatment to Prevent Heart Attack Trial (ALLHAT). J Gen Intern Med 2008;23:509-16.

Olson N, O'Meara ES, Jenny NS, Folsom AR, Bovill EG, Furberg CD, Heckbect SR, Psaty BM, Cushman M. Lipoprotein-associated phospholipase $A_2$ and risk of venous thrombosis in older adults. Am J Hematol 2008;83:524-7.

Mozaffarian D, Furberg CD, Psaty BM, Siscovick D. Physical activity and incidence of atrial fibrillation in older adults: The Cardiovascular Health Study. Circulation 2008;118:800-7.

Bhatt DL, Scheiman J, Abraham NS, Antman EM, Chan F, Furberg CD, Johnson DA, Mahaffey K, Quigley EM. ACCF/ACG/AHA Clinical Expert Consensus Document on Reducing the Gastrointestinal Risks of Antiplatelet Therapy and NSAID Use: A report of the American College of Cardiology Foundation Task Force on Clinical Expert Consensus Documents. Circulation 2008;118:1894-1909.

DeKosky ST, Williamson JD, Fitzpatrick AL, Kronmal RA, Ives DG, Saxton JA, Lopez OL, Burke G, Carlson MC, Fried LP, Kuller LH, Robbins JA, Tracy RP, Woolard NF, Dunn L, Snitz BE, Nahin RL, Furberg CD, for the Ginkgo Evaluation of Memory (GEM) Study Investigators. *Ginkgo biloba* for prevention of dementia. A randomized controlled trial. JAMA 2008;300:2253-62.

Kumar A, Prineas RJ, Arnold AM, Psaty BM, Furberg CD, Robbins J, Lloyd-Jones DM. Prevalence, prognosis, and implications of isolated minor nonspecific ST-segment and T-wave abnormalities in older adults. Cardiovascular Health Study. Circulation 2008;118:2790-96.

Furberg CD. Treatment of hypertension – A failing report card. Am J Hyperten 2009;22:1-2.

Loke YK, Singh S, Furberg CD. Long-term use of thiazolidinediones and fractures in type 2 diabetes: a meta-analysis. CMAJ 2009;180:32-39.

Singh S, Furberg CD. Thiazolidinediones and cardiovascular outcomes in type 2 diabetes. Heart 2009;95:1-3.

40

**BIBLIOGRAPY (Journal Articles continued):**

Singh S, Furberg CD, Loke YK. Tiotropium in chronic obstructive pulmonary disease. N Engl J Med 2009;360:186.

Sniderman AD, Furberg CD. Why guideline-making requires reform. JAMA 2009;301:429-431.

Thorpe KE, Zwarenstein M, Oxman AD, Treweek S, Furberg CD, Altman DG, et al. A pragmatic-explanatory continuum indicator summary (PRECIS): a tool to help trial designers. J Clin Epidemiol 2009;62:464-75.

Delaney JAC, McClelland RL, Furberg CD, Cooper R, Shea S, Burke G, Psaty BM. Time trends in the use of anti-hypertensive medications: results from the Multi-Ethnic Study of Atherosclerosis. Pharmacoepidemiol Drug Saf 2009 Jun 23 [Epub ahead of print].

**In Press or Review**

<u>In review</u>

Ariyo AA, Yanez D, Furberg CD, Cushman M, Schulz R, Haan M, Dobbs A, for the Cardiovascular Health Study Investigators. Depression predicts stroke and mortality in the elderly.

Jenny NS, Solomon C, Cushman M, Tracy RP, Nelson JJ, Psaty BM, Furberg CD. Lipoprotein-associated phospholipase $A_2$ (Lp-PLA$_2$) and risk of cardiovascular disease in older adults: results from the Cardiovascular Health Study.

Suzuki T, Solomon C, Jenny NS, Tracy R, Nelson JJ, Psaty BM, Furberg CD, Cushman M. Lipoprotein-associated phospholipase $A_2$ and risk of congestive heart failure in older adults: the Cardiovascular Health Study (Submitted).

Alderman MH, Piller LB, Ford CE, Probstfield JL, Oparil S, Cushman WC, Einhorn PT, Franklin SS, Papademetriou V, Ong S, Eckfeldt JH, Furberg CD, Calhoun D, Gauer E, Davis BR, for the ALLHAT Collaborative Research Group. Clinical significance of incident hypokalemia and hyperkalemia in treated hypertensive patients: The ALLHAT Experience. N Eng J Med (Submitted).

Kuller LH, Ives DG, Fitzpatrick AL, Carlson MC, Mercado C, Lopez OL, Burke GL, Furberg CD, DeKosky ST, for the GEMS Study Investigators. Does *Ginkgo biloba* reduce risk of cardiovascular events.

The Lp-PLA$_2$ Studies Colloboration. Lipoprotein-associated phospholipase $A_2$ and the risk of coronary disease, stroke and nonvascular mortality. Individual data analysis of 79,036 participants for 32 prospective studies.

Stafford RS, Bartholomew LK, Cushman WC, Cutler JA, Davis BR, Dawson G, Einhorn PT, Furberg CD, Piller LB, Pressel SL, Whelton PK. Impact of the ALLHAT dissemination project on thiazide-like diuretic use. Arch Intern Med (Submitted).

Furberg CD. Pitfalls in analyzing clinical trial data.

**Exhibit B**

**Testimony at deposition or trial, 2005-2009 (Curt D. Furberg)**

<u>2008</u>

United States District Court
Northern District of Ohio
MDL Docket No. 1742
Ortho-Evra Products Liability Litigation

United States District Court
Northern District of California (San Francisco Division)
MDL No. 1699
Bextra and Celebrex Marketing Sales
Practices and Product Liability Litigation

United States District Court for the District of Massachusetts (D. Mass)
MDL Docket No. 1629
Harden Manufacturing Group et al. vs. Pfizer, Inc. and Warner-Lambert Co.
Neurontin Sales Marketing and Products Liability Litigation

<u>2009</u>

United States District Court
Southern District of New York
No. 1:06-MD-01789
Fosamax Products Liability Litigation

United States District Court
Southern District of New York
04 Civ. 9866 (LTS)
Pfizer Inc. Securities Litigation

## Exhibit C

## Materials Reviewed

The following materials were reviewed and cited in the report (listed by beginning Bates number or journal citation):

| | | |
|---|---|---|
| BAY00000881 | BAY00289056 | BAY03038981 |
| BAY00009999 | BAY00290964 | BAY03194510 |
| BAY00046631 (pages 128-274) | BAY00322535 | BAY03364404 |
| | BAY00322561 | BAY03498338 |
| BAY00113494 | BAY00329608 | BAY03508587 |
| BAY00113519 | BAY00508940 | BAY04974117 |
| BAY00144968 | BAY00674730 | BAY05426839 |
| BAY00147101 | BAY00674852 | BAY05758757 |
| BAY00147271 | BAY00674853 | BAY05807317 |
| BAY00194431 | BAY00680413 | BAY05807665 |
| BAY00205181 | BAY00680602 | BAY05807928 |
| BAY00205192 | BAY00718225 | BAY05808427 |
| BAY00205194 | BAY00718381 | BAY05808438 |
| BAY00205195 | BAY00733441 | BAY05808489 |
| BAY00205248 | BAY00749599 | BAY05808539 |
| BAY00208112 | BAY00835980 | BAY05808541 |
| BAY00226819 | BAY00929860 | BAY05808612 |
| BAY00226983 | BAY00945240 | BAY05808837 |
| BAY00235972 | BAY00981705 | BAY06122714 |
| BAY00237168 | BAY00983471 | BAY06393919 |
| BAY00237211 | BAY01857061 | BAYCS00050116 |
| BAY00240799 | BAY01983487 | BAYCS00296085 |

BAYCS00347932     BHCAG03950306     BHCAG03950316

BAYCS00560472     BHCAG03950308

Cosgrove DM 3rd, Heric B, Lytle BW, Taylor PC, Novoa R, Golding LA, Stewart RW, McCarthy PM, Loop FD. Aprotinin therapy for reoperative myocardial revascularization: a placebo-controlled study. Ann Thorac Surg. 1992 Dec;54(6):1031-6; discussion 1036-8

D'Ambra MN, Akins CW, Blackstone EH, Bonney SL, Cohn LH, Cosgrove DM, Levy JH, Lynch KE, Maddi R. Aprotinin in primary valve replacement and reconstruction: a multicenter, double-blind, placebo-controlled trial. J Thorac Cardiovasc Surg. 1996 Oct;112(4):1081-9

Deposition of Dr. Ernst F. Weidmann, May 4, 2009, pp, 406-7, 410; 432, 436-8, and 477

Deposition of Prof. Dr. Kuno B.G. Sprenger, Apr. 23, 2009, pp. 594, 630-1

Fergusson DA, Hébert PC, Mazer CD, Fremes S, MacAdams C, Murkin JM, Teoh K, Duke PC, Arellano R, Blajchman MA, Bussières JS, Côté D, Karski J, Martineau R, Robblee JA, Rodger M, Wells G, Clinch J, Pretorius R; BART Investigators. A comparison of aprotinin and lysine analogues in high-risk cardiac surgery. N Engl J Med. 2008 May 29;358(22):2319-31

Karkouti K, Beattie WS, Dattilo KM, McCluskey SA, Ghannam M, Hamdy A, Wijeysundera DN, Fedorko L, Yau TM. A propensity score case-control comparison of aprotinin and tranexamic acid in high-transfusion-risk cardiac surgery. Transfusion. 2006 Mar;46(3):327-38

Lemmer JH Jr, Stanford W, Bonney SL, Chomka EV, Karp RB, Laub GW, Rumberger JA, Schaff HV. Aprotinin for coronary artery bypass grafting: effect on postoperative renal function. Ann Thorac Surg. 1995 Jan;59(1):132-6

Mangano DT, Miao Y, Vuylsteke A, Tudor IC, Juneja R, Filipescu D, Hoeft A, Fontes ML, Hillel Z, Ott E, Titov T, Dietzel C, Levin J; Investigators of The Multicenter Study of Perioperative Ischemia Research Group; Ischemia Research and Education Foundation. Mortality associated with aprotinin during 5 years following coronary artery bypass graft surgery. JAMA. 2007 Feb 7;297(5):471-9

Mangano DT, Tudor IC, Dietzel C; Multicenter Study of Perioperative Ischemia Research Group; Ischemia Research and Education Foundation. The risk associated with aprotinin in cardiac surgery. N Engl J Med. 2006 Jan 26;354(4):353-65

Schneeweiss S, Seeger JD, Landon J, Walker AM. Aprotinin during coronary-artery bypass grafting and risk of death. N Engl J Med. 2008 Feb 21;358(8):771-83

Sundt TM 3rd, Kouchoukos NT, Saffitz JE, Murphy SF, Wareing TH, Stahl DJ. Renal dysfunction and intravascular coagulation with aprotinin and hypothermic circulatory arrest. Ann Thorac Surg. 1993 Jun;55(6):1418-24

Westaby S. Aprotinin in perspective. Ann Thorac Surg. 1993 Apr;55(4):1033-41

The following materials were also reviewed but not cited in the report (listed by beginning Bates number or citation):

| | | |
|---|---|---|
| BAY00000857 | BAY00072097 | BAY00148856 |
| BAY00010633 | BAY00083568 | BAY00187435 |
| BAY00010775 | BAY00083611 | BAY00187435 |
| BAY00024559 | BAY00083675 | BAY00188144 |
| BAY00035434 | BAY00083713 | BAY00188144 |
| BAY00036421 | BAY00103812 | BAY00189213 |
| BAY00041117 | BAY00103862 | BAY00189213 |
| BAY00041134 | BAY00105588 | BAY00189668 |
| BAY00044402 | BAY00110590 | BAY00189668 |
| BAY00044797 | BAY00111214 | BAY00190499 |
| BAY00044863 | BAY00113456 | BAY00190499 |
| BAY00044971 | BAY00146128 | BAY00196017 |
| BAY00045647 | BAY00148215 | BAY00205159 |
| BAY00046543 | BAY00148617 | BAY00205249 |

| | | |
|---|---|---|
| BAY00205249 | BAY00225314 | BAY00328179 |
| BAY00205253 | BAY00226855 | BAY00328179 |
| BAY00205253 | BAY00227207 | BAY00564120 |
| BAY00205262 | BAY00227385 | BAY00564120 |
| BAY00205264 | BAY00231541 | BAY00581176 |
| BAY00205268 | BAY00279947 | BAY00641935 |
| BAY00206758 | BAY00279947 | BAY00675000 |
| BAY00206758 | BAY00280101 | BAY00675000 |
| BAY00206771 | BAY00289056 | BAY00704153 |
| BAY00206844 | BAY00290624 | BAY00704165 |
| BAY00208136 | BAY00291298 | BAY00730163 |
| BAY00225104 | BAY00291298 | BAY00835980 |
| BAY00225232 | BAY00320823 | BAY00963488 |
| BAY00225256 | BAY00321480 | BAY00975381 |
| BAY00225268 | BAY00322149 | BAY01276036 |
| BAY00225274 | BAY00323085 | BAY01618924 |
| BAY00225283 | BAY00325034 | BAY01983487 |

BAY02723001                 BAY05322498                 BHCAG0096880

BAY03498353                 BAY05717843                 BHCAG01059817

BAY04563869                 BAY06078326                 BHCAG0162552

BAY04572774                 BAY06569811

BAY04572778                 BAY06909810

AMICAR® (aminocaproic acid) Injection, Oral Solution, and Tablets [Package Insert] marketed by XANODYNE® PHARMACEUTICALS, INC. (Rev. 04/05 Code 909A00 AMPP0405-1782)

Avorn J.  Dangerous deception--hiding the evidence of adverse drug effects. N Engl J Med. 2006 Nov 23;355(21):2169-71

FDA Advisory Committee Briefing Document for the September 12, 2007 Joint Meeting of the Cardiovascular and Renal Drugs Advisory Committee and the Drug Safety and Risk Management Committee (Aug. 14, 2007) (available online at http://www.fda.gov/ohrms/dockets/ac/07/briefing/2007-4316b1-01-FDA.pdf)

FDA NEWS RELEASE: "FDA Requests Marketing Suspension of Trasylol." (Nov. 5, 2007) (available online at http://www.fda.gov/NewsEvents/Newsroom/PressAnnouncements/2007/ucm109021.htm)

FDA NEWS RELEASE: "Manufacturer Removes Remaining Stocks of Trasylol Access Limited to Investigational Use." (May 14, 2008) (available online at http://www.fda.gov/NewsEvents/Newsroom/PressAnnouncements/2008/ucm116895.htm)

Ferguson TB Jr.  Aprotinin--are there lessons learned? JAMA. 2007 Feb 7;297(5):527-9

Hiatt WR. Observational Studies of Drug Safety - Aprotinin and the Absence of Transparency. N Engl J Med. 2006 Nov 23;355(21):2171-3

Kincaid EH, Ashburn DA, Hoyle JR, Reichert MG, Hammon JW, Kon ND. Does the combination of aprotinin and angiotensin-converting enzyme inhibitor cause renal failure after cardiac surgery? Ann Thorac Surg. 2005 Oct;80(4):1388-93; discussion 1393

Perioperative Blood Transfusion and Blood Conservation in Cardiac Surgery: The Society of Thoracic Surgeons and The Society of Cardiovascular Anesthesiologists Clinical Practice Guideline. Ann Thorac Surg 2007;83:527-86

Ray WA, Stein CM. The aprotinin story--is BART the final chapter? N Engl J Med. 2008 May 29;358(22):2398-400

Responses and Objections of Defendants . . . to Plaintiffs' Interrogatories, MDL 1928 (Feb. 17, 2009)

Royston D. Comment on Ann Thorac Surg. 2005 Oct;80(4):1388-93; discussion 1393. Ann Thorac Surg. 2006 Oct;82(4):1575; and author reply 1575-6.

Shaw AD, Stafford-Smith M, White WD, Phillips-Bute B, Swaminathan M, Milano C, Welsby IJ, Aronson S, Mathew JP, Peterson ED, Newman MF. The effect of aprotinin on outcome after coronary-artery bypass grafting. N Engl J Med. 2008 Feb 21;358(8):784-93.

Wagener G, Gubitosa G, Wang S, Borregaard N, Kim M, Lee HT. Increased incidence of acute kidney injury with aprotinin use during cardiac surgery detected with urinary NGAL. Am J Nephrol. 2008;28(4):576-82

Zuckerman Spaeder LLP. Report on Trasylol for Bayer Corporation and Bayer AG (Aug. 2007)