# Exhibit A

Confidential - Dr. Ernst F. Weidmann

Page 395

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
- - -

CASE NO. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

IN RE:   TRASYLOL PRODUCTS
         LIABILITY LITIGATION - MDL 1928


This Document Related to All Actions.
- - -

C O N F I D E N T I A L

- - -

May 4, 2009

VOLUME 3

- - -


        Videotaped deposition of DR. ERNST F.

WEIDMANN, held in the offices of Freshfields

Bruckhaus Deringer, Strawinskylaan 10,

Amsterdam, The Netherlands, commencing at

9:09 a.m., on the above date, before

Michael E. Miller, a Federally-Approved

Registered Diplomate Reporter, Certified

Shorthand Reporter and Certified Realtime

Reporter.
- - -

        GOLKOW TECHNOLOGIES, INC.
        deps@golkow.com - 877.370.3377

ccf92b63-c469-4b9d-b343-ae0f41c410f3

Confidential - Dr. Ernst F. Weidmann

Page 490

1      Q.     This is after Bayer had entered

2    into discussions with Dr. Walker about

3    conducting the i3 study, correct?

4              MR. DERRINGER:  Object to form.

5      A.     We, that is to say I, had

6    already talked to Dr. Walker about the

7    possibilities of a study with Trasylol before

8    the 1st of May.

9    BY MR. BARR:

10     Q.     You know that Dr. Walker was

11   first contacted by Kuno Sprenger on

12   February 1, 2006, correct?

13     A.     Yes, and Dr. Sprenger did so in

14   consultation with myself.

15     Q.     And Dr. Walker provided a study

16   proposal to Bayer in March of 2006, correct?

17     A.     That's roughly the sequence of

18   events, yes.

19     Q.     And then you discussed the

20   proposal with the Trasylol Steering

21   Committee, correct?

22     A.     I presented the proposal.  I

23   mean, if you say discussed for -- discussion,

24   you need a longer time, and this was just a

ccf92b63-c469-4b9d-b343-ae0f41c410f3

Confidential - Dr. Ernst F. Weidmann

Page 491

1    brief presentation.

2         Q.      You were a member of the

3    Trasylol Steering Committee, right?

4         A.      Yes.

5         Q.      How often did the Trasylol

6    Steering Committee meet from the time of the

7    Mangano study, leading up to the Advisory

8    Committee meeting in September of 2006?

9         A.      I can't give you the exact

10   figure, but in this period of time, certainly

11   several times.

12        Q.      Were these in-person meetings,

13   teleconferences, or both?

14        A.      I think these were almost

15   exclusively teleconferences.

16        Q.      Were there regularly scheduled

17   teleconferences, or would just like an e-mail

18   notice or something like that go out saying,

19   "Let's have a meeting"?

20              MR. DERRINGER:  Object to form.

21        A.      I can't recall in detail, but

22   these were no fixed dates, or not

23   exclusively.

24   BY MR. BARR:

ccf92b63-c469-4b9d-b343-ae0f41c410f3

Confidential - Dr. Ernst F. Weidmann

Page 492

1        Q.     If you could estimate for me,
2    would you say y'all talked once a week, once
3    a month, once every other week?  I mean, give
4    me some idea of the frequency of y'all's
5    meetings.
6        A.     Well, as far as I can recall,
7    once, twice, three times, but more I'd say
8    one to two times per month.
9        Q.     And then after discussion with
10   the Trasylol Steering Committee, Bayer
11   ultimately approved the i3 study, and a
12   contract was entered with Dr. Walker and i3,
13   correct?
14       A.     Yes, ultimately.
15       Q.     And that was done in June of
16   2006, correct?
17       A.     Yes.
18       Q.     And the study was specifically
19   approved by Dr. Malik, correct?
20       A.     I signed the contract, and as
21   far as I can remember, there was an oral
22   agreement in addition.
23       Q.     I appreciate that answer, but
24   that wasn't my question.

ccf92b63-c469-4b9d-b343-ae0f41c410f3

Confidential - Dr. Ernst F. Weidmann

Page 513

1   there were difficulties associated with that,

2   so that I always hoped it would work, but I

3   was never quite sure.

4          Q.     It did work, didn't it?

5          A.     We received the report on the

6   14th of September, but I think it was because

7   of the short processing time we found many

8   questions with the study.

9               THE INTERPRETER:  Interpreter's

10          correction:  "Maybe also because of

11          the short processing time, we found

12          many questions with the study -- or

13          problems with the study."

14   BY MR. BARR:

15          Q.     Looking back at the Zuckerman

16   Spaeder report, same paragraph we were just

17   reading from, it says, "Dr. Weidmann also

18   said he told Dr. Scheeren that the timelines

19   for the i3 study had been shortened to

20   produce preliminary results before the

21   Advisory Committee meeting."

22               Did I read that right?

23          A.     Yes, that's what it says here.

24          Q.     Did you tell Dr. Scheeren that

ccf92b63-c469-4b9d-b343-ae0f41c410f3

Confidential - Dr. Ernst F. Weidmann

Page 569

                    IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF FLORIDA
                    WEST PALM BEACH DIVISION
                             - - -

        CASE NO. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

        IN RE:  TRASYLOL PRODUCTS
                LIABILITY LITIGATION - MDL 1928


        This Document Related to All Actions.
                             - - -

                    C O N F I D E N T I A L

                             - - -

                        May 5, 2009

                         VOLUME 4

                             - - -


            Videotaped deposition of DR. ERNST F.

        WEIDMANN, held in the offices of Freshfields

        Bruckhaus Deringer, Strawinskylaan 10,

        Amsterdam, The Netherlands, commencing at

        9:03 a.m., on the above date, before

        Michael E. Miller, a Federally-Approved

        Registered Diplomate Reporter, Certified

        Shorthand Reporter and Certified Realtime

        Reporter.
                             - - -

                    GOLKOW TECHNOLOGIES, INC.
                deps@golkow.com - 877.370.3377

8ac17118-597c-4ac7-a1ac-adec8310e7cc

Confidential - Dr. Ernst F. Weidmann

Page 721

1    were treated with dialysis before they ever

2    got to the hospital?

3            MR. BARR:  Object to form.

4        A.      Correct.

5    BY MR. DERRINGER:

6        Q.      Dr. Weidmann, did you share the

7    preliminary report that you received from i3

8    on September 14th with anybody at Bayer,

9    other than Dr. Sprenger, prior to the

10   Advisory Committee meeting?

11       A.      No.

12       Q.      Did you share the

13   September 14th preliminary report from i3

14   with the FDA prior to the Advisory Committee

15   meeting?

16       A.      No.

17       Q.      Why not?

18       A.      Because I had considerable

19   concerns and doubts about the scientific

20   validity of the study, and I did not feel

21   myself in a position to answer any possible

22   questions about these problems before I had

23   these answers available.

24       Q.      Who made the decision not to