# Exhibit C

```
From: Michael Rozycki
Sent: Monday, October 02, 2006 11:57 PM
To: Anita Shah; Paul MacCarthy; Kemal Malik; Juan Nadal; Pam Cyrus;
Terry Taylor; Donna Bibbins; Pavur Sundaresan; Horst Heimbach; Guenter
Huebner; Manoj Saxena; Gabriele Fischer; Michael Rozycki; Joseph
Scheeren; Maryann Graham; Robert Haydu; Janet Herrington; Margaret
Foley; Barbara Gansewendt; Frances Sudusky; Joan Dunham; Nada Glavan;
Patricia Vidal; Thomas Chin; Ed Tucker; Andrea Nadel; Eckhard v. Keutz;
Friedrich-Wilhelm Jekat; Wolfgang Rossberg; Stanley Horton; Val Pascale;
Thom Segerson; Stephen Zaruby; Sue Rogers; Debora Welch; Max Wegner;
Jennifer Maurer; Christian Hasenfratz; Matthias Hoepfner; Bob Harrison;
Klaus Boeckmann; Katja Willms; Hans-Robert Reh; Lois Cochrane; Mel
Lederman; Blair Robertson; Michael Fournel; Carol Moore; Renate Block;
Gabriele Braeunlich; Rolf Brockmeyer; Reinhard Fescharek; Naoto
Shiraiwa; Isabelle Stoeckert; Gudrun Theiss; Ernst Weidmann; Andrea
Wolf; Yuji Yano; Karen Denton; Howard Dorfman; Meredith Fischer; Staci
Gouveia; Allen Heller; William Shank; Paolo Pucci; Shona Reilly; Lena
Sellman; Markus Pickel; Carrie Ku; Mitchel E. Trujillo; Michael Diehl;
David Brueckner; David van Veenhuyzen; Kerstin Stege; Kuno Sprenger;
Joseph Akers; James Whelan; Susanne Poloski; Doug Pearson
Subject: CONFIDENTIAL - Contact Report. Phone re BAY a 0128-Trasylol NDA
20-304 on 09 28 2006

Subject: CONFIDENTIAL - Contact Report. Phone re: BAY a 0128-Trasylol  (NDA
20-304) on 09/28/2006

Purpose:
FDA request for timeline for events pertaining to i3 Drug Safety report

Executive Summary:
On September 28, 2006, Dr. Kyong Kang, Supervisory Consumer Safety Officer in
the Division of Medical Imaging and Hematology Products (DMIHP) called me.
She said that she had the following individuals with her: Dr. George Mills
(Director  (DMIHP))
Dr. Karen Weiss (Deputy Director, Office of Oncology Drug Products (OODP))
Dr. Dwaine Rieves (Deputy Director, DMIHP) Dr. Mills explained that he had
been out of the office on September 27, but had been made aware of the events
surrounding the new epidemiological study, and he confirmed receipt of the
report that I had faxed to the DMIHP on September 27. He said that the
situation was being monitored by the senior management of the FDA, and that,
to assist the FDA in understanding what had happened, it would be helpful if
Bayer submitted a timeline or chronology to list all key milestones in the
development and execution of the study, including: When the study was first
proposed to Dr. Walker
When it was initiated
When any interim results were made available to Bayer
When the study report was made to available to Bayer
When any other discussion took place between the investigators and Bayer
regarding the results of the study Dr. Mills also asked that Bayer provide a
listing of key discussions and interactions between Bayer and the FDA which
might have afforded an opportunity for Bayer to discuss the study with the
FDA. He asked whether I could provide this before the end of the business
day, and I replied that I could. Dr. Weiss added that she realized that they
were asking for a lot of information in a short time. She added that it would
be best if Bayer could "send [FDA] what you have at the end of the day," and
that if there was more information that needed to be assembled, Bayer could
send an addendum on the next day. Dr. Mills then said that Ms. (Tiffany)
Brown was out of the office for the day and asked me to fax Bayer's response
to Dr. Kang. I indicated that I would do this and the conversation ended
cordially.

Please follow the doclink to view the document ===>>
```

Confidential - Subject To Protective Order

BAYUS00416868