# Exhibit D

```
From: Michael Rozycki
Sent: Friday, September 29, 2006 6:12 PM
To: Anita Shah; Paul MacCarthy; Kemal Malik; Juan Nadal; Pam Cyrus;
Terry Taylor; Donna Bibbins; Pavur Sundaresan; Horst Heimbach; Guenter
Huebner; Manoj Saxena; Gabriele Fischer; Michael Rozycki; Joseph
Scheeren; Maryann Graham; Robert Haydu; Janet Herrington; Margaret
Foley; Barbara Gansewendt; Frances Sudusky; Joan Dunham; Nada Glavan;
Patricia Vidal; Thomas Chin; Ed Tucker; Andrea Nadel; Eckhard v. Keutz;
Friedrich-Wilhelm Jekat; Wolfgang Rossberg; Stanley Horton; Val Pascale;
Thom Segerson; Stephen Zaruby; Sue Rogers; Debora Welch; Max Wegner;
Jennifer Maurer; Christian Hasenfratz; Matthias Hoepfner; Bob Harrison;
Klaus Boeckmann; Katja Willms; Hans-Robert Reh; Lois Cochrane; Mel
Lederman; Blair Robertson; Michael Fournel; Carol Moore; Renate Block;
Gabriele Braeunlich; Rolf Brockmeyer; Reinhard Fescharek; Naoto
Shiraiwa; Isabelle Stoeckert; Gudrun Theiss; Ernst Weidmann; Andrea
Wolf; Yuji Yano; Karen Denton; Howard Dorfman; Meredith Fischer; Staci
Gouveia; Allen Heller; William Shank; Paolo Pucci; Shona Reilly; Lena
Sellman; Markus Pickel; Carrie Ku; Mitchel E. Trujillo; Michael Diehl;
David Brueckner; David van Veenhuyzen; Kerstin Stege; Kuno Sprenger;
Joseph Akers; James Whelan; Susanne Poloski; Doug Pearson
Subject: CONFIDENTIAL - Contact Report. Fax re BAY a 0128-Trasylol NDA
20-304 on 09 28 2006

Subject: CONFIDENTIAL - Contact Report. Fax re: BAY a 0128-Trasylol  (NDA
20-304) on 09/28/2006

Purpose:
Fax timeline of communications between i3 Drug Safety and Bayer

Executive Summary:
On September 28, 2006, Bayer faxed to the FDA a timeline of communications
between i3 Drug Safety and Bayer which led to the development and execution
of an epidemiological study to study mortality and cardiovascular and renal
outcomes in recipients of aprotinin, aminocaproic acid and tranexamic acid
during CABG Surgery. The timeline also included key interactions between the
FDA and Bayer from January 2006 through September 2006. A copy of the fax is
attached below.

Please follow the doclink to view the document ===>>
```

Confidential - Subject To Protective Order

BAYUS00374676