# Exhibit E

Page 1

```
     IN THE UNITED STATES DISTRICT COURT
    FOR THE SOUTHERN DISTRICT OF FLORIDA
          WEST PALM BEACH DIVISION
                 -  -  -

CASE NO. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

IN RE:   TRASYLOL PRODUCT
         LIABILITY LITIGATION - MDL 1928

This Document Relates to All Actions.
                 -  -  -
           C O N F I D E N T I A L

                 -  -  -
              April 21, 2009
                 -  -  -
```

Videotape deposition of PROF DR.

KUNO B.G. SPRENGER, held in the offices

of Freshfields Bruckhaus Deringer,

Postbus 75299, 1070 AG Amsterdam

commencing at 9:08 a.m., on the above

date, before Linda L. Golkow, a

Federally-Approved Registered Diplomat

Reporter, Certified Shorthand Reporter

and Certified Realtime Reporter.

                    -  -  -




           GOLKOW TECHNOLOGIES, INC.
       deps@golkow.com - 877.370.3377

Confidential - Prof Dr. Kuno B.G. Sprenger

Page 81

1  responsibility, along with Dr. Weidmann,
2  for managing the development of the i3 on
3  behalf of Bayer?
4              MR. DERRINGER:  Object to
5        form.
6              THE WITNESS:  Yes.
7  BY MR. LOVE:
8        Q.    And if we go down to the
9  last sentence of Question 3, it says,
10 "They received the Preliminary Report for
11 the i3 study no later than September 14,
12 2006."
13             Is that a correct statement?
14             MR. DERRINGER:  Object to
15       form.
16             THE WITNESS:  Yes, that's
17       correct.
18 BY MR. LOVE:
19       Q.    I mean, you received the i3,
20 along with Dr. Weidmann, on September
21 14th, 2006, correct?
22             MR. DERRINGER:  Object to
23       form.
24             THE WITNESS:  That is

Golkow Technologies, Inc. - 1.877.370.DEPS

190d4745-c750-4412-a810-dbb02eeb7e4a

Confidential - Prof Dr. Kuno B.G. Sprenger

Page 82

```
 1          correct.
 2     BY MR. LOVE:
 3          Q.   Go to the next page, Page 3,
 4     if you could.
 5          A.   (Witness complies.)
 6          Q.   It says "Answer to Question
 7     #4:  Bayer did not disclose the findings
 8     and conclusions from the Preliminary
 9     Report on or before September 21, 2006,
10     because Drs. Weidmann and Sprenger did
11     not advise BPC, FDA, or the Advisory
12     Committee that they had received the
13     Preliminary Report."
14               Is that a true statement?
15          A.   Yes.
16               MR. DERRINGER:  Scott, I
17          know I said I'm not going to ask
18          you to read the whole report, but
19          I think under optional
20          completeness, we need to read the
21          next sentence.
22               Is that okay, Your Honor?
23               SPECIAL MASTER BORG:  Mr.
24          Love, any objection to that?
```

Golkow Technologies, Inc. - 1.877.370.DEPS

190d4745-c750-4412-a810-dbb02eeb7e4a

Confidential - Prof Dr. Kuno B.G. Sprenger

Page 83

1        MR. LOVE: All I was trying
2   to establish was that Weidmann and
3   Sprenger didn't advise anybody
4   they had the preliminary results.
5   So, yes, this is my opportunity to
6   question the witness, not my
7   opportunity to ask questions that
8   Bayer wants to ask.
9        MR. DERRINGER: The
10  following sentence explains why
11  they did not disclose the results.
12       SPECIAL MASTER BORG: Okay.
13  Well, let's read it in.
14       MR. DERRINGER: "Drs.
15  Weidmann and Sprenger concluded
16  that the i3 study as executed
17  departed substantially from the
18  March 2006 proposal under which it
19  was based. Drs. Weidmann and
20  Sprenger identified serious
21  questions about the study's
22  quality."
23       SPECIAL MASTER BORG: Okay.
24       Go ahead, Mr. Love.

Golkow Technologies, Inc. - 1.877.370.DEPS

190d4745-c750-4412-a810-dbb02eeb7e4a