# Exhibit F

Page 390

```
     IN THE UNITED STATES DISTRICT COURT
   FOR THE SOUTHERN DISTRICT OF FLORIDA
          WEST PALM BEACH DIVISION
                   - - -

CASE NO. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON


IN RE:   TRASYLOL PRODUCT
         LIABILITY LITIGATION - MDL 1928


This Document Relates to All Actions.

                   - - -

          C O N F I D E N T I A L

                   - - -

             February 6, 2009

                   - - -
```

Continued videotape deposition of MICHAEL ROZYCKI, Ph.D., held in the offices of Sidley Austin LLP, 787 Seventh Avenue, New York, New York 10019, commencing at 9:04 a.m., on the above date, before Linda L. Golkow, a Federally-Approved Registered Diplomat Reporter, Certified Shorthand Reporter and Certified Realtime Reporter.

```
                   - - -

         GOLKOW TECHNOLOGIES, INC.
    877.370.3377 ph | 917.591.5672 fax
             deps@golkow.com
```

Confidential - Michael Rozycki, Ph.D.

Page 776

1    Brown at 8:05 on September 27th.
2    BY MR. LOVE:
3    Q.   Bayer is finally telling the
4    FDA for the first time of the existence
5    of the study and the preliminary results,
6    correct?
7    A.   Correct.
8    Q.   Six days after the AdCom
9    meeting, correct?
10   A.   Correct.
11   Q.   Six days after the AdCom,
12   advisory committee meeting, members have
13   voted 18 to 1 in favor of Trasylol,
14   correct?
15   A.   Correct.
16   Q.   And you say, "I told her
17   that Bayer had received some news
18   regarding an epidemiologic study that it
19   had contracted for with a company called
20   i3 Drug Safety."
21   Did I read that correctly?
22   A.   Yes.
23   Q.   Further down, highlighted
24   for your convenience, you say, "I told

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Michael Rozycki, Ph.D.

Page 777

1   her that Bayer had received preliminary
2   results of the study just prior to the
3   September 21, 2006 Advisory Committee
4   meeting, but that in Bayer's review of
5   the initial report, it appeared that the
6   study had not been conducted in
7   accordance with the agreed-upon proposal
8   for the study, that Bayer was still in
9   discussion with Dr. Walker to resolve
10  those differences, and that for this
11  reason, the study results had not been
12  discussed in advance of the September 21
13  Advisory Committee meeting."
14          Did I read that correctly?
15      A.  Yes.
16      Q.  So, you're telling Ms. Brown
17  that the reason we didn't disclose it was
18  because the study wasn't conducted in
19  accordance with the agreed-upon proposal
20  for the study, right?
21          MR. DERRINGER:  Objection.
22          THE WITNESS:  Yes.
23  BY MR. LOVE:
24      Q.  And that you were still in