# Exhibit G

**EXPERT REPORT of**
**SUZANNE PARISIAN, M.D.**

August 18, 2009

Prepared at the Request of
The Trasylol Products Liability Plaintiffs' Steering Committee

155. DDMAC also objected to an article entitled "Aprotinin Reported to Diminish Bypass-Induced Inflammation" that promoted the use of aprotinin in myocardial revascularization operations. The overly broad use of aprotinin in all myocardial revascularizations was inconsistent with the approved product labeling. Additionally, the article promoted the use of aprotinin "to reduce bypass-induced inflammation for which Bayer ha not submitted data to demonstrate the efficacy or safety thereof." (BAY05635345-6; Harrison Exhibit No. 34).

## ISSUE #3

### III. BAYER'S INTERACTIONS WITH FDA REGARDING REPORTING AND INVESTIGATION OF RISKS FOR APROTININ

**OPINION #5:**

Bayer disregarded its obligation and duties for providing FDA timely and accurate reports of risks being associated with Trasylol in both unpublished and published studies. (21 CFR § §314.80 and 314.81) FDA was not provided in a timely manner with significant risk information in Bayer's sponsored St. George Hospital Retrospective Study; Kress & Stone Study; Dr. White's Hartford Hospital Study and an i3 pharmacoepidemiological study. Bayer also failed to test and update FDA, physicians or its labeling with safety information derived from published medical literature regarding renal effects of co-administration with ACE Inhibitors.

**OPINION #6:**

Bayer failed to fully disclose to FDA prior to September 2006 that it had sponsored a pharmacoepidemiological safety study conducted by i3 to address risks of renal failure, thrombosis and death. Bayer delayed in providing FDA with i3 initial results until after FDA's September 2006 Advisory Panel meeting had been held about the safety of Trasylol. Bayer's actions denied FDA an opportunity to reschedule its Advisory Panel meeting until after it had received and reviewed the i3 data. The outcome of the meeting would have been different, and in fact label changes did later result as a consequence of the i3 data.

### ix. I3 HAS ITS PRELIMINARY SAFETY REPORT AVAILABLE FOR BAYER FOR MORTALITY, CARDIOVASCULAR AND RENAL OUTCOMES BY <u>SEPTEMBER 13, 2006</u>

305.  The authors of the i3 study provided to Bayer in Spetember 2006 are listed as S. Schneeweiss, MD, ScD, J. Seeger, PharmD, DrPH, and A. Walker, MD, DrPH, with analyst J. Landon, MPH. As requested by Bayer, the i3 study had been completed prior to the FDA's Advisory Committee Meeting on September 21, 2006. The study identified a population of 66,435 patients undergoing CABG surgery. All patients received antifibrinolytic therapy during a three-year period starting April 1, 2003. About 44% of the population had received aprotinin and 54% aminocaproic acid, with the few remaining patients receiving tranexamic acid and included with aminocaproic acid recipients. The findings of the i3 aprotinin study:

> With multivariate adjustment, the estimated risks were higher for aprotinin recipients than for recipients of other antifibrinolytics with respect to acute renal failure (RR=1.70; 95% CI 1.55-1.86); death (RR=1.68; 1.53-1.84); acute heart failure (RR=1.08; 1.03-1.14); and stroke (RR=1.20; 1.07-1.35). In adjusted analyses, there were similarly increased relative risks associate with aprotinin use, as opposed to aminocaproic acid or tranexamic acid, for acute heart failure (RR=1.4), stroke (RR=1.36), acute renal failure (RR=1.75), and all cause in-hospital death (RR=1.84). Risks of acute coronary revascularization were similar in the compared groups (RR=1.17)...
>
> The findings of this analysis of the experience of patients undergoing CABG, with nearly 30,000 aprotinin recipients in comparison to some 37,000 recipients of other antifibrinolytic agents, support the hypothesis that there is a higher risk of death and acute renal failure in aprotinin recipients. We recommend and have begun a process of review of individual patient records to assess the quality of covariate data, and to permit further adjustments if necessary.(BAY00730156-61)

306.  Alec Walker sent an email to K. Sprenger with a copy to E. Weidemann dated September 14, 2006 (Thursday, one week before FDA's Advisory Meeting of Thursday September 21, 2006):

> As I have not received confirmation that you received last night's delivery of the report, I am resending it. Could you confirm receipt? Ernst, could you also let me know that you have received it? Thanks very much and looking forward to our discussion at 10 this morning. (BHCAG01122373)

307. E. Weidmann replied back to Dr. Walker still on September 14, 2006 about a possible meeting on September 18 (Monday):

> I have received the report. Unfortunately Kuno and I will not be available for a discussion before Monday. Kuno will try to set up a new appointment with you asap. (BHCAG01122371)

### x. BAYER FAILED TO DISCLOSE TO FDA EXISTENCE OF i.3 DRUG SAFETY STUDY FOR APROTININ PRIOR TO FDA'S ADVISORY PANEL

308. On June 23, 2006, FDA's Cathy Group, RN, BSN, Health Services Administrator, FDA Advisors and Consultants staff had first sent a letter to Bayer regarding the Agency's proposal to have a September 21, 2006 Advisory Meeting for the purpose to discuss Trasylol's clinical data and safety. The Advisory meeting was to follow FDA's issuance of a February 8, 2006 Public Health Advisory for aprotinin after the release of the *NEJM* article by Mangano and *Transfusion* article by Karkouti.

309. FDA enclosed a copy of its December 1999, Guidelines for Industry, "*Disclosing Information Provided to Advisory Committees in Connection with Open Advisory Committee Meetings Related to the Testing or Approval of New Drugs and Convened by the Center for Drug Evaluation and Research, Beginning on January 1, 2000*". Bayer was to submit a "fully releasable" background package intended for the Advisory Committee meeting on or before August 18, 2006 (BAY00291559-73). FDA would send Bayer its own proposed background materials by August 30, 2006. The final discussions with the sponsor, regarding the redaction of exempt materials from the Division's Background package had to be completed by September 8,

2006. FDA requested to receive the names of all proposed Bayer speakers and titles of presentations for inclusion in the agenda. FDA also wanted the names of any and all consultants attending the meeting on behalf of Bayer. The number of consultants/attendees accompanying Bayer at the meeting should be limited to 20-25 attendees. Based on seating limitations, additional Bayer attendees may be asked to sit in a designated overflow room in the building.

310.   The i3 Study Proposal had been finalized with Bayer by June 2006. There had been ample time for Bayer to have informed FDA that it was conducting an i3 Drug Safety Study. In May 2006, FDA indicated that a larger safety study was needed by Bayer to address the risks of aprotinin. Again, another opportunity for Bayer to follow-up and inform FDA that Bayer was negotiating with i3 Drug Safety to conduct a large observational safety study designed to address the risks of aprotinin raised by articles published by Mangano and Karkouti. In July 2006, FDA was provided with Bayer's submission materials supportive of safety and efficacy of aprotinin. This was another opportunity not used by Bayer to inform FDA about the i3 Drug Safety study.

311.   Upon learning of the availability of a future Bayer epidemiological safety information, FDA would have at least had an option to reschedule the Advisory Panel meeting for aprtoinin until after the Agency had time to review the i3 Drug Safety study information in terms of its relationship to the findings of Mangano and Karkouti. By Bayer failing to even inform the FDA of the i3 study, Bayer took away FDA's options about when to have the meeting. (This opinion was supported in Bayer's October 2, 2006 Contact Report with FDA and Dr. Weiss, Deputy Director of Office of Oncology Drug products, (BAY04246887, Exhibit Shah 28)).

312. Bayer's presentation slides for the FDA's Advisory Meeting began with a discussion of aprotinin's efficacy and safety data derived from its 45 global Bayer randomized controlled CABG trials conducted in 4413 patients (full-dose aprotinin or placebo). As not discussed by Bayer, unlike "real-world" patients, the patients enrolled in Bayer's trials had CABG surgical procedures optimized, Bayer's patients enrolled all fulfilled pre-specified inclusion and exclusion criteria, the surgical procedures reflect CABG surgical techniques from the early 1990s. There was no reference by Bayer to even the existence of results from its i3 Drug Safety Study.

313. In response to the non-Bayer observation studies, Bayer communicated about those studies to FDA and other global regulatory authorities; it notified healthcare providers; it conducted its own comprehensive review of the data; it revised investigator brochures and informed consents and provided expert evaluation of publication methodologies to the regulatory authorities. Yet, Bayer failed to fully and accurately disclose to FDA or the Advisory Panel members or physicians that it had conducted a Bayer-supported observational study with almost 67,000 patients with i3. Bayer provided its own public review of deficiencies in Mangano and Karkouti datasets, while aware that its own real-world observational dataset with aprotinin supported their findings.

314. In Bayer's summary slide for the Advisory Panel, Bayer maintained that the total sample size from all of its RCTs, all efficacy studies, was larger than the observational studies. However, no information was provided by Bayer of its own observational study with a population of 66,435 patients, 30,000 receiving aprotinin. According to Bayer, randomized, well-controlled trials (RCTs) are the "gold standard" for assessing true treatment differences.

The analytic methods to correct for baseline imbalances in the Karkouti study were generally appropriately applied. Analytic methods to correct for numerous and highly significant baseline imbalances in the Mangano study were incorrectly applied. Additional issues also were raised by Bayer leading towards questioning the validity of the observational risk findings. Bayer's expressed opinion was that the Mangano observational study results "should not be considered reliable". At all times throughout the Advisory Panel meeting, Bayer failed to disclose its preliminary results of its own observational study were available on September 13, 2006 and supported Mangano's observational conclusions about increased risks of aprotinin.

315. Following the apparent success of the Bayer's presentation at the FDA Advisory Committee meeting, convincing the Advisory Panel members of the safety of aprotinin and unreliability of the Mangano data, Guenter Hueber, Bayer, sent out an internal email to the Bayer Advisory Committee (AdCom) members titled "Congratulations!":

> I have been very impressed by the AdCom discussion yesterday! The preparation of the group was superb!
>
> Dear Mike, Pam, Allen, and Paul
>
> I would like to thank you very much for the marvelous presentations and all the excellent answers to the questions asked by the AdCom members. My thanks also extend to the many more colleagues and the external advisors who have diligently helped to prepare for all this.
>
> I am very pleased that nothing could take us by surprise, given our long experience with the product, its caveats, and how to use it best.
>
> Let me now express my hearty wish for a forward-looking decision regarding the aprotinin product line to further improve on use possibilities in the future. (BAY01276036)

    xi. **I3 EMAIL TO BAYER DISCUSSES BAYER'S LACK OF ADEQUATE DISCLOSURE**

316.   Dr. Walker emailed Dr. Sprenger on September 22, 2006 titled "Follow-up on Advisory Panel":

> My colleagues and I listened to much of the aprotinin advisory panel meeting yesterday, including all the Bayer presentation, and we have reviewed the news reports coming out of the meeting.
>
> I am concerned that there was no mention of our work at the meeting and that our findings apparently played no part in the panel's decision.
>
> I feel strongly that the FDA must be made aware of our report and have the chance to review the report in its entirety as soon as possible. If the FDA has received the report could you please send me confirmation of receipt of the document?
>
> I think that is advisable for use to talk.... (BAY03498393)

## 10) BAYER GIVES FDA THE RESULTS OF i3 APROTININ STUDY

317.   Bayer's Contact Report with FDA has an email from Dr. M. Rozycki dated October 2, 2006 to FDA which indicates that Mr. Brown, FDA, called him at 11AM with other members of FDA. FDA had questions that they wanted to ask Bayer right away.   Dr. D. Pan, Director, Office of Surveillance and Epidemiology, CDER stated that it had come to his attention that Bayer had results of a new epidemiology study about risk of aprotinin and other antifibrinolytics for CABG surgery patients and that Bayer had possessed that data prior to September 21, 2006 and the FDA's Advisory Panel Committee Meeting. Dr. Pan asked *"if this was true?"* Dr. Rozycki recorded that he replied (underlining added for emphasis):

> Bayer had initiated the study in late June of 2006 and that Bayer had received preliminary results of the study on September 14, 2006, but that Bayer had a number of questions with regard to the execution and analysis of the study for which it was in dialogue with the investigator, Dr. Alex Walker. I said that because these questions were still under discussion at the time of the September 21, 2006 advisory committee meeting, the study was not discussed during the meeting. Dr. Walker (*sic) then asked when FDA would receive the report. I

188

replied that I had discussed with Ms. Brown earlier in the morning that I would fax her the report, as well as a protocol and a document of Bayer's questions to Dr. Walker and Dr. Walker's responses, later in the morning. Dr. Walker(*sic) then said that he found the situation to be "very concerning" in light of the fact that the Cardio-Renal Advisory Committee had convened the week before to discuss similar data for other studies and had not been made aware that additional data had been obtained that might be relevant to the discussion. He indicated that his group in the OSE would need to review the report as soon as possible. He added that the situation had "generated questions" among management at the FDA about how the Advisory Committee meeting had been conducted. At this point, Dr. Weiss said that she, also, was very concerned about the fact that Bayer had data relevant to the discussion at the September 21, 2006 advisory committee meeting that had not been disclosed at the meeting. She added that, <u>had the FDA known about this data, it would have been possible to reschedule the advisory committee meeting to ensure the proper time had been given to reviewing the data</u>. The question was raised by the FDA as to whether anyone besides Dr. Walker and Bayer had reviewed the report. I replied the study had been reviewed by Dr. Samy Suissa of McGill University. I explained that Bayer expected to have an initial assessment tot eh FDA as soon as it was available. The FDA then repeated that it needed to review the report as soon as possible…The conversation then ended in a strained atmosphere. (BAY04246887; Exhibit 28 Shah)

### 11) FDA IN 2006 WARNS PHYSICIANS ABOUT TRASYLOL'S RENAL RISKS AND REVISION OF TRASYLOL'SAPPROVED INDICATIONS

318. The FDA's alert was issued to highlight FDA's important revision to the full prescribing information for Trasylol. The new label for Trasylol (December 2006) was to have a <u>more focused indication for use</u>; a Warning about <u>renal dysfunction;</u> a revised Warning about anaphylactic reactions; and a new Contraindication. Trasylol was now to be indicated *only* for prophylactic use to reduce peri-operative blood loss and the need for blood transfusion *in patients who are at an increased risk for blood loss* and blood transfusion undergoing cardiopulmonary bypass in the course of coronary artery bypass graft in (CABG) surgery. FDA had narrowed the approved indication for Trasylol.

319. FDA's alert continued that two articles published in January 2006 reported the results of new safety studies for Trasylol. The safety studies indicated a higher risk of death and