# Exhibit A

# EXPERT REPORT of
# SUZANNE PARISIAN, M.D.

August 18, 2009

Prepared at the Request of
The Trasylol Products Liability Plaintiffs' Steering Committee

155. DDMAC also objected to an article entitled "Aprotinin Reported to Diminish Bypass-Induced Inflammation" that promoted the use of aprotinin in myocardial revascularization operations. The overly broad use of aprotinin in all myocardial revascularizations was inconsistent with the approved product labeling. Additionally, the article promoted the use of aprotinin "to reduce bypass-induced inflammation for which Bayer ha not submitted data to demonstrate the efficacy or safety thereof." (BAY05635345-6; Harrison Exhibit No. 34).

## ISSUE #3

### III. BAYER'S INTERACTIONS WITH FDA REGARDING REPORTING AND INVESTIGATION OF RISKS FOR APROTININ

#### OPINION #5:

Bayer disregarded its obligation and duties for providing FDA timely and accurate reports of risks being associated with Trasylol in both unpublished and published studies. (21 CFR § §314.80 and 314.81)   FDA was not provided in a timely manner with significant risk information in Bayer's sponsored St. George Hospital Retrospective Study; Kress & Stone Study; Dr. White's Hartford Hospital Study and an i3 pharmacoepidemiological study.  Bayer also failed to test and update FDA, physicians or its labeling with safety information derived from published medical literature regarding renal effects of co-administration with ACE Inhibitors.

#### OPINION #6:

Bayer failed to fully disclose to FDA prior to September 2006 that it had sponsored a pharmacoepidemiological safety study conducted by i3 to address risks of renal failure, thrombosis and death.  Bayer delayed in providing FDA with i3 initial results until after FDA's September 2006 Advisory Panel meeting had been held about the safety of Trasylol.  Bayer's actions denied FDA an opportunity to reschedule its Advisory Panel meeting until after it had received and reviewed the i3 data.   The outcome of the meeting would have been different, and in fact label changes did later result as a consequence of the i3 data.