# Exhibit A

**Attachments:** Parisian Documents considered.xls

**From:** Ronca, James R. [mailto:jronca@anapolschwartz.com]
**Sent:** Wednesday, September 23, 2009 2:10 PM
**To:** steven.derringer@bartlit-beck.com; Schoon, Eugene A.; RDandrea@eckertseamans.com
**Cc:** Aaron Heckaman; Alyssa Daniels ; Brian Barr; David Matthews; David Miceli; Doug Monsour; Elizabeth Ellis Chambers; Fred Thompson; Gerard Stranch; Joe Osborne; Joe Whatley; John Carey; John Duane; Karen Beyea-Schroeder; kgardner@motleyrice.com; Kristian Rasmussen; Marc Bern; Michael Moreland; Neal Moskow; Neil Overholtz; Ronca, James R.; Scott Love; SPALMER@MOTLEYRICE.COM; Ted Babbitt
**Subject:** Parisian Documents considered

Steve,
Here is a spreadsheet of the Parisian documents. Please let me know if you want more specific information or copies of any of them .
I believe they are all referenced in the report
Thanks
Jim


James R. Ronca, Esq.
Anapol Schwartz
1710 Spruce Street
Philadelphia, PA 19103
jronca@anapolschwartz.com
www.anapolschwartz.com

215-735-1130
866-735-2792 toll free
215-875-7758 fax

252 Boas Street
Harrisburg, PA 17102
717-901-3500
717-909-0300 Harrisburg fax

|   | A | B |
|---|---|---|
| 1 |   |   |
| 2 |   |   |
| 3 |   | BAY04987012 |
| 4 |   | BAY01061644 |
| 5 |   | BHCAG02712206 |
| 6 |   | BHCAG02712203 |
| 7 |   | BHCAG02659465 |
| 8 |   | BHCAG02659464 |
| 9 |   | BAY02384720 |
| 10 |   | BAY04326621 |
| 11 |   | BAY00980168 |
| 12 |   | BHCAG00972547 |
| 13 |   | BHCAG00969514 |
| 14 |   | BAY01060448 |
| 15 |   | BHCAG03688053 |
| 16 |   | BHCAG02690954 |
| 17 |   | BHCAG02691810 |
| 18 |   | BHCAG02691851 |
| 19 |   | BHCAG02691902 |
| 20 |   | BHCAG02726958 |
| 21 |   | BHCAG02757008 |
| 22 |   | BAY00664087 |
| 23 |   | BHCAG02690954 |
| 24 |   | BHCAG02691756 |
| 25 |   | BAYCS00807051 |
| 26 |   | BAY02575228 |
| 27 |   | BAY00000857 |
| 28 |   | BAY00000881 |
| 29 |   | BAY00009656 |
| 30 |   | BAY00009999 |
| 31 |   | BAY00010196 |
| 32 |   | BAY00010633 |
| 33 |   | BAY00010775 |
| 34 |   | BAY00024559 |
| 35 |   | BAY00035434 |
| 36 |   | BAY00036421 |
| 37 |   | BAY00041117 |
| 38 |   | BAY00041134 |
| 39 |   | BAY00044402 |
| 40 |   | BAY00044797 |
| 41 |   | BAY00044863 |
| 42 |   | BAY00044971 |
| 43 |   | BAY00045647 |
| 44 |   | BAY00046543 |
| 45 |   | BAY00046631 (pages 128-274) |
| 46 |   | BAY00072097 |

| | A | B |
|---|---|---|
| 47 | | BAY00083568 |
| 48 | | BAY00083611 |
| 49 | | BAY00083675 |
| 50 | | BAY00083713 |
| 51 | | BAY00103812 |
| 52 | | BAY00103862 |
| 53 | | BAY00103888 |
| 54 | | BAY00103910 |
| 55 | | BAY00105588 |
| 56 | | BAY00110590 |
| 57 | | BAY00110968 |
| 58 | | BAY00110989 |
| 59 | | BAY00111214 |
| 60 | | BAY00111223 |
| 61 | | BAY00111239 |
| 62 | | BAY00111244 |
| 63 | | BAY00111247 |
| 64 | | BAY00111248 |
| 65 | | BAY00111249 |
| 66 | | BAY00111250 |
| 67 | | BAY00111251 |
| 68 | | BAY00111262 |
| 69 | | BAY00111284 |
| 70 | | BAY00111325 |
| 71 | | BAY00111326 |
| 72 | | BAY00111328 |
| 73 | | BAY00111329 |
| 74 | | BAY00111330 |
| 75 | | BAY00111331 |
| 76 | | BAY00111333 |
| 77 | | BAY00111340 |
| 78 | | BAY00111365 |
| 79 | | BAY00111368 |
| 80 | | BAY00113394 |
| 81 | | BAY00113456 |
| 82 | | BAY00113494 |
| 83 | | BAY00113519 |
| 84 | | BAY00114299 |
| 85 | | BAY00144968 |
| 86 | | BAY00146128 |
| 87 | | BAY00147101 |
| 88 | | BAY00147271 |
| 89 | | BAY00148113 |
| 90 | | BAY00148118 |
| 91 | | BAY00148215 |
| 92 | | BAY00148226 |

| | A | B |
|---|---|---|
| 93 | | BAY00148251 |
| 94 | | BAY00148252 |
| 95 | | BAY00148257 |
| 96 | | BAY00148490 |
| 97 | | BAY00148617 |
| 98 | | BAY00148856 |
| 99 | | BAY00187435 |
| 100 | | BAY00188144 |
| 101 | | BAY00189213 |
| 102 | | BAY00189668 |
| 103 | | BAY00190499 |
| 104 | | BAY00194423 |
| 105 | | BAY00194431 |
| 106 | | BAY00194629 |
| 107 | | BAY00195862 |
| 108 | | BAY00196017 |
| 109 | | BAY00205126 |
| 110 | | BAY00205159 |
| 111 | | BAY00205181 |
| 112 | | BAY00205192 |
| 113 | | BAY00205194 |
| 114 | | BAY00205195 |
| 115 | | BAY00205248 |
| 116 | | BAY00205249 |
| 117 | | BAY00205253 |
| 118 | | BAY00205262 |
| 119 | | BAY00205264 |
| 120 | | BAY00205268 |
| 121 | | BAY00205594 |
| 122 | | BAY00206452 |
| 123 | | BAY00206484 |
| 124 | | BAY00206503 |
| 125 | | BAY00206521 |
| 126 | | BAY00206523 |
| 127 | | BAY00206526 |
| 128 | | BAY00206528 |
| 129 | | BAY00206576 |
| 130 | | BAY00206599 |
| 131 | | BAY00206601 |
| 132 | | BAY00206636 |
| 133 | | BAY00206699 |
| 134 | | BAY00206713 |
| 135 | | BAY00206741 |
| 136 | | BAY00206758 |
| 137 | | BAY00206761 |
| 138 | | BAY00206771 |

| | A | B |
|---|---|---|
| 139 | | BAY00206774 |
| 140 | | BAY00206844 |
| 141 | | BAY00206895 |
| 142 | | BAY00206896 |
| 143 | | BAY00206904 |
| 144 | | BAY00206911 |
| 145 | | BAY00206933 |
| 146 | | BAY00206941 |
| 147 | | BAY00206952 |
| 148 | | BAY00206965 |
| 149 | | BAY00207077 |
| 150 | | BAY00207082 |
| 151 | | BAY00207816 |
| 152 | | BAY00207846 |
| 153 | | BAY00207870 |
| 154 | | BAY00207899 |
| 155 | | BAY00207941 |
| 156 | | BAY00207964 |
| 157 | | BAY00207987 |
| 158 | | BAY00208068 |
| 159 | | BAY00208075 |
| 160 | | BAY00208112 |
| 161 | | BAY00208114 |
| 162 | | BAY00208136 |
| 163 | | BAY00224631 |
| 164 | | BAY00224669 |
| 165 | | BAY00224670 |
| 166 | | BAY00224673 |
| 167 | | BAY00224674 |
| 168 | | BAY00224682 |
| 169 | | BAY00224779 |
| 170 | | BAY00224858 |
| 171 | | BAY00225104 |
| 172 | | BAY00225165 |
| 173 | | BAY00225169 |
| 174 | | BAY00225172 |
| 175 | | BAY00225202 |
| 176 | | BAY00225221 |
| 177 | | BAY00225232 |
| 178 | | BAY00225254 |
| 179 | | BAY00225256 |
| 180 | | BAY00225268 |
| 181 | | BAY00225274 |
| 182 | | BAY00225283 |
| 183 | | BAY00225297 |
| 184 | | BAY00225314 |

| | A | B |
|---|---|---|
| 185 | | BAY00225367 |
| 186 | | BAY00225378 |
| 187 | | BAY00225391 |
| 188 | | BAY00225418 |
| 189 | | BAY00225432 |
| 190 | | BAY00225674 |
| 191 | | BAY00225695 |
| 192 | | BAY00225719 |
| 193 | | BAY00225811 |
| 194 | | BAY00225816 |
| 195 | | BAY00226131 |
| 196 | | BAY00226310 |
| 197 | | BAY00226686 |
| 198 | | BAY00226690 |
| 199 | | BAY00226692 |
| 200 | | BAY00226819 |
| 201 | | BAY00226855 |
| 202 | | BAY00226861 |
| 203 | | BAY00226983 |
| 204 | | BAY00226988 |
| 205 | | BAY00227154 |
| 206 | | BAY00227197 |
| 207 | | BAY00227207 |
| 208 | | BAY00227262 |
| 209 | | BAY00227385 |
| 210 | | BAY00227587 |
| 211 | | BAY00227627 |
| 212 | | BAY00227820 |
| 213 | | BAY00227848 |
| 214 | | BAY00227885 |
| 215 | | BAY00228008 |
| 216 | | BAY00228031 |
| 217 | | BAY00228112 |
| 218 | | BAY00228170 |
| 219 | | BAY00228179 |
| 220 | | BAY00228190 |
| 221 | | BAY00228465 |
| 222 | | BAY00228560 |
| 223 | | BAY00228630 |
| 224 | | BAY00229269 |
| 225 | | BAY00229401 |
| 226 | | BAY00229941 |
| 227 | | BAY00230658 |
| 228 | | BAY00230694 |
| 229 | | BAY00230736 |
| 230 | | BAY00230836 |

| | A | B |
|---|---|---|
| 231 | | BAY00231045 |
| 232 | | BAY00231072 |
| 233 | | BAY00231152 |
| 234 | | BAY00231197 |
| 235 | | BAY00231304 |
| 236 | | BAY00231307 |
| 237 | | BAY00231503 |
| 238 | | BAY00231541 |
| 239 | | BAY00232627 |
| 240 | | BAY00233025 |
| 241 | | BAY00233095 |
| 242 | | BAY00233106 |
| 243 | | BAY00233202 |
| 244 | | BAY00233255 |
| 245 | | BAY00233372 |
| 246 | | BAY00233534 |
| 247 | | BAY00233537 |
| 248 | | BAY00233651 |
| 249 | | BAY00233704 |
| 250 | | BAY00233761 |
| 251 | | BAY00234086 |
| 252 | | BAY00234828 |
| 253 | | BAY00234835 |
| 254 | | BAY00234882 |
| 255 | | BAY00234889 |
| 256 | | BAY00234904 |
| 257 | | BAY00234922 |
| 258 | | BAY00235043 |
| 259 | | BAY00235088 |
| 260 | | BAY00235115 |
| 261 | | BAY00235315 |
| 262 | | BAY00235498 |
| 263 | | BAY00235502 |
| 264 | | BAY00235518 |
| 265 | | BAY00235547 |
| 266 | | BAY00235679 |
| 267 | | BAY00235755 |
| 268 | | BAY00235843 |
| 269 | | BAY00235945 |
| 270 | | BAY00235972 |
| 271 | | BAY00235972 |
| 272 | | BAY00236040 |
| 273 | | BAY00236045 |
| 274 | | BAY00236105 |
| 275 | | BAY00236167 |
| 276 | | BAY00236280 |

|     | A | B |
| --- | --- | --- |
| 277 | | BAY00236680 |
| 278 | | BAY00236685 |
| 279 | | BAY00236834 |
| 280 | | BAY00236887 |
| 281 | | BAY00236896 |
| 282 | | BAY00237168 |
| 283 | | BAY00237168 |
| 284 | | BAY00237197 |
| 285 | | BAY00237211 |
| 286 | | BAY00240799 |
| 287 | | BAY00250620 |
| 288 | | BAY00278943 |
| 289 | | BAY00279140 |
| 290 | | BAY00279215 |
| 291 | | BAY00279655 |
| 292 | | BAY00279722 |
| 293 | | BAY00279732 |
| 294 | | BAY00279829 |
| 295 | | BAY00279868 |
| 296 | | BAY00279947 |
| 297 | | BAY00280101 |
| 298 | | BAY00280125 |
| 299 | | BAY00280618 |
| 300 | | BAY00281245 |
| 301 | | BAY00285058 |
| 302 | | BAY00287421 |
| 303 | | BAY00288474 |
| 304 | | BAY00289051 |
| 305 | | BAY00289052 |
| 306 | | BAY00289053 |
| 307 | | BAY00289056 |
| 308 | | BAY00289074 |
| 309 | | BAY00289075 |
| 310 | | BAY00289115 |
| 311 | | BAY00289163 |
| 312 | | BAY00289240 |
| 313 | | BAY00289279 |
| 314 | | BAY00289280 |
| 315 | | BAY00289288 |
| 316 | | BAY00289302 |
| 317 | | BAY00290029 |
| 318 | | BAY00290066 |
| 319 | | BAY00290069 |
| 320 | | BAY00290079 |
| 321 | | BAY00290081 |
| 322 | | BAY00290312 |

| | A | B |
|---|---|---|
| 323 | | BAY00290624 |
| 324 | | BAY00290796 |
| 325 | | BAY00290851 |
| 326 | | BAY00290964 |
| 327 | | BAY00290965 |
| 328 | | BAY00290993 |
| 329 | | BAY00291046 |
| 330 | | BAY00291130 |
| 331 | | BAY00291132 |
| 332 | | BAY00291298 |
| 333 | | BAY00291358 |
| 334 | | BAY00291468 |
| 335 | | BAY00291559 |
| 336 | | BAY00291630 |
| 337 | | BAY00292232 |
| 338 | | BAY00292238 |
| 339 | | BAY00292318 |
| 340 | | BAY00292717 |
| 341 | | BAY00292734 |
| 342 | | BAY00306776 |
| 343 | | BAY00320823 |
| 344 | | BAY00321019 |
| 345 | | BAY00321165 |
| 346 | | BAY00321209 |
| 347 | | BAY00321215 |
| 348 | | BAY00321236 |
| 349 | | BAY00321306 |
| 350 | | BAY00321415 |
| 351 | | BAY00321421 |
| 352 | | BAY00321480 |
| 353 | | BAY00321535 |
| 354 | | BAY00321553 |
| 355 | | BAY00321582 |
| 356 | | BAY00321622 |
| 357 | | BAY00321776 |
| 358 | | BAY00321829 |
| 359 | | BAY00321871 |
| 360 | | BAY00322149 |
| 361 | | BAY00322224 |
| 362 | | BAY00322343 |
| 363 | | BAY00322359 |
| 364 | | BAY00322535 |
| 365 | | BAY00322561 |
| 366 | | BAY00322760 |
| 367 | | BAY00323085 |
| 368 | | BAY00323097 |

| | A | B |
|---|---|---|
| 369 | | BAY00323106 |
| 370 | | BAY00324383 |
| 371 | | BAY00324941 |
| 372 | | BAY00324970 |
| 373 | | BAY00325034 |
| 374 | | BAY00325034 |
| 375 | | BAY00325053 |
| 376 | | BAY00325099 |
| 377 | | BAY00328179 |
| 378 | | BAY00328219 |
| 379 | | BAY00328222 |
| 380 | | BAY00328427 |
| 381 | | BAY00328468 |
| 382 | | BAY00328615 |
| 383 | | BAY00328785 |
| 384 | | BAY00328896 |
| 385 | | BAY00328932 |
| 386 | | BAY00328933 |
| 387 | | BAY00329245 |
| 388 | | BAY00329327 |
| 389 | | BAY00329608 |
| 390 | | BAY00329632 |
| 391 | | BAY00329792 |
| 392 | | BAY00330016 |
| 393 | | BAY00331299 |
| 394 | | BAY00331479 |
| 395 | | BAY00331481 |
| 396 | | BAY00331494 |
| 397 | | BAY00331770 |
| 398 | | BAY00331772 |
| 399 | | BAY00378892 |
| 400 | | BAY00382258 |
| 401 | | BAY00382435 |
| 402 | | BAY00508940 |
| 403 | | BAY00564120 |
| 404 | | BAY00581176 |
| 405 | | BAY00641935 |
| 406 | | BAY00661441 |
| 407 | | BAY00674730 |
| 408 | | BAY00674852 |
| 409 | | BAY00674853 |
| 410 | | BAY00675000 |
| 411 | | BAY00679632 |
| 412 | | BAY00679867 |
| 413 | | BAY00680413 |
| 414 | | BAY00680602 |

|     | A | B |
| --- | --- | --- |
| 415 |   | BAY00681591 |
| 416 |   | BAY00681593 |
| 417 |   | BAY00681858 |
| 418 |   | BAY00687185 |
| 419 |   | BAY00696086 |
| 420 |   | BAY00704153 |
| 421 |   | BAY00704165 |
| 422 |   | BAY00718103 |
| 423 |   | BAY00718193 |
| 424 |   | BAY00718225 |
| 425 |   | BAY00718381 |
| 426 |   | BAY00718384 |
| 427 |   | BAY00730034 |
| 428 |   | BAY00730133 |
| 429 |   | BAY00730156 |
| 430 |   | BAY00730163 |
| 431 |   | BAY00733441 |
| 432 |   | BAY00748136 |
| 433 |   | BAY00749599 |
| 434 |   | BAY00835980 |
| 435 |   | BAY00929860 |
| 436 |   | BAY00939041 |
| 437 |   | BAY00945240 |
| 438 |   | BAY00956675 |
| 439 |   | BAY00963488 |
| 440 |   | BAY00975381 |
| 441 |   | BAY00981705 |
| 442 |   | BAY00983471 |
| 443 |   | BAY01053226 |
| 444 |   | BAY01060454 |
| 445 |   | BAY01139127 |
| 446 |   | BAY01199896 |
| 447 |   | BAY01276036 |
| 448 |   | BAY01618924 |
| 449 |   | BAY01857061 |
| 450 |   | BAY01874126 |
| 451 |   | BAY01983487 |
| 452 |   | BAY02055397 |
| 453 |   | BAY02114121 |
| 454 |   | BAY02720028 |
| 455 |   | BAY02723001 |
| 456 |   | BAY02747330 |
| 457 |   | BAY03031539 |
| 458 |   | BAY03031578 |
| 459 |   | BAY03032051 |
| 460 |   | BAY03034114 |

| | A | B |
|---|---|---|
| 461 | | BAY03034617 |
| 462 | | BAY03034618 |
| 463 | | BAY03038981 |
| 464 | | BAY03045236 |
| 465 | | BAY03045274 |
| 466 | | BAY03045475 |
| 467 | | BAY03045674 |
| 468 | | BAY03050565 |
| 469 | | BAY03194510 |
| 470 | | BAY03364404 |
| 471 | | BAY03368486 |
| 472 | | BAY03493921 |
| 473 | | BAY03498338 |
| 474 | | BAY03498348 |
| 475 | | BAY03498353 |
| 476 | | BAY03498393 |
| 477 | | BAY03502384 |
| 478 | | BAY03508587 |
| 479 | | BAY03626390 |
| 480 | | BAY03627363 |
| 481 | | BAY03702692 |
| 482 | | BAY03776650 |
| 483 | | BAY04563869 |
| 484 | | BAY04572774 |
| 485 | | BAY04572778 |
| 486 | | BAY04715634 |
| 487 | | BAY04841739 |
| 488 | | BAY04974117 |
| 489 | | BAY05140121 |
| 490 | | BAY05144916 |
| 491 | | BAY05201990 |
| 492 | | BAY05322498 |
| 493 | | BAY05392224 |
| 494 | | BAY05395146 |
| 495 | | BAY05426839 |
| 496 | | BAY05476870 |
| 497 | | BAY05482917 |
| 498 | | BAY05483238 |
| 499 | | BAY05483588 |
| 500 | | BAY05483589 |
| 501 | | BAY05487967 |
| 502 | | BAY05665478 |
| 503 | | BAY05665760 |
| 504 | | BAY05680367 |
| 505 | | BAY05680431 |
| 506 | | BAY05680806 |

| | A | B |
|---|---|---|
| 507 | | BAY05680873 |
| 508 | | BAY05709991 |
| 509 | | BAY05717843 |
| 510 | | BAY05734845 |
| 511 | | BAY05758757 |
| 512 | | BAY05805925 |
| 513 | | BAY05805935 |
| 514 | | BAY05806886 |
| 515 | | BAY05806908 |
| 516 | | BAY05806951 |
| 517 | | BAY05807005 |
| 518 | | BAY05807009 |
| 519 | | BAY05807013 |
| 520 | | BAY05807055 |
| 521 | | BAY05807179 |
| 522 | | BAY05807182 |
| 523 | | BAY05807196 |
| 524 | | BAY05807233 |
| 525 | | BAY05807317 |
| 526 | | BAY05807334 |
| 527 | | BAY05807336 |
| 528 | | BAY05807341 |
| 529 | | BAY05807359 |
| 530 | | BAY05807362 |
| 531 | | BAY05807365 |
| 532 | | BAY05807368 |
| 533 | | BAY05807494 |
| 534 | | BAY05807499 |
| 535 | | BAY05807505 |
| 536 | | BAY05807507 |
| 537 | | BAY05807534 |
| 538 | | BAY05807536 |
| 539 | | BAY05807549 |
| 540 | | BAY05807655 |
| 541 | | BAY05807665 |
| 542 | | BAY05807665 |
| 543 | | BAY05807714 |
| 544 | | BAY05807734 |
| 545 | | BAY05807742 |
| 546 | | BAY05807767 |
| 547 | | BAY05807806 |
| 548 | | BAY05807851 |
| 549 | | BAY05807888 |
| 550 | | BAY05807928 |
| 551 | | BAY05807928 |
| 552 | | BAY05808011 |

| | A | B |
|---|---|---|
| 553 | | BAY05808013 |
| 554 | | BAY05808080 |
| 555 | | BAY05808095 |
| 556 | | BAY05808116 |
| 557 | | BAY05808137 |
| 558 | | BAY05808139 |
| 559 | | BAY05808141 |
| 560 | | BAY05808143 |
| 561 | | BAY05808145 |
| 562 | | BAY05808297 |
| 563 | | BAY05808299 |
| 564 | | BAY05808334 |
| 565 | | BAY05808348 |
| 566 | | BAY05808350 |
| 567 | | BAY05808423 |
| 568 | | BAY05808427 |
| 569 | | BAY05808438 |
| 570 | | BAY05808473 |
| 571 | | BAY05808483 |
| 572 | | BAY05808489 |
| 573 | | BAY05808493 |
| 574 | | BAY05808497 |
| 575 | | BAY05808499 |
| 576 | | BAY05808511 |
| 577 | | BAY05808539 |
| 578 | | BAY05808541 |
| 579 | | BAY05808555 |
| 580 | | BAY05808557 |
| 581 | | BAY05808577 |
| 582 | | BAY05808579 |
| 583 | | BAY05808612 |
| 584 | | BAY05808636 |
| 585 | | BAY05808703 |
| 586 | | BAY05808705 |
| 587 | | BAY05808711 |
| 588 | | BAY05808719 |
| 589 | | BAY05808728 |
| 590 | | BAY05808805 |
| 591 | | BAY05808807 |
| 592 | | BAY05808809 |
| 593 | | BAY05808817 |
| 594 | | BAY05808831 |
| 595 | | BAY05808833 |
| 596 | | BAY05808835 |
| 597 | | BAY05808837 |
| 598 | | BAY05808841 |

| | A | B |
|---|---|---|
| 599 | | BAY05808874 |
| 600 | | BAY05808922 |
| 601 | | BAY05808932 |
| 602 | | BAY05808934 |
| 603 | | BAY05808958 |
| 604 | | BAY05808964 |
| 605 | | BAY06078326 |
| 606 | | BAY06122714 |
| 607 | | BAY06393919 |
| 608 | | BAY06569811 |
| 609 | | BAY06631331 |
| 610 | | BAY06909810 |
| 611 | | BAY06918938 |
| 612 | | BAY06918943 |
| 613 | | BAYCS00050116 |
| 614 | | BAYCS00296085 |
| 615 | | BAYCS00347932 |
| 616 | | BAYCS00560472 |
| 617 | | BHCAG00639435 |
| 618 | | BHCAG00739307 |
| 619 | | BHCAG00754222 |
| 620 | | BHCAG00760892 |
| 621 | | BHCAG00986880 |
| 622 | | BHCAG01059817 |
| 623 | | BHCAG01098181 |
| 624 | | BHCAG01108906 |
| 625 | | BAY00237168 |
| 626 | | BHCAG01122266 |
| 627 | | BHCAG01122371 |
| 628 | | BHCAG01322032 |
| 629 | | BHCAG01405361 |
| 630 | | BHCAG01959015 |
| 631 | | BHCAG02666293 |
| 632 | | BHCAG02690954 |
| 633 | | BHCAG02726958 |
| 634 | | BHCAG03790132 |
| 635 | | BHCAG03950306 |
| 636 | | BHCAG03950308 |
| 637 | | BHCAG03950316 |
| 638 | | BAY00290964 |
| 639 | | BAY00103888 |
| 640 | | BAY00329608 |
| 641 | | BHCAG01068966 |
| 642 | | BAY00679667 |
| 643 | | BAY00680413 |
| 644 | | BAY00680602 |

| | A | B |
|---|---|---|
| 645 | | BAY00742182 |
| 646 | | BAY01124472 |
| 647 | | BAY01467313 |
| 648 | | BAY03034618 |
| 649 | | BAY03045674 |
| 650 | | BAY03624691 |
| 651 | | BAY03702692 |
| 652 | | BAY03943449 |
| 653 | | BAY04715634 |
| 654 | | BAY04733025 |
| 655 | | BAY04824108 |
| 656 | | BAY04841789 |
| 657 | | BAY04904549 |
| 658 | | BAY04923426 |
| 659 | | BAY04996430 |
| 660 | | BAY05658506 |
| 661 | | BAY00146128 |
| 662 | | BAY00983471 |
| 663 | | BAY00674796 |
| 664 | | BAY00674734 |
| 665 | | BAY00674798 |
| 666 | | BAY00674829 |
| 667 | | BAY00674852 |
| 668 | | BAY006748444 |
| 669 | | BAY00674849 |
| 670 | | BAY00674851 |
| 671 | | BAY00674849 |
| 672 | | BAY00674854 |
| 673 | | BAY00674852 |
| 674 | | BAY00674856 |
| 675 | | BAY00225695 |
| 676 | | BHCAG01830629 |
| 677 | | BAY02187824 |
| 678 | | BAY05426839 |
| 679 | | BAY00110895 |
| 680 | | BAY00110901 |
| 681 | | BAY00102387 |
| 682 | | BAY00329792 |
| 683 | | BAY00983471 |
| 684 | | BAY00674734 |
| 685 | | BAY00674736 |
| 686 | | BAY00674740 |
| 687 | | BAY00674761 |
| 688 | | BAY00674767 |
| 689 | | BAY00674772 |
| 690 | | BAY00674778 |

| | A | B |
|---|---|---|
| 691 | | BAY00674782 |
| 692 | | BAY00674787 |
| 693 | | BAY00674791 |
| 694 | | BAY00674796 |
| 695 | | BAY00674798 |
| 696 | | BAY00674805 |
| 697 | | BAY00674819 |
| 698 | | BAY00674822 |
| 699 | | BAY00674829 |
| 700 | | BAY00674833 |
| 701 | | BAY00674833 |
| 702 | | BAY00674836 |
| 703 | | BAY00674840 |
| 704 | | BAY00674840 |
| 705 | | BAY00674843 |
| 706 | | BAY006748444 |
| 707 | | BAY00674849 |
| 708 | | BAY00674851 |
| 709 | | BAY00674849 |
| 710 | | BAY00674852 |
| 711 | | BAY00674854 |
| 712 | | BAY00674854 |
| 713 | | BAY00674852 |
| 714 | | BAY00146128 |
| 715 | | BAY00674856 |
| 716 | | BAY00240804 |
| 717 | | BAY00240799 |
| 718 | | BAY00289056 |
| 719 | | BAY00289279 |
| 720 | | BAY00704153 |
| 721 | | BAY00704159 |
| 722 | | BAY00704164 |
| 723 | | BAY00289057 |
| 724 | | BAY00733516 |
| 725 | | BAY00733517 |
| 726 | | BAY00733520 |
| 727 | | BAY00704168 |
| 728 | | BAY00704169 |
| 729 | | BAY00920591 |
| 730 | | BAY00290964 |
| 731 | | BAY00329608 |
| 732 | | BAY00329632 |
| 733 | | BAY05635345 |
| 734 | | BAY00000050 |
| 735 | | BAY00000081 |
| 736 | | BAY00225695 |

| | A | B |
|---|---|---|
| 737 | | BAY00227197 |
| 738 | | BAY00227198 |
| 739 | | BAY03256987 |
| 740 | | BAY00235518 |
| 741 | | BAY00792475 |
| 742 | | BAY00226692 |
| 743 | | BAY00355712 |
| 744 | | BAY00227154 |
| 745 | | BAY00227190 |
| 746 | | BAY00227195 |
| 747 | | BAY00227885 |
| 748 | | BAY00228179 |
| 749 | | BAY00010005 |
| 750 | | BAY00009999 |
| 751 | | BAY00280101 |
| 752 | | BAY00280106 |
| 753 | | BAY00280119 |
| 754 | | BAY00280123 |
| 755 | | BHCAG01405361 |
| 756 | | BHCAG01322032 |
| 757 | | BHCAG01405375 |
| 758 | | BHCAG01322040 |
| 759 | | BHCAG01322042 |
| 760 | | BHCAG01322046 |
| 761 | | BHCAG01322049 |
| 762 | | BHCAG01322051 |
| 763 | | BHCAG01322055 |
| 764 | | BHCAG01322058 |
| 765 | | BHCAG01322063 |
| 766 | | BHCAG01322065 |
| 767 | | BAY04166824 |
| 768 | | BAY04166825 |
| 769 | | BAY04166826 |
| 770 | | BAY04264216 |
| 771 | | BAY01802074 |
| 772 | | BAY02949026 |
| 773 | | BAY01994642 |
| 774 | | BAY000196017 |
| 775 | | BAY00196028 |
| 776 | | BAY00196034 |
| 777 | | BAY00196036 |
| 778 | | BAY00196060 |
| 779 | | BAY00196035 |
| 780 | | BAY00196044 |
| 781 | | BAY00196032 |
| 782 | | BAY00196063 |

| | A | B |
|---|---|---|
| 783 | | BAY01618924 |
| 784 | | BAY04572774 |
| 785 | | BAY04563869 |
| 786 | | BAY04572778 |
| 787 | | BAY00927958 |
| 788 | | BAY01004235 |
| 789 | | BAY00929819 |
| 790 | | BAY00196061 |
| 791 | | BAY00196059 |
| 792 | | BAY00196066 |
| 793 | | BAY02384721 |
| 794 | | BAY00205159 |
| 795 | | BAY00205161 |
| 796 | | BAY00205176 |
| 797 | | BAY00205268 |
| 798 | | BAY00205275 |
| 799 | | BAY05709991 |
| 800 | | BAY04093021 |
| 801 | | BAY04093028 |
| 802 | | BAY00323004 |
| 803 | | BAY00323005 |
| 804 | | BHCAG01830606 |
| 805 | | BHCAG01830629 |
| 806 | | BAY05426839 |
| 807 | | BHCAG0183065 |
| 808 | | BAY01736088 |
| 809 | | BAY00322343 |
| 810 | | BAY00323116 |
| 811 | | BAY00323118 |
| 812 | | BAY00328431 |
| 813 | | BAY00225298 |
| 814 | | BAY04750228 |
| 815 | | BAY03194658 |
| 816 | | BAY02386019 |
| 817 | | BAY03364404 |
| 818 | | BAY05035469 |
| 819 | | BAY05035466 |
| 820 | | BAY02187824 |
| 821 | | BCHAG01830633 |
| 822 | | BAY05426839 |
| 823 | | BAY05322498 |
| 824 | | BAY01983487 |
| 825 | | BAY01983486 |
| 826 | | BAY00205249 |
| 827 | | BAY01618924 |
| 828 | | BAY04563869 |

| | A | B |
|---|---|---|
| 829 | | BAY04572778 |
| 830 | | BAY04326621 |
| 831 | | BAY00730163 |
| 832 | | BAY05857654 |
| 833 | | BAY04314971 |
| 834 | | BAY04344083 |
| 835 | | BAY04117050 |
| 836 | | BAY04117050 |
| 837 | | BHCAG010598190 |
| 838 | | BHCAG01122269 |
| 839 | | BHCAG01122268 |
| 840 | | BHCAG01122267 |
| 841 | | BHCAG01122266 |
| 842 | | BAY00730156 |
| 843 | | BHCAG01122373 |
| 844 | | BHCAG01122371 |
| 845 | | BAY04246887 |
| 846 | | BAY01276036 |
| 847 | | BAY03498393 |
| 848 | | BAY04246887 |
| 849 | | BHCAG03790132 |
| 850 | | BAY00881591 |
| 851 | | BAY00681593 |
| 852 | | BAY00681858 |
| 853 | | BAY06081336 |
| 854 | | BAY02055397 |
| 855 | | BAY02055481 |
| 856 | | BAY02055412 |
| 857 | | BAY02055466 |
| 858 | | BAY02055474 |
| 859 | | BAY05634659 |
| 860 | | BAY00939041 |
| 861 | | BAY00355716 |
| 862 | | BAY02047905 |
| 863 | | BAY00686429 |
| 864 | | BAY00939855 |
| 865 | | BAY03266230 |
| 866 | | BAY02043890 |
| 867 | | BAY00679867 |
| 868 | | BAY00679880 |
| 869 | | BAY00891093 |
| 870 | | BAY00227262 |
| 871 | | BAY00696086 |
| 872 | | BAY00835980 |
| 873 | | BAY05476870 |
| 874 | | BAY05680873 |

|  | A | B |
|---|---|---|
| 875 |  | BAY00718193 |
| 876 |  | BAY0574845 |
| 877 |  | BAY06393919 |
| 878 |  | BAY00718381 |
| 879 |  | BAY00718238 |
| 880 |  | BAY00718225 |
| 881 |  | BAY00228563 |
| 882 |  | BAY05680806 |
| 883 |  | BAY033684876 |
| 884 |  | BAY05680367 |
| 885 |  | BAY00680413 |
| 886 |  | BAY03034618 |
| 887 |  | BAY01060451 |
| 888 |  | BAY01060448 |
| 889 |  | BAY03702692 |
| 890 |  | Goldmine Database |
| 891 |  | **The following deposition transcripts were reviewed by Dr. Parisian:** |
| 892 |  | Michael Rozycki, Robert Harrison, Anita Shah, Felix Monteagudo, Pam Cyrus, Stanley Horton, Jennifer Mauer,  Kuno Sprenger, John Lettieri , Ernst Weidmann, Kemal Malik |
| 893 |  | **In addition, Dr. Parisian reviewed the following scientific literature:** |
| 894 |  | AMICAR® (aminocaproic acid) Injection, Oral Solution, and Tablets [Package Insert] marketed by XANODYNE® PHARMACEUTICALS, INC. (Rev. 04/05 Code 909A00 AMPP0405-1782) |
| 895 |  | FDA Advisory Committee Briefing Document for the September 12, 2007 Joint Meeting of the Cardiovascular and Renal Drugs Advisory Committee and the Drug Safety and Risk Management Committee (Aug. 14, 2007) (available online at http://www.fda.gov/ohrms/dockets/ac/07/briefing/2007-4316b1-01-FDA) |
| 896 |  | FDA NEWS RELEASE: "FDA Requests Marketing Suspension of Trasylol." (Nov. 5, 2007) (available online at http://www.fda.gov/NewsEvents/Newsroom/PressAnnouncements/2007/ucm109021.htm) |
| 897 |  | FDA NEWS RELEASE: "Manufacturer Removes Remaining Stocks of Trasylol Access Limited to Investigational Use." (May 14, 2008) (available online at http://www.fda.gov/NewsEvents/Newsroom/PressAnnouncements/2008/ucm116895.htm) |

|     | A   | B   |
| --- | --- | --- |
| 898 |     | Fergusson DA, Hébert PC, Mazer CD, Fremes S, MacAdams C, Murkin JM, Teoh K, Duke PC, Arellano R, Blajchman MA, Bussières JS, Côté D, Karski J, Martineau R, Robblee JA, Rodger M, Wells G, Clinch J, Pretorius R; BART Investigators.  A comparison of aprotinin and lysine analogues in high-risk cardiac surgery. N Engl J Med. 2008 May 29;358(22):2319-31 |
| 899 |     | Karkouti K, Beattie WS, Dattilo KM, McCluskey SA, Ghannam M, Hamdy A, Wijeysundera DN, Fedorko L, Yau TM.  A propensity score case-control comparison of aprotinin and tranexamic acid in high-transfusion-risk cardiac surgery. Transfusion. 2006 Mar;46(3):327-38 |
| 900 |     | Kincaid EH, Ashburn DA, Hoyle JR, Reichert MG, Hammon JW, Kon ND.  Does the combination of aprotinin and angiotensin-converting enzyme inhibitor cause renal failure after cardiac surgery? Ann Thorac Surg. 2005 Oct;80(4):1388-93; discussion 1393 |
| 901 |     | Mangano DT, Miao Y, Vuylsteke A, Tudor IC, Juneja R, Filipescu D, Hoeft A, Fontes ML, Hillel Z, Ott E, Titov T, Dietzel C, Levin J; Investigators of The Multicenter Study of Perioperative Ischemia Research Group; Ischemia Research and Education Foundation. Mortality associated with aprotinin during 5 years following coronary artery bypass graft surgery. JAMA. 2007 Feb 7;297(5):471-9 |
| 902 |     | Mangano DT, Tudor IC, Dietzel C; Multicenter Study of Perioperative Ischemia Research Group; Ischemia Research and Education Foundation. The risk associated with aprotinin in cardiac surgery. N Engl J Med. 2006 Jan 26;354(4):353-65 |
| 903 |     | Perioperative Blood Transfusion and Blood Conservation in Cardiac Surgery: The Society of Thoracic Surgeons and The Society of Cardiovascular Anesthesiologists Clinical Practice Guideline. Ann Thorac Surg 2007;83:527-86 |
| 904 |     | Responses and Objections of Defendants . . . to Plaintiffs' Interrogatories, MDL 1928 (Feb. 17, 2009) |
| 905 |     | Royston D.  Comment on Ann Thorac Surg. 2005 Oct;80(4):1388-93; discussion 1393. Ann Thorac Surg. 2006 Oct;82(4):1575; and author reply 1575-6. |
| 906 |     | Schneeweiss S, Seeger JD, Landon J, Walker AM. Aprotinin during coronary-artery bypass grafting and risk of death. N Engl J Med. 2008 Feb 21;358(8):771-83 |
| 907 |     | Shaw AD, Stafford-Smith M, White WD, Phillips-Bute B, Swaminathan M, Milano C, Welsby IJ, Aronson S, Mathew JP, Peterson ED, Newman MF. The effect of aprotinin on outcome after coronary-artery bypass grafting. N Engl J Med. 2008 Feb 21;358(8):784-93. |
| 908 |     | Royston D, et al. Effect of aprotinin on need for blood transfusion after repeat open-heart surgery. Lancet 1987; 2:1289-91. |

|   | A | B |
|---|---|---|
| 909 |   | Ray WA. Learning from aprotinin-mandatory trials of comparative efficacy and safety needed. NEJM 2008; 358:840-2 |
| 910 |   | Henry DA, et al. Anti-fibrinolytic use for minimizing perioperative allogenic blood transfusion. Cochrane Database Syste Rev 2007;4:CD001886. |
| 911 |   | Holdt J et al. Comparison of two aprotinin dosage regimens in pediatric patients having cardiac operations. Influence on platelet function and blood loss. J. Thor Cardiovasc Surg 1993 105:705-11. |
| 912 |   | Dietrich W. et al. Hemostatic activation during CPB with different aprotinin dosages in pediatric patients having cardiac operations. J. Thora Cardiovasc Surg 1993 105: 712-720. |
| 913 |   | Kesten, R. et al. Is Aprotinin Cost Effective? Presented and published at the 22nd Gulf Atlantic Anesthesia Residents Research conference Syllabus, April 1996. |
| 914 |   | Scheule AM, et al. Fibrin sealant, Aprotinin, and Immune Response in Children Undergoing Operations for Congenital Heart Disease. J. Thorac Cardiovasc Surg 1998; 115:883-9) |
| 915 |   | Mercieri, M, Mercieri, L. et al. High-dose aprotinin with gentamicin-vancomycin antibiotic prophylaxis increases blood concentrations of creatinine and cystatin C in patients undergoing coronary artery bypass grafting Br J Anaesth 1999; 82:531-6 |
| 916 |   | Lemmer JH, Standford W, et al Aprotinin for coronary artery bypass grafting: effect on postoperative renal function. Ann thorac Surg 1996; 59:132-6 |
| 917 |   | Feindt PR, et al. Effects of high-dose aprotinin on renal function in aortocoronary bypass grafting. Ann Thorac Surg. 1995; 60:1076-80 |
| 918 |   | Schweizer et al. Aprotinin does not impair renal haemodynamics and function after cardiac surgery. Br J. Anaesth 2000; 84:16-22. |
| 919 |   | Sedrakyan et al. J. Thorac Cardiovasc Surg. 2004; 128:442-8 |
| 920 |   | Levy J et al. Circulation 1995; 92:2236-44 |
| 921 |   | Cosgrove DM et al. Ann Thorac Surg. 1992; 54:1031-8 |
| 922 |   | Mangano CM et al. Ann Intern Med. 1998; 128(3): 194-203 |
| 923 |   | Madi-Jebara et al. Comparative Study of the Renal Effects of Aprotinin Versus Tranexamic Acid During Cardiopulmonary Bypass, Anesthesiology September 1992, V 77, No. 3A, A223 ASA Abstracts |
| 924 |   | Lathi KG, et al. Economics of aprotinin in cardiac surgery. Anesth Anal 1995; 80:SCA119: Abstract. |
| 925 |   | Bosman M, Royston D Aprotinin and renal dysfunction Expert Opin Drug Safety Nov. 2008; 7(6):663-7 |
| 926 |   | **Regulatory Statutes and Guidances:** |
| 927 |   | 21 CFR§ 314.80 |
| 928 |   | 21 U.S.C.§ 352 |
| 929 |   | 21 CFR § §314.81 |
| 930 |   | 21 CFR§ 99 |
| 931 |   | 21 CFR §201.57(c)(6)(i) |

| | A | B |
|---|---|---|
| 932 | | 21 CFR §202.1 |
| 933 | | 21 CFR§ 1.21 |
| 934 | | 21 CFR§ 201.5 |
| 935 | | 21 C.F.R. Part 312 |
| 936 | | 21 C.F.R. Part 314 |
| 937 | | 21 U.S.C. § 355 |
| 938 | | 21 C.F.R.§ 314.125 |
| 939 | | 21 C.F.R. Part 50 |
| 940 | | 21 C.F.R. Part 56 |
| 941 | | 21 C.F.R.§ 312.23 |
| 942 | | 21 C.F.R. § 312.50 |
| 943 | | 21 C.F.R. § 312.70 |
| 944 | | 21 C.F.R. § 314.50 |
| 945 | | 21 USC §321 |
| 946 | | 21 U.S.C. § 355 |
| 947 | | 42 U.S.C. § 282 |
| 948 | | 21 C.F.R. § 314.150 |
| 949 | | 21 C.F.R. § 314.80 |
| 950 | | 21 C.F.R.§ 314.70 |
| 951 | | 21 C.F.R. 201.57 |
| 952 | | 21 C.F.R. 201.80 |
| 953 | | 21 C.F.R. 201.10 |
| 954 | | 21 C.F.R.§ 202.1 |
| 955 | | 21 U.S.C. § 352 |
| 956 | | 21 U.S.C. §§ 321 et seq. |
| 957 | | 21 C.F.R. § 316.20 |
| 958 | | FDA's Risk Assessment Guidance, 2005 |
| 959 | | Food and Drug Administration Amendments Act of 2007 |
| 960 | | Office of the Inspector General's ("OIG") March 2003 report OE1-01-01-00590 titled FDA's Review Process for New Drug applications, A Management Review |
| 961 | | Prescription Drug User Fee Act (PDUFA) Act |
| 962 | | March 2003 Office of the Inspector General's ("OIG") report titled, FDA's New Drug Application Review Process |
| 963 | | GAO-08-835 Promotion of Drugs for Off-Label Uses, July 2008 |
| 964 | | The Food and Drug Administration Modernization Act of 1997 |
| 965 | | Guidance for Industry: Good Reprint Practices for the Distribution of Medical Journal Articles and Medical or Scientific Reference Publications on Unapproved New Uses of Approved Drugs and Approved or Cleared Medical Devices |
| 966 | | GAO-08-835 Promotion of Drugs for Off-Label Uses |
| 967 | | Institute of Medicine's ("IOM") The Future of Drug Safety, Promoting and Protecting the Health of the Public, National Academies Press, 2007 |
| 968 | | Food and Drug Administration Amendments Act of 2007 |
| 969 | | GAO March 2006 Drug Safety Report |

|     | A | B |
|-----|---|---|
| 970 |   | Drug Safety, September 2007 |
| 971 |   | GAO/HEHS-00-21 report titled "Adverse Drug Events The Magnitude of Health Risk is Uncertain Because of Limited Incidence Data" |
| 972 |   | October 2008, United States House of Representatives Committee on Oversight and Government Report Majority Staff Report prepared for Chairman Henry A. Waxman |
| 973 |   | Guidance For Industry Good Pharmacovigilance Practices and Pharmacoepidemiologic Assessment |
| 974 |   | Guidance for Industry: "Development and Use of Risk Minimization Action Plans (RiskMAP Guidance)." |
| 975 |   | Risk Assessment of Observational Data: Good Pharmacovigilance Practices |
| 976 |   | 2005 Pharmacoepidemiologic Assessment Pharmacovigilance Guidance |
| 977 |   | FDA's Pharmacovigilance Guidance, 2005 |
| 978 |   | The Food Drug Administration Act Amendment of 2007 |
| 979 |   | FDA's Office of Policy's Proposed Supplemental Applications Proposing Labeling Changes for Approved Drugs, Biologics, and Medical Devices [Docket No. 2008N-0021] published January 16, 2008 |