# Exhibit B

# In The Matter Of:

*IN RE: TRASYLOL PRODUCTS LIABILITY LITIGATION-MDL-1928*

*v.*

—————————————————————————

## SUZANNE PARISIAN
*October 6, 2009*

—————————————————————————

# MERRILL CORPORATION

## 25 West 45th Street - Suite 900
## New York, NY 10036

PH: 212-557-7400 / FAX: 212-692-9171

**PARISIAN, SUZANNE- Vol. 1**

Page 35

| | | |
|---|---|---|
| 09:48:29 | 1 | SUZANNE PARISIAN, M.D. |

09:48:31   2   Q.   You're not going to offer opinions about what was

09:48:34   3   inside the head of any prescribing physician when they

09:48:36   4   made the decision to use Aprotinin with a particular

09:48:37   5   patient; correct?

6   A.   That's correct.   They --

09:48:40   7   Q.   Okay.

09:48:42   8   A.   -- will have to answer why they did that.

09:48:43   9   MS. COOK:   Let me show you what I'm going to mark

09:48:46   10   as Exhibit 4.

09:48:47   11   (Deposition Exhibit Number 4 was marked

09:48:47   12   for identification.)

09:49:00   13   Q.   (By Ms. Cook) Do you recognize Exhibit 4 as the

09:49:02   14   list of materials you reviewed in this case?

09:49:03   15   A.   Yes, ma'am.

09:49:09   16   Q.   And we got this Excel spreadsheet from the

09:49:14   17   plaintiffs' attorneys, so it doesn't have a title on it.

09:49:16   18   Can you write a title that says -- that indicates that

09:49:18   19   it's your materials reviewed, please.

09:49:49   20   A.   Yes, ma'am.

09:49:51   21   Q.   Dr. Parisian, are all the materials that you

09:49:54   22   reviewed or relied on in reaching the opinions in your

09:49:56   23   expert report on this list?

09:50:00   24   A.   Other than the two patents I brought today, yes,

25   ma'am.

Page 36

| | | |
|---|---|---|
| 09:50:00 | 1 | SUZANNE PARISIAN, M.D. |
| 09:50:03 | 2 | Q.   So why don't you write at the end of the list, |
| 09:50:08 | 3 | just write world patent and however you want to do that. |
| 09:50:12 | 4 | A.   Yes, ma'am. |
| 09:50:38 | 5 | Q.   And now is Exhibit 4 a complete list of the |
| 09:50:41 | 6 | materials that you've reviewed or relied on in forming |
| 09:50:42 | 7 | your opinions in the Trasylol case? |
| 09:50:45 | 8 | A.   Yes, ma'am.  And I've signed it for you and dated |
| 09:50:45 | 9 | it. |
| 09:50:49 | 10 | Q.   Thank you.  Did you create this list yourself? |
| 09:50:53 | 11 | A.   I did not create it by myself, no, ma'am. |
| 09:50:59 | 12 | Q.   Did you review it? |
| 09:50:59 | 13 | A.   Yes, ma'am.  And then I added additional |
| 09:51:00 | 14 | documents at the end.  I was requested to add any other |
| 09:51:01 | 15 | documents that I may have obtained. |
| 09:51:05 | 16 | Q.   And this list supersedes the list that's attached |
| 09:51:07 | 17 | to your expert report; correct? |
| 09:51:08 | 18 | A.   Yes, ma'am. |
| 09:51:11 | 19 | Q.   How were the materials selected that you |
| 09:51:13 | 20 | reviewed? |
| 09:51:19 | 21 | A.   I was provided about five or six disks usually |
| 09:51:24 | 22 | with a heading like NDA, IND, sales information, broken |
| 09:51:28 | 23 | down that way.  And then I also had access to the, I |
| 09:51:33 | 24 | believe, the discovery website I had, could go in and if I |
| | 25 | saw something, I could use a search word and look.  So I |

Documents Reviewed by
Suzanne Parisian MD for Traylol

10/6/09

|   | A |
|---|---|
| 1 | BAY04987012 |
| 2 | BAY01061644 |
| 3 | BHCAG02712206 |
| 4 | BHCAG02712203 |
| 5 | BHCAG02659465 |
| 6 | BHCAG02659464 |
| 7 | BAY02384720 |
| 8 | BAY04326621 |
| 9 | BAY00980168 |
| 10 | BHCAG00972547 |
| 11 | BHCAG00969514 |
| 12 | BAY01060448 |
| 13 | BHCAG03688053 |
| 14 | BHCAG02690954 |
| 15 | BHCAG02691810 |
| 16 | BHCAG02691851 |
| 17 | BHCAG02691902 |
| 18 | BHCAG02726958 |
| 19 | BHCAG02757008 |
| 20 | BAY00664087 |
| 21 | BHCAG02690954 |
| 22 | BHCAG02691756 |
| 23 | BAYCS00807051 |
| 24 | BAY02575228 |
| 25 | BAY00000857 |
| 26 | BAY00000881 |
| 27 | BAY00009656 |
| 28 | BAY00009999 |
| 29 | BAY00010196 |
| 30 | BAY00010633 |
| 31 | BAY00010775 |
| 32 | BAY00024559 |
| 33 | BAY00035434 |
| 34 | BAY00036421 |
| 35 | BAY00041117 |
| 36 | BAY00041134 |
| 37 | BAY00044402 |
| 38 | BAY00044797 |
| 39 | BAY00044863 |
| 40 | BAY00044971 |
| 41 | BAY00045647 |
| 42 | BAY00046543 |
| 43 | BAY00046631 (pages 128-274) |
| 44 | BAY00072097 |
| 45 | BAY00083568 |
| 46 | BAY00083611 |

Parisian
EXHIBIT NO. 4
10-6-09
D. CLEARY

| | A |
|---|---|
| 47 | BAY00083675 |
| 48 | BAY00083713 |
| 49 | BAY00103812 |
| 50 | BAY00103862 |
| 51 | BAY00103888 |
| 52 | BAY00103910 |
| 53 | BAY00105588 |
| 54 | BAY00110590 |
| 55 | BAY00110968 |
| 56 | BAY00110989 |
| 57 | BAY00111214 |
| 58 | BAY00111223 |
| 59 | BAY00111239 |
| 60 | BAY00111244 |
| 61 | BAY00111247 |
| 62 | BAY00111248 |
| 63 | BAY00111249 |
| 64 | BAY00111250 |
| 65 | BAY00111251 |
| 66 | BAY00111262 |
| 67 | BAY00111284 |
| 68 | BAY00111325 |
| 69 | BAY00111326 |
| 70 | BAY00111328 |
| 71 | BAY00111329 |
| 72 | BAY00111330 |
| 73 | BAY00111331 |
| 74 | BAY00111333 |
| 75 | BAY00111340 |
| 76 | BAY00111365 |
| 77 | BAY00111368 |
| 78 | BAY00113394 |
| 79 | BAY00113456 |
| 80 | BAY00113494 |
| 81 | BAY00113519 |
| 82 | BAY00114299 |
| 83 | BAY00144968 |
| 84 | BAY00146128 |
| 85 | BAY00147101 |
| 86 | BAY00147271 |
| 87 | BAY00148113 |
| 88 | BAY00148118 |
| 89 | BAY00148215 |
| 90 | BAY00148226 |
| 91 | BAY00148251 |
| 92 | BAY00148252 |

| | A |
|---|---|
| 93 | BAY00148257 |
| 94 | BAY00148490 |
| 95 | BAY00148617 |
| 96 | BAY00148856 |
| 97 | BAY00187435 |
| 98 | BAY00188144 |
| 99 | BAY00189213 |
| 100 | BAY00189668 |
| 101 | BAY00190499 |
| 102 | BAY00194423 |
| 103 | BAY00194431 |
| 104 | BAY00194629 |
| 105 | BAY00195862 |
| 106 | BAY00196017 |
| 107 | BAY00205126 |
| 108 | BAY00205159 |
| 109 | BAY00205181 |
| 110 | BAY00205192 |
| 111 | BAY00205194 |
| 112 | BAY00205195 |
| 113 | BAY00205248 |
| 114 | BAY00205249 |
| 115 | BAY00205253 |
| 116 | BAY00205262 |
| 117 | BAY00205264 |
| 118 | BAY00205268 |
| 119 | BAY00205594 |
| 120 | BAY00206452 |
| 121 | BAY00206484 |
| 122 | BAY00206503 |
| 123 | BAY00206521 |
| 124 | BAY00206523 |
| 125 | BAY00206526 |
| 126 | BAY00206528 |
| 127 | BAY00206576 |
| 128 | BAY00206599 |
| 129 | BAY00206601 |
| 130 | BAY00206636 |
| 131 | BAY00206699 |
| 132 | BAY00206713 |
| 133 | BAY00206741 |
| 134 | BAY00206758 |
| 135 | BAY00206761 |
| 136 | BAY00206771 |
| 137 | BAY00206774 |
| 138 | BAY00206844 |

| | A |
|---|---|
| 139 | BAY00206895 |
| 140 | BAY00206896 |
| 141 | BAY00206904 |
| 142 | BAY00206911 |
| 143 | BAY00206933 |
| 144 | BAY00206941 |
| 145 | BAY00206952 |
| 146 | BAY00206965 |
| 147 | BAY00207077 |
| 148 | BAY00207082 |
| 149 | BAY00207816 |
| 150 | BAY00207846 |
| 151 | BAY00207870 |
| 152 | BAY00207899 |
| 153 | BAY00207941 |
| 154 | BAY00207964 |
| 155 | BAY00207987 |
| 156 | BAY00208068 |
| 157 | BAY00208075 |
| 158 | BAY00208112 |
| 159 | BAY00208114 |
| 160 | BAY00208136 |
| 161 | BAY00224631 |
| 162 | BAY00224669 |
| 163 | BAY00224670 |
| 164 | BAY00224673 |
| 165 | BAY00224674 |
| 166 | BAY00224682 |
| 167 | BAY00224779 |
| 168 | BAY00224858 |
| 169 | BAY00225104 |
| 170 | BAY00225165 |
| 171 | BAY00225169 |
| 172 | BAY00225172 |
| 173 | BAY00225202 |
| 174 | BAY00225221 |
| 175 | BAY00225232 |
| 176 | BAY00225254 |
| 177 | BAY00225256 |
| 178 | BAY00225268 |
| 179 | BAY00225274 |
| 180 | BAY00225283 |
| 181 | BAY00225297 |
| 182 | BAY00225314 |
| 183 | BAY00225367 |
| 184 | BAY00225378 |

| | A |
|---|---|
| 185 | BAY00225391 |
| 186 | BAY00225418 |
| 187 | BAY00225432 |
| 188 | BAY00225674 |
| 189 | BAY00225695 |
| 190 | BAY00225719 |
| 191 | BAY00225811 |
| 192 | BAY00225816 |
| 193 | BAY00226131 |
| 194 | BAY00226310 |
| 195 | BAY00226686 |
| 196 | BAY00226690 |
| 197 | BAY00226692 |
| 198 | BAY00226819 |
| 199 | BAY00226855 |
| 200 | BAY00226861 |
| 201 | BAY00226983 |
| 202 | BAY00226988 |
| 203 | BAY00227154 |
| 204 | BAY00227197 |
| 205 | BAY00227207 |
| 206 | BAY00227262 |
| 207 | BAY00227385 |
| 208 | BAY00227587 |
| 209 | BAY00227627 |
| 210 | BAY00227820 |
| 211 | BAY00227848 |
| 212 | BAY00227885 |
| 213 | BAY00228008 |
| 214 | BAY00228031 |
| 215 | BAY00228112 |
| 216 | BAY00228170 |
| 217 | BAY00228179 |
| 218 | BAY00228190 |
| 219 | BAY00228465 |
| 220 | BAY00228560 |
| 221 | BAY00228630 |
| 222 | BAY00229269 |
| 223 | BAY00229401 |
| 224 | BAY00229941 |
| 225 | BAY00230658 |
| 226 | BAY00230694 |
| 227 | BAY00230736 |
| 228 | BAY00230836 |
| 229 | BAY00231045 |
| 230 | BAY00231072 |

| | A |
|---|---|
| 231 | BAY00231152 |
| 232 | BAY00231197 |
| 233 | BAY00231304 |
| 234 | BAY00231307 |
| 235 | BAY00231503 |
| 236 | BAY00231541 |
| 237 | BAY00232627 |
| 238 | BAY00233025 |
| 239 | BAY00233095 |
| 240 | BAY00233106 |
| 241 | BAY00233202 |
| 242 | BAY00233255 |
| 243 | BAY00233372 |
| 244 | BAY00233534 |
| 245 | BAY00233537 |
| 246 | BAY00233651 |
| 247 | BAY00233704 |
| 248 | BAY00233761 |
| 249 | BAY00234086 |
| 250 | BAY00234828 |
| 251 | BAY00234835 |
| 252 | BAY00234882 |
| 253 | BAY00234889 |
| 254 | BAY00234904 |
| 255 | BAY00234922 |
| 256 | BAY00235043 |
| 257 | BAY00235088 |
| 258 | BAY00235115 |
| 259 | BAY00235315 |
| 260 | BAY00235498 |
| 261 | BAY00235502 |
| 262 | BAY00235518 |
| 263 | BAY00235547 |
| 264 | BAY00235679 |
| 265 | BAY00235755 |
| 266 | BAY00235843 |
| 267 | BAY00235945 |
| 268 | BAY00235972 |
| 269 | BAY00235972 |
| 270 | BAY00236040 |
| 271 | BAY00236045 |
| 272 | BAY00236105 |
| 273 | BAY00236167 |
| 274 | BAY00236280 |
| 275 | BAY00236680 |
| 276 | BAY00236685 |

| | A |
|---|---|
| 277 | BAY00236834 |
| 278 | BAY00236887 |
| 279 | BAY00236896 |
| 280 | BAY00237168 |
| 281 | BAY00237168 |
| 282 | BAY00237197 |
| 283 | BAY00237211 |
| 284 | BAY00240799 |
| 285 | BAY00250620 |
| 286 | BAY00278943 |
| 287 | BAY00279140 |
| 288 | BAY00279215 |
| 289 | BAY00279655 |
| 290 | BAY00279722 |
| 291 | BAY00279732 |
| 292 | BAY00279829 |
| 293 | BAY00279868 |
| 294 | BAY00279947 |
| 295 | BAY00280101 |
| 296 | BAY00280125 |
| 297 | BAY00280618 |
| 298 | BAY00281245 |
| 299 | BAY00285058 |
| 300 | BAY00287421 |
| 301 | BAY00288474 |
| 302 | BAY00289051 |
| 303 | BAY00289052 |
| 304 | BAY00289053 |
| 305 | BAY00289056 |
| 306 | BAY00289074 |
| 307 | BAY00289075 |
| 308 | BAY00289115 |
| 309 | BAY00289163 |
| 310 | BAY00289240 |
| 311 | BAY00289279 |
| 312 | BAY00289280 |
| 313 | BAY00289288 |
| 314 | BAY00289302 |
| 315 | BAY00290029 |
| 316 | BAY00290066 |
| 317 | BAY00290069 |
| 318 | BAY00290079 |
| 319 | BAY00290081 |
| 320 | BAY00290312 |
| 321 | BAY00290624 |
| 322 | BAY00290796 |

| | A |
|---|---|
| 323 | BAY00290851 |
| 324 | BAY00290964 |
| 325 | BAY00290965 |
| 326 | BAY00290993 |
| 327 | BAY00291046 |
| 328 | BAY00291130 |
| 329 | BAY00291132 |
| 330 | BAY00291298 |
| 331 | BAY00291358 |
| 332 | BAY00291468 |
| 333 | BAY00291559 |
| 334 | BAY00291630 |
| 335 | BAY00292232 |
| 336 | BAY00292238 |
| 337 | BAY00292318 |
| 338 | BAY00292717 |
| 339 | BAY00292734 |
| 340 | BAY00306776 |
| 341 | BAY00320823 |
| 342 | BAY00321019 |
| 343 | BAY00321165 |
| 344 | BAY00321209 |
| 345 | BAY00321215 |
| 346 | BAY00321236 |
| 347 | BAY00321306 |
| 348 | BAY00321415 |
| 349 | BAY00321421 |
| 350 | BAY00321480 |
| 351 | BAY00321535 |
| 352 | BAY00321553 |
| 353 | BAY00321582 |
| 354 | BAY00321622 |
| 355 | BAY00321776 |
| 356 | BAY00321829 |
| 357 | BAY00321871 |
| 358 | BAY00322149 |
| 359 | BAY00322224 |
| 360 | BAY00322343 |
| 361 | BAY00322359 |
| 362 | BAY00322535 |
| 363 | BAY00322561 |
| 364 | BAY00322760 |
| 365 | BAY00323085 |
| 366 | BAY00323097 |
| 367 | BAY00323106 |
| 368 | BAY00324383 |

| | A |
|---|---|
| 369 | BAY00324941 |
| 370 | BAY00324970 |
| 371 | BAY00325034 |
| 372 | BAY00325034 |
| 373 | BAY00325053 |
| 374 | BAY00325099 |
| 375 | BAY00328179 |
| 376 | BAY00328219 |
| 377 | BAY00328222 |
| 378 | BAY00328427 |
| 379 | BAY00328468 |
| 380 | BAY00328615 |
| 381 | BAY00328785 |
| 382 | BAY00328896 |
| 383 | BAY00328932 |
| 384 | BAY00328933 |
| 385 | BAY00329245 |
| 386 | BAY00329327 |
| 387 | BAY00329608 |
| 388 | BAY00329632 |
| 389 | BAY00329792 |
| 390 | BAY00330016 |
| 391 | BAY00331299 |
| 392 | BAY00331479 |
| 393 | BAY00331481 |
| 394 | BAY00331494 |
| 395 | BAY00331770 |
| 396 | BAY00331772 |
| 397 | BAY00378892 |
| 398 | BAY00382258 |
| 399 | BAY00382435 |
| 400 | BAY00508940 |
| 401 | BAY00564120 |
| 402 | BAY00581176 |
| 403 | BAY00641935 |
| 404 | BAY00661441 |
| 405 | BAY00674730 |
| 406 | BAY00674852 |
| 407 | BAY00674853 |
| 408 | BAY00675000 |
| 409 | BAY00679632 |
| 410 | BAY00679867 |
| 411 | BAY00680413 |
| 412 | BAY00680602 |
| 413 | BAY00681591 |
| 414 | BAY00681593 |

| | A |
|---|---|
| 415 | BAY00681858 |
| 416 | BAY00687185 |
| 417 | BAY00696086 |
| 418 | BAY00704153 |
| 419 | BAY00704165 |
| 420 | BAY00718103 |
| 421 | BAY00718193 |
| 422 | BAY00718225 |
| 423 | BAY00718381 |
| 424 | BAY00718384 |
| 425 | BAY00730034 |
| 426 | BAY00730133 |
| 427 | BAY00730156 |
| 428 | BAY00730163 |
| 429 | BAY00733441 |
| 430 | BAY00748136 |
| 431 | BAY00749599 |
| 432 | BAY00835980 |
| 433 | BAY00929860 |
| 434 | BAY00939041 |
| 435 | BAY00945240 |
| 436 | BAY00956675 |
| 437 | BAY00963488 |
| 438 | BAY00975381 |
| 439 | BAY00981705 |
| 440 | BAY00983471 |
| 441 | BAY01053226 |
| 442 | BAY01060454 |
| 443 | BAY01139127 |
| 444 | BAY01199896 |
| 445 | BAY01276036 |
| 446 | BAY01618924 |
| 447 | BAY01857061 |
| 448 | BAY01874126 |
| 449 | BAY01983487 |
| 450 | BAY02055397 |
| 451 | BAY02114121 |
| 452 | BAY02720028 |
| 453 | BAY02723001 |
| 454 | BAY02747330 |
| 455 | BAY03031539 |
| 456 | BAY03031578 |
| 457 | BAY03032051 |
| 458 | BAY03034114 |
| 459 | BAY03034617 |
| 460 | BAY03034618 |

| | A |
|---|---|
| 461 | BAY03038981 |
| 462 | BAY03045236 |
| 463 | BAY03045274 |
| 464 | BAY03045475 |
| 465 | BAY03045674 |
| 466 | BAY03050565 |
| 467 | BAY03194510 |
| 468 | BAY03364404 |
| 469 | BAY03368486 |
| 470 | BAY03493921 |
| 471 | BAY03498338 |
| 472 | BAY03498348 |
| 473 | BAY03498353 |
| 474 | BAY03498393 |
| 475 | BAY03502384 |
| 476 | BAY03508587 |
| 477 | BAY03626390 |
| 478 | BAY03627363 |
| 479 | BAY03702692 |
| 480 | BAY03776650 |
| 481 | BAY04563869 |
| 482 | BAY04572774 |
| 483 | BAY04572778 |
| 484 | BAY04715634 |
| 485 | BAY04841739 |
| 486 | BAY04974117 |
| 487 | BAY05140121 |
| 488 | BAY05144916 |
| 489 | BAY05201990 |
| 490 | BAY05322498 |
| 491 | BAY05392224 |
| 492 | BAY05395146 |
| 493 | BAY05426839 |
| 494 | BAY05476870 |
| 495 | BAY05482917 |
| 496 | BAY05483238 |
| 497 | BAY05483588 |
| 498 | BAY05483589 |
| 499 | BAY05487967 |
| 500 | BAY05665478 |
| 501 | BAY05665760 |
| 502 | BAY05680367 |
| 503 | BAY05680431 |
| 504 | BAY05680806 |
| 505 | BAY05680873 |
| 506 | BAY05709991 |

| A |
|---|
| 507 BAY05717843 |
| 508 BAY05734845 |
| 509 BAY05758757 |
| 510 BAY05805925 |
| 511 BAY05805935 |
| 512 BAY05806886 |
| 513 BAY05806908 |
| 514 BAY05806951 |
| 515 BAY05807005 |
| 516 BAY05807009 |
| 517 BAY05807013 |
| 518 BAY05807055 |
| 519 BAY05807179 |
| 520 BAY05807182 |
| 521 BAY05807196 |
| 522 BAY05807233 |
| 523 BAY05807317 |
| 524 BAY05807334 |
| 525 BAY05807336 |
| 526 BAY05807341 |
| 527 BAY05807359 |
| 528 BAY05807362 |
| 529 BAY05807365 |
| 530 BAY05807368 |
| 531 BAY05807494 |
| 532 BAY05807499 |
| 533 BAY05807505 |
| 534 BAY05807507 |
| 535 BAY05807534 |
| 536 BAY05807536 |
| 537 BAY05807549 |
| 538 BAY05807655 |
| 539 BAY05807665 |
| 540 BAY05807665 |
| 541 BAY05807714 |
| 542 BAY05807734 |
| 543 BAY05807742 |
| 544 BAY05807767 |
| 545 BAY05807806 |
| 546 BAY05807851 |
| 547 BAY05807888 |
| 548 BAY05807928 |
| 549 BAY05807928 |
| 550 BAY05808011 |
| 551 BAY05808013 |
| 552 BAY05808080 |

| | A |
|---|---|
| 553 | BAY05808095 |
| 554 | BAY05808116 |
| 555 | BAY05808137 |
| 556 | BAY05808139 |
| 557 | BAY05808141 |
| 558 | BAY05808143 |
| 559 | BAY05808145 |
| 560 | BAY05808297 |
| 561 | BAY05808299 |
| 562 | BAY05808334 |
| 563 | BAY05808348 |
| 564 | BAY05808350 |
| 565 | BAY05808423 |
| 566 | BAY05808427 |
| 567 | BAY05808438 |
| 568 | BAY05808473 |
| 569 | BAY05808483 |
| 570 | BAY05808489 |
| 571 | BAY05808493 |
| 572 | BAY05808497 |
| 573 | BAY05808499 |
| 574 | BAY05808511 |
| 575 | BAY05808539 |
| 576 | BAY05808541 |
| 577 | BAY05808555 |
| 578 | BAY05808557 |
| 579 | BAY05808577 |
| 580 | BAY05808579 |
| 581 | BAY05808612 |
| 582 | BAY05808636 |
| 583 | BAY05808703 |
| 584 | BAY05808705 |
| 585 | BAY05808711 |
| 586 | BAY05808719 |
| 587 | BAY05808728 |
| 588 | BAY05808805 |
| 589 | BAY05808807 |
| 590 | BAY05808809 |
| 591 | BAY05808817 |
| 592 | BAY05808831 |
| 593 | BAY05808833 |
| 594 | BAY05808835 |
| 595 | BAY05808837 |
| 596 | BAY05808841 |
| 597 | BAY05808874 |
| 598 | BAY05808922 |

| A |
|---|
| 599 BAY05808932 |
| 600 BAY05808934 |
| 601 BAY05808958 |
| 602 BAY05808964 |
| 603 BAY06078326 |
| 604 BAY06122714 |
| 605 BAY06393919 |
| 606 BAY06569811 |
| 607 BAY06631331 |
| 608 BAY06909810 |
| 609 BAY06918938 |
| 610 BAY06918943 |
| 611 BAYCS00050116 |
| 612 BAYCS00296085 |
| 613 BAYCS00347932 |
| 614 BAYCS00560472 |
| 615 BHCAG00639435 |
| 616 BHCAG00739307 |
| 617 BHCAG00754222 |
| 618 BHCAG00760892 |
| 619 BHCAG00986880 |
| 620 BHCAG01059817 |
| 621 BHCAG01098181 |
| 622 BHCAG01108906 |
| 623 BAY00237168 |
| 624 BHCAG01122266 |
| 625 BHCAG01122371 |
| 626 BHCAG01322032 |
| 627 BHCAG01405361 |
| 628 BHCAG01959015 |
| 629 BHCAG02666293 |
| 630 BHCAG02690954 |
| 631 BHCAG02726958 |
| 632 BHCAG03790132 |
| 633 BHCAG03950306 |
| 634 BHCAG03950308 |
| 635 BHCAG03950316 |
| 636 BAY00290964 |
| 637 BAY00103888 |
| 638 BAY00329608 |
| 639 BHCAG01068966 |
| 640 BAY00679667 |
| 641 BAY00680413 |
| 642 BAY00680602 |
| 643 BAY00742182 |
| 644 BAY01124472 |

| | A |
|---|---|
| 645 | BAY01467313 |
| 646 | BAY03034618 |
| 647 | BAY03045674 |
| 648 | BAY03624691 |
| 649 | BAY03702692 |
| 650 | BAY03943449 |
| 651 | BAY04715634 |
| 652 | BAY04733025 |
| 653 | BAY04824108 |
| 654 | BAY04841789 |
| 655 | BAY04904549 |
| 656 | BAY04923426 |
| 657 | BAY04996430 |
| 658 | BAY05658506 |
| 659 | BAY00146128 |
| 660 | BAY00983471 |
| 661 | BAY00674796 |
| 662 | BAY00674734 |
| 663 | BAY00674798 |
| 664 | BAY00674829 |
| 665 | BAY00674852 |
| 666 | BAY006748444 |
| 667 | BAY00674849 |
| 668 | BAY00674851 |
| 669 | BAY00674849 |
| 670 | BAY00674854 |
| 671 | BAY00674852 |
| 672 | BAY00674856 |
| 673 | BAY00225695 |
| 674 | BHCAG01830629 |
| 675 | BAY02187824 |
| 676 | BAY05426839 |
| 677 | BAY00110895 |
| 678 | BAY00110901 |
| 679 | BAY00102387 |
| 680 | BAY00329792 |
| 681 | BAY00983471 |
| 682 | BAY00674734 |
| 683 | BAY00674736 |
| 684 | BAY00674740 |
| 685 | BAY00674761 |
| 686 | BAY00674767 |
| 687 | BAY00674772 |
| 688 | BAY00674778 |
| 689 | BAY00674782 |
| 690 | BAY00674787 |

| | A |
|---|---|
| 691 | BAY00674791 |
| 692 | BAY00674796 |
| 693 | BAY00674798 |
| 694 | BAY00674805 |
| 695 | BAY00674819 |
| 696 | BAY00674822 |
| 697 | BAY00674829 |
| 698 | BAY00674833 |
| 699 | BAY00674833 |
| 700 | BAY00674836 |
| 701 | BAY00674840 |
| 702 | BAY00674840 |
| 703 | BAY00674843 |
| 704 | BAY006748444 |
| 705 | BAY00674849 |
| 706 | BAY00674851 |
| 707 | BAY00674849 |
| 708 | BAY00674852 |
| 709 | BAY00674854 |
| 710 | BAY00674854 |
| 711 | BAY00674852 |
| 712 | BAY00146128 |
| 713 | BAY00674856 |
| 714 | BAY00240804 |
| 715 | BAY00240799 |
| 716 | BAY00289056 |
| 717 | BAY00289279 |
| 718 | BAY00704153 |
| 719 | BAY00704159 |
| 720 | BAY00704164 |
| 721 | BAY00289057 |
| 722 | BAY00733516 |
| 723 | BAY00733517 |
| 724 | BAY00733520 |
| 725 | BAY00704168 |
| 726 | BAY00704169 |
| 727 | BAY00920591 |
| 728 | BAY00290964 |
| 729 | BAY00329608 |
| 730 | BAY00329632 |
| 731 | BAY05635345 |
| 732 | BAY00000050 |
| 733 | BAY00000081 |
| 734 | BAY00225695 |
| 735 | BAY00227197 |
| 736 | BAY00227198 |

| | A |
|---|---|
| 737 | BAY03256987 |
| 738 | BAY00235518 |
| 739 | BAY00792475 |
| 740 | BAY00226692 |
| 741 | BAY00355712 |
| 742 | BAY00227154 |
| 743 | BAY00227190 |
| 744 | BAY00227195 |
| 745 | BAY00227885 |
| 746 | BAY00228179 |
| 747 | BAY00010005 |
| 748 | BAY00009999 |
| 749 | BAY00280101 |
| 750 | BAY00280106 |
| 751 | BAY00280119 |
| 752 | BAY00280123 |
| 753 | BHCAG01405361 |
| 754 | BHCAG01322032 |
| 755 | BHCAG01405375 |
| 756 | BHCAG01322040 |
| 757 | BHCAG01322042 |
| 758 | BHCAG01322046 |
| 759 | BHCAG01322049 |
| 760 | BHCAG01322051 |
| 761 | BHCAG01322055 |
| 762 | BHCAG01322058 |
| 763 | BHCAG01322063 |
| 764 | BHCAG01322065 |
| 765 | BAY04166824 |
| 766 | BAY04166825 |
| 767 | BAY04166826 |
| 768 | BAY04264216 |
| 769 | BAY01802074 |
| 770 | BAY02949026 |
| 771 | BAY01994642 |
| 772 | BAY000196017 |
| 773 | BAY00196028 |
| 774 | BAY00196034 |
| 775 | BAY00196036 |
| 776 | BAY00196060 |
| 777 | BAY00196035 |
| 778 | BAY00196044 |
| 779 | BAY00196032 |
| 780 | BAY00196063 |
| 781 | BAY01618924 |
| 782 | BAY04572774 |

| | A |
|---|---|
| 783 | BAY04563869 |
| 784 | BAY04572778 |
| 785 | BAY00927958 |
| 786 | BAY01004235 |
| 787 | BAY00929819 |
| 788 | BAY00196061 |
| 789 | BAY00196059 |
| 790 | BAY00196066 |
| 791 | BAY02384721 |
| 792 | BAY00205159 |
| 793 | BAY00205161 |
| 794 | BAY00205176 |
| 795 | BAY00205268 |
| 796 | BAY00205275 |
| 797 | BAY05709991 |
| 798 | BAY04093021 |
| 799 | BAY04093028 |
| 800 | BAY00323004 |
| 801 | BAY00323005 |
| 802 | BHCAG01830606 |
| 803 | BHCAG01830629 |
| 804 | BAY05426839 |
| 805 | BHCAG0183065 |
| 806 | BAY01736088 |
| 807 | BAY00322343 |
| 808 | BAY00323116 |
| 809 | BAY00323118 |
| 810 | BAY00328431 |
| 811 | BAY00225298 |
| 812 | BAY04750228 |
| 813 | BAY03194658 |
| 814 | BAY02386019 |
| 815 | BAY03364404 |
| 816 | BAY05035469 |
| 817 | BAY05035466 |
| 818 | BAY02187824 |
| 819 | BCHAG01830633 |
| 820 | BAY05426839 |
| 821 | BAY05322498 |
| 822 | BAY01983487 |
| 823 | BAY01983486 |
| 824 | BAY00205249 |
| 825 | BAY01618924 |
| 826 | BAY04563869 |
| 827 | BAY04572778 |
| 828 | BAY04326621 |

| | A |
|---|---|
| 829 | BAY00730163 |
| 830 | BAY05857654 |
| 831 | BAY04314971 |
| 832 | BAY04344083 |
| 833 | BAY04117050 |
| 834 | BAY04117050 |
| 835 | BHCAG010598190 |
| 836 | BHCAG01122269 |
| 837 | BHCAG01122268 |
| 838 | BHCAG01122267 |
| 839 | BHCAG01122266 |
| 840 | BAY00730156 |
| 841 | BHCAG01122373 |
| 842 | BHCAG01122371 |
| 843 | BAY04246887 |
| 844 | BAY01276036 |
| 845 | BAY03498393 |
| 846 | BAY04246887 |
| 847 | BHCAG03790132 |
| 848 | BAY00881591 |
| 849 | BAY00681593 |
| 850 | BAY00681858 |
| 851 | BAY06081336 |
| 852 | BAY02055397 |
| 853 | BAY02055481 |
| 854 | BAY02055412 |
| 855 | BAY02055466 |
| 856 | BAY02055474 |
| 857 | BAY05634659 |
| 858 | BAY00939041 |
| 859 | BAY00355716 |
| 860 | BAY02047905 |
| 861 | BAY00686429 |
| 862 | BAY00939855 |
| 863 | BAY03266230 |
| 864 | BAY02043890 |
| 865 | BAY00679867 |
| 866 | BAY00679880 |
| 867 | BAY00891093 |
| 868 | BAY00227262 |
| 869 | BAY00696086 |
| 870 | BAY00835980 |
| 871 | BAY05476870 |
| 872 | BAY05680873 |
| 873 | BAY00718193 |
| 874 | BAY0574845 |

| | A |
|---|---|
| 875 | BAY06393919 |
| 876 | BAY00718381 |
| 877 | BAY00718238 |
| 878 | BAY00718225 |
| 879 | BAY00228563 |
| 880 | BAY05680806 |
| 881 | BAY033684876 |
| 882 | BAY05680367 |
| 883 | BAY00680413 |
| 884 | BAY03034618 |
| 885 | BAY01060451 |
| 886 | BAY01060448 |
| 887 | BAY03702692 |
| 888 | Goldmine Database |
| 889 | **The following deposition transcripts were reviewed by Dr. Parisian:** |
| 890 | Michael Rozycki, Robert Harrison, Anita Shah, Felix Monteagudo, Pam Cyrus, Stanley Horton, Jennifer Mauer, Kuno Sprenger, John Lettieri , Ernst Weidmann, Kemal Malik |
| 891 | **In addition, Dr. Parisian reviewed the following scientific literature:** |
| 892 | AMICAR® (aminocaproic acid) Injection, Oral Solution, and Tablets [Package Insert] marketed by XANODYNE® PHARMACEUTICALS, INC. (Rev. 04/05 Code 909A00 AMPP0405-1782) |
| 893 | FDA Advisory Committee Briefing Document for the September 12, 2007 Joint Meeting of the Cardiovascular and Renal Drugs Advisory Committee and the Drug Safety and Risk Management Committee (Aug. 14, 2007) (available online at http://www.fda.gov/ohrms/dockets/ac/07/briefing/2007-4316b1-01- |
| 894 | FDA NEWS RELEASE: "FDA Requests Marketing Suspension of Trasylol." (Nov. 5, 2007) (available online at http://www.fda.gov/NewsEvents/Newsroom/PressAnnouncements/2007/ucm109021.htm) |
| 895 | FDA NEWS RELEASE: "Manufacturer Removes Remaining Stocks of Trasylol Access Limited to Investigational Use." (May 14, 2008) (available online at http://www.fda.gov/NewsEvents/Newsroom/PressAnnouncements/2008/ucm116895.htm) |
| 896 | Fergusson DA, Hébert PC, Mazer CD, Fremes S, MacAdams C, Murkin JM, Teoh K, Duke PC, Arellano R, Blajchman MA, Bussières JS, Côté D, Karski J, Martineau R, Robblee JA, Rodger M, Wells G, Clinch J, Pretorius R; BART Investigators. A comparison of aprotinin and lysine analogues in high-risk cardiac surgery. N Engl J |
| 897 | Karkouti K, Beattie WS, Dattilo KM, McCluskey SA, Ghannam M, Hamdy A, Wijeysundera DN, Fedorko L, Yau TM. A propensity score case-control comparison of aprotinin and tranexamic acid in high-transfusion-risk cardiac surgery. Transfusion. 2006 Mar;46(3):327-38 |
| 898 | Kincaid EH, Ashburn DA, Hoyle JR, Reichert MG, Hammon JW, Kon ND. Does the combination of aprotinin and angiotensin-converting enzyme inhibitor cause renal failure after cardiac surgery? Ann Thorac Surg. 2005 Oct;80(4):1388-93; discussion 1393 |
| 899 | Mangano DT, Miao Y, Vuylsteke A, Tudor IC, Juneja R, Filipescu D, Hoeft A, Fontes ML, Hillel Z, Ott E, Titov T, Dietzel C, Levin J; Investigators of The Multicenter Study of Perioperative Ischemia Research Group; Ischemia Research and Education Foundation. Mortality associated with aprotinin during 5 years following coronary artery bypass graft surgery. JAMA. 2007 Feb 7;297(5):471-9 |
| 900 | Mangano DT, Tudor IC, Dietzel C; Multicenter Study of Perioperative Ischemia Research Group; Ischemia Research and Education Foundation. The risk associated with aprotinin in cardiac surgery. N Engl J Med. |
| 901 | Perioperative Blood Transfusion and Blood Conservation in Cardiac Surgery: The Society of Thoracic Surgeons and The Society of Cardiovascular Anesthesiologists Clinical Practice Guideline. Ann Thorac Surg |
| 902 | Responses and Objections of Defendants . . . to Plaintiffs' Interrogatories, MDL 1928 (Feb. 17, 2009) |

| | A |
|---|---|
| 903 | Royston D.  Comment on Ann Thorac Surg. 2005 Oct;80(4):1388-93; discussion 1393. Ann Thorac Surg. 2006 Oct;82(4):1575; and author reply 1575-6. |
| 904 | Schneeweiss S, Seeger JD, Landon J, Walker AM. Aprotinin during coronary-artery bypass grafting and risk of death. N Engl J Med. 2008 Feb 21;358(8):771-83 |
| 905 | Shaw AD, Stafford-Smith M, White WD, Phillips-Bute B, Swaminathan M, Milano C, Welsby IJ, Aronson S, Mathew JP, Peterson ED, Newman MF. The effect of aprotinin on outcome after coronary-artery bypass grafting. N Engl J Med. 2008 Feb 21;358(8):784-93. |
| 906 | Royston D, et al. Effect of aprotinin on need for blood transfusion after repeat open-heart surgery. Lancet 1987; 2:1289-91. |
| 907 | Ray WA. Learning from aprotinin-mandatory trials of comparative efficacy and safety needed. NEJM 2008 |
| 908 | Henry DA, et al. Anti-fibrinolytic use for minimizing perioperative allogenic blood transfusion. Cochrane Database Syste Rev 2007;4:CD001886. |
| 909 | Holdt, J et al. Comparison of two aprotinin dosage regimens in pediatric patients having cardiac operations. Influence on platelet function and blood loss. J. Thor Cardiovasc Surg 1993 105:705-11. |
| 910 | Dietrich W. et al. Hemostatic activation during CPB with different aprotinin dosages in pediatric patients having cardiac operations. J. Thora Cardiovasc Surg 1993 105: 712-720. |
| 911 | Kesten, R. et al. Is Aprotinin Cost Effective? Presented and published at the 22nd Gulf Atlantic Anesthesia Residents Research conference Syllabus, April 1996. |
| 912 | Scheule AM, et al. Fibrin sealant, Aprotinin, and Immune Response in Children Undergoing Operations for Congenital Heart Disease. J. Thorac Cardiovasc Surg 1998; 115:883-9) |
| 913 | Mercieri, M, Mercieri, L. et al. High-dose aprotinin with gentamicin-vancomycin antibiotic prophylaxis increases blood concentrations of creatinine and cystatin C in patients undergoing coronary artery bypass grafting Br J Anaesth 1999; 82:531-6 |
| 914 | Lemmer JH, Standford W, et al Aprotinin for coronary artery bypass grafting: effect on postoperative renal function. Ann thorac Surg 1996; 59:132-6 |
| 915 | Feindt PR, et al. Effects of high-dose aprotinin on renal function in aortocoronary bypass grafting. Ann Thorac Surg. 1995; 60:1076-80 |
| 916 | Schweizer et al. Aprotinin does not impair renal haemodynamics and function after cardiac surgery. Br J. Anaesth 2000; 84:16-22. |
| 917 | Sedrakyan et al. J. Thorac Cardiovasc Surg. 2004; 128:442-8 |
| 918 | Levy J et al. Circulation 1995; 92:2236-44 |
| 919 | Cosgrove DM et al. Ann Thorac Surg. 1992; 54:1031-8 |
| 920 | Mangano CM et al. Ann Intern Med. 1998; 128(3): 194-203 |
| 921 | Madi-Jebara et al. Comparative Study of the Renal Effects of Aprotinin Versus Tranexamic Acid During Cardiopulmonary Bypass, Anesthesiology September 1992, V 77, No. 3A, A223 ASA Abstracts |
| 922 | Lathi KG, et al. Economics of aprotinin in cardiac surgery. Anesth Anal 1995; 80:SCA119: Abstract. |
| 923 | Bosman M, Royston D Aprotinin and renal dysfunction Expert Opin Drug Safety Nov. 2008; 7(6):663-7 |
| 924 | **Regulatory Statutes and Guidances:** |
| 925 | 21 CFR§ 314.80 |
| 926 | 21 U.S.C.§ 352 |
| 927 | 21 CFR § §314.81 |
| 928 | 21 CFR§ 99 |
| 929 | 21 CFR §201.57(c)(6)(i) |
| 930 | 21 CFR §202.1 |
| 931 | 21 CFR§ 1.21 |
| 932 | 21 CFR§ 201.5 |

| | A |
|---|---|
| 933 | 21 C.F.R. Part 312 |
| 934 | 21 C.F.R. Part 314 |
| 935 | 21 U.S.C. § 355 |
| 936 | 21 C.F.R.§ 314.125 |
| 937 | 21 C.F.R. Part 50 |
| 938 | 21 C.F.R. Part 56 |
| 939 | 21 C.F.R.§ 312.23 |
| 940 | 21 C.F.R. § 312.50 |
| 941 | 21 C.F.R. § 312.70 |
| 942 | 21 C.F.R. § 314.50 |
| 943 | 21 USC §321 |
| 944 | 21 U.S.C. § 355 |
| 945 | 42 U.S.C. § 282 |
| 946 | 21 C.F.R. § 314.150 |
| 947 | 21 C.F.R. § 314.80 |
| 948 | 21 C.F.R.§ 314.70 |
| 949 | 21 C.F.R. 201.57 |
| 950 | 21 C.F.R. 201.80 |
| 951 | 21 C.F.R. 201.10 |
| 952 | 21 C.F.R.§ 202.1 |
| 953 | 21 U.S.C. § 352 |
| 954 | 21 U.S.C. §§ 321 et seq. |
| 955 | 21 C.F.R. § 316.20 |
| 956 | FDA's Risk Assessment Guidance, 2005 |
| 957 | Food and Drug Administration Amendments Act of 2007 |
| 958 | Office of the Inspector General's ("OIG") March 2003 report OE1-01-01-00590 titled FDA's Review Process for New Drug applications, A Management Review |
| 959 | Prescription Drug User Fee Act (PDUFA) Act |
| 960 | March 2003 Office of the Inspector General's ("OIG") report titled, FDA's New Drug Application Review |
| 961 | GAO-08-835 Promotion of Drugs for Off-Label Uses, July 2008 |
| 962 | The Food and Drug Administration Modernization Act of 1997 |
| 963 | Guidance for Industry: Good Reprint Practices for the Distribution of Medical Journal Articles and Medical or Scientific Reference Publications on Unapproved New Uses of Approved Drugs and Approved or Cleared |
| 964 | GAO-08-835 Promotion of Drugs for Off-Label Uses |
| 965 | Institute of Medicine's ("IOM") The Future of Drug Safety, Promoting and Protecting the Health of the Public, National Academies Press, 2007 |
| 966 | Food and Drug Administration Amendments Act of 2007 |
| 967 | GAO March 2006 Drug Safety Report |
| 968 | Drug Safety, September 2007 |
| 969 | GAO/HEHS-00-21 report titled "Adverse Drug Events The Magnitude of Health Risk is Uncertain Because of Limited Incidence Data" |
| 970 | October 2008, United States House of Representatives Committee on Oversight and Government Report Majority Staff Report prepared for Chairman Henry A. Waxman |
| 971 | Guidance For Industry Good Pharmacovigilance Practices and Pharmacoepidemiologic Assessment |
| 972 | Guidance for Industry: "Development and Use of Risk Minimization Action Plans (RiskMAP Guidance)." |
| 973 | Risk Assessment of Observational Data: Good Pharmacovigilance Practices |

| A |
|---|
| 974 | 2005 Pharmacoepidemiologic Assessment Pharmacovigilance Guidance |
| 975 | FDA's Pharmacovigilance Guidance, 2005 |
| 976 | The Food Drug Administration Act Amendment of 2007 |
| 977 | FDA's Office of Policy's Proposed Supplemental Applications Proposing Labeling Changes for Approved Drugs, Biologics, and Medical Devices [Docket No. 2008N-0021] published January 16, 2008 |

US Patent # 6482,798 B2

WO 92/06111

*Suzanne Parisian MD*

10/6/09