# Exhibit C

# Exhibit C

## Materials Reviewed

The following materials were reviewed and cited in the report (listed by beginning Bates number or journal citation):

| | | |
|---|---|---|
| BAY00000881 | BAY00289056 | BAY03038981 |
| BAY00009999 | BAY00290964 | BAY03194510 |
| BAY00046631 (pages 128-274) | BAY00322535 | BAY03364404 |
| | BAY00322561 | BAY03498338 |
| BAY00113494 | BAY00329608 | BAY03508587 |
| BAY00113519 | BAY00508940 | BAY04974117 |
| BAY00144968 | BAY00674730 | BAY05426839 |
| BAY00147101 | BAY00674852 | BAY05758757 |
| BAY00147271 | BAY00674853 | BAY05807317 |
| BAY00194431 | BAY00680413 | BAY05807665 |
| BAY00205181 | BAY00680602 | BAY05807928 |
| BAY00205192 | BAY00718225 | BAY05808427 |
| BAY00205194 | BAY00718381 | BAY05808438 |
| BAY00205195 | BAY00733441 | BAY05808489 |
| BAY00205248 | BAY00749599 | BAY05808539 |
| BAY00208112 | BAY00835980 | BAY05808541 |
| BAY00226819 | BAY00929860 | BAY05808612 |
| BAY00226983 | BAY00945240 | BAY05808837 |
| BAY00235972 | BAY00981705 | BAY06122714 |
| BAY00237168 | BAY00983471 | BAY06393919 |
| BAY00237211 | BAY01857061 | BAYCS00050116 |
| BAY00240799 | BAY01983487 | BAYCS00296085 |

BAYCS00347932               BHCAG03950306               BHCAG03950316

BAYCS00560472               BHCAG03950308

Cosgrove DM 3rd, Heric B, Lytle BW, Taylor PC, Novoa R, Golding LA, Stewart RW, McCarthy PM, Loop FD. Aprotinin therapy for reoperative myocardial revascularization: a placebo-controlled study. Ann Thorac Surg. 1992 Dec;54(6):1031-6; discussion 1036-8

D'Ambra MN, Akins CW, Blackstone EH, Bonney SL, Cohn LH, Cosgrove DM, Levy JH, Lynch KE, Maddi R. Aprotinin in primary valve replacement and reconstruction: a multicenter, double-blind, placebo-controlled trial. J Thorac Cardiovasc Surg. 1996 Oct;112(4):1081-9

Deposition of Dr. Ernst F. Weidmann, May 4, 2009, pp. 406-7, 410, 432, 436-8, and 477

Deposition of Prof. Dr. Kuno B.G. Sprenger, Apr. 23, 2009, pp. 594, 630-1

Fergusson DA, Hébert PC, Mazer CD, Fremes S, MacAdams C, Murkin JM, Teoh K, Duke PC, Arellano R, Blajchman MA, Bussières JS, Côté D, Karski J, Martineau R, Robblee JA, Rodger M, Wells G, Clinch J, Pretorius R; BART Investigators. A comparison of aprotinin and lysine analogues in high-risk cardiac surgery. N Engl J Med. 2008 May 29;358(22):2319-31

Karkouti K, Beattie WS, Dattilo KM, McCluskey SA, Ghannam M, Hamdy A, Wijeysundera DN, Fedorko L, Yau TM. A propensity score case-control comparison of aprotinin and tranexamic acid in high-transfusion-risk cardiac surgery. Transfusion. 2006 Mar;46(3):327-38

Lemmer JH Jr, Stanford W, Bonney SL, Chomka EV, Karp RB, Laub GW, Rumberger JA, Schaff HV. Aprotinin for coronary artery bypass grafting: effect on postoperative renal function. Ann Thorac Surg. 1995 Jan;59(1):132-6

Mangano DT, Miao Y, Vuylsteke A, Tudor IC, Juneja R, Filipescu D, Hoeft A, Fontes ML, Hillel Z, Ott E, Titov T, Dietzel C, Levin J; Investigators of The Multicenter Study of Perioperative Ischemia Research Group; Ischemia Research and Education Foundation. Mortality associated with aprotinin during 5 years following coronary artery bypass graft surgery. JAMA. 2007 Feb 7;297(5):471-9

Mangano DT, Tudor IC, Dietzel C; Multicenter Study of Perioperative Ischemia Research Group; Ischemia Research and Education Foundation. The risk associated with aprotinin in cardiac surgery. N Engl J Med. 2006 Jan 26;354(4):353-65

Schneeweiss S, Seeger JD, Landon J, Walker AM. Aprotinin during coronary-artery bypass grafting and risk of death. N Engl J Med. 2008 Feb 21;358(8):771-83

Sundt TM 3rd, Kouchoukos NT, Saffitz JE, Murphy SF, Wareing TH, Stahl DJ. Renal dysfunction and intravascular coagulation with aprotinin and hypothermic circulatory arrest. Ann Thorac Surg. 1993 Jun;55(6):1418-24

Westaby S. Aprotinin in perspective. Ann Thorac Surg. 1993 Apr;55(4):1033-41

The following materials were also reviewed but not cited in the report (listed by beginning Bates number or citation):

| | | |
|---|---|---|
| BAY00000857 | BAY00072097 | BAY00148856 |
| BAY00010633 | BAY00083568 | BAY00187435 |
| BAY00010775 | BAY00083611 | BAY00187435 |
| BAY00024559 | BAY00083675 | BAY00188144 |
| BAY00035434 | BAY00083713 | BAY00188144 |
| BAY00036421 | BAY00103812 | BAY00189213 |
| BAY00041117 | BAY00103862 | BAY00189213 |
| BAY00041134 | BAY00105588 | BAY00189668 |
| BAY00044402 | BAY00110590 | BAY00189668 |
| BAY00044797 | BAY00111214 | BAY00190499 |
| BAY00044863 | BAY00113456 | BAY00190499 |
| BAY00044971 | BAY00146128 | BAY00196017 |
| BAY00045647 | BAY00148215 | BAY00205159 |
| BAY00046543 | BAY00148617 | BAY00205249 |

| | | |
|---|---|---|
| BAY00205249 | BAY00225314 | BAY00328179 |
| BAY00205253 | BAY00226855 | BAY00328179 |
| BAY00205253 | BAY00227207 | BAY00564120 |
| BAY00205262 | BAY00227385 | BAY00564120 |
| BAY00205264 | BAY00231541 | BAY00581176 |
| BAY00205268 | BAY00279947 | BAY00641935 |
| BAY00206758 | BAY00279947 | BAY00675000 |
| BAY00206758 | BAY00280101 | BAY00675000 |
| BAY00206771 | BAY00289056 | BAY00704153 |
| BAY00206844 | BAY00290624 | BAY00704165 |
| BAY00208136 | BAY00291298 | BAY00730163 |
| BAY00225104 | BAY00291298 | BAY00835980 |
| BAY00225232 | BAY00320823 | BAY00963488 |
| BAY00225256 | BAY00321480 | BAY00975381 |
| BAY00225268 | BAY00322149 | BAY01276036 |
| BAY00225274 | BAY00323085 | BAY01618924 |
| BAY00225283 | BAY00325034 | BAY01983487 |

| | | |
|---|---|---|
| BAY02723001 | BAY05322498 | BHCAG0096880 |
| BAY03498353 | BAY05717843 | BHCAG01059817 |
| BAY04563869 | BAY06078326 | BHCAG0162552 |
| BAY04572774 | BAY06569811 | |
| BAY04572778 | BAY06909810 | |

AMICAR® (aminocaproic acid) Injection, Oral Solution, and Tablets [Package Insert] marketed by XANODYNE® PHARMACEUTICALS, INC. (Rev. 04/05 Code 909A00 AMPP0405-1782)

Avorn J. Dangerous deception--hiding the evidence of adverse drug effects. N Engl J Med. 2006 Nov 23;355(21):2169-71

FDA Advisory Committee Briefing Document for the September 12, 2007 Joint Meeting of the Cardiovascular and Renal Drugs Advisory Committee and the Drug Safety and Risk Management Committee (Aug. 14, 2007) (available online at http://www.fda.gov/ohrms/dockets/ac/07/briefing/2007-4316b1-01-FDA.pdf)

FDA NEWS RELEASE: "FDA Requests Marketing Suspension of Trasylol." (Nov. 5, 2007) (available online at http://www.fda.gov/NewsEvents/Newsroom/PressAnnouncements/2007/ucm109021.htm)

FDA NEWS RELEASE: "Manufacturer Removes Remaining Stocks of Trasylol Access Limited to Investigational Use." (May 14, 2008) (available online at http://www.fda.gov/NewsEvents/Newsroom/PressAnnouncements/2008/ucm116895.htm)

Ferguson TB Jr. Aprotinin--are there lessons learned? JAMA. 2007 Feb 7;297(5):527-9

Hiatt WR. Observational Studies of Drug Safety - Aprotinin and the Absence of Transparency. N Engl J Med. 2006 Nov 23;355(21):2171-3

Kincaid EH, Ashburn DA, Hoyle JR, Reichert MG, Hammon JW, Kon ND. Does the combination of aprotinin and angiotensin-converting enzyme inhibitor cause renal failure after cardiac surgery? Ann Thorac Surg. 2005 Oct;80(4):1388-93; discussion 1393

Perioperative Blood Transfusion and Blood Conservation in Cardiac Surgery: The Society of Thoracic Surgeons and The Society of Cardiovascular Anesthesiologists Clinical Practice Guideline. Ann Thorac Surg 2007;83:527-86

Ray WA, Stein CM. The aprotinin story--is BART the final chapter? N Engl J Med. 2008 May 29;358(22):2398-400

Responses and Objections of Defendants . . . to Plaintiffs' Interrogatories, MDL 1928 (Feb. 17, 2009)

Royston D. Comment on Ann Thorac Surg. 2005 Oct;80(4):1388-93; discussion 1393. Ann Thorac Surg. 2006 Oct;82(4):1575; and author reply 1575-6.

Shaw AD, Stafford-Smith M, White WD, Phillips-Bute B, Swaminathan M, Milano C, Welsby IJ, Aronson S, Mathew JP, Peterson ED, Newman MF. The effect of aprotinin on outcome after coronary-artery bypass grafting. N Engl J Med. 2008 Feb 21;358(8):784-93.

Wagener G, Gubitosa G, Wang S, Borregaard N, Kim M, Lee HT. Increased incidence of acute kidney injury with aprotinin use during cardiac surgery detected with urinary NGAL. Am J Nephrol. 2008;28(4):576-82

Zuckerman Spaeder LLP. Report on Trasylol for Bayer Corporation and Bayer AG (Aug. 2007)