# Exhibit D

**From:** Ronca, James R. [mailto:jronca@anapolschwartz.com]
**Sent:** Monday, September 14, 2009 1:25 PM
**To:** steven.derringer@bartlit-beck.com; Schoon, Eugene A.; rdandrea@eckertseamans.com
**Cc:** tparr@urymoskow.com; Scott Love; doug@monsourlawfirm.com
**Subject:** Furberg

Steve
I can confirm that the list attached to Dr. Furberg's report and documents cited therein is the entire list of all documents, articles, data compilations and other material that Dr. Furberg considered in formulating his opinions in this litigation.   Those materials include

   a.   Bates stamped documents produced by the defendants
   b.   Medical literature
   c.   Interrogatory responses provided by the defendants
   d.   Federal regulations, and
   e.   Documents located on the Internet.

With respect to the Internet documents, URLs for these documents were provided except for two:

   a.   The Amicar package insert can be found at
        http://dailymed.nlm.nih.gov/dailymed/archives/fdaDrugInfo.cfm?archiveid=5242
   b.   The Zukerman Spaeder report can be found at
        http://pharma.bayer.com/html/pdf/BAYER_REPORT_FINAL_8-2007.PDF
If you have any questions let me know. Financial information will be supplied tomorrow.
Thanks
Jim


James R. Ronca, Esq.
Anapol Schwartz
1710 Spruce Street
Philadelphia, PA 19103
jronca@anapolschwartz.com
www.anapolschwartz.com

215-735-1130
866-735-2792 toll free
215-875-7758 fax

252 Boas Street
Harrisburg, PA 17102
717-901-3500
717-909-0300 Harrisburg fax