# Exhibit E

# In The Matter Of:

## IN RE: TRASYLOL PRODUCTS LIABILITY LITIGATION

_____

**CURT D.  FURBERG, M.D., PH.D.**
*September 29, 2009*

_____

# *MERRILL CORPORATION*

## *25 West 45th Street - Suite 900*
## *New York, NY 10036*
*PH: 212-557-7400 / FAX: 212-692-9171*

**FURBERG, M.D., PH.D., CURT D.  - Vol. 1**

CURT D.   FURBERG, M.D., PH.D.

Page 27

1    the attached Exhibit C.  Do you see that?

2         A.    Yes.

3         Q.    Is that Exhibit C attached to deposition

4    Exhibit Number 2?

5         A.    No, that's -- I got some help putting this

6    all together.  So I didn't type these pages.  But, yes,

7    I reviewed it and this -- I think it's the -- should be

8    a complete list.

9                        (Defendant's Exhibit Number 3

10                       was marked for identification.

11        Q.    I'm handing you what I've marked as

12   Deposition Exhibit Number 3.  Do you have that in front

13   of you?

14        MR. RASMUSSEN:  This isn't up-to-date just

15   so you know.  There were subsequent made some

16   changes.

17        MR. PHILLIPS:  They say the same thing,

18   though, right?

19        MR. RASMUSSEN:  No.  We -- no, because we

20   had to correct it.

21        A.    I haven't seen this before.

22        Q.    Understood.  Do you have -- my first

23   question is do you have Exhibit Number 3 in front of

CURT D.   FURBERG, M.D., PH.D.

Page 28

1    you?

2         A.    Yes.

3         Q.    Do you see it's an e-mail from Mr. Ronca?

4         A.    Correct.

5         Q.    Have you ever spoken to Mr. Ronca before?

6         A.    I think I talked to the -- there was some --

7    at least another lawyer or two initially before I

8    really got into with Ted Parr from -- I don't know the

9    name.  Maybe that's this guy.  I don't know.

10        Q.    This is an e-mail that Mr. Ronca wrote to

11   some of my colleagues.  And do you see in the first

12   sentence of his e-mail he says -- he confirms that the

13   list attached to Dr. Furberg's report in the document

14   cited therein is the entire list of all documents,

15   articles, data compilations, and other material that

16   Dr. Furberg considered in formulating his opinions in

17   this litigation.  Do you see that?

18        A.    Yes.

19        Q.    Is that accurate?

20             MR. RASMUSSEN:  Objection.

21        A.    There's no attached list here.

22        Q.    Right.  He says the list attached to your

23   report.

CURT D.   FURBERG, M.D., PH.D.

Page 29

1          MR. RASMUSSEN:  Then why don't you ask him

2     about the report.

3     A.    You mean the appendix?

4     Q.    C.

5     A.    C.  To the best of my knowledge that is the

6     complete list.

7     Q.    And am I correct that that's the complete

8     list of all the documents that you considered in

9     connection with your expert report in this case?

10    A.    With my report, yes.

11    Q.    If I heard you correctly a moment ago, you

12    indicated that you did not prepare Exhibit C yourself;

13    is that correct?

14    A.    No.  Correct.

15    Q.    Who did prepare it?

16         MR. RASMUSSEN:  I can tell you we did, the

17    plaintiffs' attorneys.

18    A.    I think that's -- it was prepared -- I got

19    it from Mr. Rasmussen.

20    Q.    So plaintiffs' counsel prepared Exhibit C

21    for you?

22    A.    Correct.

23    Q.    And does that reflect all the materials that