# Exhibit G

**BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP**
www.bartlit-beck.com

CHICAGO OFFICE
COURTHOUSE PLACE
54 WEST HUBBARD STREET
CHICAGO, IL 60610
TELEPHONE: (312) 494-4400
FACSIMILE:  (312) 494-4440

DENVER OFFICE
1899 WYNKOOP STREET
8TH FLOOR
DENVER, CO 80202
TELEPHONE:  (303) 592-3100
FACSIMILE:  (303) 592-3140

WRITER'S DIRECT DIAL:
(312) 494-4415
steven.derringer@bartlit-beck.com

January 25, 2010

**Via electronic and U.S. mail**

Mr. Scott A. Love, Esq.
Clark, Dean & Burnette
440 Louisiana Street
Suite 1600
Houston, TX  77002

Re:   MDL Docket No. 1928, **In re Trasylol Products Liability**, United States District Court for the Southern District of Florida

Dear Scott:

This responds to your letter of January 20, 2010 enclosing "Supplemental Appendices" to the expert reports of Furberg and Parisian. Please let me know right away if either Furberg or Parisian intend to discuss or in any way rely upon any of these documents when presenting their opinions at trial.

We of course object to any suggestion that transmittal of these "Supplemental Appendices" somehow constitutes notice or disclosure of any opinions or the basis for any opinions. Bayer reserves its right to object to any attempt by plaintiffs to elicit or rely upon at trial opinions or bases that were not timely disclosed to Bayer. Bayer also reserves its right to reopen the deposition of Furberg and/or Parisian in the event that either intends to discuss or rely upon any document in the "Supplemental Appendices" when presenting their opinions at trial.

Very truly yours,

Steven E. Derringer

SED/cmf

cc:   Jim Ronca, Esq. (via e-mail)
      Richard K. Dandrea, Esq. (via e-mail)
      Eugene A. Schoon, Esq. (via e-mail)