# Exhibit I

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

IN RE TRASYLOL PRODUCTS LIABILITY
LITIGATION – MDL-1928

This Document Relates to All Actions

## DECLARATION OF BRIAN E. CALLA

I, Brian E. Calla, am an associate at Eckert Seamans Cherin & Melliott, LLC. I swear that the following is true and correct:

1. I am personally familiar with the manner in and dates on which Bayer has produced documents to plaintiffs in the above-captioned litigation.

2. The document attached hereto as Exhibit 1 reflects the dates on which the 142 documents plaintiffs untimely seek to include in "Supplemental Appendices" to the expert reports of Drs. Suzanne Parisian and Curt Furberg were produced by Bayer to plaintiffs.

I, BRIAN E. CALLA, declare under penalty of perjury that the foregoing is true and correct.

Executed on January 29, 2010

_____
BRIAN E. CALLA

# Exhibit 1

## Supplemental Appendix (1/20/2010) of Documents Reviewed by CURT DANIEL FURBERG, MD and SUZANNE PARISIAN, MD

| Document Production Number | Date of Document Production |
|---|---|
| BAYCS00035742-BAYCS00035745 | 28-Jan-2009 |
| BAYCS00164417-BAYCS00164421 | 21-Apr-2009 |
| BAYCS00174078-BAYCS00174079 | 21-Apr-2009 |
| BAYCS00197121-BAYCS00197121 | 21-Apr-2009 |
| BAYCS00201868-BAYCS00201869 | 21-Apr-2009 |
| BAYCS00347932-BAYCS00347933 | 21-Apr-2009 |
| BAYCS00369877-BAYCS00369877 | 21-Apr-2009 |
| BAYCS00780442-BAYCS00780442 | 21-Apr-2009 |
| BAYCS01030533-BAYCS01030533 | 10-Jul-2009 |
| BAY03446626-BAY03446628 | 14-May-2008 |
| BAY03514821-BAY03514821 | 14-May-2008 |
| BAY03655166-BAY03655166 | 14-May-2008 |
| BAY03729284-BAY03729284 | 14-May-2008 |
| BAY03943449-BAY03943449 | 14-May-2008 |
| BAY03963323-BAY03963324 | 14-May-2008 |
| BAY04213407-BAY04213409 | 14-May-2008 |
| BAY04213410-BAY04213417 | 14-May-2008 |
| BAY04213426-BAY04213426 | 14-May-2008 |
| BAY04213427-BAY04213429 | 14-May-2008 |
| BAY04213430-BAY04213430 | 14-May-2008 |
| BAY04534165-BAY04534165 | 14-May-2008 |
| BAY04544898-BAY04544902 | 14-May-2008 |
| BAY04568883-BAY04568896 | 14-May-2008 |
| BAY04620693-BAY04620693 | 14-May-2008 |
| BAY04627747-BAY04627748 | 14-May-2008 |
| BAY04691537-BAY04691538 | 14-May-2008 |
| BAY04713531-BAY04713531 | 14-May-2008 |
| BAY04733025-BAY04733026 | 14-May-2008 |
| BAY04841789-BAY04841789 | 14-May-2008 |
| BAY04879634-BAY04879688 | 14-May-2008 |
| BAY04922780-BAY04922780 | 14-May-2008 |
| BAY04923426-BAY04923428 | 14-May-2008 |
| BAY04943213-BAY04943268 | 14-May-2008 |
| BAY04945657-BAY04945658 | 14-May-2008 |
| BAY04974117-BAY04974130 | 14-May-2008 |
| BAY04976809-BAY04976809 | 14-May-2008 |
| BAY05002135-BAY05002137 | 14-May-2008 |
| BAY05004858-BAY05004860 | 14-May-2008 |
| BAY05005672-BAY05005675 | 14-May-2008 |
| BAY05008944-BAY05009039 | 14-May-2008 |
| BAY05010545-BAY05010546 | 14-May-2008 |

| Bates Range | Date |
|---|---|
| BAY05053618-BAY05053630 | 14-May-2008 |
| BAY05322480-BAY05322481 | 14-May-2008 |
| BAY05322498-BAY05322499 | 14-May-2008 |
| BAY05426839-BAY05426846 | 14-May-2008 |
| BAY05439481-BAY05439486 | 14-May-2008 |
| BAY05498537-BAY05498567 | 14-May-2008 |
| BAY05573848-BAY05573848 | 14-May-2008 |
| BAY05720405-BAY05720406 | 14-May-2008 |
| BAY05634659-BAY05634662 | 14-May-2008 |
| BAY05680848-BAY05680852 | 14-May-2008 |
| BAY05741359-BAY05741360 | 14-May-2008 |
| BAY05758734-BAY05758757 | 14-May-2008 |
| BHCAG05270727-BHCAG05270752 | 10-Apr-2009 |
| BAY05956419-BAY05956420 | 14-Aug-2008 |
| BAY06124380-BAY06124380 | 14-Aug-2008 |
| BHCAG01034947-BHCAG01034948 | 11-Sept-2009[1] |
| BHCAG00766030-BHCAG00766031 | 29-Jun-2008 |
| BAY06564867-BAY06564873 | 23-Jan-2009 |
| BAY06741982-BAY06741999 | 4-Jun-2009 |
| BAY06777270-BAY06777279 | 4-Jun-2009 |
| BAY06783229-BAY06783234 | 4-Jun-2009 |
| BAY06785375-BAY06785381 | 4-Jun-2009 |
| BAY06790458-BAY06790461 | 4-Jun-2009 |
| BAY06805578-BAY06805581 | 15-Jun-2009 |
| BAY06830288-BAY06830288 | 15-Jun-2009 |
| BAY06851107-BAY06851113 | 15-Jun-2009 |
| BAY06862543-BAY06862544 | 15-Jun-2009 |
| BAY06862680-BAY06862737 | 15-Jun-2009 |
| BAY06921127-BAY06921153 | 15-Jun-2009 |
| BHCAG00457841-BHCAG00457848 | 28-Dec-2007 |
| BAY08250022-BAY08250052 | 2-Sept-2009[2] |
| BAY00687285-BAY00687288 | 1-Oct-2007 |
| BAY00578601-BAY00578726 | 17-Aug-2007 |
| BAY00672885-BAY00672902 | 1-Oct-2007 |
| BAY00673909-BAY00674492 | 1-Oct-2007 |
| BAY00674526-BAY00674600 | 1-Oct-2007 |
| BAY00676355-BAY00676355 | 1-Oct-2007 |
| BAY00676369-BAY00676369 | 1-Oct-2007 |
| BAY00679620-BAY00679625 | 1-Oct-2007 |
| BAY00679867-BAY00679884 | 1-Oct-2007 |
| BAY00680413-BAY00680413 | 1-Oct-2007 |
| BAY00680602-BAY00680604 | 1-Oct-2007 |
| BAY00686429-BAY00686448 | 1-Oct-2007 |
| BAY00686462-BAY00686463 | 1-Oct-2007 |
| BAY00734607-BAY00734608 | 1-Oct-2007 |
| BAY00742025-BAY00742025 | 1-Oct-2007 |

| | |
|---|---|
| BAY00742182-BAY00742183 | 1-Oct-2007 |
| BAY00745435-BAY00745439 | 1-Oct-2007 |
| BAY00749599-BAY00749602 | 1-Oct-2007 |
| BAY00941120-BAY00941127 | 1-Oct-2007 |
| BAY00963618-BAY00963635 | 1-Oct-2007 |
| BAY00983471-BAY00983472 | 1-Oct-2007 |
| BAY01035527-BAY01035528 | 14-Nov-2007 |
| BAY01035650-BAY01035651 | 14-Nov-2007 |
| BAY01035680-BAY01035684 | 14-Nov-2007 |
| BAY01043438-BAY01043440 | 14-Nov-2007 |
| BAY01202051-BAY01202055 | 14-Nov-2007 |
| BAY01334246-BAY01334271 | 14-Nov-2007 |
| BAY01392701-BAY01392702 | 14-Nov-2007 |
| BAY01467313-BAY01467315 | 26-Nov-2007 |
| BAY01564063-BAY01564064 | 26-Nov-2007 |
| BAY01624243-BAY01624244 | 26-Nov-2007 |
| BAY01630836-BAY01630838 | 26-Nov-2007 |
| BHCAG01199259-BHCAG01199261 | 25-Sep-2008 |
| BHCAG01306581-BHCAG01306582 | 25-Sep-2008 |
| BHCAG01306583-BHCAG01306583 | 25-Sep-2008 |
| BHCAG01306584-BHCAG01306637 | 25-Sep-2008 |
| BHCAG01306638-BHCAG01306639 | 25-Sep-2008 |
| BHCAG01306640-BHCAG01306641 | 25-Sep-2008 |
| BHCAG01527307-BHCAG01527308 | 25-Sep-2008 |
| BHCAG01625521-BHCAG01625591 | 25-Sep-2008 |
| BHCAG02293216-BHCAG02293217 | 24-Nov-2008 |
| BAY02114121-BAY02114122 | 29-Jan-2008 |
| BAY02463308-BAY02463308 | 29-Jan-2008 |
| BAY02463309-BAY02463313 | 29-Jan-2008 |
| BAY02386019-BAY02386021 | 29-Jan-2008 |
| BAY02533373-BAY02533407 | 29-Jan-2008 |
| BAY02715890-BAY02715891 | 29-Jan-2008 |
| BAY02718728-BAY02718730 | 29-Jan-2008 |
| BHCAG02659464-BHCAG02659464 | 6-Jan-2009 |
| BHCAG02659465-BHCAG02659465 | 6-Jan-2009 |
| BHCAG02690954-BHCAG02691029 | 6-Jan-2009 |
| BHCAG02712203-BHCAG02712205 | 6-Jan-2009 |
| BHCAG02726958-BHCAG02726962 | 6-Jan-2009 |
| BHCAG02749866-BHCAG02749867 | 6-Jan-2009 |
| BAY02877905-BAY02877913 | 7-Mar-2008 |
| BAY03034618-BAY03034618 | 7-Mar-2008 |
| BAY03045674-BAY03045674 | 7-Mar-2008 |
| BHCAG04483886-BHCAG04483901 | 10-Feb-2009 |
| BHCAG04827296-BHCAG04827330 | 10-Feb-2009 |
| BAY09020431-BAY09020436 | 24-Apr-2008 |
| BAY03364404-BAY03364442 | 24-Apr-2008 |

| | |
|---|---|
| BAY09020617-BAY09020620 | 24-Apr-2008 |
| BAY02866183-BAY02866185 | 7-Mar-2008 |
| BAY00720487-BAY00720531 | 1-Oct-2007 |
| BAY00369029-BAY00369034 | 18-May-2007 |
| BAY00009999-BAY00010181 | 18-May-2007 |
| BAY00103888-BAY00103897 | 18-May-2007 |
| BAY00202396-BAY00202408 | 18-May-2007 |
| BAY00225695-BAY00225697 | 18-May-2007 |
| BAY00233465-BAY00233533 | 18-May-2007 |

[1] **Originally produced in June, 2008 in Part 3 of the 4th AG Production.**

[2] **Originally produced in May, 2008 in Part 13 of the 10th day Production for Stanley Horton.**