UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

IN RE TRASYLOL PRODUCTS LIABILITY )
LITIGATION – MDL-1928 )
)
THIS DOCUMENT RELATES TO: )
)
ANNA E. BRYANT v. )
BAYER CORPORATION et al. )  FEBRUARY 2, 2010
Case No. 9:08-cv-80868-DMM )

FILED by _____ D.C.
FEB - 3 2010
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

### FIFTH AMENDED PLAINTIFF'S DISCLOSURE OF FACT WITNESSES AND DESIGNATION OF WITNESSES FOR TRIAL

In accordance with the Orders of the Court and Fed. R. Civ. Pro. 26(a)(3)(A)(i), Plaintiff Anna E. Bryant hereby revokes all prior designations of witnesses for trial and specifically identifies in this 5th Amended Disclosure of Fact Witnesses those witnesses that she expects to call/may call at trial (in person or via preserved testimony) as follows:

I.   The following individuals are present or past employees of one or more of the Defendants and whose identity and addresses are therefore known to them.

   1.   Plaintiff intends to call at trial the following witnesses (who are or were employees of the Defendants) in the manner identified:

      a.   Stanley Horton (VIA Deposition Cut)
      b.   Allen Heller (VIA Deposition Cut)
      c.   Valentine Pascale (VIA Deposition Cut)
      d.   John Lettieri (VIA Deposition Cut)
      e.   Robert Harrison (LIVE)
      f.   Pam Cyrus (LIVE)
      g.   William Shank (VIA Deposition Cut)

     h.     Felix Monteagudo (VIA Deposition Cut)
     i.     Ed Tucker (VIA Deposition Cut)
     j.     Jennifer Maurer (LIVE)
     k.     Steven Zaruby (VIA Deposition Cut)
     l.     Paul McCarthy (VIA Deposition Cut)
     m.     Ernst Weidman (VIA Deposition Cut)
     n.     Kemal Malik (VIA Deposition Cut)
     o.     Katie Sheffield-Motika (VIA Deposition Cut)
     p.     George Holder (VIA Deposition Cut)
     q.     Nahid Dolkhani (VIA Deposition Cut)
     r.     Laurie Simpson (VIA Deposition Cut)

2.     Plaintiff may call the following witnesses (who are or were employees of the Defendants), but only during cross examination or rebuttal and via deposition cut:

     a.     Michael Rozycki
     b.     Anita Shah
     c.     Kuno Sprenger
     d.     Tomasz Dyszynski
     e.     Hilda Dizon
     f.     Reinhard Fesharek
     g.     Meredith Fischer
     h.     Edward Sypniewski
     i.     Margaret Foley
     j.     Karen Denton
     k.     Joseph Scheeren
     l.     Terry Taylor
     m.     Mitch Trujillo
     n.     Eleonora Goldberg
     o.     Debra Hudgins

        p.      Susan Johnston

        q.      David Stocker

        r.      Daniel Stamps

        s.      Thomas Chin

II.    The following are other fact witnesses who Plaintiff intends to call at trial in the manner identified:

    a.    Anna E. Bryant (LIVE)
          8561 DeSoto Avenue, #200
          Canoga Park, CA 91304

    b.    Kathy Bryant (LIVE)
          8561 DeSoto Avenue, #200
          Canoga Park, CA 91304

    c.    Bassam Omari, M.D. (VIA Deposition Cut)
          Harbor UCLA Medical Center
          1000 W. Carson St.
          Torrance, CA 91325

    d.    Alexander Walker, PhD (Via Deposition Cut)
          Harvard School of Public Health
          677 Huntington Avenue
          Kresge Building Room 908B
          Boston, MA 02115

III.    Plaintiff intends to call the following case-specific expert witnesses who, having been duly disclosed, will also provide factual testimony in addition to their expert opinions:

    a.    Glenn M. Chertow, MD (LIVE)

    b.    Douglas Schuch, MD (LIVE)

    c.    Paul M. Deutsch, PhD (LIVE)

    d.    Joseph Cipolla, CPA (LIVE)

    e.    Bassam Omari, MD (VIA Deposition Cut (same testimony as in §II))

    f.    Alexander Walker, PhD (VIA Deposition Cut same testimony as in §II))

IV.  The following are other fact witnesses who Plaintiff may call if the need arises:

    a.  Patricia O'Rourke
       8561 DeSoto Avenue #200
       Canoga Park, CA 91304

    b.  David C. Kress, M.D.
       St. Lukes Medical Center
       2901 W. Kinnickinnic River Parkway, Suite 511
       Milwaukee, WI 53215

    c.  Hamid Sadeghi, MD
       14860 Roscoe Blvd #100
       Panorama City, CA 91402

V.  Plaintiff specifically reserves the right to amend and supplement this list based on continuing medical treatment or for good cause shown.

Respectfully submitted,

_/s/ Neal Moskow_
Neal L. Moskow, Esq.
**URY & MOSKOW, LLC**
883 Black Rock Turnpike
Fairfield, CT 06825
Telephone (203) 226-8088
Facsimile (203) 610-6399
Email: neal@urymoskow.com

Edward J. Parr, Jr., Esq.
**URY & MOSKOW, PLLC**
1250 Connecticut Ave., NW, Suite 200
Washington, DC 20036
Telephone (202) 321-8982
Facsimile: (202) 318-3255
Email: tedparr@urymoskow.com

Dave P. Matthews
Julie L. Rhoades
**MATTHEWS & ASSOCIATES**
2509 Sackett Street
Houston, TX 77098
Telephone: (713) 522-5250
Facsimile: (713) 535-7184
Email: dmatthews@thematthewslawfirm.com
Email: jrhoades@thematthewslawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2009, I filed the foregoing document via Federal Express with the Clerk of the Court. I also certify that the foregoing document is being served this day on all counsel or records or pro se parties identified on the attached Service List in the manner specified, either via Electronic Mail or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

*/s/ Neal L. Moskow*
Neal L. Moskow
CT Bar # 04516

## SERVICE LIST

James R. Ronca
Email: jronca@anapolschwartz.com
ANAPOL, SCHWARTZ, WEISS, COHAN, FELDMAN
& SMALLEY, P.C.
1710 Spruce Street
Philadelphia, PA 19103
Telephone: 215-735-1130
Facsimile: 215-875-7758
*Plaintiffs' Steering Committee/Co-Lead Counsel*

Joseph A. Osborne
Email: JAOsborne@babbitt-johnson.com
BABBITT, JOHNSON, OSBORNE
& LECLAINCHE, P.A.
1641 Worthington Blvd., Suite 100
West Palm Beach, FL 33409
Telephone: 561-684-2500
Facsimile: 561-684-6308
*Liaison Counsel for Plaintiffs and Plaintiffs'
Steering Committee*

Patricia E. Lowry
Email: plowry@ssd.com
Barbara Bolton Litten
Email: blitten@ssd.com
SQUIRE, SANDERS & DEMPSEY, L.L.P.
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198
Telephone: 561-650-7200
Facsimile: 561-655-1509
*Liaison Counsel for Defendants and
Attorney for Defendants Bayer Corporation, Bayer
Healthcare Pharmaceuticals, Inc., Bayer
Healthcare LLC, Bayer AG, and Bayer Healthcare
AG*

Scott A. Love
Email: slove@triallawfirm.com
CLARK, DEAN & BURNETT, G.P.
440 Louisiana #1600
Houston, TX 77002
Telephone: 713-757-1400
Facsimile: 713-759-1217
*Plaintiffs' Steering Committee/Co-Lead Counsel*

Richard K. Dandrea, Esq.
Email: rdandrea@eckertseamans.com
ECKERT, SEAMANS, CHERIN & MELLOTT, LLC
U.S. Steel Tower
600 Grant Street, 44th Floor
Pittsburgh, PA 15219
Telephone: 412-566-6000
Facsimile: 412-566-6099
*Defendants Co-Lead Counsel and
Attorney for Defendants Bayer Corporation, Bayer
Healthcare Pharmaceuticals, Inc., Bayer
Healthcare LLC, Bayer AG, and Bayer Healthcare
AG*

Alan G. Schwartz
Email: aschwartz@wiggin.com
WIGGIN AND DANA LLP
One Century Tower
P.O. Box 1832
New Haven, CT 06508-1832
Telephone: 203-498-4400
Facsimile: 203-782-2889
*Defendants Co-Lead Counsel and
Attorney for Defendants Bayer Corporation, Bayer
Healthcare Pharmaceuticals, Inc., Bayer
Healthcare LLC, Bayer AG, and Bayer Healthcare
AG*

Eugene A. Schoon
Email: eschoon@sidley.com
**SIDLEY AUSTIN LLP**
One South Dearborn
Chicago, IL 60603
Telephone: 312-853-7000
Facsimile: 312-853-7036
*Defendants Co-Lead Counsel and*
*Attorney for Defendants Bayer Corporation, Bayer Healthcare Pharmaceuticals, Inc., Bayer Healthcare LLC, Bayer AG, and Bayer Healthcare AG*

Catherine Barrad, Esq.
Email: cbarrad@sidley.com
**SIDLEY AUSTIN LLP**
555 West Fifth Street
Los Angeles, California 90013
Telephone: 213-896-6688
Facsimile: 213-896-6600
*Defendants Co-Lead Counsel and*
*Attorney for Defendants Bayer Corporation, Bayer Healthcare Pharmaceuticals, Inc., Bayer Healthcare LLC, Bayer AG, and Bayer Healthcare AG*

Philip S. Beck
Email: philip.beck@bartlit-beck.com
Steven E. Derringer
Email: steven.derringer@bartlit-beck.com
Shayna Cook
Email: shayna.cook@bartlit-beck.com
**BARTLIT, BECK, HERMAN, PALENCHAR & SCOTT LLP**
54 West Hubbard, Suite 300
Chicago, IL 60610
Telephone: 312-494-4400
Facsimile: 312-494-4440
*Defendants Co-Lead Counsel and*
*Attorney for Defendants Bayer Corporation, Bayer Healthcare Pharmaceuticals, Inc., Bayer Healthcare LLC, Bayer AG, and Bayer Healthcare AG*