UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

No. 08-MD-1928-MIDDLEBROOKS

IN RE: TRASYLOL PRODUCTS
LIABILITY LITIGATION

This document applies to:

*Anna E. Bryant v. Bayer Corp., et al.*
**Case No. 9:08-80868**

## NOTICE SETTING PRETRIAL CONFERENCE

Please take Note:

A Pretrial Conference has been scheduled for **Friday, February 26, 2010** at 10:00 a.m. in Courtroom 7 of the Paul G. Rogers Federal Building, 701 Clematis Street, West Palm Beach, FL, 33401.[1]

Any party desiring to telephonically appear at the Status Conference must submit an email request to sylvia_wenger@flsd.uscourts.gov on **Wednesday, February 24, 2010.** Due to the number of filings and emails received in Chambers related to these MDL proceedings, only requests submitted on the specified date will be accommodated.
.

_____
Donald M. Middlebrooks
United States District Judge

Dated February 4, 2010

Copies to all counsel of record

---

[1] Counsel for the Bryant matter shall submit to the Court, no later than Wednesday, February 24, 2010 a proposed Agenda for the Pre-Trial Conference.