UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

FILED by _____ D.C.

FEB - 4 2010

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

IN RE TRASYLOL PRODUCTS LIABILITY )
LITIGATION – MDL-1928 )
)
)
THIS DOCUMENT RELATES TO: )
)
ANNA E. BRYANT v. )
BAYER CORPORATION et al. )          FEBRUARY 3, 2010
Case No. 9:08-cv-80868-DMM )

## SIXTH AMENDED PLAINTIFF'S DISCLOSURE OF FACT WITNESSES AND DESIGNATION OF WITNESSES FOR TRIAL

In accordance with the Orders of the Court and Federal Rule of Civil Procedure 26(a)(3)(A)(i), Plaintiff Anna E. Bryant hereby revokes all prior designations of witnesses for trial and specifically identifies in this 6th Amended Disclosure of Fact Witnesses those witnesses that she expects to call/may call at trial (in person or via preserved testimony) as follows:

I.  The following individuals are present or past employees of one or more of the Defendants and whose identity and addresses are therefore known to them.

1.  Plaintiff intends to call at trial the following witnesses (who are or were employees of the Defendants) in the manner identified:

    a.  Stanley Horton (VIA Deposition Cut)
    b.  Allen Heller (VIA Deposition Cut)
    c.  Valentine Pascale (VIA Deposition Cut)
    d.  John Lettieri (VIA Deposition Cut)
    e.  Robert Harrison (LIVE)
    f.  Pam Cyrus (LIVE)
    g.  William Shank (VIA Deposition Cut)

 h. Felix Monteagudo (VIA Deposition Cut)
 i. Ed Tucker (VIA Deposition Cut)
 j. Jennifer Maurer (LIVE)
 k. Steven Zaruby (VIA Deposition Cut)
 l. Paul McCarthy (VIA Deposition Cut)
 m. Ernst Weidman (VIA Deposition Cut)
 n. Kemal Malik (VIA Deposition Cut)
 o. Katie Sheffield-Motika (VIA Deposition Cut)
 p. George Holder (VIA Deposition Cut)
 q. Nahid Dolkhani (VIA Deposition Cut)
 r. Laurie Simpson (VIA Deposition Cut)
 s. Michael Rozycki (VIA Deposition Cut)
 t. Anita Shah (VIA Deposition Cut)
 u. Kuno Sprenger (VIA Deposition Cut)

2. Plaintiff may call the following witnesses (who are or were employees of the Defendants), but only during cross examination or rebuttal and via deposition cut:

 a. Tomasz Dyszynski
 b. Hilda Dizon
 c. Reinhard Fesharek
 d. Meredith Fischer
 e. Edward Sypniewski
 f. Margaret Foley
 g. Karen Denton
 h. Joseph Scheeren
 i. Terry Taylor
 j. Mitch Trujillo
 k. Eleonora Goldberg
 l. Debra Hudgins

   m. Susan Johnston

   n. David Stocker

   o. Daniel Stamps

   p. Thomas Chin

II. The following are other fact witnesses who Plaintiff intends to call at trial in the manner identified:

  a. Anna E. Bryant (LIVE)
   8561 DeSoto Avenue, #200
   Canoga Park, CA 91304

  b. Kathy Bryant (LIVE)
   8561 DeSoto Avenue, #200
   Canoga Park, CA 91304

  c. Bassam Omari, M.D. (VIA Deposition Cut)
   Harbor UCLA Medical Center
   1000 W. Carson St.
   Torrance, CA 91325

  d. Alexander Walker, PhD (Via Deposition Cut)
   Harvard School of Public Health
   677 Huntington Avenue
   Kresge Building Room 908B
   Boston, MA 02115

III. Plaintiff intends to call the following case-specific expert witnesses who, having been duly disclosed, will also provide factual testimony in addition to their expert opinions:

  a. Glenn M. Chertow, MD (LIVE)

  b. Douglas Schuch, MD (LIVE)

  c. Paul M. Deutsch, PhD (LIVE)

  d. Joseph Cipolla, CPA (LIVE)

  e. Bassam Omari, MD (VIA Deposition Cut (same testimony as in §II))

  f. Alexander Walker, PhD (VIA Deposition Cut same testimony as in §II))

IV.  The following are other fact witnesses who Plaintiff may call if the need arises:

    a.    Patricia O'Rourke
           8561 DeSoto Avenue #200
           Canoga Park, CA 91304

    b.    David C. Kress, M.D.
           St. Lukes Medical Center
           2901 W. Kinnickinnic River Parkway, Suite 511
           Milwaukee, WI 53215

    c.    Hamid Sadeghi, MD
           14860 Roscoe Blvd #100
           Panorama City, CA 91402

V.  Plaintiff specifically reserves the right to amend and supplement this list based on continuing medical treatment or for good cause shown.

                            Respectfully submitted,

                            _/s/ Neal L. Moskow_
                            Neal L. Moskow, Esq.
                            URY & MOSKOW, LLC
                            883 Black Rock Turnpike
                            Fairfield, CT 06825
                            Telephone (203) 226-8088
                            Facsimile  (203) 610-6399
                            Email:  neal@urymoskow.com

                            Edward J. Parr, Jr., Esq.
                            URY & MOSKOW, PLLC
                            1250 Connecticut Ave., NW, Suite 200
                            Washington, DC 20036
                            Telephone  (202) 321-8982
                            Facsimile: (202) 318-3255
                            Email:  tedparr@urymoskow.com

>Dave P. Matthews
>Julie L. Rhoades
>**MATTHEWS & ASSOCIATES**
>2509 Sackett Street
>Houston, TX 77098
>Telephone: (713) 522-5250
>Facsimile: (713) 535-7184
>Email: dmatthews@thematthewslawfirm.com
>Email: jrhoades@thematthewslawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2010, I filed the foregoing document via Federal Express with the Clerk of the Court. I also certify that the foregoing document is being served this day on all counsel or records or pro se parties identified on the attached Service List in the manner specified, either via Electronic Mail or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

_____
Neal L. Moskow
CT Bar # 04516

## SERVICE LIST

James R. Ronca
Email: jronca@anapolschwartz.com
**ANAPOL, SCHWARTZ, WEISS, COHAN, FELDMAN & SMALLEY, P.C.**
1710 Spruce Street
Philadelphia, PA 19103
Telephone: 215-735-1130
Facsimile: 215-875-7758
*Plaintiffs' Steering Committee/Co-Lead Counsel*

Joseph A. Osborne
Email: JAOsborne@babbitt-johnson.com
**BABBITT, JOHNSON, OSBORNE & LECLAINCHE, P.A.**
1641 Worthington Blvd., Suite 100
West Palm Beach, FL 33409
Telephone: 561-684-2500
Facsimile: 561-684-6308
*Liaison Counsel for Plaintiffs and Plaintiffs' Steering Committee*

Patricia E. Lowry
Email: plowry@ssd.com
Barbara Bolton Litten
Email: blitten@ssd.com
**SQUIRE, SANDERS & DEMPSEY, L.L.P.**
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198
Telephone: 561-650-7200
Facsimile: 561-655-1509
*Liaison Counsel for Defendants and Attorney for Defendants Bayer Corporation, Bayer Healthcare Pharmaceuticals, Inc., Bayer Healthcare LLC, Bayer AG, and Bayer Healthcare AG*

Scott A. Love
Email: slove@triallawfirm.com
**CLARK, DEAN & BURNETT, G.P.**
440 Louisiana #1600
Houston, TX 77002
Telephone: 713-757-1400
Facsimile: 713-759-1217
*Plaintiffs' Steering Committee/Co-Lead Counsel*

Richard K. Dandrea, Esq.
Email: rdandrea@eckertseamans.com
**ECKERT, SEAMANS, CHERIN & MELLOTT, LLC**
U.S. Steel Tower
600 Grant Street, 44th Floor
Pittsburgh, PA 15219
Telephone: 412-566-6000
Facsimile: 412-566-6099
*Defendants Co-Lead Counsel and Attorney for Defendants Bayer Corporation, Bayer Healthcare Pharmaceuticals, Inc., Bayer Healthcare LLC, Bayer AG, and Bayer Healthcare AG*

Alan G. Schwartz
Email: aschwartz@wiggin.com
**WIGGIN AND DANA LLP**
One Century Tower
P.O. Box 1832
New Haven, CT 06508-1832
Telephone: 203-498-4400
Facsimile: 203-782-2889
*Defendants Co-Lead Counsel and Attorney for Defendants Bayer Corporation, Bayer Healthcare Pharmaceuticals, Inc., Bayer Healthcare LLC, Bayer AG, and Bayer Healthcare AG*

Eugene A. Schoon
Email: eschoon@sidley.com
**SIDLEY AUSTIN LLP**
One South Dearborn
Chicago, IL 60603
Telephone: 312-853-7000
Facsimile: 312-853-7036
*Defendants Co-Lead Counsel and*
*Attorney for Defendants Bayer Corporation, Bayer Healthcare Pharmaceuticals, Inc., Bayer Healthcare LLC, Bayer AG, and Bayer Healthcare AG*

Catherine Barrad, Esq.
Email: cbarrad@sidley.com
**SIDLEY AUSTIN LLP**
555 West Fifth Street
Los Angeles, California 90013
Telephone: 213-896-6688
Facsimile: 213-896-6600
*Defendants Co-Lead Counsel and*
*Attorney for Defendants Bayer Corporation, Bayer Healthcare Pharmaceuticals, Inc., Bayer Healthcare LLC, Bayer AG, and Bayer Healthcare AG*

Philip S. Beck
Email: philip.beck@bartlit-beck.com
Steven E. Derringer
Email: steven.derringer@bartlit-beck.com
Shayna Cook
Email: shayna.cook@bartlit-beck.com
**BARTLIT, BECK, HERMAN, PALENCHAR & SCOTT LLP**
54 West Hubbard, Suite 300
Chicago, IL 60610
Telephone: 312-494-4400
Facsimile: 312-494-4440
*Defendants Co-Lead Counsel and*
*Attorney for Defendants Bayer Corporation, Bayer Healthcare Pharmaceuticals, Inc., Bayer Healthcare LLC, Bayer AG, and Bayer Healthcare AG*