# Exhibit E

Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

| | |
|---|---|
| IN RE: TRASYLOL PRODUCTS | ) |
| LIABILITY LITIGATION-MDL-1928 | ) |
| | ) |
| THIS DOCUMENT RELATES TO ALL | ) |
| ACTIONS | ) |
| | ) |
| _____ | ) |

VIDEOTAPED DEPOSITION OF SUZANNE PARISIAN, M.D.

Phoenix, Arizona

October 6, 2009

9:12 a.m.

Reported by: Deborah Cleary, RPR/CR
Certified Reporter
Certification No. 50663

1                SUZANNE PARISIAN, M.D.

2          THE VIDEOGRAPHER:  This is the video operator

3    speaking, Jessica Watson of Merrill Legal Solutions, 25

4    West 45th Street, New York, New York 10036.  Today is

5    October 6th, 2009, and the time on the video monitor is

6    9:12.  We are at the Arizona Grand, 800 -- 8000 South

7    Arizona Grand Parkway, Phoenix, Arizona 85044 to take the

8    videotaped deposition of Dr. Suzanne Parisian in the

9    matter of Trasylol Products Liability Litigation in the

10   United States District Court, Southern District of

11   Florida.

12          Will counsel please introduce themselves for the

13   record.

14          MS. COOK:  Shayna Cook for Bayer.

15          MR. HASTON:  Tripp Haston for Bayer.

16          MR. OVERHOLTZ:  Neil Overholtz for the

17   plaintiffs.

18          MR. MONSOUR:  Doug Monsour for the plaintiffs.

19          THE VIDEOGRAPHER: Will the court reporter, Deb

20   Cleary of Merrill Legal Solutions, please swear the

21   witness.

22

23              SUZANNE PARISIAN, M.D.,

24   a witness herein, having been first duly sworn by the

25   Certified Reporter to speak the truth and nothing but the

```
 1                    SUZANNE PARISIAN, M.D.
 2    truth, was examined and testified as follows:
 3
 4                         EXAMINATION
 5    BY MS. COOK:
 6         Q.   Good morning, Dr. Parisian.
 7         A.   Good morning.
 8         Q.   How did you prepare for your deposition today?
 9         A.   I went through my files and went over my adverse
10    and my report, pulled up a few patents that I didn't have,
11    and I discussed it with my -- with the plaintiffs'
12    counsel.
13         Q.   How long did you spend preparing?
14         A.   I would say maybe 15 hours.
15         Q.   Over how many days?
16         A.   That would be over three days.
17         Q.   Where did you prepare for your deposition?
18         A.   In this hotel, the Grand hotel, the room below in
19    the third floor.
20         Q.   And the three days that you spent preparing, was
21    that the past three days?
22         A.   Yes, yes, ma'am.
23         Q.   How long were you meeting with the attorneys
24    during that time?
25         A.   That would be about the 15 hours.
```

1                    SUZANNE PARISIAN, M.D.
2    processes of the FDA and the role of a manufacturer.
3    That's primarily what I do is to help instruct the Court
4    as to what manufacturers are required to do in the United
5    States.  That's fairly generic.  That's not even Bayer.
6    And then specifically to talk about the information that
7    I've seen as a former medical officer in more than the FDA
8    would see.  It would be the company documents, the
9    depositions, the testimony as to what I saw that the
10   company knew before 1993 before they got NDA approval.
11   Then through the NDA approval process, what they knew.
12   They were seeing human experience, the medical literature,
13   and to tell the jury what my opinion would be based on my
14   experience and training that a manufacturer who -- a
15   reasonable manufacturer would do in order to protect the
16   safety of patients in terms of updating their labeling,
17   pharmacovigilance, monitoring, interaction with the FDA.
18        Q.   So to summarize what you said, I heard you say
19   three things:  The role of the FDA, what Bayer knew, and
20   what a reasonable manufacturer would do; is that correct?
21        A.   Well, I can't say what Bayer knew, but I can say
22   what the documents show that Bayer knew in terms of the
23   information that they had.  Only Bayer could answer for
24   what Bayer knew or why Bayer did things.  But my role is
25   to as if I were a consultant going into a manufacturer, I

Page 36

1          SUZANNE PARISIAN, M.D.

2     Q.   So why don't you write at the end of the list,
3  just write world patent and however you want to do that.
4     A.   Yes, ma'am.
5     Q.   And now is Exhibit 4 a complete list of the
6  materials that you've reviewed or relied on in forming
7  your opinions in the Trasylol case?
8     A.   Yes, ma'am.  And I've signed it for you and dated
9  it.
10    Q.   Thank you.  Did you create this list yourself?
11    A.   I did not create it by myself, no, ma'am.
12    Q.   Did you review it?
13    A.   Yes, ma'am.  And then I added additional
14  documents at the end.  I was requested to add any other
15  documents that I may have obtained.
16    Q.   And this list supersedes the list that's attached
17  to your expert report; correct?
18    A.   Yes, ma'am.
19    Q.   How were the materials selected that you
20  reviewed?
21    A.   I was provided about five or six disks usually
22  with a heading like NDA, IND, sales information, broken
23  down that way.  And then I also had access to the, I
24  believe, the discovery website I had, could go in and if I
25  saw something, I could use a search word and look.  So I

Page 37

1              SUZANNE PARISIAN, M.D.
2    had access to any information on that website, on the
3    disks to print out.  And those are documents that I tended
4    to cite, rely on.
5         Q.   Did you do searches in that discovery database?
6         A.   I did.
7         Q.   What did you search for?
8         A.   I don't recall.  I'm not very good at it.  It
9    wasn't a friendly, user friendly, database.
10        Q.   How long did you spend searching in it?
11        A.   Since it wasn't very user friendly for me, a long
12   time.  It would have been maybe two days.  So I looked at
13   that.
14             I also looked at -- all the documents in the back
15   are from FDA websites and stuff.  And then I looked at the
16   medical literature myself.  Many of the documents I had
17   obtained, just like I did with the patents, before I was
18   provided them or found them on a disk.
19        Q.   The two days that you spent searching in the
20   discovery database, were those full days?
21        A.   No.  No, it would have been several hours.
22        Q.   So several hours over two days?
23        A.   Yes, ma'am.  I wasn't happy with the database.
24   It was taking me a long time to figure out how to download
25   them.  So I said in terms of time I would be better off

Page 41

1           SUZANNE PARISIAN, M.D.
2     A.   I would have reviewed -- in terms of Trasylol
3  documents, that's the only database that I -- I know that
4  it was some computer database.  I don't know what the name
5  of it is.  I looked at other databases such as the FDA's
6  database, the NIH database, National Library of Medicine
7  database.  But the only Trasylol specific Bayer documents
8  I looked at was on that database which I don't know what
9  the name of it is.
10    Q.   How were the deposition transcripts that you
11 reviewed selected?
12         MR. OVERHOLTZ:  Object to form.  We have
13 stipulation about that, so...
14    Q.   (By Ms. Cook) Well, did you select the deposition
15 transcripts that you looked at?
16    A.   No, ma'am.
17    Q.   Do you -- do you think there's any depositions
18 missing from this list that you should have looked at?
19    A.   I wouldn't -- I haven't seen anything in any of
20 the discussions that I've come across.
21    Q.   Do you know who the head of global regulatory
22 affairs for Trasylol is?
23    A.   I know that Weidmann and Sprenger were the ones
24 involved in terms of the i3.
25    Q.   The head of global regulatory affairs?  You're a

1                    SUZANNE PARISIAN, M.D.

2        A.   Uh-huh.

3             MS. COOK:  I'm going to show you what I've marked

4    as Exhibit 6.  Sorry.

5             (Deposition Exhibit Number 6 was marked

6              for identification.)

7        Q.   (By Ms. Cook) And this is something I printed out

8    of the PDR.  It's the label for Aceon which is an ACE

9    inhibitor; correct?

10       A.   Correct.

11       Q.   And you say that you wrote part of this label;

12   right?

13       A.   No.  I said I wrote a warning, and let me make

14   sure it's in there.

15       Q.   Okay.

16       A.   There it is.  It would be under Warnings,

17   Anaphylactoid Reactions During Membrane Exposure.

18       Q.   Okay.  So is that paragraph on anaphylactoid

19   reactions during membrane exposure, is that your entire

20   contribution to the ACE inhibitor label?

21       A.   Yes, ma'am.  And there was one, there's a

22   comparable one that went into the devices that have

23   membranes.

24       Q.   Okay.  Is this paragraph in the ACE inhibitor

25   label the only portion of a drug label that you drafted

Page 56

1                    SUZANNE PARISIAN, M.D.
2    while you were at FDA?
3        A.   Yes, ma'am.  And it was because it was the issue
4    that I had worked up for both drugs and devices.  So that
5    was a class warning that goes in all of their labels.
6        Q.   And the rest of the ACE inhibitors' labels were
7    drafted by somebody in the drug center; correct?
8        A.   Correct.
9        Q.   Do you know who that was?
10       A.   It would have been the individual reviewer -- no,
11   it's not.  No, it's not correct.  It's drafted by the
12   manufacturer of the drug, and then it's negotiated with
13   the reviewer at the FDA.  So the --
14       Q.   And --
15       A.   -- the label's written and the labels were --
16   that warning was incorporated by the manufacturers in
17   their labels.
18       Q.   So did you write that paragraph on membrane
19   exposure or not?
20       A.   Yes.
21       Q.   And in terms of the responsibility for the
22   remainder of the ACE inhibitor label, who had that
23   responsibility?
24       A.   The manufacturer.
25       Q.   Who at FDA was dealing with the rest of the ACE

Page 57

1                    SUZANNE PARISIAN, M.D.

2   inhibitor label?

3          MR. OVERHOLTZ:  Objection.

4      A.   Well, it would have been the manufacturer

5   interacting with the branch, that cardiovascular branch

6   for hypertensive drugs, and they would change over time.

7   So whoever the reviewer was for this NDA at various times

8   would have been the one who was involved with this 2006

9   label.

10     Q.   (By Ms. Cook) Okay.  Now you've never

11  participated in an advisory committee meeting related to a

12  drug, have you?

13     A.   I've -- well, technically, no.  Would you like --

14     Q.   Okay.

15     A.   -- me to explain that answer or not?

16     Q.   Your answer is, no, you've never participated in

17  an advisory committee related to a drug; right?

18     A.   Specifically for a drug, that's correct, but I've

19  used the drug advisory committee for my devices.  So I've

20  been involved with both drug and device advisory

21  committees.

22     Q.   But you've never participated in an advisory

23  committee meeting related to a drug; right?

24          MR. OVERHOLTZ:  Objection.  Asked and answered.

25     A.   Yes, that's correct.

Page 226

1      SUZANNE PARISIAN, M.D.

2      Q.   Okay.  And if you look on paragraph 80, which is
3   page 54 --
4      A.   Okay.
5      Q.   -- you talk about Pharmaceutical Industry
6   Standards?
7      A.   Yes, ma'am.
8      Q.   And I read through the whole report.  And other
9   than the US Code and CFRs that you mention there, I didn't
10  see you specifically talk about Bayer or Trasylol with
11  respect to these other standards that you list in the
12  paragraph; is that right?
13     A.   Not with those other standards, only their own
14  standards.  There's a discussion in there about their
15  adverse event and safety standards.
16     Q.   So other than the US Code and the CFR and then
17  Bayer's own policies or standard operating procedure, you
18  don't discuss these other standards that you list in
19  paragraph 80 with respect to Bayer or Aprotinin in your
20  report.  Do you agree with that?
21     A.   That's correct.  The only reason they're there is
22  to say that there are other standards besides the FDA that
23  manufacturers operate under.  The FDA is basically a
24  minimum standard.
25     Q.   Okay.  So opinions 3 and 4 discuss Bayer's

Table 3 - Treatment-Emergent AEs Reported by at Least 5% of MYOBLOC® Treated Patients by Dose Group, Following Single Treatment Session in Controlled Studies 09, 301 and 302

| Adverse Event (COSTART Term) | Placebo (N = 104) | Dosing Groups 2500 U (N = 31) | 5000 U (N = 67) | 10,000 U (N = 106) |
|---|---|---|---|---|
| Dry Mouth | 3 (3%) | 1 (3%) | 8 (12%) | 36 (34%) |
| Dysphagia | 3 (3%) | 5 (16%) | 7 (10%) | 27 (25%) |
| Neck Pain related to CD[a] | 17 (16%) | 0 (0%) | 11 (16%) | 18 (17%) |
| Injection Site Pain | 9 (9%) | 5 (16%) | 8 (12%) | 16 (15%) |
| Infection | 16 (15%) | 4 (13%) | 13 (19%) | 16 (15%) |
| Pain | 10 (10%) | 2 (6%) | 4 (6%) | 14 (13%) |
| Headache | 8 (8%) | 3 (10%) | 11 (16%) | 12 (11%) |
| Dyspepsia | 5 (5%) | 1 (3%) | 0 (0%) | 11 (10%) |
| Nausea | 5 (5%) | 3 (10%) | 2 (3%) | 9 (8%) |
| Flu Syndrome | 4 (4%) | 2 (6%) | 6 (9%) | 9 (8%) |
| Torticollis | 7 (7%) | 0 (0%) | 3 (4%) | 9 (8%) |
| Pain Related to CD/Torticollis[b] | 4 (4%) | 3 (10%) | 3 (4%) | 7 (7%) |
| Arthralgia | 5 (5%) | 0 (0%) | 1 (1%) | 7 (7%) |
| Back Pain | 3 (3%) | 1 (3%) | 3 (4%) | 7 (7%) |
| Cough Increased | 3 (3%) | 1 (3%) | 4 (6%) | 7 (7%) |
| Myasthenia | 3 (3%) | 1 (3%) | 3 (4%) | 6 (6%) |
| Asthenia | 4 (4%) | 1 (3%) | 0 (0%) | 6 (6%) |
| Dizziness | 2 (2%) | 1 (3%) | 2 (3%) | 6 (6%) |
| Accidental Injury | 4 (4%) | 0 (0%) | 3 (4%) | 5 (5%) |
| Rhinitis | 6 (6%) | 1 (3%) | 1 (1%) | 5 (5%) |

[a] Not a COSTART term
[b] Not collected in Study -09 by special COSTART term

## Myobloc—Cont.

ELISA or MNA positive status on efficacy was not evaluated in these studies, and the clinical significance of development of antibodies has not been determined.
The data reflect the percentage of patients whose test results were considered positive for antibodies to MYOBLOC® in both an in vitro and in vivo assay. The results of these antibody tests are highly dependent on the sensitivity and specificity of the assays. Additionally, the observed incidence of antibody positivity in an assay may be influenced by several factors including sample handling, concomitant medications, and underlying disease. For these reasons, comparison of the incidence of antibodies to MYOBLOC® with the incidence of antibodies to other products may be misleading.

### OVERDOSAGE

Symptoms of overdose are likely not to present immediately following injection(s). Should a patient ingest the product or be accidentally overdosed, they should be monitored for up to several weeks for signs and symptoms of systemic weakness or paralysis.
In the event of an overdose an antitoxin may be administered. Contact Solstice Neurosciences at 1-888-461-2255 for additional information and your State Health Department to process a request for antitoxin through the Centers for Disease Control and Prevention (CDC) in Atlanta, GA. The antitoxin will not reverse any botulinum toxin induced muscle weakness effects already apparent by the time of antitoxin administration.

### DOSAGE AND ADMINISTRATION

The recommended initial dose of MYOBLOC® for patients with a prior history of tolerating botulinum toxin injections is 2500 to 5000 U divided among affected muscles (see CLINICAL STUDIES). Patients without a prior history of tolerating botulinum toxin injections should receive a lower initial dose. Subsequent dosing should be optimized according to the patient's individual response. MYOBLOC® should be administered by physicians familiar and experienced in the assessment and management of patients with CD.
The method described for performing the potency assay is specific to Solstice Neurosciences' manufacture of MYOBLOC®. Due to differences in the specific details of this assay such as the vehicle, dilution scheme and laboratory protocols for various potency assays, Units of biological activity of MYOBLOC® cannot be compared to or converted into units of any other botulinum toxin or any toxin assessed with any other specific assay method. Therefore, differences in species sensitivities to different botulinum toxin serotypes preclude extrapolation of animal dose-activity relationships to human dose estimates.
The duration of effect in patients responding to MYOBLOC® treatment has been observed in studies to be between 12 and 16 weeks at doses of 5000 U or 10,000 U (see CLINICAL STUDIES).

### HOW SUPPLIED

MYOBLOC® is provided as a clear and colorless to light yellow sterile injectable solution in single use 3.5-mL glass vials. Each single use vial of formulated MYOBLOC® contains 5000 U* of Botulinum Toxin Type B per milliliter in 0.05% human serum albumin, 0.01 M sodium succinate, 0.1 M sodium chloride at approximately pH 5.6.
*See DOSAGE AND ADMINISTRATION.
MYOBLOC® is available in the following three presentations.

| Dosage Strength | Volume Per Vial | Single-Vial Carton |
|---|---|---|
| 2500 U | 0.5 mL | NDC 10454-710-10 |
| 5000 U | 1.0 mL | NDC 10454-711-10 |
| 10,000 U | 2.0 mL | NDC 10454-712-10 |

Store under refrigeration at 2°-8°C (36°-46°F).
DO NOT FREEZE. DO NOT SHAKE.
The recommended storage condition for MYOBLOC® is refrigeration at 2–8°C.
MYOBLOC® may be diluted with normal saline. Once diluted, the product must be used within 4 hours as the formulation does not contain a preservative.
All vials of expired MYOBLOC® and equipment used in the administration of MYOBLOC® should be carefully discarded according to standard medical waste practices.
Do not use after the expiration date stamped on the vial.
Single use vial.
℞ ONLY
Manufactured By:
Solstice Neurosciences, Inc., South San Francisco, CA 94080
U.S. License No. 1718
"MYOBLOC" and the "MYOBLOC Logo" are registered trademarks of Solstice Neurosciences, Inc.
© 2004 Solstice Neurosciences, Inc.
701333 Rev. 11/04
SNI-MYO040-0805
Shown in Product Identification Guide, page 333

---

**Solvay Pharmaceuticals, Inc.**
901 SAWYER ROAD
MARIETTA, GA 30062

www.solvaypharmaceuticals-us.com
For Medical Information Contact:
Generally:
Medical Information Department
800 241-1643 #8

Sales and Ordering:
Orders may be placed by calling this toll free number:
(800) 241-1643 #1
Fax # 770 578-5901
Mail orders should be sent to:
Solvay Pharmaceuticals
Order Entry Department
901 Sawyer Road
Marietta, GA 30062

**ACEON®** ℞
[ā-sē-ŏn]
(perindopril erbumine) Tablet
℞ only

USE IN PREGNANCY
When used in pregnancy during the second and third trimesters, ACE inhibitors can cause injury and even death to the developing fetus. When pregnancy is detected, ACEON® Tablets should be discontinued as soon as possible. See WARNINGS: Fetal/Neonatal Morbidity and Mortality.

### DESCRIPTION

ACEON® (perindopril erbumine) Tablets is the tert-butylamine salt of perindopril, the ethyl ester of a non-sulfhydryl angiotensin-converting enzyme (ACE) inhibitor. Perindopril erbumine is chemically described as (2S,3aS,7aS)-1-[(S)-N-[(S)-1-Carboxybutyl]alanyl]hexahydro-2-indolinecarboxylic acid, 1-ethyl ester, compound with tert-butylamine (1:1). Its molecular formula is $C_{19}H_{32}N_2O_5 \cdot C_4H_{11}N$. Its structural formula is:

Perindopril erbumine is a white, crystalline powder with a molecular weight of 368.47 (free acid) or 441.61 (salt form). It is freely soluble in water (60% w/w), alcohol and chloroform.
Perindopril is the free acid form of perindopril erbumine, is a pro-drug and metabolized in vivo by hydrolysis of the ester group to form perindoprilat, the biologically active metabolite.
ACEON® Tablets are available in 2 mg, 4 mg and 8 mg strengths for oral administration. In addition to perindopril erbumine, each tablet contains the following inactive ingredients: colloidal silica (hydrophobic), lactose, magnesium stearate and microcrystalline cellulose. The 4 and 8 mg tablets also contain iron oxide.

### CLINICAL PHARMACOLOGY

**Mechanism of Action:** ACEON® (perindopril erbumine) Tablets is a pro-drug for perindoprilat, which inhibits ACE in human subjects and animals. The mechanism through which perindoprilat lowers blood pressure is believed to be primarily inhibition of ACE activity. ACE is a peptidyl dipeptidase that catalyzes conversion of the inactive decapeptide, angiotensin I, to the vasoconstrictor, angiotensin II. Angiotensin II is a potent peripheral vasoconstrictor, which stimulates aldosterone secretion by the adrenal cortex, and provides negative feedback on renin secretion. Inhibition of ACE results in decreased plasma angiotensin II, leading to decreased vasoconstriction, increased plasma renin activity and decreased aldosterone secretion. The latter results in diuresis and natriuresis and may be associated with a small increase of serum potassium.
ACE is identical to kininase II, an enzyme that degrades bradykinin. Whether increased levels of bradykinin, a potent vasodepressor peptide, play a role in the therapeutic effects of ACEON® Tablets remains to be elucidated.
While the principal mechanism of perindopril in blood pressure reduction is believed to be through the renin-angiotensin-aldosterone system, ACE inhibitors have some effect even in apparent low-renin hypertension. Perindopril has been studied in relatively few black patients, usually a low-renin population, and the average response of diastolic blood pressure to perindopril was about half the response seen in nonblacks, a finding consistent with previous experience of other ACE inhibitors.
After administration of perindopril, ACE is inhibited in a dose and blood concentration-related fashion, with the maximal inhibition of 80 to 90% attained by 8 mg persisting for 10 to 12 hours. Twenty-four hour ACE inhibition is about 60% after these doses. The degree of ACE inhibition achieved by a given dose appears to diminish over time (the $ID_{50}$ increases). The pressor response to an angiotensin I infusion is reduced by perindopril, but this effect is not as persistent as the effect on ACE; there is about 35% inhibition at 24 hours after a 12 mg dose.
**Pharmacokinetics:** Oral administration of ACEON® (perindopril erbumine) Tablets results in its rapid absorption with peak plasma concentrations occurring at approximately 1 hour. The absolute oral bioavailability of perindopril is about 75%. Following absorption, approximately 30 to 50% of systemically available perindopril is hydrolyzed to its active metabolite, perindoprilat, which has a mean bioavailability of about 25%. Peak plasma concentrations of perindoprilat are attained 3 to 7 hours after perindopril administration. The presence of food in the gastrointestinal tract does not affect the rate or extent of absorption of perindopril but reduces bioavailability of perindoprilat by about 35%. (See PRECAUTIONS: Food Interaction.)
With 4, 8 and 16 mg doses of ACEON® Tablets, Cmax and AUC of perindopril and perindoprilat increase in a linear and dose-proportional manner following both single oral dosing and at steady state during a once-a-day multiple dosing regimen.
Perindopril exhibits multiexponential pharmacokinetics following oral administration. The mean half-life of perindopril associated with most of its elimination is approximately 0.8 to 1.0 hours. At very low plasma concentrations of perindopril (<3 ng/mL), there is a prolonged terminal elimination half-life, similar to that seen with other ACE inhibitors, that results from slow dissociation of perindopril from plasma/tissue ACE binding sites. Perindopril does not accumulate with a once-a-day multiple dosing regimen. Mean total body clearance of perindopril is 219 to 362 mL/min and its mean renal clearance is 23.3 to 28.6 mL/min.
Perindopril is extensively metabolized following oral administration, with only 4 to 12% of the dose recovered un-

Parisian
EXHIBIT NO. 6
10-6-09
D. CLEARY

changed in the urine. Six metabolites resulting from hydrolysis, glucuronidation and cyclization via dehydration have been identified. These include the active ACE inhibitor, perindoprilat (hydrolyzed perindopril), perindopril and perindoprilat glucuronides; dehydrated perindopril and the diastereoisomers of dehydrated perindoprilat. In humans, hepatic esterase appears to be responsible for the hydrolysis of perindopril.

The active metabolite, perindoprilat, also exhibits multiexponential pharmacokinetics following the oral administration of ACEON® Tablets. Formation of perindoprilat is gradual with peak plasma concentrations occurring between 3 and 7 hours. The subsequent decline in plasma concentration shows an apparent mean half-life of 3 to 10 hours for the majority of the elimination, with a prolonged terminal elimination half-life of 30 to 120 hours resulting from slow dissociation of perindoprilat from plasma/tissue ACE binding sites. During repeated oral once-daily dosing with perindopril, perindoprilat accumulates about 1.5 to 2.0 fold and attains steady state plasma levels in 3 to 6 days. The clearance of perindoprilat and its metabolites is almost exclusively renal.

Approximately 60% of circulating perindopril is bound to plasma proteins, and only 10 to 20% of perindoprilat is bound. Therefore, drug interactions mediated through effects on protein binding are not anticipated.

At usual antihypertensive dosages, little radioactivity (<5% of the dose) was distributed to the brain after administration of $^{14}C$-perindopril to rats.

Radioactivity was detectable in fetuses and in milk after administration of $^{14}C$-perindopril to pregnant and lactating rats.

**Elderly Patients:** Plasma concentrations of both perindopril and perindoprilat in elderly patients (>70 yrs) are approximately twice those observed in younger patients, reflecting both increased conversion of perindopril to perindoprilat and decreased renal excretion of perindoprilat. (See PRECAUTIONS: Geriatric Use.)

**Heart Failure Patients:** Perindoprilat clearance is reduced in congestive heart failure patients, resulting in a 40% higher dose interval AUC. (See DOSAGE AND ADMINISTRATION.)

**Patients with Renal Insufficiency:** With perindopril erbumine doses of 2 to 4 mg, perindoprilat AUC increases with decreasing renal function. At creatinine clearances of 30 to 80 mL/min, AUC is about double that of 100 mL/min. When creatinine clearance drops below 30 mL/min, AUC increases more markedly.

In a limited number of patients studied, perindopril dialysis clearance ranged from 41.7 to 76.7 mL/min (mean 52.0 mL/min). Perindoprilat dialysis clearance ranged from 37.4 to 91.0 mL/min (mean 67.2 mL/min). (See DOSAGE AND ADMINISTRATION.)

**Patients with Hepatic Insufficiency:** The bioavailability of perindoprilat is increased in patients with impaired hepatic function. Plasma concentrations of perindoprilat in patients with impaired liver function were about 50% higher than those observed in healthy subjects or hypertensive patients with normal liver function.

**Pharmacodynamics and Clinical Effects:**
**Stable Coronary Artery Disease**
The EURopean trial On reduction of cardiac events with Perindopril in stable coronary Artery disease (EUROPA) was a multicenter, randomized, double-blind and placebo-controlled study conducted in 12,218 patients who had evidence of stable coronary artery disease without clinical heart failure. Patients had evidence of coronary artery disease documented by previous myocardial infarction more than 3 months before screening, coronary revascularization more than 6 months before screening, angiographic evidence of stenosis (at least 70% narrowing of one or more major coronary arteries), or positive stress test in men with a history of chest pain. After a run-in period of 4 weeks during which all patients received perindopril 2 mg to 8 mg, the patients were randomly assigned to perindopril 8 mg once daily (n=6,110) or matching placebo (n=6,108). The mean follow-up was 4.2 years. The study examined the long-term effects of perindopril on time to first event of cardiovascular mortality, nonfatal myocardial infarction, or cardiac arrest in patients with stable coronary artery disease.

The mean age of patients was 60 years; 85% were male, 92% were taking platelet inhibitors, 63% were taking β blockers, and 56% were taking lipid-lowering therapy. The EUROPA study showed that perindopril significantly reduced the relative risk for the primary endpoint events (Table 1). This beneficial effect is largely attributable to a reduction in the risk of nonfatal myocardial infarction. This beneficial effect of perindopril on the primary outcome was evident after about one year of treatment (Figure 1).
[See table 1 above]

The outcome was similar across all predefined subgroups by age, underlying disease or concomitant medication (Figure 2).
[See figure 1 at top of next column]
[See figure 2 above]

**Hypertension**
In placebo-controlled studies of perindopril monotherapy (2 to 16 mg q.d.) in patients with a mean blood pressure of about 150/100 mm Hg, 2 mg had little effect, but doses of 4 to 16 mg lowered blood pressure. The 8 and 16 mg doses were indistinguishable, and both had a greater effect than the 4 mg dose. The magnitude of the blood pressure effect was similar in the standing and supine positions, generally about 1 mm Hg greater on standing. In these studies, doses of 8 and 16 mg per day gave supine, trough blood pressure reductions of 9 to 15/5 to 6 mm Hg. When once-daily and twice-daily dosing were compared, the B.I.D. regimen was generally slightly superior, but by not more than about 0.5 to 1 mm Hg. After 2 to 16 mg doses of perindopril, the trough mean systolic and diastolic blood pressure effects were approximately equal to the peak effects (measured 3 to 7 hours after dosing). Trough effects were about 75 to 100% of peak effects. When perindopril was given to patients receiving 25 mg HCTZ, it had an added effect similar in magnitude to its effect as monotherapy, but 2 to 8 mg doses were approximately equal in effectiveness. In general, the effect of perindopril occurred promptly, with effects increasing slightly over several weeks.

In hemodynamic studies carried out in animal models of hypertension, blood pressure reduction after perindopril administration was accompanied by a reduction in peripheral arterial resistance and improved arterial wall compliance. In studies carried out in patients with essential hypertension, the reduction in blood pressure was accompanied by a reduction in peripheral resistance with no significant changes in heart rate or glomerular filtration rate. An increase in the compliance of large arteries was also observed, suggesting a direct effect on arterial smooth muscle, consistent with the results of animal studies.

Formal interaction studies of ACEON® Tablets have not been carried out with antihypertensive agents other than thiazides. Limited experience in controlled and uncontrolled trials coadministering ACEON® Tablets with a calcium channel blocker, a loop diuretic or triple therapy (beta-blocker, vasodilator and a diuretic), does not suggest any unexpected interactions. In general, ACE inhibitors have less than additive effects when given with beta-adrenergic blockers, presumably because both work in part through the renin angiotensin system. A controlled pharmacokinetic study has shown no effect on plasma digoxin concentrations when coadministered with ACEON® Tablets. (See PRECAUTIONS: Drug Interactions.)

In uncontrolled studies in patients with insulin-dependent diabetes, perindopril did not appear to affect glycemic control. In long-term use, no effect on urinary protein excretion was seen in these patients.

The effectiveness of ACEON® Tablets was not influenced by sex and it was less effective in blacks than in nonblacks. In elderly patients (≥60 years), the mean blood pressure effect was somewhat smaller than in younger patients, although the difference was not significant.

**INDICATIONS AND USAGE**
**Stable Coronary Artery Disease**
ACEON® (perindopril erbumine) Tablets is indicated in patients with stable coronary artery disease to reduce the risk of cardiovascular mortality or nonfatal myocardial infarction. ACEON® Tablets can be used with conventional treatment for management of coronary artery disease, such as antiplatelet, antihypertensive or lipid-lowering therapy.
**Hypertension**
ACEON® (perindopril erbumine) Tablets is indicated for the treatment of patients with essential hypertension. ACEON® Tablets may be used alone or given with other classes of antihypertensives, especially thiazide diuretics. When using ACEON® Tablets, consideration should be given to the fact that another angiotensin converting enzyme inhibitor (captopril) has caused agranulocytosis, particularly in patients with renal impairment or collagen vas-

*Continued on next page*

Table 1. Primary Endpoint and Relative Risk Reduction

| | Perindopril (N = 6,110) | Placebo (N = 6,108) | RRR (95% CI) | P |
|---|---|---|---|---|
| **Combined Endpoint** | | | | |
| Cardiovascular mortality, nonfatal MI or cardiac arrest | 488 (8.0%) | 603 (9.9%) | 20% (9 to 29) | 0.0003 |
| **Component Endpoint** | | | | |
| Cardiovascular mortality | 215 (3.5%) | 249 (4.1%) | 14% (−3 to 28) | 0.107 |
| Nonfatal MI | 295 (4.8%) | 378 (6.2%) | 22% (10 to 33) | 0.001 |
| Cardiac arrest | 6 (0.1%) | 11 (0.2%) | 46% (−47 to 80) | 0.22 |

RRR: relative risk reduction; MI: myocardial infarction



Figure 2. Beneficial Effect of Perindopril Treatment on Primary Endpoint in Predefined Subgroups

| | Number of patients | Primary events (%) Perindopril | Placebo |
|---|---|---|---|
| Male | 10439 | 8.2 | 10.1 |
| Female | 1779 | 6.9 | 8.8 |
| Age (years) | | | |
| ≤55 | 3946 | 6.5 | 8.9 |
| 56-65 | 4439 | 6.9 | 8.1 |
| >65 | 3831 | 10.7 | 12.9 |
| Previous MI | 7910 | 8.9 | 11.3 |
| No previous MI | 4299 | 6.4 | 7.3 |
| Previous revascularization | 6709 | 6.6 | 8.0 |
| No previous revascularization | 5509 | 9.6 | 12.2 |
| Hypertension | 3312 | 9.8 | 12.0 |
| No hypertension | 8906 | 7.3 | 9.1 |
| Diabetes mellitus | 1502 | 12.6 | 15.5 |
| No diabetes mellitus | 10716 | 7.4 | 9.0 |
| Lipid-lowering drug | 6831 | 7.0 | 8.3 |
| No lipid-lowering drug | 5387 | 9.3 | 11.9 |
| β blockers | 7650 | 7.6 | 10.2 |
| No β blockers | 4568 | 8.7 | 9.4 |
| Calcium-channel blockers | 3955 | 9.9 | 11.7 |
| No calcium-channel blockers | 8263 | 7.1 | 9.0 |

Size of squares proportional to the number of patients in that group. Dashed line indicates overall relative risk.



Figure 1. Time to First Occurrence of Primary Endpoint

Logrank p=0.0003

| Patients at risk | | | | | | |
|---|---|---|---|---|---|---|
| Placebo | 6108 | 5943 | 5781 | 5598 | 4450 | 71 |
| Perindopril | 6110 | 5957 | 5812 | 5653 | 4515 | 64 |

## Aceon—Cont.

cular disease. Available data are insufficient to determine whether ACEON® Tablets has a similar potential. (See WARNINGS.)

In considering use of ACEON® Tablets, it should be noted that in controlled trials ACE inhibitors have an effect on blood pressure that is less in black patients than in nonblacks. In addition, it should be noted that black patients receiving ACE inhibitor monotherapy have been reported to have a higher incidence of angioedema compared to nonblacks. (See WARNINGS: Head and Neck Angioedema.)

### CONTRAINDICATIONS

ACEON® (perindopril erbumine) Tablets is contraindicated in patients known to be hypersensitive to this product or to any other ACE inhibitor. ACEON® Tablets is also contraindicated in patients with a history of angioedema related to previous treatment with an ACE inhibitor.

### WARNINGS

**Anaphylactoid and Possibly Related Reactions:** Presumably because angiotensin-converting enzyme inhibitors affect the metabolism of eicosanoids and polypeptides, including endogenous bradykinin, patients receiving ACE inhibitors (including ACEON® Tablets) may be subject to a variety of adverse reactions, some of them serious.

*Head and Neck Angioedema:* Angioedema involving the face, extremities, lips, tongue, glottis and/or larynx has been reported in patients treated with ACE inhibitors, including ACEON® (perindopril erbumine) Tablets (0.1% of patients treated with ACEON® Tablets in U.S. clinical trials). In such cases, ACEON® Tablets should be promptly discontinued and the patient carefully observed until the swelling disappears. In instances where swelling has been confined to the face and lips, the condition has generally resolved without treatment, although antihistamines have been useful in relieving symptoms. Angioedema associated with involvement of the tongue, glottis or larynx may be fatal due to airway obstruction. Appropriate therapy, such as subcutaneous epinephrine solution 1:1000 (0.3 to 0.5 mL), should be promptly administered. Patients with a history of angioedema unrelated to ACE inhibitor therapy may be at increased risk of angioedema while receiving an ACE inhibitor.

*Intestinal Angioedema:* Intestinal angioedema has been reported in patients treated with ACE inhibitors. These patients presented with abdominal pain (with or without nausea or vomiting); in some cases there was no prior history of facial angioedema and C-1 esterase levels were normal. The angioedema was diagnosed by procedures including abdominal CT scan or ultrasound, or at surgery, and symptoms resolved after stopping the ACE inhibitor. Intestinal angioedema should be included in the differential diagnosis of patients on ACE inhibitors presenting with abdominal pain.

*Anaphylactoid Reactions During Desensitization:* Two patients undergoing desensitizing treatment with hymenoptera venom while receiving ACE inhibitors sustained life-threatening anaphylactoid reactions. In the same patients, these reactions were avoided when ACE inhibitors were temporarily withheld, but they reappeared upon inadvertent rechallenge.

*Anaphylactoid Reactions During Membrane Exposure:* Anaphylactoid reactions have been reported in patients dialyzed with high-flux membranes and treated concomitantly with an ACE inhibitor. Anaphylactoid reactions have also been reported in patients undergoing low-density lipoprotein apheresis with dextran sulfate absorption.

*Hypotension:* Like other ACE inhibitors, ACEON® Tablets can cause symptomatic hypotension. ACEON® Tablets has been associated with hypotension in 0.3% of uncomplicated hypertensive patients in U.S. placebo-controlled trials. Symptoms related to orthostatic hypotension were reported in another 0.8% of patients.

Symptomatic hypotension associated with the use of ACE inhibitors is more likely to occur in patients who have been volume and/or salt-depleted, as a result of prolonged diuretic therapy, dietary salt restriction, dialysis, diarrhea or vomiting. Volume and/or salt depletion should be corrected before initiating therapy with ACEON® Tablets. (See DOSAGE AND ADMINISTRATION.)

In patients with congestive heart failure, with or without associated renal insufficiency, ACE inhibitors may cause excessive hypotension, and may be associated with oliguria or azotemia, and rarely with acute renal failure and death. In patients with ischemic heart disease or cerebrovascular disease such an excessive fall in blood pressure could result in a myocardial infarction or a cerebrovascular accident.

In patients at risk of excessive hypotension, ACEON® Tablets therapy should be started under very close medical supervision. Patients should be followed closely for the first two weeks of treatment and whenever the dose of ACEON® Tablets and/or diuretic is increased.

If excessive hypotension occurs, the patient should be placed immediately in a supine position and, if necessary, treated with an intravenous infusion of physiological saline. ACEON® Tablets treatment can usually be continued following restoration of volume and blood pressure.

*Neutropenia/Agranulocytosis:* Another ACE inhibitor, captopril, has been shown to cause agranulocytosis and bone marrow depression, rarely in uncomplicated patients but more frequently in patients with renal impairment, especially patients with a collagen vascular disease such as systemic lupus erythematosus or scleroderma. Available data from clinical trials of ACEON® Tablets are insufficient to show whether ACEON® Tablets causes agranulocytosis at similar rates.

*Fetal/Neonatal Morbidity and Mortality:* ACE inhibitors can cause fetal and neonatal morbidity and death when administered to pregnant women. Several dozen cases have been reported in the world literature. When pregnancy is detected, ACE inhibitors should be discontinued as soon as possible.

The use of ACE inhibitors during the second and third trimesters of pregnancy has been associated with fetal and neonatal injury, including hypotension, neonatal skull hypoplasia, anuria, reversible or irreversible renal failure and death. Oligohydramnios has also been reported, presumably resulting from decreased fetal renal function; oligohydramnios in this setting has been associated with fetal limb contractures, craniofacial deformation and hypoplastic lung development. Prematurity, intrauterine growth retardation and patent ductus arteriosus have also been reported, although it is not clear whether these occurrences were due to the ACE-inhibitor exposure.

These adverse effects do not appear to have resulted from intrauterine ACE-inhibitor exposure that has been limited to the first trimester. Mothers whose embryos and fetuses are exposed to ACE inhibitors only during the first trimester should be so informed. Nonetheless, when patients become pregnant, physicians should make every effort to discontinue the use of ACEON® Tablets as soon as possible.

Rarely (probably less often than once in every thousand pregnancies), no alternative to ACE inhibitors will be found. In these rare cases, the mothers should be apprised of the potential hazards to their fetuses, and serial ultrasound examinations should be performed to assess the intraamniotic environment.

If oligohydramnios is observed, ACEON® Tablets should be discontinued unless it is considered life-saving for the mother. Contraction stress testing (CST), a non-stress test (NST) or biophysical profiling (BPP) may be appropriate, depending upon the week of pregnancy. Patients and physicians should be aware, however, that oligohydramnios may not appear until after the fetus has sustained irreversible injury.

Infants with histories of *in utero* exposure to ACE inhibitors should be closely observed for hypotension, oliguria and hyperkalemia. If oliguria occurs, attention should be directed toward support of blood pressure and renal perfusion. Exchange transfusion or dialysis may be required as means of reversing hypotension and/or substituting for disordered renal function. Perindopril, which crosses the placenta, can theoretically be removed from the neonatal circulation by these means, but limited experience has not shown that such removal is central to the treatment of these infants.

No teratogenic effects of perindopril were seen in studies of pregnant rats, mice, rabbits and cynomolgus monkeys. On a mg/m$^2$ basis, the doses used in these studies were 6 times (in mice), 670 times (in rats), 50 times (in rabbits) and 17 times (in monkeys) the maximum recommended human dose (assuming a 50 kg adult). On a mg/kg basis, these multiples are 60 times (in mice), 3,750 times (in rats), 150 times (in rabbits) and 50 times (in monkeys) the maximum recommended human dose.

*Hepatic Failure:* Rarely, ACE inhibitors have been associated with a syndrome that starts with cholestatic jaundice and progresses to fulminant hepatic necrosis and (sometimes) death. The mechanism of this syndrome is not understood. Patients receiving ACE inhibitors who develop jaundice or marked elevations of hepatic enzymes should discontinue the ACE inhibitor and receive appropriate medical follow-up.

### PRECAUTIONS

**General:** *Impaired Renal Function:* As a consequence of inhibiting the renin-angiotensin-aldosterone system, changes in renal function may be anticipated in susceptible individuals.

*Hypertensive Patients with Congestive Heart Failure:* In patients with severe congestive heart failure, where renal function may depend on the activity of the renin-angiotensin-aldosterone system, treatment with ACE inhibitors, including ACEON® Tablets, may be associated with oliguria and/or progressive azotemia, and rarely with acute renal failure and/or death.

*Hypertensive Patients with Renal Artery Stenosis:* In hypertensive patients with unilateral or bilateral renal artery stenosis, increases in blood urea nitrogen and serum creatinine may occur. Experience with ACE inhibitors suggests that these increases are usually reversible upon discontinuation of the drug. In such patients, renal function should be monitored during the first few weeks of therapy.

Some hypertensive patients without apparent pre-existing renal vascular disease have developed increases in blood urea nitrogen and serum creatinine, usually minor and transient. These increases are more likely to occur in patients treated concomitantly with a diuretic and in patients with pre-existing renal impairment. Reduction of dosages of ACEON® Tablets, the diuretic or both may be required. In some cases, discontinuation of either or both drugs may be necessary.

Evaluation of hypertensive patients should always include an assessment of renal function. (See DOSAGE AND ADMINISTRATION.)

*Hyperkalemia:* Elevations of serum potassium have been observed in some patients treated with ACE inhibitors, including ACEON® Tablets. In U.S. controlled clinical trials, 1.4% of the patients receiving ACEON® Tablets and 2.3% of patients receiving placebo showed increased serum potassium levels to greater than 5.7 mEq/L. Most cases were isolated single values that did not appear clinically relevant and were rarely a cause for withdrawal. Risk factors for the development of hyperkalemia include renal insufficiency, diabetes mellitus and the concomitant use of agents such as potassium-sparing diuretics, potassium supplements and/or potassium-containing salt substitutes. Drugs associated with increases in serum potassium should be used cautiously, if at all, with ACEON® Tablets. (See PRECAUTIONS: Drug Interactions.)

*Cough:* Presumably due to the inhibition of the degradation of endogenous bradykinin, persistent nonproductive cough has been reported with all ACE inhibitors, always resolving after discontinuation of therapy. ACE inhibitor-induced cough should be considered in the differential diagnosis of cough. In controlled trials with perindopril, cough was present in 12% of perindopril patients and 4.5% of patients given placebo.

*Surgery/Anesthesia:* In patients undergoing surgery or during anesthesia with agents that produce hypotension, ACEON® Tablets may block angiotensin II formation that would otherwise occur secondary to compensatory renin release. Hypotension attributable to this mechanism can be corrected by volume expansion.

**Information for Patients:** *Angioedema:* Angioedema, including laryngeal edema, can occur with ACE inhibitor therapy, especially following the first dose. Patients should be told to report immediately signs or symptoms suggesting angioedema (swelling of face, extremities, eyes, lips, tongue; hoarseness or difficulty in swallowing or breathing) and to take no more drug before consulting a physician.

*Symptomatic Hypotension:* As with any antihypertensive therapy, patients should be cautioned that lightheadedness can occur, especially during the first few days of therapy and that it should be reported promptly. Patients should be told that if fainting occurs, ACEON® Tablets should be discontinued and a physician consulted.

All patients should be cautioned that inadequate fluid intake or excessive perspiration, diarrhea or vomiting can lead to an excessive fall in blood pressure in association with ACE inhibitor therapy.

*Hyperkalemia:* Patients should be advised not to use potassium supplements or salt substitutes containing potassium without a physician's advice.

*Neutropenia:* Patients should be told to report promptly any indication of infection (e.g., sore throat, fever) which could be a sign of neutropenia.

*Pregnancy:* Female patients of childbearing age should be told about the consequences of second and third trimester exposure to ACE inhibitors, and they should also be told that these consequences do not appear to have resulted from intrauterine ACE-inhibitor exposure that has been limited to the first trimester. These patients should be asked to report pregnancies to their physicians as soon as possible.

**Drug Interactions:** *Diuretics:* Patients on diuretics, and especially those started recently, may occasionally experience an excessive reduction of blood pressure after initiation of ACEON® Tablets therapy. The possibility of hypotensive effects can be minimized by either discontinuing the diuretic or increasing the salt intake prior to initiation of treatment with perindopril. If diuretics cannot be interrupted, close medical supervision should be provided with the first dose of ACEON® Tablets; for at least two hours and until blood pressure has stabilized for another hour. (See WARNINGS and DOSAGE AND ADMINISTRATION.)

The rate and extent of perindopril absorption and elimination are not affected by concomitant diuretics. The bioavailability of perindoprilat was reduced by diuretics, however, and this was associated with a decrease in plasma ACE inhibition.

*Potassium Supplements and Potassium-Sparing Diuretics:* ACEON® Tablets may increase serum potassium because of its potential to decrease aldosterone production. Use of potassium-sparing diuretics (spironolactone, amiloride, triamterene and others), potassium supplements or other drugs capable of increasing serum potassium (indomethacin, heparin, cyclosporine and others) can increase the risk of hyperkalemia. Therefore, if concomitant use of such agents is indicated, they should be given with caution and the patient's serum potassium should be monitored frequently.

*Lithium:* Increased serum lithium and symptoms of lithium toxicity have been reported in patients receiving concomitant lithium and ACE inhibitor therapy. These drugs should be coadministered with caution and frequent monitoring of serum lithium concentration is recommended. Use of a diuretic may further increase the risk of lithium toxicity.

*Digoxin:* A controlled pharmacokinetic study has shown no effect on plasma digoxin concentrations when coadministered with ACEON® Tablets, but an effect of digoxin on the plasma concentration of perindopril/perindoprilat has not been excluded.

*Gentamicin:* Animal data have suggested the possibility of interaction between perindopril and gentamicin. However, this has not been investigated in human studies. Coadministration of both drugs should proceed with caution.

*Food Interaction:* Oral administration of ACEON® Tablets with food does not significantly lower the rate or extent of perindopril absorption relative to the fasted state. However, the extent of biotransformation of perindopril to the active metabolite, perindoprilat, is reduced approximately 43%,

PRODUCT INFORMATION                                                                                                              SOLVAY/3123

resulting in a reduction in the plasma ACE inhibition curve of approximately 20%, probably clinically insignificant. In clinical trials, perindopril was generally administered in a non-fasting state.

**Carcinogenesis, Mutagenesis, Impairment of Fertility:**
*Carcinogenesis:* No evidence of carcinogenic effect was observed in studies in rats and mice when perindopril was administered at dosages up to 20 times (mg/kg) or 2 to 4 times (mg/m$^2$) the maximum proposed clinical doses (16 mg/day) for 104 weeks.
*Mutagenesis:* No genotoxic potential was detected for ACEON® Tablets, perindoprilat and other metabolites in various *in vitro* and *in vivo* investigations, including the Ames test, the *Saccharomyces cerevisiae* D4 test, cultured human lymphocytes, TK ± mouse lymphoma assay, mouse and rat micronucleus tests and Chinese hamster bone marrow assay.
*Impairment of Fertility:* There was no meaningful effect on reproductive performance or fertility in the rat given up to 30 times (mg/kg) or 6 times (mg/m$^2$) the proposed maximum clinical dosage of ACEON® Tablets during the period of spermatogenesis in males or oogenesis and gestation in females.
**Pregnancy:** Pregnancy Categories C (first trimester) and D (second and third trimesters). (See WARNINGS: Fetal/Neonatal Morbidity and Mortality.)
**Nursing Mothers:** Milk of lactating rats contained radioactivity following administration $^{14}$C-perindopril. It is not known whether perindopril is secreted in human milk. Because many drugs are secreted in human milk, caution should be exercised when ACEON® Tablets is given to nursing mothers.
**Pediatric Use:** Safety and effectiveness of ACEON® Tablets in pediatric patients have not been established.
**Geriatric Use:** The mean blood pressure effect of perindopril was somewhat smaller in patients over 60 than in younger patients, although the difference was not significant. Plasma concentrations of both perindopril and perindoprilat were increased in elderly patients compared to concentrations in younger patients. No adverse effects were clearly increased in older patients with the exception of dizziness and possibly rash. Experience with ACEON® Tablets in elderly patients at daily doses exceeding 8 mg is limited.

**ADVERSE REACTIONS**
**Hypertension**
ACEON® (perindopril erbumine) Tablets has been evaluated for safety in approximately 3,400 patients with hypertension in U.S. and foreign clinical trials. ACEON® Tablets was in general well-tolerated in the patient populations studied, the side effects were usually mild and transient. Although dizziness was reported more frequently in placebo patients (8.5%) than in perindopril patients (8.2%), the incidence appeared to increase with an increase in perindopril dose.
The data presented here are based on results from the 1,417 ACEON® Tablets-treated patients who participated in the U.S. clinical trials. Over 220 of these patients were treated with ACEON® Tablets for at least one year.
In placebo-controlled U.S. clinical trials, the incidence of premature discontinuation of therapy due to adverse events was 6.5% in patients treated with ACEON® Tablets and 6.7% in patients treated with placebo. The most common causes were cough, headache, asthenia and dizziness.
Among 1,012 patients in placebo-controlled U.S. trials, the overall frequency of reported adverse events was similar in patients treated with ACEON® Tablets and in those treated with placebo (approximately 75% in each group). Adverse events that occurred in 1% or greater of the patients and that were more common for perindopril than placebo by at least 1% (regardless of whether they were felt to be related to study drug) are shown in the first two columns below. Of these adverse events, those considered possibly or probably related to study drug are shown in the last two columns. [See table 2 above]
Of these, cough was the reason for withdrawal in 1.3% of perindopril and 0.4% of placebo patients. While dizziness was not reported more frequently in the perindopril group (8.2%) than in the placebo group (8.5%), it was clearly increased with dose, suggesting a causal relationship with perindopril. Other commonly reported complaints (1% or greater), regardless of causality, include: headache (23.8%), upper respiratory infection (8.6%), asthenia (7.9%), rhinitis (4.8%), low extremity pain (4.7%), diarrhea (4.3%), edema (3.9%), pharyngitis (3.3%), urinary tract infection (2.8%), abdominal pain (2.7%), sleep disorder (2.5%), chest pain (2.4%), injury, paresthesia, nausea, rash (each 2.3%), seasonal allergy, depression (each 2.0%), abnormal ECG (1.8%), ALT increase (1.7%), tinnitus, vomiting (each 1.5%), neck pain, male sexual dysfunction (each 1.4%), triglyceride increase, somnolence (each 1.3%), joint pain, nervousness, myalgia, menstrual disorder (each 1.1%), flatulence and arthritis (each 1.0%), but none of those was more frequent by at least 1% on perindopril than on placebo. Depending on the specific adverse event, approximately 30 to 70% of the common complaints were considered possibly or probably related to treatment.

**Stable Coronary Artery Disease**
Perindopril has been evaluated for safety in EUROPA, a double-blind, placebo-controlled study in 12,218 patients with stable coronary artery disease. The overall rate of discontinuation was about 22% on drug and placebo. The most

Table 2.
Frequency of Adverse Events (%)

|  | All Adverse Events | | Possibly- or Probably- Related Adverse Events | |
|---|---|---|---|---|
|  | Perindopril n = 789 | Placebo n = 223 | Perindopril n = 789 | Placebo n = 223 |
| Cough | 12.0 | 4.5 | 6.0 | 1.8 |
| Back Pain | 5.8 | 3.1 | 0.0 | 0.0 |
| Sinusitis | 5.2 | 3.6 | 0.6 | 0.0 |
| Viral Infection | 3.4 | 1.6 | 0.3 | 0.0 |
| Upper Extremity Pain | 2.8 | 1.4 | 0.2 | 0.0 |
| Hypertonia | 2.7 | 1.4 | 0.2 | 0.0 |
| Dyspepsia | 1.9 | 0.9 | 0.3 | 0.0 |
| Fever | 1.5 | 0.5 | 0.3 | 0.0 |
| Proteinuria | 1.5 | 0.5 | 1.0 | 0.5 |
| Ear Infection | 1.3 | 0.0 | 0.0 | 0.0 |
| Palpitation | 1.1 | 0.0 | 0.9 | 0.0 |

common medical reasons for discontinuation that were more frequent on perindopril than placebo were cough, drug intolerance and hypotension.
Below is a list (by body system) of adverse experiences reported in 0.3 to 1% of patients in U.S. placebo-controlled studies in hypertensive patients without regard to attribution to therapy. Less frequent but medically important adverse events are also included; the incidence of these events is given in parentheses.
**Body as a Whole:** malaise, pain, cold/hot sensation, chills, fluid retention, orthostatic symptoms, anaphylactic reaction, facial edema, angioedema (0.1%).
**Gastrointestinal:** constipation, dry mouth, dry mucous membrane, appetite increased, gastroenteritis.
**Respiratory:** posterior nasal drip, bronchitis, rhinorrhea, throat disorder, dyspnea, sneezing, epistaxis, hoarseness, pulmonary fibrosis (<0.1%).
**Urogenital:** vaginitis, kidney stone, flank pain, urinary frequency, urinary retention.
**Cardiovascular:** hypotension, ventricular extrasystole, myocardial infarction, vasodilation, syncope, abnormal conduction, heart murmur, orthostatic hypotension.
**Endocrine:** gout.
**Hematology:** hematoma, ecchymosis.
**Musculoskeletal:** arthralgia, myalgia.
**CNS:** migraine, amnesia, vertigo, cerebral vascular accident (0.2%).
**Psychiatric:** anxiety, psychosexual disorder.
**Dermatology:** sweating, skin infection, tinea, pruritus, dry skin, erythema, fever blisters, purpura (0.1%).
**Special Senses:** conjunctivitis, earache.
**Laboratory:** potassium decrease, uric acid increase, alkaline phosphatase increase, cholesterol increase, AST increase, creatinine increase, hematuria, glucose increase.
When ACEON® Tablets was given concomitantly with thiazide diuretics, adverse events were generally reported at the same rate as those for ACEON® Tablets alone, except for a higher incidence of abnormal laboratory findings known to be related to treatment with thiazide diuretics alone (e.g., increases in serum uric acid, triglycerides and cholesterol and decreases in serum potassium).
**Potential Adverse Effects Reported with ACE Inhibitors:** Other medically important adverse effects reported with other available ACE inhibitors include: cardiac arrest, eosinophilic pneumonitis, neutropenia/agranulocytosis, pancytopenia, anemia (including hemolytic and aplastic), thrombocytopenia, acute renal failure, nephritis, hepatic failure, jaundice (hepatocellular or cholestatic), symptomatic hyponatremia, bullous pemphigus, acute pancreatitis, exfoliative dermatitis and a syndrome which may include: arthralgia/arthritis, vasculitis, serositis, myalgia, fever, rash or other dermatologic manifestations, a positive ANA, leukocytosis, eosinophilia or an elevated ESR. Many of these adverse effects have also been reported for perindopril.
**Fetal/Neonatal Morbidity and Mortality:** See WARNINGS: Fetal/Neonatal Morbidity and Mortality.
**Clinical Laboratory Test Findings**
*Hypertension*
Hematology, clinical chemistry and urinalysis parameters have been evaluated in U.S. placebo-controlled trials. In general, there were no clinically significant trends in laboratory test findings.
**Hyperkalemia:** In clinical trials, 1.4% of the patients receiving ACEON® Tablets and 2.3% of the patients receiving placebo showed serum potassium levels greater than 5.7 mEq/L. (See PRECAUTIONS.)
**BUN/Serum Creatinine Elevations:** Elevations, usually transient and minor, of BUN and serum creatinine have been observed. In placebo-controlled clinical trials, the proportion of patients experiencing increases in serum creatinine were similar in the ACEON® Tablets and placebo treatment groups. Rapid reduction of long-standing or markedly elevated blood pressure by any antihypertensive therapy can result in decreases in the glomerular filtration rate and, in turn, lead to increases in BUN or serum creatinine. (See PRECAUTIONS.)
**Hematology:** Small decreases in hemoglobin and hematocrit occur frequently in hypertensive patients treated with ACEON® Tablets, but are rarely of clinical importance. In controlled clinical trials, no patient was discontinued from therapy due to the development of anemia. Leukopenia (including neutropenia) was observed in 0.1% of patients in U.S. clinical trials (See WARNINGS).

**Liver Function Tests:** Elevations in ALT (1.6% ACEON® Tablets vs 0.9% placebo) and AST (0.5% ACEON® Tablets vs 0.4% placebo) have been observed in U.S. placebo-controlled clinical trials. The elevations were generally mild and transient and resolved after discontinuation of therapy.

**OVERDOSAGE**
In animals, doses of perindopril up to 2,500 mg/kg in mice, 3,000 mg/kg in rats and 1,600 mg/kg in dogs were nonlethal. Past experiences were scant but suggested that overdosage with other ACE inhibitors was also fairly well tolerated by humans. The most likely manifestation is hypotension, and treatment should be symptomatic and supportive. Therapy with the ACE inhibitor should be discontinued, and the patient should be observed. Dehydration, electrolyte imbalance and hypotension should be treated by established procedures.
However, of the reported cases of perindopril overdosage, one (dosage unknown) required assisted ventilation and the other developed hypothermia, circulatory arrest and died following ingestion of up to 180 mg of perindopril. The intervention for perindopril overdose may require vigorous support (see below).
Laboratory determinations of serum levels of perindopril and its metabolites are not widely available, and such determinations have, in any event, no established role in the management of perindopril overdose.
No data are available to suggest physiological maneuvers (e.g., maneuvers to change the pH of the urine) that might accelerate elimination of perindopril and its metabolites. Perindopril can be removed by hemodialysis, with clearance of 52 mL/min for perindopril and 67 mL/min for perindoprilat.
Angiotensin II could presumably serve as a specific antagonist-antidote in the setting of perindopril overdose, but angiotensin II is essentially unavailable outside of scattered research facilities. Because the hypotensive effect of perindopril is achieved through vasodilation and effective hypovolemia, it is reasonable to treat perindopril overdose by infusion of normal saline solution.

**DOSAGE AND ADMINISTRATION**
**Stable Coronary Artery Disease**
In patients with stable coronary artery disease, ACEON® Tablets should be given at an initial dose of 4 mg once daily for 2 weeks, and then increased as tolerated, to a maintenance dose of 8 mg once daily. In elderly patients (>70 yrs), ACEON® Tablets should be given as a 2 mg dose once daily in the first week, followed by 4 mg once daily in the second week and 8 mg once daily for maintenance dose if tolerated.
**Hypertension.**
*Use in Uncomplicated Hypertensive Patients:* In patients with essential hypertension, the recommended initial dose is 4 mg once a day. The dosage may be titrated upward until blood pressure, when measured just before the next dose, is controlled or to a maximum of 16 mg per day. The usual maintenance dose range is 4 to 8 mg administered as a single daily dose. ACEON® Tablets may also be administered in two divided doses. When once-daily dosing was compared to twice-daily dosing in clinical studies, the B.I.D. regimen was generally slightly superior, but not by more than about 0.5 to 1.0 mm Hg.
*Use in the Elderly Patients:* As in younger patients, the recommended initial daily dosage of ACEON® Tablets for the elderly (>65 years) is 4 mg daily, given in one or two divided doses. The daily dosage may be titrated upward until blood pressure, when measured just before the next dose, is controlled, but experience with ACEON® Tablets is limited in the elderly at doses exceeding 8 mg. Dosages above 8 mg should be administered with caution and under close medical supervision. (See PRECAUTIONS: Geriatric Use.)
*Use in Concomitant Diuretics:* If blood pressure is not adequately controlled with perindopril alone, a diuretic may be added. In patients currently being treated with a diuretic, symptomatic hypotension occasionally can occur following the initial dose of perindopril. To reduce likelihood of such reaction, the diuretic should, if possible, be discontinued 2 to 3 days prior to the beginning of ACEON® Tablets therapy. (See WARNINGS.) Then, if blood pressure is not controlled with ACEON® Tablets alone, the diuretic should be resumed.
If the diuretic cannot be discontinued, an initial dose of 2 to 4 mg daily in one or two divided doses should be used

*Continued on next page*

## Aceon—Cont.

with careful medical supervision for several hours and until blood pressure has stabilized. The dosage should then be titrated as described above. (See WARNINGS and PRECAUTIONS: Drug Interactions.)
After the first dose of ACEON® Tablets, the patient should be followed closely for the first two weeks of treatment and whenever the dose of ACEON® Tablets and/or diuretics is increased (See WARNINGS and PRECAUTIONS: Drug Interactions.) In patients who are currently being treated with a diuretic, symptomatic hypotension occasionally can occur following the initial dose of ACEON® Tablets. To reduce the likelihood of hypotension, the dose of diuretic, if possible, can be adjusted which may diminish the likelihood of hypotension. The appearance of hypotension after the initial dose of ACEON® Tablets does not preclude subsequent careful dose titration with the drug, following effective management of the hypotension.

**Dose Adjustment in Renal Impairment**
Kinetic data indicate that perindoprilat elimination is decreased in renally impaired patients, with a marked increase in accumulation when creatinine clearance drops below 30 mL/min. In such patients (creatinine clearance <30 mL/min), safety and efficacy of ACEON® Tablets have not been established. For patients with lesser degrees of impairment (creatinine clearance above 30 mL/min), the initial dosage should be 2 mg/day and dosage should not exceed 8 mg/day due to limited clinical experience. During dialysis, perindopril is removed with the same clearance as in patients with normal renal function.

### HOW SUPPLIED
Tablets 2 mg: Scored one side, white, oblong (debossed "ACN 2" on one side and debossed with "SLV" on both sides of score on the other side)
Bottles of 100 .......................................... NDC 0032-1101-01
Tablets 4 mg: Scored one side, pink, oblong (debossed "ACN 4" on one side and debossed with "SLV" on both sides of score on the other side)
Bottles of 100 .......................................... NDC 0032-1102-01
Tablets 8 mg: Scored one side, salmon-colored, oblong (debossed "ACN 8" on one side and debossed with "SLV" on both sides of score on the other side)
Bottles of 100 .......................................... NDC 0032-1103-01
Storage Conditions: Store at controlled room temperature 20° to 25°C (68° to 77°F) [see USP]. Protect from moisture. Keep out of the reach of children.
Manufactured by:
Patheon Pharmaceuticals, Inc.
Cincinnati, OH 45237 USA
Marketed by:
Solvay Pharmaceuticals, Inc.
Marietta, GA 30062
© 2005 Solvay Pharmaceuticals, Inc.
500063/500064 Rev May 2005
Shown in Product Identification Guide, page 333

## CREON® 5
MINIMICROSPHERES®
(Pancrelipase Delayed-release Capsules, USP)
PRESCRIBING INFORMATION
℞

### DESCRIPTION
CREON® 5 Capsules are orally administered and contain pancrelipase (lipase 5,000 USP Units, protease 18,750 USP Units and amylase 16,600 USP Units per capsule) which is of porcine pancreatic origin. Each CREON 5 Capsule is filled with 124 mg of delayed-release MINIMICROSPHERES®.
Inactive ingredients include dibutyl phthalate, dimethicone, hydroxypropylmethylcellulose phthalate, light mineral oil and polyethylene glycol. The capsule shells contain gelatin, red iron oxide, titanium dioxide, yellow iron oxide and FD & C blue No. 2. The capsule imprinting ink contains dimethicone, 2-ethoxyethanol, shellac, soya lecithin, and titanium dioxide.

### CLINICAL PHARMACOLOGY
The pancreatic enzymes in CREON 5 Capsules are enteric-coated to resist gastric destruction or inactivation. The pancreatic enzymes catalyze the hydrolysis of fats to glycerol and fatty acids, protein into proteoses and derived substances and starch into dextrins and short chain sugars.

### INDICATIONS
CREON 5 Capsules are indicated for patients with pancreatic exocrine insufficiency as is often associated with:
- cystic fibrosis
- chronic pancreatitis
- post-pancreatectomy
- post-gastrointestinal bypass surgery (e.g., Billroth II gastroenterostomy)
- ductal obstruction from neoplasm (e.g., of the pancreas or common bile duct)

### CONTRAINDICATIONS
CREON 5 Capsules are contraindicated in the early stages of acute pancreatitis or in patients who are known to be hypersensitive to pork protein.

### WARNINGS
Should symptoms of hypersensitivity appear, discontinue medication and initiate symptomatic and supportive therapy if necessary.
Strictures in the ileo-cecal region and/or ascending colon have been reported in cystic fibrosis patients treated with high doses of high-potency pancreatic enzyme supplements containing 20,000 or greater USP units of lipase per capsule. The underlying mechanism is unknown, but caution should be exercised when doses in excess of 6,000 USP units lipase per kg per meal fail to resolve symptoms, especially in patients with a history of intestinal complications such as meconium ileus equivalent, short bowel syndrome, surgery or Crohn's disease. If symptoms suggestive of gastrointestinal obstruction occur, the possibility of bowel stricture should be investigated including evaluation of pancreatic enzyme therapy.

### PRECAUTIONS
CREON 5 Capsules MINIMICROSPHERES SHOULD NOT BE CRUSHED OR CHEWED or placed on foods having a pH greater than 5.5. These can dissolve the protective enteric coating resulting in early release of enzymes, irritation of oral mucosa, and/or loss of enzyme activity.

**Information for Patients**
CREON 5 Capsules are a pancreatic enzyme product prescribed to promote improved digestion of foods, especially fat. The prescribed dosage should be taken with each meal and snack or as directed by the physician. The capsules can be swallowed whole, or the contents poured on soft, bland food. Care should be taken to avoid chewing or crushing of the capsule contents, which can result in early release of enzymes, irritation of oral mucosa, and/or loss of enzyme activity. Patients should maintain adequate fluid intake. The prescribed dose range should not be exceeded without calling your doctor.
The most common adverse reactions involve the stomach and intestine including diarrhea, nausea, vomiting, bloating, constipation, stomach cramps or pain. If these symptoms are persistent, contact your doctor.

**Carcinogenesis, Mutagenesis, Impairment of Fertility**
Long-term studies in animals have not been performed to evaluate carcinogenic potential.

**Pregnancy, Category C**
Animal reproduction studies have not been conducted with pancrelipase. It is also not known whether pancrelipase can cause fetal harm when administered to a pregnant woman or can affect reproduction capacity. CREON 5 Capsules should be given to a pregnant woman only if clearly needed.

**Nursing Mothers**
It is not known whether this drug is excreted in human milk. Because many drugs are excreted in human milk, caution should be exercised when CREON 5 Capsules are administered to a nursing mother.

### ADVERSE REACTIONS
The most frequently reported adverse reactions to pancreatic enzyme-containing products are gastrointestinal in nature which may include nausea, vomiting, bloating, cramping, constipation or diarrhea. Less frequently, allergic-type reactions have also been observed. Very high doses of pancreatin have been associated with hyperuricosuria and hyperuricemia.

### DOSAGE AND ADMINISTRATION
Clinical experience should dictate initial starting dose. Doses should be taken during meals or snacks, not before or after. Do not take without food.

**Adults and Children Over 6 Years Old**
Usual initial starting dosage is two to four CREON 5 Capsules per meal or snack.

**Children Under 6 Years Old**
The exact dosage of CREON 5 Capsules should be selected based on clinical experience for this age group. Patients can be started on one to two capsules per meal or snack.
For cystic fibrosis patients, typical doses are 1,500 – 3,000 USP lipase units/kg/meal. Dosage should be adjusted according to the severity of the disease, control of steatorrhea and maintenance of good nutritional status. Doses in excess of 6,000 USP lipase units/kg/meal are not recommended.
Dose increases, if required, should occur with careful monitoring of body weight and stool fat content. When changing strengths of pancreatic enzyme products, care should be taken to maintain equivalent lipase units for each divided dosage.
It is important to ensure adequate hydration of patients at all times while taking pancreatic enzymes.
Where swallowing of capsules is difficult, the capsules may be carefully opened and the MINIMICROSPHERES added to a small amount of soft food, with a pH less than 5.5. The soft food should be swallowed immediately without chewing and followed with a glass of water or juice to insure swallowing.

### HOW SUPPLIED
CREON 5 MINIMICROSPHERES (Pancrelipase Delayed-release Capsules, USP) are available in a two-piece gelatin capsule (orange opaque top half, blue opaque bottom half) imprinted in white with "SOLVAY" and "1205". Each capsule contains tan-colored delayed-release MINIMICROSPHERES of pancrelipase supplied in bottles of:
100 .............................................. NDC 0032-1205-01
250 .............................................. NDC 0032-1205-07

CREON 5 Capsules must be stored at 25°C (77°F); excursions permitted to 15°-30°C (59°-86°F). (See USP Controlled Room Temperature.) PROTECT FROM MOISTURE. DO NOT REFRIGERATE. Dispense in tight, light-resistant containers. For human consumption only.
Manufactured By:
Solvay Pharmaceuticals GmbH,
Hannover, Germany
Marketed by:
Solvay Pharmaceuticals, Inc.
Marietta, GA 30062
500197 Rev Feb 2006
MINIMICROSPHERES is a registered trademark of Solvay Pharmaceuticals, Inc.
© 2006 Solvay Pharmaceuticals, Inc.
Shown in Product Identification Guide, page 333

## CREON® 10
MINIMICROSPHERES®
(Pancrelipase Delayed-release Capsules, USP)
PRESCRIBING INFORMATION
℞ only

### DESCRIPTION
CREON® 10 Capsules are orally administered and contain pancrelipase (lipase 10,000 USP Units, protease 37,500 USP Units, and amylase 33,200 USP Units per capsule) which is of porcine pancreatic origin. Each CREON 10 Capsule is filled with 249 mg of delayed-release MINIMICROSPHERES®.
Inactive ingredients include dibutyl phthalate, dimethicone, hydroxypropylmethylcellulose phthalate, light mineral oil and polyethylene glycol. The capsule shells contain black iron oxide, gelatin, red iron oxide, titanium dioxide, and yellow iron oxide. The capsule imprinting ink contains dimethicone, 2-ethoxyethanol, shellac, soya lecithin, and titanium dioxide.

### CLINICAL PHARMACOLOGY
The pancreatic enzymes in CREON 10 Capsules are enteric-coated to resist gastric destruction or inactivation. The pancreatic enzymes catalyze the hydrolysis of fats to glycerol and fatty acids, protein into proteoses and derived substances and starch into dextrins and short chain sugars.

### INDICATIONS
CREON 10 Capsules are indicated for patients with pancreatic exocrine insufficiency as is often associated with:
- cystic fibrosis
- chronic pancreatitis
- post-pancreatectomy
- post-gastrointestinal bypass surgery (e.g., Billroth II gastroenterostomy)
- ductal obstruction from neoplasm (e.g., of the pancreas or common bile duct)

### CONTRAINDICATIONS
CREON 10 Capsules are contraindicated in the early stages of acute pancreatitis or in patients who are known to be hypersensitive to pork protein.

### WARNINGS
Should symptoms of hypersensitivity appear, discontinue medication and initiate symptomatic and supportive therapy if necessary.
Strictures in the ileo-cecal region and/or ascending colon have been reported in cystic fibrosis patients treated with high doses of high-potency pancreatic enzyme supplements containing 20,000 or greater USP units of lipase per capsule. The underlying mechanism is unknown, but caution should be exercised when doses in excess of 6,000 USP units lipase per kg per meal fail to resolve symptoms, especially in patients with a history of intestinal complications such as meconium ileus equivalent, short bowel syndrome, surgery or Crohn's disease. If symptoms suggestive of gastrointestinal obstruction occur, the possibility of bowel stricture should be investigated including evaluation of pancreatic enzyme therapy.

### PRECAUTIONS
CREON 10 Capsules MINIMICROSPHERES SHOULD NOT BE CRUSHED OR CHEWED or placed on foods having a pH greater than 5.5. These can dissolve the protective enteric coating resulting in early release of enzymes, irritation of oral mucosa, and/or loss of enzyme activity.

**Information for Patients**
CREON 10 Capsules are a pancreatic enzyme product prescribed to promote improved digestion of foods, especially fat. The prescribed dosage should be taken with each meal and snack or as directed by the physician. The capsules can be swallowed whole, or the contents poured on soft, bland food. Care should be taken to avoid chewing or crushing of the capsule contents, which can result in early release of enzymes, irritation of oral mucosa, and/or loss of enzyme activity. Patients should maintain adequate fluid intake. The prescribed dose range should not be exceeded without calling your doctor.
The most common adverse reactions involve the stomach and intestine including diarrhea, nausea, vomiting, bloating, constipation, stomach cramps or pain. If these symptoms are persistent, contact your doctor.

PRODUCT INFORMATION                                                                                      SOLVAY/3125

**Carcinogenesis, Mutagenesis, Impairment of Fertility**
Long-term studies in animals have not been performed to evaluate carcinogenic potential.
**Pregnancy, Category C**
Animal reproduction studies have not been conducted with pancrelipase. It is also not known whether pancrelipase can cause fetal harm when administered to a pregnant woman or can affect reproduction capacity. CREON 10 Capsules should be given to a pregnant woman only if clearly needed.
**Nursing Mothers**
It is not known whether this drug is excreted in human milk. Because many drugs are excreted in human milk, caution should be exercised when CREON 10 Capsules are administered to a nursing mother.

**ADVERSE REACTIONS**
The most frequently reported adverse reactions to pancreatic enzyme-containing products are gastrointestinal in nature which may include nausea, vomiting, bloating, cramping, constipation or diarrhea. Less frequently, allergic-type reactions have also been observed. Very high doses of pancreatin have been associated with hyperuricosuria and hyperuricemia.

**DOSAGE AND ADMINISTRATION**
Clinical experience should dictate initial starting dose. Doses should be taken during meals or snacks, not before or after. Do not take without food.
**Adults and Children Over 6 Years Old**
Usual initial starting dosage is one to two CREON 10 Capsules per meal or snack.
**Children Under 6 Years Old**
Usual initial starting dosage is up to one CREON 10 Capsule per meal or snack.
For cystic fibrosis patients, typical doses are 1,500 – 3,000 USP lipase units/kg/meal. Dosage should be adjusted according to the severity of the disease, control of steatorrhea and maintenance of good nutritional status. Doses in excess of 6,000 USP lipase units/kg/meal are not recommended.
Dose increases, if required, should occur with careful monitoring of body weight and stool fat content. When changing strengths of pancreatic enzyme products, care should be taken to maintain equivalent lipase units for each divided dosage.
It is important to ensure adequate hydration of patients at all times while taking pancreatic enzymes.
Where swallowing of capsules is difficult, the capsules may be carefully opened and the MINIMICROSPHERES added to a small amount of soft food, with a pH less than 5.5. The soft food should be swallowed immediately without chewing and followed with a glass of water or juice to insure swallowing.

**HOW SUPPLIED**
CREON 10 MINIMICROSPHERES (Pancrelipase Delayed-release Capsules, USP) are available in a two-piece gelatin capsule (brown opaque top half, natural transparent bottom half) imprinted in white with "SOLVAY" and "1210". Each capsule contains tan-colored delayed-release MINIMICROSPHERES of pancrelipase supplied in bottles of:
100 .................................................. NDC 0032-1210-01
250 .................................................. NDC 0032-1210-07
CREON 10 Capsules must be stored at 25°C (77°F); excursions permitted to 15°–30°C (59°–86°F). [See USP Controlled Room Temperature.] PROTECT FROM MOISTURE. DO NOT REFRIGERATE. Dispense in tight, light-resistant containers. For human consumption only.
Manufactured By:
Solvay Pharmaceuticals GmbH
Hannover, Germany
Marketed by:
Solvay Pharmaceuticals, Inc.
Marietta, GA 30062
500198 Rev. Feb 2006
MINIMICROSPHERES is a registered Trademark of Solvay Pharmaceuticals, Inc.
© 2006 Solvay Pharmaceuticals, Inc.
*Shown in Product Identification Guide, page 333*

---

**CREON® 20**                                                  ℞
**MINIMICROSPHERES®**
**(Pancrelipase Delayed-release Capsules, USP)**
**PRESCRIBING INFORMATION**

**DESCRIPTION**
CREON® 20 Capsules are orally administered and contain pancrelipase (lipase 20,000 USP Units, protease 75,000 USP Units and amylase 66,400 USP Units per capsule) which is of porcine pancreatic origin. Each CREON 20 capsule is filled with 497 mg of delayed-release MINIMICROSPHERES®.
Inactive ingredients include dibutyl phthalate, dimethicone, hydroxypropylmethylcellulose phthalate, light mineral oil and polyethylene glycol. The capsule shells contain gelatin, red iron oxide, titanium dioxide and yellow iron oxide. The capsule imprinting ink contains dimethicone, 2-ethoxyethanol, shellac, soya lecithin, and titanium dioxide.

**CLINICAL PHARMACOLOGY**
The pancreatic enzymes in CREON 20 Capsules are enteric-coated to resist gastric destruction or inactivation. The pancreatic enzymes catalyze the hydrolysis of fats to glycerol and fatty acids, protein into proteoses and derived substances and starch into dextrins and short chain sugars.

**INDICATIONS**
CREON 20 Capsules are indicated for patients with pancreatic exocrine insufficiency as is often associated with:
• cystic fibrosis
• chronic pancreatitis
• post-pancreatectomy
• post-gastrointestinal bypass surgery (e.g., Billroth II gastroenterostomy)
• ductal obstruction from neoplasm (e.g., of the pancreas or common bile duct)

**CONTRAINDICATIONS**
CREON 20 Capsules are contraindicated in the early stages of acute pancreatitis or in patients who are known to be hypersensitive to pork protein.

**WARNINGS**
Should symptoms of hypersensitivity appear, discontinue medication and initiate symptomatic and supportive therapy if necessary.
Strictures in the ileo-cecal region and/or ascending colon have been reported in cystic fibrosis patients treated with high doses of high-potency pancreatic enzyme supplements containing 20,000 or greater USP units of lipase per capsule. The underlying mechanism is unknown, but caution should be exercised when doses in excess of 6,000 USP units lipase per kg per meal fail to resolve symptoms, especially in patients with a history of intestinal complications such as meconium ileus equivalent, short bowel syndrome, surgery or Crohn's disease. If symptoms suggestive of gastrointestinal obstruction occur, the possibility of bowel stricture should be investigated including evaluation of pancreatic enzyme therapy.

**PRECAUTIONS**
CREON 20 Capsules MINIMICROSPHERES SHOULD NOT BE CRUSHED OR CHEWED or placed on foods having a pH greater than 5.5. These can dissolve the protective enteric coating resulting in early release of enzymes, irritation of oral mucosa, and/or loss of enzyme activity.
**Information for Patients**
CREON 20 Capsules are a pancreatic enzyme product prescribed to promote improved digestion of foods, especially fat. The prescribed dosage should be taken with each meal and snack or as directed by the physician. The capsules can be swallowed whole, or the contents poured on soft, bland food. Care should be taken to avoid chewing or crushing of the capsule contents, which can result in early release of enzymes, irritation of oral mucosa, and/or loss of enzyme activity. Patients should maintain adequate fluid intake. The prescribed dose range should not be exceeded without calling your doctor.
The most common adverse reactions involve the stomach and intestine including diarrhea, nausea, vomiting, bloating, constipation, stomach cramps or pain. If these symptoms are persistent, contact your doctor.
**Carcinogenesis, Mutagenesis, Impairment of Fertility**
Long-term studies in animals have not been performed to evaluate carcinogenic potential.
**Pregnancy, Category C**
Animal reproduction studies have not been conducted with pancrelipase. It is also not known whether pancrelipase can cause fetal harm when administered to a pregnant woman or can affect reproduction capacity. CREON 20 Capsules should be given to a pregnant woman only if clearly needed.
**Nursing Mothers**
It is not known whether this drug is excreted in human milk. Because many drugs are excreted in human milk, caution should be exercised when CREON 20 Capsules are administered to a nursing mother.

**ADVERSE REACTIONS**
The most frequently reported adverse reactions to pancreatic enzyme-containing products are gastrointestinal in nature which may include nausea, vomiting, bloating, cramping, constipation or diarrhea. Less frequently, allergic-type reactions have also been observed. Very high doses of pancreatin have been associated with hyperuricosuria and hyperuricemia.

**DOSAGE AND ADMINISTRATION**
Clinical experience should dictate initial starting dose. Doses should be taken during meals or snacks, not before or after. Do not take without food.
**Adults and Children Over 6 Years Old**
Usual initial starting dosage is one CREON 20 Capsule per meal or snack.
**Children Under 6 Years Old**
The exact dosage of CREON 20 Capsules should be selected based on clinical experience for this age group.
For cystic fibrosis patients, typical doses are 1,500 – 3,000 USP lipase units/kg/meal. Dosage should be adjusted according to the severity of the disease, control of steatorrhea and maintenance of good nutritional status. Doses in excess of 6,000 USP lipase units/kg/meal are not recommended.
Dose increases, if required, should occur with careful monitoring of body weight and stool fat content. When changing strengths of pancreatic enzyme products, care should be taken to maintain equivalent lipase units for each divided dosage.
It is important to ensure adequate hydration of patients at all times while taking pancreatic enzymes.
Where swallowing of capsules is difficult, the capsules may be carefully opened and the MINIMICROSPHERES added to a small amount of soft food, with a pH less than 5.5. The soft food should be swallowed immediately without chewing and followed with a glass of water or juice to insure swallowing.

**HOW SUPPLIED**
CREON 20 MINIMICROSPHERES (Pancrelipase Delayed-release Capsules, USP) are available in a two-piece gelatin capsule (orange opaque top half, natural transparent bottom half) imprinted in white with "SOLVAY" and "1220". Each capsule contains tan-colored delayed-release MINIMICROSPHERES of pancrelipase supplied in bottles of:
100 .................................................. NDC 0032-1220-01
250 .................................................. NDC 0032-1220-07
CREON 20 Capsules must be stored at 25°C (77°F); excursions permitted to 15°–30°C (59°–86°F). [See USP Controlled Room Temperature.] PROTECT FROM MOISTURE. DO NOT REFRIGERATE. Dispense in tight, light-resistant containers. For human consumption only.
Manufactured By:
Solvay Pharmaceuticals GmbH,
Hannover, Germany
Marketed by:
Solvay Pharmaceuticals, Inc.
Marietta, GA 30062
500199 Rev Feb 2006
MINIMICROSPHERES is a registered Trademark of Solvay Pharmaceuticals, Inc.
© 2006 Solvay Pharmaceuticals, Inc.
*Shown in Product Identification Guide, page 333*

---

**ESTRATEST®‡**                                                 ℞
**and**
**ESTRATEST® H.S.‡**
[ĕ'strā-tĕst]
**(Esterified Estrogens and Methyltestosterone) Tablets.**
℞ only

**ESTROGENS INCREASE THE RISK OF ENDOMETRIAL CANCER**
Close clinical surveillance of all women taking estrogens is important. Adequate diagnostic measures, including endometrial sampling when indicated, should be undertaken to rule out malignancy in all cases of undiagnosed persistent or recurring abnormal vaginal bleeding. There is no evidence that the use of "natural" estrogens results in a different endometrial risk profile than synthetic estrogens at equivalent estrogen doses. (See WARNINGS, Malignant Neoplasms, *Endometrial Cancer*.)

**CARDIOVASCULAR AND OTHER RISKS**
Estrogens with or without progestins should not be used for the prevention of cardiovascular disease. (See WARNINGS, Cardiovascular Disorders.)
The Women's Health Initiative (WHI) study reported increased risks of myocardial infarction, stroke, invasive breast cancer, pulmonary emboli, and deep vein thrombosis in postmenopausal women (50 to 79 years of age) during 5 years of treatment with oral conjugated estrogens (CE 0.625 mg) combined with medroxyprogesterone acetate (MPA 2.5 mg) relative to placebo. (See CLINICAL PHARMACOLOGY, Clinical Studies.)
The Women's Health Initiative Memory Study (WHIMS), a substudy of WHI, reported increased risk of developing probable dementia in postmenopausal women 65 years of age or older during 4 years of treatment with oral conjugated estrogens plus medroxyprogesterone acetate relative to placebo. It is unknown whether this finding applies to younger postmenopausal women or to women taking estrogen alone therapy. (See CLINICAL PHARMACOLOGY, Clinical Studies.)
Other doses of oral conjugated estrogens with medroxyprogesterone acetate, and other combinations and dosage forms of estrogens and progestins were not studied in the WHI clinical trials and, in the absence of comparable data, these risks should be assumed to be similar. Because of these risks, estrogens with or without progestins should be prescribed at the lowest effective doses and for the shortest duration consistent with treatment goals and risks for the individual woman.

**DESCRIPTION**
ESTRATEST® Tablets: Each dark green, capsule shaped, sugar-coated oral tablet contains: 1.25 mg of Esterified Estrogens, USP and 2.5 mg of Methyltestosterone, USP.
ESTRATEST® H.S. (Half-Strength) Tablets: Each light green, capsule shaped, sugar-coated oral tablet contains: 0.625 mg of Esterified Estrogens, USP and 1.25 mg of Methyltestosterone, USP.

**Esterified Estrogens**
Esterified Estrogens, USP is a mixture of the sodium salts of the sulfate esters of the estrogenic substances, principally

*Continued on next page*