Bayer conveniently ignores the fact that Dr. Chertow reviewed and relies upon several cohort studies and randomized clinical trials regarding Trasylol and acute renal failure. Each of these studies offer scientific support for the opinion that acute renal failure leading to dialysis is caused by Trasylol. *See Materials Reviewed by Dr. Chertow,* Chertow Rep. (Ex. D) at 8-9; Chertow Dep. (Ex. E) 132:6-150:20. For instance, the Mangano 2006[10] (Ex. M) study compared 4374 patients undergoing revascularization who received Trasylol, aminocaproic acid, tranexamic acid (both alternatives to Trasylol) or no agent with regard to serious outcomes. The result of that study was that "use of aprotinin was associated with a doubling in the risk of renal failure requiring dialysis...." Mangano (2006) at 353, (Ex. M) The Mangano (2006) study was closely analyzed by the FDA in 2007 and confirmed its' outcome, specifically that the risk ratio for patients as described above for a renal injury is 9.4% as opposed to 2.4% for those patients that did not receive Trasylol or a substitute. *See Mangano Study:FDA Analysis, et al* (Ex. M2.)

The fact that the Mangano (2006) study, among the others reviewed by Dr. Chertow, has achieved some measure of respect among researchers in the field is without question. Indeed, the New England Journal of Medicine not only published Dr. Mangano's paper after vigorous peer review, but published a follow up paper on the same study population in 2008 as well. It seems incredible that Bayer would ask this Court to deem the same information so unreliable as to be mere "junk science" when submitted for a *Daubert* review in this case.

Unable to dispute that a scientific basis exists to support Dr. Chertow's opinion, Bayer alternatively creates a collection of criticisms regarding Dr. Chertow's review of the Plaintiff's medical history, in that he failed to take into account events during and after Plaintiff's CABG surgery that increased her risk of postoperative renal failure. [Bayer's Daubert Motion, p. 3-14].

---

[10] Mangano DT, et al., "The Risk Associated With Aprotinin In Cardiac Surgery." N Engl J Med 2006;354:353-65.