**Exhibit R**

# CLARK | DEAN | BURNETT
a general partnership of attorneys

January 20, 2010

*Via Email and U.S. Mail*
Steven E. Derringer, Esq.
Bartlit Beck Herman Palenchar & Scott LLP
Courthouse Place
54 West Hubbard, Suite 300
Chicago, IL 60654

Re:   MDL Docket No. 1928; *In Re Trasylol Products Liability*; In the United States District Court for the Southern District of Florida

Dear Steve:

Enclosed please find Supplemental Appendices to the Expert Reports of Curt Furberg, MD and Suzanne Parisian, MD. These appendices include additional documents produced by Bayer that have been made available to these experts.

If you should have any questions, please do not hesitate to contact our office.

Sincerely,

Scott A. Love

Enclosures: as noted above

cc:   Via Email
      Jim Ronca, Esq.
      Richard K. Dandrea, Esq.
      Eugene Schoon, Esq.

# Supplemental Appendix to Expert Report of Curt Daniel Furberg, MD

| | | |
|---|---|---|
| BAY01043438 | BAY04213427 | BAY02718728 |
| BAY03655166 | BAY04213426 | BAY00720487 |
| BAY05005672 | BAY04213430 | BHCAG00766030 |
| BAY01035527 | BHCAG01306584 | BHCAG01034947 |
| BAY08250045 | BHCAG01306583 | BAY03514821 |
| BAY06777270 | BAY03963323 | BAYCS00197121 |
| BAY02533373 | BHCAG01306581 and attachments. | BHCAG01625521 |
| BAY04733025 | BAY04213407 | BAY03045674 |
| BAY05741359 | BAY03446626 | BAY04841789 |
| BAY00734607 | BAY02463308 | BAY03034618 |
| BHCAG01527307 | BAY02463309 | BAY00679867 |
| BAY00672885 | BAY05010545 | BAY00673909 |
| BAY00983471 | BAYCS00174078 | BHCAG02659464 |
| BAY04713531 | BAY04534165 | BHCAG02659465 |
| BAY04627747 | BAY00686462 | BAY01564063 |
| BAY05426839 | BAY01624243 | BHCAG02690954 |
| BAY04691537 | BAY05634659 | BHCAG02726958 |
| BAY05322498 | BAY03729284 | BHCAG04483886 |
| BAY05322480 | BAY02715890 | BAYCS00780442 |
| BAY04213410 | BAY01392701 | BAY06851108 |

| | | |
|---|---|---|
| BAY05956419 | BAYCS01030533 | BAY01202051 |
| BAY06830288 | BAY05758734 | BHCAG02749866 |
| BAY00749599 | BAY01630836 | BAY00202396 |
| BAY00742182 | BAYCS00347932 | BAYCS00174078 |
| BAY02877905 | BAY00369029 | BAY00983471 |
| BAY00686429 | BAY02114121 | BAY09020617 |
| BAY00676369 | BAY04974117 | BAY06564867 |
| BAYCS00164417 | BAY05439481 | BAY05720405 |
| BAY00676355 | BAY00742182 | BHCAG01199259 |
| BAYCS00201868 | BAY05680848 | BHCAG04483886 |
| BAY05573848 | BAY04879634 | BAY06124380 |
| BAYCS00035742 | BAY00225695 | BAY02114121 |
| BAY05758734 | BAY05634659 | BHCAG00457841 |
| BAY00941120 | BAY00983471 | BHCAG02690957 |
| BAY01035650 | BAY06783229 | BHCAG02726958 |
| BAY02386019 | BAY06790458 | BAY04879634 |
| BAY01467313 | BAY00680413 | BAY05680848 |
| BAY03943449 | BAY00680602 | BAYCS00035742 |
| BAY00742025 | BAY03364404 | BAY01035680 |
| BAY00687285 | BAY00674526 | BAYCS00369877 |
| BAY06805578 | BAY00009999 | BAY01035650 |
| BHCAG02293216 | BAY00578601 | BAY01630836 |

| | | |
|---|---|---|
| BAY04943213 | BAY00679620 | BHCAG04827296 |
| BAYCS00347932 | BAY05053618 | BAY06124380 |
| BAY06564867 | BAY04544898 | BAY05741359 |
| BAY04974117 | BAY05498537 | BAY05498537 |
| BAY00742182 | BAY09020431 | BAY06862680 |
| BAY05008944 | BAY05741359 | BAY05008944 |
| BAY04544898 | BHCAG02712203 | BAY00103888 |
| BAY03655166 | BAY00225695 | BAY0745435 |
| BAY05741359 | BAY06862680 | BAY02114121 |
| BAY06564867 | BHCAG01527307 | BAY01334246 |
| BAYCS00347932 | BAY00734608 | BAY00742025 |
| BAY04976809 | BAY02866183 | BHCAG05270727 |
| BAY04923426 | BAY05004858 | BAY00233465 |
| BAY04620693 | BAY05002135 | |
| BAY03655166 | BAY04922780 | |
| BAY05498537 | BAY04945657 | |
| BAY00963618 | BAY05650990 | |
| BAY06741982 | BAY05956419 | |
| BAY04620693 | BAY06862543 | |
| BAY00742025 | BAY06830288 | |
| BAY04943213 | BAY06785375 | |
| BAY04568883 | BAY06921127 | |

## Supplemental Appendix to Expert Report of Suzanne Parisian, MD

| | | |
|---|---|---|
| BAY01043438 | BAY04213426 | BHCAG00766030 |
| BAY03655166 | BAY04213430 | BHCAG01034947 |
| BAY05005672 | BHCAG01306584 | BAY03514821 |
| BAY01035527 | BHCAG01306583 | BAYCS00197121 |
| BAY08250045 | BAY03963323 | BHCAG01625521 |
| BAY06777270 | BHCAG01306581 and attachments. | BAY03045674 |
| BAY02533373 | BAY04213407 | BAY04841789 |
| BAY04733025 | BAY03446626 | BAY03034618 |
| BAY05741359 | BAY02463308 | BAY00679867 |
| BAY00734607 | BAY02463309 | BAY00673909 |
| BHCAG01527307 | BAY05010545 | BHCAG02659464 |
| BAY00672885 | BAYCS00174078 | BHCAG02659465 |
| BAY00983471 | BAY04534165 | BAY01564063 |
| BAY04713531 | BAY00686462 | BHCAG02690954 |
| BAY04627747 | BAY01624243 | BHCAG02726958 |
| BAY05426839 | BAY05634659 | BHCAG04483886 |
| BAY04691537 | BAY03729284 | BAYCS00780442 |
| BAY05322498 | BAY02715890 | BAY06851108 |
| BAY05322480 | BAY01392701 | BAY05956419 |
| BAY04213410 | BAY02718728 | BAY06830288 |
| BAY04213427 | BAY00720487 | BAY00749599 |

| | | |
|---|---|---|
| BAY00742182 | BAYCS00347932 | BAYCS00174078 |
| BAY02877905 | BAY00369029 | BAY00983471 |
| BAY00686429 | BAY02114121 | BAY09020617 |
| BAY00676369 | BAY04974117 | BAY06564867 |
| BAYCS00164417 | BAY05439481 | BAY05720405 |
| BAY00676355 | BAY00742182 | BHCAG01199259 |
| BAYCS00201868 | BAY05680848 | BHCAG04483886 |
| BAY05573848 | BAY04879634 | BAY06124380 |
| BAYCS00035742 | BAY00225695 | BAY02114121 |
| BAY05758734 | BAY05634659 | BHCAG00457841 |
| BAY00941120 | BAY00983471 | BHCAG02690957 |
| BAY01035650 | BAY06783229 | BHCAG02726958 |
| BAY02386019 | BAY06790458 | BAY04879634 |
| BAY01467313 | BAY00680413 | BAY05680848 |
| BAY03943449 | BAY00680602 | BAYCS00035742 |
| BAY00742025 | BAY03364404 | BAY01035680 |
| BAY00687285 | BAY00674526 | BAYCS00369877 |
| BAY06805578 | BAY00009999 | BAY01035650 |
| BHCAG02293216 | BAY00578601 | BAY01630836 |
| BAYCS01030533 | BAY01202051 | BAY04943213 |
| BAY05758734 | BHCAG02749866 | BAYCS00347932 |
| BAY01630836 | BAY00202396 | BAY06564867 |

| | | |
|---|---|---|
| BAY04974117 | BAY05498537 | BAY05498537 |
| BAY00742182 | BAY09020431 | BAY06862680 |
| BAY05008944 | BAY05741359 | BAY05008944 |
| BAY04544898 | BHCAG02712203 | BAY00103888 |
| BAY03655166 | BAY00225695 | BAY0745435 |
| BAY05741359 | BAY06862680 | BAY02114121 |
| BAY06564867 | BHCAG01527307 | BAY01334246 |
| BAYCS00347932 | BAY00734608 | BAY00742025 |
| BAY04976809 | BAY02866183 | BHCAG05270727 |
| BAY04923426 | BAY05004858 | BAY00233465 |
| BAY04620693 | BAY05002135 | |
| BAY03655166 | BAY04922780 | |
| BAY05498537 | BAY04945657 | |
| BAY00963618 | BAY05650990 | |
| BAY06741982 | BAY05956419 | |
| BAY04620693 | BAY06862543 | |
| BAY00742025 | BAY06830288 | |
| BAY04943213 | BAY06785375 | |
| BAY04568883 | BAY06921127 | |
| BAY00679620 | BHCAG04827296 | |
| BAY05053618 | BAY06124380 | |
| BAY04544898 | BAY05741359 | |