# CLARK | DEAN | BURNETT
a general partnership of attorneys

January 26, 2010

**_Via U.S. Mail and Email_**
Steven E. Derringer, Esq.
Bartlit Beck Herman Palenchar & Scott LLP
Courthouse Place
54 West Hubbard, Suite 300
Chicago, IL 60654

Re:   MDL Docket No. 1928; _In Re Trasylol Products Liability_; In the United States District Court for the Southern District of Florida

Supplemental Appendix to Reports of Dr. Suzanne Parisian and Dr. Curt Furberg

Dear Steve:

Thanks for your letter dated January 25, 2010 concerning the above. As you might expect, Drs. Parisian and Furberg do intend to discuss and will rely on the documents included in their supplemental appendices at trial. In an effort to ensure that no party is prejudiced at the time of trial, the PCS is willing to produce Drs. Parisian and Furberg in the next several weeks for a short deposition.

We will make them available for two hours for the limited purposes of inquiring into their opinions regarding the additional documents referenced in their supplemental appendices. We are currently in the process of obtaining dates for their supplemental depositions, and will be in touch shortly with proposed dates.

If you have any questions or concerns, please do not hesitate to contact me. Thank you for your courtesy and cooperation.

Sincerely,

Scott A. Love

cc:   Jim Ronca, Esq.- via email
      Richard K. Dandrea, Esq.- via email
      Eugene Schoon, Esq.- via email