

Eckert Seamans Cherin & Mellott, LLC
U.S. Steel Tower
600 Grant Street, 44th Floor
Pittsburgh, PA 15219

TEL 412 566 6000
FAX 412 566 6099
www.eckertseamans.com

Timothy S. Coon
412-566-1214
tcoon@eckertseamans.com

FEDERAL EXPRESS

January 26, 2010

B. Kristian Rasmussen
Cory Watson Crowder & DeGaris, P.C.
2131 Magnolia Avenue
Birmingham, AL 35205

Re:   In re Trasylol Products Liability Litigation, MDL 1928
      Case No. 08-MD-01928-MIDDLEBROOKS/JOHNSON
      This Document Relates to All Actions

Dear Mr. Rasmussen:

The enclosed hard drive and DVD contain the January 26, 2010 document productions of Bayer HealthCare Pharmaceuticals, Inc. (BCHP) and Bayer Schering Pharma AG (BSP AG) on behalf of Bayer HealthCare AG.

The hard drive contains Trasylol documents from the personal file materials of BHCP sales representatives James Williams [BAYCS02024366 - BAYCS02025420] and Debra Ernst [BAYCS02025421 - BAYCS02063740], and Trasylol sales call reports for various facilities/physicians [BAYCS02063741 - BAYCS02064061]. A replacement image [BAYCS01030544 - BAYCS01030544] is provided for a document previously produced that had a technical problem during imaging. This production also contains an update of FDA contact reports [BAY09658184 - BAY09658292] and a copy of mailing lists received from PDR relating to BHCP's Dear Healthcare Provider letter mailings for Trasylol [BAY09658293 - BAY09668230].

The enclosed DVD, produced by BSP AG, contains previously produced documents of Michael Devoy [BHCAG02539398 - BHCAG02539479] and Kemal Malik [BHCAG01306646 - BHCAG01306650] from which certain redactions have been removed.

Pursuant to directives from Health Canada and the agreement between Bayer, Inc. and the Ottawa Health Research Institute, the documents listed in Attachment A are being produced with a "Confidential – Subject to Protective Order" designation. These documents were previously inadvertently produced without the confidential designation. Please destroy all images of these documents previously produced without the confidential designation and replace with these corrected images. The replacement images with the BAY bates prefix are on the hard drive. The replacement images with the BHCAG bates prefix are on the DVD.

PITTSBURGH, PA   BOSTON, MA   CHARLESTON, WV   HARRISBURG, PA   PHILADELPHIA, PA
SOUTHPOINTE, PA   WASHINGTON, DC   WEST CHESTER, PA   WHITE PLAINS, NY   WILMINGTON, DE

{J1362800.1}



Eckert Seamans Cherin & Mellott, LLC  
U.S. Steel Tower  
600 Grant Street, 44th Floor  
Pittsburgh, PA 15219  

TEL 412 566 6000  
FAX 412 566 6099  
www.eckertseamans.com

B. Kristian Rasmussen  
January 26, 2009  
Page 2

These documents and data are produced without prejudice to our right of retrieval should any privileged documents have been inadvertently produced. Certain documents and data have been designated Confidential under the terms of applicable CMOs and Protective Orders and are subject to the protections and limitations on use or disclosure provided in the Protective Orders.

BSP AG AG and BHCP have undertaken the above-described document production in a manner consistent with their obligations under Fed. R.Civ.P. 26 and 34. Further, on behalf of BSP AG and BHCP, I attest that the description of the document production and components thereof as set forth above is true and correct to the best of my knowledge, information and belief.

Very truly yours,

Timothy S. Coon

TSC/cc  
Enclosure

cc: Scott Love  
    James R. Ronca  
    Steven E. Derringer  
    Eugene A. Schoon  
    Richard K. Dandrea  
    Patricia E. Lowry  
    Alyssa Daniels  
    Wendy Caldwell

PITTSBURGH, PA   BOSTON, MA   CHARLESTON, WV   HARRISBURG, PA   PHILADELPHIA, PA  
SOUTHPOINTE, PA   WASHINGTON, DC   WEST CHESTER, PA   WHITE PLAINS, NY   WILMINGTON, DE

{J1362800.1}



Eckert Seamans Cherin & Mellott, LLC
U.S. Steel Tower
600 Grant Street, 44th Floor
Pittsburgh, PA 15219

TEL 412 566 6000
FAX 412 566 6099
www.eckertseamans.com

B. Kristian Rasmussen
January 26, 2009
Page 3

## Attachment A

**Production Number**

BAY06921431-BAY06921451

BAY06921611-BAY06921639

BAY06802441-BAY06802498

BAY06802580-BAY06802637

BAY06806344-BAY06806401

BAY07008151-BAY07008208

BAY07100518-BAY07100538

BAY07101160-BAY07101180

BAY07101587-BAY07101607

BAY09657324-BAY09657344

BAY07004714-BAY07004740

BAY06905257-BAY06905283

BAY06800205-BAY06800233

BAY06805494-BAY06805522

BAY06805523-BAY06805551

BAY06837627-BAY06837655

BAY06869412-BAY06869440

BAY06869441-BAY06869469

BAY06871451-BAY06871479

BAY06871935-BAY06871963

BAY06905484-BAY06905512

BAY06905513-BAY06905541

BAY07007997-BAY07008000

BAY07101492-BAY07101520

BAY07103890-BAY07103918

BAY07103919-BAY07103947

BAY07119436-BAY07119464

BAY07041279-BAY07041309



Eckert Seamans Cherin & Mellott, LLC
U.S. Steel Tower
600 Grant Street, 44th Floor
Pittsburgh, PA 15219

TEL 412 566 6000
FAX 412 566 6099
www.eckertseamans.com

B. Kristian Rasmussen
January 26, 2009
Page 4

BAY06872353-BAY06872383
BAY07005812-BAY07005842
BAY06891148-BAY06891149
BAY06892467-BAY06892467
BAY06871869-BAY06871874
BAY07004790-BAY07004836
BAY07041272-BAY07041277
BAY07042142-BAY07042145
BAY07042146-BAY07042146
BAY06805601-BAY06805604
BAY06805605-BAY06805605
BAY06871876-BAY06871880
BAY07041314-BAY07041355
BAY06910027-BAY06910046
BAY07119233-BAY07119255
BAY07007916-BAY07007938
BAY07472341-BAY07472346
BAY06871882-BAY06871883
BAY06869028-BAY06869031
BAY07101030-BAY07101049
BAY07110576-BAY07110595
BAY07119212-BAY07119231
BAY06910052-BAY06910071
BAY07010123-BAY07010163
BAY06877958-BAY06877999
BAY07473817-BAY07473857
BAY06878229-BAY06878237
BAY06872811-BAY06872813
BAY06872815-BAY06872817
BAY06884675-BAY06884697

PITTSBURGH, PA   BOSTON, MA   CHARLESTON, WV   HARRISBURG, PA   PHILADELPHIA, PA
SOUTHPOINTE, PA   WASHINGTON, DC   WEST CHESTER, PA   WHITE PLAINS, NY   WILMINGTON, DE

{J1362800.1}



Eckert Seamans Cherin & Mellott, LLC
U.S. Steel Tower
600 Grant Street, 44th Floor
Pittsburgh, PA 15219

TEL 412 566 6000
FAX 412 566 6099
www.eckertseamans.com

B. Kristian Rasmussen
January 26, 2009
Page 5

BAY06884698-BAY06884720

BAY06884721-BAY06884743

BAY06872819-BAY06872821

BAY06894221-BAY06894221

BAY06910107-BAY06912932

BAY06868725-BAY06868849

BAY06868855-BAY06868979

BAY06877201-BAY06877206

BAY06882244-BAY06882255

BAY06890642-BAY06890650

BAY06863326-BAY06863395

BAY06869121-BAY06869195

BAY06883743-BAY06883829

BAY06863275-BAY06863324

BAY06816255-BAY06816316

BAY06876727-BAY06876732

BAY06884040-BAY06884049

BAY06884068-BAY06884077

BAY06865337-BAY06865337

BAY06877889-BAY06877890

BAY06866622-BAY06866647

BAY06866812-BAY06866837

BAY06867003-BAY06867028

BAY07406701-BAY07406705

BAY06867039-BAY06867076

BAY06781104-BAY06781141

BAY06869084-BAY06869089

BAY06886852-BAY06886857

BAY07110839-BAY07110844

BAY06814948-BAY06814952

PITTSBURGH, PA    BOSTON, MA    CHARLESTON, WV    HARRISBURG, PA    PHILADELPHIA, PA
SOUTHPOINTE, PA    WASHINGTON, DC    WEST CHESTER, PA    WHITE PLAINS, NY    WILMINGTON, DE

{J1362800.1}

ECKERT SEAMANS

Eckert Seamans Cherin & Mellott, LLC
U.S. Steel Tower
600 Grant Street, 44th Floor
Pittsburgh, PA 15219

TEL 412 566 6000
FAX 412 566 6099
www.eckertseamans.com

B. Kristian Rasmussen
January 26, 2009
Page 6

BAY06817371-BAY06817375

BAY06884115-BAY06884116

BAY06782155-BAY06782156

BAY06782162-BAY06782163

BAY07110700-BAY07110701

BAY06863094-BAY06863096

BAY06870760-BAY06870762

BAY06883681-BAY06883684

BAY06883685-BAY06883689

BAY06914072-BAY06914073

BAY06782157-BAY06782158

BAY06782159-BAY06782161

BAY06866088-BAY06866089

BAY06831736-BAY06831739

BAY06831902-BAY06831903

BAY06883698-BAY06883700

BAY06818285-BAY06818309

BAY06818313-BAY06818337

BAY06818341-BAY06818365

BAY06826026-BAY06826062

BAY06875115-BAY06875116

BAY06875142-BAY06875166

BAY06881557-BAY06881581

BAY06881607-BAY06881643

BAY07162973-BAY07162999

BAY07163000-BAY07163000

BAY07163001-BAY07163012

BAY07167158-BAY07167184

BAY07167185-BAY07167185

BAY07167186-BAY07167197

PITTSBURGH, PA BOSTON, MA CHARLESTON, WV HARRISBURG, PA PHILADELPHIA, PA
SOUTHPOINTE, PA WASHINGTON, DC WEST CHESTER, PA WHITE PLAINS, NY WILMINGTON, DE

{J1362800.1}



Eckert Seamans Cherin & Mellott, LLC  
U.S. Steel Tower  
600 Grant Street, 44th Floor  
Pittsburgh, PA 15219

TEL 412 566 6000  
FAX 412 566 6099  
www.eckertseamans.com

B. Kristian Rasmussen  
January 26, 2009  
Page 7

BAY07293393-BAY07293419  
BAY07293420-BAY07293420  
BAY07293421-BAY07293432  
BAY07293441-BAY07293467  
BAY07293468-BAY07293468  
BAY07293469-BAY07293480  
BAY06814110-BAY06814136  
BAY06814137-BAY06814137  
BAY06814138-BAY06814149  
BAY06825057-BAY06825083  
BAY06825084-BAY06825084  
BAY06825085-BAY06825096  
BAY06825986-BAY06826024  
BAY06826480-BAY06826506  
BAY06826507-BAY06826507  
BAY06826508-BAY06826519  
BAY07095800-BAY07095826  
BAY06876049-BAY06876060  
BAY06877932-BAY06877932  
BAY06877933-BAY06877944  
BAY06878050-BAY06878053  
BAY06878055-BAY06878058  
BAY06881700-BAY06881701  
BAY06816443-BAY06816499  
BAY07293483-BAY07293524  
BAY06820327-BAY06820366  
BAY06810642-BAY06810646  
BAY06872725-BAY06872764  
BAY07163047-BAY07163072  
BAY07163077-BAY07163078

PITTSBURGH, PA   BOSTON, MA   CHARLESTON, WV   HARRISBURG, PA   PHILADELPHIA, PA  
SOUTHPOINTE, PA   WASHINGTON, DC   WEST CHESTER, PA   WHITE PLAINS, NY   WILMINGTON, DE

{J1362800.1}



Eckert Seamans Cherin & Mellott, LLC  
U.S. Steel Tower  
600 Grant Street, 44th Floor  
Pittsburgh, PA 15219

TEL 412 566 6000  
FAX 412 566 6099  
www.eckertseamans.com

B. Kristian Rasmussen  
January 26, 2009  
Page 8

BAY06814154-BAY06814155  
BAY06815942-BAY06815943  
BAY06815975-BAY06815976  
BAY06826446-BAY06826447  
BAY06872809-BAY06872809  
BAY06875900-BAY06875925  
BAY06875930-BAY06875931  
BAY06880950-BAY06880951  
BAY06769175-BAY06769176  
BAY06769177-BAY06769214  
BAY07473769-BAY07473794  
BAY06914364-BAY06914364  
BAY07473578-BAY07473603  
BAY07058110-BAY07058110  
BAY07295374-BAY07295374  
BAY07295375-BAY07295375  
BAY07295376-BAY07295402  
BAY07295403-BAY07295428  
BAY06793622-BAY06793622  
BAY06793623-BAY06793623  
BAY06793624-BAY06793649  
BAY06793650-BAY06793675  
BAY06838627-BAY06838627  
BAY06880954-BAY06880954  
BAY07121032-BAY07121032  
BAY07121033-BAY07121033  
BAY07058112-BAY07058112  
BAY07099593-BAY07099593  
BAY07310636-BAY07310661  
BAY06814156-BAY06814181



Eckert Seamans Cherin & Mellott, LLC
U.S. Steel Tower
600 Grant Street, 44th Floor
Pittsburgh, PA 15219

TEL 412 566 6000
FAX 412 566 6099
www.eckertseamans.com

B. Kristian Rasmussen
January 26, 2009
Page 9

BAY06826448-BAY06826473

BAY06880955-BAY06880980

BAY06845421-BAY06845422

BAY06838456-BAY06838456

BAY06840202-BAY06840216

BAY07247580-BAY07247581

BAY07247675-BAY07247678

BAY06770039-BAY06770043

BAY07247448-BAY07247512

BAY06853918-BAY06853939

BAY06820172-BAY06820232

BAY06846350-BAY06846423

BAY07057535-BAY07057595

BAY07247959-BAY07248019

BAY06818150-BAY06818210

BAY06838458-BAY06838458

BAY06838460-BAY06838463

BAY06815402-BAY06815409

BAY06832992-BAY06832995

BAY06832996-BAY06833000

BAY06854062-BAY06854062

BAY06854063-BAY06854067

BAY06815411-BAY06815420

BAY06845434-BAY06845437

BAY07266429-BAY07266523

BAY06791554-BAY06791596

BAY07253729-BAY07253732

BAY06827435-BAY06827507

BAY07239402-BAY07239474

BAY07239508-BAY07239725

PITTSBURGH, PA   BOSTON, MA   CHARLESTON, WV   HARRISBURG, PA   PHILADELPHIA, PA
SOUTHPOINTE, PA   WASHINGTON, DC   WEST CHESTER, PA   WHITE PLAINS, NY   WILMINGTON, DE

{J1362800.1}

**ECKERT SEAMANS**

Eckert Seamans Cherin & Mellott, LLC
U.S. Steel Tower
600 Grant Street, 44th Floor
Pittsburgh, PA 15219

TEL 412 566 6000
FAX 412 566 6099
www.eckertseamans.com

B. Kristian Rasmussen
January 26, 2009
Page 10

BAY06791184-BAY06791256
BAY07250023-BAY07250124
BAY06791806-BAY06791907
BAY06997923-BAY06998024
BAY07057728-BAY07057766
BAY06853953-BAY06853954
BAY07057767-BAY07057794
BAY07057795-BAY07057974
BAY07240034-BAY07240216
BAY06820582-BAY06820588
BAY07237767-BAY07237821
BAY07057655-BAY07057726
BAY07266531-BAY07266562
BAY07266578-BAY07266649
BAY07266650-BAY07266721
BAY07266757-BAY07266801
BAY06798738-BAY06798809
BAY06826601-BAY06826672
BAY06826675-BAY06826746
BAY06826749-BAY06826820
BAY07265180-BAY07265204
BAY06814832-BAY06814884
BAY06850836-BAY06850870
BAY06814760-BAY06814831
BAY06856759-BAY06856830
BAY07223411-BAY07223457
BAY06817722-BAY06817746
BAY06819663-BAY06819700
BAY06819701-BAY06819747
BAY07117212-BAY07117258

PITTSBURGH, PA   BOSTON, MA   CHARLESTON, WV   HARRISBURG, PA   PHILADELPHIA, PA
SOUTHPOINTE, PA   WASHINGTON, DC   WEST CHESTER, PA   WHITE PLAINS, NY   WILMINGTON, DE

{J1362800.1}



Eckert Seamans Cherin & Mellott, LLC
U.S. Steel Tower
600 Grant Street, 44th Floor
Pittsburgh, PA 15219

TEL 412 566 6000
FAX 412 566 6099
www.eckertseamans.com

B. Kristian Rasmussen
January 26, 2009
Page 11

BAY06820260-BAY06820294

BAY07079035-BAY07079041

BAY06820427-BAY06820434

BAY07099507-BAY07099514

BAY06817714-BAY06817716

BAY06826070-BAY06826072

BAY06820164-BAY06820170

BAY06797579-BAY06797589

BAY06797597-BAY06797647

BAY06798671-BAY06798681

BAY06822389-BAY06822393

BAY06797705-BAY06797715

BAY06798897-BAY06798899

BAY07090711-BAY07090714

BAY07090619-BAY07090640

BAY07090641-BAY07090662

BAY07090723-BAY07090744

BAY07090745-BAY07090766

BAY07228893-BAY07228901

BAY07228902-BAY07228910

BAY07228913-BAY07228921

BAY07228922-BAY07228930

BAY07229317-BAY07229327

BAY07229328-BAY07229338

BAY06814721-BAY06814731

BHCAG07057449-BHCAG07057449

BHCAG07057676-BHCAG07057676

BHCAG07058516-BHCAG07058516

BHCAG07058559-BHCAG07058559

BHCAG07058651-BHCAG07058651

PITTSBURGH, PA   BOSTON, MA   CHARLESTON, WV   HARRISBURG, PA   PHILADELPHIA, PA
SOUTHPOINTE, PA   WASHINGTON, DC   WEST CHESTER, PA   WHITE PLAINS, NY   WILMINGTON, DE

{J1362800.1}



Eckert Seamans Cherin & Mellott, LLC  
U.S. Steel Tower  
600 Grant Street, 44th Floor  
Pittsburgh, PA 15219

TEL 412 566 6000  
FAX 412 566 6099  
www.eckertseamans.com

B. Kristian Rasmussen  
January 26, 2009  
Page 12

BHCAG07058700-BHCAG07058700

BHCAG07058742-BHCAG07058742

BHCAG07079076-BHCAG07079076

BHCAG07079556-BHCAG07079556

BHCAG07078371-BHCAG07078412

BHCAG07147613-BHCAG07147614

BHCAG07104813-BHCAG07104814

PITTSBURGH, PA   BOSTON, MA   CHARLESTON, WV   HARRISBURG, PA   PHILADELPHIA, PA  
SOUTHPOINTE, PA   WASHINGTON, DC   WEST CHESTER, PA   WHITE PLAINS, NY   WILMINGTON, DE

{J1362800.1}