Confidential - J. Paul Waymack, M.D., Sc.D.

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF FLORIDA

WEST PALM BEACH DIVISION

- - -

CASE NO. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

--------------------------------  )

IN RE:   TRASYLOL PRODUCTS        )

LIABILITY LITIGATION              )

--------------------------------  )

This document related to all actions.

-- CONFIDENTIAL --

The videotaped deposition of J. PAUL WAYMACK, M.D., Sc.D., called by the Plaintiffs for examination, taken pursuant to the Federal Rules of Civil Procedure of the United States District Courts pertaining to the taking of depositions, taken before CORINNE T. MARUT, C.S.R. No. 84-1968, a Notary Public within and for the County of DuPage, State of Illinois, and a Certified Shorthand Reporter of said state, at the offices of Bartlit Beck Herman Palenchar & Scott LLP, Suite 600, 54 West Hubbard Street, Chicago, Illinois, on January 6, 2010, commencing at 9:13 a.m.

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - J. Paul Waymack, M.D., Sc.D.

## Page 2

PRESENT:

THE MONSOUR LAW FIRM
404 North Green Street
Longview, Texas 75601
903-758-5757
BY: DOUGLAS C. MONSOUR, ESQ.
doug@monsourlawfirm.com,

- and -

CLARK DEAN BURNETT
440 Louisiana Street, Suite 1600
Houston, Texas 77002
888-529-5222
BY: SCOTT A. LOVE, ESQ.
SLove@TrialLawFirm.com,
appeared on behalf of the
Plaintiffs Steering Committee;

BRADLEY ARANT BOULT CUMMINGS LLP
1819 Fifth Avenue North
Birmingham, Alabama 35203-2119
205-521-8303
BY: TRIPP HASTON, ESQ.
thaston@babc.com,

- and -

BARTLIT BECK HERMAN PALENCHAR & SCOTT, LLP
54 West Hubbard Street, Suite 300
Chicago, Illinois 60610
312-494-4400
BY: SHAYNA S. COOK, ESQ.
shayna.cook@bartlit-beck.com,
MATTHEW W. BREWER, ESQ.
matthew.brewer@bartlit-beck.com,
appeared on behalf of the Defendants
and the Deponent.

VIDEOTAPED BY: SCOT ZIARKO, Golkow Technologies.
REPORTED BY: CORINNE T. MARUT, C.S.R. No. 84-1968

## Page 3

1  (WHEREUPON, a certain document was
2  marked Waymack Deposition Exhibit
3  No. 1, for identification, as of
4  01/06/2010.)
5  THE VIDEOGRAPHER: This is the videotape
6  deposition of J. Paul Waymack, M.D., in the matter
7  of In Re Trasylol Products Liability Litigation,
8  Cause No. 1:08-MD-01928.
9  This deposition is taking place on
10 January 6, 2010. The time is now 9:13 a.m.
11 The officer is Corinne Marut. My name
12 is Scot Ziarko. I am the videographer and we
13 represent Golkow Technologies, Inc.
14 Will counsel please identify yourselves
15 for the record.
16 MR. MONSOUR: Doug Monsour for the Plaintiffs
17 Steering Committee.
18 MR. LOVE: Scott Love for PSC.
19 MR. HASTON: Tripp Haston for Bayer.
20 MS. COOK: Shayna Cook for Bayer.
21 MR. BREWER: Matt Brewer for Bayer.
22 THE VIDEOGRAPHER: You can swear in the
23 witness.
24 (WHEREUPON, the witness was duly

## Page 4

1  sworn.)
2  THE VIDEOGRAPHER: On the record.
3  J. PAUL WAYMACK, M.D., Sc.D.,
4  called as a witness herein, having been first duly
5  sworn, was examined and testified as follows:
6  EXAMINATION
7  BY MR. MONSOUR:
8  Q. Dr. Waymack, my name is Doug Monsour.
9  We never met before about five minutes ago,
10 correct?
11 A. To the best of my recollection, that is
12 correct.
13 Q. Okay. You live in Georgetown, correct?
14 A. That is correct.
15 Q. And that's in Washington, D.C.?
16 A. Yes, it is.
17 Q. Okay. How long have you lived there?
18 A. Since January 1998.
19 Q. And what prompted you to move to the
20 Washington, D.C. area?
21 A. At the time, before moving, I was on the
22 faculty of the New Jersey School of Medicine and
23 Dentistry in Newark and I had become engaged and my
24 life-style was not compatible with a good personal

## Page 5

1  relationship with someone and, in addition, at my
2  job my boss was assaulted in the hallway, my boss's
3  boss in his office. A Chinese deliveryman was shot
4  while making a delivery in our ER. And my wife
5  said, "Why don't you take that consulting offer
6  down in DC where we will have more time together
7  and a safer life?" So, I said, "That's a good
8  plan."
9  Q. What's the crime rate in DC?
10 A. It's going down and it is dependent upon
11 where you live. In Georgetown, it's rather low.
12 Q. Okay. You said something about a
13 personal relationship also forced you to move?
14 A. I was getting married.
15 Q. Okay. So, your wife lived or your
16 fiance lived in DC?
17 A. No, she lived in New York also.
18 Q. Okay. Did it have anything to do also
19 with a job?
20 A. Well, yes. The job offer I had was a
21 very nice one, both financially and from an
22 intellectual standpoint.
23 Q. And who was that job offer from?
24 A. Hoyle Consulting.

Confidential - J. Paul Waymack, M.D., Sc.D.

Page 114

1  need two, can I get by with merely a couple of
2  bypass studies, do the Amicar preclinical data from
3  decades ago, are they still valid.
4       Frequently the FDA will tell you those
5  data are from a long time ago. We now have
6  different requirements. I wouldn't be surprised if
7  they required such things as studies on the Human
8  ether-a-gogo related gene to see if this is going
9  to affect QTc.
10      It would probably be possible from the
11 time the FDA told me what I needed to do
12 preclinical until I finished that and had study --
13 draft study reports ready, to be about a year.
14      At that point I could file my IND, since
15 one of the few times the FDA will accept draft
16 reports as preclinical studies for an IND, and
17 begin my clinical trial.
18      Once the protocol is approved, contracts
19 have to be negotiated with the investigators. IRB
20 approval must be obtained. On average that's been
21 found to be five months.
22      So, when you take the planning stage,
23 the pre-IND meeting, which is a two-month delay
24 between when you request it and when you get it,

Page 115

1  doing the preclinical studies the FDA requests,
2  filing the IND, waiting 30 days for approval,
3  signing up the investigators five months to get all
4  that done, approximately two years after I said go
5  as the president of Bayer you could get the first
6  patient enrolled as long as nothing unforeseen
7  occurred.
8    Q.  Do you think Bayer should have performed
9  such a study early on to evaluate the renal issues
10 associated with Trasylol?
11   MR. HASTON: Object to form.
12 BY THE WITNESS:
13   A.  No, I don't. Bayer's job is to see what
14 effect Trasylol has, which means compared to a
15 placebo, does it decrease blood loss, does it cause
16 toxicities.
17      They had established that it decreased
18 blood loss; that in placebo controlled trials even
19 when you pool them in meta-analyses, there was no
20 significant difference in mortality.
21      Yes, theoretically Amicar could have
22 been better. Theoretically the other drugs could.
23      As I said earlier today, one of the
24 duties of a company is if you think your drug has

Page 116

1  benefit in a patient population for whom it is not
2  indicated, study it because it's your drug, you
3  understand that. But that's not the job for Bayer.
4  Bayer's job is to evaluate their own drugs.
5    Q.  What's an IND?
6    A.  I am sorry. I want clarification. Did
7  I just see a thing saying five minutes left?
8    Q.  Yes.
9    A.  We need a new tape.
10   Q.  Okay. Let's -- let's stop and break for
11 lunch.
12   A.  Okay.
13      THE VIDEOGRAPHER: The time is now 12:17 p.m.
14 This is the end of Tape 3. We're going off the
15 record.
16      (WHEREUPON, a recess was had
17      from 12:17 to 1:08 p.m.)
18      THE VIDEOGRAPHER: The time is now 1:08 p.m.
19 This is the beginning of Tape 4. We're back on the
20 record.
21      EXAMINATION
22 BY MR. LOVE:
23   Q.  Dr. Waymack, we are back from lunch.
24 Are you ready to proceed?

Page 117

1    A.  Yes, I am.
2    Q.  Okay. My name is Scott Love, by the
3  way. I'm going to be asking you some questions
4  today. I'm going to start with following up on a
5  few issues that Doug touched on with you.
6       You mentioned that you did a report and
7  then subsequent to the report, and I just want to
8  make sure we're on the same page, that you were
9  provided some internal e-mails. True?
10   A.  That is my recollection.
11   Q.  You were provided some depositions of
12 Bayer employees?
13   A.  That is my recollection.
14   Q.  And you were provided some reports from
15 defense experts?
16   A.  That is correct.
17   Q.  Okay. With respect to depositions of
18 Bayer employees, what Bayer employee depositions
19 were you provided after you finalized your report?
20   A.  The two that I mentioned. The head of
21 global regulatory.
22   Q.  Rozycki and Scheeren?
23   A.  Yes. And the U.S. liaison with the FDA.
24   Q.  Had you ever looked at those prior to

30 (Pages 114 to 117)

Golkow Technologies, Inc. - 1.877.370.DEPS