UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

IN RE TRASYLOL PRODUCTS LIABILITY
LITIGATION – MDL-1928

This Document Relates to All Actions

**PLAINTIFFS' NOTICE OF ORAL AND VIDEOTAPED
DEPOSITION OF ROBERT R. FLAVAHAN, PH.D.**

TO: Defendant, Bayer Healthcare Pharmaceuticals, Inc., by and through its attorney of record, Steven E. Derringer, BARTLIT, BECK, HERMAN, PALENCHAR & SCOTT, LLP, 54 West Hubbard, Suite 300, Chicago, IL 60610

PLEASE TAKE NOTE that, pursuant to Federal Rule of Civil Procedure 30, 30(b)(5) and other applicable Federal Rules of Civil Procedure, Plaintiffs hereby give notice of intention to take the Oral and Videotaped Deposition of Nicholas Flavahan, Ph.D.. The deposition will be taken before a person duly authorized to administer oaths and will be recorded by videotape and stenographically, commencing on Thursday, February 11, 2010, beginning at 9:00 a.m. at the Marriott Baltimore Inner Harbor at Camden Park, 110 South Eutaw Road, Baltimore, Maryland 21201. The deposition will continue day to day until complete. The deposition will be for the purposes of discovery, cross-examination and any other purposes permitted by the Federal Rules of Civil Procedure, the local rules for the USDC for the Southern District of Florida and all Pre-Trial Orders and Case Management Orders entered by the Court. Such deposition may be used at the time of trial. Deponent is hereby requested to produce the documents identified on Exhibit "A".

DATED:  February 2, 2010         Respectfully submitted,

/s/
Theodore Babbitt
Florida Bar No. 0091146
Babbitt, Johnson, Osborne & LeClainche
1450 Centrepark Blvd.
Suite 100
West Palm Beach, FL 33401
Phone:       561/684-2500
Facsimile:   561/ 684-6308
E-mail:      tedbabbitt@babbitt-johnson.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel or records or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

/s/
Theodore Babbitt
Florida Bar No. 0091146

EXHIBIT "A"

## REQUEST FOR PRODUCTION OF DOCUMENTS

Items to be produced by the deponent at his deposition are as follows:

1. Subject to the provisions of the *Stipulation Regarding Expert Discovery and Order of Approval* entered on March 16, 2009 in the United States District Court, Southern District of Florida, *In Re Trasylol Liability Litigation* – MDL-1928, all writings, notes, or other tangible evidence concerning communications or conversations with anyone (other than counsel for defendants in this litigation), including any defendant, physicians, health care providers, consultants, scientific experts, or other medical journals concerning or relating to Traylol, deponent's testimony, and/or deponent's expert report in this matter.

2. All learned treatises, text books, statutes, or regulations, relied upon by deponent to formulate deponent's opinions in this case.

3. All photographs, pathology, and radiological images (i.e., x-rays, MRI films, angiogram films, CTs, etc.) which deponent reviewed concerning or relating to deponent's testimony and/or expert report of this litigation.

4. Copies of all affidavits, reports, and sworn testimony given by deponent, whether at deposition or trial or otherwise, that relate to or concern the subject matter of deponent's testimony and/or expert report in this litigation.

5. Any exhibits to be used as a summary or support for deponent's testimony, opinions, and/or expert report in this litigation.

6. All models, illustrations, photographs, or other exhibits or documents of any kind which deponent intends or contemplate using to explain, illustrate, or support deponent's opinions or testimony at trial.

7. Complete copies of all professional or occupational licenses or credentials held in deponent's field(s) of specialization, or if unavailable, a listing thereof inclusive of all pertinent information.

8. Any records showing approximation of the portion of deponent's total working time that is spent as an expert or consultant. This data may be based upon the number of hours, percentage of hours, or percentage of earned income from serving as an expert witness or consultant.