**From:** Dawn Bradway
**Sent:** Tuesday, December 31, 2002 12:46 PM
**To:** Stanley Horton; Bill Allen
**Subject:** DECISIONS REQUIRED and Updates

**Attachments:** Detailed Update 12-31.xls; afib_final_modified 12-20-02_AS.doc; DEC 2002 Ph IV Trasylol ACCRUALS.xls

Happy New Year!

Bill, I will send you a separate e-mail about the Trasylol Phase IV mtg in January.

I have updated the Protocol Log and Study Statuses sheets on the Trasylol Resource Center. Please find attached below a more detailed sheet of ongoing or in process protocols:

Of note since out last meeting:

1. Art and Diana conducted a site visit of Aurora Health Care to evaluate them and their AFib data. As a reminder, we were trying to decide which AFib study to fund: Mia Stone (PI is Dr. Kress) at Aurora or Hartford Hospital. The visit was successful. Kress can conduct a chart review of >2000 CABG patients and at least 350 Trasylol patients. The data is better than Hartford Hospital's (less bias) and their budget is less ($48k for Aurora vs. $65-70k for Hartford). The site has submitted a protocol and a budget. Art thinks we should go ahead with the study. I can accrue for $32k this year that will put us over budget by $18.7k (or we could change the pay scale so I'm not over at all, but then we'd have to pay more out of next year's budget). Art has made some comments on the proposal (see attached) and we're waiting for their response. Art felt that even if they did not agree to make his changes that the study was still worthwhile and we should go forward. We need to make a decision soon (next week or two) or I will loose the accrual. If we do not fund this study I will have to return $13.2k dollars for 2002. Please let me know ASAP how you would like to proceed.

2. Yesterday I received a protocol from Alex Ramon for Dr. Reeves-Viets in Houston for "A prospective, randomized, double blinded trial on the efficacy of pharmacological management of platelet function in patients undergoing primary Coronary Artery Bypass Grafting surgery (CABG) who receive Clopidogrel preoperatively". The budget is $200.8k. I do not have an electronic copy to send you yet (I just got it in paper yesterday). Should we deny it due to price or review in January? Please let me know. Thanks!

3. Accruals:

I will be calling into the office on a daily basis during January. If anything academic comes up, please put it on the January agenda. If you become aware of anything that will delay a project please call me on my cell phone at ▉▉▉ ▉▉▉ I will have some 100ml vials of Trasylol in my office if a small request for drug comes in that we want to supply.

Thank you for your continued support and participation and I will see you in February!



PLAINTIFF'S EXHIBIT B

| From: | Dawn Bradway |
|---|---|
| Sent: | Friday, April 11, 2003 10:47 AM |
| To: | Val Pascale |
| Cc: | Diana Isom |
| Subject: | Re  a fib outcomes study |

FYI

----- Forwarded by Dawn Bradway/WESTH/PH/US/BAYER on 04/11/2003 10:46 AM -----

Diana Isom
04/10/2003 05:42 PM

      To:     "Artyom Sedrakyan" <artsedrak@hotmail.com>
      cc:     Dawn Bradway/WESTH/PH/US/BAYER
      Subject:    Re: a fib outcomes study

Art,

Hi.  Believe it or not, after I got off the phone with you, I received a message from Mia Stone returning my page from earlier this morning.  I told her that you were going to try and get in touch with her and she suggested that you contact Dr Kress directly.  She told me that he is the one we need to convince to champion this study, not her.  Apparently, her feelings are that Dr Kress is not on board with continuing with the current proposal as it stands and feels the answer to the proposal question has already been shown in the preliminary analysis of their database.  If you can convince Dr Kress that we need to analyze all of the data before jumping to conclusions, than he may be willing to continue on.  I think that if anyone is going to convince him of this, it would be you over a company person like myself.  I have seen already the respect he has shown to you in the past during your site visit there.

So, you can reach Dr Kress either through the Midwest Heart Surgery Institute office at (414) 649-3780 and explain the urgency of your need to speak with him, or try him on his cell phone at (414) 254-6460.  I was told he was not going to be in the office this Friday, so you may want to try his cell phone first.

Please note also that, originally, there was another candidate for the PI for this project.  His name is Frank Downey, he is in the same office as Dr Kress, and he is an advocate/champion for aprotinin.  If Dr Kress turns this project down, we may be able to salvage this study using Dr Downey as the PI.  Just a thought.  It looks to me like Mia Stone would continue involvement in this project if she has an advocate as a PI.

Good luck, and please call me with any feedback you receive from Dr Kress.

Regards,

Diana


Diana Isom, RPh
Bayer Corporation
Scientific Affairs
N9677 Lakeshore Drive
Van Dyne, WI  54979
Phone:  (920) 688-3269
Fax:  (920) 688-3270




      "Artyom Sedrakyan" <artsedrak@hotmail.com>
      04/07/2003 01:46 PM

      To:     diana.isom.b@bayer.com
      cc:
      Subject:    Re: a fib outcomes study


Hello Diana,

Confidential - Subject To Protective Order

BAY05253843

I amin New haven and will call Bayer today. I will try to reach you too,

Art

>From: "Diana Isom" <diana.isom.b@bayer.com>
>To: "Artyom Sedrakyan" <artsedrak@hotmail.com>
>CC: "Dawn Bradway" <dawn.bradway.b@bayer.com>
>Subject: Re: a fib outcomes study
>Date: Mon, 7 Apr 2003 10:09:05 -0500
>
>
>Art,
>
>I look forward to hearing from you when you are in the states.  I guess you
>should be there by now.  Anyway, it wasn't until after I talked to you guys
>about having a conference call with St Luke's this Thursday, that I
>realized
>that the Phase IV meeting is that day.  So, maybe Tuesday or Wednesday
>would
>work for a teleconference with the group at St Luke's.  I will be in Omaha
>those
>2 days, but can try and make myself available during that time for a
>call-in if
>I need to.  I wasn't sure whether Dr Kress might be on vacation or
>something
>next week.  He said he was available all week this week except Friday.  I
>can
>check availability for next week, but, just so you know, I will be in MN
>from
>Monday to Thursday next week, and Friday is a Bayer Holiday for Easter.
>
>If you want to reach Mia Stone directly, her e-mail is
>mia.stone@aurora.org.
>Office phone: 414-649-7311 Pager:  414-222-4987
>
>Please, if you do end up calling Dr Kress and/or Mia Stone, would you let
>Dawn
>and I know, so that we are informed of your progress??
>
>Thanks,
>
>Diana
>
>PS.  Dawn, I want to send that check from St Luke's to you.  Please confirm
>your
>address and when you will be in the office to receive it.
>
>Diana Isom, RPh
>Bayer Corporation
>Scientific Affairs
>N9677 Lakeshore Drive
>Van Dyne, WI  54979
>Phone:  (920) 688-3269
>Fax:  (920) 688-3270
>Cell:  (920) 539-0168
>
>
>
>                 "Artyom

Confidential - Subject To Protective Order                                                    BAY05253844

```
>                    Sedrakyan"          To:
>diana.isom.b@bayer.com
>                    <artsedrak@hotmai    cc:
>                    l.com>              Subject:  Re: a fib
>outcomes study
>
>                    04/06/2003 05:13
>                    AM
>
>
>
>
>
>
>Dear Diana,
>
>
>I was waiting to Dawn's call from 11PM to 1 AM but did not receive any
>call. I
>guess you could not find country and city code in Moscow, Russia?  I will
>be in
>New haven on April 7 and will give you a call. The numbers given here are
>not
>yet concerning to me. I will visit Bayer on April 10 for the meeting and
>wil
>contact Dr. Kress and Mia. I am not sure if there is a possibility that
>full
>dose may be associated with renal disfunction. However, I believe that it
>is not
>associated with renal failure.
>
>
>Art
>
>
>P.S. I am departing from London in couple of hours and will write more a
>little
>later
>
>
>
> >From: "Diana Isom"
> >To: "Artyom Sedrakyan"
> >CC: dawn.bradway.b@bayer.com
> >Subject: Re: a fib outcomes study
> >Date: Fri, 4 Apr 2003 11:52:35 -0600
> >
> >
> >Art,
> >
> >We were sorry you were unable to get on the conference call yesterday. We
>could
> >have really used for you to be on the call to go through some of St
>Luke's
> >preliminary numbers. Right now, the group there is more hung up on what
>they
> >think is a renal failure concern with aprotinin at doses higher than half
>dose.
> >What it amounts to is this. They have 30 cases of what they are defining
>as
> >renal failure (a serum CR of > 2 and a doubling of baseline pre-op Serum
>Cr
> >post-op), and they want to look more closely at these cases before doing
> >anything else. I have given to them as much background information (McSpi
```

Confidential – Subject To Protective Order

BAY05253845

> >study, Lemmer study, PI) to work with as well as an explanation of the
>mechanism
> >of the transient increases in serum creatinine seen in the clinical
>trials for
> >aprotinin.
> >
> >They are willing to talk to you before making a definitive decision about
> >whether to continue with the study as the protocol stands. In their
>preliminary
> >analysis, they looked at 424 placebo patients, 135 half-dose, 123 full
>dose,
>and
> >89 greater than full-dose aprotinin patients. Their a fib rates were 28%,
>27%,
> >28% and 25 % respectively. They concluded with this data, that there was
>no
> >significant difference in a fib rates. What they did find that was
>concerning
> >to them was a dose dependent increase in what they defined above as renal
> >failure. The %'s were 3.3, 3.7, 9.8, and 14.6% respectively. What I found
> >interesting in some of their subanalyses was that when they only looked
>at
> >repeat CABG patients, there was a trend towards a decreased incidence of
>a fib
> >(27.5% aprotinin and 42.4% placebo) but they had a really low # of
>controls.
> >Apparently, most of their repeat CABG patients are given aprotinin. I
>have
> >other information, but this is the short version of the meeting
>discussion.
> >Right now, it looks like they are seriously considering going to half
>dose
> >aprotinin due to this renal concern or going to some sort of wt based
>dosing
> >regimen, which they also got hung up on.
> >
> >Dawn and I discussed this meeting this morning, and decided we still want
>to
>try
> >and get them to complete the protocol as is. Dawn did notice that we
>didn't
> >make a distinction between primaries and repeat CABGs within the
>protocol, but
> >maybe we should consider that. We would like to set up another conference
>call
> >next week, if possible, when you are in the states. The only day Dr Kress
>is
> >not available is Friday. I am available on Thursday, April 10th for sure
>and
> >would like to be physically present at St Luke's during the call if at
>all
> >possible. Please let me know if you are available that day. Also, if you
>want,
> >you may choose to contact Dr Kress on your own. He may even be willing to
> >provide you with copies of the raw data...I don't know. In any event, you
>can
> >reach him at Midwest Heart Surgery Institute at (414) 649-3780 or his
>cell at
> >414-254-6460. His e-mail address is dkress@execpc.com.
> >
> >I look forward to hearing your thoughts about the information above.
>Dawn,
> >please add any comments you may have that I may have missed during our
> >conversation with St Luke's yesterday.

Confidential - Subject To Protective Order

BAY05253846

inner_view [https://vs.textranet.com/ics/custombob/omni/inner_view.ics/session_key=88173_t6538b091_foes34cobjeced=e230b3201ffc(uid04-titleID=882et6title

```
> >
> >Talk to you soon,
> >
> >
> >Diana
> >
> >Diana Isom, RPh
> >Bayer Corporation
> >Scientific Affairs
> >N9677 Lakeshore Drive
> >Van Dyne, WI 54979
> >Phone: (920) 688-3269
> >Fax: (920) 688-3270
> >
> >
> >
> > "Artyom
> > Sedrakyan" To: diana.isom.b@bayer.com
> > > l.com> Subject: Re: a fib outcomes study
> >
> > 03/22/2003 01:26
> > AM
> >
> >
> >
> >
> >
> >
> >Hi Diana,
> >
> >
> >I do not think we should be disappointed yet. We need to look at the
>analyses
> >they did very closely. We also need to look at subgroups. Finally, I need
>crude
> >numbers.. what did they mean they did not see a difference. Did they see
>some
> >difference? was it favoring aprotinin but was not statistically
>significant?
>did
> >they risk adjust for those receiving trasylol and those who did not?
> >
> >
> >Plavix idea may work as well. We could show the safety of aprotinin in
>this
> >population and also see if blood transfusion rates are lower.
> >
> >
> >Art
> >
> >
> >P.S. It might be expensive to call from here and participate. (may cost
>on
> >average $1.5 per minute to have a good connection)
> >
> >
> >
> >
> >
> >
> >
> >
> > >From: "Diana Isom"
> > >To: "Artyom Sedrakyan"
```

Confidential - Subject To Protective Order

BAY05253847

> > >CC: "Dawn Bradway"
> > >Subject: Re: a fib outcomes study
> > >Date: Fri, 21 Mar 2003 17:59:16 -0600
> > >
> > >
> > >Art and Dawn,
> > >
> > >Hi, guys. I am not all that happy about what I have to tell you, but
>here it
> > >goes. I met with Mia Stone today, just to get a feel for what the
>purpose of
> > >the meeting on Tuesday is. Well, she showed me the preliminary data
>they ran
> > >from first quarter 2001 through the second quarter of 2002, and they
>didn't
>see
> > >a difference in occurrence of atrial fibrillation with any of the doses
>of
> > >aprotinin vs no aprotinin. The total sample size was 1235 patients (42%
> > >Trasylol use), and they analyzed the data from both otherwise healthy
>and
> >really
> > >sick patients (exclusion criteria: dead, pre-op a fib, and dialysis),
>just
>the
> > >otherwise healthy patients, and just the really sick patients. Every
>way they
> > >tried to analyze the data, they still came up with no difference. I
>thought
> > >that maybe the small sample size was the reason. Mia brought up the
>fact that
> > >they do overtreat their post-op a fib cases, but that shouldn't make a
> > >difference in the numbers either given the criteria we are using for
>diagnosis
> > >of A fib. They separated out the dosing of Trasylol in 3 groups:
>200-400ml
> > >400-600ml and over 600ml to capture half-dose, full-dose, and greater
>than
>full
> > >dose. They looked at other endpoints as well, including post-op stroke,
>TIA,
> > >pulmonary function, and renal function. They did not see a difference
>in
> > >occurrence of stroke, TIA, or pulm function as outcomes in this sample.
>What
> > >they did find with the greater than 600 ml group was that the incidence
>of
> >renal
> > >failure (defined as meeting both >2 serum creatinine and doubling of
>baseline
> > >serum creatinine post-op) was significantly higher than control and
>also the
> > >half and full dose aprotinin. So that, sort of set off a red flag with
>them.
> > >
> > >Well, Mia told me that she plans to have the last 3 quarters of data
>analyzed
> >to
> > >see if that shows anything, but that their first reaction to this is
>that
>they
> > >don't think they will be able to show, with the St Luke's database,
>that
> > >aprotinin decreases the incidence of atrial fibrillation. I am hoping

Confidential - Subject To Protective Order

BAY05253848

>that
>this
> > >information will help in our preparation for the meeting on Tuesday.
>Just
>some
> > >things to ponder. I would like to speak with you both on Monday if
>possible,
>to
> > >come up with a response to this. I still think we should participate in
>this
> > >meeting on Tuesday, in case I missed something crucial that may change
>the
> > >results they are seeing.
> > >
> > >Just so you know, Mia indicated to me that they would be interested in
>using
> > >their database to do other analyses with aprotinin, if you are
>interested.
>They
> > >use alot of Plavix at St Lukes', and this is alot of the reason they
>use
> > >aprotinin. I know we are looking at some research in this arena, so
>this
>would
> > >be my suggestion if the atrial fib proposal doesn't work out.
> > >
> > >I will be in my office all day on Monday and look forward to hearing
>your
> > >thoughts.
> > >
> > >Take care,
> > >
> > >diana
> > >
> > >Diana Isom, RPh
> > >Bayer Corporation
> > >Scientific Affairs
> > >N9677 Lakeshore Drive
> > >Van Dyne, WI 54979
> > >Phone: (920) 688-3269
> > >Fax: (920) 688-3270
> > >
> >
> >Add photos to your e-mail with MSN 8. Get 2 months FREE*.
> >
> >
> >
>
>Add photos to your e-mail with MSN 8. Get 2 months FREE*.
>
>
>

---

MSN 8 with e-mail virus protection service: 2 months FREE*
http://join.msn.com/?page=features/virus

Confidential - Subject To Protective Order

BAY05253849

inner_view [http://s7.v5.textranet.com/ics/customDB/omni/inner_view.ics?session_key=88713_1263310131_16053&objectID=28192/&uniqueID=1fileID=99.0090uPage 1 of 2

**From:**        Val Pascale
**Sent:**        Thursday, August 26, 2004 2:49 PM
**To:**          Jennifer Maurer
**Subject:**     Re  Results - Kress

**Attachments:**      jm_Kress_Aprotinin Draft # 8_8-26_04.doc.zip
Ee gads, is tis headed for publication.? OR is this s dead issue.  Do we want to continue to add gas to this fire??????


Regards,

Val J. Pascale, PharmD
Associate Director,
Product Manager - Trasylol
Bayer Pharmaceuticals Corporation
400 Morgan Lane
West Haven, CT 06516
Tel: (203) 812-3624
Fax: (203) 812-3104
Email: Val.pascale.b@bayer.com



        Jennifer Maurer
08/26/2004 11:02 AM

        To:     Dawn Bradway/WESTH/PH/US/BAYER@BAYER-US-NOTES
        cc:     Val Pascale/WESTH/PH/US/BAYER@BAYER-US-NOTES, David
Nederhood/WESTH/PH/US/BAYER@BAYER-US-NOTES
        Subject:        Re: Results - Kress

Dawn,

My comments are attached.  Clearly the study population was biased in favor of control.  At this time, and without a
routine SAL on the ground, I'm not certain that pushing for recommended chages is worthwhile.


Jen.



        Dawn Bradway
07/13/2004 10:12 AM

        To:     Jennifer Maurer/WESTH/PH/US/BAYER@BAYER-US-NOTES
        cc:
        Subject:        Results - Kress

Hi Jen,

Attached is a report from Kress on retrospective AFib study we sponsored.  In January 2004, after receiving this report,
Diana Isom asked them to add them to add some of the limitations of the analysis.  The study coordinator has been trying
to get the PI to do that with no luck.  Could you review this and let me know if you think it's sufficient?  It was originally
reviewed by Art S. (he was closely involved), he had some questions and they answered them.  Could you let me know if
you think we should pursue additional information from the site?  Thanks!

Case 9:08-cv-80868-DMM    Document 115-2    Entered on FLSD Docket 02/12/2010    Page 10 of 80

Dawn Bradway, PhD
Associate Director, Medical Science
US Phase IV Grants and Studies
Tel: 203-812-2492
Fax: 203-812-5033

<< Attachment Removed by Jennifer Maurer : Aprotinin Draft # 8 12-11-03.doc >>

BAY05322499

**From:**     Jennifer Maurer
**Sent:**     Thursday, December 18, 2003 7:55 AM
**To:**     Diana Isom
**Cc:**     Val Pascale; Dawn Bradway
**Subject:**     Re Kress
Di,

Thanks for the analysis.  It helps us to prioritize appropriately.

Keep trying.

J.

Diana Isom
12/18/2003 12:18 AM

      To:     Jennifer Maurer/WESTH/PH/US/BAYER
      cc:
      Subject:     Re: Kress

Jen,

To my knowledge, and from what I have heard from other surgeons and Healthcare professionals at St Lukes who work in cardiac surgery, Dr Kress is not the most respected surgeon in the group, so I doubt he has much, if any, influence, especially with over those surgeons who are convinced of aprotinin's utility.  In short, I don't see him as a threat at all, but would, eventually, like to turn him around to being more of a proponent of the drug used in the full-dose regimen.

Hope this helps.

Di

Diana Isom, RPh
Bayer Pharmaceuticals Corporation
Scientific Affairs
N9677 Lakeshore Drive
Van Dyne, WI  54979
Office Phone: (920) 688-3870
Cell Phone: (920) 539-0168
Fax: (920) 688-3270

Jennifer Maurer
12/17/2003 08:12 AM

      To:     Diana Isom/WESTH/PH/US/BAYER
      cc:     Dawn Bradway/WESTH/PH/US/BAYER@BAYER-US-NOTES, Val
Pascale/WESTH/PH/US/BAYER@BAYER-US-NOTES
      Subject:     Re: Kress

Di,

Kress has reinforced his opinion with the study, which may be difficult to change.  Does he have  influence over his surgeon colleagues, or is he isolated?

J.

Confidential - Subject To Protective Order

BAY04691537

Diana Isom
12/17/2003 01:23 AM

To:     Jennifer Maurer/WESTH/PH/US/BAYER
cc:     Dawn Bradway/WESTH/PH/US/BAYER
Subject:     Re: Kress

Jen, Sorry to bother you again, but, I just wanted to point out that, during this whole process, I continually addressed to the research group the poorer status of the aprotinin pts prior to surgery. Incidentally, the group at St Lukes indicated to me that there is 85% usage of Trasylol at this institution, and I would like to point out that there are surgeons that are clear 100% advocates of aprotinin at St Lukes and others that are clear opponents of the product and use 0% of it. Therefore, the control group is, most definitely, skewed by surgeons who don't use the product at all. In short, a surgeon bias is a definite problem with the analysis.

Let me know your further thoughts on this "final" report. I do believe there is something we can potentially gain from their data moving forward.

Regards,

diana

Diana Isom, RPh
Bayer Pharmaceuticals Corporation
Scientific Affairs
N9677 Lakeshore Drive
Van Dyne, WI 54979
Office Phone: (920) 688-3870
Cell Phone: (920) 539-0168
Fax: (920) 688-3270


Jennifer Maurer
12/16/2003 03:02 PM

To:     Diana Isom/WESTH/PH/US/BAYER
cc:     Val Pascale/WESTH/PH/US/BAYER@BAYER-US-NOTES, Dawn
Bradway/WESTH/PH/US/BAYER@BAYER-US-NOTES
Subject:     Kress

Hi Di,

The data are confounded by the poorer status of aprotinin pts prior to surgery. What have been his Kress's comments to you on this analysis?

Have you shown Kress the Sedrakyan abstract?

Jen.

Confidential - Subject To Protective Order

BAY04691538

**Richardson Research**
**Bayer**

# Quantification of the Effects of aprotinin on the Healthcare Resource Utilisation Efficiency of a Cardiothoracic Unit in a University Teaching Hospital.

## Proposal

## 23 October, 2001

### Objectives

1. To customise QStream software to the Cardiothoracic Unit (CTU) at St George's Hospital, Tooting, in order to model the indirect effects of aprotinin (Trasylol ®, Bayer) relating to annual patient throughput, when it is used in all types of open heart surgery within its licensed indications.

2. To develop a small range of key cost parameters to show the incremental benefits to the CTU of using aprotinin. This would be achieved by using operational research modeling techniques to contrast protocol scenarios.

**Richardson Research**
**PO Box 11 Manchester M21 8RE**
**0044 161 860 4579**

Confidential - Subject To Protective Order

BAY04213410

# Background

The QStream system has already been successfully used by Bayer to determine and illustrate the unexpected benefits of aprotinin on NHS waiting lists. There is now strong mathematical evidence showing that aprotinin could indirectly help to increase throughput in a cardiothoracic unit and to do so at null cost to the hospital.

QStream is a software tool for deterministic modeling of hospital throughputs. A simplified schematic of a typical flow is shown here.

### Simplified patient flow



The technique is ideally suited to the cardiothoracic surgery and allows simulation of activity flow through healthcare compartments, thereby enabling easy visualisation and quantification of healthcare efficiency & throughput. Bottlenecks (i.e. choke points) are quickly identifiable, and the effectiveness of various methods for tackling these may be tested. Furthermore, and of immediate relevance to the present aprotinin project, is the capacity of QStream to highlight the effects of aprotinin on macro health services efficiency & throughput.

QStream is written for individual consultant teams or specialties. Key factors which cause & control throughput and resource demands are modeled & varied so that scenario simulation runs can be run. Factors include (inter alia) referral rates, treatment protocols, staffing and clinic outcomes. It is possible to model these factors either in great detail or in summary form (aggregate or product). Annexes A and B list some of the factors that it is possible to model along with some specimen charts.

QStream has often shown that simple and inexpensive initiatives can result in a "knock-on" stream of benefits as rate-limiting steps are eliminated. A good initiative often has secondary effects which can create a positive cascading effect (i.e. a "virtuous circle"; the opposite of a "vicious circle"). For example, a slight increase in throughput might lead to reduced costs. By re-investing savings, looking to generate better throughput, it is frequently found that further improvements are yielded downstream (in resource utilisation, etc).

Having created a deterministic model, it is possible to answer a wide range of questions, such as:

* "If the characteristic progress of a disease is altered, what will be the effects on bed occupancies?"

* "What will happen if we can slow the progression of certain chronic diseases?"

* "What would be the secondary effects of prescribing differently?"

* "Could we improve patients' quality of life at no net cost?"

* "What would happen to workload if referrals increase as a result of increased throughput?"

Richardson Research 2001

2

Confidential - Subject To Protective Order

BAY04213411

# Study design

This proposal is for an operations research analysis directed at quantifying for predictive and planning purposes the avoidable cost of post-operative bleeding. The methodology takes into account the critical influence of the Intensive Care Unit (ICU) as rate limiting step, and the effects on the system of unexpected bleeding of low-risk fast-track patients.

The project will retrospectively use the St George's Hospital Cardiothoracic Unit database as the prime source of data relating to resources, workload management, and relevant anonymised clinical details.

The Taggart study in Oxford, running during 2000 - 2001, analysed the effects of aprotinin when used in one specific type of cardiac operation; coronary revascularisation surgery with arterial conduits. The present proposal differs in that it retrospectively uses a specialist local CTU database in deriving potential or theoretical benefits of aprotinin when the drug is used in **all types** of open-heart surgery within its licensed indications.

### Background, rationale and methodology

Health Care Resource Utilisation (HCRU) variables collected are to include:

- Frequency of resternotomy for post-operative bleeding.
- The time to extubation.
- The number of days on ICU and High Dependency Unit (HDU).
- The total duration of hospitalisation.
- Other detailed resourcing data relating to the transition between theatre and ICU.
- Capacities of the key resources, such as HDU and ICU beds, ward beds, theatres, key staff

These data will be entered into an operating spreadsheet customised for the St George's CTU.

Standard operating theatre management practice will rank patients by risk by means of a Parsonnet Risk Score. Routinely, surgeons' calculate a Parsonnet Score for three reasons:

- To make predictions of cardiothoracic unit throughput.
- To adjust operation outcomes in terms of pre-existing risk score, in order to put results achieved into context of presenting risk.
- Risk mix is required for audit and research purposes.

In principle, people having a lower Parsonnet Risk may be operated on earlier in order to allow recovery in the ICU at the same time that other higher risk patients are being processed in theatre. This means that those patients at lower risk are planned to be for fast-tracking, and standard practice is for fast track patients to vacate ICU beds for subsequent occupation by higher risk patients who can dwell in ICU perhaps during the afternoon and overnight. Patients remain on ICU until they are haemodynamically stable and self-ventilating.

Occasionally a fast track patient entering ICU will begin to bleed and therefore an ICU bed will become blocked. A return to theatre will prevent new patients from entering theatre and will also create an inhibition of the throughput by means of a secondary visit to ICU. The ICU dwell by a patient could easily become extended by virtue of increased sedation and anaesthetic load. It is not uncommon for patients to occupy ITU beds and consume resources for more than 24 hours after surgery. This clearly has implications for the next days (and subsequent) operating lists. Therefore, the ICU is a rate limiting step and a potential bottleneck. Unless a patient leaves ICU in the forward direction (into HDU) patients cannot be delivered from theatre and returns to theatre from ICU will necessarily incur further operating theatre delay.

There has been an increasing trend over recent years for urgent cases to occupy a greater percentage of the average weekly operating list. These cases are at higher risk of intra-operative and post-operative bleeding. With the obvious knock on effects as described above, elective cases are becoming harder to schedule and guarantee, with the result that waiting lists lengthen.

Richardson Research 2001

3

Confidential - Subject To Protective Order

BAY04213412

The critical rate-limiting ICU resources are both beds and nurses   Healthcare resources are lost to the system through resternotomy and subsequent returns to ICU.  The cost of this back-flow annually hitherto has been only guessed at.  However, a model that takes into account bleed probabilities, staffing and other resources, and throughputs of both theatres and ICU would enable the quantification and costing of annual back-flow.  Therefore, the benefits of aprotinin to the CTU relate to the savings made by the avoidance of ICU dwell time and theatre re-visits

Richardson Research 2001

4

Confidential - Subject To Protective Order

BAY04213413

# Project plan

This gives a rough indication of the stages of the project and the approximate number of days each would require.

| | Action | Days | Notes |
|---|---|---|---|
| 1. | Review existing CTU database that includes details for 7000 patients. | 7 | *This depends largely on the format of the database and the quality of the data* |
| 2. | Extract usable data relevant to aprotinin usage | 3 | *This would be retained in the form of MS Access Queries imported into spreadsheets.* |
| 3. | Incorporate database findings into QStream model to analyse the effects of aprotinin on waiting lists and waiting times, when the drug would be used globally for all types of open-heart surgery within its licensed indications. | | *This assumes that the QStream model to be used is largely similar to the one adapted for the Taggart study* |
| 4. | From literature and Bayer datapool, derive likely benefits of aprotinin (CI), in terms of the parameters found to be sensitive in the model, when the drug would be used globally for all types of open-heart surgery within its licensed indications. | 1 | |
| 5. | Create power-point presentation to demonstrate the use of QStream in the context of aprotinin to Surgeons and Managers. | 2 | |
| 6. | Writing the results in a form suitable for publication | 8 | |
| 7. | **TOTAL** | **21** | |

## Deliverables

A paper is to be published which quantifies the NHS cost, either avoided or incurred, either by returns to theatre from ICU for post-op bleeding, or by duration of ICU stay.

## Timetable of project

Although the timescale is dependent on the availability of data and personnel and other third party factors, we estimate that it would take between 4 and 9 weeks including submission to a peer reviewed Journal.

## Ownership

Richardson Research would retain copyright to QStream and all derivatives, while Bayer would hold copyright to all papers published on this subject.

Confidential - Subject To Protective Order

BAY04213414

# Benefits

1. **High profile publication; novel methodology in HEOR; objective demonstration of costs and benefits**

   The proposed new aprotinin model would be based on QStream which has been well validated in the UK NHS by the simple expedient of comparing predictions with actual results. For example, Southern Derbyshire Community Healthcare Trust found that workload predictions over 6 months were 98% accurate and hence easily won funding to increase throughput in 6 additional directorates.

2. **Insight into health "micro-economics"**

   As well as indicating morbidity and mortality reductions which potentially could be achieved by using aprotinin, the model also makes the subject of health economics much more accessible. By bringing the subject down to hospital, directorate & individual consultant level, it will convey a health economic message from immediately relevant perspectives: in terms of workload, staffing, patient throughput and waiting lists as well as costs.

   The "micro-economic" picture created at the consultant and directorate level is easily extrapolable to hospital, HMO, Health Authority or Region levels.

3. **Opening up the debate**

   Publishing a paper demonstrating a new approach to considerations of product impact should generate debate. There might be openings for seminars for the presentation of additional scenarios.

4. **Opportunities for further publications**

   The system could be the basis of many more publications; examples might include:

   "Modeling the effect of waiting times on the long-term outcomes of cardiothoracic surgery"

   "Evaluating long term effects on community care of reducing mortality and morbidity in cardiothoracic surgery "

   "Resource and patient throughput implications of using aprotinin in a typical hospital"

   "Modeling the effect of arterial vs venous grafting in terms of throughput, long-term outcomes and costs"

5. **Ongoing support for aprotinin**

   As more is learned about the effects of aprotinin, so the models can be adapted and developed to demonstrate other benefits. In addition, the modeling process itself may throw light on *unexpected* areas of benefit.

Richardson Research 2001

6

Confidential - Subject To Protective Order

BAY04213415

inner_view [https://vs.lextranet.com/lcs/customer/bromhi/inner_view.lcs?session_key=1997213&docld=226...   02/05/2010   Page 7 of 8

## ANNEX A: Factors

### Outpatients

These are examples of *some* of the factors which can be modeled.  The list is not exhaustive, nor might it be necessary to include all them.

**REFERRALS**

- Referral patterns.
- Gaining or loss of contracts.
- Demographic changes.
- Statistical distribution of arrivals
- Seasonal variations.
- Epidemics and disasters.

**CLINIC STAFFING**

- Numbers and grades of practitioners.
- Numbers and types of clinics.
- Leave, training and absences.
- "Learning curves".
- Use of locums.

**CLINICAL OUTCOMES**

- Clinic outcomes for different grades of practitioner.
- Effects of day surgery.
- Discharge protocols, etc.
- Follow-up ratios for different clinical grades.
- Follow-up scheduling for different grades of practitioners.
- Follow-up protocols.

**CLINICAL PROTOCOLS**

- "Triage" levels le. Proportions of emergencies, urgents, soons and routines/elective cases.
- Which clinical staff treat which types of patients.

**CLINIC FACTORS**

- Cancellations.
- Clinicians' administrative workload.
- Clinicians' administrative workload.
- Clinic durations.
- Appointment durations

**FINANCES**

- Revenue from each purchaser by patient type.
- Costs of locum staff.
- Costs of major resource items.
- "Downstream" costs

### Inpatients and day cases

These are *some* of the inpatient and day case factors which can be modeled

**ADDITIONS TO THEATRE LIST**

- Direct referrals.
- Referrals from OP clinics
- Gaining or losing contracts.
- Demographic changes.
- Statistical distribution of arrivals.
- Seasonal variations.
- Epidemics and disasters.

**THEATRE STAFFING**

- Numbers and grades of practitioners required.
- Leave, study and sickness.
- Training and seminars etc.
- Clinicians' levels of experience.
- "Learning curves".
- Anaesthetist availability
- Use of locums.

**CLINICAL PROTOCOLS**

- "Triage" levels le. Emergencies and routine cases.
- Proportions to be seen be a consultant only.
- Case mix.
- Patient scheduling.

**CLINICAL OUTCOMES**

- Changes in outcome protocols.
- Effects of day surgery.
- Discharge protocols, etc.

**THEATRE FACTORS**

- Cancellations.
- Session durations
- Operation durations
- ICU bed availability.
- Ward bed availability

**FINANCES**

- Costs of major treatment options.
- Costs of locum staff
- Costs of major resource items

Richardson Research 2001

7

Confidential - Subject To Protective Order

BAY04213416

## ANNEX B: Specimen charts

These samples are taken from some typical QStream applications. The "Capacities" charts highlight the rate limiting steps.



Many supporting graphs are available and here is a small selection:



Confidential - Subject To Protective Order                                      BAY04213417

Prepared for Bayer plc

# An Investigation Into The Effect Of Aprotinin On Usage Of Blood Products And Lengths Of Stay At St George's Hospital London

Development phase LCM Phase IV

Final Version: 11 December 2003

Richardson Research Ltd
PO Box 11
Manchester
M21 8RE

0161 860 4579

mail@richardsonresearch.co.uk

Confidential - Subject To Protective Order

BHCAG01306584

**CONFIDENTIAL**

**INTRODUCTION** ........................................................................................... **3**
  BACKGROUND ........................................................................................... 3
  SUMMARY .................................................................................................. 3
  ACKNOWLEDGEMENTS ........................................................................... 5

**METHODS** ....................................................................................................... **5**

**RESULTS AND DISCUSSION** ........................................................................ **6**
  PATIENT FACTORS ................................................................................... 6
    *Age distributions* .................................................................................. 6
    *Parsonnet scores* ................................................................................... 8
    *Pre-operative waiting times* ................................................................ 11
    *Other preoperative factors* ................................................................. 12
    *Endocarditis* ........................................................................................ 14
  CONSULTANT FACTORS ......................................................................... 15
    *Activity* ................................................................................................ 15
    *Parsonnet score by Consultant* .......................................................... 16
    *Operative mortality by Consultant and operative priority* ................ 18
    *Consultants' use of aprotinin* ............................................................ 20
  OUTCOMES ............................................................................................... 21
    *Key outcomes* ...................................................................................... 21
    *Lengths of stay* ................................................................................... 24
  BLOOD PRODUCTS USED ....................................................................... 26
    *Overall use of products* ...................................................................... 26
    *Use of products by time* ..................................................................... 26
    *Distribution of blood product usage* ................................................. 28
    *Use of blood products by Consultant by operation type* ................... 30
    *Consultants use of aprotinin and blood products* ............................. 32

**CONCLUSION** ............................................................................................... **33**

**APPENDIX A** ................................................................................................. **34**
  EXPLANATIONS OF THE ST GEORGE'S DOWNLOAD HEADINGS ......... 34

**APPENDIX B** ................................................................................................. **40**
  ST GEORGE'S HOSPITAL DATA SUMMARY: ALL CONSULTANTS ......... 40

Richardson Research Ltd 2003                                    AUTO PAGE

Confidential - Subject To Protective Order

CONFIDENTIAL

# INTRODUCTION

## Background

The original aims of the project had been to:

1. Undertake a retrospective analysis of a detailed database of patient records to determine the influence of aprotinin on rate of rethoracotomy, lengths of stay both in ICU and in hospital overall, blood product usage and patient morbidity and operative mortality

2. Use these values in the Richardson Research QStream model to further the modelling work done at other Hospital Trusts and published in the International Journal of Clinical Therapeutics.

However, significant confounding factors in the data rendered their interpretation, with respect to aprotinin use, problematic.

Accordingly, as the data could not be meaningfully used for the purposes of modelling aprotinin use, the aim of the project was changed to provide a range of data comparisons exploring Consultants' use of aprotinin and the associated outcomes. A formal regression analysis was not part of this study.

This report summarises the analysis of the records of 1014 patients at St George's Hospital in London undergoing cardiac surgery between April 2001 and March 2002 as supplied to Richardson Research in September 2002.

## Summary

We expected to confirm the already proven hypothesis that aprotinin reduces the amount of blood products used and wished to test the theory that it might also reduce the stays both in ICU and overall. However, our data comparisons found that within this 1014 patient sample, use of aprotinin appeared to be associated with longer stays, with increased use of blood products and higher mortality.

The UK product licence for aprotinin states that it is indicated "for the treatment of patients at high risk of major blood loss during and following open heart surgery with extracorporeal circulation.", such as those having a re-operation, with endocarditis, and with blood dyscrasias and coagulopathies. Accordingly, it was not unexpected to find that more aprotinin-treated patients belonged to these higher risk groups. This and other significant confounding factors would account for the study findings:

- There is a significant "Consultant effect". The aprotinin sample was 143 patients, approximately 57% of whom where under the care of one Consultant who used aprotinin for 74% of patients, and who had the second highest mortality rate.

- There is an imbalance in patients' pre-existing morbidities and pre-operative risk factors. Aprotinin-treated patients had higher rates of atrial fibrillation, previous surgery (valve and CABG) and endocarditis. Parsonnet scores were on average higher for the aprotinin patients (12.9 versus 9.7). (Whilst the Parsonnet score may be a widely accepted scoring system of

Richardson Research Ltd 2003                                                                    AUTO PAGE

**CONFIDENTIAL**

cardiovascular risk it is not comprehensive, omitting, for example, endocarditis.  It is also not a predictor of blood loss at operation or bleeding risk.)

- Endocarditis and atrial fibrillation, observed with greater frequency in aprotinin-treated patients, are associated with higher mortality.  As more aprotinin patients had pre-operative atrial fibrillation, it would be expected that they could have been on warfarin, which would impact blood loss.

- Operation sequence has a bearing on mortality and for 17% of aprotinin patients vs 2% of non-aprotinin, this was their second or third operation.

- Aprotinin-treated patients had a higher proportion of more complex surgery; whilst 80% of patients who did not receive aprotinin had CABG only, this was the case for 50% of aprotinin-treated patients

- Aprotinin patients had a higher proportion of emergency operations.  There is a higher death rate for emergency procedures.

- Eventual aprotinin users already had a higher use of blood products prior to their operation. Accordingly, aprotinin use is associated with a group of patients who would use more blood products throughout their time in hospital.

- Cardioplegia was used in 94% of aprotinin-treated patients but only 77% of patients not receiving aprotinin.  This would indicate longer by-pass times and more complex surgery.

In summary, patients receiving aprotinin were associated with higher Parsonnet scores, worse pre-operative risk factors, higher pre-operative use of blood products, a mix of more complex surgical procedures and various factors indicating more severe illness and complex surgery.  There were significant confounding factors with respect to mortality: one surgeon with the second highest mortality accounted for 57% of aprotinin use, and there were higher rates of endocarditis and atrial fibrillation in aprotinin patients. Accordingly, the independent impact of aprotinin on the usage of blood products and on mortality cannot be distinguished.

The study also suggested:

- Surgeon factors are crucial in this type of investigation.  For example they tend to differ considerably in their use of blood products.  Furthermore, the difference in their activity rates may have a bearing on mortality figures, with the more active ones tending to have better results.

- There may be a relationship between use of aprotinin and reduced mortality in high Parsonnet score patients.  While a high Parsonnet score may be due to a number of separate, independent reasons and although the sample was small, this may bear further investigation.

- Waiting times do not seem to influence outcomes in terms of mortality, suggesting perhaps that patients are chosen from the list according to clinical priority.

- Key outcomes are consistent for aprotinin and non-aprotinin patients, despite the suggestion that the aprotinin cohort in this study had greater morbidity.

The study did not investigate:

Richardson Research Ltd 2003                                                                 AUTO PAGE

Confidential - Subject To Protective Order

BHCAG01306587

inner_view Case 4:9:06-ne-ct-cb03G631400D8Mnnilmec-mentosses 1650_Rey=8557te128831282F-I 08434Objest02 2052780rlgin04 5 1file0C=3798203Page 5 of 54

80

**CONFIDENTIAL**

- The use of concomitant medication and how this might have affected blood loss or eventual outcome. Also, the original data set did not include consideration of the administration of low molecular weight heparin or warfarin.

- The difference in outcome between "planned" and "reactive" aprotinin administration. Of the aprotinin patients, 93% were designated planned, however, it was unclear from the data set whether this decision was taken prospectively according to patient pre-operative risk factors (Parsonnet score or health-associated conditions) or as part of a standard protocol for the particular consultant. Hence it was not clear whether the decision to use aprotinin was truly prospective, or "planned" contingent on the amount of blood loss during operation being deemed excessive.

## Acknowledgements

Thanks are due to Dr Oswaldo Valencia of St George's Hospital, Professor Tom Treasure of Guy's Hospital and Dr Edward Bliss, Dr Kathleen Gondek and Dr Grant Maclaine of Bayer, whose contributions are gratefully acknowledged.

## METHODS

Data were supplied by Dr Oswaldo Valencia of St George's Hospital in the form of three databases:

- Summaries of patient operations, histories and outcomes (n=1014)
- Patient ID numbers and dates of operations
- Blood product usage by type per patient

We linked the three separate data sources to create a database which was analysed in MS Excel.

Exploratory analyses were undertaken by investigating the relationships among different variables in the data set. Formal statistical analyses were not performed.

Appendices A and B contain an outline of the original dataset and the consolidated findings respectively.

More detail is available on request.

Confidential - Subject To Protective Order

BHCAG01306588

CONFIDENTIAL

# RESULTS AND DISCUSSION

## PATIENT FACTORS

### Age distributions

This section describes the two patient populations, those who received aprotinin, whether as a planned (n=133) or a reactive dose (n=7). The total receiving aprotinin is recorded as 143; in 3 cases the data show no record of whether the dose was planned or reactive.

The age distributions of both cohorts were similar and are plotted below.

| Age at operation | 0-15 | 16-20 | 21-25 | 26-30 | 31-35 | 36-40 | 41-45 | 46-50 | 51-55 | 56-60 | 61-65 | 66-70 | 71-75 | 76-80 | 81-85 | 86-90 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| With aprotinin | 0 | 0 | 0 | 0 | 4 | 5 | 0 | 3 | 9 | 14 | 25 | 28 | 24 | 26 | 5 | 0 |
| Without aprotinin | 0 | 1 | 2 | 4 | 5 | 8 | 18 | 31 | 67 | 101 | 136 | 173 | 177 | 117 | 28 | 3 |
| Total | 0 | 1 | 2 | 4 | 9 | 13 | 18 | 34 | 76 | 115 | 161 | 201 | 201 | 143 | 33 | 3 |

The chart on the right shows the numbers in each age range.

Average age at operation with aprotinin = 67.9

Average age at operation without aprotinin = 67.8



Richardson Research Ltd 2003

AUTO PAGE

Confidential - Subject To Protective Order

CONFIDENTIAL

This shows the age distributions. It appears that there is no signficant difference between the two populations



AUTO PAGE

Confidential - Subject To Protective Order

BHCAG01306590

CONFIDENTIAL

Here the operative mortality is plotted against age for both cohorts. The aprotinin patients in yellow appear to have much higher operative mortality. However, the sample is small and the aprotinin patients tended to undergo operations of greater complexity and higher post-operative mortality.

Also, the Parsonnet scores of the aprotinin patients were found to significantly higher as shown in the next section.



## Parsonnet scores

The Parsonnet is not the only estimate available of mortality risk, however it is widely known and was quoted on the dataset. The table below shows the contributing factors scored and their respective values:

| | | | |
|---|---|---|---|
| Female | 1 | Re-operation | 5 |
| Obese | 3 | 2nd re-op | 10 |
| Diabetes | 3 | IABP | 2 |
| Hypertension | 3 | Cath lab crash | 10 |
| LV Impaired | 2 | Dialysis | 10 |
| LV Poor | 4 | Mitral | 5 |
| LV aneurysm | 5 | PA >60 | 8 |
| 70-74 | 7 | Aortic | 5 |
| 75-79 | 12 | AS > 120 | 7 |
| 80 plus | 20 | CABG + valve | 2 |

This illustrates the distribution of Parsonnet scores across the age ranges.

Average Parsonnet score for patients with aprotinin = 12.9

Average Parsonnet score for patients without aprotinin = 9.7

The overall Parsonnet score was 10.2



Richardson Research Ltd 2003

AUTO PAGE

Confidential - Subject To Protective Order

BHCAG01306591

inner_view barcode/case-report-documents-DHH/omni/cgi_viewDoc?session_key=8997 - 4303312271_903343brisket1 - 292372 production=1D=5 - 279 page 9 of 54

80

CONFIDENTIAL

This chart shows the percentage distribution of Parsonnet scores. As can be seen, there is a preponderance of aprotinin patients in the higher Parsonnet ranges, leading to the higher average score.



On the right are shown the percentages in each Parsonnet range who died.

Disregarding the single patient who died with a very high Parsonnet score of 55, it appears that in the lower Parsonnet score ranges the patients with aprotinin have a higher mortality. By contrast, in the higher ranges (30-50), the mortality for aprotinin patients is zero. While the sample is small, with only 12 aprotinin patients with Parsonnets over 30, this may bear further investigation.



While it would be possible to conduct detailed analysis of the patients' pre-operative medical histories, we eschewed this from our lay perspective in favour of Parsonnet score as this summarised the key factors and as this is a tried, tested and generally accepted means of forecasting cardiovascular risk. However, the Parsonnet score is not comprehensive, omitting, for instance, endocarditis.

The higher death rates of the aprotinin patients suggest comparison with the predicted scores. The chart and table below give the predicted operative mortality for each Parsonnet range. We interpolated and plotted these values against the results for both cohorts. Interestingly, the aprotinin patients show higher mortalities than predicted for their respective Parsonnet scores. While the deaths that are recorded occurred during the total patient stay, none of the aprotinin patients died in hospital *before* their operations and hence receipt of aprotinin. It must also be borne in mind that no aprotinin patients died with Parsonnet score in the range 30-54.

Richardson Research Ltd 2003

AUTO PAGE

Confidential - Subject To Protective Order

**CONFIDENTIAL**



| Score | Predicted Operative mortality |
|-------|------|
| 0-4 | 1% |
| 5-9 | 5% |
| 10-14 | 9% |
| 15-19 | 17% |
| 20+ | |

Richardson Research Ltd 2003

AUTO PAGE

Confidential - Subject To Protective Order

BHCAG01306593

CONFIDENTIAL

## Pre-operative waiting times

The possibility of a patient diagnosed as needing a coronary artery bypass graft suffering a myocardial infarction while waiting has been quantified and indeed, this was modelled in our paper for the Journal of Clinical Therapeutics in October 2002. Hence we investigated whether pre-operative waiting time was a significant factor in mortality here. However the analysis revealed that there was little correlation between wait and mortality. There is a spike of deaths at around the 500 day wait range but this consists of only 7 patients. The mortality in this wait range for aprotinin (n=2) is 50% whereas that for the non-aprotinin patients is 40% (n=5).



Waiting times (N=559)

Overall, there does not appear to be a great correlation between waiting time and death. This, it can be speculated, may possibly be due to good scheduling on the part of the Consultants, with the more risky patients being programmed in sooner, evening out the risk overall.

Furthermore, as can be seen in the analysis spreadsheets, there was no great difference in the wait profiles between the two cohorts. The average intervals between referral and operation for the two cohorts were without aprotinin, 121 days, with aprotinin, 141 days.

Confidential - Subject To Protective Order                                      BHCAG01306594

**CONFIDENTIAL**

## Other preoperative factors

We examined the list of patient histories for factors which are either components of the Parsonnet score or are accepted to have a bearing on operative mortality. These are plotted and summarised below.



| Preoperative factors | With aprotinin | Without aprotinin |
|---|:---:|:---:|
| Hypercholesterolaemia | 57% | 76% |
| Hypertension | 52% | 62% |
| Deterioration | 35% | 32% |
| Diabetes | 19% | 23% |
| Peptic ulcer/GI surgery | 14% | 9% |
| Atrial fibrillation/flutter | 21% | 7% |
| Renal malfunction (Cr>200) | 3% | 2% |
| VF/VT | 1% | 1% |
| Endocarditis | 7% | <1% |

Aprotinin patients had higher rates for the following pre-operative factors:

- endocarditis,
- atrial fibrillation,
- peptic ulcer (and/or history of previous gastro-intestinal surgery).

The extent to which these might have a bearing on subsequent operative mortality is shown on the next chart.

Richardson Research Ltd 2003                                    AUTO PAGE

Confidential - Subject To Protective Order                          BHCAG01306595

CONFIDENTIAL



Pre-operative conditions vs mortality

This chart shows the absolute numbers of patients with each of the identified pre-operative conditions (as columns) with the associated mortality rates shown as lines. Endocarditis is worthy of further investigation and, as indicated by the Parsonnet scoring system, renal disease (as evidenced by high creatinine levels over 200 µmol/l); both are associated with higher mortality. The 3 patients with a functioning kidney transplant are not shown.

| | All | | With aprotinin | | Without aprotinin | |
|---|---|---|---|---|---|---|
| | Ops | RIP | Ops | RIP | Ops | RIP% |
| Endocarditis, active infection | 13 | 38% | 10 | 40% | 3 | 33% |
| Renal (Cr>200 µmol/l) | 23 | 26% | 4 | 25% | 19 | 26% |
| Atrial fibrillation/flutter | 95 | 14% | 30 | 13% | 65 | 14% |
| Diabetes | 225 | 10% | 27 | 15% | 198 | 9% |
| Peptic ulcer | 95 | 8% | 19 | 13% | 76 | 5% |
| VF/VT | 12 | 8% | 1 | 0% | 11 | 9% |
| Recent deterioration | 326 | 8% | 50 | 14% | 276 | 7% |
| Hypertension | 614 | 5% | 74 | 8% | 540 | 4% |
| Hypercholesterolaemia | 745 | 3% | 81 | 6% | 664 | 3% |
| Complete heart block | 5 | 0% | 1 | 0% | 4 | 0% |
| Functioning renal transplant | 3 | 33% | 1 | 100% | 2 | 0% |

While there appears to be general correlation between the mortality rates for both cohorts, the fact that the numbers are too small and that there are co-morbidities present makes it impossible to make valid inferences without further and more detailed investigation.

Richardson Research Ltd 2003

AUTO PAGE

Confidential - Subject To Protective Order

BHCAG01306596

CONFIDENTIAL

# Endocarditis

The chart below shows the operations and mortality associated with this condition.



**Endocarditis**

This shows that there were a total of 13 patients who had active endocarditis, of whom 5 died; 40% of patients with aprotinin as against 33% of non-aprotinin patients. Again, the numbers are too small to make valid inferences about aprotinin. However, it appears that endocarditis is a significant risk, although it is not included in the Parsonnet scoring system.

Richardson Research Ltd 2003

AUTO PAGE

Confidential - Subject To Protective Order

BHCAG01306597

CONFIDENTIAL

# CONSULTANT FACTORS

## Activity

As reasons for the slightly higher death rate of the aprotinin patients remained unclear, we examined the operating characteristics of the individual Consultants. The data separated Consultant and Surgeon as some operations were undertaken by a specialist registrar (SpR), however, we understand that effectively all operations were undertaken by the Consultant to whose the care the patient was assigned as the operation would be done under their supervision. Analysis revealed the activity and mortality as summarised below:




At first glance it appears that there is considerable difference both in activity and mortality terms, with Consultant 4 doing the most operations and achieving the fewest deaths. Interestingly, the Specialist Registrars also achieve good mortality results although this may be explained by their being delegated the most straightforward cases and being able to hand over to the Consultant should the operation progress problematically. The difference in activity warranted further investigation and was explained to a large degree by analysis of the timing of the operations as show below:

Richardson Research Ltd 2003

AUTO PAGE

Confidential - Subject To Protective Order

BHCAG01306598

CONFIDENTIAL

**Operations by Surgeon by date**



It transpires that not all Surgeons were present during the whole year and some were locums. Apparently, as Surgeon 1 left, Surgeon 7 arrived and the departures of Surgeons 3 and 5 coincided with the arrival of Surgeon 6. The data also suggest that there is a relationship between numbers of operations done per Surgeon and outcomes and mortality. This was borne out by Professor Treasure who quoted a US publication on this theme.

## Parsonnet score by Consultant

Taking the analysis further, we examined the breakdown of the Consultant's operations by Parsonnet score, to determine if the difference death rates (if indeed significant) could be explained by their operating on patients with relatively high Parsonnets. The analysis indicated otherwise, with there being no apparent difference as shown below.

Richardson Research Ltd 2003

AUTO PAGE

Confidential - Subject To Protective Order

CONFIDENTIAL

**Consultants' Operations by Parsonnet score**



Richardson Research Ltd 2003

AUTO PAGE

Confidential - Subject To Protective Order

BHCAG01306600

inner_view Case 9-06-cv-80368-DMM Document viewer session key=6572e12633622F110B34ObjectID=292273 D 12011 fl.ID=379830 Page 18 of 54

80

CONFIDENTIAL

# Operative mortality by Consultant and operative priority

The data indicates that operative prioritisation according to urgency is a factor in mortality as shown below. The black columns show the RIP percentage.




| Operative Priority | With aprotinin | | | Without aprotinin | | |
|---|---|---|---|---|---|---|
| | Ops | RIP | RIP% | Ops | RIP | RIP% |
| Salvage | 0 | 0 | | 4 | 3 | 75% |
| Emergency | 13 | 5 | 38% | 18 | 2 | 11% |
| Urgent | 46 | 4 | 9% | 279 | 17 | 6% |
| Elective | 84 | 4 | 5% | 568 | 13 | 2% |

Hence we next examined how Consultants lists were made up with respect to urgency. However there appears to be no great difference between them, with all Consultant operating on a roughly similar urgency profile as show below.



Richardson Research Ltd 2003

AUTO PAGE

Confidential - Subject To Protective Order

BHCAG01306601

**CONFIDENTIAL**

Richardson Research Ltd 2003

AUTO PAGE

Confidential – Subject To Protective Order

BHCAG01306602

**CONFIDENTIAL**

## Consultants' use of aprotinin

Next we examined the use of aprotinin by Consultant and found that Consultant 5 with the second highest mortality rate was also by far the biggest user of aprotinin, prescribing it for 74% of patients. This constitutes 57% of all patients in the record set. Consultant 5's overall operative mortality figures are within the acceptable norms for the UK.



Consultant and use of aprotinin



Operation type by Consultant vs use of blood products

There also appears to be little, if any, correlation between type of operation and blood products used.

Richardson Research Ltd 2003 · · · · · · · · · · · · · · · · · · · · · · · AUTO PAGE

Confidential - Subject To Protective Order

CONFIDENTIAL

# OUTCOMES

## Key outcomes

The chart below summarises the key outcomes. There appears to be consistency between the mortality rate and the outcome. For those outcomes where there appears to be difference between the aprotinin and non-aprotinin patients; the numbers are so small that little statistically valid inference can be drawn.



The table below summarises the key outcomes together with the numbers reported for each, the % incidence (the numbers reported for each outcome as a percentage of the cohort total) and the percentage of those reported with the outcome who died.

Values for aprotinin patients in red are higher than those for the corresponding non-aprotinin figure. Green indicates a lower figure. Displayed values are rounded.

| Key Outcomes - Morbidity and Mortality | All patients | | | With aprotinin | | | Without aprotinin | | |
|---|---|---|---|---|---|---|---|---|---|
| | Nos. | % | RIP | Nos. | % | RIP | Nos. | % | RIP |
| **Arrythmias** | | | | | | | | 0% | |
| VF/VT req intervention | 17 | 2% | 75% | 4 | | | 13 | 1% | 69% |
| SVT req treatment | 18 | 2% | 33% | 3 | | | 15 | 2% | 20% |
| VF/VT req intervention, Permanent pacing required | 2 | 0% | 0% | 0 | 0% | 0% | 2 | 0% | 0% |
| Permanent pacing required | 11 | 1% | 0% | 1 | 1% | 0% | 10 | 1% | 0% |
| SVT req treatment, VF/VT req intervention | 2 | 0% | 0% | 0 | 0% | 0% | 2 | 0% | 0% |
| **Neurological Complications** | | | | | | | | | |
| Transient stroke | 6 | 1% | 0% | 1 | | 0% | 5 | 1% | 0% |

Richardson Research Ltd 2003

AUTO PAGE

Confidential - Subject To Protective Order

**CONFIDENTIAL**

| Key Outcomes - Morbidity and Mortality | All patients | | | With aprotinin | | | Without aprotinin | | |
|---|---|---|---|---|---|---|---|---|---|
| | Nos. | % | RIP | Nos. | % | RIP | Nos. | % | RIP |
| Other | 5 | 0% | 0% | 1 | | 0% | 4 | 0% | 0% |
| Permanent stroke | 13 | 1% | 33% | 3 | | | 10 | 1% | 10% |
| **Infective Complications** | | | | | | | | | |
| Septicaemia due to any cause | 22 | 2% | 0% | 2 | | 0% | 20 | 2% | 50% |
| Other | 5 | 0% | 0% | 1 | | | 4 | 0% | 0% |
| Sternotomy req debridement/resuture | 2 | 0% | 0% | 0 | 0% | 0% | 2 | 0% | 0% |
| **Renal Complications** | | | | | | | | | |
| New Renal Failure / Dialysis required | 49 | 5% | 56% | 9 | | | 40 | 5% | 55% |
| Mild/moderate (Cr >200 µmol/l) | 16 | 2% | 0% | 3 | | 0% | 13 | 1% | 0% |
| Other | 1 | 0% | 0% | 0 | 0% | | 1 | 0% | 0% |
| **GI Complications** | | | | | | | | | |
| Peptic ulceration | 8 | 1% | 0% | 3 | | | 5 | 1% | 20% |
| TPN | 3 | 0% | 0% | 0 | 0% | | 3 | 0% | 33% |
| Other | 4 | 0% | 100% | 1 | | | 3 | 0% | 0% |
| Pancreatitis | 1 | 0% | 0% | 1 | | 0% | 0 | 0% | 0% |
| Peptic ulceration, TPN | 1 | 0% | 100% | 1 | | | 0 | 0% | 0% |
| **Morbidity** (*detailed elsewhere*) | | | | | | | | | |
| Yes | 278 | 27% | 24% | 55 | | | 223 | 26% | 16% |
| **Readmitted to ITU** | | | | | | | | | |
| Yes | 44 | 4% | 33% | 6 | | | 38 | 4% | 13% |
| **Patient Status** | | | | | | | | | |
| Died in hospital | 43 | 4% | | 9 | | | 34 | 4% | |
| Died in theatre | 5 | 0% | | 4 | | | 1 | 0% | |
| **Cause of Death** | | | | | | | | | |
| Cardiac | 34 | 3% | 77% | 10 | | | 24 | 3% | 69% |
| Septicaemia | 7 | 1% | 0% | 0 | | 0% | 7 | 1% | 20% |
| Other | 3 | 0% | 15% | 2 | | | 1 | 0% | 3% |
| Neurological | 2 | 0% | 8% | 1 | | | 1 | 0% | 3% |
| Pulmonary | 1 | 0% | 0% | 0 | 0% | | 1 | 0% | 3% |
| Unknown | 1 | 0% | 0% | 0 | 0% | | 1 | 0% | 3% |
| **Total Hospital Stay (days)** | | | | | | | | | |
| Averages | 12.8 | | | | | | 12.2 | | |
| **Re-sternotomy** | | | | | | | | | |
| Bleeding/tamponade | 41 | 4% | 33% | 6 | 4% | | 35 | 4% | 23% |
| Other | 3 | 0% | 0% | 0 | 0% | | 3 | 0% | 67% |
| **Pulmonary Complications** | | | | | | | | | |
| Full tracheostomy | 29 | 3% | 13% | 8 | | | 21 | 2% | 5% |
| Other | 29 | 3% | 20% | 5 | | | 24 | 3% | 13% |
| Reintubation & ventilation | 18 | 2% | 0% | 2 | | | 16 | 2% | 50% |
| Full tracheostomy, Other | 1 | 0% | 0% | 0 | 0% | | 1 | 0% | 100% |

Richardson Research Ltd 2003

AUTO PAGE

Confidential - Subject To Protective Order

**CONFIDENTIAL**

| Key Outcomes - Morbidity and Mortality | All patients | | | With aprotinin | | | Without aprotinin | | |
|---|---|---|---|---|---|---|---|---|---|
| | Nos. | % | RIP | Nos. | % | RIP | Nos. | % | RIP |
| Reintubation & ventilation, Other | 2 | 0% | 100% | 1 | | 100% | 1 | 0% | 100% |
| Pulmonary embolism | 1 | 0% | 0% | 0 | 0% | | 1 | 0% | 100% |

Richardson Research Ltd 2003

AUTO PAGE

Confidential - Subject To Protective Order

BHCAG01306606

**CONFIDENTIAL**

## Lengths of stay

The charts below show the distribution of waits in the ICU and in Hospital overall, respectively for the 90% of patients with the shortest waits



| ICU stays | With aprotinin | Without aprotinin | Hospital stays | With aprotinin | Without aprotinin |
|---|---|---|---|---|---|
| Mean [hours] | 45.1 | 36.2 | Mean [days] | 15.3 | 11.3 |
| Max [hours] | 133 | 148 | Max [days] | 624 | 2300 |

These ICU means disregard the outlying 7 aprotinin patients and 23 non-aprotinin patients with stays on ICU of 300 hours or over. Whilst these data suggest that there is a significant difference in dwell times in ICU between the two cohorts this would need further analysis taking into account the operation mix for patients.



This chart shows the relationship between lengths of stay of surviving patients and Parsonnet score with the coefficients of determination ($R^2$) values. It suggests that there is trend towards increasing stay for higher

Richardson Research Ltd 2003                                          AUTO PAGE

Confidential - Subject To Protective Order

**CONFIDENTIAL**

Parsonnet but the numbers are probably too small to differentiate between aprotinin and non-aprotinin patients.

AUTO PAGE

Confidential - Subject To Protective Order

BHCAG01306608

CONFIDENTIAL

# BLOOD PRODUCTS USED

## Overall use of products

Simple data comparisons show aprotinin patients to be associated with a greater use of blood products. Below we summarise the blood products by type for each cohort. More blood products are used before surgery by aprotinin patients.

**Average blood product units used throughout hospital stay**

| | Without aprotinin | | | | | | With aprotinin | | | | | |
| | Cryoprecipitate | Fresh frozen plasma | Human albumin | Platelets | Red blood cells | Totals | Cryoprecipitate | Fresh frozen plasma | Human albumin | Platelets | Red blood cells | Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Before op date | 0.02 | 0.03 | - | 0.03 | 2.10 | 2.19 | | 0.15 | - | 0.06 | 2.55 | 2.75 |
| On op date | 0.21 | 1.06 | - | 0.41 | 0.38 | 2.06 | 0.49 | 2.03 | - | 0.71 | 0.70 | 3.94 |
| Op date +1 | 0.09 | 0.19 | 0.01 | 0.05 | 0.02 | 0.36 | 0.07 | 0.18 | - | 0.04 | 0.01 | 0.31 |
| Op date +2 | - | 0.02 | - | 0.01 | 0.04 | 0.07 | 0.14 | 0.10 | - | 0.03 | 0.06 | 0.33 |
| Op date 3+ | 0.02 | 0.24 | 0.00 | 0.06 | 0.45 | 0.78 | | 0.99 | 0.01 | 0.09 | 1.03 | 2.12 |
| **Totals** | 0.34 | 1.54 | 0.01 | 0.57 | 2.99 | 5.45 | 0.70 | 3.45 | 0.01 | 0.93 | 4.35 | 9.44 |

The chart below summarises the use of blood products during the total patient stay.



While red blood cells are the major item for both patient cohorts, fresh frozen plasma seems to be used much more in the aprotinin patients. These figures are, of course, to a degree affected by the outlying patients. However, the pattern of utilisation for the majority of patients in both cohorts is not dissimilar.

## Use of products by time

Richardson Research Ltd 2003

AUTO PAGE

Confidential - Subject To Protective Order

## CONFIDENTIAL

On the following page, there are detailed breakdowns of the usage of each product before the operation, on the operation day, the day after, two days after and over two days after.



**Before operation date**

This chart shows the use of all blood products before the operation. Interestingly, it appears that more blood is used before the operation date than on the day of the operation itself and this warrants further investigation.



**Operation date**

On the day of the operation, relatively larger amounts of fresh frozen plasma than blood are used.



**Day after operation**

As might be expected, much smaller amounts of all products are used.



**Two days after operation**

As above, two days post-operation, the blood usage is very small.

Richardson Research Ltd 2003                                   AUTO PAGE

Confidential - Subject To Protective Order

**CONFIDENTIAL**

**From 3 days post-op to discharge**

Here again, relatively large amounts of FFP appear to be used.

Blood product use: operation date 3+

## Distribution of blood product usage



**Distribution of %ages of average blood product usage**

The above figure again shows an apparent association of aprotinin with a higher use of blood products. However, further investigation into factors affecting blood loss is warranted, such as the types of operation which require the most blood, and the concomitant medications that may affect blood loss.

The charts on the following page show interesting differences in the usage of blood products between Consultants. To qualify this, however, there are certain caveats. The data includes all patients, whether or not they survived and it includes all operations, no matter how few. Consultant 3's remarkable use of nearly 70 units for CABG, Valve and other procedure must be considered in the context of it representing only one operation on a patient with endocarditis, a recent cerebrovascular attack and dyspnoea (NHYA 3). The operation itself was a triple vessel and the patient's second operation. All these factors are characteristic of high risk.

Richardson Research Ltd 2003

AUTO PAGE

Confidential - Subject To Protective Order

## CONFIDENTIAL

Nevertheless, it highlights the fact that there is a huge variation in the amount of blood used per patient. Hence it is probably unreasonable to deduce too much about the use of aprotinin given such a small sample of patients.

Richardson Research Ltd 2003

AUTO PAGE

Confidential - Subject To Protective Order

**CONFIDENTIAL**

## Use of blood products by Consultant by operation type

These charts summarise the use of blood products per consultant

| | | | |
|---|---|---|---|
| CABG | CABG only | CABG+ | CABG + another procedure |
| V rep | Valve replacement or repair | CABG+V+ | CABG + Valve + another procedure |
| CABG+V | CABG + Valve | Other | Other |
| Voter | Valve + another procedure | | |

■ Cryoprecipitate  ▦ Fresh frozen plasma  ▨ Human albumin  ▦ Platelets  ■ Red blood cells













Richardson Research Ltd 2003

AUTO PAGE

Confidential – Subject To Protective Order

**CONFIDENTIAL**





Richardson Research Ltd 2003

AUTO PAGE

Confidential - Subject To Protective Order

BHCAG01306614

**CONFIDENTIAL**

# Consultants use of aprotinin and blood products



**Operation type by Consultant vs use of blood products**



**Blood products and aprotinin used per Consultant**

The above two charts reinforce the impressions that there is little, if any, relationship between operation type and blood product usage, and Consultants' use of aprotinin and blood products consumed.

Richardson Research Ltd 2003

AUTO PAGE

Confidential - Subject To Protective Order

CONFIDENTIAL

# CONCLUSION

The original aims of this study were to determine the effects of aprotinin on rethoracotomy rates and lengths of stay, then model the indirect impact on throughput. However, patients receiving aprotinin were associated with;

- higher Parsonnet scores,
- worse pre-operative risk factors,
- higher pre-operative use of blood products and
- various factors indicating more severe illness and complex surgery, such as higher rates of endocarditis and atrial fibrillation.

These findings are consistent with the UK product licence for aprotinin, which states that aprotinin is indicated for the treatment of patients at high risk of major blood loss during and after major heart surgery.

Consultant factors also effect the data. One surgeon with the second highest mortality accounted for 57% of aprotinin use.

The presence of these significant confounding factors renders interpretation of these data problematic. Investigation of the independent impact of aprotinin on the use of blood products and mortality would require formal regression analysis, which was not undertaken in this study. And, given the overwhelming surgeon effect in the data, such formal statistical analysis would also be difficult. Hence, the independent impact of aprotinin on the usage of blood products and on mortality cannot be distinguished.

While the findings of this project differ somewhat from the original aim, we hope that they will be informative and lead to other beneficial studies.

Richardson Research Ltd 2003

AUTO PAGE

Confidential - Subject To Protective Order

CONFIDENTIAL

# APPENDIX A

## Explanations of the St George's download headings

This is a summary of the headings found in the main patient database provided by St George's hospital, together with the range of entries per heading and some brief explanatory notes.

| Col | Description | Range of entries | Notes |
|-----|-------------|------------------|-------|
| A | N | 1014 patients in total | |
| B | Date of Op | From 2 April 1002 to 28 March 2002 | Chart of dates of ops in report |
| C | tx ac | yes, no, ?no, ? | Tranaxemic acid |
| D | aprot | no, yes, ? | |
| E | plan | no, yes, ? | Planned administration of aprotinin |
| F | React | yes, ? | Reactive administration of aprotinin |
| G | Comments | | |
| H | Gender | 721 males, 293 females, | |
| I | Age at Surgery | Max 86.5, Min 19.0, mean 65.3, | |
| J | Date of Birth | Max 07 Jan 83, Min 08 Jan 15, Mean 25 Jun 36, | |
| K | Date on the list | Max 13 Mar 02, Min 11 Jun 99, Mean 08 May 01, | |
| L | Date of Admission | Max 27 Mar 02, Min 22 Mar 01, Mean 23 Sep 01, | |
| M | Angina Status | CCS 0 (No angina), CCS 1, CCS 2, CCS 3, CCS 4 | |
| N | Dyspnoea Status | NYHA 1 (Asymptomatic), NYHA 2, NYHA 3, NYHA 4 | New York Heart assoc; an index of breathlessness |
| O | Symptom Status | Unstable/recent deterioration, Stable, | |
| P | Congestive Cardiac Failure | Now, Never, no Past, | Allied to dyspnoea |
| Q | Previous "Q" Wave MI's | None, One, Two, Four, Three, Five, | A type of heart attack |
| R | Last "Q" Wave MI | > 30 days 1-30 days, 6-24 hours, | |
| S | Previous Cardiological Inter | No, Yes | |
| T | Previous PTCA/Stent | Yes, No, | PCTA = percutaneous transluminal angiography |

Richardson Research Ltd 2003

AUTO PAGE

Confidential - Subject To Protective Order

inner_view Case No. 3:08-cv-80136-DMR Document ... session key=E5578 r28312275L 19334 objectID=7989276 uniqueID=1 fileID=379580 Page 35 of 54

80

**CONFIDENTIAL**

| Col | Description | Range of entries | Notes |
|-----|-------------|------------------|-------|
| U | **Recently Failed Intervention** | No, Failed Op <24 hours, >24 hours - Op same admission, | |
| V | **Date of last intervention** | Max 28 Feb 02, Min 01 Jul 87, Mean 18 Dec 98, | |
| W | **Previous Surgical Intervention** | Valve, CABG, Desc or abd arch surgery, Carotid endarterectomy, Peripheral vascular, Other cardiac, Congenital cardiac, CABG, Valve, | |
| X | **Date of last Cardiac Operation** | Max 14 Feb 02, Min 01 Jul 67, Mean 30 Jul 89, | |
| Y | **Diabetes** | No, Oral therapy, Diet controlled, Insulin | |
| X | **Hypercholesterolaemia** | No, Yes, Unknown | High cholesterol |
| AA | **Hypertension** | No, Yes, | |
| AB | **Smoking** | Never smoked, Ex-smoker, Still smoking, | |
| AC | **GI Tract** | Previous peptic ulcer, Previous surgery, Previous peptic ulcer, Previous surgery, Other, | Relevant as peptic ulcers can bleed, causing problems in surgery |
| AD | **Renal** | Cr>200 µmol/l, Chronic RF-dialysis Functioning transplant, | Cr = creatinine. A high level is an adverse factor |
| AE | **Respiratory** | Asthma, COAD/Emphysema, Asthma, COAD/Emphysema, | |
| AF | **Cerebrovascular Disease** | Previous CVA > 2 weeks, Previous TIA > 6 months, Previous CVA < 2 weeks, Carotid bruit, Previous TIA < 6 months, Previous CVA > 2 weeks, Carotid bruit, Previous TIA > 6 months, Carotid bruit, | CVA = stroke TIA = Transient Ischaemic Attack (mild stroke, better in 24hrs) Bruit = noise due to turbulence in artery from atherosclerosis |
| AG | **Neurological dysfunction** | No, Yes - affecting day-to-day functioning | |
| AH | **Peripheral vascular disease** | Yes | Leg veins mainly, ie varicose, chillblains |
| AI | **Pre-Op Arrythmias** | Atrial fibrillation/flutter, Normal (SR), VF/VT Complete heart block, | Atrial Fibrillation is common SR = sinus rhythm ie normal VF = ventricular fibrillation – a very unhealthy sign VT = ventricular tachycardia – faster heartbeat, (as opposed to bradycardia, a slowed pace) a very unhealthy sign Heart block = an event when the impulse gets "jammed"; very rare but the worst form of arrhythmia |
| AJ | **Extent of coronary disease** | Single vessel, Triple vessel Double vessel, Normal, | |

Richardson Research Ltd 2003

**AUTO PAGE**

Confidential - Subject To Protective Order

## CONFIDENTIAL

| Col | Description | Range of entries | Notes |
|-----|-----------|------------------|-------|
| AK | LMS disease | No, Yes | Left Main Stem |
| AL | Ejection fraction | Good (>50%), Fair (30-49%), Poor (<30%) Unknown, | Measure of efficiency, a ratio of heart input to output 30% is an indicator of imminent death 90% is healthy |
| AM | PA Systolic (mmHg) | Max 100, Min 18, mean 51.1, | Pulmonary Artery Systolic = highest pressure immediately after the heart beat Diastolic = pressure before the heart beat |
| AN | AV Gradient (mmHg) | Max 150, Min 10, mean 69.5, | AV = Atrioventricular Gradient of pressure between top and bottom of the heart, a high value is relatively healthy |
| AO | LVEDP (mmHg) | Max 42, Min 2, mean 17.6, | Left Vent End Diastolic Pressure ie the pressure immediately before contraction of the heart or diastolic pressure A high value is probably unhealthy |
| AP | PAWP/LA (mmHg) | Max 58, Min 8, mean 26.5, | Pulmonary Artery Wedge Pressure = pressure in left atrium, the same as blood pressure in lungs |
| AQ | Cardiogenic Shock | Yes, | A serious heart failure During the operation, shock can be caused by heart having a sudden, lowering of the blood pressure which is an unhealthy even A very worrying event which was fatal in 44% of patients in this study |
| AR | IABP | no, Yes, | Intra Aortic Balloon Pump Assists the heart when it is severely hence the requirement for one is an unhealthy sign. |
| AS | Operative Priority | Salvage, Emergency, Urgent, Elective, | |
| AT | Operation Sequence | First operation, Second operation, Third operation, | Referring to the *patient's* first or subsequent operation |
| AU | Consultant | , | Consultant and Surgeon are taken as effectively synonymous. While some operations were undertaken by Specialist Registrars, the Consultant would be on hand to supervise and take over should during technically difficult phases of the operation |

Richardson Research Ltd 2003

AUTO PAGE

Confidential - Subject To Protective Order

**CONFIDENTIAL**

| Col | Description | Range of entries | Notes |
|---|---|---|---|
| AV | Surgeon | , | As above |
| AW | Cardiac Procedures | CABG + Valve, CABG only, Valve replacement/repair, CABG + Valve + Other, Other, Valve + Other, CABG + Other, | |
| AX | Other Cardiac Procedures | Pericardiectomy, Aortic & peripheral vascular, Pericardiectomy, Other, Cardiac trauma, LV Aneursmectomy, Atrial myxoma, Cardiac trauma, Pericardiectomy, HCOM, Congenital Other, Acquired VSD | Pericardiectomy = A relatively simple operation to remove the pericardium<br>Aortic & peripheral vascular<br>Cardiac trauma<br>LV Aneursmectomy, Removal of Left Ventricular "ballooning"<br>Atrial myxoma = Cardiac tumour, an unhealthy event<br>Cardiac trauma<br>HCOM, = Hyper Obstructive Cardiac Myopathy<br>Congenital Other,<br>Acquired VSD |
| AY | Free text | , | |
| AZ | No. of CABG | 1, 2, 3, 4, 5, 6, | Number of bypasses - 6 is a very high risk but very rare, 2, 3 and 4 are much more common |
| BA | No. of Valves | 1, 2, 3, | 1 is the most common with 3 being rare but at higher risk |
| BB | Valves | Mitral, Aortic, Aortic-Mitral, Aortic-Mitral-Tricuspid, Mitral-Tricuspid, | |
| BC | Endocarditis | Active infection, Previous infection, | Endocardium = inner lining of heart |
| BD | No. of Vascular | 1, | |
| BE | Aorta | Asc aorta, Desc aorta, | Ascending<br>Descending; an easier operation than Ascending |
| BF | Cardiopulmonary bypass | Yes No, | Whether the bypass machine was used. |
| BG | Myocardial protection | Cardioplegia Non-cardioplegia, | Cardioplegia = the injection of local protective, paralysing fluid to facilitate injection of other chemicals |
| BH | Cumulative Bypass Time | Max 430, Min 21, mean 101.1, | Time spent on the bypass machine |
| BI | Cumulative XC Time (min) | Max 242, Min 0, mean 63.1, | Assumed synonymous with the above |
| BJ | Circulatory Arrest Time | Max 37, Min 3, mean 20.6, | Heart stoppage time |

Richardson Research Ltd 2003

AUTO PAGE

Confidential - Subject To Protective Order

inner_view_Case:v0.1.3 Planet c-00/86-85-DTDR/mn_inner_views/session_key=E5573.12633.1223.510034 ObjectID=298327 OuttypeID=1fipID=339689 Page 38 of 54

80

## CONFIDENTIAL

| Col | Description | Range of entries | Notes |
|-----|------------|------------------|-------|
| BK | Haemofiltration on bypass | Yes | The removal of white cells to assist flow through the bypass machine |
| BL | Blood Used | Yes, | More detail provided in the separate database. |
| BM | Height (cm) | Max 197, Min 140, mean 168.7, | |
| BN | Weight (kg) | Max 140, Min 37.3, mean 77.1, | |
| BO | BSA | Max 3.3, Min 1.14, mean 2.1, | Body Surface Area appears to have a bearing on mortality |
| BP | BMI | Max 43.6, Min 16.16, mean 27.0, | Body Mass Index appears to have a bearing on mortality |
| BQ | Low Cardiac Output | Inotropes, Inotropes, IABP, IABP, | Inotropes are drugs to increase cardiac output by making the heart work faster<br>IABP = Intra Aortic Balloon Pump |
| BR | Arrythmias | VF/VT req intervention, SVT req treatment, VF/VT req intervention, Permanent pacing required, Permanent pacing required, SVT req treatment, VF/VT req intervention, | SVT = Supra Ventricular Tachycardia - fast beat above the ventricles (while not ideal, reportedly not as great a concern as Ventricular Fibrillation which represents a higher risk) |
| BS | Re-sternotomy | Bleeding/tamponade, Other | Tamponade = pericardium filled with blood leading to lower cardiac output |
| BT | Sternal Resuturing | Yes, | Associated with rethoracotomy (the opening of the thorax) |
| BU | Laparotomy | Yes | Opening of the abdominal cavity, very rarely required but associated with higher mortality. |
| BV | Pulmonary Complications | Full tracheostomy, Other, Reintubation & ventilation, Full tracheostomy, Other, Reintubation & ventilation, Other, Pulmonary embolism, | |
| BW | Neurological Complications | Transient stroke, Other, Permanent stroke, | Stroke etc, arising from the operation, ie a side effect. |
| BX | Infective Complications | Septicaemia due to any cause, Other, Sternotomy req debridement/resuture, | |
| BY | Renal Complications | New HF/Dialysis required, Mild/moderate (Cr >200 μmol/l), Other | HF in the database is assumed to be a misprint for RF= Renal Failure. Cr = creatinine, high levels of which are a cause for concern. |
| BZ | GI Complications | Peptic ulceration, TPN Other, Pancreatitis, Peptic ulceration, TPN | TPN = Total Parenteral Nutrition = feeding bypassing the alimentary canal. |

Richardson Research Ltd 2003

AUTO PAGE

Confidential - Subject To Protective Order

BHCAG01306621

**CONFIDENTIAL**

| Col | Description | Range of entries | Notes |
|-----|-------------|------------------|-------|
| CA | Morbidity | yes | Detailed elsewhere. |
| CB | Stay on ITU (Hours) | Max 2300, Min 0, mean 56.2, | Intensive Therapy Unit |
| CC | Stay on ITU (Nights) | Max 96, Min 0, mean 2.4, | |
| CD | Readmitted to ITU | Yes, | |
| CE | Date of Discharge/Death | Max 19 Apr 02, Min 04 Apr 01, Mean 06 Oct 01, | |
| CF | Patient Status | Alive, Died in hospital, Died in theatre, | |
| CG | Cause of Death | Cardiac, Septicaemia, Other Neurological, Pulmonary, Unknown, | |
| CH | Referral-Op Interval (days) | Max 826, Min 5, mean 138.2, | Effectively the waiting time from referral to operation. |
| CI | PreOp Stay (days) | Max 63, Min 0, mean 3.1, | |
| CJ | Post Op Stay (days) | Max 147, Min 0, mean 9.6, | |
| CK | Total Hospital Stay (days) | Max 148, Min 0, mean 12.7, | |
| CL | Parsonnet Score | Max 55, Min 0, mean 9.4, | Parsonnet scores are described in the text of the report |

Richardson Research Ltd 2003

AUTO PAGE

Confidential - Subject To Protective Order

BHCAG01306622

CONFIDENTIAL

# APPENDIX B

## St George's Hospital data summary: All Consultants

The analysis shown here uses the headings and entries found in the St George's Hospital database. It shows the summary for all Consultants. The same analysis has also been carried out for each individual Consultant and this is available separately on CD.

| St George's Hospital Aprotinin data 2001-02 | n=1014 All Patients | %age | N=143 With aprotinin Patients | %age | n=871 Without aprotinin Patients | %age |
|---|---|---|---|---|---|---|
| **HISTORY** | | | | | | |
| **Gender** | | | | | | |
| male | 721 | 71% | 85 | 59% | 636 | 73% |
| female | 293 | 29% | 58 | 41% | 235 | 27% |
| **Age at Surgery** | | | | | | |
| 0-15 | 0 | | 0 | | 0 | |
| 15-20 | 1 | 0% | 0 | 0% | 1 | 0% |
| 21-25 | 2 | 0% | 0 | 0% | 2 | 0% |
| 26-30 | 4 | 0% | 0 | 0% | 4 | 0% |
| 31-35 | 9 | 1% | 4 | 3% | 5 | 1% |
| 36-40 | 13 | 1% | 5 | 3% | 8 | 1% |
| 41-45 | 18 | 2% | 0 | 0% | 18 | 2% |
| 46-50 | 34 | 3% | 3 | 2% | 31 | 4% |
| 51-55 | 76 | 7% | 9 | 6% | 67 | 8% |
| 56-60 | 115 | 11% | 14 | 10% | 101 | 12% |
| 61-65 | 161 | 16% | 25 | 17% | 136 | 16% |
| 66-70 | 201 | 20% | 28 | 20% | 173 | 20% |
| 71-75 | 201 | 20% | 24 | 17% | 177 | 20% |
| 76-80 | 143 | 14% | 26 | 18% | 117 | 13% |
| 81-85 | 33 | 3% | 5 | 3% | 28 | 3% |
| 86-90 | 3 | 0% | 0 | 0% | 3 | 0% |
| 91-95 | 0 | | 0 | | 0 | |
| Averages | 67.9 | 7% | 67.8 | | 67.9 | |
| **Angina Status** | | | | | | |
| CCS 0 (No angina) | 132 | 13% | 37 | 26% | 95 | 11% |
| CCS 1 | 122 | 12% | 21 | 15% | 101 | 12% |
| CCS 2 | 285 | 28% | 30 | 21% | 255 | 29% |
| CCS 3 | 296 | 29% | 29 | 20% | 267 | 31% |
| CCS 4 | 176 | 17% | 26 | 18% | 150 | 17% |
| blank | 3 | 0% | 0 | 0% | 3 | 0% |
| **Dyspnoea Status** | | | | | | |

Richardson Research Ltd 2003

AUTO PAGE

Confidential - Subject To Protective Order

**CONFIDENTIAL**

| St George's Hospital Aprotinin data 2001-02 | n=1014 All Patients | %age | N=143 With aprotinin Patients | %age | n=871 Without aprotinin Patients | %age |
|---|---|---|---|---|---|---|
| NYHA 1 (Asymptomatic) | 368 | 36% | 46 | 32% | 322 | 37% |
| NYHA 2 | 488 | 48% | 64 | 45% | 424 | 49% |
| NYHA 3 | 129 | 13% | 27 | 19% | 102 | 12% |
| NYHA 4 | 25 | 2% | 6 | 4% | 19 | 2% |
| blank | 4 | 0% | 0 | 0% | 4 | 0% |
| | | | | | | |
| **Symptom Status** | | | | | | |
| Unstable/recent deterioration | 326 | 32% | 50 | 35% | 276 | 32% |
| Stable | 685 | 68% | 93 | 65% | 592 | 68% |
| blank | 3 | 0% | 0 | 0% | 3 | 0% |
| | | | | | | |
| **Congestive Cardiac Failure** | | | | | | |
| Now | 97 | 10% | 20 | 14% | 77 | 9% |
| Never | 193 | 19% | 15 | 10% | 178 | 20% |
| no | 650 | 64% | 95 | 66% | 555 | 64% |
| Past | 71 | 7% | 13 | 9% | 58 | 7% |
| blank | 3 | 0% | 0 | 0% | 3 | 0% |
| | | | | | | |
| **Previous "Q" Wave MI's** | | | | | | |
| None | 595 | 59% | 95 | 66% | 500 | 57% |
| One | 327 | 32% | 37 | 26% | 290 | 33% |
| Two | 74 | 7% | 9 | 6% | 65 | 7% |
| Four | 2 | 0% | 0 | 0% | 2 | 0% |
| Three | 11 | 1% | 1 | 1% | 10 | 1% |
| Five | 1 | 0% | 1 | 1% | 0 | 0% |
| blank | 4 | 0% | 0 | 0% | 4 | 0% |
| | | | | | | |
| **Last "Q" Wave MI** | | | | | | |
| > 30 days | 306 | 30% | 34 | 24% | 272 | 31% |
| 1-30 days | 103 | 10% | 12 | 8% | 91 | 10% |
| 6-24 hours | 6 | 1% | 2 | 1% | 4 | 0% |
| blank | 599 | 59% | 95 | 66% | 504 | 58% |
| | | | | | | |
| **Previous Cardiological Inter** | | | | | | |
| No | 910 | | 135 | 94% | 775 | 89% |
| Yes | 101 | 10% | 8 | 6% | 93 | 11% |
| blank | 3 | 0% | 0 | 0% | 3 | 0% |
| | | | | | | |
| **Previous PTCA/Stent** | | | | | | |
| Yes | 97 | 10% | 8 | 6% | 89 | 10% |
| No | 4 | 0% | 0 | 0% | 4 | 0% |
| blank | 913 | | 135 | 94% | 778 | 89% |
| | | | | | | |
| **Recently Failed Intervention** | | | | | | |
| No | 92 | 9% | 6 | 4% | 86 | 10% |
| Failed Op <24 hours | 2 | 0% | 0 | 0% | 2 | 0% |
| >24 hours - Op same admission | 7 | 1% | 2 | 1% | 5 | 1% |

**Date of last intervention**
Richardson Research Ltd 2003

AUTO PAGE

BHCAG01306624

**CONFIDENTIAL**

| St George's Hospital Aprotinin data 2001-02 | n=1014 All Patients | %age | N=143 With aprotinin Patients | %age | n=871 Without aprotinin Patients | %age |
|---|---|---|---|---|---|---|
| Max 28 Feb 02 | 0 | | 0 | | 0 | |
| Min 01 Jul 87 | 0 | | 0 | | 0 | |
| Mean 18 Dec 98 | 0 | | 0 | | 0 | |
| | | | | | | |
| **Previous Surgical Intervention** | | | | | | |
| Valve | 16 | 2% | 12 | 8% | 4 | 0% |
| CABG | 17 | 2% | 8 | 6% | 9 | 1% |
| Desc or abd arch surgery | 2 | 0% | 0 | 0% | 2 | 0% |
| Carotid endarterectomy | 2 | 0% | 0 | 0% | 2 | 0% |
| Peripheral vascular | 9 | 1% | 1 | 1% | 8 | 1% |
| Other cardiac | 1 | 0% | 1 | 1% | 0 | 0% |
| Congenital cardiac | 2 | 0% | 2 | 1% | 0 | 0% |
| CABG, Valve | 4 | 0% | 2 | 1% | 2 | 0% |
| | | | | | | |
| **Date of last Cardiac Operation** | | | | | | |
| Averages | 30/Jul/89 | | 23/Mar/87 | | 19/May/92 | |
| | | | | | | |
| **Diabetes** | | | | | | |
| No | 787 | | 116 | 81% | 671 | 77% |
| Oral therapy | 97 | 10% | 9 | 6% | 88 | 10% |
| Diet controlled | 43 | 4% | 5 | 3% | 38 | 4% |
| Insulin | 85 | 8% | 13 | 9% | 72 | 8% |
| blank | 2 | 0% | 0 | 0% | 2 | 0% |
| | | | | | | |
| **Hypercholesterolaemia** | | | | | | |
| No | 260 | 26% | 58 | 41% | 202 | 23% |
| Yes | 745 | 73% | 81 | 57% | 664 | 76% |
| Unknown | 6 | 1% | 4 | 3% | 2 | 0% |
| blank | 3 | 0% | 0 | 0% | 3 | 0% |
| | | | | | | |
| **Hypertension** | | | | | | |
| No | 397 | 39% | 69 | 48% | 328 | 38% |
| Yes | 614 | 61% | 74 | 52% | 540 | 62% |
| blank | 3 | 0% | 0 | 0% | 3 | 0% |
| | | | | | | |
| **Smoking** | | | | | | |
| Never smoked | 334 | 33% | 55 | 38% | 279 | 32% |
| Ex-smoker | 558 | 55% | 73 | 51% | 485 | 56% |
| Still smoking | 113 | 11% | 13 | 9% | 100 | 11% |
| blank | 9 | 1% | 2 | 1% | 7 | 1% |
| | | | | | | |
| **GI Tract** | | | | | | |
| Previous peptic ulcer | 45 | 4% | 4 | 3% | 41 | 5% |
| Previous surgery | 50 | 5% | 15 | 10% | 35 | 4% |
| Previous peptic ulcer, Previous surgery | 6 | 1% | 1 | 1% | 5 | 1% |
| Other | 6 | 1% | 0 | 0% | 6 | 1% |
| blank | 907 | | 123 | 86% | 784 | 90% |

**Renal**

Richardson Research Ltd 2003

AUTO PAGE

Confidential - Subject To Protective Order

**CONFIDENTIAL**

| St George's Hospital Aprotinin data 2001-02 | n=1014 All Patients | %age | N=143 With aprotinin Patients | %age | n=871 Without aprotinin Patients | %age |
|---|---|---|---|---|---|---|
| Cr>200 µmol/l | 23 | 2% | 4 | 3% | 19 | 2% |
| Chronic RF-dialysis | 2 | 0% | 1 | 1% | 1 | 0% |
| Functioning transplant | 3 | 0% | 1 | 1% | 2 | 0% |
| blank | 986 | | 137 | 96% | 849 | 97% |
| | | | | | | |
| **Respiratory** | | | | | | |
| Asthma | 47 | 5% | 4 | 3% | 43 | 5% |
| COAD/Emphysema, Asthma | 2 | 0% | 1 | 1% | 1 | 0% |
| COAD/Emphysema | 29 | 3% | 6 | 4% | 23 | 3% |
| blank | 936 | | 132 | | 804 | |
| | | | | | | |
| **Cerebrovascular Disease** | | | | | | |
| Previous CVA > 2 weeks | 47 | 5% | 10 | 7% | 37 | 4% |
| Previous TIA > 6 months | 16 | 2% | 3 | 2% | 13 | 1% |
| Previous CVA < 2 weeks | 3 | 0% | 3 | 2% | 0 | 0% |
| Carotid bruit | 3 | 0% | 1 | 1% | 2 | 0% |
| Previous TIA < 6 months | 8 | 1% | 0 | 0% | 8 | 1% |
| Previous CVA > 2 weeks, Carotid bruit | 1 | 0% | 0 | 0% | 1 | 0% |
| Previous TIA > 6 months, Carotid bruit | 1 | 0% | 0 | 0% | 1 | 0% |
| blank | 935 | | 126 | 88% | 809 | 93% |
| | | | | | | |
| **Neurological dysfunction** | | | | | | |
| No | 32 | 3% | 7 | 5% | 25 | 3% |
| Yes - affecting day-to-day functioning | 16 | 2% | 4 | 3% | 12 | 1% |
| blank | 966 | | 132 | 92% | 834 | 96% |
| | | | | | | |
| **Peripheral vascular disease** | | | | | | |
| Yes | 102 | 10% | 11 | 8% | 91 | 10% |
| blank | 912 | | 132 | 92% | 780 | 90% |
| | | | | | | |
| **Pre-Op Arrythmias** | | | | | | |
| Atrial fibrillation/flutter | 95 | 9% | 30 | 21% | 65 | 7% |
| Normal (SR) | 899 | | 111 | 78% | 788 | 90% |
| VF/VT | 12 | 1% | 1 | 1% | 11 | 1% |
| Complete heart block | 5 | 0% | 1 | 1% | 4 | 0% |
| blank | 3 | 0% | 0 | 0% | 3 | 0% |
| | | | | | | |
| **Extent of coronary disease** | | | | | | |
| Single vessel | 48 | 5% | 5 | 3% | 43 | 5% |
| Triple vessel | 687 | 68% | 80 | 56% | 607 | 70% |
| Double vessel | 128 | 13% | 11 | 8% | 117 | 13% |
| Normal | 107 | 11% | 30 | 21% | 77 | 9% |
| blank | 44 | 4% | 17 | 12% | 27 | 3% |
| | | | | | | |
| **LMS disease** | | | | | | |
| No | 751 | 74% | 92 | 64% | 659 | 76% |
| Yes | 219 | 22% | 34 | 24% | 185 | 21% |
| blank | 44 | 4% | 17 | 12% | 27 | 3% |

Richardson Research Ltd 2003

AUTO PAGE

Confidential - Subject To Protective Order

BHCAG01306626

CONFIDENTIAL

| St George's Hospital Aprotinin data 2001-02 | n=1014 All Patients | %age | N=143 With aprotinin Patients | %age | n=871 Without aprotinin Patients | %age |
|---|---|---|---|---|---|---|
| **Ejection fraction** | | | | | | |
| Good (>50%) | 712 | 70% | 105 | 73% | 607 | 70% |
| Fair (30-49%) | 219 | 22% | 26 | 18% | 193 | 22% |
| Poor (<30%) | 73 | 7% | 8 | 6% | 65 | 7% |
| Unknown | 1 | 0% | 1 | 1% | 0 | 0% |
| blank | 9 | 1% | 3 | 2% | 6 | 1% |
| | | | | | | |
| **PA Systolic (mmHg)** | | | | | | |
| 15 | 0 | | 0 | | 0 | |
| 20 | 1 | 0% | 0 | 0% | 1 | 0% |
| 25 | 5 | 0% | 3 | 2% | 2 | 0% |
| 30 | 3 | 0% | 2 | 1% | 1 | 0% |
| 35 | 4 | 0% | 1 | 1% | 3 | 0% |
| 40 | 11 | 1% | 6 | 4% | 5 | 1% |
| 45 | 1 | 0% | 0 | 0% | 1 | 0% |
| 50 | 6 | 1% | 1 | 1% | 5 | 1% |
| 55 | 3 | 0% | 0 | 0% | 3 | 0% |
| 60 | 2 | 0% | 1 | 1% | 1 | 0% |
| 65 | 5 | 0% | 2 | 1% | 3 | 0% |
| 70 | 8 | 1% | 1 | 1% | 7 | 1% |
| 75 | 0 | | 0 | | 0 | |
| 80 | 2 | 0% | 0 | 0% | 2 | 0% |
| 85 | 0 | | 0 | | 0 | |
| 90 | 1 | 0% | 1 | 1% | 0 | 0% |
| 95 | 2 | 0% | 0 | 0% | 2 | 0% |
| 100 | 1 | 0% | 0 | 0% | 1 | 0% |
| 105 | 0 | | 0 | | 0 | |
| blank | 959 | | 125 | 87% | 834 | 96% |
| Totals | 1014 | | 143 | | 871 | |
| Averages | 51.1 | 5% | 43.8 | 31% | 54.7 | 6% |
| | | | | | | |
| **AV Gradient (mmHg)** | | | | | | |
| 5 | 0 | | 0 | | 0 | |
| 10 | 2 | 0% | 0 | 0% | 2 | 0% |
| 20 | 8 | 1% | 2 | 1% | 6 | 1% |
| 30 | 12 | 1% | 2 | 1% | 10 | 1% |
| 40 | 4 | 0% | 0 | 0% | 4 | 0% |
| 50 | 8 | 1% | 2 | 1% | 6 | 1% |
| 60 | 12 | 1% | 4 | 3% | 8 | 1% |
| 70 | 14 | 1% | 4 | 3% | 10 | 1% |
| 80 | 21 | 2% | 3 | 2% | 18 | 2% |
| 90 | 11 | 1% | 2 | 1% | 9 | 1% |
| 100 | 15 | 1% | 3 | 2% | 12 | 1% |
| 110 | 2 | 0% | 0 | 0% | 2 | 0% |
| 120 | 4 | 0% | 1 | 1% | 3 | 0% |
| 130 | 3 | 0% | 0 | 0% | 3 | 0% |
| 140 | 2 | 0% | 0 | 0% | 2 | 0% |
| 150 | 1 | 0% | 0 | 0% | 1 | 0% |
| blank | 895 | | 120 | 84% | 775 | 89% |

Richardson Research Ltd 2003                                    AUTO PAGE

Confidential - Subject To Protective Order

**CONFIDENTIAL**

| St George's Hospital Aprotinin data 2001-02 | n=1014 All Patients | %age | N=143 With aprotinin Patients | %age | n=871 Without aprotinin Patients | %age |
|---|---|---|---|---|---|---|
| Totals | 1014 | | 143 | | 871 | |
| Averages | 69.5 | 7% | 67.0 | 47% | 70.1 | 8% |
| | | | | | | |
| **LVEDP (mmHg)** | | | | | | |
| 0 | 0 | | 0 | | 0 | |
| 5 | 6 | 1% | 1 | 1% | 5 | 1% |
| 10 | 75 | 7% | 16 | 11% | 59 | 7% |
| 15 | 136 | 13% | 11 | 8% | 125 | 14% |
| 20 | 163 | 16% | 21 | 15% | 142 | 16% |
| 25 | 75 | 7% | 6 | 4% | 69 | 8% |
| 30 | 51 | 5% | 7 | 5% | 44 | 5% |
| 35 | 14 | 1% | 0 | 0% | 14 | 2% |
| 40 | 9 | 1% | 3 | 2% | 6 | 1% |
| 45 | 1 | 0% | 0 | 0% | 1 | 0% |
| blank | 484 | 48% | 78 | 55% | 406 | 47% |
| Totals | 1014 | | 143 | | 871 | |
| Averages | 17.6 | 2% | 17.2 | 12% | 17.7 | 2% |
| | | | | | | |
| **PAWP/LA (mmHg)** | | | | | | |
| 0 | 0 | | 0 | | 0 | |
| 10 | 1 | 0% | 0 | 0% | 1 | 0% |
| 20 | 11 | 1% | 6 | 4% | 5 | 1% |
| 30 | 10 | 1% | 3 | 2% | 7 | 1% |
| 40 | 8 | 1% | 2 | 1% | 6 | 1% |
| 50 | 2 | 0% | 0 | 0% | 2 | 0% |
| 60 | 1 | 0% | 0 | 0% | 1 | 0% |
| blank | 981 | | 132 | 92% | 849 | 97% |
| Totals | 1014 | | 143 | | 871 | |
| Averages | 26.5 | 3% | 22.3 | 16% | 28.7 | 3% |
| | | | | | | |
| **Cardiogenic Shock** | | | | | | |
| Yes | 9 | 1% | 2 | 1% | 7 | 1% |
| blank | 1005 | | 141 | 99% | 864 | 99% |
| | | | | | | |
| **IABP** | | | | | | |
| no | 5 | 0% | 2 | 1% | 3 | 0% |
| Yes | 14 | 1% | 4 | 3% | 10 | 1% |
| blank | 995 | | 137 | 96% | 858 | 99% |
| | | | | | | |
| **Operation Sequence** | | | | | | |
| First operation | 970 | | 118 | 83% | 852 | 98% |
| Second operation | 35 | 3% | 21 | 15% | 14 | 2% |
| Third operation | 4 | 0% | 3 | 2% | 1 | 0% |
| blank | 5 | 0% | 1 | 1% | 4 | 0% |
| | | | | | | |
| **Endocarditis** | | | | | | |
| Active infection | 13 | 1% | 10 | 7% | 3 | 0% |
| Previous infection | 3 | 0% | 0 | 0% | 3 | 0% |
| blank | 998 | | 133 | 93% | 865 | 99% |

Richardson Research Ltd 2003                                                    AUTO PAGE

Confidential - Subject To Protective Order

**CONFIDENTIAL**

| St George's Hospital Aprotinin data 2001-02 | n=1014 All Patients | %age | N=143 With aprotinin Patients | %age | n=871 Without aprotinin Patients | %age |
|---|---|---|---|---|---|---|
| **Height (cm)** | | | | | | |
| 130 | 0 | | 0 | | 0 | |
| 135 | 0 | | 0 | | 0 | |
| 140 | 1 | 0% | 0 | 0% | 1 | 0% |
| 145 | 4 | 0% | 1 | 1% | 3 | 0% |
| 150 | 29 | 3% | 4 | 3% | 25 | 3% |
| 155 | 73 | 7% | 7 | 5% | 66 | 8% |
| 160 | 108 | 11% | 24 | 17% | 84 | 10% |
| 165 | 164 | 16% | 29 | 20% | 135 | 15% |
| 170 | 191 | 19% | 33 | 23% | 158 | 18% |
| 175 | 185 | 18% | 18 | 13% | 167 | 19% |
| 180 | 167 | 16% | 17 | 12% | 150 | 17% |
| 185 | 69 | 7% | 5 | 3% | 64 | 7% |
| 190 | 12 | 1% | 3 | 2% | 9 | 1% |
| 195 | 4 | 0% | 1 | 1% | 3 | 0% |
| 200 | 3 | 0% | 1 | 1% | 2 | 0% |
| blank | 4 | 0% | 0 | 0% | 4 | 0% |
| **Totals** | 1014 | | 143 | | 871 | |
| **Averages** | 168.7 | 17% | 167.4 | 117% | 168.9 | 19% |
| **Weight (kg)** | | | | | | |
| 30 | 0 | | 0 | | 0 | |
| 40 | 2 | 0% | 1 | 1% | 1 | 0% |
| 50 | 26 | 3% | 11 | 8% | 15 | 2% |
| 60 | 120 | 12% | 20 | 14% | 100 | 11% |
| 70 | 187 | 18% | 35 | 24% | 152 | 17% |
| 80 | 282 | 28% | 39 | 27% | 243 | 28% |
| 90 | 222 | 22% | 22 | 15% | 200 | 23% |
| 100 | 101 | 10% | 5 | 3% | 96 | 11% |
| 110 | 48 | 5% | 6 | 4% | 42 | 5% |
| 120 | 19 | 2% | 4 | 3% | 15 | 2% |
| 130 | 3 | 0% | 0 | 0% | 3 | 0% |
| 140 | 2 | 0% | 0 | 0% | 2 | 0% |
| 150 | 0 | | 0 | | 0 | |
| blank | 2 | 0% | 0 | 0% | 2 | 0% |
| **Totals** | 1014 | | 143 | | 871 | |
| **Averages** | 77.1 | 8% | 72.5 | 51% | 77.8 | 9% |
| **BSA** | | | | | | |
| 1.00 | 0 | | 0 | | 0 | |
| 1.25 | 2 | 0% | 1 | 1% | 1 | 0% |
| 1.50 | 35 | 3% | 14 | 10% | 21 | 2% |
| 1.75 | 137 | 14% | 18 | 13% | 119 | 14% |
| 2.00 | 241 | 24% | 48 | 34% | 193 | 22% |
| 2.25 | 325 | 32% | 38 | 27% | 287 | 33% |
| 2.50 | 178 | 18% | 11 | 8% | 167 | 19% |
| 2.75 | 64 | 6% | 9 | 6% | 55 | 6% |
| 3.00 | 25 | 2% | 4 | 3% | 21 | 2% |

Richardson Research Ltd 2003                                        AUTO PAGE

**CONFIDENTIAL**

| St George's Hospital<br>Aprotinin data<br>2001-02 | n=1014<br>All<br>Patients | %age | N=143<br>With aprotinin<br>Patients | %age | n=871<br>Without aprotinin<br>Patients | %age |
|---|---|---|---|---|---|---|
| 3.25 | 2 | 0% | 0 | 0% | 2 | 0% |
| 3.50 | 1 | 0% | 0 | 0% | 1 | 0% |
| blank | 4 | 0% | 0 | 0% | 4 | 0% |
| Totals | 1014 | | 143 | | 871 | |
| Averages | 2.1 | 0% | 2.0 | 1% | 2.1 | 0% |
| | | | | | | |
| **BMI** | | | | | | |
| 15 | 0 | | 0 | | 0 | |
| 20 | 40 | 4% | 13 | 9% | 27 | 3% |
| 25 | 309 | 30% | 52 | 36% | 257 | 30% |
| 30 | 435 | 43% | 51 | 36% | 384 | 44% |
| 35 | 174 | 17% | 23 | 16% | 151 | 17% |
| 40 | 44 | 4% | 2 | 1% | 42 | 5% |
| 45 | 8 | 1% | 2 | 1% | 6 | 1% |
| blank | 4 | 0% | 0 | 0% | 4 | 0% |
| Totals | 1014 | | 143 | | 871 | |
| Averages | 27.0 | 3% | 25.8 | 18% | 27.2 | 3% |
| | | | | | | |
| **Pre-admission wait [days]** | | | | | | |
| 0 | 0 | | 0 | | 0 | |
| 50 | 156 | 15% | 27 | 19% | 129 | 15% |
| 100 | 123 | 12% | 20 | 14% | 103 | 12% |
| 150 | 75 | 7% | 7 | 5% | 68 | 8% |
| 200 | 69 | 7% | 6 | 4% | 63 | 7% |
| 250 | 40 | 4% | 3 | 2% | 37 | 4% |
| 300 | 27 | 3% | 4 | 3% | 23 | 3% |
| 350 | 31 | 3% | 2 | 1% | 29 | 3% |
| 400 | 19 | 2% | 5 | 3% | 14 | 2% |
| 450 | 7 | 1% | 0 | 0% | 7 | 1% |
| 500 | 7 | 1% | 2 | 1% | 5 | 1% |
| 550 | 0 | | 0 | | 0 | |
| 600 | 1 | 0% | 0 | 0% | 1 | 0% |
| 650 | 1 | 0% | 0 | 0% | 1 | 0% |
| 700 | 1 | 0% | 0 | 0% | 1 | 0% |
| 750 | 1 | 0% | 0 | 0% | 1 | 0% |
| 800 | 0 | | 0 | | 0 | |
| 850 | 1 | 0% | 0 | 0% | 1 | 0% |
| blank | 455 | 45% | 67 | 47% | 388 | 45% |
| Totals | 1014 | | 143 | | 871 | |
| Averages | 138.2 | 14% | 121.2 | 85% | 140.9 | 16% |
| | | | | | | |
| **Parsonnet Score** | | | | | | |
| 0 | 0 | | 0 | | 0 | |
| 5 | 294 | 29% | 32 | 22% | 262 | 30% |
| 10 | 283 | 28% | 31 | 22% | 252 | 29% |
| 15 | 172 | 17% | 31 | 22% | 141 | 16% |
| 20 | 101 | 10% | 19 | 13% | 82 | 9% |
| 25 | 51 | 5% | 13 | 9% | 38 | 4% |
| 30 | 27 | 3% | 8 | 6% | 19 | 2% |

Richardson Research Ltd 2003                                                    AUTO PAGE

Confidential - Subject To Protective Order

CONFIDENTIAL

| St George's Hospital Aprotinin data 2001-02 | n=1014 All Patients | %age | N=143 With aprotinin Patients | %age | n=871 Without aprotinin Patients | %age |
|---|---|---|---|---|---|---|
| 35 | 10 | 1% | 3 | 2% | 7 | 1% |
| 40 | 2 | 0% | 0 | 0% | 2 | 0% |
| 45 | 0 | | 0 | | 0 | |
| 50 | 0 | | 0 | | 0 | |
| 55 | 1 | 0% | 1 | 1% | 0 | 0% |
| 60 | 0 | | 0 | | 0 | |
| blank | 73 | 7% | 5 | 3% | 68 | 8% |
| Totals | 1014 | | 143 | | 871 | |
| Averages | 10.2 | 1% | 12.9 | 9% | 9.7 | 1% |
| | | | | | | |
| | 1014 | | 143 | | 871 | |

**UK Parsonnet mortality**
**Mortality differences**

**TREATMENT**

**Tranaxemic acid**

| | | | | | | |
|---|---|---|---|---|---|---|
| yes | 167 | 16% | 6 | 4% | 161 | 18% |
| no | 788 | | 132 | 92% | 656 | 75% |
| ?no | 2 | 0% | 2 | 1% | 0 | 0% |
| ? | 9 | 1% | 0 | 0% | 9 | 1% |
| blank | 48 | 5% | 3 | 2% | 45 | 5% |

**Aprotinin**

| | | | | | | |
|---|---|---|---|---|---|---|
| no | 821 | | 0 | 0% | 821 | 94% |
| yes | 143 | 14% | 143 | 100% | 0 | 0% |
| ? | 9 | 1% | 0 | 0% | 9 | 1% |
| blank | 41 | 4% | 0 | 0% | 41 | 5% |

**planned aprotinin**

| | | | | | | |
|---|---|---|---|---|---|---|
| no | 7 | 1% | 7 | 5% | 0 | 0% |
| yes | 133 | 13% | 133 | 93% | 0 | 0% |
| ? | 1 | 0% | 1 | 1% | 0 | 0% |
| blank | 873 | | 2 | 1% | 871 | 100% |

**reactive aprotinin**

| | | | | | | |
|---|---|---|---|---|---|---|
| yes | 7 | 1% | 7 | 5% | 0 | 0% |
| ? | 1 | 0% | 1 | 1% | 0 | 0% |
| blank | 1006 | | 135 | 94% | 871 | 100% |

**Operative Priority**

| | | | | | | |
|---|---|---|---|---|---|---|
| Salvage | 4 | 0% | 0 | 0% | 4 | 0% |
| Emergency | 31 | 3% | 13 | 9% | 18 | 2% |
| Urgent | 325 | 32% | 46 | 32% | 279 | 32% |
| Elective | 652 | 64% | 84 | 59% | 568 | 65% |
| blank | 2 | 0% | 0 | 0% | 2 | 0% |

**Cardiac Procedures**

Richardson Research Ltd 2003                                    AUTO PAGE

BHCAG01306631

## CONFIDENTIAL

| St George's Hospital Aprotinin data 2001-02 | n=1014 All Patients | %age | N=143 With aprotinin Patients | %age | n=871 Without aprotinin Patients | %age |
|---|---|---|---|---|---|---|
| CABG + Valve | 75 | 7% | 19 | 13% | 56 | 6% |
| CABG only | 765 | | 72 | 50% | 693 | 80% |
| Valve replacement/repair | 107 | 11% | 31 | 22% | 76 | 9% |
| CABG + Valve + Other | 9 | 1% | 3 | 2% | 6 | 1% |
| Other | 31 | 3% | 5 | 3% | 26 | 3% |
| Valve + Other | 16 | 2% | 12 | 8% | 4 | 0% |
| CABG + Other | 11 | 1% | 1 | 1% | 10 | 1% |
| blank | 0 | | 0 | | 0 | |
| **Other Cardiac Procedures** | | | | | | |
| Pericardiectomy | 2 | 0% | 0 | 0% | 2 | 0% |
| Aortic & peripheral vascular | 8 | 1% | 4 | 3% | 4 | 0% |
| Pericardiectomy, Other | 1 | 0% | 1 | 1% | 0 | 0% |
| Cardiac trauma | 2 | 0% | 0 | 0% | 2 | 0% |
| LV Aneurysmectomy | 6 | 1% | 0 | 0% | 6 | 1% |
| Atrial myxoma | 5 | 0% | 0 | 0% | 5 | 1% |
| Cardiac trauma, Pericardiectomy | 1 | 0% | 0 | 0% | 1 | 0% |
| HCOM | 10 | 1% | 0 | 0% | 10 | 1% |
| Congenital | 6 | 1% | 1 | 1% | 5 | 1% |
| Other | 4 | 0% | 1 | 1% | 3 | 0% |
| Acquired VSD | 2 | 0% | 0 | 0% | 2 | 0% |
| Congenital ,Other | 1 | 0% | 0 | 0% | 1 | 0% |
| blank | 966 | | 136 | 95% | 830 | 95% |
| **No.  of CABG** | | | | | | |
| 1 | 64 | 6% | 9 | 6% | 55 | 6% |
| 2 | 151 | 15% | 16 | 11% | 135 | 15% |
| 3 | 409 | 40% | 49 | 34% | 360 | 41% |
| 4 | 212 | 21% | 19 | 13% | 193 | 22% |
| 5 | 22 | 2% | 1 | 1% | 21 | 2% |
| 6 | 2 | 0% | 1 | 1% | 1 | 0% |
| blank | 154 | 15% | 48 | 34% | 106 | 12% |
| **No.  of Valves** | | | | | | |
| 1 | 184 | 18% | 54 | 38% | 130 | 15% |
| 2 | 20 | 2% | 9 | 6% | 11 | 1% |
| 3 | 3 | 0% | 2 | 1% | 1 | 0% |
| blank | 807 | | 78 | 55% | 729 | 84% |
| **Valves** | | | | | | |
| Mitral | 42 | 4% | 12 | 8% | 30 | 3% |
| Aortic | 142 | 14% | 42 | 29% | 100 | 11% |
| Aortic-Mitral | 18 | 2% | 9 | 6% | 9 | 1% |
| Aortic-Mitral-Tricuspid | 3 | 0% | 2 | 1% | 1 | 0% |
| Mitral-Tricuspid | 2 | 0% | 0 | 0% | 2 | 0% |
| blank | 807 | | 78 | 55% | 729 | 84% |
| **No.  of Vascular** | | | | | | |
| 1 | 29 | 3% | 19 | 13% | 10 | 1% |

Richardson Research Ltd 2003                                                      AUTO PAGE

Confidential - Subject To Protective Order

**CONFIDENTIAL**

| St George's Hospital Aprotinin data 2001-02 | n=1014 All Patients | %age | N=143 With aprotinin Patients | %age | n=871 Without aprotinin Patients | %age |
|---|---|---|---|---|---|---|
| blank | 985 | | 124 | 87% | 861 | 99% |
| **Aorta** | | | | | | |
| Asc aorta | 27 | 3% | 18 | 13% | 9 | 1% |
| Desc aorta | 2 | 0% | 1 | 1% | 1 | 0% |
| blank | 985 | | 124 | 87% | 861 | 99% |
| **Cardiopulmonary bypass** | | | | | | |
| Yes | 839 | | 135 | 94% | 704 | 81% |
| No | 175 | 17% | 8 | 6% | 167 | 19% |
| blank | 0 | | 0 | | 0 | |
| **myocardial protection** | | | | | | |
| Cardioplegia | 804 | | 134 | 94% | 670 | 77% |
| Non-cardioplegia | 32 | 3% | 1 | 1% | 31 | 4% |
| blank | 178 | 18% | 8 | 6% | 170 | 20% |
| **Cumulative Bypass Time** | | | | | | |
| 0 | 0 | | 0 | | 0 | |
| 50 | 58 | 6% | 26 | 18% | 32 | 4% |
| 100 | 409 | 40% | 44 | 31% | 365 | 42% |
| 150 | 294 | 29% | 37 | 26% | 257 | 30% |
| 200 | 51 | 5% | 18 | 13% | 33 | 4% |
| 250 | 19 | 2% | 6 | 4% | 13 | 1% |
| 300 | 4 | 0% | 3 | 2% | 1 | 0% |
| 350 | 2 | 0% | 0 | 0% | 2 | 0% |
| 400 | 1 | 0% | 1 | 1% | 0 | 0% |
| 450 | 1 | 0% | 0 | 0% | 1 | 0% |
| blank | 175 | 17% | 8 | 6% | 167 | 19% |
| **Totals** | 1014 | | 143 | | 871 | |
| **Averages** | 101.1 | 10% | 106.8 | 75% | 100.0 | 11% |
| **Cumulative XC Time (min)** | | | | | | |
| 0 | 0 | | 0 | | 0 | |
| 20 | 14 | 1% | 8 | 6% | 6 | 1% |
| 40 | 175 | 17% | 44 | 31% | 131 | 15% |
| 60 | 261 | 26% | 12 | 8% | 249 | 29% |
| 80 | 185 | 18% | 18 | 13% | 167 | 19% |
| 100 | 116 | 11% | 18 | 13% | 98 | 11% |
| 120 | 41 | 4% | 14 | 10% | 27 | 3% |
| 140 | 23 | 2% | 11 | 8% | 12 | 1% |
| 160 | 10 | 1% | 5 | 3% | 5 | 1% |
| 180 | 3 | 0% | 1 | 1% | 2 | 0% |
| 200 | 1 | 0% | 1 | 1% | 0 | 0% |
| 220 | 1 | 0% | 1 | 1% | 0 | 0% |
| 240 | 1 | 0% | 0 | 0% | 1 | 0% |
| 260 | 1 | 0% | 1 | 1% | 0 | 0% |
| blank | 182 | 18% | 9 | 6% | 173 | 20% |
| **Totals** | 1014 | | 143 | | 871 | |

Richardson Research Ltd 2003                                            AUTO PAGE

Confidential - Subject To Protective Order

BHCAG01306633

CONFIDENTIAL

| St George's Hospital Aprotinin data 2001-02 | n=1014 All Patients | %age | N=143 With aprotinin Patients | %age | n=871 Without aprotinin Patients | %age |
|---|---|---|---|---|---|---|
| Averages | 63.4 | 6% | 71.1 | 50% | 61.9 | 7% |
| **Circulatory Arrest Time** | | | | | | |
| 0 | 0 | | 0 | | 0 | |
| 5 | 1 | 0% | 0 | 0% | 1 | 0% |
| 10 | 2 | 0% | 0 | 0% | 2 | 0% |
| 15 | 1 | 0% | 0 | 0% | 1 | 0% |
| 20 | 4 | 0% | 2 | 1% | 2 | 0% |
| 25 | 2 | 0% | 2 | 1% | 0 | 0% |
| 30 | 1 | 0% | 1 | 1% | 0 | 0% |
| 35 | 1 | 0% | 0 | 0% | 1 | 0% |
| 40 | 2 | 0% | 2 | 1% | 0 | 0% |
| blank | 1000 | | 136 | 95% | 864 | 99% |
| **Totals** | 1014 | | 143 | | 871 | |
| **Averages** | 20.6 | 2% | 26.4 | 18% | 14.7 | 2% |
| **Haemofiltration on bypass** | | | | | | |
| Yes | 13 | 1% | 6 | 4% | 7 | 1% |
| blank | 1001 | | 137 | 96% | 864 | 99% |
| **Blood Used** | | | | | | |
| Yes | 66 | 7% | 11 | 8% | 55 | 6% |
| blank | 948 | | 132 | 92% | 816 | 94% |
| **Low Cardiac Output** | | | | | | |
| Inotropes | 115 | 11% | 26 | 18% | 89 | 10% |
| Inotropes, IABP | 35 | 3% | 8 | 6% | 27 | 3% |
| IABP | 6 | 1% | 3 | 2% | 3 | 0% |
| blank | 858 | | 106 | 74% | 752 | 86% |
| **Sternal Resuturing** | | | | | | |
| Yes | 14 | 1% | 1 | 1% | 13 | 1% |
| blank | 1000 | | 142 | 99% | 858 | 99% |
| **Laparotomy** | | | | | | |
| Yes | 4 | 0% | 1 | 1% | 3 | 0% |
| blank | 1010 | | 142 | 99% | 868 | 100% |

## OUTCOMES

**Arrythmias**

| | | | | | | |
|---|---|---|---|---|---|---|
| VF/VT req intervention | 17 | 2% | 4 | 3% | 13 | 1% |
| SVT req treatment | 18 | 2% | 3 | 2% | 15 | 2% |
| VF/VT req intervention, Permanent pacing required | 2 | 0% | 0 | 0% | 2 | 0% |
| Permanent pacing required | 11 | 1% | 1 | 1% | 10 | 1% |
| SVT req treatment, VF/VT req intervention | 2 | 0% | 0 | 0% | 2 | 0% |

**Neurological Complications**

Richardson Research Ltd 2003

AUTO PAGE

Confidential - Subject To Protective Order

**CONFIDENTIAL**

| St George's Hospital Aprotinin data 2001-02 | n=1014 All Patients | %age | N=143 With aprotinin Patients | %age | n=871 Without aprotinin Patients | %age |
|---|---|---|---|---|---|---|
| Transient stroke | 6 | 1% | 1 | 1% | 5 | 1% |
| Other | 5 | 0% | 1 | 1% | 4 | 0% |
| Permanent stroke | 13 | 1% | 3 | 2% | 10 | 1% |
| | | | | | | |
| **Infective Complications** | | | | | | |
| Septicaemia due to any cause | 22 | 2% | 2 | 1% | 20 | 2% |
| Other | 5 | 0% | 1 | 1% | 4 | 0% |
| Sternotomy req debridement/resuture | 2 | 0% | 0 | 0% | 2 | 0% |
| | | | | | | |
| **Renal Complications** | | | | | | |
| New HF/Dialysis required | 49 | 5% | 9 | 6% | 40 | 5% |
| Mild/moderate (Cr >200 $\mu$mol/l) | 16 | 2% | 3 | 2% | 13 | 1% |
| Other | 1 | 0% | 0 | 0% | 1 | 0% |
| | | | | | | |
| **GI Complications** | | | | | | |
| Peptic ulceration | 8 | 1% | 3 | 2% | 5 | 1% |
| TPN | 3 | 0% | 0 | 0% | 3 | 0% |
| Other | 4 | 0% | 1 | 1% | 3 | 0% |
| Pancreatitis | 1 | 0% | 1 | 1% | 0 | 0% |
| Peptic ulceration, TPN | 1 | 0% | 1 | 1% | 0 | 0% |
| | | | | | | |
| **Morbidity** | | | | | | |
| yes | 278 | 27% | 55 | 38% | 223 | 26% |
| | | | | | | |
| **Stay on ITU (Hours)** | | | | | | |
| 0 | 0 | | 0 | | 0 | |
| 10 | 5 | 0% | 1 | 1% | 4 | 0% |
| 20 | 261 | 26% | 28 | 20% | 233 | 27% |
| 30 | 425 | 42% | 54 | 38% | 371 | 43% |
| 40 | 18 | 2% | 4 | 3% | 14 | 2% |
| 50 | 77 | 8% | 10 | 7% | 67 | 8% |
| 60 | 8 | 1% | 0 | 0% | 8 | 1% |
| 70 | 41 | 4% | 7 | 5% | 34 | 4% |
| 80 | 34 | 3% | 6 | 4% | 28 | 3% |
| 90 | 8 | 1% | 1 | 1% | 7 | 1% |
| 100 | 21 | 2% | 4 | 3% | 17 | 2% |
| 150 | 38 | 4% | 9 | 6% | 29 | 3% |
| 200 | 12 | 1% | 1 | 1% | 11 | 1% |
| 300 | 16 | 2% | 5 | 3% | 11 | 1% |
| 400 | 10 | 1% | 4 | 3% | 6 | 1% |
| 500 | 7 | 1% | 0 | 0% | 7 | 1% |
| 600 | 3 | 0% | 2 | 1% | 1 | 0% |
| 700 | 3 | 0% | 1 | 1% | 2 | 0% |
| 800 | 3 | 0% | 0 | 0% | 3 | 0% |
| 900 | 1 | 0% | 0 | 0% | 1 | 0% |
| 1000 | 0 | | 0 | | 0 | |
| 2500 | 3 | 0% | 0 | 0% | 3 | 0% |
| blank | 20 | 2% | 6 | 4% | 14 | 2% |
| **Totals** | 1014 | | 143 | | 871 | |

Richardson Research Ltd 2003                                      AUTO PAGE

Confidential - Subject To Protective Order

BHCAG01306635

**CONFIDENTIAL**

| St George's Hospital Aprotinin data 2001-02 | n=1014 All Patients | %age | N=143 With aprotinin Patients | %age | n=871 Without aprotinin Patients | %age |
|---|---|---|---|---|---|---|
| Averages | 56.5 | 6% | 68.5 | 48% | 54.6 | 6% |

**Stay on ITU (Nights)** *(see hours above)*
Max 96
Min 0
mean 2.4

| **Readmitted to ITU** | | | | | | |
|---|---|---|---|---|---|---|
| Yes | 44 | 4% | 6 | 4% | 38 | 4% |

**Date of Discharge/Death** *(see stay)*
Max 19 Apr 02
Min 04 Apr 01
Mean 06 Oct 01

| **Patient Status** | | | | | | |
|---|---|---|---|---|---|---|
| Alive | 966 | | 130 | 91% | 836 | 96% |
| Died in hospital | 43 | 4% | 9 | 6% | 34 | 4% |
| Died in theatre | 5 | 0% | 4 | 3% | 1 | 0% |

| **Cause of Death** | | | | | | |
|---|---|---|---|---|---|---|
| Cardiac | 34 | 3% | 10 | 7% | 24 | 3% |
| Septicaemia | 7 | 1% | 0 | 0% | 7 | 1% |
| Other | 3 | 0% | 2 | 1% | 1 | 0% |
| Neurological | 2 | 0% | 1 | 1% | 1 | 0% |
| Pulmonary | 1 | 0% | 0 | 0% | 1 | 0% |
| Unknown | 1 | 0% | 0 | 0% | 1 | 0% |

| **Total Hospital Stay (days)** | | | | | | |
|---|---|---|---|---|---|---|
| 0 | 0 | | 0 | | 0 | |
| 10 | 618 | 61% | 70 | 49% | 548 | 63% |
| 20 | 266 | 26% | 44 | 31% | 222 | 25% |
| 30 | 66 | 7% | 16 | 11% | 50 | 6% |
| 40 | 18 | 2% | 2 | 1% | 16 | 2% |
| 50 | 20 | 2% | 4 | 3% | 16 | 2% |
| 60 | 6 | 1% | 2 | 1% | 4 | 0% |
| 70 | 4 | 0% | 1 | 1% | 3 | 0% |
| 80 | 0 | | 0 | | 0 | |
| 90 | 1 | 0% | 0 | 0% | 1 | 0% |
| 100 | 1 | 0% | 0 | 0% | 1 | 0% |
| 110 | 0 | | 0 | | 0 | |
| 120 | 2 | 0% | 2 | 1% | 0 | 0% |
| 130 | 1 | 0% | 0 | 0% | 1 | 0% |
| 140 | 1 | 0% | 1 | 1% | 0 | 0% |
| 150 | 1 | 0% | 0 | 0% | 1 | 0% |
| blank | 9 | 1% | 1 | 1% | 8 | 1% |
| **Totals** | 1014 | | 143 | | 871 | |
| **Averages** | 12.8 | 1% | 16.3 | 11% | 12.2 | 1% |

Richardson Research Ltd 2003

AUTO PAGE

Confidential - Subject To Protective Order

BHCAG01306636

CONFIDENTIAL

| St George's Hospital Aprotinin data 2001-02 | n=1014 All Patients | %age | N=143 With aprotinin Patients | %age | n=871 Without aprotinin Patients | %age |
|---|---|---|---|---|---|---|
| **Re-sternotomy** | 4% | 0% | 4% | 0% | 4% | 0% |
| Bleeding/tamponade | 41 | 4% | 6 | 4% | 35 | 4% |
| Other | 3 | 0% | 0 | 0% | 3 | 0% |
| | | | | | | |
| **Pulmonary Complications** | | | | | | |
| Full tracheostomy | 29 | 3% | 8 | 6% | 21 | 2% |
| Other | 29 | 3% | 5 | 3% | 24 | 3% |
| Reintubation & ventilation | 18 | 2% | 2 | 1% | 16 | 2% |
| Full tracheostomy, Other | 1 | 0% | 0 | 0% | 1 | 0% |
| Reintubation & ventilation, Other | 2 | 0% | 1 | 1% | 1 | 0% |
| Pulmonary embolism | 1 | 0% | 0 | 0% | 1 | 0% |

Richardson Research Ltd 2003

AUTO PAGE

Confidential - Subject To Protective Order

BHCAG01306637

| From: | Pierre-Philippe Sagnier |
|---|---|
| Sent: | Thursday, November 02, 2006 12:43 PM |
| To: | David van Veenhuyzen |
| Cc: | Anita Shah; Christiane Norenberg; James Whelan; Michael Rozycki; Pam Cyrus@BAYER-US-NOTES; Paul MacCarthy; David Sommerville |
| Subject: | Réf. Re Fw Trasylol attachments |
| Attachments: | Richardson Research Contract- final.doc; Richardson Research St George's aprotinin report_Final.doc.zip |

Dear David,

As a follow-up to your memo from yesterday, I have looked in my Lotus Notes database and can give the following further information:

The HEOR department did not claim ownership of the database that had already been organised and collected by the Saint-Georges practitioners. It was clearly a Saint-Georges proprietary database, consistent with the terms of Professor Treasure's letter. My recollection is that Prof. Treasure was very interested in applying the QStream methodology (an operation research tool developed by Richardson Research) to the Saint-Georges database to evaluate the potential impact of Trasylol on waiting lists and on the hospital use of resources. Eddie Bliss who was then the health economist based in the Medical Department in Newbury helped building the cooperation between Prof. Treasure and Richardson Research. We provided the funding for the analysis and report. After Eddie Bliss had left the Company in Q1 2003, Grant Maclaine ensured that the results and draft report from Richardson Research be reviewed and commented on by the global project team and the UK medical department. That led to the final report.

I attach the 2 memos I could retrieve in my active Lotus Notes file on the matter:

The first one (dated 27 08 03) is an addendum to the main contract with Richardson Research: it merely provided additional funding for the completion of the final report by Richardson, incorporating the comments from the Bayer side.

On 18 December 2003, Grant Maclaine informed me (second enclosed memo) of the completion of the final report after its review and approval by the global project team and the UK medical department.

I hope this is helpful. Please contact me if you have further questions.

Best regards

Pierre
+ 44 7768 917646

Att.1 Message re. contract addendum


Grant MacLaine
27/08/2003 15:29

| To: | Pierre-Philippe Sagnier/EMA/PH/GB/BAYER@BAYER-UK-NOTES |
|---|---|
| cc: | Alexandra Carathanos/PHACA/PH/DE/BAYER@BAYERNOTES |
| Subject: | St George's aprotinin project - contract |

Pierre

Here is the contract for the modification of the report for the St George's Hospital aprotinin project, which is ready for signature.


The (appendix - proposal) is a simple letter from David Robinson which sets out his costs (£1100). I do not have this electronically but can give you a hard copy if you wish to review it. The specific tasks for the project are specified in full in the contract.

Could you please review and then we will get the necessary signatures from Germany.

Thanks
Grant


Confidential - Subject To Protective Order                                         BAY03446626

Att.2 Message re. final study report completion

Grant MacLaine
17/12/2003 10:46

To:    Pierre-Philippe Sagnier/EMA/PH/GB/BAYER@BAYER-UK-NOTES
cc:    Alexandra Carathanos/PHACA/PH/DE/BAYER@BAYERNOTES, Melanie
Haines/EMA/PH/GB/BAYER@BAYER-UK-NOTES
Subject:    Final Study Report: Retrospective analysis of aprotinin use at St George's Hospital, London

Pierre

Here is the final study report for the St George's aprotinin project which Eddie Bliss had managed and was conducted by
Richardson Research. You will recall that we spoke about this earlier in the year. The report has been revised in
coordination with colleagues in Bayer UK and the Global Project Team for aprotinin. Sign off has been done jointly by
myself and David Sommerville.

Alexandra - This is the version of the report for filing with your study documentation. You will receive a completed report
authorisation form from me shortly.

Regards
Grant

----- Forwarded by Grant MacLaine/EMA/PH/GB/BAYER on 17/12/2003 09:23 -----

Grant MacLaine
17/12/2003 09:22

To:    Guenter Huebner/EPHUB/PH/DE/BAYER@BAYERNOTES
cc:    David Sommerville/PH/GB/BAYER@BAYER-UK-NOTES, Franz
Hulla/PHULA/PH/DE/BAYER@BAYERNOTES, John Curram/PH/GB/BAYER@BAYER-UK-NOTES, Luis-Felipe
Graterol/PH/GB/BAYER@BAYER-UK-NOTES
Subject:    Final Study Report: Retrospective analysis of aprotinin use at St George's Hospital, London

Dear Geunter

Here is the final approved version of the report of the retrospective analysis of aprotinin use in patients treated in the
cardiothoracic unit at St George's Hospital, London: "An Investigation Into The Effect Of Aprotinin On Usage Of Blood
Products And Lengths Of Stay At St George's Hospital London".


Your comments about the UK label for aprotinin have been incorporated. As the recent meta-analysis, to which you are
alerted us, has not yet been officially published, we decided not to include reference to this in the report.

Regards
Grant
_____

Grant Maclaine
Head, Reimbursement & TA-Metabolics
Global Health Economics & Outcomes Research
Bayer plc, Hunton House, Oxford Road, Uxbridge, UB8 1HU, United Kingdom
Direct telephone:    +44 (0)1895 816 906
Direct fax:    +44 (0)1895 816 988
e mail:  grant.maclaine.gm@bayer.co.uk
Web:    http://www.bayer.co.uk/

Confidential - Subject To Protective Order                                BAY03446627

This email is intended only for the person(s) or organisation(s) to which it is addressed and may contain confidential and/or legally privileged material. If you are not the intended recipient, please telephone the sender and delete this email from your system. If you are not the intended recipient, you must not copy this email or disclose its contents to any other person.

Confidential - Subject To Protective Order

BAY03446628

**From:** Pierre-Philippe Sagnier
**Sent:** Wednesday, November 01, 2006 10:50 AM
**To:** David Sommerville
**Cc:** Anita Shah; Christiane Norenberg; David van Veenhuyzen; James Whelan; Michael Rozycki; Pam Cyrus@BAYER-US-NOTES; Paul MacCarthy
**Subject:** Réf.  Re Fw Trasylol attachments

**Attachments:** 20061030095137492.pdf; 20061030095224792.pdf; 20061030095321817.pdf; 20061030100908656.pdf; 20061030095357812.pdf

Dear David,

Sorry I was not in the office last week and did not access my e-mail. I have called Paul MacCarthy yesterday. Can I suggest you call me tomorrow afternoon after 3 pm CET? I will try to help as I can. My recollection is very much along the lines David Sommerville has described below.

Best regards

Pierre

David Sommerville@BAYER-UK-NOTES
01/11/2006 10:40

Pour :  David van Veenhuyzen/WESTH/PH/US/BAYER@BAYER-US-NOTES@BAYER-GLOBAL
cc :     Anita Shah/BAYER-US-NOTES@BAYER-US-NOTES, Christiane Norenberg/EPNOR/PH/DE/BAYER@BAYERNOTES, James Whelan/WESTH/PH/US/BAYER@BAYER-US-NOTES, Michael Rozycki/WESTH/PH/US/BAYER@BAYER-US-NOTES, Pam Cyrus@BAYER-US-NOTES, Paul MacCarthy/WESTH/PH/US/BAYER@BAYER-US-NOTES, Pierre-Philippe Sagnier/UKSAG/BPH/FR/BAYER@BAYER-FRANCE-NOTES
Objet : Re: Fw: Trasylol attachments

Dear David

I still feel sure that Pierre Sagnier will be able to help with this matter perhaps you could make direct contact with him as a matter of urgency.

As I understand it the data was analysed by Richardson Research but was drawn from the St George's database. Please see the letter from Prof Treasure dated 22/9/03 (attached to previous recent e mails) where he states the following:

"I think there may be difficulties about who owns or may lay claim to the data and who has intellectual property rights over the analysis. It is probably the Trust rather than the surgeons who "own" the audit data but I would take advice on that. I was at St George's when this system of data collection was established and I have put in more time, effort and expertise than anyone else at St George's in the process of data analysis but there will be all sorts of sensitivities"

It is clear from this that Prof Treasure did not feel that the data belonged to Bayer.

I hope this helps.

Kind regards

David

Confidential - Subject To Protective Order

BAY04213407

David van Veenhuyzen/WESTH/PH/US/BAYER@BAYER-US-NOTES
31/10/2006 12:31

To      Paul MacCarthy/WESTH/PH/US/BAYER@BAYER-US-NOTES, David Sommerville/PH/GB/BAYER@BAYER-UK-NOTES, Christiane Norenberg/EPNOR/PH/DE/BAYER@BAYERNOTES
cc      Anita Shah/BAYER-US-NOTES@BAYER-US-NOTES, Michael Rozycki/WESTH/PH/US/BAYER@BAYER-US-NOTES, Pam Cyrus@BAYER-US-NOTES, Pierre-Philippe Sagnier/UKSAG/BPH/FR/BAYER@BAYER-FRANCE-NOTES, James Whelan/WESTH/PH/US/BAYER@BAYER-US-NOTES
Subject Re: Fw: Trasylol attachments


Dear Colleagues

From what we knew initially, David and I agreed that this was a IIS sponsored by Bayer. From my understanding reading the agreement, and despite having been initiated by the inv, this ultimately seems to have ended up as a Bayer HEOR study where we own the data.

If so, this will have to be added to the first list. Please comment.

Have HEOR studies routinely been entered into the GIAD ? If so, why was it not in case of this study ? Do we know where the raw data is ?

All the Best
David

David F van Veenhuyzen, MD
Global Clinical Leader, Trasylol
Office : + 1 203 812 5156
Mobile : + 1 203 407 9666
Fax : + 1 203 812 6113
Assistant : Susanne X 2107


Paul MacCarthy/WESTH/PH/US/BAYER
10/30/2006 09:36 AM

To      Pam Cyrus@BAYER-US-NOTES
cc      David van Veenhuyzen/WESTH/PH/US/BAYER@BAYER-US-NOTES, Michael Rozycki/WESTH/PH/US/BAYER@BAYER-US-NOTES, Anita Shah/BAYER-US-NOTES@BAYER-US-NOTES
Subject Fw: Trasylol attachments


FYI
----- Forwarded by Paul MacCarthy/WESTH/PH/US/BAYER on 10/30/2006 09:34 AM -----

David Sommerville/PH/GB/BAYER@BAYER-UK-NOTES
10/30/2006 09:33 AM

To      Paul MacCarthy/WESTH/PH/US/BAYER@BAYER-US-NOTES
cc      Pierre-Philippe Sagnier/UKSAG/BPH/FR/BAYER@BAYER-FRANCE-NOTES
Subject Trasylol attachments

Confidential - Subject To Protective Order

BAY04213408

Dear Paul

Please find attached the contract and protocol for the Global HEOR study. I have also attached some relevant e mails relating to local and then global review of the draft report.

I hope this information will be of help.

Kind regards

David
- Richardson Research Proposal 23 October 2001

- Contract Bayer & Richardson Research 12 November 2001

- Email Guenter Huebner to Grant MacLaine 11/12/2003 10:50

- Email Guenter Huebner to Grant MacLaine 12/12/2003 10:00
- Email David Sommerville to Grant MacLaine 17/07/2003

Confidential - Subject To Protective Order

BAY04213409