UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

IN RE: TRASYLOL PRODUCTS LIABILITY
LITIGATION – MDL – 1928

This Document Relates to:

MELISSA MORRILL, ON BEHALF OF THE
ESTATE OF WILLIAM CYRUS MORRILL,

    Plaintiff,

v.

BAYER CORPORATION, et al.,

    Defendants.
_____/

## **PLAINTIFF MELISSA MORRILL'S GENERIC EXPERT DISCLOSURES**

Plaintiff, Melissa Morrill, on behalf of the estate of William Cyrus Morrill ("Plaintiff"), respectfully submits the following Generic Expert Disclosures, pursuant to the Federal Rules of Civil Procedure and the Local Rules of this Court. Included herein are the names of those generic experts who Plaintiff expects to call, live or by deposition, and the names of those generic experts who Plaintiff may call if the need arises. Plaintiff reserves the right to supplement these Pretrial Disclosures as is necessary, and she reserves the right to call any witness listed on Defendants' Rule 26(a)(3)(A) Disclosures.

**A.     Generic Experts Who Expects to Call.**

    1.     The following are generic experts who Plaintiff intends to call at trial:

        a.     Chirag R. Parikh, M.D., PhD, FACP, FASN
            Clinical Epidemiology Research Center
            950 Campbell Ave., Mail Code 151 B
            West Haven, CT  06516

        b.     Suzanne Parisian, M.D.
            MD Assist, Inc.
            7117 N. 3rd Street
            Phoenix, AZ  85020

        c.     Mark J. Eisenberg, M.D., MPH, FACC
            Professor of Medicine
            Division of Cardiology and Clinical Epidemiology
            Jewish General Hospital/McGill University
            3755 Cote Ste. Catherine Road/Suite A-118
            Montreal, Quebec H3T 1ET
            Canada

**B.     Generic Experts Plaintiff May Call if Need Arises.**

    1.     Curt Daniel Furberg, M.D., PhD
           Division of Public Health Sciences
           Wake Forest University School of Medicine
           Medical Center Boulevard
           Winston-Salem, NC  27157

    2.     Mark J.S. Heath, M.D.
           Assistant Professor of Clinical Anesthesiology
           Department of Anesthesiology
           Division fo Cardiothoracic Anesthesia
           Milstein Hospital Building 4GN
           177 Fort Washington Avenue
           New York, NY   10032

3. Gary Toback, M.D., PhD
   Professor of Medicine and Cell Physiology
   The University of Chicago
   Department of Medicine, MC 5100
   5841 South Maryland Avenue
   Chicago, IL   60637-1463

4. Luca A. Vricella, M.D., FACS, FEACTS
   Associate Professor of Surgery
   Pediatric and Adult Cardiac Surgery
   The Johns Hopkins Hospital
   600 North Wolfe Street
   Blalock 618
   Baltimore, MD   21287-4618

5. Mark Dershwitz, M.D., PhD
   33 Wildwood Drive
   Sherborn MA  01770

Respectfully submitted,

/s/ Amy L. Drushal
JOHN D. GOLDSMITH
Florida Bar No. 444278
AMY L. DRUSHAL
Florida Bar No. 546895
TRENAM, KEMKER, SCHARF, BARKIN,
 FRYE, O'NEILL & MULLIS, P.A.
101 E. Kennedy Blvd., Suite 2700
Tampa, FL   33602
Tel:  813-223-7474
Fax: 813-229-6553
Attorneys for Melissa Morrill

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy hereof has been furnished via U.S. Mail to the attached Service List, this 12th day of February, 2010.

/s/ Amy L. Drushal
Attorney

3

## SERVICE LIST

### Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

James R. Ronca
Email: jronca@anapolschwartz.com
ANAPOL, SCHWARTZ, WEISS, COHAN,
FELDMAN & SMALLEY, P.C.
1710 Spruce Street
Philadelphia, PA 19103
Telephone: 215-735-1130
Facsimile: 215-875-7758
Co-Lead Counsel for Plaintiff

Theodore Babbitt
Email: tedbabbitt@babbitt-johnson.com
BABBITT JOHNSON OSBORNE &
LECLAINCHE, P.A.
1641 Worthington Rd., Suite 100
West Palm Beach, FL   33409-6706
Telephone: 561-684-2500
Facsimile: 561-684-6308
Liaison Counsel for
Plaintiff

Patricia E. Lowry
Email: plowry@ssd.com
Guy E. Motzer
Email: gmotzer@ssd.com
Barbara Bolton Litten
Email: blitten@ssd.com
SQUIRE, SANDERS & DEMPSEY L.L.P.
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198
Telephone: 561-650-7200
Facsimile: 561-655-1509
Attorneys for Defendants Bayer
Pharmaceuticals Corporation, Bayer
HealthCare AG, Bayer HealthCare LLC
and Bayer AG

Scott Love
Email: slove@triallawfirm.com
CLARK, DEAN & BURNETT, G.P.
440 Louisiana, Suite 1600
Houston, TX 77002
Telephone: 713-757-1400
Facsimile: 713-759-1217
Co-Lead Counsel for
Plaintiff

Neal Moskow
Email: neal@urymoskow.com
URY & MOSKOW, LLC
883 Black Rock Turnpike
Fairfield, CT 06825
Telephone: 203-610-6393
Facsimile: 203-610-6399
Federal-State Liaison for Plaintiff

Philip S. Beck
Email:  bill.balachowski@bartlit-beck.com
Steven E. Derringer
Email: steven.derringer@bartlit-beck.corn
Shayna Cook
Email: shayna.cook@bartlit-beck.com
BARTLIT BECK HERMAN PALENCHAR
 & SCOTT LLP
Courthouse Place
54 West Hubbard Place, Suite 300
Chicago, IL 60610
Telephone: 312-494-4400
Facsimile: 312-494-4440

4

Eugene A. Schoon
Email: schoon@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone: 312-853-7000
Facsimile: 312-853-7036

Richard K. Dandrea
Email: rdandrea@eckertseamans.com
ECKERT SEAMANS CERIN
 & MELLOTT LLC
600 Grant Street, 44th
Floor Pittsburgh, PA 15219
Telephone: 412-566-6000
Facsimile: 412-566-6099

4108302v1