UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

IN RE TRASYLOL PRODUCTS LIABILITY )
LITIGATION – MDL-1928 )
)
THIS DOCUMENT RELATES TO: )
)
)
ANNA E. BRYANT v. BAYER CORPORATION, et ) FEBRUARY 12, 2010
al., Case No. 9:08-cv-80868 )
)

## DISCLOSURE OF EXPERT WITNESSES
## IN ACCORDANCE WITH COURT'S FEBRUARY 11, 2010 ORDER

In accordance with the Court's order dated February 11, 2010, the Plaintiff, Anna E. Bryant, hereby discloses the following expert witnesses that she expects to proffer at trial in support of her claims:

1. GLENN M. CHERTOW, MD, MPH
2. DOUGLAS R. SCHUCH, MD
3. PAUL M. DEUTSCH, PH.D., C.R.C., C.C.M.,CLCP, FIALCP
4. JOSEPH P. CIPOLLA, CPA/ABV/CFF/PFS, CFE
5. SUZZANE PARISIAN, MD
6. MARK D. EISENBERG, MD
7. CHIRAG R. PARIKH, M.D., Ph.D.

1

In addition, and to the extent that their fact testimony as third party witnesses can be construed as expert testimony, Plaintiff discloses the following:

A. **BASSAM OMARI, M.D.**
Harbor UCLA Medical Center
1000 W. Carson St.
Torrance, CA 91325

B. **ALEXANDER WALKER, PHD**
Harvard School of Public Health
677 Huntington Avenue
Kresge Building Room 908B
Boston, MA 02115

Dated: February 12, 2010

Neal L. Moskow, Esq.
CT Bar # 04516
URY & MOSKOW LLC
883 Black Rock Turnpike
Fairfield, Connecticut 06825
Phone: (203) 610-6393
Facsimile: (203) 610-6399

Dave P. Matthews, Esq.
Julie L. Rhoades, Esq.
The Matthews Law Firm
2509 Sackett Street
Houston, TX 77098
Phone: 713-522-5250
Email: dmatthews@thematthewslawfirm.com
Email: jrhoades@thematthewslawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2010, I filed the foregoing document via Federal Express with the Clerk of the Court. I also certify that the foregoing document is being served this day on all counsel or records or pro se parties identified on the attached Service List in the manner specified, either via Electronic Mail or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

Neal L. Moskow
CT Bar # 04516

Service List

James R. Ronca
Email: jronca@anapolschwartz.com
ANAPOL, SCHWARTZ, WEISS, COHAN, FELDMAN &
SMALLEY, P.C.
1710 Spruce Street
Philadelphia, PA 19103
Telephone: 215-735-1130
Facsimile: 215-875-7758
*Plaintiffs' Steering Committee/Co-Lead Counsel*

Joseph A. Osborne
Email: JAOsborne@babbitt-johnson.com
BABBITT JOHNSON OSBORNE
& LeCLAINCHE, P.A.
1641 Worthington Blvd., Suite 100
West Palm Beach, FL 33409
Telephone: 561-684-2500
Facsimile: 561-684-6308
*Liaison Counsel for Plaintiffs and Plaintiffs'
Steering Committee*

Patricia E. Lowry
Email: plowry@ssd.com
Barbara Bolton Litten
Email: blitten@ssd.com
SQUIRE, SANDERS & DEMPSEY, L.L.P.
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198
Telephone: 561-650-7200
Facsimile: 561-655-1509
*Liaison Counsel for Defendants and
Attorney for Defendants Bayer Corporation, Bayer
Healthcare Pharmaceuticals, Inc., Bayer
Healthcare LLC, Bayer AG, and Bayer Healthcare
AG*

Scott A. Love
Email: slove@triallawfirm.com
CLARK, DEAN & BURNETT, G.P.
440 Louisiana #1600
Houston, TX 77002
Telephone: 713-757-1400
Facsimile: 713-759-1217
*Plaintiffs' Steering Committee/Co-Lead Counsel*

Richard K. Dandrea, Esq.
Email: rdandrea@eckertseamans.com
ECKERT SEAMANS CHERIN & MELLOTT, LLC
U.S. Steel Tower
600 Grant Street, 44th Floor
Pittsburgh, PA 15219
Telephone: 412-566-6000
Facsimile: 412-566-6099
*Defendants Co-Lead Counsel and
Attorney for Defendants Bayer Corporation, Bayer
Healthcare Pharmaceuticals, Inc., Bayer Healthcare LLC,
Bayer AG, and Bayer Healthcare AG*

Alan G. Schwartz
Email: aschwartz@wiggin.com
Wiggin and Dana LLP
One Century Tower
P.O. Box 1832
New Haven, CT 06508-1832
Telephone: 203-498-4400
Facsimile: 203-782-2889
*Defendants Co-Lead Counsel and
Attorney for Defendants Bayer Corporation, Bayer
Healthcare Pharmaceuticals, Inc., Bayer Healthcare LLC,
Bayer AG, and Bayer Healthcare AG*

Eugene A. Schoon
Email: eschoon@sidley.com
**SIDLEY AUSTIN LLP**
One South Dearborn
Chicago, IL 60603
Telephone: 312-853-7000
Facsimile: 312-853-7036
*Defendants Co-Lead Counsel and*
*Attorney for Defendants Bayer Corporation, Bayer*
*Healthcare Pharmaceuticals, Inc., Bayer*
*Healthcare LLC, Bayer AG, and Bayer Healthcare*
*AG*

Catherine Barrad, Esq.
Email: cbarrad@sidley.com
Sidley Austin LLP
555 West Fifth Street
Los Angeles, California 90013
Telephone: 213.896.6688
Facsimile: 213.896.6600
*Defendants Co-Lead Counsel and*
*Attorney for Defendants Bayer Corporation, Bayer*
*Healthcare Pharmaceuticals, Inc., Bayer*
*Healthcare LLC, Bayer AG, and Bayer Healthcare*
*AG*

Philip S. Beck
Email: philip.beck@bartlit-beck.com
Steven E. Derringer
Email: steven.derringer@bartlit-beck.com
Shayna Cook
Email: shayna.cook@bartlit-beck.com
**BARTLIT BECK HERMAN PALENCHAR**
 **& SCOTT LLP**
54 West Hubbard, Suite 300
Chicago, IL 60610
Telephone: 312-494-4400
Facsimile: 312-494-4440
*Defendants Co-Lead Counsel and*
*Attorney for Defendants Bayer Corporation, Bayer*
*Healthcare Pharmaceuticals, Inc., Bayer Healthcare LLC,*
*Bayer AG, and Bayer Healthcare AG*