**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON**

|  |  |
|---|---|
| IN RE TRASYLOL PRODUCTS LIABILITY LITIGATION — MDL-1928 | ) ) ) |
| THIS DOCUMENT RELATES TO: | ) ) ) |
| *Anna Bryant* v. *Bayer Corp. et al.*, Case No. 9:08-cv-80868 | ) ) ) |
| *Melissa Morrill* v. *Bayer Corp. et al.*, Case No. 9:08-cv-80424 | ) ) ) |
| *Naguib Bechara, et al.,* v. *Bayer Corp., et al.*, Case No. 9:08-cv-80776 | ) ) ) |

**DEFENDANTS' MOTION *IN LIMINE* TO EXCLUDE EVIDENCE AND**
**ARGUMENT REGARDING ALLEGED OFF-LABEL PROMOTION OF TRASYLOL**

Defendants move *in limine* to request that plaintiffs be precluded from offering evidence, testimony, or argument about alleged "off-label" promotion of Trasylol for surgeries that have no bearing on the "on-label" surgeries at issue in these cases.  *See* Fed. R. Evid. 401-403.

**INTRODUCTION**

Bayer anticipates that plaintiffs will seek to spend a significant amount of time at trial addressing Bayer's supposed promotion of Trasylol for various "off-label" uses (such as orthopedic surgery) or the extent of off-label usage of Trasylol—both of which have no bearing on the "on-label" use at issue in these cases.

The term "off-label" use refers to a prescribing physician's decision to use an FDA-approved pharmaceutical for an indication not identified in the product's FDA-approved

labeling.  Under federal law, the FDA generally prohibits manufacturers from promoting

unapproved uses of prescription drugs, but does not restrict actual off-label *uses* by health care

providers as part of the practice of medicine.  *See*, *e.g.*, *Ortho Pharm. Corp.* v. *Cosprophar, Inc.*,

32 F.3d 690, 692 (2d Cir. 1994) ("FDA permits doctors to prescribe drugs for 'off-label use");

*WLF* v. *Kessler*, 880 F. Supp. 26, 28 n.1 (D.D.C. 1995) ("'Off-label' usage refers to the use of a

drug or device in a manner not approved by the FDA and not set forth in the product's labeling

materials.  While manufacturers may not themselves *promote* such uses, it is not unlawful for

doctors to employ or prescribe medical products for 'unapproved' uses") (internal quotation

omitted); *see generally Buckman Co.* v. *Plaintiffs' Legal Comm.*, 531 U.S. 341, 350 (2001)

("'off-label' usage of medical devices (use of a device for some other purpose than that for

which it has been approved by the FDA) is an accepted and necessary corollary of the FDA's

mission to regulate in this area without directly interfering with the practice of medicine").[1]

FDA has, however, crafted safe-harbors for manufacturers to disseminate information about off-

label uses of approved pharmaceuticals.  These include continuing medical education, reprints of

medical or scientific articles, non-promotional scientific exchange, and responses to unsolicited

requests for off-label information.

   Issues of off-label use and promotion are not at issue in these cases.  At the time

of each of these surgeries, FDA had approved Trasylol for use in "patients undergoing

cardiopulmonary bypass ['CPB'] in the course of coronary artery bypass graft surgery

['CABG']."  Trasylol U.S. Package Insert (Jan. 2003) (Ex. A).  Each of the plaintiffs in these

---

[1] Provided that a medical professional complies with state law medical practice standards—
including the use of due care—he or she may depart from the uses set forth in the FDA-approved
labeling.  Indeed, off-label uses can even represent the standard of care in various medical fields.
*See*, *e.g.*, 63 Fed. Reg. 31143, 31153 (June 8, 1998) ("FDA has long recognized that in certain
circumstances, new (off-label) uses of approved products are appropriate, rational, and accepted
medical practice.  There are important off-label uses of approved products.").

cases was treated with Trasylol for this purpose.[2]  Plaintiff Anna Bryant underwent CABG surgery with CPB in March 2006.  *See Bryant* Compl. ¶ 23.  William Morrill, plaintiff's decedent in the *Morrill* action, underwent CABG surgery with CPB in October 2003.  *See Morrill* Compl. ¶ 16; Deposition of Dr. Thomas Kelly at 55-57 (Ex. B).  Plaintiff Naguib Bechara underwent CABG surgery with CPB in December 2004.  *See Bechara* Compl. ¶ 4; Deposition of Dr. Thomas Pfeffer at 37 (Ex. C).  Thus, these cases involve "on-label" uses.

## ARGUMENT

Even though there was no off-label use of Trasylol at issue in these cases, it appears that plaintiffs intend to present evidence and argument regarding off-label use and supposed off-label promotion of Trasylol.  *See*, *e.g.*, Plaintiff Anna Bryant's Designation of Case-Specific Exhibits (D.E. 4150), Schedule B, No. 77 (exhibit related to the use of Trasylol in liver transplant surgery); *id.*, No. 297 (emails concerning research on Trasylol off-label use in CABG surgery without CPB).  Any such evidence or argument should be precluded.

*First*, evidence or argument about off-label promotion or use of Trasylol is wholly irrelevant to the on-label issues in these cases.  *See* Fed. R. Evid. 401-402.  Plaintiffs' claims do not arise from off-label use of Trasylol, but from surgeries in which Trasylol was used within the approved labeling.  Nevertheless, plaintiffs' designations and questions at depositions suggest that they may seek to present argument and evidence regarding various off-label uses and supposed off-label promotion of Trasylol that have no bearing on the on-label uses at issue in these cases.  Any argument that Bayer promoted Trasylol for off-label uses, or evidence

---

[2] In addition to its FDA-approved usage, as part of the practice of medicine, surgeons have used Trasylol in procedures for which it was not labeled, such as orthopedic surgeries, aortic valve replacement surgeries, and CABG surgery without cardiopulmonary bypass ("off-pump" CABG).  None of these uses is implicated here.

purportedly in support of such arguments, has no relevance to plaintiffs' claims and should not be allowed.  Fed. R. Evid. 402.

*Second*, evidence or argument about off-label use or supposed off-label promotion of Trasylol would mislead the jury and confuse the issues by suggesting, contrary to the evidence, that these cases involve off-label use or that plaintiffs' physicians were influenced by marketing or promotional materials that have nothing to do with these on-label cases.  A detour on such irrelevant matters would expend considerable Court and jury time not only in considering plaintiffs' affirmative presentation, but also in light of the legal and factual context Bayer would then be required (and entitled) to present in response.  Especially in view of the limits of the trial calendar, there is no justification for spending this time and effort on irrelevant, collateral matters.

It is clear that plaintiffs seek to argue about alleged off-label promotion and usage only to try to suggest that Bayer violated federal law addressing what companies may say about so-called "off-label" uses of their products or otherwise to intimate that Bayer was engaged in inappropriate conduct.  *See generally American Home Assurance Co.* v. *Merck & Co.*, 462 F. Supp. 2d 435, 446 (S.D.N.Y. 2006) (excluding evidence regarding conduct by Merck not at issue in the case because "the only possible purpose for offering such evidence would be to generally prejudice the fact finder against Merck through insinuations that it is a careless corporate citizen.").  For example, at depositions, plaintiffs' counsel have asked questions about the extent of Bayer's knowledge of off-label use and tried to imply that there is something wrong with the extent of that use.  Not only is this entire line of evidence and argument completely irrelevant to these cases, but it also would waste an enormous amount of time and inevitably confuse the jury and cause unfair prejudice to Bayer.  Accordingly, it should be excluded.  Fed. R. Evid. 403.

## CONCLUSION

For these reasons, defendants request that the Court preclude plaintiffs from offering evidence, testimony, or argument relating to any alleged off-label promotion or usage of Trasylol.

## RULE 7.1(A)(3) CERTIFICATION

As required by this Court's Local Rule 7.1(A)(3)(a), counsel for defendants hereby certifies that counsel for the defendants has made reasonable efforts to confer in good faith with counsel for all parties who may be affected by the relief sought in the motion, and has been advised that plaintiffs will contest this motion.


February 16, 2010                              Respectfully submitted,


                                               */s/ Barbara Bolton Litten*
                                               Patricia E. Lowry
                                               Florida Bar No. 332569
                                               E-mail:  plowry@ssd.com
                                               Barbara Bolton Litten
                                               Florida Bar No. 91642
                                               E-mail:  blitten@ssd.com
                                               SQUIRE SANDERS & DEMPSEY L.L.P.
                                               1900 Phillips Point West
                                               777 South Flagler Drive
                                               West Palm Beach, FL  33401-6198
                                               Telephone:  561-650-7200
                                               Facsimile:  561-655-1509


                                               Philip S. Beck
                                               Email:  philip.beck@bartlit-beck.com
                                               Steven E. Derringer
                                               Email:  steven.derringer@bartlit-beck.com
                                               BARTLIT BECK HERMAN PALENCHAR
                                                    & SCOTT LLP
                                               54 W. Hubbard Street, Suite 300
                                               Chicago, IL  60603
                                               Telephone:  312-494-4400
                                               Facsimile:  312-494-4440

Eugene A. Schoon
Email:  eschoon@sidley.com
Susan A. Weber
Email:  saweber@sidley.com
Catherine Valerio Barrad
Email:  cbarrad@sidley.com
**SIDLEY AUSTIN LLP**
One South Dearborn Street
Chicago, Illinois 60603
Telephone:  312-853-7000
Facsimile:  312-853-7036

Rebecca K. Wood
Email:  rwood@sidley.com
Richard H. Menard, Jr.
Email:  rmenard@sidley.com
Adam C. Doverspike
Email:  adoverspike@sidley.com
**SIDLEY AUSTIN LLP**
1501 K Street, NW
Washington, DC 20005
Telephone:  202-736-8000
Facsimile:  202-736-8711

Susan Artinian
Email:  sartinian@dykema.com
Daniel Stephenson
Email:  dstephenson@dykema.com
**DYKEMA GOSSETT PLLC**
400 Renaissance Center
Detroit, MI  48243
Telephone:  313-268-9788
Facsimile:  313-568-6658

Richard K. Dandrea
Email:  rdandrea@eckertseamans.com
**ECKERT SEAMANS CHERIN & MELLOTT, LLC**
USX Tower, 600 Grant St., 44th Floor
Pittsburgh, PA.  15219
Telephone:  412-566-6000
Facsimile:  412-566-6099

***Attorneys for Bayer Corporation,***
***Bayer HealthCare Pharmaceuticals Inc.,***
***and Bayer Schering Pharma AG***

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on February 16, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.


*/s/ Barbara Bolton Litten*
Barbara Bolton Litten

## SERVICE LIST

**In re Trasylol Products Liability Litigation – MDL-1928**
**Case No. 08-MD-1928-MIDDLEBROOKS/JOHNSON**

**United States District Court**
**Southern District of Florida**

James R. Ronca
Email: jronca@anapolschwartz.com
**ANAPOL, SCHWARTZ, WEISS, COHAN, FELDMAN**
        **& SMALLEY, P.C.**
1710 Spruce Street
Philadelphia, PA 19103
Telephone: 215-790-4584
Facsimile:  215-875-7701
***Co-Lead Counsel for Plaintiffs***

Theodore Babbitt
Email: tedbabbitt@babbitt-johnson.com
**BABBITT JOHNSON OSBORNE**
        **& LECLAINCHE, P.A**.
1641 Worthington Road, Suite 100
West Palm Beach, FL 33409
Telephone: 561-684-2500
Facsimile:  561-684-6308
***Liaison Counsel for Plaintiffs***

Joseph A. Osborne
Email:  jaosborne@babbitt-johnson.com
**BABBITT JOHNSON OSBORNE**
        **& LECLAINCHE, P.A**.
1641 Worthington Road, Suite 100
West Palm Beach, FL 33409
Telephone:  561-684-2500
Facsimile:  561-684-6308
***Counsel for Plaintiffs Bechara & Saad***

Scott A. Love
Email:  slove@triallawfirm.com
**CLARK, DEAN & BURNETT, G.P.**
Lyric Center
440 Louisiana Street, Suite 1600
Houston, TX  77002
Telephone:  713-757-1400
Facsimile:  713-759-1217
***Co-Lead Counsel for Plaintiffs***

Neal L. Moskow
Email: neal@urymoskow.com
**URY & MOSKOW, LLC**
883 Black Rock Turnpike
Fairfield, CT 06825
Telephone:  203-610-6393
Facsimile:  203-610-6399
***Federal-State Liaison for Plaintiffs***
***and Counsel for Plaintiff Anna Bryant***

David Matthews
Email:  dmatthews@thematthewslawfirm.com
**MATTHEWS & ASSOCIATES**
2905 Sackett Street
Houston, TX 77098
Telephone:  713-222-8080
Facsimile:  713-535-7184
***Attorneys for Plaintiff Anna Bryant***

John D. Goldsmith
Email: jgoldsmith@trenam.com
Amy L. Drushal
Email: aldrushal@trenam.com
**TRENAM KEMKER SCHARF BARKIN FRYE**
       **O'NEILL & MULLIS PA**
101 E. Kennedy Blvd., Suite 2700
Tampa, FL 33602
Telephone:  813-223-7474
Facsimile:  813-229-6553
*Counsel for Plaintiff Melissa Morrill*

Patricia E. Lowry
Florida Bar No. 332569
Email: plowry@ssd.com
**SQUIRE, SANDERS & DEMPSEY L.L.P.**
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198
Telephone:  561-650-7200
Facsimile:  561-655-1509
*Liaison Counsel for Defendants*

Michael T. Gallagher
Email: rebeccam@gld-law.com
**THE GALLAGHER LAW FIRM**
2095 Sackett Street
Houston, TX 77098
Telephone:  713-222-8080
Facsimile:  713-222-0066
*Counsel for Plaintiff Naguib Bechara*

Tim K. Goss
Email: goss39587@aol.com
Tamara L. Banno
Email: tbanno@tlb-law.com
**FREESE &GOSS PLLC**
3031 Allen Street
Suite 100
Dallas, TX 75204
Telephone:  214-761-6610
Facsimile:  214-761-6688
*Counsel for Plaintiff Naguib Bechara*