# Exhibit B

Confidential - Stanley Horton, Pharm.D.

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

- - -

CASE NO. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

IN RE:   TRASYLOL PRODUCT
         LIABILITY LITIGATION - MDL 1928

This Document Relates to All Actions.

- - -

C O N F I D E N T I A L

- - -

April 14, 2009

- - -

Videotape deposition of STANLEY HORTON, Pharm.D., held at the Sidley Austin LLP, 787 Seventh Avenue, New York, New York 10019 commencing at 9:25 a.m., on the above date, before Linda Rossi Rios, RPR, CCR and Notary Public.

- - -

GOLKOW TECHNOLOGIES, INC.
deps@golkow.com - 877.370.3377

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Stanley Horton, Pharm.D.

Page 13

1      STANLEY HORTON, Pharm.D.,
2   after having been duly sworn, was
3   examined and testified as follows:
4           - - -
5           EXAMINATION
6           - - -
7  BY MR. MONSOUR:
8      Q.   Would you please introduce
9  yourself?
10     A.   My name is Dr. Stan Horton.
11     Q.   What kind of a doctor are
12 you?
13     A.   I'm a Pharm.D.
14     Q.   What kind of training did
15 you have to go through to get a Pharm.D.?
16     A.   I've got my BS training.
17 I've also had my Pharm.D. training for
18 the University of Missouri, and then I've
19 done postdoctoral cardiovascular training
20 at the University of Oklahoma.
21     Q.   How many years of education
22 do you have after high school?
23     A.   Ten.  Ten years.
24     Q.   Would you say that with all

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Stanley Horton, Pharm.D.

Page 156

```
 1              THE WITNESS:  That would
 2        have been a positive potential.
 3   BY MR. MONSOUR:
 4        Q.    What is off-label marketing?
 5        A.    The FDA grants a label based
 6   on the studies that's done for an
 7   indication.  And that is what you are
 8   permitted to market the product for.
 9        Q.    Okay.  Is it improper to
10   market a product for uses for which it is
11   not approved?
12        A.    Yes.
13        Q.    Is it unethical to market a
14   product for uses for which it is not
15   approved?
16              MR. SCHOON:  Object to form.
17              THE WITNESS:  Yes.
18   BY MR. MONSOUR:
19        Q.    Bayer, the truth be told
20   with Trasylol, Bayer engaged in a lot of
21   off-label marketing.  True?
22        A.    No.
23              MR. SCHOON:  Object to form.
24   BY MR. MONSOUR:
```

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Stanley Horton, Pharm.D.

Page 307

1  suggest that delaying the results of the
2  BART study would improve profits?
3       A.    Not that I'm aware of.
4       Q.    Would it concern you if
5  people at Bayer were considering
6  attempting to delay the BART study?
7             MR. SCHOON:  Object to form.
8             THE WITNESS:  Yeah, but I
9        don't know how anyone would be
10       capable of interacting with a
11       study in which we had no impact.
12 BY MR. MONSOUR:
13      Q.    Would that be unethical for
14 somebody to do that?
15            MR. SCHOON:  Object to form.
16            THE WITNESS:  I would think
17       that that would definitely teeter
18       on the ethics border, depending on
19       what they were intending to do.
20 BY MR. MONSOUR:
21      Q.    If somebody ever presented
22 to you an opportunity to slow down the
23 BART study, what would you tell them?
24            MR. SCHOON:  Object to form.

Confidential - Stanley Horton, Pharm.D.

Page 308

1              THE WITNESS: I guess it
2          would depend on who they were.
3     BY MR. MONSOUR:
4          Q.    Would you tell them, that's
5     unethical, that's not what we do?
6              MR. SCHOON: Objection.
7          Form.
8              THE WITNESS: That would
9          definitely come up in the
10         conversation.
11    BY MR. MONSOUR:
12         Q.    Would you write -- send an
13    e-mail to human resources?
14             MR. SCHOON: Object to form.
15             THE WITNESS: I don't know
16         that I would send an e-mail.
17    BY MR. MONSOUR:
18         Q.    Would you chastise them for
19    even suggesting doing something like
20    that?
21             MR. SCHOON: Object to form.
22             THE WITNESS: As I said, it
23         all depends on who it is.
24    BY MR. MONSOUR:

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Stanley Horton, Pharm.D.

Page 333

1          informed in regards to that.  As
2          far as the IPDC, they need to
3          understand the marketplace as it
4          exists and be able to make the
5          assertations whether or not the
6          market could be sustained to be
7          able to recoup the development
8          costs that they would put into a
9          drug.  Otherwise, they won't stay
10         in business.
11   BY MR. MONSOUR:
12         Q.   Do you believe -- simply
13   put, Michael Beecroft's suggestion of
14   delaying the BART study in and of itself
15   was unethical.  Don't you agree with
16   that?
17              MR. SCHOON:  Objection.
18         Form.
19              THE WITNESS:  I thought -- I
20         think it was an unwise suggestion.
21   BY MR. MONSOUR:
22         Q.   Let's talk about something
23   else.  Let me hand you what's been marked
24   as Horton Number 29.