# EXHIBIT A

DRAFT – confidential until released to the public

# FINAL REPORT
# Expert Advisory Panel on Trasylol
# Ottawa, Ontario
# December 3, 2008 and January 29, 2009

---

Hosted by Health Canada

Enquiries regarding this report should be directed to:

**Telephone:** 613-954-6522

**Fax:** 613-952-6011

**E-mail:** mhpd_dpsc@hc-sc.gc.ca

*Secretariat Contact:*
*Victoria Anderson-Selst*
*Chantal Banks*

*March 31, 2009*

1 | Page

Confidential - Subject To Protective Order

BAY06797583

# Final Report – Expert Advisory Panel on Trasylol® (aprotinin)

On December 3, 2008, the Expert Advisory Panel on Trasylol® (EAP-Trasylol®) was held in Ottawa, Ontario to discuss benefit-risk issues regarding this product. Presentations were heard from Health Canada, the market authorization holder for Trasylol® (Bayer, Inc.), and the investigators of the Blood Conservation using Antifibrinolytics in a Randomized Trial (BART) study, a Canadian clinical trial studying Trasylol® and similar drugs in "high risk" cardiac surgery. Each group was then questioned by panel members, following which the panel deliberated *in camera*.*

To focus guidance for Health Canada, the panel members were requested in advance to respond to a series of specific questions regarding the use of Trasylol® in Canada, with emphasis on #4:

1a. *In the context of significant advances in Coronary Artery Bypass Graft Surgery (CABG) surgical practice since the initial approval of Trasylol® in the early 1990's, including changes in the types of patients referred for such procedures (i.e. patients are older with greater co-morbidities). Are the clinical trials conducted for Trasylol® that formed the basis for initial approval relevant to current CABG patients?*

1b. *Trasylol® was originally authorized for CABG surgery specifically. Data in Canada suggests that there has been a shift away from using Trasylol® for CABG surgery and that the product appears to have been reserved for more complex cardiac surgical procedures. In your opinion, would patients receiving Trasylol® for such procedures are at increased risk for adverse events associated with the product compared to patients undergoing CABG-only surgery?*

1c. *How does the patient population enrolled in the BART study reflect current cardiac surgical practices and the use of Trasylol®?*

2a. *Based on available information, is there a specific cardiac surgical population that may be at particular risk for adverse outcomes associated with Trasylol®? Similarly, is there a situation/sub-population in which Trasylol® may be considered?*

2b. *Are you of the opinion that the data from the BART study are applicable to current cardiac surgical practice, not only high-risk cardiac surgical practice?*

---

* The Panel was reminded that any contact with the media on activities of the Panel and others outside of the Panel should be communicated through the Chair, which is standard practice for Health Canada advisory bodies.

2 | Page

Confidential - Subject To Protective Order

BAY06797584

3. *In your opinion, given the known and potential risks associated with blood transfusion, do the risks of using Trasylol® outweigh the risks of blood transfusion in the cardiac surgical population?*

4. *Based on considerations from questions #1, #2 and #3, has there been a shift in the benefit-risk balance for Trasylol® since the time of the majority of the clinical trial data and the original marketing authorizations?*

Following deliberations, the panel required additional information from BART study investigators to finalize their deliberations. BART study investigators provided additional information to the EAP secretariat, and a subsequent teleconference was held by the panel on January 29, 2009, to discuss the additional data and finalize deliberations.

## GENERAL DISCUSSIONS

EAP panel members identified issues regarding the BART study that influenced their ability to assess its impact on the benefit-risk balance for Trasylol®. The most prominent issue was the exclusion of 137 patients from the analysis after randomization. Therefore, additional data, including a reanalysis of early mortality following re-inclusion of the 'excluded randomized' patients, was requested from the investigators of the BART study. Following the provision of this additional data by BART investigators, the EAP panel identified the following key findings:

- Accounting for the excluded patients in the analysis reduced the statistical significance of the mortality signal for Trasylol®. It was therefore possible that the risk of death noted in the BART study was due to chance

- There were issues identified in other aspects of the study involving how the primary outcome data was examined (primary outcome was risk of massive bleeding). In particular, there was an unusually large number of reclassifications of outcomes from the originally reported data, with a large (~75%) change rate in primary outcome Reclassifications were in opposite directions for Trasylol® versus Tranexamic Acid and Epsilon Aminocaproic Acid, favoring the latter, and these changes increase through the duration of the study. This observation was never satisfactorily explained.

- The trend in secondary outcome (mortality) for the excluded patients in the study was in a direction markedly opposite that for the reported included patients. This was not satisfactorily explained.

Based on these findings, the panel concluded that it was difficult to use the BART study in assessing the benefit/risk balance of Trasylol®. The panel addressed each of the questions posed by Health Canada. The summary of those discussions and responses are provided below. These deliberations are provided to Health Canada for guidance regarding regulatory decisions regarding Trasylol®.

## HEALTH CANADA QUESTIONS TO THE EAP-TRASYLOL®

Confidential - Subject To Protective Order

BAY06797585

## QUESTION#1 - Cardiac Surgical Population

**Background:** Trasylol® was approved in the United States for repeat CABG surgery in 1993, and for primary CABG surgery in 1998. Market authorization in Canada was granted in 1995, for the reduction of blood loss and the need for transfusion in the setting of cardiopulmonary bypass in CABG surgery.

There have been significant advances in CABG surgical practice since the initial approval of Trasylol® in the early 1990's, including changes in the types of patients referred for such procedures (i.e. patients are older with greater co-morbidities).

**Q# 1.A** *In that context, are the clinical trials conducted for Trasylol® that formed the basis for initial approval relevant to current CABG patients?*

**Discussion:**
There are currently fewer primary CABG surgeries than at the time of original market authorization, and the current primary CABG population is older, may have more complex medical histories, and may be on anti-platelet agents. The effects of Trasylol® on renal function are a potential concern in this patient population and the impact of the newer anti-platelet drugs is not known. The main concerns for Trasylol® appear to have arisen from "off-label" use.(i.e. non-CABG surgery).

**Response:**
The consensus of the Panel was that the clinical trials that formed the basis for the initial approval of Trasylol® are still relevant for CABG surgery.

**Q# 1.B** *Trasylol® was originally authorized for CABG surgery specifically. Data in Canada suggests that there has been a shift away from using Trasylol® for CABG surgery and that the product appears to have been reserved for more complex cardiac surgical procedures. In your opinion, would patients receiving Trasylol® for such procedures are at increased risk for adverse events associated with the product compared to patients undergoing CABG-only surgery?*

**Discussion:**
Trasylol® was being reserved for higher risk patients. There may be risks in these patients because of effects on renal function and the potential for graft thrombosis. However, in patients at risk of massive blood loss, Trasylol® may have benefit because of the risks associated with massive blood transfusions. In patients with little risk of blood loss, there does not appear to be a clear advantage for Trasylol® or other blood sparing agents relative to transfusion. Most centres are functioning without Trasylol® since marketing was suspended. The Limited Access Program has noted only minimal use of Trasylol®.

**Response:**
The consensus was that Trasylol® was being used for more complex cardiac surgical procedures and that there were increased risks in these patients because of possible renal dysfunction or graft

4 | Page

Confidential - Subject To Protective Order

BAY06797586

thrombosis. The benefit in this population is not known because no robust data are available. (see Q# 1.C discussion of "moderate risk" v. "highest risk" patients below)

Q# 1.C    How does the patient population enrolled in the BART trial reflect current cardiac surgical practices and the use of Trasylol®?

**Discussion:**
The patient populations enrolled in the BART trial represented a significant proportion (approximately 30 - 40%) of the patients in current cardiac surgical practice. However, the patients enrolled in the BART trial were predominantly "moderate risk" patients, as the "highest risk" patients were not enrolled or were excluded. The panel reiterated concerns regarding the BART study, in particular the exclusion of 137 patients from the analysis.

**Response:**
The consensus was that the population enrolled in the BART trial reflected "moderate risk" patients that represent a substantial proportion of the patients in current cardiac surgical practice. However, the highest risk patients were not enrolled or were excluded.

## QUESTION#2 - Specific Sub-Populations

Q# 2.A    Based on available information, is there a specific cardiac surgical population that may be at particular risk for adverse outcomes associated with Trasylol®? Similarly, is there a situation/sub-population in which Trasylol® may be considered?

**Discussion:**
There is no apparent advantage for Trasylol® versus transfusion in populations at "low risk" for bleeding. Trasylol® may be of potential benefit in those populations for whom blood transfusion is not an option, and in truly "high risk" populations (e.g. complex reoperations of aortic root or congenital heart repairs).

There is no robust clinical trial data to support the use of Trasylol® in "high risk" populations and the BART study included "moderate risk" patients. However, the interpretation of the BART study is limited by concerns regarding the exclusion of patients and how the primary outcome data was handled.

Gathering information on subgroups is challenging; it would be difficult to conduct trials in every subpopulation.

**Response:**
There is no apparent advantage for Trasylol® in "low risk" populations. However, Trasylol® may be of potential benefit in other populations such as the "moderate risk" patients from the BART study and "high risk" patients such as complex reoperations of aortic root or congenital heart repairs.

Q# 2.B    Are you of the opinion that the data from the BART trial are applicable to current cardiac surgical practice, not only high-risk cardiac surgical practice?

5 | Page

Confidential - Subject To Protective Order

BAY06797587

**Discussion:**
The data from the BART study are applicable to "moderate risk" patients which form a significant proportion of current cardiac surgical practice. There is no apparent advantage for Trasylol® in "low risk" populations, and a small population of patients at risk of massive blood loss may benefit.

**Response:**
The data from the BART trial are applicable to "moderate risk" patients which form a significant proportion of current cardiac surgical practice.

## QUESTION #3- Alternatives to Trasylol®

At present, the only "authorized" alternative to Trasylol® use in Canada is blood transfusion. It is known that the use of transfusion can increase the risk of numerous adverse events, and recent data has suggested that the use of transfusion in cardiac surgery could also increase the risk of morbidity and mortality in such patients.

**Q# 3**  *In your opinion, given the known and potential risks associated with blood transfusion, do the risks of using Trasylol® outweigh the risks of blood transfusion in the cardiac surgical population?*

**Discussion:**
The available data suggest that risks of Trasylol® are equivalent to the risks of transfusion (placebo), but the placebo-controlled studies have not been powered to detect risk. Low volumes of transfusion (i.e. 1-3 units) may be safer than Trasylol®, but the risks of blood transfusion increase markedly when >4 units are transfused. However, improvements in surgical practice can reduce the need for transfusion and the associated risks. Comparing the risks of Trasylol® to the risks of transfusion alone does not address the risks associated with the off-label use of other agents, and the proper question is, "Are the risks of Trasylol® greater than the risks of other methods/therapies in cardiac surgery?"

The BART study compared Trasylol® to pharmaceutical comparators, not placebo (transfusion). This limits the interpretation of the BART study when examining the risks of Trasylol® versus transfusion.

The use of Trasylol® in basic CABG surgery does not suggest a safety concern based on available clinical trial data. There has been a trend towards the off-label use of Trasylol® in "higher risk" patients, and one option is to restrict the use of Trasylol® in this group. However, this depends on the reliability of the data from the BART trial, and a corroborating study may ultimately be needed.

**Response:**

Available placebo-controlled clinical trial data for Trasylol® does not suggest a risk versus transfusion in the basic CABG indication.

6 | Page

Confidential - Subject To Protective Order

BAY06797588

The assessment of risk may depend on the volume of blood transfusion (i.e. low volumes of transfusion are lower risk compared to Trasylol® versus higher volumes). The benefit/risk of Trasylol® may not be favourable in "low risk" patients but may become more favourable with "moderate risk" and "high risk" patients (i.e. increasing bleeding risk).

### QUESTION#4 - Benefit-Risk Balance For Trasylol®

Q# 4    *Based on considerations from questions #1, #2 and #3, has there been a shift in the benefit-risk balance for Trasylol® since the time of the majority of the clinical trial data and the original marketing authorizations?*

**Discussion:**
The initial discussions on December 3, 2008, suggested that here has been no shift in the benefit-risk for the basic CABG indication based on the available data. However, further evidence was needed for "higher risk" patients.

Further discussion from the panel on January 29, 2009, suggested that there may be a shift in the benefit-risk balance for Trasylol®, the benefit-risk balance remains favourable in the authorized indication, and further studies would be needed to clarify the risk-benefit balance in the unauthorized indications. The benefit may be less then the risk in low/moderate risk surgeries, and benefit may be greater than risk in high-risk surgeries.

The panel is aware of the second US-FDA "Dear Doctor" letter from December 2006, warning physicians about increased hypersensitivity and possible kidney toxicity. The panel stated that these warnings reflect risks in patients that physicians should be aware of.

It was also noted that an overall mortality signal for Trasylol® cannot be clarified based on the available information sources. The post-market observational studies possess limitations in interpretation and have had conflicting findings, and there are concerns regarding the validity of the findings from the BART study. Given concerns from the BART study regarding the primary outcome data as well as the small numbers for mortality, the panel questioned whether a mortality signal was truly present in the trial or whether it was due to statistical chance.

A new study may be needed for Trasylol® with a focus on assessing safety, although there would be challenges in conducting such a study.

**Response:**
While there may have been a shift in the benefit-risk balance for Trasylol® when compared to the original market authorizations, the benefit-risk balance remains favourable in the authorized indication, and further studies would be needed to clarify the risk-benefit balance in the unauthorized indications. It is possible that the benefit/risk balance for the drug may be more favourable in "higher risk" patients.

Confidential - Subject To Protective Order

BAY06797589