Schedule A                                    Bryant - Plaintiff Specific Exhibits
                                                      Bryant Exhibits

| # | Description | Bates Stamp No. | Date |
|---|---|---|---|
| A-0001 | 2006 FDA Trasylol Advisory Committee Meeting (Transcript, Slides, Briefing Materials) | | |
| A-0002 | 2007 FDA Trasylol Advisory Committee Meeting (Transcript, Slides, Briefing Materials) | | |
| A-0003 | 21 C.F.R. § 314.80 | | |
| A-0004 | 21 U.S.C. § 352 | | |
| A-0005 | 21 C.F.R. § 314.81 | | |
| A-0006 | 21 C.F.R. § 99 | | |
| A-0007 | 21 C.F.R. § 201.57(c)(6)(i) | | |
| A-0008 | 21 C.F.R. § 202.1 | | |
| A-0009 | 21 C.F.R. § 1.21 | | |
| A-0010 | 21 C.F.R. § 201.5 | | |
| A-0011 | 21 C.F.R. Part 312 | | |
| A-0012 | 21 C.F.R. Part 314 | | |
| A-0013 | 21 U.S.C. § 355 | | |
| A-0014 | 21 C.F.R. § 314.125 | | |
| A-0015 | 21 C.F.R. Part 50 | | |
| A-0016 | 21 C.F.R. Part 56 | | |
| A-0017 | 21 C.F.R. § 312.23 | | |
| A-0018 | 21 C.F.R. § 312.50 | | |
| A-0019 | 21 C.F.R. § 312.70 | | |
| A-0020 | 21 C.F.R. § 314.50 | | |
| A-0021 | 21 U.S.C. § 321 | | |
| A-0022 | 21 U.S.C. § 355 | | |
| A-0023 | 42 U.S.C. § 282 | | |
| A-0024 | 21 C.F.R. § 314.150 | | |
| A-0025 | 21 C.F.R. § 314.80 | | |
| A-0026 | 21 C.F.R. § 314.70 | | |
| A-0027 | 21 C.F.R. § 201.57 | | |
| A-0028 | 21 C.F.R. § 201.80 | | |
| A-0029 | 21 C.F.R. § 201.10 | | |
| A-0030 | 21 C.F.R. § 202.1 | | |
| A-0031 | 21 U.S.C. § 352 | | |
| A-0032 | 21 U.S.C. §§ 321 et seq. | | |
| A-0033 | 21 C.F.R. § 316.20 | | |
| A-0034 | FDA's Risk Assessment Guidance, 2005 | | |
| A-0035 | Food and Drug Administration Amendments Act of 2007 | | |

Schedule A                                          Bryant - Plaintiff Specific Exhibits
                                                              Bryant Exhibits

| # | Description | Bates Stamp No. | Date |
|---|---|---|---|
| A-0036 | Office of the Inspector General's ("OIG") March 2003 report OE1-01-01-00590 titled FDA's Review Process for New Drug applications, A Management Review | | |
| A-0037 | Prescription Drug User Fee Act (PDUFA) Act | | |
| A-0038 | March 2003 Office of the Inspector General's ("OIG") report titled, FDA's New Drug Application Review Process | | |
| A-0039 | GAO-08-835 Promotion of Drugs for Off-Label Uses, July 2008 | | |
| A-0040 | The Food and Drug Administration Modernization Act of 1997 | | |
| A-0041 | Guidance for Industry: Good Reprint Practices for the Distribution of Medical Journal Articles and Medical or Scientific Reference Publications on Unapproved New Uses of Approved Drugs and Approved or Cleared Medical Devices | | |
| A-0042 | GAO-08-835 Promotion of Drugs for Off-Label Uses | | |
| A-0043 | Institute of Medicine's ("IOM") The Future of Drug Safety, Promoting and Protecting the Health of the Public, National Academies Press, 2007 | | |
| A-0044 | Food and Drug Administration Amendments Act of 2007 | | |
| A-0045 | GAO March 2006 Drug Safety Report | | |
| A-0046 | Drug Safety, September 2007 | | |
| A-0047 | GAO/HEHS-00-21 report titled "Adverse Drug Events The Magnitude of Health Risk is Uncertain Because of Limited Incidence Data" | | |
| A-0048 | October 2008, United States House of Representatives Committee on Oversight and Government Report Majority Staff Report prepared for Chairman Henry A. Waxman | | |
| A-0049 | Guidance For Industry Good Pharmacovigilance Practices and Pharmacoepidemiologic Assessment | | |
| A-0050 | Guidance for Industry: "Development and Use of Risk Minimization Action Plans (RiskMAP Guidance)." | | |
| A-0051 | Risk Assessment of Observational Data: Good Pharmacovigilance Practices | | |
| A-0052 | 2005 Pharmacoepidemiologic Assessment Pharmacovigilance Guidance | | |
| A-0053 | FDA's Pharmacovigilance Guidance, 2005 | | |
| A-0054 | The Food Drug Administration Act Amendment of 2007 | | |
| A-0055 | FDA's Office of Policy's Proposed Supplemental Applications Proposing Labeling Changes for Approved Drugs, Biologics, and Medical Devices [Docket No. 2008N-0021] published January 16, 2008 | | |

Schedule A                          Bryant - Plaintiff Specific Exhibits
                                              Expert Reports

| Exhibit Prefix | Exhibit No. | Description |
|---|---|---|
| Bryant | 6001 | Expert Report of Dr. Chertow as supplemented or amended, including exhibits & documents listed in appendix |
| Bryant | 6002 | Expert Report of Dr. Cipollo, as supplemented or amended, including exhibits & documents listed in appendix |
| Bryant | 6003 | Expert Report of Dr. Deutsch, as supplemented or amended, including exhibits & documents listed in appendix |
| Bryant | 6004 | Expert Report of Dr. Schuch, as supplemented or amended, including exhibits & documents listed in appendix |
| Bryant | 6005 | Expert report of Mark J. Einsenberg, M.D., PhD., MPH with exhibits & documents listed in appendix |
| Bryant | 6006 | Expert report of Chirag R. Parikh, M.D., Ph.D. with exhibits & documents listed in appendix |
| Bryant | 6007 | Supplemental Expert report of Chirag R. Parikh, M.D., Ph.D. with exhibits & documents listed in appendix |
| Bryant | 6008 | Expert report of Suzanne Parisian, M.D. with exhibits & documents listed in appendix |

Schedule A								Bryant - Plaintiff Specific Exhibits
Labels

| **Description - Package Inserts & Labels** |
| --- |
| The Defendant's Trasylol labels and package inserts are listed as exhibits on Schedule B. |
| The Amicar labels and package inserts are exhibits 1075 and 1076 on Schedule B. |
| The Transexamic label is listed as Exhibit 1077 on Schedule B. |
| The list below is provided as further notice of Plaintiffs intent to use as evidence any/all of the labels and package inserts found in Schedule B documents. |
| 1993 Trasylol package insert and label |
| 1994 Trasylol package insert and label |
| 1995 Trasylol package insert and label |
| 1996 Trasylol package insert and label |
| 1997 Trasylol package insert and label |
| 1998 Trasylol package insert and label |
| 1999 Trasylol package insert and label |
| 2000 Trasylol package insert and label |
| 2001 Trasylol package insert and label |
| 2002 Trasylol package insert and label |
| 2003 Trasylol package insert and label |
| 2004 Trasylol package insert and label |
| 2005 Trasylol package insert and label |
| 2006 Trasylol package insert and label |
| 2007 Trasylol package insert and label |
| 2008 Trasylol package insert and label |
| Amicar package inserts and labels (1993-2009) |
| Tranexamic Acide package inserts and lables (1993-2009) |

Schedule A                                Bryant - Plaintiff Specific Exhibits
                                                   Medical Recs

| Exhibit Prefix | # | Description | Bates Stamp No. |
|---|---|---|---|
| Bryant | 7001 | Dr. Mehrdad Ariana | ABryant –MKAriani-000001 to ABryant – MKAriani-000095 |
| Bryant | 7002 | Dr. Ihad Aziz | ABryant-IhabNAziz-000001 to ABryant-IhabNAziz-000025 |
| Bryant | 7003 | California Kidney Med.Grp. | ABryant-CKMG-000001 to ABryant-CKMG-000592 |
| Bryant | 7004 | Familiy Medicine Assoc. (Dr. Hopkins, Bryant's PCP) | ABryant-FMAN-000001 to ABryant-FMAN-000055 |
| Bryant | 7005 | Dr. Mark Greenstadt | ABryant-MAGreenstadt-000001 to ABryant-MAGreenstadt-000039 |
| Bryant | 7006 | Harbor UCLA Med. Cntr. | ABryant-HUCLAMC-000001 to ABryant-HUCLAMC-000274 |
| Bryant | 7007 | Harbor UCLA Med. Cntr. | ABryant-HUCLAMC-000277 to ABryant-HUCLAMC-000976 |
| Bryant | 7008 | Harbor UCLA Labs | No bates assigned.  Documents have been produced. |
| Bryant | 7009 | Kaiser Permanente Pharmacy | ABryant-KPP-PO-000001 to ABryant-KPP-PO-000007 |
| Bryant | 7010 | Kaiser West Los Angeles Medical Center | ABryant-KWLAMC-MD- to ABryant-KWLAMC-MD-000018 |
| Bryant | 7011 | Kidney Center of Panorama City | ABryant-KCPC-0000001 to KCPC-000866 |
| Bryant | 7012 | Mendez Family Inn | ABryant-MFI-000001 to ABryant-MFI-000060 |
| Bryant | 7013 | MidValley Comprehensive Health Center | ABryant-MCHC-MD-000001 to ABryant-MCHC-MD-000173 |
| Bryant | 7014 | Northridge Dialysis Center | ABryant-NorthDCtr-000001 to ABryant-NorthDCtr-000280 |
| Bryant | 7015 | Northridge Hospital Medical Center | ABryant-NHMC-MD-000001 to ABryant-NHMC-MD-000160 |
| Bryant | 7016 | Provident Holy Cross Med. Center | ABryant-PHCMC-MD-000001 to ABryant-PHCMC-MD-000056 |
| Bryant | 7017 | Topanga Terrace Conv. Center | ABryant-TTCC-000001 to ABryant-TTCC-000484 |
| Bryant | 7018 | Dr. David Soo H. Kim | ABryant-DSKim-000001 to ABryant-DSKim-000055 |
| Bryant | 7019 | Mission Comminity Hospital | ABryant-MisComHosp-MD-000001 to ABryant-MisComHosp-MD-000014 |
| Bryant | 7020 | West Hills Hospital & Medical Center | ABryant-WHHMC-MD-000001 to ABryant-WHHMC-MD-000065 |
| Bryant | 7021 | Watts Labor Community Action Committee | ABryant-WattsLCAC-HR-000001 to ABryant-WattsLCAC-HR-000264 |
| Bryant | 7022 | Social Security Administration | ABryant-SSA-000001 to ABryant-SSA-000256 |

Schedule A                                    Bryant - Plaintiff Specific Exhibits
                                                       Medical Bills

| Exhibit Prefix | Exhibit No. | Description | Bates Stamp No. |
|---|---|---|---|
| Bryant | 7501 | Ann Shahwan MD | AShahwan-000001 |
| Bryant | 7502 | California Kidney Group | CKMG-000420-000592 |
| Bryant | 7503 | Family Medical Group | FMAN-000049-000055 |
| Bryant | 7504 | Ihab Aziz MD | IhabNAziz-018-025 |
| Bryant | 7505 | Kaiser Permanente Pharmacy | KPP-PO-000001-000007 |
| Bryant | 7506 | Kim David Soo MD | DSHKim-000053-000055 |
| Bryant | 7507 | Mark Greenstadt MD | MAGreenstadt-000040-000041 |
| Bryant | 7508 | Mid Valley Comprehensive | MCHC-BD-000003-000006 |
| Bryant | 7509 | Mission Community Hospital | MisComHosp-BD-000001-000005 |
| Bryant | 7510 | Northridge Hospital | NHMC-BD-000001-000003 |
| Bryant | 7511 | Providence Holy Cross | PHCMC-BD-000001-000004 |
| Bryant | 7512 | Reagan UCLA Medical Center | RR-UCLAMC-BD-000001-000013 |
| Bryant | 7513 | Scott Calvin MD | WSCalvin000040-000045 |
| Bryant | 7514 | UCLA Medical Center | UCLAMC-BD-000001-000013 |

Schedule A                                              Bryant - Plaintiff Specific Exhibits
                                                                   Visual Media

| Exhibit Prefix | Exhibit No. | Description |
|---|---|---|
| Bryant | 8001 | Day in the Life Video taken 11/4/09 |
| Bryant | 8002 | Trial Cut - Day in the Life Video taken 11/4/09 |
| Bryant | 8003 | Day in the Life Video taken 9/16/09 |
| Bryant | 8004 | Photo 1 – Mrs. Bryant playing with children in front yard |
| Bryant | 8005 | Photo 2 – Mrs. Bryant in bus driver uniform |

Schedule A  Bryant - Plaintiff Specific Exhibits
Misc

| Exhibit Prefix | Exhibit No. | Description | Bates Stamp No. |
|---|---|---|---|
| Bryant | 9001 | U. S. Census Bureau, The 2010 Statistical Abstract, Table 105 *Expectation of Life and Expected Deaths by Race, Sex and Age: 2006* | No bates assigned. Document has been produced. |
| Bryant | 9002 | Affirmation of Erik Anderson (Day-in-the-Life videographer) | No bates assigned. Document has been produced. |
| Bryant | 9003 | DVD - Trasylol Interactive Learning Module Course produced by Bayer. | No bates assigned. |