UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

|  |  |
|---|---|
| IN RE TRASYLOL PRODUCTS LIABILITY LITIGATION — MDL-1928<br><br>THIS DOCUMENT RELATES TO:<br><br>*Mordecai* v. *Bayer Corporation et al.*,<br>Case No. 9:08-cv-80781 | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT MOTION FOR ENTRY OF CASE MANAGEMENT ORDER MODIFYING PRETRIAL MOTION SCHEDULE AND SETTING CASE FOR TRIAL**

Plaintiff Linda Mordecai and Defendants Bayer Corporation, Bayer HealthCare Pharmaceuticals Inc., Bayer HealthCare LLC, and Bayer Schering Pharma AG jointly move for entry of the proposed Pretrial Order Modifying Pretrial Motion Schedule and Setting Case for Trial in *Mordecai* v. *Bayer Corp. et al.*, No. 9:08-cv-80781, attached to this motion as <u>Exhibit A</u>. This case would serve as the back-up bellwether trial in the event *Morrill v. Bayer Corp. et al.*, No. 9:08-cv-80424, is resolved before its schedule trial date of April 26, 2010.

1

DATED:  February 17, 2010

*/s/  P. Gregory Haddad*
P. Gregory Haddad
Email: fcaruthers@baileyglasser.com
Kerrie Wagoner Boyle
Email: kboyle@baileyglasser.com
Eric B. Snyder
Email: esnyder@baileyglasser.com
**BAILEY &GLASSER LLP**
209 Capitol Street
Charleston, WV 25301
Telephone:  304-345-6555
Facsimile:   304-342-1110

David Miceli
Email:  dmiceli@simmonsfirm.com
**THE SIMMONS FIRM**
119 Maple Street, Suite 201
Carrollton, GA 30117
Telephone:  770-834-2122
Facsimile:   770-214-2622

Leslie Ann Caldwell
Email:
**LUSK LUSK DOWDY & CALDWELL PC**
2100 Highland Avenue
Suite 410
Birmingham, AL 35205
Telephone:  205-933-7090
Facsimile:   205-933-7099

*Attorneys for Plaintiff*

Respectfully submitted,

*s/  Barbara Bolton Litten*
Patricia E. Lowry (Florida Bar No. 332569)
Email: plowry@ssd.com
Barbara Bolton Litten (Florida Bar No. 91642)
Email: blitten@ssd.com
**SQUIRE, SANDERS & DEMPSEY L.L.P.**
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198
Telephone:  561-650-7120
Facsimile:   561-655-1509

*Attorneys for Defendant*
*Bayer Corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 17, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

          */s/ Barbara Bolton Litten*
          Barbara Bolton Litten

# SERVICE LIST

### Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON
### Case No. 9:09-CV-80781-MIDDLEBROOKS/JOHNSON

**United States District Court**
**Southern District of Florida**

James R. Ronca
Email:  jronca@anapolschwartz.com
**ANAPOL, SCHWARTZ, WEISS, COHAN, FELDMAN**
    **& SMALLEY, P.C.**
1710 Spruce Street
Philadelphia, PA 19103
Telephone:  215-735-1130
Facsimile:  215-875-7758
*Plaintiffs' Steering Committee/Co-Lead Counsel*

Scott A. Love
Email:  slove@triallawfirm.com
**CLARK, DEAN & BURNETT, G.P.**
Lyric Center
440 Louisiana Street, Suite 1600
Houston, TX  77002
Telephone:  713-759-1400
Facsimile:  713-759-1217
*Plaintiffs' Steering Committee/Co-Lead Counsel*

Theodore Babbitt
Email:  tedbabbitt@babbitt-johnson.com
**BABBITT JOHNSON OSBORNE**
    **& LECLAINCHE, P.A.**
1450 Centrepark Blvd., Suite 100
West Palm Beach, FL  33401
Telephone:  561-684-2500
Facsimile:  561-684-6308
*Plaintiffs' Steering Committee/Liaison Counsel*

Neal Moskow
Email:  neal@urymoskow.com
**URY & MOSKOW, LLC**
883 Black Rock Turnpike
Fairfield, CT 06825
Telephone:  203-610-6393
Facsimile:  203-610-6399
*Plaintiffs' Steering Committee/*
*Federal-State Liaison*

David Miceli
Email:  dmiceli@simmonsfirm.com
**THE SIMMONS FIRM**
119 Maple Street, Suite 201
Carrollton, GA 30117
Telephone:  770-834-2122
Facsimile:  770-214-2622
*Counsel for Plaintiffs*

P. Gregory Haddad
Email: fcaruthers@baileyglasser.com
Kerrie Wagoner Boyle
Email: kboyle@baileyglasser.com
Eric B. Snyder
Email: esnyder@baileyglasser.com
**BAILEY &GLASSER LLP**
209 Capitol Street
Charleston, WV 25301
Telephone:  304-345-6555
Facsimile:  304-342-1110
*Counsel for Plaintiffs*

Patricia E. Lowry
Florida Bar No. 332569
Email:  plowry@ssd.com
**SQUIRE, SANDERS & DEMPSEY L.L.P.**
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL  33401-6198
Telephone:  561-650-7200
Facsimile:  561-655-1509
*Defendants' Liaison Counsel and Attorneys for Defendants*

Leslie Ann Caldwell
Email:
**LUSK LUSK DOWDY & CALDWELL PC**
2100 Highland Avenue
Suite 410
Birmingham, AL 35205
Telephone:  205-933-7090
Facsimile:  205-933-7099
*Counsel for Plaintiffs*

WESTPALMBEACH/565038.1