# EXHIBIT 1

Monthly Sales

# Trasylol 2000 Brand Review

Stan Horton, PharmD.

3/20/2000

## Agenda

- Sales and Objectives
- Historical Perspective
- Market Overview
- Promotion
- Financials

Confidential - Subject To Protective Order



## Sales Growth

1999 largest increase in DDD sales since launch

**Trasylol Sales % Increase Over Prior Year**

Confidential - Subject To Protective Order





2000 Sales Objective
Achieve a 2000 factory sales objective of $70 mm

Situational Analysis Background - Timeline
Discovery
Germany Launch
U.S. Launch
1930
1957
1994 1995 1996 1997 1998 1999
"A Drug in Search in an Indication."
oPancreatitis
oDiabetes
oAIDS
oHyperfibrinolytic States

3

Confidential - Subject To Protective Order

BAY00679869



Situational Analysis Background - Timeline
Discovery
Germany Launch
U.S. Launch
1930
1957
1994 1995 1996 1997 1998 1999
oLaunched Trasylol: Indication for Redo and High Risk Primary CABG Patients
oCosgrove's Article Published
-Questioned Trasylol's Safety
-FDA Put All Sales Materials "On Hold" Pending Resolution of Safety
oEfficacy of Trasylol Established

Situational Analysis Background - Timeline
Discovery
Germany Launch
U.S. Launch
1930
1957
1994 1995 1996 1997 1998 1999
oLevy Study
-Showed efficacy at half dose
- Provided "Half Dose" Labeling Changes
- First Study to Show Statistical Significance in Stroke Reduction





Situational Analysis Background - Timeline
Discovery
Germany Launch
U.S. Launch
1930
1957
1994 1995 1996 1997 1998 1999
o Angiography Study Completed and Submitted to FDA
o Submitted Labeling Changes to Include All CABG patients
o Cognitive / Neurologic Protection Studies Started
oFDA
-Received Non-Approval Letter Concerning All CABG patients
-Responded with additional information
-Filed a CBE-PI Effective May 1997 Address Safety Concerns
oSafety Sell Sheet Prepared to Assist Reps in Addressing Safety
o11/98 Obtained Labeling Changes to Include All CABG Patients

Situational Analysis Background - Timeline
Discovery
Germany Launch
U.S. Launch
1930
1957
1994 1995 1996 1997 1998 1999
•First Visual Aid Rolled Out Since Launch
•Bio Sales force reorganized
•SAL's Pilot CT Surgical Team Meeting (300% ROI)
•SALs redeployed Q1
•A&P reduced to $2.7 M ($1 M returned)
•40 ISF Reps Trained Late October
•SALs returned and organized CT Surgical Team Meetings

5

Confidential - Subject To Protective Order

BAY00679871





Bypass Induced
Systemic Inflammation Response
Neutrophil
Inhibits Transmigration
MOA
MOA Review Paper
Platelets
Myocardial Protection
Database Outcomes
Reduced Take Backs
Reduced Strokes
Reduced Transfusion Requirements
Bleeding

Millennium Challenges
Lingering procoagulant doubts
Dosing
Value
Leaking vials

6

Confidential - Subject To Protective Order

BAY00679872





Market perception
Safety
Side effects
TRASYLOL
(aprotinin injection)
Efficacy
Trasylol
+ cost/ benefit
TA
AMICAR

7

Confidential - Subject To Protective Order

BAY00679873





Trasylol - Market Overview
Blood-Sparing Agents in CABG Surgery Market Sales ($000s)
$60,000
$50,000
$40,000
$30,000
$20,000
$10,000
$0
1994
1995
1996
1997
1998
1999
Trasylol
Amicar
TA
Source: IMS Retail and Provider Perspective Database

Trasylol - Market Overview
Blood-Sparing Agents in CABG Surgery Sales (000s Doses)
700
600
500
400
300
200
100
0
1994
1995
1996
1997
1998
1999
Trasylol
Amicar
TA
Source: IMS Retail and Provider Perspective Database

8

Confidential - Subject To Protective Order BAY00679874





Trasylol - Market Overview
Market Shares by Doses
TA
6.9%
Trasylol
20.6%
Amicar
72.5%
1998
TA
7.0%
Trasylol
23.7%
Amicar
69.3%
1999
Source: IMS Retail and Provider Perspective Database

STS Convention Research

9

Confidential - Subject To Protective Order

BAY00679875





STS Convention Research

Convention Research
Reasons for Using Trasylol
0
20
40
60
80
100
Reduce transfused blood required
Drier surgical field
Kallikrein inhibition on contact activation
Availability of safety data
Reduction of neurological events
Other
Surgeons
Anesthesiologist

10

Confidential - Subject To Protective Order

BAY00679876



Anesthesiologist Survey
Concern regarding safety
1 = Very little influence, 5 = Great deal of influence
Renal effects
Graft Patency
What dose to use
MIs
2.42
2.32
2.17
1.97
0.0
0.5
1.0
1.5
2.0
2.5
3.0
3.5
4.0
Source: American Quantity Survey - Society of Cardiovascular Anesthesiologists, April 1998

## Competitors

- AMICAR - generic and not indicated
- Off-Pump procedures - to reduce SIRs
- C5 Complement Inhibitors - recombinant drugs that intervene in complement cascade; rapidly penetrate tissues and limit inflammation

Confidential - Subject To Protective Order

## 2000 - Positioning

- Trasylol, a broad-spectrum protease inhibitor in a class unto itself, is the only agent with an FDA approved indication for prophylaxis in CABG surgery, that modulates the systemic inflammatory proteases initiated by contact activation through concentration-dependent mechanisms, resulting in:
  - reduced peri-operative blood loss
  - decreased need for donor transfusions by 60 to 80%
  - decreased requirement for re-operations for bleeding
  - better patient outcomes
  - cost avoidance

## 2000-Why Trasylol Visual Aid

- **Ask surgeon:**

**"Why" he uses or does not use Trasylol???**

- **Listen**
- **Interact based on physician's response**
  - **Use visual aid to address concerns as appropriate**
    - unique MOA
    - efficacy
    - transfusion risk
    - cost savings comparison with AMICAR
    - IMAGE study
    - safety
    - heparinization and dosing

Confidential - Subject To Protective Order

## 2000-Break The Chain Campaign

- Bypass-induced SIRs causes a chain of events
  - activates neutrophils and causes degranulation
  - stimulates platelets and coagulation
  - initiates hyperfibrinolysis
  - initiates complement activation
  - induces kinin formation and vasoactive effects
- Trasylol "breaks the chain" by modulating the bypass induced SIRS by inhibiting kallikrein

## Sales Literature

Why Consider Trasylol? Master visual aid

Trasylol MOA Visual Aid

Confidential - Subject To Protective Order

## 2000-Trasylol Key Messages

- **Trasylol is a broad-spectrum protease inhibitor in a unique class unto itself**
- **The only agent with an FDA approved indication for prophylactic use to reduce bleeding and transfusion requirements**
- **Concentration-dependent properties**
  - Plasmin inhibiting dose achieves reductions in blood loss
  - Kallikrein inhibiting dose provides broad spectrum protease inhibition for optimal modulation of the adverse response to bypass

    (Blood loss and related SIRs outcomes)

## 2000 -Trasylol Key Messages

- **Trasylol's unique MOA modulates or normalizes the systemic inflammatory response (SIR) to by-pass**
- **Transfusion requirements are reduced by 60 to 80%**
- **Clean safety profile**
  - 5% risk of anaphylaxis within 6 months; thereafter the risk declines to 0.9%
  - For optimal safety, proper anticoagulation and monitoring is essential
- **Positive cost offset analysis**

Confidential - Subject To Protective Order

## 2000 - Peer Influence Meetings

- **Types of meetings**
  - Dinner
  - Grandrounds
  - Regional meetings and symposia
  - **CT Surgical Team Meetings**

## Web Sites and Resource Center

Trasylol LN Resource Center

Trasylol Web Page

Visiting Professor Web Page

Confidential - Subject To Protective Order

## Millennium Publications

- Mojcik, Levy. Aprotinin and the SIR following cardiopulmonary bypass - *Anesthesiology*
- Berger. IMAGE study of LIMA - benchmark for the MIDCAB - *Circulation*
- Datta. Cost analysis in CABG surgery
- Taylor. "PAR" receptors
- Taylor. Intravital Microscopy of Neutrophils
- Murkin. Hip revision study

## Millennium Publications

**Cognitive/Neurologic Studies**

- Ken Taylor's MRI study complete
  - Neurologic/cognitive (4/1)
  - MRI (intraventricular swelling)
- John Murkin's Study complete
  - cerebrovascular (5.6% placebo, 0% Trasylol)
  - neuropsych decline (29 placebo, 27 Trasylol)
  - inflammatory mediators (IL 6,IL 8, TNF)
- David Stump
  - Reinfusion of shed blood causes SCADS

Confidential - Subject To Protective Order

## Millennium Think Tank Publications

- ACE inhibitors
- Platelet administration
- Stroke
- Myocardial Protection






Confidential - Subject To Protective Order

## Lifecycle Rationale

- Trasylol sales were hindered since launch due to:
  - safety concerns
  - niched labeling for high risk patients
  - FDA hold on promotional material
  - perceived as an expensive antifibrinolytic
  - inability to differentiate from generic Amicar
- Expanded labeling to include all CABG patients along with new safety data has answered most of the safety concerns.
- Modulation of the SIR is major objective to improve CABG surgery and multiple studies have shown Trasylol's ability to intervene adding value beyond blood loss.
- Market perceptions have changed.

## Trasylol Profitability

**Trasylol**

| | Profitability | | | | | | | | | | | | 95-99 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1994 | % of NS | 1995 | % of NS | 1996 | % of NS | 1997 | % of NS | 1998 | % of NS | 1999 | % of NS | CAGR |
| Gross Sales | 17.2 | | 26.0 | | 28.3 | | 38.1 | | 45.7 | | 54.3 | | 20% |
| Net Sales | 16.9 | | 25.5 | | 28.8 | | 35.3 | | 43.8 | | 51.8 | | 19% |
| Gross Profit | 11.0 | 65% | 16.1 | 63% | 17.8 | 62% | 24.5 | 69% | 32.3 | 74% | 38.9 | 75% | 25% |
| Marketing Margin | (9.9) | -90% | (4.3) | -17% | (0.2) | -1% | 5.5 | 15% | 21.2 | 48% | 29.1 | 56% | 131% |
| *CAGR for Marketing Margin 97thru99 only | | | | | | | | | | | | | |
| *A&P Expense* | 8.3 | 49% | 5.1 | 20% | 5.4 | 19% | 6.3 | 18% | 4.8 | 11% | 3.9 | 8% | |
| *Field Sales Expense* | 10.1 | 60% | 12.9 | 51% | 10.4 | 36% | 8.6 | 24% | 4.3 | 10% | 4.9 | 9% | |

Confidential - Subject To Protective Order