# EXHIBIT 2



**Minutes   IPDC-Meeting**                          June 12, 2002            -2-

- BSE (risk to be taken off the market in case of a BSE outbreak in the USA although the compound is regarded as safe with respect to BSE)
- A recombinant aprotinin could enter the market in 2006
- Risk of generic bovine aprotinin in US (regarded as low)

A set of strategic options have been assessed using the SDG methodology:

- Maintain Trasylol as long as possible.
- Develop the aprotinin variant BAY 19-8757, expressed in yeast.
- Develop recombinant aprotinin;
    expressed in yeast (well known technology, public domain) or
    expressed in corn (ProdiGene).

The option to maintain Trasylol has the highest profitability. BAY 19-8757 has a slightly higher commercial value compared to Trasylol, but the expected value is low: a full development is needed. The overall probability of launch is regarded as 14%. The recombinant aprotinin alternatives have intermediate commercial and expected values.

Limited investments up to and including Phase I were discussed.

**Decision: the IPDC supports the recommendation of the team to pursue the current Trasylol strategy (maintain Trasylol) and accepts the risk.**

Confidential - Subject To Protective Order                                                                                     BAY00734607

# Excerpt from 6/12/2002 IPDC minutes

Dr. J. Schmidt
PH-PD PPO

Wuppertal, June 25, 2002

Strictly confidential

**IPDC June 12, 2002**

*Chairman:*    A. Ullman

*Attendees:*    R. Angerbauer, F. Bieber, K. Buehner, R. Grobe-Einsler, W. Hartwig, J.-A. Karlsson, S. Kelley, E. v. Keutz, E. Louvel, D. Maruhn, A. Ohm, L. Posner, P.-P. Sagnier, J. Schmidt, J. Schoeneseiffen, T. Shannon, E. Sharp, M. Springsklee, E. Weidmann

*Excused:*    G. Fenu, Ma. Kayser

*Guests:*    A. Bonatz, G. Braeunlich, R. Evans (CLC), S. Gelfert-Peukert, G. Huebner, R. Humphrey, G. Koenig, D. Meulien, M.-L. Miller, N. Sumberaz

## Next IPDC: July 10, 2002 in Westhaven

- Dr. Juergen Schmidt -

### 6. Trasylol Strategy Update: Results of SDG analysis on Trasylol and Trasylol successor (G. Braeunlich)

More than 80% of the Trasylol sales are generated in the US. Bypass surgery is not a growing market over the next 10 years at best it will stay flat. Coated stent and off pump CABG may reduce the number of standard CABGs in the future.
In the US Trasylol use in CABG has increased significantly between 1997 and 2001 due to approval of primary CABG. Off label use has increased in parallel to over 50%.

The following risk are associated with the future of Trasylol:
- The Canada-Bart study is the first large comparative study with antifibrinolytic agents (Trasylol, Amicar, Tranexamic Acid). There is a risk that the relative difference with respect to efficacy and safety may not be great enough to offset cost differences. Results will be published in 2005.