# EXHIBIT 3



**Internal Memorandum**

DATE:        December 6, 1993

SUBJECT:     SUMMARY OF DEC 2 TRASYLOL PACKAGE INSERT/-008 DISCUSSION

FROM:        R. Coniff, P. Hayes, C. Miller

TO:          C. Calcagni, P. MacCarthy, L. Posner, G. Rosenberg,
             D. Stellingworth, H. Wallrabe

BACKGROUND:  The original package insert written by Miles did not include any reference to the half dose in the Dosage and Administration section, but did include the half dose results from the -004 study in the Clinical section and described the half dose in the text of this section. The FDA added 3 statements about the efficacy of the half dose to the Dosage and Administration section in their first rewrite. At that time Miles then considered adding a tabular description of the half dose in the Dosage and Administration section but decided not to based on input from US Marketing and Bayer. The recent availability of the -008 results requires that this issue be reexamined.

MILES
CONSENSUS:   The current data support the use of the half dose as the dose of first choice except in cases where the patient may be at particularly high risk of bleeding, for example when pretreated with aspirin. In this subset the data suggest somewhat better efficacy with the full dose.

Both the full and half dose regimens should be clearly explained in the dosage and administration section to convey the fact that both are safe and effective.

The package insert as currently written does not sufficiently explain the half dose to support its value as an appropriate dose for many patients.

The FDA should be informed of these results as soon as possible and we should request modifications to the package insert under one of the options outlined below.

OPTION 1:    Call the FDA on December 9 indicating new data are available that confirm the half dose as an appropriate dose. Indicate that the data are still being analyzed but we have the initial results. Request only that the half dose be added to the dosage table in the Dosage and

Confidential - Subject To Protective Order                                          BAY00742182

Administration section of the package insert for now (example A). Propose further revisions to the package insert after completion of the final report on -008 (2Q 1994). In this option, the initial launch campaign would include only half dose data from the -004 study.

OPTION 2: Call the FDA on December 9 indicating that new data are available that confirm the half dose as an appropriate dose and provide new data on the MI issue. Indicate that we would like to incorporate these efficacy and safety data into the package insert (example B) and our initial promotional campaign. Offer to send FDA the brief report on -008 and our proposed changes to the package insert for their review.

ACTIONS: Medical is preparing a brief report on the -008 study to contain the key efficacy and safety results. This is expected to be completed (for potential FDA submission) by Thursday, December 9. The final complete MMRR would be completed in February/March 1994.

S&DS is preparing a new US safety data pool including the -008 results which will be available by Friday, December 10. This pooled safety data will not be included in the -008 summary report, but would have to be submitted to support a more complete package insert revision as proposed under option #2.

Drafts of 2 options for revising the package insert were prepared and are attached.

ISSUES: How much data from the -008 study should we request be put in the package insert now as opposed to when the final report is ready?

Also, should the initial promotional campaign include data from the -008 study to strengthen the positioning of the half dose and facilitate discussion of the MI issue?

It is assumed that adding the complete -008 data to the package insert and initial promotional campaign will delay launch by several months due to the need for FDA to review these data more closely before agreeing to allow their extensive use in the package insert or promotional material.

cc: T. Chin          M. Marinaccio
    K. Higgins       D. Suko
    F. Monteagudo
    A. Nadel

Confidential - Subject To Protective Order

BAY00742183