# EXHIBIT 4

# EXHIBIT 4

## Trasylol Project Team Meeting
## 31 March 1998

Participants:

| | |
|---|---|
| J. Basilio | L. Lahoud |
| J. Doherty | C. Mojcik |
| G. Hamilton | A. Nadel |
| S. Horton | F. Winston |

### EXECUTIVE SUMMARY

- Year-to-date sales of Trasylol are $6.8 MM; $4.5MM of Trasylol is currently on backorder. The 1998 budget for Trasylol is $42 MM.

- Revisions to the Trasylol package insert were submitted to the FDA on March 2. The revisions included: 1) the expanded primary CABG indication, 2) a black box warning indicating increased risk of anaphylaxis to patients who are re-exposed to Trasylol, 3) the inclusion of new efficacy variables to the CLINICAL STUDIES section, and 4) a discussion of the anti-inflammatory effects of Trasylol. An action letter from the Agency is expected by September 2 (i.e. PDUFA deadline).

- Three lots of Trasylol were recalled due to the finding of a birch seed in one vial. Trasylol has been on backorder for approximately 3 weeks (i.e. 1600 units/100 ml vials, 1600 units/200 ml vials). QA has implemented a new procedure to more closely monitor vials for particulate contamination and the stopper manufacturer has taken corrective measures to prevent recurrence of the problem.

- On February 3, Italy suspended marketing authorization for Trasylol based upon: (1) new data suggesting that bovine lung should be considered a specified risk material, and (2) results of trials suggesting higher mortality and myocardial infarction rates in Trasylol vs placebo treatment groups. Press releases have been prepared by Public Relations and relevant medical personnel in the US (i.e. Medical Affairs and Drug Safety) informed of the situation.

- Medical is currently preparing a letter to the FDA petitioning for inclusion on the list of 'already approved' drugs for which additional pediatric studies may be of 'health benefit'. The letter will propose additional studies measuring pharmacokinetics in pediatric OHS pateints and efficacy in pediatric patients undergoing arterial switch procedures. If accepted by the FDA, such studies may extend market exclusivity of Trasylol (i.e. orphan drug status) by six months.

1

Confidential - Subject To Protective Order
BAY00749599

Trasylol PTM      March 31, 1998

### REGULATORY UPDATE (attachment 1)

Revisions to the Trasylol package insert were submitted to the FDA on March 2. The revisions, agreed upon at the January 22 meeting with the Division Director, Dr. L. Talarico, included: 1) the expanded primary CABG indication, 2) a black box warning indicating increased risk of anaphylaxis to patients who are re-exposed to Trasylol, 3) the inclusion of new efficacy variables to the CLINICAL STUDIES section, and 4) a discussion of the anti-inflammatory effects of Trasylol. An action letter from the Agency is expected by September 2 (i.e. PDUFA deadline).

### COMMERCIAL SUPPLIES

Three lots of Trasylol were recalled due to the finding of a birch seed in one vial. Trasylol has been on backorder for approximately 3 weeks (i.e. 1600 units/100 ml vials, 1600 units/200 ml vials). QA has implemented a new procedure to more closely monitor vials for particulate contamination and the stopper manufacturer has taken corrective measures to prevent recurrence of the problem. Packaging of first batch of 200 ml vials was completed on March 30 (2032 units); an additional smaller batch will be packaged by the end of this week (700 units); QA release and shipment of the 200 ml to distribution centers is expected in next several days. Packaging of 100 ml vials will start on April 3 (1100 units); QA release and shipment to distribution centers is expected by April 10. Additional new validation batches manufactured at the refurbished manufacturing plant in Elberfeld are awaiting release from US customs.

**Action Point: Determine quantities of 100 ml vials available for commercial supply from new validation batches. Winston. March.**

Manufacture of new validation batches of one ml test ampule was delayed pending release of drug substance batches from refurbished production site in Elberfeld. The timelines for manufacture of validation batches of 1 ml test ampules need to be reassessed.

**Action Point: Discuss with LEV timelines for manufacture of validation batches of 1 ml test ampule. March. Winston.**

Specifications for hangar/label have been approved. Labels have been ordered from the supplier; labels should be available in WH by end of 2Q '98.

### MARKETING UPDATE (attachment 2)

The year-to-date sales of Trasylol are $6.8 MM; $4.5MM of Trasylol is currently on backorder. The 1998 budget for Trasylol is $42 MM.

The marketing plan has been finalized. The advertising campaign is currently undergoing revision; the new campaign will be introduced at Biological Divisional Sales Conference in June.

2

Confidential - Subject To Protective Order    BAY00749600

**Trasylol PTM**    **March 31, 1998**

Scientific Affairs is: 1) conducting market intelligence surveillance, 2) selecting/tracking Phase IV study sites, 3) developing/maintaining a Speaker Network Database, 4) participating in sales force training, 5) providing speakers for regional society meetings.

Approximately $700,000 has been allocated to the Scientific Affairs group to organize: 1) round table discussions, 2) Grand Rounds, 3) regional satellite symposia, 4) Pharmacy round tables, 5) HCSS programs, 6) preceptorships, 7) innovative programs.

Three symposia have been planned in '98:

- American College of Cardiology - March '98
- Society of Cardiothoracic Anesthesiology - April '98
- AATS - May '98

**PHASE IV PROGRAM** (attachment 3)

Thirty-two studies are currently being funded by the Phase IV committee. No additional budget remains for 1998 to fund new studies.

**Action Point: Determine current mechanism for review/publication of Phase IV data. Kleinfield/March**

**EU SAFETY CONCERNS** (attachment 4)

On February 3, Italy suspended marketing authorization for Trasylol based upon: (1) new data suggesting that bovine lung should be considered a specified risk material, and (2) results of trials suggesting higher mortality and myocardial infarction rates in Trasylol vs placebo treatment groups. Earlier in the year, the Dutch Medicines Evaluation Board suggested that the proposed amendments to the package insert were inadequate, that labeling should be restricted to primary hyperfibrinolytic bleeding, and that the matter should be referred to EMEA for further action. Articles have recently appeared in Scrip citing the controversy in EU over the safety of Trasylol, suggesting that Bayer has not been prompt in its reporting of negative study results (*N.B.* both studies (0434, 0472) had previously been reported to the FDA). Press releases have been prepared by Public Relations and relevant medical personnel in the US (i.e. Medical Affairs and Drug Safety) informed of the situation.

*Post-Meeting Note: Bayer AG/Bayer Italy have filed a national suit on Italy's suspension of marketing authorization of Trasylol. A hearing is scheduled on April 6 with the Italian Health Ministry to discuss the legal basis for market withdrawal. The Pharmacovigilance working Party initiated by the Dutch Health authorities requsted an update of the Clinical Expert's report for Trasylol by April 1. The update was provided to Netherlands and Sweden on march 30; other EU countris will be rovided with documentation in early April.*

3

Confidential - Subject To Protective Order

BAY00749601

Trasylol PTM          March 31, 1998

## PEDIATRIC EXCLUSIVITY (attachment 5)

New legislation was passed in November '97 designed to encourage pharmaceutical companies to conduct and publish data regarding the safety, efficacy and pharmacokinetics of their products in children (i.e. Pediatric Provisions of the FDA Modernization Act). This legislation includes a six-month extension of marketing/patent exclusivity for those products for which additional FDA requested studies are completed. Medical is currently preparing a letter to the FDA petitioning for inclusion on the list of 'already approved' drugs for which additional pediatric studies may be of 'health benefit'. The letter will propose additional studies measuring pharmacokinetics in pediatric OHS patients and efficacy in pediatric patients undergoing arterial switch procedures.

**Action Point: Submit letter petitioning for inclusion on the list of 'already approved' drug for which additional pediatric studies may be of health benefit by April 15. Mojcik. April 15.**

## CANADIAN COGNITIVE DEFICIT STUDY

There are currently 128 patients enrolled of 146 patients targeted for the Canadian cognitive deficit study. Enrollment will close by April 15. The schedule for a clean data base has been moved forward from September 15 to August 15; a Go/No Go development decision is targeted for 4Q '98.

## SUMMARY OF ACTION ITEMS

- **Determine quantities of 100 ml vials available for commercial supply from new validation batches. Winston. March.**

- **Discuss with LEV timelines for manufacture of validation batches of 1 ml test ampule. March. Winston.**

- **Determine current mechanism for review/publication of Phase IV data. March. Kleinfield.**

- **Submit letter petitioning for inclusion on the list of 'already approved' drug for which additional pediatric studies may be of health benefit by April 15. Mojcik. April 15.**

4

Confidential - Subject To Protective Order                                                BAY00749602