# EXHIBIT 5

TRAS (Consultants)



## The University of Michigan
## Medical Center

*Ann Arbor, Michigan 48109-0366*

**Department of Internal Medicine**
*Division of Cardiology*
*(313) 936-5260*
*(313) 936-5256 FAX*

William F. Armstrong, M.D.
*Interim Chief*
*Cardiology Division*

David S. Bach, M.D.
Eric R. Bates, M.D.
Robert M. Cleary, M.D.
Sunil K. Das, M.D.
William P. Fay, M.D.
Steven J. Kalbfleisch, M.D.
William H. Kou, M.D.
Jonathan J. Langberg, M.D.
Pamela A. Marcovitz, M.D.
Fred Morady, M.D.
Lora J. Mosca, M.D.
Elizabeth G. Nabel, M.D.
John M. Nicklas, M.D.
Bertram Pitt, M.D.
Melvyn Rubenfire, M.D.
John T. Santinga, M.D.
Michael J. Shea, M.D.
Mark R. Starling, M.D.
S. Adam Strickberger, M.D.
Daniel G. Walsh, M.D.
Joseph A. Walton, Jr., M.D.
Steven W. Werns, M.D.

November 4, 1992

MILES, INC,
PHARMACEUTICAL DIV,

NOV 12 1992

RECEIVED

Timothy B. Seaton, M.D.
Miles Pharmaceutical Division
Miles, Inc.
400 Morgan Lane
West Haven, CT   06516-4175

Dear Dr. Seaton:

Thank you for sending me the Efficacy and Safety Data Summaries of the Trasylol new drug application.  I have reviewed all of the material you sent and will briefly summarize my thoughts on the use of this agent  in patients undergoing cardiovascular surgery employing coronary pulmonary bypass.

There is in my opinion clear evidence of efficacy based upon the significant reduction of the use of blood transfusion in both the US and European studies as well as a shortened operative time.  While these are clearly important efficacy parameters I was concerned by the adverse trials in regard to safety.  While reasonable explanations are given for the excess in incidence of myocardial infarction in the treatment group the evidence for an adverse effect in regard to renal and hepatic function as well as the trends for an increase in graft closure and most significantly for adverse trend in mortality make me concerned.  Although none of the studies was powered to look at mortality there is nevertheless a clear trend toward an excess mortality in the US studies.  While I did not perform a statistical analysis I would believe that if one performed a metanalysis of the US trials that you would be close to statistical significance for adverse effect on survival.

Although it would be desirable to reduce blood transfusion requirements for a potential reduction in the risk of AIDS, hepatitis, and other consequences of transfusion, I believe that given the current quality of blood transfusion services in the United States that these potential benefits are more than offset by the real increase in risk to the patient in regard to hepatic function, renal function, graft closure, and mortality.  I believe that even if the drug was approved by the FDA, which I have considerable doubts, the company could face severe liability risks in the future if the current trends for mortality are substantiated by future metanalysis of future randomized trials, which would likely be performed in view of the trade offs in risk and benefits.

In summary, I do not believe that the potential benefits for Trasylol balance the observed risks and I would not recommend pursuit of this indication in the United States.  It is possible that in other parts of the world where blood quality or availability are different than that in the United States, there might be a potential benefit of Trasylol.  Even in these circumstances, however, I would need further data to assure me that the benefits outweigh the risks.

Confidential - Subject To Protective Order

Timothy B. Seaton, M.D.
November 4, 1992
Page 2

I enjoyed the opportunity to hear of your interests in limiting post-prandial hyperinsulinemia and would look forward to discussing future studies to determine the efficacy of this approach to reduce the vascular complications of diabetes mellitus.

My fee for reviewing the data on Trasylol is as we discussed - $2,000. I would appreciate your sending me the check to my home address: CRED CRED . My social security number is CRED

Sincerely,

Bertram Pitt, M.D.
Professor & Associate Chairman
Department of Internal Medicine

BP/lgh

Confidential - Subject To Protective Order

BAY00983472