# EXHIBIT 6

```
From: Robin McCabe
Sent: Monday, February 28, 2005 4:57 PM
To: Thomas Stephenson; Andy Harville; Steve Burton; ST Ray; Cynthia G
Harris; Patricia Dubret; Jeff Hackman; Brian Hanson; Mary Connolly; Chad
Schaefer; Patrick Henry; Kevin Behl; Lisa Tracz; Craig Kuehn; Steve
Rothmel; Daniel Flick; William Baldwin; Susan Bonnewell; Victoria Jones;
Beth Russo; Bennett Boccuzzi; Jodell Andes; David Spain; Mark T Shank;
John Pantzer; Sindhu Murthy; Patricia A Brancazio-Wade; Mark Conley;
David Dickens; Tabetha Hunt; Amy Lewis; Matthew Conroy; John Plante;
Amula Patel; Adam Kramer; Jerald George; Lisa Blottman; Ellen M Howard;
Heather Pulley; Lori Pickette; Maria Mallory; Trevor Hoskins; Theresa
Lambert; Paul-N Leonard; RueAnn Divita; Diedre Daniels; John Null;
Anthony Salsedo; Robert Gieringer; Ray Hughel; Margaret Sammis; Elaine
Bixby; Mary Futo; Frederick Moye; Patricia Stolarczyk; Sarah Hall; Mark
Murad; Mark Curran; David Rodrigue; Tara Daniher; Katherine Sheffield;
Anit Patel; Barbara Loving; Judy Colgate-Oda; Val Bojko; Elias Ammar;
Roslyn Richey; Angelina Killman; Julie Powell; daisy.torres.b@bayer.com;
maria.amador.b@bayer.com; Michael Newhouse
Cc: Phillip Milam; Joseph LeBon; Rainer Harstrick; James Sadler; Danny
Stamps; Daniel Fischer; William Ackerman; Charles D Carnahan; William
Shank; angel.duran.b@bayer.com; Stephen Zaruby; Val Pascale; Stephen
Paine; Lynn Perlmutter; bayersupport@directpointe.net; Pam McMellon
Subject: Unit 4 Product Information Materials and timelines

Attachments: Alderman_Image_J Thorac Cardivasc Surg_1998.pdf.zip;
Alderman J Thor Cardio Surg bulletin.doc.zip; Murkin-Aspirin and
Trasylol pivotal trial D89-435.pdf.zip; UNIT 4 PI study guide.doc.zip
```

Good afternoon to all,

In this review, we will be exploring the PI, including two trials that address aspirin use with Trasylol and the Phase IV trial designed to look specifically at graft patency. I know that you will find the study guide long and comprehensive. The goal of this review is to insure that you can answer many of the routinely asked questions by our customers using the PI along with these two reprints.
In a subsequent training unit, we will explore some of the other pivotal trials included in the PI safety and efficacy data.
You all should have plenty of PIs so a copy is not included in this email.
Attached are the following materials:
Study guide for Unit 4 - the PI
pdf files for the following trials:
Alderman, EL et al, IMAGE trial - reprint plus a plublication summary:
reprint approved for "promotional" use                    Lit code T05068
Murkin, JM, Aspirin pivotal trial - reprint approved for "disseminate only"
            Lit code T05114
In addition to these resources, you may wish to review PI information contained in the Trasylol Virtual Preceptorship CD:
Module 7 - Trasylol (aprotinin injection)

The timeline for this unit is as follows:
Reading and reviewing the materials received today  Mar 2 - 18 E-mail with slide set/study guide answers/call-in information Mar 11 OPTIONAL Slide review and teleconference discussion Mar 18
On-line knowledge check available     Mar 18 - Mar 26

Steve and I look forward to working with you on these new materials! Please contact me if you have any questions.


Robin McCabe, MMSc

Confidential - Subject To Protective Order

Sales Training
Trasylol Business Unit
203-812-6569

Confidential - Subject To Protective Order

BAY01035651