# EXHIBIT 7

...rger_view (https://v5.textrader.com/iewcustomDB/omniringer_view.ics?session_key=83197_1257686618_1003346objectID=2158953uniqueID=1fileID=2158953Page 1 of 20





**Bayer**

Pharmaceutical Division

DATE:     August 15, 2001

FROM:     Mitch Trujillo

TO:       Richard K. Goodstein

cc:

SUBJECT:  Scientific Affairs Monthly Report— July 2001

## VACANCIES

| | Vacancies | Position | Location | Status |
|---|---|---|---|---|
| AI | | | | • No Vacancies |
| CV/Met | | 1-Deputy Dir. | • Deputy Dir. External, | • All on Hold |
| | | 2-CV SALS | 1-SAL Southern Cal | |
| | | | 1-SAL NYC | |
| CSS | | 1-CSS IM/Urology | • Western US | • Planned Oct. Hire |
| Internal | | CV-Internal Mgr. | • WFR | • On Hold |

## SCIENTIFIC AFFAIRS BUDGET (JANUARY 2001): YTD

| COST CENTER: | 67199 | 67197 |
|---|---|---|
| 2000 Actual | $16,186,341. | $2,996,805. |
| 2001 Actual | $5,829,364. | $589,633. |
| 2001 Run Rate | | |
| Budget 2001 | $17,983,723. | $2,825,917. |
| Variance | | |

Confidential - Subject To Protective Order

BAY01862928



Confidential - Subject To Protective Order

BAY01862929

inner_view [https://v5.lextranet.com/tcs/customDB/omni/inner_view.tcs?session_key=83197_1257686618_1003346objectID=2158053uniqueID=1fileID=2158953Page :] of 20



Confidential - Subject To Protective Order

BAY01862930

Inner_view [https://v6.Jaxtranet.com/ics/customDB/omn/inner_view.ics?session_key=33107_1257686818_1003346objectID=2158953uniqueID=1fileID=2158953Page 4 of 20



Confidential - Subject To Protective Order

BAY01862931

Confidential – Subject To Protective Order

BAY01862932

nner_view [https://v5.lextranet.com/lcs/customDB/omni/inner_view.lca?session_key=83197_1257686618_1003346objectID=2158953uniqueID=1fileID=2158953Page 6 of 20



Confidential - Subject To Protective Order

BAY01862933

inner_view [https://v5.lexitranet.com/ics/customDB/omni/inner_view.ica?session_key=83197_1257686618_1003346objectID=2158053uniqueID=1fileID=2158953Page 7 of 20



Confidential - Subject To Protective Order

BAY01862934

nner_view [https://v5.lexisnexis.com/ics/customDB/omni/inner_view.ics?session_key=83197_1257886616_1003346objectID=2158953uniqueID=1fileID=2158953Page 3 of 20



Confidential - Subject To Protective Order

BAY01882935



Confidential - Subject To Protective Order

BAY01862936



| Trasylol | Meeting with Cleveland Clinic / D. Warneke | • As follow up to the Bayer sponsored CTM in New York, Marty Stakewski, CCP invited Debra to observe cases in the OR at Cleveland Clinic. They discussed several topics and the visit allowed her to meet with several of the VCT surgeons. | • They discussed his experience with HIT patients and aprotinin. He is presenting a case study at the Region II AMSECT meeting this fall. In these particular cases the patients were on Trasiban, Aprotinin, and Heparin. They used HMS monitoring for the heparin assay and Allegra, which measures suppressed platelet activity. In his case study, they theorized that aprotinin should be given to inhibit the remaining circulating platelets. Their finding was the platelet inhibition was 98% to 65%. He has not finished the abstract yet, but will send a copy to Debra / Bayer upon completion. |
| Trasylol | Florida Society of Cardiothoracic Surgeons / I. Caldarazzo | • Tracey sponsored Dr. J. Levy to speak at this important conference. There where over fifty key CT surgeons in attendance. Scientific Affairs support for this program allowed the Bio sales staff to exhibit. | • Dr. Levy provided an update on the use of aprotinin in cardiac surgery. Including, blood loss, inflammation and renal toxicity. This lecture was very well received with several questions passed from the audience of key department chairmen. |
| Trasylol | Dinner Program / F. Cavaglia | • F. Cavaglia sponsored David Stump, PhD for a CT dinner program presentation at UPMC-Presbyterian. There where 75 attendees including the Chief of CTS, Bartley Griffith, MD. This program was initiated by perfusion, but was well attended by anesthesiologists and cardiac surgeons. Perfusionists from other area hospitals also attended the program. Dr. Stump discussed the potential brain protection that occurs when using aprotinin, speculating on the MOA— reducing the need for transfusions, reducing the fatty | • This protocol account was exposed to information from the new Trasylol slides through Dr. Stump's lecture. The audience was enthusiastic about him and his presentation. The utilization of aprotinin was reinforced by this program. |

11

| | | |
|---|---|---|
| | | bone ooze and/or independent action. |
| Trasylol | *Grand Rounds / F. Cuveglia* | • Dr. Jerry Levy presented at Anesthesia GR at Morristown on the "Therapeutic Strategies to Limit Inflammatory Responses in Cardiac Surgery". There were 30 attendees including anesthesiologists, perfusionists and cardiac surgeons. | • Dr. Levy addressed many issues: etiology of the inflammatory response to by-pass, PARs, antifibrinolytics, anti-platelet Rxs, transfusion ADRs, the IMAGE trial, and the efficacy and safety of aprotinin. Concerns regarding aprotinin were revealed as the cardiac surgeons initiated several questions; safety with renally impaired patients and graft patency. The surgeons will not use aprotinin on redo patients with patent grafts. Dr. Levy discussed the value of scientific data vs anecdotal tales as he addressed these issues. |
| Trasylol | *Slide Presentation / N. Dolkhani* | • N. Dolkhani met with Dr. Gheissari, who is the chief of CT surgery at St. Vincent's Hospital in LA and Dr. Caponya, CT surgeon also at St. Vincent's. These surgeons are on staff at a key "grow" account. The purpose was to review the new slide presentation and build support for aprotinin | • Nahid presented the new aprotinin slide series to the key cardiac surgeons from the targeted grow and protect accounts. Several key issues were discussed including, renal dysfunction, transfusion risks and PARs. |
| Trasylol | *Chicago Programs / S. Casier* | • Professor Taylor, MD, cardiac surgeon and international opinion leader from the UK spent three days to Chicago. He spoke n to citywide dinner program, two grand rounds, a lunch program and an afternoon conference. He also participated in two other faculty programs, not sponsored by Bayer. In all of these programs, he addressed the role of aprotinin in reducing the activation of the systemic inflammatory response in patients undergoing open heart surgery. | • Over 200 physicians attended these programs. Professor Taylor is well respected in the field of cardiac surgery and research. His presence attracted the key CT surgeons in the Chicago area. Dr. Taylor effectively addressed the significant issues that limit aprotinin usage in Chicago, including thrombosis and the role that aprotinin plays in hemostasis, while not being thrombogenic. |

12

Confidential - Subject To Protective Order

BAY01862939

| Trasylol | Grand Rounds / D. Isom | • Dr Craig Smith presented information on surgical strategies in thoracic aortic aneurysm repair surgeries as well as the use of aprotinin in DHCA. All attending were from targeted grow and protect institutions, including the University of Nebraska and affiliated hospitals. | • Over 100 key physicians attended this program. The program was well received. It provided a balanced overview to answer concerns regarding the safety of aprotinin in these surgical cases. | RED |

Confidential - Subject To Protective Order

BAY01862940



14

Confidential - Subject To Protective Order

BAY01862941

Inner_view (https://v5.(extranet.com/tcs/customDB/omni/inner_view.tcs?session_key=83197_1257685618_1003346&objectID=2158953&uniqueID=1fileID=215895Page 15 of 20

## UNIQUE EVENTS

| Product/Person's Name | Description |
|---|---|
| AI Staff Meeting 6/25-6/28 | • W. Toler attended the AI SAL staff meeting. She presented an overview of the 2002 Business plan tactics and information required in AI disbursements. She reviewed information required to disbursement to the team, to explain how complete information can be used more efficiently in long-term business planning (with the addition of the excel report link). Example disbursements will be sent in the team once new SAP procedure and disbursement form has been fully implemented. |
| Oncology/ ASCO activities – R. Santiago | • R. Santiago confirmed negotiating with ASCO for 2002 programs. The SDD/SM has requested that all-2002 activities with ASCO to be finalized as soon as possible |
| MSP Data | • W. Toler led a conference call with R. Pryka and B. Spencer to discuss a manuscript focusing on all the MSP data. Parts of this data have been published in posters. However, it was decided on the call that Randy would work with the other CSS to write up a manuscript for publication. |
| Trasylol / T. Calderazzo | • T. Calderazzo met with Robert Matthoy, MD, CT surgeon from St. Joseph's Hospital in Atlanta to discuss his ongoing research. His study involves using the basement membrane of pigs to grow cells that can become many tissue types including valves, myocytes, etc.. Dr. Mattsoy is working with Purdue (holders of patent) on this project. He is looking for a partner to bring this technique/process to market. All information gathered on this technique has been sent to West Haven for consideration. |
| Trasylol / S. Crozier | • Dr. T. Hanson sent S. Crozier an e-mail he sent to the US Congress explaining the blood conservation program at St. Vincent Hospital, Indianapolis, IN. Particularly in light of the recent information regarding the dwindling blood supply, Dr Hanson provides updates to Scott on all correspondence that he has regarding blood conservation strategies. Dr. Hanson supports the use of aprotinin and it's role in reducing blood loss at their center, thereby reducing contamination risks and costs associated with transfusions. |
| Trasylol / N. Dolibhani | • N. Dolibani met with Dr. Omari, Chief of CT surgery at Harbor UCLA to follow up on several patients he had operated who had received Aprotinin. Three patients developed renal dysfunction within a one week period. As a result, Dr. Omari, was concerned and stopped using aprotinin. Nahid and Dr. Omari reviewed the patient cases who developed renal dysfunction, they concluded aprotinin was not the problem. The patients had underlying disease, high creatinine/BUN preop and diabetes, which contributed to the end result of renal dysfunction during the CABG. Dr. Omari's confidence in aprotinin has been renewed and he is using it again in his CABG surgeries. |

Confidential - Subject To Protective Order

BAY01862942

nner_view (https://v5.lexiranet.com/lcs/customDB/omni/inner_view.lcs?session_key=33197_1257686816_1003346objectID=2158953uniqueID=1fileID=215895Page 16 of 20



Confidential - Subject To Protective Order

BAY01862943

| | |
|---|---|
| Trasylol / D. Isom | Provided new data from PacifiCare as well as Madigans generating further comfort level with cerivastatin. AtMed is attempting to aggressively drive the use of cerivastatin with increased safety comfort level. |
| | • Dr. Bitner and D. Isom met with Stan Horton and Val Pascale at the Bayer corporate office to discuss Dr. Bitner's proposal for research with aprotinin. Dr. Bitner plans this to be a pilot study in humans to assess the effect of aprotinin in the full-dose regimen on lung reperfusion injury in lung transplantation. He plans to randomize 20 patients over 2 years and do the 30 days post-surgery. Endpoints of analysis include effects of aprotinin on pulmonary function and oxygenation, Post-transplantation reperfusion injury, blood loss/products used, impact of Aprotinin on lung-transplant recipient outcomes (time until extubation, length of stay in the intensive care unit and in the hospital). |
| | Stan mentioned the possibility of doing intravital microscopy on the donor organ to detect any neutrophil extravasation into the lung tissue as a marker for lung reperfusion injury. The goal is to develop convincing evidence for the medical community that aprotinin does indeed decrease lung reperfusion injury in lung transplantation and may set the stage for future multi-center trials for this new use for aprotinin |
| Trasylol / Tripp | • An article for the AACP newsletter on aprotinin is currently being written. The article will be published and distributed to the AACP membership of 350 perfusionists. The article will be written in a format to discuss frequently asked questions regarding the use of aprotinin in cardiac surgery. J. Tripp enlisted the assistance of cross-functional partners, J. Meurer and V. Pascale from Scientific Studies and Clinical Communications. The article will be submitted August 15, 2001. |

17

Confidential - Subject To Protective Order

BAY01862944

inner_view (https://v5.lexiranet.com/lcs/customDB/omni/inner_view.ics?session_key=83197_1257688818_1003346objectID=2158953uniqueID=1fileID=21589 Page 13 of 20



18

Confidential - Subject To Protective Order

BAY01862945

inner_view (https://v5.textranet.com/ics/customDB/omni/inner_view.ics?session_key=83197_1257685818_1003346objectID=2158953uniqueID=1fileID=215885Page 19 of 20



inner_view (https://v5.lextranet.com/ics/customDB/omni/inner_view.lca?session_key=83197_1257686816_1003346objectID=2158953uniqueID=1fileID=215895Page 20 of 20

## SCIENTIFIC AFFAIRS

The chart below depicts April, 2001 Data. Included are examples of types of activities that support how SALs are reaching Physicians.

| | IRED | | | Trasylol |
|---|---|---|---|---|
| **Educational Programs** External | | | | |
| Dinner | | | | |
| Grand Rounds | | | | |
| Visiting Professorships | | | | |
| Symposia | | | | |
| Collaborative Programs | | | | |
| Other | | | | |
| TOTAL | | | | |
| **Educational Programs** Internal includes DSC etc. | | | | |
| Program Attendees | | | | |
| Total # of OLs currently Developed | | | | |
| % of current OLs contacted this month | | | | |
| New Speakers Developed / Champions Identified | | | | |
| # of Health Care Providers Contacted This Month (OL, Physicians, PA, NP, RN, Pharmacist) | | | | |
| Formulary Saves | | | | |
| Institution and Location | | | | |
| PBO – New Formulary Additions | | | | |
| Institution and Location | | | | |
| Number of Investigators Profiled | | | | |

Confidential - Subject To Protective Order