# EXHIBIT 8

| | |
|---|---|
| **From:** | Debra Warneke |
| **Sent:** | Tuesday, February 27, 2001 5:41 PM |
| **To:** | Val Pascale; Stanley Horton |
| **Cc:** | Timothy Daniels; Edward Sypniewski |
| **Subject:** | University Hospitals-Cleveland Renal issues |

Dear Stan and Val,

I did not realize that you two did not have access to the ACT database. Here is the follow-up information from our meeting on February 8th. Sharon Dlugo, bio rep, had informed me of a moratorium on Trasylol at University Hospitals in Cleveland. Ed Sypneiwski and I met with Dr. Stewart regarding issues of renal dysfunction in 12 cases from Oct-Dec. Several issues were discussed. Dr. Stewart did not have the specific cases at the meeting, but mentioned that they were only using a pump prime dose and Amicar was also on board. We discussed that the use of Amicar and aprotinin together are not recommended. In addition, we discussed the problems associated with pump prime only and the fact the pump prime dose is not FDA approved. He was open to us reviewing these cases. We then met with Helen Murrell, nurse statistician, to discuss searches of the cases (Oct-Dec) to see if any one parameter stands out as a cause for these particular cases (i.e. surgeon, type of procedure.) I will follow-up with the nurse statistician at the end of February. At that point, we may have to examine the cases more closely. Dr. Stewart was receptive to our help and concern with this issue. As a side note, he also expressed interest in blood conservation issues and was open to hearing a speaker regarding this issue. (Potentially Bruce Speiss) The first issue is to resolve the renal issue and remove the moratorium from Trasylol, then we can proceed to their other interests.

I also spoke with Helen Murrell over the phone yesterday, February 26th. Here are some of the preliminary results that she has found.
From Oct. 1, 2000-Dec 31, 2000, they had 16 patients with renal failure. (She did not differentiate which were dysfunction/failure.) Primarily 3 surgeons had the renal failure cases. (7, 6, and 2) Procedure findings: 2-other procedures, 1-isolated valve surgery, 6-CABG and valve surgery, and 6 isolated CABG surgeries. Eight of the patients were female.
We discussed other parameters to search, which included CPB time, age, weight, and other risk factors such as diabetes, increased pre-op creatinine, and renal failure pre-op. Helen is going to run these searches and find percentages of the 16 patients. In addition we discussed a comparison search of the past 6 months, and then a second search from the date the moratorium was placed on the drug until the present time to see if similar trends have been found.
We also discussed the possibility of a chart review to look at actual aprotinin dosage, other concomitant medications that were on board, pre-op exam findings, intraop vital signs (hypotension, etc.) to see if any of these parameters would provide any insight.
We also discussed that perhaps there was a change in procedure from October 1, 2000, either with the CT surgeons, anesthesiologists, or perfusionists. She stated that she would also look into that possibility.
I am planning another visit to Cleveland on March 7th and 8th. Helen plans to have ran these searches and investigations by that date, so we can discuss this problem further. In addition, I have contacted Dr. Lemmer to possibly assist in the matter and provide his expertise. He has agreed to help. I will bring up this possibility on my meeting with Dr. Stewart and Helen and discuss the possibility of him doing a chart review or meeting one on one with Dr. Stewart.