## EXHIBIT "A"

## REQUEST FOR PRODUCTION OF DOCUMENTS

Items to be produced by the deponent at her deposition are as follows:

1. Current resume or curriculum vitae.

2. Any and all documents in her possession relating to Trasylol, whether electronic or paper.

3