**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON**

IN RE TRASYLOL PRODUCTS LIABILITY
LITIGATION – MDL-1928

This Document Relates to:

*Naguib Bechara, et al. v. Bayer Corp., et al.*,
Case No. 9:08-cv-80776
_______________________________________/

**DEFENDANTS' DISCLOSURE OF WITNESSES FOR TRIAL**

Pursuant to Pretrial Order No. 6 and Rule 26(a)(3)(A)(i) of the Federal Rules of Civil Procedure, defendants hereby submit the following list of witnesses that they expect to call or may call (in person or by preserved testimony) as follows:

1. The following individuals are those that defendants expect to call (in person or by preserved testimony) at trial:

a. Pam Cyrus, M.D.

b. Thomas Pfeffer, M.D.

c. Robert R. Fenichel, M.D., Ph.D.

or

J. Paul Waymack, M.D., Sc.D.

d. Nicholas A. Flavahan, Ph.D.

e. Anthony P. Furnary, M.D., F.A.C.S., F.A.C.C.

f. Richard Lafayette, M.D.

g. H. David Humes, M.D.

h. Bartley Griffith, M.D.

i. William S. Weintraub, M.D.

2. The following individuals are those that defendants may call (in person or by preserved testimony) at trial:

a. All witnesses listed in sections I and II of plaintiff's Fifth Amended Disclosure of Fact Witnesses and Designation of Witnesses for Trial as those that plaintiff "intends to call," if not included above.

Defendants reserve the right to amend and supplement this disclosure as necessary.

February 22, 2010

Respectfully submitted,

*/s/ Barbara Bolton Litten*

Patricia E. Lowry
Florida Bar No. 332569
E-mail: plowry@ssd.com
Barbara Bolton Litten
Florida Bar No. 91642
E-mail: blitten@ssd.com
**SQUIRE SANDERS & DEMPSEY L.L.P.**
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198
Telephone: 561-650-7200
Facsimile: 561-655-1509

Philip S. Beck
Email: philip.beck@bartlit-beck.com
Steven E. Derringer
Email: steven.derringer@bartlit-beck.com
**BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP**
54 W. Hubbard Street, Suite 300
Chicago, IL 60603
Telephone: 312-494-4400
Facsimile: 312-494-4440

Eugene A. Schoon
Email: eschoon@sidley.com
Catherine Valerio Barrad
Email: cbarrad@sidley.com
**SIDLEY AUSTIN LLP**
One South Dearborn Street
Chicago, Illinois 60603
Telephone: 312-853-7000
Facsimile: 312-853-7036

Susan Artinian
Email: sartinian@dykema.com
Daniel Stephenson
Email: dstephenson@dykema.com
**DYKEMA GOSSETT PLLC**
400 Renaissance Center
Detroit, MI 48243
Telephone: 313-268-9788
Facsimile: 313-568-6658

Richard K. Dandrea
Email: rdandrea@eckertseamans.com
**ECKERT SEAMANS CHERIN & MELLOTT, LLC**
USX Tower, 600 Grant St., 44th Floor
Pittsburgh, PA. 15219
Telephone: 412-566-6000
Facsimile: 412-566-6099

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 22, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Barbara Bolton Litten*
*Barbara Bolton Litten*

**SERVICE LIST**

**In re Trasylol Products Liability Litigation – MDL-1928**
**Case No. 9:08-cv-80710-MIDDLEBROOKS/JOHNSON**

**United States District Court**
**Southern District of Florida**

James R. Ronca
Email: jronca@anapolschwartz.com
**ANAPOL, SCHWARTZ, WEISS, COHAN, FELDMAN & SMALLEY, P.C.**
1710 Spruce Street
Philadelphia, PA 19103
Telephone: 215-735-1130
Facsimile: 215-875-7758
***Plaintiffs' Steering Committee/Co-Lead Counsel***

Scott A. Love
Email: slove@triallawfirm.com
**CLARK, DEAN & BURNETT, G.P.**
Lyric Center
440 Louisiana Street, Suite 1600
Houston, TX 77002
Telephone: 713-759-1400
Facsimile: 713-759-1217
***Plaintiffs' Steering Committee/Co-Lead Counsel***

Theodore Babbitt
Email: tedbabbitt@babbitt-johnson.com
**BABBITT JOHNSON OSBORNE & LECLAINCHE, P.A.**
1641 Worthington Road, Suite 100
West Palm Beach, FL 33401
Telephone: 561-684-2500
Facsimile: 561-684-6308
***Plaintiffs' Steering Committee/Liaison Counsel***

Neal Moskow
Email: neal@urymoskow.com
**URY & MOSKOW, LLC**
883 Black Rock Turnpike
Fairfield, CT 06825
Telephone: 203-610-6393
Facsimile: 203-610-6399
***Plaintiffs' Steering Committee/ Federal-State Liaison***

Joseph A. Osborne
Email: jaosborne@babbitt-johnson.com
**BABBITT JOHNSON OSBORNE & LECLAINCHE, P.A.**
1641 Worthington Road, Suite 100
West Palm Beach, FL 33409
Telephone: 561-684-2500
Facsimile: 561-684-6308
***Counsel for Plaintiffs Bechara & Saad***

Michael T. Gallagher
Email: rebeccam@gld-law.com
**THE GALLAGHER LAW FIRM**
2095 Sackett Street
Houston, TX 77098
Telephone: 713-222-8080
Facsimile: 713-222-0066
***Counsel for Plaintiff Naguib Bechara***

Tim K. Goss
Email: goss39587@aol.com
Tamara L. Banno
Email: tbanno@tlb-law.com
**FREESE & GOSS PLLC**
3031 Allen Street
Suite 100
Dallas, TX 75204
Telephone: 214-761-6610
Facsimile: 214-761-6688
***Counsel for Plaintiff Naguib Bechara***

Patricia E. Lowry
Florida Bar No. 332569
Email: plowry@ssd.com
**SQUIRE, SANDERS & DEMPSEY L.L.P.**
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198
Telephone: 561-650-7200
Facsimile: 561-655-1509
***Defendants' Liaison Counsel***