UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

IN RE TRASYLOL PRODUCTS LIABILITY
LITIGATION – MDL-1928

This Document Relates to:

*Anna Bryant* v. *Bayer Corp., et al.*,
Case No. 9:08-cv-80868

_____/

**PROPOSED AGENDA FOR FEBRUARY 26, 2010, PRETRIAL CONFERENCE**

Plaintiffs and Defendants jointly request that at the February 26, 2010, pretrial conference regarding trial of the captioned matter, the Court hear the parties on the following agenda items:

1. Oral argument on the following motions:

   a. Defendants' Motion in Limine to Exclude Evidence and Argument Regarding Timing of Bayer's Disclosure of the i3 Drug Safety Study and Preliminary Results From That Study [D.E. 3993];

   b. Bayer's Motion to Exclude Plaintiff's Case-Specific Medical Experts [D.E. 4003] with respect to Douglas Schuch, M.D.;

   c. Defendants' Motion in Limine to Exclude Evidence, Testimony, and Argument Alleging That Bayer Provided Inadequate or Incomplete Data to the Federal Food and Drug Administration [D.E. 3994];

   d. Plaintiff's Motion for Characterization of Certain Bayer Documents as Business Records per Fed. R. Evid. 803(6) [D.E. 4308].

2. Issues related to the handling of remaining motions in limine and to deposition designations and objections to same.

2

     3.     Miscellaneous issues related to the presentation of evidence and conduct of trial.

February 22, 2010                                             Respectfully submitted,

| | |
|---|---|
| */s/ Theodore Babbitt* | */s/ Patricia E. Lowry* |
| Theodore Babbitt | Patricia E. Lowry (Florida Bar No. 332569) |
| Florida Bar No. 0091146 | Email: plowry@ssd.com |
| E-mail: tedbabbitt@babbitt-johnson.com | Barbara Bolton Litten (Florida Bar No. 91642) |
| **BABBITT, JOHNSON, OSBORNE &** | Email: blitten@ssd.com |
| **LECLAINCHE** | **SQUIRE, SANDERS & DEMPSEY L.L.P.** |
| 1641 Worthington Road, Suite 100 | 1900 Phillips Point West |
| West Palm Beach, FL 33409 | 777 South Flagler Drive |
| Telephone: 561-684-2500 | West Palm Beach, FL 33401-6198 |
| Facsimile: 561-684-6308 | Telephone: 561-650-7120 |
| | Facsimile: 561-655-1509 |
| ***Liaison Counsel for Plaintiffs*** | ***Liaison Counsel for Defendants*** |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 22, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                              */s/ Barbara Bolton Litten*
                                              Barbara Bolton Litten

SERVICE LIST

In re Trasylol Products Liability Litigation – MDL-1928
Case No. 08-MD-1928-MIDDLEBROOKS/JOHNSON

**United States District Court
Southern District of Florida**

James R. Ronca
Email: jronca@anapolschwartz.com
**ANAPOL, SCHWARTZ, WEISS, COHAN,
FELDMAN & SMALLEY, P.C.**
1710 Spruce Street
Philadelphia, PA 19103
Telephone:  215-735-1130
Facsimile:  215-875-7758
*Co-Lead Counsel for Plaintiffs*

Theodore Babbitt
Email: tedbabbitt@babbitt-johnson.com
**BABBITT JOHNSON OSBORNE
& LECLAINCHE, P.A**.
1641 Worthington Road, Suite 100
West Palm Beach, FL 33409
Telephone:  561-684-2500
Facsimile:  561-684-6308
*Liaison Counsel for Plaintiffs*

Patricia E. Lowry
Florida Bar No. 332569
Email: plowry@ssd.com
**SQUIRE, SANDERS & DEMPSEY L.L.P.**
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198
Telephone:  561-650-7200
Facsimile:  561-655-1509
*Liaison Counsel for Defendants*

Scott Love
Email:  slove@triallawfirm.com
**CLARK, DEAN & BURNETT, G.P.**
Lyric Center
440 Louisiana Street, Suite 1600
Houston, TX  77002
Telephone:  713-759-1400
Facsimile:  713-759-1217
*Co-Lead Counsel for Plaintiffs*

Neal Moskow
Email: neal@urymoskow.com
**URY & MOSKOW, LLC**
883 Black Rock Turnpike
Fairfield, CT 06825
Telephone:  203-610-6393
Facsimile:  203-610-6399
*Federal-State Liaison for Plaintiffs/Counsel for
Plaintiff Anna Bryant*

David Matthews
Email:  dmatthews@thematthewslawfirm.com
**MATTHEWS & ASSOCIATES**
2905 Sackett Street
Houston, TX 77098
Telephone:  713-222-8080
Facsimile:   713-535-7184
*Attorneys for Plaintiff Anna Bryant*

WESTPALMBEACH/565275.4

4