UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

IN RE TRASYLOL PRODUCTS LIABILITY
LITIGATION – MDL-1928

This Document Relates to All Actions

**PLAINTIFFS'FIRST AMENDED NOTICE OF ORAL AND VIDEOTAPED
DEPOSITION OF ROBERT R. FLAVAHAN, PH.D.**

TO:   Defendant, Bayer Healthcare Pharmaceuticals, Inc., by and through its attorney of record, Steven E. Derringer, BARTLIT, BECK, HERMAN, PALENCHAR & SCOTT, LLP, 54 West Hubbard, Suite 300, Chicago, IL 60610

PLEASE TAKE NOTE that, pursuant to Federal Rule of Civil Procedure 30, 30(b)(5) and other applicable Federal Rules of Civil Procedure, Plaintiffs hereby give notice of intention to take the Oral and Videotaped Deposition of Nicholas Flavahan, Ph.D.. The deposition will be taken before a person duly authorized to administer oaths and will be recorded by videotape and stenographically, commencing on Saturday, February 27, 2010, beginning at 8:30 a.m. at the Marriott Baltimore Inner Harbor at Camden Park, 110 South Eutaw Road, Baltimore, Maryland 21201. The deposition will continue day to day until complete. The deposition will be for the purposes of discovery, cross-examination and any other purposes permitted by the Federal Rules of Civil Procedure, the local rules for the USDC for the Southern District of Florida and all Pre-Trial Orders and Case Management Orders entered by the Court. Such deposition may be used at the time of trial. Deponent is hereby requested to produce the documents identified on Exhibit "A".

-2-

DATED:  February 22, 2010            Respectfully submitted,


/s/
Theodore Babbitt
Florida Bar No. 0091146
Babbitt, Johnson, Osborne & LeClainche
1450 Centrepark Blvd.
Suite 100
West Palm Beach, FL 33401
Phone:      561/684-2500
Facsimile:  561/ 684-6308
E-mail:     tedbabbitt@babbitt-johnson.com


## CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel or records or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.


/s/
Theodore Babbitt
Florida Bar No. 0091146