IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

IN RE TRASYLOL PRODUCTS LIABILITY
LITIGATION – MDL-1928

This Document Relates to:

*Naguib Bechara and Nabila Saad,*
*Individually and as next friend of Justin*
*Bechara, a Minor*

v.

*Bayer, A.G., et al*

Cause No. 08-80776-Civ-Middlebrooks/Johnson

## PLAINTIFFS' SUPPLEMENTAL EXHIBIT LISTS

Pursuant to an agreement of the parties, the Plaintiffs hereby identify in the attached Schedule A and Schedule B, the exhibits they intend to introduce in the presentation of their case at trial. This Supplemental Exhibit List is an exact duplicate of the Supplemental Exhibit List filed in the Anna Bryant case, and the documents have already been provided to the Defendant.

I.

Plaintiffs incorporate by reference the exhibits previously designated by the Plaintiff's Steering Committee in January of 2010, and reserve the right to offer any of those exhibits not included in Schedule A or B attached hereto, only if it becomes necessary to do so during the course of the trial, as agreed between the Parties.

II.

Plaintiffs may use other demonstrative aids not described herein and agree to show the Court and opposing counsel any such exhibits prior to exhibiting them to the jury.

/s/
Michael T. Gallagher
U.S. District Court Admission #5395
THE GALLAGHER LAW FIRM
2905 Sackett Street
Houston, Texas 77098
(713) 222-8080
(713) 222-0066 (fax)

**COUNSEL FOR PLAINTIFFS**

/s/
Joseph A. Osborne
Bar Admission #880043
BABBITT JOHNSON OSBORNE &
  LECLAINCHE, P.A.
1641 Worthington Blvd., Suite 100
West Palm Beach, FL 33406
(561) 684-2500
(561) 684-6308 (fax)

**CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of February, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List by either via transmission of Notices Electronic Filing generated by CM/ECF or in some other authorized manner for those parties who are not authorized to receive Notices of Filing electronically.

/s/
Joseph A. Osborne

**SERVICE LIST**
In re Trasylol Products Liability Litigation – MDL-1928
Case No. 08-MD-1928-MIDDLEBROOKS/JOHNSON
United States District Court
Southern District of Florida

James R. Ronca
Email:  jronca@anapolschwartz.com
**ANAPOL, SCHWARTZ, WEISS, COHAN, FELDMAN & SMALLEY, P.C.**
1710 Spruce Street
Philadelphia, PA 19103
Telephone:  215-735-1130
Facsimile:  215-875-7758
*Plaintiffs' Steering Committee/Co-Lead Counsel*

Scott Love
Email:  slove@triallawfirm.com
**CLARK, DEAN & BURNETT, G.P.**
440 Lousiana, Suite 1600
Houston, TX 77002
Telephone:  713-757-1400
Facsimile:  713-757-1219
*Plaintiffs' Steering Committee/Co-Lead Counsel*

Theodore Babbitt
Email:  tedbabbitt@babbitt-johnson.com
Joseph A. Osborne
Email:  JAOsborne@babbitt-johnson.com
**BABBITT JOHNSON OSBORNE & LECLAINCHE, P.A**.
1641 Worthington Blvd., Suite 100
West Palm Beach, FL  33409
Telephone: 561-684-2500
Facsimile:  561-684-6308
*Liaison Counsel for Plaintiffs and Plaintiffs' Steering Committee*

Brian H. Barr
Email:  bbarr@levinlaw.com
**LEVIN PAPANTONIO THOMAS MITCHELL ECHSNER & PROCTOR PA**
316 S. Baylen St., Suite 600
Pensacola, FL  32502
Telephone:  850-435-7000
Facsimile:  850-435-7020
*Plaintiffs' Steering Committee*

Doug Monsour
Email: doug@monsourlawfirm.com
**THE MONSOUR LAW FIRM**
P.O. Box 4209
Longview, TX 75606
Telephone: 903-758-5757
Facsimile:  903-230-5010
*Plaintiffs' Steering Committee*

Marc Jay Bern
Email:  mjbern@napolibern.com
**NAPOLI BERN RI[PKA LLP**
115 Broadway, 12th Floor
New Nyork, NY  10006
Telephone:  212-267-34700
Facsimile:  212-587-0031
*Plaintiffs' Steering Committee*