UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

IN RE: TRASYLOL PRODUCTS LIABILITY
LITIGATION – MDL – 1928

This Document Relates to:

MELISSA MORRILL, ON BEHALF OF THE
ESTATE OF WILLIAM CYRUS MORRILL,

    Plaintiff,

v.

BAYER CORPORATION, et al.,

    Defendants.
_____/

### **PLAINTIFF MELISSA MORRILL'S RULE 26(a)(3)(A)(i), (ii) WITNESS LIST**

Plaintiff, Melissa Morrill, on behalf of the estate of William Cyrus Morrill ("Plaintiff"), respectfully submits the following Witness List, pursuant to Federal Rule of Civil Procedure 26(a)(3)(A)(i), (ii). Included herein are the names of those fact witnesses who Plaintiff expects to call, live or by deposition, and the names of those fact witnesses who Plaintiff may call if the need arises. Plaintiff reserves the right to supplement these Pretrial Disclosures as is necessary, and she reserves the right to call any witness listed on Defendants' Rule 26(a)(3)(A)(i), (ii) Witness List.

**A.**     **Witnesses Plaintiff Expects to Call.**

    1.    The following are fact witnesses who Plaintiff intends to call at trial:

        a.    Melissa Morrill
              c/o John D. Goldsmith
              Trenam Kemker
              101 East Kennedy Blvd., Suite 2700
              Tampa, FL 33602

b. Marc S. Weinberg, M.D.
One Randall Square, Suite 304
Providence, RI   02904

c. Brenda Mulder
Mulder and Eastridge Economists, Inc.
4613 W. North A Street
Tampa, FL   33609

d. Curt Daniel Furberg, M.D., PhD
Division of Public Health Sciences
Wake Forest University School of Medicine
Medical Center Boulevard
Winston-Salem, NC   27157

e. Mark J.S. Heath, M.D.
Assistant Professor of Clinical Anesthesiology
Department of Anesthesiology
Division of Cardiothoracic Anesthesia
Milstein Hospital Building 4GN
177 Fort Washington Avenue
New York, NY   10032

f. Gary Toback, M.D., PhD
Professor of Medicine and Cell Physiology
The University of Chicago
Department of Medicine, MC 5100
5841 South Maryland Avenue
Chicago, IL   60637-1463

g. Luca A. Vricella, M.D., FACS, FEACTS
Associate Professor of Surgery
Pediatric and Adult Cardiac Surgery
The Johns Hopkins Hospital
600 North Wolfe Street
Blalock 618
Baltimore, MD   21287-4618

h. Mark Dershwitz, M.D., PhD
33 Wildwood Drive
Sherborn MA   01770

i. Chirag R. Parikh, M.D., PhD, FACP, FASN
Clinical Epidemiology Research Center
950 Campbell Ave., Mail Code 151 B
West Haven, CT   06516

  j.  Suzanne Parisian, M.D.
    MD Assist, Inc.
    7117 N. 3rd Street
    Phoenix, AZ   85020

  k.  Mark J. Eisenberg, M.D., MPH, FACC
    Professor of Medicine
    Division of Cardiology and Clinical Epidemiology
    Jewish General Hospital/McGill University
    3755 Cote Ste. Catherine Road/Suite A-118
    Montreal, Quebec H3T 1ET
    Canada

2.  The following individuals are fact witnesses who Plaintiff intends to call and who are present or past employees of one or more of the Defendants and whose identity and addresses are therefore known to them:

  a.  Pam Cyrus

  b.  Ed Tucker

  c.  Michael Rozycki

  d.  Paul McCarthy

  e.  Michael Devoy

  f.  Kernal Malik

  g.  Valentine Pascale

  h.  Thomas Chin

  i.  Valerie Pierpont

  j.  Denise Neal

  k.  Margaret Foley

  l.  John Lettieri

  m.  Robert Harrison

n. William Shank

o. Marc Jensen

p. Karen Denton

q. Felix Monteagudo

r. Anita Shah

s. Joseph Scheeren

t. Jennifer Maurer

u. Terry Taylor

v. Steven Zaruby

w. Mitch Trujillo

x. Franz Wingen

y. Reinhard Fesharek

z. Kate Sheffield-Motiker

aa. George Holder

bb. Stanley Horton

cc. Jeff Bova

dd. Savaramakrishan Balakrishman

ee. Matt Skoronsky

ff. Kuno Sprenger

gg. Tomasz Dyszynski

hh. Ernst Weidman

ii. Maz Wegner

jj. Meredith Fischer

kk. Allen Heller

ll. Edward Sypriewski

mm. Debra Hudgins

nn. Susan Johnston

oo. Hilda Dizon

pp. Eleonora Goldberg

qq. David Stocker

rr. Daniel Stamps

ss. Nahid Dolkhani

tt. James Sadler

uu. Samuel Ray

vv. Mark Curran, Sales Representative

ww. James Darnell, Sales Representative

xx. Nicole Gazzo, Sales Representative

yy. Any corporate representatives, sales representatives, persons most knowledgeable, persons with knowledge of relevant facts, employees or ex-employees of any of the Defendants who are known or will become known over the course of discovery.

zz. Any physician, nurse, healthcare professional, or other person listed or identified in the medical records, discovery, and/or other documents provided by Plaintiff to Defendants to date and throughout the remaining discovery period.

B.  **Witnesses Plaintiff May Call if Need Arises**.

1. Thomas F. Kelly M.D.
   1880 Arlington St., Suite 103
   Sarasota, FL   34239

2. Domenick Cover, M.D.
   1921 Waldemere St., Suite 413
   Sarasota, FL   34239

3. Tom Sheehy
   (Address unknown at this time).

4. Carol Turgeon
   16023 Murfield
   Odessa, FL   33556

5. William Ragan
   521 Lakeview Heights Drive
   Howard, OH   43028

6. Denise "Danny" Morrill
   128 Double Eagle Glee
   El Condido, CA   92026

7. John Nizwek
   400 E. Randolph
   Chicago, IL   60601

8. Thomas K. Dudenhoeffer, M.D.
   7721 Holiday Drive, South
   Sarasota, FL   34239

9. Howard D. Diener, M.D.
   3920 Bee Ridge Road, Suite C-C
   Sarasota, FL   34233

10. Douglas S. Spriggs, M.D.
    Clearwater Cardiovascular
    455 Pinellas St # 400
    Clearwater, FL   33756

11. John Swisher, M.D.
    3920 Bee Ridge Road, Suite C-C
    Sarasota, FL   34239

12. Michael Barron, M.D.
    1540 S. Tamiami Trial
    Sarasota, FL  34239

13. Martin Beggs, M.D.
    1435 S. Osprey Ave., Suite 200
    Sarasota, FL  34239

14. N. Matthew Koshy, M.D.
    1540 S. Tamiami Trail
    Sarasota, FL  34239

15. Dennis T. Mangano, Ph.D.
    1111 Bayhill Drive, Suite 480
    San Bruno, CA  94066

16. Jerrold Levy, M.D.
    Emory University Hospital
    1365 Clifton Road, NE
    Atlanta, GA  30322

17. John H. Lemmer, Jr., M.D.
    The Oregon Clinic
    2222 N. West Lovejoy St., Suite 315
    Portland, OR  97210

18. Steven E. Hill, M.D.
    Duke University Medical Center
    DUMC 3094
    Durham, NC  27710

19. David Bull, M.D.
    University of Utah Hospital
    50 N. Medical Drive
    Salt Lake City, UT  84132

20. David A. Sump, Ph.D.
    Dept. of Cardiothoracic Anesthesia
    Wake Forest-Baptist Medical Center
    Winston Salem, NC  27157

21. Robert S. Poston, M.D.
    Boston Medical Center
    Robinson 402
    88 E. Newton St.
    Boston, MA  02118

22. Peter K. Smith, M.D.
    Duke University Medical Center
    DUMC 3442
    Durham, NC   27710

23. David Royston, M.D.
    Dept. of Anesthetics Harefield
    Middlesex UB9 6JH
    United Kingdom

24. Alexander Walker, Ph.D.
    Harvard School of Public Health
    677 Huntington Avenue
    Kresge Building Room 908B
    Boston, MA   02115

25. David C. Kress, M.D.
    St. Lukes Medical Center
    2901 W. Kinnickinnic River Pkwy., Suite 511
    Milwaukee, WI   53215

Respectfully submitted,

　　　/s/ Amy L. Drushal　　　
JOHN D. GOLDSMITH
Florida Bar No. 444278
AMY L. DRUSHAL
Florida Bar No. 546895
TRENAM, KEMKER, SCHARF, BARKIN,
 FRYE, O'NEILL & MULLIS, P.A.
101 E. Kennedy Blvd., Suite 2700
Tampa, FL   33602
Tel:   813-223-7474
Fax:   813-229-6553
Attorneys for Melissa Morrill

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy hereof has been furnished the Court's CM/ECF system and/or U.S. Mail to the attached Service List, this 25th day of February, 2010.

　　　/s/ Amy L. Drushal　　　
Attorney

## SERVICE LIST

### Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

James R. Ronca
Email: jronca@anapolschwartz.com
ANAPOL, SCHWARTZ, WEISS, COHAN,
FELDMAN & SMALLEY, P.C.
1710 Spruce Street
Philadelphia, PA 19103
Telephone: 215-735-1130
Facsimile: 215-875-7758
Co-Lead Counsel for Plaintiff

Theodore Babbitt
Email: tedbabbitt@babbitt-johnson.com
BABBITT JOHNSON OSBORNE &
LECLAINCHE, P.A.
1641 Worthington Rd., Suite 100
West Palm Beach, FL  33409-6706
Telephone: 561-684-2500
Facsimile: 561-684-6308
Liaison Counsel for
Plaintiff

Patricia E. Lowry
Email: plowry@ssd.com
Guy E. Motzer
Email: gmotzer@ssd.com
Barbara Bolton Litten
Email: blitten@ssd.com
SQUIRE, SANDERS & DEMPSEY L.L.P.
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198
Telephone: 561-650-7200
Facsimile: 561-655-1509
Attorneys for Defendants Bayer
Pharmaceuticals Corporation, Bayer
HealthCare AG, Bayer HealthCare LLC
and Bayer AG

Scott Love
Email: slove@triallawfirm.com
CLARK, DEAN & BURNETT, G.P.
440 Louisiana, Suite 1600
Houston, TX 77002
Telephone: 713-757-1400
Facsimile: 713-759-1217
Co-Lead Counsel for
Plaintiff

Neal Moskow
Email: neal@urymoskow.com
URY & MOSKOW, LLC
883 Black Rock Turnpike
Fairfield, CT 06825
Telephone: 203-610-6393
Facsimile: 203-610-6399
Federal-State Liaison for Plaintiff

Philip S. Beck
Email:  bill.balachowski@bartlit-beck.com
Steven E. Derringer
Email: steven.derringer@bartlit-beck.corn
Shayna Cook
Email: shayna.cook@bartlit-beck.com
BARTLIT BECK HERMAN PALENCHAR
 & SCOTT LLP
Courthouse Place
54 West Hubbard Place, Suite 300
Chicago, IL 60610
Telephone: 312-494-4400
Facsimile: 312-494-4440

9

| | |
|---|---|
| Eugene A. Schoon<br>Email: schoon@sidley.com<br>SIDLEY AUSTIN LLP<br>One South Dearborn<br>Chicago, IL 60603<br>Telephone: 312-853-7000<br>Facsimile: 312-853-7036 | Richard K. Dandrea<br>Email: rdandrea@eckertseamans.com<br>ECKERT SEAMANS CERIN<br> & MELLOTT LLC<br>600 Grant Street, 44th<br>Floor Pittsburgh, PA 15219<br>Telephone: 412-566-6000<br>Facsimile: 412-566-6099 |

4154724v1