UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

IN RE:  TRASYLOL PRODUCTS LIABILITY
LITIGATION – MDL – 1928

This Document Relates to:

*MELISSA MORRILL, etc.*
*v. BAYER PHARMACEUTICALS*
*CORPORATION, et al.,*
Case No. 9:08-cv-80424-DMM
_____/

### **PLAINTIFF'S PAGE AND LINE DEPOSITION DESIGNATIONS**

Plaintiff, Melissa Morrill, on behalf of the Estate of William Cyrus Morrill ("Plaintiff"), hereby designates the following deposition testimony and exhibits referenced within each of these depositions for use at trial.  Plaintiff expressly reserves the right to rely upon testimony not designated below (including, but not limited to, testimony from witnesses not designated as "intend to call" on any witness lists) for purposes of rebuttal or for purposes of cross-examination, and also reserves the right to rely upon testimony that Bayer designates.  Plaintiff reserves the right to amend her deposition designations.

I.    Plaintiff Steering Committee Designations.

Plaintiff hereby incorporates each and every page and line designation made by the Plaintiff Steering Committee on January 15, 2010 and any subsequent amendments as follows:

    a.    Stanley Horton

    b.    Allen Heller

c. Reinhard Fesharek

d. Valentine Pascale

e. Thomas Chin

f. John Lettieri

g. Robert Harrison

h. Pam Cyrus

i. William Shank

j. Felix Monteagudo

k. Ed Tucker

l. Anita Shah

m. Michael Rozycki

n. Jennifer Maurer

o. Terry Taylor

p. Steven Zaruby

q. Paul McCarthy

r. Kuno Sprenger

s. Thomasz Dyszynski

t. Ernst Weidman

u. Kemal Malik

v. Marc Weinberg

w. Melissa Morrill

x. Brenda Mulder

II.  Plaintiff specifically reserves the right to amend and supplement this list based good cause shown and as necessary.

>  /s/ Amy L. Drushal
> JOHN D. GOLDSMITH
> Florida Bar No. 444278
> jdgoldsmith@trenam.com
> AMY L. DRUSHAL
> Florida Bar No. 0546895
> aldrushal@trenam.com
> TRENAM, KEMKER, SCHARF, BARKIN,
>   FRYE, O'NEILL & MULLIS, P.A.
> 101 E. Kennedy Blvd., Suite 2700
> Tampa, FL 33602
> Tel:  (813) 223-7474
> Fax:  (813) 229-6553
> Attorneys for Melissa Morrill, as Personal Representative of the Estate of WILLIAM CYRUS MORRILL, III

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy hereof has been furnished via the Court's CM/ECF system and/or U.S. Mail to the attached Service List, this 25th day of February, 2010.

>  /s/ Amy L. Drushal
> Attorney

## SERVICE LIST

### Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

James R. Ronca
Email: jronca@anapolschwartz.com
ANAPOL, SCHWARTZ, WEISS, COHAN, FELDMAN & SMALLEY, P.C.
1710 Spruce Street
Philadelphia, PA 19103
Telephone: 215-735-1130

Scott Love
Email: slove@triallawfirm.com
CLARK, DEAN & BURNETT, G.P.
440 Louisiana, Suite 1600
Houston, TX 77002
Telephone: 713-757-1400
Facsimile: 713-759-1217

3

Facsimile: 215-875-7758
Co-Lead Counsel for Plaintiff

Theodore Babbitt
Email: tedbabbitt@babbitt-johnson.com
BABBITT JOHNSON OSBORNE & LECLAINCHE, P.A.
1641 Worthington Rd., Suite 100
West Palm Beach, FL   33409-6706
Telephone: 561-684-2500
Facsimile: 561-684-6308
Liaison Counsel for
Plaintiff

Patricia E. Lowry
Email: plowry@ssd.com
Guy E. Motzer
Email: gmotzer@ssd.com
Barbara Bolton Litten
Email: blitten@ssd.com
SQUIRE, SANDERS & DEMPSEY L.L.P.
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198
Telephone: 561-650-7200
Facsimile: 561-655-1509
Attorneys for Defendants Bayer Pharmaceuticals Corporation, Bayer HealthCare AG, Bayer HealthCare LLC and Bayer AG

Eugene A. Schoon
Email: eschoon@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone: 312-853-7000 Facsimile: 312-853-7036

Co-Lead Counsel for
Plaintiff

Neal Moskow
Email: neal@urymoskow.com
URY & MOSKOW, LLC
883 Black Rock Turnpike
Fairfield, CT 06825
Telephone: 203-610-6393
Facsimile: 203-610-6399
Federal-State Liaison for Plaintiff

Philip S. Beck
Email:  bill.balachowski@bartlit-beck.com
Steven E. Derringer
Email: steven.derringer@bartlit-beck.corn
Shayna Cook
Email: shayna.cook@bartlit-beck.com
BARTLIT BECK HERMAN PALENCHAR
 & SCOTT LLP
Courthouse Place
54 West Hubbard Place, Suite 300
Chicago, IL 60610
Telephone: 312-494-4400
Facsimile: 312-494-4440

Richard K. Dandrea
Email: rdandrea@eckertseamans.com
ECKERT SEAMANS CERIN
 & MELLOTT LLC
600 Grant Street, 44th
Floor Pittsburgh, PA 15219
Telephone: 412-566-6000
Facsimile: 412-566-6099