Confidential - Stanley Horton, Pharm.D.

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

- - -

CASE NO. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

IN RE:   TRASYLOL PRODUCT
LIABILITY LITIGATION - MDL 1928

This Document Relates to All Actions.

- - -

C O N F I D E N T I A L

- - -

April 14, 2009

- - -

Videotape deposition of STANLEY HORTON, Pharm.D., held at the Sidley Austin LLP, 787 Seventh Avenue, New York, New York 10019 commencing at 9:25 a.m., on the above date, before Linda Rossi Rios, RPR, CCR and Notary Public.

- - -

GOLKOW TECHNOLOGIES, INC.
deps@golkow.com - 877.370.3377


PLAINTIFF'S EXHIBIT 1

Confidential - Stanley Horton, Pharm.D.

Page 13

```
 1                STANLEY HORTON, Pharm.D.,
 2         after having been duly sworn, was
 3         examined and testified as follows:
 4                        - - -
 5                     EXAMINATION
 6                        - - -
 7   BY MR. MONSOUR:
 8         Q.    Would you please introduce
 9   yourself?
10         A.    My name is Dr. Stan Horton.
11         Q.    What kind of a doctor are
12   you?
13         A.    I'm a Pharm.D.
14         Q.    What kind of training did
15   you have to go through to get a Pharm.D.?
16         A.    I've got my BS training.
17   I've also had my Pharm.D. training for
18   the University of Missouri, and then I've
19   done postdoctoral cardiovascular training
20   at the University of Oklahoma.
21         Q.    How many years of education
22   do you have after high school?
23         A.    Ten.  Ten years.
24         Q.    Would you say that with all
```

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Stanley Horton, Pharm.D.

Page 156

```
 1              THE WITNESS:  That would
 2       have been a positive potential.
 3   BY MR. MONSOUR:
 4       Q.     What is off-label marketing?
 5       A.     The FDA grants a label based
 6   on the studies that's done for an
 7   indication.  And that is what you are
 8   permitted to market the product for.
 9       Q.     Okay.  Is it improper to
10   market a product for uses for which it is
11   not approved?
12       A.     Yes.
13       Q.     Is it unethical to market a
14   product for uses for which it is not
15   approved?
16              MR. SCHOON:  Object to form.
17              THE WITNESS:  Yes.
18   BY MR. MONSOUR:
19       Q.     Bayer, the truth be told
20   with Trasylol, Bayer engaged in a lot of
21   off-label marketing.  True?
22       A.     No.
23              MR. SCHOON:  Object to form.
24   BY MR. MONSOUR:
```

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Stanley Horton, Pharm.D.

Page 158

1    A.    No.  One of the issues we
2  had is that this drug was very heavily
3  used in a multitude of other indications
4  besides CABG surgery.  And so, therefore,
5  there was many discussions and many
6  graphs that delineated how the drug was
7  currently being used, not that that was
8  direction and promotion.
9    Q.    Did Bayer ever push
10 off-label marketing of Trasylol to
11 increase their profits?
12   A.    No.
13   Q.    Did Bayer ever attempt to
14 hide the fact that they were performing
15 off-label marketing of Trasylol?
16         MR. SCHOON:  Object to form.
17         THE WITNESS:  We weren't
18      doing it, so I...
19 BY MR. MONSOUR:
20   Q.    What percentage of Trasylol
21 was used off label?
22         MR. SCHOON:  Object to form.
23         THE WITNESS:  It changed
24      over the years, but it was about

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Stanley Horton, Pharm.D.

Page 159

1      50 percent most of the time.
2  BY MR. MONSOUR:
3      Q.    And how did it get to be
4  50 percent?
5            MR. SCHOON:  Objection.
6      Form.
7            THE WITNESS:  Well, it was
8      utilized by the cardiac surgeons
9      in other areas that we hadn't
10     studied or gotten an indication
11     for, because they had
12     predominantly felt like it was the
13     same types of surgeries and had a
14     comfort in doing it.
15 BY MR. MONSOUR:
16     Q.    Did Bayer ever -- did Bayer
17 ever attempt to encourage cardiothoracic
18 surgeons to utilize Trasylol off label?
19     A.    No.
20     Q.    Did Bayer ever attempt to
21 educate surgeons in an attempt to expand
22 the usage, the off-label usage of
23 Trasylol?
24           MR. SCHOON:  Object to form.

Confidential - Stanley Horton, Pharm.D.

Page 163

1      MR. SCHOON: Objection.
2  Form. Foundation.
3      THE WITNESS: I'm not sure
4  whether -- where this came from.
5  It may have been an outside firm
6  that had created this and provided
7  it to us. It looks similar to
8  what may have been by -- do you
9  know where this whole document
10  came from?
11  BY MR. MONSOUR:
12     Q.   I got it from Mr. Schoon.
13     MR. SCHOON: It came from
14  McKinsey.
15     THE WITNESS: McKinsey
16  report. Okay. So it was created
17  by an outside group and submitted
18  and presented to Bayer. So it's
19  not a Bayer -- we didn't create
20  this. It was presented to us.
21  BY MR. MONSOUR:
22     Q.   Well, here's my question.
23  Why is Bayer hiring consultants to advise
24  them on how to increase off-label usage

Confidential - Stanley Horton, Pharm.D.

Page 164

1  if they don't intend upon marketing off
2  label?
3              MR. SCHOON:  Object to form.
4              THE WITNESS:  Well, Bayer
5       would not have proceeded down a
6       road of off label.  There may be
7       from this you could identify
8       certain areas and procedures that
9       might be of marketed value to do
10      additional studies to go after an
11      indication.  I don't know what the
12      full impact of this report is,
13      but -- I mean, from what I would
14      say that they're trying -- the
15      presentation that they were trying
16      to make was that heart transplants
17      were 2 percent, we were getting
18      that, it's a small market.  Valves
19      was a larger market.  And then
20      liver transplant, orthopedic,
21      vascular and other intra-abdominal
22      and other areas in gynecology and
23      urology, which were high blood
24      loss areas, might be additional

Confidential - Stanley Horton, Pharm.D.

Page 165

1        areas to conduct studies to see
2        the effect in patients.
3   BY MR. MONSOUR:
4        Q.   Here's my concern: You've
5   already testified and you told me that
6   off-label marketing is unethical. True?
7             MR. SCHOON: Object to form.
8             THE WITNESS: True.
9   BY MR. MONSOUR:
10       Q.   And knowing that it's
11  unethical, for some reason, according to
12  you, Bayer is sending or hiring
13  consultants to advise them on off-label
14  marketing. Doesn't that seem unethical
15  as well?
16            MR. SCHOON: Object to form.
17            THE WITNESS: I don't know
18       what the whole form is, but I
19       think that they probably were --
20       sought to advise us on how to
21       expand the overall market for
22       Trasylol. I mean, the first page
23       here, which you have, is in CABG
24       surgery. So at least there was

Confidential - Stanley Horton, Pharm.D.

Page 166

```
1           on-label as well as off-label
2           advice given, so...
3   BY MR. MONSOUR:
4       Q.   Well, could maybe Bayer's
5   off-label activities explain why
6   50 percent of the use of this drug was
7   off label?
8       A.   No.
9       Q.   That wouldn't explain it?
10      A.   No.  We did not promote off
11  label.
12      Q.   But you did hire consultants
13  who advised you on how to promote off
14  label.  Correct?
15           MR. SCHOON:  Object to form.
16           THE WITNESS:  No, I don't
17           see that as -- the statement at
18           the top could have been worded
19           better, I agree with that.  But,
20           you know -- well, I guess there is
21           even statements here, educate, but
22           in my view of this -- I mean, we
23           would only do this, go down this
24           road if we did the studies and got
```

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Stanley Horton, Pharm.D.

Page 374

1
2                         CERTIFICATE
3
4
5        I HEREBY CERTIFY that the witness was duly sworn by me and that the
6   deposition is a true record of the testimony given by the witness.
7
         It was requested before
8   completion of the deposition that the witness, STANLEY HORTON, Pharm.D., have
9   the opportunity to read and sign the deposition transcript.
10
11
                    _____
12          LINDA ROSSI RIOS, RPR, CCR and
            Notary Public
13          Dated:  April 14, 2009
14
15
16          (The foregoing certification
17   of this transcript does not apply to any
18   reproduction of the same by any means,
19   unless under the direct control and/or
20   supervision of the certifying reporter.)
21
22
23
24