inner_view [https://v5.lextranet.com/lcs/customDB/omni/inner_view.lcs?session_key=63778_1236370422_1003085objectID=2763200uniqueID=0&isID=326Page 1 of 3

# TRASYLOL USE IN CABG* SURGERY COULD BE INCREASED
Percent of total CABG procedures; 2003

| 100% = 347,000 CABG procedures | Procedure type | Estimated proportion of procedure type | Rationale for behavior |
|---|---|---|---|
| Use Trasylol — 27% (80,220) | High risk[2] | ~75% | "I use it on all my high risk CABG patients It's an amazing drug." |
|  | Lower risk[4] | ~25% | "I use Trasylol in all my patients, I have not had any problems with allergies or the graft site." |
| Use generics** — 37 (128,390) | Higher risk | ~50% | "I want to decrease the risk of bleeding and have not seen any studies showing Trasylol is better than generics. I do not have to worry about anaphylaxis or BSE." |
|  | Lower risk | ~50% | "I use Trasylol for high risk patients but for lower risk patients I prefer generics. It works less well than Trasylol but I worry less about the graft clotting off." |
| Use no blood-sparing agents — 37 (128,390) | Higher risk | ~50% | "There was a study -- in Europe and I think Israel -- that showed patients on Trasylol have an increased risk of graft clot. This is why I do not use anything." |
|  | Lower risk | ~50% | "Low risk patients can tolerate blood loss more easily. They are not as fragile so neither Trasylol or the generic is worth the risk of graft clot." |

**Possible opportunity**
- Most CT surgeons could be encouraged to use more Trasylol if their primary concern, clotting at the graft site, is addressed
- Subsegments of CT surgeons will require education to overcome specific concerns; e.g., anaphylaxis

1 CABG = coronary artery bypass graft
2 AA = amino caproic acid, tranexamic acid
3 Over age 80; on Plavix; no-do
4 Younger patients, but on aspirin or with diabetes
Source: Interviews; Bayer strategic plan; McKinsey analysis



Confidential - Subject To Protective Order

BAY04923426

Working Draft - Last Modified 3/24/2004 1:35:50 PM

# OFF-LABEL TRASYLOL USAGE COULD ALSO BE INCREASED
() Percent of total procedures where Trasylol used

**On label use:** Prophylactic "on pump"[1] CABG[2] surgery by CT surgeons[4] (<57%[3])

| Off label use | Procedures | Concerns | Actions to expand usage |
|---|---|---|---|
| CT surgeons (43%) | • Heart transplant (2%)<br>• Valve (27%)<br>• Other cardiac (14%) | • Fear of clotting<br>• Graft-site anaphylaxis and BSE<br>• Cost | • Educate surgeons (especially in teaching hospitals) in best practices of successful surgery using Trasylol<br>— Increased dose of Heparin<br>— Monitoring of activated clotting time<br>— Test dose of Trasylol for allergy<br>— Low risk of BSE<br>— Comparative fees w.r.t. ICU and blood transfusion |
| Other surgeons (minimal usage to date) | • Liver transplant<br>• Orthopedic procedure<br>• Vascular<br>• Other intra-abdominal<br>• Gynecologic/urology | • All of the above<br>• Additional fear of clot development because patients usually not fully heparinized | • Conduct study to see effect of Trasylol in patients not on blood thinner<br>— "One liver transplant patient developed a clot in their right atrium while on Trasylol. I'm not sure if the transplant surgeons are still using Trasylol."<br>— *UCLA CT surgeon* |

1 "On pump" includes patients on bypass
2 CABG = coronary artery bypass graft
3 This number includes some "off pump" CABG
4 CT = cardiothoracic

Source: CT, liver, orthopedic surgeon interviews; "Trasylol 2004-2006 Tactical Plan"; McKinsey analysis

2

Confidential - Subject To Protective Order

BAY04923427



Confidential - Subject To Protective Order

BAY04923428