# EXPERT REPORT of
# SUZANNE PARISIAN, M.D.

August 18, 2009

Prepared at the Request of
The Trasylol Products Liability Plaintiffs' Steering Committee



PLAINTIFF'S EXHIBIT 6

225

## 1. DDMAC NOTIFIES BAYER THAT ANTI-INFLAMMATORY CLAIMS ARE FALSE AND MISLEADING

360.  Bayer received a 1997 DDMAC letter regarding Trasylol not having been approved for anti-inflammatory claims. The FDA had not approved Trasylol for anti-inflammatory indications. The initial reference to any anti-inflammatory action for Trasylol occurred in Bayer's update to its 1998 label in the section Mechanism of Action (MOA) not in the indications for use. Harrison Exhibit 35 contains a promotional piece having the heading SIRS and IR Injury during CABG may impact major organs, IR has multiple effects on the kidney then Trasylol modulates SIRS and IR injury, Trasylol: Attenuated IR mediated injury, Trasylol <u>Dose-Dependent Properties</u>. According to Bayer employee testimony, SIRS stands for systemic inflammatory response syndrome and IR for ischemia reperfusion (Harrison, 11/19/08, p.529 L. 13-24). Neither of these indications being promoted by Bayer sales are FDA approved indications for Trasylol. The promotion falsely implies to physicians that Trasylol conveys a more beneficial dose-dependent effect on the kidney, i.e. the use of the full dose having greater anti-inflammatory benefits for a patient than the half-dose. However, there is no adequate scientific support for that misleading marketing claim. The Bayer pieces also imply that beneficial effects of Trasylol are dose-dependent and a greater effect will be obtained by administration of the full-dose. (Harrison, 11/19/08, p. 529-531). There is no scientific support that was provided to FDA to support the claim that a full-dose provides a more beneficial effect for a CABG patient than a half-dose. In fact, there is information in Bayer's own clinical studies to support that just the opposite is true, namely that the risk for a patient increases with a larger full dose (BAY00939855-4); (BAY03266230-31).