

Confidential - Subject To Protective Order

BAY00939855





Confidential - Subject To Protective Order

BAY00939854