## SIRS and IR injury during CABG may impact major organs[1]

- Contact activation during surgery contributes to SIRS[2]
- SIRS results in neutrophil-endothelial interactions[3]
- Neutrophil-endothelial interactions contribute to ischemia-reperfusion (IR) injury[4]
- SIRS-mediated proinflammatory serine proteases activate ubiquitous PAR receptors[5]

**In the kidney, IR may contribute to renal injury[6]**

**IN ANIMAL MODELS OF IR INJURY**

- Marked damage as shown by increase in serum creatinine[6]
- Increased induction of cytokine IL-1 beta and IL-6 mRNA[6]
- Increased renal apoptosis[6]
- Increased cytokine-inducible nitric oxide synthase (iNOS), associated with epithelial necrosis and desquamation[7]

***Renal IR associated with extensive epithelial necrosis[7]***

Magnified (x 400) images of rabbit kidney from rabbits subjected to 45 minutes of ischemia followed by 45 minutes of reperfusion.

PLAINTIFF'S EXHIBIT 8

Confidential - Subject To Protective Order

ner_view [https://v5.extranet.com/cs/customDB/omni/inner_view.ics?session_key=7842_1250106530_1006507objectID=3301563uniqueID=0fileID=4Page 2 of 2

P.I.
enclosed

Trasylol®
modulates
SIRS
during IR

- Interrupts the protease-mediated inflammatory cascade
- Inhibits neutrophil activation[7] and transmigration,[8,9] as well as release of cytotoxins[8]
- Decreases IR-mediated apoptosis in renal tubular cells[6]

***Trasylol reduced renal cell apoptosis[6]***

SHAM PROCEDURE
NONAPOPTOTIC CELLS

IR W/SALINE SOLUTION
APOPTOTIC CELLS

IR W/APROTININ
NONAPOPTOTIC CELLS

Photomicrographs showing renal cell apoptosis in rat kidneys subjected to sham procedure, or ischemia followed by either saline solution or aprotinin.

## Trasylol attenuated the effects of IR on the kidney[6]

- Reduced rise in serum creatinine[6]
- Reduced the production of mRNA for cytokines IL-1 beta and IL-6[6]
- Reduced caspase 8 activation during reperfusion[6]

## Trasylol: dose-dependent properties

- Kallikrein-inhibiting dose inhibits SIRS, PAR-1 activity[4,10]
- Plasmin-inhibiting dose inhibits fibrinolysis[11,12]

**Mechanism of action as depicted in animal studies is not intended to imply clinical effectiveness in humans.**

**Indications**
Trasylol is indicated for prophylactic use to reduce perioperative blood loss and the need for blood transfusion in patients undergoing cardiopulmonary bypass in the course of coronary artery bypass graft surgery.

**Prophylactic Use**
**Trasylol® (aprotinin injection) reduces perioperative blood loss and the need for blood transfusion in patients undergoing cardiopulmonary bypass (CPB) in the course of coronary artery bypass graft surgery.** The effects of aprotinin use in CPB involve a reduction in systemic inflammatory response, which translates into a decreased need for allogeneic blood transfusions, reduced bleeding, and decreased mediastinal re-exploration for bleeding.

Anaphylactic or anaphylactoid reactions are possible when Trasylol is administered. Hypersensitivity reactions are rare in patients with no prior exposure to aprotinin. The risk of anaphylaxis is increased in patients who are re-exposed to aprotinin-containing products. The benefit of Trasylol to patients undergoing primary CABG surgery should be weighed against the risk of anaphylaxis should a second exposure to aprotinin be required. (See WARNINGS AND PRECAUTIONS in prescribing information.)

**Safety Considerations**
**Trasylol is generally well tolerated.** Graft patency, MI, renal or hepatic dysfunction, and mortality were comparable to placebo.

**Anaphylactic reactions are possible.** In clinical studies, hypersensitivity and anaphylactic reactions were:

- rare (<0.1%) in patients with no prior exposure to Trasylol
- 2.7% overall reaction rate upon re-exposure
  - within 6 months, the incidence was 5%
  - after 6 months, the incidence was 0.9%

References: 1. Bull DA, Maurer J. Aprotinin and preservation of myocardial function after ischemia-reperfusion injury. Ann Thorac Surg. 2000;[illegible]. 2. Royston D. Preventing the inflammatory response to open-heart surgery: the role of aprotinin and other protease inhibitors. Int J Cardiol. 1996;53(suppl):S11-S37. 3. Mojcik [illegible]. Cardiopulmonary bypass and the inflammatory response: a role for serine protease inhibitors? J Cardiothorac Vasc Anesth. 1997;11(suppl 1):19-23. 4. Pruefer D, Buerke U, Khalil M, et al. Cardioprotective effects of the serine protease inhibitor aprotinin after regional ischemia and reperfusion on the beating heart. J Thorac Cardiovasc Surg. 2002;124:942-949. 5. Landis RC, Haskard DO, Taylor KM. New antiinflammatory and platelet-preserving effects of aprotinin. Ann Thorac Surg. 2001;72:S1808-1813. 6. Kher A, Meldrum KK, [illegible], et al. Aprotinin improves kidney function and decreases tubular cell apoptosis and proapoptotic signaling after renal ischemia-reperfusion. J Thorac Cardiovasc Surg. 2005;130:662-669. 7. [illegible], et al. The effect of aprotinin on ischemia-reperfusion injury in the rabbit kidney. Pharmacol Res. 2001;44:455-460. 8. Pruefer D, Makowski J, Dahm M, et al. Aprotinin inhibits leukocyte-endothelial cell interactions after hemorrhage and reperfusion. Ann Thorac Surg. 2003;75:210-216. 9. Asimakopoulos G, Thompson R, Nourshargh S, et al. An anti-inflammatory property of aprotinin detected at the level of leukocyte extravasation. J Thorac Cardiovasc Surg. 2000;120:361-369. 10. Day JRS, Punjabi PP, Randi AM, et al. Clinical inhibition of the seven-transmembrane thrombin receptor (PAR1) by intravenous aprotinin during cardiothoracic surgery. Circulation. 2004;110:2597-2600. 11. Dietrich W. Reducing thrombin formation during cardiopulmonary bypass: is there a benefit of the additional anticoagulant action of aprotinin? J Cardiovasc Pharmacol. 1996;27(suppl 1):S50-S57. 12. Royston D, Bidstrup BP, Taylor KM, Sapsford RN. Effect of aprotinin on need for blood transfusion after repeat open-heart surgery. Lancet. 1987;2:1289-1291.

Please see full prescribing information and warning in pocket.

Bayer HealthCare
Pharmaceuticals

TRASYLOL®
(aprotinin injection)

**TRUST OVER TIME**
www.trasylol.com

© 2006, Bayer Pharmaceuticals Corporation, West Haven, CT 06516
TT01150005 BY-10407 1/06 Printed in U.S.A.

Confidential - Subject To Protective Order

BAYCS00201869