Confidential - Edwin Jonathan Tucker, M.D., M.R.C.P., M.B.A.

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

- - -

IN RE:   TRASYLOL PRODUCTS
         LIABILITY LITIGATION - MDL 1928

CASE 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

THIS DOCUMENT RELATES TO ALL ACTIONS

- - -

CONFIDENTIAL

- - -

November 20, 2008

- - -

Videotape deposition of EDWIN JONATHAN TUCKER, M.D., M.R.C.P., M.B.A., held in the offices of Sidley Austin, 787 Seventh Avenue, New York, New York 10019, commencing at 9:12 a.m., on the above date, before Linda L. Golkow, a Federally-Approved Registered Diplomate Reporter, Certified Shorthand Reporter and Certified Realtime Reporter.

- - -

GOLKOW TECHNOLOGIES, INC.
(P) 877.370.3377 (F) 917.591.5672
deps@golkow.com



Confidential - Edwin Jonathan Tucker, M.D., M.R.C.P., M.B.A.

Page 10

1           MR. FRICK:  Erik Frick for
2   Bayer.
3           THE VIDEOTAPE TECHNICIAN:
4   Will counsel on the phone please
5   identify themselves.
6           MR. OVERHOLTZ:  This is Neil
7   Overholtz for the Plaintiffs'
8   Steering Committee.
9           MS. MEDLEY:  Andrea Medley
10  for OU Medical Center.
11                 -  -  -
12          EDWIN JONATHAN TUCKER, M.D.,
13  M.R.C.P., M.B.A., after having
14  been duly sworn, was examined and
15  testified as follows:
16                 -  -  -
17              EXAMINATION
18                 -  -  -
19  BY MR. MONSOUR:
20      Q.    Are you ready?
21      A.    I'm ready, yes.
22      Q.    Okay.
23            Would you please introduce
24  yourself, sir.

GOLKOW TECHNOLOGIES, INC. - 1.877.370.3377

Case 9:08-cv-80868-DMM   Document 162-9   Entered on FLSD Docket 03/02/2010   Page 3 of 6

Confidential - Edwin Jonathan Tucker, M.D., M.R.C.P., M.B.A.

Page 13

1   in the United States from clinical trials
2   and also from marketed products which are
3   marketed within the United States to
4   patients.  My primary role is for patient
5   safety and to ensure that we represent
6   information with regards to safety to our
7   prescribers and to our patients to
8   maximize the patient safety.
9          Q.     Okay.
10              Before the deposition, you
11  were talking to the court reporter, and
12  you said you are an M.D., an M.R.C.P. and
13  an M.B.A.  So, I'd like to go through
14  your training, if we could.  Is that
15  okay?
16         A.     That's fine.
17         Q.     Tell me all the degrees that
18  you have and where you got them from.
19         A.     In 1994, I received a
20  Bachelor's degree in pharmacology at
21  Leeds University.  I received a medical
22  degree from Leeds University in 1996.
23         Q.     Okay.
24         A.     I attained the membership to

Confidential - Edwin Jonathan Tucker, M.D., M.R.C.P., M.B.A.

Page 35

1   A.   We do not discriminate on
2  age.  Whether we're young or old, it's on
3  the qualification and capabilities of the
4  person that's performing the role.
5   Q.   Okay.
6        So, you must be very, very
7  capable.
8   A.   I think that's a judgment
9  which I would leave for others.
10  Q.   Doc, I was trying to give
11 you a compliment.  You wouldn't take it.
12  A.   Thank you.  Accepted.
13  Q.   So, if I'm looking at your
14 job, the most important thing in your job
15 is patient safety.  Fair statement?
16  A.   I would regard that as my
17 primary role, yes.
18  Q.   Okay.
19       At Bayer, what's more
20 important, profits or patient safety?
21  A.   We don't differentiate
22 between those.  Patient safety is our
23 primary goal.
24  Q.   So, when you say you don't

Confidential - Edwin Jonathan Tucker, M.D., M.R.C.P., M.B.A.

Page 36

1   differentiate between them, does that
2   mean that profits are right up there with
3   patient safety?
4       A.   No.  Patient safety is our
5   primary goal.
6       Q.   Where does profits fall into
7   it?
8       A.   That is not my
9   responsibility.  My responsibility is
10  patient safety.
11      Q.   Okay.
12           As far as --
13           You said you assess the
14  risks and the benefits of the products
15  that y'all sell, right?
16      A.   That's -- that is -- my
17  department contributes data to that
18  discussion.
19      Q.   All right.
20           Are you the one at Bayer
21  that ultimately makes a lot of the
22  risk/benefit decisions or at least has
23  input into them?
24      A.   I would provide input into

GOLKOW TECHNOLOGIES, INC. - 1.877.370.3377

Confidential - Edwin Jonathan Tucker, M.D., M.R.C.P., M.B.A.

Page 426

1       C E R T I F I C A T E
2
3       I, LINDA L. GOLKOW, a Notary Public and Certified Shorthand Reporter
4   of the State of New Jersey, do hereby certify that prior to the commencement of
5   the examination, EDWIN JONATHAN TUCKER, M.D., M.R.C.P., M.B.A., was duly sworn by me to
6   testify to the truth, the whole truth and nothing but the truth.
7
8       I DO FURTHER CERTIFY that the foregoing is a verbatim transcript of the
9   testimony as taken stenographically by and before me at the time, place and on
10  the date hereinbefore set forth, to the best of my ability.
11
12      I DO FURTHER CERTIFY that I am neither a relative nor employee nor
13  attorney nor counsel of any of the parties to this action, and that I am
14  neither a relative nor employee of such attorney or counsel, and that I am not
15  financially interested in the action.
16
17
18
19      _____
        LINDA L. GOLKOW, CSR
20      Notary Number: 1060147
        Notary Expiration: 1-2-10
21      CSR Number: 30XI176200
22
23
24