|  |  |
|---|---|
| **Danny Stavros**/WE5TH/PH/US/BAY ER<br>12/16/2004 02:46 PM | To: Katherine Sheffield/WE5TH/PH/US/BAYER, Anit Patel/WE5TH/PH/US/BAYER, Elisa Ammer/WE5TH/PH/US/BAYER, Barbara<br>cc: William Shank/WE5TH/PH/US/BAYER<br>bcc:<br>Subject: ADR Reporting |

Fellas,

Below is a good reminder on how to follow-up on ADR reports and what constitutes an ADR. In a nut shell, any adverse reaction constitutes an ADR, regardless of how the info was obtained. These need to be reported within 24 hours of hearing about the ADR. Anit and I were aware of a thirdhand reported ADR which was sensitive in nature. (we did not know how the surgeon would react to us knowing about the problem or the accuracy of the report). It seems that, though we sent it up the MSL channel, we should have actually contacted "Drug Safety" in West Haven. The phone # and address are provided below.

Please be sure to follow up directly with Drug Safety on any ADR's reported to you. Again our goal is to accomplish this within 24 Hours.

Thanks You,
Dan

Dear Colleagues

As Head of Drug Safety for Bayer Corporation US I would like to remind you of your reporting obligations with respect to Adverse Events and Adverse Drug Reactions.

As an ethical company, we are dedicated to patient safety and ensuring compliance with all regulations relating to patient safety. We endeavor to obtain all safety information on our development and marketed products to ensure that the company can make proactive, timely and appropriate actions to optimize the use of our medicinal products. As a Bayer Pharmaceuticals Employee, you are responsible for securing that all information relating to safety is passed to the department of Drug Safety Assurance (DSA).

Information is required to be sent to DSA, within 24 hours of receipt by the employee, regardless of the origin.

Examples of sources for AE/ADR reports:
Physicians, Pharmacists, Nurses, other Healthcare Workers, Patients, Relatives, Co-workers, Media Articles, Family Members etc.

All adverse events, regardless of causality/relatedness or seriousness, need to be reported to DSA within the 24 hour window.

Key points in obtaining good quality AE/ADR reports

1. Patient Identifier (eg. gender, age, patient initials or name)
2. Note the ADR/AE (try to use the reporters words as much as possible)
3. Bayer Drug
4. Name of the reporter (indicate the relation of the reporter to the patient who may have experienced an AE/ADR)

Confidential - Subject To Protective Order

PLAINTIFF'S EXHIBIT

AYCS00264591

inner_view.[https://v5.lextranet.com/fcs/customDB/omni/inner_view.ics?session_key=23803_1250093581_1004670objectID=3312542uniqueID=0fileID=44/Page 2 of 2

In addition we would like to know

- your contact details
- and the date and time you knew about the report.

We have a 15 day reporting clock (for submission to the Regulatory Authority) which begins when YOU receive the information.
We may want to contact you to gain follow-up information on cases, to establish a medical evaluation of the case.

Send the information to any of the following:

| | |
|---|---|
| Electronic Mailbox: | wh-adverse.events@bayer.com |
| Facsimile: | (203) 812-6053 |
| Address: | Drug Safety Assurance<br>Bayer Corporation<br>400 Morgan Lane, West Haven, CT 06516 |
| Phone: | 1 800 288 8371 (Clinical Communications, WH) |

If you have any questions then please contact your line manager for further details.

Alternatively, for more information, please refer to the Drug Safety Action Plan (PD-Directive-001 Version 1 Effective Date: 2003-June-01)

Dr Ed Tucker
Vice President, Drug Safety Assurance
Bayer Pharmaceuticals Corporation
400 Morgan Lane
West Haven
CT 06516

Confidential - Subject To Protective Order

BAYCS00264692