# EXHIBIT H-1



This implementation guide is for your educational use only.
This implementation guide is NOT to be used as a promotional item.
This implementation guide is NOT to be left with physicians.

**FOR SALES REPRESENTATIVE INFORMATION ONLY.**



| ABOUT THE FRONT COVER |
| --- |

The front cover is designed to allow you to begin your discussion with a statement to the physician:

"Doctor, in CABG surgery there is the risk for adverse outcomes. Today I would like to share with you some of the safety data on Trasylol®* and discuss how this agent may help to avoid these adverse results."

This gives you the opportunity to discuss adverse outcomes that are associated with CPB and CABG and how the risk of these sequelae may be attenuated with a strategy that includes Trasylol.

By using Trasylol during CABG surgeries, physicians can feel assured that they are using a clinical plan that delivers for their patients.

* Trasylol® (aprotinin injection) is a registered trademark of Bayer AG

1

BAYCS01582072

# Implementation Guide (TT2105205)
## "The Clinical Plan That Delivers Help to Avoid Adverse Outcomes"
## Outcomes Slim Jim(TT0202105)
## POA1 2005

## Introduction

This implementation guide consists of reproductions of the actual pages of the Trasylol "Outcomes" Slim Jim, accompanied by background information and examples of appropriate sales presentations for each page. This document should be viewed as your primary guide to using this Slim Jim. It summarizes key messages to assist you in your discussions with members of the cardiac team. Please review it carefully before each presentation.

## Communication Objective

This Slim Jim is part of "The Clinical Plan That Delivers" series. These sales aids were designed to gather all relevant information on a specific topic of interest to our customers in a simple-to-use format.

Be sure to supplement your presentation with approved reprints.

Throughout this guide, the appropriate reprint to be used is noted utilizing the reference number from the reference list for this slim jim.

Reference numbers are also provided for non-approved for promotional use sources. Please refer physicians for further discussion about these reprints to Clinical Communications or a Medical Science Liaison.

If unsolicited questions come up on the content, please refer the physician to Clinical Communications or a Medical Science Liaison for further discussion.

A Clinical Communications "Faxback" letter (#03) addressing questions regarding stroke associated with CPB and the effects of Trasylol upon stroke is available.

The main communication objective for the "Outcomes" Slim Jim is to discuss data that shows the risks of adverse outcomes during CPB and CABG and how Trasylol may impact the outcomes for these patients.

Primary outcomes in clinical trials included reduced blood loss, reduced transfusions and reduced reoperations for bleeding. Cerebrovascular outcomes data are observations from the safety data collected in these trials.

## Key Messages of Outcomes Slim Jim

- Stroke is a serious complication following CABG surgery
- Trasylol reduced blood loss and transfusion, and was associated with fewer transfusion-related CVAs
- Trasylol was consistently associated with fewer cerebrovascular events
- CABG-associated stroke increased costs, Trasylol helped lower CVA-associated costs

2

BAYCS01582073

**PURPOSE OF THIS PAGE:** This page gives you the opportunity to start a conversation with the physician about the risk of stroke in CABG patients.

***IMPACT:*** *Stroke is a serious complication following CABG surgery.*

**APPROVED RERINT: #2. Bucerius, et al. AnnThoracSurg 2003. TT1700603.**

**REFERENCES: # 3. Frumento et al. AnnThoracSurg 2003. #1. Roach, et al. NEngIJMed 1996. For further discussion of these references, contact Clinical Communications or a Medical Science Liaison.**

"Data compiled from three different sources. Prospective studies report a stroke rate of 4% with rates of 8% to 16% in patients having a higher risk of stroke."



"Identifying CABG patients that are at an increased risk for stroke can help the doctor plan a course of action that may improve the patient's chances to avoid this adverse outcome.

This stroke risk calculator can help to identify patients at risk for stroke: older age, female gender, diabetes, vascular disease, renal failure, poor ejection fraction, urgent or emergent surgery."

**APPROVED REPRINT: # 4. Charlesworth, et al. AnnThorac Surg 2003. TT0503805.**

"When the surgeon sees a patient come into the OR for a CABG procedure with a high stroke risk score, aprotinin might be considered as an adjunct to their procedure, which may provide beneficial effects to the patient in the form of less blood loss, decreased probability of transfusion and reoperations for bleeding with fewer strokes reported in clinical trials."

"In a study of 16,184 patients undergoing cardiac surgery, blood loss and transfusions were two of several risk factors for stroke; 49% of patients who had a stroke had received 2 - 4 units of blood, while 80% of patients who had a stroke had lost 500 mL or more of blood."

**APPROVED RERINT: #2. Bucerius, et al. AnnThoracSurg 2003. TT1700603.**

3

BAYCS01582074

# PURPOSE OF THIS PAGE:

This page gives you the opportunity to start a conversation with the physician about the beneficial outcomes that Trasylol has shown of reduced blood loss, reduced reoperations and transfusions and fewer CVAs reported in CABG patients.

**IMPACT:** *Trasylol reduced blood loss and transfusions and was associated with fewer transfusion-related CVAs.*

APPROVED REPRINTS: # 6. Spiess et al,Transfusion 2004:44:1143-1148.TT0504704   5. Trasylol PI

REFERENCES: # 8. Data on file.  # 7. Stump et al, AnnThoracSurg 2000. For further discussion of these references, contact Clinical Communications or a Medical Science Liaison.

"Data showed platelet transfusions and shed blood reinfusion increased stroke rate 3 times compared to patients who did not receive these infusions."



"Doctor, as we have discussed before, Trasylol has been shown to lower blood loss, reduced reoperations for post operative bleeding, cut donor units, and has reduced platelet transfusions.From data within the Trasylol PI, platelet transfusions were reduced by as much as 80%.

Trasylol reduced patient exposure to platelet transfusions, seen here with 0.9 units transfused in the Trasylol treated group versus 5.0 units transfused in the placebo group.

Trasylol reduced platelet-transfusion-associated CVAs. In this data analysis completed at Bayer, patients who received both platelet transfusions and Trasylol experienced fewer strokes than patients who did not receive Trasylol during their surgeries."

"In a retrospective review of 1,720 patients, fewer CVAs were found in patients who did not receive shed blood or cell saver reinfusion. Shed blood reinfusion can be a major cause of neurologic damage. In addition, decreased bleeding and reinfusion of shed blood may help reduce stroke."

BAYCS01582075

**PURPOSE OF THIS PAGE:** This page gives you the opportunity to start a conversation with the physician about the outcomes data for Trasylol.

***IMPACT:*** *Trasylol has been consistently associated with fewer cerebrovascular events.*

**APPROVED REPRINT: # 10. Levy JH et al. Circulation. 1995.T05155.**

**REFERENCES: # 3. Frumento et al. AnnThoracSurg 2003.#9 Frumento et al. 2003 Am Soc of Anesth meeting abstracts. For further discussion of these references, contact Clinical Communications or a Medical Science Liaison.**

"Doctor, data from three different studies showed that patients who received full dose Trasylol experienced no cerebral vascular accidents (CVAs)."



"In an analysis of a large multi-study database, fewer CVAs were associated with Trasylol use compared with placebo."

**APPROVED REPRINT: #11. Sedrakyan et al. JThoracCardiovasc Surg. 2004. TT0504804.**

"In this meta-analysis of 3,879 patients that were part of 35 CABG studies, 10 strokes per 1000 patients were avoided when treated with full-dose Trasylol. This translated to a 47% reduction in risk. In addition, relative risk for mortality, MI, renal failure and atrial fibrillation were the same for placebo and Trasylol-treated patients. As expected, Trasylol use was associated with significantly less blood transfused. This well-designed meta-analysis of the literature provides further support that Trasylol is associated with fewer adverse outcomes."

"Note that patients at high risk of stroke who received placebo experienced strokes at a rate of 16% while patients who received full-dose Trasylol during their CABG procedure experienced no strokes. There was a statistically significant difference between groups (p=0.01). Data that compared the outcomes of half-dose versus full-dose Trasylol used in repeat CABG surgery demonstrated that patients on full-dose Trasylol experienced no strokes, while patients on half-dose experienced a stroke rate of 12%. Keep in mind that the full-dose regimen maintains plasma concentrations at levels known to attenuate the systemic inflammatory response. The half-dose does not."

BAYCS01582076

**PURPOSE OF THIS PAGE:** This page gives you the opportunity to start a conversation with the physician about the costs associated with stroke and Trasylol.

***IMPACT:*** *CABG-associated stroke increased costs, Trasylol helped lower CVA-associated lifetime costs.*

APPROVED RERINT: #12. Smith et al. AnnThoracSurg. 2004.TT0502504

REFERENCE: #13. Caro et al. Stroke. 1999.For further discussion of these references, contact Clinical Communications or a Medical Science Liaison.

"Doctor, the lifetime direct cost of an ischemic stroke has been estimated to be $98,938/patient. Full-dose Trasylol has been shown to reduce total lifetime costs by $6,044 in repeat CABG surgery in this cost-modeling analysis. This could potentially be a significant savings to a payor."



"Doctor, Trasylol has also been shown to help lower overall costs in several studies."

APPROVED REPRINTS: # 12. plus # 14. Lemmer et al. J Thorac Cardiovasc Surg. 1994.T05124

REFERENCE: # 15. Lathi et al. AnesthAnalg. 1995.For further discussion of these references, contact Clinical Communications or a Medical Science Liaison.

"Data from different studies showed that Trasylol treated patients experienced reduced OR times, had decreased length of stay -- as many as 10 days less for patients who were admitted with greater than a 15% risk of mortality, as well as no take-back surgeries, eliminating all costs associated with this adverse outcome."

"In addition, full-dose Trasylol reduced total lifetime stroke complication costs by $3,936 in repeat CABG surgery patients. In both of these cost analyses, the benefits of Trasylol use offset the acquisition costs for the product."

NOTES:  Expected lifetime cost of ischemic stroke was calculated based on research from the Stroke Prevention PORT data and adjusted to 2004 dollars

Cost analysis above based on an analysis that applied one university's cost-model to data from 7 prospective clinical trials.

Test for significance of difference in lifetime stroke costs not done

BAYCS01582077

**PURPOSE OF THIS PAGE:** You must remind physicians of TRASYLOL indications and safety information on each call.

Trasylol is indicated for prophylactic use to reduce perioperative blood loss and the need for blood transfusion in patients undergoing CPB in the course of CABG surgery.

The effects of Trasylol use in CPB involve a reduction in systemic inflammatory response, which translates into a decreased need for allogeneic blood transfusions, reduced bleeding, and decreased mediastinal re-exploration for bleeding.



Trasylol is generally well tolerated. Graft patency, MI, renal or hepatic dysfunction, and mortality were comparable to placebo.

Anaphylactic reactions are possible. In clinical studies, hypersensitivity and anaphylactic reactions were

- rare (< 0.1%) in patients with no prior exposure to Trasylol
- 2.7% overall reaction rate upon re-exposure
- within 6 months, the incidence was 5%
- after 6 months, the incidence was 0.9%

Remind physicians that anaphylactic or anaphylactoid reactions are possible when Trasylol is administered. Hypersensitivity reactions are rare in patients with no prior exposure to aprotinin. The risk of anaphylaxis increases in patients who are re-exposed to aprotinin or aprotinin containing products. The benefit of Trasylol to patients undergoing CABG surgery should be weighed against the risk of anaphylaxis should a second exposure to aprotinin be required.

7

BAYCS01582078

**PURPOSE OF THIS PAGE:** This page gives you the opportunity to close your conversation with the physician by discussing the types of high risk CABG patients that are now being seen in the OR and how Trasylol can provide benefits to these patients. This page summarizes all the key points that have been covered in the previous pages of this slim jim. This page can be used as an opener to these issues as well.



With the advent of early intervention techniques over the past 10 years, the typical CABG patient of today often has multiple comorbidities making him/her high risk for bleeding, takebacks, transfusions, and increased costs.

Surgeons are operating on patients with higher risks for bleeding including patients:
- undergoing repeat or emergency CABG surgery
- presenting with complex comorbidity
- taking platelet inhibitors
- with advanced age.

This final section gives you the opportunity to restate the main points of this Slim Jim:
- Trasylol was consistently associated with fewer adverse outcomes including reduced blood loss, transfusions, and reoperations for bleeding and helped lower overall costs
- No CVAs reported in three studies of full dose Trasylol in high risk patients
- Reduced relative risk of stroke in a meta-analysis of CABG studies
- Reduced total lifetime costs - included $3,936 decrease in lifetime stroke complication costs/repeat CABG patient

**APPROVED REPRINTS: All cited earlier in this guide.**

**REFERENCES # 18 - 21: For further discussion of these references, contact Clinical Communications or a Medical Science Liaison.**

"Doctor, based on the information that we have discussed today:
- can you think of any patients in which you might consider using Trasylol?
- do you think that Trasylol can provide benefits to your high risk of stroke patients?
- do you feel Trasylol can be an adjunct in your surgery that will provide beneficial outcomes:?
- do you feel that the cost of Trasylol is offset by the lower risk of adverse outcomes as well as the documented cost savings?"

BAYCS01582079

# EXHIBIT H-2

AdTracker Lit Code: TT 1911005 Reprint Lit Code TT 0506505
DATE:  September 19th, 2005

# Internal Announcement
## Sales Training Bulletin



> This sales training bulletin is for educational use only.
> **This bulletin is NOT to be left with physicians.**
> The information in this bulletin MAY be discussed with physicians.
> The attached reprint MAY be left with physicians.

| | |
|---|---|
| **Article:** | **Effect of peri-operative red blood cell transfusion on 30-day and 1-year mortality following coronary artery bypass surgery.** |
| **Authors:** | **Kuduvalli M, Oo A, Newall N, et al.** |
| **Journal:** | **Eur J Card Surg 2005;27:592-598.** |

## SALES TRAINING COMMENTARY

**"Sales Representatives must mention the important safety considerations whenever they discuss Trasylol".**

Historically, studies have demonstrated that perioperative red blood transfusions during heart surgery have been associated with increased in-hospital morbidity and mortality. Kuduvalli noted that adverse effects of transfusions may extend further than the immediate post-operative period and influence long-term survival.

Key Findings
- RBC transfusions were associated with increased 30 day and one year mortality in patients undergoing CABG.
- The best outcomes were in patients who maintained an adequate hemoglobin and did not require red blood cell transfusions.

These findings support the need for pharmacological strategies to reduce perioperative blood loss and decrease the need for transfusions. Trasylol®-treated patients receive fewer transfusions. Trasylol® may be considered as part of a treatment plan to reduce transfusion requirements in CABG.

## SUMMARY OF STUDY

Introduction

- The practice of administering perioperative red blood cell transfusion assumes that:
  1. Adverse outcomes result from diminished oxygen carrying capacity
  2. RBC transfusions enhance oxygen carrying capacity and may prevent adverse outcomes

BAYCS00345883

- Patients undergoing cardiac operations may have a lower margin of safety for tolerance of low hemoglobin levels. However, various publications have demonstrated that perioperative blood transfusions in CABG may increase morbidity and influence long term survival.

- The objective of this study was to analyze the effect of perioperative RBC transfusions on 30 day and 1 year mortality after CABG while taking into account patient and disease characteristics.

Methods

- Retrospective study in 3024 consecutive patients undergoing isolated CABG surgery between January 1999 and December 2001 used to collect 30-day and 1-year mortality data.

- Preoperative data on patient characteristics were collected during patient admission.

- Postoperative data were collected on the occurrence of acute renal failure, myocardial infarction, stroke, and deep sternal wound infection.

- Number of units of RBC administered to each patient was determined during or within 72 hours of surgery.

- Thirty-day and 1-year mortality were derived from Kaplan-Meier survival curves. Confounding variables were controlled for by constructing a propensity score for the probability of receiving a transfusion based on patient characteristics.

- A Cox proportional hazard analysis used the propensity score and the comparison variable (transfusion versus no transfusion) to allow for calculation of adjusted hazard. Included in the calculation of hazard ratios (HR) was the amount of blood loss in the ICU, the need for re-exploration, and the postoperative occurrence of acute renal failure, myocardial infarction, stroke, and deep sternal wound infection.

Results

- Nine hundred and forty (31%) of patients received transfusions during or within 72 h of surgery

- Postoperative complications in each treatment group were:

Post-operative complications

| | RBC transfusion (n=940) | No RBC transfusion (n=2084) | P Value |
|---|---|---|---|
| Myocardial infarction (%) | 8.7 | 2.9 | <0.001 |
| Acute renal failure (%) | 2.6 | 0.2 | <0.001 |
| Stroke (%) | 4.3 | 1.2 | <0.001 |
| Deep sternal wound infection (%) | 1.5 | 0.5 | 0.004 |

RBC, Red blood cells. Categorical variables shown as percentages.

- The adjusted 30-day mortality was 1.9% in transfused patients compared to 1.1% in patients not transfused (P<0.05).

Kuduvalli M. Eur J Card Surg 2005;27:592-598.                    Sales Training Bulletin

BAYCS00345884

- The adjusted HR for 1-year mortality in patients transfused was 1.88 (95% CI 1.23–3.00; P < 0.01). The risk adjusted Kaplan Meier survival curve is shown below (Figure 2 p 595):



- Risk adjusted survival in each treatment group according to lowest laboratory hemoglobin (LL Hb)
  - Lowest mortality in patients with LL Hb greater than 10 gm/dL that did not receive a transfusion (Group A)
  - Highest mortality in patients with LL Hb lower than 10 gm/dL that received a transfusion (Group D)



Fig. 4. Risk-adjusted survival showing the relationship between RBC transfusion and LL Hb (y-axis starts at 60%). Group A, patients not transfused with LL Hb > 10 gm dL⁻¹; Group B, patients not transfused with LL Hb < 10 gm dL⁻¹; Group C, patients transfused with LL Hb > 10 gm dL⁻¹; Group D, patients transfused with LL Hb < 10 gm dL⁻¹.

Discussions/Conclusions Highlights

- Patients who did not receive a peri-operative RBC transfusion had a lower 30 day and 1-year mortality.

- The survival advantage at 1 year was demonstrated even after excluding deaths occurring within 30 days of operation

- Early prevention of hemoglobin decreases appears preferable to late treatment with transfusions. The authors highlighted the need for pharmacological strategies, in particular aprotinin, to reduce perioperative blood loss, decrease transfusions, and decrease re-thoracotomy.

- Although the authors state that aprotinin and lysine analogs decrease mortality, no evidence from clinical trials support this conclusion and product labeling does not include such a claim as a result.

- Limitations of the study were:
  - A retrospective database study is only capable of showing association between variables and outcomes, and is unable to demonstrate cause and effect.

Kuduvalli M. Eur J Card Surg 2005;27:592-598.                    Sales Training Bulletin

**For Educational Use Only - Not for Distribution**

3

BAYCS00345885

- ❑ The study cannot account for uncollected or unknown variables affecting the outcome or transfusion bias that are not correlated strongly with the variables used in the risk adjustment.
- ❑ There were no data to differentiate between transfusions given during the operation, and those given post-operatively on the day of the procedure.
- ❑ The study used all-cause mortality as an end point and was unable to differentiate between cardiac and non-cardiac causes of death.
- ❑ There was no strict transfusion policy post-operatively and triggers for transfusion were dependent on the individual clinician treating the patient.

Robin McCabe, MMSc
Trasylol Sales Training

Stephen Paine, RPh, BCPS, MBA
Associate Director
Educational Communications

FOR EDUCATIONAL USE ONLY

BAYCS00345886



European Journal of Cardio-thoracic Surgery 27 (2005) 592 598

EUROPEAN JOURNAL OF
CARDIO-THORACIC
SURGERY

www.elsevier.com/locate/ejcts

# Effect of peri-operative red blood cell transfusion on 30-day and 1-year mortality following coronary artery bypass surgery☆

Manoj Kuduvalli[a],*, Aung Y. Oo[a], Nick Newall[b], Antony D. Grayson[c], Mark Jackson[c], Michael J. Desmond[d], Brian M. Fabri[a], Abbas Rashid[a]

[a]Department of Cardiothoracic Surgery, The Cardiothoracic Centre-Liverpool, Thomas Drive, Liverpool L14 3PE, UK
[b]Department of Cardiology, The Cardiothoracic Centre-Liverpool, Thomas Drive, Liverpool L14 3PE, UK
[c]Department of Clinical Governance, The Cardiothoracic Centre-Liverpool, Thomas Drive, Liverpool L14 3PE, UK
[d]Department of Anaesthesiology, The Cardiothoracic Centre-Liverpool, Thomas Drive, Liverpool L14 3PE, UK

Received 9 September 2004; received in revised form 10 January 2005; accepted 17 January 2005

## Abstract

**Objective:** The purpose of this study was to examine the effect of peri-operative red blood cell (RBC) transfusion on 30-day and 1-year mortality following coronary artery bypass grafting (CABG). **Methods:** We retrospectively analysed 3024 consecutive patients who underwent isolated CABG between January 1999 and December 2001. Patient records were linked to the National Strategic Tracing Service, which records all mortality in the UK. Thirty-day and 1-year mortality were derived from Kaplan-Meier curves. Confounding variables were controlled for by constructing a propensity score for the probability of receiving a transfusion from core patient characteristics including the lowest recorded laboratory haemoglobin (LL Hb) from a clinical chemistry database ($C$ statistic 0.81). The propensity score and the comparison variable (transfusion versus no transfusion) were included in a Cox proportional hazards analysis, allowing calculation of adjusted hazard ratios (HR) and Kaplan-Meier survival curves. **Results:** Nine hundred and forty (31.1%) patients received RBC transfusion during or within 72 h of surgery. Predictors of the need for transfusion were LL Hb and lower body mass index, use of cardiopulmonary bypass, female sex, number of grafts, renal dysfunction, increased age, extent of disease, and prior CABG; these factors were all included in the propensity score. After 1-year of follow-up, 122 (4.03%) deaths occurred. The crude HR for 1-year mortality in patients transfused was 3.0 ($P<0.001$). After adjusting for the propensity score, re-operation for bleeding, peri-operative blood loss and post-operative complications, the adjusted 30-day mortality was 1.9% in transfused patients compared to 1.1% in patients not transfused ($P<0.05$). The adjusted HR for 1-year mortality in patients transfused was 1.88 ($P<0.01$). **Conclusions:** Peri-operative RBC transfusion after CABG is associated with an increased risk of mortality during a 1-year follow-up period, with a large proportion of deaths occurring within 30-days.
© 2005 Elsevier B.V. All rights reserved.

*Keywords:* Transfusion; Haemoglobin; Coronary artery bypass grafting; Mortality

## 1. Introduction

The argument for peri-operative red blood cell (RBC) transfusion assumes that: (a) adverse outcomes result from diminished oxygen-carrying capacity and (b) RBC transfusions, by enhancing oxygen-carrying capacity, can prevent these adverse outcomes [1]. The 'triggers' for RBC transfusion vary widely between institutions and between surgeons. The risks of blood transfusions still exist in the form of transmission of viruses such as Hepatitis B, Hepatitis C, Hepatitis G, HIV, HTLV I and II, haemolytic reactions (the incidence of fatal reactions still being around 1 in 250,000),

and transfusion related acute lung injury (TRALI) occurring in 1 in 5000 transfusions. There is also some evidence suggesting an increased rate of recurrence in some malignancies, and bacterial contamination with organisms such as *Staphylococcus epidermidis*. Particularly in the United Kingdom, the possibility that variant Creutzfeldt-Jakob disease (vCJD) might be transmitted by transfusion is a cause for serious concern to transfusion services, and measures to mitigate this unknown risk dominate the blood safety agenda [2].

It is generally believed that patients undergoing cardiac operations have a lower margin of safety for tolerance of low haemoglobin levels. However, there is not much evidence to substantiate this belief. There are no real time monitors of oxygen supply and demand to the microcirculation of the whole body or individual organs. The 'trigger' for transfusion is usually a particular haemoglobin level that is of discomfort to the prescribing physician, and this is not defined by clear

☆ Presented at the joint 18th Annual Meeting of the European Association for Cardio-thoracic Surgery and the 12th Annual Meeting of the European Society of Thoracic Surgeons, Leipzig, Germany, September 12-15, 2004.
*Corresponding author. Tel./fax: +44 151 724 1954.
*E-mail address:* manojkud@hotmail.com (M. Kuduvalli).

1010-7940/$ - see front matter © 2005 Elsevier B.V. All rights reserved.
doi:10.1016/j.ejcts.2005.01.030

M. Kuduvalli et al. / European Journal of Cardio-thoracic Surgery 27 (2005) 592-598

593

physiological parameters [3]. Transfusion decisions are made mostly on the basis of past teaching and inherited practices rather than any evidence base. In their study, Surgenor and colleagues [4] suggested that the specific hospital significantly affects RBC and component transfusion practice in coronary artery bypass graft (CABG) surgery, and this is attributed to institutional differences that, through reasons of training or hierarchy, become ingrained in hospitals. Various articles in the literature demonstrate that peri-operative transfusions in patients undergoing heart operations may actually be related to increased in-hospital morbidity and mortality. Blood transfusions have been linked to post-operative renal dysfunction [5], pneumonia [6], wound infections [7], severe sepsis [8] and hospital mortality [9]. There has been a suggestion recently that the adverse effects of peri-operative blood transfusion in patients undergoing CABG are not limited to the immediate post-operative period, but may extend further, with influences on long-term survival [10].

The aim of this study was to analyse the effect of peri-operative RBC transfusions on 30 day and 1-year mortality after CABG in our centre, while taking into account patient and disease characteristics.

## 2. Methods

### 2.1. Patient population and data

We performed a retrospective study on a total of 3024 consecutive patients undergoing isolated CABG surgery between 1st January 1999 and 31st December 2001 at the Cardiothoracic Centre-Liverpool. Patients undergoing CABG that was combined with a heart valve repair or replacement, resection of a ventricular aneurysm or other surgical procedures were not included. Definitions and data

collection methods have been previously published [11] and are also available from www.nwheartaudit.nhs.uk

Data were collected prospectively during the patient's admission as part of routine clinical practice on the variables listed in Table 1. The lowest recorded laboratory haemoglobin (LL Hb) was taken as the lowest haemoglobin value measured by the clinical chemistry laboratory for a patient during his or her hospital stay after arrival in the intensive care unit, and this was abstracted from their computerised archives. Post-operative data on acute renal failure, myocardial infarction, stroke, and deep sternal wound infection were also collected. Post-operative stroke was defined as a new focal neurological deficit and comatose states occurring post-operatively that persisted for >24 h after its onset and was noted before discharge. We excluded confused states, transient events and intellectual impairment from our study to avoid any subjective bias. Acute renal failure was defined as patients requiring dialysis. Deep sternal wound infection was defined in accord with the published evidence-based guidelines by the Centres for Disease Control and Prevention. Post-operative myocardial infarction was defined as a new Q-wave post-operatively in two or more contiguous leads on an electrocardiogram or significant rise in post-operative cardiac enzymes combined with haemodynamic and echocardiographic signs of myocardial infarction.

### 2.2. Red blood cell requirements

Blood transfusion data are provided routinely on a monthly basis by the local blood transfusion service. These data consisted of date of request for RBCs and number of units used during the patient's hospital admission. For the purposes of this study, the number of units used, if any, was calculated by summation across the patient's peri-operative period (during or within 72 h of surgery) [12].

Table 1
Patient characteristics

|  | RBC transfusion ($n=940$) | No RBC transfusion ($n=2084$) | P Value |
|---|---|---|---|
| Age at operation (years) | 66.6 (60.6-71.8) | 63.4 (57.5-68.9) | <0.001 |
| Body mass index (kg/m$^2$) | 26.9 (24.5-29.8) | 27.9 (25.7-30.6) | <0.001 |
| Female sex (%) | 32.7 | 14.2 | <0.001 |
| Angina class IV (%) | 37.1 | 31.0 | 0.001 |
| NYHA class IV (%) | 5.6 | 3.9 | 0.036 |
| Previous MI (%) | 42.2 | 45.1 | 0.14 |
| Diabetes (%) | 19.5 | 16.8 | 0.074 |
| Hypercholesterolaemia (%) | 82.6 | 84.3 | 0.22 |
| Hypertension (%) | 57.6 | 54.2 | 0.088 |
| Peripheral vascular disease (%) | 14.4 | 13.5 | 0.54 |
| Cerebrovascular disease (%) | 9.0 | 7.8 | 0.26 |
| Renal dysfunction (%) | 5.2 | 1.5 | <0.001 |
| Respiratory disease (%) | 32.6 | 31.1 | 0.42 |
| Ejection fraction <30% (%) | 8.9 | 8.5 | 0.72 |
| Triple-vessel disease (%) | 87.3 | 78.5 | <0.001 |
| Left main stenosis (%) | 21.6 | 19.4 | 0.17 |
| Prior CABG (%) | 2.7 | 2.3 | 0.61 |
| Emergent procedure (%) | 2.4 | 1.0 | 0.001 |
| Off-pump surgery (%) | 7.6 | 30.1 | <0.001 |
| Number of grafts (n/patient) | 4 (3-4) | 3 (3-4) | <0.001 |
| LIMA use (%) | 88.3 | 91.8 | 0.002 |
| LL Hb (gm dL$^{-1}$) | 10.2 (9.1-11.5) | 14.1 (13.0-15.0) | <0.001 |

RBC, Red blood cells; NYHA, New York heart association; MI, myocardial infarction; CABG, coronary artery bypass grafting; LIMA, left internal mammary artery. Categorical variables shown as percentages. Continuous variables shown as median values with 25th and 75th percentiles.

BAYCS00345888

594 *M. Kuduvalli et al. / European Journal of Cardio-thoracic Surgery 27 (2005) 592-598*

### 2.3. Patient follow-up

Patient records were linked to the National Strategic Tracing Service (NSTS), which records all deaths in the United Kingdom. To establish vital status at 1-year after operation, patients were matched to the NSTS based on patient name, National Health Service number, date of birth, gender and postcode.

### 2.4. Statistical methods

Due to non-normality of data, continuous variables are shown as median with 25th and 75th percentiles. Categorical variables are shown as a percentage. Comparisons were made with Wilcoxon rank sum tests and $\chi^2$ tests as appropriate. Deaths occurring as a function of time were described using the product limit methodology of Kaplan and Meier [13]. Treatment selection bias was controlled for by constructing a propensity score, otherwise known as a balancing score [14]. The propensity score was the probability of receiving a RBC transfusion, and was constructed from core patient characteristics and the LL Hb using forward stepwise logistic regression ($C$ statistic=0.81). Once the propensity score was constructed for each patient, it was then included along with the comparison variable (transfusion versus no transfusion) in a Cox proportional hazards analysis [15], allowing calculation of adjusted hazard ratios (HR) with 95% confidence intervals (CI) and Kaplan-Meier survival curves. The Cox proportional hazards analysis also included the amount of blood loss in the intensive care unit (ICU) and the need for re-exploration for bleeding, as it was felt that these two variables were crucial in determining the need for transfusion. Also included in the risk adjustment was post-operative occurrence of myocardial infarction, acute renal failure, stroke, and deep sternal wound infection. In all cases a $P$ value less than 0.05 was considered significant. All statistical analysis was performed retrospectively with SAS for Windows Version 8.2.

## 3. Results

Nine hundred and forty (31.1%) patients received RBC transfusion during or within 72 h of surgery. Twenty-eight

**Table 2**
Predictors[a] of the need for RBC transfusion

| Predictors | Direction of association | Odds ratio (95% CI) | P Value |
|---|---|---|---|
| LL Hb[b] | Negative | 0.73 (0.69-0.76) | <0.001 |
| Off-pump surgery | Negative | 0.16 (0.12 0.21) | <0.001 |
| Female sex | Positive | 3.03 (2.44-3.77) | <0.001 |
| Number of grafts[b] | Positive | 1.26 (1.13-1.40) | <0.001 |
| Body mass index[b] | Negative | 0.95 (0.93-0.97) | <0.001 |
| Renal dysfunction | Positive | 3.06 (1.81-5.19) | <0.001 |
| Age at operation[b] | Positive | 1.02 (1.01-1.03) | 0.001 |
| Prior CABG | Positive | 2.48 (1.37-4.51) | 0.003 |
| Triple-vessel disease | Positive | 1.39 (1.06 1.82) | 0.016 |

RBC, Red blood cells; CI, confidence intervals; LL Hb, lowest recorded laboratory haemoglobin; CABG, coronary artery bypass grafting.
[a] These factors were all included in the propensity score.
[b] For each additional unit.

**Table 3**
Post-operative complications

| | RBC transfusion (n=940) | No RBC transfusion (n=2084) | P Value |
|---|---|---|---|
| Myocardial infarction (%) | 8.7 | 2.9 | <0.001 |
| Acute renal failure (%) | 2.6 | 0.2 | <0.001 |
| Stroke (%) | 4.3 | 1.2 | <0.001 |
| Deep sternal wound infection (%) | 1.5 | 0.5 | 0.004 |

RBC, Red blood cells. Categorical variables shown as percentages.

patients who were not transfused within the peri-operative period, but received blood products after post-operative day three, were included in the non-transfusion group; median 1 RBC unit transfused (25th and 75th percentiles: 1-3). A comparison of patient characteristics based on whether they were transfused or not is shown in Table 1. Predictors of the need for transfusion are shown in Table 2; these factors were all included in the propensity score, which was used to risk-adjust the survival curves. Post-operative complications are shown in Table 3.

After 1-year of follow-up, 122 (4.03%) deaths occurred. The crude HR for 1-year mortality in patients transfused was 3.0 (95% CI 2.13-4.49; $P<0.001$). Kaplan-Meier survival curves with number of patients at risk are shown in Fig. 1.

After adjustment with the propensity score, amount of blood loss, re-exploration for bleeding, myocardial infarction, acute renal failure, stroke, and deep sternal wound infection, the adjusted HR for 1-year mortality in patients transfused was 1.88 (95% CI 1.23-3.00; $P<0.01$). The adjusted Kaplan-Meier survival curves are shown in Fig. 2. After excluding patients who died within 30-days after CABG, the adjusted HR for 1-year mortality in patients transfused was 1.67 (95% CI 1.01-2.89; $P=0.049$). The adjusted Kaplan-Meier survival curves with 30-day mortality excluded are shown in Fig. 3.

Figs. 4 and 5 examine survival in four different sub-groups based on LL Hb and whether the patients were transfused or not. Both the sub-groups of patients transfused received similar number of RBC units per patient (median 2 (25th-75th percentile 1-3)). LL Hb values had a significant impact on survival at 30-days in both groups, with the best outcome in patients not transfused with haemoglobin $>10$ gm dL$^{-1}$



Fig. 1. Observed survival following coronary artery bypass grafting (*y*-axis starts at 60%).

BAYCS00345889

*M. Kuduvalli et al. / European Journal of Cardio-thoracic Surgery 27 (2005) 592-598*

595



Fig. 2. Risk-adjusted survival following coronary artery bypass grafting (y-axis starts at 60%).



Fig. 4. Risk-adjusted survival showing the relationship between RBC transfusion and LL Hb (y-axis starts at 60%). Group A, patients not transfused with LL Hb > 10 gm dL$^{-1}$; Group B, patients not transfused with LL Hb < 10 gm dL$^{-1}$; Group C, patients transfused with LL Hb > 10 gm dL$^{-1}$; Group D, patients transfused with LL Hb < 10 gm dL$^{-1}$.

and being the worst in patients transfused with haemoglobin <10 gm dL$^{-1}$ (Fig. 4, 70% CI is not over-lapping at 30-days). However, once the deaths at 30 days are excluded from the analysis, the LL Hb level does not appear to have a significant impact on survival at 1-year in patients who received a transfusion (Fig. 5, 70% CI over-lap for Groups C and D). However, it is important to note that the survival figures for both sub-groups of patients receiving transfusions in Fig. 5 are significantly lower than for either sub-group of patients who were not transfused.

## 4. Discussion

There is a definite need for more evidence-based decision-making with respect to peri-operative RBC transfusions. Apart from the fact that the blood transfusion is still associated with significant complications, the recent evidence demonstrating the potential adverse influence of peri-operative RBC transfusions on long term survival after CABG [10] is interesting, and alarming at the same time.

This study demonstrates that patients who did not receive a peri-operative RBC transfusion had a lower 30-day as well as 1-year mortality as a group, irrespective of their recorded LL Hb. Survival advantage at 1-year was demonstrated even

after excluding deaths occurring within 30 days of operation from the survival analysis. Engoren and colleagues [10] demonstrated a similar survival benefit over 5 years in patients undergoing CABG who did not receive peri-operative transfusions. However, they did not include haemoglobin values in their analysis. There are studies in the literature that suggest that haemoglobin concentration after cardiopulmonary bypass may influence morbidity and mortality. One study [16] concluded that low haemoglobin concentrations in the immediate post-operative period increase post-operative complications significantly and that subsequent correction of anaemia by red cell transfusion did not modify at least the renal and abdominal complications. This suggests that early prevention of a decrease in haemoglobin concentration would appear preferable to late treatment with transfusions. This hypothesis is borne out in our study. Amongst the patients who received a peri-operative transfusion, the ones with LL Hb of greater than 10 gm dL$^{-1}$ had a lower 30-day mortality compared to those who had LL Hb of less than 10 gm dL$^{-1}$.



Fig. 3. Risk-adjusted survival following coronary artery bypass grafting (excluding 30-day mortality) (y-axis starts at 90%).



Fig. 5. Risk-adjusted survival showing the relationship between RBC transfusion and LL Hb (excluding 30-day mortality) (y-axis starts at 90%). Group A, patients not transfused with LL Hb > 10 gm dL$^{-1}$; Group B, patients not transfused with LL Hb < 10 gm dL$^{-1}$; Group C, patients transfused with LL Hb > 10 gm dL$^{-1}$; Group D, patients transfused with LL Hb < 10 gm dL$^{-1}$.

BAYCS00345890

596

*M. Kuduvalli et al. / European Journal of Cardio-thoracic Surgery 27 (2005) 592-598*

However, Hardy and colleagues [16] were unable to determine whether it was the low haemoglobin, or the associated blood transfusions, which led to the increased post-operative complications. Our study shows that even amongst the patients with LL Hb less than 10 gm dL$^{-1}$, those that were not transfused had a lower 30 day and 1-year mortality than the ones that were given peri-operative RBC transfusions. Hence, one might infer that blood transfusion may have contributed to the adverse outcomes.

Another study published in 1998, showed that a high haematocrit of >34% (corresponding approximately to a haemoglobin level of 11 gm dL$^{-1}$) on arrival in the ICU was associated with an increased rate of myocardial infarction and was an independent predictor of infarction [17]. They concluded on the basis of this that there is no rationale for transfusion to an arbitrary level after CABG. However, they also demonstrated that all cause mortality in patients with low and high haematocrit on arrival in the ICU was similar, even though the group with low haematocrit had a significantly higher incidence of RBC transfusion. In our experience, the lowest peri-operative mortality was seen in patients with LL Hb greater than 10 gm dL$^{-1}$ and not receiving a peri-operative transfusion and the highest peri-operative mortality was seen in the group transfused with LL Hb less than 10 gm dL$^{-1}$. We are unable to explain this difference in our findings. However, the study referred to was not specifically designed to analyse the effect RBC transfusion might have on peri-operative mortality.

On the other hand, our findings concur with Michalopoulos and colleagues [9], who showed an independent association of blood transfusions with hospital mortality after CABG. Another study [18] suggested that poorer outcomes in women undergoing CABG might be associated with greater need for transfusion during operation.

There is evidence from a randomised control study to show that lowering the haemoglobin threshold for transfusion in coronary artery bypass procedures does not adversely affect patient outcome [19]. This is further reinforced by our study in which patients with LL Hb less than 10 gm dL$^{-1}$ fared better if they were not transfused than if they were, both at 30 days and 1-year follow-up. Even in the non-cardiac surgical setting, there is evidence to show that a restrictive strategy of RBC transfusion with the use of a threshold as low as haemoglobin of 7 gm dL$^{-1}$ as a trigger for transfusion, and maintaining haemoglobin between 7.0 and 9.0 gm dL$^{-1}$ is at least as effective as, and possibly superior to a liberal transfusion strategy in critically ill normovolaemic patients [20].

The evidence in favour of RBC transfusion to maintain a certain level of haemoglobin is sparse. Two database studies have shown low haematocrit on cardiopulmonary bypass to be associated with mortality and morbidity after coronary artery surgery [21,22]. However, both of these studies have shown increased adverse outcomes with very low haematocrit value, i.e. 23% in the study by Defoe and colleagues, and 14 and 17% for low-risk and high-risk patients, respectively, in the study by Fang and colleagues. Furthermore, very low haematocrit is a marker for transfusion, and neither of these studies have examined transfusion as a variable in their analyses.

There are various ways in which transfusion can produce adverse outcomes. Stored bank blood has major performance limitations in oxygen delivery due to severe depletion of 2,3 diphosphoglycerate. The oxygen dissociation curve is significantly shifted to the left, thus hampering oxygen delivery to the tissues. In theory, due to this, stored blood could draw oxygen out of the tissues in the microcirculation. The RBCs in stored blood are also very fragile and non-distensible. Furthermore, blood transfusion presents a large inflammatory stimulus and contributes further to the inflammatory state already present after cardiopulmonary bypass (CPB) [23]. Cytokine levels in post-CPB patients show a 15-fold rise with a single blood transfusion [24].

This study shows that the best outcomes are in patients who have LL Hb greater than 10 gm dL$^{-1}$ and do not receive a peri-operative transfusion. This stresses the need to use various strategies for blood conservation and to minimize the blood loss. It does not support the strategy to transfuse red cells in order to maintain an arbitrary 'comfortable' value of haemoglobin concentration. Pharmacological strategies that decrease peri-operative blood loss in cardiac surgery, in particular aprotinin and lysine analogues also decrease mortality, the need for re-thoracotomy and the proportion of patients receiving a blood transfusion [25].

As mentioned in the methods of the study, LL Hb was taken as the lowest haemoglobin value measured by the clinical chemistry laboratory for a patient during his or her hospital stay after arrival in the ICU. We realise that there may be some patients in the group that was transfused who may have had even lower haemoglobin levels measured either during the course of surgery, or in the ICU along with routine blood gas analysis, which may have been the triggers for transfusion. These values would not have been recorded in the clinical chemistry laboratory database. Nevertheless, the values of LL Hb that have been used in our study are still the strongest predictors of the need for transfusion, therefore justifying their inclusion in the analysis. Moreover, both the sub-groups of patients transfused received similar number of RBC units per patient (median 2 (25th-75th percentile 1-3); $P=0.53$) and there was no significant difference in the BMI of patients between the two sub-groups (27.0 versus 26.5 kg/m$^2$; $P=0.23$). Hence, even if lower haemoglobin values were measured and not recorded, their relationship to the recorded LL Hb levels in both the sub-groups of patients receiving transfusions are likely to be similar. This justifies using the recorded LL Hb for sub-group analysis in the patients receiving RBC transfusions. It could be argued that the LL Hb values in the transfused patients could actually be the haemoglobin values recorded after the correction of more severe anaemia, and it was the anaemia and not the transfusion that led to the poor outcomes. However, irrespective of the LL Hb levels, the transfused patients as a group had a higher 30 day and 1-year mortality compared to non-transfused patients. The peri-operative anaemia could possibly have resulted in the higher 30-day mortality figures, but it is difficult to explain how it could result in significantly reduced survival of the transfused patients at 1-year follow-up even after excluding patients dying within 30 days of operation from the analysis. Even if this were the case, we have shown that transfusing these possibly sicker and more anaemic patients did not favourably

BAYCS00345891

*M. Kuduvalli et al. / European Journal of Cardio-thoracic Surgery 27 (2005) 592–598*          597

alter their adverse outcomes, and at best were ineffective transfusions. The fundamental question of whether it is the need for, or the effect of transfusion that results in adverse outcomes can only be answered in a randomised controlled study of liberal or conservative transfusion strategies among patients displaying no evidence of tissue hypo-perfusion and no symptoms, but having haemoglobin values in the 'grey zones' between 7 and 10 gm dL$^{-1}$.

There are various limitations to our study. Firstly, being a retrospective database study, by its nature, it is only capable of showing association between variables and outcomes, and is unable to demonstrate cause and effect. Furthermore, the retrospective nature of the study cannot account for uncollected or unknown variables affecting the outcome or transfusion bias that are not correlated strongly with the variables used in the risk adjustment. Another limitation of the study is that we did not have the data to differentiate between transfusions given during the operation, and those given post-operatively on the day of the procedure. Especially in patients whose operation is done on cardio-pulmonary bypass, intra-operative transfusions are more likely to be triggered by haemoglobin or haematocrit values rather than clinical need, and adding this parameter to our analysis might have further strengthened our conclusions. A third limitation is that we used all-cause mortality as an end point, and were unable to differentiate between cardiac and non-cardiac causes of death. A fourth limitation is the fact that there was no strict transfusion policy post-operatively and the triggers for transfusion were dependent on the individual clinician treating the patient. A final limitation is the fact that we have divided our patients into two large groups based on LL Hb levels, rather than examine them in smaller sub-groups in an attempt to establish a reasonable trigger for transfusion that did not adversely affect the outcome. However, subdividing the patient population into smaller groups would have reduced the power of the study for analysis of outcome.

In conclusion, in this study, peri-operative RBC transfusion appears to be associated with an increased 30-day and 1-year mortality in patients undergoing coronary artery bypass grafting.

### Acknowledgements

We would like to acknowledge the co-operation given to us by all the Consultant Cardiac Surgeons at the Cardiothoracic Centre-Liverpool: Mr JAC Chalmers, Mr WC Dihmis, Mr BM Fabri, Miss EM Griffiths, Mr N Mediratta, Mr DM Pullan, and Mr A Rashid. We would also like to thank Janet Deane, who maintains the quality and ensures completeness of data collected in our Cardiac Surgery Registry.

### References

[1] Anonymous. Practice guidelines for blood component therapy: a report by the american society of anaesthesiologists task force on blood component therapy. Anaesthesiology 1996;84:732-47.
[2] Wells AW, Stainsby D. Blood transfusion into the 21st century: developments and challenges. Br J Intensive Care 2003;Autumn:100-4.
[3] Spiess BD. Transfusion and outcome in heart surgery. Ann Thorac Surg 2002;74:986-7.
[4] Surgenor DM, Churchill WH, Wallace EL, Rizzo RJ, McGuirk S, Goodnough LT, Kao KJ, Koerner TA, Olson JD, Woodson RD. The specific hospital significantly affects red cell and component transfusion practice in coronary artery bypass surgery: a study of five hospitals. Transfusion 1998;38:122.
[5] Ranucci M, Pavesi M, Mazza E, Bertucci C, Frigiola A, Menicanti L, Ditta A, Boncilli A, Conti D. Risk factors for renal dysfunction after coronary surgery: the role of cardiopulmonary bypass technique. Perfusion 1994;9:319-26.
[6] Leal-Noval SR, Marquez-Vacaro JA, Garcia-Curiel A, Camacho-Larana P, Rincon-Ferrari MD, Ordonez-Fernandez A, Flores-Cordero JM, Loser-tales-Abril J. Nosocomial pneumonia in patients undergoing cardiac surgery. Crit Care Med 2000;28:935-40.
[7] Zacharias A, Habib RH. Factors predisposing to median sternotomy complications. Deep vs superficial infection. Chest 1996;110:1173-8.
[8] Michalopoulos A, Stavridis G, Geroulanos S. Severe sepsis in cardiac surgical patients. Eur J Surg 1998;164:217-22.
[9] Michalopoulos A, Tzelepis G, Dafni U, Geroulanos S. Determinants of hospital mortality after coronary artery bypass grafting. Chest 1999;115:1598-603.
[10] Engoren MC, Habib RH, Zacharias A, Schwann TA, Riordan CJ, Durham SJ. Effect of blood transfusion on long-term survival after cardiac operation. Ann Thorac Surg 2002;74:1180-6.
[11] Wynne-Jones K, Jackson M, Grotte G, Bridgewater B. On behalf of the North West Regional Cardiac Surgery Audit Steering Group. Limitations of the Parsonnet score for measuring risk stratified mortality in the north west of England. Heart 2000;84:71-8.
[12] Grayson AD, Jackson M, Desmond MJ. Monitoring blood transfusion in patients undergoing coronary artery bypass grafting: an audit methodology. Vox Sang 2003;85:96-101.
[13] Kaplan EL, Meier P. Nonparametric estimation from incomplete observations. J Am Stat Assoc 1958;53:547-81.
[14] Blackstone EH. Comparing apples and oranges. J Thorac Cardiovasc Surg 2002;123:8-15.
[15] Cox DR. Regression models and life-tables. J R Stat Soc 1972;34:187-220.
[16] Hardy J-F, Martineau R, Couturier A, Belisle S, Cartier R, Carrier M. Influence of haemoglobin concentration after extra-corporeal circulation on mortality and morbidity in patients undergoing cardiac surgery. Br J Anaesth 1998;81(Suppl 1):38-45.
[17] Spiess BD, Ley C, Body SC, Siegel LC, Stover EP, Maddi R, D'Ambra M, Jain U, Liu F, Herskowitz A, Mangano DT, Levin J. On behalf of The institutions of the Multicenter Study of Perioperative Ischaemia (McSPI) Research Group. Hematocrit on intensive care unit entry influences the frequency of Q-wave myocardial infarction after CABG. J Thorac Cardiovasc Surg 1998;116:460-7.
[18] Utley JR, Wilde EF, Leyland SA, Morgan MS, Johnson HD. Intra-operative blood transfusion is a major risk factor for coronary artery bypass grafting. Ann Thorac Surg 1995;60:570-5.
[19] Bracey AW, Radovancevic R, Riggs SA, Houston S, Cozart H, Vaughn WK, Radovancevic B, McAllister Jr HA, Cooley DA. Lowering the haemoglobin threshold for transfusion in coronary artery bypass procedures: effect on patient outcome. Transfusion 1999;39:1070-7.
[20] Hebert PC, Wells G, Blajchman MA, Marshall J, Martin C, Pagliarello G, Tweeddale M, Schweitzer I, Yetisir E, the Transfusion Requirements in Critical Care Investigators for the Canadian Critical Care Trials Group. A multicenter, randomised, controlled clinical trial of transfusion requirements in critical care. N Engl J Med 1999;340:409-17.
[21] Defoe GR, Ross CS, Olmstead EM, Surgenor SD, Fillinger MP, Groom RC, Forest RJ, Pieroni JW, Warren CS, Bogosian ME, Krumholz CF, Clark C, Clough RA, Weldner PW, Lahey SJ, Leavitt BJ, Marrin CAS, Charlesworth DC, Marshall P, O'Connor GT, for the Northern New England Cardiovascular Diseases Study Group. Lowest haematocrit on bypass and adverse outcomes associated with coronary artery bypass grafting. Ann Thorac Surg 2001;71:769 76.
[22] Fang WC, Helm RE, Krieger KH, Rosengart TK, DuBois WJ, Sason C, Lesser ML, Isom OW, Gold JP. Impact of minimum haematocrit during cardiopulmonary bypass on mortality in patients undergoing coronary artery surgery. Circulation 1997;96(Suppl II):194-9.
[23] Zallen G, Moore EE, Ciesla DJ, Brown M, Biffl WL, Silliman CC. Stored red blood cells selectively activate human neutrophils to release IL-8 and secretory PLA2. Shock 2000;13:29-33.

BAYCS00345892

598                          *M. Kuduvalli et al. / European Journal of Cardio-thoracic Surgery 27 (2005) 592-598*

[24] Fransen E, Maessen J, Dentener M, Senden N, Buurman W. Impact of blood transfusion on inflammatory mediator release in patients undergoing cardiac surgery. Chest 1999;116:1233-9.

[25] Levi M, Cromheecke ME, de Jonge E, Prins MH, de Mol BJM, Briet E, Buller HR. Pharmacological strategies to decrease excessive blood loss in cardiac surgery: a meta-analysis of clinically relevant endpoints. Lancet 1999;354:1940-7.

## Appendix A. Conference discussion

*Dr M. Deja (Katowice, Poland):* Bearing in mind that your propensity scoring and the calculations are hopefully all safe and well performed, I understand that blood transfusion itself is causing mortality. So are you suggesting you should not transfuse these patients, or what is the practical outcome of this study?

*Mr Kuduvalli:* As you know, this is an observational study and this cannot demonstrate any causative effects, it can only demonstrate associations, and all I can say that this shows a very strong association between red cell transfusion itself and peri-operative and 1-year mortality after teasing out all the other variables as far as possible using propensity scores, which to my mind is probably the best way of comparing apples and oranges and making a comparison between like and like.

We are not making any recommendations because we don't have the power in this study to make any recommendations. What we are trying to highlight here is a very strong association, and we are also trying to suggest that there should be some caution before transfusing red cells and it should not be a knee-jerk reaction as in trying to maintain a supposedly comfortable level of haemoglobin for a patient.

The actual answer as to whether it is the red cell transfusion itself which is leading to the mortality will require a randomized study in patients who maybe have haemoglobins in the gray zones between 8 and 10 postoperatively and then randomizing them to two groups and so on and so forth, which is a very impractical thing to do. So I think with the data we have, this is the closest we can get to an answer.

*Dr Deja:* But are you suggesting that in some of these patients they would do better if we did not transfuse them?

*Mr Kuduvalli:* As I said initially right at the outset, there will always be patients where the red cell transfusions will be inevitable, and there are always clinical situations where red cell transfusions have to be made.

From the data which we have, what we can show is that transfusion itself, irrespective of the nadir hemoglobin of the patient, seems to have an adverse effect on the survival at 30 days and 1 year after these patients have had coronary artery bypass grafting, and as far as we could, we have tried to tease out all the other issues using the statistical analysis, which includes postoperative bleeding as well as take back for bleeding for re-exploration.

*Dr G. Mani (New Delhi, India):* Were these packed cells leuko-reduced or not? Did you have any evidence whether the packed cells which were administered to the patients were leuko-reduced or not?

*Mr Kuduvalli:* No, these were not leuko-depleted. They were just packed cells.

*Dr Mani:* That makes a difference.

*Dr D. Harris (Cape Town, South Africa):* You didn't elaborate what is the cause of the deaths in the patients. I think that is an important question to ask.

*Mr Kuduvalli:* This is one of the weaknesses of the study in the sense that we have looked at all causes of mortality at 1 year. We have not been able to tease out only cardiac mortality in these patients. So we don't know the exact cause of death. Does that answer your question?

*Dr Harris:* Yes.

BAYCS00345893

# EXHIBIT H-3

| This sales training bulletin is for educational or promotional use. |
| **This bulletin is NOT to be left with physicians.** |
| The information in this bulletin MAY be discussed with physicians. |
| The attached reprint MAY be left with physicians |

BULLETIN:    TT1900303
DATE:        June 29, 2003
SUBJECT:     Aprotinin and the Systemic Inflammatory Response After Cardiopulmonary Bypass
REFERNCE:    Mojcik CF, Levy JH. Aprotinin and the Systemic Inflammatory Response After Cardiopulmonary Bypass.
             *Annals of Thoracic Surgery,* 2001, 71:745-754.

NOTE: This statement appears as a sticker on the first page of the reprint.

This information is provided by Bayer Pharmaceuticals Corporation, manufacturer of Trasylol®.

Trasylol® is indicated for prophylactic use to reduce perioperative blood loss and need for blood transfusion in patients undergoing CPB in the course of CABG surgery.

### Key Messages:
This article reviews the subsystems of the systemic inflammatory response, and explains how aprotinin affects each system. This information was sent to the FDA in support of Trasylol's mechanism of action and the expanded indication that includes all CABG patients. This information was included in the Trasylol prescribing information when the PI was changed in 2000.

### Important Points:
- Cardiac surgery with cardiopulmonary bypass (CPB) induces the systemic inflammatory response (SIRS)
- Aprotinin reversibly complexes with the active sites of serine proteases involved in the SIRS activation pathway and attenuates the effects of SIRS
- Evidence demonstrates that aprotinin has an effect on several proinflammatory pathways
  - Inhibits kallikrein-kinin formation and vasoactive effects
  - Inhibits the fibrinolytic pathway and thus plasmin activity
  - Decreases complement activation
  - Cellular responses
    - Inhibits neutrophil activation and degranulation
    - Preserves platelet function

Confidential - Subject To Protective Order



This sales training bulletin is for educational or promotional use.
**This bulletin is NOT to be left with physicians.**
The information in this bulletin MAY be discussed with physicians.
The attached reprint MAY be left with physicians

This information is provided by Bayer Pharmaceuticals Corporation, manufacturer of Trasylol®. Trasylol® is indicated for prophylactic use to reduce perioperative blood loss and need for blood trasnfusion in patients undergoing CPB in the course of CABG surgery.

---

CURRENT REVIEW

# Aprotinin and the Systemic Inflammatory Response After Cardiopulmonary Bypass

Christopher F. Mojcik, MD, and Jerrold H. Levy, MD

Alexion Pharmaceuticals, Inc, New Haven, Connecticut, and Cardiothoracic Anesthesia and Critical Care Department, Emory University Hospital, Atlanta, Georgia

See glossary for definitions of terms in **bold**.

Cardiac surgery with **CPB** induces **SIRS**; clinically characterized by pathological hypotension, fever, **DIC**, diffuse tissue edema and injury, and in extreme cases, multiple organ failure (lung, heart, brain).

Ischemia-reperfusion, surgical trauma, **endotoxemia**, blood contact with CPB apparatus → leads to activation of humoral and cellular immune pathways → leads to SIRS.

Aprotinin reversibly complexes with the active sites of plasmin, kallikrein, and trypsin.

Initial reports of aprotinin in cardiac surgery: dramatic reductions in mean blood loss, transfusion requirements; high dose: reduces mediastinal drainage, total transfusion amounts, proportion of patients requiring transfusion of blood or blood products.

Some of the data in this review article is now included in the prescribing information approved at the same time the indication was expanded to include all CABG patients

Proinflammatory mediators affect: vasculature (vasodilation; vascular permeability), leukocytes (activation; migration;degranulation), ultimately may lead to tissue damage and organ dysfunction. This may lead to clinical outcomes such as acute lung injury and time on the ventilator, myocardial infarction and stroke.

Mojcik, CF, and Levy, JH. Aprotinin and the Systemic Inflammatory Response After Cardiopulmonary Bypass. Ann Thorac Surg 2001; 71:745-754.

Bulletin p. 2

Confidential - Subject To Protective Order

BAY05482960



This sales training bulletin is for educational or promotional use.
**This bulletin is NOT to be left with physicians.**
The information in this bulletin MAY be discussed with physicians.
The attached reprint MAY be left with physicians

One of the goals of the immune and accompanying inflammatory response is to "keep the good things in and the bad things out."
These responses are appropriate when localized at the site of injury. However, when these responses become systemic, as with SIRS, they become directed against healthy tissue, causing damage.

Three highly integrated plasma protease pathways involved in the destruction of foreign antigens are activated in response to the CPB procedure. Each generates active proinflammatory mediators.

See Bulletin Figures 1 and 2, p. 4.

Some components, (ie plasmin, kallikrein, factor XII) have broad specificities that interact with multiple pathways. As a result, activation of one plasma protease system may upregulate the activity of the other systems, and thus amplify the inflammatory response. This is analagous to "throwing gasoline on a fire."

Experiments demonstrated a peak increase in kallikrein complex after only 20 minutes, suggesting that FXII activation is increased and kallikrein production upregulated following blood exposure to foreign materials. This is an example of contact activation, and demonstrates the importance of the loading dose of aprotinin on board.

In addition, the heparin routinely used as an anticoagulant during surgery appears to compound this effect by slowing FXII and kallikrein inactivation possibly causing a transient but dramatic increase in kallikrein activity.

Clinical evidence suggests that patients whose kallikrein levels did not return to baseline following CPB tended to develop multisystem organ failure.

Refer to Bulletin Figure 1, p. 4.

The dose-dependent inhibition of components of the contact activation protease pathways by aprotinin has been shown both in in vitro systems and in CPB settings.

Levels of bradykinin progressively increase during CPB, and return to near normal shortly after its end.



Fig 1. Interactions among the plasma protease systems. (HMWK = high molecular weight kininogen; t-PA = tissue plasminogen activator; u-PA = urokinase plasminogen activator.)

Mojcik, CF, and Levy, JH. Aprotinin and the Systemic Inflammatory Response After Cardiopulmonary Bypass. Ann Thorac Surg 2001; 71:745-754.

Bulletin p. 3

Confidential - Subject To Protective Order

BAY05482961



This sales training bulletin is for educational or promotional use.
**This bulletin is NOT to be left with physicians.**
The information in this bulletin MAY be discussed with physicians.
The attached reprint MAY be left with physicians

**Figure 1: The Kallikrein System and the Inflammatory Response:**
This is an overview of the information in Figure 1 in the article.





Mojcik, CF, and Levy, JH. Aprotinin and the Systemic Inflammatory Response After Cardiopulmonary Bypass.
Ann Thorac Surg 2001; 71:745-754.

Bulletin p. 4

Confidential - Subject To Protective Order

BAY05482962



> This sales training bulletin is for educational or promotional use.
> **This bulletin is NOT to be left with physicians.**
> The information in this bulletin MAY be discussed with physicians.
> The attached reprint MAY be left with physicians

**Kallikrein and aprotinin:** aprotinin inhibited the formation of the kallikrein complex and/or kallikrein activity in several SECC experiments.

**Kallikrein inhibitor and aprotinin:** aprotinin preserved kallikrein inhibitor activity that was normally reduced during CPB.

**FXII and aprotinin:** in vitro, aprotinin was shown to decrease FXII activity (may result from decreased kallikrein activity).

**Bradykinin and aprotinin:** one experiment described here demonstrated that aprotinin had a significant effect on reducing bypass-mediated changes in plasma bradykinin levels; kininogen (bradykinin precursor) was preserved in the aprotinin-treated group; the decrease in vascular tone thought to result from bradykinin was prevented in the aprotinin-treated group. Decreased vascular tone may result in hypotension, and decreased perfusion to vital organs.

See Bulletin Figure 3, p. 6.

**Plasmin activity and aprotinin:** decreased D-dimer levels, an indicator of fibrinolytic activity and thus decreased plasmin activity.

Studies suggest that the reduced fibrinolytic activity results from direct binding and inhibition of plasmin.

C1-INH complex formation during SECC is completely inhibited compared with untreated groups [25]. Using radioimmunoassay, Wachtfogel and colleagues showed that 20 µg/mL aprotinin significantly, but incompletely compared with high dose, inhibited the increase in kallikrein–C1-INH complex levels observed under control CPB conditions [26]. Reduced complex formation in the presence of aprotinin suggests that aprotinin administration significantly blocks kallikrein activity [26]. Wendel and colleagues examined the effect of 28 µg/mL aprotinin on kallikrein-like activity [27]. In controls, kallikrein activity increased from 100% at SECC initiation to 140% at 60 minutes, whereas this increase was attenuated (120%) with aprotinin treatment [27].

During CPB, aprotinin preserves kallikrein inhibitor activity [31]. Fuhrer and associates found that the kallikrein inhibition capacity decreased during CPB for untreated patients, from 100% to 75%, whereas the aprotinin-treated group experienced an increase in kallikrein inhibition from 100% to 300% [18]. Further, the study reported that control prekallikrein levels decreased from 100% at baseline to 70% by the end of CPB, whereas aprotinin-treated patients exhibited a modest decrease to only 90% [18].

At clinically relevant plasma concentrations, aprotinin has been shown in vitro to decrease FXIIa activity by 20% [28], which may result from decreased kallikrein activity. As described above, kallikrein is a major activator of FXII, and without the amplifying effect of kallikrein, contact phase activation is slowed or inhibited [29]. During bypass, the decrease in FXIIa inhibitor levels, from 84% at baseline to 50% during CPB, was attenuated by aprotinin treatment (low, 75%) [18].

Aprotinin has a significant effect on reducing bypass-mediated changes in plasma bradykinin levels. Nagaoka and Katori tested aprotinin doses that are lower than the current standards ($10^4$ to $3 \times 10^5$ KIU/person) [22]. Nevertheless, a significant preservation of kininogen levels in the aprotinin group (9.5 µg/mg plasma protein) over the control group (6.5 µg/mg plasma protein) was observed, suggesting that bradykinin production was reduced. Because bradykinin formation results in hypotension, the authors also examined vascular tone; they found that control patients experienced a decrease in total peripheral resistance (TPR) whereas aprotinin prevented the decrease in TPR [22].

*Fibrinolytic Pathway*

Fibrin clots are formed at the sites of surgical incision and function to maintain hemostasis during surgery. Activation of the fibrinolytic pathway converts the zymogen plasminogen to the protease plasmin. Plasmin degrades fibrin plugs by proteolytically digesting fibrin. In addition to generating profinflammatory fibrin split products, plasmin amplifies the inflammatory response by directly activating FXII. Members of the kinin-kallikrein pathway augment activation of the fibrinolytic pathway by ultimately upregulating plasmin levels. Bradykinin promotes endothelial secretion of tissue plasminogen activator (t-PA) [30], a protease that targets plasminogen to

liberate active plasmin. Kallikrein also cleaves plasminogen, although the kinetics of the reaction are slow. However, when associated with HMWK, kallikrein cleaves prourokinase to yield urokinase, an activator of u-PA [13], resulting in increased plasmin formation [31].

Throughout CPB, fibrinolysis is enhanced because of plasmin overexpression [32]. Maximal t-PA levels reportedly peak (four to sixfold) at onset or 1 hour into CPB [33], but also may exhibit a second peak following aortic cross-clamp release [34]. Concurrently, plasmin activity measured during CPB shows a rapid increase with heparin administration (30-fold) at the beginning of surgery, drops to moderately elevated levels during bypass (fourfold), and then returns to baseline by the end of surgery [39]. Similar to kallikrein, plasmin levels can be estimated by measuring plasmin inhibitor levels. During CPB, a 60% depletion of free plasmin inhibitor, α2-antiplasmin, is observed, suggesting that plasmin (and therefore the fibrinolytic pathway) is active [35]. Further, formation of plasmin–α2antiplasmin complexes peaks in early CPB (four to fivefold increase over baseline), remains elevated 2 hours post-CPB (two to threefold), and returns to normal by 24 hours post-bypass [19].

Fibrin degradation also increases during CPB [9], and fibrin degradation products have been implicated in impaired fibrin formation, platelet dysfunction, and endothelial disruption resulting in capillary injury [36]. Moreover, plasmin, a potent platelet inhibitor, reportedly degrades platelet adhesion receptors Gp Ib and Gp IIa in vitro [7], and by 50% in vivo during CPB [35], most notably at hypothermic temperatures [52]. When added to washed platelets, plasmin reduces platelet membrane Gp Ib content by approximately 75% [35]. Taken together, these observations suggest that stimulation of the fibrinolytic system in CPB may result in decreased platelet function.

During and after CPB, D-dimer levels, a measurement of the amount of fibrin degraded by plasmin, were lower in patients receiving aprotinin therapy compared with controls, indicating that plasmin activity was attenuated in aprotinin patients [37]. Reduced plasmin activity can be attributed to decreased plasmin production, direct inhibition of plasmin, or a combination of these two events. Interestingly, t-PA levels and plasminogen levels did not significantly differ between the groups, although less plasmin was bound to the endogenous inhibitor, α2-antiplasmin [37]. Taken together, these observations suggest that reduced fibrinolytic activity resulting from aprotinin administration most likely results from direct binding and inhibition of plasmin, rather than inhibition of t-PA–mediated plasmin generation.

*Complement*

The complement system, comprised of approximately 30 plasma and membrane proteins, functions in parallel with the immune system [38]. Activation proceeds through three independent pathways, each consisting of distinct molecular components and mechanisms of activation (Fig 2). All three pathways converge, generating two different C3 convertases (termed C3b,Bb and

The complement system is a complex system made up of a series of proteins activated via 3 independent pathways in response to inflammation. Complement helps neutrophils identify foreign substances by tagging them as harmful and signaling neutrophils to move toward the infection and release cytotoxic substances (eg, elastase). Complement contributes to the development of edema by increasing vascular permeability, and further contributes to the detrimental effects of SIRS by amplifying the activation of many inflammatory mediators (eg, coagulation cascade, activation of neutrophils and platelets). The organs that are most sensitive to these effects are the brain, heart, lungs, and kidneys.

Mojcik, CF, and Levy, JH. Aprotinin and the Systemic Inflammatory Response After Cardiopulmonary Bypass.
Ann Thorac Surg 2001; 71:745-754.

Bulletin p. 5

Confidential - Subject To Protective Order

BAY05482963



This sales training bulletin is for educational or promotional use.
**This bulletin is NOT to be left with physicians.**
The information in this bulletin MAY be discussed with physicians.
The attached reprint MAY be left with physicians

**Figure 3: Fibrinolytic Pathway:**
This figure schematically dipicts the fibrinolytic pathway,
and is intended to aid in your understanding of the text on p. 747.



Mojcik, CF, and Levy, JH. Aprotinin and the Systemic Inflammatory Response After Cardiopulmonary Bypass.
Ann Thorac Surg 2001; 71:745-754.

Bulletin p. 6

Confidential - Subject To Protective Order

BAY05482964



This sales training bulletin is for educational or promotional use.
**This bulletin is NOT to be left with physicians.**
The information in this bulletin MAY be discussed with physicians.
The attached reprint MAY be left with physicians

Activation of the common C3 pathway leads to the assembly of membrane attack complexes (MAC).

In addition to their direct effects on invading organisms, the complement system stimulates other inflammatory mediators, just as components of plasma protease systems activate complement.

Complement helps neutrophils identify foreign substances by tagging these subsances and/or cells as harmful, and signaling neutrophils to move toward sites of infection and attack these foreign invaders. Complement contributes to edema formation by increasing vascular permeability. Complement also causes the activation of platelets.

C3a levels return to normal 18 to 48 hours after surgery. Multiple organ dysfunction and overall morbidity are strongly correlated with elevated C3a following CPB.

Blocking components of the complement pathway during CPB or CPB models resulted in such findings as: decreased blood loss, reduction in the appearance of new cognitive deficits, preservation of platelet counts, and reduction in markers for myocardial injury.

CPB causes a massive activation of the complement system.

---

748   REVIEW   MOJCIK AND LEVY
CPB, SIRS, AND APROTININ

Ann Thorac Surg
2001;71:745-54

**Classical Pathway**  **MBL Pathway**  **Alternative Pathway**

[Figure: complement activation pathways diagram]

Fig 2. Three pathways activate the complement system. FXIIF = factor XIIf; MAC = membrane attack complexes; MASP-1 and MASP-2 = MBL-associated serine proteases 1 and 2; MBL = mannose-binding lectins.

C4b,2a) that cleave the pivotal factor C3 into the small, diffusible C3a and the larger, membrane-delimited C3b (Fig 2) [38]. Following activation by C3b, membrane-bound C5b initiates assembly of the membrane attack complexes (MAC), an aggregation of proteins C5b through C9 [38]. In addition to forming pores in bacterial cell walls, MACs induce platelet prothrombinase activity and platelet-leukocyte binding via platelet expression of CD62P [39, 40]. The circulating anaphylatoxins C3a and C5a stimulate release of histamine and other inflammatory mediators from mast cells and basophils, leading to increased vascular permeability and smooth muscle contraction. C3a has also been implicated in tachycardia, coronary vasoconstriction, and reduced contractility [23]. C5a, a potent chemoattractant, stimulates neutrophil aggregation and adhesion to endothelial cells, and upregulation of the C5a receptor CD11b/CD18 or Mac-1 [38, 41]. In addition, C5a triggers neutrophil release of lysosomal enzymes, oxygen free radicals, and interleukins [42, 43].

Components of the other plasma protease systems also initiate complement factor activation. For example, plasmin directly activates complement by cleaving C3, and kallikrein acts on C5 to produce C5a [38]. In addition, FXIIf, a product of FXII activation, initiates the classical pathway by cleaving the first component, C1 [44]. Interestingly, the C1 inhibitor (C1-INH), a plasma regulatory protein, not only inhibits the classical pathway by binding C1, but also inhibits FXIIa and kallikrein [45].

One prominent initial physiological response to CPB is massive complement activation, primarily by the alternative pathway (Fig. 2) [46]. Plasma C3a levels increase within 2 minutes of CBP onset, remain elevated, and correlate with CPB duration. Removal of the cross-clamp and rewarming are characterized by an additional eleva-

tion of C3a levels, which peak at CPB termination five to 15-fold above baseline values, C3a levels return to normal 18 to 48 hours after surgery. Multiple organ dysfunction and overall morbidity have been strongly correlated with increased C3a levels following CPB [6, 47]. Interestingly, C3a levels do not change in non-CPB cardiac operations [47].

Other complement proteins also increase during CPB. C5b-9, elevated at the end of bypass, may continue to increase into the postoperative period. Subtle elevations in plasma C3 have been reported, but its rapid binding to leukocytes may mask these overall changes. Protamine administered to reverse heparin anticoagulation is associated with a two to 11-fold increase in plasma C4a over presurgery levels through direct activation of C1 [48, 49]. The terminal complement complex C5b-C9 is also observed following protamine administration [49].

Blocking components of the complement pathway reduces downstream effects of proinflammatory proteins. A single injection of anti-C5 mAb to patients undergoing CPB significantly decreases C5b-c9 expression in a dose-dependent manner. This reduction was associated with decreased CD11b expression, and clinically, decreased postoperative blood loss, a 40% reduction in creatine kinase-MB release, and an 80% reduction in the appearance of new cognitive deficits [50]. During simulated extracorporeal circulation, C3 blockade preserves platelet counts and inhibits formation of monocyte-platelet aggregates compared with control whole additional blockade of C3a reduced neutrophil activation [51]. In animal studies, protection against ischemia reperfusion injury was achieved by inhibition of the C5b-c9 complex with protease inhibitors [66] and with anti-C5 or anti-C8 [52].

---

Mojcik, CF, and Levy, JH. Aprotinin and the Systemic Inflammatory Response After Cardiopulmonary Bypass.
Ann Thorac Surg 2001; 71:745-754.

Bulletin p. 7

Confidential - Subject To Protective Order

BAY05482965



This sales training bulletin is for educational or promotional use.
**This bulletin is NOT to be left with physicians.**
The information in this bulletin MAY be discussed with physicians.
The attached reprint MAY be left with physicians

**Complement factors and aprotinin:** Data from studies of the effects of complement showed that in a simulated extracorporeal circulation (SECC) model, aprotinin doses correlating to a high-dose regimen significantly reduced a marker for C-1 formation, compared to control; this effect was not found with a lower dose regimen.

**Neutrophils:** one of several types of leukocytes, these cells cross from the circulation into the tissue, where they **phagocytose** foreign pathogens and damaged tissue particles and release toxins, proteolytic enzymes such as elastase, and proinflammatory mediators. In the case of a localized infection, this response is helpful; however, in the case of SIRS, neutrophil effects, including release of elastase, become widespread. In addition, neutrophils may clump together and cause blockages of blood vessels. This ultimately may lead to tissue and organ damage.

---

Ann Thorac Surg
2001;71:745-54.

REVIEW   MOJCIK AND LEVY   749
CPB, SIRS, AND APROTININ

Complement factors are also affected by aprotinin administration. During SECC, aprotinin doses at or above 50 μg/mL (ie, correlating to a high-dose aprotinin regimen) significantly reduced C3-C1-INH formation over control (1 U/mL versus 2.25 U/mL, respectively) [25], suggesting that aprotinin effectively reduced C1 plasma content. Interestingly, this effect was not observed with a low-dose aprotinin regimen of 20 μg/mL [26]. In an ex vivo hemodialysis model, aprotinin (0.8 × 10⁶ KIU) provides a significant reduction (threefold) in the amount of C3a and C5a produced at 60 minutes [53]. However, levels of C3a and C4a are not significantly changed by aprotinin administration during CPB [9].

**Cellular Response**

Plasma protease systems ultimately facilitate the inflammatory response by activating leukocytes and platelets and promoting favorable conditions that allow the activated immune cells to function (ie, vasodilation, vascular permeability).

*Neutrophils*

Neutrophils respond to soluble inflammatory mediators by first rolling, tightly adhering, and then transmigrating across the microvascular endothelial barrier to invade the interstitium [12]. In addition to phagocytosing foreign pathogens and damaged tissue particles, activated neutrophils degranulate, releasing toxic substances, proteolytic enzymes, and proinflammatory mediators, which recruit more leukocytes [12].

Neutrophil adherence to the vascular endothelium is a two-step process. First, circulating leukocytes slow and roll along the endothelial surface. Three classes of lectins (L-selectins [leukocytes]; E-selectins [activated endothelial cells] and P-selectins, [endothelial cells and platelets]) mediate this process by binding to carbohydrate moieties [12]. Integrins, heterodimers consisting of a distinct α chain and a common β polypeptide chain, tightly adhere rolling neutrophils to the microvasculature, a prerequisite for neutrophil extravasation [12]. Six leukocyte integrins have been identified, including LFA-1 (CD11a/CD18) and Mac-1 (CD11b/CD18), and these bind to the immunoglobulin superfamily molecules (intracellular adhesion molecule [ICAM]-1 and 2 or ICAM-2, respectively) upregulated on activated endothelial cells. Mac-1 also contributes to several other inflammatory responses, including chemotaxis and production of oxygen free radicals.

Activated neutrophils release intracellular stores of effector proteins from primary and secondary granules to facilitate the inflammatory process. Elastase, a serine protease found in primary granules, appears to mediate neutrophil extravasation, tissue infiltration, and endothelial cell injury [12, 54]. Membrane components of the nicotine adenine dinucleotide phosphate (NADPH) oxidase complex are situated in neutrophil granules, and once assembled, the complex catalyzes the production of superoxide anion. This toxic substance is the precursor to other oxygen free radicals such as hydrogen peroxide,

hydroxyl anion, and oxygen halides, and acts with myeloperoxidase to catalyzes the production of the cytolytic hypochlorous acid [55]. Importantly, superoxide anion readily diffuses across membranes and produces metabolites outside the cell.

Recent reports suggest that neutrophil extravasation and tissue damage are linked. In the dog model, neutrophil adherence to myocytes via CD11b/CD18 is associated with a neutrophil respiratory burst and myocyte injury in vitro [56]. In addition, blocking neutrophil adherence to canine myocytes or cultured endothelial cells with mab to CD18, CD11b, and ICAM-1 inhibits neutrophil superoxide production [56, 57]. Thus, substantial neutrophil activation can result in widespread oxidative tissue damage.

Cardiopulmonary bypass has dramatic effects on leukocyte function. An immediate drop in leukocyte number is observed at CPB onset because of hemodilution and leukocyte adsorption to the extracorporeal circuit [36]. A significant increase in circulating neutrophils follows [58, 59], and up to 50% of circulating neutrophils are sequestered into lung capillaries after removal of the aortic cross-clamp, depending on CPB duration and time to cross-clamp removal [60]. Neutrophil sequestration into the lung capillaries is associated with endothelial cell and type II pneumocyte damage [60]. Neutrophil aggregates have also been detected in the brains of patients undergoing CPB [61]. At the molecular level, proteins that govern neutrophil activity are upregulated during CPB. Neutrophil L-selectin levels increase just after CPB is initiated and fall by the end of CPB [62, 63]. Endothelial E-selectin protein levels and atrial E-selectin and ICAM-1 mRNA levels increase during CPB [64]. Integrin expression is also affected, as production of neutrophil Mac-1 (CD11b/CD18) increases and peaks at the end of CPB to time of cross-clamp removal [64, 65].

During CPB, neutrophils release elastase, lactoferrin, and myeloperoxidase (MPO) [21, 36]. Lactoferrin and MPO increase during bypass, peak at the end of CPB, and decline rapidly after surgery to preoperative levels [65]. Similarly, plasma elastase levels rise during CPB, peak at the end of surgery but remain elevated at least 24 hours postoperatively [4, 46]. Coincidentally levels of elastase–α₁-proteinase inhibitor complex rise and peak during CPB [58]. Interestingly, patients with multiorgan system failure exhibit significantly higher elastase levels at the end of CPB than those without this complication [30].

Rather than influencing the absolute number of plasma neutrophils during CPB, evidence indicates that aprotinin modulates components of neutrophil activation and extravasation. In vitro leukocyte hyperactivation, stimulated by exposure to plasma from CPB patients, was reduced by aprotinin in a dose-dependent manner [66]. Using fluorescence microscopy low-dose and pump-prime only aprotinin treatments were shown to blunt CPB-induced CD11b upregulation [67, 68]. Further, Asimakopoulos and colleagues recently reported that, compared with placebo, high-dose aprotinin significantly decreases CD11b/CD18 upregulation 15 minutes following CPB onset [69].

---

Two important elements in the activity of neutrophils: 1) the adherence to and tranmigration through the capillaries, and 2) degranulation at the site of inflammation.

---

**Neutrophils and CPB:** First decrease in leukocyte number, then significant increase in neutrophils. The neutrophil accumulation in lung capillaries after removal of aortic cross-clamp is associated with cell damage.

**Neutrophils and CPB:** Proteins that govern neutrophil activity are upregulated during CPB.

**Neutrophils and CPB:** Neutrophils are sequestered in the lungs during CPB - this is associated with damage to endothelial cells and lung tissue. Neutrophil aggregates have also been detected in the brains of CPB patients.

**Neutrophils and aprotinin:** Evidence suggests that aprotinin modulates components of neutrophil activation and extravasation rather than neutrophil number. Refer to the Asimakopoulos Reprint (T05050).

---

Mojcik, CF, and Levy, JH. Aprotinin and the Systemic Inflammatory Response After Cardiopulmonary Bypass. Ann Thorac Surg 2001; 71:745-754.

Bulletin p. 8

BAY05482966



> This sales training bulletin is for educational or promotional use.
> **This bulletin is NOT to be left with physicians.**
> The information in this bulletin MAY be discussed with physicians.
> The attached reprint MAY be left with physicians

**Elastase and aprotinin:** Elastase is a major secretory product of neutrophils. Evidence from simulated models and CPB suggest that aprotinin reduces elastase release from neutrophils.

**Leukocytes and aprotinin:** In vitro and in vivo studies suggest that aprotinin inhibits the ability of leukocytes to pass through the endothelium, and it has been observed that aprotinin significantly limits leukocyte accumulation in the lung during CPB.

**Platelets:** involved in inflammation as well as hemostasis.

**Platelets and CPB:** platelet count falls, and platelets are activated. Activated platelets aggregate and release factors to intensify vasoconstriction and platelet aggregation.

**Platelets and Aprotinin:** Indirect effect - inhibits plasmin and kallikrein; directly - preserves one of the platelet surface adhesive receptors.

**PAR receptors and Aprotinin:** Protease activated receptors on the surface of platelets are activated by thrombin, the most potent known activator of platelets. Very high levels of thrombin are generated by contact activation, resulting in pathophysiologic platelet aggregation and secretion. Aprotinin appears to inhibit this pathophysiologic thrombin-mediated platelet activation via the PAR1 receptor, while allowing platelets to be activated by collagen and ADP, so platelets can function where they are needed following CABG surgery.

**Cytokines:** secreted proteins that have a range of actions on local target cells. Complex interactions between cytokines and target cells amplify the inflammatory response.

**Cytokines and CPB:** altered levels of some cytokines during CPB have been documented.

---

750   REVIEW   MOJCIK AND LEVY
CPB, SIRS, AND APROTININ

Ann Thorac Surg
2001;71:745–54

Evidence suggests that aprotinin reduces elastase release from neutrophils. In simulated extracorporeal circuits, aprotinin was shown to inhibit elastase release, most likely through kallikrein inhibition [25, 26]. Increased elastase-α₁-protein inhibitor (PI) complexes have been shown to be significantly inhibited by aprotinin in SECC; control levels increased from 100% to 1,000% (60 minutes) and to 1,400% (90 minutes), whereas with aprotinin, the change was to 700% at 60 minutes and 900% at 90 minutes [27]. Similar results have been reported during CPB. Following cross-clamp release, elastase-α₁-proteinase INH complexes decreased by nearly 50% in aprotinin-treated patients compared with controls [9].

Recent reports support a role for elastase during neutrophil transmigration through the endothelial barrier. In vitro and in vivo studies demonstrate that elastase inhibitors prevent neutrophil extravasation across an endothelial barrier and attenuate leukocyte infiltration in the affected tissue [54, 70]. Intravenous aprotinin treatment has severely been shown to inhibit leukocyte extravasation across site venule endothelium, whereas leukocyte rolling and tight adhesion remained intact [71]. In parallel experiments, dose-dependent aprotinin inhibition of leukocyte transmigration was observed in vitro using a monolayer of human umbilical vein endothelial cells (HUVEC) [71]. These findings provide a potential mechanism for the observation that aprotinin significantly limits leukocyte accumulation in the lung during CPB [72].

*Platelets*

Although the hemostatic properties of platelets are well documented, recent evidence suggests their additional role in inflammation [73]. Platelets contribute to the inflammatory response by releasing mediators such as plasminogen and fibrinogen [12]. Activated platelets bound to microvascular endothelium participate in recruitment of neutrophils and monocytes by secreting IL-8, a neutrophil chemoattractant, and MCP-1, a monocyte chemoattractant. The association of neutrophils to thrombin-activated platelets is similar to that of neutrophils and endothelium. Neutrophil rolling on surface-adherent platelets requires P-selectin [74]. Neutrophil arrest results from the neutrophil integrin Mac-1 interacting with platelet surface glycoprotein (GP) IIb/IIIa (CD11a/CD61a), which presents the Mac-1 ligand fibrinogen [75].

CPB has multiple effects on platelets. Hemostatic defects result from decreased platelet number and function post-CPB [76, 77]. As platelets make a first pass through the oxygenator, GP IIb receptor fragments lost from the platelet coat the foreign surface, causing the absolute platelet count to fall [75]. Further, platelets activated by this interaction, as well as contact system factors, aggregate and release the potent vasoconstrictor and potentiator of platelet aggregation, thromboxane A₂ [78]. Platelets activated during CPB exhibit increased surface P-selectin levels (1.4-fold), which peak about 120 minutes into bypass and return to presurgery values on postoperative day 1 [79]. This may even be an underestimation, as approximately 25% to 50% of platelets are removed

in the lung and spleen during CPB [79]. Rinder and Fitch corroborated these findings by showing an increase in the number of P-selectin-positive platelets and leukocyte-platelet conjugates as a result of bypass [42]. Following CPB, antibody binding to platelet receptors, including GP Ib, GP IIb, GP IIa, and GP IIb/IIIa [75], is reduced, indicating that these surface proteins are diminished during CPB. This is mediated in part by plasmin, which directly releases GP Ib from the platelet surface [80].

Aprotinin prevents platelet dysfunction and improves hemostasis during CPB indirectly by inhibiting plasma proteases such as plasmin and kallikrein and directly by preserving the platelet surface adhesive receptor GP Ib [75]. The 50% decrease in GP Ib glycoproteins observed within 3 minutes of CPB in untreated patients was not observed for those treated with aprotinin [81]. Aprotinin pretreatment of washed platelets reduced loss of platelet GP Ib by 60% following addition of plasmin [35]. Further, aprotinin treatment is also associated with reduced P-selectin surface expression on platelets and decreased leukocyte-platelet conjugates during CPB [82]. Therefore, aprotinin may limit leukocyte recruitment and infiltration during CPB by inhibiting platelet-leukocyte interactions.

One mechanism that may explain direct effects of aprotinin on platelets may result from its actions on protease-activated receptors (PARs). PARs on the surface of platelets are activated by the serine protease thrombin [83]; thrombin, the most potent known activator of platelets, is generated by contact activation [84]. Thrombin acts by cleaving the unique seven-transmembrane spanning, G-protein coupled PAR-1 in the extracellular N-terminal domain, thus liberating a portion of the N-terminus and allowing it to interact with the second extracellular loop [83]. On platelets, thrombin-mediated activation of PAR1, and to a lesser extent PAR4, signals platelet aggregation and secretion [85]. Aprotinin appears to inhibit thrombin-mediated platelet aggregation in vitro by preventing proteolytic activation of PAR1 [86]. Thus, aprotinin may reduce amplification of CPB-induced cellular mediated inflammatory response on platelets indirectly through effects on plasma proteases, and directly, possibly via action on protease-activated receptors.

*Cytokines*

Cytokines are secreted proteins that act on local target cells to induce growth, differentiation, apoptosis, or chemotaxis [87]. Synergistic interactions among cytokines and their target cells amplify the inflammatory response by attracting leukocytes to the site of injury and stimulating additional cytokine release. Altered levels of some pro- and antiinflammatory cytokines during CPB have been documented. In general, the magnitude of cytokine response correlates with the length of CPB and aortic cross-clamp time [43]. Individual studies, however, vary greatly in the degree of change measured during and after CPB.

Interleukin-6 (IL-6), produced by T-cells, endothelial cells, and monocytes [12], mediates the acute-phase re-

Mojcik, CF, and Levy, JH. Aprotinin and the Systemic Inflammatory Response After Cardiopulmonary Bypass.
Ann Thorac Surg 2001; 71:745-754.

Confidential - Subject To Protective Order

BAY05482967



> This sales training bulletin is for educational or promotional use.
> **This bulletin is NOT to be left with physicians.**
> The information in this bulletin MAY be discussed with physicians.
> The attached reprint MAY be left with physicians

**IL-6:** mediates the acute-phase response to injury. The increase in IL-6 seen during CPB is not specific to CPB, as it also occurs with major noncardiac operations.

**IL-8:** a potent neutrophil chemoattractant. IL-8 is involved in CPB-induced lung neutrophilia.

**TNFα:** critical for inflammatory responses, including acute-phase reaction and septic shock. TNFα levels increase with CPB, and this increase is correlated with decreased lung function.

**Cytokines and aprotinin:** in vitro and in vivo studies suggest that aprotinin inhibits TNFα secretion. A preliminary study reports significantly lower IL-6 in aprotinin-treated patients just after discontinuation of CPB. IL-8 in aprotinin-treated CPB patients is significantly lower.

Three intersecting plasma protease pathways are activated during the CPB process, activating the systemic inflammatory response system. In the absence of foreign pathogens, activation of this system causes symptoms including hypotension, fever, coagulopathies, edema, tissue injury, and even organ failure.

Aprotinin is a non-specific serine protease inhibitor that is active against many components of the coagulation cascade, and has been shown to attenuate numerous aspects of the inflammatory response evoked by bypass surgery.

---

Ann Thorac Surg
2001;71:745–54

REVIEW   MOJCIK AND LEVY   751
CPB, SIRS, AND APROTININ

sponse to injury. Although IL-6 tends to increase during CPB, IL-6 elevation is not specific to CPB, as this occurs with major noncardiac operations [88]. Plasma IL-6 levels increase consistently within 2 to 4 hours of incision, peak 4 to 6 hours postoperatively, and secondarily peak 12 to 18 hours after CPB [89, 90]. IL-6 levels correlate with the cardiac index ($r = 0.76$) and systemic vascular resistance ($r = 0.49$) [91]. With regard to outcomes, the magnitude of early IL-6 peak is positively associated with abnormal myocardial wall motion on transesophageal echocardiography; the secondary peak is correlated with ischemic episodes on electrocardiogram [90]. Patients with increased postoperative oxygen consumption, a measure of decreased lung function, which positively correlates to development of post-perfusion syndrome, also exhibit relatively higher levels of IL-6 [92]. However, whether IL-6 functions as a mediator or merely a marker of inflammation is unclear [93].

IL-8, a potent neutrophil chemoattractant, stimulates neutrophil adhesion molecule expression [12]. Indeed, IL-8 is considered the primary mediator of lung neutrophilia following CPB. CPB patients exhibit IL-8 in bronchoalveolar lavage (BAL) fluid and culture supernatants from lipopolysaccharide-stimulated alveolar macrophages [94]. IL-8 has been associated with myocardial wall motion abnormalities, with peak concentrations positively correlated with the degree of abnormality observed in the transesophageal echocardiographic left ventricular wall [92].

Tumor necrosis factor (TNF) α levels typically peak toward the end of CPB to 2 hours post-CPB [4, 95]. Levels increase threshold and may exhibit a biphasic pattern, with a secondary peak at 18 hours post-CPB [4]. The TNFα peak at 2 hours post-bypass is also correlated with the degree of wall motion abnormality [92]. Further, patients with increased postoperative oxygen consumption, a measure of decreased lung function that positively correlates to development of post-perfusion syndrome, have been shown to exhibit elevated TNFα levels [92].

Aprotinin has been shown in vitro to inhibit TNFα secretion from activated macrophages by 51% [95]. In vivo, aprotinin may have similar effect, as CPB patients receiving low-dose aprotinin were reported to exhibit an average TNFα level of 27 pg/mL versus 32 pg/mL in control patients [68]. IL-6 and IL-8 levels in aprotinin-treated CPB patients have been investigated, and a preliminary study reports significantly lower IL-6 levels in aprotinin-treated patients (175 pg/mL; control, 375 pg/mL) just after the discontinuation of CPB [96]. Diego and colleagues demonstrated that both methylprednisolone and high-dose aprotinin significantly reduces IL-6 levels 24 hours post-CPB [97]. Interestingly, this group recently reported that at 1 and 24 hours post-CPB, the high-dose aprotinin regimen significantly increases levels of interleukin-10 [98], an antiinflammatory mediator that inhibits production of proinflammatory cytokines [12]. IL-8 measured in BAL fluid from aprotinin-treated CPB patients (12 pg/mL) is significantly lower than in control patients (48 pg/mL) [73]. BAL fluid from aprotinin-treated CPB patients is less chemoattractive to un-

treated neutrophils as compared with controls, a finding attributed to reduced IL-8 production by the aprotinin-treated group [73]. Moreover, aprotinin-treatment reduces the presence of neutrophils in BAL from CPB patients (control, 32.1% aprotinin, 7.0%) [73, 99].

**Conclusion**

The interaction of blood with the gaseous interface and bioincompatible surfaces of the cardiopulmonary bypass unit indicates activation of three intersecting plasma protease pathways. These pathways, the klinin-kallikrein, fibrinolytic-coagulation, and complement systems, each generate active proinflammatory mediators through a series of consecutive proteolytic cleavages. Proinflammatory mediators activate leukocytes and platelets, and promote vasodilatation and vascular permeability to enhance the activity of cellular mediators. Further, activated cellular components amplify this process by secreting inflammatory mediators, including cytokines. Although this cascade of events would normally function to destroy foreign pathogens, in bypass surgery, the result may be hypotension, fever, coagulopathies, edema, tissue injury, or, in extreme cases, organ failure. In addition to the insult induced by the bypass unit, ischemia-reperfusion, surgical trauma, and endotoxemia can also contribute to this systemic inflammatory response.

Serine proteases play a central role in kinin-kallikrein, fibrinolytic-coagulation, and complement systems to bring about SIRS. Indeed, only three components of the coagulation cascade, calcium, factor V, and factor VIII, are not serine proteases. Moreover, serine proteases may modulate responses though activation of PARs, which have been identified in tissues throughout the body. Because the protease pathways are interrelated, and also sometimes redundant, pharmacological attenuation of SIRS is a challenge.

Aprotinin, a nonspecific serine protease inhibitor, has been recognized for many years as a hemostatic agent. The protein inhibits activity of a variety of proteases, including trypsin, plasmin, kallikrein, and elastase in a dose-dependent manner. In review of the literature, an abundance of evidence from CPB and model systems, based upon relevant cellular and functional markers and outcomes, shows that aprotinin attenuates numerous aspects of the inflammatory response evoked by bypass surgery. Use of high-dose aprotinin, which targets inhibition of kallikrein production and function, appears to be a rational approach for suppressing activation and amplification of the systemic inflammatory response. Contrary to the trend toward increased target selectivity of pharmaceuticals, aprotinin, a promiscuous pharmacological agent, appears to be especially suited to reduce activation and amplification of the plasma protease pathways that lead to SIRS.

We thank Dianne Barry, PhD, for her expert editorial assistance.

---

Laura Engles-Horton

Laura Engles-Horton, Ph.armD, BCPS
Associate Director, Medical Education

Lynn Perlmutter

Lynn S. Perlmutter, Ph.D.
Associate Director, Medical Education

Mojcik, CF, and Levy, JH. Aprotinin and the Systemic Inflammatory Response After Cardiopulmonary Bypass. Ann Thorac Surg 2001; 71:745-754.

Confidential - Subject To Protective Order

BAY05482968

# GLOSSARY

**CPB:** cardiopulmonary bypass

**Degranulation:** release of intracellular granules containing toxins, proteolytic enzymes, and proinflammatory mediators.

**D-dimer:** a form of a chemical compound; important in this context because D-dimer levels are a measurement of the amount of fibrin degraded by plasmin.

**DIC:** disseminated intravascular coagulation - a hemorrhagic syndrome that occurs following the uncontrolled activation of clotting factors and fibrinolytic enzymes, which can lead to multiple organ failure and possibly death.

**Endotoxemia:** presence of endotoxins in blood, which may cause shock.

**Ischemia-reperfusion injury:** damage to tissues in the body resulting from a period of ischemia (decreased blood flow and therefore oxygen supply) which causes death of cells and release of intracellular contents, followed by reestablishment of blood flow to the injured area, with return of oxygen supply, resulting in the formation of damaging oxygen free radicals and further tissue damage.

**MAC:** Membrane Attack Complex - a lipid soluble structure that results from the binding of complement proteins C5b, C6, C7, C8, and C9 to the cell surface, leading to the destruction of the cell.

**Mediastinal:** the central space in the chest bounded anteriorly by the sternum (breastbone), posteriorly by the vertebral column, and laterally by the lungs.

**Phagocytose:** to engulf and digest

**SECC:** Simulated ExtraCorporeal Circulation - a model that allows the examination of the effects of blood changes associated with the CPB apparatus upon blood components.

**Zymogen:** proenzyme; the inactive precursor of an enzyme that requires some change to make it active.

Mojcik, CF, and Levy, JH. Aprotinin and the Systemic Inflammatory Response After Cardiopulmonary Bypass. Ann Thorac Surg 2001; 71:745-754.

Confidential - Subject To Protective Order

BAY05482969