**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON**

IN RE TRASYLOL PRODUCTS LIABILITY
LITIGATION – MDL-1928

This Document Relates to:
*Naguib Bechara and Nabila Saad,
Individually and as next friend of Justin
Bechara, a Minor*

v.

*Bayer, A.G., et al*

Cause No. 08-80776-Civ-Middlebrooks/Johnson

**SIXTH AMENDED PLAINTIFF'S DISCLOSURE OF FACT WITNESSES
AND DESIGNATION OF WITNESSES FOR TRIAL**

In accordance with the Orders of the Court and Fed. R. Civ. Pro. 26(a)(3)(A)(i), Plaintiffs Naguib Bechara and Nabila Saad, Individually and as next friend of Justin Bechara, a Minor hereby identify fact witnesses they expect to call/may call at trial (in person or via preserved testimony) as follows:

    I.    The following individuals are present or past employees of one or more of the Defendants, and whose identity and addresses are therefore known to them.

        1.    Plaintiff intends to call the following witnesses:

            a.    Stanley Horton

            b.    Allen Heller

            c.    Reinhard Fesharek

            d.    Valentine Pascale

e. Thomas Chin

f. John Lettieri

g. Robert Harrison

h. Pam Cyrus

I. William Shank

j. Felix Monteagudo

k. Ed Tucker

l. Michael Rozycki

m. Jennifer Maurer

n. Anita Shah

o. Steven Zaruby

p. Paul McCarthy

q. Kuno Sprenger

r. Tomasz Dyszynski

s. Ernst Weidman

t. Kemal Malik

u. Katie Sheffield-Motika

v. George Holder

x. Hilda Dizon

y. Nahid Dolkhani

z. Frances Ciavaglia

aa. Laurie Simpson

2. Plaintiff may call the following witnesses:

    a. Meredith Fischer

    b. Edward Sypniewski

    c. Franz Wingen

    d. Valerie Pierpont

    e. Denise Neal

    f. Margaret Foley

    g. Marc Jensen

    h. Karen Denton

    i. Joseph Scheeren

    j. Terry Taylor

    k. Mitch Trujillo

    l. Jeff Bova

    m. Matt Skoronsky

    n. Savaramakrishan Balakrishnan

    o. Michael Devoy

    p. Max Wegner

    q. Eleonora Goldberg

    r. Debra Hudgins

    s. Susan Johnston

    t. David Stocker

    u. Daniel Stamps

    v. Judy Colgate-Olda

II. The following are other fact witnesses who the Plaintiff intends to call at trial:

    a. Naguib Bechara
       7691 E. Camino Tampico
       Anaheim, CA 92808

    b. Nabila Saad
       7691 E. Camino Tampico
       Anaheim, CA 92808

    c. Thomas A. Pfeffer, M.D.
       Kaiser Permanente Medial Group
       4867 W. Sunset Boulevard
       Los Angeles, CA 90027

III. The Plaintiff intends to call the following case-specific witnesses who, having been duly disclosed, will also provide factual testimony in addition to their expert opinions:

    a. Richard J. Quigg, M.D.

    b. Thomas A. Pfeffer, M.D.

    c. Paul M. Deutsch, PhD

IV. The Plaintiff specifically reserves the right to amend and supplement this list based on continuing medical treatment or for good cause shown.

Respectfully submitted,

/s/*Michael T. Gallagher*
Michael T. Gallagher
U.S. District Court Admission #5395
**The Gallagher Law Firm**
2905 Sackett Street
Houston, TX 77098
Telephone (713) 222-8080
Facsimile (713)222-0066
Email:PamM@gld-law.com

Tim K. Goss

Tamara L. Banno
**FREESE & GOSS, PLLC**
3031 Allen Street, suite 100
Dallas, Texas 75204
(214) 761-6610 telephone
(214) 761-6688 facsimile
Goss39587@aol.com
tbanno@tlb-law.com

Joseph A. Osborne
**Babbitt, Johnson, Osborne & LeClainche, P.A.**
1641 Worthington Blvd., Suite 100
West Palm Beach, FL  33409
Telephone:  (561) 684-2500
Facsimile:  (561) 684-6308
Email:  JAOsborne@babbitt-johnson.com

Neal L. Moskow, Esq.
**Ury & Moskow, LLC**
883 Black Rock Turnpike
Fairfield, CT 06825
Telephone (203) 226-8088
Facsimile  (203) 610-6399
Email:  neal@urymoskow.com

Edward J. Parr, Jr., Esq.
**Ury & Moskow, PLLC**
1250 Connecticut Ave., NW, Suite 200
Washington, DC 20036
Telephone  (202) 321-8982
Facsimile: (202) 318-3255
Email:  tedparr@urymoskow.com

David P. Matthews, Esq.
Julie L. Rhoades, Esq.
**Matthews and Associates**
2509 Sackett Street
Houston, TX  77098
Phone: 713-522-5250
Email: dmatthews@thematthewslawfirm.com
Email: jrhoades@thematthewslawfirm.com

*COUNSEL FOR PLAINTIFFS*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of March, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List by either via transmission of Notices Electronic Filing generated by CM/ECF or in some other authorized manner for those parties who are not authorized to receive Notices of Filing electronically.

/s/*Michael T. Gallagher*
Michael T. Gallagher

SERVICE LIST
In re Trasylol Products Liability Litigation – MDL-1928
Case No. 08-MD-1928-MIDDLEBROOKS/JOHNSON
United States District Court
Southern District of Florida

James R. Ronca
Email:  jronca@anapolschwartz.com
**ANAPOL, SCHWARTZ, WEISS, COHAN, FELDMAN  & SMALLEY, P.C.**
1710 Spruce Street
Philadelphia, PA 19103
Telephone:  215-735-1130
Facsimile:  215-875-7758
*Plaintiffs' Steering Committee/Co-Lead Counsel*

Scott Love
Email:  slove@triallawfirm.com
**CLARK, DEAN & BURNETT, G.P.**
440 Lousiana, Suite 1600
Houston, TX 77002
Telephone:  713-757-1400
Facsimile:  713-757-1219
*Plaintiffs' Steering Committee/Co-Lead Counsel*

Theodore Babbitt
Email:  tedbabbitt@babbitt-johnson.com
Joseph A. Osborne
Email:  JAOsborne@babbitt-johnson.com
**BABBITT JOHNSON OSBORNE & LECLAINCHE, P.A**.
1641 Worthington Blvd., Suite 100
West Palm Beach, FL  33409
Telephone:  561-684-2500
Facsimile:  561-684-6308
*Liaison Counsel for Plaintiffs and Plaintiffs' Steering Committee*

Brian H. Barr
Email:  bbarr@levinlaw.com
**LEVIN PAPANTONIO THOMAS MITCHELL ECHSNER & PROCTOR PA**
316 S. Baylen St., Suite 600
Pensacola, FL  32502
Telephone:  850-435-7000
Facsimile:  850-435-7020
*Plaintiffs' Steering Committee*

Doug Monsour
Email: doug@monsourlawfirm.com
**THE MONSOUR LAW FIRM**
P.O. Box 4209
Longview, TX 75606
Telephone: 903-758-5757
Facsimile:  903-230-5010
*Plaintiffs' Steering Committee*

Marc Jay Bern
Email:  mjbern@napolibern.com
**NAPOLI  BERN RI[PKA LLP**
115 Broadway, 12th Floor
New Nyork, NY  10006
Telephone:  212-267-34700
Facsimile:  212-587-0031
*Plaintiffs' Steering Committee*

Ernest Cory
Email:  ecory@cwcd.com
**CORY WATSON CROWDER & DEGARIS**
2131 Magnolia Ave.
Birmingham, AL  35205
Telephone:  205-328-2200
Facsimile:  205-324-7896
*Plaintiffs' Steering Committee*


Fred Thompson
Email: fthompson@motleyrice.com
**MOTLEY RICE LLC**
P.O. Box 1792
Mt. Pleasant, SC 29405
Telephone: 843-316-9000
Facsimile: 843-216-9440
*Plaintiffs' Steering Committee*


Joseph P. Danis
Email: jdanis@careydanis.com
**CAREY AND DANIS, LLC**
8235 Forsyth Blvd., Suite 1100
St. Louis, MO 63105
Telephone: 314-725-7700
Facsimile: 314-721-0905
*Plaintiff Steering Committee*

Neil D. Overholtz
Email:  noverholtz@awkolaw.com
**ALYSTOCK, WITKIN, KREIS
 & OVERHOLTZ, PLLC**
803 North Palafox Street
Pensacola, FL 32501
Telephone: 850-916-7450
Facsimile:  850-916-7449
*Plaintiffs' Steering Committee*


David Matthews
Email: dmatthews@thematthewslawfirm.com
**MATTHEWS & ASSOCIATES**
2905 Sackett Street
Houston, TX 77098
Telephone: 713-222-8080
Facsimile:  713-535-7184
*Plaintiffs' Steering Committee*


George M. Fleming
Email: george_fleming@fleming-law.com
**FLEMING & ASSOCIATES, L.L.P.**
1330 Post Oak Blvd., Suite 3030
Houston, Texas 77056
Telephone: 713-621-7944
Facsimile:  713-621-9638
*Plaintiff Steering Committee*

Neal Moskow
Email: neal@urymoskow.com
**URY & MOSKOW, LLC**
883 Black Rock Turnpike
Fairfield, CT 06825
Telephone: 203-610-6393
Facsimile: 203-610-6399
*Plaintiff Steering Committee/*
*Federal-State Liaison*

Richard K. Dandrea, Esq.
Email: rdandrea@eckertseamans.com
**ECKERT SEAMANS CHERIN & MELLOTT, LLC**
U.S. Steel Tower
600 Grant Street, 44th Floor
Pittsburgh, PA 15219
Telephone: 412-566-6000
Facsimile: 412-566-6099
*Defendants Co-Lead Counsel and*
*Attorney for Defendants Bayer Corporation,*
*Bayer Healthcare Pharmaceuticals, Inc., Bayer*
*Healthcare LLC, Bayer AG, and Bayer*
*Healthcare AG*


Eugene A. Schoon
Email: eschoon@sidley.com
**SIDLEY AUSTIN LLP**
One South Dearborn
Chicago, IL 60603
Telephone: 312-853-7000
Facsimile: 312-853-7036
*Defendants Co-Lead Counsel and*
*Attorney for Defendants Bayer Corporation,*
*Bayer Healthcare Pharmaceuticals, Inc., Bayer*
*Healthcare LLC, Bayer AG, and Bayer*
*Healthcare AG*

Philip S. Beck
Email: philip.beck@bartlit-beck.com
Steven E. Derringer
Email: steven.derringer@bartlit-beck.com
Shayna Cook
Email: shayna.cook@bartlit-beck.com
**BARTLIT BECK HERMAN PALENCHAR**
    **& SCOTT LLP**
54 West Hubbard, Suite 300
Chicago, IL 60610
Telephone: 312-494-4400
Facsimile: 312-494-4440
*Defendants Co-Lead Counsel and*
*Attorney for Defendants Bayer Corporation,*
*Bayer Healthcare Pharmaceuticals, Inc., Bayer*
*Healthcare LLC, Bayer AG, and Bayer*
*Healthcare AG*

Susan Artinian
Email: sartinian@dykema.com
**DYKEMA GOSSETT PLLC**
400 Renaissance Center
Detroit, MI 48243
Telephone: 313-568-6800
Facsimile: 313/568-6658
*Defendants Co-Lead Counsel and*
*Attorney for Defendants Bayer Corporation,*
*Bayer Healthcare Pharmaceuticals, Inc., Bayer*
*Healthcare LLC, Bayer AG, and Bayer*
*Healthcare AG*

| | |
|---|---|
| Patricia E. Lowry<br>Email: plowry@ssd.com<br>Barbara Bolton Litten<br>Email: blitten@ssd.com<br>**SQUIRE, SANDERS & DEMPSEY, L.L.P.**<br>1900 Phillips Point West<br>777 South Flagler Drive<br>West Palm Beach, FL  33401-6198<br>Telephone:  561-650-7200<br>Facsimile:   561-655-1509<br>*Liaison Counsel for Defendants and Attorney for Defendants Bayer Corporation, Bayer Healthcare Pharmaceuticals, Inc., Bayer Healthcare LLC, Bayer AG, and Bayer Healthcare AG* | Daniel G. Wyllie<br>Email: dwyllie@dykema.com<br>**DYKEMA GOSSETT, PLLC**<br>400 Renaissance Center<br>Detroit, MI  48243<br>Telephone: 313-568-6595<br>Facsimile:  313-568-6658<br>*Defendants Co-Lead Counsel and Attorney for Defendants Bayer Corporation, Bayer Healthcare Pharmaceuticals, Inc., Bayer Healthcare LLC, Bayer AG, and Bayer Healthcare AG*<br><br> Alan G. Schwartz<br>Email: aschwartz@wiggin.com<br>Wiggin and Dana LLP<br>One Century Tower<br>(i)P.O. Box 1832<br>New Haven, CT 06508-1832<br>Telephone:  203-498-4400<br>Facsimile:  203-782-2889<br>*Defendants Co-Lead Counsel and Attorney for Defendants Bayer Corporation, Bayer Healthcare Pharmaceuticals, Inc., Bayer Healthcare LLC, Bayer AG, and Bayer Healthcare AG* |