UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

IN RE TRASYLOL PRODUCTS LIABILITY
LITIGATION – MDL-1928

THIS DOCUMENT RELATES TO ALL ACTIONS
_____

DEFENDANTS BAYER CORPORATION, BAYER HEALTHCARE
PHARMACEUTICALS, INC. AND BAYER SCHERING PHARMA, AG'S
NOTICE OF TAKING CONTINUED VIDEOTAPED DEPOSITION OF
SUZANNE PARISIAN, M.D.

PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure 28, 30 and 32, Defendants Bayer Corporation, Bayer HealthCare Pharmaceuticals, Inc. and Bayer Schering Pharma, AG ("Bayer") will take the deposition upon oral examination of Suzanne Parisian, M.D., on March 17, 2010, commencing at 1:00 p.m., at Squires, Sanders & Dempsey L.L.P., Suite 1900 West Phillips Point, 777 South Flagler Drive, West Palm Beach, Florida 33401 Telephone 561-650-7200.

This notice is being issued pursuant to Case Management Orders entered in *In Re Trasylol Products Liability Litigation* – Southern District of Florida (Case No. 1:08-MD-01928); and will be cross-noticed in *In Re Trasylol Products Liability Litigation* – Superior Court of Connecticut (Case Nos. FST-CV-07-5007108-S; FST-CV-07-5007169-S; FST-CV-07-5007103-S; FST-CV-07-5007107-S; FST-CV-07-5007167-S; FST-CV-07-5007168-S; FST-CV-08-5007105-S; FST-CV-08-5007104-S); *In Re Trasylol Products Liability Litigation* – Court of Common Plea of Pennsylvania (June Term 2008, Case No. 005229); and *In Re Trasylol Products*

*Liability Litigation* - Superior Court of New Jersey (Case Nos. ALT-L-234-08; ALT-L-275-08; ALT-L-276-08; ALT-L-277-08; ALT-L-1415-08; ATL-L-579-09).

The deposition shall be recorded stenographically, and by videotape, and will continue from day to day until completed before a person duly authorized to administer oaths who is not counsel of record or interested in the events of this cause.  The oral examination is to be taken for purposes of discovery, or for use at trial, or for such other purposes as are permitted under the Federal Rules of Civil Procedure, or the local rules of the United States District Court for the Southern District of Florida, state and local rules of the Superior Court of Connecticut, or state and local rules of the Court of Common Plea of Pennsylvania and all Pretrial Orders and Case Management Orders entered by the Courts.

Dated:  March 8, 2010                                     Respectfully submitted,

*/s/  Barbara Bolton Litten*
Patricia E. Lowry (Florida Bar No. 332569)
Email: plowry@ssd.com
Barbara Bolton Litten (Florida Bar No. 91642)
Email: blitten@ssd.com
**SQUIRE, SANDERS & DEMPSEY L.L.P.**
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198
Telephone:  561-650-7120
Facsimile:   561-655-1509

*Attorneys for Defendants Bayer Corporation, Bayer HealthCare Pharmaceuticals, Inc., and Bayer Schering Pharma AG*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 8, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices Electronic Filing generated by CM/ECF or in some other authorized manner for those parties who are not authorized to received Notices of Filing electronically.

>  */s/ Barbara Bolton Litten*
>  Barbara Bolton Litten

## SERVICE LIST

### Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

James R. Ronca
Email: jronca@anapolschwartz.com
**ANAPOL, SCHWARTZ, WEISS, COHAN, FELDMAN & SMALLEY, P.C.**
1710 Spruce Street
Philadelphia, PA 19103
Telephone:  215-735-1130
Facsimile:   215-875-7758
*Co-Lead Counsel for Plaintiffs*

Theodore Babbitt
Email: tedbabbitt@babbitt-johnson.com
**BABBITT JOHNSON OSBORNE & LECLAINCHE, P.A**.
1641 Worthington Road, Suite 100
West Palm Beach, Florida 33409
Telephone:  561-684-2500
Facsimile:   561-684-6308
*Liaison Counsel for Plaintiffs*

Patricia E. Lowry
Florida Bar No. 332569
Email: plowry@ssd.com
**SQUIRE, SANDERS & DEMPSEY L.L.P.**
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198
Telephone:  561-650-7200
Facsimile:   561-655-1509
*Liaison Counsel for Defendants*

Scott Love
Email: slove@triallawfirm.com
**CLARK, DEAN & BURNETT, G.P.**
Lyric Center
440 Louisiana Street, Suite 1600
Houston, TX  77002
Telephone:  713-759-1400
Facsimile:   713-759-1217
*Co-Lead Counsel for Plaintiffs*

Neal Moskow
Email: neal@urymoskow.com
**URY & MOSKOW, LLC**
883 Black Rock Turnpike
Fairfield, CT 06825
Telephone:  203-610-6393
Facsimile:   203-610-6399
*Federal-State Liaison for Plaintiffs*