UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

IN RE TRASYLOL PRODUCTS LIABILITY
LITIGATION – MDL-1928

This Document Relates to:

*Bechara v. Bayer A.G. et al.*
Case No. 9:08-cv-80776-DMM
_____/

DEFENDANTS BAYER CORPORATION, BAYER HEALTHCARE
PHARMACEUTICALS, INC. AND BAYER SCHERING PHARMA AG'S
OBJECTIONS AND COUNTER-DESIGNATIONS TO PLAINTIFFS' DESIGNATIONS

Pursuant to Pretrial Order No. 6 and Rule 26(a)(3)(A)(i) of the Federal Rules of Civil Procedure, defendants hereby submit counter-designations and objections to the designations submitted by plaintiffs.

Defendants reserve the right to use any of plaintiffs' designations either as a counter-designation to the testimony presented at trial by plaintiffs or during defendants' case. Defendants also reserve the right not to introduce at trial any or all of their counter-designations. Defendants reserve the right to withdraw or amend their counter-designations based on the Court's evidentiary rulings or evidence presented at trial. The fact that defendants have counter-designated in response to objectionable designations is not a concession that the designation is admissible.

Defendants further reserve the right to serve counter-designations and objections to plaintiffs' designations of witnesses newly listed on plaintiffs' March 4, 2010 Sixth Amended

Disclosure of Fact Witnesses and Designations and to any other designations that might be submitted by plaintiffs in the future.

Defendants have attempted to avoid the counter-designation of attorney objections and expect that plaintiffs likewise will not present attorney objections included within their designations at trial.

Dated:  March 5, 2010

Respectfully submitted,

*/s/  Barbara Bolton Litten*
Patricia E. Lowry (Florida Bar No. 332569)
Email: plowry@ssd.com
Barbara Bolton Litten (Florida Bar No. 91642)
Email: blitten@ssd.com
**SQUIRE, SANDERS & DEMPSEY L.L.P.**
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198
Telephone:  561-650-7120
Facsimile:   561-655-1509

*Attorneys for Defendants Bayer Corporation, Bayer HealthCare Pharmaceuticals, Inc., and Bayer Schering Pharma AG*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March __, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se partied identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those parties who are not authorized to receive Notices of Filing electronically.

                                                  */s/ Barbara Bolton Litten*
                                                  Barbara Bolton Litten

## SERVICE LIST

### Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

James R. Ronca
Email: jronca@anapolschwartz.com
**ANAPOL, SCHWARTZ, WEISS, COHAN,
FELDMAN & SMALLEY, P.C.**
1710 Spruce Street
Philadelphia, PA 19103
Telephone:  215-735-1130
Facsimile:  215-875-7758
*Co-Lead Counsel for Plaintiff*

Theodore Babbitt
Email: tedbabbitt@babbitt-johnson.com
**BABBITT JOHNSON OSBORNE &
LECLAINCHE, P.A**.
1641 Worthington Road, Suite 100
West Palm Beach, Florida 33409
Telephone:  561-684-2500
Facsimile:  561-684-6308
*Liaison Counsel for Plaintiff*

Michael T. Gallagher
Email: rebeccam@gld-law.com
**THE GALLAGHER LAW FIRM**
2095 Sackett Street
Houston, TX  77098
Telephone:  713-222-8080
Facsimile:  713-222-0066
*Counsel for Plaintiff Naguib Bechara and Nabila Saad*

Tim K. Goss
Email: goss39587@aol.com
**FREESE & GOSS PLLC**
3031 Allen Street
Suite 100
Dallas , TX 75204
Telephone:
Facsimile:
**Counsel for** *Plaintiff Naguib Bechara and Nabila Saad*

Scott Love
Email: slove@triallawfirm.com
**CLARK, DEAN & BURNETT, G.P.**
440 Louisiana, Suite 1600
Houston, TX 77002
Telephone:  713-757-1400
Facsimile:  713-759-1217
*Co-Lead Counsel for Plaintiff*

Neal Moskow
Email: neal@urymoskow.com
**URY & MOSKOW, LLC**
883 Black Rock Turnpike
Fairfield, CT 06825
Telephone:  203-610-6393
Facsimile:  203-610-6399
*Federal-State Liaison for Plaintiff*

Tamara L. Banno
Email: tbanno@tlb-law.com
**TAMARA L BANNO PC
3031 Allen Street**
Suite 100
Dallas , TX 75204
Telephone:  214-761-6610
Facsimile:  214-761-6688
Email: tbanno@tlb-law.com
*Counsel for Plaintiff Naguib Bechara and Nabila Saad*

Patricia E. Lowry
Florida Bar No. 332569
Email: plowry@ssd.com
**SQUIRE, SANDERS & DEMPSEY L.L.P.**
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198
Telephone: 561-650-7200
Facsimile:  561-655-1509
*Liaison Counsel for Defendants*

4