IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

IN RE TRASYLOL PRODUCTS LIABILITY
LITIGATION – MDL-1928

THIS DOCUMENT RELATES TO ALL ACTIONS

**PLAINTIFFS' SECOND REVISED NOTICE OF ORAL AND VIDEOTAPED DEPOSITION OF LAURIE SIMPSON**

PLEASE TAKE NOTE that, pursuant to Federal Rule of Civil Procedure 30, 30(b)(5) and other applicable Federal Rules of Civil Procedure, Plaintiffs hereby give notice of intention to take the Oral and Videotaped Deposition of Laurie Simpson. The deposition will be taken before a person duly authorized to administer oaths and will be recorded by videotape and stenographically, commencing on Friday, March 12, 2010, beginning at 9:30 a.m. at the law offices of Olshan, Grundman, Frome, Rosenzweig & Wolosky, LLP, Park Avenue Tower, 65 East 55th Street, New York, New York, 10022. The deposition will continue day to day until complete. The deposition will be for the purposes of discovery, cross-examination and any other purposes permitted by the Federal Rules of Civil Procedure, the local rules for the USDC for the Southern District of Florida and all Pre-Trial Orders and Case Management Orders entered by the Court. Such deposition may be used at the time of trial. Deponent is hereby requested to produce the documents identified on Exhibit "A".

    Respectfully submitted,


    **ANAPOL, SCHWARTZ, WEISS, COHAN,**
    **FELDMAN AND SMALLEY, P.C.**


BY: */s/ James R. Ronca*_____
    JAMES R. RONCA, ESQUIRE
    I.D. NO. 25631
    1710 Spruce Street
    Philadelphia, PA 19103
    Phone: (215) 735-1130
    Fax: (215) 875-7758
    Attorney For Plaintiffs
    jronca@anapolschwartz.com