UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

IN RE TRASYLOL PRODUCTS LIABILITY
LITIGATION – MDL-1928

This Document Relates to:

*Naguib Bechara, et al.* v. *Bayer Corp., et al.*,
Case No. 9:08-cv-80776
_____/

**PROPOSED AGENDA FOR MARCH 15, 2010, PRETRIAL CONFERENCE**

Plaintiffs and Defendants jointly submit the following agenda items for consideration at the March 15, 2010, pretrial conference:

1. Oral argument on Defendants' Motion for Summary Judgment (D.E. 4019).

2. Defendants request oral argument at the pretrial conference on the following motions:

    a. Plaintiffs' Motion *in Limine* to Exclude Evidence of Settlement Agreement and Plaintiffs' Position in Prior Arbitration Proceeding (D.E. 4378);

    b. Plaintiffs' Motion *in Limine* to Preclude Cross-Examination of Plaintiffs' Expert Over Opinions in Prior Arbitration Proceeding and to Exclude Any Evidence of Those Opinions (D.E. 4379).

3. Plaintiffs request oral argument at the pretrial conference on the following motions:

    a. Defendants' Motion *in Limine* to Exclude Argument, Evidence and Testimony Not Relevant to the Assessment of Punitive Damages (D.E. 4258);

    b. Defendants' Motion in Limine to Exclude Evidence and Argument Alleging that Bayer Provided Inadequate or Incomplete Data to the Federal Food and Drug Administration (D.E. 3994);

   c. Defendants' Motion *in Limine* to Exclude Evidence and Argument Regarding Alleged Off-Label Promotion of Trasylol (D.E. 4259);

   d. Defendants' Motion *in Limine* to Exclude Evidence or Argument Regarding Unrelated Alleged Wrongful Acts (D.E. 4261);

   e. Defendants' Motion *in Limine* to Exclude Evidence and Argument that Bayer had a Duty to Comparatively Test Trasylol (D.E. 4264);

   f. Defendants' Motion *in Limine* to Exclude Evidence and Argument Regarding Animal-Based Pharmacological Studies to Prove Causation (D.E. 4266);

   g. Defendants' Motion *in Limine* to Exclude Expert Medical Testimony by Lay Witnesses (D.E. 4267);

   h. Defendants' Motion *in Limine* to Exclude Evidence and Argument Regarding Irrelevant Marketing Materials (D.E. 4268);

   i. Defendants' Motion *in Limine* to Exclude Evidence, Testimony, and Argument Regarding Adverse Event Reports to Prove Causation or Comparative Risk (D.E. 4272);

 4. Identification of motions on which defendants request a ruling before opening statements, which at this time includes:

   a. Defendants' Motion for Summary Judgment (D.E. 4019);

   b. Plaintiffs' Motion *in Limine* to Exclude Evidence of Settlement Agreement and Plaintiffs' Position in Prior Arbitration Proceeding (D.E. 4378);

   c. Plaintiffs' Motion *in Limine* to Preclude Cross-Examination of Plaintiffs' Expert Over Opinions in Prior Arbitration Proceeding and to Exclude Any Evidence of Those Opinions (D.E. 4379);

   d. Plaintiffs' Motion *in Limine* Omnibus to Exclude Evidence and Argument related to Certain Issues and/or Request for Limiting Instructions, Sections M, T, and U (D.E. 4377);

   e. Defendants' Motion to Exclude Testimony of Plaintiffs' Expert Suzanne Parisian, M.D. (D.E. 3065);

   f. Defendants' Motion to Exclude Testimony of Plaintiffs' Expert Mark Dershwitz, M.D., Ph.D. (D.E. 3064);

   g. Defendants' Motion to Exclude Plaintiff's Life Care Planning Expert (D.E. 4017).

5. Identification of motions on which plaintiffs request a ruling before opening statements, which at this time includes:

    a. Defendants' Motion *in Limine* to Exclude Argument, Evidence and Testimony Not Relevant to the Assessment of Punitive Damages (D.E. 4258);

    c. Defendants' Motion *in Limine* to Exclude Evidence and Argument Regarding Alleged Off-Label Promotion of Trasylol (D.E. 4259);

    d. Defendants' Motion *in Limine* to Exclude Evidence or Argument Regarding Unrelated Alleged Wrongful Acts (D.E. 4261);

    e. Defendants' Motion *in Limine* to Exclude Evidence and Argument Regarding Animal-Based Pharmacological Studies to Prove Causation (D.E. 4266);

    f. Defendants' Motion *in Limine* to Exclude Evidence, Testimony, and Argument Regarding Adverse Event Reports to Prove Causation or Comparative Risk (D.E. 4272);

    g. Defendants' Motion *in Limine* to Exclude Evidence, Testimony, and Argument that Bayer Provided Inadequate or Incomplete Data to the Federal Food and Drug Administration (D.E. 3994).

6. Identification of motions which have been withdrawn or resolved by agreement, which at this time includes:

    a. Defendants' Motion *in Limine* to Exclude Evidence, Testimony, and Argument Regarding World War II and Germany's Nazi Past (D.E. 4244) (resolved by agreement);

    b. Defendants' Motion *in Limine* to Exclude Evidence or Testimony Regarding "Moral Duties" and "Business Ethics" (D.E. 4270) (resolved by agreement);

    c. Defendants' Motion *in Limine* To Exclude Additional Irrelevant and Unfairly Prejudicial Evidence or Argument, Sections 1, 3, 4, 5, 6, 7 (D.E. 4245) (resolved by agreement);

    d. Defendants' Motion *in Limine* to Exclude Evidence and Argument Regarding Injuries Not at Issue in a Given Case (D.E. 4273) (withdrawn);

    e. Defendants' Motion *in Limine* to Exclude Evidence or Argument Relating to the BART Mortality Finding and Subsequent Remedial Measures (D.E. 4274) (withdrawn);

    f.  Plaintiffs' Motion *in Limine* Omnibus to Exclude Evidence and Argument related to Certain Issues and/or Request for Limiting Instructions, Sections K, V, and DD (D.E. 4377) (withdrawn).

 7. Issues related to the presentation of witnesses, deposition designations, exhibits, and conduct of trial.

March 11, 2010        Respectfully submitted,

          */s/ Theodore Babbitt*
          Theodore Babbitt
          Florida Bar No. 0091146
          E-mail: tedbabbitt@babbitt-johnson.com
          **BABBITT, JOHNSON, OSBORNE & LECLAINCHE, P.A.**
          1641 Worthington Road, Suite 100
          West Palm Beach, FL 33409
          Telephone:  561-684-2500
          Facsimile:  561-684-6308

          ***Liaison Counsel for Plaintiffs***

          */s/ Barbara Bolton Litten*
          Patricia E. Lowry (Florida Bar No. 332569)
          Email: plowry@ssd.com
          Barbara Bolton Litten (Florida Bar No. 91642)
          Email: blitten@ssd.com
          **SQUIRE, SANDERS & DEMPSEY L.L.P.**
          1900 Phillips Point West
          777 South Flagler Drive
          West Palm Beach, FL 33401-6198
          Telephone:  561-650-7120
          Facsimile:  561-655-1509

          ***Liaison Counsel for Defendants***

**CERTIFICATE OF SERVICE**

I hereby certify that on March 11, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Barbara Bolton Litten*
Barbara Bolton Litten

**SERVICE LIST**

**In re Trasylol Products Liability Litigation – MDL-1928**
**Case No. 9:08-cv-80776-MIDDLEBROOKS/JOHNSON**

**United States District Court**
**Southern District of Florida**

James R. Ronca
Email: jronca@anapolschwartz.com
**ANAPOL, SCHWARTZ, WEISS, COHAN, FELDMAN & SMALLEY, P.C.**
1710 Spruce Street
Philadelphia, PA 19103
Telephone:  215-790-4584
Facsimile:  215-875-7701
*Co-Lead Counsel for Plaintiffs*

Scott A. Love
Email:  slove@triallawfirm.com
**CLARK, DEAN & BURNETT, G.P.**
Lyric Center
440 Louisiana Street, Suite 1600
Houston, TX  77002
Telephone:  713-757-1400
Facsimile:  713-759-1217
*Co-Lead Counsel for Plaintiffs*

Theodore Babbitt
Email: tedbabbitt@babbitt-johnson.com
**BABBITT JOHNSON OSBORNE & LECLAINCHE, P.A.**
1641 Worthington Road, Suite 100
West Palm Beach, FL 33409
Telephone:  561-684-2500
Facsimile:  561-684-6308
*Liaison Counsel for Plaintiffs*

Neal L. Moskow
Email: neal@urymoskow.com
**URY & MOSKOW, LLC**
883 Black Rock Turnpike
Fairfield, CT 06825
Telephone:  203-610-6393
Facsimile:  203-610-6399
*Federal-State Liaison for Plaintiffs*

Joseph A. Osborne
Email:  jaosborne@babbitt-johnson.com
**BABBITT JOHNSON OSBORNE & LECLAINCHE, P.A.**
1641 Worthington Road, Suite 100
West Palm Beach, FL 33409
Telephone:  561-684-2500
Facsimile:  561-684-6308
*Counsel for Plaintiffs Bechara & Saad*

Michael T. Gallagher
Email: rebeccam@gld-law.com
**THE GALLAGHER LAW FIRM**
2095 Sackett Street
Houston, TX 77098
Telephone:  713-222-8080
Facsimile:  713-222-0066
*Counsel for Plaintiff Naguib Bechara*

<div style="display: flex;">
<div>

Patricia E. Lowry
Florida Bar No. 332569
Email: plowry@ssd.com
**SQUIRE, SANDERS & DEMPSEY L.L.P.**
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198
Telephone: 561-650-7200
Facsimile: 561-655-1509
*Liaison Counsel for Defendants*

</div>
<div>

Tim K. Goss
Email: goss39587@aol.com
Tamara L. Banno
Email: tbanno@tlb-law.com
**FREESE &GOSS PLLC**
3031 Allen Street
Suite 100
Dallas, TX 75204
Telephone: 214-761-6610
Facsimile: 214-761-6688
*Counsel for Plaintiff Naguib Bechara*

</div>
</div>