UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

IN RE TRASYLOL PRODUCTS LIABILITY
LITIGATION – MDL-1928

This Document Relates to:

*Anna E. Bryant v. Bayer Corp., et al.*,
Case No. 9:08-cv-80868
_____/

## NOTICE OF SETTLEMENT

Pursuant to Rule 16.2.F.2 of the Local Rules for the Southern District of Florida, Plaintiff Anna E. Bryant and Defendants Bayer Corporation, Bayer HealthCare Pharmaceuticals Inc., and Bayer Schering Pharma AG, as successor in interest to Bayer HealthCare AG, hereby jointly notify the Court that they reached a settlement agreement at mediation on March 2, 2010. Appropriate dismissal papers concluding this case will be filed with the Court after execution of settlement documents.

Dated:  March 12, 2010                                  Respectfully submitted,

| | |
|---|---|
| */s/ Neal L. Moskow* | */s/ Barbara Bolton Litten* |
| Neal L. Moskow | Patricia E. Lowry |
| Email: neal@urymoskow.com | Florida Bar No. 332569 |
| **URY & MOSKOW, LLC** | E-mail: plowry@ssd.com |
| 883 Black Rock Turnpike | Barbara Bolton Litten |
| Fairfield, CT 06825 | Florida Bar No. 91642 |
| Telephone: 203-610-6393 | E-mail: blitten@ssd.com |
| Facsimile: 203-610-6399 | **SQUIRE, SANDERS & DEMPSEY L.L.P.** |
| | 1900 Phillips Point West |
| David Matthews | 777 South Flagler Drive |
| Email: dmatthews@thematthewslawfirm.com | West Palm Beach, FL  33401-6198 |
| **MATTHEWS & ASSOCIATES** | Telephone: 561-650-7200 |
| 2905 Sackett Street | Facsimile: 561-655-1509 |
| Houston, TX 77098 | |
| Telephone: 713-222-8080 | |
| Facsimile: 713-535-7184 | |
| **Counsel for Plaintiff Anna Bryant** | |

Philip S. Beck
Email:  philip.beck@bartlit-beck.com
Steven E. Derringer
Email:  steven.derringer@bartlit-beck.com
**BARTLIT BECK HERMAN PALENCHAR
& SCOTT LLP**
54 W. Hubbard Street, Suite 300
Chicago, IL  60603
Telephone:  312-494-4400
Facsimile:   312-494-4440

Eugene A. Schoon
Email:  eschoon@sidley.com
Catherine Valerio Barrad
Email: cbarrad@sidley.com
**SIDLEY AUSTIN LLP**
One South Dearborn Street
Chicago, Illinois 60603
Telephone:  312-853-7000
Facsimile:   312-853-7036

Susan Artinian
Email:  sartinian@dykema.com
Daniel Stephenson
Email:  dstephenson@dykema.com
**DYKEMA GOSSETT PLLC**
400 Renaissance Center
Detroit, MI  48243
Telephone:  313-268-9788
Facsimile:   313-568-6658

Richard K. Dandrea
Email:  rdandrea@eckertseamans.com
**ECKERT SEAMANS CHERIN & MELLOTT, LLC**
USX Tower, 600 Grant St., 44th Floor
Pittsburgh, PA.  15219
Telephone:  412-566-6000
Facsimile:   412-566-6099

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 12, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                            */s/ Barbara Bolton Litten*
                                            Barbara Bolton Litten

# SERVICE LIST

## In re Trasylol Products Liability Litigation – MDL-1928
### Case No. 9:08-cv-80868-MIDDLEBROOKS/JOHNSON

### United States District Court
### Southern District of Florida

James R. Ronca
Email: jronca@anapolschwartz.com
**ANAPOL, SCHWARTZ, WEISS, COHAN, FELDMAN & SMALLEY, P.C.**
1710 Spruce Street
Philadelphia, PA 19103
Telephone:  215-790-4584
Facsimile:  215-875-7701
*Co-Lead Counsel for Plaintiffs*

Theodore Babbitt
Email: tedbabbitt@babbitt-johnson.com
**BABBITT JOHNSON OSBORNE & LECLAINCHE, P.A**.
1641 Worthington Road, Suite 100
West Palm Beach, FL 33409
Telephone:  561-684-2500
Facsimile:  561-684-6308
*Liaison Counsel for Plaintiffs*

Patricia E. Lowry
Florida Bar No. 332569
Email: plowry@ssd.com
**SQUIRE, SANDERS & DEMPSEY L.L.P.**
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198
Telephone:  561-650-7200
Facsimile:  561-655-1509
*Liaison Counsel for Defendants*

Scott A. Love
Email:  slove@triallawfirm.com
**CLARK, DEAN & BURNETT, G.P.**
Lyric Center
440 Louisiana Street, Suite 1600
Houston, TX  77002
Telephone:  713-757-1400
Facsimile:  713-759-1217
*Co-Lead Counsel for Plaintiffs*

Neal L. Moskow
Email: neal@urymoskow.com
**URY & MOSKOW, LLC**
883 Black Rock Turnpike
Fairfield, CT 06825
Telephone:  203-610-6393
Facsimile:  203-610-6399
*Federal-State Liaison for Plaintiffs and Counsel for Plaintiff Anna Bryant*

David Matthews
Email:  dmatthews@thematthewslawfirm.com
**MATTHEWS & ASSOCIATES**
2905 Sackett Street
Houston, TX 77098
Telephone:  713-222-8080
Facsimile:  713-535-7184
*Counsel for Plaintiff Anna Bryant*