UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

IN RE: TRASYLOL PRODUCTS LIABILITY
LITIGATION – MDL – 1928

This Document Relates to:

MELISSA MORRILL, ON BEHALF OF THE
ESTATE OF WILLIAM CYRUS MORRILL,

    Plaintiff,

v.

BAYER CORPORATION, et al.,

    Defendants.
_____/

**PLAINTIFF MELISSA MORRILL'S
AMENDED RULE 26(a)(3)(A)(i), (ii) WITNESS LIST**

Plaintiff, Melissa Morrill, on behalf of the estate of William Cyrus Morrill ("Plaintiff"), respectfully submits the following Witness List, pursuant to Federal Rule of Civil Procedure 26(a)(3)(A)(i), (ii). Included herein are the names of those fact witnesses who Plaintiff expects to call, live or by deposition, and the names of those fact witnesses who Plaintiff may call if the need arises. Plaintiff reserves the right to supplement these Pretrial Disclosures as is necessary, and she reserves the right to call any witness listed on Defendants' Rule 26(a)(3)(A)(i), (ii) Witness List.

**A.**     **Witnesses Plaintiff Expects to Call.**

    1.     The following are fact witnesses who Plaintiff intends to call at trial:

        a.     Melissa Morrill
                c/o John D. Goldsmith
                Trenam Kemker
                101 East Kennedy Blvd., Suite 2700
                Tampa, FL   33602

    b.    Marc S. Weinberg, M.D.
          One Randall Square, Suite 304
          Providence, RI   02904

    c.    Brenda Mulder
          Mulder and Eastridge Economists, Inc.
          4613 W. North A Street
          Tampa, FL  33609

    d.    Chirag R. Parikh, M.D., PhD, FACP, FASN
          Clinical Epidemiology Research Center
          950 Campbell Ave., Mail Code 151 B
          West Haven, CT   06516

    e.    Suzanne Parisian, M.D.
          MD Assist, Inc.
          7117 N. 3rd Street
          Phoenix, AZ   85020

    f.    Mark J. Eisenberg, M.D., MPH, FACC
          Professor of Medicine
          Division of Cardiology and Clinical Epidemiology
          Jewish General Hospital/McGill University
          3755 Cote Ste. Catherine Road/Suite A-118
          Montreal, Quebec H3T 1ET
          Canada

2.    The following individuals are fact witnesses who Plaintiff intends to call and who are present or past employees of one or more of the Defendants and whose identity and addresses are therefore known to them:

    a.    Pam Cyrus

    b.    Ed Tucker

    c.    Michael Rozycki

    d.    Paul McCarthy

    e.    Michael Devoy

    f.    Kernal Malik

    g.    Valentine Pascale

h. Thomas Chin

i. Valerie Pierpont

j. Denise Neal

k. Margaret Foley

l. John Lettieri

m. Robert Harrison

n. William Shank

o. Marc Jensen

p. Karen Denton

q. Felix Monteagudo

r. Anita Shah

s. Joseph Scheeren

t. Jennifer Maurer

u. Terry Taylor

v. Steven Zaruby

w. Mitch Trujillo

x. Franz Wingen

y. Reinhard Fesharek

z. Kate Sheffield-Motiker

aa. George Holder

bb. Stanley Horton

cc. Jeff Bova

dd. Savaramakrishan Balakrishman

ee. Matt Skoronsky

| | |
|---|---|
| ff. | Kuno Sprenger |
| gg. | Tomasz Dyszynski |
| hh. | Ernst Weidman |
| ii. | Maz Wegner |
| jj. | Meredith Fischer |
| kk. | Allen Heller |
| ll. | Edward Sypriewski |
| mm. | Debra Hudgins |
| nn. | Susan Johnston |
| oo. | Hilda Dizon |
| pp. | Eleonora Goldberg |
| qq. | David Stocker |
| rr. | Daniel Stamps |
| ss. | Nahid Dolkhani |
| tt. | James Sadler |
| uu. | Samuel Ray |
| vv. | Mark Curran, Sales Representative |
| ww. | James Darnell, Sales Representative |
| xx. | Nicole Gazzo, Sales Representative |
| yy. | Any corporate representatives, sales representatives, persons most knowledgeable, persons with knowledge of relevant facts, employees or ex-employees of any of the Defendants who are known or will become known over the course of discovery. |

      zz.    Any physician, nurse, healthcare professional, or other person listed or identified in the medical records, discovery, and/or other documents provided by Plaintiff to Defendants to date and throughout the remaining discovery period.

**B.**    **Witnesses Plaintiff May Call if Need Arises.**

1. Curt Daniel Furberg, M.D., PhD
   Division of Public Health Sciences
   Wake Forest University School of Medicine
   Medical Center Boulevard
   Winston-Salem, NC   27157

2. Mark J.S. Heath, M.D.
   Assistant Professor of Clinical Anesthesiology
   Department of Anesthesiology
   Division of Cardiothoracic Anesthesia
   Milstein Hospital Building 4GN
   177 Fort Washington Avenue
   New York, NY   10032

3. Gary Toback, M.D., PhD
   Professor of Medicine and Cell Physiology
   The University of Chicago
   Department of Medicine, MC 5100
   5841 South Maryland Avenue
   Chicago, IL   60637-1463

4. Luca A. Vricella, M.D., FACS, FEACTS
   Associate Professor of Surgery
   Pediatric and Adult Cardiac Surgery
   The Johns Hopkins Hospital
   600 North Wolfe Street
   Blalock 618
   Baltimore, MD   21287-4618

5. Mark Dershwitz, M.D., PhD
   33 Wildwood Drive
   Sherborn MA  01770

6. Thomas F. Kelly M.D.
   1880 Arlington St., Suite 103
   Sarasota, FL   34239

7. Domenick Cover, M.D.
   1921 Waldemere St., Suite 413
   Sarasota, FL   34239

8. Tom Sheehy
   (Address unknown at this time).

9. Carol Turgeon
   16023 Murfield
   Odessa, FL   33556

10. William Ragan
    521 Lakeview Heights Drive
    Howard, OH   43028

11. Denise "Danny" Morrill
    128 Double Eagle Glee
    El Condido, CA   92026

12. John Nizwek
    400 E. Randolph
    Chicago, IL   60601

13. Thomas K. Dudenhoeffer, M.D.
    7721 Holiday Drive, South
    Sarasota, FL   34239

14. Howard D. Diener, M.D.
    3920 Bee Ridge Road, Suite C-C
    Sarasota, FL   34233

15. Douglas S. Spriggs, M.D.
    Clearwater Cardiovascular
    455 Pinellas St # 400
    Clearwater, FL   33756

16. John Swisher, M.D.
    3920 Bee Ridge Road, Suite C-C
    Sarasota, FL   34239

17. Michael Barron, M.D.
    1540 S. Tamiami Trial
    Sarasota, FL   34239

18. Martin Beggs, M.D.
    1435 S. Osprey Ave., Suite 200
    Sarasota, FL   34239

19. N. Matthew Koshy, M.D.
    1540 S. Tamiami Trail
    Sarasota, FL   34239

20. Dennis T. Mangano, Ph.D.
    1111 Bayhill Drive, Suite 480
    San Bruno, CA   94066

21. Jerrold Levy, M.D.
    Emory University Hospital
    1365 Clifton Road, NE
    Atlanta, GA   30322

22. John H. Lemmer, Jr., M.D.
    The Oregon Clinic
    2222 N. West Lovejoy St., Suite 315
    Portland, OR   97210

23. Steven E. Hill, M.D.
    Duke University Medical Center
    DUMC 3094
    Durham, NC  27710

24. David Bull, M.D.
    University of Utah Hospital
    50 N. Medical Drive
    Salt Lake City, UT   84132

25. David A. Sump, Ph.D.
    Dept. of Cardiothoracic Anesthesia
    Wake Forest-Baptist Medical Center
    Winston Salem, NC   27157

26. Robert S. Poston, M.D.
    Boston Medical Center
    Robinson 402
    88 E. Newton St.
    Boston, MA   02118

27. Peter K. Smith, M.D.
    Duke University Medical Center
    DUMC 3442
    Durham, NC   27710

28. David Royston, M.D.
    Dept. of Anesthetics Harefield
    Middlesex UB9 6JH
    United Kingdom

29. Alexander Walker, Ph.D.
    Harvard School of Public Health
    677 Huntington Avenue
    Kresge Building Room 908B
    Boston, MA   02115

30. David C. Kress, M.D.
    St. Lukes Medical Center
    2901 W. Kinnickinnic River Pkwy., Suite 511
    Milwaukee, WI   53215

Respectfully submitted,

/s/ Amy L. Drushal
JOHN D. GOLDSMITH
Florida Bar No. 444278
AMY L. DRUSHAL
Florida Bar No. 546895
TRENAM, KEMKER, SCHARF, BARKIN,
 FRYE, O'NEILL & MULLIS, P.A.
101 E. Kennedy Blvd., Suite 2700
Tampa, FL   33602
Tel:  813-223-7474
Fax:  813-229-6553
Attorneys for Melissa Morrill

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy hereof has been furnished the Court's CM/ECF system and/or U.S. Mail to the attached Service List, this 12th day of March, 2010.

/s/ Amy L. Drushal
Attorney

# SERVICE LIST

### Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

James R. Ronca
Email: jronca@anapolschwartz.com
ANAPOL, SCHWARTZ, WEISS, COHAN, FELDMAN & SMALLEY, P.C.
1710 Spruce Street
Philadelphia, PA 19103
Telephone: 215-735-1130
Facsimile: 215-875-7758
Co-Lead Counsel for Plaintiff

Theodore Babbitt
Email: tedbabbitt@babbitt-johnson.com
BABBITT JOHNSON OSBORNE & LECLAINCHE, P.A.
1641 Worthington Rd., Suite 100
West Palm Beach, FL  33409-6706
Telephone: 561-684-2500
Facsimile: 561-684-6308
Liaison Counsel for Plaintiff

Patricia E. Lowry
Email: plowry@ssd.com
Guy E. Motzer
Email: gmotzer@ssd.com
Barbara Bolton Litten
Email: blitten@ssd.com
SQUIRE, SANDERS & DEMPSEY L.L.P.
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198
Telephone: 561-650-7200
Facsimile: 561-655-1509
Attorneys for Defendants Bayer Pharmaceuticals Corporation, Bayer HealthCare AG, Bayer HealthCare LLC and Bayer AG

Scott Love
Email: slove@triallawfirm.com
CLARK, DEAN & BURNETT, G.P.
440 Louisiana, Suite 1600
Houston, TX 77002
Telephone: 713-757-1400
Facsimile: 713-759-1217
Co-Lead Counsel for Plaintiff

Neal Moskow
Email: neal@urymoskow.com
URY & MOSKOW, LLC
883 Black Rock Turnpike
Fairfield, CT 06825
Telephone: 203-610-6393
Facsimile: 203-610-6399
Federal-State Liaison for Plaintiff

Philip S. Beck
Email:  bill.balachowski@bartlit-beck.com
Steven E. Derringer
Email: steven.derringer@bartlit-beck.corn
Shayna Cook
Email: shayna.cook@bartlit-beck.com
BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
Courthouse Place
54 West Hubbard Place, Suite 300
Chicago, IL 60610
Telephone: 312-494-4400
Facsimile: 312-494-4440

<div style="columns:2">

Eugene A. Schoon
Email: schoon@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone: 312-853-7000
Facsimile: 312-853-7036

Richard K. Dandrea
Email: rdandrea@eckertseamans.com
ECKERT SEAMANS CERIN
 & MELLOTT LLC
600 Grant Street, 44th
Floor Pittsburgh, PA 15219
Telephone: 412-566-6000
Facsimile: 412-566-6099

</div>

4198063v1