UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

IN RE TRASYLOL PRODUCTS LIABILITY
LITIGATION – MDL-1928

*Mordecai* v. *Bayer Corporation et al.*,
Case No. 9:08-cv-80781

**DEFENDANTS' AMENDED RULE 26(a)(3)(A)(i) WITNESS LIST**

Pursuant to Pretrial Order No. 6 and Rule 26(a)(3)(A)(i) of the Federal Rules of Civil Procedure, Defendants hereby submit the following list of witnesses that they expect to call or may call (in person or by preserved testimony) as follows:

1. The following individuals are those that Defendants expect to call (in person or by preserved testimony) at trial:

     a. Pam Cyrus, M.D.

     b. Constantine Athanasuleas, M.D.

     c. Richard Lylerly, M.D.

     d. Robert R. Fenichel, M.D., Ph.D. or J. Paul Waymack, M.D., Sc.D.

     e. H. David Humes, M.D.

     f. Henry Rosenberg, M.D.

     g. Donald R. Williams, M.D.

     h. William S. Weintraub, M.D.

2. The following individuals are those that defendants may call (in person or by preserved testimony) at trial:

> All Witnesses listed in Sections A and E of Plaintiff's Rule 26(a)(3)(A)(i) Witness List served on March 1, 2010, as those that plaintiff "expects to call," if not included above.

Defendants reserve the right to amend and supplement this disclosure as necessary.

DATED: March 12, 2010

Respectfully submitted,

*/s/ Barbara Bolton Litten*
Patricia E. Lowry (Florida Bar No. 332569)
Email: plowry@ssd.com
Barbara Bolton Litten (Florida Bar No. 91642)
Email: blitten@ssd.com
**SQUIRE, SANDERS & DEMPSEY L.L.P.**
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198
Telephone: 561-650-7120
Facsimile: 561-655-1509

*Attorneys for Bayer Defendant*

**CERTIFICATE OF SERVICE**

I certify that on March 12, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

          */s/  Barbara Bolton Litten*
          Barbara Bolton Litten

## SERVICE LIST
### Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON
### Case No. 9:08-cv-80781

James R. Ronca
Email: jronca@anapolschwartz.com
**ANAPOL, SCHWARTZ, WEISS, COHAN, FELDMAN & SMALLEY, P.C.**
1710 Spruce Street
Philadelphia, PA 19103
Telephone:  215-735-1130
Facsimile:  215-875-7758
*Co-Lead Counsel for Plaintiffs*

Theodore Babbitt
Email: tedbabbitt@babbitt-johnson.com
**BABBITT JOHNSON OSBORNE & LECLAINCHE, P.A**.
1641 Worthington Road, Suite 100
West Palm Beach, FL 33409
Telephone:  561-684-2500
Facsimile:  561-684-6308
*Liaison Counsel for Plaintiffs*

Patricia E. Lowry
Florida Bar No. 332569
Email: plowry@ssd.com
**SQUIRE, SANDERS & DEMPSEY L.L.P.**
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198
Telephone:  561-650-7200
Facsimile:  561-655-1509
*Liaison Counsel for Defendants*

Leslie Ann Caldwell
Email:  LAC@lusklaw.com
**LUSK, LUSK, DOWDY & CALDWELL, PC**
2100 Highland Avenue, Suite 410
Birmingham, AL  35205
Telephone:  205-933-7090
Facsimile:  205-933-7099
*Attorneys for Plaintiff*

Scott Love
Email: slove@triallawfirm.com
**CLARK, DEAN & BURNETT, G.P.**
Lyric Center
440 Louisiana Street, Suite 1600
Houston, TX  77002
Telephone:  713-759-1400
Facsimile:  713-759-1217
*Co-Lead Counsel for Plaintiffs*

Neal Moskow
Email: neal@urymoskow.com
**URY & MOSKOW, LLC**
883 Black Rock Turnpike
Fairfield, CT 06825
Telephone:  203-610-6393
Facsimile:  203-610-6399
*Federal-State Liaison for Plaintiffs*

H.F. Salsbery
Email: hsalsbery@fbtlaw.com
Eric B. Snyder
Email: esnyder@baileyglasser.com
Kerrie Wagoner Boyle
Email: kboyle@baileyglasser.com
P. Gregory Haddad
Email: fcaruthers@baileyglasser.com
**BAILEY & GLASSER, LLP**
227 Capitol Street
Charleston, WV 25301
Telephone:  304-345-6555
Facsimile:  304-342-1110
*Attorneys for Plaintiff*