UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

|  |  |
|---|---|
| IN RE TRASYLOL PRODUCTS LIABILITY LITIGATION – MDL-1928 | ) ) ) ) |
| THIS DOCUMENT RELATES TO: | ) ) ) |
| *Linda Mordecai v. Bayer Corp., et al.*, Case No. 9:08-cv-80781-DMM | ) ) ) ) |

**STATEMENT OF MATERIAL FACTS PURSUANT TO LOCAL RULE 7.5.C
IN SUPPORT OF BAYER'S MOTION FOR SUMMARY JUDGMENT**

1.      This Court has subject matter jurisdiction under 28 U.S.C. § 1332 in that the amount in controversy exceeds $75,000, exclusive of interest and costs, and is between a citizen of one state and citizens of different states and a foreign state.  Amended Complaint (D.E. 2-2 in 9:08-cv-80781) ("Am. Compl.") ¶ 1.

2.      Plaintiff, Linda Mordecai, as Administratrix of the Estate of Michael Mordecai, deceased, is, and was when she filed this lawsuit, a citizen of Alabama.  *Id.* ¶ 4.

3.      Defendant Bayer Corporation is an Indiana corporation with its principal place of business in Pennsylvania, and thus is a citizen of Indiana and Pennsylvania.  Defendant Bayer HealthCare LLC is a limited liability company whose sole member is Bayer Corporation; thus it shares the citizenship of Bayer Corporation.  Defendant Bayer HealthCare Pharmaceuticals Inc. is a Delaware corporation with its principal place of business in New Jersey, and thus is a citizen of Delaware and New Jersey.  Defendant Bayer HealthCare AG is a German corporation with its principal place of business in Germany, and thus is a citizen of Germany.  *See generally* Bayer

Corporation's Answer and Additional Defenses to Plaintiff's Complaint (filed in Northern District of Alabama before transfer to this Court, D.E. 18, No. 2:08-cv-847-IPJ).

4.      Mr. Mordecai underwent cardiopulmonary bypass graft (CABG) surgery at Carraway Methodist Medical Center in Birmingham, Alabama, on October 10, 2006.  Med. Recs. (Ex. G) at PFS-129-30.  Mr. Mordecai received Trasylol during the surgery.  *Id.* at PFS-104, 143.

5.      CABG is inherently risky surgery.  *See* Deposition of Richard J. Quigg, M.D. ("Quigg Dep.") (Ex. C) at 77:23-78:15 (testifying that there is up to a 20 percent background risk of kidney damage, including renal failure, associated with the procedure); *id.* at 79:12-20; Deposition of Constantine Athanasuleas, M.D. ("Athanasuleas Dep.") (Ex. A) at 60:8-62:24, 80:9-82:25 (discussing CABG risks).  In particular, the bypass machine "cannot perfectly simulate natural blood flow to the kidneys" and "transient episodes of high and low blood pressure" result which, compounded by the body's stress response to the surgery itself, "can be deleterious to the kidney function."  *Id.* at 80:23-82:5.

6.      Mr. Mordecai previously had CABG surgery in 1990 after he was diagnosed with coronary artery disease with 90% bilateral stenosis.  Med. Recs. (Ex. G) at MCE-19-20. Following that procedure, his cardiac condition continued to worsen; in 2001, for instance, he was diagnosed with peripheral vascular disease, which raised his risk of post-operative complications following his 2006 surgery.  *See* Med. Recs. (Ex. G) at CarrMethMC-MD-65-66, PBMCtr-MD-15-16, PFS-129; Athanasuleas Dep. (Ex. A) at 38:4-39:8.

7.      As a repeat CABG patient, Mr. Mordecai's 2006 procedure carried a greatly increased risk of surgical complications, including renal failure and death.  *See* Quigg Dep. (Ex. C) at 319:13-17; Deposition of Dianne L. Zwicke, M.D. ("Zwicke Dep.") (Ex. B) at 120:13-

15; Athanasuleas Dep. (Ex. A) at 39:9-21, 41:13-15; *see generally* Med. Recs. (Ex. G) at MCE-MD-10.

8.     Mr. Mordecai had a family history of diabetes, myocardial infarction, hypertension, and strokes.  *See* Deposition of Linda Mordecai ("Mordecai Dep.") (Ex. E) at 54:20-58:7.  This also increased the risk of complications during his 2006 CABG surgery.  *See*, *e.g.*, Athanasuleas Dep. (Ex. A) at 49:3-19.

9.     Mr. Mordecai had uncontrolled hypertension, or high blood pressure, for nearly a decade before his surgery, *see* Med. Recs. (Ex. G) at PBMCtr-MD-64, and had "progressively lost control of his [blood pressure]" despite treatment with prescription drugs.  *Id.* at DAlford-1 (noting "uncontrolled [hypertension]").  Hypertension increases the risk of renal failure following CABG.  *See* Zwicke Dep. (Ex. B) at 119:24-120:6, 160:25-161:4.

10.    Mr. Mordecai was prescribed Vytorin to treat his high cholesterol through the date of his 2006 CABG surgery.  Med. Recs. (Ex. G) at DAlford-3; *id.* at CarrMethMC-MD-7-9.  Vytorin is associated with an increased risk of acute kidney injury.  *See*, *e.g.*, Quigg Dep. (Ex. C) at 324:9-14.

11.    Mr. Mordecai smoked two packs of cigarettes per day for nearly 40 years until several years before his surgery.  Med. Recs. (Ex. G) at SGoldstein-2.  This too increased his risk of postoperative complications.  *See* Athanasuleas Dep. (Ex. A) at 47:15-18.

12.    Mr. Mordecai was morbidly obese, weighing nearly 300 pounds and with a body mass index of 43.6 kg/m$^2$, at the time of surgery.  *See* Quigg Dep. (Ex. C) at 320:18-25; Athanasuleas Dep. (Ex. A) at 50:4-10.  This increased his risk for renal failure following CABG.  *See id.* at 50:14-51:17.

13. Mr. Mordecai suffered from "uncontrolled" type II diabetes mellitus at the time of his 2006 CABG surgery. Med. Recs. (Ex. G) at DAlford-13, 24. That condition caused him to sustain impaired vision and diabetic neuropathy, *id.* at PBMCtr-MD-219-20, DAlford-5; Quigg Dep. (Ex. C) at 322:22-323:4, and put him at significant risk for post-CABG acute renal failure, Athanasuleas Dep. (Ex. A) at 42:22-43:7, 51:12-17; Deposition of Richard Lyerly, M.D. ("Lyerly Dep.") (Ex. D) at 34:9-12.

14. To treat his diabetes, Mr. Mordecai was prescribed Glucophage (metformin) in November 2005 and remained on the drug at the time of his 2006 CABG surgery. *See* Med. Recs. (Ex. G) at DAlford-1, CarrMethMC-MD-7-9, 40; PFS 149; Athanasuleas Dep. (Ex. A) at 42:9-24. When combined with IV contrast dye, *see infra* ¶ 15, the drug can cause kidney damage and metabolic problems. *See* Glucophage Aug. 27, 2008 Label (Ex. H) at 15, 18 (contraindicating Glucophage for patients undergoing radiocontrast study or surgery and warning of risk of "Lactic acidosis" associated with the drug); *accord* Glucophage Dec. 15, 2000 Label (Ex. I) at 4.

15. Mr. Mordecai had multiple angiograms and a cardiac catheterization in which IV contrast dye was used less than 24 hours before his 2006 CABG surgery. Med. Recs. (Ex. G) at CarrMethMC-MD-23-26. This increased Mr. Mordecai's risk of renal failure following CABG. Lyerly Dep. (Ex. D) at 29:18-31:3 (noting that contrast dye can cause "contrast nephropathy," a condition "which is associated with acute cellular injury to the kidney" and "may lead to acute renal failure"); *see also* Quigg Dep. (Ex. C) at 327:19-328:19 (the contrast dye decedent received "can be toxic to the kidneys" and "can result in a temporary dysfunction of the kidneys").

16. On October 10, 2006, Mr. Mordecai initially spent approximately 161 minutes on the bypass pump during his CABG surgery. Quigg Dep. (Ex. C) at 332:2-6. The bypass

machine carries an inherent risk of renal failure because it "cannot perfectly simulate natural blood flow to the kidneys" and "transient episodes of high and low blood pressure" result which, compounded by the body's stress response to the surgery itself, "can be deleterious to the kidney function." Athanasuleas Dep. (Ex. A) at 80:23-82:5. Those risks increase the longer a patient is maintained on the bypass pump. Quigg Dep. (Ex. C) at 82:19-23; Athanasuleas Dep. (Ex. A) at 66:4-13.

17.     Mr. Mordecai suffered from excessive hemorrhaging following his October 10 bypass — losing "a significant amount of blood" ("over one liter") in only an hour — and hypotension. Med. Recs. (Ex. G) at PFS-99. Mr. Mordecai was not hemodynamically stable after the surgery. *See* Athanasuleas Dep. (Ex. A) at 205:4-9 ("Q. . . . [W]as he hemodynamically stable after the first surgery, after you did the redo CABG? A. No."); Med. Recs. (Ex. G) at CarrMethMC-MD-58-59 (noting that "hypotension ensued" post-operatively); *see also* Quigg Dep. (Ex. C) at 346:5-8. The bleeding, hypotension, and hemodynamic instability increased his risk of renal failure. *See* Athanasuleas Dep. (Ex. A) at 82:11-22; Lyerly Dep. (Ex. D) at 35:21-36:2; *see also* Quigg Dep. (Ex. C) at 348:5-9.

18.     Because of Mr. Mordecai's uncontrolled bleeding following the CABG procedure, he underwent a second, "take-back" procedure less than two hours after leaving the first surgery, requiring an additional 87 minutes on the bypass pump. Athanasuleas Dep. (Ex. A) at 118:25-119:9, 121:1-8, 123:3-14; Quigg Dep. (Ex. C) at 347:18-348:3. He experienced "decreased blood flow" during the second bypass procedure, which in turn caused "significant[]" harm to his organs. Athanasuleas Dep. (Ex. A) at 132:9-133:7; *see also* Quigg Dep. (Ex. C) at 73:12-74:13. Mr. Mordecai received significant blood transfusions during this second, take-back surgery. Med. Recs. (Ex. G) at PFS-99-100; Quigg Dep. (Ex. C) at 345:4-346:16. The

additional time on the bypass pump, the blood transfusions, and the trauma of the second surgery all increased Mr. Mordecai's risk of renal failure. Athanasuleas Dep. (Ex. A) at 82:11-22; Quigg Dep. (Ex. C) at 351:3-18.

19. Mr. Mordecai was administered three different vasoactive drugs, or vasopressors. Med. Recs. (Ex. G) at PFS-98. His cardiac surgeon testified that these medications increased Mr. Mordecai's acute renal failure risk. Athanasuleas Dep. (Ex. A) at 84:23-85:12; *see also* Quigg Dep. (Ex. C) at 336:6-337:5.

20. Following surgery, Mr. Mordecai required the use of an intra-aortic balloon pump to help maintain his heart's function. Med. Recs. (Ex. G) at PFS-98. Insertion and use of the balloon pump increased his risk of renal failure because, as the balloon inflates against the aorta, it can cause particulate matter to dislodge, "move to the kidney arteries," and "obstruct kidney blood flow." Athanasuleas Dep. (Ex. A) at 83:16-84:22; *see* Quigg Dep. (Ex. C) at 84:23-85:3.

21. Mr. Mordecai developed critical metabolic acidosis (*i.e.*, the inability to control the amount of acid in the body, which is measured by pH levels and other blood gas readings). *See* Athansuleas Dep. (Ex. A) at 132:9-133:3; *see also* Lyerly Dep. (Ex. D) at 50:10-51:6 (noting that the decedent repeatedly had "very low pHs"). This caused significant harm to his organs, and increased his risk for other organ failure. Athanasuleas Dep. (Ex. A) at 132:9-133:7. The acidosis "persisted" for the remainder of Mr. Mordecai's hospitalization. *Id.* at 134:20-135:14.

22. Mr. Mordecai developed hypotension while being weaned off bypass. Med. Recs. (Ex. G) at PFS-98. This "[a]bsolutely" increased his renal failure risk. Athanasuleas Dep. (Ex. A) at 82:11-14; *see* Lyerly Dep. (Ex. D) at 35:10-15.

23. When he returned to the ICU after the second procedure on October 10, Mr. Mordecai required a ventilator with which to breathe and the balloon pump to maintain his heart

function. *See* Quigg Dep. (Ex. C) at 319:4-7; Athanasuleas Dep. (Ex. A) at 133:13-134:16. Mr. Mordecai was never removed from the ventilator, the balloon pump was never removed, and his vasopressor treatment was never eliminated or reduced. *Id.*

24.     After the second surgery, Mr. Mordecai's post-operative heart function was not stable. *See*, *e.g.*, Med. Recs. (Ex. G) at CarrMethMC-MD-127-131 (noting critically low oxygenation levels (46% compared with a normal range of 95-98% after surgery); *see also* Quigg Dep. (Ex. C) at 353:16-354:2 (recognizing that Mr. Mordecai had depressed heart function for "four continuous hours" following his second surgery). Using the balloon pump, Mr. Mordecai's physicians were able to stabilize him enough to keep him "viabl[e]." Athanasuleas Dep. (Ex. A) at 206:6-207:2.

25.     Mr. Mordecai's treating physicians testified that his kidneys began failing due to decreased blood flow and oxygen to them. Lyerly Dep. (Ex. D) at 39:20-45:5, 46:6-48:23; *accord* Athanasuleas Dep. (Ex. A) at 147:22-151:25; *see also* Med. Recs. (Ex. G) at PFS-152-66. His kidney function became critically abnormal late on his second post-operative day. Med. Recs. (Ex. G) at PFS-156.

26.     At 2:10 a.m. on October 14, Mr. Mordecai died as a result of atherosclerotic and hypertensive cardiovascular disease with acute myocardial infarction. Med. Recs. (Ex. G) at CarrMethMC-MD-7-9, 42-48; Athanasuleas Dep. (Ex. A) at 147:11-15, 148:1-151:1.

27.     Both Dr. Athanasuleas and Dr. Lyerly, Mr. Mordecai's treating doctors, testified to a reasonable degree of medical certainty that Trasylol did not cause Mr. Mordecai's injuries. *See* Athanasuleas Dep. (Ex. A) at 147:22-153:7; Lyerly Dep. (Ex. D) at 51:18-52:23.

28.     Ms. Mordecai's proffered case-specific expert witness, Dr. Dianne L. Zwicke, M.D., admitted that she is not offering expert testimony that Trasylol caused Mr. Mordecai's injuries and death.  *See* Zwicke Dep. (Ex. B) at 123:4-8, 153:7-12.

29.     Ms. Mordecai's other case-specific expert witness, her sole expert on causation, Dr. Richard J. Quigg, M.D., is not a cardiologist or cardiac surgeon, Dep. (Ex. C) at 60:25-61:12, and has no experience with the CABG surgery at issue.  *Id.* at 340:2-8.  Dr. Quigg has never prescribed Trasylol, nor used the drug in his medical practice or in any way whatsoever.  *Id.* at 64:10-17.  Dr. Quigg also has never studied Trasylol's mechanism of action, *id.* at 66:24-67:2, and, prior to being deposed for this litigation, had never expressed an opinion regarding Trasylol except with plaintiff's counsel, *id.* at 67:9-23.

30.     Mr. Mordecai's cardiac surgeon, Dr. Constantine Athanasuleas, understood that renal failure and death were risks of Trasylol and took them into consideration in deciding to prescribe it to the decedent.  Dep. (Ex. A) at 116:23-117:12, 117:25-118:9; *see also id.* at 78:21-80:8 (testifying that he discussed with Mr. Mordecai the risks of CABG including death and renal complications, "quoted him a five to eight percent risk of death" following surgery, and informed him that he "may require [kidney] dialysis temporarily or permanently after heart surgery"); Med. Recs. (Ex. G) at PFS-129-30 (noting that the decedent "[u]nderstands, [and] accepts the risks, including but not limited to . . . renal complications, or death").

31.     From approximately one to three years after Trasylol came to market onward, Dr. Athanasuleas's protocol was to "use[] it in each and every CABG surgery . . . [d]one on cardiopulmonary bypass," *i.e.* "on-pump procedures."  Dep. (Ex. A) at 161:25-163:7; *id.* at 114:13-115:3; *see also id.* at 152:19-20 (testifying that he has "operated on thousands of patients").

32. Dr. Athanasuleas did not change his prescribing patterns following the New England Journal of Medicine's January 2006 publication of an article by Dr. Mangano, *id*. at 178:18-22, nor did the publication of the BART study change his views of the drug, *see id.* at 190:18-191:19, 178:18-22. Dr. Athanasuleas's practice of using Trasylol in all in patients did not "change . . . at any time," *id.* at 115:4-10, and he stopped using Trasylol only "when it was taken off of either the market or out [hospital] formulary, somewhere around 2007," *id.* at 166:16-19.

March 19, 2010                                Respectfully submitted,

/s/ Barbara Bolton Litten
Patricia E. Lowry
Florida Bar No. 332569
E-mail: plowry@ssd.com
Barbara Bolton Litten
Florida Bar No. 91642
E-mail: blitten@ssd.com
**SQUIRE, SANDERS & DEMPSEY L.L.P.**
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL  33401-6198
Telephone:  561-650-7200
Facsimile:  561-655-1509

Philip S. Beck
Email: philip.beck@bartlit-beck.com
Steven E. Derringer
Email: steven.derringer@bartlit-beck.com
**BARTLIT BECK HERMAN PALENCHAR
    & SCOTT LLP**
54 W. Hubbard Street, Suite 300
Chicago, IL  60603
Telephone:  312-494-4400
Facsimile:  312-494-4440

Eugene A. Schoon
Email:  eschoon@sidley.com
Susan A. Weber
Email:  saweber@sidley.com
Eamon P. Joyce
Email:  ejoyce@sidley.com
Colin Garry
Email:  cgarry@sidley.com
**SIDLEY AUSTIN LLP**
One South Dearborn Street
Chicago, Illinois 60603
Telephone:  312-853-7000
Facsimile:   312-853-73036

Susan Artinian
Email:  sartinian@dykema.com
Daniel Stephenson
Email:  dstephenson@dykema.com
**DYKEMA GOSSETT PLLC**
400 Renaissance Center
Detroit, MI  48243
Telephone:  313-268-9788
Facsimile:   313-568-6658

Richard K. Dandrea
Email:  rdandrea@eckertseamans.com
**ECKERT SEAMANS CHERIN & MELLOTT, LLC**
USX Tower, 600 Grant St., 44th Floor
Pittsburgh, PA.  15219
Telephone:  412-566-6000
Facsimile:   412-566-6099

*Attorneys for Bayer Corporation, Bayer HealthCare Pharmaceuticals Inc., Bayer HealthCare LLC and Bayer Schering Pharma AG*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 19, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                          */s/ Barbara Bolton Litten*
                                          Barbara Bolton Litten

## SERVICE LIST

### In re Trasylol Products Liability Litigation – MDL-1928
### Case No. 08-MD-1928-MIDDLEBROOKS/JOHNSON
### Case No. 9:08-cv-80781 *Mordecai v. Bayer Corp.*

**United States District Court**
**Southern District of Florida**

James R. Ronca
Email: jronca@anapolschwartz.com
**ANAPOL, SCHWARTZ, WEISS, COHAN, FELDMAN & SMALLEY, P.C.**
1710 Spruce Street
Philadelphia, PA 19103
Telephone:  215-790-4584
Facsimile:  215-875-7701
*Co-Lead Counsel for Plaintiffs*

Scott A. Love
Email:  slove@triallawfirm.
**CLARK, DEAN & BURNETT, G.P.**
Lyric Center
440 Louisiana Street, Suite 1600
Houston, TX  77002
Telephone:  713-757-1400
Facsimile:  713-759-1217
*Co-Lead Counsel for Plaintiffs*

Theodore Babbitt
Email: tedbabbitt@babbitt-johnson.com
**BABBITT JOHNSON OSBORNE & LECLAINCHE, P.A.**
1641 Worthington Road, Suite 100
West Palm Beach, FL 33409
Telephone:  561-684-2500
Facsimile:  561-684-6308
*Liaison Counsel for Plaintiffs*

Neal L. Moskow
Email: neal@urymoskow.com
**URY & MOSKOW, LLC**
883 Black Rock Turnpike
Fairfield, CT 06825
Telephone:  203-610-6393
Facsimile:  203-610-6399
*Federal-State Liaison for Plaintiffs*

Leslie A. Caldwell
Email:  lac@lusklaw.com
**LUSK CALDWELL & DEAN PC**
2101 Highland Ave., Suite 410
Birmingham, AL  35205
Telephone:  205-933-7090
Facsimile:  205-933-7099
*Counsel for Plaintiff Mordecai*

P. Gregory Haddad
Email:  ghaddad@baileyglasser.com
Kerrie Wagoner Boyle
Email:  kboyle@baileyglasser.com
Jonathan D. Boggs
Email:  jboggs@baileyglasser.com
**BAILEY & GLASSER LLP**
209 Capitol Street
Charleston, WV  25301
Telephone:  304-345-6555
Facsimile:  304-342-1110
*Counsel for Plaintiff Mordecai*

| | |
|---|---|
| David F. Miceli<br>Email:  dmiceli@simmonsfirm.com<br>**SIMMONS BROWDER GIANARIS ANGELIDES &**<br>    **BARNERD LLC**<br>119 Maple St., Suite 201<br>Carrollton, GA  30117<br>Telephone:  770-834-2122<br>Facsimile:  770-214-2622<br>*Counsel for Plaintiff Mordecai* | Patricia E. Lowry<br>Florida Bar No. 332569<br>Email: plowry@ssd.com<br>**SQUIRE, SANDERS & DEMPSEY L.L.P.**<br>1900 Phillips Point West<br>777 South Flagler Drive<br>West Palm Beach, FL 33401-6198<br>Telephone:  561-650-7200<br>Facsimile:   561-655-1509<br>*Liaison Counsel for Defendants* |