UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

IN RE TRASYLOL PRODUCTS LIABILITY
LITIGATION – MDL-1928

This Document Relates to: CLASS CASES

*Southeast Laborers Health & Welfare Fund*
*v.*
*Bayer Corp.*
Case No. 9:08-cv-80873-DMM
_____/

JOINT MOTION FOR ENTRY OF ORDER
ESTABLISHING BRIEFING SCHEDULE FOR MOTION TO DISMISS
THIRD AMENDED COMPLAINT

Plaintiff Southeast Laborers Health & Welfare Fund and Defendant Bayer Corporation, pursuant to the Federal Rules of Civil Procedure, move this Court for entry of an order establishing the briefing schedule for Bayer's motion to dismiss and memoranda addressed to the Third Amended Complaint and state as follows:

1. Plaintiff filed its Third Amended Class Action Complaint on March 12, 2010 (D.E. 4814 in 1:08-md-1928; D.E. 71 in 9:08-cv-80873), within the time allowed by the Court's Order Granting Bayer's Motion to Dismiss Plaintiff's Second Amended Class Action Complaint, entered February 11, 2010 (D.E. 4209 in 1:08-md-1928; D.E. 72 in 9:08-cv-80873).

2. Bayer conferred with Plaintiff regarding the filing of a motion to dismiss the Third Amended Complaint, at which time the parties agreed to the following briefing schedule:

| File and serve Motion to Dismiss | April 2, 2010 |
| File and serve Response in Opposition | April 23, 2010 |
| File and serve Reply | May 7, 2010 |

  3. Accordingly, the parties hereby jointly request entry of an order setting the following deadlines for filing and service of motions and memoranda directed to the Third Amended Complaint:  April 2, 2010 for Bayer's motion to dismiss, April 23, 2010 for Plaintiff's response in opposition, and May 7, 2010 for Bayer's reply.

  4. This request is not being made for any improper purpose.  Moreover, no party will be prejudiced by the granting of this motion.

## MEMORANDUM OF LAW

  Rule 6 of the Federal Rules of Civil Procedure allows the Court to enlarge the period of time for taking any act required by the Federal Rules of Civil Procedure, or by any order of the Court.  See Fed. R. Civ. P. 6.

## CONCLUSION

  WHEREFORE, Plaintiff and Defendants respectfully request that the Court enter an order establishing the briefing schedule agreed to by the parties regarding Bayer's motion to

dismiss the Third Amended Complaint as set forth in this motion and in the proposed order attached as Exhibit A.

Dated: March 23, 2010                                                    Respectfully submitted,

| | |
|---|---|
| */s/ James G. Stranch III* | */s/ Barbara Bolton Litten* |
| James G. Stranch III | Patricia E. Lowry (Florida Bar No. 332569) |
| Email: jgs@branstetterlaw.com | Email: plowry@ssd.com |
| J. Gerard Stranch, IV | Barbara Bolton Litten (Florida Bar No. 91642) |
| Email: gstranch@branstetterlaw.com | Email: blitten@ssd.com |
| Joe P. Leniski | **SQUIRE, SANDERS & DEMPSEY L.L.P.** |
| Email: jleniski@branstetter.com | 1900 Phillips Point West |
| Randall C. Ferguson, Esq. | 777 South Flagler Drive |
| Email: rcf@branstetter.com | West Palm Beach, FL 33401-6198 |
| **BRANSTETTER STRANCH AND JENNINGS, PLLC** | Telephone: 561-650-7120 |
| | Facsimile: 561-655-1509 |
| 227 Second Ave., North, 4th Floor | |
| Nashville, TN 37201 | Eugene A. Schoon |
| Telephone: 615-254-8801 | Email: eschoon@sidley.com |
| Facsimile: 615-250-3937 | Catherine Valerio Barrad |
| | Email: cbarrad@sidley.com |
| ***Attorneys for Plaintiff*** | **SIDLEY AUSTIN LLP** |
| | One South Dearborn |
| | Chicago, IL 60603 |
| | Telephone: 312-853-7000 |
| | Facsimile: 312-853-7036 |
| | ***Attorneys for Defendant Bayer Corporation*** |

3

**<u>CERTIFICATE OF SERVICE</u>**

  I hereby certify that on March 23, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                */s/ Barbara Bolton Litten*
                Barbara Bolton Litten

## SERVICE LIST

### Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON
### Case No. 9:08-CV-80873-MIDDLEBROOKS/JOHNSON

James R. Ronca
Email:  jronca@anapolschwartz.com
**ANAPOL, SCHWARTZ, WEISS, COHAN,
          FELDMAN & SMALLEY, P.C.**
1710 Spruce Street
Philadelphia, PA 19103
Telephone:  215-735-1130
Facsimile:  215-875-7758
*Co-Lead Counsel for Plaintiffs*

Theodore Babbitt
Email:  tedbabbitt@babbitt-johnson.com
**BABBITT JOHNSON OSBORNE
          & LECLAINCHE, P.A**.
1641 Worthington Road, Suite 100
West Palm Beach, Florida 33409
Telephone:  561-684-2500
Facsimile:  561-684-6308
*Liaison Counsel for Plaintiffs*

Patricia E. Lowry
Florida Bar No. 332569
Email:  plowry@ssd.com
**SQUIRE, SANDERS & DEMPSEY L.L.P.**
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL  33401-6198
Telephone:  561-650-7200
Facsimile:  561-655-1509
*Liaison Counsel for Defendants*

Scott A. Love
Email:  slove@triallawfirm.com
**CLARK, DEAN & BURNETT, G.P.**
Lyric Center
440 Louisiana Street, Suite 1600
Houston, TX  77002
Telephone:  713-759-1400
Facsimile:  713-759-1217
*Plaintiffs' Steering Committee/Co-Lead Counsel*

Neal Moskow
Email:  neal@urymoskow.com
**URY & MOSKOW, LLC**
883 Black Rock Turnpike
Fairfield, CT 06825
Telephone:  203-610-6393
Facsimile:  203-610-6399
*Federal-State Liaison for Plaintiffs*

Joe R. Whatley, Jr.
Email:  jwhatley@wdklaw.com
Edith M. Kallas, Esq.
Email: ekallas@wdklaw.com
W. Tucker Brown, Esq.
Email:  tbrown@wdklaw.com
**WHATLEY DRAKE & KALLAS**
1540 Broadway, 37th Floor
New York, NY  10036
Telephone:  212-447-7011
Facsimile:  212-447-7077
*Attorneys for Plaintiffs*

5

<div style="column-count:2">

Steven J. Kherkher, Esq.
Email: skherkher@williamskherkher.com
John T. Boundas, Esq.
Email:  jboundas@williamskherkher.com
G. Erick Rosemond, Esq.
Email: erosemond@williamskherkher.com
E. Armistead (Armi) Easterby
Email:  aeasterby@williamskherkher.com
**WILLIAMS KHERKHER HART BOUNDAS, LLC**
8441 Gulf Freeway, Suite 600
Houston, TX  77017
Telephone:  713-230-2308
Facsimile:  713-643-6226
*Attorneys for Plaintiffs*

James G. Stranch III, Esq.
Email: jgs@branstetterlaw.com
J. Gerard Stranch, IV, Esq.
Email: gstranch@branstetterlaw.com
Joe P. Leniski, Esq.
Email: jleniski@branstetter.com
Randall C. Ferguson, Esq.
Email: rcf@branstetter.com
**BRANSTETTER STRANCH AND JENNINGS, PLLC**
227 Second Ave., North, 4th Floor
Nashville, TN  37201
Telephone:  615-254-8801
Facsimile:  615-250-3937
*Attorneys for Plaintiffs*

</div>

William Charles Wright, Esq.
Email: willwright@wrightlawoffice.com
**WILLIAMS C. WRIGHT, P.A.**
319 Clematis Street, Suite 109
West Palm Beach, FL  33401
Telephone:  561-514-0904
Facsimile:   561-514-0905
*Attorneys for Plaintiffs*

WESTPALMBEACH/558176.1