# Exhibit A

Confidential - Valentine John Pascale, Pharm.D.

Page 670

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

- - -

CASE NO. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

IN RE:   TRASYLOL PRODUCT
         LIABILITY LITIGATION - MDL 1928

This Document Relates to All Actions.

- - -

* C O N F I D E N T I A L *

- - -

VOLUME 3

CONTINUED VIDEOTAPED DEPOSITION OF:
VALENTINE JOHN PASCALE, PHARM.D.
DATE:  AUGUST 13, 2009
HELD AT:
WIGGIN & DANA, LLP
ONE CENTURY TOWER
265 CHURCH STREET
NEW HAVEN, CONNECTICUT

- - -

Reporter:  Sandra V. Semevolos, RMR, CRR, LSR #74

GOLKOW TECHNOLOGIES, INC.
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Valentine John Pascale, Pharm.D.

Page 676

1  swear in the witness.
2              VALENTINE JOHN PASCALE, PHARM.D., of
3  Boehringer-Ingelheim Pharmaceuticals, Inc., 900
4  Ridgebury Road, Ridgefield, Connecticut, being first
5  duly resworn, resumed the stand, testifying further on
6  his oath as follows:
7     DIRECT EXAMINATION BY MR. MONSOUR (continued):
8     Q.   Dr. Pascale, how are you doing?
9     A.   Okay.
10    Q.   Good.  We met 11 months ago.
11         Do you remember that?
12    A.   Yes, I do.
13    Q.   And that was when the first -- there were
14 two days of your deposition back then, and we have
15 been allowed by the Court to take another day.
16         Do you understand that?
17    A.   Understood.
18    Q.   Okay.  I was one of the questioners of you
19 11 months ago.
20         Do you remember that?
21    A.   Yes, I do.
22    Q.   And I'll probably be one of the only people
23 asking you questions here today.  Okay?
24    A.   Very good.
25    Q.   As I've told you before, and as you

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Valentine John Pascale, Pharm.D.

Page 842

```
 1    beneficial to the product that Bayer would try and not
 2    get that information out, and you said "Not that I
 3    recall."  Correct?
 4         A.   Correct.
 5         Q.   And then you even cleared it up.  You said,
 6    "We would do our best to encourage the investigator to
 7    publish any results that we supported."  Correct?
 8         A.   Correct.
 9              MR. SCHOON:  Object to the form.
10    BY MR. MONSOUR:
11         Q.   The truth is Bayer in the past has received
12    reports from studies that it supported that it did not
13    encourage to be published; true?
14              MR. SCHOON:  Object to form.
15         A.   I don't know what you might -- studies you
16    might be referring to.
17    BY MR. MONSOUR:
18         Q.   Okay.  There was a study done by Dr. Kress;
19    correct?
20         A.   Okay.  I recall a study done by Dr. Kress.
21         Q.   And Bayer did not encourage Dr. Kress's
22    study to be published, did they?
23         A.   I don't believe we either encouraged or I
24    don't believe we discouraged Dr. Kress's study.
25         Q.   Why would Bayer not have encouraged the
```

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Valentine John Pascale, Pharm.D.

Page 843

1  results, the publication of the results of Dr. Kress's
2  study?
3           MR. SCHOON: Object to form.
4       A.  If I recall Dr. Kress's study, it was a
5  study that Dr. Kress did not want to publish. We
6  attempted on a couple of occasions to, you know, to
7  work with Dr. Kress to publish that study. He was
8  unwilling or appeared unwilling to respond to, you
9  know, to anything, any additional, you know,
10 inquiries/discussion over that study, and we ceased --
11 I believe we ceased our engagement with him over
12 discussions of that study, publishing that study.
13 BY MR. MONSOUR:
14      Q.  Okay. Let's talk about it a little bit
15 more.
16          You said he was unwilling to respond to
17 what?
18      A.  He was unwilling to -- it appears that he
19 did not want to publish the results of those studies.
20      Q.  Why does it appear that way?
21      A.  Because he just never moved it forward
22 after, after several months.
23      Q.  And you also said that he never responded to
24 something. Elaborate on that for me.
25      A.  Well, I believe he was reached out to on a

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Valentine John Pascale, Pharm.D.

Page 844

```
 1    couple of different occasions.  I can't recall exact
 2    details and frequency, but I believe he was reached
 3    out to on a couple of occasions.
 4         Q.   Who was he reached out to by?
 5         A.   It would have either been -- it could have
 6    been either the scientific group, the medical group
 7    from Phase IV.  It could have been medical science
 8    liaison.  It may also have been Jen Maurer.  I'm not
 9    certain.
10         Q.   Do you think he was unwilling to respond
11    because the people from Bayer that were reaching out
12    to him were attempting to get him to change his
13    report?
14              MR. SCHOON:  Object to form.
15         A.   I don't have an appreciation for that.
16    BY MR. MONSOUR:
17         Q.   What do you mean by you don't have an
18    appreciation?
19         A.   I don't know.  I don't know specifically why
20    he was unwilling to publish the results of that study.
21         Q.   Did Bayer ever attempt to try and get
22    Dr. Kress to change his report?
23         A.   I don't know that anyone ever attempted
24    to -- to change the data, change his report?  I don't
25    think so.
```