UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON**

IN RE TRASYLOL PRODUCTS LIABILITY
LITIGATION – MDL-1928

THIS DOCUMENT RELATES TO:

*Mordecai* v. *Bayer Corporation et al.*,
Case No. 9:08-cv-80781
_____/

**DEFENDANTS' SECOND AMENDED RULE 26(a)(3)(A)(i) WITNESS LIST**

Pursuant to Pretrial Order No. 6 and Rule 26(a)(3)(A)(i) of the Federal Rules of Civil Procedure, defendants hereby submit the following list of witnesses that they expect to call or may call (in person or by preserved testimony) as follows:

1. The following individuals are those that defendants expect to call or may call (in person or by preserved testimony) at trial:

    a. Frances Ciavaglia

    b. Pam Cyrus, M.D.

    c. Edwin Tucker

    d. Constantine Athanasuleas, M.D.

    e. Richard Lylerly, M.D.

    f. Robert R. Fenichel, M.D., Ph.D. or J. Paul Waymack, M.D., Sc.D.

    g. Anthony P. Furnary, M.D., F.A.C.S., F.A.C.C.

    h. H. David Humes, M.D.

    i. Henry Rosenberg, M.D.

      j.   Donald R. Williams, M.D.

      k.   William S. Weintraub, M.D.

2. The following individuals are those that defendants may call (in person or by preserved testimony) at trial:

All Witnesses listed in Sections A and E of plaintiff's Rule 26(a)(3)(A)(i) Witness List served on March 1, 2010, as those that plaintiff "expects to call," if not included above.

Defendants reserve the right to amend and supplement this disclosure as necessary.

DATED: March 26, 2010                                  Respectfully submitted,

                                                            */s/ Patricia E. Lowry*
Patricia E. Lowry (Florida Bar No. 332569)
Email: plowry@ssd.com
Barbara Bolton Litten (Florida Bar No. 91642)
Email: blitten@ssd.com
**SQUIRE, SANDERS & DEMPSEY L.L.P.**
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198
Telephone: 561-650-7120
Facsimile: 561-655-1509

*Attorneys for Defendant Bayer Corporation*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on March 26, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                            */s/Patricia E. Lowry*
                                            Patricia E. Lowry

# SERVICE LIST

**In re Trasylol Products Liability Litigation – MDL-1928**
**Case No. 08-md-1928-MIDDLEBROOKS/JOHNSON**
**Case No. 9:08-cv-80781** *Mordecai v. Bayer Corp.*

**United States District Court**
**Southern District of Florida**

James R. Ronca
Email: jronca@anapolschwartz.com
**ANAPOL, SCHWARTZ, WEISS, COHAN, FELDMAN & SMALLEY, P.C.**
1710 Spruce Street
Philadelphia, PA 19103
Telephone: 215-790-4584
Facsimile: 215-875-7701
*Co-Lead Counsel for Plaintiffs*

Scott A. Love
Email: slove@triallawfirm.com
**CLARK, DEAN & BURNETT, G.P.**
Lyric Center
440 Louisiana Street, Suite 1600
Houston, TX 77002
Telephone: 713-757-1400
Facsimile: 713-759-1217
*Co-Lead Counsel for Plaintiffs*

Theodore Babbitt
Email: tedbabbitt@babbitt-johnson.com
**BABBITT JOHNSON OSBORNE & LECLAINCHE, P.A**.
1641 Worthington Road, Suite 100
West Palm Beach, FL 33409
Telephone: 561-684-2500
Facsimile: 561-684-6308
*Liaison Counsel for Plaintiffs*

Neal L. Moskow
Email: neal@urymoskow.com
**URY & MOSKOW, LLC**
883 Black Rock Turnpike
Fairfield, CT 06825
Telephone: 203-610-6393
Facsimile: 203-610-6399
*Federal-State Liaison for Plaintiffs*

Leslie A. Caldwell
Email: lac@lusklaw.com
**LUSK CALDWELL & DEAN PC**
2101 Highland Ave., Suite 410
Birmingham, AL 35205
Telephone: 205-933-7090
Facsimile: 205-933-7099
*Counsel for Plaintiff Mordecai*

P. Gregory Haddad
Email: ghaddad@baileyglasser.com
Kerrie Wagoner Boyle
Email: kboyle@baileyglasser.com
Jonathan D. Boggs
Email: jboggs@baileyglasser.com
**BAILEY & GLASSER LLP**
209 Capitol Street
Charleston, WV 25301
Telephone: 304-345-6555
Facsimile: 304-342-1110
*Counsel for Plaintiff Mordecai*

<div style="display:flex">
<div>

David F. Miceli
Email:  dmiceli@simmonsfirm.com
**SIMMONS BROWDER GIANARIS ANGELIDES**
    **& BARNERD LLC**
119 Maple St., Suite 201
Carrollton, GA  30117
Telephone:  770-834-2122
Facsimile:  770-214-2622
*Counsel for Plaintiff Mordecai*

</div>
<div>

Patricia E. Lowry
Florida Bar No. 332569
Email: plowry@ssd.com
**SQUIRE, SANDERS & DEMPSEY L.L.P.**
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198
Telephone:  561-650-7200
Facsimile:   561-655-1509
*Liaison Counsel for Defendants*

</div>
</div>

WESTPALMBEACH/567167.1