UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON**

IN RE TRASYLOL PRODUCTS LIABILITY
LITIGATION – MDL-1928

THIS DOCUMENT RELATES TO:

*Melissa Morrill, as personal representative
of the estate of William Cyrus Morrill, III,
v. Bayer Pharmaceutical Corp., et al.*
Case No. 9:08-cv-80424

_____/

**DEFENDANTS' DISCLOSURE OF WITNESSES FOR TRIAL**

Pursuant to Pretrial Order No. 6 and Rule 26(a)(3)(A)(i) of the Federal Rules of Civil Procedure, defendants hereby submit the following list of witnesses that they expect to call or may call (in person or by preserved testimony) as follows:

1. The following individuals are those that defendants expect to call (in person or by preserved testimony) at trial:

   a. Frances Ciavaglia

   b. Pam Cyrus, M.D.

   c. Edwin Tucker

   d. Thomas Kelly, M.D.

   e. Domenick Cover, M.D.

   f. Robert R. Fenichel, M.D., Ph.D.

      or

   g. J. Paul Waymack, M.D., Sc.D.

      h.      Nicholas A. Flavahan, Ph.D.

      i.      Anthony P. Furnary, M.D., F.A.C.S., F.A.C.C.

      j.      Michael Kashgarian, M.D.

      k.      Brendan M. McGuire, M.D.

      l.      Stephen Seliger, M.D., M.S.

      m.      William S. Weintraub, M.D.

      n.      Melissa Morrill

2.    The following individuals are those that defendants may call (in person or by preserved testimony) at trial:

      a.      All witnesses listed in sections A.1. and A.2. of plaintiff's Amended Rule 26(a)(3)(A)(i), (ii) Witness List dated March 12, 2010 [D.E. 4807] as those that plaintiff "intends to call," if not included above.

Defendants reserve the right to amend and supplement this disclosure as necessary.

March 26, 2010                        Respectfully submitted,

*/s/ Patricia E. Lowry*
Patricia E. Lowry
Florida Bar No. 332569
E-mail: plowry@ssd.com
Barbara Bolton Litten
Florida Bar No. 91642
E-mail: blitten@ssd.com
**SQUIRE, SANDERS & DEMPSEY L.L.P.**
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198
Telephone: 561-650-7200
Facsimile: 561-655-1509

2

Philip S. Beck
Email:  philip.beck@bartlit-beck.com
Steven E. Derringer
Email:  steven.derringer@bartlit-beck.com
**BARTLIT BECK HERMAN PALENCHAR
    & SCOTT LLP**
54 W. Hubbard Street, Suite 300
Chicago, IL  60603
Telephone:  312-494-4400
Facsimile:   312-494-4440

Eugene A. Schoon
Email:  eschoon@sidley.com
Catherine Valerio Barrad
Email:  cbarrad@sidley.com
**SIDLEY AUSTIN LLP**
One South Dearborn Street
Chicago, Illinois 60603
Telephone:  312-853-7000
Facsimile:   312-853-7036

Susan Artinian
Email:  sartinian@dykema.com
Daniel Stephenson
Email:  dstephenson@dykema.com
**DYKEMA GOSSETT PLLC**
400 Renaissance Center
Detroit, MI  48243
Telephone:  313-268-9788
Facsimile:   313-568-6658

Richard K. Dandrea
Email:  rdandrea@eckertseamans.com
**ECKERT SEAMANS CHERIN & MELLOTT, LLC**
USX Tower, 600 Grant St., 44th Floor
Pittsburgh, PA.  15219
Telephone:  412-566-6000
Facsimile:   412-566-6099

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 26, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

          */s/ Patricia E. Lowry*
          Patricia E. Lowry

# SERVICE LIST

### In re Trasylol Products Liability Litigation – MDL-1928
### Case No. 9:08-cv-80424-MIDDLEBROOKS/JOHNSON

### United States District Court
### Southern District of Florida

James R. Ronca
Email:  jronca@anapolschwartz.com
**ANAPOL, SCHWARTZ, WEISS, COHAN, FELDMAN & SMALLEY, P.C.**
1710 Spruce Street
Philadelphia, PA 19103
Telephone:  215-735-1130
Facsimile:  215-875-7758
*Plaintiffs' Steering Committee/Co-Lead Counsel*

Scott A. Love
Email:  slove@triallawfirm.com
**CLARK, DEAN & BURNETT, G.P.**
Lyric Center
440 Louisiana Street, Suite 1600
Houston, TX  77002
Telephone:  713-759-1400
Facsimile:  713-759-1217
*Plaintiffs' Steering Committee/Co-Lead Counsel*

Theodore Babbitt
Email:  tedbabbitt@babbitt-johnson.com
**BABBITT JOHNSON OSBORNE & LECLAINCHE, P.A.**
1641 Worthington Road, Suite 100
West Palm Beach, FL  33401
Telephone:  561-684-2500
Facsimile:  561-684-6308
*Plaintiffs' Steering Committee/Liaison Counsel*

Neal Moskow
Email:  neal@urymoskow.com
**URY & MOSKOW, LLC**
883 Black Rock Turnpike
Fairfield, CT 06825
Telephone:  203-610-6393
Facsimile:  203-610-6399
*Plaintiffs' Steering Committee/ Federal-State Liaison*

Patricia E. Lowry
Florida Bar No. 332569
Email: plowry@ssd.com
**SQUIRE, SANDERS & DEMPSEY L.L.P.**
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198
Telephone:  561-650-7200
Facsimile:   561-655-1509
*Liaison Counsel for Defendants*

John D. Goldsmith
Email: jgoldsmith@trenam.com
Amy L. Drushal
Email: aldrushal@trenam.com
**TRENAM, KEMKER, SCHARF, BARKIN, FRYE, O'NEILL & MULLIS, P.A**.
101 E. Kennedy Blvd., Suite 2700
Tampa, Florida 33602
Telephone:  813-223-7474
Facsimile:   813-229-6553
*Attorneys for Plaintiff*

WESTPALMBEACH/566997.1

5