UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

IN RE: TRASYLOL PRODUCTS LIABILITY
LITIGATION – MDL-1928

This Document Relates To:

MORDECAI V. BAYER CORPORATION, ET AL.,
Case No. 9:08-cv-80781

**PLAINTIFF'S PAGE/LINE DESIGNATIONS FOR CASE-SPECIFIC ISSUES**

Plaintiff designates the following deposition testimony and exhibits referenced within each of these depositions for use at trial. Should Defendants designate deposition testimony from a witness not included on the Plaintiff's trial witness list, Plaintiff reserves the right to counter designate testimony beyond the scope of Defendants' designations. Plaintiff further expressly reserves the right to rely upon testimony not designated below (including, but not limited to, testimony from witnesses not designated as "intend to call" on any witness lists) for purposes of rebuttal or for purposes of cross-examination, and also reserves the right to rely upon testimony designated by Defendants. Plaintiff reserves the right to amend these deposition designations.

**PAGE & LINE DESIGNATIONS**
**MICHEAL ZAK SHARPE**
**DEPOSITION TAKEN on DECEMBER 4, 2009**

Page: 7:05 – 7:07
Page: 12:09 – 15:13
Page: 16:23 – 18:04
Page: 22:24 – 26:04
Page: 33:10 – 36:11
Page: 36:23 – 38:14
Page: 38:17 -  42: 08
Page: 43:05 – 44:14
Page: 47:16 – 48:24
Page: 52:18 – 59:24
Page: 67:10 – 71:25
Page: 80:07 – 84:01
Page: 85:17 – 85:19
Page: 89:07 – 93:01
Page: 93:18 – 103:08
Page: 113:13 – 118:10
Page: 133:25 – 136:22
Page: 136:25 – 137:25
Page: 138:02 – 138:14
Page: 138:18 – 139:01
Page: 139:05 – 143:02
Page: 143:07 – 145:22
Page: 145:25 – 146:05
Page: 146:08 – 147:21
Page: 148:19 – 153:04
Page: 153:06 – 153:22
Page: 178:16 – 178:23
Page: 178:25 – 179:03

**PAGE & LINE DESIGNATIONS**
**ANDREW HARVILLE**
**DEPOSITION TAKEN on JANUARY 12, 2010**

Page: 10:12 – 10:15
Page: 18:06 – 18:09
Page: 24:08 – 24:23
Page: 25:01 – 25:02
Page: 27:06 – 27:13
Page: 29:05 – 29:07
Page: 30:15 – 30:23
Page: 31:01 – 31:05
Page: 33:15 – 33:19
Page: 34:08 – 34:16
Page: 34:23
Page: 35:01 – 35:23
Page: 36:01 – 36:12
Page: 40:12 – 40:21
Page: 42:14 – 42:23
Page: 43:01 – 43:12
Page: 44:16 – 44:23
Page: 45:01 – 45:14
Page: 45:16 – 45:23
Page: 46:01 – 46:03
Page: 46:22 – 46:23
Page: 47:01 – 47:05
Page: 49:04 – 49:09
Page: 50:18 – 50:23
Page: 51:01 – 51:09
Page: 52:05 – 52:08
Page: 52:17 – 52:23
Page: 53:01 – 53:02
Page: 53:20 – 53:23
Page: 54:01 – 54:08
Page: 56:14 – 56:22
Page: 57:04 – 57:15
Page: 58:15 – 58:19
Page: 60:16 – 60:23
Page: 64:23
Page: 65:01 – 65:13
Page: 68:14 – 68:21
Page: 70:09 – 70:17
Page: 73:06 – 73:11
Page: 75:15 – 75:23
Page: 76:01 – 76:06

376362

Page: 76:19 – 76:23
Page: 77:01 – 77:04
Page: 77:15 – 77:21 (begin with "You")
Page: 78:14 – 78:23
Page: 79:01 – 79:09
Page: 80:10 – 80:23
Page: 81:01
Page: 81:19 – 81:23
Page: 82:01
Page: 82:03 – 82:19
Page: 83:06 – 83:20
Page: 83:22
Page: 84:01 – 84:09
Page: 85:13 – 85:22
Page: 86:05 – 86:16
Page: 87:16 – 87:23
Page: 90:14 – 90:23
Page: 91:01 – 91:05
Page: 91:09 – 91:23
Page: 92:01 – 92:05
Page: 93:03 – 93:13
Page: 93:15
Page: 94:21 – 94:23
Page: 95:01 – 95:11
Page: 96:01 – 96:09
Page: 99:08 – 99:13
Page: 99:20 – 99:21
Page: 99:23
Page: 102:04 – 102:08 (begin with "Did")
Page: 102:22 – 102:23
Page: 103:01 – 103:02
Page: 103:07 – 103:22
Page: 105:01 – 105:06
Page: 108:07 – 108:17
Page: 108:22 – 108:23
Page: 109:01 – 109:02
Page: 109:07 – 109:13
Page: 109:21 – 109:23
Page: 110:01 – 110:09
Page: 111:22 – 111:23
Page: 112:03 – 112:18
Page: 113:13 – 113:23 (begin with "Well")
Page: 114:01
Page: 114:20 – 114:23
Page: 115:01 – 115:11
Page: 116:10 – 116:23

376362

Page: 120:02 – 120:09
Page: 121:03 – 121:08
Page: 121:21 – 121:23
Page: 122:01 – 122:10
Page: 126:02 – 126:15
Page: 126:20 – 126:23
Page: 127:01
Page: 127:19 – 127:23
Page: 128:01 – 128:05
Page: 128:09 – 128:16
Page: 128:22 – 128:23
Page: 129:01 – 129:06
Page: 129:17 – 129:22
Page: 132:01 – 132:06
Page: 132:10 – 132:21
Page: 136:05 – 136:14
Page: 136:16 – 136:23
Page: 137:08 – 137:14
Page: 137:16 – 137:20
Page: 137:22 – 137:23
Page: 138:01
Page: 138:18 – 138:21
Page: 139:01 – 139:02
Page: 142:09 – 142:13
Page: 142:20 – 142:23
Page: 145:01 – 145:10
Page: 146:02 – 146:09
Page: 146:17 – 147:19
Page: 147:01 – 147:02
Page: 150:14 – 150:19
Page: 152:01 – 152:03
Page: 152:10 – 152:23
Page: 153:01 – 153:06
Page: 155:10 – 155:19
Page: 156:02 – 156:16
Page: 157:11 – 157:23
Page: 158:01 – 158:07
Page: 158:12 – 158:19
Page: 164:11 – 164:22
Page: 167:03 – 167:13
Page: 175:21 – 175:23
Page: 176:01 – 176:03
Page: 178:06 – 178:10
Page: 178:13 – 178:23
Page: 179:01 – 179:02
Page: 179:09 – 179:19

Page: 179:21 – 179:23
Page: 180:01
Page: 180:23
Page: 181:01 – 181:04
Page: 181:06 – 181:07
Page: 186:03 – 186:05
Page: 187:06 – 187:11
Page: 188:11 – 188:23
Page: 189:01 – 189:23
Page: 190:01
Page: 191:02 – 191:06
Page: 191:12 – 191:23
Page: 192:01 – 192:23
Page: 193:01 – 193:19
Page: 194:03 – 194:08
Page: 194:10 – 194:23
Page: 196:19 – 196:23
Page: 197:01
Page: 197:22 – 197:23
Page: 198:01 – 198:10
Page: 198:13 – 198:23
Page: 199:01 – 199:17
Page: 200:08 – 200:13
Page: 200:16 – 200:23
Page: 201:01 – 201:08
Page: 201:14 – 201:23
Page: 202:01 – 202:23
Page: 203:01 – 203:09
Page: 203:12 – 203:15
Page: 203:18 – 203:23
Page: 204:01 – 204:05
Page: 204:15 – 204:19
Page: 205:01
Page: 205:12 – 205:14
Page: 205:17
Page: 225:13 – 225:16

376362

**PAGE & LINE DESIGNATIONS**
**GENE ROLLINS**
**DEPOSITION TAKEN on AUGUST 17, 2009**

Page: 6:22 - 7:4
Page: 17:12 - 18:9
Page: 18:23 - 20:2
Page: 20:21 - 21:16
Page: 27:17 - 27:22
Page: 28:12 - 28:20
Page: 29:18 – 29:20
Page: 30:16 - 31:5
Page: 32:11 – 32:23
Page: 33:1 – 33:5
Page: 41:14 – 42:8
Page: 42:10 – 43:23
Page: 44:14 – 45:7
Page: 46:22 – 48:15
Page: 49:3 – 49:23
Page: 53:4 – 53:19

376362

**PAGE & LINE DESIGNATIONS**
**GARY LOCKHART**
**DEPOSITION TAKEN on AUGUST 17, 2009**

Page: 6:22 - 7:15
Page: 10:12 - 12:6
Page: 14:1 - 14:21
Page: 24:13 – 24:22
Page: 27:14 – 27:23
Page: 28:19 – 29:9
Page: 29:13 – 29:22
Page: 30:3 - 30:14
Page: 31:13 – 32:8
Page: 60:18-67:18

376362

**PAGE & LINE DESIGNATIONS**
**CARL QUINN**
**DEPOSITION TAKEN on AUGUST 18, 2009**

Page: 5:6 – 5:11
Page: 6:13 – 7:6
Page: 14:13 – 14:23
Page: 15:1 – 16:7
Page: 24:24 – 25:8
Page: 25:19 – 26:2
Page: 40:24 – 42:23

376362

**PLAINTIFF**

**By Counsel**

*/s/ Jonathan D. Boggs*
P. Gregory Haddad, Esq.
*ghaddad@baileyglasser.com*
Kerrie Wagoner Boyle, Esq.
*kboyle@baileyglasser.com*
Jonathan D. Boggs, Esq. (FL Bar #0106305)
*jboggs@baileyglasser.com*
Bailey & Glasser, LLP
209 Capitol Street
Charleston, West Virginia 25301
(304) 345-6555
(304) 342-1110 *facsimile*

David F. Miceli
*dmiceli@simmonsfirm.com*
Simmons, Browder, Gianaris, Angelides & Barnerd, LLC
119 Maple Street
Suite 201
Carrollton, GA 30117
770-834-2122
770-214-2622

Leslie Ann Caldwell, Esq.
*lac@lusklaw.com*
LUSK, CALDWELL & DEAN P.C.
2101 Highland Avenue, Suite 410
Birmingham, Alabama 35205
(205) 933-7090 Telephone
(205) 933-7099 Facsimile

376362

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 1:08-MD-1928-MIDDLEBROOKS/JOHNSON

IN RE TRASYLOL PRODUCTS LIABILITY
LITIGATION – MDL-1928

This Document Relates to:
LINDA MORDECAI v. BAYER CORPORATION, et al.,
Case No. 9:08-civ-80781-DMM

### CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of March, 2010, the foregoing ***PLAINTIFF'S PAGE/LINE DESIGNATIONS FOR CASE-SPECIFIC ISSUES*** was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants:

>Brian A. Wahl
>Bradley, Arant, Rose & White, LLP
>One Federal Place
>1819 Fifth Avenue North
>Birmingham, Alabama 35203
>
>Phillip S. Beck
>Bartlit Beck Herman Palenchar & Scott LLP
>Courthouse Place
>54 West Hubbard Place, Suite 300
>Chicago, IL 60610
>
>Patricia Elaine Lowry
>Barbara Bolton Litten
>Squire Sanders & Dempsey LLP
>777 S Flagler Drive, Suite 1900
>West Palm Beach, FL 33401-6198
>
>Elizabeth C. Curtin
>Sidley Austin LLP
>1 S Dearborn Street
>Chicago, IL 60603

376362

Richard K. Dandrea
Eckert Seamans Cherin & Mellott, LLC
600 Grant Street, 44th Floor
Pittsburgh, PA 15219

Daniel G. Wyllie
Dykema Gossett
400 Renaissance Center, 35th Floor
Detroit, MI 48243

*/s/ Jonathan D. Boggs*
Jonathan D. Boggs, Esq. (FL Bar #0106305)
*jboggs@baileyglasser.com*