UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

IN RE: TRASYLOL PRODUCTS LIABILITY
LITIGATION – MDL-1928

This Document Relates To:

MORDECAI V. BAYER CORPORATION, ET AL.,
Case No. 9:08-cv-80781

PLAINTIFFS' SUPPLEMENTAL PAGE/LINE
DESIGNATIONS FOR GENERIC LIABILITY ISSUES

In light of Defendants' Second Amended Rule 26(a)(3)(A)(i) Witness List filed on March 26, 2010, and the deposition recently taken of Frances Ciavaglia on March 3, 2010, Plaintiff designates the following deposition testimony and exhibits referenced within this deposition for use at trial. Additionally, Plaintiff reserves the right to make additional designations for this witness after the conclusion of her deposition. Plaintiff incorporates by reference the page/line designations she previously designated on March 22, 2010. Should Defendants designate deposition testimony from a witness not included on the Plaintiff's trial witness list, Plaintiff reserves the right to counter designate testimony beyond the scope of Defendants' designations. Plaintiff further expressly reserves the right to rely upon testimony not designated below (including, but not limited to, testimony from witnesses not designated as "intend to call" on any witness lists) for purposes of rebuttal or for purposes of cross-examination, and also reserves the right to rely upon testimony designated by Defendants. Plaintiff reserves the right to amend her deposition designations.

376037

## PAGE & LINE DESIGNATIONS
## CIAVAGLIA, FRANCES
## DEPOSITION TAKEN ON MARCH 3, 2010

Page: 6 line 20 – Page: 8 line 18
Page: 10 line 20 – Page: 10 line 22
Page: 11 line 1 – Page: 11 line 6
Page: 11 line 15 - Page: 12 line 6
Page: 28 line 21- Page: 28 line 23
Page: 29 line 1 - Page: 29 line 11
Page: 29 line 22 - Page: 29 line 24
Page: 30 line 3 - Page: 30 line 6
Page: 32 line 24 - Page: 33 line 16
Page: 38 line 9 - Page: 40 line 17
Page: 40 line 19 – Page: 42 line 8
Page: 42 line 10 - Page: 44 line 5
Page: 45 line 13 - Page: 45 line 23
Page: 46 line 1 - Page: 47 line 9
Page: 51 line 9 - Page: 54 line 12
Page: 54 line 14 – Page: 57 line 4
Page: 57 line 7 – Page: 57 line 13
Page: 57 line 16 - Page: 59 line 2
Page: 59 line 9 - Page: 61 line 11
Page: 61 line 14 – Page: 62 line 13
Page: 62 line 15 – Page: 65 line 5
Page: 65 line 7 - Page: 65 line 12
Page: 66 line 11 - Page: 66 line 23
Page: 68 line 16 - Page: 69 line 6
Page: 70 line 15 - Page: 70 line 24
Page: 71 line 2 - Page: 71 line 3
Page: 71 line 9 - Page: 72 line 16
Page: 72 line 19 – Page: 73 line 6
Page: 73 line 8 - Page: 73 line 24
Page: 74 line 4 - Page: 75 line 1
Page: 76 line 5 - Page: 77 line 1
Page: 77 line 4 - Page: 77 line 15
Page: 79 line 19 - Page: 80 line 8
Page: 81 line 17 - Page: 84 line 4
Page: 92 line 17 - Page: 93 line 1
Page: 93 line 15 - Page: 95 line 1
Page: 95 line 19 - Page: 98 line 2
Page: 98 line 4 – Page: 98 line 17
Page: 98 line 19 – Page: 100 line 13
Page: 100 line 15 – Page: 102 line 14
Page: 102 line 16 – Page: 103 line 16

376037

Page: 103 line 18 – Page: 104 line 20
Page: 104 line 22 – Page: 105 line 5
Page: 105 line 7 – Page: 105 line 21
Page: 105 line 23 - Page: 106 line 2
Page: 112 line 15 - Page: 113 line 10
Page: 157 line 15 - Page: 159 line 15
Page: 159 line 17 – Page: 160 line 2
Page: 160 line 4 – Page: 160 line 12
Page: 160 line 15 – Page: 160 line 16
Page: 160 line 19 – Page: 161 line 1
Page: 161 line 4
Page: 161 line 6 – Page: 161 line 17
Page: 161 line 20 – Page: 162 line 9
Page: 162 line 12 – Page: 162 line 19
Page: 162 line 22 – Page: 164 line 9
Page: 164 line 12
Page: 164 line 15 - Page: 164 line 23
Page: 166 line 19 - Page: 168 line 22
Page: 169 line 1 – Page: 169 line 2
Page: 169 line 4 - Page: 169 line 5
Page: 172 line 7- Page: 172 line 16
Page: 172 line 19 - Page: 174 line 10
Page: 175 line 3 - Page: 175 line 18
Page: 175 line 21 - Page: 176 line 3
Page: 177 line 24 - Page: 178 line 9
Page: 189 line 24 - Page: 190 line 3
Page: 191 line 20 - Page: 193 line 9
Page: 193 line 13 - Page: 193 line 24
Page: 207 line 1 - Page: 208 line 5
Page: 208 line 8 - Page: 210 line 16
Page: 210 line 19 – Page: 211 line 3
Page: 222 line 7 - Page: 222 line 19
Page: 222 line 22 - Page: 224 line 21

Case 9:08-cv-80781-DMM   Document 87   Entered on FLSD Docket 03/31/2010   Page 4 of 6

**PLAINTIFF**

**By Counsel**

*/s/ Jonathan D. Boggs*
P. Gregory Haddad, Esq.
*ghaddad@baileyglasser.com*
Kerrie Wagoner Boyle, Esq.
*kboyle@baileyglasser.com*
Jonathan D. Boggs, Esq. (FL Bar #0106305)
*jboggs@baileyglasser.com*
Bailey & Glasser, LLP
209 Capitol Street
Charleston, West Virginia 25301
(304) 345-6555
(304) 342-1110 *facsimile*

David F. Miceli
*dmiceli@simmonsfirm.com*
Simmons, Browder, Gianaris, Angelides & Barnerd, LLC
119 Maple Street
Suite 201
Carrollton, GA 30117
770-834-2122
770-214-2622

Leslie Ann Caldwell, Esq.
*lac@lusklaw.com*
LUSK, CALDWELL & DEAN P.C.
2101 Highland Avenue, Suite 410
Birmingham, Alabama 35205
(205) 933-7090 Telephone
(205) 933-7099 Facsimile

4

376037

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 1:08-MD-1928-MIDDLEBROOKS/JOHNSON

IN RE TRASYLOL PRODUCTS LIABILITY
LITIGATION – MDL-1928

This Document Relates to:
LINDA MORDECAI v. BAYER CORPORATION, et al.,
Case No. 9:08-civ-80781-DMM

CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of March, 2010, the foregoing ***PLAINTIFF'S SUPPLEMENTAL PAGE/LINE DESIGNATIONS FOR GENERIC LIABILITY ISSUES*** was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants:

>Brian A. Wahl
>Bradley, Arant, Rose & White, LLP
>One Federal Place
>1819 Fifth Avenue North
>Birmingham, Alabama 35203
>
>Phillip S. Beck
>Bartlit Beck Herman Palenchar & Scott LLP
>Courthouse Place
>54 West Hubbard Place, Suite 300
>Chicago, IL 60610
>
>Patricia Elaine Lowry
>Barbara Bolton Litten
>Squire Sanders & Dempsey LLP
>777 S Flagler Drive, Suite 1900
>West Palm Beach, FL 33401-6198
>
>Elizabeth C. Curtin
>Sidley Austin LLP
>1 S Dearborn Street
>Chicago, IL 60603

376037

Richard K. Dandrea
Eckert Seamans Cherin & Mellott, LLC
600 Grant Street, 44th Floor
Pittsburgh, PA 15219

Daniel G. Wyllie
Dykema Gossett
400 Renaissance Center, 35th Floor
Detroit, MI 48243

*/s/ Jonathan D. Boggs*
Jonathan D. Boggs, Esq. (FL Bar #0106305)
*jboggs@baileyglasser.com*