UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

| | |
|---|---|
| IN RE TRASYLOL PRODUCTS LIABILITY LITIGATION — MDL-1928 <br><br> THIS DOCUMENT RELATES TO: <br><br> *Melissa Morrill v. Bayer Corp. et al.*, Case No. 9:08-cv-80424 | ) ) ) ) ) ) ) ) ) ) |

**DEFENDANTS' NOTICE REGARDING THE STATUS
OF DEFENDANTS' PREVIOUSLY FILED MOTIONS *IN LIMINE***

Defendants respectfully submit this notice to advise the Court about the status of motions *in limine* previously filed in this case.

1. Many of Bayer's motions *in limine* were filed jointly in *Anna Bryant v. Bayer Corp.*, No. 9:08-cv-80868, *Naguib Bechara v. Bayer Corp.*, No. 9:08-cv-80776, and this case. Among the arguments plaintiffs made in their responses to many of those motions was that the evidence or argument at issue was pertinent to punitive damages. However, there is no punitive damages claim in this case. *See Melissa Morrill v. Bayer Corp*, No. 9:08-cv-80424 (D.E. 78, filed Jan. 27, 2010) (denying plaintiffs' request to add a punitive damages claim). Accordingly, those arguments do not apply in this case because there is no punitive damages claim in this case.

The following is a list of motions in which plaintiffs previously argued in response that the evidence and argument at issue should be admissible because of their claim for punitive damages:

| Motion | Plaintiffs' Punitive Damages Argument |
|---|---|
| Defendants' Motion *in Limine* Exclude Evidence, Testimony, and Argument Alleging that Bayer Provided Inadequate or Incomplete Data to the FDA ["*Buckman*"] (D.E. 3994) | D.E. 4741 at 12 (arguing that "disregard for regulatory requirements, including failure to disclose studies and adverse events to FDA, *inter alia*, is relevant to the issue of punitive damages") |
| Defendants' Motion *in Limine* to Exclude Evidence and Argument Regarding Alleged Off-Label Promotion of Trasylol (D.E. 4259) | D.E. 4613 at 10 (arguing that alleged "off-label marketing is both relevant and admissible towards punitive damages") |
| Defendants' Motion *in Limine* to Exclude Evidence and Argument Regarding Irrelevant Marketing Materials (D.E. 4268) | D.E. 4609 at 6 (alleging that DDMAC letters "are admissible in support of Plaintiffs' punitive damages claim") |
| Defendants' Motion *in Limine* to Exclude Evidence, Testimony, and Argument Regarding Adverse Event Reports to Prove Causation or Comparative Risk (D.E. 4272) | D.E. 4610 at 4-5 ("AERs are admissible for a variety of non-causation reasons; including . . . punitive damages"); *id.* at 9 (same) |
| Defendants' Motion *in Limine* to Exclude Evidence or Argument Regarding Unrelated Alleged Wrongful Acts (D.E. 4261) | D.E. 4675 at 7-8 (arguing that certain unrelated prior conduct is relevant to punitive damages) |

Bayer respectfully submits that the Court should disregard the arguments plaintiff made in opposition to Bayer's motions *in limine* listed above to the extent the opposition is based on the pertinence of the evidence, testimony, or argument to the issue of punitive damages.

2.   The following additional motions *in limine* remain pending in which plaintiffs did not raise punitive damages arguments in their response:

- Defendants' Motion *in Limine* to Exclude Additional Irrelevant and Unfairly Prejudicial Evidence or Argument (D.E. 4245)

2

- Defendants' Motion *in Limine* to Exclude Evidence and Argument that Bayer had a Duty to Comparatively Test Trasylol (D.E. 4264)

- Defendants' Motion *in Limine* to Exclude Evidence and Argument Regarding Animal-Based Pharmacological Studies to Prove Causation (D.E. 4266)

- Defendants' Motion *in Limine* to Exclude Evidence, Testimony and Argument Related to the Kress Study (D.E. 5203)

- Defendants' Motion *in Limine* to Exclude Evidence, Testimony and Argument Related to Assertions of Attorney-Client Privilege (D.E. 5204)

   3.   Bayer and plaintiffs in the *Bechara* case reached agreement on the following motions *in limine*. Bayer has attempted to obtain plaintiff Morrill's agreement to these motions, but to date has not received a response. Bayer will immediately inform the Court in the event that plaintiff Morrill notifies Bayer that she agrees to these motions *in limine*:

- Defendants' Motion *in Limine* Exclude Evidence, Testimony, and Argument Regarding World War II and Germany's Nazi Past (D.E. 4244)

- Defendants' Motion *in Limine* to Exclude Additional Irrelevant and Unfairly Prejudicial Evidence or Argument (D.E. 4245) (sub-parts 1, 3-7 only)

- Defendants' Motion in Limine to Exclude Evidence or Testimony Regarding "Moral Duties" and "Business Ethics" (D.E. 4270)

   4.   The following motions have been withdrawn:

- Defendants' Motion *in Limine* to Exclude Evidence and Argument Regarding Injuries Not at Issue in a Given Case (D.E. 4273)

- Defendants' Motion *in Limine* to Exclude Evidence or Argument Relating to the BART Mortality Finding and Subsequent Remedial Measures (D.E. 4274)

   5.   The following motions are those on which Bayer requests a ruling prior to opening statements:

- Plaintiff's Motion *in Limine* to Exclude Evidence and Argument Related to Certain Issues and/or Request for Limiting Instructions, parts III ("Product Labeling and Other Evidence of Drugs Other Than Trasylol Taken by Plaintiff"), IV(5) ("Argument That the Number of Renal Failures Have Increased Since Trasylol Was Removed From the Market"), and IV(9) ("That Other Medications Caused or Contributed to Plaintiff's Renal Failure, Arrhythmia and Myocardial Infarction") (D.E. 5198)

3

- Defendants' Motion *in Limine* to Exclude Evidence, Testimony and Argument Related to the Kress Study (D.E. 5203)

- Defendants' Motion To Exclude Plaintiff's Case-Specific Causation and Damages Experts (D.E. 4006)

- Defendants' Motion for Summary Judgment (D.E. 3811)

## RULE 7.1(A)(3) CERTIFICATION

As required by this Court's Local Rule 7.1(A)(3)(a), counsel for defendants hereby certifies that counsel for the defendants has made reasonable efforts to confer in good faith with counsel for all parties who may be affected by the relief sought in the motion.

April 2, 2010

Respectfully submitted,

*/s/ Patricia E. Lowry*
Patricia E. Lowry
Florida Bar No. 332569
E-mail: plowry@ssd.com
Barbara Bolton Litten
Florida Bar No. 91642
E-mail: blitten@ssd.com
**SQUIRE, SANDERS & DEMPSEY L.L.P.**
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198
Telephone: 561-650-7200
Facsimile: 561-655-1509

Philip S. Beck
Email: philip.beck@bartlit-beck.com
Steven E. Derringer
Email: steven.derringer@bartlit-beck.com
**BARTLIT BECK HERMAN PALENCHAR
  & SCOTT LLP**
54 W. Hubbard Street, Suite 300
Chicago, IL 60603
Telephone: 312-494-4400
Facsimile: 312-494-4440

Eugene A. Schoon
Email:  eschoon@sidley.com
Susan A. Weber
Email:  saweber@sidley.com
**SIDLEY AUSTIN LLP**
One South Dearborn Street
Chicago, Illinois 60603
Telephone:  312-853-7000
Facsimile:   312-853-7036

Rebecca K. Wood
Email:  rwood@sidley.com
**SIDLEY AUSTIN LLP**
1501 K Street, NW
Washington, DC 20005
Telephone:  202-736-8000
Facsimile:   202-736-8711

Susan Artinian
Email:  sartinian@dykema.com
Daniel Stephenson
Email:  dstephenson@dykema.com
**DYKEMA GOSSETT PLLC**
400 Renaissance Center
Detroit, MI  48243
Telephone:  313-268-9788
Facsimile:   313-568-6658

Richard K. Dandrea
Email:  rdandrea@eckertseamans.com
**ECKERT SEAMANS CHERIN & MELLOTT, LLC**
USX Tower, 600 Grant St., 44th Floor
Pittsburgh, PA.  15219
Telephone:  412-566-6000
Facsimile:   412-566-6099

*Attorneys for Defendants Bayer HealthCare
Pharmaceuticals Inc., Bayer HealthCare LLC,
Bayer AG and Bayer Schering Pharma AG*

5

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Barbara Bolton Litten*
Barbara Bolton Litten

**SERVICE LIST**
**Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON**

James R. Ronca
Email: jronca@anapolschwartz.com
**ANAPOL, SCHWARTZ, WEISS, COHAN, FELDMAN & SMALLEY, P.C.**
1710 Spruce Street
Philadelphia, PA 19103
Telephone:  215-735-1130
Facsimile:  215-875-7758
*Co-Lead Counsel for Plaintiffs*

Theodore Babbitt
Email: tedbabbitt@babbitt-johnson.com
**BABBITT JOHNSON OSBORNE & LECLAINCHE, P.A**.
1641 Worthington Road, Suite 100
West Palm Beach, Florida 33409
Telephone:  561-684-2500
Facsimile:  561-684-6308
*Liaison Counsel for Plaintiffs*

John D. Goldsmith
Email: jgoldsmith@trenam.com
Amy L. Drushal
Email: aldrushal@trenam.com
**TRENAM KEMKER SCHARF BARKIN FRYE O'NEILL & MULLIS PA**
101 E. Kennedy Blvd., Suite 2700
Tampa, FL 33602
Telephone:  813-223-7474
Facsimile:  813-229-6553
*Counsel for Plaintiff Melissa Morrill*

Scott Love
Email: slove@triallawfirm.com
**CLARK, DEAN & BURNETT, G.P.**
440 Louisiana, Suite 1600
Houston, TX 77002
Telephone:  713-757-1400
Facsimile:  713-759-1217
*Co-Lead Counsel for Plaintiffs*

Neal Moskow
Email: neal@urymoskow.com
**URY & MOSKOW, LLC**
883 Black Rock Turnpike
Fairfield, CT 06825
Telephone:  203-610-6393
Facsimile:  203-610-6399
*Federal-State Liaison for Plaintiffs*

Patricia E. Lowry
Florida Bar No. 332569
Email: plowry@ssd.com
**SQUIRE, SANDERS & DEMPSEY L.L.P.**
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198
Telephone:  561-650-7200
Facsimile:  561-655-1509
*Liaison Counsel for Defendants*