UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

IN RE TRASYLOL PRODUCTS LIABILITY
LITIGATION – MDL-1928

*Mordecai* v. *Bayer Corporation et al.*,
Case No. 9:08-CV-80781
_____/

## DEFENDANTS' THIRD AMENDED RULE 26(a)(3)(A)(i) WITNESS LIST

Pursuant to Pretrial Order No. 6 and Rule 26(a)(3)(A)(i) of the Federal Rules of Civil Procedure, defendants Bayer Corporation, Bayer HealthCare Pharmaceuticals Inc. (as successor in interest to Bayer Pharmaceutical Corporation), Bayer HealthCare LLC, and Bayer Schering Pharma AG (as successor in interest to Bayer HealthCare AG) (collectively, "Bayer ") hereby submit the following list of witnesses that they expect to call or may call at trial as follows:

1. The following individuals are those that defendants expect to call live at trial:

   a. Pam Cyrus, M.D.

   b. Robert R. Fenichel, M.D., Ph.D. or J. Paul Waymack, M.D., Sc.D.

   c. Anthony P. Furnary, M.D., F.A.C.S., F.A.C.C.

   d. H. David Humes, M.D.

   e. Henry Rosenberg, M.D.

   f. Donald R. Williams, M.D.

   g. William S. Weintraub, M.D.

2. The following individuals are those that defendants expect to call by preserved testimony:

   a. Constantine Athanasuleas, M.D.

    b. Frances Ciavaglia

    c. Richard Lyerly, M.D.

3. The following individuals are those that defendants may call live or by preserved testimony at trial:

    a. All witnesses listed in plaintiff's Page/Line Designations submitted on March 22, 2010 [D.E. 5037] and March 29, 2010 [D.E. 5220] (by preserved testimony)

    b. Nicholas A. Flavahan, Ph.D. (live)

Defendants reserve the right to move witnesses from the "may call (by preserved testimony)" list to the "expect to call (live)" list or the "may call (live)" list based upon the Court's rulings on motions in limine.

Defendants reserve the right call any and all persons identified by other parties to this civil action, and to amend and supplement this disclosure as necessary.

DATED:  April 5, 2010

Respectfully submitted,

*/s/  Barbara Bolton Litten*
Patricia E. Lowry (Florida Bar No. 332569)
Email: plowry@ssd.com
Barbara Bolton Litten (Florida Bar No. 91642)
Email: blitten@ssd.com
**SQUIRE, SANDERS & DEMPSEY L.L.P.**
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198
Telephone:  561-650-7120
Facsimile:   561-655-1509

***Attorneys for Defendants*** Bayer Corporation, Bayer HealthCare Pharmaceuticals Inc., Bayer HealthCare LLC, and Bayer Schering Pharma AG

**CERTIFICATE OF SERVICE**

I hereby certify that on April 5, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Barbara Bolton Litten*
Barbara Bolton Litten

SERVICE LIST

In re Trasylol Products Liability Litigation – MDL-1928
Case No. 08-md-1928-MIDDLEBROOKS/JOHNSON
Case No. 9:08-cv-80781 *Mordecai v. Bayer Corp.*

**United States District Court
Southern District of Florida**

| | |
|---|---|
| James R. Ronca<br>Email: jronca@anapolschwartz.com<br>**ANAPOL, SCHWARTZ, WEISS, COHAN, FELDMAN<br>& SMALLEY, P.C.**<br>1710 Spruce Street<br>Philadelphia, PA 19103<br>Telephone:  215-790-4584<br>Facsimile:  215-875-7701<br>*Co-Lead Counsel for Plaintiffs* | Scott A. Love<br>Email:  slove@triallawfirm.com<br>**CLARK, DEAN & BURNETT, G.P.**<br>Lyric Center<br>440 Louisiana Street, Suite 1600<br>Houston, TX  77002<br>Telephone:  713-757-1400<br>Facsimile:  713-759-1217<br>*Co-Lead Counsel for Plaintiffs* |
| Theodore Babbitt<br>Email: tedbabbitt@babbitt-johnson.com<br>**BABBITT JOHNSON OSBORNE<br>& LECLAINCHE, P.A**.<br>1641 Worthington Road, Suite 100<br>West Palm Beach, FL 33409<br>Telephone:  561-684-2500<br>Facsimile:  561-684-6308<br>*Liaison Counsel for Plaintiffs* | Neal L. Moskow<br>Email: neal@urymoskow.com<br>**URY & MOSKOW, LLC**<br>883 Black Rock Turnpike<br>Fairfield, CT 06825<br>Telephone:  203-610-6393<br>Facsimile:  203-610-6399<br>*Federal-State Liaison for Plaintiffs* |
| Leslie A. Caldwell<br>Email:  lac@lusklaw.com<br>**LUSK CALDWELL & DEAN PC**<br>2101 Highland Ave., Suite 410<br>Birmingham, AL  35205<br>Telephone:  205-933-7090<br>Facsimile:  205-933-7099<br>*Counsel for Plaintiff Mordecai* | P. Gregory Haddad<br>Email:  ghaddad@baileyglasser.com<br>Kerrie Wagoner Boyle<br>Email:  kboyle@baileyglasser.com<br>Jonathan D. Boggs<br>Email:  jboggs@baileyglasser.com<br>**BAILEY & GLASSER LLP**<br>209 Capitol Street<br>Charleston, WV  25301<br>Telephone:  304-345-6555<br>Facsimile:  304-342-1110<br>*Counsel for Plaintiff Mordecai* |

David F. Miceli
Email:  dmiceli@simmonsfirm.com
**SIMMONS BROWDER GIANARIS ANGELIDES & BARNERD LLC**
119 Maple St., Suite 201
Carrollton, GA  30117
Telephone:  770-834-2122
Facsimile:  770-214-2622
*Counsel for Plaintiff Mordecai*

Patricia E. Lowry
Florida Bar No. 332569
Email: plowry@ssd.com
**SQUIRE, SANDERS & DEMPSEY L.L.P.**
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198
Telephone:  561-650-7200
Facsimile:   561-655-1509
*Liaison Counsel for Defendants*