UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

IN RE: TRASYLOL PRODUCTS LIABILITY
LITIGATION – MDL-1928

This Document Relates To:

MORDECAI V. BAYER CORPORATION, ET AL.,
Case No. 9:08-cv-80781

## MOTION IN LIMINE TO PRECLUDE THE DEFENDANTS' EXPERT, DR. FURNARY

COMES NOW the Plaintiff, by counsel, and moves this Court to enter an order precluding Dr. Furnary from testifying at the trial of this matter or otherwise attempting to introduce Dr. Furnary's opinions through any other witness.

The Defendants were to identify their witnesses that they expect to call at trial by March 11, 2010.[1] In their witness list filed on March 12, 2010, Dr. Furnary was not identified as a witness the Defendants were going to call at trial. On Friday, March 29, 2010, Bayer filed a supplemental witness list which identified Dr. Furnary as a witness that Bayer intended to call as a witness at the trial of this matter.

In discussions with counsel for the defendants regarding Dr. Furnary being disclosed outside the deadline, counsel for the defendants indicated it was an "oversight" on their part. Irrespective of that fact, the inclusion of yet another expert beyond the deadline is inappropriate. Dr. Furnary is a generic expert and a cardiothoracic surgeon by training. The defendants timely disclosed Dr. Williams as a witness. Dr. Williams is a generic expert, case-specific expert, and cardiothoracic surgeon by training. Therefore, the defendants have ample opportunity through

---

[1] The defendants filed their witness list on March 12, 2010 based upon agreement reached between counsel for the parties.

1

Dr. Williams to present a cardiothoracic surgeon on generic issues without the need to present yet another cardiothoracic surgeon, untimely identified, in their case.

WHEREFORE, Plaintiff respectfully requests that this Court enter an order precluding Dr. Furnary from offering testimony at the trial of this action and further precluding the Defendants from introducing Dr. Furnary's opinions through other witnesses that may be called.

### CERTIFICATION OF LOCAL RULE 7.1.A.3 CONFERENCE

As required by this Court's Local Rule 7.1(A)(3)(a), counsel for Plaintiff hereby certifies that counsel for Plaintiff has made reasonable efforts to confer in good faith with counsel for all parties who may be affected by the relief sought in the motion, and has been advised that Defendants will contest this motion.

**PLAINTIFF**

**By Counsel**

*/s/ Jonathan D. Boggs*
P. Gregory Haddad, Esq.
*ghaddad@baileyglasser.com*
Kerrie Wagoner Boyle, Esq.
*kboyle@baileyglasser.com*
Jonathan D. Boggs, Esq. (FL Bar #0106305)
*jboggs@baileyglasser.com*
Bailey & Glasser, LLP
209 Capitol Street
Charleston, West Virginia 25301
(304) 345-6555
(304) 342-1110 *facsimile*

David F. Miceli
*dmiceli@simmonsfirm.com*
Simmons, Browder, Gianaris, Angelides & Barnerd, LLC
119 Maple Street
Suite 201
Carrollton, GA 30117
770-834-2122
770-214-2622

Leslie Ann Caldwell, Esq.
*lac@lusklaw.com*
LUSK, CALDWELL & DEAN P.C.
2101 Highland Avenue, Suite 410
Birmingham, Alabama 35205
(205) 933-7090 Telephone
(205) 933-7099 Facsimile

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 1:08-MD-1928-MIDDLEBROOKS/JOHNSON

IN RE TRASYLOL PRODUCTS LIABILITY
LITIGATION – MDL-1928

This Document Relates to:
LINDA MORDECAI v. BAYER CORPORATION, et al.,
Case No. 9:08-civ-80781-DMM

CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of April, 2010, the foregoing ***MOTION IN LIMINE TO PRECLUDE THE DEFENDANTS' EXPERT, DR. FURNARY*** was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants:

> Brian A. Wahl
> Bradley, Arant, Rose & White, LLP
> One Federal Place
> 1819 Fifth Avenue North
> Birmingham, Alabama 35203
>
> Phillip S. Beck
> Bartlit Beck Herman Palenchar & Scott LLP
> Courthouse Place
> 54 West Hubbard Place, Suite 300
> Chicago, IL 60610
>
> Patricia Elaine Lowry
> Barbara Bolton Litten
> Squire Sanders & Dempsey LLP
> 777 S Flagler Drive, Suite 1900
> West Palm Beach, FL 33401-6198
>
> Elizabeth C. Curtin
> Sidley Austin LLP
> 1 S Dearborn Street
> Chicago, IL 60603

Richard K. Dandrea
Eckert Seamans Cherin & Mellott, LLC
600 Grant Street, 44th Floor
Pittsburgh, PA 15219

Daniel G. Wyllie
Dykema Gossett
400 Renaissance Center, 35th Floor
Detroit, MI 48243

                                     */s/ Jonathan D. Boggs*
                                     Jonathan D. Boggs, Esq. (FL Bar #0106305)
                                     *jboggs@baileyglasser.com*