**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON**

| | |
|---|---|
| IN RE TRASYLOL PRODUCTS LIABILITY LITIGATION – MDL-1928<br><br>THIS DOCUMENT RELATES TO:<br><br>*Linda Mordecai* v. *Bayer Corp., et al.*,<br>Case No. 9:08-cv-80781-DMM | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS' NOTICE OF ADOPTION OF CERTAIN MOTIONS *IN LIMINE* FILED IN OTHER MDL CASES AND NOTICE OF THE AGREEMENT OF THE PARTIES WITH RESPECT TO CERTAIN MOTION *IN LIMINE* ISSUES**

To avoid burdening the Court with duplicative briefing, Defendants respectfully submit this notice of adoption of certain motions *in limine* they previously filed in other MDL cases. In addition, Bayer submits this notice of the agreement of the parties with respect to certain motion *in limine* issues.

1. Defendants adopt and incorporate by reference herein the following motions in *limine* they previously filed in *Anna Bryant* v. *Bayer Corp.*, Case No. 9:08-cv-80868, *Naguib Bechara* v. *Bayer Corp.*, Case No. 9:08-cv-80776, and *Melissa Morrill* v. *Bayer Corp.*, Case No. 9:08-cv-80424:

- Defendants' Motion *In Limine* To Exclude Evidence, Testimony, And Argument Alleging That Bayer Provided Inadequate Or Incomplete Data To The FDA ["*Buckman*"] (D.E. 3994, D.E. 4502, D.E. 4680, D.E. 4793).

- Defendants' Motion *In Limine* To Exclude Evidence And Argument Regarding Alleged Off-Label Promotion Of Trasylol (D.E. 4259, D.E. 4712). Like the "on label" use briefed in *Bryant*, *Bechara*, and *Morrill*, this case involves an "on-label" use. Mr. Mordecai's October 10, 2006 surgery was coronary artery bypass graft ("CABG") with cardiopulmonary bypass ("CPB"), consistent with the indication in the 2003 package insert in effect on that date.

- Defendants' Motion *In Limine* To Exclude Evidence And Argument That Bayer Had A Duty To Comparatively Test Trasylol (D.E. 4264, D.E. 4704).

- Defendants' Motion *In Limine* To Exclude Evidence And Argument Regarding Animal-Based Pharmacological Studies To Prove Causation (D.E. 4266, D.E. 4713).

- Defendants' Motion *In Limine* To Exclude Evidence And Argument Regarding Irrelevant Marketing Materials (D.E. 4268, D.E. 4703).  As in *Bryant*, *Bechara*, and *Morrill*, there is no evidence that Dr. Constantine Athanasuleas, Mr. Mordecai's prescribing physician, was exposed to the promotional materials discussed in the DDMAC letters, much less that he relied on these or any other promotional materials in making his decision to prescribe Trasylol to Mr. Mordecai.

- Defendants' Motion *In Limine* To Exclude Evidence, Testimony, And Argument Regarding Adverse Event Reports ["AERs"] To Prove Causation Or Comparative Risk (D.E. 4272, D.E. 4710).  The AERs identified in Defendants' prior briefing are now designated as follows:  Pl.'s Supp. Ex. List for Generic Liability Issues (D.E. 4972) Schedule B (Mordecai Exhibit List), Nos. 108-11 (designating "suspect" adverse event reports), Nos. 646-681 (same).

- Defendants' Motion *In Limine* to Exclude Evidence Or Argument Regarding Unrelated Alleged Wrongful Acts (D.E. 4261, D.E. 4794).

- Defendants' Motion To Exclude Evidence, Testimony, And Argument Related To Assertions Of Attorney-Client Privilege (D.E. 5204).

To the extent plaintiff's counsel wishes to file a case-specific response to these motions, Defendants reserve the right to file a case-specific reply in the ordinary course.

      2.      The parties have reached the following agreements with respect to motions *in limine*:

- Defendants' Motion *In Limine* To Exclude Evidence, Testimony, And Argument Regarding World War II And Germany's Nazi Past (D.E. 4244, D.E. 4650) (plaintiff agrees unless Bayer opens the door).

- Defendants' Motion *In Limine* To Exclude Additional Irrelevant And Unfairly Prejudicial Evidence or Argument (filed herewith):  Plaintiff agrees to sub-parts 1 (charity), 2 (liability insurance), 4 (other settlements), and 5 (Bayer's lawyers or the number of them) (plaintiff agrees with reciprocity that Bayer does not mention that plaintiff's lawyers only represent plaintiffs).

2

3. Bayer is filing separate motions *in limine* on certain other previously briefed issues to account for this Court's intervening orders or where a case-specific variation warrants additional briefing:

- Defendants' Motion *In Limine* To Exclude Evidence And Argument Regarding The Timing Of Bayer's Disclosure Of The i3 Drug Safety Study And Preliminary Results (filed herewith).

- Defendants' Motion *In Limine* To Exclude Additional Irrelevant And Unfairly Prejudicial Evidence or Argument (filed herewith):  Plaintiff does not agree to sub-parts 3 (other Trasylol cases) (other than the experts may be questioned about their prior experience to determine bias, etc.), 6 (defendants' employees' attendance or non-attendance at trial), 7 (references to witnesses who testify by recorded deposition rather than live), and 8 (testimony of Gene Rollins, Carl Quinn, and Gary Lockhart)).

- Defendants' Motion *In Limine* To Exclude Argument, Evidence And Testimony Not Relevant To The Assessment Of Punitive Damages (filed herewith).

- Defendants' Motion *In Limine* to Exclude Evidence or Testimony Regarding "Moral Duties" and "Business Ethics" (filed herewith).

## CONCLUSION

Defendants respectfully request that this Court grant its motions *in limine*.

## RULE 7.1(A)(3) CERTIFICATION

As required by this Court's Local Rule 7.1(A)(3)(a), counsel for defendants hereby certifies that counsel for the defendants has made reasonable efforts to confer in good

3

faith with counsel for all parties who may be affected by the relief sought in the motion, and has been advised that plaintiff will contest this motion at this time.

April 5, 2010                                            Respectfully submitted,

*/s/ Patricia E. Lowry*
Patricia E. Lowry
Florida Bar No. 332569
E-mail: plowry@ssd.com
Barbara Bolton Litten
Florida Bar No. 91642
E-mail: blitten@ssd.com
**SQUIRE, SANDERS & DEMPSEY L.L.P.**
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198
Telephone: 561-650-7200
Facsimile: 561-655-1509

Philip S. Beck
Email: philip.beck@bartlit-beck.com
Steven E. Derringer
Email: steven.derringer@bartlit-beck.com
**BARTLIT BECK HERMAN PALENCHAR
   & SCOTT LLP**
54 W. Hubbard Street, Suite 300
Chicago, IL 60603
Telephone: 312-494-4400
Facsimile: 312-494-4440

Eugene A. Schoon
Email: eschoon@sidley.com
Susan A. Weber
Email: saweber@sidley.com
James W. Mizgala
Email: jmizgala@sidley.com
**SIDLEY AUSTIN LLP**
One South Dearborn Street
Chicago, Illinois 60603
Telephone: 312-853-7000
Facsimile: 312-853-7036

Rebecca K. Wood
Email:  rwood@sidley.com
**SIDLEY AUSTIN LLP**
1501 K Street, NW
Washington, DC 20005
Telephone:  202-736-8000
Facsimile:   202-736-8711

Susan Artinian
Email:  sartinian@dykema.com
Daniel Stephenson
Email:  dstephenson@dykema.com
**DYKEMA GOSSETT PLLC**
400 Renaissance Center
Detroit, MI  48243
Telephone:  313-268-9788
Facsimile:   313-568-6658

Richard K. Dandrea
Email:  rdandrea@eckertseamans.com
**ECKERT SEAMANS CHERIN & MELLOTT, LLC**
USX Tower, 600 Grant St., 44th Floor
Pittsburgh, PA.  15219
Telephone:  412-566-6000
Facsimile:   412-566-6099

*Attorneys for Bayer Corporation, Bayer HealthCare Pharmaceuticals Inc., Bayer HealthCare LLC and Bayer Schering Pharma AG*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 5, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                        /s/ Patricia E. Lowry            
                                        Patricia E. Lowry

**SERVICE LIST**

**In re Trasylol Products Liability Litigation – MDL-1928**
**Case No. 08-MD-1928-MIDDLEBROOKS/JOHNSON**
**Case No. 9:08-cv-80781** *Mordecai* **v.** *Bayer Corp.*

**United States District Court**
**Southern District of Florida**

James R. Ronca
Email: jronca@anapolschwartz.com
**ANAPOL, SCHWARTZ, WEISS, COHAN, FELDMAN**
    **& SMALLEY, P.C.**
1710 Spruce Street
Philadelphia, PA 19103
Telephone:  215-790-4584
Facsimile:  215-875-7701
*Co-Lead Counsel for Plaintiffs*

Scott A. Love
Email:  slove@triallawfirm.com
**CLARK, DEAN & BURNETT, G.P.**
Lyric Center
440 Louisiana Street, Suite 1600
Houston, TX  77002
Telephone:  713-757-1400
Facsimile:  713-759-1217
*Co-Lead Counsel for Plaintiffs*

Theodore Babbitt
Email: tedbabbitt@babbitt-johnson.com
**BABBITT JOHNSON OSBORNE**
    **& LECLAINCHE, P.A**.
1641 Worthington Road, Suite 100
West Palm Beach, FL 33409
Telephone:  561-684-2500
Facsimile:  561-684-6308
*Liaison Counsel for Plaintiffs*

Neal L. Moskow
Email: neal@urymoskow.com
**URY & MOSKOW, LLC**
883 Black Rock Turnpike
Fairfield, CT 06825
Telephone:  203-610-6393
Facsimile:  203-610-6399
*Federal-State Liaison for Plaintiffs*

Leslie A. Caldwell
Email:  lac@lusklaw.com
**LUSK CALDWELL & DEAN PC**
2101 Highland Ave., Suite 410
Birmingham, AL  35205
Telephone:  205-933-7090
Facsimile:  205-933-7099
*Counsel for Plaintiff Mordecai*

P. Gregory Haddad
Email:  ghaddad@baileyglasser.com
Kerrie Wagoner Boyle
Email:  kboyle@baileyglasser.com
Jonathan D. Boggs
Email:  jboggs@baileyglasser.com
**BAILEY & GLASSER LLP**
209 Capitol Street
Charleston, WV  25301
Telephone:  304-345-6555
Facsimile:  304-342-1110
*Counsel for Plaintiff Mordecai*

| | |
|---|---|
| David F. Miceli<br>Email:  dmiceli@simmonsfirm.com<br>**SIMMONS BROWDER GIANARIS ANGELIDES &<br>     BARNERD LLC**<br>119 Maple St., Suite 201<br>Carrollton, GA  30117<br>Telephone:  770-834-2122<br>Facsimile:  770-214-2622<br>*Counsel for Plaintiff Mordecai* | Patricia E. Lowry<br>Florida Bar No. 332569<br>Email: plowry@ssd.com<br>**SQUIRE, SANDERS & DEMPSEY L.L.P.**<br>1900 Phillips Point West<br>777 South Flagler Drive<br>West Palm Beach, FL 33401-6198<br>Telephone:  561-650-7200<br>Facsimile:   561-655-1509<br>*Liaison Counsel for Defendants* |