UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 1:08-MD-01928- MIDDLEBROOKS/JOHNSON

IN RE TRASYLOL PRODUCTS LIABILITY
LITIGATION - MDL – 1928

This Document Relates to:

Rawson et al.

v.

Bayer A.G., et al.,
Case No. 4:08CV486

FILED by _____ D.C.
APR 07 2010
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## PLAINTIFF'S SECOND AMENDED RULE 26(a)(3)(A)(i) FACT WITNESS DISCLOSURE

Plaintiffs, Daniel and Melissa Rawson, on behalf of the estate of Mackenzie Rawson ("Plaintiff"), respectfully submit the following Pretrial Disclosures, pursuant to Federal Rule of Civil Procedure 26(a)(3)(A). Included herein are names of those fact witnesses who Plaintiffs expect to call, live or by deposition, and the names of those fact witnesses who Plaintiff may call if the need arises. This list does not include the name of potential expert witnesses, rebuttal witnesses, or witnesses who may become known through discovery. Plaintiff reserves the right to supplement these Pretrial Disclosures as is necessary, and reserves the right to call any witness listed on Defendants' Rule 26(a)(3)(A) Disclosures.

### I.
### WITNESSES PLAINTIFFS EXPECT TO CALL TO TESTIFY AT THE TRIAL OF THIS MATTER

a. Daniel Rawson
19113 E. 13th Terrace N.
Independence, MO 64056

b. Melissa Rawson
19113 E. 13th Terrace N.
Independence, MO 64056

c. Dr. Karen J. Oppermann, M.D.
19702 E. Old Lexington Rd.
Independence, MO 64058

1

d. Dr. Gary K. Lofland, M.D.
   Children's Mercy Hospital
   2401 Gillham Road
   Kansas City, MO 64108

## II.
## WITNESSES PLAINTIFFS MAY CALL TO TESTIFY AT
## THE TRIAL OF THIS MATTER IF THE NEED ARISES

a. Dr. Marius M. Hubbell, M.D.
   Children's Mercy Hospital
   2401 Gillham Road
   Kansas City, MO 64108

a. Dr. Steven B. Allen, M.D.
   Children's Mercy Hospital
   2401 Gillham Road
   Kansas City, MO 64108

b. Dr. Geoffrey L. Allen, M.D.
   Children's Mercy Hospital
   2401 Gillham Road
   Kansas City, MO 64108

c. Pamela A. Dennis, R.N, M.A., CRNFA
   Children's Mercy Hospital
   2401 Gillham Road
   Kansas City, MO 64108

d. Dr. Lesley A. Friskel, M.D.
   Children's Mercy Hospital
   2401 Gillham Road
   Kansas City, MO 64108

e. Vicki Headley, R.N., R.N.C.
   Children's Mercy Hospital
   2401 Gillham Road
   Kansas City, MO 64108

f. Dr. Christopher L. Hubble, M.D.
   Children's Mercy Hospital
   2401 Gillham Road
   Kansas City, MO 64108

g. Dr. Bradley Warady, M.D.
   Children's Mercy Hospital
   2401 Gillham Road
   Kansas City, MO 64108

h. Dr. Rengasamy Gowdamarajan, M.D.
   Children's Mercy Hospital
   2401 Gillham Road
   Kansas City, MO 64108

i. Dr. William B. Drake III, M.D.
   Children's Mercy Hospital
   2401 Gillham Road
   Kansas City, MO 64108

j. Dr. James Edward Hulse III, M.D.
   Children's Mercy Hospital
   2401 Gillham Road
   Kansas City, MO 64108

k. Dr. Catherine O. Simon, M.D.
   Children's Mercy Hospital
   2401 Gillham Road
   Kansas City, MO 64108

l. Dr. Howard W. Kilbride, M.D.
   Children's Mercy Hospital
   2401 Gillham Road
   Kansas City, MO 64108

i. Dr. Patricia A. Webster, M.D.
   Children's Mercy Hospital
   2401 Gillham Road
   Kansas City, MO 64108

m. Dr. Douglas L. Blowey, M.D.
   Children's Mercy Hospital
   2401 Gillham Road
   Kansas City, MO 64108

n. Dr. Bruce D. Banwart, M.D.
   Children's Mercy Hospital
   2401 Gillham Road
   Kansas City, MO 64108

o.  Dr. Jennifer Watts, M.D.
    Children's Mercy Hospital
    2401 Gillham Road
    Kansas City, MO 64108

p.  Dr. Linda L. Gratny, M.D.
    Children's Mercy Hospital
    2401 Gillham Road
    Kansas City, MO 64108

q.  Dr. Eugenio M. Taboada-Arana, M.D.
    Children's Mercy Hospital
    2401 Gillham Road
    Kansas City, MO 64108

r.  Dr. Steven T. Welch, M.D.
    Children's Mercy Hospital
    2401 Gillham Road
    Kansas City, MO 64108

s.  Dr. Frank Morello, M.D.
    Children's Mercy Hospital
    2401 Gillham Road
    Kansas City, MO 64108
    (816) 234-3273

t.  Dr. Michael Morriss, M.D.
    Children's Mercy Hospital
    2401 Gillham Road
    Kansas City, MO 64108

u.  Dr. Katherine Gyves-Ray, M.D.
    Children's Mercy Hospital
    2401 Gillham Road
    Kansas City, MO 64108

v.  Dr. Cynthia Taylor, M.D.
    Children's Mercy Hospital
    2401 Gillham Road
    Kansas City, MO 64108

w.  Dr. Megan E. McDonald, D.O.
    Children's Mercy Hospital
    2401 Gillham Road
    Kansas City, MO 64108

4

x.  Dr. Lisa H. Lowe, M.D.
    Children's Mercy Hospital
    2401 Gillham Road
    Kansas City, MO 64108

y.  Dr. Barbara L. Carr, M.D.
    4401 Wornall Road
    Kansas City, MO 64111-3220

z.  Dr. Julie Wei, M.D.
    3901 Rainbow Blvd # Ms3045
    Kansas City, KS 66160

aa. Various Physicians, nurses and other healthcare providers including Medical Record and Patient Account Custodians who provided care to Mackenzie Rawson and whose names appear in Mackenzie Rawson's medical records from Children's Mercy Hospital, 2401 Gillham Road, Kansas City, MO 64108.

Plaintiffs also designate the custodians of all records of all medical providers who may testify, by way of Affidavit and/or deposition testimony, regarding authenticity, admissibility and reasonableness and necessity of medical charges.

Any and all fact witnesses designated by any party herein.

Current and former employees of the FDA which were involved with the drug Trasylol.

All individuals/witnesses deposed in the Trasylol Multidistrict Litigation.

All witnesses deposed by time of trial by any party.

All Bayer sales representatives who called on Plaintiff's treating physicians.

### III.
### BAYER EMPLOYEES AND/OR FORMER EMPLOYEES

The addresses and phone numbers of the individuals listed below are presumed to be in the possession of Bayer because they are employees or past employees of Bayer.

a.  Keith R. Abrams

b.  Savaramakrishan Balakrishnan

c.  Jeff Bova

d.  Thomas H. Chin, Pharma D

e. Pamela Cyrus, M.D.

f. Karen Denton

g. Michael Devoy

h. Hilda Dizon

i. Nahid Dolkhani

j. Tomasz Dyzynski

k. Rienhart Fesharek

l. Meredith Fischer

m. Margaret Foley

n. Eleonora Goldberg

o. Robert J. Harrison

p. Allen Heller

q. George Holder

r. Stanley Horton, Pharma D

s. Debra Hudgins

t. Marc Neil Jensen

u. Susan Johnston

v. John Lettieri

w. Eugene Paul MacCarthy, M.D.

x. Kemal Malik

y. Jennifer A. Maurer, R.Ph. Ph.D.

z. Felix S. Montegudo, M.D. Ph.D

aa. Denise D. Neal

bb.  Valentine John Pascale

cc.  Valerie Pierpont

dd.  Samuel Ray

ee.  Michael Rozycki, Ph.D.

ff.  James Sadler

gg.  Joseph Scheeren

hh.  Matt Skoronsky

ii.  Anita Shah, Ph.D.

jj.  William R. Shank

kk.  Kate Sheffield-Motiker

ll.  Kuno Sprenger

mm.  Daniel Stamps

nn.  David Stocker

oo.  Edward Sypneiwski

pp.  Terry Taylor, M.D.

qq.  Mitchel Trujullo

rr.  Edwin Jonathan Tucker, M.D.

ss.  Ernst Weidman

tt.  Max Wegner

uu.  Franz Wingen

vv.  Stephen Zaruby

ww.  James Darnell

xx.  Kathleen Kocan

yy.  Frederick Moye

zz.  Any other corporate representatives, sales representatives, persons most knowledgeable, persons with knowledge of relevant facts, employees or ex-employees of any of the Defendants who are known or will become known over the course of discovery.

## IV.

The Plaintiffs specifically reserve the right to amend and supplement this list based on continuing medical treatment, continuing discovery, and for good cause shown.

## CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2010, I served the foregoing document with the Clerk of the Court using regular U.S. mail. I also certify that the foregoing document is being served this day on the following counsel of record in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or by mailing the same to the offices of said counsel by United States mail, postage prepaid.

_____
LELAND F. DEMPSEY  #30756
ASHLEY L. BAIRD  #59068
Dempsey & Kingsland, P.C.
1100 Main Street, Suite 1860
Kansas City, Missouri 64105
(816) 421-6868; Fax (816) 421-2610
ATTORNEY FOR PLAINTIFFS

## SERVICE LIST
### In re Trasylol Products Liability Litigation - MDL-1928
### Case No. 08-MD-1928-MIDDLEBROOKS/JOHNSON
### Case No. 4:08CV486
### United States District Court
### Southern District of Florida

Scott Love
Fleming & Associates, LLP
1330 Post Oak Blvd., Suite 3030
Houston, TX 7705
*Co-Lead Counsel for Plaintiffs*

James R. Ronca
ANAPOL | SCHWARTZ | WEISS | COHAN | FELDMAN | SMALLEY PC
252 Boas Street
Harrisburg, PA 17102
*Co-Lead Counsel for Plaintiffs*

Theodore Babbitt
Joseph Osborne
Babbitt, Johnson, Osborne & LeClainche, P.A.
1450 Centrepark Blvd., Suite 100
West Palm Beach, FL 33401
*Liaison Counsel for Plaintiffs*

Philip S. Beck and Steve E. Derringer
Bartlit Beck Herman Palenchar & Scott LLP
Courthouse Place
54 W. Hubbard Place, Suite 300
Chicago, IL 60610
*Lead Counsel for Defendants*

Eugene A. Schoon
Elizabeth Curtin
Sidley Austin, LLP
One South Dearborn
Chicago, IL 60603
*Lead Counsel for Defendants*

Richard K. Dandrea
Eckert Seamans Cherin & Mellott, LLC
600 Grant Street, 44th Floor
Pittsburgh, PA 15219
*Lead Counsel for Defendants*

Susan Artinian
Dykema Gossett PLLC
400 Rennaisance Center
Detroit, MI 48243
*Lead Counsel for Defendants*

Patricia E. Lowry
Squire, Sanders & Dempsey L.L.P.
1900 Phillips Point west
777 South Flagler Drive
West Palm Beach, FL 33401
*Liaison Counsel for Defendants*

Respectfully submitted,

_____
LELAND F. DEMPSEY  #30756
ASHLEY L. BAIRD  #59068
Dempsey & Kingsland, P.C.
1100 Main Street, Suite 1860
Kansas City, Missouri 64105
(816) 421-6868; Fax (816) 421-2610
ATTORNEY FOR PLAINTIFFS