UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

IN RE: TRASYLOL PRODUCTS LIABILITY
LITIGATION – MDL-1928

This Document Relates To:

MORDECAI V. BAYER CORPORATION, ET AL.,
Case No. 9:08-cv-80781

### PLAINTIFFS' SECOND SUPPLEMENTAL PAGE/LINE DESIGNATIONS FOR GENERIC LIABILITY ISSUES

In light of the deposition recently taken of Laurie Simpson on March 18, 2010, Plaintiff designates the following deposition testimony and exhibits referenced within this deposition for use at trial. Plaintiff incorporates by reference the page/line designations she previously filed on March 22, 31, and April 6, 2010. Should Defendants designate deposition testimony from a witness not included on the Plaintiff's trial witness list, Plaintiff reserves the right to counter designate testimony beyond the scope of Defendants' designations. Plaintiff further expressly reserves the right to rely upon testimony not designated below (including, but not limited to, testimony from witnesses not designated as "intend to call" on any witness lists) for purposes of rebuttal or for purposes of cross-examination, and also reserves the right to rely upon testimony designated by Defendants. Plaintiff reserves the right to amend her deposition designations.

382330

## Deposition of LAURIE J. SIMPSON
## March 18, 2010

| Beginning Page:Line | Ending Page:Line |
|---|---|
| 64:04 | 64:08 |
| 65:11 | 66:09 |
| 67:02 | 67:12 |
| 67:18 | 68:14 |
| 70:04 | 70:14 |
| 70:16 | 70:23 |
| 71:01 | 71:01 |
| 71:20 | 72:02 |
| 72:04 | 72:09 |
| 72:11 | 72:23 |
| 74:01 | 74:04 |
| 74:07 | 74:14 |
| 74:18 | 74:20 |
| 74:21 | 74:21 |
| 75:05 | 75:16 |
| 75:20 | 75:22 |
| 75:24 | 76:01 |
| 76:03 | 76:08 |
| 76:10 | 76:11 |
| 76:13 | 76:18 |
| 76:20 | 76:20 |
| 76:22 | 76:24 |
| 82:10 | 82:19 |
| 82:22 | 83:09 |
| 83:11 | 83:11 |
| 83:13 | 83:15 |
| 83:18 | 83:24 |
| 84:01 | 84:10 |
| 84:11 (begin with So...) | 84:24 |
| 85:01 | 85:08 |
| 85:19 | 86:14 |
| 86:17 | 86:23 |
| 87:02 | 87:13 |
| 87:16 | 87:20 |
| 87:22 | 88:11 |
| 88:13 | 89:08 |
| 89:11 | 91:14 |
| 91:16 | 91:17 |
| 91:20 | 92:13 |

382330

| | |
|---|---|
| 92:15 | 93:19 |
| 93:22 | 94:03 |
| 98:08 (begin with We…) | 98:14 |
| 98:17 | 98:18 |
| 98:22 | 98:24 |
| 100:08 | 100:12 |
| 100:14 | 100:17 |
| 100:19 | 101:03 |
| 101:10 | 101:12 |
| 101:14 | 101:15 |
| 102:18 | 103:01 |
| 103:03 | 103:22 |
| 103:24 | 104:05 |
| 104:07 | 104:14 |
| 104:24 | 105:04 |
| 105:06 | 105:10 |
| 105:21 | 106:02 |
| 106:09 | 106:18 |
| 106:20 | 107:05 |
| 108:16 | 108:18 |
| 108:20 | 109:03 |
| 109:05 | 109:11 |
| 109:13 | 109:16 |
| 109:18 | 109:21 |
| 123:08 | 123:11 |
| 123:13 | 123:23 |
| 124:03 | 123:06 |
| 124:09 | 124:17 |
| 124:19 | 125:04 |
| 125:07 | 125:15 |
| 125:18 | 125:20 |
| 128:06 | 128:13 |
| 128:15 | 128:22 |
| 135:17 | 137:14 |
| 137:17 | 137:22 |
| 138:03 | 138:13 |
| 138:16 | 138:17 |
| 138:20 | 138:21 |
| 139:01 | 139:04 |
| 139:07 | 139:16 |
| 139:20 | 140:03 |
| 140:06 | 140:19 |
| 140:23 | 141:05 |
| 141:08 | 141:20 |
| 141:23 | 142:05 |

| | |
|---|---|
| 142:09 | 142:14 |
| 142:18 | 142:23 |
| 143:02 | 143:16 |
| 143:19 | 144:04 |
| 144:07 | 144:24 |
| 145:03 | 145:09 |
| 145:12 | 145:19 |
| 147:06 | 147:09 |
| 147:12 | 147:12 |
| 147:14 | 147:16 |
| 147:18 | 147:20 |
| 147:22 | 147:24 |
| 148:02 | 148:11 |
| 148:13 | 148:20 |
| 148:22 | 150:15 |
| 150:17 | 150:21 |
| 151:20 | 151:23 |
| 152:01 | 152:08 |
| 152:11 | 152:23 |
| 153:03 | 153:05 |
| 153:07 | 153:16 |
| 153:19 | 153:21 |
| 168:17 | 169:06 |
| 168:09 | 1696:24 |
| 170:03 | 171:02 |
| 171:04 | 171:04 |
| 173:01 | 173:03 |
| 173:06 | 173:10 |
| 173:13 | 173:24 |
| 174:03 | 174:09 |
| 174:13 | 174:16 |
| 175:21 | 176:02 |
| 176:04 | 176:11 |
| 176:13 | 176:17 |
| 176:19 | 176:24 |
| 177:03 | 177:11 |
| 177:14 | 177:22 |
| 178:01 | 178:06 |
| 178:09 | 178:10 |
| 182:05 | 183:14 |
| 183:16 | 185:01 |
| 185:04 | 185:17 |
| 185:20 | 186:04 |
| 186:07 | 187:08 |
| 188:10 | 188:17 |

4

382330

| | |
|---|---|
| 188:19 | 188:22 |
| 188:24 | 189:04 |
| 193:19 | 194:03 |
| 194:16 | 194:23 |
| 195:01 | 195:07 |
| 200:13 | 200:13 |
| 201:01 | 201:11 |
| 201:13 | 201:23 |
| 202:01 | 202:13 |
| 202:15 | 202:15 |
| 203:07 | 203:11 |
| 203:14 | 203:21 |
| 203:24 | 204:05 |
| 204:12 | 204:24 |
| 205:03 | 205:08 |
| 205:10 | 205:10 |
| 205:12 | 205:14 |
| 205:17 | 205:22 |
| 206:01 | 206:12 |
| 206:15 | 206:15 |
| 209:18 | 210:08 |
| 210:10 | 210:15 |
| 210:18 | 211:05 |
| 211:09 | 211:13 |
| 211:16 | 211:16 |
| 214:16 | 214:22 |
| 214:24 | 215:16 |
| 215:18 | 216:15 |
| 216:17 | 216:18 |
| 216:20 | 217:09 |
| 217:11 | 217:17 |
| 217:19 | 217:24 |
| 218:02 | 218:08 |
| 218:11 | 218:17 |
| 220:08 | 220:22 |
| 220:24 | 221:04 |
| 221:06 | 221:23 |
| 222:01 | 222;13 |
| 222:16 | 222:17 |
| 222:19 | 223:03 |
| 223:05 | 223:24 |
| 224:08 | 224:13 |
| 224:16 | 224:16 |
| 224:19 | 225:02 |
| 228:14 | 229:01 |

382330

| | |
|---|---|
| 229:04 | 229:17 |
| 229:19 | 230:02 |
| 230:19 | 231:10 |
| 232:21 | 232:22 |
| 233:12 | 234:13 |
| 234:15 | 235:04 |
| 235:06 | 235:23 |
| 236:01 | 236:09 |
| 236:12 | 236:13 |
| 236:15 | 237:01 |
| 237:04 | 237:16 |
| 237:18 | 237:22 |
| 237:24 | 238:02 |
| 239:08 | 239:11 |
| 239:14 | 240:17 |
| 247:08 | 247:09 |
| 247:15 | 248:01 |
| 248:04 | 248:09 |
| 248:12 | 248:12 |
| 248:14 | 249:15 |
| 249:16 | 250:15 |
| 250:17 | 251:03 |
| 251:05 | 251:05 |
| 253:08 | 253:17 |
| 253:19 | 254:05 |
| 254:07 | 254:12 |
| 254:14 | 255:02 |
| 255:04 | 255:10 |
| 256:04 | 256:07 |
| 256:11 | 257:23 |
| 258:01 | 258:22 |
| 260:05 | 260:16 |
| 260:18 | 260:23 |
| 261:12 | 262:02 |
| 262:13 | 263:02 |
| 263:04 | 264:18 |
| 264:21 | 264:24 |
| 266:16 | 267:12 |
| 267:15 | 268:05 |
| 268:08 | 268:12 |
| 269:16 | 270:01 |
| 270:03 | 270:13 |
| 270:15 | 270:19 |
| 271:17 | 271:21 |
| 271:23 | 272:09 |

382330

| | |
|---|---|
| 272:11 | 273:03 |
| 274:07 | 274:12 |
| 274:15 | 274:16 |
| 274:17 | 274:17 |
| 274:20 | 275:01 |
| 275:03 | 275:04 |
| 288:15 | 289:08 |
| 289:10 | 290:07 |
| 290:09 | 290:22 |
| 290:24 | 291:20 |
| 292:01 | 292:03 |
| 292:05 | 292:10 |
| 292:12 | 292:17 |
| 293:16 | 294:12 |
| 294:14 | 294:14 |
| 295:07 | 296:11 |
| 296:13 | 297:06 |
| 297:08 | 297:09 |
| 297:12 | 298:05 |
| 298:15 | 298:18 |
| 298:22 | 299:12 |
| 299:14 | 299:22 |
| 299:24 | 300:02 |
| 300:10 | 300:17 |
| 300:19 | 301:01 |
| 301:15 | 301:19 |
| 301:21 | 302:08 |
| 302:10 | 302:11 |
| 303:17 | 303:24 |
| 304:02 | 304:16 |
| 304:18 | 304:24 |
| 305:02 | 305:07 |
| 305:10 | 305:19 |
| 305:22 | 306:12 |
| 306:14 | 306:16 |
| 306:21 | 306:23 |
| 307:01 | 307:02 |
| 315:18 | 316:12 |
| 329:19 | 330:09 |
| 330:12 | 330:15 |
| 330:18 | 330:18 |
| 330:20 | 331:06 |
| 331:15 | 331:23 |
| 332:01 | 332:05 |
| 332:07 | 332:13 |

382330

| | |
|---|---|
| 332:15 | 332:15 |
| 333:01 | 333:06 |
| 333:08 | 333:14 |
| 333:16 | 334:07 |
| 334:09 | 334:14 |
| 334:16 | 334:23 |
| 435:05 | 436:15 |

382330

**PLAINTIFF**

**By Counsel**

*/s/ Jonathan D. Boggs*
P. Gregory Haddad, Esq.
*ghaddad@baileyglasser.com*
Kerrie Wagoner Boyle, Esq.
*kboyle@baileyglasser.com*
Jonathan D. Boggs, Esq. (FL Bar #0106305)
*jboggs@baileyglasser.com*
Bailey & Glasser, LLP
209 Capitol Street
Charleston, West Virginia 25301
(304) 345-6555
(304) 342-1110 *facsimile*

David F. Miceli
*dmiceli@simmonsfirm.com*
Simmons, Browder, Gianaris, Angelides & Barnerd, LLC
119 Maple Street
Suite 201
Carrollton, GA 30117
770-834-2122
770-214-2622

Leslie Ann Caldwell, Esq.
*lac@lusklaw.com*
LUSK, CALDWELL & DEAN P.C.
2101 Highland Avenue, Suite 410
Birmingham, Alabama 35205
(205) 933-7090 Telephone
(205) 933-7099 Facsimile

382330

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 1:08-MD-1928-MIDDLEBROOKS/JOHNSON

IN RE TRASYLOL PRODUCTS LIABILITY
LITIGATION – MDL-1928

This Document Relates to:
LINDA MORDECAI v. BAYER CORPORATION, et al.,
Case No. 9:08-civ-80781-DMM

CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of April, 2010, the foregoing **PLAINTIFF'S SECOND SUPPLEMENTAL PAGE/LINE DESIGNATIONS FOR GENERIC LIABILITY ISSUES** was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants:

Brian A. Wahl
Bradley, Arant, Rose & White, LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203

Phillip S. Beck
Bartlit Beck Herman Palenchar & Scott LLP
Courthouse Place
54 West Hubbard Place, Suite 300
Chicago, IL 60610

Patricia Elaine Lowry
Barbara Bolton Litten
Squire Sanders & Dempsey LLP
777 S Flagler Drive, Suite 1900
West Palm Beach, FL 33401-6198

Elizabeth C. Curtin
Sidley Austin LLP
1 S Dearborn Street
Chicago, IL 60603

382330

Richard K. Dandrea
Eckert Seamans Cherin & Mellott, LLC
600 Grant Street, 44th Floor
Pittsburgh, PA 15219

Daniel G. Wyllie
Dykema Gossett
400 Renaissance Center, 35th Floor
Detroit, MI 48243

*/s/ Jonathan D. Boggs*
Jonathan D. Boggs, Esq. (FL Bar #0106305)
*jboggs@baileyglasser.com*