UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

IN RE TRASYLOL PRODUCTS )
LIABILITY LITIGATION ----- MDL-1928 )
)
THIS DOCUMENT RELATES TO: )
)
*Melissa Morrill v. Bayer Corp. et al.*, )
Case No. 9:08-cv-80424 )
)

FILED by _____ D.C.

APR 19 2010

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## REPORT OF CIVIL MEDIATION

A mediation was held on __April 13, 2010__, for the above styled case. Mediator, PATRICK C. MASSA, conducted the proceedings.

The result of the conference is as follows:

__✓__ The conflict has been completely resolved.
_____ The conflict has been partially resolved. The parties are submitting a stipulation for the Court's approval. Some issues still require Court resolution:
_____

_____ The parties have reached a total impasse; all issues require Court action.
_____ The matter has been continued for further mediation.

_____ Other:_____
_____

DATED this __13__ day of __April__, 20__10__

_____
PATRICK C. MASSA - MEDIATOR

Morrill v Bayer Corp., et al - Case No.: 9:08-cv-80424
Report of Civil Mediation
Page 2

Copies Furnished:

UNITED STATES DISTRICT COURT (original and 1 copy for Judge)
SOUTHERN DISTRICT OF FLORIDA
ATTN: CIVIL FILING
701 Clematis Street
West Palm Beach, FL   33401

PATRICIA E. LOWRY, ESQ.
Squire, Sanders & Dempsey, L.L.P.
1900 Phillips Point West
777 So. Flagler Drive
West Palm Beach, FL 33401-6198

JAMES R. RONCA, ESQ.
Anapol, Schwartz, Weiss, Cohan, Feldman
& Smalley, P.C.
1710 Spruce St.
Philadelphia, PA 19103

THEODORE BABBITT, ESQ.
Babbitt, Johnson, Osborne & LeClainche, P.A.
1641 Worthington Road, Suite 100
West Palm Beach, FL 33409

JOHN D. GOLDSMITH, ESQ.
Trenam, Kemker, Scharf, Barkin,
Frye, O'Neill & Mullis, P.A.
101 E. Kennedy Blvd., Suite 2700
Tampa, FL 33602

SCOTT A. LOVE, ESQ.
Clark, Dean & Burnett, G.P.
Lyric Center
440 Louisiana St., Suite 1600
Houston, TX 77002

NEAL L. MOSKOW
Ury & Moskow, LLC
883 Black Rock Turnpike
Fairfield, CT 06825