# APPENDIX

As listed below, and as the Court is well aware, there has been extensive briefing on *Buckman*-related issues in conjunction with Bayer's motions *in limine* and *Daubert* briefing regarding plaintiffs' proffered generic regulatory expert witness, Dr. Suzanne Parisian. In addition, the Court has heard *Buckman*-related argument at several hearings in which PSC counsel participated.

- Bayer's Motion to Exclude Testimony of Plaintiffs' Expert Suzanne Parisian, M.D. and Memorandum of Law in Support (12/17/2009) (D.E. 3065) (Ex. A, hereto)

- Plaintiffs' Opposition to Bayer's Motion to Exclude Testimony of Plaintiffs' Expert Suzanne Parisian and Brief in Support Thereof (1/26/2010) (D.E. 3841) (Ex. B, hereto)

- Bayer's Reply in Support of its Motion to Exclude Testimony of Plaintiffs' Expert Suzanne Parisian, M.D. (2/5/2010) (D.E. 4098) (Ex. C, hereto)

- Defendants' Motion *in Limine* to Exclude Evidence, Testimony, and Argument Alleging that Bayer Provided Inadequate or Incomplete Data to the FDA ["*Buckman*"] (1/29/2010) (D.E. 3994) (Ex. D, hereto)

- Plaintiff's Opposition to Defendants' Motion *in Limine* to Exclude Evidence, Testimony, and Argument Alleging that Bayer Provided Inadequate or Incomplete Data to the FDA ["*Buckman*"] (2/12/2010) (D.E. 4240) (Ex. E, hereto)

- Plaintiff's Notice of Filing Opposition Papers (2/19/2010) (D.E. 4336) (Ex. F, hereto)

- Defendants' Reply in Support of Their Motion *in Limine* to Exclude Evidence, Testimony, and Argument Alleging that Bayer Provided Inadequate or Incomplete Data to the FDA ["*Buckman*"] (2/24/2010) (D.E. 4502) (Ex. G, hereto)

- MDL Hearing addressing *Buckman* motions *in Limine* and ordering further supplemental briefing (2/26/2010) (D.E. 4634) (Ex. H, hereto)

- Defendants' Supplemental Brief in Support of Their Motion *in Limine* to Exclude Evidence Regarding Allegedly Inadequate Submissions to the FDA (3/8/2010) (D.E. 4680) (Ex. I, hereto)

- Plaintiffs' Brief Regarding Admissibility of Regulatory Evidence and Inadequate Submissions to the FDA (3/10/2010) (D.E. 4741) (Ex. J, hereto)

- Defendants' Response to Plaintiffs' March 10, 2010 Supplemental Brief Regarding Admissibility of Regulatory Evidence and Allegedly Inadequate Submissions to the FDA (3/12/2010) (D.E. 4793) (Ex. K, hereto)

- MDL Hearing addressing *Buckman*/FDA Issues (3/15/2010) (D.E. 4902) (Ex. L, hereto)

- MDL Hearing addressing *Buckman*/FDA Issues (4/1/2010) (D.E. 5301) (Ex. M, hereto)

- Defendants' Notice of Adoption Of Certain Motions *in Limine* Filed In Other MDL Cases And Notice Of The Agreement Of The Parties With Respect To Certain Motions *In Limine* (4/5/2010) (D.E. 5321) (Ex. N, hereto)

- Plaintiffs' Supplemental Brief on the Effect of Florida's Product Liability Statute to Bayer's Preemption Argument (4/8/2010) (D.E. 5355) (Ex. O, hereto)

- Dr. Parisian *Daubert* MDL hearing (4/13/2010) (D.E. 5478) (Ex. P, hereto)

- April 16, 2010 Email from James R. Ronca to Defendants' Counsel re: "Submission to Court" reproducing April 15, 2010 Letter from James Ronca, Co-Lead Plaintiffs' Counsel, to Judge Middlebrooks regarding supplemental materials (letter not docketed) (Ex. Q, hereto)

- Bayer's Response To Plaintiff's Supplemental Brief On The Effect Of Florida's Product Liability Statute And Further Briefing Regarding The FDA *Buckman* Issues (filed concurrently) (Ex. R, hereto)

- Defendants' Response To Plaintiffs' April 15, 2010 Letter To The Court (filed concurrently) (Ex. S, hereto)