# Exhibit Q

**From:** Ronca, James R. [mailto:jronca@anapolschwartz.com]
**Sent:** Friday, April 16, 2010 9:47 AM
**To:** Schoon, Eugene A.; steven.derringer@bartlit-beck.com; RDandrea@eckertseamans.com; Scott Love; Joseph Osborne; Lowry, Patricia E.
**Subject:** Submission to Court

All,
Please be advised the following letter with enclosures was sent by overnight mail to Judge Middlebrooks last evening for delivery today with a full copy by Fed Ex to Pat Lowry. I am sending an e mail copy to the remainder of the service list. Because of the size of some of the attachments, they will be sent in several e mails.
Thanks
Jim

Dear Judge Middlebrooks,
After the discussion which was had today by the parties with your law clerk, we are enclosing:
1) the US Supreme Court appendix to the *Wyeth v. Levine* case which includes some of the trial testimony (we are endeavoring to get the full *Levine* jury trial transcript related to the FDA issue but that will take about 2 weeks since it is not available except from the courts in Vermont). Based on the argument yesterday, we wanted to make sure this was part of the record.
2) A copy of all exhibits used by the plaintiffs at the hearing yesterday.

By agreement, the Defendants are sending a copy of Dr. Parisian's full deposition which the court requested. Please note that Dr. Parisian had an additional deposition scheduled by Defendants for this Sunday but in light of the Morrill settlement, the deposition has been postponed.

Plaintiffs also request that the Court not issue an order until receiving and reviewing all parts of the record, including the items listed above. If your decision is a general one that effects all 2000 cases in the MDL then we believe it is critically important to have the complete record on such a controversial issue. The next trial is not scheduled until July and while the Court has been vigorous in getting things done, the urgency presented by trial date less than two weeks away is now obviated. In addition, much of the *Buckman* argument last week and the argument on Tuesday was cast in the context of the Morrill case under Florida law. The next case for trial is under Alabama law and the main focus is punitive damages, which may raise different elements of proof that were not relevant to Morrill. For example, the Morrill case did not have a punitive damages claim.

We are obtaining available dates for our experts for trial in July. Perhaps a short telephone status conference, with only lead and liaison counsel for both sides, would be appropriate to map out how we are to proceed in light of what has happened this week.
Thank you for your consideration

Cc Pat Lowry
all defense counsel by e mail


James R. Ronca, Esq.
Anapol Schwartz, P.C.
1710 Spruce Street

Philadelphia, PA  19103

215-735-1130
866-735-2792 (toll free)
215-875-7738 (fax)

252 Boas Street
Harrisburg, PA 17102

717-901-3500
717-909-0300 (fax)

Jronca@anapolschwartz.com
www.anapolschwartz.com