SOUTHERN DISTRICT OF FLORIDA

Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

|   |   |
|---|---|
| IN RE TRASYLOL PRODUCTS LIABILITY LITIGATION — MDL-1928 | )<br>)<br>)<br>) |
| This Document Relates to: **ALL CASES** | )<br>) |
| *Linda Mordecai* v. *Bayer Corp., et al.*,<br>Case No. 9:08-cv-80781 | )<br>)<br>)<br>) |
| *Melissa Morrill* v. *Bayer Corp., et al.*,<br>Case No. 9:08-cv-80424-DMM | )<br>)<br>)<br>)<br>) |

**DEFENDANTS' RESPONSE TO PLAINTIFFS' APRIL 15, 2010
LETTER TO THE COURT**

Bayer defendants ("Bayer") file this response to Plaintiffs' April 15, 2010 letter to the Court requesting that the Court delay ruling on (1) Bayer's pending motion *in limine* regarding Bayer's alleged failure to provide more timely or different information to the federal Food and Drug Administration ("FDA") in connection with the marketing and sale of Trasylol; and (2) Bayer's pending *Daubert* motion seeking the exclusion of testimony by Dr. Suzanne Parisian.[1] Plaintiffs' request should be denied because these issues have been fully briefed and argued, and are ripe for a ruling. *See also* Bayer's Response To Plaintiff's Supplemental Brief On The Effect Of Florida's Product Liability Statute And Further Briefing Regarding The FDA

---

[1] Plaintiffs' correspondence is in violation of Rule 7.7 of the Local Rules of the United States District Court for the Southern District of Florida, which expressly prohibits parties or their attorneys from "present[ing] to the Court in the form of a letter or the like any application requesting relief in any form, citing authorities, or presenting arguments." S.D. Fla. L.R. 7.7. Although plaintiffs' request for relief was improper, Bayer respectfully requests the opportunity to respond to the issues raised in plaintiffs' April 15, 2010 correspondence.

*Buckman* Issues (filed herewith) and App. A thereto (summarizing briefing and hearings on these issues).

   I.   **FDA ISSUES AND THE PARISIAN *DAUBERT* MOTION HAVE BEEN FULLY BRIEFED AND ARGUED, AND ARE RIPE FOR A RULING.**

Bayer's Motion *in Limine* to Exclude Evidence, Testimony, and Argument Alleging that Bayer Provided Inadequate or Incomplete Data to the Federal Food and Drug Administration (D.E. 3994) ("*Buckman* Motion") was filed in three initial trial pool cases—*Bryant*, *Bechara* and *Morrill*—and was adopted in the *Mordecai* case. *See* Plfs' Resp. (D.E. 4240, 4336); Defs' Reply (D.E. 4502); Defs' Notice of Adoption (D.E. 5321). Briefing on that motion closed on February 24, 2010, and Plaintiffs and Bayer both filed supplemental briefing on FDA issues in early March following the initial oral argument on the motion. *See* Plfs' Supp. Br. (D.E. 4741) and Defs' Supp. Br. (D.E. 4680). Lead Counsel for the Plaintiffs Steering Committee ("PSC") participated in all phases of briefing and argument and, as a practical matter, all parties recognized that the Court's ruling would affect all cases.[2]

Bayer's *Daubert* motion directed to Suzanne Parisian, M.D. was filed in "All Actions" and not limited to any specific Trasylol case. (D.E. 3065). The PSC participated in briefing on that motion, which also closed months ago. See Plfs' Resp. (D.E. 3841) and Defs' Reply (D.E. 4098).

The Court heard argument on the *Buckman* motion and related FDA issues on April 1, 2010 (D.E. 5301). At the close of that hearing, the Court offered the parties an opportunity to submit supplemental briefing on the issue of the impact of Florida's government rules defense on the FDA issues (which was an issue specific to the now-settled *Morrill* case).

---

[2] Bayer is filing herewith a motion *in limine* as to *Buckman* in all cases to remove any ambiguity about the status of this motion which raises issues pertinent to all cases.

The PSC filed a supplemental brief which briefly addressed the Florida statute, focusing instead (again) on general *Buckman* issues. (D.E. 5355). Defendants are filing a response to that supplemental brief simultaneously with this response.

Additionally, at the Court's request, Dr. Parisian appeared at an evidentiary *Daubert* hearing on April 13, 2010, for examination and cross-examination on her 250-page report and subsequent deposition testimony. Lead counsel for the PSC conducted the examination of Dr. Parisian at that hearing. At the close of the April 13 evidentiary hearing, the parties again argued both FDA issues and the bases for exclusion of Dr. Parisian's testimony.

In short, there has been abundant briefing and argument on motions directed to *Buckman* and related FDA issues, as well as on Bayer's *Daubert* motion directed to Dr. Parisian. The PSC has participated in all aspects of this briefing and argument.

Contrary to plaintiffs' suggestion in their letter to the Court, the briefing and argument on these issues was not "cast in the context of the *Morrill* case under Florida law." Plfs' 4/15/10 Letter to Court. Indeed, only recently did the Court request briefing on issues of Florida law, and, while paying brief attention to the Florida statute in the first three pages of their 18-page brief, the PSC used that opportunity to advance additional argument on the generic *Buckman* and FDA issues. *See* D.E. 5355.

*Buckman* issues are ripe for ruling. To the extent a state's law might incorporate federal law in a future case, the Court is not precluded from addressing that issue if or when it arises.

## II. BAYER'S MOTIONS DIRECTED TO FDA ISSUES, INCLUDING TESTIMONY OF DR. PARISIAN, ARE BASED ON FEDERAL LAW AND DO NOT TURN ON STATE LAW OR PARTICULAR CLAIMS.

Briefing and argument on FDA issues, including the *Buckman* Motion and the permissibility, scope and preemption of Dr. Parisian's testimony, broadly apply to all Trasylol

3

cases and do not focus on any particular claims or state's law. This point is underscored by the fact that the PSC designated Dr. Parisian as a generic expert in all MDL cases. As noted above, the PSC participated on behalf of all plaintiffs in all phases of briefing and argument on these matters.

In its motion *in limine*, Bayer argued that the United States Supreme Court has held that state-law claims based on a theory that a plaintiff's injuries are the result of a pharmaceutical defendant's failure to provide different information to FDA are preempted by federal law. *Buckman* Motion at 1-2, citing *Buckman Co.* v. *Plaintiffs' Legal Comm.*, 531 U.S. 341, 350-51 (2001). The thrust of that motion was that *Buckman* makes clear that the adequacy of regulatory submissions to FDA is an issue that can be determined by FDA alone, and may not be considered by juries applying the divergent law of 50 States. Therefore, plaintiffs cannot attempt to prove their state-law claims against Bayer by arguing that Bayer's submissions to FDA were insufficient—or by speculating about what the agency might have done with different information.

The presence or absence of a punitive damages claim in a particular Trasylol case has no impact on whether Bayer's *Buckman* Motion should be granted. Likewise, it has no impact on whether the motion to exclude Dr. Parisian, filed in all Trasylol cases, is ripe for a ruling. If, as plaintiffs contend, the presence or absence of a punitive damages claim somehow affects the Court's analysis, that issue can be handled in the context of a particular case.

## CONCLUSION

For these reasons, Bayer respectfully suggests that the Court has the benefit of sufficient briefing to grant its motions to exclude evidence, testimony or argument regarding any

alleged failure by Bayer to provide information to FDA and to exclude Dr. Parisian's proposed testimony in all cases.

April 27, 2010                                      Respectfully submitted,

>                                                   */s/ Barbara Bolton Litten*
>                                                   Patricia E. Lowry
>                                                   Florida Bar No. 332569
>                                                   E-mail:  plowry@ssd.com
>                                                   Barbara Bolton Litten
>                                                   Florida Bar No. 91642
>                                                   E-mail:  blitten@ssd.com
>                                                   **SQUIRE, SANDERS & DEMPSEY L.L.P.**
>                                                   1900 Phillips Point West
>                                                   777 South Flagler Drive
>                                                   West Palm Beach, FL  33401-6198
>                                                   Telephone:  561-650-7200
>                                                   Facsimile:   561-655-1509
>
>                                                   Philip S. Beck
>                                                   Email:  philip.beck@bartlit-beck.com
>                                                   Steven E. Derringer
>                                                   Email:  steven.derringer@bartlit-beck.com
>                                                   **BARTLIT BECK HERMAN PALENCHAR**
>                                                       **& SCOTT LLP**
>                                                   54 W. Hubbard Street, Suite 300
>                                                   Chicago, IL  60603
>                                                   Telephone:  312-494-4400
>                                                   Facsimile:   312-494-4440

Eugene A. Schoon
Email:  eschoon@sidley.com
Susan A. Weber
Email:  saweber@sidley.com
Catherine Valerio Barrad
Email:  cbarrad@sidley.com
**SIDLEY AUSTIN LLP**
One South Dearborn Street
Chicago, Illinois 60603
Telephone:  312-853-7000
Facsimile:   312-853-7036

Susan Artinian
Email:  sartinian@dykema.com
Daniel Stephenson
Email: dstephenson@dykema.com
**DYKEMA GOSSETT PLLC**
400 Renaissance Center
Detroit, MI  48243
Telephone:  313-268-9788
Facsimile:   313-568-6658

Richard K. Dandrea
Email:  rdandrea@eckertseamans.com
**ECKERT SEAMANS CHERIN & MELLOTT, LLC**
USX Tower, 600 Grant St., 44th Floor
Pittsburgh, PA.  15219
Telephone:  412-566-6000
Facsimile:   412-566-6099

*Attorneys for Bayer Corporation,*
*Bayer HealthCare Pharmaceuticals Inc.,*
*and Bayer Schering Pharma AG*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April **27**, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Barbara Bolton Litten*
Barbara Bolton Litten

# SERVICE LIST

### In re Trasylol Products Liability Litigation – MDL-1928
### Case No. 08-MD-1928-MIDDLEBROOKS/JOHNSON

### United States District Court
### Southern District of Florida

James R. Ronca
Email: jronca@anapolschwartz.com
**ANAPOL, SCHWARTZ, WEISS, COHAN, FELDMAN & SMALLEY, P.C.**
1710 Spruce Street
Philadelphia, PA 19103
Telephone: 215-790-4584
Facsimile: 215-875-7701
*Co-Lead Counsel for Plaintiffs*

Theodore Babbitt
Email: tedbabbitt@babbitt-johnson.com
**BABBITT JOHNSON OSBORNE & LECLAINCHE, P.A**.
1641 Worthington Road, Suite 100
West Palm Beach, FL 33409
Telephone: 561-684-2500
Facsimile: 561-684-6308
*Liaison Counsel for Plaintiffs*

Leslie A. Caldwell
Email: lac@lusklaw.com
**LUSK CALDWELL & DEAN PC**
2101 Highland Ave., Suite 410
Birmingham, AL 35205
Telephone: 205-933-7090
Facsimile: 205-933-7099
*Counsel for Plaintiff Mordecai*

Scott A. Love
Email: slove@triallawfirm.com
**CLARK, DEAN & BURNETT, G.P.**
Lyric Center
440 Louisiana Street, Suite 1600
Houston, TX 77002
Telephone: 713-757-1400
Facsimile: 713-759-1217
*Co-Lead Counsel for Plaintiffs*

Neal L. Moskow
Email: neal@urymoskow.com
**URY & MOSKOW, LLC**
883 Black Rock Turnpike
Fairfield, CT 06825
Telephone: 203-610-6393
Facsimile: 203-610-6399
*Federal-State Liaison for Plaintiffs*

P. Gregory Haddad
Email: ghaddad@baileyglasser.com
Kerrie Wagoner Boyle
Email: kboyle@baileyglasser.com
Jonathan D. Boggs
Email: jboggs@baileyglasser.com
**BAILEY & GLASSER LLP**
209 Capitol Street
Charleston, WV 25301
Telephone: 304-345-6555
Facsimile: 304-342-1110
*Counsel for Plaintiff Mordecai*

David F. Miceli
Email:  dmiceli@simmonsfirm.com
**SIMMONS BROWDER GIANARIS ANGELIDES &**
    **BARNERD LLC**
119 Maple St., Suite 201
Carrollton, GA  30117
Telephone:  770-834-2122
Facsimile:  770-214-2622
*Counsel for Plaintiff Mordecai*

John D. Goldsmith
Email: jgoldsmith@trenam.com
Amy L. Drushal
Email: aldrushal@trenam.com
**TRENAM KEMKER SCHARF BARKIN**
    **FRYE O'NEILL & MULLIS PA**
101 E. Kennedy Blvd., Suite 2700
Tampa, FL 33602
Telephone:  813-223-7474
Facsimile:  813-229-6553
*Counsel for Plaintiff Morrill*

Patricia E. Lowry
Florida Bar No. 332569
Email: plowry@ssd.com
**SQUIRE, SANDERS & DEMPSEY L.L.P.**
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198
Telephone:  561-650-7200
Facsimile:   561-655-1509
*Liaison Counsel for Defendants*