UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

IN RE: TRASYLOL PRODUCTS LIABILITY
LITIGATION – MDL-1928

This Document Relates To:

**MORDECAI V. BAYER CORPORATION, ET AL.,**
Case No. 9:08-cv-80781

PLAINTIFF'S NOTICE OF WITHDRAWAL OF MOTION IN LIMINE
TO PRECLUDE THE DEFENDANTS' EXPERT, DR. FURNARY

Plaintiff hereby gives notice that she is withdrawing her Motion in Limine to Preclude the Defendants' Expert, Dr. Furnary (D.E. 5308).

PLAINTIFF

By Counsel

*/s/ Jonathan D. Boggs*
P. Gregory Haddad, Esq.
*ghaddad@baileyglasser.com*
Kerrie Wagoner Boyle, Esq.
*kboyle@baileyglasser.com*
Jonathan D. Boggs, Esq. (FL Bar #0106305)
*jboggs@baileyglasser.com*
Bailey & Glasser, LLP
209 Capitol Street
Charleston, West Virginia 25301
(304) 345-6555
(304) 342-1110 *facsimile*

1

David F. Miceli
*dmiceli@simmonsfirm.com*
Simmons, Browder, Gianaris, Angelides & Barnerd, LLC
119 Maple Street
Suite 201
Carrollton, GA 30117
770-834-2122
770-214-2622

Leslie Ann Caldwell, Esq.
*lac@lusklaw.com*
LUSK, CALDWELL & DEAN P.C.
2101 Highland Avenue, Suite 410
Birmingham, Alabama 35205
(205) 933-7090 Telephone
(205) 933-7099 Facsimile

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 1:08-MD-1928-MIDDLEBROOKS/JOHNSON

IN RE TRASYLOL PRODUCTS LIABILITY
LITIGATION – MDL-1928

This Document Relates to:
LINDA MORDECAI v. BAYER CORPORATION, et al.,
Case No. 9:08-civ-80781-DMM

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of April, 2010, the foregoing ***PLAINTIFF'S NOTICE OF WITHDRAWAL OF MOTION IN LIMINE TO PRECLUDE THE DEFENDANTS' EXPERT, DR. FURNARY*** was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants:

>Brian A. Wahl
>Bradley, Arant, Rose & White, LLP
>One Federal Place
>1819 Fifth Avenue North
>Birmingham, Alabama 35203
>
>Phillip S. Beck
>Bartlit Beck Herman Palenchar & Scott LLP
>Courthouse Place
>54 West Hubbard Place, Suite 300
>Chicago, IL 60610
>
>Patricia Elaine Lowry
>Barbara Bolton Litten
>Squire Sanders & Dempsey LLP
>777 S Flagler Drive, Suite 1900
>West Palm Beach, FL 33401-6198
>
>Elizabeth C. Curtin
>Sidley Austin LLP
>1 S Dearborn Street
>Chicago, IL 60603

Richard K. Dandrea
Eckert Seamans Cherin & Mellott, LLC
600 Grant Street, 44th Floor
Pittsburgh, PA 15219

Daniel G. Wyllie
Dykema Gossett
400 Renaissance Center, 35th Floor
Detroit, MI 48243

*/s/ Jonathan D. Boggs*
Jonathan D. Boggs, Esq. (FL Bar #0106305)
*jboggs@baileyglasser.com*