UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

IN RE TRASYLOL PRODUCTS
LIABILITY LITIGATION – MDL-1928

THIS DOCUMENT RELATES TO:

ALL CASES

_____/



## ORDER FOR BRIEFING

THIS CAUSE comes before the Court *sua sponte* upon a review of Bayer's Motion *in limine* (DE 5603) to exclude evidence, testimony, and argument alleging that Bayer provided inadequate or incomplete data to the federal Food and Drug Administration ("FDA") in connection with the marketing and sale of its prescription drug Trasylol, filed on April 27, 2010. In support of this Motion, "Defendants attach and incorporate by reference the briefing and argument that already have occurred in this MDL in which counsel for the Defendants and PSC have participated. Given the scope of this prior briefing, Defendants respectfully submit that this issue already has been fully addressed, no further briefing is needed, and this matter is ripe for this Court's ruling." (DE 5603 at 1-2.)

However, without providing additional briefing, Bayer adds a new argument[1]: "Plaintiffs

---

[1] In the initial Motion *in limine*, filed in the *Bryant*, *Bechara*, and *Morrill* cases, Bayer argued that Plaintiffs should be precluded from "offering evidence, testimony, or argument that Bayer allegedly failed to provide more timely or different information to the federal Food and Drug Administration ("FDA") in connection with the marketing and sale of its prescription drug Trasylol–or speculating about what FDA might have done with such information." (DE 3994 at 1.)

1

should be precluded . . . from suggesting that Defendants' actions violate the Federal Food, Drug, and Cosmetic Act ("FDCA"), 21 U.S.C. § 301 et. seq., which categorically forecloses private rights of action and makes the alleged violation of the FDCA enforceable only by the federal government, 21 U.S.C. § 337(a)." (DE 5603 at 1.) Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Bayer shall submit a brief in support of its new argument within ten (10) days of this **ORDER**. It is further

**ORDERED AND ADJUDGED** that, uMay 3, 2010pon Bayer's submission, Plaintiffs shall have ten (10) days to respond.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 3 day of May, 2010.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to:    Counsel of Record