UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

|  |  |
|---|---|
| IN RE TRASYLOL PRODUCTS<br>LIABILITY LITIGATION — MDL-1928<br><br>THIS DOCUMENT RELATES TO:<br><br>*Mordecai* v. *Bayer Corporation et al.*,<br>Case No. 9:08-cv-80781 | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION AND JOINT MOTION FOR ENTRY OF PRETRIAL ORDER
MODIFYING PRETRIAL MOTION SCHEDULE AND SETTING CASE FOR TRIAL**

Plaintiff Linda Mordecai and defendants Bayer Corporation, Bayer HealthCare Pharmaceuticals Inc., Bayer HealthCare LLC, Bayer AG, and Bayer Schering Pharma AG ("Bayer") hereby stipulate to and jointly move for entry of an order amending Pretrial Order No. 4 (May 22, 2008), Pretrial Order No. 6 (Sept. 19, 2008), Pretrial Order No. 13 (July 21, 2009), and Pretrial Order No. 14 (Aug. 28, 2009), and the Pretrial Order Modifying Pretrial Motion Schedule and Setting Case for Trial (Feb. 26, 2010) and establishing a modified pretrial motion schedule and trial setting. In support of their Motion, the parties state:

1.  On February 26, 2010, the Court entered the Pretrial Order Modifying Pretrial Motion Schedule and Setting Case for Trial (D.E. 4545 in 1:08 MD-1928; D.E. 72 in 9:08-CV-80781), which revised the schedule for pretrial submissions in this action consistent with the parties' designation of this action as the back-up bellwether trial case in the event *Morrill v. Bayer Corp. et al.*, No. 9:08-cv-80424 ("*Morrill*"), was resolved before its scheduled trial date of April 26, 2010.

2. At the April 12, 2010 telephonic status conference attended by counsel for Bayer and for plaintiffs in the *Morrill* and *Mordecai* cases, the Court removed *Mordecai* from the April 26, 2010 trial calendar to resolve issues relating to double-tracked trial preparations and settlement efforts. 4/12/10 Hrg. Tr. 27:1-8; *see also*, 4/9/10 Hrg. Tr. 6:25-10:3. The Court instructed the parties in this action to develop a revised schedule based on a trial setting in mid- to late July, 2010.

3. The parties conferred and now stipulate to and jointly propose entry of the attached proposed revised Pretrial Order Modifying Pretrial Motion Schedule and Setting Case for Trial, which anticipates that the case will be ready for trial by **July 26, 2010**.

4. In addition to requesting entry of an order establishing a modified pretrial schedule, the parties jointly request a hearing on motions in limine on **June 4, 2010** and the setting of a final pretrial conference on **July 19, 2010**.

WHEREFORE, Plaintiff and Bayer respectfully request that the Court enter an order approving the attached Pretrial Order Modifying Pretrial Motion Schedule and Setting Case for Trial.

[BALANCE OF PAGE INTENTIONALLY BLANK]

DATED:  May 10, 2010

*/s/  P. Gregory Haddad*
P. Gregory Haddad
Email: fcaruthers@baileyglasser.com
Kerrie Wagoner Boyle
Email: kboyle@baileyglasser.com
Jonathan D. Boggs (Fla. Bar No. 0106305)
*jboggs@baileyglasser.com*
**BAILEY &GLASSER LLP**
209 Capitol Street
Charleston, WV 25301
Telephone:  304-345-6555
Facsimile:   304-342-1110

David Miceli
Email:  dmiceli@simmonsfirm.com
**THE SIMMONS FIRM**
119 Maple Street, Suite 201
Carrollton, GA 30117
Telephone:  770-834-2122
Facsimile:   770-214-2622

Leslie Ann Caldwell
**LUSK LUSK DOWDY & CALDWELL PC**
2100 Highland Avenue
Suite 410
Birmingham, AL 35205
Telephone:  205-933-7090
Facsimile:   205-933-7099
*Attorneys for Plaintiff*

Respectfully submitted,

*/s/ Patricia E. Lowry*
Patricia E. Lowry (Fla. Bar No. 332569)
**SQUIRE, SANDERS & DEMPSEY L.L.P.**
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198
Telephone:  561-650-7200
Facsimile:  561-655-1509
*Email*: plowry@ssd.com
*Liaison Counsel for Defendants*

3

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on May 10, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those parties who are not authorized to receive Notices of Filing electronically.

                    /s/ Barbara Bolton Litten
                    Barbara Bolton Litten

## SERVICE LIST

### Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON
### Case No. 9:09-CV-80781-MIDDLEBROOKS/JOHNSON

**United States District Court**
**Southern District of Florida**

James R. Ronca
Email:  jronca@anapolschwartz.com
**ANAPOL, SCHWARTZ, WEISS, COHAN, FELDMAN & SMALLEY, P.C.**
1710 Spruce Street
Philadelphia, PA 19103
Telephone:  215-735-1130
Facsimile:  215-875-7758
*Plaintiffs' Steering Committee/Co-Lead Counsel*

Scott A. Love
Email:  slove@triallawfirm.com
**CLARK, DEAN & BURNETT, G.P.**
Lyric Center
440 Louisiana Street, Suite 1600
Houston, TX  77002
Telephone:  713-759-1400
Facsimile:  713-759-1217
*Plaintiffs' Steering Committee/Co-Lead Counsel*

Theodore Babbitt
Email:  tedbabbitt@babbitt-johnson.com
**BABBITT JOHNSON OSBORNE & LECLAINCHE, P.A.**
1641 Worthington Road, Suite 100
West Palm Beach, Florida 33409
Telephone:  561-684-2500
Facsimile:  561-684-6308
*Plaintiffs' Steering Committee/Liaison Counsel*

Neal Moskow
Email:  neal@urymoskow.com
**URY & MOSKOW, LLC**
883 Black Rock Turnpike
Fairfield, CT 06825
Telephone:  203-610-6393
Facsimile:  203-610-6399
*Plaintiffs' Steering Committee/ Federal-State Liaison*

David Miceli
Email:  dmiceli@simmonsfirm.com
**THE SIMMONS FIRM**
119 Maple Street, Suite 201
Carrollton, GA 30117
Telephone:  770-834-2122
Facsimile:  770-214-2622
*Counsel for Plaintiff Linda Mordecai*

P. Gregory Haddad
Email: fcaruthers@baileyglasser.com
Kerrie Wagoner Boyle
Email: kboyle@baileyglasser.com
Jonathan D. Boggs, Esq. (FL Bar #0106305)
Email: jboggs@baileyglasser.com
**BAILEY & GLASSER LLP**
209 Capitol Street
Charleston, WV 25301
Telephone:  304-345-6555
Facsimile:  304-342-1110
*Counsel for Plaintiff Linda Mordecai*

5

| | |
|---|---|
| Patricia E. Lowry<br>Florida Bar No. 332569<br>Email:  plowry@ssd.com<br>**SQUIRE, SANDERS & DEMPSEY L.L.P.**<br>1900 Phillips Point West<br>777 South Flagler Drive<br>West Palm Beach, FL  33401-6198<br>Telephone:  561-650-7200<br>Facsimile:   561-655-1509<br>*Defendants' Liaison Counsel and Attorneys for Defendants* | Leslie Ann Caldwell<br>Email:<br>**LUSK LUSK DOWDY & CALDWELL PC**<br>2100 Highland Avenue<br>Suite 410<br>Birmingham, AL 35205<br>Telephone:  205-933-7090<br>Facsimile:   205-933-7099<br>*Counsel for Plaintiff Linda Mordecai* |