**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON**

|  |  |
|---|---|
| IN RE TRASYLOL PRODUCTS LIABILITY LITIGATION — MDL-1928 | ) ) ) ) |
| THIS DOCUMENT RELATES TO: | ) ) ) |
| *Mordecai* v. *Bayer Corporation et al.*, Case No. 9:08-cv-80781 | ) ) ) |

**PRETRIAL ORDER MODIFYING PRETRIAL MOTION SCHEDULE AND SETTING CASE FOR TRIAL**

This order revises certain pretrial deadlines in the *Mordecai* case, No. 9:08-cv-80781.

**I. MODIFICATIONS TO PREVIOUSLY ESTABLISHED PRETRIAL MOTIONS SCHEDULE.**

This order amends Pretrial Order No. 4 (May 22, 2008), Pretrial Order No. 6 (Sept. 19, 2008), Pretrial Order No. 13 (July 21, 2009), and Pretrial Order No. 14 (Aug. 28, 2009), and the Pretrial Order Modifying Pretrial Motion Schedule and Setting Case for Trial (Feb. 26, 2010) entered in this case, such that the following schedule shall apply to the pretrial submissions in *Mordecai* v. *Bayer Corp. et al.*, No. 9:08-cv-80781:

> Plaintiff must serve her witness list, consistent with the requirements of Federal Rule of Civil Procedure 26(a)(3)(A)(i) and (ii), by **May 17, 2010**, including, without limitation, separate identification of those witnesses plaintiff expects to present and those plaintiff may call if the need arises, as well as those witnesses plaintiff expects to present by deposition and those witnesses plaintiff expects to call live at trial.

> Defendants must serve their witness list, consistent with the requirements of Federal Rule of Civil Procedure 26(a)(3)(A)(i) and (ii), by **May 27, 2010**, including, without limitation, separate identification of those witnesses defendants expect to present and those plaintiff may call if the need arises, as well as those witnesses defendants expect to present by deposition and those witnesses defendants expect to call live at trial.

Witnesses not included on a party's witness list shall not be called at trial absent a showing of good cause as to why the witness was not included on the witness list.

Plaintiff must serve her exhibit list containing exhibits, including a description of each document or other exhibit, document production number (if applicable) and an electronic copy of the exhibits (except demonstrative exhibits), as required by Federal Rule of Civil Procedure 26(a)(3)(A)(iii), by **June 4, 2010**.

Defendants must serve objections to plaintiff's exhibits, and serve their exhibit list, including a description of each document or other exhibit, document production number (if applicable) and an electronic copy of the exhibits (except demonstrative exhibits), consistent with the requirements of Federal Rule of Civil Procedure 26(a)(3)(A)(ii) by **June 25, 2010**.

Plaintiff must serve objections to defendants' exhibits by **July 9, 2010**.

Exhibits not included on a party's exhibit list (except exhibits used for impeachment) shall not be received into evidence absent a showing of good cause as to why the exhibit was not included on the exhibit list.

Plaintiff must serve any page/line designations of deposition testimony by **May 28, 2010**.

Defendants must serve any page/line counter-designations of deposition testimony, objections to plaintiff's deposition designations and affirmative page/line designations of deposition testimony by **June 18, 2010**.

Plaintiff must serve any page/line counter-designations of deposition testimony and objections to defendants' deposition designations by **July 2, 2010**.

Defendants must serve any objections to plaintiff's counter-designations by **July 12, 2010**.

Responses to motions in limine not filed as of the date of entry of this Order must be filed by **May 14, 2010**.

Any reply briefs in further support of motions in limine not filed as of the date of entry of this Order must be filed and served by **May 24, 2010**.

The parties request a hearing on motions in limine on **June 4, 2010**. The parties shall submit to the Court a listing of those motions in limine on which they request oral argument ten (10) days in advance of the hearing date.

Plaintiff and Defendants shall file a pretrial stipulation as required by L.R Civ. P. 16.1(E) by **July 14, 2010**.

Proposed jury instructions must be submitted by **July 1, 2010**.

The parties request that the final pretrial conference be set on **July 19, 2010**.

Case is to be ready for trial by **July 26, 2010**.

DONE AND ORDERED in Chambers at West Palm Beach, Florida, this _____ day of _____, 2010.

_____
DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE