UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

|  |  |
|---|---|
| IN RE TRASYLOL PRODUCTS<br>LIABILITY LITIGATION — MDL-1928<br><br>THIS DOCUMENT RELATES TO:<br><br>*Mordecai* v. *Bayer Corporation et al.*,<br>Case No. 9:08-cv-80781 | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

JOINT SUBMISSION TO THE COURT
REGARDING THE STATUS OF PENDING MOTIONS
AND REQUESTING ORAL ARGUMENT

Pursuant to the parties' Stipulation And Joint Motion For Entry Of Pretrial Order Modifying Pretrial Motion Schedule And Setting Case For Trial (D.E. 5773 in 1:08-md-01928; 126 in 9:08-cv-80781), Plaintiff Linda Mordecai and defendants Bayer Corporation, Bayer HealthCare Pharmaceuticals Inc., Bayer HealthCare LLC, Bayer AG, and Bayer Schering Pharma AG ("Bayer") jointly submit the attached color-keyed chart of motions filed in this action in advance of oral argument scheduled to be heard June 4, 2010.

1.  To assist the Court and the parties in preparing for oral argument on pending motions scheduled for June 4, 2010, the parties prepared the attached chart listing each filed motion *in limine*, *Daubert* and dispositive motion, indicating whether the motion is opposed and, if so, whether one or both parties requests oral argument.

2.  The chart also indicates those motions or issues upon which the parties have reached agreement and therefore no further action is required by the Court.

3.  Bayer respectfully requests a ruling prior to June 18, 2010 on those motions highlighted on the color-keyed chart in red.

4. Plaintiff respectfully requests a ruling prior to June 18, 2010 on those motions highlighted on the color-keyed chart in orange.

5. One or both of the parties request rulings in advance of trial on motions highlighted in blue.

WHEREFORE, the parties jointly submit the chart attached as Exhibit A identifying those motions for which oral argument is respectfully requested by one or both parties and also identifying those motions for which Bayer respectfully requests a ruling on or before June 18, 2010 or in advance of trial.

[BALANCE OF PAGE INTENTIONALLY LEFT BLACK]

DATED:  May 14, 2010                                            Respectfully submitted,

*/s/  P. Gregory Haddad*                                         */s/ Patricia E. Lowry*
P. Gregory Haddad                                                Patricia E. Lowry (Fla. Bar No. 332569)
Email: fcaruthers@baileyglasser.com                              **SQUIRE, SANDERS & DEMPSEY L.L.P.**
Kerrie Wagoner Boyle                                             1900 Phillips Point West
Email: kboyle@baileyglasser.com                                  777 South Flagler Drive
Jonathan D. Boggs (Fla. Bar No. 0106305)                         West Palm Beach, FL 33401-6198
*jboggs@baileyglasser.com*                                       Telephone:  561-650-7200
**BAILEY &GLASSER LLP**                                          Facsimile:  561-655-1509
209 Capitol Street                                               *Email*: plowry@ssd.com
Charleston, WV 25301                                             *Liaison Counsel for Defendants*
Telephone:  304-345-6555
Facsimile:   304-342-1110

David Miceli
Email:  dmiceli@simmonsfirm.com
**THE SIMMONS FIRM**
119 Maple Street, Suite 201
Carrollton, GA 30117
Telephone:  770-834-2122
Facsimile:   770-214-2622

Leslie Ann Caldwell
Email: lac@lusklaw.com
**LUSK LUSK DOWDY & CALDWELL PC**
2100 Highland Avenue
Suite 410
Birmingham, AL 35205
Telephone:  205-933-7090
Facsimile:   205-933-7099
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 14, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those parties who are not authorized to receive Notices of Filing electronically.

/s/ Barbara Bolton Litten
Barbara Bolton Litten

# SERVICE LIST

### Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON
### Case No. 9:09-CV-80781-MIDDLEBROOKS/JOHNSON

### United States District Court
### Southern District of Florida

James R. Ronca
Email:  jronca@anapolschwartz.com
**ANAPOL, SCHWARTZ, WEISS, COHAN, FELDMAN & SMALLEY, P.C.**
1710 Spruce Street
Philadelphia, PA 19103
Telephone:  215-735-1130
Facsimile:  215-875-7758
*Plaintiffs' Steering Committee/Co-Lead Counsel*

Scott A. Love
Email:  slove@triallawfirm.com
**CLARK, DEAN & BURNETT, G.P.**
Lyric Center
440 Louisiana Street, Suite 1600
Houston, TX  77002
Telephone:  713-759-1400
Facsimile:  713-759-1217
*Plaintiffs' Steering Committee/Co-Lead Counsel*

Theodore Babbitt
Email:  tedbabbitt@babbitt-johnson.com
**BABBITT JOHNSON OSBORNE & LECLAINCHE, P.A.**
1641 Worthington Road, Suite 100
West Palm Beach, Florida 33409
Telephone:  561-684-2500
Facsimile:  561-684-6308
*Plaintiffs' Steering Committee/Liaison Counsel*

Neal Moskow
Email:  neal@urymoskow.com
**URY & MOSKOW, LLC**
883 Black Rock Turnpike
Fairfield, CT 06825
Telephone:  203-610-6393
Facsimile:  203-610-6399
*Plaintiffs' Steering Committee/ Federal-State Liaison*

David Miceli
Email:  dmiceli@simmonsfirm.com
**THE SIMMONS FIRM**
119 Maple Street, Suite 201
Carrollton, GA 30117
Telephone:  770-834-2122
Facsimile:  770-214-2622
*Counsel for Plaintiff Linda Mordecai*

P. Gregory Haddad
Email: fcaruthers@baileyglasser.com
Kerrie Wagoner Boyle
Email: kboyle@baileyglasser.com
Jonathan D. Boggs, Esq. (FL Bar #0106305)
Email: jboggs@baileyglasser.com
**BAILEY & GLASSER LLP**
209 Capitol Street
Charleston, WV 25301
Telephone:  304-345-6555
Facsimile:  304-342-1110
*Counsel for Plaintiff Linda Mordecai*

5

| | |
|---|---|
| Patricia E. Lowry<br>Florida Bar No. 332569<br>Email: plowry@ssd.com<br>**SQUIRE, SANDERS & DEMPSEY L.L.P.**<br>1900 Phillips Point West<br>777 South Flagler Drive<br>West Palm Beach, FL  33401-6198<br>Telephone:  561-650-7200<br>Facsimile:   561-655-1509<br>*Defendants' Liaison Counsel and Attorneys for Defendants* | Leslie Ann Caldwell<br>Email:<br>**LUSK LUSK DOWDY & CALDWELL PC**<br>2100 Highland Avenue<br>Suite 410<br>Birmingham, AL 35205<br>Telephone:  205-933-7090<br>Facsimile:   205-933-7099<br>*Counsel for Plaintiff Linda Mordecai* |

WESTPALMBEACH/568948.1