| PLAINTIFF'S OMNIBUS MOTIONS | BAYER'S POSITION | ORAL ARGUMENT REQUESTED |
|---|---|---|
| A. That plaintiff had hypotensive renal failure | Opposed | No |
| B. Quinn & Lockhart criminal convictions | Opposed | No |
| C. Consideration of lawsuit by Linda Mordecai against Dr Athanasuleas | Opposed | No |
| D. Prior asbestos litigation | Ruling is premature; may respond in kind if plaintiff opens the door | N/A |
| E. Mordecai Jr's baseball career and financial situation | Opposed | No |
| F. Verdict for plaintiff will adversely impact incentives to develop new medicines | NO RULING REQUIRED -- We agree, in absence of opening door, to give advance notice of any such argument or evidence | N/A |
| G. Award of damages will adversely affect availability of medicines or healthcare | NO RULING REQUIRED -- We agree, in absence of opening door, to give advance notice of any such argument or evidence | N/A |
| H. Case may have negative impact on stock price or cause loss of jobs | NO RULING REQUIRED -- do not intend to introduce, but if plaintiffs open door, we reserve right to respond in kind | N/A |

KEY –   Red highlighting = Bayer respectfully requests a ruling prior to June 18, 2010
            Blue highlighting = Bayer respectfully requests a ruling in advance of trial.
            Orange highlighting = Plaintiff respectfully requests a ruling prior to June 18, 2010.

WESTPALMBEACH/568967.1

| PLAINTIFF'S OMNIBUS MOTIONS | BAYER'S POSITION | ORAL ARGUMENT REQUESTED |
|---|---|---|
| I.  Case may cause increase in cost of insurance | NO RULING REQUIRED -- do not intend to introduce, but if plaintiffs open door, we reserve right to respond in kind | N/A |
| J.  Case may cause increase in cost of medications | Ruling is premature; may respond in kind if plaintiff opens the door | N/A |
| K.  Award of punitive damages cannot be challenged as unlawful or unconstitutional | Opposed | No |
| L.  Use of terms "litigation crisis" "lawsuit abuse" and the like | NO RULING REQUIRED -- do not intend to introduce, but if plaintiffs open door, we reserve right to respond in kind | N/A |
| M.  Plaintiffs' lawyers primarily represent plaintiffs and specialize in personal injury | Opposed | Yes |
| N.  Other Trasylol cases or other pharma cases with plaintiff's counsel | Reciprocity agreement with carve-out for experts; no carve-out for Dr. Athanasuleus | Yes |
| O.  Unsupported hearsay statements of healthcare providers | Opposed | No |
| P.  Potential impact on pharma companies and FDA if plaintiff prevails | NO RULING REQUIRED -- will give advance notice so that ruling can be sought at time testimony will be offered; ruling premature now | N/A |

KEY –   Red highlighting = Bayer respectfully requests a ruling prior to June 18, 2010
           Blue highlighting = Bayer respectfully requests a ruling in advance of trial.
           Orange highlighting = Plaintiff respectfully requests a ruling prior to June 18, 2010.

WESTPALMBEACH/568967.1

| Q. Fees received by experts or reference to them as paid experts | May be withdrawn. | No |
|---|---|---|
| **PLAINTIFF'S OMNIBUS MOTIONS** | **BAYER'S POSITION** | **ORAL ARGUMENT REQUESTED** |
| R. Plaintiffs' counsel advertised for clients | Opposed | Yes – requested by Plaintiff. |
| S. FDA approval means standard of care met | Opposed | Yes – requested by Plaintiff. |
| T. Settlement or lack of | Agreement not to introduce | N/A |
| U. Stipulations | Agreement not to introduce | N/A |
| V. Motions to exclude or in limine | Agreement not to introduce | N/A |
| W. Product labeling and drugs other than Trasylol | Opposed | Yes – requested by Defendants. |
| X. Incidence of ARF didn't decrease after Trasylol taken off market | Opposed | No |
| Y. Evidence of crimes, wrongdoing | Opposed | No |
| Z. That anyone wants Trasylol back on the market or would still use today | Opposed | Yes – requested by Plaintiff. |
| AA. Canada may let Trasylol back on market | Opposed; may be premature | No |
| BB. That any witness used it or would want their family to use it | Opposed | Yes –requested by Plaintiff. |
| CC. Plaintiff covered by insurance or other collateral source | Reciprocity agreement on insurance coverage; no agreement on collateral source | No |

KEY –   Red highlighting = Bayer respectfully requests a ruling prior to June 18, 2010
         Blue highlighting = Bayer respectfully requests a ruling in advance of trial.
         Orange highlighting = Plaintiff respectfully requests a ruling prior to June 18, 2010.

WESTPALMBEACH/568967.1

| | | |
|---|---|---|
| DD.  How plaintiffs' counsel were hired | Opposed | Yes – requested by Plaintiff. |
| **PLAINTIFF'S OMNIBUS MOTIONS** | **BAYER'S POSITION** | **ORAL ARGUMENT REQUESTED** |
| EE.  Evidence or discussion re defendants' reputation and good acts | Opposed | Yes – requested by Plaintiff. |
| FF.  Testimony by Linda re Michael's awareness of risks | Opposed | No |
| GG.  No cross examination of Linda re Michael's risk factors | Opposed | No |

| PLAINTIFF'S MOTIONS IN LIMINE | BAYER'S POSITION | ORAL ARGUMENT REQUESTED |
|---|---|---|
| Plaintiff's Motion in Limine to Preclude Treating Physicians, Drs. Athanasuleas and Richard Lyerly, from Testifying as to the Cause or Causes of Decedent's Injuries | Opposed | Yes – requested by both sides. |
| Plaintiff's Motion in Limine to Preclude Evidence of Risk Factors for Renal Failure Which Mr. Mordecai Had But Which are Not Reliably Established as Substantial Contributing Cause of His Injuries and Death | Opposed | Yes – requested by Plaintiff. |
| Plaintiff's Motion in Limine to Preclude Defendant from Argument or Suggesting that FDA Approval of the Trasylol Label is Synonymous with Sufficiency of the Label | Opposed | Yes- requested by - Plaintiff. |

KEY –   Red highlighting = Bayer respectfully requests a ruling prior to June 18, 2010
           Blue highlighting = Bayer respectfully requests a ruling in advance of trial.
           Orange highlighting = Plaintiff respectfully requests a ruling prior to June 18, 2010.

WESTPALMBEACH/568967.1

| PLAINTIFF'S MOTIONS IN LIMINE | BAYER'S POSITION | ORAL ARGUMENT REQUESTED |
|---|---|---|
| Plaintiff's Motion in Limine to Permit English Translations of German Witnesses to be Presented by English Only Questions and Answers | Opposed | Yes – requested by both sides. |
| Plaintiff's Motion in Limine to Exclude Testimony of Pamela Cyrus Relating to the Validity or Superiority of Randomized Controlled Studies v. Observational Retrospective Studies or Adverse Events Reporting | Opposed | Yes – requested by Plaintiff. |
| Plaintiff's Motion in Limine Regarding Prohibiting Bayer from Characterizing Dr. Athanasuleas as Independent of the Defendants | Opposed | No |

KEY –   Red highlighting = Bayer respectfully requests a ruling prior to June 18, 2010
          Blue highlighting = Bayer respectfully requests a ruling in advance of trial.
          Orange highlighting = Plaintiff respectfully requests a ruling prior to June 18, 2010.

WESTPALMBEACH/568967.1

| DEFENDANTS' OMNIBUS MOTIONS | MORDECAI'S POSITION | ORAL ARGUMENT REQUESTED |
|---|---|---|
| 1. Promise to Give a Portion of Damages Award to Charity | NO RULING REQUIRED; agreement reached | N/A |
| 2. The Existence of Liability Insurance | NO RULING REQUIRED; agreement reached | N/A |
| 3. References to Other Trasylol Litigation | Agreement Reached in regards to Expert; dispute still exists in regards to introduction in relation to Treating Physicians. *See* Plaintiff's Omnibus Motion N | Yes – requested by Plaintiff. |
| 4. References to Trasylol Settlements | Agreed | N/A |
| 5. References to Bayer's lawyers or the number of them | Agreed in regards to number of counsel; Opposed in relation to who their clients are. *See* Plaintiff's Ominibus Motions M, R & DD. | Yes – requested by Plaintiff. |
| 6. References about Defendants' Employees Attendance or Non-Attendance at Trial | Opposed | No. |
| 7. References to Witnesses Who Testify By Recorded Rather Than Live | NO RULING REQUIRED – Agreed to the extent covered by instruction to jury | N/A |
| 8. Testimony of Gene Rollins, Carl Quinn, and Gary Lockhart | Opposed | No. |

KEY –   Red highlighting = Bayer respectfully requests a ruling prior to June 18, 2010
       Blue highlighting = Bayer respectfully requests a ruling in advance of trial.
       Orange highlighting = Plaintiff respectfully requests a ruling prior to June 18, 2010.

WESTPALMBEACH/568967.1

| DEFENDANT'S MOTIONS IN LIMINE | MORDECAI POSITION/STATUS | ORAL ARGUMENT REQUESTED |
|---|---|---|
| Defendant's Motion in Limine to Exclude Evidence, Testimony, and Argument Alleging That Bayer Provided Inadequate or Incomplete Data to the FDA | NO RULING REQUIRED; Court Granted | N/A |
| Defendants' Motion in Limine to Exclude Evidence and Argument Regarding Alleged Off-Label Promotion of Trasylol | Opposed | Yes – requested by Plaintiff. |
| Defendants' Motion in Limine to Exclude Evidence and Argument that Bayer Had a Duty to Comparatively Test Trasylol | Opposed | Yes – requested by Plaintiff. |
| Motion *In Limine* To Exclude Evidence And Argument Regarding Irrelevant Marketing Materials. | Opposed | Yes – requested by Plaintiif. |
| Defendant's Motion in Limine to Exclude Evidence and Argument regarding Animal-Based Pharmacovigilence Studies to Prove Causation | NO RULING REQUIRED; Denied in Morrill | N/A |
| Defendant's Motion in Limine to Exclude Evidence, Testimony, and Argument Regarding Adverse Event Report to Prove causation or Comparative Risk | Opposed | No. |
| Defendants' Motion in Limine to Exclude Evidence or Argument regarding Unrelated Alleged Wrongful Acts | Opposed | Yes – requested by Plainitiff. |

KEY –   Red highlighting = Bayer respectfully requests a ruling prior to June 18, 2010
          Blue highlighting = Bayer respectfully requests a ruling in advance of trial.
          Orange highlighting = Plaintiff respectfully requests a ruling prior to June 18, 2010.

WESTPALMBEACH/568967.1

| DEFENDANT'S MOTIONS IN LIMINE | MORDECAI POSITION/STATUS | ORAL ARGUMENT REQUESTED |
|---|---|---|
| Defendants' Motion to Exclude Evidence, Testimony, and Argument Related to Assertions of Attorney-Client Privilege | Opposed | No. |
| Defendants' Motion in Limine to Exclude Argument, Evidence and Testimony Not Relevant to the Assessment of Punitive Damages | Opposed | Yes – requested by Plaintiff. |
| Bayer's Motion in Limine to Exclude Evidence or Testimony Regarding Moral Duties and Business Ethics | Opposed | No. |
| Defendants' Motion in Limine to Exclude Evidence and Argument Regarding the Timing of Bayer's Disclosure of the i3 Drug Safety Study and Preliminary Results from that Study | Opposed | Yes – requested by both sides. |

| DAUBERT/DISPOSITIVE MOTIONS | OPPOSING PARTIES POSITION | ORAL ARGUMENT REQUESTED |
|---|---|---|
| Plaintiff's Motion to Exclude Expert Testimony of Dr. Donald Williams Relating Specifically to the Claims of Linda Mordecai | Opposed | Yes – requested by Plaintiff. |
| Bayer's Motion to Exclude Expert Testimony of Dr. Dianne Zwicke | Opposed | Yes – requested by Plaintiff. |
| Bayer's Motion for Summary Judgment and to Exclude Expert Testimony of Dr. Quigg | Opposed | Yes – requested by Plaintiff. |

KEY –   Red highlighting = Bayer respectfully requests a ruling prior to June 18, 2010
Blue highlighting = Bayer respectfully requests a ruling in advance of trial.
Orange highlighting = Plaintiff respectfully requests a ruling prior to June 18, 2010.

WESTPALMBEACH/568967.1