UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

IN RE: TRASYLOL PRODUCTS LIABILITY
LITIGATION – MDL-1928

This Document Relates To:

**MORDECAI V. BAYER CORPORATION, ET AL.,**
Case No. 9:08-cv-80781

**PLAINTIFF LINDA MORDECAI'S SECOND
RULE 26(a)(3)(A)(i) and (ii) WITNESS LIST**

Comes now Plaintiff, by counsel, and submits the following witness list, pursuant to Federal Rules of Civil Procedure 26(a)(3)(A)(i) and (ii). Included herein are the names of those witnesses who Plaintiff will call at trial or may call if the need arises either by live or by preserved testimony. Plaintiff reserves the right to supplement these pretrial disclosures as is necessary, and she reserves the right to call any witness listed on Defendants' Rule 26(a)(3)(A)(i) and (ii) Witness List.

A. <u>Case-Specific Witnesses Plaintiff Expects to Call</u>

To the extent that Plaintiff identifies case-specific witnesses represented by counsel for Bayer which are identified by asterisks, Plaintiff respectfully requests that Bayer makes those witnesses available at trial. Should Bayer fail to or refuse to present these generic liability witnesses live at trial, the witness will be presented and is currently designated to be presented by deposition.

    1.    Linda Mordecai    (Live)
            201 Armory Drive
            Warrier, AL 35180

|   |   |   |
|---|---|---|
| 2. | Mike Mordecai, Jr. (Plaintiff's Son)<br>10 Croscreek Lane<br>Dothan, AL  36303 | (Live) |
| 3. | Constantine Athanasuleaus, M.D. | (by Deposition) |
| 3. | Richard J. Quigg, M.D.<br>The University of Chicago Department of Medicine<br>Section of Nephrology<br>5841 South Maryland Avenue, MC 5100<br>Chicago, Illinois 60637 | (Live) |
| 4. | Dianne L. Zwicke, M.D., FACC, FACP, FCCP<br>Cardiovascular Medicine Consultant<br>Clinical Associate Professor of Medicine<br>University of Wisconsin School of Medicine and Public Health<br>Comprehensive Cardiovascular Care<br>2801 West KK River Parkway, Suite 777<br>Milwaukee, WI 53215 | (Live) |
| 5. | Michael Sharpe*<br>Bayer Medical Science Liaison | (by Deposition) |
| 6. | Andrew Harville*<br>Bayer Sales Representative | (by Deposition) |

B. Case-Specific Witnesses Plaintiff May Call if the Need Arises

|   |   |   |
|---|---|---|
| 7. | Gene Rollins (Michael's former Supervisor)<br>5842 Warrior River Road<br>Bessemer, AL  35023 | (by Deposition) |
| 8. | Carl Quinn (Michael's former Co-Worker)<br>1953 Spunky Hollow Road, Lot 25<br>Remlap, AL 35133 | (Live or by Deposition) |
| 9. | Gary Lockhart (Michael's former Co-Worker)<br>1265 Chamblee Lane<br>Warrior, AL  35180 | (by Deposition) |
| 10. | Richard Lyerly, M.D. (Nephrologist)<br>1528 Carraway Boulevard<br>Birmingham, AL 35234 |   |

C. <u>Generic Liability Witnesses Plaintiff Expects to Call</u>

The Plaintiff identifies the following generic liability witnesses who will be presented at trial. Those witnesses with asterisks Plaintiff respectfully requests that Bayer makes those witnesses available at trial. Should Bayer fail to or refuse to present these generic liability witnesses live at trial, the witness will be presented and is currently designated to be presented by deposition.

11. Laurie Simpson (by Deposition)
    (former project manager for Trasylol)

12. Stanley Horton* (by Deposition)
    (Director of Marketing)

13. Allen Heller* (by Deposition)
    (Vice President for Medical Science)

14. Valentine Pascale* (by Deposition)
    (former Deputy Director of Marketing)

15. Robert Harrison* (by Deposition)
    (Associate Director, Medical Information Services and
    Medical Representative for Legal Medical Regulatory Review)

16. Pam Cyrus (by Deposition)
    (Vice President of Medical Affairs)

17. Jennifer Maurer* (by Deposition)
    (former Associate Director, Scientific Communications)

18. Eugene Paul MacCarthy (by Deposition)
    (Vice President of U.S. Medical Affairs)

19. John Lettieri, Ph.D.* (by Deposition)
    (Director for Clinical Pharmacology)

20. Anita Shah* (by Deposition)
    (Director, Clinical Pharmacokinetics)

21. Kuno Sprenger (by Deposition)
    (Global Drug Safety Manager)

391503

|     |                                                                                       |                  |
|-----|---------------------------------------------------------------------------------------|------------------|
| 22. | Alexander Walker<br>(hired by Bayer to do i3 drug safety study on Trasylol)           | (by Deposition)  |
| 23. | Tomasz Dyszynski<br>(International Drug Safety Manager)                               | (by Deposition)  |
| 24. | Reinhard Fescharek<br>(Global Pharmacovigilance Head of Assessment)                   | (by Deposition)  |
| 25. | Edward Sypniewski<br>(Deputy Director of Scientific Affairs)                          | (by Deposition)  |
| 26. | Frances Ciavaglia*<br>(Bayer Medical Science Liaison)                                 | (by Deposition)  |

D. Generic Liability Witnesses Plaintiff May Call if the Need Arises

|     |                                                                                       |                  |
|-----|---------------------------------------------------------------------------------------|------------------|
| 27. | Felix Monteagudo<br>(former Vice President, Drug Safety Assurance)                    | (by Deposition)  |
| 28. | Kemal Malik, M.D.<br>(Global Head of Development)                                     | (by Deposition)  |
| 29. | George Holder<br>(Bayer Medical Science Liaison)                                      | (by Deposition)  |
| 30. | Nahid Dolkhani<br>(Bayer Medical Science Liaison)                                     | (by Deposition)  |
| 31. | Tabetha Hunt<br>(Bayer Medical Science Liaison)                                       | (by Deposition)  |
| 32. | Ronald Frank Bates<br>(Bayer Medical Science Liaison)                                 | (by Deposition)  |
| 33. | Daniel Corrizo<br>(Bayer Medical Science Liaison)                                     | (by Deposition)  |
| 34. | Edwin Tucker<br>(Vice President, Pharmacovigilence)                                   | (by Deposition)  |
| 35. | Tomasz Dyszynski<br>(International Drug Safety Manager)                               | (by Deposition)  |
| 36. | William Shank<br>(Vice President, Sales)                                              | (by Deposition)  |

391503

    37.    Michael Rozycki    (by Deposition)
            (Vice President, Regulatory Affairs)

    38.    Joseph Scheeren    (by Deposition)
            (Senior Vice President of Global Regulatory Affairs
            and Site Head for Development)

### E.    Generic Experts Plaintiff Expects to Call

    39.    Mark J. Eisenberg, M.D.    (Live)
            Professor of Medicine
            Division of Cardiology and Clinical Epidemiology
            Jewish General Hospital/McGill University
            3755 Cote Street Catherine Road/Suite A-118
            Montreal, Quebec H3T 1ET
            Canada

    40.    Chirag R. Parikh, M.D.    (Live)
            Clinical Epidemiology Research Center
            950 Campbell Avenue, Mail Code 151 B
            West Haven, CT 06516

    41.    Curt D. Furberg, M.D., Ph.D.    (Live)
            Division of Public Health Sciences
            Wake Forest University School of Medicine
            Medical Center Boulevard
            Winston-Salem, NC 27157-1063

    42.    Luca Vricella, M.D.    (Live)
            Associate Professor of Surgery
            Pediatric and Adult Cardiac Surgery
            The Johns Hopkins Hospital
            600 North Wolfe Street
            Blalock 618
            Baltimore, MD 21287-4618

### F.    Generic Experts Plaintiff May Call if the Need Arises

    43.    Mark Dershwitz, M.D.
            33 Wildwood Drive
            Sherborn, MA 01770

391503

44. Mark J. S. Heath, M.D.
    Columbia University Medical Center
    Department of Anesthesiology
    Milstein Hospital Building 4GN
    177 Fort Washington Avenue
    New York, NY 10032

45. Robert Fenichel, M.D.
    4121 Burkenhill Rd
    West Vancouver, BC V7V 3M3
    Canada

46. Plaintiff reserves the right to call any other corporate representatives, persons most knowledgeable, persons with knowledge of relevant facts, employees or ex-employees of Bayer Corporation, which are known or will become known over the course of discovery.

47. Plaintiff reserves the right to call any corporate representatives, persons most knowledgeable, persons with knowledge of relevant facts, employees or ex-employees of Bayer Schering Pharma, A.G., which are known or will become known over the course of discovery.

48. Plaintiff reserves the right to call any corporate representatives, persons most knowledgeable, persons with knowledge of relevant facts, employees or ex-employees of Bayer Healthcare Pharmaceuticals, Inc., which are known or will become known over the course of discovery.

49. Plaintiff reserves the right to call any corporate representatives, persons most knowledgeable, persons with knowledge of relevant facts, employees or ex-employees of Bayer Healthcare, LLC, which are known or will become known over the course of discovery.

50. Plaintiff reserves the right to call any and all persons identified by

Defendants.

51. Plaintiff reserves the right to supplement this disclosure as discovery proceeds.

**PLAINTIFF**

**By Counsel**

*/s/ Jonathan D. Boggs*
P. Gregory Haddad, Esq.
*ghaddad@baileyglasser.com*
Kerrie Wagoner Boyle, Esq.
*kboyle@baileyglasser.com*
Jonathan D. Boggs, Esq. (FL Bar #0106305)
*jboggs@baileyglasser.com*
Bailey & Glasser, LLP
209 Capitol Street
Charleston, West Virginia 25301
(304) 345-6555
(304) 342-1110 *facsimile*

David F. Miceli, Esq.
*dmiceli@simmonsfirm.com*
Simmons, Browder, Gianaris, Angelides & Barnerd, LLC
119 Maple Street
Suite 201
Carrollton, GA 30117
770-834-2122
770-214-2622

Leslie Ann Caldwell, Esq.
*lac@lusklaw.com*
LUSK, CALDWELL & DEAN P.C.
2101 Highland Avenue, Suite 410
Birmingham, Alabama 35205
(205) 933-7090 Telephone
(205) 933-7099 Facsimile

391503

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

IN RE: TRASYLOL PRODUCTS LIABILITY
LITIGATION – MDL-1928

This Document Relates To:

**MORDECAI V. BAYER CORPORATION, ET AL.,**
Case No. 9:08-cv-80781

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of May, 2010, **PLAINTIFF LINDA MORDECAI'S SECOND RULE 26(a)(3)(A)(i) and (ii) WITNESS LIST** was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants:

Brian A. Wahl
Bradley, Arant, Rose & White, LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203

Phillip S. Beck
Bartlit Beck Herman Palenchar & Scott LLP
Courthouse Place
54 West Hubbard Place, Suite 300
Chicago, IL 60610

Patricia Elaine Lowry
Barbara Bolton Litten
Squire Sanders & Dempsey LLP
777 S Flagler Drive, Suite 1900
West Palm Beach, FL 33401-6198

Elizabeth C. Curtin
Sidley Austin LLP
1 S Dearborn Street
Chicago, IL 60603

391503

Richard K. Dandrea
Eckert Seamans Cherin & Mellott, LLC
600 Grant Street, 44th Floor
Pittsburgh, PA 15219

Daniel G. Wyllie
Dykema Gossett
400 Renaissance Center, 35th Floor
Detroit, MI 48243

*/s/ Jonathan D. Boggs*
Jonathan D. Boggs, Esq. (FL Bar #0106305)
*jboggs@baileyglasser.com*

391503