# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF FLORIDA

No. 08-MD-1928-MIDDLEBROOKS

IN RE: TRASYLOL PRODUCTS
LIABILITY LITIGATION

This document applies to:
  08-80781

## NOTICE OF HEARINGS

**PLEASE TAKE NOTE**:

   *  A Telephonic status conference in the above-referenced matter shall be held on Monday, May 24, 2010 at 1:30 p.m.

   *  A Hearing on the Motions in Limine in the above-referenced matter shall be held on Friday, June 4, 2010 at 10:00 a.m.

   *  A Pre-trial Conference in the above-referenced matter shall be held on Monday, July 19, 2010 at 1:30 p.m.

   Except for the Telephonic hearing on Monday, May 24, each conference will be held in Courtroom number 7 of the Paul G. Rogers Federal Building at 701 Clematis Street, West Palm Beach, Florida.  The Court does not require

personal attendance. Any Individual wishing to attend a particular conference via telephonic appearance may do so as follows:

1. Any Party/Counsel desiring to attend a scheduled status conference telephonically shall email Sylvia Wenger at sylvia_wenger@flsd.uscourts.gov on the following dates:

   - For the May 24, 2010 hearing – emails shall be sent on Friday, May 21, 2010;

   - For the June 4, 2010 hearing - emails shall be sent on Tuesday, June 1, 2010; and

   - For the July 19, 2010 hearing - emails shall be sent on Friday, July 12, 2010.

Only requests sent on the assigned date will be honored. Please note that all times are Eastern Daylight Savings Time.

2. The subject heading of any request email shall be "Request for Telephonic Appearance - 08-MD-1928."

3. The body of each email shall indicate clearly the name of the attorney(s) wishing to attend the status conference, and a contact phone number for such attorney(s).

4. One day prior to the scheduled hearing, the Court shall forward telephonic attendance instructions to all attorneys whom have timely registered.

Please additionally note that at the June 4, 2010 hearing, the Court intends to address the scheduling of the next group of MDL cases for trial. In preparation for discussion of that topic, the Parties shall submit to the Court, no later than

June 2, 2010, a list of their proposed trial schedules for the Group II cases. Additionally, the Parties shall provide the Court with a detailed listing of all Florida cases contained within these MDL proceedings, including their original filing dates and Trial-Group designation.

Dated this 20th day of May

_____
DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to all counsel of record