UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

IN RE TRASYLOL PRODUCTS LIABILITY
LITIGATION – MDL-1928

*Mordecai* v. *Bayer Corporation et al.*,
Case No. 9:08-CV-80781
_____/

### DEFENDANTS' FOURTH AMENDED RULE 26(a)(3)(A)(i) WITNESS LIST

Pursuant to Pretrial Order No. 6, Rule 26(a)(3)(A)(i) and (ii) of the Federal Rules of Civil Procedure, and this Court's May 19, 2010, Pretrial Order Modifying Pretrial Motion Schedule and Setting Case for Trial [D.E. 5899 in 1:08-md-01928; D.E. 175 in 9:08-cv-80781], Bayer Corporation, Bayer HealthCare Pharmaceuticals Inc., Bayer HealthCare LLC, and Bayer Schering Pharma AG (hereinafter "defendants") submit the following list of witnesses that they expect to call at trial or may call at trial if the need arises:

1. The following individuals are those whom defendants expect to call live at trial:

    a. Pam Cyrus, M.D.

    b. Robert R. Fenichel, M.D., Ph.D.

    c. Anthony P. Furnary, M.D., F.A.C.S., F.A.C.C.

    d. H. David Humes, M.D.

    e. Henry Rosenberg, M.D.

    f. Donald R. Williams, M.D.

      g. William S. Weintraub, M.D.

2. The following individuals are those whom defendants expect to call by preserved testimony:

      a. Constantine Athanasuleas, M.D.

      b. Frances Ciavaglia

      c. Richard Lyerly, M.D.

3. The following individuals are those whom defendants may call live or by preserved testimony at trial:

      a. All witnesses listed in Sections C and D of plaintiff's May 17, 2010 Second Rule 26(a)(3)(A)(i) and (ii) Witness List [D.E. 174] (by preserved testimony)

      b. Nicholas A. Flavahan, Ph.D. (live)

      c. Andrew Harville (by preserved testimony)

      d. Gary Lockhart (by preserved testimony)

      e. Kemal Malik (live or by preserved testimony)

      f. Carl Quinn (live or by preserved testimony)

      g. Gene Rollins (by preserved testimony)

      h. Michael Sharpe (by preserved testimony)

      i. Ernst Weidmann (by preserved testimony)

Defendants reserve the right call any and all persons identified by other parties to this civil action, and to amend and supplement this disclosure as necessary in light of the Court's

rulings or otherwise.  Defendants further reserve the right to object to the designation of witnesses made by plaintiffs.


DATED: May 27, 2010

Respectfully submitted,

*/s/  Barbara Bolton Litten*
Patricia E. Lowry (Florida Bar No. 332569)
Email: plowry@ssd.com
Barbara Bolton Litten (Florida Bar No. 91642)
Email: blitten@ssd.com
**SQUIRE, SANDERS & DEMPSEY L.L.P.**
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198
Telephone:  561-650-7120
Facsimile:   561-655-1509

*Attorneys for Defendant Bayer Corporation, Bayer HealthCare Pharmaceuticals Inc., Bayer HealthCare LLC, and Bayer Schering Pharma AG*

**CERTIFICATE OF SERVICE**

I hereby certify that on May **27**, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Barbara Bolton Litten*
Barbara Bolton Litten

## SERVICE LIST

### In re Trasylol Products Liability Litigation – MDL-1928
### Case No. 08-MD-1928-MIDDLEBROOKS/JOHNSON

### United States District Court
### Southern District of Florida

James R. Ronca
Email: jronca@anapolschwartz.com
**ANAPOL, SCHWARTZ, WEISS, COHAN, FELDMAN & SMALLEY, P.C.**
1710 Spruce Street
Philadelphia, PA 19103
Telephone: 215-790-4584
Facsimile: 215-875-7701
*Co-Lead Counsel for Plaintiffs*

Theodore Babbitt
Email: tedbabbitt@babbitt-johnson.com
**BABBITT JOHNSON OSBORNE & LECLAINCHE, P.A.**
1641 Worthington Road, Suite 100
West Palm Beach, FL 33409
Telephone: 561-684-2500
Facsimile: 561-684-6308
*Liaison Counsel for Plaintiffs*

Leslie A. Caldwell
Email: lac@lusklaw.com
**LUSK CALDWELL & DEAN PC**
2101 Highland Ave., Suite 410
Birmingham, AL 35205
Telephone: 205-933-7090
Facsimile: 205-933-7099
*Counsel for Plaintiff Mordecai*

Scott A. Love
Email: slove@triallawfirm.
**CLARK, BURNETT. LOVE & LEE, G.P.**
Lyric Center
440 Louisiana Street, Suite 1600
Houston, TX 77002
Telephone: 713-757-1400
Facsimile: 713-759-1217
*Co-Lead Counsel for Plaintiffs*

Neal L. Moskow
Email: neal@urymoskow.com
**URY & MOSKOW, LLC**
883 Black Rock Turnpike
Fairfield, CT 06825
Telephone: 203-610-6393
Facsimile: 203-610-6399
*Federal-State Liaison for Plaintiffs*

P. Gregory Haddad
Email: ghaddad@baileyglasser.com
Kerrie Wagoner Boyle
Email: kboyle@baileyglasser.com
Jonathan D. Boggs
Email: jboggs@baileyglasser.com
**BAILEY & GLASSER LLP**
209 Capitol Street
Charleston, WV 25301
Telephone: 304-345-6555
Facsimile: 304-342-1110
*Counsel for Plaintiff Mordecai*

5

| | |
|---|---|
| David F. Miceli<br>Email:  dmiceli@simmonsfirm.com<br>**SIMMONS BROWDER GIANARIS ANGELIDES &<br>BARNERD LLC**<br>119 Maple St., Suite 201<br>Carrollton, GA  30117<br>Telephone:  770-834-2122<br>Facsimile:  770-214-2622<br>*Counsel for Plaintiff Mordecai* | Patricia E. Lowry<br>Florida Bar No. 332569<br>Email: plowry@ssd.com<br>**SQUIRE, SANDERS & DEMPSEY L.L.P.**<br>1900 Phillips Point West<br>777 South Flagler Drive<br>West Palm Beach, FL 33401-6198<br>Telephone:  561-650-7200<br>Facsimile:   561-655-1509<br>*Liaison Counsel for Defendants* |

WESTPALMBEACH/569318.1