UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:08-01928-MD-MIDDLEBROOKS/JOHNSON

IN RE TRASYLOL PRODUCTS
LIABILITY LITIGATION

This Document Relates to:

*SOUTHEAST LABORERS
HEALTH AND WELFARE FUND,*
On behalf of itself and all others
similarly situated,

*v.*

*BAYER CORP., ET AL.,*

Case No. 9:08-cv-80873
_____/

### ORDER GRANTING BAYER'S MOTION TO DISMISS PLAINTIFF'S THIRD AMENDED CLASS ACTION COMPLAINT WITH PREJUDICE

THIS CAUSE comes before the Court upon Bayer's Motion to Dismiss Plaintiff's Third Amended Class Action Complaint ("Motion") (DE 74 in Case No. 08-cv-80873,[1] DE 5288 in Case No. 08-md-01928), filed on April 2, 2010. Plaintiff's filed a Response (DE 75), to which Bayer replied (DE 77). The Court has reviewed the record and is otherwise advised in the premises.

In its Order Granting Bayer's Motion to Dismiss Plaintiff's Second Amended Class Action Complaint ("Order") (DE 71), the Court dismissed Counts I, II, V, VI, and VII *with prejudice* and dismissed Counts III (breach of express warranty) and IV (breach of implied warranty) without prejudice and with leave to amend. Plaintiffs ignored this Court's directive and filed a Third

---

[1] All document references below correspond to the *Southeast Laborers*-specific case number.

1

Complaint (DE 72) that covered the same seven Counts, five of which were dismissed with prejudice. Plaintiff has repeated, but not rectified any of the pleading deficiencies in relation to its express and implied warranty claims as identified by the Court in its Order. (DE 71 at 16-20.)

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Bayer's Motion to Dismiss Plaintiff's Third Amended Class Action Complaint ("Motion") (DE 74 in Case No. 08-cv-80873, DE 5288 in Case No. 08-md-01928) be **GRANTED WITH PREJUDICE** as to all Counts in Plaintiff's Third Amended Class Action Complaint (DE 72).

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 4 day of June, 2010.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to:    Counsel of Record