UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:08-01928-MD-MIDDLEBROOKS/JOHNSON

IN RE TRASYLOL PRODUCTS
LIABILITY LITIGATION

This Document Relates to:

SOUTHEAST LABORERS
HEALTH AND WELFARE FUND,
On behalf of itself and all others
similarly situated,
v.
BAYER CORP., ET AL.,

Case No. 9:08-cv-80873
_____/

## FINAL JUDGMENT

THIS CAUSE comes before the Court upon the Order granting Bayer's Motion to Dismiss Plaintiff's Third Amended Class Action Complaint with prejudice as to all counts of the Complaint (DE 79 in 08-80873; DE 6124 in 08-01928), filed on June 4, 2010. It is hereby

**ORDERED AND ADJUDGED** that Final Judgment shall be entered in favor of all Defendants and against the Plaintiff upon the Complaint. The Court retains jurisdiction for the purpose of awarding costs and fees.

Having closed this Case for administrative purposes only, it is further **ORDERED** that the Clerk of Court shall **CLOSE** this **CASE** for all purposes.

**DONE AND ORDERED** in chambers at West Palm Beach, Florida, this 9th day of June, 2010.

_____
DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record

1