**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON**

IN RE TRASYLOL PRODUCTS LIABILITY
LITIGATION – MDL-1928

This Document Relates to All Actions
_____/

### UNOPPOSED MOTION FOR ENTRY OF CASE MANAGEMENT ORDER MODIFYING DISCOVERY AND PRETRIAL MOTION SCHEDULES

Pursuant to Federal Rules of Civil Procedure 1, 16 and 26, Defendants Bayer

Corporation, Bayer HealthCare Pharmaceuticals Inc., Bayer Healthcare LLC, Bayer AG, and

Bayer Schering Pharma AG respectfully move for entry of a Pretrial Order ("PTO") Modifying

Discovery and Pretrial Motion Schedules in Actions Filed After July 15, 2008, attached hereto as

Exhibit A.  The Plaintiffs' Steering Committee ("PSC") does not oppose entry of this proposed

PTO.

The proposed PTO modifies certain internal deadlines relating to expert discovery

contained in Pretrial Order No. 16 ("PTO 16") (Nov. 13, 2009) (D.E. 2693) and is based on

experience since entry of that Order.  In sum, the changes to the schedule provide additional time

for plaintiffs to produce expert reports and enlarge the time between service of plaintiffs' expert

reports and the due date for defendants' reports in the upcoming groups of cases.  The proposed

changes do not alter the dates by which these cases will be ready for trial or remand to the

transferor districts; they serve only to minimize unnecessary expenditure of the parties' resources

on the large numbers of cases that are not likely to progress to or beyond the initial disclosure of

experts by plaintiffs.

**ARGUMENT**

PTO 16 established two discovery and motions schedules for the Trasylol cases. The first dealt with the approximately 60 cases filed on or before July 15, 2008. The order divided those 60 cases into three groups of 20 cases per group, and established a discovery and motion schedule whereby each case would be trial-ready no later than December 1, 2010.

The second schedule addressed the more than 600 cases filed between July 15, 2008 and September 9, 2009 (exclusive of those dates). PTO 16 divided those cases into four groups, with July 2, 2010 as the first discovery control date for the 80 cases in group 4. Each of the subsequent groups follows in line at set intervals, but with increasing number of cases (up to 231 in Group 7) and with substantial overlap of discovery deadlines among the groups.

During the six months during which this schedule has been in effect, the experience has been that a large percentage of the cases are dismissed before plaintiffs are required to submit their expert reports, often just before those deadlines. So far, approximately 40% of the cases in groups 1-3 have been voluntarily dismissed or, in a few cases, deferred to later groups, before case-specific expert reports were due. With only 20 cases per group, this attrition rate has not caused undue problems to defendants in preparing unnecessary expert reports for cases that plaintiffs decide not to pursue, even though the schedule provides just 30 days between the time plaintiffs are required to produce their expert reports and when defendants are required to respond. Beginning with group 4, however, the number of cases quadruples to 80, while still providing defendants only 30 days to submit responsive expert reports, and the subsequent groups increase in size to 120, 180 and finally the remaining 232 cases, some of which have numerous plaintiffs. In order to prepare that number of responsive reports, defendants' experts will have to begin work on their reports long before plaintiffs' reports are received.

2

If every case proceeded to the point of requiring full expert discovery, this would not necessarily be wasted effort.  But, given the current attrition rate, defendants will be wasting an undue amount of resources and the time of their experts in two out of every five cases.  It is also likely that the case attrition rate will accelerate in the upcoming larger groups of cases.  This in turn will further increase the expense of unnecessarily beginning work on expert discovery in countless cases that do not progress towards trial.  In addition, as the Court is aware, the parties have settled a significant number of cases, and future settlements may resolve additional cases prior to trial.

To avoid the substantial burden of preparing expert reports in cases that plaintiffs do not pursue to the point of retaining an expert and submitting an essential expert report,[1] the proposed schedule, as to all cases in groups 4-7, increases the time between the deadline for plaintiffs to submit case-specific expert reports and defendants' deadline to serve their own case-specific expert reports in response from 30 to approximately 75 days.  This change will better ensure that defendants will be able to determine whether plaintiffs will actually pursue cases through expert discovery before defendants are required to incur the expense of preparing their own expert reports.

In addition, the PSC has requested, and defendants do not oppose, allowing an additional three weeks in the schedule for service of plaintiffs' expert reports for these same groups of cases.  Neither of these changes will affect the dates by which these cases will be ready for trial or remand to the transferor courts.

---

[1] *See generally Wilson* v. *Taser Int'l, Inc.*, 303 Fed. Appx. 708, 715 (11th Cir. 2008) ("medical expert testimony is essential to prove causation" if a claimed injury "is not a natural inference that a juror could make through human experience"); *McClain* v. *Metabolife Int'l, Inc.*, 401 F.3d 1233, 1237 (11th Cir. 2005) (proof of a "toxic effect" and resulting medical injury "requires expert testimony").

These proposed changes will not prejudice any party, will impose no additional burden on the Court, will conserve significant time and expense, and will facilitate the efficient trial preparation and ultimate disposition of the remaining cases in this MDL.

## CONCLUSION

Defendants respectfully request entry of the attached proposed Pretrial Order Modifying Discovery and Pretrial Motion Schedules in Actions Filed After July 15, 2008.

## RULE 7.1(A)(3) CERTIFICATION

As required by this Court's Local Rule 7.1(A)(3)(a), counsel for defendants hereby certifies that counsel for the defendants has conferred with Co-Lead Counsel for the Plaintiffs' Steering Committee ("PSC"), who do not oppose this motion or entry of the attached proposed Order.

DATED: June 10, 2010                    Respectfully submitted,


                                        */s/ Barbara Bolton Litten*
                                        Patricia E. Lowry (Florida Bar No. 332569)
                                        plowry@ssd.com
                                        Barbara Bolton Litten (Florida Bar No. 91642)
                                        E-mail: blitten@ssd.com
                                        **SQUIRE SANDERS & DEMPSEY L.L.P.**
                                        1900 Phillips Point West
                                        777 South Flagler Drive
                                        West Palm Beach, FL  33401-6198
                                        Telephone:  561-650-7200
                                        Facsimile:   561-655-1509

Eugene A. Schoon
Email:  eschoon@sidley.com
**SIDLEY AUSTIN LLP**
One South Dearborn Street
Chicago, Illinois 60603
Telephone:  312-853-7000
Facsimile:  312-853-7036

*Attorneys for Defendants Bayer Corporation, Bayer*
*Healthcare Pharmaceuticals Inc., Bayer Healthcare LLC,*
*Bayer AG, and Bayer Schering Pharma AG*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 10, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Barbara Bolton Litten*
Barbara Bolton Litten

**SERVICE LIST**

**In re Trasylol Products Liability Litigation – MDL-1928**
**Case No. 08-MD-1928-MIDDLEBROOKS/JOHNSON**

**United States District Court**
Southern District of Florida

James R. Ronca
Email:  jronca@anapolschwartz.com
**ANAPOL, SCHWARTZ, WEISS, COHAN, FELDMAN
      & SMALLEY, P.C.**
1710 Spruce Street
Philadelphia, PA 19103
Telephone: 215-735-1130
Facsimile:  215-875-7758
*Plaintiffs' Steering Committee/Co-Lead Counsel*

Scott A. Love
Email:  slove@triallawfirm.com
**CLARK, BURNETT, LOVE & LEE, G.P.**
Lyric Center
440 Louisiana Street, Suite 1600
Houston, TX  77002
Telephone:  713-759-1400
Facsimile:  713-759-1217
*Plaintiffs' Steering Committee/Co-Lead Counsel*

Theodore Babbitt
Email:  tedbabbitt@babbitt-johnson.com
**BABBITT JOHNSON OSBORNE
      & LECLAINCHE, P.A.**
1641 Worthington Road, Suite 100
West Palm Beach, FL 33409
Telephone:  561-684-2500
Facsimile:   561-684-6308
*Plaintiffs' Steering Committee/Liaison Counsel*

Joseph A. Osborne
Email:  JAOsborne@babbitt-johnson.com
**BABBITT JOHNSON OSBORNE
      & LECLAINCHE, P.A.**
1641 Worthington Road, Suite 100
West Palm Beach, FL 33409
Telephone:  561-684-2500
Facsimile:   561-684-6308
*Plaintiffs' Steering Committee/Liaison Counsel*

Doug Monsour
Email: doug@monsourlawfirm.com
**THE MONSOUR LAW FIRM**
P.O. Box 4209
Longview, TX 75606
Telephone: 903-758-5757
Facsimile:  903-230-5010
*Plaintiffs' Steering Committee*

Brian H. Barr
Email: bbarr@levinlaw.com
**LEVIN PAPANTONIO THOMAS MITCHELL
      ECHSNER & PROCTOR PA**
316 S. Baylen St., Suite 600
Pensacola, FL  32502
Telephone: 850-435-7000
Facsimile:  850-435-7020
*Plaintiffs' Steering Committee*

Ernest Cory
Email: ecory@cwcd.com
**CORY WATSON CROWDER & DEGARIS**
2131 Magnolia Ave.
Birmingham, AL  35205
Telephone: 205-328-2200
Facsimile: 205-324-7896
*Plaintiffs' Steering Committee*

Marc Jay Bern
Email: mjbern@napolibern.com
**NAPOLI BERN & ASSOCIATES LLP**
3500 Sunrise Highway, Suite T-207
Great River, NY  11739
Telephone: 631-224-1133
Facsimile: 631-224-4774
*Plaintiffs' Steering Committee*

Fred Thompson
Email: fthompson@motleyrice.com
**MOTLEY RICE LLC**
P.O. Box 1792
Mt. Pleasant, SC 29405
Telephone: 843-216-9000
Facsimile: 843-216-9440
*Plaintiffs' Steering Committee*

Neil D. Overholtz
Email: noverholtz@awkolaw.com
**ALYSTOCK, WITKIN, KREIS
        & OVERHOLTZ, PLLC**
803 North Palafox Street
Pensacola, FL 32501
Telephone: 850-916-7450
Facsimile: 850-916-7449
*Plaintiffs' Steering Committee*

Joseph P. Danis
Email: jdanis@careydanis.com
**CAREY AND DANIS, LLC**
8235 Forsyth Blvd., Suite 1100
St. Louis, MO 63105
Telephone: 314-678-3400
Facsimile: 314-678-3401
*Plaintiffs' Steering Committee*

David Matthews
Email: jrhoades@thematthewslawfirm.com
**MATTHEWS & ASSOCIATES**
2905 Sackett Street
Houston, TX 77098
Telephone: 713-522-5250
Facsimile: 713-535-7184
*Plaintiffs' Steering Committee*

Neal Moskow
Email: neal@urymoskow.com
**URY & MOSKOW, LLC**
883 Black Rock Turnpike
Fairfield, CT 06825
Telephone: 203-610-6393
Facsimile: 203-610-6399
*Plaintiffs' Steering Committee/
Federal-State Liaison*

Steven E. Derringer
Email: steven.derringer@bartlit-beck.com
**BARTLIT BECK HERMAN PALENCHAR
        & SCOTT LLP**
54 West Hubbard, Suite 300
Chicago, IL 60610
Telephone: 312-494-4400
Facsimile: 312-494-4440
*Defendants' Co-Lead Counsel and
Attorneys for Defendants Bayer Corporation,
Bayer Healthcare Pharmaceuticals Inc., Bayer
Healthcare LLC, Bayer AG, and Bayer Schering
Pharma AG*

Philip S. Beck
Email:  philip.beck@bartlit-beck.com
**BARTLIT BECK HERMAN PALENCHAR**
    **& SCOTT LLP**
54 West Hubbard, Suite 300
Chicago, IL 60610
Telephone: 312-494-4400
Facsimile:  312-494-4440
*Defendants' Co-Lead Counsel and*
*Attorneys for Defendants Bayer Corporation,*
*Bayer Healthcare Pharmaceuticals Inc., Bayer*
*Healthcare LLC, Bayer AG, and Bayer Schering*
*Pharma AG*

Eugene A. Schoon
Email:  eschoon@sidley.com
**SIDLEY AUSTIN LLP**
One South Dearborn
Chicago, IL 60603
Telephone:  312-853-7000
Facsimile:  312-853-7036
*Defendants' Co-Lead Counsel and*
*Attorneys for Defendants Bayer Corporation,*
*Bayer Healthcare Pharmaceuticals Inc., Bayer*
*Healthcare LLC, Bayer AG, and Bayer Schering*
*Pharma AG*

Susan Artinian
Email:  sartinian@dykema.com
**DYKEMA GOSSETT PLLC**
400 Renaissance Center
Detroit, MI 48243
Telephone:  313-568-6800
Facsimile:  313-568-6658
*Defendants' Co-Lead Counsel and*
*Attorneys for Defendants Bayer Corporation,*
*Bayer Healthcare Pharmaceuticals Inc., Bayer*
*Healthcare LLC, Bayer AG, and Bayer Schering*
*Pharma AG*

Richard K. Dandrea
Email:  rdandrea@eckertseamans.com
**ECKERT SEAMANS CHERIN & MELLOTT, LLC**
U.S. Steel Tower
600 Grant Street, 44th Floor
Pittsburgh, PA 15219
Telephone:  412-566-6000
Facsimile:  412-566-6099
*Defendants' Co-Lead Counsel and*
*Attorneys for Defendants Bayer Corporation,*
*Bayer Healthcare Pharmaceuticals Inc., Bayer*
*Healthcare LLC, Bayer AG, and Bayer Schering*
*Pharma AG*

Patricia E. Lowry
Florida Bar No. 332569
Email:  plowry@ssd.com
**SQUIRE, SANDERS & DEMPSEY L.L.P.**
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL  33401-6198
Telephone:  561-650-7200
Facsimile:  561-655-1509
*Defendants' Liaison Counsel and*
*Attorneys for Defendants Bayer Corporation,*
*Bayer Healthcare Pharmaceuticals Inc., Bayer*
*Healthcare LLC, Bayer AG, and Bayer Schering*
*Pharma AG*

WESTPALMBEACH/570035.1