UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

No. 08-MD-1928-MIDDLEBROOKS

FILED by _____ D.C.
JUN 10 2010
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. - MIAMI

IN RE: TRASYLOL PRODUCTS
LIABILITY LITIGATION

This document applies to:
*Naguib Bechara, et. al v. Bayer Corp., et al.*, Case No 9:08-80776

## ORDER

THIS CAUSE comes before the Court upon the Parties' email notification of settlement in the above-referenced action within these MDL proceedings. This case was set to proceed to trial on July 26, 2010. The Parties had filed numerous pretrial motions in anticipation fo trial which the settlement has accordingly rendered moot. Therefore it is

ORDERED and ADJUDGED that the following Motions be and are hereby DENIED as MOOT:

1. Plaintiffs' Motion *in Limine* to Exclude Expert Testimony of Dr. Donald Williams Relating Specifically to the Claims of Linda Mordecai (DE 4986 in 08-1928 & DE 79 in 08-80781);

2. Defendants' Motion for Summary Judgment (DE 4990 in 08-1928 & DE 81 in 08-80781);

3. Plaintiff's Motion for Leave to File Excess Pages (DE 90 in 08-80781);

4. Plaintiffs' Motion *in Limine* to Exclude Evidence and Argument related to Certain Issues and/or Request for Limiting Instruction (DE 5303 in 08-1928 & DE 96 in 08-80781);

5. Plaintiff's Motion *in Limine* to Preclude Treating Physicians, Drs. Constantine Athanasuleas and Richard Lyerly, from Testifying as to the Cause or Causes of Decedent's Injuries (DE 5304 in 08-1928 & DE in 08-80781);

6. Plaintiffs' Motion *in Limine* to Preclude Defendants from Arguing or Suggesting that FDA Approval of the Trasylol Lable is Synonymous with Sufficiency of the Label (DE 5305 in 08-1928 & DE 98 in 08-80781);

7. Plaintiffs' Motion *in Limine* to Preclude Evidence of Risk Factors for Renal Failure Which Mr. Mordecai had but Which are not Reliably Established as Substantial Contributing Causes of his Injury and Death (DE 5306 in 08-1928 & DE99 in 08-80781);

8. Plaintiff's Motion *in Limine* Regarding Prohibitin Bayer from Characterizing Dr. Athanasuleas as Independent of the Defendants (DE 5307 in 08-1928 & DE 100 in 08-80781);

9. Plaintiff's Motion *in Limine* to Permit the English Translations of German Witnesses to be Presented by English only Questions and Answers ((DE 5309 in 08-1928 & DE 102 in 08-80781);

10. Plaintiff's Motion *in Limine* to Exclude Testimony of Dr. Pamela Cyrus Relating to the Validity

or Superiority of Randomized Controlled Studies vs. Observational Retrospective Studies or Adverse Events Reporting (DE 5310 in 08-1928 & DE 103 in 08-80781);

11. Defendants' Motion *in Limine* to Exclude Argument, Evidence and Testimony not Relevant to the Assessment of Punitive Damages (DE 5317 in 08-1928 & DE 104 in 08-80781);

12. Defendants' Motion *in Limine* to Exclude Evidence or Testimony Regarding "Moral Duties" and "Business Ethics" (DE 5318 in 08-1928 & DE 105 in 08-80781);

13. Defendants' Motion *in Limine* to Exclude Evidence and Argument Regarding the Timing of Bayers' Disclosure of the i3 Drug Safety Study and Preliminary Results from that Study (DE 5319 in 08-1928 & DE 106 in 08-80781);

14. Defendants' Motion *in Limine* to Exclude Additional Irrelevant and Unfairly Prejudicial Evidence or Argument (DE 5320 in 08-1928 & DE 107 in 08-80781);

15. Defendants' Motion *in Limine* to Exclude Evidence and Argument Regarding Alleged Off-Label Promotion of Trasylol (DE 5803 in 08-1928 & DE 129 in 08-80781);

16. Defendants' Motion *in Limine* to Exclude Evidence and Argument that Bayer had a Duty to Comparatively Test Trasylol (DE 5804 in 08-1928 & DE 130 in 08-80781);

17. Defendants' Motion *in Limine* to Exclude Evidence and Argument Regarding Animal-Based Pharmacological Studies to Prove Causation (DE 5805 in 08-1928 & DE 131 in 08-80781)[1];

18. Defendants' Motion *in Limine* to Exclude Evidence and Argument Regarding Irrelevant Marketing Materials (DE 5806 in 08-1928 & DE 132 in 08-80781);

19. Defendants' Motion *in Limine* to Exclude Evidence, Testimony, and Argument Regarding Adverse Event Reports to Prove Causation or Comparative Risk (DE 5807 in 08-1928 & DE 133 in 08-80781);

20. Defendants' Motion *in Limine* to Exclude Evidence, or Argument Regarding Unrelated Alleged Wrongful Acts (DE 5808 in 08-1928 & DE 134 in 08-80781); and

21. Defendants' Motion *in Limine* to Exclude Evidence, Testimony, and Argument Related to Assertions of Attorney-Client Privilege (DE 5809 in 08-1928 & DE 135 in 08-80781).

DONE and ORDERED in Chambers, at West Palm Beach, Florida this 8th day of June, 2010.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to all counsel of record

---

[1] The Court notes that this motion was substantively disposed of in a previous court ruling, and is therefore moot for that separate reason.