POTATA, INC
103 St George Place
Advance, NC 27006

June 4, 2010

Edward J. Parr, Jr., Esq.
Ury & Moskow LLC
1250 Connecticut Ave., NW, Suite 200
Washington, DC 20036

Dear Mr. Parr, Mr. Love, and Mr. Ronca,

As we discussed, I am facing a major dilemma which requires that I withdraw from my agreement to serve as an expert in the Trasylol lawsuits. In 2009, I overcommitted myself to serve as an expert witness in several litigation matters. As my obligations to earlier commitments have far surpassed my expectations, the time and effort required to meet all these commitments now well exceed what I can fit into my schedule. More importantly, as Professor of Public Health Sciences at Wake Forest University School of Medicine, my first commitment must be to the University and my professional duties. My current effort level at the Medical School is at 90%. To make matters worse, I was forced to spend a substantial amount of time recovering from a total hip replacement procedure last fall, and I expect to have surgery on both knees in the near future, which will require me to take additional time off. The projected demands for the Trasylol trials, and the multiplicity of trials expected in the coming months, exceed what I can handle. Thus, with deep regrets I have decided to withdraw my involvement. I apologize for making this decision so close to the first court case, and do hope that you can find a replacement.

Sincerely,

Curt D. Furberg, MD, PhD