UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

IN RE TRASYLOL PRODUCTS LIABILITY
LITIGATION – MDL-1928

This Document Relates to All Actions

JOINT MOTION FOR ENTRY OF PRETRIAL ORDER
ESTABLISHING PRETRIAL DISCLOSURES AND MOTIONS SCHEDULE FOR
CASES TO BE TRIED BY THIS COURT

    The Plaintiffs' Steering Committee ("PSC")[1] and Defendants Bayer Corporation, Bayer HealthCare Pharmaceuticals Inc., Bayer HealthCare LLC, Bayer AG, and Bayer Schering Pharma AG stipulate to and jointly move for entry of an order amending Pretrial Order No. 4 ("PTO 4") (May 22, 2008), Pretrial Order No. 6 ("PTO 6") (Sept. 19, 2008), Pretrial Order No. 7 ("PTO 7"), and Pretrial Order No. 16 ("PTO 16") (Nov. 13, 2009), and establishing a modified pretrial motion schedule and trial settings.  In support of this Motion, the parties state as follows:

    1.    The attached proposed Pretrial Order revises the trial schedule for remaining initial trial pool case (*Dodson v. Bayer Corp. et al.*, No. 9:08-cv-80770) and for cases assigned to Groups 1 and 2 filed in Florida.

    2.    The proposed Pretrial Order also modifies section I.B of PTO 16 and Exhibit A to PTO 7 to provide that the parties in cases filed in or removed to United States District Courts outside of Florida that are assigned to groups 1 and 2 by PTO 16 must file and serve a notice of whether they agree to waive venue objections and objections based on *Lexecon Inc. v. Milberg Weiss Bershad Hynes & Lerach*, 523 U.S. 26 (1998), on or before July 12, 2010.  These cases

---

[1] Appointed in Case Management and Scheduling Order No. 1 (Pretrial Order No. 4, May 22, 2008) (D.E. 13).

shall be deemed ready for trial in this Court or remand to the appropriate transferor court according to the schedule set forth in the attached proposed Pretrial Order.

      3.      The proposed order also modifies section V.B of PTO 6 to provide a schedule for pretrial submissions for the identified cases (including the *Dodson* case) and any other case in which this Court has set a trial date or trial ready date.

      WHEREFORE, the PSC and Defendants jointly request entry of the attached proposed Order.

Dated: June 11, 2010                                     Respectfully submitted,

| */s/ Theodore Babbitt* | */s/ Barbara Bolton Litten* |
|---|---|
| Theodore Babbitt | Patricia E. Lowry (Florida Bar No. 332569) |
| Florida Bar No. 0091146 | Email: plowry@ssd.com |
| Email: tedbabbitt@babbitt-johnson.com | Barbara Bolton Litten (Florida Bar No. 91642) |
| **BABBITT JOHNSON OSBORNE** | Email: blitten@ssd.com |
|     **& LECLAINCHE, P.A.** | **SQUIRE, SANDERS & DEMPSEY L.L.P.** |
| 1641 Worthington Road, Suite 100 | 1900 Phillips Point West |
| West Palm Beach, Florida 33409 | 777 South Flagler Drive |
| Telephone: 561-684-2500 | West Palm Beach, FL 33401-6198 |
| Facsimile: 561-684-6308 | Telephone: 561-650-7120 |
| | Facsimile: 561-655-1509 |
| *Liaison Counsel for Plaintiffs* | *Attorneys for Defendants* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 11, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Barbara Bolton Litten*
Barbara Bolton Litten

**SERVICE LIST**

**In re Trasylol Products Liability Litigation – MDL-1928
Case No. 08-MD-1928-MIDDLEBROOKS/JOHNSON**

**United States District Court
Southern District of Florida**

James R. Ronca
Email:  jronca@anapolschwartz.com
**ANAPOL, SCHWARTZ, WEISS, COHAN, FELDMAN
& SMALLEY, P.C.**
1710 Spruce Street
Philadelphia, PA 19103
Telephone:  215-735-1130
Facsimile:  215-875-7758
*Plaintiffs' Steering Committee/Co-Lead Counsel*

Scott A. Love
Email:  slove@triallawfirm.com
**CLARK, DEAN & BURNETT, G.P.**
Lyric Center
440 Louisiana Street, Suite 1600
Houston, TX  77002
Telephone:  713-759-1400
Facsimile:  713-759-1217
*Plaintiffs' Steering Committee/Co-Lead Counsel*

Theodore Babbitt
Email:  tedbabbitt@babbitt-johnson.com
**BABBITT JOHNSON OSBORNE
& LECLAINCHE, P.A.**
1641 Worthington Road, Suite 100
West Palm Beach, Florida 33409
Telephone: 561-684-2500
Facsimile: 561-684-6308
*Plaintiffs' Steering Committee/Liaison Counsel*

Joseph A. Osborne
Email:  JAOsborne@babbitt-johnson.com
**BABBITT JOHNSON OSBORNE
& LECLAINCHE, P.A.**
1641 Worthington Road, Suite 100
West Palm Beach, Florida 33409
Telephone:  561-684-2500
Facsimile:  561-684-6308
*Plaintiff's Steering Committee/Liaison Counsel*

Doug Monsour
Email: doug@monsourlawfirm.com
**THE MONSOUR LAW FIRM**
P.O. Box 4209
Longview, TX 75606
Telephone:  903-758-5757
Facsimile:  903-230-5010
*Plaintiff Steering Committee*

Brian H. Barr
Email: bbarr@levinlaw.com
**LEVIN PAPANTONIO THOMAS MITCHELL
ECHSNER & PROCTOR PA**
316 S. Baylen St., Suite 600
Pensacola, FL  32502
Telephone:  850-435-7000
Facsimile:  850-435-7020
*Plaintiff Steering Committee*

4

Ernest Cory
Email: ecory@cwcd.com
**CORY WATSON CROWDER & DEGARIS**
2131 Magnolia Ave.
Birmingham, AL  35205
Telephone:  205-328-2200
Facsimile:   205-324-7896
*Plaintiff's Steering Committee*

Fred Thompson
Email:  fthompson@motleyrice.com
**MOTLEY RICE LLC**
P.O. Box 1792
Mt. Pleasant, SC 29405
Telephone:  843-216-9000
Facsimile:   843-216-9440
*Plaintiff Steering Committee*

Joseph P. Danis
Email:  jdanis@careydanis.com
**CAREY AND DANIS, LLC**
8235 Forsyth Blvd., Suite 1100
St. Louis, MO 63105
Telephone:  314-678-3400
Facsimile:   314-678-3401
*Plaintiff Steering Committee*

Neal Moskow
Email:  neal@urymoskow.com
**URY & MOSKOW, LLC**
883 Black Rock Turnpike
Fairfield, CT 06825
Telephone:  203-610-6393
Facsimile:   203-610-6399
*Plaintiff Steering Committee/
Federal-State Liaison*

Marc Jay Bern
Email:  mjbern@napolibern.com
**NAPOLI BERN & ASSOCIATES LLP**
3500 Sunrise Highway, Suite T-207
Great River, NY  11739
Telephone:  631-224-1133
Facsimile:   631-224-4774
*Plaintiff's Steering Committee*

Neil D. Overholtz
Email:  noverholtz@awkolaw.com
**ALYSTOCK, WITKIN, KREIS
        & OVERHOLTZ, PLLC**
803 North Palafox Street
Pensacola, FL 32501
Telephone:  850-916-7450
Facsimile:   850-916-7449
*Plaintiff Steering Committee*

David Matthews
Email:  jrhoades@thematthewslawfirm.com
**MATTHEWS & ASSOCIATES**
2905 Sackett Street
Houston, TX 77098
Telephone:  713-522-5250
Facsimile:   713-535-7184
*Plaintiff Steering Committee*

Steven E. Derringer
Email:  steven.derringer@bartlit-beck.com
**BARTLIT BECK HERMAN PALENCHAR
        & SCOTT LLP**
54 West Hubbard, Suite 300
Chicago, IL 60610
Telephone:  312-494-4400
Facsimile:   312-494-4440
*Defendants Co-Lead Counsel and
Attorney for Defendants Bayer Corporation,
Bayer Healthcare Pharmaceuticals Inc., Bayer
Healthcare LLC, Bayer AG, and Bayer Schering
Pharma AG*

Philip S. Beck
Email:  philip.beck@bartlit-beck.com
**BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP**
54 West Hubbard, Suite 300
Chicago, IL 60610
Telephone:  312-494-4400
Facsimile:  312-494-4440
*Defendants Co-Lead Counsel and Attorney for Defendants Bayer Corporation, Bayer Healthcare Pharmaceuticals Inc., Bayer Healthcare LLC, Bayer AG, and Bayer Schering Pharma AG*

Eugene A. Schoon
Email:  eschoon@sidley.com
**SIDLEY AUSTIN LLP**
One South Dearborn
Chicago, IL 60603
Telephone:  312-853-7000
Facsimile:  312-853-7036
*Defendants Co-Lead Counsel and Attorney for Defendants Bayer Corporation, Bayer Healthcare Pharmaceuticals Inc., Bayer Healthcare LLC, Bayer AG, and Bayer Schering Pharma AG*

Susan Artinian
Email:  sartinian@dykema.com
**DYKEMA GOSSETT PLLC**
400 Renaissance Center
Detroit, MI 48243
Telephone:  313-568-6800
Facsimile:  313-568-6658
*Defendants Co-Lead Counsel and Attorney for Defendants Bayer Corporation, Bayer Healthcare Pharmaceuticals Inc., Bayer Healthcare LLC, Bayer AG, and Bayer Schering Pharma AG*

Richard K. Dandrea
Email:  rdandrea@eckertseamans.com
**ECKERT SEAMANS CHERIN & MELLOTT, LLC**
U.S. Steel Tower
600 Grant Street, 44th Floor
Pittsburgh, PA 15219
Telephone:  412-566-6000
Facsimile:  412-566-6099
*Defendants Co-Lead Counsel and Attorney for Defendants Bayer Corporation, Bayer Healthcare Pharmaceuticals Inc., Bayer Healthcare LLC, Bayer AG, and Bayer Schering Pharma AG*

Patricia E. Lowry
Florida Bar No. 332569
Email:  plowry@ssd.com
**SQUIRE, SANDERS & DEMPSEY L.L.P.**
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL  33401-6198
Telephone:  561-650-7200
Facsimile:  561-655-1509
*Defendants' Liaison Counsel and Attorneys for Defendants Bayer Corporation, Bayer Healthcare Pharmaceuticals Inc., Bayer Healthcare LLC, Bayer AG, and Bayer Schering Pharma AG*