UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

IN RE TRASYLOL PRODUCTS LIABILITY
LITIGATION – MDL-1928

This Document Relates to All Actions
_____/

## NOTICE OF COMMON BENEFIT FUND WITHHOLDING

Pursuant to Pretrial Order No. 8, Defendants Bayer Corporation, Bayer HealthCare Pharmaceuticals Inc., as successor in interest to Bayer Pharmaceuticals Corporation, and Bayer Schering Pharma AG, as successor in interest to Bayer HealthCare AG, hereby notify the Court that the Common Benefit Fund assessment was withheld in the following cases during May 2010:

| Case Name | Case No. | Settling Plaintiffs |
|---|---|---|
| Robert Blume | 09-cv-81287 | Robert Blume |
| Elsie M. Dillinger-Clapp, etc., et al. | 08-cv-81465 | Elsie M. Dillinger-Clapp, individually and as administratrix of the estate of Thomas Edward Dillinger (deceased) and John Glenn Dillinger, individually |
| James Eason, Sr., et al. | 08-cv-81186 | James Eason, Sr., individually and Janice Sims, as the administrator of the estate of Ruby Eason |
| Barbara Crutchfield, etc., et al. | 08-cv-81436 | Barbara Crutchfield, individually and as administrator of the estate of Earthia Johnson (deceased), Loretta Johnson, Tyrone Johnson and Ralph Johnson |
| Joan Kohn, etc. | 09-cv-81380 | Joan Kohn, as administrator of the estate of Gerald Kohn |
| Salvatore Orifici, et ux. | 09-cv-81284 | Salvatore Orifici and Andrea Orifici , his wife |

| Case Name | Case No. | Settling Plaintiffs |
|---|---|---|
| Ismael Rodriguez, et. ux. | 07-cv-81172 | Ismael Rodriguez and Gladys Rodriguez, his wife |
| Robert Schoneman, et al. | 09-cv-81285 | Robert Schoneman and Rose Schoneman, his wife |
| Wayne Talacko | 09-cv-81286 | Wayne Talacko |

These cases are the first in which a withholding has been made.

Dated:  June 14, 2010

Respectfully submitted,

*/s/ Barbara Bolton Litten*
Patricia E. Lowry
Florida Bar No. 332569
E-mail:  plowry@ssd.com
Barbara Bolton Litten
Florida Bar No. 91642
E-mail:  blitten@ssd.com
**SQUIRE, SANDERS & DEMPSEY L.L.P.**
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL  33401-6198
Telephone:  561-650-7200
Facsimile:   561-655-1509
***Counsel for Defendants***

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 14, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.


                                              */s/ Barbara Bolton Litten*
                                              Barbara Bolton Litten

## SERVICE LIST

### In re Trasylol Products Liability Litigation – MDL-1928
### Case No. 08-MD-1928-MIDDLEBROOKS/JOHNSON

### United States District Court
### Southern District of Florida

James R. Ronca
Email: jronca@anapolschwartz.com
**ANAPOL, SCHWARTZ, WEISS, COHAN, FELDMAN & SMALLEY, P.C.**
1710 Spruce Street
Philadelphia, PA 19103
Telephone:  215-790-4584
Facsimile:  215-875-7701
*Co-Lead Counsel for Plaintiffs*

Theodore Babbitt
Email: tedbabbitt@babbitt-johnson.com
**BABBITT JOHNSON OSBORNE & LECLAINCHE, P.A**.
1641 Worthington Road, Suite 100
West Palm Beach, FL 33409
Telephone:  561-684-2500
Facsimile:  561-684-6308
*Liaison Counsel for Plaintiffs*

Patricia E. Lowry
Florida Bar No. 332569
Email: plowry@ssd.com
**SQUIRE, SANDERS & DEMPSEY L.L.P.**
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198
Telephone:  561-650-7200
Facsimile:  561-655-1509
*Liaison Counsel for Defendants*

Scott A. Love
Email:  slove@triallawfirm.com
**CLARK, BURNETT, LOVE & LEE, G.P.**
Lyric Center
440 Louisiana Street, Suite 1600
Houston, TX  77002
Telephone:  713-757-1400
Facsimile:  713-759-1217
*Co-Lead Counsel for Plaintiffs*

Neal L. Moskow
Email: neal@urymoskow.com
**URY & MOSKOW, LLC**
883 Black Rock Turnpike
Fairfield, CT 06825
Telephone:  203-610-6393
Facsimile:  203-610-6399
*Federal-State Liaison for Plaintiffs*

WESTPALMBEACH/570128.1