IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

IN RE TRASYLOL PRODUCTS LIABILITY
LITIGATION – MDL-1928

THIS DOCUMENT RELATES TO ALL ACTIONS:

PLAINTIFF STEERING COMMITTEE'S BRIEF TO CLARIFY
JOINT MOTION FOR ENTRY OF PRETRIAL ORDER
ESTABLISHING PRETRIAL DISCLOSURES AND MOTIONS
SCHEDULE FOR CASES TO BE TRIED BY THIS COURT

**Comes now** the Plaintiff Steering Committee (PSC) and files this Brief to Clarify Joint Motion for Entry of Pretrial Order Establishing Pretrial Disclosures and Motions Schedule for Cases to be Tried by this Court. Specifically, Plaintiff respectfully request the Court correct a statement that implies or suggests that plaintiff's counsel in the case of *Dodson v. Bayer Corp. et al.,* No. 9:08-cv-80770 (one of the initial trial pool cases) agreed to waive venue objections and objections based on *Lexecon Inc. v. Milberg Weiss Bershad Hynes & Lerach*, 523 U.S. 26 (1998).

I.   ARGUMENT

When reviewing various PTOs during discussions with Bayer's counsel concerning a proposed trial plan, the PSC mistakenly read PTO 6 as suggesting that all initial trial pool picks had agreed to waive venue objections and objections based on *Lexecon.* As such, the Order accompanying the above referenced motion implies that counsel in the *Dodson* case agreed to waive venue objections based on *Lexecon*.

As the Court is aware, the plain language of PTO 6 confirms that only the two cases selected for the initial trials agreed to waive objections to venue based on *Lexecon*. All other initial trial pool cases preserved their right to object to venue based upon *Lexecon*. Specifically, the Order states,

> Defendants have waived objections to venue and the Parties have waived objections based on *Lexecon Inc. v. Milberg Weiss Bershad Hynes &Lerach*, 523 U.S. 26 (1998), for the two (2) cases selected for initial trials in this Court. Any objections to venue or based on *Lexecon* other than for the two (2) Plaintiffs selected for initial trials in this Court (including plaintiffs in Ro*driguez* and *Roberts*) are preserved. Except as specifically provided herein, this Order does not determine whether venue of any case is proper in this District or that a party has consented to have any case tried in this District. Nothing in this Order shall be construed to permit the consolidation of multiple Plaintiffs' actions for trial. *See* PTO 6 §V.(C)

The PSC has been advised by counsel for Mr. Dodson that they do not agree to waive venue objections and objections based on *Lexecon*. Any suggestion in the motion or order to the contrary was the result of a mistaken reading of PTO 6 by the PSC.

## II. CONCLUSION AND PRAYER

The PSC wishes to ensure that the rights of Mr. Dodson and his counsel are preserved. Therefore, the PSC respectfully requests that any Order entered by the Court concerning this motion be modified to account for this error.

Respectfully submitted,

By: /s/_____
Joseph A. Osborne
Florida Bar No. 880043

**BABBITT, JOHNSON, OSBORNE & LECLAINCHE, P.A.**
1450 Centerpark Blvd., Suite 100
West Palm Beach, FL 33401
Telephone: (561) 684-2500
Facsimile: (561) 684-6308
Email: JAOsborne@babbitt-johnson.com

*Liaison Counsel for Plaintiffs and Plaintiffs' Steering Committee*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 15, 2010, I electronically filed the foregoing document with the Clerk of the Court.  I also certify that the foregoing document is being served this day on the following counsel of record in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or by mailing the same to the offices of said counsel by United States mail, postage prepaid.


   /s/
Joseph A. Osborne

SERVICE LIST
In re Trasylol Products Liability Litigation – MDL-1928
Case No. 08-MD-1928-MIDDLEBROOKS/JOHNSON
United States District Court
Southern District of Florida

James R. Ronca
Email:  jronca@anapolschwartz.com
**ANAPOL, SCHWARTZ, WEISS, COHAN, FELDMAN & SMALLEY, P.C.**
1710 Spruce Street
Philadelphia, PA 19103
Telephone:  215-735-1130
Facsimile:  215-875-7758
*Plaintiffs' Steering Committee/Co-Lead Counsel*

Scott Love
Email:  slove@triallawfirm.com
**Clark, Burnett, Love & Lee, G.P.**
440 Louisiana St., Ste. 1600
Houston, TX 77002
Telephone:  713-757-1400
Facsimile:  713-759-1217
*Plaintiffs' Steering Committee/Co-Lead Counsel*

Philip S. Beck
Email:  philip.beck@bartlit-beck.com
Steven E. Derringer
Email:  steven.derringer@bartlit-beck.com
**BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP**
54 West Hubbard, Suite 300
Chicago, IL 60610
Telephone:  312-494-4400
Facsimile:  312-494-4440
*Defendants Co-Lead Counsel and*
*Attorney for Defendants Bayer Corporation, Bayer Healthcare Pharmaceuticals, Inc., Bayer Healthcare LLC, Bayer AG, and Bayer Healthcare AG*

Eugene A. Schoon
Email:  eschoon@sidley.com
**SIDLEY AUSTIN LLP**
One South Dearborn
Chicago, IL 60603
Telephone:  312-853-7000
Facsimile:  312-853-7036
*Defendants Co-Lead Counsel and*
*Attorney for Defendants Bayer Corporation, Bayer Healthcare Pharmaceuticals, Inc., Bayer Healthcare LLC, Bayer AG, and Bayer Healthcare AG*

Patricia E. Lowry
Email:  plowry@ssd.com
Barbara Bolton Litten
Email:  blitten@ssd.com
**SQUIRE, SANDERS & DEMPSEY, L.L.P.**
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198
Telephone: 561-650-7200
Facsimile: 561-655-1509
*Liaison Counsel for Defendants and Attorney for Defendants Bayer Corporation, Bayer Healthecare Pharmaceuticals, Inc., Bayer Healthcare LLC, and Bayer Schering Pharma AG*

Richard K. Dandrea, Esq.
Email:  rdandrea@eckertseamans.com
**ECKERT SEAMANS CHERIN & MELLOTT, LLC**
U.S. Steel Tower
600 Grant Street, 44th Floor
Pittsburgh, PA 15219
Telephone:  412-566-6000
Facsimile:  412-566-6099
*Defendants Co-Lead Counsel and*
*Attorney for Defendants Bayer Corporation, Bayer Healthcare Pharmaceuticals, Inc., Bayer Healthcare LLC, Bayer AG, and Bayer Healthcare AG*