A CERTIFIED TRUE COPY
ATTEST

By Tarrell L. Littleton on Jun 11, 2010

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**May 27, 2010**

**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

FILED
CLERK'S OFFICE

**IN RE: TRASYLOL PRODUCTS LIABILITY LITIGATION**          MDL No. 1928

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-41)**

On April 7, 2008, the Panel transferred 17 civil actions to the United States District Court for the Southern District of Florida for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 545 F.Supp.2d 1357 (J.P.M.L. 2008). Since that time, 410 additional actions have been transferred to the Southern District of Florida. With the consent of that court, all such actions have been assigned to the Honorable Donald M. Middlebrooks.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of Florida and assigned to Judge Middlebrooks.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Southern District of Florida for the reasons stated in the order of April 7, 2008, and, with the consent of that court, assigned to the Honorable Donald M. Middlebrooks.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of Florida. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Jun 11, 2010

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**IN RE: TRASYLOL PRODUCTS LIABILITY LITIGATION**          MDL No. 1928

**SCHEDULE CTO-41 - TAG-ALONG ACTIONS**

| **DIST**. **DIV**. **C.A. #** | **CASE CAPTION** |
|---|---|
| MISSISSIPPI SOUTHERN | |
| MSS   2   10-100 | Rosie Foxworth, etc. v. Bayer Corp., et al. |
| MSS   2   10-101 | Gene Walters v. Bayer Corp., et al. |
| | |
| OKLAHOMA WESTERN | |
| OKW  5   10-525 | Sheryl Semore, etc. v. Bayer Corp., et al. |