UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

IN RE TRASYLOL PRODUCTS LIABILITY
LITIGATION – MDL-1928

This Document Relates to:

*Linda Mordecai, etc. v. Bayer Corp., et al.*
Case No. 9:08-cv-80781-DMM
_____/

## NOTICE OF SETTLEMENT

Plaintiff Linda Mordecai, as Administratrix of the Estate of Michael Mordecai, Deceased, and Defendants Bayer Corporation, Bayer HealthCare LLC, Bayer HealthCare Pharmaceuticals Inc., as successor in interest to Bayer Pharmaceuticals Corporation, and Bayer Schering Pharma AG, as successor in interest to Bayer HealthCare AG, hereby jointly notify the Court that they have reached a settlement as to all claims brought on behalf of the Estate of Michael Mordecai.

[BALANCE OF PAGE INTENTIONALLY BLANK]

Appropriate dismissal papers concluding this case will be filed with the Court after execution of settlement documents.

Dated:  June 16, 2010

*/s/ Jonathan D. Boggs*
P. Gregory Haddad
Email:  ghaddad@baileyglasser.com
Kerrie Wagoner Boyle
Email: kboyle@baileyglasser.com
Jonathan D. Boggs
Email:  jboggs@baileyglasser.com
**BAILEY & GLASSER LLP**
209 Capitol Street
Charleston, WV 25301
Telephone:  304-345-6555
Facsimile:  304-342-1110

Leslie Ann Caldwell
Email:  lac@lusklaw.com
**LUSK CALDWELL & DEAN PC**
2102 Highland Ave., Suite 410
Birmingham, AL 35205
Telephone:  205-933-7090
Facsimile:  205-933-7099

David F. Miceli
Email:  dmiceli@simmonsfirm.com
**SIMMONS BROWDER GIANARIS ANGELIDES & BARNERD LLC**
119 Maple Street, Suite 201
Carollton, GA 30117
Telephone:  770-834-2122
Facsimile:  770-214-2622

*Counsel for Plaintiff Linda Mordecai, As Administratrix of the Estate of Michael Mordecai, Deceased*

Respectfully submitted,

*/s/ Barbara Bolton Litten*
Patricia E. Lowry
Florida Bar No. 332569
Email:  plowry@ssd.com
Barbara Bolton Litten
Florida Bar No. 91642
Email:  blitten@ssd.com
**SQUIRE, SANDERS & DEMPSEY L.L.P.**
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL  33401-6198
Telephone:  561-650-7200
Facsimile:  561-655-1509

*Attorneys for Bayer Corporation, Bayer HealthCare LLC, Bayer HealthCare Pharmaceuticals Inc., and Bayer Schering Pharma AG*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 16, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.


                                                */s/ Barbara Bolton Litten*
                                                Barbara Bolton Litten

## SERVICE LIST

### In re Trasylol Products Liability Litigation – MDL-1928
### Case No. 08-MD-1928-MIDDLEBROOKS/JOHNSON

### United States District Court
### Southern District of Florida

James R. Ronca
Email: jronca@anapolschwartz.com
**ANAPOL, SCHWARTZ, WEISS, COHAN, FELDMAN & SMALLEY, P.C.**
1710 Spruce Street
Philadelphia, PA 19103
Telephone: 215-790-4584
Facsimile: 215-875-7701
*Co-Lead Counsel for*

Theodore Babbitt
Email: tedbabbitt@babbitt-johnson.com
Joseph A. Osborne
Email: jaosborne@babbitt-johnson.com
**BABBITT JOHNSON OSBORNE & LECLAINCHE, P.A.**
1641 Worthington Road, Suite 100
West Palm Beach, FL 33409
Telephone: 561-684-2500
Facsimile: 561-684-6308
*Liaison Counsel for Plaintiffs*

Patricia E. Lowry
Florida Bar No. 332569
Email: plowry@ssd.com
**SQUIRE, SANDERS & DEMPSEY L.L.P.**
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198
Telephone: 561-650-7200
Facsimile: 561-655-1509
*Liaison Counsel for Defendants*

Scott A. Love
Email: slove@triallawfirm.com
**CLARK, BURNETT, LOVE & LEE, G.P.**
440 Louisiana Street, Suite 1600
Houston, TX 77002
Telephone: 713-757-1400
Facsimile: 713-759-1217
*Co-Lead Counsel for Plaintiffs*

Neal L. Moskow
Email: neal@urymoskow.com
**URY & MOSKOW, LLC**
883 Black Rock Turnpike
Fairfield, CT 06825
Telephone: 203-610-6393
Facsimile: 203-610-6399
*Federal-State Liaison for Plaintiffs*

P. Gregory Haddad
Email: ghaddad@baileyglasser.com
Kerrie Wagoner Boyle
Email: kboyle@baileyglasser.com
Jonathan D. Boggs
Email: jboggs@baileyglasser.com
**BAILEY & GLASSER LLP**
209 Capitol Street
Charleston, WV 25301
Telephone: 304-345-6555
Facsimile: 304-342-1110
*Counsel for Plaintiff Linda Mordecai, As Administratrix of the Estate of Michael Mordecai, Deceased*

4

Leslie Ann Caldwell
Email:  lac@lusklaw.com
**LUSK CALDWELL & DEAN PC**
2102 Highland Ave., Suite 410
Birmingham, AL 35205
Telephone:  205-933-7090
Facsimile:  205-933-7099
*Counsel for Plaintiff Linda Mordecai, As Administratrix of the Estate of Michael Mordecai, Deceased*

David F. Miceli
Email:  dmiceli@simmonsfirm.com
**SIMMONS BROWDER GIANARIS ANGELIDES & BARNERD LLC**
119 Maple Street, Suite 201
Carollton, GA 30117
Telephone:  770-834-2122
Facsimile:  770-214-2622
*Counsel for Plaintiff Linda Mordecai, As Administratrix of the Estate of Michael Mordecai, Deceased*

WESTPALMBEACH/569859.1