UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

IN RE TRASYLOL PRODUCTS LIABILITY
LITIGATION — MDL-1928

This Document Relates to All Actions

## PRETRIAL ORDER NO. 21 MODIFYING DISCOVERY AND PRETRIAL MOTIONS SCHEDULES IN ACTIONS FILED AFTER JULY 15, 2008

This Order revises certain discovery and pretrial motion deadlines in MDL-1928. This Order applies to all Parties as defined in Pretrial Order No. 4 ("PTO 4") (May 22, 2008).

Pretrial Order No. 16 ("PTO 16") (Nov. 30, 2009) and Pretrial Order No. 7 ("PTO 7") (Sept. 19, 2008) are amended as follows:

***Revised Case-Specific Discovery and Pretrial Motions Schedule.*** Case-specific discovery and pretrial motions for the actions in Groups 4 through 7, as defined in PTO 16 Ex. C, shall proceed according to the schedule set forth in Exhibit A hereto, which is made a part of this order.

DONE AND ORDERED in Chambers at West Palm Beach, Florida, this __16__ day of June, 2010.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

| | Group 4 | Group 5 | Group 6 | Group 7 |
|---|---|---|---|---|
| Plaintiffs serve Rule 26(a)(3)(A)(i) disclosures for all case-specific fact witnesses; Defendants identify case-specific sales representatives and produce documents per Pretrial Order No. 4 §VIII.C(9) | July 2, 2010 | October 1, 2010 | January 28, 2011 | April 1, 2011 |
| Plaintiffs serve Rule 26(a)(2) reports for case-specific experts and provide reasonable schedule of deposition dates | August 13, 2010 | November 24, 2010 | March 11, 2011 | May 13, 2011 |
| Defendants serve Rule 26(a)(2) reports for case-specific experts and provide reasonable schedule of deposition dates | October 25, 2010 | February 8, 2011 | May 20, 2011 | July 26, 2011 |
| Depositions of Plaintiffs' case-specific experts | September 1, 2010 through December 1, 2010 | December 1, 2010 through March 1, 2011 | April 1, 2011 through July 1, 2011 | June 1, 2011 through September 1, 2011 |
| Depositions of Defendants' case-specific experts | December 1, 2010 through February 15, 2011 | March 1, 2011 through May 2, 2011 | July 1, 2011 through September 1, 2011 | September 1, 2011 through November 1, 2011 |
| Depositions of case-specific fact witnesses completed; all case-specific fact discovery closed | December 1, 2010 | March 1, 2011 | July 1, 2011 | September 1, 2011 |
| Dispositive motions and/or *Daubert* motions filed and served | March 1, 2011 | May 16, 2011 | September 15, 2011 | November 15, 2011 |
| Oppositions to dispositive motions and/or *Daubert* motions filed and served | April 1, 2011 | June 15, 2011 | October 17, 2011 | December 15, 2011 |
| Replies in support of dispositive motions and/or *Daubert* motions filed and served | April 15, 2011 | June 30, 2011 | November 1, 2011 | December 30, 2011 |
| Final Disposition/Remand/Commencement of Trials | July 1, 2011 | September 15, 2011 | January 16, 2012 | March 15, 2012 |