UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

|  |  |
|---|---|
| IN RE TRASYLOL PRODUCTS LIABILITY LITIGATION — MDL-1928 | ) ) ) ) |
| This Document Relates to **ALL ACTIONS** | ) ) ) |

NOTICE OF FILING LIST OF MOTIONS
FOR PRIORITY CONSIDERATION BY THE COURT

PLEASE TAKE NOTICE that the Plaintiffs' Steering Committee ("PSC")[1] and Defendants Bayer Corporation, Bayer HealthCare Pharmaceuticals Inc., Bayer HealthCare LLC, Bayer AG, and Bayer Schering Pharma AG hereby submit the following list, as requested at the June 18, 2010 status conference, identifying motions for which one or both parties request priority consideration by the Court.

1. Bayer's Motion to Exclude Testimony of Gary Toback, M.D., Ph.D. (D.E. 3063)

2. *Dodson v. Bayer Corp. et al.*, No. 9:08-cv-80770: Defendants' Motion for Summary Judgment and Memorandum of Law in Support (D.E. 5547)

3. *Dodson v. Bayer Corp. et al.*, No. 9:08-cv-80770: Bayer's Motion to Exclude Testimony by Plaintiff's Case-Specific Causation Experts and Memorandum of Law in Support (D.E. 5548)

4. Plaintiffs' Motion For Leave to File Supplemental Generic Expert Report (D.E. 6172)

5. *De Leon et al. v. Bayer Pharmaceuticals Corp.*, No. 9:08-cv-80395: Defendants' Motion to Bar and Strike Plaintiff's "Rebuttal" Expert Report of Jon-Cecil Walkes, M.D. (D.E. 5522)

6. *Eannarino et al. v. Bayer Corp. et al.*, No. 9:08-cv-80640: Defendants' Motion to Bar and Strike Plaintiff Dwon Knighten's Expert Report of

---

[1] Appointed in Case Management and Scheduling Order No. 1 (Pretrial Order No. 4, May 22, 2008) (D.E. 13).

    Leon Cass Terry, M.D. (D.E. 5596)

7. *Caruso et al. v. Bayer Corp. et al.*, No. 9:08-cv-80639: Plaintiffs' Motion for Substitution of One Expert Witness (D.E. 5940)

8. Plaintiffs' Motion *in Limine* to Exclude Improper Opinion Testimony of Defendants' Expert Paul Waymack, M.D. and Brief in Support Thereof (D.E. 6112)

9. *Ware (Sheila) v. Bayer Corp. et al.*, No. 9:08-cv-80428: Order to Show Cause Why Defendants' Motion for Summary Judgment Should Not Be Granted (D.E. 6160)

10. *Shaw (Sherry) etc. v. Bayer Corp. et al.*, No. 9:08-cv-80386: Defendant's Motion to Revise Discovery Schedule (D.E. 6324)

WHEREFORE, the PSC and Defendants jointly submit the foregoing chart identifying those motions for which one or both parties respectfully request priority consideration by the Court.

Dated: June 30, 2010          Respectfully submitted,

| | |
|---|---|
| */s/ Theodore Babbitt* | */s/ Patricia E. Lowry* |
| Theodore Babbitt | Patricia E. Lowry (Florida Bar No. 332569) |
| Florida Bar No. 0091146 | Email: plowry@ssd.com |
| Email: tedbabbitt@babbitt-johnson.com | Barbara Bolton Litten (Florida Bar No. 91642) |
| **BABBITT JOHNSON OSBORNE** | Email: blitten@ssd.com |
|  **& LECLAINCHE, P.A.** | **SQUIRE, SANDERS & DEMPSEY L.L.P.** |
| 1641 Worthington Road, Suite 100 | 1900 Phillips Point West |
| West Palm Beach, Florida 33409 | 777 South Flagler Drive |
| Telephone: 561-684-2500 | West Palm Beach, FL 33401-6198 |
| Facsimile: 561-684-6308 | Telephone: 561-650-7120 |
| | Facsimile: 561-655-1509 |
| *Liaison Counsel for Plaintiffs* | *Defendants Liaison Counsel and Attorneys for Defendants* |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 30, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Barbara Bolton Litten*
Barbara Bolton Litten

# SERVICE LIST

### In re Trasylol Products Liability Litigation – MDL-1928
### Case No. 08-MD-1928-MIDDLEBROOKS/JOHNSON

### United States District Court
### Southern District of Florida

| | |
|---|---|
| James R. Ronca<br>Email: jronca@anapolschwartz.com<br>**ANAPOL, SCHWARTZ, WEISS, COHAN,**<br>    **FELDMAN & SMALLEY, P.C.**<br>1710 Spruce Street<br>Philadelphia, PA 19103<br>Telephone: 215-735-1130<br>Facsimile: 215-875-7758<br>*Plaintiffs' Steering Committee/Co-Lead Counsel* | Scott A. Love<br>Email: slove@triallawfirm.com<br>**CLARK, BURNETT, LOVE & LEE, G.P.**<br>Lyric Center<br>440 Louisiana Street, Suite 1600<br>Houston, TX 77002<br>Telephone: 713-759-1400<br>Facsimile: 713-759-1217<br>*Plaintiffs' Steering Committee/Co-Lead Counsel* |
| Theodore Babbitt<br>Email: tedbabbitt@babbitt-johnson.com<br>**BABBITT JOHNSON OSBORNE**<br>    **& LECLAINCHE, P.A.**<br>1641 Worthington Road, Suite 100<br>West Palm Beach, Florida 33409<br>Telephone: 561-684-2500<br>Facsimile: 561-684-6308<br>*Plaintiffs' Steering Committee/Liaison Counsel* | Joseph A. Osborne<br>Email: JAOsborne@babbitt-johnson.com<br>**BABBITT JOHNSON OSBORNE**<br>    **& LECLAINCHE, P.A.**<br>1641 Worthington Road, Suite 100<br>West Palm Beach, Florida 33409<br>Telephone: 561-684-2500<br>Facsimile: 561-684-6308<br>*Plaintiff's Steering Committee/Liaison Counsel* |
| Doug Monsour<br>Email: doug@monsourlawfirm.com<br>**THE MONSOUR LAW FIRM**<br>P.O. Box 4209<br>Longview, TX 75606<br>Telephone: 903-758-5757<br>Facsimile: 903-230-5010<br>*Plaintiff Steering Committee* | Brian H. Barr<br>Email: bbarr@levinlaw.com<br>**LEVIN PAPANTONIO THOMAS MITCHELL**<br>    **ECHSNER & PROCTOR PA**<br>316 S. Baylen St., Suite 600<br>Pensacola, FL 32502<br>Telephone: 850-435-7000<br>Facsimile: 850-435-7020<br>*Plaintiff Steering Committee* |

<div style="columns:2">

Ernest Cory
Email: ecory@cwcd.com
**CORY WATSON CROWDER & DEGARIS**
2131 Magnolia Ave.
Birmingham, AL  35205
Telephone:  205-328-2200
Facsimile:   205-324-7896
*Plaintiff's Steering Committee*


Fred Thompson
Email:  fthompson@motleyrice.com
**MOTLEY RICE LLC**
P.O. Box 1792
Mt. Pleasant, SC 29405
Telephone:  843-216-9000
Facsimile:   843-216-9440
*Plaintiff Steering Committee*


Joseph P. Danis
Email:  jdanis@careydanis.com
**CAREY AND DANIS, LLC**
8235 Forsyth Blvd., Suite 1100
St. Louis, MO 63105
Telephone:  314-678-3400
Facsimile:   314-678-3401
*Plaintiff Steering Committee*


Neal Moskow
Email:  neal@urymoskow.com
**URY & MOSKOW, LLC**
883 Black Rock Turnpike
Fairfield, CT 06825
Telephone:  203-610-6393
Facsimile:   203-610-6399
*Plaintiff Steering Committee/*
*Federal-State Liaison*

Marc Jay Bern
Email:  mjbern@napolibern.com
**NAPOLI BERN & ASSOCIATES LLP**
3500 Sunrise Highway, Suite T-207
Great River, NY  11739
Telephone:  631-224-1133
Facsimile:   631-224-4774
*Plaintiff's Steering Committee*


Neil D. Overholtz
Email:  noverholtz@awkolaw.com
**ALYSTOCK, WITKIN, KREIS**
     **& OVERHOLTZ, PLLC**
803 North Palafox Street
Pensacola, FL 32501
Telephone:  850-916-7450
Facsimile:   850-916-7449
*Plaintiff Steering Committee*


David Matthews
Email:  jrhoades@thematthewslawfirm.com
**MATTHEWS & ASSOCIATES**
2905 Sackett Street
Houston, TX 77098
Telephone:  713-522-5250
Facsimile:   713-535-7184
*Plaintiff Steering Committee*


Steven E. Derringer
Email:  steven.derringer@bartlit-beck.com
**BARTLIT BECK HERMAN PALENCHAR**
     **& SCOTT LLP**
54 West Hubbard, Suite 300
Chicago, IL 60610
Telephone:  312-494-4400
Facsimile:   312-494-4440
*Defendants Co-Lead Counsel and*
*Attorney for Defendants Bayer Corporation,*
*Bayer HealthCare Pharmaceuticals Inc., Bayer*
*HealthCare LLC, Bayer AG, and Bayer Schering*
*Pharma AG*

</div>

Philip S. Beck
Email:  philip.beck@bartlit-beck.com
**BARTLIT BECK HERMAN PALENCHAR
    & SCOTT LLP**
54 West Hubbard, Suite 300
Chicago, IL 60610
Telephone:  312-494-4400
Facsimile:  312-494-4440
*Defendants Co-Lead Counsel and
Attorney for Defendants Bayer Corporation,
Bayer HealthCare Pharmaceuticals Inc., Bayer
HealthCare LLC, Bayer AG, and Bayer
Schering Pharma AG*

Eugene A. Schoon
Email:  eschoon@sidley.com
**SIDLEY AUSTIN LLP**
One South Dearborn
Chicago, IL 60603
Telephone:  312-853-7000
Facsimile:  312-853-7036
*Defendants Co-Lead Counsel and
Attorney for Defendants Bayer Corporation,
Bayer HealthCare Pharmaceuticals Inc., Bayer
HealthCare LLC, Bayer AG, and Bayer Schering
Pharma AG*

Susan Artinian
Email:  sartinian@dykema.com
**DYKEMA GOSSETT PLLC**
400 Renaissance Center
Detroit, MI 48243
Telephone:  313-568-6800
Facsimile:  313-568-6658
*Defendants Co-Lead Counsel and
Attorney for Defendants Bayer Corporation,
Bayer HealthCare Pharmaceuticals Inc., Bayer
HealthCare LLC, Bayer AG, and Bayer
Schering Pharma AG*

Richard K. Dandrea
Email:  rdandrea@eckertseamans.com
**ECKERT SEAMANS CHERIN & MELLOTT, LLC**
U.S. Steel Tower
600 Grant Street, 44th Floor
Pittsburgh, PA 15219
Telephone:  412-566-6000
Facsimile:  412-566-6099
*Defendants Co-Lead Counsel and
Attorney for Defendants Bayer Corporation,
Bayer HealthCare Pharmaceuticals Inc., Bayer
HealthCare LLC, Bayer AG, and Bayer Schering
Pharma AG*

Patricia E. Lowry
Florida Bar No. 332569
Email:  plowry@ssd.com
**SQUIRE, SANDERS & DEMPSEY L.L.P.**
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL  33401-6198
Telephone:  561-650-7200
Facsimile:  561-655-1509
*Defendants' Liaison Counsel and
Attorneys for Defendants Bayer Corporation,
Bayer HealthCare Pharmaceuticals Inc., Bayer
HealthCare LLC, Bayer AG, and Bayer
Schering Pharma AG*

WESTPALMBEACH/570630.3