UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

IN RE TRASYLOL PRODUCTS LIABILITY
LITIGATION – MDL-1928

This Document Relates to:
ALL CASES
_____/

### DEFENDANTS' STATUS REPORT ON GROUP 1 CASES

*Daubert* and dispositive motions are due in Group 1 cases next week. This report provides an update on the status of the 20 cases involving 24 Trasylol users originally assigned to that Group. Bayer anticipates filing on Tuesday, July 6,[1] motions seeking exclusion of case-specific experts and entry of summary judgment against five plaintiffs:

- Thomas Durkin in *Durkin v. Bayer Corp.*, No. 08-80419;
- Willard Chappell in *Caruso v. Bayer Corp.*, No. 08-80639;
- Matthew Eannarino in *Eannarino v. Bayer Corp.*, No. 08-80640;
- Marilise Baker in *Baker v. Bayer Corp.*, No. 08-80595, and
- Helen Reedy in *Reedy v. Bayer Corp.*, No. 08-80588.

A motion to dismiss *Ware v. Bayer Corp.*, No. 08-80428, already is pending. The *pro se* plaintiff in that case failed to produce a case-specific expert report and has now failed to respond to this Court's order to show cause why the case should not be dismissed [D.E. 6160].

The claims of nine plaintiffs have been resolved through dismissal or settlement.

- Claims that have been dismissed or in which a stipulation of dismissal is pending:

  * Samuel Nitzberg in *Nitzberg v. Bayer Corp.*, No. 08-80394,
  * Evelyn Reider in *Reider v. Bayer Corp.*, No. 08-80444,
  * Jodi Booterbaught in *Booterbaugh v. Bayer Corp.*, No. 08-80552;
  * Shirley McMillan in *Eannarino v. Bayer Corp.*, No. 08-80640, and
  * Donna Norris in *Eannarino v. Bayer Corp.*, No. 08-80640.

---

[1] The original due date for these motions, July 5, is a federal holiday.

- Cases that have been settled:

    * *Gilbert v. Bayer Corp.*, No. 08-80650,
    * *Burnette v. Bayer Corp.*, No. 08-80697,
    * *Steptoe v. Bayer Corp.*, No. 08-80608, and
    * *Monahan v. Bayer Corp.*, No. 08-80641.

The following cases originally were assigned to Group 1 but are not ripe for *Daubert* or dispositive motion practice for various reasons.  Specifically:

- Cases in which joint or unopposed motions to stay briefing are on file, pending rulings on fully-briefed motions relating to certain expert reports:

    * Lupe DeLeon in *DeLeon v. Bayer Pharma. Corp.*, No. 08-80395 (motion to strike rebuttal report [D.E. 5522, 5735, 5796]),
    * Roseanne Caruso in *Caruso v. Bayer Corp.*, No. 08-80639 (motion to substitute expert witness [D.E. 5940, 6129, 6199]), and
    * Dwon Knighten in *Eannarino v. Bayer Corp.*, No. 08-80640 (motion to strike rebuttal report [D.E. 5596, 5626, 5724].

- Case in which motion to move case to another group is pending:

    * *Shaw v. Bayer Corp.*, No. 08-80386 (motion to move case to Group 4 because plaintiff's expert will not be presented for deposition until July 28, 2010 [D.E. 6324]).

- Case that has been moved to another group by court order:

    * *Collins v. Bayer Corp.*, No. 08-80605 (now in Group 3).

- Cases that the parties will request be moved to other groups once remaining expert depositions are scheduled:[2]

    * *Bakan v. Bayer Corp.*, No. 08-80423,
    * *O'Connor v. Bayer Corp.*, No. 08-80435,
    * *Fast v. Bayer Corp.*, No. 08-80613, and
    * *Wease v. Corp.*, No. 08-80387.

---

[2] Plaintiffs' expert in these cases was not available for deposition until mid-June.  The parties now are in the process of scheduling depositions of defense experts.

2

Dated:  June 30, 2010					Respectfully Submitted,

<div style="margin-left:3em">

*/s/  Barbara Bolton Litten*
Patricia E. Lowry (Florida Bar No. 332569)
Email: plowry@ssd.com
Barbara Bolton Litten (Florida Bar No. 91642)
Email: blitten@ssd.com
**SQUIRE, SANDERS & DEMPSEY L.L.P.**
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198
Telephone:  561-650-7120
Facsimile:   561-655-1509

Eugene A. Schoon
Email: eschoon@sidley.com
Susan A. Weber
Email: saweber@sidley.com
**SIDLEY AUSTIN LLP**
One South Dearborn
Chicago, Illinois  60603
Telephone:  312-853-7279
Facsimile:   312-853-7036

*Attorneys for Defendants*

</div>

**CERTIFICATE OF SERVICE**

      I certify that on June 30, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

          */s/ Barbara Bolton Litten*
          Barbara Bolton Litten

## SERVICE LIST

### Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON
### Case No. 9:08-cv-80395-DMM

James R. Ronca
Email: jronca@anapolschwartz.com
**ANAPOL, SCHWARTZ, WEISS, COHAN,
FELDMAN & SMALLEY, P.C.**
1710 Spruce Street
Philadelphia, PA 19103
Telephone:  215-735-1130
Facsimile:  215-875-7758
*Co-Lead Counsel for Plaintiffs*

Theodore Babbitt
Email: tedbabbitt@babbitt-johnson.com
**BABBITT JOHNSON OSBORNE
& LECLAINCHE, P.A**.
1641 Worthington Road, Suite 100
West Palm Beach, FL 33409
Telephone:  561-684-2500
Facsimile:  561-684-6308
*Liaison Counsel for Plaintiffs*

Patricia E. Lowry
Florida Bar No. 332569
Email: plowry@ssd.com
**SQUIRE, SANDERS & DEMPSEY L.L.P.**
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198
Telephone:  561-650-7200
Facsimile:  561-655-1509
*Liaison Counsel for Defendants*

Scott Love
Email: slove@triallawfirm.com
**CLARK, BURNETT, LOVE & LEE G.P.**
Lyric Center
440 Louisiana Street, Suite 1600
Houston, TX  77002
Telephone:  713-759-1400
Facsimile:  713-759-1217
*Co-Lead Counsel for Plaintiffs*

Neal Moskow
Email: neal@urymoskow.com
**URY & MOSKOW, LLC**
883 Black Rock Turnpike
Fairfield, CT 06825
Telephone:  203-610-6393
Facsimile:  203-610-6399
*Federal-State Liaison for Plaintiffs*