UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON**

IN RE TRASYLOL PRODUCTS LIABILITY
LITIGATION – MDL-1928

THIS DOCUMENT RELATES TO:

*Deborah Bakan* v. *Bayer Corp. et al.*,
Case No. 9: 08-80423

_____/

**BAYER'S MOTION REGARDING
THE SCHEDULING OF *DAUBERT* AND DISPOSITIVE MOTIONS**

PLEASE TAKE NOTICE that Defendants Bayer Corporation and Bayer HealthCare Pharmaceuticals Inc., as successor in interest to Bayer Pharmaceuticals Corporation (improperly named in the Corrected Amended Complaint as Bayer HealthCare), move to adjust the *Daubert* and dispositive motion briefing schedule for above captioned cases.

On June 22, 2010, counsel for the plaintiff first asked for dates on which to depose Bayer's case-specific experts. Expert depositions in this case have been set for July 13 and July 17, respectively.

In view of the deposition schedule, Bayer proposes the following schedule:

- *Daubert* and dispositive motions filed and served no later than July 23, 2010, responses filed and served no later than August 11, 2010, and replies filed and served no later than August 23, 2010.

This schedule avoids unduly burdening the parties while preserving time for the Court to conduct hearings and make rulings on the motions prior to trial.

For the foregoing, reasons Bayer seeks entry of an order setting the *Daubert* briefing schedule in the above-captioned case in accordance with the terms of this motion.

## RULE 7.1(A)(3) CERTIFICATION

As required by this Court's Local Rule 7.1(a)(3), counsel for defendants hereby certifies that counsel for the defendants has conferred in good faith with plaintiff's counsel and has been advised that plaintiffs do not oppose this motion.

Dated:  July 2, 2010

Respectfully submitted,

*/s/  Barbara Bolton Litten*
Patricia E. Lowry (Florida Bar No. 332569)
Email: plowry@ssd.com
Barbara Bolton Litten (Florida Bar No. 91642)
Email: blitten@ssd.com
**SQUIRE, SANDERS & DEMPSEY L.L.P.**
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198
Telephone:  561-650-7120
Facsimile:   561-655-1509

Eugene A. Schoon
eschoon@sidley.com
Susan A. Weber
saweber@sidley.com
**SIDLEY AUSTIN LLP**
One South Dearborn
Chicago, Illinois  60603
Telephone:  312-853-7279
Facsimile:   312-853-7036

*Attorneys for Bayer Defendants*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 2, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices Electronic Filing generated by CM/ECF or in some other authorized manner for those parties who are not authorized to received Notices of Filing electronically.

                                                  */s/ Barbara Bolton Litten*
                                                  Barbara Bolton Litten

# SERVICE LIST

## Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

James R. Ronca
Email: jronca@anapolschwartz.com
**ANAPOL, SCHWARTZ, WEISS, COHAN,**
**FELDMAN & SMALLEY, P.C.**
1710 Spruce Street
Philadelphia, PA 19103
Telephone:  215-735-1130
Facsimile:  215-875-7758
*Co-Lead Counsel for Plaintiffs*

Theodore Babbitt
Email: tedbabbitt@babbitt-johnson.com
**BABBITT JOHNSON OSBORNE**
**& LECLAINCHE, P.A**.
1641 Worthington Road, Suite 100
West Palm Beach, Florida 33409
Telephone:  561-684-2500
Facsimile:  561-684-6308
*Liaison Counsel for Plaintiffs*

Patricia E. Lowry
Florida Bar No. 332569
Email: plowry@ssd.com
**SQUIRE, SANDERS & DEMPSEY L.L.P.**
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198
Telephone:  561-650-7200
Facsimile:  561-655-1509
*Liaison Counsel for Defendants*

Scott Love
Email:  slove@triallawfirm.com
**CLARK, BURNETT. LOVE & LEE, G.P.**
Lyric Center
440 Louisiana Street, Suite 1600
Houston, TX  77002
Telephone:  713-759-1400
Facsimile:  713-759-1217
*Co-Lead Counsel for Plaintiffs*

Neal Moskow
Email: neal@urymoskow.com
**URY & MOSKOW, LLC**
883 Black Rock Turnpike
Fairfield, CT 06825
Telephone:  203-610-6393
Facsimile:  203-610-6399
*Federal-State Liaison for Plaintiffs*

K. Lea Morris
Email: lea.morris@levinlaw.com
Brian H. Barr
Email: bbarr@levinlaw.com
**LEVIN, PAPANTONIO, THOMAS, MITCHELL,**
**ECHSNER & PROCTOR, P.A.**
316 South Baylen St., Suite 400
Pensacola, FL  32502
Telephone:  850-435-7044
Facsimile:  850-436-6044
*Attorneys for Plaintiff*

WESTPALMBEACH/570531.3