UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

IN RE TRASYLOL PRODUCTS LIABILITY
LITIGATION – MDL-1928

This Document Relates to All Actions
_____/

**DEFENDANTS' AMENDED NOTICE REGARDING
VENUE AND LEXECON OBJECTIONS**

Defendants Bayer Corporation, Bayer HealthCare Pharmaceuticals Inc., Bayer Healthcare LLC, Bayer AG, and Bayer Schering Pharma AG , pursuant to Section I.C. of Pretrial Order No. 22 (D.E. 6452), hereby give notice that they agree to waive any objections that venue is improper in this District and agree to waive any objections to this Court proceeding to try such cases in this District notwithstanding *Lexecon v. Milberg Weiss Bershad & Lerach*, 523 U.S. 26 (1998), as to all remaining cases in Groups 1 and 2 as determined by Pretrial Order No. 16 (D.E. 2693).

To the extent that any such Group 1 and Group 2 cases are transferred back to their transferor courts or are dismissed and refiled in another district pursuant to Section VII. of Pretrial Order No. 6 (D.E. 268), defendants reserve all objections to venue and objections based on forum non conveniens upon refiling.

DATED:  July 15, 2010               Respectfully submitted,

/s/ Barbara Bolton Litten
Patricia E. Lowry (Florida Bar No. 332569)
plowry@ssd.com
Barbara Bolton Litten (Florida Bar No. 91642)
E-mail:  blitten@ssd.com
**SQUIRE SANDERS & DEMPSEY L.L.P.**
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL  33401-6198
Telephone:  561-650-7200
Facsimile:   561-655-1509

Eugene A. Schoon
Email:  eschoon@sidley.com
**SIDLEY AUSTIN LLP**
One South Dearborn Street
Chicago, Illinois 60603
Telephone:  312-853-7000
Facsimile:   312-853-7036

*Attorneys for Defendants Bayer Corporation, Bayer Healthcare Pharmaceuticals Inc., Bayer Healthcare LLC, Bayer AG, and Bayer Schering Pharma AG*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 15, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

              */s/ Barbara Bolton Litten*
              Barbara Bolton Litten

SERVICE LIST

In re Trasylol Products Liability Litigation – MDL-1928
Case No. 08-MD-1928-MIDDLEBROOKS/JOHNSON

United States District Court
Southern District of Florida

James R. Ronca
Email:  jronca@anapolschwartz.com
**ANAPOL, SCHWARTZ, WEISS, COHAN,
    FELDMAN & SMALLEY, P.C.**
1710 Spruce Street
Philadelphia, PA 19103
Telephone:  215-735-1130
Facsimile:  215-875-7758
*Co-Lead Counsel for Plaintiffs*

Theodore Babbitt
Email:  tedbabbitt@babbitt-johnson.com
**BABBITT JOHNSON OSBORNE &
    LECLAINCHE, P.A**.
1641 Worthington Road, Suite 100
West Palm Beach, FL  33409
Telephone:  561-684-2500
Facsimile:  561-684-6308
*Liaison Counsel for Plaintiffs*

Patricia E. Lowry
Florida Bar No. 332569
Email:  plowry@ssd.com
**SQUIRE, SANDERS & DEMPSEY L.L.P.**
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198
Telephone:  561-650-7200
Facsimile:  561-655-1509
*Liaison Counsel for Defendants and
Attorneys for Defendants Bayer Corporation,
Bayer Healthcare Pharmaceuticals Inc.,
Bayer Healthcare LLC, Bayer AG, and Bayer
Schering Pharma AG*

Scott A. Love
Email:  slove@triallawfirm.com
**CLARK, BURNETT, LOVE & LEE, G.P.**
Lyric Center
440 Louisiana Street, Suite 1600
Houston, TX  77002
Telephone:  713-759-1400
Facsimile:  713-759-1217
*Co-Lead Counsel for Plaintiffs*

Neal Moskow
Email:  neal@urymoskow.com
**URY & MOSKOW, LLC**
883 Black Rock Turnpike
Fairfield, CT 06825
Telephone: 203-610-6393
Facsimile:  203-610-6399
*Federal-State Liaison for Plaintiffs*

WESTPALMBEACH/571188.1