# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

IN RE TRASYLOL PRODUCTS LIABILITY
LITIGATION – MDL-1928

THIS DOCUMENT RELATES TO:

PATRICIA KIDD  v. BAYER CORP., et al
Case No. 9:09-cv-80119-DMM

)
)
)
)
)
)
)
)
)
/

FILED by ____ D.C.

JUL 1 5 2010

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

July 13, 2010

## PLAINTIFF'S DISCLOSURE OF CASE-SPECIFIC FACT WITNESSES
## AND DESIGNATION OF WITNESSES FOR TRIAL

In accordance with the Orders of the Court and Federal Rule of Civil Procedure 26(a)(3)(A)(i), Plaintiff Patricia Kidd and specifically identifies in this Disclosure of Case-Specific Fact Witnesses those witnesses that she expects to call/may call at trial (in person or via preserved testimony) as follows:

I.      The following individuals are present or past employees of one or more of the Defendants and whose identify and addresses are therefore known to them:

      a.      Stanley Horton

      b.      Meredith Fischer

      C.      Allen Heller

      d.      Edward Sypniewski

      e.      Franz Wingen

      f.      Reinhard Fesharek

      g.      Valentine Pascale

      h.      Thomas Chin

      i.      Valerie Pierpont

j.      Denise Neal

k.      Margaret Foley

l.      John Lettieri

m.      Robert Harrison

n.      Pam Cyrus

o.      William Shank

p.      Marc Jensen

q.      Karen Denton

s.      Felix Monteagudo

t.      Ed Tucker

u.      Anita Shah

v.      Joseph Scheeren

w.      Michael Rozycki

x.      Jennifer Maurer

y.      Terry Taylor

z.      Steven Zaruby

aa.     Jennifer Maurer

bb.     Paul McCarthy

cc.     Mitch Trujillo

dd.     Jeff Bova

ee.     Matt Skoronsky

ff.     Savaramakrishan Balakrishnan

gg.     Kuno Sprenger

hh.     Tomasz Dyszynski

ii.     Michael Devoy

jj.     Ernst Weidman

kk.     Max Wegner

ll.     Kemal Malik

mm.     Michael Stenger

nn.   Cindy Sweeney Matthew

oo.   Conroy David Nardiello

pp.   Any other corporate representatives, persons most knowledgeable, persons with knowledge of relevant facts, employees and/or ex-employees of Bayer Corporation, Bayer A. G., and/or Bayer Healthcare Pharmaceuticals (or their successors) which are known or become known during the course of discovery.

II.   The following are other fact witnesses who Plaintiff intends to call at trial in the manner identified:

a.   Patricia Kidd
W. 3130 Green Isle Drive
Fort Atkinson, WI 53538
(262) 593-8153

b.   Steven J. Kidd
W9810 Hwy G.
Beaver Dam, WI
(262) 227-4436

c.   Ronald O. Kidd
N2313 Frommader Road
Fort Atkinson, WI
(262) 593-2053

d.   David O. Kidd
2896 Green Isle Drive
Fort Atkinson, WI
(262) 949-3343

e.   Dr. James Love
UW Hospital
600 Highland
Madison, WI

f.   Dr. Peter Rahko
UW Hospital
600 Highland
Madison, WI

IV.   The following are other fact witnesses who Plaintiff may call if the need arises:

    a.    Jerrold Levy, M.D.
        Emory University Hospital
        1364 Clifton Road, NE
        Atlanta, GA 30322

    b.    John H. Lemmer, Jr., M.D.
        The Oregon Clinic
        2222 North West Lovejoy Street Suite 315
        Portland, OR 97210

    c.    Steven E. Hill, M.D.
        Duke Univ. Medical Center
        DUMC 3094
        Durham, NC 27710

    d.    David Bull, M.D.
        University of Utah Hospital 50 N
        Medical Dr
        Salt Lake City, UT 84132

    e.    David A. Stump., PhD
        Dept. of Cardiothoracic Anesthesia Wake
        Forest-Baptist Medical Center Winston
        Salem, NC 27157

    f.    Robert   S.   Poston,   M.D.
        Boston   Medical   Center
        Robinson 402
        88 E. Newton St.
        Boston, MA 02118

    g.    Peter K. Smith, M.D.
        Duke Univ. Medical Center
        DUMC 3442
        Durham, NC 27710

    h.    David Royston, M.D.
        Department of Anaesthetics Harefield
        Middlesex U139 6JH
        United Kingdom

    i.    Alexander Walker, PhD
         Harvard School of Public Health
         677 Huntington Avenue Kresge Building Room
         908B Boston, MA 02115

    j.    David C. Kress, M.D.
         St. Lukes Medical Center
         2901 W. Kinnickinnic River Parkway, Suite 511
         Milwaukee, WI 53215

V.    Plaintiff specifically reserves the right to amend and supplement this list based on continuing medical treatment or for good cause shown.

VI.    Any records custodian who is necessary to authenticate medical records.

VII.    Any and all witnesses listed on Defendant's Generic and Case-Specific Fact Witness Lists.

VIII.    The Plaintiff specifically reserves the right to amend and supplement this list as discovery, including depositions are continuing in this matter.

Respectfully submitted,

MATTHEWS & ASSOCIATES

DAVID P. MATTHEWS
SBN:  13206200
JULIE L. RHOADES
SBN:  16811710
Rachal G. Rojas
SBN: 24063161
2905 Sackett Street
Houston, Texas 77098
(713) 222-8080 Phone
(713) 535-7184 Fax
dmatthews@thematthewslawfirm.com
jrhoades@thematthewslawfirm.com
rrojas@thematthewslawfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that on July 14, 2010, I filed the foregoing document with the Clerk of the Court by Federal Express. I also certify that the foregoing document is being served this day on the following counsel of record in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or by mailing the same to the offices of said counsel by United States mail, postage prepaid.

Rachal G. Rojas

Patricia E. Lowry
Email: plowry@ssd.com
Barbara Bolton Litten
blitten@ssd.com
SQUIRE, SANDERS & DEMPSEY, L.L.P.
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198
Telephone: 561-650-7200
Facsimile: 561-655-1509
*Liaison Counsel for Defendants and Attorneys for Defendants Bayer Corporation, Bayer Healthcare Pharmaceuticals, Inc., Bayer Healthcare LLC, Bayer AG, and Bayer Healthcare AG*

Steven E. Derringer
Email: steven.derringer@bartlit-beck.com
Philip S. Beck
Email: philip.beck@bartlit-beck.com
BARTLIT BECK HERMAN PALENCHAR
& SCOTT LLP
54 West Hubbard, Suite 300
Chicago, IL 60610
Telephone:          312-494-4400
Facsimile: 312-494-4440
*Defendants Co-Lead Counsel and Attorney for Defendants Bayer Corporation, Bayer Healthcare Pharmaceuticals, Inc., Bayer Healthcare LLC, Bayer AG, and Bayer Healthcare AG*

Eugene A. Schoon
Email: eschoonAsidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone:          312-853-7000
Facsimile: 312-853-7036
***Defendants Co-Lead Counsel and Attorney for Defendants Bayer Corporation, Bayer Healthcare Pharmaceuticals, Inc., Bayer Healthcare LLC, Bayer AG, and Bayer Healthcare AG***

Melissa S. Caulum
Michael Best & Friedrich LLP
1 S Pinckney Street
Suite 700
PO Box 1806
Madison, WI 53701
608-283-0131
***Defendant Bayer Corporation***

Paul E. Benson
Michael Best & Freidrich
100 E Wisconsin Avenue
Suite 3300
Milwaukee, WI 53202
414-271-6560
414-277-0656 (fax)
pebenson@michaelbest.com
***Defendant Bayer Corporation***