UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

IN RE TRASYLOL PRODUCTS LIABILITY
LITIGATION – MDL-1928

This Document Relates to:

*Carr v. Bayer Corp., et al.*
Case No. 9:08-cv-80834
_____/

**DEFENDANTS' MOTION IN RESPONSE TO PLAINTIFF'S MOTION TO EXTEND TIME TO FILE *DAUBERT* MOTIONS REGARDING BAYER'S EXPERT FURNARY**

In response to Plaintiff's Motion to Extend Time to File *Daubert* Motions Regarding Bayer's Expert Furnary, filed on July 8, 2010 [D.E. 6432 in 1:08-md-1928; D.E. 68 in 9:08-cv-80834], Defendants state that the parties have conferred and agreed to adjust the *Daubert* and dispositive motion briefing schedule as applied to both parties. *Daubert* motions for both parties' expert witnesses and all dispositive motions in the above-captioned case will be filed and served no later than August 13, 2010, responses filed and served no later than September 2, 2010, and replies filed and served no later than September 16, 2010.

WHEREFORE Defendants move the Court for entry of an order adjusting the *Daubert* and dispositive motion briefing schedule for both Plaintiffs and Defendants as described herein.

**RULE 7.1(A)(3)(a) CERTIFICATION**

As required by this Court's Local Rule 7.1(A)(3)(a), counsel for Defendants hereby certifies that counsel for Defendants has conferred in good faith with Plaintiff's counsel and has

been advised that Plaintiff does not oppose this motion.

DATED:  July 16, 2010               Respectfully submitted,

*/s/ Barbara Bolton Litten*
Patricia E. Lowry (Florida Bar No. 332569)
Email:  plowry@ssd.com
Barbara Bolton Litten (Florida Bar No. 91642)
Email:  Blitten@ssd.com
**SQUIRE, SANDERS & DEMPSEY L.L.P.**
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL  33401-6198
Telephone:  561-650-7120
Facsimile:  561-655-1509

***Attorneys for Defendants Bayer Corporation, Bayer HealthCare Pharmaceuticals Inc., and Bayer Schering Pharma AG***

**CERTIFICATE OF SERVICE**

I certify that on July 16, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Barbara Bolton Litten*
Barbara Bolton Litten

## SERVICE LIST

### Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON
### Case No. 9:08-cv-80834-DMM

James R. Ronca
Email: jronca@anapolschwartz.com
**ANAPOL, SCHWARTZ, WEISS, COHAN, FELDMAN & SMALLEY, P.C.**
1710 Spruce Street
Philadelphia, PA 19103
Telephone: 215-790-4584
Facsimile: 215-875-7701
*Co-Lead Counsel for Plaintiffs*

Theodore Babbitt
Email: tedbabbitt@babbitt-johnson.com
**BABBITT JOHNSON OSBORNE & LECLAINCHE, P.A**.
1641 Worthington Road, Suite 100
West Palm Beach, FL 33409
Telephone: 561-684-2500
Facsimile: 561-684-6308
*Liaison Counsel for Plaintiffs*

George M. Fleming
Email: george_fleming@fleming-law.com
Karen Beya-Schroeder
Email: karen_beyea-schroeder@fleming-law.com
Aaron Heckaman
Email: aaron_heckaman@fleming-law.com
**FLEMING & ASSOCIATES LLP**
1330 Post Oak Boulevard, Suite 3030
Houston, TX 77056
Telephone: 713-621-7944
Facsimile: 713-621-9638
*Counsel for Plaintiff Melbourne Carr*

Scott A. Love
Email: slove@triallawfirm.
**CLARK BURNETT LOVE & LEE GP**
Lyric Center
440 Louisiana Street, Suite 1600
Houston, TX 77002
Telephone: 713-757-1400
Facsimile: 713-759-1217
*Co-Lead Counsel for Plaintiffs*

Neal L. Moskow
Email: neal@urymoskow.com
**URY & MOSKOW, LLC**
883 Black Rock Turnpike
Fairfield, CT 06825
Telephone: 203-610-6393
Facsimile: 203-610-6399
*Federal-State Liaison for Plaintiffs and Counsel for Plaintiff Melbourne Carr*

Patricia E. Lowry
Florida Bar No. 332569
Email: plowry@ssd.com
**SQUIRE, SANDERS & DEMPSEY L.L.P.**
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198
Telephone: 561-650-7200
Facsimile: 561-655-1509
*Liaison Counsel for Defendants*