UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

08-1928-MIDDLEBROOKS

IN RE TRASYLOL PRODUCTS
LIABILITY LITIGATION - MDL 1928

This Document Relates to ALL ACTIONS

### ORDER DENYING DEFENDANTS MOTION TO EXCLUDE TESTIMONY OF PLAINTIFFS' EXPERT CURT D. FURBERG (DE 4218)

THIS CAUSE comes before the Court upon the Plaintiff's Motion for Leave to File Generic Expert Report (DE 6172) in which they indicate that their previously retained expert, Curt D. Furberg, is no longer able to participate in these MDL cases, thereby rendering the Defendant's previously filed Motion to Exclude Dr. Furberg (DE 4218) moot. Accordingly, it is

ORDERED and ADJUDGED that the Motion (DE 4218) be, and is hereby, DENIED as MOOT.

DONE and ORDERED in Chambers, at West Palm Beach, Florida this 16th day of July, 2010.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE