UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

IN RE TRASYLOL PRODUCTS LIABILITY
LITIGATION – MDL-1928

This Document Relates to:
ALL CASES
_____/

### DEFENDANTS' STATUS REPORT ON GROUP 2 CASES

*Daubert* and dispositive motions are due in Group 2 cases later this week. This report provides an update on the status of cases originally assigned to that Group.

### *Daubert* and summary judgment motions:

Bayer anticipates filing on Friday, July 30, a motion seeking exclusion of a case-specific expert and entry of summary judgment against one plaintiff, Sandra Boxrud, in *Boxrud v. Bayer Corp.*, No. 08-80404.

A motion for summary judgment in *Kahr v. Bayer Corp.*, No. 08-80551, already is pending. The *pro se* plaintiff in that case failed to produce a case-specific expert report and has failed to respond to this Court's order to show cause why the case should not be dismissed [D.E. 6122 in 1:08-md-1928; D.E. 60 in 9:08-cv-80551].

### Dismissals and settlements:

The claims of 15 plaintiffs have been resolved through dismissal or settlement.

- Claims that have been dismissed or in which a stipulation of dismissal is pending:

    * Patrick Brickman in *Brickman v. Bayer Corp.*, No. 08-80771;

    * Shawn Gallipeau in *Gallipeau v. Bayer Corp.*, No. 08-80400;

    * Carol Minard in *Minard v. Bayer Corp.*, No. 08-80587;

  \* Marcia Moyer in *Moyer v. Bayer Corp.*, No. 08-80406;

  \* Vera Coleman in *Walker v. Bayer Corp.*, No. 08-80642;

  \* Natasha Kelly in *Walker v. Bayer Corp.*, No. 08-80642;

  \*  Joann Hill in *Walker v. Bayer Corp.*, No. 08-80642;

  \* Herman Baker in *Baker v. Bayer Corp.*, No. 08-80905;

  \* Derek Wash in *Wash v. Bayer Corp.*, No. 08-80602;

  \* Emma Davis in *Davis v. Bayer Corp.*, No. 08-80623, and

  \* Melvin Summerlin in *Summerlin v. Bayer Corp.*, No. 08-80903.

- Claims that have been settled:

  \* Alta Cook in *Cook v. Bayer Corp.*, No. 08-80710;

  \* Robert Covell in *Minard v. Bayer Corp.*, No. 08-80587;

  \* Jerry Greenmyer in *Minard v. Bayer Corp.*, No. 08-80587; and

  \* Barbara White in *White v. Bayer Corp.*, No. 08-80760.

**Cases not ripe for *Daubert* or dispositive motion practice:**

  The following cases originally were assigned to Group 2 but are not ripe for *Daubert* or dispositive motion practice for various reasons. Specifically:

- Cases in which motions to extend the schedule or specific deadlines are pending:

  \* *Carr v. Bayer Corp.*, No. 08-80834 (*see* defendants' response to plaintiff's motion to extend time to file Daubert motion regarding Bayer's expert Dr. Anthony Furnary [D.E. 6569 in 1:08-md-1928; D.E. 70 in 9:08-cv-80834] in which parties agree that deadlines for *Daubert* and dispositive motions should be extended due to difficulties in scheduling deposition of defendants' expert);

  \* *Sherman v. Bayer Corp.*, No. 08-80403 (*see* joint motion to modify pretrial deadlines [D.E. 6557 in 1:08-md-1928; D.E. 68 in 9:08-cv-80403]);

  \* Plaintiff Clarence Walker in *Walker v. Bayer Corp.*, No. 08-80642 (*see* defendants' response to plaintiff's motion to extend time to file Daubert motion regarding Bayer's expert Furnary [D.E. 6567 in 1:08-md-1928; D.E. 90 in 9:08-cv-80642] in which

      parties agree that deadlines for *Daubert* and dispositive motions should be extended due to difficulties in scheduling deposition of defendants' expert); and

      \* Plaintiff Geneva Wilson in *Walker v. Bayer Corp.*, No. 08-80642 (*see* defendants' motion to move case to Group 4 due to difficulties in scheduling surgeon's deposition [D.E. 6484 in 1:08-md-1928; D.E. 87 in 9:08-cv-80642]).

- *Watters v. Bayer Corp.*, No. 08-80833: Plaintiff has yet to depose either of defendants' two case-specific experts, Drs. Zusman and Leehey. Reports from these experts were served April 9, 2010, and the deadline for depositions of case-specific experts was July 2, 2010. Having had no request from plaintiff regarding the deposition of Drs. Zusman and Leehey, defendants inquired on July 12, 2010 about whether plaintiff planned on deposing either of these experts. Plaintiff responded that he would like to depose Dr. Leehey. Defendants have offered several dates for the deposition of Dr. Leehey and are still awaiting a response from plaintiff on the availability of counsel. Plaintiff has told defendants that he cannot say for certain whether he wants to depose Dr. Zusman, even though the deadline for depositions of case-specific experts in this case has passed. Defendants are prepared to file *Daubert* and dispositive motions, but under the schedule such motions are to follow the completion of case-specific expert discovery. Accordingly, defendants are still awaiting notification from plaintiff about the depositions of defendants' case-specific experts.

- Cases that have been moved to another group by Court order:

    \* *Holman v. Bayer Corp.*, No. 08-80575 (now in Group 4);

    \* *Perales v. Bayer Corp.*, No. 08-80687 (now in Group 4);

    \* *Clark v. Bayer Corp.*, No. 08-80399 (now in Group 4); and

    \* *Orapello v. Bayer Corp.*, No. 08-80858 (now in Group 4).

Dated:  July 27, 2010  	Respectfully submitted,

*/s/  Barbara Bolton Litten*
Patricia E. Lowry (Florida Bar No. 332569)
plowry@ssd.com
Barbara Bolton Litten (Florida Bar No. 91642)
blitten@ssd.com
**SQUIRE, SANDERS & DEMPSEY L.L.P.**
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198
Telephone:  561-650-7120
Facsimile:   561-655-1509

Eugene A. Schoon
eschoon@sidley.com
Susan A. Weber
saweber@sidley.com
**SIDLEY AUSTIN LLP**
One South Dearborn
Chicago, Illinois  60603
Telephone:  312-853-7279
Facsimile:   312-853-7036

*Attorneys for Defendants*

4

5

**CERTIFICATE OF SERVICE**

      I certify that on July 27, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

        */s/ Barbara Bolton Litten*
        Barbara Bolton Litten

**SERVICE LIST**

**Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON**

James R. Ronca
Email: jronca@anapolschwartz.com
**ANAPOL, SCHWARTZ, WEISS, COHAN,
FELDMAN & SMALLEY, P.C.**
1710 Spruce Street
Philadelphia, PA 19103
Telephone: 215-735-1130
Facsimile: 215-875-7758
*Co-Lead Counsel for Plaintiffs*

Theodore Babbitt
Email: tedbabbitt@babbitt-johnson.com
**BABBITT JOHNSON OSBORNE
& LECLAINCHE, P.A**.
1641 Worthington Road, Suite 100
West Palm Beach, FL 33409
Telephone: 561-684-2500
Facsimile: 561-684-6308
*Liaison Counsel for Plaintiffs*

Patricia E. Lowry
Florida Bar No. 332569
Email: plowry@ssd.com
**SQUIRE, SANDERS & DEMPSEY L.L.P.**
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198
Telephone: 561-650-7200
Facsimile: 561-655-1509
*Liaison Counsel for Defendants*

Scott Love
Email: slove@triallawfirm.com
**CLARK, BURNETT, LOVE & LEE, G.P.**
Lyric Center
440 Louisiana Street, Suite 1600
Houston, TX 77002
Telephone: 713-759-1400
Facsimile: 713-759-1217
*Co-Lead Counsel for Plaintiffs*

Neal Moskow
Email: neal@urymoskow.com
**URY & MOSKOW, LLC**
883 Black Rock Turnpike
Fairfield, CT 06825
Telephone: 203-610-6393
Facsimile: 203-610-6399
*Federal-State Liaison for Plaintiffs*