UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

)
IN RE TRASYLOL PRODUCTS            )
LIABILITY LITIGATION — MDL-1928    )
                                   )
This Document Relates to All Actions )
                                   )

**DEFENDANTS' UNOPPOSED MOTION FOR ENTRY OF PRETRIAL ORDER
RELATING TO WITHDRAWAL OF COUNSEL AND MEMORANDUM IN SUPPORT**

Defendants Bayer Corporation, Bayer HealthCare Pharmaceuticals Inc., and Bayer Schering Pharma AG respectfully move for entry of the attached pretrial order ("Order") establishing procedures for motions to withdraw as counsel. The proposed Order balances the needs of plaintiffs whose counsel withdraws with the needs of the Court and all parties in this MDL to move all cases toward trial expeditiously. The proposed Order provides for orderly and fair procedures when plaintiffs become unrepresented and also avoids delays that can result when *pro se* plaintiffs are unreachable and/or fail to respond to motions and orders. Co-Lead Counsel for Plaintiffs do not object to the provisions of the proposed Order.

Prior to November 2009 only two motions to withdraw as counsel for plaintiff resulted in the plaintiffs in question becoming *pro se*. *See* Motion To Withdraw As Attorney Of Record, *Don Baker* v. *Bayer Corp. et al.* (S.D. Fla. filed June 12, 2009) (D.E. 16 in 9:08-cv-80952); Motion To Withdraw As Attorney Of Record, *Sneathia James* v. *Bayer Corp. et al.* (S.D. Fla. filed Mar. 24, 2009) (D.E. 30 in 9:09-cv-80149). But as discovery has proceeded in more and more cases, the number of withdrawals has grown quickly.[1] Defendants anticipate the number of

---

[1] Since November 2009, plaintiffs' counsel have presented at least twelve motions to withdraw due to a missing plaintiff or a breakdown in the attorney-client relationship. Motions To

*pro se* plaintiffs will grow as more discovery deadlines approach – and pass – in the large volume of cases in discovery Groups 4-7 and beyond.  This could lead to large numbers of *pro se* plaintiffs who never enter an appearance or otherwise affirmatively pursue their cases and who fail to respond to discovery requests and deadlines.  Accordingly, this Court's procedures for addressing motions to withdraw should be tailored to minimize the occurrence of non-responsive *pro se* plaintiffs on the docket.

Non-responsive *pro se* plaintiffs can create a substantial burden for this Court and also for defendants.  Some *pro se* plaintiffs never enter an appearance, comply with discovery requests, or respond to motions.  *See, e.g.*, Defendants' Motion For Summary Judgment, *Sheila Ware* v. *Bayer Corp., et al.* (S.D. Fla. filed Apr. 21, 2010) (D.E. 69 in 9:08-cv-80428); Defendants' Motion For Summary Judgment, *Ruth Kahr* v. *Bayer Corp., et al.* (S.D. Fla. filed Apr. 22, 2010) (D.E. 57 in 9:08-cv-80551).  Defendants then incur the substantial burden of attempting to engage in discovery with these *pro se* plaintiffs, and typically motions to compel or for summary judgment and orders to show cause are required to conclude the case.

Recent developments in the *Ware* case illustrate the problems with a non-responsive *pro se* plaintiff:  The Court granted plaintiff's counsel's motion to withdraw on December 15, 2009.

---

Withdraw As Counsel of Record, *Carol McKenney* v. *Bayer Corp et al.* (S.D. Fla. filed Nov. 23, 2009) (D.E. 24 in 9:09-cv-80029); *Sheila Ware* v. *Bayer Corp et al.* (S.D. Fla. filed Dec. 3, 2009) (D.E. 59 in 9:08-cv-80428); *Ruth Kahr* v. *Bayer Corp. et al.* (S.D. Fla. filed Dec. 15, 2009) (D.E. 48 in 9:08-cv-80551); *Maricela Perales* v. *Bayer Corp. et al.* (S.D. Fla. filed Jan. 13, 2010) (D.E. 48 in 9:08-cv-80687); *Carol Minard et al.* v. *Bayer Corp. et al.* (S.D. Fla. filed Jan. 20, 2010) (D.E. 57 in 9:08-cv-80587); *Daniel Thompson* v. *Bayer Corp. et al.* (S.D. Fla. filed Feb. 1, 2010) (D.E. 10 in 9:09-cv-82256); *Peggy Trawick et al.* v. *Bayer Schering Pharma AG et al.* (S.D. Fla. filed Feb. 16, 2010) (D.E. 17 in 9:10-cv-80103); *Delores Holman* v. *Bayer Corp. et al.* (S.D. Fla. filed Apr. 1, 2010) (D.E. 49 in 9:08-cv-80575);  *Maureen Farrell et al.* v. *Bayer Corp. et al.* (S.D. Fla. filed May 21, 2010) (D.E. 22 in 1:09-cv-23357); *Carolina Herron* v. *Bayer Corp. et al.* (S.D. Fla. filed May 28, 2010) (D.E. 25 in 9:09-cv-80415); *Anderson et al.* v. *Bayer Corp. et al.* (S.D. Fla. filed June 30, 2010) (D.E. 45 in 9:09-cv-80440); *Curtis Roy* v. *Bayer A.G. et al.* (S.D. Fla. filed July 6, 2010) (D.E. 27 in 9:08-cv-81065).

Although plaintiff never filed an appearance or provided any other indication of an intent to proceed *pro se*, pursuant to the order on the motion to withdraw it was presumed the plaintiff was proceeding *pro se*. Order Granting In Part Motion To Withdraw As Counsel Of Record, *Sheila Ware* v. *Bayer Corp. et al.* (S.D. Fla. Dec. 14, 2009) (D.E. 63 in 9:08-cv-80428). Plaintiff never fulfilled a discovery obligation and never filed an expert report. Defendants' Motion For Summary Judgment, *Sheila Ware* v. *Bayer Corp., et al.* at 2 (S.D. Fla. filed Apr. 21, 2010) (D.E. 69 in 9:08-cv-80428). Despite numerous efforts, defendants received no response to interrogatories, requests for production, or requests for admissions. *Id.* at 3. Defendants could not depose the plaintiff or her treating physician due to lack of plaintiff cooperation. *Id.* at 3-4. Defendants finally moved for summary judgment based on the lack of admissible evidence proving causation, *id.* at 6-9, and filed a statement of material facts. Statement Of Material Facts Pursuant To Local Rule 7.5C, *Sheila Ware* v. *Bayer Corp. et al.* (S.D. Fla. filed Apr. 21, 2010) (D.E. 70 in 9:08-cv-80428). Plaintiff never responded. *See* Notice Of Plaintiff's Failure To Respond To Defendants' Motion For Summary Judgment, *Sheila Ware* v. *Bayer Corp. et al.* (S.D. Fla. filed June 7, 2010) (D.E. 72 in 9:08-cv-80428). Nearly six months after withdrawal of plaintiff's counsel, the Court entered an Order To Show Cause as to why the *Ware* case should not be dismissed. Order to Show Cause (S.D. Fla. June 10, 2010) (D.E. 73 in 9:08-cv-80428). As of the date of this filing, more than 200 days have passed without the plaintiff meaningfully pursuing her claims. Such an unnecessary delay in proceedings and a drain of resources should be avoided wherever possible.

      In some cases, where new counsel has not appeared for plaintiffs following withdrawal of plaintiffs' counsel, the Court has presumed the plaintiffs are pursuing their claims *pro se*. *See, e.g.*, Order Granting in Part Motion To Withdraw As Counsel Of Record, *Sheila Ware* v. *Bayer*

*Corp., et al.* (S.D. Fla. Dec. 14, 2009) (D.E. 63 in 9:08-cv-80428).  However, in the Court's recent Orders in *Herron v. Bayer Corp.* and *Farrell v. Bayer Corp.*, the Court required plaintiff to enter an appearance *pro se* or to provide written substitution of counsel within 45 days, or else face dismissal without prejudice.  *See* Order Granting Motion To Withdraw As Counsel, *Carolina Herron* v. *Bayer Corp., et al.* (S.D. Fla. June 17, 2010) (D.E. 29 in 9:09-cv-80415); Order Granting Motion To Withdraw As Counsel, *Maureen Farrell et al.* v. *Bayer Corp. et al.* (S.D. Fla. June 17, 2010) (D.E. 27 in 1:09-cv-23357).

Under the proposed Order, a plaintiff whose counsel withdraws will be assured of notice regarding the withdrawal and given ample time either to substitute new counsel or to express an intent to proceed *pro se*.  The proposed Order requires any plaintiff who becomes unrepresented to take some affirmative action, in writing, to demonstrate an intent to proceed with the action.  The plaintiff will have at least two months to act — the full time for briefing on counsel's motion to withdraw, and an additional 45 days after the order granting a motion to withdraw.  At the conclusion of that period, if no appearance has been entered for new counsel or for the plaintiff *pro se* (and plaintiff has not requested additional time from the Court), the presumption will be that the plaintiff is *not* pursuing the action, and defendants may seek to dismiss the plaintiff's claims without prejudice.  These procedures will help to avoid wasting time and resources on discovery, motions, and show cause orders related to plaintiffs that are unwilling to proceed *pro se* or to obtain new counsel.

## CONCLUSION

For the foregoing reasons, defendants request entry of the attached proposed Order.

## RULE 7.1(A)(3) CERTIFICATION

As required by this Court's Local Rule 7.1(A)(3), counsel for defendants hereby certifies that counsel for the defendants has conferred with James Ronca and Scott Love of the Plaintiffs' Steering Committee, who agreed that the PSC would not oppose entry of the attached proposed Order.

DATED:  August 2, 2010                         Respectfully submitted,

*/s/ Barbara Bolton Litten*
Patricia E. Lowry
Florida Bar No. 332569
E-mail:  plowry@ssd.com
Barbara Bolton Litten
Florida Bar No. 91642
Email:  blitten@ssd.com
**SQUIRE, SANDERS & DEMPSEY L.L.P.**
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198
Telephone:  561-650-7200
Facsimile:   561-655-1509

Eugene A. Schoon
Email: eschoon@sidley.com
**SIDLEY AUSTIN LLP**
One South Dearborn Street
Chicago, IL 60603
Telephone:  312-853-7000
Facsimile:   312-853-7036

*Attorneys for Defendants Bayer Corporation, Bayer HealthCare Pharmaceuticals Inc., and Bayer Schering Pharma AG*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 2, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Barbara Bolton Litten*
Barbara Bolton Litten

# SERVICE LIST

### In re Trasylol Products Liability Litigation – MDL-1928
### Case No. 08-MD-1928-MIDDLEBROOKS/JOHNSON

## United States District Court
## Southern District of Florida

James R. Ronca
Email:  jronca@anapolschwartz.com
**ANAPOL, SCHWARTZ, WEISS, COHAN, FELDMAN & SMALLEY, P.C.**
1710 Spruce Street
Philadelphia, PA 19103
Telephone:  215-735-1130
Facsimile:  215-875-7758
*Plaintiffs' Steering Committee/Co-Lead Counsel*

Scott A. Love
Email:  slove@triallawfirm.com
**CLARK, BURNETT, LOVE & LEE, G.P.**
Lyric Center
440 Louisiana Street, Suite 1600
Houston, TX  77002
Telephone:  713-759-1400
Facsimile:  713-759-1217
*Plaintiffs' Steering Committee/Co-Lead Counsel*

Theodore Babbitt
Email:  tedbabbitt@babbitt-johnson.com
**BABBITT JOHNSON OSBORNE & LECLAINCHE, P.A.**
1641 Worthington Road, Suite 100
West Palm Beach, FL  33409
Telephone:  561-684-2500
Facsimile:  561-684-6308
*Plaintiffs' Steering Committee/Liaison Counsel*

Joseph A. Osborne
Email:  JAOsborne@babbitt-johnson.com
**BABBITT JOHNSON OSBORNE & LECLAINCHE, P.A.**
1641 Worthington Road, Suite 100
West Palm Beach, FL  33409
Telephone:  561-684-2500
Facsimile:  561-684-6308
*Plaintiffs' Steering Committee/Liaison Counsel*

Doug Monsour
Email: doug@monsourlawfirm.com
**THE MONSOUR LAW FIRM**
P.O. Box 4209
Longview, TX 75606
Telephone:  903-758-5757
Facsimile:  903-230-5010
*Plaintiffs' Steering Committee*

Brian H. Barr
Email: bbarr@levinlaw.com
**LEVIN PAPANTONIO THOMAS MITCHELL ECHSNER & PROCTOR PA**
316 S. Baylen St., Suite 600
Pensacola, FL  32502
Telephone:  850-435-7000
Facsimile:  850-435-7020
*Plaintiffs' Steering Committee*

Ernest Cory
Email: ecory@cwcd.com
**CORY WATSON CROWDER & DEGARIS**
2131 Magnolia Ave.
Birmingham, AL  35205
Telephone:  205-328-2200
Facsimile:  205-324-7896
*Plaintiffs' Steering Committee*

Fred Thompson
Email:  fthompson@motleyrice.com
**MOTLEY RICE LLC**
P.O. Box 1792
Mt. Pleasant, SC 29405
Telephone:  843-216-9000
Facsimile:  843-216-9440
*Plaintiffs' Steering Committee*

Joseph P. Danis
Email:  jdanis@careydanis.com
**CAREY AND DANIS, LLC**
8235 Forsyth Blvd., Suite 1100
St. Louis, MO 63105
Telephone:  314-678-3400
Facsimile:  314-678-3401
*Plaintiffs' Steering Committee*

Neal Moskow
Email:  neal@urymoskow.com
**URY & MOSKOW, LLC**
883 Black Rock Turnpike
Fairfield, CT 06825
Telephone:  203-610-6393
Facsimile:  203-610-6399
*Plaintiffs' Steering Committee/
Federal-State Liaison*

Marc Jay Bern
Email:  mjbern@napolibern.com
**NAPOLI BERN & ASSOCIATES LLP**
3500 Sunrise Highway, Suite T-207
Great River, NY  11739
Telephone:  631-224-1133
Facsimile:  631-224-4774
*Plaintiffs' Steering Committee*

Neil D. Overholtz
Email:  noverholtz@awkolaw.com
**ALYSTOCK, WITKIN, KREIS
  & OVERHOLTZ, PLLC**
803 North Palafox Street
Pensacola, FL 32501
Telephone:  850-916-7450
Facsimile:  850-916-7449
*Plaintiffs' Steering Committee*

David Matthews
Email:  jrhoades@thematthewslawfirm.com
**MATTHEWS & ASSOCIATES**
2905 Sackett Street
Houston, TX 77098
Telephone:  713-522-5250
Facsimile:  713-535-7184
*Plaintiffs' Steering Committee*

Steven E. Derringer
Email:  steven.derringer@bartlit-beck.com
**BARTLIT BECK HERMAN PALENCHAR
  & SCOTT LLP**
54 West Hubbard, Suite 300
Chicago, IL 60610
Telephone:  312-494-4400
Facsimile:  312-494-4440
*Defendants' Co-Lead Counsel and
Attorney for Defendants Bayer Corporation,
Bayer HealthCare Pharmaceuticals Inc., Bayer
HealthCare LLC, Bayer AG, and Bayer Schering
Pharma AG*

Philip S. Beck
Email:  philip.beck@bartlit-beck.com
**BARTLIT BECK HERMAN PALENCHAR
 & SCOTT LLP**
54 West Hubbard, Suite 300
Chicago, IL 60610
Telephone:  312-494-4400
Facsimile:  312-494-4440
*Defendants' Co-Lead Counsel and
Attorney for Defendants Bayer Corporation,
Bayer HealthCare Pharmaceuticals Inc., Bayer
HealthCare LLC, Bayer AG, and Bayer
Schering Pharma AG*

Eugene A. Schoon
Email:  eschoon@sidley.com
**SIDLEY AUSTIN LLP**
One South Dearborn
Chicago, IL 60603
Telephone:  312-853-7000
Facsimile:  312-853-7036
*Defendants' Co-Lead Counsel and
Attorney for Defendants Bayer Corporation,
Bayer HealthCare Pharmaceuticals Inc., Bayer
HealthCare LLC, Bayer AG, and Bayer Schering
Pharma AG*

Susan Artinian
Email:  sartinian@dykema.com
**DYKEMA GOSSETT PLLC**
400 Renaissance Center
Detroit, MI 48243
Telephone:  313-568-6800
Facsimile:  313-568-6658
*Defendants' Co-Lead Counsel and
Attorney for Defendants Bayer Corporation,
Bayer HealthCare Pharmaceuticals Inc., Bayer
HealthCare LLC, Bayer AG, and Bayer
Schering Pharma AG*

Richard K. Dandrea
Email:  rdandrea@eckertseamans.com
**ECKERT SEAMANS CHERIN & MELLOTT, LLC**
U.S. Steel Tower
600 Grant Street, 44th Floor
Pittsburgh, PA 15219
Telephone:  412-566-6000
Facsimile:  412-566-6099
*Defendants' Co-Lead Counsel and
Attorney for Defendants Bayer Corporation,
Bayer HealthCare Pharmaceuticals Inc., Bayer
HealthCare LLC, Bayer AG, and Bayer Schering
Pharma AG*

Patricia E. Lowry
Florida Bar No. 332569
Email:  plowry@ssd.com
**SQUIRE, SANDERS & DEMPSEY L.L.P.**
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL  33401-6198
Telephone:  561-650-7200
Facsimile:  561-655-1509
*Defendants' Liaison Counsel and
Attorneys for Defendants Bayer Corporation,
Bayer HealthCare Pharmaceuticals Inc., Bayer
HealthCare LLC, Bayer AG, and Bayer
Schering Pharma AG*