IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

IN RE TRASYLOL PRODUCTS LIABILITY
LITIGATION – MDL-1928

THIS DOCUMENT RELATES TO :

*Genevieve Nakis etc. v. Bayer Corporation et al.*
Case No. 9:08-cv-80405

_____/

DE6684   ORDER EXTENDING CASE-SPECIFIC DEADLINES

THIS MATTER having come before the Court on the parties' Joint Motion for Extension of Case-Specific Deadlines, finding the parties in agreement, and this Court having considered all submissions made:

IT IS HEREBY ORDERED that the motion is GRANTED and the claims of Genevieve Nakis related to the death of her husband Samuel Nakis shall be moved from Group 2 to Group 5 (as defined in Pretrial Order No. 16) for all purposes.

DONE AND ORDERED in Chambers, at West Palm Beach, Florida, this 4 day of August, 2010.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE