UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

IN RE TRASYLOL PRODUCTS LIABILITY
LITIGATION – MDL-1928

This Document Relates to All Actions
_____/

## NOTICE OF COMMON BENEFIT FUND WITHHOLDING

Pursuant to Pretrial Order No. 8, Defendants Bayer Corporation, Bayer HealthCare Pharmaceuticals Inc., as successor in interest to Bayer Pharmaceuticals Corporation, and Bayer Schering Pharma AG, as successor in interest to Bayer HealthCare AG, hereby notify the Court that the Common Benefit Fund assessment was withheld in the following cases during July 2010:

| Case Name | Case No. | Settling Plaintiffs |
|---|---|---|
| Bryant, Dorothy et al. | 08-cv-80801 | Bryant, Dorothy and Wilson Bryant Jr., her husband |
| Burnette, Bobbie | 08-cv-80697 | Burnette, Bobbie, individually as as personal representative of the estate of Clarence Burnette, Sr. |
| Burt, Mary | PA Coordinated Proceedings; 08-0201257 | Burt, Mary M. |
| Chambers, Patricia | 09-cv-81080 | Chambers, Patricia, individually and as surviving spouse of Paul Medford |
| Currie, Elizabeth | 08-cv-81079 | Currie, Linda |
| Davis,Linda | 08-cv-80651 | Davis, Linda |
| Forester, Susan | CT Coordinated Proceedings; CV08-5007104 | Forester, Susan, individually and as surviving spouse of David Slebodnick |
| Gilbert, James C. | 08-cv-80650 | Gilbert, James C., individually and as next of kin to Ada Williams |
| Jerrell, Nancy L. | PA Coordinated Proceedings; 08-0201259 | Jerrell, Nancy L., individually and as personal representative of the estate of Roy L. Jerrell, deceased |

| Case Name | Case No. | Settling Plaintiffs |
|---|---|---|
| Jiacik, Diane C. | 09-cv-80404 | Jiacik, Diane C., individually and as personal representative of the estate of Paul Jiacik |
| Lanham-Seabolt, Ann | 09-cv-80584 | Lanham-Seabolt, Elizabeth Ann, individually and as personal representative of the estate of Kenneth Lanham |
| Monahan, David | 08-cv-80641 | Monahan, Jr., David, individually and as personal representative of the estate of Emma Monahan |
| Steptoe, Sr., Jack E. | 08-cv-80608 | Steptoe, Sr., Jack E., individually and as Executor of the estate of Jerlene Steptoe |
| Zenner, Lucy V. | 08-cv-81081 | Zenner, Lucy V., individually and as surviving spouse of Robert Zenner, Sr. |
| Bryant, Anna | 08-cv-80868 | Anna Bryant |
| Bookenberger, Donald et al. | 09-cv-80136 | Margaret Comey, individually as administrator of the estate of Dennis Comey, Jr. |
| Corcoran, William et al | 09-cv-81005 | William J. Corcoran, individually and as administrator of the estate of Elaine Corcoran |
| Sculley, Margaret et al. | 09-cv-80377 | Evelyn S. Davis, individually as administrator of the estate of Charles Davis |
| Brown, Lonnie et al | 09-cv-81390 | Alice Golden |
| Bookenberger, Donald et al. | 09-cv-80136 | Donna Heath, individually and as administrator of the estate Jerry Heath |
| Sculley, Margaret et al. | 09-cv-80377 | James Scott |

Dated:  August 10, 2010                              Respectfully submitted,

*/s/ Barbara Bolton Litten*
Patricia E. Lowry
Florida Bar No. 332569
E-mail:  plowry@ssd.com
Barbara Bolton Litten
Florida Bar No. 91642
E-mail:  blitten@ssd.com
**SQUIRE, SANDERS & DEMPSEY L.L.P.**
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL  33401-6198
Telephone:  561-650-7200
Facsimile:   561-655-1509

*Attorneys  for Defendants Bayer Corporation,*
*Bayer HealthCare Pharmaceuticals Inc., and*
*Bayer Schering Pharma AG*

3

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 10, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

      */s/ Barbara Bolton Litten*
      Barbara Bolton Litten

# SERVICE LIST

## In re Trasylol Products Liability Litigation – MDL-1928
## Case No. 08-MD-1928-MIDDLEBROOKS/JOHNSON

## United States District Court
## Southern District of Florida

James R. Ronca
Email: jronca@anapolschwartz.com
**ANAPOL, SCHWARTZ, WEISS, COHAN, FELDMAN & SMALLEY, P.C.**
1710 Spruce Street
Philadelphia, PA 19103
Telephone:  215-790-4584
Facsimile:  215-875-7701
*Co-Lead Counsel for Plaintiffs*

Theodore Babbitt
Email: tedbabbitt@babbitt-johnson.com
**BABBITT JOHNSON OSBORNE & LECLAINCHE, P.A**.
1641 Worthington Road, Suite 100
West Palm Beach, FL 33409
Telephone:  561-684-2500
Facsimile:  561-684-6308
*Liaison Counsel for Plaintiffs*

Patricia E. Lowry
Florida Bar No. 332569
Email: plowry@ssd.com
**SQUIRE, SANDERS & DEMPSEY L.L.P.**
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198
Telephone:  561-650-7200
Facsimile:  561-655-1509
*Liaison Counsel for Defendants*

Scott A. Love
Email:  slove@triallawfirm.com
**CLARK, BURNETT, LOVE & LEE, G.P.**
Lyric Center
440 Louisiana Street, Suite 1600
Houston, TX  77002
Telephone:  713-757-1400
Facsimile:  713-759-1217
*Co-Lead Counsel for Plaintiffs*

Neal L. Moskow
Email: neal@urymoskow.com
**URY & MOSKOW, LLC**
883 Black Rock Turnpike
Fairfield, CT 06825
Telephone:  203-610-6393
Facsimile:  203-610-6399
*Federal-State Liaison for Plaintiffs*

WESTPALMBEACH/572067.1