IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

IN RE TRASYLOL PRODUCTS LIABILITY
LITIGATION – MDL-1928

THIS DOCUMENT RELATES TO:

DOMINIC CONSOLINO V. BAYER CORPORATION, ET AL
Case No. 9:08-cv-80942

## PLAINTIFF DOMINIC CONSOLINO'S AMENDED RULE 26(a)(3)(A)(i) DISCLOSURES

COMES NOW Plaintiff Dominic Consolino, and discloses the following individuals who may be called as fact witnesses at the trial of this matter:

### I. WITNESSES PLAINTIFF EXPECTS TO PRESENT

1. Dominic Consolino
   503 Walnut Lane
   Festus, MO 63028
   (636) 931-9222

2. Beverly Consolino (Plaintiff's Spouse)
   503 Walnut Lane
   Festus, MO 63028
   (636) 931-9222

### II. WITNESSES PLAINTIFF MAY CALL IF NEED ARISES

3. Dean Consolino (Plaintiff's Son)
   10426 Chestfield Dr.
   Riverview, FL 33569

4. Christopher Consolino (Plaintiff's Son)
   307 Hideaway Hill
   Eureka, MO 63025

5. Steven Eisenberg, M.D. (Cardiothoracic Surgeon)
   222 S. Woods Mill Rd, #550

86730.1

        Chesterfield, MO 63017
        (314) 434-3049

6.   Humayun Quadir, M.D. (Nephrologist)
     10004 Kennerly Rd.
     St. Louis, MO 63128
     (314) 843-3449

7.   Stephen Staten, M.D. (Primary Care Physician)
     4500 Telegraph Rd, Ste 206
     St. Louis, MO 63129
     (314) 487-3888

8.   David Sewall, M.D. (Cardiologist)
     12855 North 40 Drive
     St. Louis, MO 63141
     (314) 842-0602

9.   Dennis Disch, M.D. (Cardiologist)
     12855 North 40 Drive
     St. Louis, MO 63141
     (314) 842-0602

10.   Daryl Jacobs, M.D. (Cardiovascular Disease Physician)
      2715 Telegraph Rd.
      St. Louis, MO 63125
      (314) 487-3155

## II.   BAYER EMPLOYEES

11.   Stanley Horton

12.   Meredith Fischer

13.   Allen Heller

14.   Edward Sypniewski

15.   Franz Wingen

16.   Reinhard Fesharek

17.   Valentine Pascale

18.   Thomas Chin

88337.1

19. Valerie Pierpont
20. Denise Neal
21. Margaret Foley
22. John Lettieri
23. Robert Harrison
24. Pam Cyrus
25. William Shank
26. Marc Jensen
27. Karen Denton
28. Felix Monteagudo
29. Ed Tucker
30. Anita Shah
31. Joseph Scheeren
32. Michael Rozycki
33. Jennifer Mauer
34. Terry Taylor
35. Steven Zaruby
36. Paul McCarthy
37. Mitch Trujillo
38. Stanley Horton
39. Jeff Bova
40. Savaramakrishan Balakrishnan
41. Matt Skoronsky

88337.1

42. Kuno Sprenger

43. Tomasz Dyszynski

44. Michael Devoy

45. Ernst Weidman

46. Max Wegner

47. Kemal Malik

48. Any other corporate representatives, persons most knowledgeable, persons with knowledge of relevant facts, employees or ex-employees of Bayer Corporation, which are known or will become known over the course of discovery.

49. Any other corporate representatives, persons most knowledgeable, persons with knowledge of relevant facts, employees or ex-employees of Bayer A.G., which are known or will become known over the course of discovery.

50. Any other corporate representatives, persons most knowledgeable, persons with knowledge of relevant facts, employees or ex-employees of Bayer Healthcare Pharmaceuticals, which are known or will become known over the course of discovery.

51. Plaintiff reserves the right to call any and all persons identified by other parties to this civil action.

52. Plaintiff reserves the right to supplement this disclosure as discovery proceeds.

88337.1

Dated: August 10, 2010				Respectfully Submitted,

					**CAREY & DANIS, LLC**

					By:  **/s/ Corey D. Sullivan**
					John J. Carey
					Corey D. Sullivan
					CAREY & DANIS, LLC
					8235 Forsyth Boulevard, Suite 1100
					St. Louis MO 63105
					Telephone: 314-725-7700
					Facsimile: 314-721-0905

					Jeffrey J. Lowe
					THE LOWE LAW FIRM
					8235 Forsyth Boulevard, Suite 1100
					St. Louis MO 63105
					Telephone: 314-678-3400
					Facsimile: 314-678-3401

					*Counsel for Plaintiff*

88337.1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

IN RE TRASYLOL PRODUCTS LIABILITY
LITIGATION – MDL-1928

THIS DOCUMENT RELATES TO:

DOMINIC CONSOLINO V. BAYER CORPORATION, ET
AL
Case No. 9:08-cv-80942

## CERTIFICATE OF SERVICE

I, Corey D. Sullivan, hereby certify that on the date noted below I caused a true and accurate copy of the foregoing to be served upon the following:

Steven E. Derringer
BARTLIT, BECK, HERMAN, PALENCHAR & SCOTT, LLP
54 West Hubbard, Suite 300
Chicago, IL 60610

Eugene A. Schoon
SIDLEY AUSTIN, LLP
One South Dearborn
Chicago, IL 60603

Richard K. Dandrea
ECKERT, SEAMANS, CHERIN & MELLOTT, LLC
600 Grant Street, 44th Floor
Pittsburgh, PA 15219

Susan Artinian
DYKEMA GOSSETT, PLLC
400 Renaissance Center
Detroit, MI 48243

Patricia E. Lowry
SQUIRE, SANDERS & DEMPSEY LLP
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401

88337.1

Dated: August 11, 2010                                  **CAREY & DANIS, LLC**

 

BY:    /s/ Corey D. Sullivan
           Corey D. Sullivan
           Attorney for Plaintiff

88337.1

## Certificate of Service

I hereby certify that on August 11, 2010, I electronically filed the foregoing document with the clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of records or pro se partied identified on the attached Service List in the manner specified, either via transmission of notice of electronic filing generated by CM/ECF or in some other authorized manner for those parties who are not authorized to receive Notices of Filing electronically.

/s/ Corey D. Sullivan
Corey D. Sullivan
csullivan@careydanis.com

94984.1