# Exhibit B

Donald B. Williams, M.D
Professor of Clinical Surgery
Miller School of Medicine
University of Miami
Chief of Cardiothoracic Surgery
University of Miami Hospital
1295 N.W. 14th Street, Suite H
Miami, Florida

PERSONAL INTRODUCTION OF DONALD B. WILLIAMS, M.D.

I was born in Hazleton, Pennsylvania on June 16, 1945. I was awarded a B.S (1967) and
M.S. (1969) in chemical engineering with honors from Cornell University. I graduated
from Jefferson Medical College in 1974, did my general surgery residency at Dartmouth
Medical School from 1974 to 1979, and cardiothoracic residency at the Mayo Clinic from
1979 to 1981. I am board certified in general surgery and cardiothoracic surgery. I was a
member of the faculty of the University of Washington School of Medicine from 1981 to
1984. From 1984 to 1989 I was Chief of Cardiac Surgery at the Inland Heart Center in
San Bernardino, California. I became Chief of Cardiac Surgery and Director of Surgical
Services at Mount Sinai Medical Center, Miami Beach, Florida in 1989 and in 2008 joined
the faculty of the University of Miami School of Medicine. I am currently Professor of
Clinical Surgery, Chief of Cardiothoracic Surgery, Director of Surgical Services, and
Associate Chief Medical Officer at the University of Miami Hospital in Miami, Florida. My
practice has been solely devoted to cardiac surgery and I have performed over 500 open
heart procedures per year since 1981. Approximately 50% of these procedures have
been coronary bypass operations and the balance valve procedures. A relatively large
fraction of my surgery is reoperations which means that the patient has had a previous
open heart operation. Many of my surgical cases are considered high risk procedures,
having been turned down by other cardiac surgeons and referred to me. My research
interests in the past have been focused on outcomes of cardiac surgery in elderly
patients and valve repair and replacement. Currently I am the surgical principal
investigator in a percutaneous aortic valve replacement trial, a stem cell research
project in patients with myocardial infarctions undergoing coronary artery bypass
surgery, and implantation of a new tissue valve. I have had extensive clinical experience
in the pre-operative, intra-operative and post-operative management of thousands of
cardiac surgical patients.

For the purposes of this paper, I have relied on years of experience in performing
cardiac surgical procedures and my personal experience with the use of aprotinin in
hundreds of coronary artery bypass surgery patients utilizing cardiopulmonary bypass. I

1

have also read extensively on the physiologic effects of aprotinin in humans and its use as a blood conservation agent in patients undergoing coronary artery bypass surgery. This reading covered a broad range of clinical studies and meta-analyses of the use of aprotinin in coronary artery bypass patients and well as some basic laboratory work.

FUNCTION OF THE HEART

The heart's basic function is to deliver oxygen rich blood to the vital organs of the body including the brain, liver, gastrointestinal tract, and kidneys as well as all of the other tissues of the body. The heart also delivers blood to itself through three coronary arteries and to the lungs through a series of vessels called bronchial arteries.

The heart consists of four chambers, the low pressure collecting chamber on the right side (right atrium), the low pressure pumping chamber on the right side (right ventricle), the high pressure collecting chamber on the left side (left atrium), and the high pressure pumping chamber on the left side (left ventricle). Between each of the chambers of the heart there is a valve. The basic function of the valves is to open to allow forward flow of blood and when the flow stops to close so that no backward flow occurs. The tricuspid valve is positioned between the right atrium and the right ventricle, the pulmonic valve is at the outlet of the right ventricle attached to the main pulmonary artery leading to the lungs, the mitral valve resides between the left atrium and left ventricle, and the aortic valve is at the outlet of the left ventricle attached to the aorta. The aorta is the largest artery in the body from which essentially all other arteries arise.

Oxygen is extracted from the blood as it passes from the arterial circulation through the tissues in a fine network of vessels called capillaries. The capillaries drain into larger channels called veins which will ultimately drain into two large channels called the vena cava. A good analogy would be tributaries such as creeks draining into small rivers which ultimately form a large river. The inferior vena cava drains the oxygen depleted blood from the lower body while the superior vena cava drains the upper body. Both drain into the right atrium which is the collecting chamber for blood returning to the heart. When the right atrium is full, the tricuspid valve opens and blood flows into the right ventricle. When the right ventricle is full and the right atrium empty, the tricuspid valve closes and the right ventricle contracts or squeezes, the pulmonic valve opens, and blood enters the lungs through the pulmonary arteries. The pulmonary arteries branch into a lace-like network of capillaries which surround tiny near microscopic-sized air sacs called alveoli. It is here that oxygen passes from inspired air into the blood. In this network of capillaries and air sacs carbon dioxide which is a by-product of body metabolism passes from the blood into the air sacs and leaves the lung during expiration

2

(breathing out or exhaling). The oxygen rich blood in the lung capillaries flows into larger channels called pulmonary veins which will ultimately drain into the left atrium. When the left atrium is full the mitral valve opens and blood flows into the left ventricle. When the left ventricle is full and the left atrium empty, the mitral valve closes and the left ventricle contracts. This is a forceful contraction because this is the high pressure side of the heart. The instant the left ventricle contracts the aortic valve opens and oxygenated blood passes through it into the aorta which leads to the arteries which supply the vital organs and other tissues of the body. The larger arteries branch into a network of smaller arteries called arterioles which eventually become the capillary system from which the oxygen is delivered to the tissues.

The process of contraction of the ventricles is called the cardiac cycle and usually occurs 70 to 80 times per minute (heart rate). During exercise or some other form of stress such as fever, the heart rate will increase as the body increases its demand for oxygen. When the heart rate increases the rate of breathing may also increase to bring more oxygen into the lungs. The pressure in the arteries in the body while the left ventricle is contracting and the aortic valve is open is called the systolic pressure (systole meaning to contract) and it is the higher number measured with a blood pressure cuff. The lower number measured with a blood pressure cuff is called the diastolic pressure (diastole meaning to dilate). It is the pressure in the aorta during the period the aortic valve is closed and the mitral valve is open with blood filling the left ventricle.

It is important to note that the very first arterial branches arising from the aorta are the coronary arteries which bring oxygen-rich blood to the heart.  There are two openings, or "ostia" as they are called, in the aorta, each about ¼ inch in diameter approximately one inch above the aortic valve. The one on the left (called the left main) almost immediately divides into two large branches , one which courses down the front of the heart (called the left anterior descending coronary artery) and one which courses around the left side of the heart (called the circumflex coronary artery). These two arteries supply most of the blood to the main pumping chamber of the heart (left ventricle). The more right-ward artery arising from the aorta is called the right coronary artery. It supplies blood to the right ventricle and a small part of the under surface of the left ventricle. Each of these three arteries gives off arterial branches which supply the vital areas of the heart muscle. The term "coronary artery disease" means that one or more of the coronary arteries has developed blockages from atherosclerotic plaque which impede flow of blood.

3

DISEASES OF THE HEART

Diseases of the heart can be categorized into: 1) those that involve the coronary arterial circulation, called "coronary artery disease", 2) diseases that involve the valves of the heart, called "structural valve disease", and 3) diseases that involve the muscle of the heart, called "myocardiopathies".

Coronary Artery Disease

Coronary artery disease is the most commonly diagnosed and treated disease of the heart and is perhaps the most common disease overall in society  When plaque builds up in one or more of the coronary arteries and obstructs the flow of blood, the muscle of the heart becomes "ischemic" which means that it is not getting enough blood. When an area of the heart is not getting adequate blood, it loses its ability to contract. The classic symptom of ischemia is called "angina" which usually manifests itself as a pressure in the chest, pain in the jaw, or pain radiating down the left arm. Angina is sometimes associated with sweating and shortness of breath. It is interesting to note that as many as one quarter of patients with significant coronary disease do not have angina. Some of these people without the classical symptoms of angina when questioned carefully will admit to afternoon fatigue. Angina is brought on when the heart's demand for oxygen cannot be met, such as during exercise and stress. Some patients, usually with very severe coronary artery blockages, will experience pain at rest, after meals, or even during sleep

Plaque in coronary arteries is a complex of cholesterol and cellular materials and it usually takes years for it to build to a level that causes significant obstruction to the flow of blood. The composition and formation of plaque in coronary arteries has been the focus of considerable research. When an artery that is blocked finally closes the patient will experience prolonged chest pain unrelieved by medication and will develop a heart attack or "myocardial infarction". An obstructed artery can close through the formation of a clot in the narrowed area or bleeding into the plaque from the tiny arterioles in the wall of the artery. Unless the artery is promptly opened permanent damage to the heart will occur in the form of a pale scar in the muscle that was supplied by the occluded artery. The damaged area of the heart loses its ability to contract. Closure of the left main coronary artery arising from the aorta is almost always a fatal event, because so much of the main pumping chamber of the heart loses its blood supply.

Occasionally a heart attack will be "silent", which means the patient is unaware that it happened. This most frequently occurs with closure of the distal right coronary artery. More commonly however a patient will experience a prolonged episode of chest pressure and will be hospitalized. Heart attacks that are uncomplicated result in a

4

shorter hospitalization than complicated heart attacks. A complicated heart attack means that the patient develops heart failure which is congestion of the lungs with fluid or arrhythmias which are irregular heartbeats.

Structural Valve Disease

Structural valve disease can be either congenital or acquired. Congenital means that the valve abnormality was present at birth, while acquired means it developed after birth. The most common valve abnormality is called "aortic stenosis", which means that the aortic valve, the main valve coming out of the heart, is narrowed and unable to open properly. The aortic valve normally has three leaflets. The most common form of aortic stenosis develops when the three valve leaflets thicken and stiffen and go on to develop heavy deposits of calcium usually in the later years of life. Some patients are born with an aortic valve with only two leaflets instead of three. A two leaflet valve has turbulent flow through the valve accelerating the deterioration of the valve leaflets. Those patients with a congenital two leaflet valve often require treatment at a younger age, sometimes in childhood.

In order for the heart to pump blood through a narrowed aortic valve the pressure inside the left ventricular pumping chamber must be much higher than in the aorta. This results in a thickening and stiffening of the muscle of the left ventricle. As the narrowing progresses the patient may develop symptoms of chest pressure, shortness of breath and may actually pass out. The turbulent flow across the aortic valve causes a characteristic noise call a heart murmur, easily appreciated with a stethoscope. It is akin to the noise made by water flowing through a garden hose nozzle. When the aortic valve reaches critical narrowing and/or the patient has symptoms the valve is replaced with an artificial valve called a "prosthetic valve". Artificial valves may be made from the tissue of a pig or cow, so-called "tissue valves", or from stainless steel and other synthetic materials, so-called" mechanical valves".

The second most common form of valvular heart disease is leakage of the mitral valve, called "mitral regurgitation". When the left ventricle is contracting the mitral valve should be closed so that all of the blood leaves the heart through the aortic valve. When the mitral valve is unable to close tightly, blood will leak backward into the left atrium, resulting in mitral regurgitation. The mitral valve is made up of two leaflets which are very thin scallops of tissue supported by muscles attached to the wall of the left ventricle. Some patients are born with redundant valve leaflets which are prone to leak with the leakage often worsening as the patient gets older. These are called prolapsing mitral valves and are frequently found in women. Other patients with coronary artery

5

disease may develop mitral regurgitation because the blood supply to the muscles that support the mitral valve leaflets is compromised.

The heart's response to mitral regurgitation is enlargement of the left atrium and the left ventricle. As the left ventricle enlarges it loses its contractility. Usually at the first sign of the left ventricle weakening the mitral valve is either repaired or replaced with a prosthetic valve.

Leakage of the aortic valve, called "aortic insufficiency", is much less common than aortic stenosis and clinically tolerated much better by patients. Surgery is recommended when the contractility of the heart begins to fall and the patient develops shortness of breath.

Narrowing of the mitral valve, called "mitral stenosis", is almost always caused by rheumatic fever which is a blood stream infection with strep usually occurring in childhood. With the discovery of penicillin during World War II mitral stenosis in patients born in the United States has become very uncommon. A few patients, usually born in third world countries, present with fatigue and shortness of breath from mitral stenosis and require valve replacement.

Structural diseases of the tricuspid and pulmonic valves are relatively uncommon in an adult cardiac surgery practice. Occasionally a leaking tricuspid valve associated with mitral regurgitation or mitral stenosis will require repair.

Myocardiopathy

Diseases which predominately affect the muscle of the heart are called "myocardiopathies". The most common type is weakening of the contractility of the heart. Weakening of the heart can be caused by certain viruses which attack the muscle, cancer drugs which cause direct chemical injury, and repeated heart attacks which result in extensive scarring of the muscle (so-called "ischemic myocardiopathy"). Yet most myocardiopathies are probably best termed "idiopathic" which means there is no identifiable cause. Of interest is that some patients who imbibe alcohol heavily develop a weakening of the heart muscle, called "alcoholic myocardiopathy". Less common and more poorly understand is the broad category called "restrictive myocardiopathies" in which the pumping chambers are stiff and unable to relax and hence the chamber filling is restricted.

Patients with myocardiopathies will frequently present to their cardiologist with congestive heart failure which is fluid retention in the lungs and soft tissues particularly the lower legs, because the pressures inside the heart are very high and the heart cannot pump enough blood. These patients are treated with diuretics, which are drugs

6

that help the kidneys remove water and steroids which are powerful anti-inflammatory agents. Some patients will have a heart transplant.


DIAGNOSIS OF HEART DISEASE

Coronary Artery Disease

Patients who present with symptoms that are suggestive of angina are first assessed for risk factors or things which may increase the likelihood of heart disease. A family history of heart attacks at an early age, smoking, diabetes mellitus, elevated cholesterol, obesity, and a diet high in animal fat are all factors which predispose to coronary artery disease. After a thorough physical examination, an electrocardiogram, blood tests including a cholesterol profile, and a chest x-ray are performed. An echo cardiogram may be taken if there is a heart murmur detected on physical examination or if there is a history of valvular heart disease such as a prolapsing (leaking) mitral valve or rheumatic fever. A heart murmur is the noise heard with a stethoscope made by turbulent flow across a valve. Most patients presenting with chest pain will undergo a stress test where the electrocardiogram is monitored continuously while the patient walks briskly on a treadmill. Sometimes a radioisotope is injected and a scan taken to demonstrate specific areas of the heart that may not be getting enough blood. Although all patients with a worrisome stress test are sent for a coronary angiogram, some patients with normal stress tests are advised to have an angiogram if the physician's index of suspicion is high. This may occur in the presence of one or more risk factors, an abnormal resting electrocardiogram, or frequent, severe symptoms that suggest coronary artery disease. It is important to note that as many as 10-15% of patients with a normal stress test are found to have significant coronary artery disease on their coronary angiogram.

A coronary arteriogram is the gold standard for the diagnosis of obstructive coronary artery disease. The procedures can be done as an outpatient in a cardiac catheterization laboratory by a cardiologist with special training. Most major hospitals have cardiac catheterization laboratories.  During the coronary angiogram a small catheter is passed through an artery in the groin into the aorta and positioned just above the aortic valve. A special dye which lights up on x-ray is injected into each of the two coronary artery openings in the aorta and a digital film taken as the dye fills the arteries. Frequently a bolus of dye is also injected into the left ventricle and a film recorded as the heart contracts. Abnormalities in the heart's contractility can be identified in this way. The coronary angiogram is reviewed and if there is significant obstruction of the arteries a treatment plan established. Please see section on the TREATMENT OF HEART DISEASE.

Some patients can be screened for coronary artery disease with a special scan which detects calcium deposits in the arteries. The more calcium seen the more likely the patient has significant obstructions in the arteries.  The latest generation of high speed scanners can actually define the coronary anatomy, but the reliability has not yet surpassed coronary angiography.

Structural Valve Disease

Patients with structural valve disease may have no symptoms or may be severely disabled with shortness of breath and fluid retention. The initial evaluation of patients suspected of having valve disease is similar to that for coronary artery disease. Each type of valve problem has a heart murmur or flow noise across the valve that is unique to it. A cardiologist can often tell which valve is not functioning properly by listening to the heart with a stethoscope. An echocardiogram, called a "2D or surface echocardiogram", is done in the cardiologist's office. A small probe is passed over the surface of the chest wall. The probe sends sound waves through the chest which register on a screen defining the heart and its structures in two dimensions. If significant abnormalities are detected on a surface echo such as a narrowed or leaking valve the patient is referred to a hospital for a transesophageal echo or "TEE". A sonic probe attached to a flexible shaft is passed into the esophagus and positioned behind the heart. The TEE is probably the most sophisticated way to assess valvular heart disease, and even the pressures inside the heart can be approximated. Some older patients who are in need of valve surgery may have to undergo a coronary angiogram to assess the coronary circulation prior to surgery.

Myocardiopathies

The preliminary evaluation of patients with poorly functioning hearts because of a problem with muscular contraction proceeds much the same as in patients with coronary artery disease and valve disease. It is important to determine that the weakening of the heart is not related to an abnormally functioning valve, such as a leaking mitral valve which could be repaired or replaced. Patients with myocardiopathies are usually referred for evaluation to medical centers with heart transplant programs. Unfortunately only a small fraction of patients with end stage dysfunction of the muscle who are severely disabled and near death undergo heart transplant.

TREATMENT OF HEART DISEASE

Coronary Artery Disease

The coronary angiogram will elucidate the extent and severity of the coronary artery obstructions and it is used to plan a treatment strategy. Patients with obstructions that are not severe and in who the risk of heart attack is small may be managed medically, that is with medication and risk factor modification. Medicines that help the arteries of the heart to relax and dilate and others that reduce the workload of the heart are prescribed. The patient's blood pressure is controlled, and cholesterol lowering drugs, the so-called "statins" are started.

If the blockages in the arteries are more serious and the patient is at risk for a heart attack the cardiologist performing the angiogram may choose to place stents in the blockages. A stent is a tiny metal coil, something like a microscopic "slinky", which is blown up in the blocked area opening the artery to flow. Some stents have medication impregnated in them which prevents the formation of scar tissue by the body inside the stent. These are called "medicated or drug-eluting stents". After the placement of stents the patient must take clopidogrel (Plavix) which is a powerful blood thinner to prevent the formation of clot in the stent. Clopidogrel is a much stronger blood thinner than aspirin and presents a serious bleeding risk for those patients taking the drug who must have heart surgery. Many patients who have had stents placed will ultimately be referred for coronary artery surgery.

If the coronary artery obstructions are not amenable to "stenting" the patient is usually referred for coronary artery bypass surgery. Patients referred for surgery usually have multiple blockages in each artery, may have a narrowing of the left main artery (the short artery that divides into the two large branches on the left side), one or more arteries that are completely closed that cannot be opened with a stent, and some patients who have significant impairment of the contractility of the heart. Unfortunately many patients are taking clopidogrel which dramatically raises the likelihood of bleeding with surgery and frequently mandates the transfusion of large volumes of blood and blood products to promote clotting. If the patient is able to wait to have surgery, the clopidogrel is stopped and the surgery done 5-7 days later. However, the clopidogrel cannot be stopped safely in patients who have medicated stents placed within one year.

Patients with unstable symptoms of angina, that is pain at rest with intravenous medication such as nitroglycerine infusing, may need to be taken to the operating room emergently on the same-day as the coronary angiogram. Other patients with compelling obstructions such as a tight left main narrowing are usually operated upon the day

following the angiogram or during that hospitalization. Patients who are placed on the heart-lung machine during their coronary artery bypass surgery within five days of an angiogram are at risk for kidney failure because of the toxicity of the angiogram dye.

Coronary artery bypass surgery by most everyone's measure is the "gold standard" for the treatment of serious coronary artery disease when relief of symptoms, improvement in the quality of life, and long-term survival is considered.

Valvular Heart Disease

Most patients with valvular heart disease can be effectively managed medically for years with a combination of blood pressure control, diuretics (water pills) to reduce fluid retention, and medicines that control or prevent rapid, irregular beating of the heart. When patients become disabled from shortness of breath or fluid retention and the heart shows early signs of weakening, surgery is recommended. Some patients with aortic stenosis may be referred for valve replacement in the absence of symptoms because of the severity of the narrowing. Recent data suggest that early surgical intervention for a leaking mitral valve has better long-term outcomes than waiting until the patient becomes symptomatic and the contractility of the heart falls. Hence, patients with significant leakage of the mitral valve with normal functioning of the heart muscle and minimal symptoms are often referred for mitral valve repair or replacement. Patients with a leaking aortic valve are operated upon when they develop symptoms of shortness of breath with exercise or the heart muscle begins to weaken. Patients with narrowing of the mitral valve undergo valve replacement when they are symptomatic or the pressure in the lungs becomes elevated.

As a general rule, it is important that valve repair or replacement be undertaken before the heart muscle is irreversibly weakened and unable to recover.

Myocardiopathies

Patients who have significant weakening of the heart muscle should be referred to a cardiologist who is a specialist in "heart failure". These cardiologists usually practice at a center that has a heart transplant program. The treatment of patients significantly disabled with primary disease of the heart muscle is very challenging and may involve multiple medicines. Younger patients are often referred for heart transplant and are placed on a transplant list awaiting a suitable donor. Of those patients referred for a heart transplant, only a fraction of them receive a new heart.

Some patients severely disabled with a weakened heart can be managed for months or even years with a "left ventricular assist device". These are small, man-made pumps which increase the amount of blood which is delivered to the body. They can improve

the quality of the patient's life by alleviating shortness of breath, reducing fluid retention and improving stamina. They are implanted by a cardiac surgeon in the operating room and the patient must be carefully followed afterward. Assist devices sometimes act as a "bridge-to-transplant" if a suitable donor can be found for the patient.

Unfortunately a large number of patients with serious, disabling disease of the heart muscle slowly succumb to their illness.


SURGICAL TREATMENT OF CORONARY ARTERY DISEASE..."CORONARY BYPASS"

The decision for referring a patient for coronary bypass is made on the basis of the coronary angiogram. Patients that cannot be safely managed medically or who have obstructions not amenable to "stenting" are referred for surgery. Some patients are not candidates for coronary bypass because of age, severe weakening of the heart muscle, or illnesses such as severe lung disease which forecast a prohibitive risk of surgical complications leading to death.

Patients that are operated upon electively are usually admitted to the hospital the day before surgery. These are usually patients with stable symptoms that are predictable and come on with exercise. A few patients are operated upon emergently, on the same day as the catheterization, if their angina symptoms are unstable and they have life threatening obstructions of the coronary arteries. Unstable symptoms usually mean that chest pain is coming at rest with the patient receiving appropriate anti-anginal medication. Unstable symptoms if not treated aggressively often lead to a heart attack. Other patients may be admitted to the hospital after the catheterization and operated upon within a few days. Patients operated upon on the same day as their catheterization may be at increased risk for infections, while any patient operated upon within five days of the catheterization is at risk for kidney complications because of the toxicity of the dye used in the angiogram.

Among the important tests done in preparation for coronary bypass surgery are a chest x-ray, an electrocardiogram, and blood tests to assess the red blood cell count, the kidney function, and the coagulation system. The patient's blood type is determined and at least six units of red blood cells and blood products that promote clotting of the blood are held in the blood bank. Patients taking aspirin or clopidogrel will frequently have abnormalities in the coagulation parameters and additional blood and blood products are often needed.

Under mild sedation the patient is brought to the holding area in the operating room where an arterial pressure monitoring line and a catheter to measure the pressures in the heart are placed by the anesthesiologist. The patient is given prophylactic antibiotics and then taken to the operating suite where the anesthesiologist anesthetizes the patient (puts them to sleep), usually with some form of synthetic narcotic not unlike morphine. The patient is also given a muscle paralyzing agent to prevent involuntary movement during the operation. A soft plastic tube is passed through the larynx into the wind pipe (trachea) by the anesthesiologist and the patient is attached to a mechanical breathing machine. Usually a transesophageal echo probe is passed into the esophagus and positioned behind the heart to view the structures of the heart. Using this probe it is possible to assess both the function of the heart muscle and the valves. Occasionally it may be discovered that there is an abnormality of a valve which must be addressed during the operation. Most commonly this is leakage of the mitral valve. A tube called a foley catheter is placed into the bladder to monitor the patient's urine output during and after the operation. The patient's neck, chest and legs are scrubbed with an anti-bacterial soap. Sterile drapes are then placed around the anterior chest and the legs.

 A "coronary artery bypass graft" is an artery or vein sewn onto a coronary artery beyond an obstruction to bring additional blood to the heart.  Most coronary artery bypass operations involve the use of both the superficial vein from the lower legs, and the left internal mammary artery from under the chest wall (see below).The vein is harvested from the lower legs through a tiny incision at the ankle using a long metal tube with a light on the end of it, called an "endoscope", that is passed under the skin. This is called "endoscopic vein harvesting".  In the early years of coronary bypass surgery the veins were harvested through an incision made over the entire length of the leg. In the last ten years endoscopic vein harvesting has become the standard in most cardiac surgery centers.

While the certified physician assistant begins harvesting the veins, the surgeon will open the chest. A skin incision is made over the breast bone, called the "sternum", and the bone divided in the middle over its entire length with an air driven stainless steel saw. Bleeding along the bone edges is controlled with an electrocautery. An electrocautery looks like a pencil with a metal tip; it uses an electrical spark to cauterize the bleeding tissue.

After the sternum is opened, the surgeon places a special device called a "retractor" which raises the left side of the chest wall exposing the area where the left internal mammary artery is found. He uses the electrocautery to free the left internal mammary artery from the underside of the chest wall being extremely careful not to injure it. It remains attached above and below so that blood continues to flow through it, but its

12

side branches are free from the chest wall. The left internal mammary artery runs parallel along the undersurface of the breast bone from the neck to the abdomen. It is the preferred graft for the coronary artery on the front of the heart (left anterior descending), because the mammary artery graft will last longer than a vein when used for a coronary artery bypass graft.

After the left internal mammary artery is freed from the chest wall the surgeon opens the sac surrounding the heart which is called the "pericardium". Opening the pericardium exposes the heart and the ascending aorta (main blood vessel leading out of the heart). Sutures are placed in the wall of the aorta just before it exits the pericardium and in the right atrium (collecting chamber for all blood returning to the heart from the body) for securing the cannulas that will be connected to the heart-lung machine. A cannula is a tube-like device that is inserted into the aorta or the right atrium.

The heart-lung machine basically consists of a pump and an oxygenator with two long lengths of tubing, one connected to the right atrium (collecting chamber for blood returning to the heart from the body) and the other  to the ascending aorta (main arterial blood vessel  leaving the heart to the body). The oxygenator is a plastic cannister with a membrane inside of it. Blood passes over one side of the membrane and oxygen over the other side. A large cannula is placed in the right atrium and connected to the tubing to the heart-lung machine that will remove blood from the patient. A similar tube leaving the heart-lung machine is connected to a cannula in the ascending aorta which will return oxygenated blood to the patient. The sutures in the right atrium and the aorta are placed in a circular manner called a "purse-string" and serve to secure the cannulas and prevent leakage around them.

When the heart lung machine is turned on all the blood returning to the heart from the upper and lower body is siphoned from the right atrium and pumped through the oxygenator, where oxygen passes into the blood and carbon dioxide leaves the blood. The oxygen rich blood leaves the oxygenator passing through the tubing into the patient via the cannula in the aorta.

The heart-lung machine replaces the function of the patient's own heart and lungs during heart surgery, and when the patient is on the heart-lung machine he is said to be on "cardiopulmonary bypass". During cardiopulmonary bypass both mechanical ventilation and the beating of the heart can be stopped completely without risk to the patient. Stopping the heart allows the surgeon to place coronary bypass grafts on the heart or work on the valves inside the heart. Heparin, which is a powerful intravenous blood thinner, must be given prior to instituting cardiopulmonary bypass so that the blood does not clot in the tubing.

While the purse string sutures are placed the heparin is given intravenously and the distal end of the internal mammary artery pedicle is divided near the diaphragm just above the abdominal cavity. The proximal end of the mammary artery is left intact because it is attached to a large branch of the aorta (subclavian artery). The cannulas are placed in the aorta and right atrium and cardiopulmonary bypass is begun. The surgeon assesses the anatomy of the coronary vessels and plans how he will place the grafts onto the heart using the coronary angiogram as his "road map".  The arteries are almost always found on the surface of the heart.

With his plan in mind, the surgeon places a needle in the aorta just below the cannula returning blood from the heart-lung machine. He then clamps the aorta cross-wise between the cannula returning oxygenated blood to the heart and the needle. Through the needle in the aorta a cold saline solution rich in potassium is infused into the heart through the coronary arteries. The potassium causes the heart to slow down and stop beating. Now the surgeon has a quiet field to sew the grafts onto the heart .The heart-lung machine continues to deliver oxygen-rich blood to the body.

A blocked artery is opened beyond the obstruction.  Using fine suture, which is actually strong, plastic thread with a needle attached, the vein or mammary artery is sewn across the opening in the coronary artery. These are called "distal anastomoses" and usually there are an average of four per patient.

After the distal anastomoses are completed the clamp across the aorta is released and the needle below it removed. With blood flow to the heart restored, the heart will begin to vibrate rapidly which is called "ventricular fibrillation". A small electrical current delivered across the heart by two metal paddles restores rhythmic beating of the heart. A clamp which isolates a part of the wall of the aorta but does not completely block the aorta, called a "side-biting clamp", is placed and a small hole punched in the wall of the aorta. The vein graft is then sewn to this opening in the aorta. When the "side biting" clamp is removed blood flows through the vein to the coronary arteries to which it is attached, bringing a new blood supply to the heart. The mammary artery flow has been on-going to the heart while the vein graft is being sewn onto the aorta, because the mammary artery is attached to a branch of the aorta.

After the surgeon checks the integrity of the grafts for bleeding a fine pair of pacing wires is placed on the surface of the right ventricle and the right atrium. They are sutured in a way that allows them to be safely removed several days after surgery. The ends of the wires are brought out through the skin on the lower chest. Many older patients have a slow heart rate after the circulation to the heart is restored and require pacing to effectively separate them from cardiopulmonary bypass. With an adequate heart rate the anesthesiologist resumes mechanical breathing for the patient, and the

14

heart is slowly filled with blood from the heart lung machine by decreasing the siphoning of blood from the right atrium. When the blood pressure is adequate and the surgeon is comfortable with the heart's contractility, cardiopulmonary bypass is discontinued. The cannula in the right atrium is removed. An infusion of a drug called protamine is begun to reverse the blood thinning effects of heparin. If the heparin is adequately neutralized the blood should clot normally. Some patients naturally have difficulty with clotting and others may have been taking aspirin or clopidogrel which unfavorably alters blood clotting. These patients will often need blood and blood products before the chest incision can be closed.

The surgeon checks all the operative surfaces including the sternum and edges of the pericardium; bleeding sites are cauterized. When the surgeon is satisfied that there is no significant bleeding and the patient is "dry", two chest tubes to drain blood are placed and the sternum closed with heavy stainless steel wires. The soft tissues and skin are closed with special sutures that will be dissolved by the body over 3-4 months.

Some patients with extremely weakened heart muscle may require support in the form of medicines to make the heart beat stronger or mechanical devices to assist the heart in pumping blood. See below for further discussion of ventricular support options.

When the patient is stable and not bleeding excessively through the chest tubes the patient is transferred to the cardiac surgery intensive care unit. By the morning following the surgery most patients will have their breathing tube removed. If the chest drainage is low the chest tubes are removed on the first post-operative day.

Repeat coronary artery bypass operations are frequently more difficult and take longer than the first operation because of adhesions formed around the heart from the first surgery. These adhesions often are the site of bleeding. The coronary vessels are more diseased because of the passage of time and one or more grafts from the first operation may be open and supply vital areas of the heart. Care must be taken not to injure these grafts. Patients undergoing reoperations are frequently older, may have depression of the heart's contractility because of heart attacks, often have undergone coronary artery stenting, and may be taking aspirin and clopidogrel which increases the chance of serious bleeding.

Not infrequently some patients require procedures in addition to the coronary artery bypass. The most common procedure done in conjunction with a coronary artery bypass is a valve replacement or repair. Occasionally a patient will undergo a Maze procedure which is an operation using a radiofrequency probe to ablate the pathways that mediate atrial fibrillation. Rarely a transmyocardial laser revascularization (TMR) is done where a laser is used to create tiny holes in the muscle of the heart which has been shown to

15

relieve angina. A TMR can be alone in patients with coronary arteries unsuitable for grafting or in combination with a coronary artery bypass.

Although the bulk of coronary bypass surgery is done on the heart lung machine some surgeons choose to do some operations with the heart beating using stabilizing devices. These procedures are usually applicable to one or two vessel bypasses and are not advisable in patients with significant depression of the contractility of the heart.

AN OVERVIEW OF RISK FACTORS, COMPLICATIONS, AND MORTALITY

A basic understanding of risk factors as they relate to complications and mortality of coronary bypass surgery is important. Death can be looked upon as the most serious complication of surgery.

A risk factor in the broadest sense is any descriptor of a patient which is known to predispose the patient to developing a complication during or after surgery. In the broadest sense a risk factor can be any condition such as obesity, any disease such as diabetes, any medication such as aspirin, any habit such as smoking, or historical fact such as a strong family history of coronary artery disease. Common risk factors for coronary artery bypass surgery include age, poor contractility of the heart, previous stroke, previous heart attack, kidney insufficiency, diabetes mellitus, hypertension, medications which unfavorably altered the clotting of blood such as aspirin and clopidogrel and previous coronary artery bypass surgery.

Complications are unexpected events occurring in a patient during or after surgery which result in increased pain and suffering, prolonged hospitalization, present a threat to the patient's life, and may unfavorably alter the outcome of surgery. Complications may occur during surgery, but most commonly occur after surgery. The most common complications after coronary bypass surgery include a fast, irregular heartbeat, bleeding, infection, strokes, heart attacks, and kidney failure.  See section on COMPLICATIONS OF CORONARY ARTERY BYPASS SURGERY.

Risk factors identified in a patient may predispose that patient to one or more complications. Insulin dependent diabetes mellitus is a good example, because patients with this disease have an increased incidence of infection and kidney failure after coronary bypass surgery. Some complications are more serious than others. For instance a rapid, irregular heart beat after coronary artery bypass surgery is usually not a threat to the patient's life, is relatively easy to treat with medication, and at worst prolongs the patient's hospitalization by approximately three days. In contrast a deep sternal wound

infection is a threat to the patient's life, may require multiple surgical procedures, and prolongs hospitalization at least several weeks.

Death can be viewed as the most serious complication of surgery. Some other serious complications of coronary artery surgery such as a severely disabling stroke or a large heart attack can lead to death. Sometimes one serious complication can lead to others and the final outcome is death. For instance, serious post-operative bleeding can lead to low blood pressure requiring massive infusions of blood and blood products which leads to kidney failure and ultimately death.

Risk factors can be used to determine the likelihood of a patient dying with coronary bypass surgery. The likelihood of a patient dying is expressed as a percentage and is called "predicted mortality". Large data bases such as the Society of Thoracic Surgeons (STS) Database contain information on hundreds of thousands of patients including risk factors, complications, and outcomes such as death tabulated by type of operation performed. Using the STS Database and the patient's risk factors, the likelihood of a patient surviving a coronary artery bypass surgery can be predicted. If we say that the predicted mortality for a coronary artery bypass operation is 3%, it means that patients in the STS Database with exactly the same risk factors undergoing a coronary artery bypass operation died within 30 days of their operation 3% of the time, or conversely survived 97% of the time. It is important to note that these data bases are not perfect and sometimes underestimate predicted mortality.


COMPLICATIONS OF CORONARY ARTERY BYPASS SURGERY

Complications of coronary artery bypass surgery can be grouped as those that occur in the operating room, called "intra-operative complications", and those that occur after the surgery in the intensive care unit, called "post-operative complications".

Intra-operative Complications

Complications that occur in the operating room may be grouped into complications resulting from the surgical manipulation of the heart, called "technical complications", complications that arise from alterations in heart function or rhythm, complications related to drug reactions, and complications that arise from the heart-lung machine such as bleeding.

Technical complications include aortic tears at the site of cannula in the aorta returning blood from the heart-lung machine and closure of a coronary bypass graft. Aortic tears can usually be successfully repaired with carefully placed sutures. Graft closure may

17

result in an area of acute injury on the heart and usually mandates that the graft be redone. If a very small, diseased coronary artery is bypassed the closure of the vessel may go unrecognized in the operating room. Technical problems in the operating room may lead to prolonged periods on cardiopulmonary bypass and long periods of having the heart arrested with the aorta cross-clamped. This may lead to difficulty in discontinuing cardiopulmonary bypass because the heart does not function well after a long period of arrest and increased bleeding because of disturbances in the clotting system related to the heart lung machine.

When the surgeon encounters difficulty weaning the patient from cardiopulmonary bypass, medications such as epinephrine can be used to make the heart beat stronger. Sometimes it is necessary to use an intra-aortic balloon pump which is a device that takes 15-20% of the workload from the heart and improves flow in the coronary arteries. Rarely is it necessary to place a left ventricular assist device which is described above. Disturbances in the regular, rhythmic beating of the heart almost always can be managed with a combination of temporary pacing and intravenous drugs.

The most common drug reaction during coronary artery bypass surgery is an allergic reaction to protamine. Protamine is a drug extracted from salmon sperm and is used to reverse the blood thinning effects of heparin after cardiopulmonary bypass. Insulin-dependent diabetics and patients allergic to fish are more likely than others to have significant reactions to protamine which usually manifests as low blood pressure. Protamine reactions occur in less than 10% of patients, are usually mild, and can be managed with medicine.

Perhaps the most perplexing problem in the practice of cardiac surgery today is excessive bleeding. Although the patient's blood is thinned with heparin during cardiopulmonary bypass, bleeding frequently follows the discontinuation of bypass and reversal of heparin with protamine. Platelets are an important cellular element in the blood and when functioning properly platelets aggregate to plug up microscopic holes in tiny capillaries. Cardiopulmonary bypass decreases the number of platelets in the blood as well as impairs their ability to aggregate and form clots. The preoperative use of drugs that interfere with platelet function such as aspirin and clopidogrel can further exacerbate the adverse effect of cardiopulmonary bypass on platelets. A prolonged period on the heart-lung machine can cause other serious disturbances in the ability of the blood to clot. Patients with excessive bleeding are often given large amounts of banked blood and blood products to control bleeding. Transfusion of large amounts of blood and blood products is considered a complication of surgery, and can unfavorably impact the outcome of a coronary artery bypass operation. See section on RISK OF BLOOD TRANSFUSION below.

Aprotinin is a drug which has been shown in multiple studies to reduce bleeding after cardiopulmonary bypass. It is given during the operation and will significantly reduce transfusion requirements. See section on APROTININ below.

Post-Operative Complications

Common post-operative complications occurring in the intensive care unit after coronary artery bypass surgery include rapid, irregular heart beating (called atrial fibrillation), excessive, continued bleeding through the chest tubes, kidney insufficiency and kidney failure requiring dialysis, heart attack, stroke, and wound infections. Certain patients are considered at increased likelihood of developing a complication of surgery if that patient has factors which predispose to that complication(s).  For instance a diabetic patient who has been taking insulin for many years is more likely to develop renal insufficiency and infections than non-diabetic patients.

Rapid, irregular heart beating (called atrial fibrillation) is the most common post-operative complication, occurring in as high as 30% of patients. It is treated with medicines and is usually self-limiting. Patients who do not convert to their normal electrical rhythm must take a blood thinner to avoid strokes. Atrial fibrillation will prolong hospitalization almost three days.

Excessive blood draining from the chest tubes in the intensive care unit (over 200 cc/hour) despite correction of clotting factors mandates re-exploration of the chest incision in the operating room. The sternal wound is re-opened, clotted blood is removed, and all the surgical sites are inspected. If a surgical site is found to be bleeding it is repaired usually by suturing. Patients taking drugs such as aspirin or clopidogrel often require transfusion of blood and blood products in the intensive care unit and sometimes require re-exploration in the operating room when the drainage through the chest tubes is excessive. When patients taking aspirin or clopidogrel are re-explored, bleeding from all operative surfaces is most often found rather than a single focus of bleeding. Surgical hemostasis is important because excessive bleeding and re-exploration for bleeding is often associated with adverse outcomes.

Kidney dysfunction after coronary bypass surgery may be reversible or it may be permanent. Reversible kidney dysfunction also called renal insufficiency means the blood measurement of kidney function called "serum creatinine" rises after surgery then returns to a level at or near to what it was at prior to surgery. Reversible kidney dysfunction occasionally may require dialysis on a temporary basis until the kidney function returns. If the kidney dysfunction is permanent it requires long term dialysis frequently for life.

In general a number of different factors predispose patients to kidney dysfunction after coronary artery bypass surgery including age, pre-existing kidney problems, a prolonged period of time on the heart-lung machine, transfusion of large volumes of blood and blood products, poor contractility of the heart requiring support with medicines or the intra-aortic balloon pump, insulin-dependent diabetes mellitus, and certain classes of high blood pressure medications. The period of time a patient is on cardiopulmonary bypass can vary greatly from one surgeon to another for the same operation. The period of time on cardiopulmonary bypass can also vary greatly depending upon the nature and complexity of the operation. Combined procedures such as a coronary artery bypass and valve replacement take longer than an isolated coronary artery bypass or isolated valve replacement. The shorter the time on the heart-lung machine the less likely the patient will suffer renal dysfunction. Patients with risk factors that predispose to renal dysfunction such as pre-existing renal dysfunction and insulin-dependent diabetes mellitus are particularly vulnerable to long periods on cardiopulmonary bypass.

If one considers all patients undergoing coronary bypass operations, that includes many patients without factors predisposing to kidney dysfunction and some patients with factors predisposing to kidney dysfunction, kidney dysfunction occurs in a small percentage of patients. The term used by cardiac surgeons to describe this mixed or heterogeneous group of patients is "all-comers".  However, if a group of patients with one or more of the important risk factors that predispose to kidney dysfunction are considered, the incidence may be as high as 25% with a larger fraction sustaining permanent kidney damage. The important concept to grasp is that the incidence of any complication of coronary bypass surgery such as renal dysfunction will be increased when a group of patients is considered that has a larger number of patients with factors that predispose to that complication.

A heart attack after coronary bypass surgery is determined by the measurement of cardiac-specific enzymes in the blood and changes in the electrocardiogram are often noted. Patients undergoing reoperations have at least double the frequency of heart attacks compared to first time surgery patients. Increased time on the heart-lung machine increases the likelihood of a heart attack. Patients with very small, diffusely diseased arteries often seen in insulin-dependent diabetics have an increased incidence of heart attacks with coronary artery bypass surgery.

Strokes are usually defined as functional deficits which occur after surgery and do not spontaneously resolve. These are most commonly changes in speech or weakness of the arms or legs. An altered level of consciousness may occur in elderly patients but is usually self-limited and the patient returns to normal before leaving the hospital . Patients who have had a stroke at any time before surgery are at increased risk for a

20

stroke with coronary artery bypass surgery. Multiple published studies using sophisticated psychological tests administered to patients at intervals after surgery have shown that cardiopulmonary bypass does not alter brain function either on the short term (months) or long term (years) .

Wound infections may involve the chest wound or the vein harvesting sites in the legs. Insulin dependent diabetics are slightly more prone to develop an infection. Many surgeons feel that the infusion of large volumes of blood and blood products and re-exploration for bleeding may predispose some patients to wound infections. A deep sternal wound infection, that is an infection inside the chest incision, is the most serious type of infection and often requires additional surgeries with a prolonged hospitalization.

PROFILE OF A CORONARY ARTERY BYPASS PATIENT

The average age of patients undergoing coronary artery bypass surgery is 67 years, approximately 70% are male, with 60% married or living with a partner. Nearly 80% are white and only 5-6% black. Fifty percent of patients have a family history of coronary artery disease, 75-80% have symptoms of angina, and 90% a positive stress test. Patients with a strong family history of coronary artery disease tend to be younger. One in five patients will have a current or past history of smoking. As many as 70% will have diabetes mellitus, some treated with diet only, some with diet and oral medication and some with diet and insulin. Two thirds of patients have high blood pressure and one-quarter have serious lung disease such as emphysema. Approximately one-half have significant obstructions in three or more vessels, and 15-20% will have had a balloon angioplasty or stent done in a cardiac catheterization laboratory prior to surgery. Only 3% of patients will have had previous coronary bypass surgery. Approximately 10-15% have had an old heart attack, and 5% an old stroke. Currently many patients sent for coronary artery bypass surgery are taking either aspirin or clopidogrel and many a combination of both.

TRANSFUSION RISKS IN CORONARY ARTERY BYPASS SURGERY

Patients undergoing coronary artery bypass surgery using the heart-lung machine are at increased risk for bleeding in the operating room and after the operation in the intensive care unit. Use of the heart-lung machine causes a reduction in the number of platelets and impairs their function. Platelets are an important clotting element in the blood. Many patients undergoing coronary artery bypass operations are taking drugs such as aspirin or clopidogrel which seriously interfere with platelet function. In addition

the heart-lung machine adversely affects the ability of the blood to clot in other ways. Hence the risk of bleeding after coronary bypass surgery can be very high, and many patients require large volumes of red blood cells and blood factors such as platelets to promote clotting.

The number of units of red blood cells transfused for a coronary artery bypass operation is probably between 2-6 units with similar volumes of blood products (platelets and fresh frozen plasma) infused to promote clotting of the blood. (1) Overall 10-20% of the nation's blood supply is utilized for cardiac surgical procedures. (2) Donor blood is a precious resource which is very expensive and at times in short supply.

Despite advancing technology in blood banking, transfusions pose risks to the patient. Autologous blood donation in patients with ischemic heart disease is ill-advised. The risk of a reaction to a blood transfusion increases proportional to the number of units of blood infused to a patient. Blood may be contaminated with bacteria from the skin of the donor and transferred to the recipient of the blood. Despite advances in blood banking technology there is still a risk of contacting the human immunodeficiency virus (HIV) and the hepatitis C virus. (3) Transfusion reactions where the wrong type of blood is given and the red blood cells break apart occurs in 1-7 per 1000 units transfused (4,5) and over 70% of these reactions are the result of clerical errors (6).

Patients who have undergone coronary artery bypass surgery using the heart-lung machine and received blood and blood products are at increased risk for transfusion-related complications compared to those patients who receive only blood. These complications are more likely to occur as the volume of blood and blood products infused increases. In my experience even patients who bleed in the operating room and are exposed to large volumes of blood which has been re-processed using cell-saving techniques are exposed to added risk. Acute lung injury, which can be life-threatening, occurs in 1 in 5000 transfusions, and patients who have been on the heart lung machine and have multiple transfusions are at increased risk for this complication. (7) When a large amount of blood is transfused, volume overload of the body's circulation occurs with severe congestion of the heart and lungs. This serious problem is often seen in patients who bleed after coronary artery bypass surgery. The risk of infection after coronary artery bypass surgery is increased with the number of units of blood transfused. (8) Coronary bypass patients who received no blood had an incidence of infection of 2.6% whereas those that received more than six units of blood had an incidence of infection of 22.2%. A review of over 16,000 patients undergoing coronary artery bypass surgery showed a six-fold increase in stroke associated with a high transfusion requirement. (9) Kidney insufficiency has been shown to worsen as increasing amounts of blood is transfused in patients undergoing coronary artery bypass

surgery. (10) Studies have shown a relationship between prolonged mechanical ventilation and the amount of blood transfused. (11) Coronary bypass patients who receive multiple transfusions have a longer hospital stay. (12) Patients who receive transfusions during hospitalization for coronary artery bypass surgery have increased risk for death up to sixty months after surgery compared to patients who have not received blood. (13)

In summary, any patient who receives a blood transfusion is at risk for an adverse reaction. The risk compounds with each additional unit of blood or blood product transfused. For every 10,000 units of blood transfused there will be approximately 64 reactions. For the transfusion of platelets the risk is considerably greater. For every 10,000 units of platelets infused there will be over 1000 reactions with 12-13 being severe. (14) Considering that the heart-lung machine both reduces the number of platelets and impairs their function, and many patients are taking drugs which adversely interfere with platelet function, patients undergoing coronary artery bypass surgery are at risk for excessive bleeding. Most patients undergoing coronary artery bypass surgery require blood and platelet infusions and are at risk for an adverse transfusion reaction which may be life threatening.


APROTININ USE IN CARDIAC SURGERY

Bleeding in Coronary Artery Bypass Surgery..... A General Overview

Bleeding associated with coronary artery bypass surgery may occur in the operating room, "intra-operative", or after the patient arrives in the intensive care unit, "post-operative". In almost all open heart surgery programs the patient is transferred directly from the operating room to the intensive care unit unlike other surgical procedures where a patient may be held in a recovery room prior to transfer to their room. Cardiac surgeons view bleeding as either "surgical" or "non-surgical".

Surgical bleeding may arise from the suture line on a bypass graft where the graft is attached to the coronary artery or the aorta. It may also come from a suture line on the heart itself at the site of cannulation for the heart-lung machine. Surgical bleeding almost always requires the placement of additional sutures for adequate control.

Non-surgical bleeding or "diffuse oozing" as it is often referred to by cardiac surgeons, is bleeding from capillaries on all operative surfaces including the skin, the edges of the breast bone and pericardium, and even needle holes where sutures pass through the wall of a graft. It occurs because of abnormalities in the patient's blood clotting system. It is managed by infusing blood products which are rich in clotting factors. Because

23

platelet numbers and function are altered by the heart-lung machine, platelets are almost always infused for non-surgical bleeding.

Experience with Aprotinin..... 1993 to Present

In 1993 the FDA approved aprotinin for use in patients in need of repeat and high risk primary coronary artery bypass surgery.

In 1993 I was the Director of Surgical Services and the Chief of Cardiac Surgery at Mount Sinai Medical Center in Miami Beach, Florida. Our open heart surgery program was the largest in south Florida performing in excess of 1000 open heart operations per year, approximately 50% coronary bypasses of which a relatively large fraction were re-operations. We were the tertiary referral center for high risk open heart surgery in south Florida.

When aprotinin became available we began to use it in our high risk patients who we felt were at increased risk for bleeding complications. We carefully followed the guidelines and dosage recommendations of the manufacturer. We noted a marked decrease in bleeding and transfusion requirements in patients who received aprotinin. We were so pleased with the results of aprotinin in our high risk patients that we enrolled in the International Multicenter Aprotinin Graft Patency Experience – IMAGE Trial which encompassed 10 sites in the US, one in Europe, and two in Israel. Among its major objectives, this trial was designed to determine if aprotinin had any effect on early closure of bypass grafts as well as bleeding and transfusion requirements in first time coronary artery bypass patients. We continued to use aprotinin in our high risk patients with excellent results while the IMAGE Trial was on-going. Data from the IMAGE trial supported our own impression that aprotinin significantly reduced bleeding and transfusion requirements in first-time coronary artery bypass patients.

In 1993 our cardiac surgery group was comprised of three surgeons in addition to me. During the period from 1993 to 1998 I performed at least 500 and often over 600 open heart procedures per year. Our program was called a "closed program", which means all the open heart surgery at Mount Sinai Medical Center was done by our group. We maintained a highly detailed data base managed by a full-time nurse. This data base, like the Society of Thoracic Surgery data base tabulated pre-operative data including risk factors, operative data such as the length of time on the heart-lung machine, and postoperative data, particularly complications and deaths. A number of papers were published using this data base including two papers on coronary bypass surgery in patients over 80 years of age. We were particularly focused on complications after surgery including bleeding, infection, kidney failure, heart attacks, and death. We used aprotinin in hundreds of high risk patients from 1993 to 1998. Bleeding and transfusion

requirements were clearly less in the patients that received aprotinin. There were no complications noted to have an unexpected increased incidence in aprotinin treated-patients including kidney problems, heart attacks, and early and late mortality.

In 1998 aprotinin was approved for use in any patient undergoing an isolated coronary artery bypass operation using the heart-lung machine. We expanded our use to include most all of our coronary bypass surgery patients including those taking aspirin or at increased risk for bleeding for other reasons. Our data did not identify any unexpected adverse effects of the drug on kidney function or the heart.

In 2006 a paper by Mangano et al was published with data suggesting that aprotinin use increased the possibility of kidney problems after coronary artery bypass surgery. (15) Our own data in hundreds of patients that we followed however did not substantiate this finding.

The Mangano 2006 paper spawned a number of meetings in our hospital between the cardiac surgeons, the cardiac anesthesiologists, and the hospital administration. I analyzed the Mangano paper carefully and found that this was an observational study wherein the aprotinin treated patients undergoing coronary artery bypass surgery were selected by the surgeon to receive the drug. This phenomena where a surgeon chooses to use aprotinin in his high risk patients much more frequently than in his low risk patients is called "surgeon bias". Surgeon bias was clearly apparent in the data presented in the Mangano 2006 paper. The aprotinin-treated group of patients in the Mangano paper was a higher risk group for complications and death than the patients who did not receive aprotinin. I pointed out to my colleagues and the hospital administration that the Mangano data analysis was flawed because of surgeon bias and that the author's conclusions not justified. The decision was made to continue to use aprotinin in the higher risk group of patients in our practice.

Over the next year we proceeded cautiously with our use of aprotinin, carefully monitoring outcomes with a particular eye toward kidney problems. We noted no unexpected increase in kidney problems in aprotinin treated patients, despite the fact that we were using the drug on high risk patients. It was the consensus among the cardiac surgeons and anesthesiologists at our institution that even if there was a slightly increased risk of kidney problems as Mangano speculated, the positive impact aprotinin had on reducing bleeding and improving outcomes far outweighed it.

In 2007 a second observational study using the same data was published by Mangano suggesting that aprotinin use was associated with an increased risk of long term mortality. (16) Once again, our data did not support the Mangano 2007 finding. I carefully analyzed this second Mangano publication and came to the same conclusions

25

as with the 2006 paper, that it was an observational study with significant surgeon bias. The group of patients receiving aprotinin were at much higher risk for unfavorable outcomes including post-operative complications and death. The authors concluded that, "Use of aprotinin among patients undergoing CABG surgery does not appear prudent because safer and less expensive alternatives (i.e. aminocaproic acid and tranexamic acid) are available". Based upon my own experience in hundreds of patients treated with aprotinin, I felt this was a reckless statement based upon questionable data with a significant surgeon bias. Furthermore, the lead author had never done a coronary artery bypass operation and endured a sinking feeling as his patient bled uncontrollably because of a serious clotting problem. I pointed out to my colleagues and the hospital administration that our data with risk factor adjustment did not support increased mortality with aprotinin. Despite our pleas to continue to use aprotinin in high risk patients where the benefit was clear, the hospital administration instructed us to stop using aprotinin because of litigation fears.

Since discontinuing the use of aprotinin, bleeding and the use of blood and blood products has increased dramatically in some of our patients. I continue to use the heart-lung machine for most of my coronary artery bypass operations and continue to operate on a large number of high risk patients. Most of our patients are taking aspirin or clopidogrel or both and are at increased risk for bleeding. Many patients with angina, a history of a heart attack and all those patients with drug-eluting stents are given clopidogrel which is a very powerful drug that impairs the function of platelets. In our experience the bleeding in patients taking clopidogrel is far worse than with aspirin alone and requires larger volumes of blood and platelets during coronary artery bypass surgery. Unfortunately we cannot safely stop clopidogrel in advance of surgery in many patients.


EPSILON-AMINOCAPROIC ACID AND TRANEXAMIC ACID

Epsilon-aminocaproic acid (EACA) is a drug which is used sometimes to reduce bleeding in patients undergoing cardiac surgical procedures. There have been no good quality studies that I have read showing that it significantly reduces bleeding in patients undergoing cardiac surgery. Tranexamic acid has been shown to have a modest impact on the volume of blood transfused in patients undergoing cardiac surgery. (17)

In my practice neither EACA nor tranexamic acid have been consistently effective in reducing blood loss and transfusion requirements. Aprotinin on the other hand had a significant impact on reducing bleeding and the need for blood and blood products in my practice, particularly in those patients at increased risk for bleeding. In re-operative

coronary artery bypass surgery where the patient had a previous heart operation there are vascular adhesions around the heart. These adhesions must be taken down and often bleed profusely. The effect of aprotinin on reducing bleeding in re-operative coronary artery bypass surgery in my practice was profound.


APROTININ AND MYOCARDIAL INFARCTION AFTER CORONARY ARTERY BYPASS SURGERY

In centers of cardiovascular excellence myocardial infarction after primary coronary artery bypass surgery occurs in less than 2% of patients. In repeat surgery the incidence of myocardial infarction may be increased to 5% or greater because the patients are older, sicker, and the coronary arteries are more diseased. Myocardial infarction is diagnosed from characteristic changes in the electrocardiogram and elevations of cardiac enzymes in the blood indicating injury. In well-designed, controlled trials the electrocardiograms and enzyme data are sent to the Core Laboratory in St. Louis, Missouri to objectively determine the likelihood of myocardial injury.

The use of aprotinin in patients undergoing coronary artery bypass utilizing cardiopulmonary bypass does not increase the risk of post-operative myocardial infarction.

In 1992 Cosgrove et al (18) published a study on the efficacy and safety of aprotinin in patients undergoing re-operative coronary artery bypass surgery. Although there was an increased incidence of myocardial infarction in aprotinin-treated patients the difference did not reach statistical significance. The likely explanation of this increase relates to aprotinin's effect on anticoagulation (blood thinning) during cardiopulmonary bypass. Aprotinin elevated the blood test that was used to measure the level of anticoagulation during cardiopulmonary bypass in this study. That implies that the dose of heparin used for anticoagulation of the patient's blood during cardiopulmonary bypass may have been too low and the patient developed microscopic clots in the grafts. Bayer's Global Coronary Artery Bypass Database describes later studies where no adverse effect on myocardial infarction was noted.

Brown et al (19) published a meta-analysis in 2007 including all published studies from 1985 to July, 2006 of three agents including aprotinin used in cardiac surgery to reduce bleeding. They found no significant risk of postoperative myocardial infarction with aprotinin compared to the other agents. Henry et al (20) published a meta-analysis in 2007 of 40 trials encompassing over 6000 patients and found no increase in post-operative myocardial infarction in patients treated with aprotinin compared to placebo . A meta-analysis is the statistical method for combining the results of a number of

smaller studies. One reason to perform a meta-analysis is to evaluate the effectiveness of a treatment such as aprotinin while increasing the power to quantify relatively uncommon adverse effects such as myocardial infarction after coronary artery bypass surgery.

An early multicenter placebo-controlled trial of aprotinin for reducing blood loss and the requirement for donor blood in patients undergoing elective in repeat coronary artery bypass surgery showed no difference in post-operative myocardial infarction between aprotinin-treated patients and controls. (21) In a study designed to assess coronary artery bypass graft patency in aprotinin-treated patients versus controls the incidence of myocardial infarction in aprotinin-treated patients was 2.9% versus 3.8% in controls.(22) In this trial the electrocardiograms and cardiac enzyme data were analyzed in a blinded fashion at the Core Lab. Of the 745 spontaneous adverse events reported to the Bayer Global Data Base from 1985 to March 31, 2006 there were 29 patients with myocardial infarctions out of a total exposure of 4.3 million patients.

Mangano et al (15) published an observational study designed to assess serious adverse outcomes in patients receiving epsilon-aminocaproic acid, tranexamic acid and aprotinin. To place this study in the proper perspective it is critical to understand the difference between an observational study and a randomized study. In a randomized study patients treated with aprotinin are assigned the drug randomly without any input from the physician-investigators. In an observational study the clinical decision to use aprotinin is not controlled by the study protocol, and surgeons are free to use the drug on any patient they choose. This introduces a significant selection bias, because the surgeon will often give aprotinin to higher risk patients to avoid bleeding complications. The sicker patients are most often the ones who have the highest likelihood of bleeding, and are the patients most vulnerable to an adverse event which may result from the excessive bleeding and transfusion of banked blood. In the Mangano study the aprotinin-treated patients were a much sicker group and hence much more prone to adverse events. The aprotinin-treated patients were twice as likely to have associated valvular heart disease and 11.4% had previous coronary artery bypass surgery compared to 2.3% in the control group. Patients undergoing a repeat operation have an increased incidence of adverse events compared to those undergoing a primary operation. Compared to the control group the aprotinin-treated group had more patients with insulin dependent diabetes mellitus, hypertension, congestive heart failure, carotid arterial disease, liver disease, kidney disease, and pulmonary disease. The aprotinin–treated patients were more likely to have undergone angioplasty or "stenting" of a coronary artery prior to surgery. Hence there was treatment selection bias in the Mangano study because sicker patients were chosen to receive aprotinin. Even with the

28

most sophisticated statistical tools the treatment bias in this study cannot be corrected to make a valid comparison between aprotinin-treated patients and controls.

Based upon my review of the available studies and my own experience with using aprotinin, I am convinced that the drug does not have an increased incidence of myocardial infarction when used in coronary artery bypass patients utilizing cardiopulmonary bypass.

APROTININ AND CORONARY ARTERY BYPASS GRAFT OCCLUSION

Coronary artery graft occlusion particularly in the early postoperative period is an ongoing concern to all cardiac surgeons. The most common cause of early graft closure is a poor quality coronary artery target vessel. Other causes include a poor quality graft conduit (saphenous vein or mammary artery) and technical errors in construction of the graft.

Despite its salutary effect on the coagulation system lessening bleeding and reducing transfusion requirements, aprotinin does not cause an increased incidence of early graft closure in patients undergoing coronary artery bypass surgery utilizing cardiopulmonary bypass.

In a randomized, placebo-controlled study conducted in a single institution in patients undergoing primary coronary artery bypass no difference was found in graft patency between aprotinin-treated patients and controls. (23) Grafts were studied 7 to 12 days after surgery using a magnetic resonance scanning technique. In the aprotinin group 95.75% of the grafts were patent and in the control group 96.6%. All left internal mammary artery grafts were patent in both groups. Kalangos et al (24) did postoperative coronary angiograms on patients randomized between aprotinin and placebo and found no significant difference between patients treated with aprotinin compared to placebo. In a multicenter randomized trial Lemmer et al (25) found no difference in the patency rates on a per-graft basis between aprotinin-treated patients and controls using an ultra-fast CT scanning technique. This study differed from earlier studies because patients were stratified on the basis of primary or repeat surgery and on the basis of aspirin therapy. In a randomized trial Lass et al (26) studied aprotinin – treated patients and controls with coronary angiography 18 to 35 days post-operatively. When all grafts were considered the aprotinin group had a 10.5% occlusion rate compared to 12.7% for the non-treated group.

To further clarify graft patency in aprotinin-treated patients after coronary artery bypass surgery utilizing  cardiopulmonary bypass, Bayer, the manufacturer of the drug,

commissioned a large multicenter, multi-national study. (22) This study was specifically designed and sized to address the issue of graft patency with 10 sites in the US and 3 outside the US. Patients were randomized between intra-operative aprotinin and placebo and coronary angiography was performed post-operatively. When all 13 study sites were considered graft occlusions occurred in 15.4% of aprotinin-treated patients and 10.9% of the patients receiving placebo. When the data were adjusted for risk factors known to be associated with early graft closure the graft closure rates for aprotinin-treated and placebo patients were nearly identical. These factors included female gender, lack of prior aspirin therapy, small and poor distal recipient vessel quality, and possibly the use of aprotinin-treated blood as excised vein graft perfusate. Further analysis showed a significant treatment by site interaction for one of the non-US sites compared to the US centers. When the graft closures were analyzed for US centers only, excluding the non-US centers, there was no difference between treatment groups with the closure rate 9.4% for aprotinin and 9.5% for placebo.

Based upon my review of the aforementioned studies, my personal experience with using aprotinin, and my participation in the multi-center, multi-national patency trial, I am convinced that the use of aprotinin in coronary artery bypass patients utilizing cardiopulmonary bypass has no adverse effect on graft patency.


APROTININ AND STROKE IN CORONARY ARTERY BYPASS PATIENTS

Mechanisms which have been proposed to explain central nervous system injury associated with cardiopulmonary bypass include decreased perfusion of the brain, passage of tiny fragments of plaque to the brain from the aorta, microscopic clots generated by re-infusion of shed blood, and manipulation of the cardiopulmonary bypass circuit.

Stroke rates associated with cardiac surgery in adults have been reported as high as 4% with rates of 8 to 16% in high risk patients. (9) Risk factors for stroke include age, diabetes mellitus, vascular disease, poor contractility of the heart, female gender, renal failure, prior history of stroke, hypertension and use of the intra-aortic balloon pump.

The use of aprotinin in patients undergoing coronary artery bypass utilizing cardiopulmonary bypass does not increase the risk of stroke. In the context of this paper stroke is defined as a fixed neurological deficit such as weakness of an arm or leg which does not resolve. Encephalopathy is defined as an altered level of consciousness unrelated to anesthesia or medication.

A systematic review and meta-analysis of 18 randomized, placebo controlled trials published by Sedrakyan et al (27) in 2004 showed that aprotinin-treated patients had a significantly reduced incidence of stroke compared to placebo patients. Another meta-analysis of 8 trials published in 2004 showed that there were significantly less strokes when patients were treated with aprotinin during coronary artery bypass utilizing cardiopulmonary bypass. (28) In a meta-analysis of 15 trials designed to compare the effectiveness of epsilon-aminocaproic acid and aprotinin in reducing bleeding it was found that aprotinin-treated patients had less strokes than placebo-treated patients.(29) Smith et al (30) in a meta-analysis of over 2000 patients found a significant reduction in the incidence of stroke in patients receiving aprotinin compared to placebo. The full dose of aprotinin was found in a retrospective analysis to reduce the incidence of stroke compared to placebo. (31) Stroke was defined in this study as injury noted on a scan of the brain. The same investigators found that the full dose of aprotinin had a significantly less incidence of stroke compared to half the dose, 0% versus 13.2%. (32) This implied that the full dose of aprotinin may have a protective effect. Karkouti et al (33) in a study comparing aprotinin and tranexamic acid in high-transfusion risk cardiac surgery patients found no significant difference in the incidence of stroke in aprotinin-treated patients versus the tranexamic acid group. In the Bayer Global Database for all patients undergoing coronary artery bypass utilizing cardiopulmonary bypass 1.1% of aprotinin- treated patients had stokes compared to 1.6% in the non-treated group. For repeat coronary artery bypass patients 0.7% of the aprotinin-treated group had stokes compared to 3.1% in the non-treated group.

Mangano et al (15) in a 2006 publication of an observational study found an increased incidence of stoke and encephalopathy in aprotinin-treated patients compared to non-treated patients in non-complex operations. But no adverse effect was noted in patients undergoing re-operative coronary artery bypass surgery, emergency surgery, or surgery involving additional procedures such as a valve replacement. As noted above, this was an observational study with a significant element of treatment bias whereby the cardiac surgeons chose the sicker patients to receive aprotinin. The patients in the aprotinin treatment group were much more likely to have risk factors for stroke. See section on APROTININ AND MYOCARDIAL INFARCTION AFTER CORONARY ARTERY BYPASS SURGERY for additional analysis of this publication.

Based upon my careful review of the available publications and my personal experience with aprotinin, I am convinced that aprotinin-treated patients do not have an increased incidence of stroke after coronary artery bypass surgery utilizing cardiopulmonary bypass. It appears that in repeat coronary artery bypass patients aprotinin use may be associated with a reduction in the incidence of stroke and encephalopathy.

APROTININ AND RENAL (KIDNEY) FAILURE AFTER CORONARY ARTERY BYPASS SURGERY UTILIZING CARDIOPULMONARY BYPASS

Renal failure defined in its broadest sense implies that the function of the kidney to remove fluid and toxic metabolic byproducts such as acid has been adversely affected. Acute renal failure means that the process is accelerated and the kidney's function is deteriorating rapidly. When the kidneys no longer function, the patient is placed on dialysis which is an artificial machine which purifies the blood and removes water. The most commonly used measure of renal function is called "serum creatinine". It is measured in milligrams per deciliter of blood (mg/dL).

In the context of the vast amount of information in the medical literature on kidney function and aprotinin, the terms renal failure, acute renal failure, renal dysfunction, and renal insufficiency are used loosely and at times interchangeably. Renal dysfunction often means a rise in the creatinine of 0.5mg/dL from baseline. I will do my best to highlight pertinent differences in the use of these terms in the context of presenting a precise and accurate overview of the pertinent literature on renal failure and aprotinin.

Renal failure after coronary artery bypass surgery utilizing cardiopulmonary bypass occurs in 1 to 5% of patients and may be as high as 25% in high risk populations. Common factors that place patients at increased risk for renal problems after coronary artery bypass surgery utilizing cardiopulmonary bypass include age, female gender, pre-existing renal disease, diabetes mellitus, congestive heart failure, poor functioning of the heart, lung disease, valvular heart disease, prolonged period on cardiopulmonary bypass, bleeding, obesity, hypertension and transfusion of banked blood.

A number of studies published in the medical literature have evaluated the efficacy and safety of aprotinin in patients undergoing coronary artery bypass surgery utilizing cardiopulmonary bypass. These studies have spawned a series of review articles which have concluded that aprotinin does not typically produce clinically significant or permanent alteration in renal function requiring dialysis, but in a small percentage of patients a transient increase in post-operative creatinine is observed which eventually returns to the pre-operative level. (34-37)

The statistical method for combining the results of a number of smaller studies are known as meta-analysis. By pooling data from multiple studies, meta-analyses generally allow for a more objective appraisal of the data, provide a more precise effect of a treatment, and increase the power to assess the occurrence of rare adverse events.

Henry et al (38) pooled 13 studies and found no significant risk for developing renal failure in aprotinin-treated patients. The authors noted that "aprotinin had been used for years and it is not likely that major serious toxicities would have been missed". Smith et al (30) analyzed 4 published studies and 2 unpublished studies and found no significant adverse effect of aprotinin on renal function compared to placebo. Munoz et al (29) analyzed 8 trials and found no significant increase in renal dysfunction in aprotinin-treated patients compared to controls. Brown et al (39) updated the Munoz study in 2006 and noted no significant increase in renal failure but a significant transient increase in renal dysfunction. Sedrakyan et al (27) published a meta-analysis encompassing 17 randomized trials with 3003 patients and found renal failure in 1.5% of the aprotinin-treated patients and 1.3% in the placebo group.

Review of the Bayer Global Database shows that the incidence of serum creatinine elevations greater than 0.5 mg/dL after coronary artery bypass surgery are significantly increased in aprotinin-treated patients (9.0% in treated versus 6.6% in non-treated ), but the changes are reversible. Patients with pre-operative creatinine elevations are more likely to see an increase in creatinine of greater than 0.5mg/dL postoperatively. In this data base there is no correlation between creatinine elevations and gender, age, congestive heart failure or diabetes mellitus. Most importantly, there is no increased risk of renal failure requiring dialysis in aprotinin-treated patients. There are a number of additional randomized control trials not sponsored by Bayer that also show no increased risk of acute renal failure requiring dialysis in aprotinin-treated patients.

In June 2006 Bayer commissioned an observational administrative database study with i3 Drug Safety, a division of Ingenix Pharmaceutical Services, Inc. i3 proposed to use the Premier Administrative Database to conduct a study of serious cardiovascular and renal outcomes among patients undergoing coronary artery bypass to quantify the association between aprotinin and the occurrence of specified outcomes. After review of the preliminary i3 analysis, Bayer concluded that limitations of the Premier Database rendered it unsuitable for addressing the comparative safety of hemostatic agents including aprotinin in the complex setting of coronary artery bypass surgery for the following reasons with which I agree:

1. Absence of medical history or clinical diagnoses at admission.
2. Absence of laboratory data and timing of clinical diagnoses that emerge during the course of hospitalization.
3. No standardized mechanism for ensuring that the administrative data entered into the Premier Database by participating hospitals are an accurate reflection of clinical data recorded in the hospital medical record. In the limited medical

records review that occurred, the concern that the Premier Database does not accurately record patient characteristics was validated.

4. The absence of the majority of the independent risk factors comprising the Society of Thoracic Surgeons validated risk models for mortality and morbidity in isolated coronary artery bypass in the Premier Administrative Database.

From my perspective as a practicing cardiac surgeon there is nothing meaningful to be derived from the i3 study. Because the data set is incomplete any results or conclusions from the i3 Study would be inaccurate and misleading and therefore will not be included in this paper.

A study I found particularly informative on the aprotinin-renal failure issue was published by Furnary in Circulation in 2007. (40) The authors analyzed data on 11,198 patients from the Merged Cardiac Registry with 2757 receiving aprotinin. This multi-center population had 5 times the number of patients analyzed in the Mangano paper (15) and 12 times that of the Karkouti paper (33). The Cleveland Clinic Model used by Furnary to predict renal failure pre-operatively showed that patients selected to receive aprotinin were at higher risk for renal failure. A second model to predict the amount of banked red blood cells the patient would receive peri-operatively showed that the aprotinin-treated patients would require considerably more blood than controls. The amount of blood that was actually infused in the aprotinin-treated patients was less than predicted because of the salutary effect of aprotinin on bleeding, yet greater than the control group. But most importantly in this study it was found that the amount of red blood cells transfused predicts acute renal failure...the more red blood cells transfused the higher the risk of acute renal failure. In the Mangano paper (15) the amount of banked blood transfused was not considered in estimating acute renal failure which represents a fundamental error. Based upon their analysis the authors of the Furnary paper in made the following conclusions with which I agree:

1. Aprotinin does not independently increase the risk of post-operative renal failure in patients undergoing coronary artery bypass utilizing cardiopulmonary bypass.
2. The implication of aprotinin as being associated with post-operative renal failure by Mangano et al was incorrect and premature.
3. Aprotinin lowers the risk of transfusion of red blood cells.
4. Aprotinin is safe with regard to renal failure
5. Based upon their data, the authors recommended that the FDA should reconsider its position on aprotinin.

There are other non-randomized and observational studies which do not associate aprotinin with post-operative renal failure.

34

APROTININ AND MORTALITY AFTER CORONARY ARTERY BYPASS UTILIZING
CARDIOPULMONARY BYPASS

Early Mortality

For the purposes of this paper early mortality is defined as death in the hospital within
30 days following surgery.

Six meta-analyses comparing randomized patients treated with aprotinin compared to
placebo found no significant increase in early mortality in aprotinin-treated patients.
(19,20,27,28,29,41). Levi et al (41) analyzing 26 trials found that the early mortality in
aprotinin- treated patients was almost half of placebo-treated patients (1.5% for
aprotinin versus 2.8% for placebo). Sedrakyan et al (27) pooled 32 trials encompassing
3779 patients and found 2.5% early mortality in the aprotinin-treated group compared
to 2.4% for placebo-treated group. Munoz et al (29) found no significant difference in
mortality between aprotinin-treated patients and controls. In a 2004 publication Henry
and co-workers (28) on behalf of the Cochrane Review found that the early mortality for
aprotinin-treated patients was 3.1% compared to 3.5% in non-treated patients. In a
more recent publication in 2007 Henry et al (20) analyzed 52 trials of aprotinin versus
control and found the use of aprotinin was not associated with an increased risk of
death. Brown et al (19) found no increase in early mortality with aprotinin compared to
placebo in 43 studies analyzed. The authors noted that discrepancies with the Mangano
findings lie in the difference between observational and experimental study designs
with observational studies subject to treatment bias. There are a number of additional
randomized control trials which found no increase in early mortality in aprotinin-treated
patients.

The Blood Conservation using Antifibrinolytics in a Randomized Trial (BART) study was a
Canadian clinical trial to study aprotinin, epsilon-aminocaproic acid (EACA), and
tranexamic acid with the primary outcome massive bleeding and part of a composite
secondary outcome death from any cause at 30 days. (42) The early death rate for
aprotinin was 6.0%, EACA 4.0% and tranexamic acid 3.9% with the difference between
aprotinin and the other agents not statistically significant. The Data Safety Monitoring
Board (DSMB) overseeing the trial closed enrollment because of the increase in all cause
mortality in the aprotinin arm. (43) The DSMB recognized that the evidence that
aprotinin decreases serious post-operative hemorrhage was stronger than evidence that
it increases early mortality. The Expert Advisory Panel on Trasylol (aprotinin) convened
by Health Canada in its Final Report on March 31, 2009 identified serious issues
regarding the BART Study. (44) When 137 randomized patients that were excluded from

the study were included in the analysis the mortality for aprotinin was less. The Panel concluded that it was therefore possible that the risk of death noted in the BART Study was due to chance. The Panel also found issues regarding handling of outcome data with an usually large number of reclassifications of outcomes from the original data disfavoring aprotinin. Based upon the above the Panel concluded that "it was difficult to use the BART Study data in assessing the benefit/risk balance of Trasylol" (aprotinin).

From my perspective as a practicing cardiac surgeon there is nothing meaningful to be derived from the BART Study. For the same reasons there is nothing meaningful from my perspective in the i3 analysis and therefore a discussion of it will not be presented here.

Long Term Mortality

For the purposes of this paper long term mortality is considered as death over 30 days after surgery.

In 2007 Mangano et al (16) published an observational study of mortality conducted between 1996 and 2006 using the same data as their 2006 paper (15). After adjusting the data for risk factors they found that there was a 37% increase in deaths in aprotinin-treated patients compared to non-treated at 5 years. This study like the earlier Mangano study was seriously compromised by treatment selection bias which cannot be balanced by statistical adjustments. The aprotinin-treated patients were clearly sicker as a group than the control patients. In addition the authors suggested that the effects of aprotinin on the body linger over months and years causing compromise to the heart muscle. It is hard to imagine that a drug which is relatively quickly metabolized and excreted might linger for years. A more plausible explanation is that the aprotinin-treated group was sicker and any risk model such as the Society of Thoracic Surgeons would predict both an increased early and late mortality compared to a healthier control group.

Niemcryk et al (45) published a follow-up on the patients who participated in the international multi-center aprotinin graft patency trial (22). There was a 75% response with a mean follow-up of 4 years. Excluding patients who died of non-cardiac causes, the survival rates for aprotinin-treated patients was 94.3% and 95.0% for the control group. Of note is the fact that the incidence of recurrent angina and heart attack in the follow-up period was similar in both groups, which dispels the Mangano theory that the effects of aprotinin linger for years.

36

## CONCLUSIONS

Based upon my review of the medical literature on aprotinin use in coronary artery bypass surgery utilizing cardiopulmonary bypass, my personal experience using aprotinin in hundreds of patients, and to a reasonable degree of scientific and medical certainty, I am of the opinion that:

1. The use of aprotinin significantly reduces bleeding, bleeding complications, and the amount of blood transfused after coronary artery bypass surgery.

2. The use of aprotinin does not cause increased risk of myocardial infarction, early bypass graft closure, stroke, renal failure requiring dialysis, or early or late mortality after coronary artery bypass surgery.

3. The use of aprotinin is associated with a relatively small, reversible rise in the serum creatinine in approximately 9% of patients after coronary artery bypass surgery.

4. The benefit/risk balance for aprotinin strongly favors its use in patients at risk for bleeding after coronary artery bypass surgery.

I reserve the right to amend this report if additional information becomes available.

Respectfully submitted,

*Donald B. Williams*

Donald B. Williams, M.D.

November 2, 2009

REFERENCES

(1) American Red Cross/Blood Usage (Internet). Washington: American Red Cross: 2009 Available from; http://www1.givebloodgive life.org/education. In.

(2) Stover, EO, Siegel LC, Parks R, Levin J, Body SC, Maddi R, et al. Variability in transfusion practice for coronary artery bypass surgery persists despite national consensus guidelines: a 24-institutistudy. Institutions of the Multicenter Study of Perioperative Ischemia Research Group. Anesthesiology 1998; 88(2);327-33.

(3) Kleinman S. Transfusion – Transmitted Infection Risk from Blood Components and Plasma Derivatives. In: Simon T, Dzk W, Synder E, Stowell C, Strauss R, editors. Rossi's Principles of Transfusion Medicine. Third ed. Philadelphia; Lippincott Williams & Wilkins;2002. P703-717.

(4) Linden J, Wagner K, Voytovich A, al E. Transfusion errors in New York State. Transfusion 2000(40):1207-1213.

(5) Robillard P, Karl IN. Incidence of adverse transfusion reaction in the Quebec Hemovigilence System. Vox Song 2002(83): 120(abstr, suppl).

(6) Seeber P, Shander A. Basics of Blood Management. Wiley-Blackwell; 2007. p 252.

(7) Silliman CC, Boshkov LK, Mehdizadehkashi Z,Elzi DJ, Dickey WO,Podlosky L, et al. Transfusion-related acute lung injury: epidemiology and a prospective analyses of etiologic factors. Blood 2003; 101(2):454-62.

(8) Murphy PJ, Connery C, Hicks GL, Jr., Blumberg N. Homologous blood transfusion as a risk factor for post-operative infection after coronary artery bypass graft operation. J Thorac Cardiovasc Surg 1992; 104(4): 1092-9.

(9) Bucerius J, Gummert JF, Borger MA, Walter T, Doll N, Onnasch JF, et al. Stroke after cardiac surgery: a risk factor analysis of 16,184 consecutive adult patients. Ann Thorac Surg. 2003; 75(2): 472-8.

(10) Habib RH, Zacharias A, Schwann TA, Riordan CJ, Engoren M, Durham SJ, et al. Role of hemodilution anemia and transfusion during cardiopulmonary bypass after coronary revascularization: implications on operative outcome. Crit Care Med 2005; 33(8): 1749-56.

(11) Moore FA, Moore EE, Sauara A. Blood transfusion. An independent risk factor for postinjury multiple organ failure. Arch Surg 1997; 132(6); 620-4; discussion 624-5.

(12) Vamvakas EC, Carven JH. RBC transfusion and postoperative length of stay in the hospital or the intensive care unit among patients undergoing coronary artery bypass graft surgery; the effects of confounding factors. Transfusion 2000; 40(7); 832-9.

(13) Engoren MC, Habib RH, Zacharias A, Schwann Ta, Riordan CJ, Durham SJ. Effect of blood transfusion on longterm survival after cardiac operation. Ann Thorac Surg 2002; 74(4): 1180-6.

(14) Kleinman S, Chan P, Robillard P. Risks assoc iated with transfusion of cellular blood components in Canada Transfus Med Rev 2003; 17(2);120-62.

(15) Mangano DT, Tudor IC, Dietzel C; for the Multicenter Study of Perioperative ischemia (McSPI) Research Group and the Ischemia Research and Education Foundation. The risk of associated with aprotinin in cardiac surgery. N Engl J Med 2006; 354: 353-365.

(16) Mangano DT, Miao Y, Vuylsteke A; for the Investigators of the Multicenter Study of Perioperative Ischemia Research Group and the Ischemia Research and Education Foundation. Mortality associated with aprotinin during 5 years following coronary artery bypass graft surgery. JAMA 2007; 297(5): 471-479.

(17) Laupacis A, Fergusson D. Drugs to minimize perioperative blood loss in cardiac surgery; meta-analysis using peri-operative blood transfusion as the outcome. The International Study of Peri-operative Transfusion (ISPOT) Investigators. Anesth Anala 1997; 85(6);1258-67.

(18) Cosgrove DM, Blaine H, Lytle BW, Taylor PC, Novoa R, et al. Aprotinin therapy for reoperative myocardial revascularization: a placebo-controlled study.Ann Thorac Surg 1992; 54: 1031-1038.

(19) Brown JR, Birkmeyer NJO, O'Connor GT. Meta-analysis comparing the effectiveness and adverse outcomes of antifibrinolytic agents in cardiac surgery. Circulation 2007; 115:2801-2813.

(20) Henry, DA, Carless PA, Moxey AJ, O'Connell D, Stokes BJ, et al. Anti-fibrinolytic use for minimizing perioperative allogenic blood transfusion (Review).In: The Cochrane Library, Issue 2, 2008. Chichester, UK: John Wiley and Sons, Ltd.

(21) Levy JH, Pifarre R, Schaff HV, Horrow JC, Albus R, Spiess B, et al. A multicenter, double-blind, placebo controlled trial of aprotinin for reducing blood loss and requirement for donor-blood transfusion in patients undergoing repeat coronary artery bypass grafting. Circulation 1995; 92: 2236-2244.

(22) Alderman EL, Levy JH, Rich JB, Nili M, Vidore B, et al. J Thorac Cardiovasc Surg 1998; 116: 716-730.

(23)Bidstrup BP, Underwood SR, Sapsford RN, Streets EM. Effect of aprotinin (Trasylol) on aorta-coronary bypass graft patency. J Thorac Cardiovasc Surg 1993; 105(1): 147-152.

(24) Kalangos A, Tayyareci G, Pretre R, DiDio P, Sizerman O. Influence of aprotinin on early graft thrombosis in patients undergoing myocardial revascularization. Eur J Cardiothorac Surg 1994; 8(12):651-656.

(25) Lemmer JH, Jr, Stanford W, Bonney SR, Breen JF, Chpmker EU. J Thorac Cardiovasc Surg 1994;107(2):543-551.

(26) Lass M, Welz A, Kochs M, Mayer G, Schwandt M, et al. Aprotinin in elective primary bypass surgery. Graft patency and clinical efficacy. Eur J Cardiothorac Surg. 1995; 9(4): 206-210.

(27) Sedrakyan A, Treasure T, Eleftesrades JA. Effect of aprotinin on clinical outcomes in coronary artery bypass graft surgery: a systematic review and meta-analysis of randomized clinical trials. J Thorac Cardiovac Surg 2004; 128(3): 442-448.

(28) Henry DA, Moxey AJ, Carless PA, O'Connell D, McClelland B, et al. Antifibrinolytic use for minimizing perioperative allogenic blood transfusion (Cochrane Review). In: The Cochrane Library, Issue 2, 2004. Chichester, UK: John Wiley and Sons, Ltd.

(29) Munoz JJ, Birkmeyer NJ, Birkmeyer JH, O'Connor GT, Ducey LJ. Is epsilon-aminocaproic acid as effective as aprotinin in reducing bleeding with cardiac surgery? A meta-analysis. Circulation 1999; 99(1): 81-89.

(30) Smithe PK, Muhlbaier LH. Aprotinin: safe and effective only with the full-dose regimen. Ann Thorac Surg 1996; 62(6): 1575-1577.

(31) Frumento, RJ, O'Malley CM, Bennett- Guerrero E. Stroke after cardiac surgery: a retrospective analysis of the effect of aprotinin dosing regimens. Ann Thorac Surg. 2003; 75(2): 479-83; discussion 483-484.

(32) Frumento R, O'Malley C, Grover S, Bennett-Guerrero E. The administration of full dose aprotinin is associated with lower incidence of type I neurological outcome after cardiac surgery. Abstract A-126 presented at American Society of Anesthesiologists Annual Meeting, San Francisco, California. October 23, 2003.

(33) Karkouti K, Beattie W, Dattilo K, McCluskey S, Ghannam M, et al. A propensity score case-controlled comparison of aprotinin and tranexamic acid in high-transfusion-risk cardiac surgery. Transfusion 2006; 46: 327-328.

(34) Dobkowski WB, Murkin JM. A risk-benefit assessment of aprotinin in cardiac surgical procedures. Drug Saf 1998; 18(1): 21-41.

(35) Horl Wh. Aprotinin and renal function in patients undergoing cardiac surgery. Br J Anaesth 2000; 84(1): 3-5.

(36) Levy JH. Efficacy and safety of aprotinin in cardiac surgery. Orthopedics 2004; 27(6 Suppl): s659-662.

(37) Peters DC, Noble S. Aprotinin: an update of its pharmacology and therapeutic use in open heart surgery and coronary artery bypass surgery. Drugs 1999;57(2): 233-260.

(38) Henry DA, Moxey AJ, Carless PA, O'Connell D, McClelland B, et al. Anti-fibrinolytic use for minimizing perioperative allogeneic blood transfusion (Review). Cochrane Database Syst Rev 2006: 1-114.

(39) Brown JR, Birkmeyer NJ, O'Connor GT. Aprotinin in cadiac surgery. N Engl J Med 2006;354(18): 1953-7; author reply 1953-1957.

(40) Furnary AP, YingXing W, Huatzka LF, Gunkemeier GL, Page US, 3rd. Aprotinin does not increase risk of renal failure in cardiac surgery patients. Circulation 2007;1169Suppl I); I-137-I-133.

(41) Levi M, Cromheecke ME, de Jonge E, Prins MH, de mol BJ, et al. Pharmacological strategies to decrease excessive blood loss in cardiac surgery: a met-analysis of clinically releveant endpoints. Lancet 1999; 354(9194): 1940-1947.

(42) Fergusson DA, Hebert PC, Mazer CD, Fremes S, MacAdams C, et al. A comparison of aprotinin and lysine analogues in high-risk surgery. N Engl J Med 2008; 358(22): 2319-2331.

(43) Fergusson DA, Hebert PC, Mazer CD, Fremes S, MacAdams C, et al. A comparison of aprotinin and lysine analogues in high-risk surgery. N Engl J Med 2008; 358(22): 2319-2331 (Suppl App).

(44) Final Report Expert Advisory Panel on Trasylol Ottawa, Ontario December 3, 2008 and January 29, 2009. Health Canada; March 31, 2009.

(45) Niemcryk SJ, Petterson G, Rasmussen C, Cislo a. Follow-up analysis of the international aprotinin graft patency experience. J Drug Assess 2000; 4: 227-306.

## **CURRICULUM VITAE**

1. Date:                              January 14, 2009

**I.   PERSONAL**

2.    Name:                       Donald B. Williams, M.D.

3.    Home Phone:

4.    Office Phone:              305-689-2780

5.    Office address:           1295 NW 14th Street
                                         Suite: H
                                         Miami, FL  33125

6.    Current Academic       Professor of Surgery
       Rank:                       University of Miami School of Medicine

7.    Primary Department:    Thoracic & Cardiovascular Surgery

8.    Appointment:             Chief of Cardiothoracic Surgery
                                         Director of Perioperative Services
                                         Associate Chief Medical Officer
                                         University of Miami Hospital
                                         1400 NW 12th Avenue
                                         Miami, FL  33125

9.    Citizenship:               U.S.A.

10.   Visa Type:                 None

**II.  HIGHER EDUCATION**

11.     Institutional:            Cornell University; B.A.; Chemical Engineering; June 12, 1967
                                         Cornell University; M.S.; Chemical Engineering; January 21, 1969
                                         Ithaca, New York

                                         Jefferson Medical College
                                         Doctor of Medicine, June 11, 1974
                                         Philadelphia, Pennsylvania

                                         Internship:
                                         Dartmouth Hitchcock Medical Center
                                         General Surgery- June 26, 1975

Residencies:
Dartmouth Hitchcock Medical Center
General Surgery-   June 26, 1979

Fellowship:
Mayo clinic
Thoracic Cardiovascular Surgery- June 30, 1981

12.   Non-Institution:            None

13.   Certification,
       Licensure              Washington Board of Medical Examiners, 1981
                              License# 19054

                              California Board of Medical Examiners, 1984
                              License#  G51890

                              Florida Board of Medical Examiners, 1991
                              License#  ME0059369

## III.  EXPERIENCE

14.   Academic                University of Washington School of Medicine
                              Assistant Professor, Department of Surgery
                              Division of Cardiothoracic Surgery, 1981-1984

                              University of Miami School of Medicine
                              Voluntary Clinical Professor of Medicine
                              Department of Surgery, Division of Cardiothoracic of Surgery
                              1989-2008
                              Miami, Florida

                              Mount Sinai Medical Center
                              Chairman, Department of Thoracic and Cardiovascular Surgery
                              Director, Surgical Services, 1989-2008
                              Miami Beach, FL

                              University of Miami School of Medicine
                              University of Miami Hospital
                              Chief of Cardiothoracic Surgery
                              Director Perioperative Services
                              Associate Chief Medical Officer
                              October 2008- Present

15.   Hospital Appointments

16.   Non-Academic              Inland Heart Center
                               Chief of Cardiothoracic surgery
                               Private Practice, 1984-1989
                               San Bernardino, California

17.   Military                 None

## IV.  PUBLICATIONS

1.    Williams DB.  The determination of asymmetric temperature profiles in downflow constant flext heating of Newtonian and non-newtonian fluids.  *Cornell University Press, 1969.*

2.    Williams DB. and Karl RC.  A simple technique for predicting maintenance warfin dosage. *Amer J of Surgery 137" 572-578, 1979.*

3.    Williams DB. and Lyons JH, Jr.  The treatment of severe metabolic alkalosis with hydrochloric acid intravenous infusion. *Surg Gynecol Obstet 150:314-321, 1980.*

4.    Williams DB, Pane WS, Foulk WT and Johnson CS. Splenic arteriovenous fistula. *Mayo Clinic Proceeding 55:383-386, 1980.*

5.    Williams DB. and Karl RC.  *Predicting daily maintenance warfarin dosage.  Yearbook of Family Practice, 1980.*

6.    Williams DB and Karl RC.  Intestinal injury associated with low voltage electrocution. *J of Trauma 21:246-250, 1981.*

7.    Williams DB, Pluth  JR. and Zrszulak TA.  Extrinsic obstruction of the Bjork-Shiley    valve in  the mitral position. *Ann of Thoracic Surgery 32:58-62, 1981.*

8.    Williams DB and Pyne WS.  Observations on esophageal blood supply.  *Mayo Clinic Proceedings  57:448-453, 1982.*

9.    Williams DB, Danielson GK, McGoon DC, Puga F, Mair DD. and Edwards WD. Hancock porcine heterograft valve replacement in children.  *J of Thoracic and Cardiovascular Surgery  84:446-450, 1982.*

10.   Williams DB, Danielson GK, McGoon DC, Felt RH and Edwards WD.   Cardiac fibroma:  long term survival after excision. *J of Thoracic and Cardiovascular Surg 84:230-236, 1982.*

11.     Williams DB, Kiernan PD, Schaff HU, Marsh HM and Danielson GK.   The hemodynamic responses to dopamine and nitroprasside following atrial-to-pulmonary artery bypass (modified Fontan procedure). *Ann of Thoracic Surg 34:52-57, 1982.*

12.     Kennedy JW, Ivey TD and Williams DB.   The role of urgent and emergent revascularization surgery in patients with coronary artery disease. *Monograph of Seminar on Ischemic Heart Disease, Bologna, Italy, Oct 28-29, 1982.*

13.     Ivey TD, Ivey MA, Hessel EA, Bailey WW, Williams DB.  The effect of propanolol on supraventricular tachycardia after coronary revascularization.   *J of Thoracic and Cardiovascular Surgery 85:214-218, 1983.*

14.     Kennedy JW, Ivey TD, Williams DB, Fisher LD.  Rol van cornoaire bypass-chiringie      and acute myocardioinfarct.  Heart Bulletin 14:72-77, 1983.

15.     Williams DB, Kiernan PD, Metke GL, Marsh MM and Danielson GK.   The hemodynamic responses to PEEP following right atrial pulmonary artery bypass (modified Fontan procedure

16.     Ivey TD, Strandness DE, Williams DB, Langois Y, Misbagh GA, Delegans AP.   Management of patients with carotid bruit undergoing cardiopulmonary bypass procedures. *J Thorac and Cardiovascular Surg, 1984.*

17.     Williams DB, Buffington CW, Romson J, Ivey TD.  Failure of Fluosol-DA to reduce infarct size and improve myocardial function during 90 minutes of ischemia. *American Heart Association Meeting, 1984.*

18.     Williams DB. and Dillard DH.  Traumatic tracheobronochial injuries.  *Surgical Rounds.*

19.     Williams DB, Misbach GA, Delgans AP, Ivey TD.  Oral verapamil for prophylaxis      for supraventricular tachycardia after myocardial revascularization: a randomized      trial . *J Thorac and Cardiovascular Pharmacol Jan-Feb 8(1):71-6, 1985.*

20.     Bashein G. Williams DB.   Intraopertive defibrillator failure. *Anesthesiology Mar. 62(3):354-5, 1985.*

21.     Romson JL, Buffington CW, Williams DB, Itoh T, Thomas R, Breazeale DG, Ivey TD.  Effect of verapamil on regional myocardial contraction during ischemia in the dog. *J Cardiovascular Pharmacol Jan-Feb 8(1):71-6, 1985.*

22.     Santana O, Safirstein, Williams DB, Machado H and Agatston A.  Noninvasive documentation of rupture of the interventricular septum due to subacute bacterial

endocarditis. *Video J of Echocardiography. Vol 2, No 1:pp.26-28, 1992.*

23.    Williams DB, Carrillo RG, Traad EA, Wyatt CH, Grahowski R, Wittels SH and Ebra G. Determinants of Operative Mortality and Survival in Octogenarians Undergoing Coronary Artery Bypass Surgery. *Ann Thorac Surg 1995;60:1038-43.*

24.    Carrillo R, Saunkeah B, Pickels M, Traad E, Wyatt C, Williams DB.  Preliminary observations on Cellular Telephones and Pacemakers. *PACE 1995;18:863.*

25.    Carrillo R, Saunkeah B, Traad E,  Wyatt C, Williams DB,  At What Distance Do Cellular Telephones It

26.    Carrillo R, Williams DB, Traad EA, Schor JS.  Electromagnetic filters impede adverse interference of pacemakers by digital cellular telephones (abstract).  J Am Coll Cardiol 1996;27:Suppl, A:15A.

27.    Doblas JJ, Schor J, Traad EA, Carrillo R, Williams DB and Lamas GA.  The Clinical Significance of Left Ventricular Geometry in Patients Undergoing Mitral Valve Replacement.  Clin Cardiol. 24, 717-722 (2001).

28.    Kurlansky PA, Williams DB, Traad EA, Carrillo RG, Schor JS, Zucker M, Ebra G. Arterial Grafting results in reduced operative mortality and enhanced long-term quality of life in octogenarians. *Ann Thorac Surg 2003; 76:418-27.*

29.    Kurlansky PA, Williams DB, Traad EA, Carrillo RG, Schor JS, Zucker M, Ebra G.  The influence of Coronary Artery Disease on quality of life following mechanical valve replacement. *J Heart Valve Dis, 2004; 13:260-71.*

30.    Di Luozzo G, Moussa F, Schor JS, Traad E, Williams DB, Carrillo R. Harmonic Scalpel for Pericardiectomy: Novel Approach to an Old Cardiac Dilemma. *The Heart Surgery Forum 7(5), 2004*

31.    Kurlansky PA, Williams DB, Traad, Carrillo RG, Schor JS, Zucker M, Ebra G.  The Valve of Choice in Elderly Patients and its Influence on Quality of Life: A long-Term Comparative Study. *The J of Heart Valve Disease 2006;15:180-190*

32.    Kurlansky PA, Williams DB, Traad, Carrillo RG, Schor JS, Zucker M, Ebra G.  Surgical management of aortic valve disease in elderly patients with and without coronary artery disease: influence on quality of life. *J Cardiovasc Surg 2007;48:215-26*

## V.  PROFESSIONAL

22.  Funded Research in Progress

    1.    MOSAIC Bioprosthetic Heart Valve Study
        "Implant and Sizing Characteristics of the Medtronic MOSAIC ULTRA Bioprosthetic"


## VI. TEACHING

    28.    None

    29.    Cardiothoracic Surgery
        Cardiovascular Congress 2009, February 20, 2009

## VII.  SERVICE

    30.    Medical Executive Committee, University of Miami Hospital
        OR Committee, University of Miami Hospital
        Chair, Surgical Chiefs Committee, University of Miami Hospital
        SMAT Council, University of Miami Hospital