UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

IN RE TRASYLOL PRODUCTS LIABILITY
LITIGATION – MDL-1928

**This Document Relates to:**
**ALL CASES**
_____/

### DEFENDANTS' STATUS REPORT ON GROUP 3 CASES

*Daubert* and dispositive motions are due in Group 3 cases on August 30, 2010. There were originally 20 cases assigned to Group 3, and the Court added one additional case on May 3, 2010. This report provides an update on the status of cases assigned to Group 3.

**_Daubert_ and summary judgment motions:**

By or on Monday, August 30, 2010, Bayer anticipates filing motions for summary judgment and to exclude case-specific expert testimony in the following Group 3 cases:

* *Collins v. Bayer Corp.*, No. 08-80605[1];

* *Medlinger v. Bayer Corp.*, No. 08-80761; and

* *Puckett v. Bayer Corp.*, No. 08-80920.

**Dismissals and settlements:**

The claims of 13 plaintiffs have been resolved through dismissal or settlement.

- Claims that have been dismissed or in which a stipulation of dismissal is pending:

* *George v. Bayer Corp.*, No. 08-80762;

* *McKinney v. Bayer Corp.*, No. 08-80881;

* *McLain v. Bayer Corp.*, No. 08-80882;

---

[1] This case originally was assigned to Group 1, but was reassigned to Group 3 by Court Order dated May 3, 2010. [D.E. 5701 in 1:08-md-1928; D.E. 62 in 9:08-cv-80605]

* *Metzger v. Bayer Corp.*, No. 08-80751;

* *Moore v. Bayer Corp.*, No. 08-80523 (moved by Court order to Group 4).  [D.E. 5697 in 1:08-md-1928; D.E. 66 in 9:08-cv-80523;

* *Parks v. Bayer Corp.*, No. 08-80524;

* *Romain v. Bayer Corp.*, No. 08-80938;

* *Romero v. Bayer Corp.*, No. 08-80870;

* *Schlaikowski v. Bayer Corp.*, No. 08-80522; and

* *Spanevello v. Bayer Corp.*, No. 08-80525.

- Claims that have been settled:

  * *Chapman v. Bayer Corp.*, No. 08-80526

  * *Coats v. Bayer Corp.*, No. 08-80867; and

  * *McLeod v. Bayer Corp.*, No. 08-80835.

**Cases not ripe for *Daubert* or dispositive motion practice:**

The following cases originally were assigned to Group 3 but are not ripe for *Daubert* or dispositive motion practice for various reasons.  Specifically:

- Cases in which motions to extend the schedule or specific deadlines are pending:

  * *Consolino v. Bayer Corp.*, No. 08-80942 (*see* defendants' unopposed motion regarding the scheduling of *Daubert* and dispositive motions [D.E. 6839 in 1:08-md-01928; D.E. 37 in 9:08-cv-80942] in which the parties agree that deadlines for *Daubert* and dispositive motions should be extended due to difficulties in scheduling depositions of defendants' experts);

  * *Deitz v. Bayer Corp.*, No. 08-80880 (*see* defendants' unopposed motion for extension of case-specific deadlines [D.E. 6830 in 1:08-md-01928; D.E. 54 in 9:08-cv-80880] in which the parties agree that deadlines for *Daubert* and dispositive motions should be extended due to difficulties in scheduling depositions of both parties' experts);

  * *Rawson v. Bayer Corp.*, No. 08-80937 (*see* plaintiffs' unopposed motion for extension of case-specific deadlines [D.E. 6784 in 1:08-md-01928; D.E. 43 in 9:08-cv-80937] in

>
> which the parties agree that deadlines for *Daubert* and dispositive motions should be extended due to difficulties in scheduling depositions of defendants' experts); and
>
> \* *Surratt v. Bayer Corp.*, No. 08-22003 (*see* defendants' unopposed motion regarding the scheduling of *Daubert* and dispositive motions [D.E. 6864 in 1:08-md-01928; D.E. 48 in 9:08-cv-22003] in which the parties agree that deadlines for *Daubert* and dispositive motions should be extended due to difficulties in scheduling the deposition of one of defendants' experts).

- Cases that have been stayed by Court order:

> \* *Lewandowski v. Bayer Corp.*, No. 08-80750.  [D.E. 6614 in 1:08-md-1928; D.E. 64 in 9:08-cv-80750]

Dated:  August 27, 2010

Respectfully submitted,

*/s/  Barbara Bolton Litten*
Patricia E. Lowry (Florida Bar No. 332569)
Email: plowry@ssd.com
Barbara Bolton Litten (Florida Bar No. 91642)
Email: blitten@ssd.com
**SQUIRE, SANDERS & DEMPSEY L.L.P.**
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198
Telephone:  561-650-7120
Facsimile:   561-655-1509

Eugene A. Schoon
Email: eschoon@sidley.com
Susan A. Weber
Email: saweber@sidley.com
**SIDLEY AUSTIN LLP**
One South Dearborn
Chicago, Illinois  60603
Telephone:  312-853-7279
Facsimile:   312-853-7036

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

      I certify that on August 27, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

      */s/  Barbara Bolton Litten*
      Barbara Bolton Litten

## SERVICE LIST

### Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

James R. Ronca
Email: jronca@anapolschwartz.com
**ANAPOL, SCHWARTZ, WEISS, COHAN, FELDMAN & SMALLEY, P.C.**
1710 Spruce Street
Philadelphia, PA 19103
Telephone: 215-735-1130
Facsimile: 215-875-7758
*Co-Lead Counsel for Plaintiffs*

Theodore Babbitt
Email: tedbabbitt@babbitt-johnson.com
**BABBITT JOHNSON OSBORNE & LECLAINCHE, P.A**.
1641 Worthington Road, Suite 100
West Palm Beach, FL 33409
Telephone: 561-684-2500
Facsimile: 561-684-6308
*Liaison Counsel for Plaintiffs*

Patricia E. Lowry
Florida Bar No. 332569
Email: plowry@ssd.com
**SQUIRE, SANDERS & DEMPSEY L.L.P.**
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198
Telephone: 561-650-7200
Facsimile: 561-655-1509
*Liaison Counsel for Defendants*

Scott Love
Email: slove@triallawfirm.com
**CLARK, BURNETT, LOVE & LEE, G.P.**
Lyric Center
440 Louisiana Street, Suite 1600
Houston, TX 77002
Telephone: 713-759-1400
Facsimile: 713-759-1217
*Co-Lead Counsel for Plaintiffs*

Neal Moskow
Email: neal@urymoskow.com
**URY & MOSKOW, LLC**
883 Black Rock Turnpike
Fairfield, CT 06825
Telephone: 203-610-6393
Facsimile: 203-610-6399
*Federal-State Liaison for Plaintiffs*