**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON**

| | |
|---|---|
| IN RE TRASYLOL PRODUCTS LIABILITY LITIGATION — MDL-1928<br><br>THIS DOCUMENT RELATES TO:<br><br>  *Frank Brady* v. *Bayer Corp. et al.*,<br>  Case No. 9:08-cv-80789<br><br>  *John Dodge* v. *Bayer Corp. et al.*,<br>  Case No. 9:08-cv-80788<br><br>  *Jerry Huskey* v. *Bayer Corp. et al.*,<br>  Case No. 9:08-cv-80791<br><br>  *Donna Rogers* v. *Bayer Corp. et al.*,<br>  Case No. 9:08-cv-80785 | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**DEFENDANTS' NOTICE OF WITHDRAWAL OF BAYER'S MOTION TO STRIKE THE EXPERT REPORTS OF PETER ROST AND TO BAR HIS TESTIMONY**

Defendants Bayer Corporation, Bayer HealthCare Pharmaceuticals Inc., and Bayer Schering Pharma AG hereby give notice that they are withdrawing their Motion to Strike the Expert Reports of Peter Rost and to Bar His Testimony ("Motion to Strike") in 1:08-md-01928 (D.E. 6978 ) and each of the captioned cases, and state:

On August 27, 2010, the defendants filed their Motion to Strike in *Frank Brady* v. *Bayer Corp. et al.* (D.E. 45 in 9:08-cv-80789), *John Dodge* v. *Bayer Corp. et al.* (D.E. 44 in 9:08-cv-80788), *Jerry Huskey* v. *Bayer Corp. et al.* (D.E. 42 in 9:08-cv-80791), and *Donna Rogers* v. *Bayer Corp. et al.* (D.E. 42 in 9:08-cv-80785. The Motion has not yet been fully briefed.

On September 2, 2010, counsel for plaintiffs, Patrick E. Mahoney, advised counsel for Bayer that he is withdrawing Dr. Peter Rost as an expert in the cases identified above.

Accordingly, defendants hereby withdraw their Motion to Strike.

Dated:  September 8, 2010

Respectfully submitted,

/s/ Barbara Bolton Litten
Patricia E. Lowry
Florida Bar No. 332569
E-mail:  plowry@ssd.com
Barbara Bolton Litten
Florida Bar No. 91642
E-mail:  blitten@ssd.com
**SQUIRE, SANDERS & DEMPSEY L.L.P.**
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL  33401-6198
Telephone:  561-650-7200
Facsimile:   561-655-1509

*Attorneys for Defendants Bayer Corporation, Bayer HealthCare Pharmaceuticals Inc., and Bayer Schering Pharma AG*

3

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on September 8, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those parties who are not authorized to receive Notices of Filing electronically.

                                                /s/ *Barbara Bolton Litten*
                                                Barbara Bolton Litten

## SERVICE LIST

### Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

James R. Ronca
Email: jronca@anapolschwartz.com
**ANAPOL, SCHWARTZ, WEISS, COHAN, FELDMAN & SMALLEY, P.C.**
1710 Spruce Street
Philadelphia, PA 19103
Telephone:  215-790-4584
Facsimile:  215-875-7701
*Co-Lead Counsel for Plaintiffs*

Theodore Babbitt
Email: tedbabbitt@babbitt-johnson.com
**BABBITT JOHNSON OSBORNE & LECLAINCHE, P.A.**
1641 Worthington Road, Suite 100
West Palm Beach, FL 33409
Telephone:  561-684-2500
Facsimile:  561-684-6308
*Liaison Counsel for Plaintiffs*

Patrick E. Mahoney
Email: patrick@patrickmahoneylaw.com
**MAHONEY LAW, PLLC**
420 W. Main Street, Suite 206
Boise, ID 83702
Telephone:  208-345-6364
Facsimile:  208-336-2088
*Attorney for Plaintiffs*

Patricia E. Lowry
Florida Bar No. 332569
Email: plowry@ssd.com
**SQUIRE, SANDERS & DEMPSEY L.L.P.**
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198
Telephone:  561-650-7200
Facsimile:  561-655-1509
*Liaison Counsel for Defendants*

Scott A. Love
Email:  slove@triallawfirm.com
**CLARK, BURNETT, LOVE & LEE, G.P.**
Lyric Center
440 Louisiana Street, Suite 1600
Houston, TX  77002
Telephone:  713-757-1400
Facsimile:  713-759-1217
*Co-Lead Counsel for Plaintiffs*

Neal L. Moskow
Email: neal@urymoskow.com
**URY & MOSKOW, LLC**
883 Black Rock Turnpike
Fairfield, CT 06825
Telephone:  203-610-6393
Facsimile:  203-610-6399
*Federal-State Liaison for Plaintiffs*

Douglas W. Crandall
Email: dwc@crandall-law.net
**CRANDALL LAW OFFICE**
420 W. Main Street, Suite 206
Boise, ID 83702
Telephone:  208-343-1211
Facsimile:  208-336-2088
*Attorney for Plaintiffs*

WESTPALMBEACH/573227.1