## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

IN RE TRASYLOL PRODUCTS LIABILITY
LITIGATION – MDL-1928

This Document Relates to All Actions

### PROPOSED AGENDA FOR SEPTEMBER 16, 2010, STATUS CONFERENCE

Pursuant to the Court's Order dated November 12, 2009, Plaintiffs and Defendants jointly

request that at the September 16, 2010, status conference the Court hear the parties on the

following agenda items:

1.      Oral argument on Defendants' Motion for Summary Judgment in *Dodson v.*

*Bayer Corp. et al.*, No. 9:08-cv-80770 [D.E. 5547].

2.      Update on resolution efforts.

September 9, 2010                     Respectfully submitted,

                                      */s/ Theodore Babbitt*
                                      Theodore Babbitt
                                      Florida Bar No. 0091146
                                      E-mail: tedbabbitt@babbitt-johnson.com
                                      **BABBITT, JOHNSON, OSBORNE & LECLAINCHE**
                                      1641 Worthington Road, Suite 100
                                      West Palm Beach, FL 33409
                                      Telephone:  561-684-2500
                                      Facsimile:  561-684-6308

                                      *Liaison Counsel for Plaintiffs*

_/s/ Patricia E. Lowry_

Patricia E. Lowry (Florida Bar No. 332569)

Email: plowry@ssd.com

Barbara Bolton Litten (Florida Bar No. 91642)

Email: blitten@ssd.com

**SQUIRE, SANDERS & DEMPSEY L.L.P.**

1900 Phillips Point West

777 South Flagler Drive

West Palm Beach, FL 33401-6198

Telephone:  561-650-7120

Facsimile:  561-655-1509

**_Liaison Counsel for Defendants_**

## CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/Barbara Bolton Litten
Barbara Bolton Litten

SERVICE LIST

In re Trasylol Products Liability Litigation – MDL-1928
Case No. 08-MD-1928-MIDDLEBROOKS/JOHNSON

United States District Court
Southern District of Florida

James R. Ronca
Email: jronca@anapolschwartz.com
ANAPOL, SCHWARTZ, WEISS, COHAN, FELDMAN
& SMALLEY, P.C.
1710 Spruce Street
Philadelphia, PA 19103
Telephone: 215-735-1130
Facsimile: 215-875-7758
*Co-Lead Counsel for Plaintiffs*

Theodore Babbitt
Email: tedbabbitt@babbitt-johnson.com
BABBITT JOHNSON OSBORNE
& LECLAINCHE, P.A.
1641 Worthington Road, Suite 100
West Palm Beach, FL 33409
Telephone: 561-684-2500
Facsimile: 561-684-6308
*Liaison Counsel for Plaintiffs*

Patricia E. Lowry
Florida Bar No. 332569
Email: plowry@ssd.com
SQUIRE, SANDERS & DEMPSEY L.L.P.
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198
Telephone: 561-650-7200
Facsimile: 561-655-1509
*Liaison Counsel for Defendants*

Scott Love
Email: slove@triallawfirm.com
CLARK BURNETT LOVE & LEE, GP
Lyric Center
440 Louisiana Street, Suite 1600
Houston, TX 77002
Telephone: 713-759-1400
Facsimile: 713-759-1217
*Co-Lead Counsel for Plaintiffs*

Neal Moskow
Email: neal@urymoskow.com
URY & MOSKOW, LLC
883 Black Rock Turnpike
Fairfield, CT 06825
Telephone: 203-610-6393
Facsimile: 203-610-6399
*Federal-State Liaison for Plaintiffs*

WESTPALMBEACH/573349.1