Patrick E. Mahoney, ISB No. 5242
MAHONEY LAW, PLLC
The Veltex Building
420 W. Main Street, Suite 206
Boise, Idaho 83702
Telephone: (208) 345-6364
Facsimile: (208) 336-2088
patrick@patrickmahoneylaw.com

Douglas W. Crandall, ISB No. 3962
CRANDALL LAW OFFICE
The Veltex Building
420 W. Main Street, Suite 206
Boise, ID 83702
Telephone: (208) 343-1211
Facsimile:   (208) 336-2088
dwc@crandall-law.net

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

IN RE: TRASYLOL PRODUCTS LIABILITY
LITIGATION – MDL – 1928

This Document Relates to:

   FRANK BRADY AND ALTHEA BRADY
   Case No. 9:08-cv-80789

   SANDRA DODGE, INDIVIDUALLY,
   AND AS SURVIVING SPOUSE OF JOHN DODGE, DECEASED
   Case No. 9:08-cv-80788

   JERRY HUSKEY AND DEBRA HUSKEY
   Case No. 9:08-cv-80791

   DONNA ROGERS, ON BEHALF OF GEORGE ROGERS, DECEASED
   Case No. 9:08-cv-80785

### PLAINTIFFS' NOTICE OF WITHDRAWAL OF EXPERT PETER ROST

Plaintiffs in each of the above captioned cases hereby give notice that they are

PLAINTIFFS' NOTICE OF NON-WAIVER OF *LEXECON* AND VENUE OBJECTIONS -1

withdrawing Peter Rost as an expert in the above listed cases.

**DATED** this _18th_ day of September, 2010.

                        Respectfully submitted,
                        **MAHONEY LAW, PLLC**

                    By _/s/ Patrick E. Mahoney_
                        PATRICK E. MAHONEY
                        Attorney for the Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ____ day of September, 2010, a true and correct copy of the foregoing document was served by email to:

Alan Schwartz: aschwartz@wiggin.com

Barbara Litten: blitten@ssd.com, jheyward@ssd.com, psirois@ssd.com, speck@ssd.com, mcraig@ssd.com

Eugene Schoon: eschoon@sidley.com

Jim Ronca: jronca@anapolschwartz.com

Patricia Lowry: plowry@ssd.com, jfirogenis@ssd.com, jheyward@ssd.com, psirois@ssd.com, speck@ssd.com

Philip Beck: bill.balachowski@bartlit-beck.com

Richard Dandrea: rdandrea@eckertseamans.com

Scott Love: slove@triallawfirm.com, mdl1928@triallawfirm.com

Steven Derringer: steven.derringer@bartlit-beck.com

Susan Artinian: sartinian@dykema.com

MAHONEY LAW, PLLC

By: _____
PATRICK E. MAHONEY