UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

FILED by _____ D.C.

SEP 23 2010

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

IN RE TRASYLOL PRODUCTS LIABILITY )
LITIGATION – MDL-1928 )
)
THIS DOCUMENT RELATES TO: )
)
PATRICIA KIDD v. BAYER CORP., et al )
Case No. 9:09-cv-80119-DMM )
) September 22, 2010
_____/

## PLAINTIFF'S FIRST AMENDED DISCLOSURE OF CASE-SPECIFIC EXPERT WITNESSESAND DESIGNATION OF WITNESSES FOR TRIAL

In accordance with the Orders of the Court and Federal Rule of Civil Procedure 26(a)(3)(A)(i), Plaintiff Patricia Kidd and specifically identifies in this Disclosure of Case-Specific Expert Witnesses those witnesses that she expects to call/may call at trial (in person or via preserved testimony) as follows:

1. F. Gary Toback, M.D., Ph.D.
   Professor of Medicine and Cell Physiology
   Chief (Interim), Section of Nephrology
   Research Subject Advocate
   University of Chicago
   5841 South Maryland Avenue
   MC 5100
   Chicago, IL 60637

Dr. Toback is a nephrologist who will testify as to plaintiff's medical condition before and after cardiac artery bypass graft surgery, the nature of her renal injury, the cause of her renal injury and plaintiff's prognosis based on her current medical condition, all as

more specifically stated in his report containing his findings and opinions.[1]

2. Dr. Robert Love
University of Wisconsin Hospital
600 Highland
Madison, WI 53792

Dr. Love is a cardiothoracic surgeon who treated the Plaintiff, and who, it is anticipated will testify at his deposition specific opinions on the nature, conduct and results of such surgery, the patient's preoperative, intra-operative and postoperative medical condition, as well as his opinion on Trasylol's (aprotinin's) role in the Plaintiff's kidney injury. Plaintiff intends to rely on the opinions expressed at Dr. Love's deposition and no report will be forthcoming.

3. **ALEXANDER WALKER, PHD**
Harvard School of Public Health
677 Huntington Avenue
Kresge Building Room 908B
Boston, MA 02115

Dr. Walker is researcher retained by Bayer to perform what is now known as the "i-3 Aprotinin Study." Dr. Walker testified at his deposition on October 23, 2009 with regard to his opinions on the safety of Trasylol (aprotinin), the relative risks of certain adverse events, and the association and/or causal relationship between the administration of Trasylol (aprotinin) and the development of acute kidney injury, kidney failure and other adverse events. Plaintiff intends to rely on the opinions expressed at the above-referenced deposition and no report will be forthcoming.

---

[1] Dr. Toback's report relating to Plaintiff Kidd has been produced to Defendants.

The Plaintiff hereby adopts and discloses all of the generic expert reports filed on behalf of the Plaintiffs by the Plaintiff Steering Committee. Reports for each of the above-referenced experts shall be provided in accordance with the Court's prior order and the agreement of the parties except as stated herein.

Dated: September 22, 2010

                                                Respectfully submitted,

                                                MATTHEWS & ASSOCIATES

                                                _/s/ David P. Matthews_
                                                DAVID P. MATTHEWS
                                                SBN: 13206200
                                                JULIE L. RHOADES
                                                SBN: 16811710
                                                Rachal G. Rojas
                                                SBN: 24063161
                                                2905 Sackett Street
                                                Houston, Texas 77098
                                                (713) 222-8080 Phone
                                                (713) 535-7184 Fax
                                                dmatthews@thematthewslawfirm.com
                                                jrhoades@thematthewslawfirm.com
                                                rrojas@thematthewslawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2010, I filed the foregoing document with the Clerk of the Court by CM/ECF. I also certify that the foregoing document is being served this day on the following counsel of record in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or by mailing the same to the offices of said counsel by United States mail, postage prepaid.

                                                                            Rachal G. Rojas

| | |
|---|---|
| Patricia E. Lowry<br>Email: plowry@ssd.com<br>Barbara Bolton Litten<br>blitten@ssd.com<br>SQUIRE, SANDERS & DEMPSEY, L.L.P.<br>1900 Phillips Point West<br>777 South Flagler Drive<br>West Palm Beach, FL 33401-6198<br>Telephone: 561-650-7200<br>Facsimile: 561-655-1509<br>***Liaison Counsel for Defendants and Attorneys for Defendants Bayer Corporation, Bayer Healthcare Pharmaceuticals, Inc., Bayer Healthcare LLC, Bayer AG, and Bayer Healthcare AG*** | Steven E. Derringer<br>Email: steven.derringer@bartlit-beck.com<br>Philip S. Beck<br>Email: philip.beck@bartlit-beck.com<br>BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP<br>54 West Hubbard, Suite 300<br>Chicago, IL 60610<br>Telephone: 312-494-4400<br>Facsimile: 312-494-4440<br>***Defendants Co-Lead Counsel and Attorney for Defendants Bayer Corporation, Bayer Healthcare Pharmaceuticals, Inc., Bayer Healthcare LLC, Bayer AG, and Bayer Healthcare AG*** |

Eugene A. Schoon
Email: eschoonAsidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone:          312-853-7000
Facsimile: 312-853-7036
***Defendants Co-Lead Counsel and Attorney for Defendants Bayer Corporation, Bayer Healthcare Pharmaceuticals, Inc., Bayer Healthcare LLC, Bayer AG, and Bayer Healthcare AG***

Melissa S. Caulum
Michael Best & Friedrich LLP
1 S Pinckney Street
Suite 700
PO Box 1806
Madison, WI 53701
608-283-0131
***Defendant Bayer Corporation***

Paul E. Benson
Michael Best & Freidrich
100 E Wisconsin Avenue
Suite 3300
Milwaukee, WI 53202
414-271-6560
414-277-0656 (fax)
pebenson@michaelbest.com
***Defendant Bayer Corporation***