UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

IN RE TRASYLOL PRODUCTS LIABILITY
LITIGATION – MDL-1928

This Document Relates to:

*MARME, et al. v. BAYER CORPORATION, et al.,*
Case No. 9:08-cv-81388
_____/

DEFENDANTS BAYER CORPORATION, BAYER HEALTHCARE
PHARMACEUTICALS INC., AND BAYER SCHERING PHARMA AG NOTICE OF
TAKING DEPOSITION *DUCES TECUM* OF
LARRY DEAN SIMPSON

PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure 28, 30 and 32, Defendants Bayer Corporation, Bayer HealthCare Pharmaceuticals Inc., and Bayer Schering Pharma AG will take the deposition *duces tecum* upon oral examination of Larry Dean Simpson, on October 6, 2010, commencing at 1:30 p.m., at 831 Hambley Boulevard, Pikeville, KY 41501.

The deposition shall be recorded stenographically and will continue from day to day until completed before a person duly authorized to administer oaths who is not counsel of record or interested in the events of this cause. The oral examination is to be taken for purposes of discovery, or for use at trial, or for such other purposes as are permitted under the Federal Rules of Civil Procedure, or the local rules of the United States District Court for the Southern District of Florida and all Pretrial Orders and Case Management Orders entered by the Court.

The deponent shall produce the documents and tangible things listed on **Exhibit A**, attached hereto, at the deposition.

Individuals who have a disability which may need accommodation should contact the undersigned seven days prior to the deposition.

Dated: September 24, 2010

Respectfully submitted,

/s/ Barbara Bolton Litten
Patricia E. Lowry (Florida Bar No. 332569)
Email: plowry@ssd.com
Barbara Bolton Litten (Florida Bar No. 91642)
Email: blitten@ssd.com
**SQUIRE, SANDERS & DEMPSEY L.L.P.**
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198
Telephone: 561-650-7120
Facsimile: 561-655-1509

*Attorneys for Defendants Bayer Corporation, Bayer HealthCare Pharmaceuticals Inc., and Bayer Schering Pharma AG*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 24, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those parties who are not authorized to receive Notices of Filing electronically.

/s/ Barbara Bolton Litten
Barbara Bolton Litten

## SERVICE LIST

### Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON
### Case No. 9:08-cv-81130-DMM

James R. Ronca
Email: jronca@anapolschwartz.com
**ANAPOL, SCHWARTZ, WEISS, COHAN, FELDMAN & SMALLEY, P.C.**
1710 Spruce Street
Philadelphia, PA 19103
Telephone: 215-735-1130
Facsimile: 215-875-7758
*Co-Lead Counsel for Plaintiffs*

Theodore Babbitt
Email: tedbabbitt@babbitt-johnson.com
**BABBITT JOHNSON OSBORNE & LECLAINCHE, P.A**.
1641 Worthington Road, Suite 100
West Palm Beach, Florida 33409
Telephone: 561-684-2500
Facsimile: 561-684-6308
*Liaison Counsel for Plaintiffs*

Patricia E. Lowry
Florida Bar No. 332569
Email: plowry@ssd.com
**SQUIRE, SANDERS & DEMPSEY L.L.P.**
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198
Telephone: 561-650-7200
Facsimile: 561-655-1509
*Liaison Counsel for Defendants*

Scott Love
Email: slove@triallawfirm.com
**CLARK, BURNETT, LOVE & LEE, G.P.**
Lyric Center
440 Louisiana Street, Suite 1600
Houston, TX 77002
Telephone: 713-759-1400
Facsimile: 713-759-1217
*Co-Lead Counsel for Plaintiffs*

Neal Moskow
Email: neal@urymoskow.com
**URY & MOSKOW, LLC**
883 Black Rock Turnpike
Fairfield, CT 06825
Telephone: 203-610-6393/203-226-8088
Facsimile: 203-610-6399
*Federal-State Liaison for Plaintiffs*

Karen H. Beyea-Schroeder
Email: Karen_Beyea-Schroeder@fleming-law.com
Aaron Heckaman
Email: Aaron_Heckaman@fleming-law.com
**FLEMING & ASSOCIATES, L.L.P.**
1330 Post Oak Blvd., Suite 3030
Houston, TX 77056
Telephone: 713-621-7944
Facsimile: 713-621-9638
*Attorneys for Plaintiff Mildred Simpson*

## EXHIBIT A

1. All diaries, personal calendars, notebooks, handwritten notes or other materials kept by deponent Larry Dean Simpson which relate to Lenville Simpson's alleged exposure to Trasylol;

2. Copies of any correspondence, or other documents, from any physician regarding Lenville Simpson's alleged exposure to Trasylol;

3. All literature, newspapers or magazine articles, letters, booklets, brochures, pamphlets, written directives, package inserts and written material authored or collected by deponent Larry Dean Simpson, or supplied to deponent from any source, including, but not limited to, persons, firms, corporations, or governmental entities, regarding (1) Trasylol or Aprotinin, (2) Lenville Simpson's alleged injuries, and/or (3) Bayer Corporation, Bayer HealthCare Pharmaceuticals, Inc., or Bayer HealthCare AG.

4. All correspondence (including e-mails) you have had with any attorney (or attorney's representative) who represents or who has represented plaintiff Mildred Simpson in the above-captioned matter or in any litigation in which plaintiff Mildred Simpson alleges, or has alleged, damage or injury as a result of the alleged administration of Trasylol.