

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

| | |
|---|---|
| IN RE TRASYLOL PRODUCTS LIABILITY LITIGATION – MDL-1928 ) ) ) ) THIS DOCUMENT RELATES TO: ) ) NANCY EVANS V. BAYER CORPORATION ET AL Case No. 9:09-cv-80027 DMM (U.S. Dist. S.D. Fl.) ) ) | SEPTEMBER 29, 2010 |

PLAINTIFF'S DISCLOSURE OF FACT WITNESSES

In accordance with the Orders of the Court and Fed. R. Civ. Pro. 26(a)(3)(A)(i), Plaintiff LORI MCINTIRE, as Administrator of The Estate of Doris Paulson, hereby identifies fact witnesses that she expects to call/may call at trial (in person or via preserved testimony) as follows:

I.   The following individuals are present or past employees of one or more of the Defendants and whose identity and addresses are therefore known to them:

   a.   Stanley Horton
   b.   Meredith Fischer
   c.   Allen Heller
   d.   Edward Sypniewski
   e.   Franz Wingen
   f.   Reinhard Fesharek
   g.   Valentine Pascale

h. Thomas Chin
i. Valerie Pierpont
j. Denise Neal
k. Margaret Foley
l. John Lettieri
m. Robert Harrison
n. Pam Cyrus
o. William Shank
p. Marc Jensen
q. Karen Denton
r. Felix Monteagudo
s. Ed Tucker
t. Anita Shah
u. Joseph Scheeren
v. Michael Rozycki
w. Jennifer Maurer
x. Terry Taylor
y. Steven Zaruby
z. Jennifer Maurer
aa. Paul McCarthy
bb. Mitch Trujillo
cc. Jeff Bova
dd. Matt Skoronsky
ee. Savaramakrishan Balakrishnan
ff. Kuno Sprenger
gg. Tomasz Dyszynski

  hh. Michael Devoy

  ii. Ernst Weidman

  jj. Max Wegner

  kk. Kemal Malik

  ll. George Holder

  mm. Paul Leonard

  nn. Jerald George

  oo. Any other corporate representatives, persons most knowledgeable, persons with knowledge of relevant facts, employee and/or ex-employees of Bayer Corporation, Bayer A.G., and/or Bayer Healthcare Pharmaceuticals (or their successors) which are known or become known during the course of discovery.

II. The following are other fact witnesses who the Plaintiff intends to call at trial:

  a. Lori McIntire
   1993 South Maple Street
   Ashville, NY 14710

  b. Michael Butler, MD
   Hamot Medical Center
   201 State Street
   Erie, PA 16550

III. The following are other fact witnesses who the Plaintiff may call if the need arises:

  a. Jerrold Levy, M.D.
   Emory University Hospital
   1364 Clifton Road, NE
   Atlanta, GA 30322

b.    John H. Lemmer, Jr., M.D.
The Oregon Clinic
2222 North West Lovejoy Street Suite 315
Portland, OR 97210

c.    Steven E. Hill, M.D.
Duke Univ. Medical Center
DUMC 3094
Durham, NC 27710

d.    David Bull, M.D.
University of Utah Hospital
50 N Medical Dr
Salt Lake City, UT 84132

e.    David A. Stump, PhD
Dept. of Cardiothoracic Anesthesia
Wake Forest-Baptist Medical Center
Winston Salem, NC 27157

f.    Robert S. Poston, M.D.
Boston Medical Center
Robinson 402
88 E. Newton St.
Boston, MA  02118

g.    Peter K. Smith, M.D.
Duke Univ. Medical Center
DUMC 3442
Durham, NC 27710

h.    David Royston, M.D.
Department of Anaesthetics Harefield
Middlesex UB9 6JH
United Kingdom

       i.     Alexander Walker, PhD
              Harvard School of Public Health
              677 Huntington Avenue
              Kresge Building Room 908B
              Boston, MA 02115

       j.     David C. Kress, M.D.
              St. Lukes Medical Center
              2901 W. Kinnickinnic River Parkway, Suite 511
              Milwaukee, WI 53215

IV.    The Plaintiff specifically reserves the right to amend and supplement this list based on continuing medical treatment or for good cause shown.

                                                Respectfully submitted,

                                               Neal L. Moskow, Esq.
                                               **URY & MOSKOW, LLC**
                                               883 Black Rock Turnpike
                                               Fairfield, CT 06825
                                               Telephone (203) 226-8088
                                               Facsimile  (203) 610-6399
                                               Email: neal@urymoskow.com

                                               Edward J. Parr, Jr., Esq.
                                               **URY & MOSKOW, PLLC**
                                               1250 Connecticut Ave., NW, Suite 200
                                               Washington, DC 20036
                                               Telephone  (202) 321-8982
                                               Facsimile: (202) 318-3255
                                               Email: tedparr@urymoskow.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2010, that the foregoing document was served on all counsel of record identified on the attached Service List in the manner specified.

_____
Neal L. Moskow

## SERVICE LIST

Steven E. Derringer
Email: steven.derringer@bartlit-beck.com
Philip S. Beck
Email: philip.beck@bartlit-beck.com
**BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP**
54 West Hubbard, Suite 300
Chicago, IL 60610
Telephone: 312-494-4400
Facsimile: 312-494-4440
*Defendants Co-Lead Counsel and Attorney for Defendants Bayer Corporation, Bayer Healthcare Pharmaceuticals, Inc., Bayer Healthcare LLC, Bayer AG, and Bayer Healthcare AG*

Richard K. Dandrea, Esq.
Email: rdandrea@eckertseamans.com
**ECKERT SEAMANS CHERIN & MELLOTT, LLC**
U.S. Steel Tower
600 Grant Street, 44th Floor
Pittsburgh, PA 15219
Telephone: 412-566-6000
Facsimile: 412-566-6099
*Defendants Co-Lead Counsel and Attorney for Defendants Bayer Corporation, Bayer Healthcare Pharmaceuticals, Inc., Bayer Healthcare LLC, Bayer AG, and Bayer Healthcare AG*

Eugene A. Schoon
Email: eschoon@sidley.com
**SIDLEY AUSTIN LLP**
One South Dearborn
Chicago, IL 60603
Telephone: 312-853-7000
Facsimile: 312-853-7036
*Defendants Co-Lead Counsel and Attorney for Defendants Bayer Corporation, Bayer Healthcare Pharmaceuticals, Inc., Bayer Healthcare LLC, Bayer AG, and Bayer Healthcare AG*

Alan G. Schwartz
Wiggin and Dana LLP
One Century Tower
P.O. Box 1832
New Haven, CT 06508-1832
Email: aschwartz@wiggin.com
Telephone: 203-498-4400
Facsimile: 203-782-2889
*Defendants Co-Lead Counsel and Attorney for Defendants Bayer Corporation and Bayer Healthcare Pharmaceuticals, Inc.*

James R. Ronca, Esq.
Anapol, Schwartz, Weiss, Cohan,
  Feldman & Smalley, P.C.
209 State Street
Harrisburg, PA 17101
Telephone (717) 901-3500
Facsimile (717) 909-0300
jronca@anapolschwartz.com

Patricia E. Lowry
**SQUIRE, SANDERS & DEMPSEY, L.L.P.**
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL  33401-6198
Email:  plowry@ssd.com
Telephone:  561-650-7200
Facsimile:  561-655-1509
***Liaison Counsel for Defendants and Attorneys for Defendants Bayer Corporation, Bayer Healthcare Pharmaceuticals, Inc., Bayer Healthcare LLC, Bayer AG, and Bayer Healthcare AG***

Scott A. Love
      FLEMING & ASSOCIATES, LLP
1330 Post Oak Blvd., Ste. 3030
Houston, TX 77056
Email:  Scott_Love@fleming-law.com
Telephone: (713) 621-7944
Facsimile: (713) 621-9638
      ***Lead Counsel for Plaintiff***

**United States District Court**
Southern District of Florida

Case Number: **08-MD-1928 / 09CV80027**

# SUPPLEMENTAL ATTACHMENT(S)

Please refer to supplemental paper "court file" in the division where the Judge is chambered. These attachments must <u>not</u> be placed in the "chron file".

☒ **NOT SCANNED**

- ☐ Due to Poor Quality
- ☐ Bound Extradition Papers
- ☐ Photographs
- ☐ Surety Bond (Original or Letter of Understanding)
- ☒ CD, DVD, VHS Tape, Cassette Tape
- ☐ Other: _____

☐ **SCANNED**

- ☐ But Poor Quality
- ☐ Habeas Cases (State Court Record/Transcript)

Date: _____