UNITED STATES FEDERAL COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON



FILED by _____ D.C.

SEP 30 2010

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

IN RE TRASYLOL PRODUCTS LIABILITY
LITIGATION - MDL – 1928

This Document Relates To:

Karin Martin, et al.

v.

Bayer Corporation, et al.
Case No. 9:09-CV-80309

### PLAINTIFF'S RULE 26(a)(3)(A)(i) FACT WITNESS DISCLOSURE

Plaintiff, Karin Martin ("Plaintiff") respectfully submit the following Pretrial Disclosures, pursuant to the Federal Rule of Civil Procedure 26(a)(3)(A)(i). Included herein are names of those fact witnesses who Plaintiffs expect to call, live or by deposition, and the names of those fact witnesses who Plaintiff may call if the need arises. This list does not include the name of potential expert witnesses, rebuttal witnesses, or witnesses who may become known through discovery. Plaintiff reserves the right to supplement these Pretrial Disclosures as is necessary, and reserves the right to call any witnesses listed on Defendants' Rule 26(a)(3)(A)(i) Disclosures.

### I.
### WITNESSES PLAINTIFFS EXPECT TO CALL TO TESTIFY AT THE TRIAL OF THIS MATTER

a.  Karin Martin
    P.O. Box 173
    Wyatt, WV 26463
    (304) 592-1242

b. Brian McItyre, M.D.
809 82nd Pkwy.
Myrtle Beach, SC 29572
(843) 692-1000

## II.
## WITNESSES PLAINTIFFS MAY CALL TO TESTIFY AT THE TRIAL OF THIS MATTER IF THE NEED ARISES

a. Jay Elms, M.D.
809 82nd Pkwy.
Myrtle Beach, SC 29572
(843) 692-1000

b. James E. Brannon, M.D.
809 82nd Pkwy.
Myrtle Beach, SC 29572
(843) 692-1000

c. Edgar Martin
P.O. Box 173
Wyatt, WV 26463
(304) 592-1242

d. Michael Singer, PA
809 82nd Pkwy.
Myrtle Beach, SC 29572
(843) 692-1000

e. Ernest Stokes
809 82nd Pkwy.
Myrtle Beach, SC 29572
(843) 692-1000

f. Various Physicians, nurses and other healthcare providers including Medical Record and Patient Account Custodians who provided care to Karin Martin and whose names appear in Karin Martin's medical records from Grand Strand Medical Regional Hospital, 809 82nd Pkwy., Myrtle Beach, SC 29572.

g. Plaintiffs also designate the custodians of all records of all medical providers who may testify, by way of Affidavit and/or deposition testimony, regarding authenticity, admissibility

    and reasonableness and necessity of medical charges.

h.  Any and all fact witnesses designated by any party herein.

i.  Current and former employees of the FDA which were involved with the drug Trasylol.

j.  All individuals/witnesses deposed in the Trasylol Multidistrict Litigation.

k.  All witnesses deposed by time of trial by any party.

l.  All Bayer sales representatives who called on Plaintiff's treating physicians.

### III.

### BAYER EMPLOYEES AND/OR FORMER EMPLOYEES

a.  Pamela Cyrus

b.  Michael Devoy

c.  Paul MacCarthy

d.  Kemal Malik

e.  Michael Rozycki

f.  Joseph Scheeren

g.  Edwin Tucker

h.  Thomas Chin

i.  Karen Denton

j.  Thomasz Dyzsynski

k.  Reinhard Fescharek

l.  Meredith Fischer

m.  Margaret Foley

n.  Robert Harrison

o.  Allen Heller

p.  Stanley Horton

q.  Diana Isom

r.  Marc Jensen

s.  John Lettieri

t.  Jennifer Maurer

u.  Felix Monteagudo

v.  Valentine Pascale

w.  Peter Pertel

x.  Paolo Pucci

y.  Anita Shah

z.  William Shank

aa. Kuno Sprenger

bb. Edward Sypniewski

cc. Terry Taylor

dd. Mitchell Trujillo

ee. Max Wegner

ff. Ernst Weidmann

gg. Franz Josef Wingen

hh. Steve Zaruby

ii. Any other corporate representative, persons most knowledgeable, persons with knowledge of relevant facts, employees and/or ex-employees of Bayer Corporation, Bayer A.G., and/or Bayer Healthcare Pharmaceuticals (or their successors) which are known or become known during the course of discovery

IV.

The Plaintiff specifically reserves the right to amend and supplement this list based on continuing discovery, and/or for good cause.

Respectfully submitted,

ARNOLD & ITKIN, LLP,

By: _____
Jason A. Itkin
State Bar No. 24032461
Alexander G. Dwyer
State Bar No. 24054271
1401 McKinney Street, Suite 2550
Houston, Texas  77010
Telephone:	(713) 222-3800
Facsimile:	(713) 222-3850

Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on September 29, 2010, the foregoing document is being served this day on the following counsel of record by mailing the same to the office of said counsel by United States mail, postage prepaid.

_____
Alexander G. Dwyer