UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 08-MD-1928-MIDDLEBROOKS

IN RE: TRASYLOL PRODUCTS
LIABILITY LITIGATION

This document applies to:
ALL CASES

## NOTICE OF HEARINGS

THIS CAUSE comes before the Court *sua sponte*. The Court previously scheduled periodic status conferences to promote prompt and efficient resolution of these MDL cases. All such previously set conferences have occurred. Accordingly, it is

ORDERED and ADJUDGED that the Parties shall appear for hearings as follows:

1. Friday, October 22, 2010 at 11:00 a.m.

2. Friday, November 19, 2010 at 11:00 a.m.

3. Friday, December 17, 2010 at 11:00 a.m.

Please take note that all conferences are scheduled to begin at 11:00 a.m EST, but that such times are subject to change. As before, each conference will be held in Courtroom number 7 of the Paul G. Rogers Federal Building at 701 Clematis Street, West Palm Beach, and

1. Any Party/Counsel desiring to attend the scheduled status conference telephonically shall, **on the Monday before the scheduled conference** (four days before the hearing date), email Sylvia Wenger at sylvia_wenger@flsd.uscourts.gov.

2. **The subject heading** of such email shall be **"Request for Telephonic Appearance - 08-MD-1928."**

3. The body of each email shall indicate clearly the name of the attorney(s) wishing to attend the status conference, and a contact phone number for such attorney(s).

4. On Thursday of the week of the scheduled conference, the Court shall forward telephonic attendance instructions to all attorneys whom **have timely registered**.

The Court will deny any request to attend telephonically which does not strictly adhere to these guidelines.

It is further,

ORDERED and ADJUDGED that at least one week prior to each scheduled status conference, Counsel for the Defense and Counsel for Plaintiff shall confer and file a joint proposed agenda. To the extent that there are items which are of concern to either the Plaintiffs or the Defendants, but not to both, such items shall be listed for the Court's consideration as proposals for addition to the Agenda.

Note: Should the Parties find that an approaching status conference is unnecessary, or that there is a need for an expedited conference, they shall notify the Court as soon as practicable, and the conference schedule shall be adjusted accordingly.

DONE and ORDERED in Chambers, at West Palm Beach, Florida this 30th day of September, 2010.

                                                              _____
                                                              DONALD M. MIDDLEBROOKS
                                                              UNITED STATES DISTRICT JUDGE

Copies to all counsel of record