## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

### Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

IN RE TRASYLOL PRODUCTS LIABILITY
LITIGATION – MDL-1928

This Document Relates to Plaintiff(s)

RUBY JEAN PORTER, et al.,  v.,
BAYER CORPORATION, et al.
**Case No. 9:08-cv-81068-DMM**

)
)
)
)
):
)
)
)
)
)

FILED by _____ D.C.

OCT 0 4 2010

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## AMENDED PLAINTIFFS' RULE 26(a)(3)(A)(i) WITNESS LIST

In accordance with the Orders of the Court and Fed. R. Civ. Pro. 26(a)(3)(A)(I),

Plaintiff Ruby Jean Porter, hereby identifies fact witnesses that she expects to call/may call

at trial (in person or via preserved testimony) as follows:

I.      The following individuals are present or past employees of one or more of the

Defendants and whose identities and addresses are therefore known to them:

      a.      Stanley Horton

      b.      Meredith Fischer

      c.      Allen Heller

      d.      Edward Sypniewski

      e.      Franz Wingen

      f.      Reinhard Fesharek

      g.      Valentine Pascale

      h.      Thomas Chin

i.       Valerie Pierpont

j.       Denise Neal

k.      Margaret Foley

l.       John Lettieri

m.     Robert Harrison

n.      Pam Cyrus

o.      William Shank

p.      Marc Jenson

q.      Karen Denton

r.       Felix Monteagudo

s.       Ed Tucker

t.       Anita Shah

u.      Joseph Scheeren

v.      Michael Rozycki

w.     Jennifer Maurer

x.      Terry Taylor

y.      Steven Zaruby

z.      Jennifer Maurer

aa.    Paul McCarthy

bb.    Mitch Trujillo

cc.    Jeff Bova

dd.    Matt Skoronsky

ee.    Savarmakrishan Balakrishnan

2

ff.   Kuno Sprenger

gg.   Tomasz Dysynski

hh.   Michael Devoy

ii.   Ernst Weidman

jj.   Max Wegner

kk.   Kemal Malik

ll.   Katie Sheffield-Motika

mm.   George Holder

nn.   Eleonora Golberg

oo.   Debra Hudgins

pp.   Susan Johnston

qq.   Hilda Dizon

rr.   David Stocker

ss.   Daniel Stamps

tt.   Nahid Dolkhani

uu. Elias Ammar

vv.   Judy Colgate Oda

ww.   Any other corporate representatives, persons most knowledgeable, persons with knowledge of relevant facts, employee and/or ex-employees of Bayer Corporation, Bayer A.G., and/or Bayer Healthcare Pharmaceuticals (or their successors) which are known or become known during the course of discovery.

3

II.   The following are other fact witnesses who the Plaintiff intends to call at trial:

    a.    Ruby Jean Porter
            5909 Sunny Palm, Unit #12
            Bakersfield, CA 93309

    b.    Kenneth C. Porter
            5909 Sunny Palm, Unit #12
            Bakersfield, CA 93309

    c.    Steven B. Porter
            2192 Ben Ct
            Tehachapi, CA 93361

    d.    Marvin Derrick, MD
            California Cardiac Surgeons, A Medical Group
            3838 San Dimas St # A100
            Bakersfield, CA 93301
            &
            Bakersfield Heart Hospital
            3001 Sillect Avenue
            Bakersfield, CA 93308

    e.    Peter S. McCauley, MD
            Advanced Kidney Medical Group
            3933 Coffee Road, Suite A
            Bakersfield, CA 93308
            &
            Advanced Kidney Medical Group
            1524 27th Street
            Bakersfield, CA 93301
            &
            Central Nephrology Medical Group
            5030 Office Park Drive, Suite A
            Bakersfield, CA 93309
            &
            Bakersfield Heart Hospital
            3001 Sillect Avenue
            Bakersfield, CA 93308

    f.    Tetsuo Ishimori, MD
            Central Cardiology
            2901 Sellect Avenue, Suite 100
            Bakersfield, CA 93308

g.      Sheik Masood, MD
Yuma Nephrology
2012 West 24th #1
Yuma, AZ 85364

h.      Chris S. Yoon, MD
Healthsouth Bakersfield Rehab Hospital
5001 Commerce Dr
Bakersfield, CA 93309

i.      Antonio Chalmers, MD
Bakersfield Heart Hospital
3001 Sillect Avenue
Bakersfield, CA 93308

III.    The following are other fact witnesses who the Plaintiff may call if the need arises:

a.      Kenneth C. Porter, Jr.
508 N Cheyenne
Ulysses, KS 67880

b.      Patrick Paw, MD
Bakersfield Heart Hospital
3001 Sillect Avenue
Bakersfield, CA 93308

c.      Sarj Purewal, MD
Bakersfield Heart Hospital
3001 Sillect Avenue
Bakersfield, CA 93308

d.      Dr. Neubarth
Bakersfield Heart Hospital
3001 Sillect Avenue
Bakersfield, CA 93308

e.      Dr. Yarcoub
Bakersfield Heart Hospital
3001 Sillect Avenue
Bakersfield, CA 93308

f.      Robert Catania, MD
6001 Truxton Avenue
Bakersfield, CA 93309

g.    John Roefs, MD
Bakersfield Heart Hospital
3001 Sillect Avenue
Bakersfield, CA 93308

h.    Joseph Hoffman, MD
Bakersfield Heart Hospital
3001 Sillect Avenue
Bakersfield, CA 93308

i.    David P. Schale, MD
Kern Radiology Medical Group
2301 Bahamas Drive
Bakersfield, CA 93309

j.    Eli Estabaya, MD
Focused Imaging of Arizona
2451 South Avenue A, Suite 9
Yuma, AZ 85364

k.    Fazil Irfan, MD
Yuma Nephrology
2012 West 24th #1
Yuma, AZ 85364

l.    Joseph Hoffman, MD
Bakersfield Heart Hospital
3001 Sillect Avenue
Bakersfield, CA 93308

m.    Kamal Ahmed, MD
Yuma Nephrology
2012 West 24th #1
Yuma, AZ 85364

n.    Larry Plosker, DO
Yuma Regional Medical Center
2400 S. Avenue A
Yuma, Arizona 85364

o.    Lim Trinidad, MD
Yuma Nephrology
2012 West 24th #1
Yuma, AZ 85364

6

p.      See-Ruern Kitt, MD
        Kern County Medical Clinic Incorporated
        2222 19th Street
        Bakersfield, CA 93301

q.      Tabassum A. Chowdhury, MD
        Bakersfield Heart Hospital
        3001 Sillect Avenue
        Bakersfield, CA 93308

r.      Custodian of Records
        Sierra Vista Medical Center
        1010 Murray Ave
        San Luis Obispo, CA 93405

s.      Denise Porter
        508 N Cheyenne
        Ulysses, KS 67880

t.      Tom Porter
        5909 Sunny Palm, Unit #5
        Bakersfield, CA 93309

u.      Lorene Porter
        5909 Sunny Palm, Unit #5
        Bakersfield, CA 93309

v.      Elizabeth K. Porter
        21912 Ben Court
        Tehachapi, CA 93561

w.      Knight Steven Porter
        706 South Normandie Avenue, Apt. 504
        Los Angeles, CA 90005

x.      Jonathan Jewel Porter
        21912 Ben Court
        Tehachapi, CA 93561

IV.     The Plaintiff specifically reserves the right to amend and supplement this list based
        on continuing medical treatment or for good cause shown.

Dated: October 1, 2010

Roger D. Drake (CA Bar No. 237834)
Michael L. Baum (CA Bar No. 119511)
Ronald L.M. Goldman (CA Bar No. 33422)
BAUM, HEDLUND, ARISTEI & GOLDMAN, P.C.
12100 Wilshire Boulevard, Suite 950
Los Angeles, California 90025-7114
Telephone:  310.207.3233
Facsimile:  310.820.7444

*Attorneys for Plaintiffs*

8

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2010, I filed the foregoing document via Federal Express with the Clerk of the Court.  I also certify that the foregoing document was served on this day on all counsel of record by mailing the same to the offices of said counsel by United States Mail, postage prepaid.

Roger D. Drake

9

**SERVICE LIST**

| | |
|---|---|
| Steven E. Derringer<br>Email: steven.derringer@bartlit-beck.com<br>**Bartlit Beck Herman Palenchar &**<br>**Scott LLP**<br>54 West Hubbard, Suite 300<br>Chicago, IL 60610<br>Telephone: 312-494-4400<br>Facsimile: 312-494-4440<br>*Defendants Co-Lead Counsel and*<br>*Attorney for Defendants Bayer*<br>*Corporation, Bayer Healthcare*<br>*Pharmaceuticals, Inc., Bayer Healthcare*<br>*LLC, Bayer AG, and Bayer Healthcare AG* | Eugene A. Schoon<br>Email: eschoon@sidley.com<br>**Sidley Austin LLP**<br>One South Dearborn<br>Chicago, IL 60603<br>Telephone: 312-853-7000<br>Facsimile: 312-853-7036<br>*Defendants Co-Lead Counsel and*<br>*Attorney for Defendants Bayer*<br>*Corporation, Bayer Healthcare*<br>*Pharmaceuticals, Inc., Bayer Healthcare*<br>*LLC, Bayer AG, and Bayer Healthcare*<br>*AG* |
| Richard K. Dandrea<br>Email: rdandrea@eckertseamans.com<br>**Eckert Seamans Cherin & Mellott, LLC**<br>U.S. Steel Tower<br>600 Grant Street, 44th Floor<br>Pittsburgh, PA 15219<br>Telephone: 412-566-6000<br>Facsimile: 412-566-6099<br>*Defendants Co-Lead Counsel and*<br>*Attorney for Defendants Bayer*<br>*Corporation, Bayer Healthcare*<br>*Pharmaceuticals, Inc., Bayer Healthcare*<br>*LLC, Bayer AG, and Bayer Healthcare AG* | Alan G. Schwartz<br>Email: aschwartz@wiggin.com<br>Wiggin and Dana LLP<br>One Century Tower<br>P.O. Box 1832<br>New Havenn, CT 06508-1832<br>Telephone: 203-498-4400<br>*Facsimile: 203-782-2889*<br>*Defendants Co-Lead Counsel and*<br>*Attorney for Defendants Bayer*<br>*Corporation and Bayer Healthcare*<br>*Pharmaceuticals, Inc.* |
| Patricia E. Lowry<br>**Squire, Sanders & Dempsey, LLP**<br>1900 Phillips Point West<br>777 South Flagler Drive<br>West Palm Beach, FL 33401-6198<br>Email: plowry@ssd.com<br>Telephone: 561-650-7200<br>Facsimile: 561-655-1509<br>*Liaison Counsel for Defendants and*<br>*Attorneys for Defendants Bayer*<br>*Corporation, Bayer Healthcare*<br>*Pharmaceuticals, Inc., Bayer Healthcare*<br>*LLC, Bayer AG, and Bayer Healthcare AG* | James R. Ronca<br>Email: jronca@anapolschwartz.com<br>**Anapol, Schwartz, Weiss, Cohan,**<br>**Feldman & Smalley, P.C.**<br>209 State Street<br>Harrisburg, PA 17101<br>Telephone: 717-901-3500<br>Facsimile: 717-909-0300<br>*Co-Lead Counsel for Plaintiffs* |

| | |
|---|---|
| Scott A. Love<br>Email: slove@triallawfirm.com<br>**Clark, Dean & Burnett, G.P.**<br>Lyric Center<br>440 Louisiana Street, Suite 1600<br>Houston, TX 77002<br>Telephone: 713-757-1400<br>Facsimile: 713-759-1217<br>***Co-Lead Counsel for Plaintiffs*** | Neal L. Moskow<br>Email: neal@urymoskow.com<br>**Ury & Moskow, LLC**<br>883 Black Rock Turnpike<br>Fairfield, CT 06825<br>Telephone: 203-610-6393<br>Facsimile: 203-610-6399<br>***Federal-State Liaison for Plaintiffs*** |