IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

IN RE TRASYLOL PRODUCTS LIABILITY LITIGATION –
MDL-1928

THIS DOCUMENT RELATES TO:

ADDISON, ET AL V. BAYER CORPORATION, ET AL
Cause No. 08-CV-81252



FILED BY _____ D.C.

OCT - 8 2010

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### PLANTIFF'S RULE 26(a)(3)(A)(i) FACT WITNESS DISCLOSURE

COMES NOW **PLAINTIFF, EVERETT ADDISON,** and respectfully submits the following Pretrial Disclosures, pursuant to the Federal Rule of Civil Procedure 26(a)(3)(A)(i). Included herein are names of those fact witnesses who Plaintiffs expect to call, live or by deposition, and the names of those fact witnesses who Plaintiff may call if the need arises. This list does not include the name of potential expert witnesses, rebuttal witnesses, or witnesses who may become known through discovery. Plaintiff reserves the right to supplement these Pretrial Disclosures as is necessary, and reserves the right to call any witnesses listed on Defendants' Rule 26(a)(3)(A)(i) Disclosures.

### I.
### WITNESSES PLAINTIFF EXPECTS TO CALL TO TESTIFY AT THE TRIAL OF THIS MATTER

a. Everett Addison
   2625 Northfield Ave.
   Kingman, AZ 86409
   (928) 377-3069

b. Dr. Mark Tasset, M.D.
   Surgeon
   Banner Good Samaritan Medical Center
   1111 E. McDowell Road
   Phoenix, AZ 85006
   (602) 839-2000

    **c.** Dr. Paul K. Simmonds, M.D.
       Anesthesiologist
       Banner Good Samaritan Medical Center
       1111 E. McDowell Road
       Phoenix, AZ 85006
       (602) 839-2000

## II.
## WITNESSES PLAINTIFF MAY CALL TO TRESTIFY AT THE TRIAL OF THIS MATTER IF THE NEED ARISES

    **a.** Laura Addison
       2625 Northfield Ave.
       Kingman, AZ 86409
       (928) 377-3069

    **b.** Sunny Addison
       1668 Cornishville Rd.
       Hamondburg, KY 40330

    **c.** Cody Addison
       2625 Northfield Ave.
       Kingman, AZ 86409

    **d.** Dr. Charles Lindsay, M.D.
       4263 US Highway 68
       Golden Valley, AZ 86413
       (928) 565-3939

    **e.** Dr. Jamal Al-Khatib, M.D.
       1753 Airway Ave.
       Kingman, AZ 86409
       (928) 757-4359

    **f.** Dr. Robert Matheny, M.D.
       1739 Beverly Ave. #118
       Kingman, AZ 86409
       (928) 757-3133

    **g.** Brandon Brasher, P.A.
       4263 US Highway 68, Suite C
       Golden Valley, AZ 86413
       (928) 565-3939

    **h.** Dr. Hassan Hachem, M.D.

    1753 Airway Dr.
    Kingman, AZ 86409
    (928) 757-4359

i. Various physicians, nurses, and other healthcare providers including Medical Record and Patient Account Custodians who provided care to Everett Addison and whose names appear in Everett Addison's medical records from Banner Good Samaritan Medical Center, 1111 E. McDowell Road, Phoenix, AZ 85006.

j. Plaintiff also designates the custodians of all records of all medical providers who may testify, by way of Affidavit and/or deposition testimony, regarding authenticity, admissibility and reasonableness and necessity of medical charges/

k. Any and all fact witnesses designated by any party herein.

l. Current and former employees of the FDA which were involved with the drug Trasylol.

m. All individuals/witnesses deposed in the Trasylol Multidistrict Litigation.

n. All witnesses deposed by time of trial by any party.

o. All Bayer sales representatives who called on Plaintiff's treating physicians.

### III.
### BAYER EMPLOYEES AND/OR FORMER EMPLOYEES

a. Pamela Cyrus

b. Michael Devoy

c. Paul MacCarthy

d. Kemal Malik

e. Michael Rozycki

f. Joseph Scheeren

g. Edwin Tucker

h. Thomas Chin

i. Karen Denton

j. Thomas Dyzsynaski

k.  Reinhard Fescharek

l.  Meredith Fischer

m.  Margaret Foley

n.  Robert Harrison

o.  Allen Heller

p.  Stanley Horton

q.  Diana Isom

r.  Marc Jensen

s.  John Lettieri

t.  Jennifer Maurer

u.  Felix Monteagudo

v.  Valentine Pascale

w.  Peter Pertel

x.  Paolo Pucci

y.  Anita Shah

z.  William Shank

aa. Kuno Sprenger

bb. Edward Sypniewski

cc. Terry Taylor

dd. Mitchell Trujillo

ee. Max Wegner

ff. Ernst Weidmann

gg. Franz Josef Wingen

**hh.** Steve Zaruby

**ii.** Any other corporate representative, persons most knowledgeable, persons with knowledge of relevant facts, employees and/or ex-employees of Bayer Corporation, Bayer A.G., and/or Bayer Healthcare Pharmaceuticals (or their successors) which are known or become known during the course of discovery.

### IV.

The Plaintiff specifically reserves the right to amend and supplement this list based on continuing discovery, and/or for good cause.

Respectfully submitted,

Bryant Fitts
Texas State Bar No. 24040904
Ryan H. Zehl
Texas State Bar No. 24047166
FITTS ZEHL LLP
5065 Westheimer Rd., Suite 700
Houston, Texas 77056
Telephone 713.491.6064
Facsimile  713.583.1492

Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on September 28, 2010 the foregoing document is being served this day on all counsel or records identified on the attached Service List in the manner specified.

_____
Bryant A. Fitts

## SERVICE LIST

*First Class Mail BA.*
~~Certified Mail, Return Receipt Requested~~

Steven E. Derringer
Email: steven.derringer@bartlit-beck.com
Philip S. Beck
Email: philip.beck@bartlit-beck.com
**BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP**
54 West Hubbard, Suite 300
Chicago, IL 60610
Telephone: 312-494-4400
Facsimile: 312-494-4440
*Defendants Co-Lead Counsel and Attorney for Defendants Bayer Corporation, Bayer Healthcare Pharmaceuticals, Inc., Bayer Healthcare LLC, Bayer AG, and Bayer Healthcare AG*

Eugene A. Schoon
Email: eschoon@sidley.com
**SIDLEY AUSTIN LLP**
One South Dearborn
Chicago, IL 60603
Telephone: 312-853-7000
Facsimile: 312-853-7036
*Defendants Co-Lead Counsel and Attorney for Defendants Bayer Corporation, Bayer Healthcare Pharmaceuticals, Inc., Bayer Healthcare LLC, Bayer AG, and Bayer Healthcare AG*

Philip S. Beck
Email: philip.beck@bartlit-beck.com
**BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP**
54 West Hubbard, Suite 300
Chicago, IL 60610
Telephone: 312-494-4400
Facsimile: 312-494-4440
*Defendants Co-Lead Counsel and Attorney for Defendants Bayer Corporation, Bayer Healthcare Pharmaceuticals, Inc., Bayer Healthcare LLC, Bayer AG, and Bayer Healthcare AG*

Alan G. Schwartz
Email: aschwartz@wiggin.com
Wiggin and Dana LLP
One Century Tower
P.O. Box 1832
New Haven, CT 06508-1832
Telephone: 203-498-4400
Facsimile: 203-782-2889
*Defendants Co-Lead Counsel and Attorney for Defendants Bayer Corporation and Bayer Healthcare Pharmaceuticals, Inc.*

Susan Artinian
Email: sartinian@dykema.com
**DYKEMA GOSSETT PLLC**
400 Renaissance Center
Detroit, MI 48243
Telephone: 313-568-6800
Facsimile: 313/568-6658
*Defendants Co-Lead Counsel and Attorney for Defendants Bayer Corporation, Bayer Healthcare Pharmaceuticals, Inc., Bayer Healthcare LLC, Bayer AG, and Bayer*

Patricia E. Lowry
Florida Bar No. 332569
Email: plowry@ssd.com
**SQUIRE, SANDERS & DEMPSEY, L.L.P.**
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198
Telephone: 561-650-7200
Facsimile: 561-655-1509
*Liaison Counsel for Defendants and*

7

*Healthcare AG*	*Attorneys for Defendants Bayer Corporation, Bayer Healthcare Pharmaceuticals, Inc., Bayer Healthcare LLC, Bayer AG, and Bayer Healthcare AG*