UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

IN RE TRASYLOL PRODUCTS
LIABILITY LITIGATION — MDL-1928

This Document Relates to **ALL ACTIONS**
_____/

NOTICE OF FILING OF LIST OF RIPE MOTIONS IN MATTERS WITH
TRIAL- OR REMAND-READY DATES ESTABLISHED IN PRETRIAL ORDER NO. 22

PLEASE TAKE NOTICE that the Plaintiffs' Steering Committee ("PSC")[1] and Defendants Bayer Corporation, Bayer HealthCare Pharmaceuticals Inc., Bayer HealthCare LLC, Bayer AG, and Bayer Schering Pharma AG hereby submit the following report listing all motions that are currently ripe for decision by this Court in the still-pending cases assigned a trial-ready or remand-ready date by Pretrial Order No. 22 ("PTO 22") (June 11, 2010) and that have not been reassigned to a later trial- or remand-ready date by a subsequent Order of this Court.

    A.    **Cases To Be Trial-Ready On January 10, 2011.**

*Fast v. Bayer Corp.*, No. 9:08-cv-80613.  No currently ripe motions.

    B.    **Cases To Be Trial-Ready On February 14, 2011.**

*Durkin v. Bayer Corp. et al.*, No. 9:08-cv-80419.

    1.    Bayer's Motion for Summary Judgment and to Exclude Expert Testimony of Carl J. Blond, M.D., Ph.D., and Combined Memorandum of Law in Support.

    a.    Filed July 6, 2010 (D.E. 6383)

    b.    Opposition filed July 26, 2010 (D.E. 6685)

---

[1] Appointed in Case Management and Scheduling Order No. 1 (Pretrial Order No. 4, May 22, 2008) (D.E. 13).

     c. Reply in support filed August 6, 2010 (D.E. 6809)

  *Caruso et al. v. Bayer Corp.*, No. 9:08-cv-80639 [Plaintiff Chappell].

   1. Bayer's Motion for Summary Judgment Against Plaintiff Willard Chappell and to Exclude Testimony of His Experts Carl J. Blond and Arthur C. Hill, and Combined Memorandum of Law in Support.

     a. Filed July 6, 2010 (D.E. 6395)

     b. Opposition filed July 27, 2010 (D.E. 6691)

     c. Reply in support filed August 6, 2010 (D.E. 6811)

     d. Sur-reply in opposition filed September 8, 2010 (D.E. 7118)

   2. Bayer's Motion to Exclude Plaintiff Willard Chappell's Life Care Planning Expert and Memorandum of Law in Support.

     a. Filed July 6, 2010 (D.E. 6400)

     b. Opposition filed July 27, 2010 (D.E. 6688)

     c. Reply in support filed August 6, 2010 (D.E. 6810)

   3. Plaintiff's Motion to Exclude Expert Testimony of Dr. Donald Williams Relating Specifically to the Claims of Willard Chappell and Memorandum of Law in Support.

     a. Filed July 7, 2010 (D.E. 6421)

     b. Opposition filed July 23, 2010 (D.E. 6671)

     c. Reply in support filed August 6, 2010 (D.E. 6815)

   4. Plaintiff's Motion to Exclude Expert Testimony of Dr. H. David Humes Relating Specifically to the Claims of Willard Chappell and Memorandum of Law in Support.

        a. Filed July 7, 2010 (D.E. 6424)

        b. Opposition filed July 23, 2010 (D.E. 6669)

        c. Reply in support filed August 6, 2010 (D.E. 6816)

**C. Cases To Be Trial-Ready On March 14, 2011.**

*Eannarino et al. v. Bayer Corp.*, No. 9:08-cv-80640 [Plaintiff Knighten].

    1. Joint Submission of a Proposed Expedited Discovery and Briefing Schedule for the Claims of Plaintiff Dwon Knighten.

        a. Filed August 16, 2010 (D.E. 6885)

*Reedy v. Bayer Corp.*, No. 9:08-cv-80588.

    1. Bayer's Motion for Summary Judgment and to Exclude Testimony of Plaintiff's Case-Specific Experts and Combined Memorandum of Law in Support.

        a. Filed July 6, 2010 (D.E. 6398)

        b. Opposition filed July 27, 2010 (D.E. 6695)

        c. Reply in support filed August 6, 2010 (D.E. 6813)

    2. Plaintiff's Motion to Exclude Expert Testimony of Dr. Donald Williams Relating Specifically to the Claims of Helen Reedy and Memorandum of Law in Support.

        a. Filed July 7, 2010 (D.E. 6419)

        b. Opposition filed July 23, 2010 (D.E. 6675)

        c. Reply in support filed August 6, 2010 (D.E. 6822)

    3. Plaintiff's Motion to Exclude Expert Testimony of Dr. Alan B. Leichtman Relating Specifically to the Claims of Reedy and Memorandum of Law in Support.

    a. Filed July 7, 2010 (D.E. 6420)

    b. Opposition filed July 23, 2010 (D.E. 6674)

    c. Reply in support filed August 6, 2010 (D.E. 6823)

  4. Plaintiff's Motion for Leave to File a Surreply in Further Opposition of Defendants' Motion for Summary Judgment and to Exclude Testimony of Plaintiff's Case-Specific Experts and Combined Memorandum of Law in Support.

    a. Filed September 3, 2010 (D.E. 7095)

    b. Opposition filed September 9, 2010 (D.E. 7128)

    c. Reply in support filed September 17, 2010 (D.E. 7207)

**D.** **Cases To Be Trial-Ready On April 18, 2011.**

 <u>Walker et al. v. Bayer Corp. et al.</u>, No. 9:08-cv-80642 [Plaintiff Walker].

  1. Bayer's Motion for Summary Judgment and to Exclude Testimony by Plaintiff Clarence Walker's Case-Specific Experts and Memorandum of Law in Support.

    a. Filed August 13, 2010 (D.E. 6860)

    b. Opposition filed September 3, 2010 (D.E. 7091)

    c. Reply in support filed September 16, 2010 (D.E. 7194)

  2. Plaintiff's Motion to Exclude Expert Testimony of Dr. Anthony P. Furnary Relating Specifically to the Claims of Tonia Walker and Memorandum of Law in Support.

    a. Filed August 16, 2010 (D.E. 6958)

    b. Opposition filed September 2, 2010 (D.E. 7071)

    c. Reply in support filed September 17, 2010 (D.E. 7209)

    3. Plaintiff's Motion to Exclude Testimony of Dr. Stephen Seliger Relating Specifically to the Claims of Walker and Memorandum of Law in Support.

      a. Filed August 16, 2010 (D.E. 6890)

      b. Opposition filed September 2, 2010 (D.E. 7072)

      c. Reply in support filed September 17, 2010 (D.E. 7210)

WHEREFORE, the PSC and Defendants jointly submit the foregoing list of motions ripe for decision in the still-pending cases for which trial-ready or remand-ready dates are provided by PTO 22 and that have not been reassigned to a later trial- or remand-ready date by a subsequent Order of this Court.

Dated: October 11, 2010        Respectfully submitted,

| | |
|---|---|
| */s/ Theodore BabbitT* | */s/ Barbara Bolton Litten* |
| Theodore Babbitt | Patricia E. Lowry (Florida Bar No. 332569) |
| Florida Bar No. 0091146 | Email: plowry@ssd.com |
| Email: tedbabbitt@babbitt-johnson.com | Barbara Bolton Litten (Florida Bar No. 91642) |
| **BABBITT JOHNSON OSBORNE** | Email: blitten@ssd.com |
| **& LECLAINCHE, P.A.** | **SQUIRE, SANDERS & DEMPSEY L.L.P.** |
| 1641 Worthington Road, Suite 100 | 1900 Phillips Point West |
| West Palm Beach, Florida 33409 | 777 South Flagler Drive |
| Telephone: 561-684-2500 | West Palm Beach, FL 33401-6198 |
| Facsimile: 561-684-6308 | Telephone: 561-650-7120 |
| *Liaison Counsel for Plaintiffs* | Facsimile: 561-655-1509 |
| | *Defendants Liaison Counsel and Attorneys for Defendants* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 11, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Barbara Bolton Litten*
Barbara Bolton Litten

SERVICE LIST

In re Trasylol Products Liability Litigation – MDL-1928
Case No. 08-MD-1928-MIDDLEBROOKS/JOHNSON

**United States District Court
Southern District of Florida**

James R. Ronca
Email: jronca@anapolschwartz.com
**ANAPOL, SCHWARTZ,WEISS, COHAN,
FELDMAN & SMALLEY, P.C.**
1710 Spruce Street
Philadelphia, PA 19103
Telephone:  215-735-1130
Facsimile:  215-875-7758
*Plaintiffs' Steering Committee/Co-Lead Counsel*

Scott A. Love
Email: slove@triallawfirm.com
**CLARK, BURNETT, LOVE & LEE, G.P.**
Lyric Center
440 Louisiana Street, Suite 1600
Houston, TX 77002
Telephone:  713-759-1400
Facsimile:  713-759-1217
*Plaintiffs' Steering Committee/Co-Lead Counsel*

Theodore Babbitt
Email: tedbabbitt@babbitt-johnson.com
**BABBITT JOHNSON OSBORNE
& LECLAINCHE, P.A.**
1641 Worthington Road, Suite 100
West Palm Beach, Florida 33409
Telephone:  561-684-2500
Facsimile:  561-684-6308
 *Plaintiffs' Steering Committee/Liaison Counsel*

Joseph A. Osborne
Email: JAOsborne@babbitt-johnson.com
**BABBITT JOHNSON OSBORNE
& LECLAINCHE, P.A.**
1641 Worthington Road, Suite 100
West Palm Beach, Florida 33409
Telephone:  561-684-2500
Facsimile:  561-684-6308
 *Plaintiff's Steering Committee/Liaison Counsel*

Doug Monsour
Email: doug@monsourlawfirm.com
**THE MONSOUR LAW FIRM**
P.O. Box 4209
Longview, TX 75606
Telephone:  903-758-5757
Facsimile:  903-230-5010
*Plaintiff Steering Committee*

Brian H. Barr
Email: bbarr@levinlaw.com
**LEVIN PAPANTONIO THOMAS MITCHELL
ECHSNER & PROCTOR PA**
316 S. Baylen St., Suite 600
Pensacola, FL 32502
Telephone:  850-435-7000
Facsimile:  850-435-7020
*Plaintiff Steering Committee*

Ernest Cory
Email: ecory@cwcd.com
**CORY WATSON CROWDER & DEGARIS**
2131 Magnolia Ave.
Birmingham, AL 35205
Telephone:  205-328-2200
Facsimile:  205-324-7896
*Plaintiff's Steering Committee*

Marc Jay Bern
Email: mjbern@napolibern.com
**NAPOLI BERN & ASSOCIATES LLP**
3500 Sunrise Highway, Suite T-207
Great River, NY 11739
Telephone:  631-224-1133
Facsimile:  631-224-4774
*Plaintiff's Steering Committee*

7

Fred Thompson
Email: fthompson@motleyrice.com
**MOTLEY RICE LLC**
P.O. Box 1792
Mt. Pleasant, SC 29405
Telephone:  843-216-9000
Facsimile:  843-216-9440
*Plaintiff Steering Committee*

Joseph P. Danis
Email: jdanis@careydanis.com
**CAREY AND DANIS, LLC**
8235 Forsyth Blvd., Suite 1100
St. Louis, MO 63105
Telephone:  314-678-3400
Facsimile:  314-678-3401
*Plaintiff Steering Committee*

Neal Moskow
Email: neal@urymoskow.com
**URY & MOSKOW, LLC**
883 Black Rock Turnpike
Fairfield, CT 06825
Telephone:  203-610-6393
Facsimile:  203-610-6399
*Plaintiff Steering Committee/*
*Federal-State Liaison*

Philip S. Beck
Email: philip.beck@bartlit-beck.com
**BARTLIT BECK HERMAN PALENCHAR**
**& SCOTT LLP**
54 West Hubbard, Suite 300
Chicago, IL 60610
Telephone:  312-494-4400
Facsimile:  312-494-4440
*Defendants Co-Lead Counsel and*
*Attorney for Defendants Bayer Corporation,*
*Bayer HealthCare Pharmaceuticals Inc., Bayer*
*HealthCare LLC, Bayer AG, and Bayer*
*Schering Pharma AG*

Neil D. Overholtz
Email: noverholtz@awkolaw.com
**ALYSTOCK, WITKIN, KREIS**
**& OVERHOLTZ, PLLC**
803 North Palafox Street
Pensacola, FL 32501
Telephone:  850-916-7450
Facsimile:  850-916-7449
*Plaintiff Steering Committee*

David Matthews
Email: jrhoades@thematthewslawfirm.com
**MATTHEWS & ASSOCIATES**
2905 Sackett Street
Houston, TX 77098
Telephone:  713-522-5250
Facsimile:  713-535-7184
*Plaintiff Steering Committee*

Steven E. Derringer
Email: steven.derringer@bartlit-beck.com
**BARTLIT BECK HERMAN PALENCHAR**
**& SCOTT LLP**
54 West Hubbard, Suite 300
Chicago, IL 60610
Telephone:  312-494-4400
Facsimile:  312-494-4440
*Defendants Co-Lead Counsel and*
*Attorney for Defendants Bayer Corporation,*
*Bayer HealthCare Pharmaceuticals Inc., Bayer*
*HealthCare LLC, Bayer AG, and Bayer Schering*
*Pharma AG*

Eugene A. Schoon
Email: eschoon@sidley.com
**SIDLEY AUSTIN LLP**
One South Dearborn
Chicago, IL 60603
Telephone:  312-853-7000
Facsimile:  312-853-7036
*Defendants Co-Lead Counsel and*
*Attorney for Defendants Bayer Corporation,*
*Bayer HealthCare Pharmaceuticals Inc., Bayer*
*HealthCare LLC, Bayer AG, and Bayer Schering*
*Pharma AG*

Susan Artinian
Email: sartinian@dykema.com
**DYKEMA GOSSETT PLLC**
400 Renaissance Center
Detroit, MI 48243
Telephone:  313-568-6800
Facsimile:  313-568-6658
*Defendants Co-Lead Counsel and*
*Attorney for Defendants Bayer Corporation,*
*Bayer HealthCare Pharmaceuticals Inc., Bayer*
*HealthCare LLC, Bayer AG, and Bayer*
*Schering Pharma AG*

Patricia E. Lowry
Florida Bar No. 332569
Email: plowry@ssd.com
**SQUIRE, SANDERS & DEMPSEY L.L.P.**
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198
Telephone:  561-650-7200
Facsimile:  561-655-1509
*Defendants' Liaison Counsel and*
*Attorneys for Defendants Bayer Corporation,*
*Bayer HealthCare Pharmaceuticals Inc., Bayer*
*HealthCare LLC, Bayer AG, and Bayer*
*Schering Pharma AG*

Richard K. Dandrea
Email: rdandrea@eckertseamans.com
**ECKERT SEAMANS CHERIN & MELLOTT, LLC**
U.S. Steel Tower
600 Grant Street, 44th Floor
Pittsburgh, PA 15219
Telephone:  412-566-6000
Facsimile:  412-566-6099
*Defendants Co-Lead Counsel and*
*Attorney for Defendants Bayer Corporation,*
*Bayer HealthCare Pharmaceuticals Inc., Bayer*
*HealthCare LLC, Bayer AG, and Bayer Schering*
*Pharma AG*