**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON**

IN RE TRASYLOL PRODUCTS LIABILITY
LITIGATION – MDL-1928

This Document Relates to:

*George Miller v. Bayer Corporation, et al.*,
Case No. 9:10-cv-81049-DMM
_____/

**DEFENDANTS' NOTICE OF FILING PROPOSED ORDER ON**
**DEFENDANTS' RULE 12(b)(5) MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Defendants Bayer Corporation, Bayer HealthCare Pharmaceuticals Inc., and Bayer Schering Pharma AG hereby give notice of filing the proposed order granting Defendants' Rule 12(b)(5) Motion to Dismiss Plaintiff's Complaint filed on October 22, 2010 [D.E. 7632 in 1:08-md-01928; D.E. 40 in 9:10-cv-81049].

Dated:  October 22, 2010                    Respectfully submitted,

                                            */s/  Barbara Bolton Litten*
                                            Patricia E. Lowry (Florida Bar No. 332569)
                                            Email: plowry@ssd.com
                                            Barbara Bolton Litten (Florida Bar No. 91642)
                                            Email: blitten@ssd.com
                                            **SQUIRE, SANDERS & DEMPSEY L.L.P.**
                                            1900 Phillips Point West
                                            777 South Flagler Drive
                                            West Palm Beach, FL 33401-6198
                                            Telephone:  561-650-7120
                                            Facsimile:   561-655-1509

                                            *Attorneys for Defendants Bayer Corporation,*
                                            *Bayer HealthCare Pharmaceuticals Inc., and*
                                            *Bayer Schering Pharma AG*

**CERTIFICATE OF SERVICE**

      I certify that on October 22, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                */s/Barbara Bolton Litten*
                                                Barbara Bolton Litten

**SERVICE LIST**

Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON
Case No. 9:10-CV-81050-DMM

James R. Ronca
Email: jronca@anapolschwartz.com
**ANAPOL, SCHWARTZ, WEISS, COHAN,
FELDMAN & SMALLEY, P.C.**
1710 Spruce Street
Philadelphia, PA 19103
Telephone: 215-735-1130
Facsimile: 215-875-7758
*Co-Lead Counsel for Plaintiffs*

Scott Love
Email: slove@triallawfirm.com
**CLARK, BURNETT, LOVE & LEE, G.P.**
Lyric Center
440 Louisiana Street, Suite 1600
Houston, TX 77002
Telephone: 713-759-1400
Facsimile: 713-759-1217
*Co-Lead Counsel for Plaintiffs*

Theodore Babbitt
Email: tedbabbitt@babbitt-johnson.com
**BABBITT JOHNSON OSBORNE
& LECLAINCHE, P.A.**
1641 Worthington Road, Suite 100
West Palm Beach, FL 33409
Telephone: 561-684-2500
Facsimile: 561-684-6308
*Liaison Counsel for Plaintiffs*

Neal Moskow
Email: neal@urymoskow.com
**URY & MOSKOW, LLC**
883 Black Rock Turnpike
Fairfield, CT 06825
Telephone: 203-610-6393
Facsimile: 203-610-6399
*Federal-State Liaison for Plaintiffs*

Patricia E. Lowry
Florida Bar No. 332569
Email: plowry@ssd.com
**SQUIRE, SANDERS & DEMPSEY L.L.P.**
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198
Telephone: 561-650-7200
Facsimile: 561-655-1509
*Liaison Counsel for Defendants*

Gerald B. Taylor
Email: jerry@geraldbtaylor.com
**TAYLOR LAW FIRM**
7208 Fairwoods Place
Montgomery, AL 36117
Telephone: 334-775-1025
Facsimile: 334-775-1022
*Attorney for Plaintiff*

James Paul Sizemore
Email: gober@sizemoretaylor.net
**SIZEMORE TAYLOR LLP**
316 Magnolia Avenue
Fairhope, AL 36532
Telephone: 251-990-4375
Facsimile: 251-990-4371
*Attorney for Plaintiff*

Jennifer Lenze
Email: jlenze@girardikeese.com
**SIZEMORE TAYLOR LLC**
1601 North Sepulveda Boulevard, Suite 644
Manhattan Beach, CA 90266
Telephone: 760-500-2428
Facsimile: 213-481-1554
*Attorney for Plaintiff*