UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

|   |   |
|---|---|
| IN RE TRASYLOL PRODUCTS LIABILITY LITIGATION – MDL-1928 | ) ) ) |
| THIS DOCUMENT RELATES TO: | ) ) ) |
| *Paul Difiore v. Bayer Corporation et al.*, Case No. 9:10-cv-81054 | ) ) ) ) |

**CORPORATE DISCLOSURE STATEMENT OF BAYER SCHERING PHARMA AG**

Pursuant to Federal Rule of Civil Procedure 7.1, defendant Bayer Schering Pharma AG provides the Court with the following Corporate Disclosure Statement:

1. Bayer Schering Pharma AG is a nongovernmental corporation.

2. Bayer Schering Pharma AG is wholly owned by Bayer AG, a publicly traded corporation.

DATED:  October 25, 2010                Respectfully submitted,

*/s/  Barbara Bolton Litten*
Patricia E. Lowry (Florida Bar No. 332569)
Email: plowry@ssd.com
Barbara Bolton Litten (Florida Bar No. 91642)
Email: blitten@ssd.com
**SQUIRE, SANDERS & DEMPSEY L.L.P.**
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198
Telephone:  561-650-7120
Facsimile:   561-655-1509

*Attorneys for Defendant Bayer Schering Pharma AG*

## CERTIFICATE OF SERVICE

I certify that on October 25, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Barbara Bolton Litten*
Barbara Bolton Litten

## SERVICE LIST

### Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON
### Case No. 9:10-CV-81054-DMM

| | |
|---|---|
| James R. Ronca<br>Email: jronca@anapolschwartz.com<br>**ANAPOL, SCHWARTZ, WEISS, COHAN,**<br>**FELDMAN & SMALLEY, P.C.**<br>1710 Spruce Street<br>Philadelphia, PA 19103<br>Telephone: 215-735-1130<br>Facsimile: 215-875-7758<br>*Co-Lead Counsel for Plaintiffs* | Scott Love<br>Email: slove@triallawfirm.com<br>**CLARK, BURNETT, LOVE & LEE, G.P.**<br>Lyric Center<br>440 Louisiana Street, Suite 1600<br>Houston, TX 77002<br>Telephone: 713-759-1400<br>Facsimile: 713-759-1217<br>*Co-Lead Counsel for Plaintiffs* |
| Theodore Babbitt<br>Email: tedbabbitt@babbitt-johnson.com<br>**BABBITT JOHNSON OSBORNE**<br>**& LECLAINCHE, P.A.**<br>1641 Worthington Road, Suite 100<br>West Palm Beach, FL 33409<br>Telephone: 561-684-2500<br>Facsimile: 561-684-6308<br>*Liaison Counsel for Plaintiffs* | Neal Moskow<br>Email: neal@urymoskow.com<br>**URY & MOSKOW, LLC**<br>883 Black Rock Turnpike<br>Fairfield, CT 06825<br>Telephone: 203-610-6393<br>Facsimile: 203-610-6399<br>*Federal-State Liaison for Plaintiffs* |
| Patricia E. Lowry<br>Florida Bar No. 332569<br>Email: plowry@ssd.com<br>**SQUIRE, SANDERS & DEMPSEY L.L.P.**<br>1900 Phillips Point West<br>777 South Flagler Drive<br>West Palm Beach, FL 33401-6198<br>Telephone: 561-650-7200<br>Facsimile: 561-655-1509<br>*Liaison Counsel for Defendants* | Gerald B. Taylor<br>Email: jerry@geraldbtaylor.com<br>**TAYLOR LAW FIRM**<br>7208 Fairwoods Place<br>Montgomery, AL 36117<br>Telephone: 334-775-1025<br>Facsimile: 334-775-1022<br>*Attorney for Plaintiff* |
| James Paul Sizemore<br>Email: gober@sizemoretaylor.net<br>**SIZEMORE TAYLOR LLP**<br>316 Magnolia Avenue<br>Fairhope, AL 36532<br>Telephone: 251-990-4375<br>Facsimile: 251-990-4371<br>*Attorney for Plaintiff* | Jennifer Lenze<br>Email: jlenze@girardikeese.com<br>**SIZEMORE TAYLOR LLC**<br>1601 North Sepulveda Boulevard, Suite 644<br>Manhattan Beach, CA 90266<br>Telephone: 760-500-2428<br>Facsimile: 213-481-1554<br>*Attorney for Plaintiff* |