UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

| | |
|---|---|
| IN RE TRASYLOL PRODUCTS LIABILITY LITIGATION – MDL-1928 | )<br>)<br>)<br>) |
| THIS DOCUMENT RELATES TO: | )<br>)<br>) |
| *Alvin Gabel, etc., v. Bayer Corporation et al.*, Case No. 9:10-cv-81053 | )<br>)<br>) |

**CORPORATE DISCLOSURE STATEMENT OF BAYER CORPORATION**

Pursuant to Federal Rule of Civil Procedure 7.1, defendant Bayer Corporation provides the Court with the following Corporate Disclosure Statement:

1. Bayer Corporation is a nongovernmental corporation.

2. Bayer Corporation is wholly owned by Bayer AG, a publicly traded corporation.

DATED:  October 25, 2010                    Respectfully submitted,

*/s/  Barbara Bolton Litten*
Patricia E. Lowry (Florida Bar No. 332569)
Email: plowry@ssd.com
Barbara Bolton Litten (Florida Bar No. 91642)
Email: blitten@ssd.com
**SQUIRE, SANDERS & DEMPSEY L.L.P.**
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198
Telephone:  561-650-7120
Facsimile:  561-655-1509

*Attorneys for Defendant Bayer Corporation*

## CERTIFICATE OF SERVICE

I certify that on October 25, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/  Barbara Bolton Litten*
Barbara Bolton Litten

SERVICE LIST

Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON
Case No. 9:10-CV-81053-DMM

James R. Ronca
Email: jronca@anapolschwartz.com
**ANAPOL, SCHWARTZ, WEISS, COHAN,**
**FELDMAN & SMALLEY, P.C.**
1710 Spruce Street
Philadelphia, PA 19103
Telephone:  215-735-1130
Facsimile:  215-875-7758
*Co-Lead Counsel for Plaintiffs*

Theodore Babbitt
Email: tedbabbitt@babbitt-johnson.com
**BABBITT JOHNSON OSBORNE**
**& LECLAINCHE, P.A**.
1641 Worthington Road, Suite 100
West Palm Beach, FL 33409
Telephone:  561-684-2500
Facsimile:  561-684-6308
*Liaison Counsel for Plaintiffs*

Patricia E. Lowry
Florida Bar No. 332569
Email: plowry@ssd.com
**SQUIRE, SANDERS & DEMPSEY L.L.P.**
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198
Telephone:  561-650-7200
Facsimile:  561-655-1509
*Liaison Counsel for Defendants*

James Paul Sizemore
Email: gober@sizemoretaylor.net
**SIZEMORE TAYLOR LLP**
316 Magnolia Avenue
Fairhope, AL 36532
Telephone:  251-990-4375
Facsimile:  251-990-4371
*Attorney for Plaintiff*

Scott Love
Email: slove@triallawfirm.com
**CLARK, BURNETT, LOVE & LEE, G.P.**
Lyric Center
440 Louisiana Street, Suite 1600
Houston, TX  77002
Telephone:  713-759-1400
Facsimile:  713-759-1217
*Co-Lead Counsel for Plaintiffs*

Neal Moskow
Email: neal@urymoskow.com
**URY & MOSKOW, LLC**
883 Black Rock Turnpike
Fairfield, CT 06825
Telephone:  203-610-6393
Facsimile:  203-610-6399
*Federal-State Liaison for Plaintiffs*

Gerald B. Taylor
Email: jerry@geraldbtaylor.com
**TAYLOR LAW FIRM**
7208 Fairwoods Place
Montgomery, AL 36117
Telephone:  334-775-1025
Facsimile:  334-775-1022
*Attorney for Plaintiff*

Jennifer Lenze
Email: jlenze@girardikeese.com
**SIZEMORE TAYLOR LLC**
1601 North Sepulveda Boulevard, Suite 644
Manhattan Beach, CA 90266
Telephone:  760-500-2428
Facsimile:  213-481-1554
*Attorney for Plaintiff*