Exhibit A

Plaintiff Fact Sheets: List of Delinquent Plaintiffs

Cases Where A Bayer Entity Has Been Served

| No. | Plaintiff Name | MDL No. | Counsel Name/Address |
|---|---|---|---|
| 1 | Walter Davis | 9:09-cv-81115 | TorHoerman Law LLC<br>Hoerman, Tor<br>Davis, Steven<br>Email: sdavis@torhoermanlaw.com<br>101 W. Vandalia Suite 350<br>Edwardsville, IL  62025<br><br>Simmons Attorneys at Law<br>707 Berkshire Boulevard<br>East Alton, IL  62024 |
| 2 | Earl Smith<br><br>*Defendants' motion to compel a completed Plaintiff Fact Sheet and authorizations was granted on June 17, 2010.  To date, we have not received any responsive materials. | 9:09-cv-81527 | Napoli Bern Ripka, LLP<br>LoPalo, Christopher R.<br>Email: clopalo@napolibern.com<br>3500 Sunrise Highway, Suite T-207<br>Great River, NY  11739 |
| 3 | Dawn Eubanks, as Representative of the Estate of Rachel Eubanks<br><br>*Defendants' motion to compel a completed Plaintiff Fact Sheet and authorizations was granted on June 11, 2010.  To date, we have not received any responsive materials. | 9:09-cv-81639 | Napoli Bern Ripka, LLP<br>LoPalo, Christopher R.<br>Email: clopalo@napolibern.com<br>3500 Sunrise Highway, Suite T-207<br>Great River, NY  11739 |
| 4 | Tracy Batchelder | 9:09-cv-82034 | Jensen, Belew & Gonzalez, PLLC<br>Jensen, Keith M.<br>Email: kj@kjensenlaw.com<br>Osi, Carlo<br>Email: co@kjensenlaw.com<br>1024 N. Main Street<br>Fort Worth, TX  76164 |
| 5 | Aileen Hollins | 9:10-cv-80103 | *Pro Se*<br>Ms. Marilyn Davis o/b/o Ms. Aileen Hollins |

| | | | |
|---|---|---|---|
| | | | Physical Address: 111 Old Yazoo Road Bentonia, MS 39040<br><br>Mailing Address: P.O. Box 399 Bentonia, MS 39040 |
| 6 | Carmine Melignano | 9:10-cv-80121 | The Lanier Law Firm, PLLC<br>Lanier, Mark<br>Email: wml@lanierlawfirm.com<br>Meadow, Richard D.<br>Email: rdm@lanierlawfirm.com<br>Kuttles, David<br>Email: DXK@lanierlawfirm.com<br>126 East 56th St., 6th Floor<br>New York, NY  10022<br><br>Ury & Moskow, LLC<br>Moskow, Neal L.<br>Email: neal@urymoskow.com<br>883 Black Rock Turnpike<br>Fairfield, CT  06825<br><br>Anapol, Schwartz, Weiss, Cohan, Feldman & Smalley, P.C.<br>Ronca, James R.<br>Email: jronca@anapolschwartz.com<br>1710 Spruce St.<br>Philadelphia, PA  19103 |
| 7 | Bessie Booker, as Representative of the Estate of Mary Booker | 9:10-cv-80134 | Matthews & Associates<br>Rhoades, Julie L.<br>Email: jrhoades@thematthewslawfirm.com<br>Matthews, David P.<br>Email: dmatthews@thematthewslawfirm.com<br>Rojas, Rachal<br>2905 Sackett Street<br>Houston, TX  77098 |
| 8 | Brenda Gremli, as Representative of the Estate of Bonnie Chenoweth | 9:10-cv-80134 | Matthews & Associates<br>Rhoades, Julie L.<br>Email: jrhoades@thematthewslawfirm.com<br>Matthews, David P.<br>Email: dmatthews@thematthewslawfirm.com<br>Rojas, Rachal<br>2905 Sackett Street |

| | | | Houston, TX 77098 |
|---|---|---|---|
| 9 | Charlene Douse | 9:10-cv-80134 | Matthews & Associates<br>Rhoades, Julie L.<br>Email:<br>jrhoades@thematthewslawfirm.com<br>Matthews, David P.<br>Email:<br>dmatthews@thematthewslawfirm.com<br>Rojas, Rachal<br>2905 Sackett Street<br>Houston, TX 77098 |
| 10 | Joe Taylor, Jr. | 9:10-cv-80134 | Matthews & Associates<br>Rhoades, Julie L.<br>Email:<br>jrhoades@thematthewslawfirm.com<br>Matthews, David P.<br>Email:<br>dmatthews@thematthewslawfirm.com<br>Rojas, Rachal<br>2905 Sackett Street<br>Houston, TX 77098 |
| 11 | Levonia Bradley, as Representative of the Estate of Alfonzia Bradley | 9:10-cv-80134 | Matthews & Associates<br>Rhoades, Julie L.<br>Email:<br>jrhoades@thematthewslawfirm.com<br>Matthews, David P.<br>Email:<br>dmatthews@thematthewslawfirm.com<br>Rojas, Rachal<br>2905 Sackett Street<br>Houston, TX 77098 |
| 12 | Valentin Ortega | 9:10-cv-80134 | Matthews & Associates<br>Rhoades, Julie L.<br>Email:<br>jrhoades@thematthewslawfirm.com<br>Matthews, David P.<br>Email:<br>dmatthews@thematthewslawfirm.com<br>Rojas, Rachal<br>2905 Sackett Street<br>Houston, TX 77098 |
| 13 | Carey Guidry, as Representative of the Estate of Rose Allen | 9:10-cv-80136 | Matthews & Associates<br>Rhoades, Julie L.<br>Email:<br>jrhoades@thematthewslawfirm.com<br>Matthews, David P. |

| | | | Email: dmatthews@thematthewslawfirm.com Rojas, Rachal 2905 Sackett Street Houston, TX  77098 |
|---|---|---|---|
| 14 | Jeff Culbreth, as Representative of the Estate of Max Culbreth | 9:10-cv-80136 | Matthews & Associates Rhoades, Julie L. Email: jrhoades@thematthewslawfirm.com Matthews, David P. Email: dmatthews@thematthewslawfirm.com Rojas, Rachal 2905 Sackett Street Houston, TX  77098 |
| 15 | Alan Martin, as Representative of the Estate of William Martin | 9:10-cv-80140 | Matthews & Associates Rhoades, Julie L. Email: jrhoades@thematthewslawfirm.com Matthews, David P. Email: dmatthews@thematthewslawfirm.com Rojas, Rachal 2905 Sackett Street Houston, TX  77098 |
| 16 | Joyce Johnson, as Representative of the Estate of Myrtle Nelson | 9:10-cv-80140 | Matthews & Associates Rhoades, Julie L. Email: jrhoades@thematthewslawfirm.com Matthews, David P. Email: dmatthews@thematthewslawfirm.com Rojas, Rachal 2905 Sackett Street Houston, TX  77098 |
| 17 | Anke Griswold, as Representative of the Estate of James Griswold | 9:10-cv-80141 | Matthews & Associates Rhoades, Julie L. Email: jrhoades@thematthewslawfirm.com Matthews, David P. Email: dmatthews@thematthewslawfirm.com Rojas, Rachal 2905 Sackett Street Houston, TX  77098 |
| 18 | Kathleen Beard, as | 9:10-cv-80142 | Matthews & Associates |

| | | | |
|---|---|---|---|
| | Representative of the Estate of Henry Beard | | Rhoades, Julie L. Email: jrhoades@thematthewslawfirm.com Matthews, David P. Email: dmatthews@thematthewslawfirm.com Rojas, Rachal 2905 Sackett Street Houston, TX  77098 |
| 19 | Joseph Barlow | 9:10-cv-80161 | Matthews & Associates Rhoades, Julie L. Email: jrhoades@thematthewslawfirm.com Matthews, David P. Email: dmatthews@thematthewslawfirm.com Rojas, Rachal 2905 Sackett Street Houston, TX  77098 |
| 20 | Robert Blanchard | 9:10-cv-80161 | Matthews & Associates Rhoades, Julie L. Email: jrhoades@thematthewslawfirm.com Matthews, David P. Email: dmatthews@thematthewslawfirm.com Rojas, Rachal 2905 Sackett Street Houston, TX  77098 |
| 21 | Virginia Harrison | 9:10-cv-80161 | Matthews & Associates Rhoades, Julie L. Email: jrhoades@thematthewslawfirm.com Matthews, David P. Email: dmatthews@thematthewslawfirm.com Rojas, Rachal 2905 Sackett Street Houston, TX  77098 |
| 22 | Thelma Armstead, as Representative of the Estate of Sherron Mitchell | 9:10-cv-80163 | Matthews & Associates Rhoades, Julie L. Email: jrhoades@thematthewslawfirm.com Matthews, David P. Email: dmatthews@thematthewslawfirm.com |

| | | | Rojas, Rachal<br>2905 Sackett Street<br>Houston, TX  77098 |
|---|---|---|---|
| 23 | Celestia Johnson, as Representative of the Estate of Marvin Johnson | 9:10-cv-80164 | Matthews & Associates<br>Rhoades, Julie L.<br>Email:<br>jrhoades@thematthewslawfirm.com<br>Matthews, David P.<br>Email:<br>dmatthews@thematthewslawfirm.com<br>Rojas, Rachal<br>2905 Sackett Street<br>Houston, TX  77098 |
| 24 | Geneva Tate, as Representative of the Estate of Hattie Shelton | 9:10-cv-80164 | Matthews & Associates<br>Rhoades, Julie L.<br>Email:<br>jrhoades@thematthewslawfirm.com<br>Matthews, David P.<br>Email:<br>dmatthews@thematthewslawfirm.com<br>Rojas, Rachal<br>2905 Sackett Street<br>Houston, TX  77098 |
| 25 | Lilyana Kirov, as Representative of the Estate of Marvin Kirov | 9:10-cv-80164 | Matthews & Associates<br>Rhoades, Julie L.<br>Email:<br>jrhoades@thematthewslawfirm.com<br>Matthews, David P.<br>Email:<br>dmatthews@thematthewslawfirm.com<br>Rojas, Rachal<br>2905 Sackett Street<br>Houston, TX  77098 |
| 26 | Terry Meyers, as Representative of the Estate of Sandra Messier | 9:10-cv-80164 | Matthews & Associates<br>Rhoades, Julie L.<br>Email:<br>jrhoades@thematthewslawfirm.com<br>Matthews, David P.<br>Email:<br>dmatthews@thematthewslawfirm.com<br>Rojas, Rachal<br>2905 Sackett Street<br>Houston, TX  77098 |
| 27 | Carl McCain, as Representative of the Estate of Julie McCain | 9:10-cv-80165 | Matthews & Associates<br>Rhoades, Julie L.<br>Email: |

| | | | |
|---|---|---|---|
| | | | jrhoades@thematthewslawfirm.com Matthews, David P. Email: dmatthews@thematthewslawfirm.com Rojas, Rachal 2905 Sackett Street Houston, TX  77098 |
| 28 | Gloria McGinn, as Representative of the Estate of Ronald McGinn, Sr. | 9:10-cv-80165 | Matthews & Associates Rhoades, Julie L. Email: jrhoades@thematthewslawfirm.com Matthews, David P. Email: dmatthews@thematthewslawfirm.com Rojas, Rachal 2905 Sackett Street Houston, TX  77098 |
| 29 | Janice Crosby, as Representative of the Estate of Leon Crosby | 9:10-cv-80165 | Matthews & Associates Rhoades, Julie L. Email: jrhoades@thematthewslawfirm.com Matthews, David P. Email: dmatthews@thematthewslawfirm.com Rojas, Rachal 2905 Sackett Street Houston, TX  77098 |
| 30 | Jennifer Ferrell, as Representative of the Estate of Richard Ferrell | 9:10-cv-80165 | Matthews & Associates Rhoades, Julie L. Email: jrhoades@thematthewslawfirm.com Matthews, David P. Email: dmatthews@thematthewslawfirm.com Rojas, Rachal 2905 Sackett Street Houston, TX  77098 |
| 31 | JoAnn Mouat, as Representative of the Estate of Judy Eames | 9:10-cv-80165 | Matthews & Associates Rhoades, Julie L. Email: jrhoades@thematthewslawfirm.com Matthews, David P. Email: dmatthews@thematthewslawfirm.com Rojas, Rachal 2905 Sackett Street |

| | | | Houston, TX  77098 |
|---|---|---|---|
| 32 | Maria Holley, as Representative of the Estate of Michael Holley | 9:10-cv-80165 | Matthews & Associates<br>Rhoades, Julie L.<br>Email:<br>jrhoades@thematthewslawfirm.com<br>Matthews, David P.<br>Email:<br>dmatthews@thematthewslawfirm.com<br>Rojas, Rachal<br>2905 Sackett Street<br>Houston, TX  77098 |
| 33 | Kenneth Stender | 9:10-cv-80167 | Matthews & Associates<br>Rhoades, Julie L.<br>Email:<br>jrhoades@thematthewslawfirm.com<br>Matthews, David P.<br>Email:<br>dmatthews@thematthewslawfirm.com<br>Rojas, Rachal<br>2905 Sackett Street<br>Houston, TX  77098 |
| 34 | Murrel Sampson | 9:10-cv-80167 | Matthews & Associates<br>Rhoades, Julie L.<br>Email:<br>jrhoades@thematthewslawfirm.com<br>Matthews, David P.<br>Email:<br>dmatthews@thematthewslawfirm.com<br>Rojas, Rachal<br>2905 Sackett Street<br>Houston, TX  77098 |
| 35 | Daniel Fitzgerald | 9:10-cv-80265 | Ury & Moskow, LLC<br>Moskow, Neal L.<br>Email: neal@urymoskow.com<br>883 Black Rock Turnpike<br>Fairfield, CT  06825<br><br>Aylstock, Witkin, Kreis & Overholtz, PLLC<br>Overholtz, Neil D.<br>Email: noverholtz@awkolaw.com<br>803 N. Palafox St.<br>Pensacola, FL  32501 |
| 36 | Ida Mitchell | 9:10-cv-80265 | Ury & Moskow, LLC<br>Moskow, Neal L.<br>Email: neal@urymoskow.com |

| | | | 883 Black Rock Turnpike<br>Fairfield, CT  06825<br><br>Aylstock, Witkin, Kreis & Overholtz, PLLC<br>Overholtz, Neil D.<br>Email: noverholtz@awkolaw.com<br>803 N. Palafox St.<br>Pensacola, FL  32501 |
|---|---|---|---|
| 37 | Irving Zoll | 9:10-cv-80265 | Ury & Moskow, LLC<br>Moskow, Neal L.<br>Email: neal@urymoskow.com<br>883 Black Rock Turnpike<br>Fairfield, CT  06825<br><br>Aylstock, Witkin, Kreis & Overholtz, PLLC<br>Overholtz, Neil D.<br>Email: noverholtz@awkolaw.com<br>803 N. Palafox St.<br>Pensacola, FL  32501 |
| 38 | Susan Townsley | 9:10-cv-80265 | Ury & Moskow, LLC<br>Moskow, Neal L.<br>Email: neal@urymoskow.com<br>883 Black Rock Turnpike<br>Fairfield, CT  06825<br><br>Aylstock, Witkin, Kreis & Overholtz, PLLC<br>Overholtz, Neil D.<br>Email: noverholtz@awkolaw.com<br>803 N. Palafox St.<br>Pensacola, FL  32501 |
| 39 | Carol Hyjeck | 9:10-cv-80266 | Ury & Moskow, LLC<br>Moskow, Neal L.<br>Email: neal@urymoskow.com<br>883 Black Rock Turnpike<br>Fairfield, CT  06825<br><br>Aylstock, Witkin, Kreis & Overholtz, PLLC<br>Overholtz, Neil D.<br>Email: noverholtz@awkolaw.com<br>803 N. Palafox St.<br>Pensacola, FL  32501 |
| 40 | Donald Helmeke | 9:10-cv-80266 | Ury & Moskow, LLC |

| | | | Moskow, Neal L.<br>Email: neal@urymoskow.com<br>883 Black Rock Turnpike<br>Fairfield, CT  06825<br><br>Aylstock, Witkin, Kreis & Overholtz, PLLC<br>Overholtz, Neil D.<br>Email: noverholtz@awkolaw.com<br>803 N. Palafox St.<br>Pensacola, FL  32501 |
|---|---|---|---|
| 41 | John Kitchens | 9:10-cv-80266 | Ury & Moskow, LLC<br>Moskow, Neal L.<br>Email: neal@urymoskow.com<br>883 Black Rock Turnpike<br>Fairfield, CT  06825<br><br>Aylstock, Witkin, Kreis & Overholtz, PLLC<br>Overholtz, Neil D.<br>Email: noverholtz@awkolaw.com<br>803 N. Palafox St.<br>Pensacola, FL  32501 |
| 42 | Dorothy Carroll | 9:10-cv-80267 | Ury & Moskow, LLC<br>Moskow, Neal L.<br>Email: neal@urymoskow.com<br>883 Black Rock Turnpike<br>Fairfield, CT  06825<br><br>Aylstock, Witkin, Kreis & Overholtz, PLLC<br>Overholtz, Neil D.<br>Email: noverholtz@awkolaw.com<br>803 N. Palafox St.<br>Pensacola, FL  32501 |
| 43 | Glenda Brown | 9:10-cv-80267 | Ury & Moskow, LLC<br>Moskow, Neal L.<br>Email: neal@urymoskow.com<br>883 Black Rock Turnpike<br>Fairfield, CT  06825<br><br>Aylstock, Witkin, Kreis & Overholtz, PLLC<br>Overholtz, Neil D.<br>Email: noverholtz@awkolaw.com<br>803 N. Palafox St. |

| | | | Pensacola, FL  32501 |
|---|---|---|---|
| 44 | Valera Danesh | 9:10-cv-80267 | Ury & Moskow, LLC<br>Moskow, Neal L.<br>Email: neal@urymoskow.com<br>883 Black Rock Turnpike<br>Fairfield, CT  06825<br><br>Aylstock, Witkin, Kreis & Overholtz, PLLC<br>Overholtz, Neil D.<br>Email: noverholtz@awklaw.com<br>803 N. Palafox St.<br>Pensacola, FL  32501 |
| 45 | Francesca Melendez | 9:10-cv-80268 | Ury & Moskow, LLC<br>Moskow, Neal L.<br>Email: neal@urymoskow.com<br>883 Black Rock Turnpike<br>Fairfield, CT  06825<br><br>Aylstock, Witkin, Kreis & Overholtz, PLLC<br>Overholtz, Neil D.<br>Email: noverholtz@awkolaw.com<br>803 N. Palafox St.<br>Pensacola, FL  32501 |
| 46 | Fred Assing | 9:10-cv-80268 | Ury & Moskow, LLC<br>Moskow, Neal L.<br>Email: neal@urymoskow.com<br>883 Black Rock Turnpike<br>Fairfield, CT  06825<br><br>Aylstock, Witkin, Kreis & Overholtz, PLLC<br>Overholtz, Neil D.<br>Email: noverholtz@awkolaw.com<br>803 N. Palafox St.<br>Pensacola, FL  32501 |
| 47 | JoAnn Hollowell | 9:10-cv-80268 | Ury & Moskow, LLC<br>Moskow, Neal L.<br>Email: neal@urymoskow.com<br>883 Black Rock Turnpike<br>Fairfield, CT  06825<br><br>Aylstock, Witkin, Kreis & Overholtz, PLLC<br>Overholtz, Neil D. |

| | | | Email: noverholtz@awkolaw.com<br>803 N. Palafox St.<br>Pensacola, FL  32501 |
|---|---|---|---|
| 48 | Rocco Sgrignoli | 9:10-cv-80268 | Ury & Moskow, LLC<br>Moskow, Neal L.<br>Email: neal@urymoskow.com<br>883 Black Rock Turnpike<br>Fairfield, CT  06825<br><br>Aylstock, Witkin, Kreis & Overholtz, PLLC<br>Overholtz, Neil D.<br>Email: noverholtz@awkolaw.com<br>803 N. Palafox St.<br>Pensacola, FL  32501 |
| 49 | Larry Lee | 9:10-cv-80269 | Ury & Moskow, LLC<br>Moskow, Neal L.<br>Email: neal@urymoskow.com<br>883 Black Rock Turnpike<br>Fairfield, CT  06825<br><br>Aylstock, Witkin, Kreis & Overholtz, PLLC<br>Overholtz, Neil D.<br>Email: noverholtz@awkolaw.com<br>803 N. Palafox St.<br>Pensacola, FL  32501 |
| 50 | Mary Ann Moore | 9:10-cv-80269 | Ury & Moskow, LLC<br>Moskow, Neal L.<br>Email: neal@urymoskow.com<br>883 Black Rock Turnpike<br>Fairfield, CT  06825<br><br>Aylstock, Witkin, Kreis & Overholtz, PLLC<br>Overholtz, Neil D.<br>Email: noverholtz@awkolaw.com<br>803 N. Palafox St.<br>Pensacola, FL  32501 |
| 51 | Mary McDonald | 9:10-cv-80269 | Ury & Moskow, LLC<br>Moskow, Neal L.<br>Email: neal@urymoskow.com<br>883 Black Rock Turnpike<br>Fairfield, CT  06825<br><br>Aylstock, Witkin, Kreis & Overholtz, |

| | | | PLLC<br>Overholtz, Neil D.<br>Email: noverholtz@awklaw.com<br>803 N. Palafox St.<br>Pensacola, FL  32501 |
|---|---|---|---|
| 52 | William Mason | 9:10-cv-80269 | Ury & Moskow, LLC<br>Moskow, Neal L.<br>Email: neal@urymoskow.com<br>883 Black Rock Turnpike<br>Fairfield, CT  06825<br><br>Aylstock, Witkin, Kreis & Overholtz,<br>PLLC<br>Overholtz, Neil D.<br>Email: noverholtz@awkolaw.com<br>803 N. Palafox St.<br>Pensacola, FL  32501 |
| 53 | Richard Ferrazzo, as Representative of the Estate of Joseph Ferrazzo | 9:10-cv-80271 | Ury & Moskow, LLC<br>Moskow, Neal L.<br>Email: neal@urymoskow.com<br>883 Black Rock Turnpike<br>Fairfield, CT  06825<br><br>Aylstock, Witkin, Kreis & Overholtz,<br>PLLC<br>Overholtz, Neil D.<br>Email: noverholtz@awkolaw.com<br>803 N. Palafox St.<br>Pensacola, FL  32501 |
| 54 | Rose Wilkins, as Representative of the Estate of Willie Rogers | 9:10-cv-80273 | Aylstock, Witkin, Kreis & Overholtz,<br>PLLC<br>Thornburgh, Daniel J.<br>Email: Dthornburgh@awkolaw.com<br>803 N. Palafox St.<br>Pensacola, FL  32501 |
| 55 | Elaine Apanaites, as Representative of the Estate of Delia Russ | 9:10-cv-80430 | Aylstock, Witkin, Kreis & Overholtz,<br>PLLC<br>Overholtz, Neil D.<br>Email: noverholtz@awkolaw.com<br>803 N. Palafox St.<br>Pensacola, FL  32501<br><br>Anderson Law Offices<br>Anderson, Benjamin<br>Email: ben@andersonlawoffices.net<br>1360 West 9th Street Suite 215 |

| | | | Cleveland, OH  44113 |
|---|---|---|---|
| 56 | Melodie Urban, as Representative of the Estate of Nancy Viers | 9:10-cv-80431 | Aylstock, Witkin, Kreis & Overholtz, PLLC<br>Overholtz, Neil D.<br>Email: noverholtz@awkolaw.com<br>803 N. Palafox St.<br>Pensacola, FL  32501<br><br>Anderson Law Offices<br>Anderson, Benjamin<br>Email: ben@andersonlawoffices.net<br>1360 West 9th Street Suite 215<br>Cleveland, OH  44113 |
| 57 | Renae Obedisco, as Representative of the Estate of Wilma Corfont | 9:10-cv-80431 | Aylstock, Witkin, Kreis & Overholtz, PLLC<br>Overholtz, Neil D.<br>Email: noverholtz@awkolaw.com<br>803 N. Palafox St.<br>Pensacola, FL  32501<br><br>Anderson Law Offices<br>Anderson, Benjamin<br>Email: ben@andersonlawoffices.net<br>1360 West 9th Street Suite 215<br>Cleveland, OH  44113 |
| 58 | Cylla Henderson, as Representative of the Estate of William Henderson | 9:10-cv-80432 | Aylstock, Witkin, Kreis & Overholtz, PLLC<br>Overholtz, Neil D.<br>Email: noverholtz@awkolaw.com<br>803 N. Palafox St.<br>Pensacola, FL  32501<br><br>Anderson Law Offices<br>Anderson, Benjamin<br>Email: ben@andersonlawoffices.net<br>1360 West 9th Street Suite 215<br>Cleveland, OH  44113 |
| 59 | Betty Thompson | 9:10-cv-80482 | The Driscoll Firm<br>John J. Driscoll<br>Email: john@thedriscollfirm.com<br>211 N. Broadway, Suite 2440<br>St Louis, MO 63102 |
| 60 | Clyde Porter | 9:10-cv-80482 | The Driscoll Firm<br>John J. Driscoll<br>Email: john@thedriscollfirm.com<br>211 N. Broadway, Suite 2440 |

| | | | St Louis, MO 63102 |
|---|---|---|---|
| 61 | Corliss Herrington | 9:10-cv-80482 | The Driscoll Firm<br>John J. Driscoll<br>Email: john@thedriscollfirm.com<br>211 N. Broadway, Suite 2440<br>St Louis, MO 63102 |
| 62 | Count Walker | 9:10-cv-80482 | The Driscoll Firm<br>John J. Driscoll<br>Email: john@thedriscollfirm.com<br>211 N. Broadway, Suite 2440<br>St Louis, MO 63102 |
| 63 | Daniel Ursery | 9:10-cv-80482 | The Driscoll Firm<br>John J. Driscoll<br>Email: john@thedriscollfirm.com<br>211 N. Broadway, Suite 2440<br>St Louis, MO 63102 |
| 64 | Darrell Watson | 9:10-cv-80482 | The Driscoll Firm<br>John J. Driscoll<br>Email: john@thedriscollfirm.com<br>211 N. Broadway, Suite 2440<br>St Louis, MO 63102 |
| 65 | Edwin Fairman | 9:10-cv-80482 | The Driscoll Firm<br>John J. Driscoll<br>Email: john@thedriscollfirm.com<br>211 N. Broadway, Suite 2440<br>St Louis, MO 63102 |
| 66 | Elzine Strong | 9:10-cv-80482 | The Driscoll Firm<br>John J. Driscoll<br>Email: john@thedriscollfirm.com<br>211 N. Broadway, Suite 2440<br>St Louis, MO 63102 |
| 67 | Eugene Sohn | 9:10-cv-80482 | The Driscoll Firm<br>John J. Driscoll<br>Email: john@thedriscollfirm.com<br>211 N. Broadway, Suite 2440<br>St Louis, MO 63102 |
| 68 | George Taylor | 9:10-cv-80482 | The Driscoll Firm<br>John J. Driscoll<br>Email: john@thedriscollfirm.com<br>211 N. Broadway, Suite 2440<br>St Louis, MO 63102 |
| 69 | Ginger Whetsel | 9:10-cv-80482 | The Driscoll Firm<br>John J. Driscoll<br>Email: john@thedriscollfirm.com<br>211 N. Broadway, Suite 2440<br>St Louis, MO 63102 |

| 70 | Irene Coronado | 9:10-cv-80482 | The Driscoll Firm<br>John J. Driscoll<br>Email: john@thedriscollfirm.com<br>211 N. Broadway, Suite 2440<br>St Louis, MO 63102 |
| 71 | Jerod Lewis | 9:10-cv-80482 | The Driscoll Firm<br>John J. Driscoll<br>Email: john@thedriscollfirm.com<br>211 N. Broadway, Suite 2440<br>St Louis, MO 63102 |
| 72 | Joseph Green | 9:10-cv-80482 | The Driscoll Firm<br>John J. Driscoll<br>Email: john@thedriscollfirm.com<br>211 N. Broadway, Suite 2440<br>St Louis, MO 63102 |
| 73 | Ken Burt | 9:10-cv-80482 | The Driscoll Firm<br>John J. Driscoll<br>Email: john@thedriscollfirm.com<br>211 N. Broadway, Suite 2440<br>St Louis, MO 63102 |
| 74 | Lacey Austin | 9:10-cv-80482 | The Driscoll Firm<br>John J. Driscoll<br>Email: john@thedriscollfirm.com<br>211 N. Broadway, Suite 2440<br>St Louis, MO 63102 |
| 75 | Lawrence Taylor | 9:10-cv-80482 | The Driscoll Firm<br>John J. Driscoll<br>Email: john@thedriscollfirm.com<br>211 N. Broadway, Suite 2440<br>St Louis, MO 63102 |
| 76 | Levi Suggs | 9:10-cv-80482 | The Driscoll Firm<br>John J. Driscoll<br>Email: john@thedriscollfirm.com<br>211 N. Broadway, Suite 2440<br>St Louis, MO 63102 |
| 77 | Lorraine Campbell | 9:10-cv-80482 | The Driscoll Firm<br>John J. Driscoll<br>Email: john@thedriscollfirm.com<br>211 N. Broadway, Suite 2440<br>St Louis, MO 63102 |
| 78 | Mary Stevenson | 9:10-cv-80482 | The Driscoll Firm<br>John J. Driscoll<br>Email: john@thedriscollfirm.com<br>211 N. Broadway, Suite 2440<br>St Louis, MO 63102 |
| 79 | McQuester Soloman | 9:10-cv-80482 | The Driscoll Firm |

| | | | John J. Driscoll<br>Email: john@thedriscollfirm.com<br>211 N. Broadway, Suite 2440<br>St Louis, MO 63102 |
|---|---|---|---|
| 80 | Raymond Gulley | 9:10-cv-80482 | The Driscoll Firm<br>John J. Driscoll<br>Email: john@thedriscollfirm.com<br>211 N. Broadway, Suite 2440<br>St Louis, MO 63102 |
| 81 | Robert Dorsey | 9:10-cv-80482 | The Driscoll Firm<br>John J. Driscoll<br>Email: john@thedriscollfirm.com<br>211 N. Broadway, Suite 2440<br>St Louis, MO 63102 |
| 82 | Robert Huffman | 9:10-cv-80482 | The Driscoll Firm<br>John J. Driscoll<br>Email: john@thedriscollfirm.com<br>211 N. Broadway, Suite 2440<br>St Louis, MO 63102 |
| 83 | Shaban Janloo | 9:10-cv-80482 | The Driscoll Firm<br>John J. Driscoll<br>Email: john@thedriscollfirm.com<br>211 N. Broadway, Suite 2440<br>St Louis, MO 63102 |
| 84 | Sherrill Stevenson | 9:10-cv-80482 | The Driscoll Firm<br>John J. Driscoll<br>Email: john@thedriscollfirm.com<br>211 N. Broadway, Suite 2440<br>St Louis, MO 63102 |
| 85 | Donald Durheim | 9:10-cv-80578 | Aylstock, Witkin, Kreis & Overholtz, PLLC<br>Thornburgh, Daniel J.<br>Email: Dthornburgh@awkolaw.com<br>803 N. Palafox St.<br>Pensacola, FL  32501 |
| 86 | Sheryl Semore, as Representative of the Estate of Warren Moore | 9:10-cv-80730 | The West Law Firm<br>West, Terry W.<br>Email: terry@thewetlaswfirm.com<br>West, Bradley C.<br>Email: brad@thewestlawfirm.com<br>Luther, Gregg W.<br>Email: gregg@thewestlawfirm.com<br>124 W. Highland<br>Shawnee, OK  74801 |
| 87 | Courtland Schlender | 9:10-cv-80746 | Aylstock, Witkin, Kreis & Overholtz, PLLC |

| | | | Thornburgh, Daniel J.<br>Email: Dthornburgh@awkolaw.com<br>803 N. Palafox St.<br>Pensacola, FL 32501 |
|---|---|---|---|
| 88 | Larry Strauss | 9:10-cv-80828 | Searcy Denney Scarola Barnhart &<br>Shipley, P.A.<br>Brenda S. Fulmer<br>Email: bsf@searcylaw.com<br>2139 Palm Beach Lakes Boulevard<br>West Palm Beach, FL 33409 |
| 89 | Gene Walters | 9:10-cv-80728 | Moak, Robert W.<br>P.O. Box 242<br>Bogue Chitto, MS 39629<br><br>Whitehead Law Firm LLC<br>Whitehead, C. Mark, III<br>Email: cmw@whiteheadfirm.com<br>P.O. Box 81007<br>Lafayette, LA 70598<br><br>Sizemore Taylor, LLP<br>Gerald Bernard Taylor, Jr.<br>Email: jerry@geraldbtaylor.com<br>316 Magnolia Avenue<br>Fairhope, AL 36532 |
| 90 | Damon Chatman, as Representative of the Estate of Sheila Chatman | 9:10-cv-80589 | Aylstock, Witkin, Kreis & Overholtz,<br>PLLC<br>Overholtz, Neil D.<br>Email: noverholtz@awkolaw.com<br>803 N. Palafox St.<br>Pensacola, FL 32501<br><br>Anderson Law Offices<br>Anderson, Benjamin<br>Email: ben@andersonlawoffices.net<br>1360 West 9th Street Suite 215<br>Cleveland, OH 44113 |
| 92 | Valorie Horton, as Representative of the Estate of Doris Horton | 9:10-cv-80899 | Aylstock, Witkin, Kreis & Overholtz,<br>PLLC<br>Overholtz, Neil D.<br>Email: noverholtz@awkolaw.com<br>803 N. Palafox St.<br>Pensacola, FL 32501 |
| 93 | Charlie Varazo | 9:10-cv-80636 | Aylstock, Witkin, Kreis & Overholtz,<br>PLLC<br>Thornburgh, Daniel J. |

| | | | Email: Dthornburgh@awkolaw.com<br>803 N. Palafox St.<br>Pensacola, FL  32501 |
|---|---|---|---|
| 94 | Kenneth Anderson | 9:10-cv-81056 | Sizemore Taylor, LLP<br>Sizemore, J. Paul<br>Email: gober@sizemoretaylor.net<br>316 Magnolia Ave<br>Fairhope, AL  36532 |
| 95 | Fred Andrews | 9:10-cv-81048 | Sizemore Taylor, LLP<br>Sizemore, J. Paul<br>Email: gober@sizemoretaylor.net<br>316 Magnolia Ave<br>Fairhope, AL  36532 |
| 96 | Luther Coleman | 9:10-cv-81060 | Sizemore Taylor, LLP<br>Sizemore, J. Paul<br>Email: gober@sizemoretaylor.net<br>316 Magnolia Ave<br>Fairhope, AL  36532 |
| 97 | Lawrence Cox | 9:10-cv-81055 | Sizemore Taylor, LLP<br>Sizemore, J. Paul<br>Email: gober@sizemoretaylor.net<br>316 Magnolia Ave<br>Fairhope, AL  36532 |
| 98 | Paul DiFiore | 9:10-cv-81054 | Sizemore Taylor, LLP<br>Sizemore, J. Paul<br>Email: gober@sizemoretaylor.net<br>316 Magnolia Ave<br>Fairhope, AL  36532 |
| 99 | Paul Eckhardt, as Representative of the Estate of Sharon Jackson | 9:10-cv-81050 | Sizemore Taylor, LLP<br>Sizemore, J. Paul<br>Email: gober@sizemoretaylor.net<br>316 Magnolia Ave<br>Fairhope, AL  36532 |
| 100 | Alvin Gabel, as Representative of the Estate of Leona Gabel | 9:10-cv-81053 | Sizemore Taylor, LLP<br>Sizemore, J. Paul<br>Email: gober@sizemoretaylor.net<br>316 Magnolia Ave<br>Fairhope, AL  36532 |
| 101 | Norman Greenhut | 9:10-cv-81058 | Sizemore Taylor, LLP<br>Sizemore, J. Paul<br>Email: gober@sizemoretaylor.net<br>316 Magnolia Ave<br>Fairhope, AL  36532 |
| 102 | John Huske | 9:10-cv-81057 | Sizemore Taylor, LLP<br>Sizemore, J. Paul<br>Email: gober@sizemoretaylor.net |

| | | | 316 Magnolia Ave<br>Fairhope, AL  36532 |
|---|---|---|---|
| 103 | George Miller | 9:10-cv-81049 | Sizemore Taylor, LLP<br>Sizemore, J. Paul<br>Email: gober@sizemoretaylor.net<br>316 Magnolia Ave<br>Fairhope, AL  36532 |
| 104 | Rutha Mae Moses, as Representative of the Estate of William Moses | 9:10-cv-81051 | Sizemore Taylor, LLP<br>Sizemore, J. Paul<br>Email: gober@sizemoretaylor.net<br>316 Magnolia Ave<br>Fairhope, AL  36532 |
| 105 | Cynthia Powell | 9:10-cv-81061 | Sizemore Taylor, LLP<br>Sizemore, J. Paul<br>Email: gober@sizemoretaylor.net<br>316 Magnolia Ave<br>Fairhope, AL  36532 |
| 106 | Lillian Rutledge, as Representative of the Estate of Catherine Cogdell | 9:10-cv-81047 | Sizemore Taylor, LLP<br>Sizemore, J. Paul<br>Email: gober@sizemoretaylor.net<br>316 Magnolia Ave<br>Fairhope, AL  36532 |
| 107 | William Sellers | 9:10-cv-81059 | Sizemore Taylor, LLP<br>Sizemore, J. Paul<br>Email: gober@sizemoretaylor.net<br>316 Magnolia Ave<br>Fairhope, AL  36532 |
| 108 | Gregory Wagner | 9:10-cv-81052 | Sizemore Taylor, LLP<br>Sizemore, J. Paul<br>Email: gober@sizemoretaylor.net<br>316 Magnolia Ave<br>Fairhope, AL  36532 |

<u>Cases Where A Bayer Entity Has Not Been Served</u>

| No. | Plaintiff Name | MDL No. | Counsel Name/Address |
|---|---|---|---|
| 1 | Don Baker | 9:08-cv-80952 | *Pro Se*<br>26 Meadow Lark Lane<br>Harrison, AR 72601 |
| 2 | Anna Washington, as Representative of the Estate of Kirk Washington | 9:09-cv-80877 | Aylstock, Witkin, Kreis & Overholtz, PLLC<br>Overholtz, Neil D.<br>Email: noverholtz@awkolaw.com<br>803 N. Palafox St.<br>Pensacola, FL  32501 |
| 3 | Paula Maraviglia | 9:09-cv-80793 | Napoli Bern Ripka, LLP<br>LoPalo, Christopher R.<br>Email: clopalo@napolibern.com<br>3500 Sunrise Highway, Suite T-207<br>Great River, NY  11739 |
| 4 | George Trotter | 9:10-cv-80133 | Phillips & Associates<br>Finson, Lowell W.<br>Email: lowellf@phillipslaw.com<br>Qwest Building, 26th Floor<br>20 East Thomas Road<br>Phoenix, AZ  85012 |
| 5 | Andrew Korchma | 9:10-cv-80634 | Aylstock, Witkin, Kreis & Overholtz, PLLC<br>Thornburgh, Daniel J.<br>Email: Dthornburgh@awkolaw.com<br>803 N. Palafox St.<br>Pensacola, FL  32501 |

<u>9</u>