IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.
NOV 18 2010
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

|  |  |
|---|---|
| IN RE TRASYLOL PRODUCTS LIABILITY LITIGATION – MDL-1928 | ) ) ) ) |
| This Document Relates to Plaintiff(s) | ) ) |
| LONNIE G. READ and AMY L. READ, et al., v. BAYER CORPORATION, et al. **Case No. 9:08-cv-81066-DMM** | ) ) ) ) |

## PLAINTIFFS' SECOND AMENDED RULE 26(a)(3)(A)(i) WITNESS LIST

In accordance with the Orders of the Court and Fed. R. Civ. Pro. 26(a)(3)(A)(I), Plaintiffs Lonnie G. Read and Amy L. Read, hereby identifies fact witnesses that she expects to call/may call at trial (in person or via preserved testimony) as follows:

I. The following individuals are present or past employees of one or more of the Defendants and whose identities and addresses are therefore known to them:

    a.    Stanley Horton

    b.    Meredith Fischer

    c.    Allen Heller

    d.    Edward Sypniewski

    e.    Franz Wingen

    f.    Reinhard Fesharek

    g.    Valentine Pascale

    h.    Thomas Chin

1

i. Valerie Pierpont

j. Denise Neal

k. Margaret Foley

l. John Lettieri

m. Robert Harrison

n. Pam Cyrus

o. William Shank

p. Marc Jenson

q. Karen Denton

r. Felix Monteagudo

s. Ed Tucker

t. Anita Shah

u. Joseph Scheeren

v. Michael Rozycki

w. Jennifer Maurer

x. Terry Taylor

y. Steven Zaruby

z. Jennifer Maurer

aa. Paul McCarthy

bb. Mitch Trujillo

cc. Jeff Bova

dd. Matt Skoronsky

ee. Savarmakrishan Balakrishnan

ff.     Kuno Sprenger

gg.     Tomasz Dysynski

hh.     Michael Devoy

ii.     Ernst Weidman

jj.     Max Wegner

kk.     Kemal Malik

ll.     Katie Sheffield-Motika

mm.     George Holder

nn.     Eleonora Golberg

oo.     Debra Hudgins

pp.     Susan Johnston

qq.     Hilda Dizon

rr.     David Stocker

ss.     Daniel Stamps

tt.     Nahid Dolkhani

uu. Frank Ford

vv.     Trevor Hoskins

ww.     Michael McGlue

xx.     Any other corporate representatives, persons most knowledgeable, persons with knowledge of relevant facts, employee and/or ex-employees of Bayer Corporation, Bayer A.G., and/or Bayer Healthcare Pharmaceuticals (or their successors) which are known or become known during the course of discovery.

II. The following are other fact witnesses who the Plaintiffs intends to call at trial:

    a.    Lonnie G. Read
7740 West 87th Drive, Unit #1
Arvada, CO 80005

    b.    Amy L. Read
7740 West 87th Drive, Unit #1
Arvada, CO 80005

    c.    E. Lance Walker, MD
Cardiovascular Associates / Rocky Mountain Cardiovascular Associates
4101 W. Conejos Pl, Suite 250
Denver, CO 80204
&
St. Anthony Central Hospital
4231 W. 16th Avenue
Denver, CO 08204

    d.    Geraldine Corrigan, MD
St. Anthony Central Hospital
4231 W. 16th Avenue
Denver, CO 08204

    e.    Mark Lucas, MD
St. Anthony Central Hospital
4231 W. 16th Avenue
Denver, CO 08204

III. The following are other fact witnesses who the Plaintiffs may call if the need arises:

    a.    Lin Macha
2741 W. 114th Ct.
Westminster, CO 80234

    b.    Cesar Roman Cantu, MD
St. Anthony Central Hospital
4231 W. 16th Avenue
Denver, CO 08204

    c.    Deepika Aluru, MD
St. Anthony Central Hospital
4231 W. 16th Avenue
Denver, CO 08204

d.     Misbah Baqir, M.D.
St. Anthony Central Hospital
4231 W. 16th Avenue
Denver, CO 08204

e.     Mary B. Kenny-Moynihan, M.D.
St. Anthony Central Hospital
4231 W. 16th Avenue
Denver, CO 08204

f.     Rajesh Sharma, M.D.
St. Anthony Central Hospital
4231 W. 16th Avenue
Denver, CO 08204

g.     P. Timothy Moore, M.D.
St. Anthony Central Hospital
4231 W. 16th Avenue
Denver, CO 08204

h.     Kathryn B Robertson, M.D.
St. Anthony Central Hospital
4231 W. 16th Avenue
Denver, CO 08204

i.     Gina Bolinger, PAC
Arbor Family Medicine
3655 E. 104th Ave #A
Denver, CO 80233

j.     Schlute, Perfusionist
St. Anthony Central Hospital
4231 W. 16th Avenue
Denver, CO 08204

k.     Stuart Rosenburg, MD
St. Anthony Central Hospital
4231 W. 16th Avenue
Denver, CO 08204

l.     John B. Whitaker, MD
St. Anthony Central Hospital
4231 W. 16th Avenue
Denver, CO 08204

m.  Jeff Sippel, MD
    St. Anthony Central Hospital
    4231 W. 16th Avenue
    Denver, CO 08204

n.  Neale Lange, MD
    St. Anthony Central Hospital
    4231 W. 16th Avenue
    Denver, CO 08204

o.  Matt Dickinson, MD
    St. Anthony Central Hospital
    4231 W. 16th Avenue
    Denver, CO 08204

p.  Kenneth Hahn, D.O.
    Arbor Family Medicine
    3655 East 104th Avenue
    Thornton, CO 80233

q.  Philip J. Rosenblum, MD
    Arbor Family Medicine
    3655 East 104th Avenue
    Thornton, CO 80233

r.  John M. Burch
    Denver Health
    777 Bannock Street
    Denver, CO 80204

s.  Gregory L. Muench, MD
    Exempla Wellmore Family Practice
    7777 W. 38th Ave Suite A-118
    Wheat Ridge, CO 80333

t.  C. Eric Shenk, MD
    Denver Health
    777 Bannock Street
    Denver, CO 80204

//

//

//

6

u. William H. Gurdin, MD
St. Anthony Central Hospital
4231 W. 16th Avenue
Denver, CO 08204
&
Cardiovascular Associates / Rocky Mountain Cardiovascular Associates
4101 W. Conejos Pl, Suite 250
Denver, CO 80204

v. Jeffrey Sippel, M.D.
St. Anthony Central Hospital
4231 W. 16th Avenue
Denver, CO 08204

w. Angelica Carranza, MD
Spaulding Rehab Hospital
900 Potamac Street
Aurora, CO 80011

IV. The Plaintiffs specifically reserves the right to amend and supplement this list based on continuing medical treatment or for good cause shown.

Dated: November 17, 2010

Roger D. Drake (CA Bar No. 237834)
Michael L. Baum (CA Bar No. 119511)
Ronald L.M. Goldman (CA Bar No. 33422)
Baum, Hedlund, Aristei & Goldman, P.C.
12100 Wilshire Boulevard, Suite 950
Los Angeles, California 90025-7114
Telephone: 310.207.3233
Facsimile: 310.820.7444

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that on November 17, 2010, I filed the foregoing document via Federal Express with the Clerk of the Court. I also certify that the foregoing document was served on this day on all counsel of record by mailing the same to the offices of said counsel by United States Mail, postage prepaid.

_____
Roger D. Drake

## SERVICE LIST

| | |
|---|---|
| Steven E. Derringer<br>Email: steven.derringer@bartlit-beck.com<br>**Bartlit Beck Herman Palenchar & Scott LLP**<br>54 West Hubbard, Suite 300<br>Chicago, IL 60610<br>Telephone: 312-494-4400<br>Facsimile: 312-494-4440<br>*Defendants Co-Lead Counsel and Attorney for Defendants Bayer Corporation, Bayer Healthcare Pharmaceuticals, Inc., Bayer Healthcare LLC, Bayer AG, and Bayer Healthcare AG* | Eugene A. Schoon<br>Email: eschoon@sidley.com<br>**Sidley Austin LLP**<br>One South Dearborn<br>Chicago, IL 60603<br>Telephone: 312-853-7000<br>Facsimile: 312-853-7036<br>*Defendants Co-Lead Counsel and Attorney for Defendants Bayer Corporation, Bayer Healthcare Pharmaceuticals, Inc., Bayer Healthcare LLC, Bayer AG, and Bayer Healthcare AG* |
| Richard K. Dandrea<br>Email: rdandrea@eckertseamans.com<br>**Eckert Seamans Cherin & Mellott, LLC**<br>U.S. Steel Tower<br>600 Grant Street, 44th Floor<br>Pittsburgh, PA 15219<br>Telephone: 412-566-6000<br>Facsimile: 412-566-6099<br>*Defendants Co-Lead Counsel and Attorney for Defendants Bayer Corporation, Bayer Healthcare Pharmaceuticals, Inc., Bayer Healthcare LLC, Bayer AG, and Bayer Healthcare AG* | Alan G. Schwartz<br>Email: aschwartz@wiggin.com<br>Wiggin and Dana LLP<br>One Century Tower<br>P.O. Box 1832<br>New Havenn, CT 06508-1832<br>Telephone: 203-498-4400<br>*Facsimile: 203-782-2889*<br>*Defendants Co-Lead Counsel and Attorney for Defendants Bayer Corporation and Bayer Healthcare Pharmaceuticals, Inc.* |
| Patricia E. Lowry<br>**Squire, Sanders & Dempsey, LLP**<br>1900 Phillips Point West<br>777 South Flagler Drive<br>West Palm Beach, FL 33401-6198<br>Email: plowry@ssd.com<br>Telephone: 561-650-7200<br>Facsimile: 561-655-1509<br>*Liaison Counsel for Defendants and Attorneys for Defendants Bayer Corporation, Bayer Healthcare Pharmaceuticals, Inc., Bayer Healthcare LLC, Bayer AG, and Bayer Healthcare AG* | James R. Ronca<br>Email: jronca@anapolschwartz.com<br>**Anapol, Schwartz, Weiss, Cohan, Feldman & Smalley, P.C.**<br>209 State Street<br>Harrisburg, PA 17101<br>Telephone: 717-901-3500<br>Facsimile: 717-909-0300<br>*Co-Lead Counsel for Plaintiffs* |

| | |
|---|---|
| Scott A. Love<br>Email: slove@triallawfirm.com<br>**Clark, Dean & Burnett, G.P.**<br>Lyric Center<br>440 Louisiana Street, Suite 1600<br>Houston, TX 77002<br>Telephone: 713-757-1400<br>Facsimile: 713-759-1217<br>***Co-Lead Counsel for Plaintiffs*** | Neal L. Moskow<br>Email: neal@urymoskow.com<br>**Ury & Moskow, LLC**<br>883 Black Rock Turnpike<br>Fairfield, CT 06825<br>Telephone: 203-610-6393<br>Facsimile: 203-610-6399<br>***Federal-State Liaison for Plaintiffs*** |