## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

### Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

IN RE TRASYLOL PRODUCTS LIABILITY
LITIGATION – MDL-1928

This Document Relates to Plaintiff:

ESTHER VESELKA, v.
BAYER CORPORATION, *et al.*
    Case No.9:08-cv-81062-DMM



FILED by _____ D.C.

NOV 2 4 2010

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

### PLAINTIFF'S RULE 26(a)(2)(A) and (B) EXPERT DISCLOSURES

Pursuant to Fed. R.Civ.P. 26(a)(2)(A) and (B), Plaintiff, by and through counsel, hereby

makes the following preliminary disclosure regarding the identity of her expert witnesses.

Plaintiff expressly reserves the right to supplement this disclosure following additional discovery

and Defendants' expert disclosures, including, but not limited to, the production of a rebuttal

disclosure.

    A.  Please find attached the written report of the following retained expert witnesses:

        1.  Dr. Douglas Schuch
           5041 Jardin Lane
           Carmichael, CA  95608

           It is anticipated that Dr. Schuch will testify and render opinions within his field of

           practice and expertise and consistent with his expert report and the medical

           records of Plaintiff. Please see Dr. Schuch's expert report attached hereto as

           **Exhibit 1**. Please see Dr. Schuch's curriculum vitae attached hereto as **Exhibit 2**.

Dr. Schuch's fee for review and preparation of a report is $600/hr.  His fee for providing deposition testimony is $2,500 and trial testimony is $4,000 flat for half day and $8,000 flat for full day, plus transportation costs.

2.  Dr. Carl J. Blond
Kidney Disease Center, Physicians Group, P.L.L.C.
2391 N.E. Loop 410, Ste. 405
San Antonio, TX 78217

It is anticipated that Dr. Blond will testify and render opinions within his field of practice and expertise and consistent with his expert report and the medical records of Plaintiff.  Please see Dr. Blond's expert report attached hereto as **Exhibit 3**. Please see Dr. Blond's curriculum vitae attached hereto as **Exhibit 4**.

Dr. Blond's fee for review and preparation of a report is $250/hr.  His fee for providing deposition testimony is $500/hr and trial testimony is $4,000 for full day.

B.  The following are other expert witnesses who Plaintiff may call.  It is anticipated that they will testify and render opinions within their fields and expertise and their "generic" reports filed in this MDL:

1.  Dr. Chirag R. Parikh
800 Howard Avenue
New Haven, CT 06519

2.  Dr. Mark J. Eisenberg
Divisions of Cardiology and Clinical Epidemiology
Sir Mortimer B. Davis Jewish General Hospital
Ste. A-118, 3755 Cote Ste-Catherine Rd.
Montréal QC H3T 1E2

3.  Dr. Luca Vricella
600 N Wolfe St
Baltimore, MD 21287

4.  Dr. Cheryl Blume

2

13902 North Dale Mabry Highway, Suite 230
Tampa, FL 33618

C. The following non-retained treating physicians, medical professionals, and examiners are expected to testify and give opinions consistent with their medical records and/or reports already provided in this matter:

1. Dr. David Maletzky
   200 Trenton Road
   Browns Mills, NJ 08015

2. Dr. John Waldron
   69 North Main Street
   Medford, NJ 08055

3. Dr. Joseph Conti
   1405 Chews Landing Road, Suite 14
   Laurel Springs, NJ 06021

4. Dr. Margaret Franger
   Renal Hypertension Physicians
   1025 Briggs Road, Suite 148
   Mount Laurel, NJ 08054

5. Dr. Elliot Suchin
   Renal Hypertension Physicians
   1025 Briggs Road, Suite 148
   Mount Laurel, NJ 08054

6. Dr. Prasad Acharya
   Renal Hypertension Physicians
   1025 Briggs Road, Suite 148
   Mount Laurel, NJ 08054

7. Dr. Michael Conrad
   Renal Hypertension Physicians
   1025 Briggs Road, Suite 148
   Mount Laurel, NJ 08054

8. Dr. Anthony Brown
   Nephrology & Hypertension Associates of New Jersey
   201 Laurel Oak Road
   Voorhees, NJ 08043

Additionally, Plaintiff reserves the right to solicit opinions and testimony from all other physicians and medical professionals who treated and/or consulted with Plaintiff. It is anticipated that their opinions will be rendered within their field of practice and expertise and their testimony will be consistent with their and Plaintiff's medical records.

Plaintiff further reserves the right to call other "generic" experts disclosed in this MDL, undisclosed, impeachment and rebuttal experts pursuant to the Federal Rules of Civil Procedure.

Plaintiff also reserves the right to withdraw the designation of any expert before trial.

Finally, Plaintiff reserves the right to call any other expert disclosed or designated by Defendant.

Dated: \_\_\_\_\_11 23\_\_\_\_\_, 2010.

Respectfully submitted,

GOLDENBERG & JOHNSON, PLLC

By: _____
Michael K. Johnson (MN#258696)
Lucia J. W. McLaren (MN#388088)
GOLDENBERG & JOHNSON, PLLC
33 South Sixth Street, Suite 4530
Minneapolis, Minnesota 55402
(612) 333-4662
mkjohnson@goldenberglaw.com
ljmclaren@goldenberglaw.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 23, 2010, that the foregoing document was served on all

counsel of record identified on the attached Service List in the manner specified.

Lucia J. W. McLaren

## SERVICE LIST

***Certified Mail, Return Receipt
Requested***
Steven E. Derringer
Email: steven.derringer@bartlit-beck.com
Philip S. Beck
Email: philip.beck@bartlit-beck.com
**BARTLIT BECK HERMAN PALENCHAR
      & SCOTT LLP**
54 West Hubbard, Suite 300
Chicago, IL 60610
Telephone: 312-494-4400
Facsimile: 312-494-4440
***Defendants Co-Lead Counsel and
Attorney for Defendants Bayer
Corporation, Bayer Healthcare
Pharmaceuticals, Inc., Bayer Healthcare
LLC, Bayer AG, and Bayer Healthcare
AG***

Richard K. Dandrea, Esq.
Email: rdandrea@eckertseamans.com
**ECKERT SEAMANS CHERIN & MELLOTT,
LLC**
U.S. Steel Tower
600 Grant Street, 44th Floor
Pittsburgh, PA 15219
Telephone: 412-566-6000
Facsimile: 412-566-6099
***Defendants Co-Lead Counsel and
Attorney for Defendants Bayer
Corporation,
Bayer Healthcare Pharmaceuticals, Inc.,
Bayer Healthcare LLC, Bayer AG, and
Bayer Healthcare AG***

Eugene A. Schoon
Email: eschoon@sidley.com
**SIDLEY AUSTIN LLP**
One South Dearborn
Chicago, IL 60603
Telephone: 312-853-7000
Facsimile: 312-853-7036
***Defendants Co-Lead Counsel and
Attorney for Defendants Bayer
Corporation,
Bayer Healthcare Pharmaceuticals, Inc.,
Bayer
Healthcare LLC, Bayer AG, and Bayer
Healthcare AG***

Alan G. Schwartz
**WIGGIN AND DANA LLP**
One Century Tower
P.O. Box 1832
New Haven, CT 06508-1832
Email: aschwartz@wiggin.com
Telephone: 203-498-4400
Facsimile: 203-782-2889
***Defendants Co-Lead Counsel and
Attorney for Defendants Bayer
Corporation and
Bayer Healthcare Pharmaceuticals, Inc.***

James R. Ronca, Esq.
**ANAPOL, SCHWARTZ, WEISS, COHAN,
FELDMAN, & SMALLEY, P.C.**
209 State Street
Harrisburg, PA 17101
Telephone (717) 901-3500
Facsimile (717) 909-0300
jronca@anapolschwartz.com
***Lead Counsel for Plaintiff***

Patricia E. Lowry
**SQUIRE, SANDERS & DEMPSEY, L.L.P.**
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198
Email: plowry@ssd.com
Telephone: 561-650-7200
Facsimile: 561-655-1509
***Liaison Counsel for Defendants and
Attorneys for Defendants Bayer
Corporation, Bayer Healthcare
Pharmaceuticals, Inc., Bayer Healthcare
LLC, Bayer AG, and Bayer Healthcare
AG***

Scott A. Love
**FLEMING & ASSOCIATES, LLP**
1330 Post Oak Blvd., Ste. 3030
Houston, TX 77056
Email: Scott_Love@fleming-law.com
Telephone: (713) 621-7944
Facsimile: (713) 621-9638
***Lead Counsel for Plaintiff***

# Exhibit 1

**DOUGLAS R. SCHUCH, M.D.**
Medical Director Transplant and Advanced Heart Therapy Services
Sutter Medical Center
5151 F. Street
Sacramento, CA 95819

## REPORT REGARDING ESTHER VESELKA

I have been retained as an expert witness in the case of Esther Veselka v. Bayer Corporation, et al, for the limited purpose of answering the following two questions:

1.     Whether it was an appropriate and viable option to complete Mrs. Esther Veselka's February 22, 2005 aortic valve replacement and coronary artery bypass surgery (a) without the use of any antifibrinolytic agent (Trasylol (Aprotinin), aminocaproic acid, or tranexamic acid) such that a viable and medically appropriate option during surgery would have been to use blood products, if necessary or (b) with the use of aminocaproic acid in place of Trasylol (Aprotinin); and

2.     Whether, Dr. Arthur Ng's (Mrs. Veselka's surgeon) performance of the aortic valve replacement and coronary artery bypass surgery conducted on February 22, 2005 caused or contributed to Mrs. Veselka's acute renal failure.

Based on the medical records I have reviewed, my more than twenty years experience as a cardiothoracic surgeon performing similar surgeries, as well as my experience as a Medical Board of California Consultant and Expert Reviewer, I have determined to a reasonable degree of medical certainty that (a) it would have been an appropriate and viable option to use no antifibrinolytic agent in Mrs. Veselka's surgery or to use aminocaproic acid instead of Trasylol (Aprotinin), and (b) that there is no evidence to attribute Mrs. Veselka's immediate perioperative renal failure to the surgeon's performance of the cardiac procedure.

## MATERIALS REVIEWED

In connection with this evaluation, I reviewed the following medical records pertaining to Ester Veselka provided to me on two separate CDs:

CD 1:

1.     Esther, Veselka- Marcella Nursing & Rehabilitation Center - Rec.pdf
2.     Veselka, Esther - Cherry Hill Pharmacy - Records.pdf
3.     Veselka, Esther - Deborah Heart & Lung Center - Bills.pdf
4.     Veselka, Esther - Deborah Heart & Lung Center - Records.pdf

5.    Veselka, Esther-Captain James Lawrence Elementary School.pdf
6.    Veselka, Esther-Dr. Thomas G. Conte, J.R. D.C.-Records.pdf
7.    Veselka, Esther-Internal Revenue Service.pdf
8.    Veselka, Esther-New Seasons Assisted Living-Records.pdf
9.    Veselka, Esther-New Seasons of Cherry Hill-Bills.pdf
10.   Veselka, Esther-New Seasons of Cherry Hill-Records.pdf
11.   Veselka, Esther-Silver Care Center-Records.pdf
12.   Veselka, Esther-Social Securty Administration-Mount Holly.pdf
13.   Veselka, Esther-Verizon Communications, Inc..pdf

CD 2:

1.    Veselka, Esther-Cherry Hill Pharmacy-Records.pdf
2.    Veselka, Esther-Davita Dialysis-Bills.pdf
3.    Veselka, Esther-Davita Dialysis-Records.pdf
4.    Veselka, Esther-Deborah Heart and Lung Center-Bills.pdf
5.    Veselka, Esther-Deborah Heart and Lung Center-Records.pdf
6.    Veselka, Esther-Deborah Heart and Lung, Part II-Records.pdf
7.    Veselka, Esther-Deborah Heart and Lung, Part I-Records.pdf]
8.    Veselka, Esther-Deborah Heart and Lung, PartIII-Records.pdf
9.    Veselka, Esther-Dr. John Waldron-Records.pdf
10.   Veselka, Esther-Marcella Nursing & Rehabilitation Center-Bil.pdf
11.   Veselka, Esther-Reconstructive Orthopedics-Records.pdf]
12.   Veselka, Esther-Silver Care Center-Records 2.pdf


QUALIFICATIONS:


    I am a Board Certified Cardiothoracic Surgeon, licensed to practice medicine in the State of California; my medical licenses in Florida and Alabama are inactive. I have been practicing medicine since 1986. I graduated from the University of North Carolina, Chapel Hill with a BA degree in Chemistry and Biology in 1975 and from the University of Virginia with an MD degree in 1979. I did my General Surgery residency and Cardiothoracic Fellowship at the University of Alabama, Birmingham. As reflected on my curriculum vitae, I presently serve as the Medical Director Transplant and Advanced Heart Therapy Services at Sutter Medical Center in Sacramento, California, where I also serve as the Medical Director Ventricular Assist Device Program. In addition to various departmental and hospital wide positions I have held over the course of my career, I currently serve as an expert (peer) reviewer for the Annals of Thoracic Surgery, as a reviewer for the Norcal Early Consultant Program and, as stated above, as a Medical Board of California Consultant and Expert Reviewer. In addition to the foregoing and as reflected on my CV, I have held/currently hold numerous other positions and

certifications, am an author of several articles and publications on medical issues and procedures.

During the course of my career, I have performed several thousand cardiac operations, including coronary artery bypass, aortic valve, and combined procedures. As a physician experienced in these procedures, including pre-surgery evaluation, surgical treatment and post surgical follow up, I believe that I am qualified to offer the opinions advanced in this report.

BRIEF NARRATIVE OF EVENTS:

Mrs. Esther Veselka in 2005 was a 79 year old female with known aortic stenosis. As part of her medical care she underwent follow up echocardiogram on 12/29/04 which revealed a valve area of 0.55 cm sq. and a mean gradient of 68 mm Hg. She underwent heart catherization on 2/4/05 which confirm the diagnosis of critical aortic stenosis and measured the valve area at 0.34 cm sq. with a mean gradient of 80 mm Hg. The coronary arteries were normal except for a high grade stenosis of the mid right coronary artery. The EF was normal as was the systolic function of the left ventricle. Mrs. Veselka had normal kidney function with a creatinine measured on 2/17/05 at 0.8 and BUN at 12. There was also no history of renal insufficiency. In anticipation of heart catherization and probable cardiac surgery her aspirin was stopped on 2/14/05. She had no increased risk for perioperative bleeding.

Mrs. Veselka underwent a cardiac operation by Dr. Arthur Ng on 2/22/05 at Deborah Heart & Lung Center. This consisted of aortic valve replacement with a bioprosthesis and a single saphenous vein graft to the distal right coronary system. The operation was performed in an efficient and expert fashion and had no complications or deviation from the normal course. In specific, the duration of cardiopulmonary bypass was an acceptable and predicted duration of 134 minutes with a cross clamp time of 112 minutes. During the course of cardiopulmonary bypass the flow was maintained adequately at 2.2 L/min/m sq. with a mean pressure of 60 mm Hg. at a cooled temperature of 30 degrees C. Full dose Trasylol was used (200/50/50). The urine output in the operating room was good at 575 cc. The hemodynamics in the pre bypass period, during cardiopulmonary bypass, and after bypass was terminated were excellent with both blood pressure and cardiac index maintained normally. The patient was weaned easily from cardiopulmonary bypass on minimal support.

Despite good hemodynamics without any offending agents, Mrs. Veselka developed non-oliguric renal failure in a very short time period. The urine output was markedly decreased during the first few hours after surgery (less than 500 cc overnight) and her creatinine rose progressively on 2/23 to 1.6, on 2/24 to 2.9, and on 2/25 to 3.4. At this time she was treated with renal dose dopamine, Natrecor, and a lasix drip. Nephrology was consulted because of the worsening renal failure and Dr. Margaret Franger evaluated the patient on 2/25. It was noted during the consult that the onset of renal failure was not understood and certainly not predicted without any risk factors and with good hemodynamics and a non complicated surgery. Later on 2/25 a dialysis catheter was placed and CVVHD (continuous veno-veno hemodialysis) was begun. Over

the next days the patient persisted with the need for renal replacement therapy until 3/11 during which time she required intubation and developed hospital acquired pneumonia.

For a brief period of time Mrs. Veselka was able to be maintained off dialysis and a tracheostomy was placed as well as a PEG tube. She was slowly progressing at this point until development of septic shock on 3/26/05 occurred. Mrs. Veselka did fairly well maintaining her renal function at this point until 5/20/05 when she had recurrent sepsis, hypotension, and required antibiotics and pressure support. As a result of the repeated bouts of sepsis at this time her renal function further declined and she required dialysis which was felt to be permanent.

She was eventually discharged to a rehabilitation center but developed positive blood cultures with enterococcus faecalis with fevers and was transferred back to Deborah Heart & Lung Center. A TEE suggested an aortic root abscess and she was treated medically for this condition which consisted of permanent Ampicillin therapy. She eventually progressed despite the persistent renal failure to an assisted living arrangement. She requires life long antibiotic therapy and dialysis.


CONCLUSIONS:

Based on all of the foregoing, it is my opinion to a reasonable degree of medical certainty that:

1.      It was an appropriate and viable option to complete Mrs. Veselka's aortic valve replacement and coronary artery bypass surgery on February 22, 2005 (a) without the use of any anti-fibrinolytic agent (Trasylol (Aprotinin), aminocaproic acid, or tranexamic acid) and, if necessary, to use blood products during the course of her surgery or (b) with the use of aminocaproic acid in place of Trasylol (Aprotinin); and

2.      Based on my review of relevant records, the aortic valve replacement and coronary artery bypass operation was uneventful and were tolerated well by the patient. As a result, there is no indication that the cardiothoracic surgeon's (Arthur Ng, MD) performance of the surgical procedures contributed to Mrs. Veselka's development of acute renal failure in the immediate perioperative period. It is more likely than not that had renal failure not occurred in the immediate post operative period the patient's hospital course would have been far less complicated and the overall outcome far different.


I reserve the right to amend the medical opinions expressed in this report in the event that additional information is provided to me.

Dated:  July 8, 2010___

Douglas R. Schuch, MD

# Exhibit 2

# Douglas R. Schuch, M.D.

5041 Jardin Lane, Carmichael, CA  95608
916-206-7445    schuchdc@comcast.net

## LICENSURE & CERTIFICATION

- State of California Medical License (active: 1986 - Present)
- State of Alabama Medical License (presently inactive: 1980-2007)
- State of Florida Medical License (presently inactive: 1987-1994)
- UNOS Certified
- DEA Certified (AS9353056)
- American Board of Surgery (3224) 1987
- American Board of Thoracic Surgery (4731) 1988
- American Board of Thoracic Surgery Recertification 1997 & 2008
- Advanced Trauma Life Support UAB 1981
- Cardiogenesis TMR Certification 1999
- Abiomed BVS 5000 Certification 2005
- St. Jude Symmetry Bypass Certification 2002

## PROFESSIONAL EXPERIENCE

- Sacramento Cardiovascular Surgeons Medical Group 1986-2006
  5301 F. Street, Sacramento, CA 95819 916-452-8291
- Sutter Medical Center Medical Staff 1986-Present
- University of California School of Medicine, Sacramento, CA
  Clinical Instructor of Surgery 1990-1996
- Roseville Medical Center Medical Staff 1995-2000

## EDUCATION

- University of North Carolina, Chapel Hill, North Carolina
  BA Chemistry & Biology, 1975
- University of Virginia, Charlottesville, Virginia
  MD, 1979
- University of Alabama, Birmingham, Alabama
  General Surgery Residency, 1979-1984
- University of Alabama, Birmingham, Alabama Cardiothoracic Fellowship
  1984-1986 Chairman John W. Kirklin, MD & Al D. Pacifico, MD

## AWARDS & HONORS

- Phi Eta Sigma
- Phi Beta Kappa
- University of Virgina Medical School Admissions Committee, 1978-1979
- Lange Outstanding Medical Student Award 1976
- Fisher Scientific Scholarship Award, 1972

## APPOINTMENTS

- Sutter Community Hospitals, Sacramento, Ca 1986-Present
- Medical Director Heart Transplantation and Advanced Heart Therapy Services, Sutter Medical Center, Sacramento 1997-Present
- Medical Director Ventricular Assist Device Program, Sutter Medical Center, Sacramento 2006-Present
- Administrative Director for Chest Pain Center, Sutter Medical Center, Sacramento 2010-Present
- Quality Review Board, Sutter Medical Center Sacramento 1986-1995
- Vice-Chief Division of Cardiology and Cardiac Surgery, Sutter Medical Center Sacramento 2003-2005
- Medical Board of California Consultant and Expert Reviewer 2005-Present
- Norcal Early Consultant Program 2007-Present
- Scios Speaker Services 2005-2006
- Cardiogenesis Corporation Director and Instructor Western US Region 1999-2006
- Annals of Thoracic Surgery Publication – Expert Reviewer 2008-present

## ORGANIZATIONS

- American College of Cardiology
- Society of Thoracic Surgeons
- Western Thoracic Surgical Association
- The International Society of Heart and Lung Transplantation
- American Medical Association
- California Medical Association
- Sacramento-El Dorado Medical Society
- John W. Kirklin Society
- American College of Surgeons
- American College of Chest Physicians
- Southwestern Surgical Society

# PUBLICATIONS

Crosby, I.K., Wellons, H.A., Martin, R.P., Schuch, D., Muller, W.H.(1980). Employability – A New Indication for Aneurysmectomy and Coronary Revascularization. Circulation 62 (suppl I), I-79 – I-83

Schuch, D. & Wolff, L (1991). Repair of Mycotic Aneurysm of the Innominate Artery With Homograft Tissue. Ann Thorac Surg. 1991;52:863-4

Samuels, L., Lattouf, O., Grosso, M., ALZeerah, M., Schuch, D., Wehberg, K., Muchrcke, D., Dowling, R. (2004) Transmyocardial Laser Therapy: A Strategic Approach  The Heart Surgery Forum #2003-3011 7 (3), 2004:125-136.

Allen, K., Dowling, R., Schuch, D., et al. (2004) Adjunctive Transmyocardial Revascularization: Five-Year Follow-up of a Prospective, Randomized Trial. Ann Thorac Surg. 2004;78:458-65

Allen, K., Dowling, R., Schuch, D., et al. (2000). Transmyocardial Laser Revascularization Combined with Coronary Artery Bypass Grafting: A Multicenter, Blinded, Prospective, Randomized, Controlled Trial. J Thorac Cardiovasc Surg 2000;119:540-549

Schuch, D. Complete Revascularization Strategies Utilizing TMR: Careful Patient Selection May Yield Improved Survival. Presented at the Sixth Annual Scientific Meeting of the International Society of Minimally Invasive Cardiac Surgery, June 19, 2003.

Schuch, D. Management of Tricuspid Valve Replacement (2007) Ann Thorac Surg. 2007;84:2138

Schuch, D. CMS Standards In Reviewing Low Volume Cardiac Transplant Centers (2008) Ann Thorac Surg., May 2009; 87: 1654.

# Exhibit 3



**SAN ANTONIO**

KIDNEY
DISEASE
CENTER

Physicians Group, P.L.L.C.

*Downtown Office*
Alfredo Fiallo, M.D.*
Terrance A. Fried, M.D.*
Elzbieta B. McMurtrie, M.D.*
1200 Brooklyn, Ste. 300
San Antonio, TX 78212
Office: (210) 228-0743
Fax:    (210) 228-9749

*Floresville Office*
John E. Kobert, D.O.*
McBride Medical Bldg.
559 10ᵗʰ Street, Ste. 1
Floresville, TX 78114
Office: (830) 216-2606
Fax:    (830) 216-7920

*Kerrville Office*
Gerardo A. Chica, II, M.D.*
2210 Bandera Hwy., Ste. C
Kerrville, TX 78028
Office: (830) 896-7607
Fax:    (830) 896-8482

*New Braunfels Office*
Lin Z. Johnson, M.D.*
900 Loop 337
New Braunfels, TX 78130
Office: (830) 620-4650
Fax:    (830) 620-4657

*Northeast Office*
Carl J. Blond, M.D.*
Nicolas A. Forero, M.D.*
Steven F. Gouge, M.D., F.A.C.P.*
Rahul Koushik, M.D.*
Peter Smolens, M.D.*
William G. Wortham, M.D., F.A.C.P.*
2391 N.E. Loop 410, Ste. 405
San Antonio, TX 78217
Office: (210) 654-7326
Fax:    (210) 590-8232

*Northwest Office*
Irfan Ali Agha, M.D.*
Wesley B. Calhoun, M.D.
Larry R. Davis, M.D.*
Susan A. Diamond, M.D.*
Claudia E. Hura, M.D.*
H. John Reineck, M.D.*
Steven G. Rosenblatt, MD, FACP, FASN*
8042 Wurzbach, Ste. 500
San Antonio, TX 78229
Office: (210) 692-7228
Fax:    (210) 692-9671

*Seguin Office*
Steven F. Gouge, M.D., F.A.C.P.*
Lin Z. Johnson, M.D.*
1064 Ireland
Seguin, TX 78155
Office: (830) 620-4650
Fax:    (830) 620-4657

*Southeast Office*
Elzbieta B. McMurtrie, M.D.*
Candad M. Reballar, M.D.*
4242 E. Southcross, Ste. 4
San Antonio, TX 78222
Office: (210) 337-4911
Fax:    (210) 337-7749

*Stone Oak - North Central*
Rodolfo O. Garza, M.D.*
116 Gallery Circle, Ste. 101
San Antonio, TX 78258
Office: (210) 495-8280
Fax:    (210) 481-3116

November 13, 2010

Goldenberg & Johnson, PLLC
Michael K. Johnson, Esq.
33 South Sixth Street, Suite 4530
Minneapolis, Minnesota 55402

Re:  Esther Veselka versus Bayer Corporation et al.

Dear Mr. Johnson:

You requested that I consult with you regarding the care and treatment of Mrs. Esther Veselka.  Further, you requested that I consult with you regarding the etiology of renal failure that occurred in Mrs. Veselka during an admission at Deborah Heart & Lung Center that occurred during an admission beginning February 22, 2005.  In preparation of this report, I have reviewed 2 CD-ROMs of records which include the following:

1. Deborah Heart and Lung
2. Davita Dialysis
3. Silver Care Center
4. Marcela Nursing and Rehabilitation Center
5. New Seasons at Cherry Hill
6. Reconstructive Orthopedics
7. Dr. John Waldrom
8. Cherry Hill Pharmacy
9. Dr. Thomas Conte, Jr, (no records from office)

## QUALIFICATIONS

I graduated from medical school and completed my internal medicine residency at the University of Texas Health Science Center at San Antonio.  I then accomplished a Nephrology fellowship, with the first year at the University of Colorado and the second year at the University of Texas Health Science Center at San Antonio.  I am Board certified in Internal Medicine since 1979 and Nephrology since 1984.

I am licensed to practice medicine in the state of Texas.  A copy of my CV is attached to this letter.  I have practiced medicine in the San Antonio area for approximately 28 years, and I have confined my practice to the areas of nephrology and internal medicine.  Nephrology involves the study of the kidneys, their anatomy, physiology, pathology and pathophysiology, as well as the diagnosis and treatment of diseases and injuries involving the kidneys.  My practice primarily involves patient care.  As a routine part of my practice, I have experience in treating post-operative heart surgery patients who suffer renal problems.  This experience more specifically includes patients who encounter renal problems after coronary artery bypass surgery (CABG), heart valve surgery, heart transplants and other cardiac surgeries at hospitals in the

* DIPLOMATES AMERICAN BOARDS OF INTERNAL MEDICINE AND NEPHROLOGY - NEPHROLOGY · HYPERTENSION - HEMODIALYSIS

November 13, 2010


Goldenberg & Johnson, PLLC
Michael K. Johnson, Esq.
33 South Sixth Street, Suite 4530
Minneapolis, Minnesota 55402

Re:  Esther Veselka versus Bayer Corporation et al.

Dear Mr. Johnson:

You requested that I consult with you regarding the care and treatment of Mrs.
Esther Veselka.  Further, you requested that I consult with you regarding the
etiology of renal failure that occurred in Mrs. Veselka during an admission at
Deborah Heart & Lung Center that occurred during an admission beginning
February 22, 2005.  In preparation of this report, I have reviewed 2 CD-ROMs
of records which include the following:

1. Deborah Heart and Lung
2. Davita Dialysis
3. Silver Care Center
4. Marcela Nursing and Rehabilitation Center
5. New Seasons at Cherry Hill
6. Reconstructive Orthopedics
7. Dr. John Waldrom
8. Cherry Hill Pharmacy
9. Dr. Thomas Conte, Jr, (no records from office)

## QUALIFICATIONS

I graduated from medical school and completed my internal medicine
residency at the University of Texas Health Science Center at San Antonio.  I
then accomplished a Nephrology fellowship, with the first year at the
University of Colorado and the second year at the University of Texas Health
Science Center at San Antonio.  I am Board certified in Internal Medicine
since 1979 and Nephrology since 1984.

I am licensed to practice medicine in the state of Texas.  A copy of my CV is
attached to this letter.  I have practiced medicine in the San Antonio area for
approximately 28 years, and I have confined my practice to the areas of
nephrology and internal medicine.  Nephrology involves the study of the
kidneys, their anatomy, physiology, pathology and pathophysiology, as well as
the diagnosis and treatment of diseases and injuries involving the kidneys.  My
practice primarily involves patient care.  As a routine part of my practice, I
have experience in treating post-operative heart surgery patients who suffer
renal problems.  This experience more specifically includes patients who
encounter renal problems after coronary artery bypass surgery (CABG), heart
valve surgery, heart transplants and other cardiac surgeries at hospitals in the

San Antonio area. In addition to my patient care responsibilities, I am a clinical professor of Internal Medicine and Nephrology. I have been a member of the teaching program at the UTHSCSA throughout the years of my practice in San Antonio.

In my practice of nephrology and internal medicine, I routinely diagnose and treat patients who have renal dysfunction and acute renal failure. I am familiar with the etiologies (causes) of renal dysfunction and renal failure. In my practice, I have experience in the postoperative treatment of patients who develop acute kidney injury after cardiopulmonary bypass surgery, such as Mrs. Esther Veselka. I routinely care and treat patients in consultation who develop renal dysfunction and acute kidney injury after coronary artery bypass surgery and valvular heart disease surgery.

## BRIEF NARRATIVE OF EVENTS

Mrs. Esther Veselka was a 79-year-old white female when she was admitted to Deborah Heart and Lung Center in Brownsville, New Jersey on 02/22/05 with a history of exertional chest pain. Her medical history was significant for known aortic stenosis at the time of admission, which was initially discovered on echocardiography done on 12/29/04, and found to be severe. The patient underwent cardiac catheterization on 02/04/05 which revealed a normal ejection fraction, and a valve area of 0.34 cm$^2$. Coronary angiography revealed right coronary artery stenosis in the midportion with collateral flow from the left side, vessels on the left showed no significant coronary disease. The patient had preserved ventricular systolic function with an ejection fraction estimated at 55%. The patient was electively admitted for aortic valve replacement and single vessel coronary artery bypass. Serum creatinine preoperatively from 02/17/05 was 0.8 mg/dL.

The patient's past medical history was significant for hypertension, hyperlipidemia and GERD. Her surgical history included prior knee surgery, rotator cuff surgery, breast reduction and appendectomy. She had no history of renal disease, and a serum creatinine done on 05/23/03 was 0.9 mg/dL. She had no history of alcohol or tobacco use and was a retired telephone operator. Medications at the time of admission included Skelaxin, vitamins, and Lipitor. She had no medical allergies but complained of GI upset with codeine and amoxicillin.

Mrs. Veselka underwent aortic replacement with a 21 mm Shelhigh Super Stentless Valve and coronary artery bypass grafting x1, saphenous vein to the right coronary artery on 02/22/05 performed by Arthur Ng, M.D. Anesthesia was obtained with Forane, Versed, fentanyl, and Pavulon. The procedure was done with moderate hypothermia with the lowest core temperature at 30°C. Aprotinin was infused at 50 mL pr hour as an anti-fibrinolytic after test loading dose. Blood pressure was well maintained pre- and post bypass with systolic blood pressures primarily in the 110-120 range. Drips included dopamine, phenylephedrine, and nitroglycerin. The patient was also placed on

2

amiodarone infusion for atrial fibrillation. The patient also received Solu-Medrol 1 g during the procedure. A TEE showed good left ventricular function and good valvular function. O2 saturation was well maintained throughout the procedure. Urinary output was 575 cc. Vancomycin was given 1 g prophylactically. The patient was not transfused. Total coronary bypass time was 134 minutes, and cross-clamp time of the aorta was 112 minutes. The patient was transferred to ICU in stable condition.

Postoperatively the patient was noted to have developed progressive oliguria, despite a strongly positive fluid balance of approximately 6 L. A Lasix drip was initiated, and urine output remained at 10-20 cc per hour. On postoperative day #1, the serum creatinine had risen to 1.6 mg/dL. Systolic blood pressure was maintained in the 130 to 140 mm Hg range and the patient was afebrile. She remained on Natrecor drip. Nephrology was consulted, Margaret Franger, M.D. Differential diagnosis at that time for acute renal failure included prerenal, concern of possible hemolysis, but no concrete etiology for acute tubular necrosis was seen. It was noted there was no significant or prolonged hypotension. There was no pigmented casts in the urinalysis personally reviewed by Dr. Franger, and no schistocytes were noted on CBC. Urinary stains were negative for eosinophils. Blood cultures were no growth. A repeat echocardiogram revealed preserved left ventricular function and no pericardial effusion. A renal ultrasound was unremarkable with normal size kidneys, no evidence for obstruction. There were no episodes of prolonged hypotension postoperatively, or noted in surgery. No mottling or atheroembolic stigmata were noted. Additional concerns by the renal consultant included mild hyponatremia, leukocytosis and thrombocytopenia. The following day renal function continued to worsen with a serum creatinine of 2.4 mg/dL. By postoperative day #3, the serum creatinine had risen to 3.4 mg/dL and it was decided to begin renal replacement therapy with CRRT due to volume overload. The patient was nonoliguric. Due to concern for heparin antibody, anti-coagulation was initiated with Argatroban, screening serology for this was negative. The patient had a long and complicated hospital course including multiple episodes of pneumonia, urinary tract infections, and multiple episodes of sepsis that I will not attempt to detail. Persisting respiratory failure required tracheostomy. A permanent pacemaker was placed for arrhythmias. Additionally a PEG tube was placed for nutrition. The patient remained on dialysis, with temporary access replaced in early March, and then placement of permanent access on 06/16/05 with a Gore-Tex graft. She was then transferred to a rehabilitation hospital on 06/27/05 due to the debilitation of her prolonged illness, and at the time of transfer she was eating and her PEG tube had been removed.

Mrs. Veselka was readmitted approximately three weeks later with enterococcal sepsis. She was found to have enterococcal prosthetic valve root infection which was treated with prolonged vancomycin, ampicillin, and gentamicin. She did well with medical therapy and was transferred back to rehabilitation. She has remained on outpatient hemodialysis, in the records I reviewed through mid 2008.

3

## MEDICAL OPINION REGARDING MRS. ESTHER VESELKA

Each of the opinions stated below are stated to a reasonable degree of medical certainty. Patients undergoing cardiopulmonary bypass surgery are at risk for developing acute kidney injury. When this occurs, it is usually a transient phenomena associated with hypotension, hypoxia, oxidative stress, and nephrotoxic agents. This renal injury is usually multi-factorial, with hemodynamic, inflammatory, and nephrotoxic causes in this setting. Unfortunately, even transient acute renal failure is associated with both short and long-term morbidity and mortality. Nephrotoxic agents include IV contrast, vasopressors, nonsteroidal drugs, and rarely anesthetic agents. Significant hemolysis may also occur in this setting, causing pigment associated acute tubular necrosis. Hypotension is frequently multi-factorial, including blood loss, hypovolemia, impaired cardiac function, and occasionally sepsis. Cardiopulmonary bypass surgery is associated with an intense inflammatory response, releasing pro-inflammatory mediators. Additionally aortic crossclamping may be associated with renal vasospasm, as well as the risk of atheroembolic injury.

A multitude of risk factors for acute kidney injury have been identified in various studies of cardiopulmonary bypass surgery. The presence of underlying chronic kidney disease is a major risk factor, as is the presence of an ongoing acute kidney injury. Advanced age is also a significant risk. The presence of congestive heart failure is a major risk. Additional risk factors include COPD, ASPVD, smoking, diabetes mellitus, female sex, and uncontrolled hypertension. Complex surgery and emergent surgery are also major risk factors. Prolonged bypass time, over 2 hours has also been identified as a risk factor. The use of aprotinin also has been found to be associated with an increased risk of renal failure. In the postoperative period, additional causes of renal dysfunction can include infection, antibiotic toxicity, worsening cardiac dysfunction, and volume depletion.

In review of the medical records you have provided me, Mrs. Veselka developed acute kidney injury, stage III or severe after cardiopulmonary bypass surgery. After developing this injury she never recovered adequate renal function, and developed end-stage renal disease requiring renal replacement therapy with dialysis in order to live. After her initial injury she had an extremely complicated and long hospital course, with likely recurrent injury to her kidneys.

Risk factors present in Mrs. Veselka for developing acute kidney injury included her age, sex, and complex surgery requiring both valve and coronary bypass procedures. Pump time over two hours is also considered an increased risk for renal injury. A number of factors were present that would make her risk lower; including the lack of chronic renal disease, well-preserved left ventricular function, as well as an elective procedure. There is no prior history of chronic pulmonary disease, smoking or diabetes. Overall, she would be considered low risk for the development of an acute kidney injury.

4

The majority of patients in the setting of cardiopulmonary bypass surgery who develop an acute kidney injury do not require renal replacement therapy. The surgical procedure performed on Mrs. Veselka had no technical complications, and blood pressure was well maintained. She did not receive any perioperative nonsteroidal drugs, with the exception of daily enteric aspirin. Vancomycin is very rarely nephrotoxic. Blood cultures were negative in the postoperative period, and there were no episodes of prolonged hypotension to suggest sepsis. There were no periods of hypoxia. Nephrology consultation was promptly obtained. There was no evidence of pigment nephropathy from hemoglobin. That time course did not suggest acute interstitial nephritis. There was no evidence of peripheral atheroembolic phenomena to suggest renal atheroemboli. The mechanism of acute kidney injury that occurred was likely multifactorial, including the cardiopulmonary bypass procedure, associated aortic crossclamping, and additionally the use of aprotinin, an antifibrinolytic agent now known to be associated with acute kidney injury. Aprotinin is a serum protease inhibitor that was used to attenuate the fibrinolytic and inflammatory pathways that are upregulated after cardiopulmonary bypass surgery by interfering with a wide of mediators including thrombin, plasmin, and kallikrein. The expert report of F. Gary Toback, M.D., PhD. sets out in detail the general manner in which aprotinin affects renal function as well as mechanisms of renal cellular injury. Aprotinin is thought to cause renal tubular toxicity by a number of mechanisms, including direct cellular toxicity, microthrombosis, and inhibition of the vasodilatory renal prostaglandin system. There is a large volume of medical and scientific literature regarding the association of acute kidney injury with aprotinin, which is listed in my attachment. In addition, aprotinin has been associated with increased mortality in cardiopulmonary bypass surgery when compared to other anti-fibrinolytic agents. In all medical certainty, aprotinin was a significant contributing cause to the development both of severe acute kidney injury, and end-stage renal disease that occurred in Mrs. Veselka.

The development of acute kidney injury greatly increases morbidity and mortality, in the setting of cardiopulmonary bypass surgery. Mrs. Veselka, after developing an initial severe acute renal injury, then likely suffered further injury to her kidneys from recurrent infections and sepsis, which were also contributory to the development of end-stage renal failure. The development of end-stage renal disease greatly reduces life expectancy, and adversely affects her quality of life. Patients with end-stage renal disease have an increased risk of progression of cardiac disease, as well as infections.

I reserve the right to amend the medical opinions expressed in this report if additional information is provided to me. The opinions expressed in this report are based on reasonable medical certainty. Please feel free to contact me if you have any questions regarding this report.

Sincerely,

*Carl J. Blond*

Carl J. Blond, M.D.

6
**Exhibit A**

Materials:

1.  *Mangano Study* published in the New England Journal of Medicine dated January 26, 2006;
2.  *Karkouti Study* published in Transfusion dated March 2006;
3.  *St. George Study* dated November 10, 2006;
4.  *Dangerous Deception – Hiding the Evidence of Adverse Drug Effects* published in the New England Journal of Medicine dated November 23, 2006;
5.  *Hiatt Editorial* published in the New England Journal of Medicine dated November 23, 2006;
6.  *Mangano Study* published in The Journal of the American Medical Association dated February 7, 2007;
7.  *Zukerman Spaeder* Report dated August 2007;
8.  *Increased Incidence of Acute Kidney Injury with Aprotinin Use during Cardiac Surgery Detected with Urinary NGAL* published in the American Journal of Nephrology dated December 13, 2007;
9.  *i3 Study* published in the New England Journal of Medicine dated February 21, 2008;
10. *Shaw Study* published in the New England Journal of Medicine dated February 21, 2008;
11. *BART Study* published in the New England Journal of Medicine dated May 29, 2008;
12. *BART Editorial* published in the New England Journal of Medicine dated May 29, 2008;
13. *The Safety of Aprotinin and Lysine-Derived Antifibrinolytic Drugs in Cardiac Surgery*: A Meta-Analysis published in the Canadian Medical Association Journal dated January 20, 2009;
14. *Bayer Halts Sales of Anti-Bleeding Drug* published in the San Francisco Chronicle dated November 5, 2007;
15. *Bayer Antibleeding Drug Takes Hit* published in the Wall Street Journal dated May 15, 2008.
16. Chertow, GM, Lazarfus, M, Christiansen, CL, et al. Preoperative renal risk stratification. Circulation 1997; 95:878;
17. Karkouti, K, Wijeysundera, DN, Yau, TM, et al. Acute kidney injury after cardiac surgery; focus on modifiable risk factors. Circulation 2009; 119:495; and
18. Thakar, CV, Worley, S, Arrigain, S, et al. Influence of renal dysfunction on mortality after cardiac surgery: Modifying effect of preoperative renal function. Kidney Int 2005; 67:1112.

# Exhibit 4

Curriculum Vitae

# Carl J. Blond, M.D.

| | |
|---|---|
| Professional Address: | San Antonio Kidney Disease Center<br>2391 NE Loop 410, Suite 405<br>San Antonio, TX 78217 |
| Address: | P.O. Box 6106<br>San Antonio, TX 78209 |
| Date of Birth: | February 17, 1951 |
| Place of Birth: | Chicago, Illinois |
| Social Security: | 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 |
| Marital Status: | Married:  November 21, 1991<br>Wife:  Leisa Blond, M.D.(November 8, 1963)<br>6 children:  Mireille<br>　　　　　　Julia<br>　　　　　　Lilah (stepdaughter)<br>　　　　　　Olivia<br>　　　　　　Nathan<br>　　　　　　Lewis |

# EDUCATION

| | |
|---|---|
| 1968 – 1971 | Illinois Institute of Technology:  3 years |
| 7/1972 – 6/1976 | The University of Texas Health Science Center, San Antonio, TX:  M.D. |
| 7/1976 – 6/1977 | **Internship**<br>Medicine<br>Bexar County Hospital District<br>University of Texas Health Science Center<br>San Antonio, TX |
| 7/1977 – 6/1979 | **Residency**<br>Medicine<br>Bexar County Hospital District<br>University of Texas Health Science Center<br>San Antonio, TX |
| 7/1979 – 6/1980 | **Fellowship**<br>Nephrology<br>University of Colorado |

| 7/1980 – 6/1981 | **Fellowship**<br>Nephrology<br>Bexar County Hospital District<br>University of Texas Health Science Center<br>San Antonio, TX |

# EMPLOYMENT

| 7/1981 - present | San Antonio Kidney Disease Center Physicians Group, P.L.L.C. |
| 1971 – 1972 | Parkland Hospital |

# ACADEMIC APPOINTMENTS

| Present | Clinical Professor of Medicine<br>University of Texas Health Science Center-San Antonio, TX |
| Present | Faculty/Preceptor<br>University of Texas School of Allied Helath Sciences-San Antonio, TX |

# ACADEMIC HONORS

| 1975 | Texas Merit Scholarship (Highest Academic Performance in Medical Class) |
| 1974 to present | Alpha Omega Alpha-Medical Honor Society |

# HONORS

| Baptist | ER Consultant of the Year 2001(elected by Emergency Room Physicians)-<br>Memorial Hospital |
| | Selected "The Best Doctors in America" |
| 2000 | Selected "Guide to Top Doctors" |
| 2002 | Gift of Life Recipient- Kidney Foundation of South Texas |

# HOSPITAL APPOINTMENTS

| | Attending, Audie Murphy Veterans Administration Hospital,<br>San Antonio, TX |

Baptist Health System, San Antonio, TX
Nix Health Care Systems, San Antonio, TX

Methodist Health System, San Antonio, TX

Santa Rosa Health System, San Antonio, TX

Compass Hospital, San Antonio, TX

Warm Springs Hospital, San Antonio, TX

McKenna Hospital, New Braunfels, TX

Wilson Memorial Hospital, Floresville, TX

Mercy Health Center, Laredo, TX

St. Elizabeth Hospital, Beaumont TX

Baptist Hospital, Beaumont TX

## LICENSURE

Texas #F8413

## CERTIFICATION

| | |
|---|---|
| 1977 | Diplomate, National Board of Medical Examiners |
| 1979 | American Board of Internal Medicine |
| 1984 | American Board of Internal Medicine-Nephrology |

## BOARDS

Board of Directors – Kidney Foundation

Biomedical Research Foundation of South Texas, Inc
    (Research foundation for Audie Murphy VA)

Board of Directors – Sitota Agricultural Project (2003)
    (Sierra Leone, Projectsap@wanadoo.fr)

# MEDICAL ACTIVITIES

Medical Advisor State Board Drivers License Bureau

# ORGANIZATIONS

| | |
|---|---|
| Present | Bexar County Medical Society |
| Present | Texas Medical Association |
| Present | San Antonio Club of Internal Medicine – Program Director |
| Present | National Kidney Foundation |
| Present | Renal Physicians of Texas |
| Present | American Society of Nephrology |

# PAST OFFICES

Chairman Internal Medicine – Metropolitan Hospital

Chairman Nephrology – Baptist, Methodist, Metropolitan Hospital – Multiple Years

TMA Delegate – Multiple Years

Medical Advisory Broad – San Antonio Lupus Foundation Multiple Years

Chairman Pharmacy – Baptist Hospital – Multiple Years

Chairman Ethics Baptist Hospital – Multiple Years

San Antonio Art Institute – Board of Directors

Texas Ballet Concerto- Board of Directors

Chairman – Special Care Southeast and Northeast Baptist Hospital

Bexar County Medical Society Foundation Treasurer

Texas Medical Foundation – Physician Reviewer - Nephrology

Texas Club of Internists, Southwest Chair

Board of Directors Southwest Texas Organ Bank 1981-2001(including Vice-President)

# RESEARCH

Sub-Investigator

| | |
|---|---|
| 2000-present | Amgen, Inc. "A Study of Early Kidney Disease and How it Affects People's Lives" |
| 2000-present | Maret Pharmaceuticals "Single-Blind, Randomized, Placebo Controlled Trial of MARstem with and without Erythropoietin in End Stage Renal Disease Patients" |
| 2000-present | LaJolla Pharmaceuticals "A Randomized, Double Blind, Placebo Controlled, Multicenter Safety and Efficacy Trial of LJP 394 in Systemic Lupus Erythematosus (SLE) Patients with a History of Renal Disease" |
| 1999-2001 | Amgen Inc. "A Study Evaluating the Initiation and Titration of Fixed Doses of Novel Erythropoiesis Stimulating Protein (NESP) Therapy in Subjects with Chronic Renal Insufficiency (CRI)" |
| 1999-present | Shire Laboratories "An Open Label Randomized, Multicenter, Phase III Comparator Controlled Parallel Group Study to Assess the Long Term Safety and efficacy of Lanthanum Carbonate in Chronic Renal Failure Patients Receiving Hemodialysis" |
| 1999-2001 | Amgen Inc. "A Double Blind, Randomized, Placebo Controlled, Multicenter Study to Assess the Safety and Efficacy of an Oral Calcimimetic Agent (AMG 073) in Secondary Hyperparathyroidism of End Stage Renal Disease (ESRD) Allowing Dose Adjustments in Vitamin D Analog Concomitant Therapy" |
| 1999-2001 | Schein Pharmaceuticals "Crossover, Randomized, Blinded, Prospective, Multicenter Clinical Evaluation of the Rate of Adverse Events to Ferrlecit in Hemodialysis Patients as Compared to Placebo and Historical Controls" |
| 1999-2001 | Schein Pharmaceuticals "Open Label, Prospective, Multicenter Study to Evaluate the Rate of Adverse Events and Their Relationship to Concomitant Administration of Angiotensin Converting Enzyme Inhibitor Therapy Following Repeated Administration of Ferrlecit (Sodium Ferric Gluconate Complex in Sucrose Injection) in Hemodialysis Patients Receiving Erythropoietin" |
| 1998-1999 | Abbot Laboratories "A Randomized, Double-Blind, Placebo controlled, Multicenter Trial of Repeated Doses of LJP 394 in Patients with Sytemic Lupus Erythematosus" |