UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

IN RE TRASYLOL PRODUCTS LIABILITY
LITIGATION – MDL-1928

This Document Relates to All Actions

**PROPOSED AGENDA FOR DECEMBER 17, 2010 STATUS CONFERENCE**

Plaintiffs and Defendants jointly request that at the December 17, 2010, status conference the Court hear the parties on the following agenda items:

1. Discussion regarding cases in Groups 6 and 7 and cases that are not yet assigned to a group.

2. Motion to Reimburse Contributors to the Trasylol Plaintiffs' Common Benefit Fund for "Shared Costs" Pursuant to Pretrial Order No. 8 [D.E. 7950]

DATED: December 10, 2010                      Respectfully submitted,

/s/ Theodore Babbitt                           /s/ Patricia E. Lowry
Theodore Babbitt                               Patricia E. Lowry (Florida Bar No.
Florida Bar No. 0091146                        332569)
E-mail: tedbabbitt@babbitt-johnson.com         Email: plowry@ssd.com
**BABBITT, JOHNSON, OSBORNE &**                Barbara Bolton Litten (Florida Bar No.
**LECLAINCHE**                                 91642)
1641 Worthington Road, Suite 100               Email: blitten@ssd.com
West Palm Beach, FL 33409                      **SQUIRE, SANDERS & DEMPSEY L.L.P.**
Telephone:  561-684-2500                       1900 Phillips Point West
Facsimile:  561-684-6308                       777 South Flagler Drive
                                               West Palm Beach, FL 33401-6198
*Liaison Counsel for Plaintiffs*               Telephone:  561-650-7120
                                               Facsimile:  561-655-1509

                                               *Liaison Counsel for Defendants*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on December 10, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Barbara Bolton Litten*
Barbara Bolton Litten

## SERVICE LIST

### In re Trasylol Products Liability Litigation – MDL-1928
### Case No. 08-MD-1928-MIDDLEBROOKS/JOHNSON

### United States District Court
### Southern District of Florida

James R. Ronca
Email: jronca@anapolschwartz.com
**ANAPOL, SCHWARTZ, WEISS, COHAN, FELDMAN & SMALLEY, P.C.**
1710 Spruce Street
Philadelphia, PA 19103
Telephone:  215-735-1130
Facsimile:  215-875-7758
*Co-Lead Counsel for Plaintiffs*

Theodore Babbitt
Email: tedbabbitt@babbitt-johnson.com
**BABBITT JOHNSON OSBORNE & LECLAINCHE, P.A**.
1641 Worthington Road, Suite 100
West Palm Beach, FL 33409
Telephone:  561-684-2500
Facsimile:  561-684-6308
*Liaison Counsel for Plaintiffs*

Patricia E. Lowry
Florida Bar No. 332569
Email: plowry@ssd.com
**SQUIRE, SANDERS & DEMPSEY L.L.P.**
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198
Telephone:  561-650-7200
Facsimile:  561-655-1509
*Liaison Counsel for Defendants*

Scott Love
Email:  slove@triallawfirm.com
**CLARK, BURNETT, LOVE & LEE, G.P.**
Lyric Center
440 Louisiana Street, Suite 1600
Houston, TX  77002
Telephone:  713-759-1400
Facsimile:  713-759-1217
*Co-Lead Counsel for Plaintiffs*

Neal Moskow
Email: neal@urymoskow.com
**URY & MOSKOW, LLC**
883 Black Rock Turnpike
Fairfield, CT 06825
Telephone:  203-610-6393
Facsimile:  203-610-6399
*Federal-State Liaison for Plaintiffs*