UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: TRASYLOL PRODUCTS LIABILITY LITIGATION
  Richard N. Coleman, et al. v. Bayer Corporation, et al.,     )
    E.D. Missouri, C.A. No. 4:10-01639                          )           MDL No. 1928

ORDER VACATING CONDITIONAL TRANSFER ORDER
AND VACATING THE JANUARY 27, 2011, HEARING SESSION

A conditional transfer order was filed in this action (*Coleman*) on October 8, 2010. Prior to expiration of that order's 7-day stay of transmittal, plaintiffs in *Coleman* filed a notice of opposition to the proposed transfer and the subsequent motion and brief to vacate the conditional transfer order. The Panel has now been informed that *Coleman* was remanded to the Circuit Court of the City of St. Louis, Missouri, by the Honorable Stephen N. Limbaugh, Jr., in an order filed on December 9, 2010.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-44" filed on October 8, 2010, is VACATED insofar as it relates to this action.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on December 16, 2010, are VACATED insofar as they relate to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel