UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

| | |
|---|---|
| IN RE TRASYLOL PRODUCTS LIABILITY LITIGTION – MDL – 1928 | § § § |
| THIS DOCUMENT RELATES TO: | § § |
| HARRY ANDREINE, ET AL v. BAYER CORPORATION, *et al*, Case No. 9:09cv80552 | § § |

### ORDER

THIS MATTER having come before the Court on the unopposed motion of Plaintiff William J. Kirby, IT IS ORDERED as follows:

Plaintiff William J. Kirby is ordered:

(1) to collect and receipt for the payment of the judgment;

(2) to deduct and pay the expenses of recovery and collection of the judgment and the attorneys' fees as contracted;

(3) to acknowledge satisfaction in whole for the judgment and costs;

(4) to distribute the net proceeds; and

(5) to report and account therefor to the court.

IT IS FURTHER ORDERED that the settlement by and between William J. Kirby and Bayer Corporation, Bayer HealthCare Pharmaceuticals, Inc. as successor in interest to Bayer Pharmaceuticals Corporation, and Bayer Schering Pharma AG, as successor in interest to Bayer HealthCare AG, is hereby APPROVED.

DONE AND ORDERED in Chambers this _____ day of _____, 2011.

_____
DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE