UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

| | |
|---|---|
| IN RE TRASYLOL PRODUCTS LIABILITY LITIGTION – MDL – 1928 | § § § |
| THIS DOCUMENT RELATES TO: | § § § |
| Earnestine Robinson, *et al* v. BAYER CORPORATION, *et al*, Case No. 9:09cv81244 | § § |

### UNOPPOSED MOTION FOR APPROVAL OF SETTLEMENT

Ellen J. Bell, by and through her attorneys, for her motion for approval of settlement, states as follows:

1. Decedent Harold Bell (hereinafter "Decedent") died on September 29, 2005. Ellen J. Bell contends that Decedent developed injuries and died as a result of his infusion of a prescription drug manufactured and/or distributed by Bayer AG, Bayer Corporation, Bayer Inc., and Bayer HealthCare Pharmaceuticals Inc. (hereinafter "Bayer").

2. Ellen J. Bell is the surviving spouse of Decedent.

3. Ellen J. Bell has reached a settlement as to the claims involving the death of Harold Bell. The total settlement is Two Hundred Thousand Dollars ($200,000.00). The damages are payable only to Ellen J. Bell.

4. The settlement reached herein between Ellen J. Bell and Bayer is just, fair, and reasonable, and in the best interests of all persons entitled to pursue an action for wrongful death under the circumstances.

5. Proper notice has been given to all eligible persons entitled to recovery of damages for the death of Harold Bell.

6. Ellen J. Bell is entitled to the proceeds of the settlement.

7. Ellen J. Bell requests that the Court order her to collect and receipt for payment of the settlement proceeds; to deduct and pay the expenses of recovery and collection of the settlement proceeds and the attorney's fees as contracted and as outlined in Exhibit A; to acknowledge satisfaction in whole for the settlement proceeds; to distribute the net proceeds as ordered by the Court; and to report and account therefor to the Court.

8. The attorneys' fees are fair and reasonable under the circumstances.

WHEREFORE, Ellen J. Bell prays this Court enter its Order

(a) approving the settlement between Ellen J. Bell and Bayer as being fair and reasonable and in the best interest of the beneficiaries;

(b) approving the settlement as full and complete settlement between Ellen J. Bell and Bayer;

(c) distributing the proceeds of the settlement to Ellen J. Bell; and

(d) distributing attorney's fees pursuant to the agreement entered into between Ellen J. Bell and her attorneys.

Respectfully submitted,

/s/ Douglas C. Monsour_____
Douglas C. Monsour
Email: doug@monsourlawfirm.com
**THE MONSOUR LAW FIRM**
404 North Green Street
P. O. Box 4209
Longview, Texas 75606
(903) 758-5757
(903) 230-5010 (Fax)

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 30, 2010, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                  s/ Douglas C. Monsour_____
                  Douglas C. Monsour

## SERVICE LIST

James R. Ronca
Email: jronca@anapolschwartz.com
**ANAPOL, SCHWARTZ,WEISS,**
**COHAN, FELDMAN**
**&SMALLEY, P.C.**
1710 Spruce Street
Philadelphia, PA 19103
Telephone: 215-790-4584
Facsimile: 215-875-7701
*Co-Lead Counsel for plaintiffs*

Scott A. Love
Email: slove@triallawfirm.
**CLARK, BURNETT, LOVE &LEE, G.P.**
Lyric Center
440 Louisiana Street, Suite 1600
Houston, TX 77002
Telephone: 713-757-1400
Facsimile: 713-759-1217
*Co-Lead Counsel for plaintiffs*

Theodore Babbitt
Email: tedbabbitt@babbitt-johnson.com
**BABBITT JOHNSON OSBORNE**
**& LECLAINCHE, P.A.**
1641 Worthington Road, Suite 100
West Palm Beach, FL 33409
Telephone: 561-684-2500
Facsimile: 561-684-6308
*Liaison Counsel for plaintiffs*

Patricia E. Lowry
Florida Bar No. 332569
Email: plowry@ssd.com
**SQUIRE, SANDERS &DEMPSEY L.L.P.**
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198
Telephone: 561-650-7200
Facsimile: 561-655-1509
*Liaison Counsel for Defendants*

Philip S. Beck
Email: philip.beck@bartlit-beck.com
Steven E. Derringer
Email: steven.derringer@bartlit-beck.com
**BARTLIT BECK HERMAN**
**PALENCHAR**
**& SCOTT LLP**
54 W. Hubbard Street, Suite 300
Chicago, IL 60603
Telephone: 312-494-4400
Facsimile: 312-494-4440

Eugene A. Schoon
Email: eschoon@sidley.com
Susan A. Weber
Email: saweber@sidley.com
**SIDLEY AUSTIN LLP**
One South Dearborn Street
Chicago, Illinois 60603
Telephone: 312-853-7000
Facsimile: 312-853-73036

Susan Artinian
Email: sartinian@dykema.com
Daniel Stephenson
Email: dstephenson@dykema.com
**DYKEMA GOSSETT PLLC**
400 Renaissance Center
Detroit, MI 48243
Telephone: 313-268-9788
Facsimile: 313-568-6658

Richard K. Dandrea
Email: rdandrea@eckertseamans.com
**ECKERT SEAMANS CHERIN**
**&MELLOTT, LLC**
USX Tower, 600 Grant St., 44th Floor
Pittsburgh, PA. 15219
Telephone: 412-566-6000
Facsimile: 412-566-6099
*Attorneys for Bayer Corporation and Bayer*
*HealthCare Pharmaceuticals Inc.*