# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

IN RE TRASYLOL PRODUCTS LIABILITY
LITIGATION – MDL-1928

This Document Relates to All Actions
_____/

## NOTICE OF COMMON BENEFIT FUND WITHHOLDING

Pursuant to Pretrial Order No. 8, Defendants Bayer Corporation, Bayer HealthCare

Pharmaceuticals Inc., as successor in interest to Bayer Pharmaceuticals Corporation, and Bayer

Schering Pharma AG, as successor in interest to Bayer HealthCare AG, hereby notify the Court

that the Common Benefit Fund assessment was withheld in the following cases during December

2010:

| Case Name | Case No. | Settling Plaintiffs |
|---|---|---|
| Allen, Louise | 08-cv-81035 | Allen, Louise, individually and as Executor of the estate of Donald Allen |
| Anderson, Lee | 09-cv-81761 | Anderson, Lee |
| Anderson, Lee | 09-cv-81761 | Jordan, Janet |
| Anderson, Lee | 09-cv-81761 | Marshall, William |
| Anderson, Lee | | Brown, Millicent, individually and as personal representative of the estate of Narcissus Smith |
| Andreine, Harry | 09-cv-80552 | Clark, Doris Sue, individually and as personal representative of the estate of Larry Clark |
| Andreine, Harry | 09-cv-80552 | Green, Corine individually and as personal representative of the estate of James H. Green |
| Andreine, Harry | 09-cv-80552 | Jameson, Byrd |
| Andreine, Harry | 09-cv-80552 | Murray, Walter |
| Andreine, Harry | 09-cv-80552 | Andreine, Harry and Patricia Andreine, individually and as co-representatives of the estate of |

|  |  | Marilyn Andreine |
| --- | --- | --- |
| Baldelli, Sylvia | PA-CP 080103064 | Baldelli, Sylvia |
| Bayowitz, Ruth | 09-cv-82324 | Bayowitz, Norman and Rosanne Eston, individually and as personal representatives of the estate of Ruth Bayowitz |
| Bays, Paul E. | 09-cv-80443 | Bays, Paul E. and Angela R. Matlock, individually and as co-administrators of the estate of Hattie M. Bays |
| Bookenberger, Donald | 09-cv-80136 | Brown, Ed |
| Bookenberger, Donald | 09-cv-80136 | Hotseller, Barbara |
| Bookenberger, Donald | 09-cv-80136 | Walters, Patricia |
| Brown, Classie | 08-cv-81193 | Capps, William |
| Brown, Classie | 08-cv-81193 | Burkett, Glendine |
| Brown, Classie | 08-cv-81193 | Scoggins, Rachelle, individually and as personal representative of the estate of June Frey |
| Brown, Classie | 08-cv-81193 | Trynor, Marilyn D., individually and as personal representative of the estate of Charles Trynor |
| Brown, Lonnie | 09-cv-81390 | Butler, Anna |
| Brown, Susan | 09-cv-81559 | Brown, Susan L., individually and as Special Administrator of the estate of Johnnie Brown |
| Chrome, Gilbert | 09-cv-80201 | Chrome, Gilbert |
| Coats, Jimmy Lee | 08-cv-80867 | Coats, Jimmy |
| Corcoran, William | 09-cv-81005 | Dannelley, Rick, individually and as administrator of the estate of Harry Dannelley, Jr. |
| Corcoran, William | 09-cv-81005 | Kuhnhenn, Rodney, individually and as administrator of the estate of Inabelle Kuhnhenn |
| Corcoran, William | 09-cv-81005 | Turner, Sandra |
| Cotton, Terry | PA-CP 080203367 | Cotton, Terry, individually and as personal representative of the estate of James Alexander |

| | | |
|---|---|---|
| DeFranco, Mark | 09-cv-81081 | DeFranco, Mark, individually and as personal representative of the estate of Dominic DeFranco |
| Dempsey, Joseph | 08-cv-81034 | Dempsey, Joseph, individually and as personal representative of the estate of Sharon Dempsey |
| Di Paula, George L. | 08-cv-81272 | Di Paula, George individually and as personal representative of the estate of Salvatore Di Paul |
| Dixon, Gail S. | 09-cv-81006 | Dixon, Gail S., individually and as administrator of the estate of Dorothy Chambers |
| Eannarino, Matthew | 08-cv-80640 | Eannarino, Matthew |
| Evanoff, Robert | 09-cv-80376 | Mieden, Ervin |
| Fast, Crystal | 08-cv-80613 | Fast, Crystal, individually and as Executrix of the estate of Marguerite Findo |
| Fisher, Jacqueline | 09-cv-81735 | Kumar, Esther |
| Gandy, Melissa | 10-cv-80122 | Gandy, Melissa, individually and as administratrix of the estate of Amy Gandy |
| Gandy, Melissa | 10-cv-80122 | Matheson, James |
| Gandy, Melissa | 10-cv-80122 | Montalvo, Luis |
| Gandy, Melissa | 10-cv-80122 | Janes, Becky, individually and as personal representative of the estate of Burdeen Van Wey |
| Glinski, Raymant | 09-cv-80144 | Glinski, Raymant, individually and as personal representative of the estate of Corine Glinski |
| Gonion, Dawna | 09-cv-80083 | Gonion, Dawna and Robert, individually and as surviving natural parents of Makailee Gonion |
| Gragg, Mary K. | 09-cv-80703 | Gragg, Mary, individually and as personal representative of the estate of Harold Gragg |
| Greener, Richard | 09-cv-80072 | Greener, Richard |
| Jacobs, Donald | NJ-CP ATL-L-276-08 | Jacobs, Donald |

| | | |
|---|---|---|
| Jones, Lynne | 09-cv-81381 | Jones, Lynne individually and as Administratrix of the estate of Anthony Perrotta, Sr. |
| Kaplan, Elaine | NJ-CP ATL-L-237-08 | Kaplan, Elaine, individually and as personal representative of the estate of Kavid Kaplan |
| Kulig, Maria | 08-cv-81428 | Kulig, Maria, individually and as personal representative of the estate of Jan Kulig |
| Laversin, Emile | 10-cv-80080 | Laversin, Emile and Elsie Laversin, his wife |
| Lavin, Sylvia | PA-CP 080301827 | Lavin, Sylvia, individually and as personal representative of the estate of Frederick Lavin |
| Lydick, Glenn | 09-cv-81885 | Sligh-Genes, Sharon |
| Mack, Bruno | CT – CV07-5007108 | Coovert, Elizabeth, individually and as personal representative of the estate of Robert Coovert |
| Mack, Bruno | CT – CV07-5007108 | Milo, Florence, individually and as personal representative of the estate of Donal Milo |
| Mack, Bruno | CT – CV07-5007108 | Murry, Crystal Nicole, individually and as administratrix of the estate of Betty Nickson |
| Mangal, Jagdishwar | 09-cv-81276 | Mangal, Jagdishwar, individually and as Administrator of the estate of Shashi P. Singh |
| Mathis, James | 10-cv-80086 | Mathis, James and Clo Ann Mathis, his wife |
| McLeod, Diane | 08-cv-80835 | McLeod, Diane individually and as personal representative of the estate of Charlotte Gregory |
| Mordecai, Linda | 08-cv-80781 | Mordecai, Linda individually and as personal representative of the estate of Michael Mordecai |
| Murray, Sandra | NJ-CP ATL-L-275 | Murray, Sandra |
| Nelson, Elaine | PA-CP 071203336 | Nelson, Elaine individually and as personal representative of the estate of John Nelson |

| | | |
|---|---|---|
| O'Connor, Michael | 08-cv-80435 | O'Connor, Michael |
| Orapello, Florence | 08-cv-80858 | Orapello, Florence, individually and as personal representative of the estate of Frank Orapello |
| Persaud, Tullsiedai | 09-cv-81083 | Persaud, Tullsiedai, individually and as personal representative of the estate of Jainarine Persaud |
| Roberts, Eva | 10-cv-80124 | Parish, Ed, as administrator ad litem for the estate of Ida Potts |
| Robinson, Earnestine | 09-cv-81244 | Boehm, Darlene |
| Rothrock, Nora | 09-cv-80107 | Rothrock, Nora |
| Schulze, Joani | 09-cv-80769 | Schulze, Joani, individually and as Administrator of the estate of Michael Barnett |
| Sculley, Margaret | 09-cv-80377 | Marshall, Joanne, individually and as administratrix of the estate of John Marshall |
| Sculley, Margaret | 09-cv-80377 | McLaughlin, Jennon, individually and as personal representative of the estate of Paul McLaughlin |
| Sculley, Margaret | 09-cv-80377 | Murphy, Bridget |
| Sculley, Margaret | 09-cv-80377 | Sculley, Margaret, individually and as personal representative of the estate of Rudolph Sculley |
| Sculley, Margaret | 09-cv-80377 | Straka, Charles |
| Shaw, John | 09-cv-81278 | Shaw, John Q. |
| Stewart, Dorothy | 08-cv-81440 | Stewart, Dorothy, individually and as personal representative of the estate of George Stewart |
| Sundman, Linda | NJ-CP ATL-L-1415-08 | Sundman, Linda |
| Taft, Scott | 09-cv-80026 | Taft, Scott |
| Victoria, Angela and Jose | 08-cv-81135 | Victoria, Angela and Jose, individually and as surviving natural parents of Audrianna Victor |
| Vinsonhaler, Katheryn | 09-cv-80108 | Vinsonhaler, Kathryn, individually and as personal representative of the estate of Keith Vinsonhaler |

| Wease, David | 08-cv-80387 | Wease, David individually and as personal representative of the estate of Geraldine Wease |
| Weatherhead, Joanne | 08-cv-81390 | Weatherhead, Joanne, individually and as personal representative of the estate of Martin Weatherhead |
| Williamson, Victor | 09-cv-80106 | Williamson, Victor |
| Woody, Chad | 09-cv-80200 | Woody, Chad J., individually and as personal representative of the estate of Terry Arbuckle |

Per Pretrial Order No. 8, and by way of supplement to its November 10, 2010 Notice of

Common Benefit Fund Withholding, Defendants Bayer Corporation, Bayer HealthCare

Pharmaceuticals Inc., as successor in interest to Bayer Pharmaceuticals Corporation, and Bayer

Schering Pharma AG, as successor in interest to Bayer HealthCare AG, hereby notify the Court

that the Common Benefit Fund assessment was withheld in the following cases during October

2010:

| Case Name | Case No. | Settling Plaintiffs |
|---|---|---|
| Alvarez, Gloria | 09-cv-80145 | Conner, Virdeen individually and as personal representative of the estate of Billy Conner |
| Alvarez, Gloria | 09-cv-80145 | Moore, Kerry, individually and as personal representative of the estate of Shirley Moore |
| Alvarez, Gloria | 09-cv-80145 | Zuniga, Jacqulyn individually and as personal representative of the estate of Norma Reynolds |
| Anderson, Lee | 09-cv-81761 | Ricci, Regina |
| Bookenberger, Donald et al | 09-cv-80136 | Bookenberger, Donald |
| Byrd, Alice | 09-cv-80702 | Byrd, Alice individually and as personal representative of the estate of Curtis Byrd |
| Byrd, Alice | 09-cv-80702 | Mayberry, Alice |
| Campbell, Lois | CT-CP CV08-5007105 | Hensley, Eugene |

| Cook, Alta | 08-cv-80710 | Cook, Alta, individually and as administrator of the estate of James A. Cook |
| Evanoff, Robert | 09-cv-80376 | Evanoff, Robert |
| Evans, Nancy | 09-cv-80027 | Czarnecki, Clarence |
| Evans, Nancy | 09-cv-80027 | McLean, Robert |
| Evans, Nancy | 09-cv-80027 | Silva, Melvin |

Per Pretrial Order No. 8, and by way of supplement to its December 10, 2010 Notice of Common Benefit Fund Withholding, Defendants Bayer Corporation, Bayer HealthCare Pharmaceuticals Inc., as successor in interest to Bayer Pharmaceuticals Corporation, and Bayer Schering Pharma AG, as successor in interest to Bayer HealthCare AG, hereby notify the Court that, in addition to the cases reported to the Court on December 10, 2010, the Common Benefit Fund assessment was withheld in the following case during November 2010:

| Case Name | Case No. | Settling Plaintiffs |
|---|---|---|
| De Leon, Lupe | 08-cv-80395 | De Leon, Lupe |

Dated:  January 10, 2010

Respectfully submitted,

*/s/ Barbara Bolton Litten*
Patricia E. Lowry
Florida Bar No. 332569
E-mail:  plowry@ssd.com
Barbara Bolton Litten
Florida Bar No. 91642
E-mail:  blitten@ssd.com
**SQUIRE, SANDERS & DEMPSEY (US) LLP**
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL  33401-6198
Telephone:  561-650-7200
Facsimile:  561-655-1509
***Counsel for Defendants***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 10, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Barbara Bolton Litten*
Barbara Bolton Litten

**SERVICE LIST**

**In re Trasylol Products Liability Litigation – MDL-1928**
**Case No. 08-MD-1928-MIDDLEBROOKS/JOHNSON**

**United States District Court**
**Southern District of Florida**

James R. Ronca
Email: jronca@anapolschwartz.com
**ANAPOL, SCHWARTZ, WEISS, COHAN, FELDMAN**
    **& SMALLEY, P.C.**
1710 Spruce Street
Philadelphia, PA 19103
Telephone: 215-790-4584
Facsimile:  215-875-7701
*Co-Lead Counsel for Plaintiffs*

Theodore Babbitt
Email: tedbabbitt@babbitt-johnson.com
**BABBITT JOHNSON OSBORNE**
    **& LeCLAINCHE, P.A**.
1641 Worthington Road, Suite 100
West Palm Beach, FL 33409
Telephone: 561-684-2500
Facsimile:  561-684-6308
*Liaison Counsel for Plaintiffs*

Patricia E. Lowry
Florida Bar No. 332569
Email: plowry@ssd.com
**SQUIRE, SANDERS & DEMPSEY (US) LLP**
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198
Telephone: 561-650-7200
Facsimile:  561-655-1509
*Liaison Counsel for Defendants*

Scott A. Love
Email:  slove@triallawfirm.com
**CLARK, BURNETT, LOVE & LEE, G.P.**
Lyric Center
440 Louisiana Street, Suite 1600
Houston, TX  77002
Telephone:  713-757-1400
Facsimile:  713-759-1217
*Co-Lead Counsel for Plaintiffs*

Neal L. Moskow
Email: neal@urymoskow.com
**URY & MOSKOW, LLC**
883 Black Rock Turnpike
Fairfield, CT 06825
Telephone:  203-610-6393
Facsimile:  203-610-6399
*Federal-State Liaison for Plaintiffs*

WESTPALMBEACH/578029.1