UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

IN RE TRASYLOL PRODUCTS
LIABILITY LITIGATION – MDL-1928

This Document Relates to All Actions.

JOINT MOTION TO ADOPT PRETRIAL ORDER ESTABLISHING SCHEDULE
FOR SUPPLEMENTAL GENERIC EXPERT DISCOVERY

On August 3, 2010, this Court granted plaintiffs leave to file a supplemental generic expert report. *See* D.E. 6807. Pursuant to that order, plaintiffs' Liaison Counsel subsequently disclosed the generic expert report of Cheryl D. Blume. The Court's Order further provided both that defendants would be permitted to offer supplemental generic expert reports and testimony, and to challenge the admissibility of plaintiffs' supplemental expert report pursuant to the Federal Rules of Evidence and *Daubert*. *See id.*

The parties now jointly move the Court to adopt the attached proposed pretrial order establishing a schedule for supplemental generic expert discovery. Adoption of the proposed order will provide for the orderly close to generic expert discovery in this matter.

Dated: January 18, 2011                                    Respectfully submitted,

*/s/ Theodore Babbitt*                                     */s/ Patricia E. Lowry*
Theodore Babbitt (Florida Bar No. 0091146)                 Patricia E. Lowry (Florida Bar No. 332569)
Email: tedbabbitt@babbitt-johnson.com                      Email: Patricia.Lowry@ssd.com
**BABBITT JOHNSON OSBORNE**                                Barbara Bolton Litten (Florida Bar No. 91642)
    **& LECLAINCHE, P.A.**                                 Email: Barbara.Litten@ssd.com
1641 Worthington Road, Suite 100                           **SQUIRE, SANDERS & DEMPSEY (US) LLP**
West Palm Beach, Florida 33409                             1900 Phillips Point West
Telephone: 561-684-2500                                    777 South Flagler Drive
Facsimile: 561-684-6308                                    West Palm Beach, FL 33401-6198
*Liaison Counsel for Plaintiffs*                           Telephone: 561-650-7120
                                                           Facsimile: 561-655-1509
                                                           *Defendants' Liaison Counsel*

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 18, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                                     */s/ Barbara Bolton Litten*_____
                                                                     Barbara Bolton Litten

# SERVICE LIST

### In re Trasylol Products Liability Litigation – MDL-1928
### Case No. 08-MD-1928-MIDDLEBROOKS/JOHNSON

### United States District Court
### Southern District of Florida

James R. Ronca
Email: jronca@anapolschwartz.com
**ANAPOL, SCHWARTZ, WEISS, COHAN, FELDMAN & SMALLEY, P.C.**
1710 Spruce Street
Philadelphia, PA 19103
Telephone: 215-735-1130
Facsimile: 215-875-7758
*Plaintiffs' Steering Committee/Co-Lead Counsel*

Scott A. Love
Email: slove@triallawfirm.com
**CLARK, BURNETT, LOVE & LEE, G.P.**
Lyric Center
440 Louisiana Street, Suite 1600
Houston, TX 77002
Telephone: 713-759-1400
Facsimile: 713-759-1217
*Plaintiffs' Steering Committee/Co-Lead Counsel*

Theodore Babbitt
Email: tedbabbitt@babbitt-johnson.com
**BABBITT JOHNSON OSBORNE & LECLAINCHE, P.A.**
1641 Worthington Road, Suite 100
West Palm Beach, Florida 33409
Telephone: 561-684-2500
Facsimile: 561-684-6308
*Plaintiffs' Steering Committee/Liaison Counsel*

Joseph A. Osborne
Email: JAOsborne@babbitt-johnson.com
**BABBITT JOHNSON OSBORNE & LECLAINCHE, P.A.**
1641 Worthington Road, Suite 100
West Palm Beach, Florida 33409
Telephone: 561-684-2500
Facsimile: 561-684-6308
*Plaintiffs' Steering Committee/Liaison Counsel*

Doug Monsour
Email: doug@monsourlawfirm.com
**THE MONSOUR LAW FIRM**
P.O. Box 4209
Longview, TX 75606
Telephone: 903-758-5757
Facsimile: 903-230-5010
*Plaintiffs' Steering Committee*

Brian H. Barr
Email: bbarr@levinlaw.com
**LEVIN PAPANTONIO THOMAS MITCHELL RAFFERTY & PROCTOR PA**
316 S. Baylen St., Suite 600
Pensacola, FL 32502
Telephone: 850-435-7000
Facsimile: 850-435-7020
*Plaintiffs' Steering Committee*

Ernest Cory
Email: ecory@cwcd.com
**CORY WATSON CROWDER & DEGARIS**
2131 Magnolia Ave.
Birmingham, AL 35205
Telephone: 205-328-2200
Facsimile: 205-324-7896
*Plaintiffs' Steering Committee*

Marc Jay Bern
Email: mjbern@napolibern.com
**NAPOLI BERN & ASSOCIATES LLP**
3500 Sunrise Highway, Suite T-207
Great River, NY 11739
Telephone: 631-224-1133
Facsimile: 631-224-4774
*Plaintiffs' Steering Committee*

Fred Thompson
Email: fthompson@motleyrice.com
**MOTLEY RICE LLC**
P.O. Box 1792
Mt. Pleasant, SC 29405
Telephone: 843-216-9000
Facsimile:  843-216-9440
*Plaintiffs' Steering Committee*

Joseph P. Danis
Email: jdanis@careydanis.com
**CAREY AND DANIS, LLC**
8235 Forsyth Blvd., Suite 1100
St. Louis, MO 63105
Telephone: 314-678-3400
Facsimile:  314-678-3401
*Plaintiffs' Steering Committee*

Neal Moskow
Email: neal@urymoskow.com
**URY & MOSKOW, LLC**
883 Black Rock Turnpike
Fairfield, CT 06825
Telephone: 203-610-6393
Facsimile:  203-610-6399
*Plaintiffs' Steering Committee/*
*Federal-State Liaison*

Philip S. Beck
Email: philip.beck@bartlit-beck.com
**BARTLIT BECK HERMAN PALENCHAR**
   **& SCOTT LLP**
54 West Hubbard, Suite 300
Chicago, IL 60610
Telephone: 312-494-4400
Facsimile:  312-494-4440
*Defendants' Co-Lead Counsel and*
*Attorney for Defendants Bayer Corporation,*
*Bayer HealthCare Pharmaceuticals Inc., Bayer*
*HealthCare LLC, Bayer AG, and Bayer*
*Schering Pharma AG*

Neil D. Overholtz
Email: noverholtz@awkolaw.com
**AYLSTOCK, WITKIN, KREIS**
   **& OVERHOLTZ, PLLC**
17 East Main Street, Suite 200
Pensacola, FL 32502
Telephone: 850-916-7450
Facsimile:  850-916-7449
*Plaintiffs' Steering Committee*

David Matthews
Email: jrhoades@thematthewslawfirm.com
**MATTHEWS & ASSOCIATES**
2905 Sackett Street
Houston, TX 77098
Telephone: 713-522-5250
Facsimile:  713-535-7184
*Plaintiffs' Steering Committee*

Steven E. Derringer
Email: steven.derringer@bartlit-beck.com
**BARTLIT BECK HERMAN PALENCHAR**
   **& SCOTT LLP**
54 West Hubbard, Suite 300
Chicago, IL 60610
Telephone: 312-494-4400
Facsimile:  312-494-4440
*Defendants' Co-Lead Counsel and*
*Attorney for Defendants Bayer Corporation,*
*Bayer HealthCare Pharmaceuticals Inc., Bayer*
*HealthCare LLC, Bayer AG, and Bayer Schering*
*Pharma AG*

Eugene A. Schoon
Email: eschoon@sidley.com
**SIDLEY AUSTIN LLP**
One South Dearborn
Chicago, IL 60603
Telephone: 312-853-7000
Facsimile:  312-853-7036
*Defendants' Co-Lead Counsel and*
*Attorney for Defendants Bayer Corporation,*
*Bayer HealthCare Pharmaceuticals Inc., Bayer*
*HealthCare LLC, Bayer AG, and Bayer Schering*
*Pharma AG*

Susan Artinian
Email: sartinian@dykema.com
**DYKEMA GOSSETT PLLC**
400 Renaissance Center
Detroit, MI 48243
Telephone: 313-568-6800
Facsimile:  313-568-6658
*Defendants' Co-Lead Counsel and Attorney for Defendants Bayer Corporation, Bayer HealthCare Pharmaceuticals Inc., Bayer HealthCare LLC, Bayer AG, and Bayer Schering Pharma AG*

Patricia E. Lowry
Florida Bar No. 332569
Email: Patricia.Lowry@ssd.com
**SQUIRE, SANDERS & DEMPSEY (US) LLP**
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198
Telephone: 561-650-7200
Facsimile:  561-655-1509
*Defendants' Liaison Counsel and Attorneys for Defendants Bayer Corporation, Bayer HealthCare Pharmaceuticals Inc., Bayer HealthCare LLC, Bayer AG, and Bayer Schering Pharma AG*

Richard K. Dandrea
Email: rdandrea@eckertseamans.com
**ECKERT SEAMANS CHERIN &MELLOTT, LLC**
U.S. Steel Tower
600 Grant Street, 44th Floor
Pittsburgh, PA 15219
Telephone: 412-566-6000
Facsimile:  412-566-6099
*Defendants' Co-Lead Counsel and Attorney for Defendants Bayer Corporation, Bayer HealthCare Pharmaceuticals Inc., Bayer HealthCare LLC, Bayer AG, and Bayer Schering Pharma AG*

WESTPALMBEACH/578327.1