UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

IN RE TRASYLOL PRODUCTS
LIABILITY LITIGATION – MDL-1928

This Document Relates to All Actions.

**PRETRIAL ORDER NO. \_\_\_ ESTABLISHING SCHEDULE FOR
SUPPLEMENTAL GENERIC EXPERT DISCOVERY**

Pursuant to this Court's Order Granting Plaintiff's Motion for Leave to File a Supplemental Expert Report (D.E. 6807), plaintiffs' Liaison Counsel has provided defendants the generic expert report of Cheryl D. Blume. In light of that disclosure, this Order sets forth the following schedule for the completion of supplemental generic expert discovery:

Defendants' deposition of plaintiffs' supplemental generic expert, Cheryl D. Blume, shall be completed by **February 16, 2011**.

Defendants shall disclose any supplemental generic expert reports by **March 15, 2011**.

Any *Daubert*/Fed. R. Evid. 702 motions directed to the proposed testimony of Cheryl D. Blume shall be filed and served by **March 15, 2011**.

Plaintiffs' responses to any *Daubert*/Fed. R. Evid. 702 motions directed to the proposed testimony of Cheryl D. Blume shall be filed and served by **April 12, 2011**.

Any replies in support of defendants' *Daubert*/Fed. R. Evid. 702 motions directed to the proposed testimony of Cheryl D. Blume shall be filed and served by **April 26, 2011**.

If warranted, the Court plans to conduct any *Daubert*/Fed. R. Evid. 702 hearing regarding the proposed testimony of Cheryl D. Blume the week of **May 2, 2011**. Specifically, the Court sets such hearing for May \_\_\_\_, 2011 at \_\_\_ \_\_.m. in West Palm Beach, Florida.

DONE AND ORDERED in Chambers at West Palm Beach, Florida, this _____ day of _____, 2011.

_____
DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE