UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 08-MD-1928-MIDDLEBROOKS

IN RE: TRASYLOL PRODUCTS
LIABILITY LITIGATION

This document applies to:
  ALL CASES

## NOTICE OF HEARING

PLEASE TAKE NOTICE: The Next Status Conference in this MDL proceeding will be held on Friday, January 28, 2011 at 10:30 a.m. in Courtroom number 7 of the Paul G. Rogers Federal Building at 701 Clematis Street, West Palm Beach, Florida.[1] As with previous status conferences, any Party/Counsel desiring to attend the scheduled status conference telephonically shall email Sylvia Wenger at sylvia_wenger@flsd.uscourts.gov a request to do so on Monday, January 24, 2011. Requests made on any other date will be disregarded absent exigent circumstances. **The subject heading** of such email shall be **"Request for Telephonic Appearance - 08-MD-1928."** The **body of each email** shall indicate clearly the name of the attorney(s) wishing to attend the status conference, and a contact phone number for such attorney(s).

The Parties must confer and file a joint proposed agenda on or before January 24, 2011.

---

[1] The Parties are advised that the Court will be holding trial in Miami during the early part of the week of January 24. The time and location of this conference, therefore, remains subject to change should the circumstances of the trial so require.

To the extent that there are items which are of concern to either the Plaintiffs or the Defendants, but not to both, such items shall be listed for the Court's consideration as proposals for addition to the Agenda.[2]

1/13/11
Dated

By: Sylvia L. Wenger
Law Clerk to the Honorable Donald M. Middlebrooks

---

[2] The Court received a phone call from counsel for Plaintiff Conrad Puckett (Case NO. 08-80920) indicating that they would be seeking a hearing on the Defendants' Motion for Summary Judgment. No Motion has been received by the Court. The Court shall be prepared to hear fifteen minutes of argument on that Motion at the status conference should the Parties so desire and should an appropriate Motion be filed.