UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

IN RE TRASYLOL PRODUCTS LIABILITY LITIGATION – MDL-1928

THIS DOCUMENT RELATES TO:

ARNICAR, et al. v. BAYER CORP., et al
Case No. 9:09-cv-80381-DMM

FILED by [signature] D.C.
JAN 26 2011
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

January 25, 2010

**PLAINTIFF RONALD JAMES HUTCHISON, INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF MACK JAMES HUTCHISON'S DISCLOSURE OF CASE-SPECIFIC FACT WITNESSES AND DESIGNATION OF WITNESSES FOR TRIAL**

In accordance with the Orders of the Court and Federal Rule of Civil Procedure 26(a)(3)(A)(i), Plaintiff James Hutchison, Individually and as Administrator of the Estate of Mack James Hutchison and specifically identifies in this Disclosure of Case-Specific Fact Witnesses those witnesses that she expects to call/may call at trial (in person or via preserved testimony) as follows:

I. The following individuals are present or past employees of one or more of the Defendants and whose identify and addresses are therefore known to them:

a. Stanley Horton
b. Meredith Fischer
c. Allen Heller
d. Edward Sypniewski
e. Franz Wingen
f. Reinhard Fesharek

g. Valentine Pascale
h. Thomas Chin
i. Valerie Pierpont
j. Denise Neal
k. Margaret Foley
l. John Lettieri
m. Robert Harrison
n. Pam Cyrus
o. William Shank
p. Marc Jensen
q. Karen Denton
s. Felix Monteagudo
t. Ed Tucker
u. Anita Shah
v. Joseph Scheeren
w. Michael Rozycki
x. Jennifer Maurer
y. Terry Taylor
z. Steven Zaruby
aa. Jennifer Maurer
bb. Paul McCarthy
cc. Mitch Trujillo
dd. Jeff Bova
ee. Matt Skoronsky
ff. Savaramakrishan Balakrishnan
gg. Kuno Sprenger
hh. Tomasz Dyszynski
ii. Michael Devoy
jj. Ernst Weidman

kk. Max Wegner

ll. Kemal Malik

mm. Michael Stenger

nn. Cindy Sweeney Matthew

oo. Conroy David Nardiello

pp. Any other corporate representatives, persons most knowledgeable, persons with knowledge of relevant facts, employees and/or ex-employees of Bayer Corporation, Bayer A. G., and/or Bayer Healthcare Pharmaceuticals (or their successors) which are known or become known during the course of discovery.

II. The following are other fact witnesses who Plaintiff intends to call at trial in the manner identified:

a. Amy Jean Hutchison
2310 Texas
Joplin, MO 64804

b. Dr. Joseph Graham
And/or Custodian of Records
St. John's Regional Medical Center
2727 McClelland
Joplin, MO 64804

c. Dr. Smithart
And/or Custodian of Records
St. John's Regional Medical Center
2727 McClelland
Joplin, MO 64804

III. The following are other fact witnesses who Plaintiff may call if the need arises through a custodian of records:

a. St. Johns Hospital
And/or Custodian of Records
St. John's Regional Medical Center
2727 McClelland

Joplin, MO 64804

b. Dillon's Pharmacy
And/or Custodian of Records
1402 E. 20th Street
Joplin, MO 64804

c. Dr. Dennis Smith
And/or Custodian of Records
2727 McClelland
Joplin, MO 64804

IV. The following are other fact witnesses who Plaintiff may call if the need arises:

a. Jerrold Levy, M.D.
Emory University Hospital
1364 Clifton Road, NE
Atlanta, GA 30322

b. John H. Lemmer, Jr., M.D.
The Oregon Clinic
2222 North West Lovejoy Street Suite 315
Portland, OR 97210

c. Steven E. Hill, M.D.
Duke Univ. Medical Center
DUMC 3094
Durham, NC 27710

d. David Bull, M.D.
University of Utah Hospital 50 N
Medical Dr
Salt Lake City, UT 84132

e. David A. Stump., PhD
Dept. of Cardiothoracic Anesthesia Wake
Forest-Baptist Medical Center Winston
Salem, NC 27157

f. Robert S. Poston, M.D.
Boston Medical Center
Robinson 402
88 E. Newton St.
Boston, MA 02118

g. Peter K. Smith, M.D.
Duke Univ. Medical Center
DUMC 3442
Durham, NC 27710

h. David Royston, M.D.
Department of Anaesthetics Harefield
Middlesex U139 6JH
United Kingdom

i. Alexander Walker, PhD
Harvard School of Public Health
677 Huntington Avenue Kresge Building Room
908B Boston, MA 02115

j. David C. Kress, M.D.
St. Lukes Medical Center
2901 W. Kinnickinnic River Parkway, Suite 511
Milwaukee, WI 53215

V. Plaintiff specifically reserves the right to amend and supplement this list based on continuing medical treatment or for good cause shown.

VI. Any records custodian who is necessary to authenticate medical records.

VII. Any and all witnesses listed on Defendant's Generic and Case-Specific Fact Witness Lists.

VIII. The Plaintiff specifically reserves the right to amend and supplement this list as discovery, including depositions are continuing in this matter.

Respectfully submitted,

MATTHEWS & ASSOCIATES

DAVID P. MATTHEWS
SBN: 13206200
JULIE L. RHOADES
SBN: 16811710
Rachal G. Rojas
SBN: 24063161
2905 Sackett Street
Houston, Texas 77098
(713) 222-8080 Phone
(713) 535-7184 Fax
dmatthews@thematthewslawfirm.com
jrhoades@thematthewslawfirm.com
rrojas@thematthewslawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2010, I filed the foregoing document with the Clerk of the Court by Federal Express. I also certify that the foregoing document is being served this day on the following counsel of record in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or by mailing the same to the offices of said counsel by United States mail, postage prepaid.

Rachal G. Rojas

Patricia E. Lowry
Email: plowry@ssd.com
Barbara Bolton Litten
blitten@ssd.com
SQUIRE, SANDERS & DEMPSEY, L.L.P.
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198
Telephone: 561-650-7200
Facsimile: 561-655-1509
***Liaison Counsel for Defendants and Attorneys for Defendants Bayer Corporation, Bayer Healthcare Pharmaceuticals, Inc., Bayer Healthcare LLC, Bayer AG, and Bayer Healthcare AG***

Steven E. Derringer
Email: steven.derringer@bartlit-beck.com
Philip S. Beck
Email: philip.beck@bartlit-beck.com
BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
54 West Hubbard, Suite 300
Chicago, IL 60610
Telephone: 312-494-4400
Facsimile: 312-494-4440
***Defendants Co-Lead Counsel and Attorney for Defendants Bayer Corporation, Bayer Healthcare Pharmaceuticals, Inc., Bayer Healthcare LLC, Bayer AG, and Bayer Healthcare AG***

Eugene A. Schoon
Email: eschoonAsidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone: 312-853-7000
Facsimile: 312-853-7036
***Defendants Co-Lead Counsel and Attorney for Defendants Bayer Corporation, Bayer Healthcare Pharmaceuticals, Inc., Bayer Healthcare LLC, Bayer AG, and Bayer Healthcare AG***

Melissa S. Caulum
Michael Best & Friedrich LLP
1 S Pinckney Street
Suite 700
PO Box 1806
Madison, WI 53701
608-283-0131
***Defendant Bayer Corporation***

Paul E. Benson
Michael Best & Freidrich
100 E Wisconsin Avenue
Suite 3300
Milwaukee, WI 53202
414-271-6560
414-277-0656 (fax)
pebenson@michaelbest.com
***Defendant Bayer Corporation***