**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON**

IN RE TRASYLOL PRODUCTS LIABILITY
LITIGATION – MDL-1928

THIS DOCUMENT RELATES TO:
*Baker et al. v. Bayer Corporation et al.*,
Case No. 09-80898

**PLAINTIFF JOHN BAKER'S RULE 26(a)(3)(A)(i) DISCLOSURES**

COMES NOW Plaintiff, John Baker, pursuant to this Court's orders and Fed. R. Civ. Pro. 26(a)(3)(A)(i) and discloses the following individuals who may be called either in person or via preserved testimony as fact witnesses at the trial of this matter.

I. Fact Witnesses the Plaintiff intends to call at trial:

1. John Baker (Plaintiff)
   595 Lake Ridge Dr.
   Lima, Ohio 45804
   (419) 225-9495

2. Dr. Farzin Fotouhi (Thoracic Surgeon)
   Lima Memorial Hospital
   1001 Bellefontaine Avenue
   Lima, Ohio 45804
   (419) 228-3335

3. Dr. Mehran Arabpour D.O. (Caridology, Internal Medicine)
   Lima Memorial Hospital
   1001 Bellefontaine Avenue
   Lima, Ohio 45804
   (419) 228-3335

4. Dr. Prabhakar Parsa (Anesthesiology)
   Lima Memorial Hospital
   1001 Bellefontaine Avenue
   Lima, Ohio 45804
   (419) 228-3335

II. Witnesses the Plaintiff may call if the need arises:

1. Delana Baker (Plaintiff's Wife)

595 Lake Ridge Dr.
Lima, Ohio 45804
(419) 225-9495

2. Dr. George Herman (Primary Care Physician)
Auglaize Family Practice Center
1007 W. Auglaize St.
Wapakoneta, Ohio 45895
(419) 738-9601

3. Dr. Alexander Nagy M.D. (Cardiothoracic Surgeon)
Lima Memorial Hospital
1001 Bellefontaine Avenue
Lima, Ohio 45804
(419) 228-3335

III. The following individuals are either present or past employees of one or more of the Defendant's an whose identity and adresses are therefore known to them:

1. Stanely Horton
2. Allen Heller
3. Meredith Fischer
4. Franz Wingen
5. Valerie Pierpoint
6. Thomas Chin
7. Valentine Pascale
8. Reinhard Fesharek
9. Edward Spyniewski
10. Thomasz Dyszyski
11. Savaramakrishan Balakrishnan
12. Jeff Bova
13. Kuno Sprenger
14. Mattt Shoronsky

15. Denise Neal
16. Margaret Foley
17. Michael Rozycki
18. Pam Cyrus
19. William Shank
20. Terry Taylor
21. Paul McCarthy
22. Marc Jenson
23. Steven Zaruby
24. Karen Denton
25. Anita Shah
26. Ed Tucker
27. John Lettieri
28. Robert Harrison
29. Mitch Trujillo
30. Joseph Sheeren
31. Felix Monteagudo
32. Jennifer Maurer
33. Kemal Malik
34. Ernst Weidmand
35. Max Wegner
36. Jerald George
37. Michael Devoy
38. George Holder
39. Paul Leonard

40. Any other corporate representatives, persons most knowledgeable, persons with knowledge of the relevant facts, employees and/or ex-employees of Bayer Healthcare Pharmaceuticals and/or Bayer Corporation A.G. (or their successors) which are known or become known during the course of discovery.

IV. Plaintiff reserves the right to call any and all persons identified by other parties to this civil action.

V. Plaintiff specifically reserves the right to amend and supplement this disclosure base on continuing medical treatment or for good cause shown.

VI. Plaintiff reserves the right to amend and supplement this disclosure as discovery procedes.

Respectfully Submitted,

Richard W. Schulte
Ohio Bar No. 0066031
Behnke Martin & Schulte LLC
812 East National Road
Vandalia, Ohio 45377
Telephone: (937)435-9999
Facsimile: (937) 435-7511
rschulte@legaldayton.com

**COUNSEL FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on January 27, 2011, I filed the foregoing document with the Clerk of the Court. I also certify that the foregoing document is being served this day on the following counsel of record in the manner specified, either via transmission of the Notices of Electronic Filing generated by CM/ECF or by mailing the same to the offices of said counsel by United States mail, postage prepaid on January 28, 2011.

Richard W. Schulte