**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON**

IN RE TRASYLOL PRODUCTS LIABILITY LITIGATION – MDL-1928

This Document Relates to:

WILLIAM FRANKLIN, *et al*.

v.

BAYER CORP., *et al*.
Cause No. 08-cv-23091

**PLAINTIFFS' RULE 26(a)(3)(A)(i) FACT WITNESS DISCLOSURE**

COME NOW Plaintiffs Julie Ingram and Bernie Lewis, daughter and son and Co-Administrators of the Estate of Brenda "Joyce" Lewis Franklin, and William Franklin, husband of Decedent Brenda "Joyce" Lewis Franklin, and respectfully submit the following pretrial disclosures, pursuant to the Federal Rule of Civil Procedure 26(a)(3)(A)(i). Included herein are names of those fact witnesses whom Plaintiffs expect to call live or by deposition, and the names of those fact witnesses whom Plaintiffs may call if the need arises. This list does not include the name of potential expert witnesses, rebuttal witnesses, or witnesses who may become known through discovery. Plaintiffs reserve the right to supplement these pretrial disclosures as is necessary, and reserve the right to call any witnesses listed on Defendants' Rule 26(a)(3)(A)(i) disclosures.

## I. WITNESSES PLAINTIFFS EXPECT TO CALL TO TESTIFY AT THE TRIAL OF THIS MATTER

a. Julie Ingram
2500 John Hill Rd.
Brighton, TN 38011

b. Bernie Lewis
350 North Montgomery St.
Memphis, TN 38104

c. William Franklin
7385 Kileton Lane
Hernando, MS 38632

d. Supervisors and co-workers at Little Rock Long Term Care

e. Dr. Trent Pierce
301 West Polk
West Memphis, AR 72301

f. Dr. Todd Edwards
8060 Wolf River Blvd.
Germantown, TN 38138

g. Dr. H. Ed Garrett, Jr.
6029 Walnut Grove Road
Memphis, TN 38120

h. Dr. David Wolford
8060 Wolf River Blvd.
Germantown, TN 38138

i. Dr. Charles D. Akins
6019 Walnut Grove Road
Memphis, TN 38120

j. Dr. Jonathan Waxman
670 Glades Road Suite 300
Boca Raton, FL 33431

k. Doctors, nurses and other healthcare providers at Baptist Memorial East Hospital in Memphis, TN.

## II. WITNESSES PLAINTIFFS MAY CALL TO TESTIFY AT THE TRIAL OF THIS MATTER IF A NEED ARISES

a. Various physicians, nurses and other healthcare providers, including medical record and patient account custodians for healthcare providers and who provided care to Brenda "Joyce" Franklin and whose name appears in Brenda "Joyce" Franklin's medical records from Baptist Memorial Hospital in Memphis, Tennessee.

b. Plaintiffs also designate the custodians of all records of all medical providers who may testify, by way of live testimony, affidavit and/or deposition testimony, regarding authenticity, admissibility; and reasonableness, fairness and necessity of medical charges.

c. Any and all fact witnesses designated by any party to this lawsuit.

d. Current and former employees of the FDA who were involved with Trasylol.

e. All individuals and/or corporate witnesses who were deposed in *In Re The Trasylol Multidistrict Litigation* and/or the Pennsylvania Mass Tort Litigation (the "*Trasylol Litigation*".)

f. All witnesses deposed by the time of trial by any party to the *Trasylol Litigation*.

g. All Bayer sales representatives who called on plaintiffs' Decedent's treating physicians and the Baptist East Memorial Hospital.

## III. BAYER EMPLOYEES AND/OR FORMER EMPLOYEES

a. Pamela Cyrus

b. Michael Devoy

c. Paul McCarthy

d. Kemal Malik

e. Michael Rozycki

f. Joseph Scheeren

g. Edwin Tucker

h. Thomas Chin

i. Karen Denton

j. Thomas Dyszynski

k. Reinhard Fesharek

l. Meredith Fischer

m. Margaret Foley

n. Robert Harrison

o. Allen Heller

p. Stanley Horton

q. Dianna Isom

r. Mark Jenson

s. John Latiere

t. Jennifer Moore

u. Felix Monteagudo

v. Valentine Pascale

w. Peter Pertel

x. Paolo Pucci

y. Anita Shah

z. William Shank

aa. Kuno Sprenger

bb. Edward Sypniewski

cc. Terry Taylor

dd. Vitrol Trujillo

ee. Max Wegner

ff. Ernst Weidmann

gg. Franz Joseph Wingen

hh. Steven Zaruby

ii. Dr. Edward Tucker

jj. Valerie Pierpont

kk. Denise Neal

ll. John Lettieri

mm. Jennifer Maurer

nn. Paul McCarthy

oo. Jeff Bova

pp. Matt Skoronsky

qq. Savamakrishnan Balakrishnan

rr. Kemal Malik

ss. Michael Stenger

tt. Cindy Sweeney Matthew

uu. Conrad David Nardiello

vv. Any other corporate representatives, persons most knowledgeable, persons with knowledge of relevant facts, employees and/or ex-employees of Bayer Corporation, Bayer AG and/or Bayer Healthcare Pharmaceuticals (or their successors in interest), which are known or become known during the course of discovery.

ww. Any and all witnesses listed on Defendants' generic and fact specific witness lists who have not already been referenced.

Plaintiffs specifically reserve the right to amend and supplement this list based on continuing discovery and/or for good cause shown.

Respectfully submitted,

Dated: January 27, 2011

HARKE, CLASBY & BUSHMAN LLP

By: *s/ Sarah Engel*

Sarah Engel, P.A.
Florida Bar No. 991030
SEngel@harkeclasby.com
9699 NE Second Ave.
Miami Shores, FL 33138
Telephone: (305) 536-8220
Fax: (305) 536-8229

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
Wendy R. Fleishman
wfleishman@lchb.com
250 Hudson Street, 8th Floor
New York, New York 10013
Telephone: (212) 355-9500
Fax: (212) 355-9592

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
Elizabeth J. Cabraser
ecabraser@lchb.com
Heather A. Foster
hfoster@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Fax: (415) 956-1008

GATTI, KELTNER, BIENVENU & MONTESI
Michael F. Montesi (TN Bar #6277)
mmontesi@gkbm.com
219 Adams Avenue
Memphis, TN 38103
Telephone: (901) 526-2126
Fax: (901) 577-5424

***Counsel For Plaintiffs***

## CERTIFICATE OF SERVICE

**I hereby certify** that on January 27, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or by mailing the same to the offices of said counsel via U.S. mail.

*s/ Sarah Engel*

**SERVICE LIST**

Steven E. Derringer
Email: steven.derringer@bartlit-beck.com
Phillip S. Beck
Email: phillip.beck@ bartlit-beck.com
BARTLIT BECK HERMAN PALENCHAR & SCOTT
54 W Hubbard Street, Suite 300
Chicago, IL 60610
Telephone: 312-494-4415
Facsimile: 312-494-4440
***Co-Lead Counsel for Defendants***

Eugene A. Schoon
Email: eschoon@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
Telephone: 312-853-7279
Facsimile: 312-853-7036
***Co-Lead Counsel for Defendants***

Susan Artinian
Email: sartinian@dykema.com
Daniel G. Wyllie
Email: dwyllie@dykema.com
DYKEMA GOSSETT
400 Renaissance Center, 35th Floor
Detroit, MI 48243
Telephone: 313-568-6595
Facsimile: 313-568-6658
***Co-Lead Counsel for Defendants***

Patricia Elaine Lowry
Email: plowry@ssd.com
SQUIRE SANDERS & DEMPSEY LLP
1900 Phillips Point West
777 S Flagler Drive, Suite 1900
West Palm Beach, FL 33401-6198
Telephone: 561-650-7214
Facsimile: 655-1509
***Liaison Counsel for Defendants***

Richard K. Dandrea
Email: rdandrea@eckertseamans.com
ECKERT SEAMANS CHERIN & MELLOTT
600 Grant Street , 44th Floor
Pittsburgh, PA 15219
Telephone: 412-566-6000
Facsimile: 412-566-6099
***Co-Lead Counsel for Defendants***

Scott A. Love
Email: slove@triallawfirm.com
Clark, Burnett, Love & Lee, G.P.
440 Louisiana Street, Suite 1600
Houston, TX 77002
Telephone: 713-757-1400
Facsimile: 713-759-1217
***Co-Lead Counsel for Plaintiffs***

James R. Ronca
Email: jronca@anapolschwartz.com
ANAPOL SCHWARTZ WEISS COHAN
FELDMAN & SMALLEY PC
1710 Spruce Street
Philadelphia, PA 19103
Telephone: 215-790-4584
Facsimile: 215-875-7701
***Co-Lead Counsel for Plaintiffs***

Theodore Babbitt
Email: tedbabbitt@babbitt-johnson.com
BABBITT JOHNSON OSBORNE &
LECLAINCHE, P.A.
1641 Worthington Road, Suite 100
West Palm Beach, FL 33409
Telephone: 561-684-2500
Facsimile: 561-684-6308
***Liaison Counsel for Plaintiffs***