UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

| | |
|---|---|
| IN RE TRASYLOL PRODUCTS<br>LIABILITY LITIGTION – MDL – 1928<br><br>THIS DOCUMENT RELATES TO:<br><br>ERNESTINE RUTH MYER, *et al* v. BAYER<br>CORPORATION, *et al*, Case No. 9:09CV80557 | §<br>§<br>§<br>§<br>§<br>§<br>§ |

ORDER [8229 // 29]

THIS MATTER having come before the Court on the unopposed motion of Plaintiff Charles G. Myer, IT IS ORDERED as follows:

Plaintiff Charles G. Myer is ordered:

(1) to collect and receipt for the payment of the judgment;

(2) to deduct and pay the expenses of recovery and collection of the judgment and the attorneys' fees as contracted;

(3) to acknowledge satisfaction in whole for the judgment and costs;

(4) to distribute the net proceeds; and

(5) to report and account therefor to the court.

IT IS FURTHER ORDERED that the settlement by and between Charles G. Myer and Bayer Corporation, Bayer HealthCare Pharmaceuticals, Inc. as successor in interest to Bayer Pharmaceuticals Corporation, and Bayer Schering Pharma AG, as successor in interest to Bayer HealthCare AG, is hereby APPROVED.

DONE AND ORDERED in Chambers this 8th day of February, 2011.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE