UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

IN RE TRASYLOL PRODUCTS LIABILITY
LITIGATION – MDL-1928

This Document Relates to:

*Sherry Shaw, as Administratrix of the Estate
of Rosella Mae Deal, Deceased,
v. Bayer Corporation, et al.*
Case No. 9:08-cv-80386-DMM

_____/

**STATEMENT OF MATERIAL FACTS PURSUANT TO LOCAL RULE 7.5(c)
IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

1. This Court has subject matter jurisdiction under 28 U.S.C. § 1332 in that the amount in controversy exceeds $75,000, exclusive of interest and costs, and is between a citizen of one state and a citizen of a different state. Complaint [D.E. 2-1 in 9:08-cv-80386] ¶ 11.

2. Plaintiff Sherry Shaw ("plaintiff"), as Administratrix of the Estate of Rosella Mae Deal, deceased, is, and was when this case was filed, a citizen of Alabama. *Id.* ¶ 1-2. Plaintiff's mother, Rosella Mae Deal ("Mrs. Deal"), also was a citizen of Alabama. *Id.* ¶ 3.

3. Defendant Bayer Corporation is an Indiana Corporation with its principal place of business in Pennsylvania, and thus is a citizen of Indiana and Pennsylvania. *See generally* Bayer Corporation's Master Answer and Additional Defenses to Plaintiff's Master Complaint [D.E. 1021 in 1:08-md-01928] ¶¶ 4, 5, and 7.

4. Mrs. Deal underwent double-vessel coronary artery bypass graft ("CABG") surgery on November 17, 2005. Deposition of Stanley K. Lochridge, M.D. ("Lochridge Dep.") (Ex. A) at 86:21-23.

5. Mrs. Deal's cardiac surgeon—Dr. Stanley Lochridge—administered Trasylol during her CABG surgery. Lochridge Dep. (Ex. A) at 106:17-107:9, 248:10-249:2.

6. Mrs. Deal experienced episodes of atrial fibrillation and low blood pressure in the days following surgery. *Id.* at 135:18-138:1; Deposition of Andreas Maddux, M.D. ("Maddux Dep.") (Ex. D) at 144:9-145:15, 146:17-147:18, 148:13-149:9. She also developed respiratory failure and was never able to regain consciousness or be weaned from the ventilator following her CABG surgery. Lochridge Dep. (Ex. A) at 150:12-151:9, 174:12-21. Dr. Lochridge determined that her respiratory failure was most likely caused by a long history of tobacco abuse and chronic obstructive pulmonary disease ("COPD"). *Id.* at 190:14-191:19.

7. Mrs. Deal also experienced creatinine elevations following her CABG surgery. *Id.* at 142:18-144:4, 145:6-146:18. Dr. Lochridge ordered a renal consultation on November 18, 2005, and dialysis was started on November 24, 2005. *Id.* at 157:4-16; Maddux Dep. (Ex. D) at 69:6-70:1.

8. Mrs. Deal continued on a ventilator and dialysis until December 1, 2005, at which time her family decided to discontinue all life-supporting measures. Lochridge Dep. (Ex. A) at 187:4-23; Medical Records of Rosella Deal ("Deal Med. Recs.") (Ex. B) at MCE-MD-100. Mrs. Deal died the next morning, on December 2, 2005. Deal Med. Recs. (Ex. B) at SKLochridge-11-13.

9. Dr. Lochridge testified that Trasylol had nothing to do with Mrs. Deal's death, which was caused by respiratory failure due to her history of COPD and smoking. Lochridge Dep. (Ex. A) at 190:14-191:19.

10. Dr. Lochridge testified that he would use Trasylol today if it was available for CABG surgeries. *Id.* at 248:10-249:2, 284:1-7.

11. Plaintiff alleges that Trasylol caused Mrs. Deal's renal failure and death. Compl. ¶¶ 5, 14-16.

12. Plaintiff has offered one case-specific causation expert in support of her claims—nephrologist Richard J. Quigg, M.D. Dr. Quigg submitted a report dated April 29, 2010, and was deposed on December 15, 2010.

13. Plaintiff testified that she did not know Trasylol had been administered to Mrs. Deal until after Mrs. Deal's death. Deposition of Sherry Shaw (Ex. C) at 99:17-100:8.

14. Plaintiff testified that neither she nor Mrs. Deal ever communicated with Bayer about Trasylol or saw any warranty language about Trasylol. *Id.* at 100:21-101:15, 105:18-106:3.

Dated: February 25, 2011

Respectfully submitted,

*/s/ Barbara Bolton Litten*
Patricia E. Lowry
Florida Bar No. 332569
E-mail: patricia.lowry@ssd.com
Barbara Bolton Litten
Florida Bar No. 91642
E-mail: barbara.litten@ssd.com
**SQUIRE SANDERS & DEMPSEY (US) LLP**
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198
Telephone: 561-650-7200
Facsimile: 561-655-1509

Philip S. Beck
Email: philip.beck@bartlit-beck.com
Steven E. Derringer
Email: steven.derringer@bartlit-beck.com
**BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP**
54 W. Hubbard Street, Suite 300
Chicago, IL 60603
Telephone: 312-494-4400
Facsimile: 312-494-4440

Eugene A. Schoon
Email: eschoon@sidley.com
Susan A. Weber
Email: saweber@sidley.com
Sherry A. Knutson
Email: sknutson@sidley.com
**SIDLEY AUSTIN LLP**
One South Dearborn Street
Chicago, Illinois 60603
Telephone: 312-853-7000
Facsimile: 312-853-7036

Susan Artinian
Email: sartinian@dykema.com
Daniel Stephenson
Email: dstephenson@dykema.com
**DYKEMA GOSSETT PLLC**
400 Renaissance Center
Detroit, MI 48243
Telephone: 313-268-9788
Facsimile: 313-568-6658

Richard K. Dandrea
Email: rdandrea@eckertseamans.com
**ECKERT SEAMANS CHERIN & MELLOTT, LLC**
USX Tower, 600 Grant St., 44th Floor
Pittsburgh, PA. 15219
Telephone: 412-566-6000
Facsimile: 412-566-6099

*Attorneys for Bayer Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 25, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                */s/ Barbara Bolton Litten*
                                                Barbara Bolton Litten

## SERVICE LIST

### Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

### Case No. 9:08-cv-80386-DMM

James R. Ronca
Email:  jronca@anapolschwartz.com
**ANAPOL, SCHWARTZ, WEISS, COHAN,
    FELDMAN & SMALLEY, P.C.**
1710 Spruce Street
Philadelphia, PA 19103
Telephone:  215-735-1130
Facsimile:  215-875-7758
*Co-Lead Counsel for Plaintiffs*

Theodore Babbitt
Email:  tedbabbitt@babbitt-johnson.com
**BABBITT JOHNSON OSBORNE
    & LECLAINCHE, P.A**.
1641 Worthington Road, Suite 100
West Palm Beach, FL  33409
Telephone:  561-684-2500
Facsimile:  561-684-6308
*Liaison Counsel for Plaintiffs*

Matthew N. Pope
Email:  popelawoffices@gmail.com
**LAW OFFICES OF MATTHEW N. POPE, PC**
205 Ninth Street
Columbus, GA  31901
Telephone:  706-324-2521
Facsimile:  706-324-0466
*Counsel for Plaintiff Sherry Shaw*

Scott A. Love
Email:  slove@triallawfirm.com
**CLARK BURNETT LOVE & LEE, GP**
Lyric Center
440 Louisiana Street, Suite 1600
Houston, TX  77002
Telephone:  713-759-1400
Facsimile:  713-759-1217
*Co-Lead Counsel for Plaintiffs*

Neal Moskow
Email:  neal@urymoskow.com
**URY & MOSKOW, LLC**
883 Black Rock Turnpike
Fairfield, CT 06825
Telephone: 203-610-6393
Facsimile:  203-610-6399
*Federal-State Liaison for Plaintiffs*

Patricia E. Lowry
Florida Bar No. 332569
Email:  patricia.lowry@ssd.com
**SQUIRE, SANDERS & DEMPSEY (US) LLP**
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198
Telephone: 561-650-7200
Facsimile:  561-655-1509
*Liaison Counsel for Defendants*