UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON**

IN RE TRASYLOL PRODUCTS LIABILITY
LITIGATION – MDL-1928

This Document Relates to:

*Jon Whitney Phipps, Individually and as
Representative of the Estate of Joseph L.
Stevens, deceased v. Bayer Corporation, et al.*
Case No. 9:08-cv-81230-DMM
_____/

**STATEMENT OF MATERIAL FACTS PURSUANT TO LOCAL RULE 7.5(c)
IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

1.  This Court has subject matter jurisdiction under 28 U.S.C. § 1332 in that the amount in controversy exceeds $75,000, exclusive of interest and costs, and this action is between citizens of one state and citizens of different states and a foreign state. Complaint [D.E. 2-1 in 9:08-cv-81230] ("Compl.") ¶ 8.

2.  Joseph Stevens was a citizen of North Carolina at the time of his death. Sept. 15, 2010 Deposition of Wayne Welsher, M.D. ("Welsher Dep. I") (Ex. A) at Ex. 18 (death certificate); Compl. ¶ 2. Plaintiff Jon Whitney Phipps, as representative of the estate of Joseph Stevens, is, and was when he filed this lawsuit, a citizen of the state of South Carolina. Compl. ¶ 1.

3.  Defendant Bayer Corporation is an Indiana corporation with its principal place of business in Pennsylvania, and thus is a citizen of the states of Indiana and Pennsylvania. Defendant Bayer Corporation's Master Answer and Additional Defenses to Plaintiffs' Master Complaint ("Master Answer") [D.E. 1021 in 1:08-md-1928] ¶ 4.

4.  Defendant Bayer HealthCare Pharmaceuticals Inc. is a Delaware corporation with

its principal place of business in New Jersey, and thus is a citizen of the states of Delaware and New Jersey. *Id.* ¶ 5.

5. Defendant Bayer HealthCare LLC is a Delaware limited liability company with its principal place of business in New York, and thus is a citizen of the states of Delaware and New York. Answer and Additional Defenses of Bayer HealthCare LLC [D.E. 2-3 in 9:08-cv-81230] ¶ 5.

6. At the time this Complaint was filed, Defendant Bayer HealthCare AG, the predecessor in interest of Bayer Schering Pharma AG, was a German corporation with its principal place of business in Germany, and thus was a citizen of Germany. Master Answer ¶ 7. Defendant Bayer Schering Pharma AG[1] is a German corporation with its principal place of business in Germany, and thus is a citizen of Germany.

7. After suffering a heart attack, Joseph Stevens, a 64-year-old man, underwent emergency surgery that included the repair of an acute left ventricular aneurysm, the repair of an acute inferoposterior wall septal defect, and a coronary artery bypass graft on July 3, 2006. Stevens Medical Records ("Stevens Med. Rec.") (Ex. B) at CFVMC-MD-1015. Trasylol was administered to Mr. Stevens during his surgery. *Id.* at CFVMC-MD-1011-13.

8. Before he underwent surgery, Mr. Stevens had Stage 3 kidney disease, congestive heart failure, chronic obstructive pulmonary disease, and possibly diabetes and pneumonia. *Id.* at CFVMC-MD-13, 954. In preparation for his surgery, Mr. Stevens underwent cardiac catheterization with contrast dye during which an intra-aortic balloon pump was inserted. *Id.* at CFVMC-MD-1025, 1028.

9. During the surgery, Dr. Welsher, Mr. Stevens's cardiac surgeon, detected a

---

[1] Bayer Schering Pharma AG was substituted as a defendant in this case for Bayer HealthCare AG pursuant to this Court's Pretrial Order No. 11 ("PTO 11") [D.E. 700 in 1:08-md-1928].

bloody effusion in Mr. Stevens's pericardium. *Id.* at CFVMC-MD-1015. He later reported in the medical records that, when he inspected Mr. Stevens's septum, it "had the appearance of a grenade having gone through it." *Id.*

10. Mr. Stevens's surgery kept him on the cardiopulmonary bypass machine for 3 hours and 57 minutes and caused the blood supply to his heart to be clamped off for 3 hours and 33 minutes. *Id.* at CFVMC-MD-1017.

11. In addition to kidney failure, Mr. Stevens developed several post-operative complications. The day after his surgery, Mr. Stevens's liver values indicated liver dysfunction. Deposition of Peter Duke, M.D. ("Duke Dep.") (Ex. D) at 73:5-11; Deposition of Bradley Denker, M.D. ("Denker Dep.") (Ex. C) at 83:14-15.

12. The following day, Mr. Stevens underwent a cardioversion for "[p]ostoperative atrial fibrillation with hypotension and decrease in cardiac output." Stevens Med. Rec. (Ex. B) at CFVMC-MD-998. He also had test results consistent with shock liver and experienced lower left quadrant tenderness, which, according to his medical records, indicated possible diverticulitis or bowel ischemia. *Id.* at CFVMC-MD-317.

13. By July 10, 2006, Mr. Stevens had developed thrombocytopenia and sepsis. *Id.* at CFVMC-MD-940, 291. Both conditions persisted, as did his ischemia and gastrointestinal bleeding. *See, e.g.*, *id.* at CFVMC-MD-268 (thrombocytopenia noted on July 16, 2010), 248 ("sepsis syndrome" noted on July 21, 2006), 243 ("significant" GI bleed noted on July 23, 2006), 233 (ischemic extremities noted on July 25, 2006). He also developed gangrene. *Id.* at CFVMC-MD-282, 258. Ultimately, Mr. Stevens underwent a total abdominal colectomy (removal of the colon) with ileostomy (attachment of the small intestine to the abdominal wall). *Id.* at CFVMC-MD-203.

14. Mr. Stevens died on August 8, 2006. Stevens Med. Rec. (Ex. B) at CFVMC-MD-16. His death certificate lists probable septicemia, probable fungal septicemia, and multisystem failure as the causes of death. Welsher Dep. I (Ex. A) at Ex. 18.

15. Dr. Welsher testified at his deposition as a fact witness that there was "a multiplicity of contributions" to Mr. Stevens's post-operative kidney failure. *Id.* at 140:4-12.

16. Plaintiff has offered two case-specific causation experts in support of his claims: Dr. Bradley Denker, a nephrologist, and Dr. Peter C. Duke, an anesthesiologist. Plaintiff's Rule 26(a)(2) Expert Disclosures [D.E. 26 in 1:08-md-81230]. Dr. Denker issued a report on May 18, 2010 (Ex. L) and was deposed on November 16, 2010. Denker Dep. (Ex. C). Dr. Duke issued a report on June 30, 2010 (Ex. F) and was deposed on November 12, 2010. Duke Dep. (Ex. D).

17. Plaintiff also has offered Dr. Welsher as a "rebuttal" expert. Plaintiff's Rule 26(a)(2) Rebuttal Expert Disclosure [D.E. 7963 in 1:08-md-1928; D.E. 37 in 1:08-md-81230]. Dr. Welsher issued a report on November 22, 2010 (Ex. J) and was deposed as a "rebuttal" expert witness on February 11, 2011. Feb. 11, 2011 Deposition of Wayne Welsher, M.D. (Ex. E).

Dated: March 1, 2011

Respectfully submitted,

*/s/ Barbara Bolton Litten*
Patricia E. Lowry
Florida Bar No. 332569
E-mail: patricia.lowry@ssd.com
Barbara Bolton Litten
Florida Bar No. 91642
E-mail: barbara.litten@ssd.com
**SQUIRE SANDERS & DEMPSEY (US) LLP**
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198
Telephone: 561-650-7200
Facsimile: 561-655-1509

4

Philip S. Beck
Email: philip.beck@bartlit-beck.com
Steven E. Derringer
Email: steven.derringer@bartlit-beck.com
**BARTLIT BECK HERMAN PALENCHAR
   & SCOTT LLP**
54 W. Hubbard Street, Suite 300
Chicago, IL 60603
Telephone: 312-494-4400
Facsimile: 312-494-4440

Eugene A. Schoon
Email: eschoon@sidley.com
James W. Mizgala
Email: jmizgala@sidley.com
**SIDLEY AUSTIN LLP**
One South Dearborn Street
Chicago, Illinois 60603
Telephone: 312-853-7000
Facsimile: 312-853-7036

Susan Artinian
Email: sartinian@dykema.com
Daniel Stephenson
Email: dstephenson@dykema.com
**DYKEMA GOSSETT PLLC**
400 Renaissance Center
Detroit, MI 48243
Telephone: 313-268-9788
Facsimile: 313-568-6658

Richard K. Dandrea
Email: rdandrea@eckertseamans.com
**ECKERT SEAMANS CHERIN & MELLOTT, LLC**
USX Tower, 600 Grant St., 44th Floor
Pittsburgh, PA. 15219
Telephone: 412-566-6000
Facsimile: 412-566-6099

*Attorneys for Bayer Corporation,
Bayer HealthCare Pharmaceuticals Inc., Bayer
HealthCare LLC, and Bayer Schering Pharma AG*

5

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 1, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Barbara Bolton Litten*
Barbara Bolton Litten

## SERVICE LIST

### In re Trasylol Products Liability Litigation – MDL-1928
### Case No. 08-MD-1928-MIDDLEBROOKS/JOHNSON

### United States District Court
### Southern District of Florida

James R. Ronca
Email: jronca@anapolschwartz.com
**ANAPOL, SCHWARTZ, WEISS, COHAN, FELDMAN & SMALLEY, P.C.**
1710 Spruce Street
Philadelphia, PA 19103
Telephone:  215-790-4584
Facsimile:  215-875-7701
*Co-Lead Counsel for Plaintiffs*

Theodore Babbitt
Email: tedbabbitt@babbitt-johnson.com
**BABBITT JOHNSON OSBORNE & LECLAINCHE, P.A**.
1641 Worthington Road, Suite 100
West Palm Beach, FL 33409
Telephone:  561-684-2500
Facsimile:  561-684-6308
*Liaison Counsel for Plaintiffs*

Patricia E. Lowry
Florida Bar No. 332569
Email: patricia.lowry@ssd.com
**SQUIRE, SANDERS & DEMPSEY (US) LLP**
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198
Telephone:  561-650-7200
Facsimile:  561-655-1509
*Liaison Counsel for Defendants*

Scott A. Love
Email:  slove@triallawfirm.
**CLARK BURNETT LOVE & LEE, GP**
Lyric Center
440 Louisiana Street, Suite 1600
Houston, TX  77002
Telephone:  713-757-1400
Facsimile:  713-759-1217
*Co-Lead Counsel for Plaintiffs*

Neal L. Moskow
Email: neal@urymoskow.com
**URY & MOSKOW, LLC**
883 Black Rock Turnpike
Fairfield, CT 06825
Telephone:  203-610-6393
Facsimile:  203-610-6399
*Federal-State Liaison for Plaintiffs*

Gregory M. Martin
Email:  gmm@m-j.com
**MARTIN & JONES PLLC**
410 Glenwood Avenue, Suite 200
Raleigh, NC  27603
Telephone:  919-821-0005
Facsimile:  919-863-6071
*Counsel for Plaintiff Jon Whitney Phipps*