UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

|  |  |
|---|---|
| IN RE TRASYLOL PRODUCTS LIABILITY LITIGATION — MDL-1928 | ) ) ) ) |
| This Document Relates To All Actions | ) ) ) ) |

PRETRIAL ORDER NO. 29 ESTABLISHING TRIAL AND REMAND SCHEDULE FOR REMAINING CASES IN GROUP 4

This Order revises pretrial schedules for certain cases in MDL-1928 assigned to Group 4, as defined by Exhibit C to Pretrial Order No. 16 ("PTO 16") (Nov. 14, 2009) and as modified by subsequent Orders of this Court.[1] Pretrial Order No. 4 ("PTO 4") (May 22, 2008), Pretrial Order No. 6 ("PTO 6") (Sept. 16, 2008), Pretrial Order No. 7 ("PTO 7") (Sept. 16, 2008), PTO 16, and Pretrial Order No. 21 ("PTO 21") (June 16, 2010), are hereby amended as follows:[2]

   **A.** The case captioned *Karla Clark v. Bayer Corp. et al.*, No. 9:08-cv-80399, was filed in this District and the complaint alleges that venue is proper.  It shall be set for trial in this Court on **August 29, 2011.**  The parties to that case shall confer and present a reasonable schedule for completion of discovery, briefing of *Daubert* and dispositive motions, and other pretrial motions and filings.

   **B.** The Group 4 cases listed immediately below were filed in or removed to United States District Courts outside of Florida and transferred to this District:

---

[1] This Order does not apply to any case in which the plaintiff is proceeding *pro se* or in which a motion to withdraw as counsel is pending.  It further does not apply to any case in which an unopposed motion to move the case to a later discovery group is now pending.

[2] This Order applies to all Parties as defined in PTO 4.

- *Matthew Eannarino v. Bayer Corp. et al.*, No. 9:08-cv-80640 (as to claims of Plaintiff Dwon Knighten only);

- *Royce Hood v. Bayer Corp. et al.*, No. 9:08-cv-81231;

- *Jon Whitney Phipps v. Bayer Corp. et al.*, No. 9:08-cv-81230;

- *Johnny Ward Putnam v. Bayer AG et al.*, No. 9:08-cv-81432; and

- *Sherry L. Shaw v. Bayer AG et al.*, No. 9:08-cv-80386.

In order for the Court and the parties to know whether trial in any of these cases may occur in this District, each party must file and serve a notice of whether or not that party will agree to waive venue objections and objections based on *Lexecon Inc. v. Milberg Weiss Bershad Hynes & Lerach*, 523 U.S. 26 (1998), on or before **March 15, 2011**. Failure to file and serve such a notice will be deemed a non-waiver of venue objections and objections based on *Lexecon* and the case will not be set for trial in this Court. A party who has previously filed and served such a notice in this Court is not required to re-file or re-serve the notice pursuant to this Order. Whether or not objections based on *Lexecon* or venue are waived, these cases shall be deemed ready for trial in this Court or for remand to the appropriate transferor court on **August 22, 2011**. For those cases in which a notice as provided for in this Order is filed and served waiving *Lexecon* and venue objections, the actual trial dates in this District will be set by a separate order entered after March 15, 2011.

DONE AND ORDERED in Chambers at West Palm Beach, Florida, this ___9___ day of ___March___, 2011.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE