UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

IN RE TRASYLOL PRODUCTS
LIABILITY LITIGATION – MDL-1928

This Document Relates to All Actions.

ORDER AMENDING PRETRIAL ORDER NO. 28

Upon agreement of the Plaintiffs' Steering Committee and Lead Counsel for defendants, Pretrial Order No. 28 (Relating to Plaintiffs' Preliminary Discovery Obligations) is hereby amended as follows:

Section I(A)-(C) – Instead of serving defendants' Lead Counsel with copies of the records and reports described in Section I(A)-(C), a plaintiff must serve those records and reports upon defendants' designee:

> Leanne DeShong
> Shook, Hardy & Bacon L.L.P.
> 2555 Grand Boulevard
> Kansas City, MO 64108
> (816) 474-6550
> Ldeshong@shb.com

The reports described in Section I(A) and (B) shall be served on defendants' designee by electronic mail and U.S. Mail (or an alternative mail courier, such as Federal Express) and shall serve on defendants' designee one copy of the records identified in Section I(C) by U.S. Mail (or an alternative mail courier, such as Federal Express). The records described in Section I(C)

may be provided by paper copy, CD, or other suitable media.

DONE AND ORDERED in Chambers at West Palm Beach, Florida, this _____ day of March, 2011.

_____
DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE