UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

| | |
|---|---|
| IN RE TRASYLOL PRODUCTS | § |
| LIABILITY LITIGATION - MDL 1928 | § |
| | § |
| THIS DOCUMENT RELATES TO: | § |
| | § |
| *Earnestine Robinson, et al v. Bayer* | § |
| *Corporation, et al*, Case No. 9:09cv81244 | § |

**PLAINTIFF EVIE MAE CONNER'S DISCLOSURE OF FACT WITNESSES**

In accordance with the Orders of the Court and Fed. R. Civ. Pro. 26(a)(3)(A)(i), Plaintiff Evie Mae Conner hereby identifies fact witnesses that she expects to call/may call at trial (in person or via preserved testimony) as follows:

1. The following individuals are present or past employees of one or more of the Defendants and whose identity and addresses are therefore known to them:

    a. Stanley Horton

    b. Meredith Fischer

    c. Allen Heller

    d. Edward Sypniewski

    e. Franz Wingen

    f. Reinhard Fesharek

    g. Valentine Pascale

    h. Thomas Chin

    i. Valerie Pierpont

    j. Denise Neal

    k. Margaret Foley

    l. John Lettieri

|     |     |
| --- | --- |
| m.  | Robert Harrison |
| n.  | Pam Cyrus |
| o.  | William Shank |
| p.  | Marc Jensen |
| q.  | Karen Denton |
| r.  | Felix Monteagudo |
| s.  | Ed Tucker |
| t.  | Anita Shah |
| u.  | Joseph Scheeren |
| v.  | Michael Rozycki |
| w.  | Jennifer Maurer |
| x.  | Terry Taylor |
| y.  | Steven Zaruby |
| z.  | Jennifer Maurer |
| aa. | Paul McCarthy |
| bb. | Mitch Trujillo |
| cc. | Jeff Bova |
| dd. | Matt Skoronsky |
| ee. | Savaramakrishan Balakrishnan |
| ff. | Kuno Sprenger |
| gg. | Tomasz Dyszynski |
| hh. | Michael Devoy |
| ii. | Ernst Weidman |
| jj. | Max Wegner |

    kk.    Kemal Malik

    ll.    Katie Sheffield-Motika mm. George Holder

    mm.    Eleonora Goldberg

    nn.    Debra Hudgins

    oo.    Susan Johnston

    pp.    Hilda Dizon

    qq.    David Stocker

    rr.    Daniel Stamps

    ss.    Nahid Dolkhani

    tt.    Michael Sharpe

    uu.    Frances Ciavaglia

    vv.    Any other corporate representatives, persons most knowledgeable, persons with knowledge of relevant facts, employees and/or ex-employees of Bayer Corporation, Bayer A.G., and/or Bayer Healthcare Pharmaceuticals (or their successors) which are known or become known during the course of discovery.

2. The following are other fact witnesses the Plaintiff intends to call at trial:

Evie Mae Conner  
3738 Hammond Hill Road  
Senatobia, MS 38668

Jerry Gooch, M.D.  
Baptist Memorial Hospital Memphis  
6019 Walnut Grove  
Memphis, TN 38120

3. The following are other fact witnesses who the Plaintiff may call if the need arises:

All detailers, medical scientific liaison, scientific affairs liaison, or any other Bayer employee who had contact with Evie Mae Conner's physicians.

4. Patient account and medical record custodians and various physicians, nurses and other healthcare providers who provided care to Evie Mae Conner and whose names appear in Evie Mae Conner's medical records from

Kamlesh Parekh, M.D.

    300 Main Street Plaza
    Senatobia, MS

    Baptist Memorial Hospital Memphis
    6019 Walnut Grove
    Memphis, TN 38120

    Baptist Memorial Hospital DeSoto
    7601 Southcrest Parkway
    Southhaven, MS 38671

    Raj C. Dave, M.D.
    Cardiovascular Physicians of Memphis, Inc.
    4901 Raleigh Common Drive
    Suite 100
    Memphis, TN 38128

    Sanjeeve Kumar Mittal, M.D.
    Mittal Kidney & Dialysis PLLC
    6027 Walnut Grove Road, #402
    Memphis, TN 38120

    E. W. Tucker, M.D.
    401 Getwell Drive
    Sentatobia, MS 38668

    Holger P. Salazar, M.D.
    860 Riverside
    Memphis, TN 38106

5. The Plaintiff specifically reserves the right to amend and supplement this list based on continuing medical treatment, continuing discovery, and/or for good cause shown.

                                            Respectfully submitted,

                                            /s/ Douglas C. Monsour_____
                                            Douglas C. Monsour
                                            TX Bar No. 00791289
                                            THE MONSOUR LAW FIRM
                                            404 North Green Street
                                            P.O. Drawer 4209
                                            Longview, TX 75601
                                            Telephone: (903) 758-5757
                                            Facsimile: (903) 230-5010
                                            doug@monsourlawfirm.com

                                            ATTORNEY FOR PLAINTIFF
                                            EVIE MAE CONNER

## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2011, the foregoing document was filed with the Clerk of the Court via electronic filing that the foregoing document is being served this day on the following counsel of record by electronic notification.

        /s/ Douglas C. Monsour_____
        Douglas C. Monsour

SERVICE LIST

Neal Moskow
Email:  neal@urymoskow.com
URY & MOSKOW, LLC
883 Black Rock Turnpike
Fairfield, CT 06825
Telephone: 203-610-6393
Facsimile:  203-610-6399
Plaintiff Steering Committee/
Federal-State Liaison

Eugene A. Schoon
Email:  eschoon@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone:  312-853-7000
Facsimile:   312-853-7036
Defendants Co-Lead Counsel and
Attorney for Defendants Bayer Corporation,
Bayer Healthcare Pharmaceuticals, Inc.,
Bayer Healthcare LLC, And
Bayer Schering Pharma AG

Alan G. Schwartz
Email: aschwartz@wiggin.com
Wiggin and Dana LLP
One Century Tower
P.O. Box 1832
New Haven, CT 06508-1832
Telephone:  203-498-4400
Facsimile:  203-782-2889
Defendants Co-Lead Counsel and
Attorney for Defendants Bayer Corporation,
Bayer Healthcare Pharmaceuticals, Inc.,
Bayer Healthcare LLC, And
Bayer Schering Pharma AG

Patricia E. Lowry
Email:  plowry@ssd.com
Barbara Bolton Litten
Email:  blitten@ssd.com
SQUIRE, SANDERS & DEMPSEY, L.L.P.
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL  33401-6198
Telephone:  561-650-7200
Facsimile:   561-655-1509
Liaison Counsel for Defendants and
Attorney for Defendants Bayer Corporation,
Bayer Healthcare Pharmaceuticals, Inc.,
Bayer Healthcare LLC, And
Bayer Schering Pharma AG