UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

IN RE TRASYLOL PRODUCTS LIABILITY
LITIGATION – MDL-1928

This Document Relates to All Actions
_____/

### NOTICE OF COMMON BENEFIT FUND WITHHOLDING

Pursuant to Pretrial Order No. 8, Defendants Bayer Corporation, Bayer HealthCare Pharmaceuticals Inc., as successor in interest to Bayer Pharmaceuticals Corporation, and Bayer Schering Pharma AG, as successor in interest to Bayer HealthCare AG, hereby notify the Court that the Common Benefit Fund assessment was withheld in the following cases during March 2011:

| Case Name | Case No. | Settling Plaintiffs |
|---|---|---|
| **Andreine, Harry** | 09-cv-80552 | Heeke, Donald and Wanda Heeke, husband and wife |
| **Andreine, Harry** | 09-cv-80552 | Hepfner, Andrienne individually and as personal representative of the estate of Samuel Hepfner |
| **Andreine, Harry** | 09-cv-80552 | Kirby, William J, individually and as Administrator of the estate of Evelyn Kirby |
| **Andreine, Harry** | 09-cv-80552 | Krause, Garrett and Deborah Krause, husband and wife |
| **Andreine, Harry** | 09-cv-80552 | Lesniak, Kathleen and Edward G. Lesniak, husband and wife |
| **Andreine, Harry** | 09-cv-80552 | Martin, Frances and Donald R. Martin, husband and wife |
| **Andreine, Harry** | 09-cv-80552 | Muhammad, Cedric and April Muhammad, husband and wife |

| | | |
|---|---|---|
| **Andreine, Harry** | 09-cv-08552 | Sardin, John |
| **Andreine, Harry** | 09-cv-80552 | Williams, Monte |
| **Benford, Phyllis** | 10-cv-80149 | Mullins, Faye D. , individually, surviving spouse and as Administrator of the estate of Curtis R. Mullins, Sr. |
| **Benford, Phyllis** | 10-cv-80149 | Tiepelman, Lisa M., individually, surviving spouse and as Independent Administrator of the estate of Richard E. Tiepelman |
| **Brandon, Mariella** | 10-cv-80097 | Umfleet, Michael and Verna Umfleet, husband and wife |
| **Bryant, Marjorie** | 09-cv-80556 | Bryant, Marjorie |
| **Convertini, Sally** | 09-cv-81750 | Convertini, Sally |
| **Lankford, Susan** | 09-cv-81870 | Rogers, Elaine W., individually as surviving spouse and as personal representative of the estate of Elmer O. Rogers |
| **Lydick, Glenn** | 09-cv-81885 | Mathis, Mae Anna |
| **Myer, Charles** | 09-cv-80557 | Myer, Charles G. Myer, individually and as personal representative of the estate of Ernestine Ruth Myer |
| **Roberts, Eva** | 10-cv-80124 | Duncan, Standford |
| **Roberts, Eva** | 10-cv-80124 | Roberts, Eva L., individually, surviving spouse and as Administratrix of the estate of Cecil P. Roberts |
| **Robinson, Earnestine** | 09-cv-81244 | Bell, Ellen J. , individually, surviving spouse and as Administratrix of the estate of Harold Bell |
| **Watters, James** | 08-cv-80833 | Watters, James, individually and as personal representative of the estate of Elnora Watters |

Dated:  April 12, 2011 Respectfully submitted,

*/s/ Barbara Bolton Litten*
Patricia E. Lowry
Florida Bar No. 332569
E-mail:  patricia.lowry@ssd.com
Barbara Bolton Litten
Florida Bar No. 91642
E-mail:  barbara.litten@ssd.com
**SQUIRE, SANDERS & DEMPSEY (US) LLP**
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL  33401-6198
Telephone:  561-650-7200
Facsimile:   561-655-1509
***Counsel for Defendants***

## CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Barbara Bolton Litten*
Barbara Bolton Litten

# SERVICE LIST

### In re Trasylol Products Liability Litigation – MDL-1928
### Case No. 08-MD-01928-MIDDLEBROOKS/JOHNSON

### United States District Court
### Southern District of Florida

James R. Ronca
Email: jronca@anapolschwartz.com
**ANAPOL, SCHWARTZ, WEISS, COHAN, FELDMAN & SMALLEY, P.C.**
1710 Spruce Street
Philadelphia, PA 19103
Telephone:  215-790-4584
Facsimile:   215-875-7701
*Co-Lead Counsel for Plaintiffs*

Theodore Babbitt
Email: tedbabbitt@babbitt-johnson.com
**BABBITT JOHNSON OSBORNE & LECLAINCHE, P.A**.
1641 Worthington Road, Suite 100
West Palm Beach, FL 33409
Telephone:  561-684-2500
Facsimile:   561-684-6308
*Liaison Counsel for Plaintiffs*

Patricia E. Lowry
Florida Bar No. 332569
Email: patricia.lowry@ssd.com
**SQUIRE, SANDERS & DEMPSEY (US) LLP**
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198
Telephone:  561-650-7200
Facsimile:   561-655-1509
*Liaison Counsel for Defendants*

Scott A. Love
Email:  slove@triallawfirm.com
**CLARK, BURNETT, LOVE & LEE, G.P.**
Lyric Center
440 Louisiana Street, Suite 1600
Houston, TX  77002
Telephone:  713-757-1400
Facsimile:   713-759-1217
*Co-Lead Counsel for Plaintiffs*

Neal L. Moskow
Email: neal@urymoskow.com
**URY & MOSKOW, LLC**
883 Black Rock Turnpike
Fairfield, CT 06825
Telephone:  203-610-6393
Facsimile:   203-610-6399
*Federal-State Liaison for Plaintiffs*

WESTPALMBEACH/581739.1