**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON**

|  |  |
|---|---|
| IN RE TRASYLOL PRODUCTS LIABILITY LITIGATION – MDL-1928<br><br>This Document Relates to:<br><br>*Jon Whitney Phipps, Individually and as Representative of the Estate of Joseph L. Stevens, deceased v. Bayer Corporation, et al.*<br>Case No. 9:08-cv-81230-DMM | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PRETRIAL ORDER NO. ___ SETTING TRIAL
AND ESTABLISHING PRETRIAL SUBMISSIONS SCHEDULE**

This Order revises certain trial and pretrial submissions schedules in MDL-1928

**I.   TRIAL SETTING**

*Jon Whitney Phipps, etc. v. Bayer Corp. et al.*, No. 9:08-cv-81230, is set for trial on **November 7, 2011**. The parties have stipulated to waive all objections to venue and objections based on *Lexecon Inc. v. Milberg Weiss Bershad Hynes & Lerach*, 523 U.S. 26 (1998), with respect to the *Phipps* action. The parties preserve all objections to venue or based on *Lexecon* for cases other than *Phipps*.

**II.   PRETRIAL SUBMISSIONS SCHEDULE FOR *PHIPPS* CASE.**

Section V.B of Pretrial Order No. 6 ("PTO 6") (Sept. 19, 2008) is modified to provide that the following schedule shall apply to the pretrial submissions for the *Phipps* case. Any due date falling on a weekend or holiday shall be adjusted to the next business day:

The parties shall engage in mediation on or before September 8, 2011.

Plaintiff must serve his witness list, consistent with the requirements of Federal Rule of Civil Procedure 26(a)(3)(A)(i) and (ii), on September 12, 2011, including, without limitation, separate identification of those witnesses plaintiff expects to present and those plaintiff may call if the need arises, as well as those witnesses plaintiff expects to present by deposition and those witnesses plaintiff expects to call live at trial.

Defendants must serve their witness list, consistent with the requirements of Federal Rule of Civil Procedure 26(a)(3)(A)(i) and (ii), on or before September 22, 2011, including, without limitation, separate identification of those witnesses defendants expect to present and those defendants may call if the need arises, as well as those witnesses defendants expect to present by deposition and those witnesses defendants expect to call live at trial.

Witnesses not included on a party's witness list shall not be called at trial absent agreement of the parties or a showing of good cause as to why the witness was not included on the witness list.

Plaintiff must serve any page/line designations of deposition testimony on or before September 12, 2011.

Defendants must serve any page/line counter-designations of deposition testimony, objections to plaintiff's deposition designations and affirmative page/line designations of deposition testimony on or before October 3, 2011.

Plaintiff must serve any page/line counter-designations of deposition testimony and objections to defendants' deposition designations on or before October 21, 2011.

Defendants must serve any objections to plaintiff's deposition counter-designations on or before October 31, 2011.

Plaintiff must serve his/her exhibit list, including a description of each document or other exhibit, document production number (if applicable) and an electronic copy of the exhibits (except demonstrative exhibits), as required by Federal Rule of Civil Procedure 26(a)(3)(A)(iii), on or before September 19, 2011.

Defendants must serve objections to plaintiff's exhibits, and serve their exhibit list, including a description of each document or other exhibit, document production number (if applicable) and an electronic copy of the exhibits (except demonstrative exhibits), consistent with the requirements of Federal Rule of Civil Procedure 26(a)(3)(A)(iii), on or before October 10, 2011.

Plaintiff must serve objections to defendants' exhibit list on or before October 31, 2011.

Exhibits not included on a party's exhibit list (except exhibits used for impeachment) shall not be received into evidence absent agreement of the parties or a showing of good cause as to why the exhibit was not included on the exhibit list.

Any motions in limine must be filed and served no later than October 3, 2011.

Responses to motions in limine must be filed and served 14 days after service of the corresponding motion in limine.

Replies in support of a motion in limine must be filed and served 7 days after service of a response to the corresponding motion in limine.

The schedule for any hearings on motions in limine and other pretrial motions will be determined by the Court.

The parties shall file a pretrial stipulation as required by S.D. Fla. L.R. Civ. P. 16.1(E) on or before October 28, 2011.

Proposed jury instructions must be submitted on or before October 24, 2011.

The schedule for the final pretrial conference will be determined by the Court.

DONE AND ORDERED in Chambers at West Palm Beach, Florida, this _____ day of _____, 2011.

_____
DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE