UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON



IN RE TRASYLOL PRODUCTS LIABILITY
LIGITATION - MDL-1928

THIS DOCUMENT RELATES TO:

HARVELL, et al v. BAYER CORP., et al
Case No. 9:09-cv-80090

### PLAINTIFF'S AMENDED DISCLOSURE OF FACT WITNESSES

In accordance with the Orders of the Court and Fed. R. Civ. Pro. 26(a)(3)(A)(i), Plaintiff, LAURA HARVELL, Individually and as Administratrix of the Estate of LEE A. HARVELL, in the above-referenced causes of action, hereby identifies fact witnesses that she may call at trial (in person or via preserved testimony) as follows:

I. The following individuals are present or past employees of one or more of the Defendants and whose identity and addresses are therefore known to them:

    a. Stanley Horton

    b. Meredith Fischer

    c. Allen Heller

    d. Edward Sypniewski

    e. Franz Wingen

    f. Reinhard Fesharek

    g. Valentine Pascale

    h. Thomas Chin

    i. Valerie Pierpont

    j. Denise Neal

k. Margaret Foley

l. John Lettieri

m. Robert Harrison

n. Pam Cyrus

o. William Shank

p. March Jensen

q. Karen Denton

r. Felix Monteagudo

s. Ed Tucker

t. Anita Shah

u. Joseph Scheeren

v. Michael Rozycki

w. Jennifer Maurer

x. Terry Taylor

y. Steven Zaruby

z. Jennifer Maurer

aa. Eugene Paul McCarthy

bb. Mitch Trujillo

cc. Jeff Bova

dd. Matt Skoronsky

ee. Savaramakrishan Balakrishnan

ff. Kuno Sprenger

gg. Tomasz Dyszynski

hh. Michael Devoy

ii. Ernst Weidman

jj. Max Wegner

kk. Kemal Malik

ll. Katie Shefield-Motika

mm. George Holder

nn. Eleonora Goldbery

oo. Debra Hudgins

pp. Susan Johnston

qq. Hilda Dizon

rr. David Stocker

ss. Daniel Stamps

tt. Nahid Dolkhani

uu. Alexander Walker

vv. Frances Ciavaglia

ww. Diana Isom

xx. Paolo Pucci

yy. Michael Sharpe

zz. Any other corporate representatives, persons most knowledgeable, persons with knowledge of relevant facts, employees and/or ex-employees of Bayer Corporation, Bayer A.G., and/or Bayer HealthCare Pharmaceuticals (or their successors) which are known or become known during the course of discovery.

II.  The following is a fact witness who the Plaintiff intends to call at trial:

    a.  Laura Harvell (spouse)
       655 Mahoney Drive
       Hinesville, Georgia 31313

III.  The following are other fact witnesses who the Plaintiff may call:

    a.  Donna Davis (daughter)
       5466 Stirrup Way
       Powder Springs, Georgia 30127

    b.  Kim Robinson (daughter)
       140 Gregory
       Allenhurst, Georgia 31301

    c.  Willard Fennell (friend)
       301 Fennell Street
       Hinesville, Georgia 31313

    d.  Belton Lockett (friend)
       654 Mahoney Drive
       Hinesville, Georgia 31313

    e.  Dr. Jurgen Fischer
       University of Cologne
       Office of Experimental Medicine
       Robert-Koch-Str. 10
       Building No. 51A
       Cologne, Germany 50931

    f.  David C. Kress, M.D.
       2901W Kinnickinnic River Pkwy, Suite 511
       Milwaukee, IW 53215

    g.  Nicholas Kouchoukos, M.D.
       Cardiac Thoracic & Vascular
       3009 N. Ballas Rd., Suite 360C
       St. Louis, MO 63131

h.  Gary L. Elkin, M.D. (cardiologist)
    11700 Mercy Boulevard #6
    Savannah, Georgia 31419

i.  William Whitley, M.D. (anesthesiologist)
    1364 Clifton Road N.E.
    Atlanta, Georgia 30322

j.  Robert Guyton, M.D. (thoracic surgeon)
    550 Peachtree Street N.E.
    Atlanta, Georgia 30308

k.  Sharon Graves, M.D. (nephrologist)
    1639 Pierce Street
    Atlanta, Georgia 30322

IV. The Plaintiff specifically reserves the right to amend and supplement this list based on continuing discovery, and/or for good cause shown.

Respectfully submitted,

**THE PLAINTIFF,**

By: _____
Gregory M. Martin
N.C. State Bar No. 10420
410 Glenwood Ave., Suite 200
Raleigh, North Carolina 27603
Telephone: 919/821-0005

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on June 7, 2011 the foregoing document is being served this day on the following counsel of record by mailing the same to the offices of said counsel by United States mail, postage prepaid.

_____
Gregory M. Martin

## SERVICE LIST

Joshua Becker
Email: josh.becker@alston.com
**ALSTON & BIRD**
1201 W. Peachtree Street
1 Atlantic Center
Atlanta, Georgia 30309
Telephone: 404-881-4732
*Defendants Co-Lead Counsel and*
*Attorney for Defendants*
*Bayer Healthcare LLC*

Barbara Bolton Litten
Email: blitten@ssd.com
**SQUIRE SANDERS & DEMPSEY LLP**
777 S Flagler Drive, Suite 1900
West Palm Beach, Florida 33401-6198
Telephone: 561-650-7200
Facsimile: 561-655-1509
*Defendants Co-Lead Counsel and*
*Attorney for Defendants Bayer Corporation,*
*Bayer Healthcare Pharmaceuticals, Inc.,*
*Bayer Healthcare LLC, and*
*Bayer Schering Pharma AG*

Steven E. Derringer
Email: steven.derringer@bartlit-beck.com
**BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP**
54 West Hubbard, Suite 300
Chicago, IL 60610
Telephone: 312-494-4400
Facsimile: 312-494-4440
*Defendants Co-Lead Counsel and*
*Attorney for Defendants Bayer Corporation,*
*Bayer Healthcare Pharmaceuticals, Inc.,*
*Bayer Healthcare LLC, Bayer AG, and*
*Bayer Healthcare AG*

Elizabeth Curtin
Eugene A. Schoon
Email: eschoon@sidley.com
**SIDLEY AUSTIN LLP**
One South Dearborn Street
Chicago, Illinois 60603
Telephone: 312-853-7000
Facsimile: 312-853-7036
*Defendants Co-Lead Counsel and*
*Attorney for Defendants Bayer Corporation,*
*Bayer Healthcare Pharmaceuticals, Inc.,*
*Bayer Healthcare LLC, Bayer AG, and*
*Bayer Healthcare AG*

Alan G. Schwartz
Email: aschwaartz@wiggin.com
**WIGGINS AND DANA LLP**
One Century Tower
P. O. Box 1832
New Haven, CT 06508-1832
Telephone: 203-498-4400
Facsimile: 203-782-2889
*Defendants Co-Lead Counsel and*
*Attorney for Defendants Bayer Corporation*
*And Bayer Healthcare Pharmaceuticals, Inc.*

Richard K. Dandrea
Email: rdandrea@eckertseamans.com
**ECKERT SEAMANS CHERIN & MELLOTT, LLC**
U.S. Steel Tower
600 Grant Street, 44th Floor
Pittsburgh, PA 15219
Telephone: 412-566-6000
Facsimile: 412-566-6099
*Defendants Co-Lead Counsel and*
*Attorney for defendants Bayer Corporation,*
*Bayer Healthcare Pharmaceuticals, Inc.,*
*Bayer Healthcare LLC, Bayer AG, and*
*Bayer Healthcare AG*