IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

IN RE TRASYLOL PRODUCTS
LIABILITY LITIGATION – MDL-1928

THIS DOCUMENT RELATES TO:

*See Exhibit A*
_____/

**DEFENDANTS' JUNE 10, 2011 NOTICE
PURSUANT TO PRETRIAL ORDER NO. 28
OF DEFICIENT GROUP 7 CASES**

Pursuant to Pretrial Order No. 28 ("PTO 28"), § III, Exhibit A contains a Dismissal List of Group 7 plaintiffs out of compliance with PTO 28.  Defendants respectfully request that the Court issue the attached Order to Show Cause, requiring each plaintiff in Exhibit A, within ten (10) days of entry of this Order, either (1) to cure the deficiency with a submission as defined in § I of PTO 28, or (2) to show good cause why the case should not be dismissed.  At the end of the ten (10) day period, defendants will submit proposed orders dismissing with prejudice any plaintiff in Exhibit A that has not complied with this Court's Order.

Dated:  June 10, 2011                     Respectfully submitted,

                                          */s/ Barbara Bolton Litten*
                                          Patricia E. Lowry
                                          Florida Bar No. 332569
                                          E-mail:  patricia.lowry@ssd.com
                                          Barbara Bolton Litten
                                          Florida Bar No. 91642
                                          E-mail:  barbara.litten@ssd.com
                                          **SQUIRE, SANDERS & DEMPSEY (US) LLP**
                                          1900 Phillips Point West
                                          777 South Flagler Drive
                                          West Palm Beach, FL  33401-6198
                                          Telephone:  561-650-7200
                                          Facsimile:   561-655-1509
                                          *Liaison Counsel for Bayer Defendants*

~2~

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 10, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those parties who are not authorized to receive Notices of Filing electronically.

/s/ *Barbara Bolton Litten*
Barbara Bolton Litten

## SERVICE LIST

### Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

James R. Ronca
Email: jronca@anapolschwartz.com
**ANAPOL, SCHWARTZ, WEISS, COHAN, FELDMAN & SMALLEY, P.C.**
1710 Spruce Street
Philadelphia, PA 19103
Telephone:  215-790-4584
Facsimile:   215-875-7701
*Co-Lead Counsel for Plaintiffs*

Theodore Babbitt
Email: tedbabbitt@babbitt-johnson.com
**BABBITT JOHNSON OSBORNE & LECLAINCHE, P.A**.
1641 Worthington Road, Suite 100
West Palm Beach, FL 33409
Telephone:  561-684-2500
Facsimile:   561-684-6308
*Liaison Counsel for Plaintiffs*

Patricia E. Lowry
Florida Bar No. 332569
Email: patricia.lowry@ssd.com
**SQUIRE, SANDERS & DEMPSEY (US) LLP**
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198
Telephone: 561-650-7200
Facsimile:  561-655-1509
*Liaison Counsel for Defendants*

Scott A. Love
Email:  slove@triallawfirm.com
**CLARK, BURNETT, LOVE & LEE, G.P.**
Lyric Center
440 Louisiana Street, Suite 1600
Houston, TX  77002
Telephone:  713-757-1400
Facsimile:   713-759-1217
*Co-Lead Counsel for Plaintiffs*

Neal L. Moskow
Email: neal@urymoskow.com
**URY & MOSKOW, LLC**
883 Black Rock Turnpike
Fairfield, CT 06825
Telephone:  203-610-6393
Facsimile:   203-610-6399
*Federal-State Liaison for Plaintiffs*