UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

|  |  |
|---|---|
| IN RE TRASYLOL PRODUCTS LIABILITY LITIGATION – MDL-1928 | ) ) ) |
| THIS DOCUMENT RELATES TO: | ) ) ) |
| *Buddy S. Taylor v. Bayer Corporation, et al.*, Case No. 9:08-cv-80948-DMM | ) ) ) |

**STATEMENT OF MATERIAL FACTS PURSUANT TO LOCAL RULE 7.5(C) IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

1. This Court has subject matter jurisdiction under 28 U.S.C. § 1332 in that the amount in controversy exceeds $75,000, exclusive of interest and costs, and this action is between a citizen of one state and citizens of different states and a foreign state. Short Form Complaint (D.E. 1 in 9:08-cv-80948) ("Compl.") ¶ 1-2.

2. Plaintiff Buddy Taylor is, and was when he filed this lawsuit, a citizen of the state of Georgia. Compl. ¶ 2.

3. Defendant Bayer Corporation is an Indiana corporation with its principal place of business in Pennsylvania, and thus is a citizen of the states of Indiana and Pennsylvania. Def. Bayer Corporation's Master Answer and Additional Defenses to Pls.' Master Compl. ("Master Answer") (D.E. 1021 in 1:08-md-01928) ¶ 4.

4. Defendant Bayer HealthCare Pharmaceuticals Inc. is a Delaware corporation with its principal place of business in New Jersey, and thus is a citizen of the states of Delaware and New Jersey. Master Answer ¶ 5.

5.      At the time this complaint was filed, Defendant Bayer HealthCare AG, the predecessor in interest of Bayer Schering Pharma AG, was a German corporation with its principal place of business in Germany, and thus was a citizen of Germany.  *Id.* ¶ 7.  Defendant Bayer Schering Pharma AG[1] is a German corporation with its principal place of business in Germany, and thus is a citizen of Germany.

6.      Plaintiff Buddy Taylor underwent aortic valve replacement surgery at Emory Crawford Long Hospital in Atlanta, Georgia on December 27, 2005.  Compl. ¶ 4; Plaintiff Fact Sheet ("Fact Sheet") at 13 (Ex. A).[2]

7.      Mr. Taylor received Trasylol during the surgery.  Compl. ¶ 4; Deposition of Robert Allan Guyton, M.D. at 49:17-19 (Ex. C); Deposition of Buddy Taylor ("Taylor Dep.") at 109:1-6 (Ex. D).

8.      On January 5, 2006, Mr. Taylor suffered a stroke with resulting loss of vision and severe headaches.  Compl. ¶ 4; Fact Sheet at 15; Medical Records at EmoAdvHos-RD-6-7 (Ex. B).

9.      Plaintiff alleges that Trasylol caused him to suffer these injuries.  Compl. ¶ 4; Fact Sheet at 15.

10.     Plaintiff filed a short form complaint in the Southern District of Florida on August 28, 2008, asserting the following claims:  (I) Strict Liability – Failure to Warn; (II) Strict Liability – Design Defect; (III) Negligence; (IV) Negligence Per Se; (V) Fraud, Misrepresentation and Suppression; (VI) Constructive Fraud; (VII) Breach of Implied Warranties; (VIII) Unfair and Deceptive Trade Practices; (IX) Unjust Enrichment; (XIII) Gross

---

[1] Bayer Schering Pharma AG was substituted as a defendant in this case for Bayer HealthCare AG pursuant to this Court's Pretrial Order ("PTO") No. 11 (D.E. 700, Feb. 4, 2009).

[2]  References to exhibits herein correspond to exhibits to Defendants' Motion for Summary Judgment filed simultaneously herewith.

Negligence/Malice; and (XIV) Punitive Damages.  Compl. ¶ 5.  The constructive fraud claim has been dismissed pursuant to this Court's orders dated April 1, 2009 (D.E. 916), and March 5, 2009 (D.E. 809).

11.     Plaintiff did not effect service of process on any defendant in this action until August 26, 2010, which was ten days after the August 16, 2010, postmark date of the mailing of the complaint and summons to defendants.  *See* Pretrial Order No. 4 § VI.A (D.E. 60 in 1:08-md-01928) (establishing procedures governing streamlined service in this MDL).  The record does not reflect that plaintiff undertook any efforts to complete service on defendants prior to the August 2010 mailing.

12.     In January 2006, plaintiff's friend told him and his wife about a television advertisement related to lawsuits involving Trasylol, which prompted the Taylors to contact the law firm that sponsored the advertisement about a possible lawsuit involving the allegations in plaintiff's complaint.  The law firm confirmed that Trasylol had been administered to plaintiff.  Fact Sheet at 13, 15; Taylor Dep. at 14:21-25; 20:2-14; 109:1-6; Def. Bayer's First Set of Requests for Admission to Buddy Taylor ¶ 6, 8 ("Taylor RFA") (served Dec. 15, 2010) (Ex. E).

13.     In January 2006, plaintiff and his wife asked his physician, Dr. Ellsbree, about whether plaintiff  received Trasylol during his December 2005 surgery.  Fact Sheet at 13; Taylor RFA ¶ 7.

14.     At his deposition, plaintiff testified that, in January 2006, he knew Trasylol may have caused him to suffer a stroke.  Taylor Dep. at 146:2-9; *see also id.* at 14:21-25.

15.     Plaintiff did not pay for the Trasylol that was administered to him during his December 2005 surgery.  Taylor Dep. at 119:15-17; Taylor RFA ¶ 1.

16. Plaintiff did not have any contact with any employee or representative of defendants and did not rely on any warranties related to Trasylol.  Taylor Dep. at 132:20-134:1; Taylor RFA ¶ 5.

DATED:  June 17, 2011 

Respectfully submitted,

*/s/ Barbara Bolton Litten*
Patricia E. Lowry (Florida Bar No. 332569)
Email:  patricia.lowry@ssd.com
Barbara Bolton Litten (Florida Bar No. 91642)
Email:  barbara.litten@ssd.com
**SQUIRE, SANDERS & DEMPSEY (US) LLP**
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198
Telephone:  561-650-7120
Facsimile:  561-655-1509

Philip S. Beck
Email:  philip.beck@bartlit-beck.com
Steven E. Derringer
Email:  steven.derringer@bartlit-beck.com
**BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP**
54 W. Hubbard Street, Suite 300
Chicago, IL  60603
Telephone:  312-494-4400
Facsimile:  312-494-4440

Eugene A. Schoon
Email:  eschoon@sidley.com
Susan A. Weber
Email:  saweber@sidley.com
**SIDLEY AUSTIN LLP**
One South Dearborn Street
Chicago, Illinois 60603
Telephone:  312-853-7000
Facsimile:  312-853-7036

4

Peter C. Pfaffenroth
Email: ppfaffenroth@sidley.com
Amy L. Hanke
Email: ahanke@sidley.com
**SIDLEY AUSTIN LLP**
1501 K Street NW
Washington, DC 20005
Telephone: 202-736-8000
Facsimile: 202-736-8711

Susan Artinian
Email: sartinian@dykema.com
Daniel Stephenson
Email: dstephenson@dykema.com
**DYKEMA GOSSETT PLLC**
400 Renaissance Center
Detroit, MI 48243
Telephone: 313-268-9788
Facsimile: 313-568-6658

Richard K. Dandrea
Email: rdandrea@eckertseamans.com
**ECKERT SEAMANS CHERIN &
 MELLOTT, LLC**
USX Tower, 600 Grant St., 44th Floor
Pittsburgh, PA. 15219
Telephone: 412-566-6000
Facsimile: 412-566-6099

*Attorneys for Defendants Bayer Corporation, Bayer HealthCare Pharmaceuticals Inc., and Bayer Schering Pharma AG, as successor in interest to Bayer HealthCare AG*

**CERTIFICATE OF SERVICE**

I certify that on June 17, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/  Barbara Bolton Litten*
Barbara Bolton Litten

## SERVICE LIST

### Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

James R. Ronca
Email:  jronca@anapolschwartz.com
**ANAPOL, SCHWARTZ, WEISS, COHAN,
    FELDMAN & SMALLEY, P.C.**
1710 Spruce Street
Philadelphia, PA 19103
Telephone:  215-735-1130
Facsimile:  215-875-7758
*Co-Lead Counsel for Plaintiffs*

Theodore Babbitt
Email:  tedbabbitt@babbitt-johnson.com
**BABBITT JOHNSON OSBORNE &
    LECLAINCHE, P.A.**
1641 Worthington Road, Suite 100
West Palm Beach, FL 33409
Telephone:  561-684-2500
Facsimile:  561-684-6308
*Liaison Counsel for Plaintiffs*

Patricia E. Lowry
Florida Bar No. 332569
Email:  patricia.lowry@ssd.com
**SQUIRE, SANDERS & DEMPSEY (US) LLP**
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198
Telephone:  561-650-7200
Facsimile:  561-655-1509
*Liaison Counsel for Defendants*

Scott Love
Email:  slove@triallawfirm.com
**CLARK, BURNETT, LOVE & LEE, G.P.**
Lyric Center
440 Louisiana Street, Suite 1600
Houston, TX  77002
Telephone:  713-759-1400
Facsimile:  713-759-1217
*Co-Lead Counsel for Plaintiffs*

Neal Moskow
Email:  neal@urymoskow.com
**URY & MOSKOW, LLC**
883 Black Rock Turnpike
Fairfield, CT 06825
Telephone:  203-610-6393
Facsimile:  203-610-6399
*Federal-State Liaison for Plaintiffs*

Daniel E. Becnel
Email:  dbecnel@becnellaw.com
Matthew B. Moreland
Email:  mmoreland@becnellaw.com
Kristie D. Holm
Email:  kholm@becnellaw.com
**BECNEL LAW FIRM, LLC**
P.O. Drawer H
106 W. 7th Street
Reserve, LA 70084
Telephone:  985-536-1186
Facsimile:  985-536-6445
*Attorneys for Plaintiff Buddy Taylor*