# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

IN RE TRASYLOL PRODUCTS LIABILITY LITIGATION – MDL-1928

This Document Relates To All Actions

## PLAINTIFF'S FACT SHEET

Please provide, to the best of your knowledge and ability, the following information for each individual on whose behalf a claim is being made. If you are completing this questionnaire in a representative capacity, please respond to the questions in sections I.A and II through VIII with respect to the person to whom Trasylol was allegedly administered ("Trasylol User"). In filling out this form, please use the following definitions: (1) "health care provider" means any hospital, clinic, medical center, physician's office, infirmary, medical or diagnostic laboratory, or other facility that provides medical, dietary, psychiatric or psychological care or advice, and any pharmacy, weight loss center, x-ray department, laboratory, physical therapist or physical therapy department, rehabilitation specialist, physician, psychiatrist, osteopath, homeopath, chiropractor, psychologist, nutritionist, dietician, or other persons or entities involved in the evaluation, diagnosis, care and/or treatment of you; (2) "document" means any writing or record of every type that is in your possession, including but not limited to written documents, documents in electronic format, cassettes, videotapes, photographs, charts, computer discs or tapes, and x-rays, drawings, graphs, phone-records, non-identical copies and other data compilations from which information can be obtained and translated, if necessary, by the respondent through electronic devices into reasonably usable form. You may attach as many sheets of paper as necessary to fully answer these questions.

A number of questions set forth below solicit information for a specified period of the past fifteen (15) years. Please respond fully to each such question for the specified time period of fifteen (15) years preceding the alleged surgery involving the administration of Trasylol.

## I. Case Information

A. Please state the following for the civil action that you filed:

1. Name of the Trasylol User:

Buddy S. Taylor

To be continued

2. Case caption: Trasylol Products Liability Litigation MDL-1928

F. To the best of your knowledge, during the past fifteen (15) years, have you ever suffered from or been diagnosed by a doctor or other health care provider with:

| | | Yes | No | I Don't Recall | |
|---|---|---|---|---|---|
| 1. | High cholesterol | X | | | |
| 2. | Elevated triglycerides | | | X | |
| 3. | Hypertension/high blood pressure | X | | | |
| 4. | Obesity | | X | | |
| 5. | Diabetes | | X | | |
| 6. | Thyroid disorder | | X | | |
| 7. | Autoimmune disease (including HIV or AIDS) | | X | | |
| 8. | Abnormal heart rhythm | X | | | heart murmur |
| 9. | Congestive heart failure | | X | | |
| 10. | Angina | | X | | |
| 11. | Myocardial infarction (MI) or a heart attack | X | | | |
| 12. | Atherosclerosis | | | X | |
| 13. | Venous thrombosis | | | X | |
| 14. | Peripheral vascular disease (PVD or PAD) | | X | | |
| 15. | Stroke or transient ischemic attacks (TIAs) | X | | | |
| 16. | Fainting | | X | | |
| 17. | Miscarriage | | X | | |
| 18. | Bleeding or clotting disorders | | X | | |
| 19. | Chronic Lung Disease | | X | | |
| 20. | Chronic obstructive pulmonary disease (COPD) or other respiratory disorder, including asthma | | X | | |
| 21. | Liver disease or jaundice | | X | | |
| 22. | Metabolic syndrome | | X | | |
| 23. | Shock | | X | | |
| 24. | Heparin induced thrombocytopenia | | | X | |
| 25. | Anemia | | X | | |
| 26. | Arrhythmia | | X | | |
| 27. | Ventricular Tachycardia | | | X | |
| 28. | Atrial Fibrillation | | | X | |
| 29. | Mitral Insufficiency | | | X | |
| 30. | Enlarged prostate | | X | | |
| 31. | Bladder stones | | X | | |

If "yes," please state separately for each:

| Type of Condition | Date of Diagnosis | Diagnosing Doctor |
|---|---|---|
| Heart Attack | 23 DEC 2005 | Dr. Sigman |
| High Cholesterol / Blood Pressure | 15 DEC 2005 | Dr. Elsbree |
| Stroke | 06 JAN 2006 | Smyrna Wellstar Emergency Room |

| Type of Condition | Date of Diagnosis | Diagnosing Doctor |
|---|---|---|
| | | |
| | | |
| | | |

V. **Trasylol**

A. Administration to the Trasylol User

If so, state:

1. Date of administration: 27 Dec 2005
2. Physician who administered Trasylol: Robert Guyton MD
3. Physician who prescribed Trasylol: Robert Guyton MD
4. Hospital or Medical Center where Trasylol was administered: CRAWFORD LONG
5. Nature of procedure during which Trasylol was administered: MOSAIC PORCINE HEART VALV
6. Physician(s) or surgeons(s) performing the procedure (including anesthesiologist(s)): ROBERT Guyton MD
7. When you, your agents, representatives or anyone acting on your behalf first learned that Trasylol had been administered: The plaintiff & his wife asked Dr Ellsbree if the drug had been given to him (after a friend told the couple he had seen an ad on TV for Trasylol).

B. Prior to or during your hospitalization for the procedure alleged in Section V.A., were you, your agents, representatives or anyone acting on your behalf (other than your lawyers in this case) given any written instructions, warnings, or other information regarding Trasylol? ____Yes __✓__No

If yes, please state when the written instructions, warnings or other information were given and identify each person or entity from whom they were received.

1. Date:__________
2. Person and/or Entity (with address):__________

C. Prior to or during your hospitalization for the procedure alleged in Section V.A., were you, your agents, representatives or anyone acting on your behalf (other than your lawyers in this case) given any oral instructions, warnings, or other information regarding Trasylol?

_____ Yes  ✓ No

If yes, please state:

1. Date on which such oral instructions, warnings or other information was given to you, your agents, representatives or anyone acting on your behalf:

2. Person who gave the information to you, your agents, representatives or anyone acting on your behalf (with address):

3. A complete description of the oral instructions, warnings or other information:

D. Were you, your agents, representatives or anyone acting on your behalf given any description of the risks associated with the surgery identified in V.A., above?

_____ Yes  ✓ No

If yes:

1. Provide a description of the risks of which you, your agents, representatives or anyone acting on your behalf were advised:

2. Identify the Health Care Provider who advised you, your agents, representatives or anyone acting on your behalf of such risks:

E. What other medication, including aspirin, were you taking when you were administered Trasylol or at any time during the two weeks before or after you were administered Trasylol.

| Name of Drug | Dates Taken | Name of Prescribing Doctor |
|---|---|---|
| TOPROL | 2003/2004 | DR. ELLSBREE |
| | | |
| | | |
| | | |

VI. **Injuries, Symptoms, Diagnoses, Ailments & Damages of the Trasylol User**

A. Are you claiming that you have developed or may develop any injury or damage (including any alleged physical, mental, emotional, psychological or psychiatric injury or damage) as a result of taking Trasylol? ✓ Yes ____ No

If "yes," then for each such injury, damage or condition, separately state:

| Nature of Condition | Date you first became aware of the injury, damage or condition | How you first became aware of it |
|---|---|---|
| Stroke / Loss of vision | 2006, 5 JAN | Best FRIEND saw a televised program relating to medication mid 2006 |
| Severe Headaches since Stroke | | |
| | | |

For each such injury, damage or condition, have you consulted with healthcare provider(s) for your allegedly Trasylol related injury?
✓ Yes ____ No

| Medication | [illegible] | Prescribing Doctor | Reason for Prescription |
|---|---|---|---|
| Any pain reliever or anti-inflammatory medication other than aspirin (including but not limited to Celecoxib, Celebrex, Diclofenac, Voltaren, Cataflam, Arthrotec, Ibuprofen, Advil, Dristan, Genpril, Haltran, IBU, Menadol, Midol, Motrin, Nuprin, Vicoprofen, Indomethacin, Indocin, Ketorolac, Toradol, Nabumetone, Relafen, Naproxen, Aleve, Anaprox, Naprelan, Naprosyn) | | | |
| Lithium (Lithobid) | | | |
| Any and all other prescription and non-prescription medications, including herbal or homeopathic remedies. Name: ______ ______ ______ ______ | | | |

*Attach additional pages if necessary

## VIII. Family History of the Trasylol User

A. 1. To the best of your knowledge did any child, parent, sibling, aunt, uncle, or grandparent of the Trasylol User have diabetes or any type of kidney disease? Yes____ No__✓__

2. To the best of your knowledge did any child, parent, sibling, aunt, uncle, or grandparent of the Trasylol User have a stroke, myocardial infarction (heart attack) or any other type of heart disease? Yes__✓__ No____

B. If yes, then state separately for each:
Relative's name: E. Taylor
Relationship to you: father
Type of health problem: heart problems
Date and cause of death if applicable: heart attack

Relative's name:
Relationship to you:
Type of health problem:
Date and cause of death if applicable:

Relative's name:
Relationship to you:
Type of health problem:
Date and cause of death if applicable:

Relative's name:
Relationship to you:
Type of health problem:
Date and cause of death if applicable:

## IX. Request for Production of Documents Directed to Plaintiff(s)

Please produce the following documents (including but not limited to emails and internet articles) with this Fact Sheet, to the extent that such documents are currently in your possession or in the possession of your lawyers:

1. All documents you or anyone acting on your behalf reviewed in preparation of this Fact Sheet.

2. A copy of all medical records regarding the Trasylol User from any physician, hospital or health care provider who treated the Trasylol User for any disease, condition or symptom referred to in response to the questions above.

3. To the extent not included in the foregoing, all records relating to any examination of the Trasylol User by a physician or other health care provider, conducted for any purpose during the past fifteen (15) years.

4. If the Trasylol User has been the claimant or subject of any worker's compensation, Social Security or other disability proceeding, all documents relating to such proceeding.

5. Reports of all diagnostic tests, cardiac function, circulatory function, blood tests, and kidney function tests administered to the Trasylol User within the past fifteen (15) years.