06MD1928

FILED by _____ D.C.
JUN 20 2011
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. – W.P.B.

June 16th 2011

To Whom it May Concern:

I am asking the court to give me more time to obtain counsel to represent me in reguards to the case. I have been trying to get an attorney.

Thank You
Saundra Hutcheson
80 Jamestown Rd
Desha, AR 72527

Trasylol Litigation Case # 08-81503

I recieved a letter from Elizabeth C. Curtin to whom I did contact on 6/15/2011 by phone who did tell me I might contact the court and ask for more time even tho she is for Bayer. I did not recieve my letter till 6/14/2011. It did not even get to my address till 6/10/2011 but I was out of town and did not get it til the 14th



| | SIDLEY AUSTIN LLP<br>ONE SOUTH DEARBORN STREET<br>CHICAGO, IL 60603<br>(312) 853 7000<br>(312) 853 7036 FAX | BEIJING<br>BRUSSELS<br>CHICAGO<br>DALLAS<br>FRANKFURT<br>GENEVA<br>HONG KONG<br>LONDON<br>LOS ANGELES | NEW YORK<br>PALO ALTO<br>SAN FRANCISCO<br>SHANGHAI<br>SINGAPORE<br>SYDNEY<br>TOKYO<br>WASHINGTON, D.C. |
|---|---|---|---|
| | ecurtin@sidley.com<br>(312) 853 0524 | FOUNDED 1866 | |

June 3, 2011

*Attn John Morgan - 407-420-1414*
*Attn Mike Papanpanio - 850-935-7166*

**By Certified Mail**

Saundra Hutchison
80 Jamestown Road
Desha, AR 72527

Re:     Trasylol Litigation: Failure to Submit Report as Required by Pretrial Order 28

Dear Ms. Hutchison:

I represent the defendants in a lawsuit filed by you regarding Trasylol, a prescription drug. It is my understanding that you are currently representing yourself in this lawsuit, which is titled *Hutchison v. Bayer Corporation, et al.*, No. 9:08-cv-81503 (United States District Court for the Southern District of Florida). On January 27, 2011, the judge presiding over your lawsuit entered an order, titled Pretrial Order 28 ("PTO 28"), requiring all plaintiffs to make certain initial disclosures to defendants. A copy of PTO 28 is attached for your convenience.

PTO 28 requires plaintiffs to serve the following: (1) either (a) a report that fully complies with all subsections of Section I.A of PTO 28, or (b) a case-specific expert report as set forth in Section I.B of PTO 28, **and** (2) a copy of all relevant medical records, as defined in PTO 28.

Your previous counsel served a non-compliant report on March 11, 2011. The report was not compliant because it did not declare that you or your previous counsel had retained a case-specific medical expert. Accordingly, you failed to serve material required by PTO 28 by your deadline of March 11, 2011.

Please provide the required materials promptly. Any plaintiff for whom we have not received fully-compliant PTO 28 submissions by **5:00 PM, Central Time on June 17, 2011**, will be included on the next Dismissal List filed with the Court. Please send the materials to my attention at the address above.

Sidley Austin LLP is a limited liability partnership practicing in affiliation with other Sidley Austin partnerships

# SIDLEY
SIDLEY AUSTIN LLP

June 3, 2011
Page 2

Very truly yours,

*Elizabeth C. Curtin*
JMS

Elizabeth C. Curtin

ECC:ps

Enclosure