IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

| | |
|---|---|
| IN RE TRASYLOL PRODUCTS LIABILITY LITIGATION – MDL-1928 | ) ) ) |
| THIS DOCUMENT RELATES TO : | ) ) |
| ALL CASES | ) |

### JOINT MOTION FOR ENTRY OF SUPPLEMENTAL GENERIC EXPERT SCHEDULING ORDER

THE PARTIES hereby jointly move the Court for entry of the proposed Agreed Order filed herewith. The purpose of the Order is to reset the schedule for the deposition of plaintiffs' supplemental generic expert, Cheryl D. Blume, defense supplemental generic expert disclosures, and motions related to Dr. Blume. This Order is necessary because Dr. Blume was unavailable for her deposition within the time allowed by the Court's previous Order (D.E. 8471 in 1:08-md-01928); accordingly, the deposition was adjourned by agreement of the parties.

WHEREFORE, the parties request that the Court enter the attached proposed Agreed Order.

| | |
|---|---|
| Dated:  June 24, 2011 | Respectfully Submitted, |
| */s/ Theodore Babbitt* | */s/ Barbara Bolton Litten* |
| Theodore Babbitt | Patricia E. Lowry (Florida Bar No. 332569) |
| Email:  tedbabbitt@babbitt-johnson.com | Email:  patricia.lowry@ssd.com |
| **BABBITT JOHNSON OSBORNE   & LECLAINCHE, P.A.** | Barbara Bolton Litten (Florida Bar No. 91642) Email:  barbara.litten@ssd.com |
| 1641 Worthington Road, Suite 100 | **SQUIRE, SANDERS & DEMPSEY (US) LLP** |
| West Palm Beach, FL  33409 | 1900 Phillips Point West |
| Telephone:  561-684-2500 | 777 South Flagler Drive |
| Facsimile:   561-684-6308 | West Palm Beach, FL 33401-6198 |
| *Liaison Counsel for Plaintiffs* | Telephone:  561-650-7120 Facsimile:   561-655-1509 |
| | *Liaison Counsel for Defendants* |

## CERTIFICATE OF SERVICE

I certify that on June 24, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Barbara Bolton Litten*
Barbara Bolton Litten

# SERVICE LIST

## Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

James R. Ronca
Email: jronca@anapolschwartz.com
**ANAPOL, SCHWARTZ, WEISS, COHAN, FELDMAN & SMALLEY, P.C.**
1710 Spruce Street
Philadelphia, PA 19103
Telephone:  215-735-1130
Facsimile:   215-875-7758
*Co-Lead Counsel for Plaintiffs*

Theodore Babbitt
Email: tedbabbitt@babbitt-johnson.com
**BABBITT JOHNSON OSBORNE & LECLAINCHE, P.A**.
1641 Worthington Road, Suite 100
West Palm Beach, FL 33409
Telephone:  561-684-2500
Facsimile:   561-684-6308
*Liaison Counsel for Plaintiffs*

Patricia E. Lowry
Florida Bar No. 332569
Email: plowry@ssd.com
**SQUIRE, SANDERS & DEMPSEY (US) LLP**
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198
Telephone:  561-650-7200
Facsimile:   561-655-1509
*Liaison Counsel for Defendants*

Scott Love
Email: slove@triallawfirm.com
**CLARK, BURNETT, LOVE & LEE, G.P.**
Lyric Center
440 Louisiana Street, Suite 1600
Houston, TX  77002
Telephone:  713-759-1400
Facsimile:   713-759-1217
*Co-Lead Counsel for Plaintiffs*

Neal Moskow
Email: neal@urymoskow.com
**URY & MOSKOW, LLC**
883 Black Rock Turnpike
Fairfield, CT 06825
Telephone:  203-610-6393
Facsimile:   203-610-6399
*Federal-State Liaison for Plaintiffs*