IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

|  |  |
|---|---|
| IN RE TRASYLOL PRODUCTS LIABILITY LITIGATION – MDL-1928 | ) ) ) ) |
| THIS DOCUMENT RELATES TO : | ) ) |
| ALL CASES | ) ) ) |

**[PROPOSED]**
**SUPPLEMENTAL GENERIC EXPERT SCHEDULING ORDER**

THIS MATTER comes before the Court on the Parties' Joint Motion for Entry of Supplemental Generic Expert Scheduling Order related to plaintiffs' supplemental generic expert Cheryl Blume. The Court has reviewed the Motion and proposed Order and is otherwise fully informed of the premises. Accordingly, it is

ORDERED and ADJUDGED that the Motion (D.E. _____ in 1:08-md-01928) be and is hereby GRANTED.

The supplemental generic expert discovery and motions shall proceed according to the following schedule:

Defendants' deposition of plaintiffs' supplemental generic expert, Cheryl D. Blume, shall be completed by **July 21, 2011**.

Defendants shall disclose any supplemental generic expert reports by **August 22, 2011**. Plaintiffs shall advise defendants by no later than **September 2, 2011** if they intend to seek the deposition of any defense generic expert who submits a supplemental generic expert report. Such deposition shall be limited to the supplemental opinions and bases therefor and shall not exceed three (3) hours. The parties are to attempt to reach agreement as to the timing of such depositions, if any.

Any *Daubert*/Fed. R. Evid. 702 motions directed to the proposed testimony of Cheryl D. Blume shall be filed and served by **August 22, 2011**.

Plaintiffs' responses to any *Daubert*/Fed. R. Evid. 702 motions directed to the proposed testimony of Cheryl D. Blume shall be filed and served by **September 19, 2011**.

Any replies in support of defendants' *Daubert*/Fed. R. Evid. 702 motions directed to the proposed testimony of Cheryl D. Blume shall be filed and served by **October 3, 2011**.

If warranted, the Court plans to conduct any *Daubert*/Fed. R. Evid. 702 hearing regarding the proposed testimony of Cheryl D. Blume the week of **October 10, 2011**.  Specifically, the Court sets such hearing for October ____, 2011 at ____ _.m. in West Palm Beach, Florida.

DONE AND ORDERED in Chambers, at West Palm Beach, Florida, this ____ day of June, 2011.

                                          DONALD M. MIDDLEBROOKS
                                          UNITED STATES DISTRICT JUDGE