UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

IN RE TRASYLOL PRODUCTS LIABILITY
LITIGATION – MDL-1928

This Document Relates to All Actions

**PRETRIAL ORDER NO. ___ RELATING TO
NAME CHANGE OF BAYER SCHERING PHARMA AG
TO BAYER PHARMA AG**

The parties having jointly moved for entry of an Order respecting the fact that, effective July 1, 2011, Bayer Schering Pharma AG will change its name to Bayer Pharma AG, and to avoid any confusion that may arise as a result of this name change,

It is hereby ORDERED as follows:

1. The Joint Motion for Entry of Pretrial Order Relating to Name Change from Bayer Schering Pharma AG to Bayer AG is GRANTED.

2. Effective July 1, 2011, any and all references to Bayer Schering Pharma AG (or any abbreviation thereof, including "BSP AG" and "BSPAG") contained in stipulations, orders, and other pleadings, documents, or registered mailings filed in or related to MDL-1928 shall be construed to reflect the new name of that defendant, Bayer Pharma AG.  Service may be made on defendant Bayer Pharma AG in the manner prescribed in Pretrial Order No. 11 (D.E. 700 in 1:08-md-01928, docketed Feb. 5, 2009).  This Order also shall apply to cases filed in or transferred to this Court after the date of this Order.

2. Plaintiffs who have named Bayer Schering Pharma AG as a defendant are not required to amend their complaints to reflect that defendant's new name.  If a plaintiff files an

amended complaint for the sole purpose of incorporating this defendant's new name, the defendants that have already filed responsive pleadings are not required to file responsive pleadings to that amended complaint.

3.  As of July 1, 2011, the parties are encouraged to refer to this entity as Bayer Pharma AG in all pleadings, documents, registered mailings, and proceedings related to MDL-1928.  Absent an express statement to the contrary, however, any reference to Bayer Schering Pharma AG after July 1, 2011, shall be deemed to refer to Bayer Pharma AG.

DONE AND ORDERED in Chambers at West Palm Beach, Florida, this _____ day of June, 2011.

_____
DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE