Earnestine Robinson
4353 Tulane Road
Memphis, TN 38109

Donald M. Middlebrooks:
United States District Judge
701 Clematis St. #257
West Palm, FL 33401



June 27, 2011

Dear Judge Middlebrooks:

I am a plantiff in the Trasylol case MDL-1928-09-CV-81244. I was notified by my Attorney, that he is withdrawing from the case, not wanting to fulfill his responsibility.

I believe my case has merit, however I have been unable to obtain another attorney to represent my case. I would appreciate your input on the options that are available for me.

Thanking you in advance for your cooperation in this matter.

Sincerely,

Earnestine Robinson

Earnestine Robinson