UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON**

| | |
|---|---|
| IN RE TRASYLOL PRODUCTS LIABILITY LITIGTION – MDL – 1928 | § § § |
| THIS DOCUMENT RELATES TO: | § § |
| HARRY ANDREINE, Individually and as Representative of the Estate of Marilyn Andreine, et al (Robin Pashley) v. BAYER CORPORATION, *et al*, Case No. 9:09cv80552 | § § § § |

## ORDER

THIS MATTER having come before the Court on the unopposed motion of Plaintiff Tammy Pashley as Next Friend for Robin Pashley, IT IS ORDERED as follows:

Plaintiff Tammy Pashley as Next Friend for Robin Pashley is ordered:

(1) to collect and receipt for the payment of the judgment;

(2) to deduct and pay the expenses of recovery and collection of the judgment and the attorneys' fees as contracted;

(3) to acknowledge satisfaction in whole for the judgment and costs;

(4) to distribute the net proceeds.

IT IS FURTHER ORDERED that the settlement by and between Plaintiff and Bayer Corporation, Bayer HealthCare Pharmaceuticals, Inc. as successor in interest to Bayer Pharmaceuticals Corporation, and Bayer Schering Pharma AG, as successor in interest to Bayer HealthCare AG, is hereby APPROVED.

DONE AND ORDERED in Chambers this 29th day of July, 2011.

_____
DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE