UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

No. 08-MD-1928-MIDDLEBROOKS

IN RE: TRASYLOL PRODUCTS
LIABILITY LITIGATION

This document applies to:
  ALL CASES

## NOTICE OF STATUS CONFERENCE

PLEASE TAKE NOTICE: The Next Status Conference in this MDL proceeding will be held on Friday, September 23, 2011 at 10:00 a.m. in Courtroom number 7 of the Paul G. Rogers Federal Building at 701 Clematis Street, West Palm Beach, Florida. As with previous status conferences, any Party/Counsel who wishes to telephonically attend the status conference shall email their request to do so to Sylvia Wenger at sylvia_wenger@flsd.uscourts.gov on **Monday, September 19, 2011**. Requests made on any other date will be disregarded absent exigent circumstances. **The subject heading** of such email shall be **"Request for Telephonic Appearance - 08-MD-1928."** The body of each email shall indicate clearly the name of the attorney(s) wishing to attend the status conference, and a contact phone number for such attorney(s).

The Parties must confer and file a joint proposed agenda on or before September 17, 2011. To the extent that there are items which are of concern to either the Plaintiffs or the Defendants, but not to both, such items shall be listed for the Court's consideration as proposals for addition to the Agenda.

8/15/11
Dated

By: Sylvia L. Wenger
Law Clerk to the
Honorable Donald M. Middlebrooks