# Exhibit A

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON**

**IN RE TRASYLOL PRODUCTS LIABILITY LITIGATION – MDL-1928**

**THIS DOCUMENT RELATES TO ALL ACTIONS:**

# Trasylol Expert Report

# Cheryl D. Blume, PhD

# October 4, 2010

# TABLE OF CONTENTS

I.      Background

II.     Overview of Trasylol Events in the United States

III.    Summary of Opinions

IV.     Effects of  Trasylol on Mortality

V.      Effects of Trasylol on Renal Function

Appendix 1.     Curriculum Vitae

Appendix 2.     Depositions and Trial Testimonies (2006-2010)

Appendix 3.     List of Documents Reviewed

## I.  BACKGROUND

1.      My name is Cheryl Blume, Ph. D.  I received my Ph.D. in Pharmacology and Toxicology from The West Virginia University Medical Center where I was a recipient of a pre-doctoral fellowship from the National Institutes of Health.  I am President of Pharmaceutical Development Group, Inc. (PDG), a consulting firm specializing in pharmaceutical development and registration activities, located in Tampa, FL.  I previously held several executive positions in pharmaceutical companies for over 20 years.  Specifically, I served as the Vice President of Scientific Affairs for Mylan Laboratories, Inc. and as the Executive Vice President and Chief Operations Officer for Somerset Pharmaceuticals, Inc.  I was also a member of the Board of Directors of Somerset.  My current *curriculum vitae* (Appendix 1) and a list of depositions and trial testimonies for the previous four years (Appendix 2) are attached.

2.      I have been responsible for preclinical and clinical (Phases I-IV) programs associated with pharmaceutical product development and the securing of pre-marketing approvals for over 100 prescription pharmaceutical drugs from the United States Food and Drug Administration (FDA).  These products include both new (brand name) and generic drug products.  These responsibilities included the design, execution, and interpretation of pivotal preclinical and clinical trials and the development and implementation of Standard Operating Procedures for pharmacovigilance (*i.e.*, signal detection).  It is a necessary component of my responsibilities that I have a complete understanding of, and the ability to interpret preclinical and clinical trial results, as well as all forms of epidemiological studies (*e.g.*, case-control, cohort, questionnaire, and other studies).  Understanding and interpreting the results from these studies forms the basis for recommendations and decision-making within pharmaceutical companies regarding drug applications, including the number of and breadth of indications requested and the format and comprehensiveness of the provided   risk-benefit   and   warnings-related   information   (including

4

contraindications, warnings, precautions, and adverse reactions). In addition, these processes represent components necessary for a pharmaceutical company to meet internal and industry standards regarding post-marketing pharmacovigilance and the need for updated warnings to prescribers.

3.     I have also directed all phases of interactions with the FDA relating to the prosecution of New Drug Applications (NDAs), Abbreviated New Drug Applications (ANDAs), Supplements to New Drug Applications (sNDAs), approval procedures and negotiations with the FDA regarding changes to drug indications and warnings-related information in the postmarketing period based upon postmarketing signal detection, and pharmacovigilance. These include the collection and evaluation of postmarketing adverse medical events, review and interpretation of the results of postmarketing clinical studies, the preparation of amplified product labeling and other communication tools, and the dissemination of updated product information to health care providers, patients, and consumers. I have also been responsible for the regulatory review of promotional and educational materials for both brand name and generic drug products.

4.     Based on my education, training, and experience, I have been asked to address Bayer's actions (or failures to act) regarding the notification of prescribers and patients of the consistent evidence of serious renal and mortality risks associated with the use of Trasylol® (aprotinin). In addition, I will also address the need for Bayer to have conducted the necessary pharmacovigilance evaluations required for a more complete description of the magnitude of risks (mortality, renal events) across the various populations. These evaluations were consistent with standards provided by both Bayer's internal operating procedures as well as the pharmaceutical industry as a whole and were necessary for the adequate and timely notification of prescribers and their patients.

5

5.      In arriving at my opinions, I employed methodologies consistent with those utilized by pharmaceutical companies when conducting their pre-approval and post-approval FDA obligations, along with meeting industry standards for prescription drug products marketed in the United States.  My employed methods are also consistent with those utilized by PDG in preparing both regulatory submissions and in recommending internal policies on behalf of our pharmaceutical company clients.  These methods, which typically include the employment of Bradford Hill criteria (strength of association, consistency, specificity, temporal sequence, dose-response relationship, biologic plausibility, coherence, etc; Hill 1965) are commonly employed by pharmaceutical companies (Hauben and Zhou 2003; Almenoff et al., 2005), as well as FDA personnel (Weaver et al., 2008; 2009; FDA Guidance for Industry, *Good Pharmacovigilance Practices and Pharmacoepidemiologic Assessment*, March 2005; hereafter, March 2005 Guidance), and include the review of all available safety data (indicated and non-indicated uses).

6.      Pharmaceutical manufacturers are generally required to conduct a wide battery of non-clinical (animal) and clinical studies to support their pre-marketing NDAs.  The pivotal clinical studies typically assess the safety and efficacy of the drug in the indicated patient population (*i.e.*, those for whom the drug will be prescribed).  In most cases, the examined patient population is relatively small (a few thousand patients) and represents a carefully-chosen, relatively homogeneous group.  Also, pre-market investigational studies are frequently short in duration.  Thus, more rarely-occurring serious adverse events are often not recognized during this pre-approval phase (US General Accounting Office Report, 1990; Furberg et al., 2006; *Pharmacoepidemiology*, 4th edition 2006, Ed. Brian Strom; PhRMA Medicine Safety Overview 2010; PhRMA U.S. Prescription Drug Safety: The World's Standard 2010; Report of CIOMS Working Group IV 1998; CIOMS – What is CIOMS, 2010) and a complete profile of the risks associated with the drug

will not be available until the drug is used in greatly expanded patient populations over longer periods of time.

7.   Most people outside the U.S. drug industry often do not realize that the FDA does not conduct or sponsor new drug studies.  Rather, FDA relies upon the manufacturer of a new drug product to conduct the appropriate pre-marketing safety and efficacy investigations (*i.e.*, clinical and preclinical trials).  FDA then reviews the data and information, compiled by the sponsor.  If the product is found by FDA to be safe and effective for its intended uses, based upon the manufacturers limited pre-market studies, FDA will approve the drug product and finalize the launch labeling.

8.   Product labeling should convey all information necessary for its safe use, including observed and potential risks (March 2005 Guidance).  FDA approval is required prior to the introduction of a new drug product or a new indication for an already approved product.  However, after the drug is approved for marketing with an approved label, pharmaceutical companies have the responsibility and are provided with the regulatory mechanisms to independently amplify their labeling to address new safety-related information (21 CFR §201.56; §201.57; §202.1; §314.50; §314.70; *Pharmacoepidemiology*, 2006).  For example, NDA sponsors may independently amplify their product labeling to include new safety information following the submission of a Changes Being Effected (CBE) NDA supplement.  This mechanism is frequently-employed to introduce new adverse event information or to provide additional information relative to previously-described events (FDA Guidance for Industry, *Changes to an Approved NDA or ANDA*, November 1999; April 2004).  Over the past thirty years, I have garnered considerable experience in the independent amplification of safety-related information within pharmaceutical labeling. This option was available to Bayer during the marketing tenure of Trasylol in the United States.  NDA sponsors may additionally convey new safety

information to healthcare providers and their patients with the dissemination of Dear Healthcare Professional Letters (Federal Register June 26, 1979, 37433-37467; FDA Manual of Policies and Procedures, NDAs: "Dear Healthcare Professional" Letters, MAPP 6020.10, July 2003; FDA Guidance, *Drug Safety Information – FDA's Communication to the Public*, March 2007).

9.     FDA does not independently evaluate drug products (in government-sponsored trials) to verify data submitted by the manufacturer prior to marketing.  Further, FDA approval of a drug does not guarantee that a product will be considered safe for all time or for all patient populations.  While the term "new drug application" sounds like a one time request whose useful life ends with approval of the drug, the application is actually a "living" document which is continuously supplemented over the life of the drug.  The label is also a living document, subject to continuous change as new safety information inevitably emerges.  Indeed, there are numerous examples of (1) drugs initially found to be safe and effective and approved for marketing but later withdrawn because these products were no longer found to be associated with acceptable safety profiles (including at least two Bayer drugs in the last decade, Baycol and Trasylol) (2) drugs which have had labeling changes (including changes to the WARNINGS section), "Dear Doctor" letters and other advisories to prescribers following the identification of either a new safety concern or an increased frequency of an already-identified concern (Lasser et al., 2002; Abraham and Davis, 2005; Wysowski et al., 2005; Clarke et al., 2006; Anderson et al., 2008; Carpenter et al., 2008; Bunniran et al., 2009).

10.    NDA sponsors (manufacturers) are expected to perform both pre-marketing and postmarketing responsibilities according to industry, internal, and FDA standards.  In general, FDA regulations addressing pharmaceutical labeling, manufacturing, control procedures, evaluations and FDA submissions are included with 21 CFR sections §201, §202, §210, §312 and §314.  FDA also

provides multiple Guidances for the pharmaceutical industry including, for example, the March 2005 Guidance for Industry, Good Pharmacovigilance Practices and Pharmacoepidemiologic Assessment; March 2001 Draft Guidance for Industry, Postmarketing Safety Reporting for Human Drug and Biological Products Including Vaccines; August 1997 Guidance for Industry, Postmarketing Adverse Experience Reporting for Human Drug and Licensed Biological Products: Clarification of What to Report; October 1993, Guideline for Adverse Experience Reporting for Licensed Biological Products; March 1992, Guideline for Postmarketing Reporting of Adverse Drug Experiences; July 1988, Guideline for the Format and Content of the Clinical and Statistical Sections of an Application, and many others.  FDA has described regulations as the minimum standards required of industry (21 CFR §210.1; §211.1).

11.     Industry standards, such as those set forth by the Pharmaceutical Research and Manufacturers of America, CIOMS Working Group, and others (PhRMA 1995; PhRMA 2002; PhRMA 2008; PhRMA Medicine Safety: Overview; PhRMA, U.S. Prescription Drug Safety: The World's Standard; PhRMA Safety Monitoring 2010; PhRMA Safety Principles 2010; PhRMA Frequently Asked Questions 2010; PhRMA Backgrounder 2010; Benefit-Risk Balance for Marketed Drugs: Evaluating Safety Signals 2010, Report of CIOMS Working Group IV, 1998; CIOMS 2010; *Pharmacoepidemiology*, 4th edition 2006, Ed. Brian Strom), describe regulatory obligations that are expected of pharmaceutical companies marketing drug products in the United States. Interestingly, Ernst Weidmann, MD, Bayer's Head of Global Safety from 1999-2008, was a member of the CIOMS working group that published the 1998 report which discussed pharmaceutical company standards relating to the detection of safety signals (deposition of Ernst Weidmann, pp. 30-31; May 2, 2009).

12.     Pharmaceutical companies must maintain their own internal standards and standard operating procedures for controlling product development,

evaluation, manufacturing, and marketing. Drug manufacturers are also required to collect and maintain all available pre- and postmarketing safety data and therefore possess a more complete profile of the risks associated with their products. Moreover, NDA sponsors are not required to provide FDA with all postmarketing safety data (21 CFR §314.80, §314.81). Additionally, it is widely-accepted that FDA does not possess the resources necessary for monitoring all marketed drug products (Institute of Medicine Report, *The Future of Drug Safety:Promoting and Protecting the Health of the Public*, 2006; Government Accountability Office Report, *Drug Safety: Improvement Needed in FDA's Postmarket Decision-making and Oversight Process*, March 2006; Report of the Subcommittee on Science and Technology, *FDA Science and Mission at Risk*, November 2007; Wyeth v. Levine, Supreme Court decision, 2009; Congressional Testimony of Sandra Kweder, MD, Deputy Director, Office of New Drugs, FDA, March 1, 2005). Thus, pharmaceutical companies, and not the FDA, are in the best position to discern a new safety signal or a change in the frequency or severity of a previously-observed adverse event. Pharmaceutical manufacturers also possess the ultimate responsibility of communicating any changes in the risk-benefit profile to prescribers and their patients.

13. Prior to the passage of the FDA Amendments Act in 2007 (Public Law 110-85, amending the Federal Food, Drug, and Cosmetic Act, 21 U.S.C. §301; implemented in 2008), FDA had no authority to require postmarketing labeling changes or postmarketing safety studies (von Eschenbach, 2008). As such, NDA sponsors were primarily responsible for ensuring the adequacy of the safety-related information contained within the product label (including all labeling sections noted earlier). This can only be accomplished by the continual evaluation of all available postmarketing safety information, including use in both the indicated, as well as off-label, population(s).

14.     In order to ensure the safety of marketed drug products, pharmaceutical manufacturers are required to monitor product safety throughout its marketing lifespan (21 CFR §314.80; March 2005 Guidance; PhRMA Safety Monitoring; *Pharmacoepidemiology* 2006).   As noted earlier, the NDA sponsors will always possess the greatest repository of safety-related information with respect to their drug products.   As such, they are clearly in the best position to discern the occurrence of a new safety event or a change in the frequency or severity of a previously-observed event.   In addition to the sponsor's internal procedures and obligations, sponsors are required to also provide FDA with periodic reports and analyses of product-related safety information (21 CFR §312.32(b); §312.33(f); §314.50; §314.80; §314.81). These safety updates are required during FDA's review of a pending NDA, as well as throughout the post-approval lifespan of a pharmaceutical product.

15.     Safety data and information may arise from a number of different sources including randomized controlled trials, observational studies, independent trials, adverse event databases maintained by regulatory authorities (foreign or domestic) or the manufacturer, healthcare databases, patient data repositories, clinical and preclinical literature, prescriber and patient queries and information requests, international regulatory events, and other foreign or domestic clinical studies (see 21 CFR §312.32(b); §312.33(f); §314.50; §314.80; §314.81; Form FDA 356h; March 2005 Guidance; March 2001 Draft Guidance; July 1988 Guideline; Weaver et al., 2009; Yang et al., 2010).

16.     Although randomized placebo-controlled clinical trials are often considered the "gold standard" for the generation of pre-marketing efficacy data, the enrolled patient populations are usually far too limited in size and composition to permit detection of patient-unique or less frequently-occurring adverse events or safety issues (*Pharmacoepidemiology* 2006; PhRMA Medicine Safety: Overview).   Observational studies, which can include prospective and retrospective cohort studies, case-control studies, and cross-sectional studies,

11

are alternative sources of information and often lead to the first identification of safety risks not previously observed during the performance of pre-marketing clinical trials (*Pharmacoepidemiology* 2006; Hylek et al., 1998). Moreover, these types of studies, considered "critical for evaluating and characterizing a product's risk profile" by FDA (March 2005 Guidance), are able to more completely reflect the real world use of the drug in larger and more diverse patient populations (*Pharmacoepidemiology* 2006). These studies may also be designed to compare safety profiles between and across products intended for identical/similar clinical indications.

17. FDA is responsible for initially deciding if the benefits associated with a drug product outweigh the potential risks (Murphy and Roberts, 2006) and these decisions are predicated upon the intended uses ("indications") of the drug. As noted, persons not associated with the U.S. pharmaceutical industry may not know that once a product is approved, the FDA does not control the indications for which the drug may be prescribed (Dresser and Frader, 2009). United States healthcare providers are allowed to prescribe FDA-approved products as they deem appropriate, notwithstanding FDA-approved indications. While this "off-label" use is relatively common (Radley et al., 2006; Tabarrok, 2009), neither the efficacy nor the safety of the drug product have been determined in these populations. For this reason, the potential and realized risks associated with use of the drug in an off-label setting must be examined by the NDA sponsor in a very critical and deliberate manner.

18. Pharmaceutical manufacturers are required to amend their product inserts, professional labeling, and promotional materials in response to new safety information (21 CFR §201.56; Lindstrom, 2009). This may include previously unobserved or unidentified adverse events or a change in the severity or frequency of a previously-identified adverse event. Because of this, drug product surveillance is not a passive process and pharmaceutical manufacturers must continually remain apprised of all safety information.

19.     As noted earlier, product risks and warning updates, including labeling, may be derived from a variety of sources (21 CFR §201.57; 21 CFR §314.70; §314.80; §314.81; March 2005 Guidance).  The amount of safety data necessary for the precipitation of a warning change may vary according to the seriousness of adverse event, the labeled indications and many other factors. There is clearly no magic number of events necessary for updating safety information within a product label.  For example, a variety of warning actions have been undertaken based upon relatively small numbers of postmarketing events including labeling changes, issuance of Dear Health Care Professional letters and even marketplace withdrawals (Eldepryl[®] - Somerset Pharmaceuticals; Raptiva[®] - Genetech; Bextra[®] - Pfizer).  As such, it is important for the pharmaceutical manufacturer to consider all available information when evaluating the risk benefit profile of their drug product (21 CFR §312.32(b); §312.33(f); §314.50; §314.80; §314.81; Form FDA 356h; March 2005 Guidance; March 2001 Draft Guidance).

20.     Presentations of safety information contained within a product warning must also be consistent and fully-described over the marketing life of a drug product.  Pharmaceutical companies must ensure that prescribers and patients have all available data so that the best decision may be made for individual patients.   This also includes the presentation of conflicting results from clinical studies, especially with respect to adverse event profiles (*e.g.*, Depakote[®] - Abbott; Ortho Evra[®] - Ortho McNeil Janssen; Avandia[®] - GlaxoSmithKline; Paxil[®] - GlaxoSmithKline).

21.     Although the package insert, or "label" is often considered the primary means of communicating safety information, it also serves as the basis for many other types of prescriber and patient materials (Lindstrom, 2009; 21 CFR §202.1 (k)(2); 21 CFR §314.70(a)(4); 21 CFR §314.81(b)(3)(i); August 1999 Guidance for Industry Consumer-Directed Broadcast Advertisements). Product labeling represents one component of a multi-faceted communication

platform which includes communications with healthcare providers, pharmacists, and patients; and educational and promotional materials (written, electronic, mass media, *etc*.). Drug product labeling must accurately reflect the most up to date risk-benefit information and should be considered a viable document, changing in response to new information and data.

22.     A change in the risk-benefit profile of a pharmaceutical product must be adequately and expeditiously conveyed to prescribers and their patients. Although this is initially accomplished via product labeling updates, all efforts necessary for the full and complete distribution of this updated information must be employed.  For more serious adverse events, these efforts may include the dissemination of one or more Dear Healthcare Professional Letters (Federal Register June 26, 1979, 37433-37467; FDA Manual of Policies and Procedures, NDAs: "Dear Healthcare Professional" Letters, MAPP 6020.10, July 2003; FDA Guidance, *Drug Safety Information – FDA's Communication to the Public*, March 2007), written in clearly defined and easily understood terms, to ensure that healthcare professionals, and by extension their patients, receive up to date information on the risks associated with a drug (Thornton 2003; Weatherby et al., 2002; Seligman 2003).  Inadequate notification of prescribers may result in patients being exposed to unnecessary risks of adverse drug reactions (Smalley et al., 2000; Feifer et al., 2010).

23.     I have been asked to review the regulatory and scientific information associated with the launch and commercialization of Trasylol in the U.S.  My specific interests are (1) the adequacy of the safety information disseminated by Bayer to physicians and patients in response to the accumulation of reports of adverse renal events and increased mortality associated with Trasylol; and (2) the timeliness and completeness of Bayer's efforts to assess these risks, identify potentially vulnerable patient groups and enact potential risk-minimizing strategies.

24.     The following data and information were reviewed in the preparation of this report: production documents and deposition testimony provided by counsel or independently retrieved by PDG; the Code of Federal Regulations; the Food, Drug, and Cosmetic Act; Federal Register Notices; FDA guidances; FDA reviews of Bayer submissions; FDA presentations; FDA databases; Advisory Committee meeting minutes and other FDA related materials; materials publicly available at various international regulatory agencies; the scientific literature; and publicly-available documents retrievable from the internet.  A list of documents reviewed is attached as Appendix 3.

## II.     OVERVIEW OF TRASYLOL EVENTS IN THE UNITED STATES

25.     Trasylol (aprotinin) is a naturally occurring polypeptide purified from bovine lung which acts as a serine-protease inhibitor, blocking fibrinolysis and slowing the breakdown of blood clots (Trudell and McMurdy, 2008).

26.     Trasylol was approved in the United States on December 29, 1993 (www.accessdata.fda.gov) and indicated to reduce perioperative blood loss and the need for blood transfusion in patients undergoing cardiopulmonary bypass in the course of repeat coronary artery bypass graft (CABG) surgery and in patients undergoing primary CABG where the risk of bleeding is especially high (BAY00235508-9).  In October 1994, a half-dose regimen was approved for the same indication (BAY00328785)

27.     The original Trasylol approval was based on three placebo-controlled studies containing a relatively small number of patients.  Of the 649 patients enrolled in these clinical trials, 257 received high-dose Trasylol, 141 received low-dose Trasylol, and 251 received placebo.  In total, only 398 patients were actually treated with aprotinin (Medical Officer's Review, 4/16/1993, BAY00674730).

Data from a fourth clinical trial was included in the 1994 half-dose regimen approval (BAY00328785).

28.     FDA approval for these orphan drug indications provided seven years of marketing exclusivity to Bayer (21 CFR §316.20).   In August 1998 Bayer obtained approval for a supplemental NDA, expanding the initial indication to include all CABG surgeries (www.accessdata.fda.gov).

29.     As of June 30, 2005, Trasylol was approved for use in 68 countries, including Canada, Germany, and the United Kingdom (BAY00279254-9).

30.     In addition to the populations for which Trasylol was indicated, Bayer benefited from off-label Trasylol sales for a variety of uses, including prevention of surgical bleeding in indications other than CABG surgery, such as cardiac surgery, orthopedic surgery, spinal fusion, hip replacement and hepatic transplantation (Janssens et al., 1994; Murkin et al., 1995; Lentschener et al., 1997; Lentschener et al., 1999; Samama 2004, Gill and Rosenstein 2006, Levy, 2006).  While marketed, Trasylol sales for labeled and unlabeled uses provided a significant contribution to the U.S. Bayer revenues (deposition of Valentine Pascal, August 13, 2009).

31.     As will be discussed in this report, Bayer was asked by FDA to withdraw Trasylol from the U.S. marketplace in 2007 because of escalating data linking the drug product to increases in mortality compared to tranexamic acid and aminocaproic acid (Transcript of FDA Press Conference on Trasylol, 11/5/2007; see also Fergusson 2008).  Trasylol was also withdrawn worldwide (Dear Health Care Professional Letter, 11/5/2007).  Bayer was aware of mortality concerns years prior to its withdrawal but did not include relevant data in the U.S. labeling.

32.     In addition to the mortality findings, Trasylol was also found to elicit acute kidney injury (AKI) (Transcript of FDA Press Conference on Trasylol, 11/5/2007).  Although contributing data were available years earlier (Lemmer et al. 1995; Levy et al. 1995; D'Ambra et al. 1996; Munoz et al. 1999), the product labeling was not amplified until 2006 to include a warning of renal events.

33.     Trasylol has not been reintroduced into the U.S. or any other marketplace.

### III.        SUMMARY OF OPINIONS

34.    Bayer failed to comply with regulations, industry standards and internal procedures in their post-launch regulatory responsibilities relating to Trasylol.

35.    Bayer failed to provide timely and adequate information to healthcare providers and their patients relating to the escalating evidence linking Trasylol to increased mortality rates.

36.    Bayer also failed to conduct the necessary pharmacovigilance assignments and clinical investigations required for a full evaluation of the mortality properties associated with Trasylol.

37.    Bayer failed to provide timely and adequate information to healthcare providers and their patients relating to the increased renal toxicities associated with Trasylol, including severe and non-reversible events.

38.    Bayer failed to conduct the necessary pharmacovigilance assignments and investigations to fully and properly evaluate renal toxicities associated with Trasylol.

39.    Bayer failed to properly advise healthcare providers and their patients of the increasingly-negative benefit-risk properties associated with Trasylol.

## IV.        EFFECTS OF TRASYLOL ON MORTALITY

40.     The precipitating event leading to the United States Trasylol marketing suspension in November 2007 was increased mortality concerns relative to other antifibrinolytic agents (FDA News Release, 11/5/2007; Transcript of FDA Press Conference on Trasylol, 11/5/2007; Fergusson et al., 2008). Despite Bayer's repeated claims to the contrary, excess mortality associated with Trasylol had actually been evident for a number of years.  Indeed, even prior to the initial U.S. approval of the product in 1993 for very limited conditions, a trend toward excess mortality had been observed in Bayer's clinical trials database.  Bayer was clearly placed on notice of this drug-related concern prior to and throughout it's marketing in the United States. However, the employed Trasylol labeling never reflected the escalating mortality information across all populations.

41.     In November 1992, Bayer's consulting cardiologist, Dr. Bertram Pitt, reviewed the Trasylol results at Bayer's request prior to the submission of the NDA (BAY00983471-2).  He ultimately recommended against pursuing the indication, noting a "clear trend toward an excess mortality in the US studies". He also stated that he did not believe the potential benefits of the drug outweighed the risks.  Despite this negative appraisal, Bayer submitted the Trasylol NDA (20,304) on November 23, 1992 (BAY00289056-72).  These concerns were also raised by the FDA Medical Officer in her 1993 review of the clinical studies submitted in support of the aprotinin NDA.

42.     The NDA included relatively small numbers of patients participating in clinical trials rendering detection of infrequent and rare adverse events difficult, if not impossible.  A total of 649 patients were treated in these studies, which included high-dose aprotinin (n=257), low-dose aprotinin (n=141), and placebo-treated (n=251) groups (BAY00674730-857 @841). Among the potential risks associated with aprotinin and noted in the FDA

review were "events affecting the cardiovascular and the renal systems" (BAY00674730-857 @841).   In one of the pivotal studies, higher rates of myocardial infarction were found in patients undergoing CABG surgery, a finding addressed by both the FDA Medical Officer (BAY00674730-857 @855) and trial investigators (Cosgrove et al., 1992).   As noted earlier, only 398 patients were actually treated with aprotinin in these trials, an especially small number given the potential serious risks associated with the drug. Given this, Bayer should have been more vigilant in their post approval surveillance activities.

43.     Numerically greater rates of death were also reported in two additional randomized, double blind, placebo-controlled studies (BAY00674730-857). Additionally, a high incidence of life-threatening events and a mortality rate approaching 20% (6/31) were observed in patients treated with aprotinin in an uncontrolled pharmacokinetic study (BAY00674730-857 @854) despite the result that none of the events were evidently attributed to the drug product at that time.   FDA brought attention to these events in the Medical Officer's Review and further required enhanced surveillance and Phase IV studies during the post-marketing period (BAY00674857).     In another small uncontrolled study, twenty patients undergoing cardiopulmonary bypass surgery with hypothermic circulatory arrest (DHCA) demonstrated an increased mortality and a high incidence of renal dysfunction when treated with aprotinin relative to historical controls (BAY00674730-857 @854; Sundt et al., 1993).

44.     FDA approved the Trasylol NDA on December 28, 1993 (www.accessdata.fda.gov) for two limited (eligible for U.S. Orphan Drug Exemption) patient populations: "prophylactic use to reduce perioperative blood loss and the need for blood transfusion in patients undergoing cardiopulmonary bypass in the course of repeat coronary artery bypass graft surgery … [and] in selected cases of primary coronary artery bypass graft

surgery where the risk of bleeding is especially high (impaired hemostasis, e.g. presence of aspirin or coagulopathy of other origin) or where transfusion is unavailable or unacceptable" (BAY00235508-9; 21 CFR §316.10; 316.20; 316.21).

45.     The launch professional insert approved for Trasylol (full-dose regimen) included information in the PRECAUTIONS section noting that patients undergoing deep hypothermic circulatory arrest and receiving aprotinin showed "[a]n increase in both renal failure and mortality" (BAY00235508-9). This section also noted that the "strength of this association is uncertain because there are no data from randomized studies to confirm or refute these findings" (BAY00235508-9).   The ADVERSE REACTIONS section summarized a pooled analysis of the three United States placebo-controlled studies which showed "a trend towards an increased incidence of myocardial infarction in patients given Trasylol".   No increase in mortality was observed in this analysis (BAY00235508-9).

46.     As noted earlier, FDA approved the Trasylol half-dose regimen in October 1994 based on the original NDA data and one additional trial (BAY00328785; BAY06377744).   There were no substantive changes to the warnings-related information regarding mortality.

47.     On January 10, 1995, Bayer notified FDA of results from a Canadian clinical study (TRA-B05), which noted a greater number of deaths in patients treated with aprotinin compared to placebo (9 versus 2).   Also, 4 of the 9 deaths in patients treated with aprotinin were considered to have a drug relationship rated as "possible" (BAY00111215; BAY00000881).   Although some of these events had previously been reported to FDA, FDA expressed their concern about "the increased incidence of graft thromboses, myocardial infarction and death in aprotinin treated patients" and requested an updated safety and analysis report of these events (BAY00111216).   Bayer submitted an updated

safety report on April 4, 1995 (BAY06378682-771) which stated that no significant differences were observed with aprotinin compared to placebo for mortality or myocardial infarction rates. Significant differences were observed in some of the comparisons made for graft occlusion but Bayer noted that only a well-designed, prospective study could answer the question of whether aprotinin increased the incidence of graft occlusions (BAY00111217). Labeling changes were not effected to reflect the observed imbalance in mortality data associated with TRA-B05.

48.     In October 1996, Bayer submitted an NDA supplement to expand the Trasylol indication to "all patients undergoing CABG surgery with cardiopulmonary bypass." The total clinical trial safety pool consisted of 1,424 Trasylol-treated subjects and 861 placebo-treated subjects. No significant difference in mortality rates was observed between the Trasylol (3.4%) and placebo (2.7%) groups. This supplement was originally rejected by FDA. It was approved on August 28, 1998 following Bayer's submission of additional data from two European trials investigating Trasylol use in low risk CABG patients. (Trasylol Medical Officer's Review, S-004, August 1998; www.accessdata.fda.gov).

49.     The marketing authorization for Trasylol was suspended in Italy in February 1998 due, in part, to higher mortality and myocardial infarction rates associated with Trasylol compared to placebo (BAY00749599-602). Based on a review of provided documents, this suspension does not appear to have been reported in either the NDA Annual Report for Trasylol (1/1/1998 – 12/31/1998, BAY00227385) or the Periodic Adverse Drug Experience Report (PADER, 1/1/1998 – 12/31/1998; BAY00227587) as required (21 CFR § 314.80; 314.81; March 2001 Draft Guidance; Avandia Warning Letter – 3/25/2008).

50.     Mortality-related concerns also escalated in the United States beginning in 2002 (BAY04390615).  At that time, Bayer became aware of independent evidence supporting an increase in mortality associated with Trasylol (BAYCS00174272-4).  In an article published in the New England Journal of Medicine (Mangano et al., 2002), a significant elevation in death rates was observed among coronary bypass surgery patients treated with aspirin and an antifibrinolytic agent (aprotinin, aminocaproic acid, tranexamic acid, or desmopressin) compared to aspirin alone.  Aspirin therapy alone was considered safe and was associated with a reduced risk of death and ischemic complications.  The authors stated that these results "raise concern about … the widespread use of antifibrinolytic therapy".  However, labeling changes were not effected in violation of industry standards (PhRMA 1995; PhRMA Medicine Safety: Overview; PhRMA, U.S. Prescription Drug Safety: The World's Standard; PhRMA Safety Principles; *Pharmacoepidemiology* 2006; FDA Guidances (March 2005 Guidance; March 2001 Draft Guidance) and regulations (21 CFR §201.56; §201.57).

51.     In 2003, Bayer became aware of extremely concerning results demonstrating a negative effect of aprotinin on mortality in CABG patients contained within a database (McSPI) maintained by Dr. Mangano (BAY04390815; BAYCS00174272-4).  Compared with other antifibrinolytics (tranexamic acid and aminocaproic acid), the risk of death in aprotinin-treated patients was significantly increased (Deposition of Frances Ciavaglia, pp. 95-99; BAYCS00174077; BAY04390614; BAY04574117).  Later in 2003, Bayer learned that the Mangano group was preparing to present an abstract at the American Surgical Association meeting addressing several factors contributing to an increase in mortality, including the use of aprotinin (BAYCS00174077; BAY04585289).  Bayer advocated the publication of manuscripts authored by Drs. Royston and Spiess to "counterbalance the Mangano effect" (BAY04586890).

52.     Bayer acknowledged that the company was approached by clinical investigators proposing additional mortality studies using different databases (BAY05131851; Deposition of Frances Ciavaglia, pp. 202-204).   Bayer declined these offers for further research citing reliance upon their randomized, placebo-controlled trial database and their perceived responses to Dr. Mangano and his data.  However, other independent epidemiology studies, discussed below, were also initiated to address the mortality events associated with Trasylol.

53.     The Kress and Stone study (BAY05426839) was a retrospective chart review of patients undergoing either CABG surgery (n=1297) or CABG plus valve surgery with cardiopulmonary bypass (n=425) at St. Luke's Medical Center in Wisconsin between January 1, 2002 and July 1, 2003.  Results from this study, available either in late 2003 (BAY05426839) or early 2004 (BAY05322480), revealed that "…as the dose ranges of aprotinin increased, patients had significantly higher incidences of post-operative renal failure, length of stay, and mortality."  Although Bayer was apparently concerned with these results (BAY05322498; BAY05322480) they were not published or submitted to the FDA, violating reporting standards and internal practices (Rozycki Deposition p. 145; Avandia Warning Letter – 3/25/2008; 21 CFR §201.56; 312.33; 314.70; 314.80; 314.81; FDA Form 356h; March 2001 Draft Guidance).  These results were also not communicated to prescribers or their patients via any of the means available to Bayer, as previously discussed.

54.     The Treasure study was an outcome-based research study performed in the United Kingdom (BHCAG01830633) in patients undergoing cardiac surgery in 2001 and 2002. Aprotinin use was associated with a higher mortality, longer hospital stays, and increased blood product usage (BHCAG01830631-75).   Although the final version of this unpublished study was dated December 11, 2003, it was not submitted to the FDA until nearly three years later (November 2006) following Bayer's admission that they failed to

provide information from the i3 Drug Safety (Ingenix) study to the FDA Advisory Committee (BHCAG01625546). Failure to provide safety data violates industry standards (PhRMA 1995; PhRMA Medicine Safety: Overview; PhRMA, U.S. Prescription Drug Safety: The World's Standard; PhRMA Safety Principles; *Pharmacoepidemiology* 2006; CIOMS 1998, 2010) and regulations (Avandia Warning Letter – 3/25/2008; 21 CFR §312.33; 314.70; 314.80; 314.81; FDA Form 356h; March 2001 Draft Guidance). In addition, the failure to provide prescribers and their patients with the most current risk-benefit information deprived them of the knowledge of potential excess risks associated with use of the product (21 CFR §201.56, §201.57).

55.     By 2003, Bayer was clearly aware of escalating mortality data associated with Trasylol. As such, product labeling should have been amplified and efforts expanded to fully educate healthcare providers and their patients of this critical issue. Unfortunately, this did not occur.

56.     On October 18, 2004, Bayer was notified of the results from a large observational study (performed by Dr. Mangano; *i.e.*, McSPI) in patients (n=4374) undergoing revascularization surgery which clearly indicated an increased mortality associated with aprotinin use (BAY01983487; see also Ciavaglia to Daniels email, BAYCS00174272; BAYCS00174273). Bayer did not alert physicians or the FDA to this notification.

57.     These results were subsequently published (Mangano et al., 2006). Four treatment groups were compared; aprotinin (n=1295), aminocaproic acid (n=883), tranexamic acid (n=822), and no treatment (n=1374). Among the 3013 patients undergoing primary surgery, aprotinin alone was associated with a significantly increased risk for the following outcomes: death (2.8% vs. 1.3%), cardiovascular events (20.4% vs. 13.2%), cerebrovascular events (4.5% vs. 1.6%), and renal events (5.5 % vs. 1.8%).

58.     Following publication of these results (Mangano et al., 2006), Bayer informed FDA of this study (BAY00280101), noting that the conclusions appeared to be at odds with their experience and that they were working with outside experts to prepare an analysis.  Bayer also informed FDA about an ongoing Canadian study (the Blood Conservation Using Antifibrinolytics in a Randomized Trial; *i.e.*, BART; BAY00705158), an independent study comparing aprotinin, tranexamic acid, and aminocaproic acid in patients undergoing high-risk cardiac surgery.

59.     FDA then requested additional clinical data regarding the efficacy and safety of aprotinin and strongly recommended that Bayer develop a Dear Health Care Provider letter (BAY02907598), which was later disseminated to prescribers (BAY07638907).  In a Public Health Advisory dated February 8, 2006 (BAY00686702), FDA noted that it anticipated a public presentation of the Trasylol information at an Advisory Committee.  Advisory Committees are public forums that the FDA uses to obtain expert recommendations concerning drug safety and efficacy information.

60.     Bayer also did not amplify the Trasylol labeling to share the escalating body of mortality data which had been accumulating over the last four years.  This was inconsistent with industry regulations, pharmaceutical company standards and Bayer's own internal policies (PhRMA 1995; PhRMA Medicine Safety: Overview; PhRMA, U.S. Prescription Drug Safety: The World's Standard; PhRMA Safety Principles; *Pharmacoepidemiology* 2006; BAY00956738; BAY04293244; 21 CFR §201.56; §201.57; §314.70; §314.80; March 2005 Guidance; March 2001 Draft Guidance).

61.     Bayer prepared an Integrated Safety Summaries and Benefit-Risk Analysis Assessment based on their controlled clinical trial database and published data (BAY00205268; BAY00705555).   Bayer concluded that "aprotinin is not associated with an increased risk of mortality relative to placebo nor is it

associated with an increased risk of mortality relative to tranexamic acid in published data."

62.     At the Advisory Committee Meeting on September 21, 2006, a Bayer consultant claimed that results from the Mangano publication were not reliable due in part to incorrect methods used to correct for baseline imbalances.  Bayer also suggested that there was no evidence for excess mortality based upon meta-analyses of controlled clinical trial data (Fremes et al., 1994; Henry et al., 1999; Levi et al., 1999; Sedrakyan et al., 2004).  Based likely at least in part on the incomplete data provided to them by Bayer, a violation of both industry standards and regulations (PhRMA 1995; PhRMA Medicine Safety: Overview; PhRMA, U.S. Prescription Drug Safety: The World's Standard; PhRMA Safety Principles; *Pharmacoepidemiology*, 2006; 21 CFR §312.32(b); §312.33(f); §314.50; §314.80; §314.81; i3, BHCAG04211548; Kress BAY05426839; Treasure, BHCAG01625546), the Advisory Committee did not require action.

63.     However, Bayer failed to mention to FDA or physicians (BHCAG04211548) that, prior to the Advisory Committee Meeting, they had received preliminary results from an observational study they had commissioned from i3 Drug Safety (BHCAG04211548).

64.     The i3 data suggested an increased risk of death associated with aprotinin use in patients undergoing CABG surgery (BAY02944790; BHCAG04211548). The i3 patients included primary CABG surgeries and were not restricted to the high-risk patients, as were enrolled in the BART study (see paragraph 58). In this large study involving a total of 66,435 patients, the estimated relative risk for death, compared to other antifibrinolytic agents, was 1.68 (95% confidence interval, 1.53-1.84; BAY00730156; BAY01234332).  As noted earlier, Bayer also did not inform FDA or physicians of the mortality results obtained in the Kress and Treasure studies.

65.     Knowing that Bayer had not discussed their safety data at the Advisory Committee meeting, Dr. Alexander Walker of i3 Drug Safety requested that Bayer submit the draft study report to FDA (BAY03498393; BHCAG01034947; BHCAG04211548).  Bayer submitted the draft i3 report to FDA on September 27, 2006 (BAY00323004; BAY03514820).   On September 29, 2006, FDA announced that, based on the i3 results, Trasylol may increase the risk of death, serious kidney damage, congestive heart failure and strokes (BAY00981697).  FDA also noted that they had not been aware of this data at the time of the Advisory Committee Meeting.

66.     Bayer submitted additional information required by FDA on November 10, 2006, including a tabular summary of investigator-initiated studies (BHCAG01830605).   Included with the summary were the study data generated by Kress and Treasure from 2003/2004.  A copy of the Treasure study was included in the submission (BHCAG01625546), but a copy of the Kress study was not attached.

67.     Bayer revised the Trasylol label in December 2006, modifying the indicated patient populations to include "patients undergoing cardiopulmonary bypass in the course of coronary artery bypass graft surgery who are at increased risk for blood loss and blood transfusion."  The 2006 labeling also provided a new warning that Trasylol administration increases the risk of renal dysfunction and may increase the need for dialysis in the perioperative period.  Stronger warnings about anaphylactic reactions were also added, but Bayer did not warn health care providers about the excess mortality observed in the Mangano, i3 Drug Safety, Kress and Treasure studies.  The December 2006 label revision again failed to address, in any way, the increased mortality risk (Trasylol December 2006 label).

68.     Mangano et al. published extended mortality observations in 2007.  Results from this observational study in CABG surgery patients demonstrated a

significantly higher five year mortality rate associated with aprotinin compared to untreated controls. Other antifibrinolytic agents (aminocaproic acid; tranexamic acid) were not associated with increased mortality. Despite this additional evidence, Bayer again failed to warn health care practitioners about the excess mortality associated with Trasylol.

69.   FDA convened a second Cardiovascular and Renal Drugs Advisory Committee meeting on September 12, 2007. While opinions were divided among the members, the committee again deferred action pending additional data from a larger powered study (transcript, slides, and minutes are at www.fda.gov).

70.   Immediately following the September 2007 Advisory Committee, sponsors of the BART trial completed a planned periodic data analysis and announced the premature discontinuation of the trial because of increased mortality observed in Trasylol treated patients (BHCAG01907439; Dear Healthcare Professional Letter 11/5/2007). FDA's review of the preliminary BART data immediately prompted the U.S. market withdrawal of Trasylol (Transcript of FDA Press Conference on Trasylol, 11/5/2007; FDA News Release 5/14/2008). The FDA analysis was consistent with many of the findings of the Mangano (2007) and i3 studies (Schneeweiss et al., 2008).

71.   In a Dear Healthcare Professional Letter issued October 25, 2007, Bayer noted that the BART trial was halted after a planned periodic data analysis indicated "an increase in all-cause mortality (that almost reached conventional statistical significance for 30-day mortality) in the aprotinin treatment arm compared to patients who received either aminocaproic acid or tranexamic acid" (Dear Healthcare Professional Letter, 10/25/2007).

72.   On November 5, 2007, Bayer issued an additional Dear Healthcare Professional Letter to announce the worldwide suspension of Trasylol

marketing (www.bayerscheringpharma.de).  The letter stated, in part: "Today, following consultation with the German Federal Institute for Drugs and Medical Devices (BfArM), the U.S. Food and Drug Administration (FDA), Health Canada, and other health authorities, Bayer announced that it will temporarily suspend worldwide marketing of Trasylol® (aprotinin injection) until final results from the Canadian BART trial can be compiled, received and evaluated" (Dear Healthcare Professional Letter 11/5/2007; FDA Press Release 11/5/2007).

73.     Results from the BART study were published on May 29, 2008 (Fergusson et al., 2008).  Final BART data clearly demonstrated an increase in mortality with Trasylol (compared to lysine analogues, RR=1.53; 95% CI=1.06 to 2.22). Results from two retrospective studies (Schneeweiss et al., 2008; Shaw et al., 2008), were also published in 2008.  In the i3 study (Schneeweiss et al., 2008), the adjusted risk of death was 64% higher in the aprotinin group compared to the aminocaproic acid group (RR=1.64; 95% CI=1.50-1.78). The Shaw et al. study involved 10,275 consecutive patients undergoing surgical coronary revascularization between January 1, 1996, and December 31, 2005.  A significantly-increased risk for death was associated with aprotinin use when compared to either patients receiving no antifibrinolytic therapy (hazard ratio 1.32; 95% CI=1.12-1.55) or those receiving aminocaproic acid (hazard ratio 1.27; 95% CI=1.10-1.46).

74.     Beginning in 2002, Bayer was obligated to fully investigate mortality risks associated with Trasylol and multiple investigational designs should have been considered.  In response to the initial Mangano publication (2002), Bayer should have initiated an observational investigation similar to their subsequent i3 study, in order to more fully evaluate the suggested mortality risk associated with Trasylol.  Based on their later experience with i3, such a study could have been completed in 8-12 months (BHCAG04211548; BAY05857654; BAY02944790; BHCAG04211548).   When this study was

completed (by the end of 2003), it is likely that the 2006 affirmation of increased mortality risks would have been appreciated.  Moreover, Bayer should have also conducted a prospective study in the U.S. utilizing the indicated populations.  It is not appropriate for Bayer to have merely waited for the design, execution and finalization of the BART study (PhRMA 1995; PhRMA Medicine Safety: Overview; PhRMA, U.S. Prescription Drug Safety: The World's Standard; PhRMA Safety Principles; *Pharmacoepidemiology* 2006; Fergusson et al., 2008).  After all, the BART study was conducted exclusively at Canadian medical centers, enrolled only high-risk cardiac surgical patients, and excluded low-risk patients such as those undergoing isolated primary CABG surgery.  As such, the BART study design did not fully reflect U.S. Trasylol populations.  Since 1998 Trasylol had been indicated for the treatment of "all patients undergoing CABG surgery with cardiopulmonary bypass."  Accordingly, Bayer could have and should have conducted a parallel study addressing mortality in low- and high-risk patients and extended the evaluation to U.S. hospitals performing CABG surgery according to U.S. surgical practice (March 2005 Guidance; March 2001 Draft Guidance).

75.   In addition to their failure to adequately investigate the mortality risk, Bayer also failed to warn healthcare professionals of the escalating data supporting this Trasylol concern.  In 2002, Bayer needed to amend the professional labeling as soon as it was apparent that Trasylol potentially increased mortality in CABG patients (Deposition of Frances Ciavaglia, pp. 95-99; BAYCS00174077; BAY04390614; BAY04574117) (PhRMA 1995; PhRMA Medicine Safety: Overview; PhRMA, U.S. Prescription Drug Safety: The World's Standard; PhRMA Safety Principles; *Pharmacoepidemiology* 2006; March 2005 Guidance; March 2001 Draft Guidance; 21 CFR §201.56; 201.57).  Additionally, Bayer could have further ensured that knowledge of this excess risk was communicated to prescribers and patients via the dissemination of a Dear Healthcare Professional Letter.

31

76.   Because Bayer failed to update the Trasylol warning-related information based on the growing body of mortality data, the labeling was:

a.   Incomplete because it did not include all of the relevant mortality data.

b.   Misleading because prescribers presume there is no general mortality effect if it is not disclosed in the label or other warnings

c.   Misleading because the "label" is intended to provide the "fair balance" calculus for all sales and marketing efforts. If the mortality effect is not included in the label, Bayer can market as if there were no mortality effect.

When the labeling was revised in December 2006, the only substantive addition to mortality labeling was an amplification of the reference to death caused by anaphylactic shock in the Hypersensitivity Warning and in the Black Box Hypersensitivity Warning.  Thus, the Trasylol labeling employed in the U.S. never included general Precautions and/or Warnings language addressing increased death across all patient populations.

Bayer's conduct with respect to the mortality effects of Trasylol as described above relate directly to Opinions 34 through 39 (p. 18 of this report).  Had Bayer complied with regulatory requirements, industry standards and their own internal operating procedures and studied the effect of Trasylol on mortality from the time of product launch, they likely would have had definitive results before the expansion of indications in 1998 to include primary CABG surgery.  Once they became aware of the Mangano article (2002) and the McSpi information (2003), Bayer should have been proactive in evaluating and corroborating this safety signal, consistent with industry standards (PhRMA 1995; PhRMA Medicine Safety: Overview; PhRMA, U.S. Prescription Drug Safety: The World's Standard; PhRMA Safety Monitoring 2010; PhRMA Safety Principles 2010; PhRMA Frequently Asked Questions

2010; PhRMA Backgrounder 2010; Benefit-Risk Balance for Marketed Drugs: Evaluating Safety Signals 2010, CIOMS 1998, 2010; *Pharmacoepidemiology* 2006) and regulatory guidances (March 2005 Guidance; March 2001 Draft Guidance). The documents show Bayer knew that an observational study could have been rapidly implemented and completed. The i3 circumstances showed that such an observational study could be completed in 3-4 months. The failure to undertake and complete these studies following the initial signal of increased mortality represented a violation of industry and regulatory standards, as set forth above. Bayer's own internal operating procedures required such pharmacovigilance efforts (BAY00956738; BAY04293244; BAY02956475-93). Given their experience with the mandatory withdrawal of Baycol from the United States market in 2002, Bayer should have been especially alert to the need for studying the safety of Trasylol in comparison to other blood saving drugs. It should also be noted that Bayer safety staff had proposed an internal operating procedure called the "early warning" system (see deposition of Weidmann 5/2/2009, pp 192-194) but this procedure was never implemented. Had this system been implemented, and the necessary labeling changes effected sooner, increases in patient mortality may have been detected earlier and possibly mitigated.

## V.        EFFECTS OF TRASYLOL ON RENAL FUNCTION

77.     Bayer failed to provide adequate and timely warnings to the United States healthcare providers and their patients noting the escalating numbers of adverse renal events associated with Trasylol usage.   The Trasylol professional labeling was not amplified with respect to adverse renal events until 2006 when Bayer was forced to do so by FDA.   However, the data and information underlying the 2006 change was available to Bayer by 2002.   As will be reviewed in this section, Bayer diluted the original labeling information relative to renal toxicities in 1998 and permitted the continued use of this labeling until 2006 (PhRMA 1995; PhRMA Medicine Safety: Overview; PhRMA, U.S. Prescription Drug Safety: The World's Standard; PhRMA Safety Principles; *Pharmacoepidemiology* 2006; March 2005 Guidance; March 2001 Draft Guidance; 21 CFR §201.56; 201.57; Deposition of Pamela Cyrus including exhibits, 9/3/2009).

78.     Adverse effects of Trasylol on renal function had been known to Bayer since the pre-marketing phase (Kramer et al., 1984; BAY00674730-857 @734-5). Following the launch of the product, additional information regarding adverse renal effects began to accumulate.   As noted below, Bayer provided only minor updates to the Trasylol labeling regarding renal events during the 1994-1998 period.   In each case these changes either did not take into account the totality of the available data, or were enacted following a long delay. Importantly, in 1998 the Trasylol labeling was changed to note that there was "no statistically or clinically significant increase in the incidence of postoperative renal dysfunction in patients treated with Trasylol".   As noted, this wording remained in the labeling until 2006 despite other evidence associating Trasylol use with deficits in renal function.

79.     The Trasylol launch label included information in the PRECAUTIONS section regarding an increased incidence of renal failure observed in patients

treated with aprotinin undergoing cardiopulmonary bypass surgery with hypothermic circulatory arrest (BAY00235508; Sundt et al., 1993).  In the ADVERSE REACTIONS section of this label a statistically significant increase in the incidence of post-operative renal dysfunction was also described.  Data from three United States placebo-controlled studies revealed that creatinine increases $\geq 0.5$ mg/dL above baseline were observed in 23% and 12% of patients treated with aprotinin and placebo, respectively (BAY00674730-857; Cosgrove et al., 1992).

80.     In October 1994, FDA approved half dose Trasylol based on data from the original NDA plus an additional clinical trial (BAY06377744-62; BAY00328785).  The updated label noted "a statistically significant increase in the incidence of post-operative renal dysfunction in patients treated with Trasylol".  The rates of renal failure were 2% and 1% in Trasylol and placebo treated patients, respectively.  Rates of increases of serum creatinine $\geq 0.5$ mg/dL were 21%, 18% and 14% in high and low dose Trasylol and placebo-treated patients, respectively (BAY00329252-3).

81.     In one published study, postoperative increases in serum creatinine occurred more frequently in patients receiving aprotinin (20/108) compared to placebo-treated patients (13/108), although the difference was not statistically significant (Lemmer et al., 1995).  In both groups, the mean serum creatinine level decreased postoperatively, and then gradually increased.  By postoperative day 2, the mean serum creatinine level for the aprotinin group exceeded the level in the placebo patients, but the difference did not become statistically significant until postoperative day 7 (1.28 mg/dL vs. 1.10 mg/dL; p=0.047).  The increases in creatinine levels observed in the aprotinin-treated patients were temporary in all but two patients.  In these two patients, the creatinine levels at discharge from the hospital exceeded the preoperative level by 0.6 mg/dL and 0.4 mg/dL.  A prolongation of the time required for

creatinine levels to return to baseline was also observed in a second study (Levy et al., 1995).

82.   A prolongation of the time required for creatinine levels to return to baseline is potentially significant because patients with longer durations of acute kidney injury, whether due to ongoing damage or prolonged recovery, have poorer outcomes compared to patients with shorter durations (Coca et al., 2010).   In their September 2006 presentation to the FDA Advisory Committee, Bayer provided data from their Global CABG Clinical Trial Database demonstrating a prolongation of the serum creatinine elevation in aprotinin-treated patients relative to controls (Trasylol (aprotinin injection) Review of Clinical Data, Pamela Cyrus, MD).   Of note, by week 4, 30% of patients treated with Trasylol had not recovered to baseline kidney function. These data were consistent with results observed in the aforementioned studies (Lemmer et al., 1995; Levy et al., 1995).   Unfortunately, the Trasylol labeling failed to address the 30% of the patients who did not experience a "reversible" elevation in serum creatinine.   This failure to fully reflect all available safety information violates FDA and industry standards (PhRMA 1995; PhRMA Medicine Safety: Overview; PhRMA, U.S. Prescription Drug Safety:   The   World's   Standard;   PhRMA   Safety   Principles; *Pharmacoepidemiology* 2006; March 2005 Guidance; March 2001 draft Guidance; 21 CFR §201.56; 201.57).

83.   In a placebo-controlled study, postoperative renal dysfunction occurred in 11% of patients treated with high-dose aprotinin compared to 7% treated with low-dose aprotinin and 0% treated with placebo (D'Ambra et al., 1996).   The difference was statistically significant (p=0.01).   Postoperative creatinine increases of more than 5 mg/dL occurred in 30%, 14%, and 8% of patients, respectively.

84.     In 1998 Bayer changed the Trasylol label to reflect data from all patients undergoing CABG surgery in United States placebo-controlled trials (2002 and 1084 aprotinin- and placebo-treated patients, respectively), noting that there was "no statistically or clinically significant increase in the incidence of postoperative renal dysfunction in patients treated with Trasylol".   While results from some studies were consistent with this (Lemmer et al., 1996), other data available to Bayer during this period suggested that Trasylol continued to be associated with renal function deficits (Levy et al., 1995; Lemmer et al., 1995; Munoz et al., 1999).

85.     As early as 1999, an independent group noted that renal toxicity was a "major concern" associated with antifibrinolytics, based upon data from 52 randomized controlled studies, even though there was "inconclusive evidence supporting this relationship" (Munoz et al., 1999).   At this point in time, Bayer was responsible for warning of these risks and conducting further evaluations (PhRMA 1995; PhRMA Medicine Safety: Overview; PhRMA, U.S. Prescription Drug Safety: The World's Standard; PhRMA Safety Principles; *Pharmacoepidemiology* 2006; 21 CFR §201.57; §201.56; §314.70; §314.80; §314.81; March 2005 Guidance; March 2001 Draft Guidance).   In other words, Bayer needed to design and conduct additional studies to resolve the "inconclusive evidence" and determine the true magnitude of adverse renal events associated with Trasylol.   Moreover, all available information (not just data from placebo-controlled trials) should have been considered as it became available, and the various labeling iterations should have provided accurate reflections of the true renal risks of Trasylol (PhRMA 1995; PhRMA Medicine Safety: Overview; PhRMA, U.S. Prescription Drug Safety: The World's Standard; PhRMA Safety Principles; *Pharmacoepidemiology* 2006; 21 CFR §201.56; 201.57; §314.70; §314.80; §314.81; March, 2005 Guidance; March 2001 Draft Guidance).

86.     Bayer also should have analyzed all available safety data in a timely manner. Of note, the 2006 label change, which added renal dysfunction to the WARNINGS section, was based on studies completed no later than 2002. Thus, had Bayer analyzed these data in a timely manner, the Trasylol labeling would have reflected a more accurate account of the true renal risk much earlier, consistent with regulatory standards (January 2006 Guidance Warnings and Precautions, Contraindications, and Boxed Warnings Sections of Labeling for Human Prescription Drug and Biological Products – Content and Format; March 2005 Guidance; March 2001 Draft Guidance; 21 CFR §201.56; 201.57).

87.     In addition to its global pool of placebo-controlled studies in patients undergoing CABG surgery, Bayer also had access to data from a retrospective analysis that suggested adverse renal effects associated with Trasylol.  In an unpublished report (dated November 20, 2003), examining patients undergoing either CABG surgery alone (n=1297) or CABG plus valve surgery (n=425), Dr. David Kress wrote: "…as the dose ranges of aprotinin increased, patients had significantly higher incidences of post-operative renal failure, length of stay, and mortality" (BAY05426839-46).

88.     Results from a retrospective study (Kincaid et al., 2005) revealed a significant association between the preoperative use of ACE inhibitors combined with the intraoperative use of aprotinin and acute renal failure (OR 2.9, 95% CI, 1.4-5.8).  The effect of either drug alone was not significant.  Although Trasylol was labeled for a drug interaction with captopril that concerned blockage of the acute hypotensive effect of the angiotensin converting enzyme (ACE) inhibitor, the possible association of renal injury with a Trasylol/ACE drug interaction was never discussed in the label (see also Waxler and Rabito, 2003).

89.   On May 24, 2005, Bayer proposed a change to the Trasylol Company Core Data Sheet (CCDS), stating that a re-analysis of the clinical trial database of placebo-controlled studies "revealed an excess of the adverse events "renal failure" (1.6% vs. 1.2%) and "renal failure acute" (0.4% vs. 0.3%) in the aprotinin-treated group in comparison with the placebo-treated group…" (BHCAG02726958).   While the CCDS was updated August 22, 2005 (BHCAG04483886), the United States Trasylol label was not updated until so required in December 2006 (PhRMA 1995; PhRMA Medicine Safety: Overview; PhRMA, U.S. Prescription Drug Safety: The World's Standard; PhRMA Safety Principles; *Pharmacoepidemiology* 2006; January 2006 Guidance; March 2005 Guidance; 21 CFR §201.56; 201.57; Depakote® - Abbot; Ortho Evra® - Ortho McNeil Janssen; Avandia® - GlaxoSmithKline; Paxil® - GlaxoSmithKline).

90.   Early in 2006, Bayer notified FDA about an observational study (Mangano et al., 2006) slated to appear in a January edition of the New England Journal of Medicine.   This study of 4374 patients undergoing revascularization surgery found that, compared to aminocaproic acid or tranexamic acid, aprotinin was associated with an increased risk of renal events (5.5 percent vs. 1.8 percent, P<0.001).

91.   Another observational study, published early in 2006, compared outcomes in CABG patients exposed to either Trasylol or tranexamic acid (Karkouti et al., 2006).   A significantly greater percentage of aprotinin-treated patients experienced renal dysfunction compared to tranexamic acid.

92.   In February 2006, Bayer disseminated a Dear Healthcare Provider letter informing prescribers of the results from these studies and noting that they were working with United States and foreign regulatory authorities to analyze these data.   An additional Dear Healthcare Provider letter was sent in December 2006, coincident with the Trasylol labeling change described

below.  Neither of these letters contained information which was in Bayer's global database of placebo-controlled trials, showing an increase in renal dysfunction.

93.   Bayer also prepared an Integrated Summary of Safety in 2006 following the publication of the Mangano and Karkouti papers, reflecting data from 45 prospective clinical trials.  This analysis was submitted to FDA in July 2006 (BAY00194431; BHCAG01830605-75).   Of note, this analysis revealed a significantly greater percentage of Trasylol-treated patients experienced a serum creatinine increase >0.5 mg/dL (9.0% and 6.6% in Trasylol and placebo treated patients, respectively).

94.   In December 2006, Bayer updated the Trasylol label to include the following information regarding adverse renal events in the WARNINGS section.  This change was based on results from Bayer's global pool of placebo-controlled studies (n=45) in patients undergoing CABG surgery (BHCAG01830605-75).

> "Trasylol administration increases the risk for renal dysfunction and may increase the need for dialysis in the perioperative period.  This risk may be especially increased for patients with pre-existing renal impairment or those who receive aminoglycoside antibiotics or drugs that alter renal function.  Data from Bayer's global pool of placebo-controlled studies in patients undergoing coronary artery bypass graft (CABG) surgery showed that the incidence of serum creatinine elevations >0.5 mg/dL above pre-treatment levels was significantly higher at 9.0% (185/2047) in the high-dose aprotinin (Regimen A) group compared with 6.6% (129/1957) in the placebo group.  In the majority of instances, post-operative renal dysfunction was not severe and was reversible.  However, renal dysfunction that may progress to renal failure and the incidence of serum creatinine elevations >2.0 mg/dl above baseline was slightly higher in the high-dose aprotinin group (1.1% vs. 0.8%).  Careful consideration of the balance of benefits versus potential risks is advised before administering Trasylol to patients with impaired renal function (creatinine clearance < 60 mL/min) or to those with other risk factors for renal dysfunction (such as perioperative administration of aminoglycosides or products that alter renal

40

function.   See PRECAUTIONS and ADVERSE REACTIONS: Laboratory
Findings: Serum Creatinine."

95.  As noted earlier, the majority of the clinical trials that made up this database
were completed by 2001.  As such, Bayer should have been aware of this data
by January 2002 (Interrogatory 15; Admission 14; see also BAY00194423-
628) and should have effected labeling modifications at least by 2002.

96.  In a retrospective analysis of patients undergoing cardiac surgery during
January 1, 2000 to September 30, 2007 period, an increased risk of
postoperative renal dysfunction was observed in patients receiving
concomitant Trasylol and an ACE inhibitor and undergoing off pump surgery
(Mouton et al., 2008).   Another recent meta-analysis of eleven studies
published between 2006 and 2008 reported that Trasylol was associated with
renal dysfunction (risk ratio 1.42, 95% CI, 1.13-1.79) and long-term mortality
(hazard ratio 1.22, 95% CI, 1.08-1.39) (Gagne et al., 2009).

97.  In a 2006 update to their 1999 publication (Munoz et al., 1999), Brown et al.
(2006) observed a significantly increased relative risk for renal dysfunction
associated with aprotinin.  Bayer was made aware of this later manuscript
prior to its publication (BAYCS00172551-2).

98.  Bayer also did not address other sources of renal-related information relating
to Trasylol.  For example, Bayer failed to adequately track reports of patients
requiring renal dialysis following treatment with Trasylol.  In an updated
benefit risk analysis performed in 2006 to support a change in the Company
Core Data Sheet, Bayer noted 81 cases of acute renal failure and/or renal
dysfunction from product launch until March 31, 2006 (BHCAG00969514-
606 @556).   A total of two patients were noted as requiring dialysis
(BHCAG00969514-606 @557).   However, upon closer examination of the
CIOMS forms (BAY03828599-9023) 17 cases requiring dialysis are found,

not the 2 reported to the foreign regulatory authorities (deposition of Kuno Sprenger, pp. 593-633).

99.     The product labeling "must contain a summary of the essential scientific information needed for the safe and effective use of the drug" (21 CFR §201.56).  In this respect, the Trasylol label was false and misleading and Bayer failed to follow regulatory guidelines, industry standards and their own procedures (PhRMA 1995; PhRMA Medicine Safety: Overview; PhRMA, U.S. Prescription Drug Safety: The World's Standard; PhRMA Safety Principles; *Pharmacoepidemiology* 2006; January 2006 Guidance; March 2005 Guidance; March 2001 Draft Guidance; 21 CFR §201.56; 201.57; BAY00956738; BAY04293244).

100.    Moreover, Bayer clearly recognized that safety-related updates to a product label do not require the demonstration of a statistically-significant effect with the drug compared to a placebo (or active) treated group.  This has been acknowledged by a Bayer pharmacovigilance employee (deposition of Ernst Weidmann, pp. 85-6).

101.    Bayer also cannot shield their obligation to conduct additional studies by claiming antifibrinolytic comparator drugs were indicated for other uses (deposition of Stan Horton, pp. 1116-7).  After all, multiple studies have been cited evaluating all of these products, notwithstanding their labeled indications.

102.   Bayer failed to maintain an accurate representation of the true risks of adverse renal events in the Trasylol labeling. Although several minor modifications were made to the Trasylol label regarding adverse renal events during the 1994-2005 period, these changes, based upon Bayer's global pool of controlled clinical studies, failed to account for additional data describing increased risks associated with Trasylol and thus did not accurately reflect the serious renal risks associated with the drug. Moreover, the December 2006 Trasylol label change effected by Bayer, which added language to the WARNINGS section describing the increased risk of renal dysfunction associated with Trasylol, was based upon studies completed no later than 2002 and as such, should have been implemented much earlier.

103.   Adverse renal effects of Trasylol were apparent prior to the launch of the product in the United States. Although the Trasylol label contained information noting the increased risk of renal failure (in the PRECAUTIONS section) for patients undergoing hypothermic circulatory arrest, similar information was not provided for other patients not undergoing this procedure. During the 1994-1998 period, several studies had noted either increased rates of renal dysfunction, more frequent elevations of serum creatinine, or a prolongation of the time required for creatinine values to normalize. In 1999, a meta analysis (Munoz et al., 1999) noted that there was a trend towards increased rates of renal dysfunction associated with high dose Trasylol. By utilizing only data from their controlled clinical trials as a basis for updating the product label, Bayer failed to account for these results and thus provided an incomplete representation of the renal risks associated with Trasylol. Indeed, in 1998 Bayer diluted adverse renal effect information in the Trasylol label, stating that there was "no statistically or clinically significant increase in the incidence of postoperative renal dysfunction in patients treated with Trasylol". Subsequent studies (unpublished Kress results; Kincaid et al., 2005; Brown et al., 2006; Mangano et al., 2006; Karkouti et al., 2006; Mouton et al., 2008; Gane et al., 2009) and internal Bayer analyses (BAY00194431;

BHCAG01830605-75;    BHCAG00969514-606;    BAY03828599-9023) confirmed the adverse renal effects observed in the earlier studies and demonstrated that the label did not provide an accurate risk-benefit profile regarding renal events prior to 2006.


_____
Cheryl D. Blume

10·04-10
_____
Date

# Appendix 1

## *Curriculum vitae*

## Cheryl D. Blume, Ph.D.

# CHERYL D. BLUME, Ph.D.

▪ 13902 N. Dale Mabry Ave., Suite 230 ▪ Tampa, FL 33618

▪ Phone: 813-963-3062 ▪ Fax: 813-963-0972

▪ E-mail: cblume@pharmdevgroup.com ▪ URL: www.pharmdevgroup.com

> * Extensive regulatory and industrial experience with Nonprescription, Prescription and Biologic Drug Products and Medical Devices * Executive and consultant experience in private/publicly held pharmaceutical companies * Drug discovery/device/ pharmaceutical product development * NDA/ANDA/IND/PMA/510(k)/IDE/BLA compilation/submission * Product launch strategies * Europe and United States government registrations/regulatory affairs * FDA interactions * U.S. patent/trademark submission/approval procedures * Pre-clinical and clinical development * Global pharmacovigilance and post marketing surveillance * Analytical/bioanalytical laboratory development/management * Design, planning, and implementation of pivotal pre-clinical and clinical trials * Quality assurance management * Establishment and implementation of Good Laboratory and Good Manufacturing Practices * Regulatory oversight of sales and marketing programs * Expert witness in clinical pharmacology, toxicology and in pharmaceutical and device related litigation

## SUMMARY

Generic and ethical pharmaceutical development and registration strategist with more than 30 years experience including independent consultant to national and international pharmaceutical firms, expert witness in national pharmaceutical litigation, as well as executive positions in generic and ethical pharmaceutical companies.  Accomplishments in complete NDA, ANDA, IND, PMA, 510(k), IDE and BLA development, submission, approval, market launch and post-approval programs with extraordinary results.  Successful in the development, implementation and direction of Regulatory Affairs, Pre-Clinical and Clinical Development, Pharmacokinetics, Statistics, Quality Assurance, Analytical and Bioanalytical Laboratories, Document Control, Marketing Oversight and Professional Services.

## HIGHLIGHTS/ACCOMPLISHMENTS

➢ Formulate and execute international and national pharmaceutical and device development programs, evaluate clinical and preclinical data and direct the elaboration and prosecution of government registration dossiers.

➢ Spearheaded research and development, submission and approval programs for several complete New Drug Applications (NDA). FDA approved two of these NDAs within one year of submission. Accountable for several additional new product launches in the United States (both prescription and nonprescription).

➢ Directed new product development, submission and approval of more than 100 Abbreviated New Drug Applications (ANDA) with the majority being the first generic approval granted by FDA.

➢ Accountable for the submission of at least 30 Investigational New Drug Applications (IND) that permitted initiation of clinical trials in the United States in the following areas: Cardiology, Neurology, Psychiatry, Pediatrics, Gastroenterology, Infectious Disease, Oncology, Dermatology, and Topical Analgesia.

➢ Inventor of record for 30 United States and foreign cardiovascular, neurologic and psychiatric product and method of use patents, as well as several pending applications.

➢ Ultimate responsibility for the design, development, implementation, finalization and submission of Phase I-IV clinical and all phases of toxicology trials to FDA and other regulatory scientific review bodies.

➢ Experienced in the design of development programs for oral, aerolized, topical, transdermal and parenteral dosage forms.

➢ Successful in interacting with contract research organizations and all subsidiary and external manufacturers (bulk and finished product), formulators, packagers, and other suppliers of goods and services.

➢ Appeared before the United States House of Representatives, Wall Street, Financial Analysts meetings, national Pharmaceutical Association Meetings and on local and national television.

➢ Author of multiple peer reviewed pharmaceutical and medical related articles.

➢ Responsible for the regulatory oversight of the sales and marketing development and implementation programs for generic, nonprescription and prescription drug products, biologics and devices.

➢ Designation as the regulatory point of contact for both U.S. and international manufacturers with the U.S. FDA

➢ Expert witness in national pharmaceutical and device litigation relating to product launches, product related liabilities, pharmaceutical adverse medical events, cGMP compliance, market definitions, product labeling and registration activities. Assist counsel in developing strategies relating to regulatory and marketing elements associated with litigation. Serve as clinical pharmacology, regulatory affairs, labeling, warnings and toxicology expert witness.

## PROFESSIONAL EXPERIENCE

Pharmaceutical Development Group, Inc.                    1999 to Present
**President**                                            Tampa, Florida

University of South Florida College of Medicine          2007 to 2012
**Affiliate Associate Professor to the Voluntary**       Tampa, Florida
**Faculty of the Department of Molecular**
**Pharmacology & Physiology**

University of South Florida College of Medicine          2004 to 2007
**Affiliate (Research Scientist) Associate Professor**   Tampa, Florida
**to the Voluntary Faculty of the**
**Department of Pharmacology**

Somerset Pharmaceuticals, Inc.                           1993 to 1998
**Executive Vice President/Chief Operations Officer**    Tampa, Florida
**Board of Directors**
**Vice President**

Mylan Laboratories, Inc.                                 1977 to 1995
**Vice President**              Morgantown, West Virginia/Tampa, Florida
**Technical Director**
**Director of Pharmacology/Assistant Director of Regulatory Affairs**

## EDUCATION

West Virginia University – **Bachelor of Arts Degree in Biology**
West Virginia University School of Medicine – **Doctorate Degree in Medical Pharmacology**
- Phi Beta Kappa (National Scholastic Honorary)
- Recipient NIH Pre-Doctoral Fellowship

## AWARDS/ORGANIZATIONS

- West Virginia University Alumni Association
- Active member of Phi Beta Kappa Alumni Association
- American Association of Pharmaceutical Scientists (AAPS)
- American Pharmacists Association
- Academy of Pharmaceutical Sciences
- Elected in 1997 to the Board of Fellows at the University of Tampa
- Affiliate (Research Scientist) Associate Professor to the Voluntary Faculty of the Department of Molecular Pharmacology & Physiology – University of South Florida.
- Regulatory Affairs Professionals Society (RAPS)

- International Society for Pharmacoepidemiology (ISPE)
- Drug Information Association (DIA)

- **AWARDED PATENTS**

- Patent No. US4,444,769 - Antihypertensive diuretic combination composition and associated method
- Patent No. US4,526,777 - Pharmaceutical combination composition and associated method
- Patent No. US4,547,498 - Pharmaceutical combination composition and associated method
- Patent No. PH21520-Antihypertensive diuretic combination and associated method
- Patent No CA1220423-Pharmaceutical combination composition and associated method
- Patent No. EP0207405-Method for making pharmaceutical combination composition in granularity heterogenous solid unit dosage form with enhanced bioavailability.
- Patent No.AT51147T-Verfahren zur herstellung einer kombinierten pharmazeutischen zusammensetzung in einer granulaeren heterogenen dosisform mit erhoehter bioverfuegbarkeit
- Patent No. AT29663T-Kombinierte pharmazeutische zusammensetzung und zugehoeriges verfahren
- Patent No. US6,299,901 - Methods and pharmaceutical compositions employing desmethylselegiline
- Patent No. US6,348,208 - Methods and pharmaceutical compositions employing desmethylselegiline
- Patent No. US6,419,948 - R(-)desmethylselegiline and its use in transdermal delivery compositions
- Patent No. US6,528,082 - Methods and pharmaceutical compositions employing desmethylselegiline to treat neoplastic diseases or conditions
- Patent No. US6,562,364 – Desmethylselegiline enantiomers and their use to treat drug withdrawal symptoms
- Patent No. US6,562,365 - Methods employing R(-)-desmethylselegiline
- Patent No. US6,699,495 - Methods for treating multiple sclerosis employing desmethylselegiline
- Patent No. WO03075906-Methods for preventing and treating peripheral neuropathy by administering desmethylselegiline.
- Patent No. WO0219964-Methods and pharmaceutical compositions employing desmethylselegiline to treat neoplastic diseases or conditions
- Patent No. AU9235898– Methods and pharmaceutical compositions employing desmethylselegiline
- Patent No. AU719447B- Methods and pharmaceutical compositions employing desmethylselegiline

- Patent No. NO973261- Methods and pharmaceutical compositions employing desmethylselegiline
- Patent No. WO9622068- Methods and pharmaceutical compositions employing desmethylselegiline
- Patent No. AU695359B– Methods and pharmaceutical compositions employing desmethylselegiline
- Patent No. CA2,209,892– Methods and pharmaceutical compositions employing desmethylselegiline
- Patent No. CN96192486.1– Methods and pharmaceutical compositions employing desmethylselegiline
- Patent No. JP3036847– Methods and pharmaceutical compositions employing desmethylselegiline
- Patent No. FI972988– Methods and pharmaceutical compositions employing desmethylselegiline
- Patent No. AU709447–Methods and pharmaceutical compositions employing desmethylselegiline
- Patent No. WO117286-Methods for treating cerebrovascular disease


## **PUBLICATIONS**

- Absorption and disposition of a low-dose combination formulation of hydrochlorothiazide and triamterene. Biopharm Drug Dispos. 1990 Apr;11(3):233-43. Williams RL, Lin ET, Liang-Gee W, Blume CD, Benet LZ.
- Effects of formulation and food on the absorption of hydrochlorothiazide and triamterene or amiloride from combination diuretic products. Pharm Res. 1987 Aug;4(4):348-52. Williams RL, Mordenti J, Upton RA, Lin ET, Gee WL, Blume CD, Benet LZ.
- Absorption and disposition of two combination formulations of hydrochlorothiazide and triamterene: influence of age and renal function. Clin Pharmacol Ther. 1986 Aug;40(2):226-32. Williams RL, Thornhill MD, Upton RA, Blume C, Clark TS, Lin E, Benet LZ.
- Absence of a significant pharmacokinetic interaction between hydrochlorothiazide and triamterene when coadministered.J Pharmacokinet Biopharm. 1984 Dec;12(6):575-86. Upton RA, Williams RL, Lin ET, Gee WL, Blume CD, Benet LZ.
- Pharmacokinetic-pharmacodynamic analysis of unbound disopyramide directly measured in serial plasma samples in man. J Pharmacokinet Biopharm. 1984 Dec;12(6):559-73. Thibonnier M, Holford NH, Upton RA, Blume CD, Williams RL.
- Bioequivalence study of a tablet formulation of triamterene and hydrochlorothiazide. Am J Med. 1984 Nov 5;77(5A):59-61. Blume CD, Williams RL, Upton RA, Lin ET, Benet LZ.

- Clinical experience with a combination formulation of triamterene and hydrochlorothiazide (Maxzide) in patients with mild to moderate hypertension. Am J Med. 1984 Nov 5;77(5A):62-6. <u>Williams RL, Clark T, Blume CD.</u>
- A antihypertensive agent: Maxzide (75 mg triamterene/50 mg hydrochlorothiazide). Am J Med. 1984 Nov 5;77(5A):52-8. <u>Blume CD, Williams RL.</u>
- Relative bioavailability of chlorthalidone in humans: adverse influence of polyethylene glycol.
  J Pharm Sci. 1982 May;71(5):533-5. <u>Williams RL, Blume CD, Lin ET, Holford NH, Benet LZ.</u>
- Comparative effects and mechanisms of castration, estrogen anti-androgen, and anti-estrogen-induced regression of accessory sex organ epithelium and muscle. Invest Urol. 1981 Jan.;18(4):229-34. <u>Neubauer B, Blume C, Cricco R, Greiner J, Mawhinney M.</u>
- Estrophilic molecules in the male guinea pig. J Steroid Biochem. 1978 Jun;9(6):515-25. No abstract available. <u>Blume CD, Mawhinney MG.</u>
- Androphilic and estrophilic molecules in canine prostate glands. Invest Urol. 1978 Mar.;15(5):425-31. No abstract available. <u>Robinette CL, Blume CD, Mawhinney MG.</u>
- Androgen and estrogen binding in male guinea pig accessory sex organs. Endocrinology. 1977 Sep;101(3):726-40. No abstract available. <u>Belis JA, Blume CD, Mawhinney MG.</u>

# Appendix 2


# Depositions and Trial Testimonies
# (2006-2010)

Angela Montgomery v. Wyeth. Case Pending in the U.S. District Court for the Eastern District of PA. Civil Action No. 2:06-cv-20008, MDL Docket No. 1203.
(**Deposition**) (October 26, 2006)

In Re: Accutane Products Liability Litigation. MDL Docket No. 1626 All Cases 8:04-MD-2523-30TBM. U.S. District Court Middle District of Florida Tampa Division.
(**Deposition**) (November 17, 2006)

In Re: Accutane Products Liability Litigation. MDL Docket No. 1626 IBD Track Cases 8:04-MD-2523-T-30TBM. U.S. District Court Middle District of Florida Tampa Division.
(**Deposition**) (December 19, 2006)

Daniel, et al. v. Wyeth, et al. In Re: Prempro Products Liability Litigation. Case No. 4:05-cv-00497-WRW. In the Court of Common Pleas Philadelphia County
(**Trial Testimony**) (Jan 10-11, 2007)

Nelson, et al. v. Wyeth, et al. In Re: Prempro Products Liability Litigation. Case No. 4:05-cv-00497-WRW. In the Court of Common Pleas Philadelphia County
(**Trial Testimony**) (Jan 11-12, 2007)

McCarrell v Hoffman-La Roche Inc.; Beard v Hoffman-La Roche Inc.; Reynolds v. Hoffman-La Roche Inc. Superior Court of New Jersey Law Division: Atlantic County. Docket No.: ATL-L-1951-03; Docket No.: ATL-L-2643-03; Docket No.: ATL-L-2644-03
(**Deposition**) (January 23, 2007)

In Re: Accutane Products Liability Litigation. MDL Docket No. 1626 All Cases 8:04-MD-2523-30TBM. U.S. District Court Middle District of Florida Tampa Division. Continuation of November 17, 2006
(**Deposition**) (January 30, 2007)

Merle Simon, et al vs. Wyeth Pharmaceuticals, et al. Court of Common Pleas. Philadelphia County, June Term, 2004. No. 4229
(**Trial Testimony**) (May 1-2, 2007)

McCarrell v Hoffman-La Roche Inc.; Beard v Hoffman-La Roche Inc.; Reynolds v. Hoffman-La Roche Inc. Superior Court of New Jersey Law Division: Atlantic County. Docket No.: ATL-L-1951-03; Docket No.: ATL-L-2643-03; Docket No.: ATL-L-2644-03
(**Trial Testimony**) (May 15, 2007)

Adam W. Mason, vs. Dr. Kenneth Councilman, West Florida Medical Center Clinic, P.A., Hoffman-La Roche Inc. and Roche Laboratories Inc. In the Circuit Court of the 1st Judicial Circuit, In and For Escambia County, Florida. Case No.: 2001-CA-002416. Division: "D". (**Deposition**) (August 22, 2007)

Arlene Rowatt, Pamela Forrester and Jeraldine Scofield vs. Wyeth and Pharmacia & Upjohn Company, LLC. In the Second Judicial District court of the State of Nevada in and for the county of Washoe. Case No. CV04-01699. Depart. No. 9. (**Trial Testimony**) (September 17-19, 2007)

In Re: Biddiscombe International, LLC vs. Stephen Gayheart and Biddiscombe Laboratories, Inc. United States Bankruptcy Court. Middle District of Florida Tampa Division. Case No.:06-BK-03853-MGW. Chapter 11. Adv. Proc. No. 06-ap-508-mgw. (**Deposition**) (September 27, 2007)

Adam W. Mason, vs. Dr. Kenneth Councilman, West Florida Medical Center Clinic, P.A., Hoffman-La Roche Inc. and Roche Laboratories Inc. In the Circuit Court of the 1st Judicial Circuit, In and For Escambia County, Florida. Case No.: 2001-CA-002416. Division: "D". (**Deposition**) (September 28, 2007)

Adam W. Mason, vs. Dr. Kenneth Councilman, West Florida Medical Center Clinic, P.A., Hoffman-La Roche Inc. and Roche Laboratories Inc. In the Circuit Court of the 1st Judicial Circuit, In and For Escambia County, Florida. Case No.: 2001-CA-002416. Division: "D". (**Trial Testimony**) (October 1, 2007)

In Re: Biddiscombe International, LLC vs. Stephen Gayheart and Biddiscombe Laboratories, Inc. United States Bankruptcy Court. Middle District of Florida Tampa Division. Case No.:06-BK-03853-MGW. Chapter 11. Adv. Proc. No. 06-ap-508-mgw. (**Trial Testimony**) (October 2, 2007)

Randi Kunnemann, as Independent Administrator of the Estate of Karin K. Kunnemann vs. Janssen Pharmaceutical Products, L.P. a New Jersey Corporation; and Alza Corporation, a Delaware Corporation. United States District Court Northern District of Illinois Eastern Division. No.: 05-C03211. (**Deposition**) (October 17, 2007)

In re: Neurontin Marketing, Sales Practices, and Products Liability Litigation. United States District Court. District of Massachusetts. MDL Docket No.: 1629 Master File No. 04-10981 (**Deposition**) (November 12-13, 2007)

In re: Mirapex Products Liability Litigation. Zwayer et al. v. Boehringer Ingelheim Pharmaceuticals, Inc., et al. MDL No. 07-1836 (JMR/FLN). United States District Court District of Minnesota. Civil No. 06-874, 06-1215, 06-2145. (**Deposition**) (November 29, 2007)

In re: Massachusetts State Court Diet Drug Litigation. Kathryn A., Gerald M., Nathaniel T., Amber F., and Michael T. Decker v. Indevus Pharmaceuticals Inc. f/k/a/ Interneuron Pharmaceuticals, Inc.; Wyeth, Inc., f/k/a American Home Products Corporation. Commonwealth of Massachusetts, Superior Court Department. Civil Action No. 06-4461
(**Deposition**) (December 7, 2007)

Jason Rosensweig v. Thomas Keahey, M.D., Hoffmann-La Roche Inc., and Roche Laboratories, Inc. In the Superior Court for the District of Columbia Civil Division. C.A. No. 03-002184.
(**Deposition**) (January 30, 2008)

In re: Prempro Products Liability Litigation, MDL Docket No. 4:03-CV-1507 WRW– All Cases and Juanita Browning, et al. v. Wyeth, et al. Pike Circuit Court Civil Action No. 1:05-CV-00323. ( **Deposition**) (February 6, 2008)

In Re: New York Neurontin Products Liability Litigation. Supreme Court of the State of New York. County of New York. Case Management. Index No. 76500/2006.
(**Continuation Deposition**) (February 29, 2008)

Kendall v. Hoffmann-La Roche, Inc. and Roche Laboratories Inc.
(**Trial Testimony**) (April 9-10, 2008)

Scott David Hodgemire v. Janssen Pharmaceutical Products, LP. In the Circuit Court, Seminole County, FL. Case No.: 04-CA-1311-10-K.
(**Deposition**) (April 15, 2008)

Randi Kunnemann, as Independent Administrator of the Estate of Karin K. Kunnemann vs. Janssen Pharmaceutica Products, L.P. a New Jersey Corporation; and Alza Corporation, A Delaware Corporation. United States District Court Northern District of Illinois Eastern Division. No.: 05-C03211. (**Deposition**) (June 10, 2008)

In re: Neurontin Marketing, Sales Practices, and Products Liability Litigation. United States District Court. District of Massachusetts. MDL Docket No.: 1629 Master File No. 04-10981
(**Hearing Testimony**) (June 19-20, 2008)

Scott David Hodgemire v. Janssen Pharmaceutical Products, LP. In the Circuit Court, Seminole County, FL. Case No.: 04-CA-1311-10-K.
Continuation of Deposition of April 15, 2008
(**Deposition**) (September 12, 2008)

Gloria A. Stribling vs. Wyeth, Inc., et al. Superior Court of New Jersey. Law Division Bergen County. Docket No. BER-L-2352-07MT.
(**Trial Testimony**) (September 24-25, 29, 2008)

Scott David Hodgemire v. Janssen Pharmaceutical Products, LP. In the Circuit Court, Seminole County, FL. Case No.: 04-CA-1311-10-K
(**Trial Testimony**) (October 16, 2008)

Kelly Mace, Lance Sager, Jordan Speisman v. Hoffman-La Roche, Inc. Superior Court of New Jersey. Law Division: Atlantic County. Docket No. ATL-L-199-05MT
(**Trial Testimony**) (October 30, 2008)

Juanita Browning and William Browning v. Wyeth, et al. Commonwealth of Kentucky Pike Circuit Court. Civil Action No. 05-CI-01247.
(**Deposition**) (November 21, 2008)

Jimmie West and Daniel Allgood, on behalf of the estate of Dannette West, Deceased vs. Alza Corporation: Janssen Pharmaceutica Products, L.P. Janssen Pharmaceutica, Inc. Karl Covington, M.D. and Karl Covington, M.D., P.A. In the District Court of Trinity County, Texas. 258th Judicial District.
(**Deposition**) ( January 30, 2009)

In Re Viagra Products Liability Litigation.  This document relates to: Martin v. Pfizer; Stanley v. Pfizer. Case No.: MDL Docket No. 06-md-1724. District of Minnesota
(**Deposition**) (February 12, 2009)

In Re: Diet Drug Litigation. Jessie Kohler vs. Wyeth, Manhattan Weight Control Medical Center, and Does 1-50.  Superior Court of the State of California. County of Los Angeles – Central Civil West. Drug Case No.: DD004290. Home Case No.: BC356185.
(**Trial Testimony**) (March 5-6, 24-27, 2009)

Aimee Freeman vs. Hoffman-La Roche Inc, and Roche Laboratories Inc., In the District Court of Douglas County, Nebraska. Andrew McCarrell vs. Hoffman-La Roche Inc. and Roche Laboratories, Inc. Superior Court of New Jersey. Law Division Atlantic county Docket No. ATL-L-1951-03-MT
(**Deposition**) (June 5, 2009)

Juanita Ford, as Administratrix of the Estate of Barbara J. Wells, vs. Alza Corporation; Janssen Pharmaceutica Products, L.P., Janssen, L.P. and Janssen Pharmaceutica, Inc.  United States District Court for the Southern District of Ohio, Western Division. Civil Action No. C2-08-0319. (**Deposition**) (August 25, 2009)

Jason Christopher Peipert vs. Daniel Goran, M.D. and Hoffman la Roche, Inc. et al. File No.: 19485. In the Circuit court Third Judicial Circuit Madison County, IL.
 (**Deposition**) (September 22, 2009)

Connie J. Barton vs. Wyeth Pharmaceuticals, Inc., et al. Court of Common Pleas Philadelphia County. (**Trial Testimony**) (October 1-2, 9, 2009)

Donna Kendall and John Kendall, Jr. v. Wyeth Pharmaceuticals, Inc., et al. Court of Common Pleas. Philadelphia County.
(**Trial Testimony**) (October 21-23, 2009)


In Re: Gadolinium-Based Contrast Agents Products Liability Litigation. Case No. 1:08-gd-50000. MDL No. 1909. Kimberly Bullock, et al; Doyle Kono, et al; Linda Marino v. General Electric Company, et al.
(**Deposition**) (November 19, 2009)

Scott and Pamela Purcel, individually, and as Next Friend of B.P., a Minor v. Advanced Bionics Corporation and Astro Seal Inc. In the United States District Court for the Northern District of Texas Dallas Division. Civil Action No. 3:07-CV-01777-M.
(**Deposition**) (November 23, 2009)

Andrew McCarrell vs. Hoffman-La Roche Inc. and Roche Laboratories, Inc. Superior Court of New Jersey. Law Division Atlantic county Docket No. ATL-L-1951-03-MT  (**Deposition**) (December 8, 2009)

Barbara Christian, Michael Cardinal; Chris Freed and Jacqueline Finch vs. Alza Corporation, Novartis Pharmaceuticals Corporation; Sandoz Inc., Sandoz Pharmaceuticals Corporation; and DOES 1 through 150, inclusive.  Superior Court of the State of California for the county of San Diego.  Case No.37-2008-00090247-CU-PO-CTL.
(**Deposition**) (January 7, 2010)

Andrew McCarrell vs. Hoffman-La Roche Inc. and Roche Laboratories, Inc. Superior Court of New Jersey. Law Division Atlantic county Docket No. ATL-L-1951-03-MT  (**Trial Testimony**) (January 27-28, 2010)

Scott and Pamela Purcel, individually, and as Next Friend of B.P., a Minor v. Advanced Bionics Corporation and Astro Seal Inc. In the United States District Court for the Northern District of Texas Dallas Division. Civil Action No. 3:07-CV-01777-M.
(**Continued Deposition**) (February 19, 2010)

Alberta M. Woodson and Dale Woodson, Administrators of the Estate of Karyn L. Shepherd, Deceased v. Novartis Pharmaceuticals Corp., Fairfax County Virginia Circuit Court, Case No. CL2007-5870. (**Deposition**) (March 18, 2010)

In re: Neurontin Marketing, Sales Practices, and Products Liability Litigation.
United States District Court. District of Massachusetts. MDL Docket No.: 1629 Master File No. 04-10981.  (**Deposition**) (May 7, 2010

Daryl Weathersbee v. Hoffman-La Roche, Inc. Docket No.: ATL-L-3260-04 MT. Superior Court of New Jersey Law Division: Atlantic County. Civil Action.
(**Deposition**) (May 25, 2010)

In Re: Levaquin Products Liability Litigation. United States District Court for the District of Minnesota. Court File 08-md-1943-JRT
(**Deposition**) ) (July 9, 2010)


Harriet Singer and Seymour Singer, Alison Rosenberg and Herbert Rosenberg vs. Merck & Co., Inc. et al. Superior Court of New Jersey-Law Division. Atlantic County. Docket No.: ATL-L-4703-08 and ATL-L-3644-08. Civil Action.
(**Deposition**) (September 10, 2010)

# Appendix 3

# List of Documents Reviewed

## A. Documents, Literature and Other References as Cited in this Report

## B. Bayer Documents

| | | |
|---|---|---|
| BAY00000881 | BAY00674730 | BAY00981697 |
| BAY00111215 | BAY00674857 | BAY00983471 |
| BAY00111216 | BAY00679867 | BAY00984146 |
| BAY00111217 | BAY00680413 | BAY01035650 |
| BAY00194423 | BAY00680602 | BAY01035680 |
| BAY00194431 | BAY00686702 | BAY01035683 |
| BAY00196017 | BAY00705158 | BAY01202051 |
| BAY00202396 | BAY00705555 | BAY01234332 |
| BAY00205268 | BAY00720487 | BAY01392701 |
| BAY00225297 | BAY00720491 | BAY01564064 |
| BAY00225695 | BAY00720493 | BAY01624243 |
| BAY00227385 | BAY00720497 | BAY01630836 |
| BAY00227587 | BAY00720499 | BAY01983487 |
| BAY00235502 | BAY00720501 | BAY02049176 |
| BAY00235508 | BAY00720506 | BAY02114121 |
| BAY00279254 | BAY00720511 | BAY02463308 |
| BAY00280101 | BAY00720513 | BAY02463309 |
| BAY00289056 | BAY00720515 | BAY02715890 |
| BAY00323004 | BAY00720517 | BAY02718728 |
| BAY00328785 | BAY00720520 | BAY02907598 |
| BAY00329252 | BAY00720522 | BAY02944790 |
| BAY00369029 | BAY00720523 | BAY03034618 |
| BAY00578601 | BAY00720528 | BAY03045674 |
| BAY00601419 | BAY00720530 | BAY03212324 |
| BAY00601441 | BAY00730156 | BAY03225264 |
| BAY00601757 | BAY00742183 | BAY03498393 |
| BAY00602602 | BAY00749599 | BAY03514820 |
| BAY00602606 | BAY00749600 | BAY03514821 |
| BAY00619635 | BAY00749601 | BAY03517028 |
| BAY00672885 | BAY00749602 | BAY03729284 |
| BAY00673909 | BAY00749614 | BAY03828599 |
| BAY00674526 | BAY00956738 | BAY03963323 |

| | | |
|---|---|---|
| BAY04213410 | BAY05956419 | BHCAG00969514 |
| BAY04213426 | BAY06107700 | BHCAG01034554 |
| BAY04213427 | BAY06124380 | BHCAG01034947 |
| BAY04213430 | BAY06377744 | BHCAG01199259 |
| BAY04293244 | BAY06378682 | BHCAG01306581 |
| BAY04390614 | BAY06564867 | BHCAG01306583 |
| BAY04390615 | BAY06783229 | BHCAG01306584 |
| BAY04390815 | BAY06790458 | BHCAG01625521 |
| BAY04534165 | BAY06805578 | BHCAG01625546 |
| BAY04568883 | BAY06830288 | BHCAG01830605 |
| BAY04574117 | BAY07638907 | BHCAG01830631 |
| BAY04585289 | BAY09020617 | BHCAG01830633 |
| BAY04586890 | BAY09524879 | BHCAG01907439 |
| BAY04627747 | BAY09655236 | BHCAG02293216 |
| BAY04691537 | BAYCS00035742 | BHCAG02659464 |
| BAY04713531 | BAYCS00172551 | BHCAG02659465 |
| BAY04841789 | BAYCS00174070 | BHCAG02690954 |
| BAY04879634 | BAYCS00174077 | BHCAG02726958 |
| BAY04879648 | BAYCS00174078 | BHCAG02749866 |
| BAY04974117 | BAYCS00174272 | BHCAG03730872 |
| BAY05010545 | BAYCS00174273 | BHCAG04211548 |
| BAY05131851 | BAYCS00181575 | BHCAG04483886 |
| BAY05322480 | BAYCS00197121 | BHCAG10399522 |
| BAY05322498 | BAYCS00347932 | BHCAGUS00053796 |
| BAY05426839 | BAYCS00369877 | |
| BAY05439481 | BAYCS00780442 | |
| BAY05562715 | BAYCS01030533 | |
| BAY05634659 | BAYCS01696933 | |
| BAY05676529 | BAYCS02068722 | |
| BAY05720405 | BAYSC01704168 | |
| BAY05758734 | BHCAG00457841 | |
| BAY05857654 | BHCAG00766030 | |

**C. Depositions and Exhibits**

1. Bova, Jeffrey

2. Chin, Thomas

3. Frances Ciavaglia

4. Cyrus, Pamela

5. Denton, Karen

6. Devoy, Michael,

7. Dyszynski, Thomas

8. Eisenberg, Mark

9. Frescharek, Reinhard

10. Meredith Fischer

11. Folley, Margaret

12. Harrison, Robert

13. Heller, Allen

14. Horton, Stanley

15. Isom, Diana

16. Jensen, Marc

17. Lettieri, John

18. MacCarthy, Paul

19. Malik, Kemal

20. Maurer, Jennifer

21. Monteagudo, Felix

22. Neal, Denise

23. Pascale, Valentine

24. Pierpont, Valerie

25. Rozycki, Michael

26. Scheeren, Joseph

27. Shah, Anita

28. Shank, William

29. Laurie Simpson

30. Skoronski, Matthew

31. Sprenger, Kuno

32. Sypinewski, Edward

33. Taylor, Terry

34. Trujillo, Mitchel

35. Tucker, Edwin

36. Walker, Alexander

37. Wegner, Max

38. Weidmann, Ernst

39. Wingen, Franz

40. Zaruby, Stephen

## D.  Expert Reports

1.  Parisian, Suzanne

2.  Waymack, J. Paul

3.  Eisenberg, Mark

4.  Fenichel, Robert

5.  Parikh, Chirag

### E.  Other Documents

Bruce Speiss Presentation – Guidelines: Blood Management in Heart Surgery

Responses and Objections of Defendants Bayer Healthcare Pharmaceuticals, Inc., Bayer Corporation, and Bayer Schering Pharma AG to Plaintiffs' Amended Fifth Requests for Production, First Request for Admissions and Second Set of Interrogatories, 12/9/2009

Responses and Objections of Defendants Bayer Healthcare Pharmaceuticals, Inc., Bayer Corporation, and Bayer Schering Pharma AG to Plaintiffs' Second Set of Interrogatories, Fifth Set of Requests for Production of Documents, and First Requests for Admission, 8/24/2009

Order on Bayer's Motion *In Limine* to Exclude Evidence, Testimony, and Argument Alleging that Bayer Provided Inadequate or Incomplete Data to the Federal Food and Drug Administration, 5/7/2010

Cardiovascular & Renal Drugs Advisory Committee, Transcript and Presentations, 9/21/2006

Cardiovascular & Renal Drugs Advisory Committee in Joint Session with the Drug Safety & Risk Management Advisory Committee, Transcript and Presentations, 9/12/2007

FDA Materials including documents related to NDA Approvals and Supplements

FDA Code of Federal Regulations and Guidances

### F.  References

1980   Morbidity of acute pancreatitis: the effect of aprotinin and glucagon, *Gut*, 21(4): 334-339

1991   Aprotinin and cardiac surgery, *BMJ*, 303(6808): 991-992

1998   Alderman, E. L., Levy, J. H., Rich, J. B., Nili, M., Vidne, B., Schaff, H., Uretzky, G., Pettersson, G., Thiis, J. J., Hantler, C. B., Chaitman, B., and Nadel, A., Analyses of coronary graft patency after aprotinin use: results from the International Multicenter Aprotinin Graft Patency Experience (IMAGE) trial, *J Thorac.Cardiovasc.Surg.*, 116(5): 716-730

2004   Alston, T. A., Aprotinin, *Int.Anesthesiol.Clin*, 42(4): 81-91

1998   Alvarez, J. M., Goldstein, J., Mezzatesta, J., Flanagan, B., and Dodd, M., Fatal intraoperative pulmonary thrombosis after graft replacement of an aneurysm of the arch and descending aorta in association with deep hypothermic circulatory arrest and aprotinin therapy, *J Thorac.Cardiovasc.Surg.*, 115(3): 723-724

1998   Astier, J. P., Veesler, S., and Boistelle, R., Protein crystals orientation in a magnetic field, *Acta Crystallogr.D.Biol.Crystallogr.*, 54(Pt 4): 703-706

2008   Augoustides, J. G., Letter by Augoustides regarding article, "Increased mortality, postoperative morbidity, and cost after red blood cell transfusion in patients having cardiac surgery", *Circulation* , 117(25): e506

2006   Avorn, J., Dangerous deception--hiding the evidence of adverse drug effects, *N.Engl.J Med.*, 355(21): 2169-2171

2007   Backer, C. L., Kelle, A. M., Stewart, R. D., Suresh, S. C., Ali, F. N., Cohn, R. A., Seshadri, R., and Mavroudis, C., Aprotinin is safe in pediatric patients undergoing cardiac surgery, *J Thorac.Cardiovasc.Surg.*, 134(6): 1421-1426

2007   Bakaeen, F., Rice, D., Correa, A. M., Walsh, G. L., Vaporciyan, A. A., Putnam, J. B., Swisher, S. G., Roth, J. A., Huh, J., Chu, D., and Smythe, W. R., Use of aprotinin in extrapleural pneumonectomy: effect on hemostasis and incidence of complications, *Ann.Thorac.Surg.*, 84(3): 982-986

2009   Barnum, J. L. and Sistino, J. J., Renal dysfunction in cardiac surgery: identifying potential risk factors, *Perfusion*, 24(2): 139-142

2008   Bayer responds to BART study

2001   Bedirhan, M. A., Turna, A., Yagan, N., and Tasci, O., Aprotinin reduces postoperative bleeding and the need for blood products in thoracic surgery: results of a randomized double-blind study, *Eur.J Cardiothorac.Surg.*, 20(6): 1122-1127

1997   Bennett-Guerrero, E., Sorohan, J. G., Gurevich, M. L., Kazanjian, P. E., Levy, R. R., Barbera, A. V., White, W. D., Slaughter, T. F., Sladen, R. N., Smith, P. K., and Newman, M. F., Cost-benefit and efficacy of aprotinin compared with epsilon-aminocaproic acid in patients having repeated cardiac operations: a randomized, blinded clinical trial, *Anesthesiology.*, 87(6): 1373-1380

1988   Bhargava, N., Dhasmana, K. M., Banerjee, A. K., Faithfull, N. S., Fennema, M., Vermij, M., and Erdmann, W., Aprotinin reduces hypothermic mortality--an experimental model, *Lab Anim*, 22(3): 223-228

1993   Bidstrup, B. P., Harrison, J., Royston, D., Taylor, K. M., and Treasure, T., Aprotinin therapy in cardiac operations: a report on use in 41 cardiac centers in the United Kingdom, *Ann.Thorac.Surg.*, 55(4): 971-976

2006   Bidstrup, B. P., Aprotinin and tranexamic acid in high-transfusion-risk cardiac surgery, *Transfusion*, 46(12): 2208-2210

2007   Bjella, L., Greiff, G., Pleym, H., Stenseth, R., and Wahba, A., The use of aprotinin in Norway, *Acta Anaesthesiol.Scand.*, 51(2): 261

2006   Body, S. C. and Mazer, C. D., Pro: Aprotinin has a good efficacy and safety profile relative to other alternatives for prevention of bleeding in cardiac surgery, *Anesth.Analg.*, 103(6): 1354-1359

2009   Breuer, T., Martin, K., Wilhelm, M., Wiesner, G., Schreiber, C., Hess, J., Lange, R., and Tassani, P., The blood sparing effect and the safety of aprotinin compared to tranexamic acid in paediatric cardiac surgery, *Eur.J Cardiothorac.Surg.*, 35(1): 167-171

2007   Bridges, C. R., Valid comparisons of antifibrinolytic agents used in cardiac surgery, *Circulation*, 115(22): 2790-2792

2006   Brown, J. R., Birkmeyer, N. J., and O'Connor, G. T., Aprotinin in cardiac surgery, *N.Engl.J Med.*, 354(18): 1953-1957

2007   Brown, J. R., Birkmeyer, N. J., and O'Connor, G. T., Meta-analysis comparing the effectiveness and adverse outcomes of antifibrinolytic agents in cardiac surgery, *Circulation*, 115(22): 2801-2813

2009   Brown, J. R., Mortality manifesto: a meta-analysis of aprotinin and tranexamic acid mortality, *Eur.J Cardiothorac.Surg.*, 36(4): 781-782

2005   Carless, P. A., Moxey, A. J., Stokes, B. J., and Henry, D. A., Are antifibrinolytic drugs equivalent in reducing blood loss and transfusion in cardiac surgery? A meta-analysis of randomized head-to-head trials, *BMC.Cardiovasc.Disord.*, 519

2006   Casati, V., Galli, L., and D'Angelo, A., Aprotinin and renal risk in cardiac surgery, *Transfusion*, 46(12): 2207-2210

1995   Chen, R. H., Frazier, O. H., and Cooley, D. A., Antifibrinolytic therapy in cardiac surgery, *Tex.Heart Inst.J.*, 22(3): 211-215

1996   Chernow, B., Jackson, E., Miller, J. A., and Wiese, J., Blood conservation in acute care and critical care, *AACN.Clin Issues*, 7(2): 191-197

2007   Coca, S. G. and Parikh, C. R., Long-term mortality associated with aprotinin following coronary artery bypass graft surgery, *JAMA*, 297(22): 2475-2476

2010   Coca, S. G., King, J. T., Jr., Rosenthal, R. A., Perkal, M. F., and Parikh, C. R., The duration of postoperative acute kidney injury is an additional parameter predicting long-term survival in diabetic veterans, *Kidney Int*

2007   Coleman, C. I., Rigali, V. T., Hammond, J., Kluger, J., Jeleniowski, K. W., and White, C. M., Evaluating the safety implications of aprotinin use: the Retrospective Evaluation of Aprotinin in Cardio Thoracic Surgery (REACTS), *J Thorac.Cardiovasc.Surg.*, 133(6): 1547-1552

2007   Colwell, C. W., Jr., Chelly, J. E., Murkin, J. M., Stevens, D., O'Keefe, T. J., Hall, R., and Parvizi, J., Randomized study of aprotinin effect on transfusions and blood loss in primary THA, *Clin Orthop.Relat Res.*, 465189-195

2002   Conroy, S., Unlicensed and off-label drug use: issues and recommendations, *Paediatr.Drugs.*, 4(6): 353-359

2006   Cooper, J. R., Jr., Abrams, J., Frazier, O. H., Radovancevic, R., Radovancevic, B., Bracey, A. W., Kindo, M. J., and Gregoric, I. D., Fatal pulmonary microthrombi during surgical therapy for end-stage heart failure: possible association with antifibrinolytic therapy, *J Thorac.Cardiovasc.Surg.*, 131(5): 963-968

1992   Cosgrove, D. M., III, Heric, B., Lytle, B. W., Taylor, P. C., Novoa, R., Golding, L. A., Stewart, R. W., McCarthy, P. M., and Loop, F. D., Aprotinin therapy for reoperative myocardial revascularization: a placebo-controlled study, *Ann.Thorac.Surg.*, 54(6): 1031-1036

1991   Covino, E., Pepino, P., Iorio, D., Marino, L., Ferrara, P., and Spampinato, N., Low dose aprotinin as blood saver in open heart surgery, *Eur.J Cardiothorac.Surg.*, 5(8): 414-417

2009   Cressman, P. A., A New Look at Aprotinin and Fibrin Sealants, *Amer Biotech Lab*, 27(1): 20-22

1996   D'Ambra, M. N., Akins, C. W., Blackstone, E. H., Bonney, S. L., Cohn, L. H., Cosgrove, D. M., Levy, J. H., Lynch, K. E., and Maddi, R., Aprotinin in primary valve replacement and reconstruction: a multicenter, double-blind, placebo-controlled trial, *J Thorac.Cardiovasc.Surg.*, 112(4): 1081-1089

1997   Dadlez, M., Disulfide bonds in protein folding studies: friends or foes?, *Acta Biochim.Pol.*, 44(3): 433-452

2006   Dalbert, S., Ganter, M. T., Furrer, L., Klaghofer, R., Zollinger, A., and Hofer, C. K., Effects of heparin, haemodilution and aprotinin on kaolin-based activated clotting time: in vitro comparison of two different point of care devices, *Acta Anaesthesiol.Scand.*, 50(4): 461-468

2006   Danish Medicines Agency Increased risk of cardiac and renal adverse reactions from the use of Trasylol

1995   Despotis, G. J., Joist, J. H., Joiner-Maier, D., Alsoufiev, A. L., Triantafillou, A. N., Goodnough, L. T., Santoro, S. A., and Lappas, D. G., Effect of aprotinin on activated clotting time, whole blood and plasma heparin measurements, *Ann.Thorac.Surg.*, 59(1): 106-111

1995   Despotis, G. J., Alsoufiev, A., Goodnough, L. T., and Lappas, D. G., Aprotinin prolongs whole blood activated partial thromboplastin time but not whole blood prothrombin time in patients undergoing cardiac surgery, *Anesth.Analg.*, 81(5): 919-924

1996   Despotis, G. J., Filos, K. S., Zoys, T. N., Hogue, C. W., Jr., Spitznagel, E., and Lappas, D. G., Factors associated with excessive postoperative blood loss and hemostatic transfusion requirements: a multivariate analysis in cardiac surgical patients, *Anesth.Analg.*, 82(1): 13-21

2001   Despotis, G. J., Avidan, M. S., and Hogue, C. W., Jr., Mechanisms and attenuation of hemostatic activation during extracorporeal circulation, *Ann.Thorac.Surg.*, 72(5): S1821-S1831

1990   Dietrich, W., Spannagl, M., Jochum, M., Wendt, P., Schramm, W., Barankay, A., Sebening, F., and Richter, J. A., Influence of high-dose aprotinin treatment on blood loss and coagulation patterns in patients undergoing myocardial revascularization, *Anesthesiology*, 73(6): 1119-1126

1995   Dietrich, W., Dilthey, G., Spannagl, M., Jochum, M., Braun, S. L., and Richter, J. A., Influence of high-dose aprotinin on anticoagulation, heparin requirement, and celite- and kaolin-activated clotting time in heparin-pretreated patients undergoing

open-heart surgery. A double-blind, placebo-controlled study, *Anesthesiology*, 83(4): 679-689

2001   Dietrich, W., Spath, P., Zuhlsdorf, M., Dalichau, H., Kirchhoff, P. G., Kuppe, H., Preiss, D. U., and Mayer, G., Anaphylactic reactions to aprotinin reexposure in cardiac surgery: relation to antiaprotinin immunoglobulin G and E antibodies, *Anesthesiology*, 95(1): 64-71

2006   Dietrich, W., Busley, R., and Kriner, M., High-dose aprotinin in cardiac surgery: is high-dose high enough? An analysis of 8281 cardiac surgical patients treated with aprotinin, *Anesth.Analg.*, 103(5): 1074-1081

2007   Dietrich, W., Ebell, A., Busley, R., and Boulesteix, A. L., Aprotinin and anaphylaxis: analysis of 12,403 exposures to aprotinin in cardiac surgery, *Ann.Thorac.Surg.*, 84(4): 1144-1150

2008   Dietrich, W., Spannagl, M., Boehm, J., Hauner, K., Braun, S., Schuster, T., and Busley, R., Tranexamic acid and aprotinin in primary cardiac operations: an analysis of 220 cardiac surgical patients treated with tranexamic acid or aprotinin, *Anesth.Analg.*, 107(5): 1469-1478

2008   Dietrich, W., Busley, R., and Boulesteix, A. L., Effects of aprotinin dosage on renal function: an analysis of 8,548 cardiac surgical patients treated with different dosages of aprotinin, *Anesthesiology*, 108(2): 189-198

2009   Dietrich, W., Aprotinin: 1 year on, *Curr.Opin.Anaesthesiol.*, 22(1): 121-127

2005   Diprose, P., Herbertson, M. J., O'Shaughnessy, D., Deakin, C. D., and Gill, R. S., Reducing allogeneic transfusion in cardiac surgery: a randomized double-blind placebo-controlled trial of antifibrinolytic therapies used in addition to intra-operative cell salvage, *Br.J Anaesth.*, 94(3): 271-278

2006   Drazen, J. M., Research replication, *N.Engl.J Med.*, 355(21): 2252-2253

1999   Dunn, C. J. and Goa, K. L., Tranexamic acid: a review of its use in surgery and other indications, *Drugs*, 57(6): 1005-1032

1999   Eagle, K. A., Guyton, R. A., Davidoff, R., Ewy, G. A., Fonger, J., Gardner, T. J., Gott, J. P., Herrmann, H. C., Marlow, R. A., Nugent, W. C., O'Connor, G. T., Orszulak, T. A., Rieselbach, R. E., Winters, W. L., Yusuf, S., Gibbons, R. J., Alpert, J. S., Eagle, K. A., Garson, A., Jr., Gregoratos, G., Russell, R. O., and Smith, S. C., Jr., ACC/AHA Guidelines for Coronary Artery Bypass Graft Surgery: A Report of the American College of Cardiology/American Heart Association Task Force on Practice Guidelines (Committee to Revise the 1991 Guidelines for Coronary Artery Bypass Graft Surgery). American College of Cardiology/American Heart Association, *J Am Coll.Cardiol.*, 34(4): 1262-1347

1995   Edmunds, L. H., Jr., Invited letter concerning: topical aprotinin, *J Thorac.Cardiovasc.Surg.*, 109(2): 400-402

1998   Ehrlich, M., Grabenwoger, M., Cartes-Zumelzu, F., Luckner, D., Kovarik, J., Laufer, G., Kocher, A., Konetschny, R., Wolner, E., and Havel, M., Operations on the thoracic aorta and hypothermic circulatory arrest: is aprotinin safe?, *J Thorac.Cardiovasc.Surg.*, 115(1): 220-225

1995   Feindt, P. R., Walcher, S., Volkmer, I., Keller, H. E., Straub, U., Huwer, H., Seyfert, U. T., Petzold, T., and Gams, E., Effects of high-dose aprotinin on renal function in aortocoronary bypass grafting, *Ann.Thorac.Surg.*, 60(4): 1076-1080

1983   Fejes-Toth, G., Frolich, J. C., and Naray-Fejes-Toth, A., Effect of aprotinin on the renal response to vasopressin in diabetes insipidus rats, *J Physiol*, 339: 585-590

1999   Fergusson, D., Blair, A., Henry, D., Hisashige, A., Huet, C., Koopman-van, Gemert A., Katz, E., McClelland, B., Sigmund, H., and Laupacis, A., Technologies to minimize blood transfusion in cardiac and orthopedic surgery. Results of a practice variation survey in nine countries. International Study of Peri-operative Transfusion (ISPOT) Investigators, *Int.J Technol.Assess.Health Care*, 15(4): 717-728

2005   Fergusson, D., Glass, K. C., Hutton, B., and Shapiro, S., Randomized controlled trials of aprotinin in cardiac surgery: could clinical equipoise have stopped the bleeding?, *Clin Trials*, 2(3): 218-229

2008   Fergusson, D. A., Hebert, P. C., Mazer, C. D., Fremes, S., MacAdams, C., Murkin, J. M., Teoh, K., Duke, P. C., Arellano, R., Blajchman, M. A., Bussieres, J. S., Cote, D., Karski, J., Martineau, R., Robblee, J. A., Rodger, M., Wells, G., Clinch, J., and Pretorius, R., A comparison of aprotinin and lysine analogues in high-risk cardiac surgery, *N.Engl.J Med.*, 358(22): 2319-2331

1995   Ferraris, V. A. and Ferraris, S. P., Limiting excessive postoperative blood transfusion after cardiac procedures. A review, *Tex.Heart Inst.J*, 22(3): 216-230

2008   Fraser, I. S., Porte, R. J., Kouides, P. A., and Lukes, A. S., A benefit-risk review of systemic haemostatic agents: part 1: in major surgery, *Drug Saf*, 31(3): 217-230

1994   Fremes, S. E., Wong, B. I., Lee, E., Mai, R., Christakis, G. T., McLean, R. F., Goldman, B. S., and Naylor, C. D., Metaanalysis of prophylactic drug treatment in the prevention of postoperative bleeding, *Ann.Thorac.Surg.*, 58(6): 1580-1588

2007   Furnary, A. P., Wu, Y., Hiratzka, L. F., Grunkemeier, G. L., and Page, U. S., III, Aprotinin does not increase the risk of renal failure in cardiac surgery patients, *Circulation*, 116(11 Suppl): I127-I133

2009    Gagne, J. J., Griesdale, D. E., and Schneeweiss, S., Aprotinin and the risk of death and renal dysfunction in patients undergoing cardiac surgery: a meta-analysis of epidemiologic studies, *Pharmacoepidemiol.Drug Saf*, 18(4): 259-268

2006    Gill, J. B. and Rosenstein, A., The use of antifibrinolytic agents in total hip arthroplasty: a meta-analysis, *J Arthroplasty*, 21(6): 869-873

1997    Godet, G., Fleron, M. H., Vicaut, E., Zubicki, A., Bertrand, M., Riou, B., Kieffer, E., and Coriat, P., Risk factors for acute postoperative renal failure in thoracic or thoracoabdominal aortic surgery: a prospective study, *Anesth.Analg.*, 85(6): 1227-1232

1995    Goldstein, D. J., DeRosa, C. M., Mongero, L. B., Weinberg, A. D., Michler, R. E., Rose, E. A., Oz, M. C., and Smith, C. R., Safety and efficacy of aprotinin under conditions of deep hypothermia and circulatory arrest, *J Thorac.Cardiovasc.Surg.*, 110(6): 1615-1621

1995    Goldstein, D. J., Seldomridge, J. A., Chen, J. M., Catanese, K. A., DeRosa, C. M., Weinberg, A. D., Smith, C. R., Rose, E. A., Levin, H. R., and Oz, M. C., Use of aprotinin in LVAD recipients reduces blood loss, blood use, and perioperative mortality, *Ann.Thorac.Surg.*, 59(5): 1063-1067

1996    Goldstein, D. J., Oz, M. C., Smith, C. R., Friedlander, J. P., De Rosa, C. M., Mongero, L. B., and Delphin, E., Safety of repeat aprotinin administration for LVAD recipients undergoing cardiac transplantation, *Ann.Thorac.Surg.*, 61(2): 692-695

1999    Goodnough, L. T., Brecher, M. E., Kanter, M. H., and AuBuchon, J. P., Transfusion medicine. Second of two parts--blood conservation, *N Engl.J Med*, 340(7): 525-533

1999    Goodnough, L. T., Brecher, M. E., Kanter, M. H., and AuBuchon, J. P., Transfusion medicine. First of two parts--blood transfusion, *N Engl.J Med*, 340(6): 438-447

2008    Grant, M. C., Kon, Z., Joshi, A., Christenson, E., Kallam, S., Burris, N., Gu, J., and Poston, R. S., Is aprotinin safe to use in a cohort at increased risk for thrombotic events: results from a randomized, prospective trial in off-pump coronary artery bypass, *Ann.Thorac.Surg.*, 86(3): 815-822

1995    Green, D., Sanders, J., Eiken, M., Wong, C. A., Frederiksen, J., Joob, A., Palmer, A., Trowbridge, A., Woodruff, B., Moerch, M., and ., Recombinant aprotinin in coronary artery bypass graft operations, *J Thorac.Cardiovasc.Surg.*, 110(4 Pt 1): 963-970

2009    Greilich, P. E., Jessen, M. E., Satyanarayana, N., Whitten, C. W., Nuttall, G. A., Beckham, J. M., Wall, M. H., and Butterworth, J. F., The effect of epsilon-aminocaproic acid and aprotinin on fibrinolysis and blood loss in patients undergoing primary, isolated coronary artery bypass surgery: a randomized, double-blind, placebo-controlled, noninferiority trial, *Anesth.Analg.*, 109(1): 15-24

2007  Habib, R. H., Zacharias, A., and Schwann, T. A., Long-term mortality associated with aprotinin following coronary artery bypass graft surgery, *JAMA*, 297(22): 2476-2477

1999  Hamiaux, C., Prange, T., Ries-Kautt, M., Ducruix, A., Lafont, S., Astier, J. P., and Veesler, S., The decameric structure of bovine pancreatic trypsin inhibitor (BPTI) crystallized from thiocyanate at 2.7 A resolution, *Acta Crystallogr.D.Biol.Crystallogr.*, 55(Pt 1): 103-113

2008  Hausenloy, D. J., Pagano, D., and Keogh, B., Aprotinin--still courting controversy, *Lancet*, 371(9611): 449-450

1997  Hayashida, N., Isomura, T., Sato, T., Maruyama, H., Kosuga, K., and Aoyagi, S., Effects of minimal-dose aprotinin on coronary artery bypass grafting, *J Thorac. Cardiovasc. Surg.*, 114(2): 261-269

1999  Helland, R., Berglund, G. I., Otlewski, J., Apostoluk, W., Andersen, O. A., Willassen, N. P., and Smalas, A. O., High-resolution structures of three new trypsin-squash-inhibitor complexes: a detailed comparison with other trypsins and their complexes, *Acta Crystallogr.D.Biol.Crystallogr.*, 55(Pt 1): 139-148

2009  Henry, D., Carless, P., Fergusson, D., and Laupacis, A., The safety of aprotinin and lysine-derived antifibrinolytic drugs in cardiac surgery: a meta-analysis, *CMAJ.*, 180(2): 183-193

2001  Henry, D. A., Moxey, A. J., Carless, P. A., O'Connell, D., McClelland, B., Henderson, K. M., Sly, K., Laupacis, A., and Fergusson, D., Anti-fibrinolytic use for minimising perioperative allogeneic blood transfusion, *Cochrane Database Syst. Rev.* (1): CD001886

2007  Henry, D. A., Carless, P. A., Moxey, A. J., O'Connell, D., Stokes, B. J., McClelland, B., Laupacis, A., and Fergusson, D., Anti-fibrinolytic use for minimising perioperative allogeneic blood transfusion, *Cochrane Database Syst. Rev.*(4): CD001886

2006  Hiatt, W. R., Observational studies of drug safety--aprotinin and the absence of transparency, *N.Engl.J Med.*, 355(21): 2171-2173

1992  Himmelreich, G., Muser, M., Neuhaus, P., Bechstein, W. O., Slama, K. J., Jochum, M., and Riess, H., Different aprotinin applications influencing hemostatic changes in orthotopic liver transplantation, *Transplantation*, 53(1): 132-136

2000  Horl, W. H., Aprotinin and renal function in patients undergoing cardiac surgery, *Br.J Anaesth.*, 84(1): 3-5

1991  Hunt, B. J. and Yacoub, M., Aprotinin and cardiac surgery, *BMJ*, 303(6814): 1401-

2001  Hutchinson, A. B., Fergusson, D., Graham, I. D., Laupacis, A., Herrin, J., and Hillyer, C. D., Utilization of technologies to reduce allogeneic blood transfusion in the United States, *Transfus.Med.*, 11(2): 79-85

2006  Ickx, B. E., Van der Linden, P. J., Melot, C., Wijns, W., de, Pauw L., Vandestadt, J., Hut, F., and Pradier, O., Comparison of the effects of aprotinin and tranexamic acid on blood loss and red blood cell transfusion requirements during the late stages of liver transplantation, *Transfusion*, 46(4): 595-605

2010  Ide, M., Bolliger, D., Taketomi, T., and Tanaka, K. A., Lessons from the aprotinin saga: current perspective on antifibrinolytic therapy in cardiac surgery, *J Anesth.*, 24(1): 96-106

2008  Iwata, Y., Nicole, O., Okamura, T., Zurakowski, D., and Jonas, R. A., Aprotinin confers neuroprotection by reducing excitotoxic cell death, *J Thorac.Cardiovasc.Surg.*, 135(3): 573-578

2009  Jakobsen, C. J., Sondergaard, F., Hjortdal, V. E., and Johnsen, S. P., Use of aprotinin in cardiac surgery: effectiveness and safety in a population-based study, *Eur.J Cardiothorac.Surg.*, 36(5): 863-868

2009  Kagoma, Y. K., Crowther, M. A., Douketis, J., Bhandari, M., Eikelboom, J., and Lim, W., Use of antifibrinolytic therapy to reduce transfusion in patients undergoing orthopedic surgery: a systematic review of randomized trials, *Thromb.Res.*, 123(5): 687-696

2006  Karaca, P., Konuralp, C., Enc, Y., Suzer, A., Sokullu, O., Ayoglu, U., and Cicek, S., Cardioprotective effect of aprotinin on myocardial ischemia/reperfusion injury during cardiopulmonary bypass, *Circ.J*, 70(11): 1432-1436

2006  Karkouti, K., Beattie, W. S., Dattilo, K. M., McCluskey, S. A., Ghannam, M., Hamdy, A., Wijeysundera, D. N., Fedorko, L., and Yau, T. M., A propensity score case-control comparison of aprotinin and tranexamic acid in high-transfusion-risk cardiac surgery, *Transfusion*, 46(3): 327-338

1994  Kasper, S. M., Schmidt, J., and Rutt, J., Is aprotinin worth the risk in total hip replacement?, *Anesthesiology*, 81(2): 517-519

2006  Khalil, P. N., Siebeck, M., Ismail, M., Khalil, M. N., von, Knobelsdorff G., Marx, G., and Kalmar, P., The critical role of aprotinin in controlling haemostasis in conjunction with non-pharmacological blood-saving strategies during routine coronary artery bypass surgery, *Eur.J Med.Res.*, 11(9): 386-393

1970  Kiessling, H. and Svensson, R., Influence of an enzyme from aspergillus oryzae, protease I, on some components of the fibrinolytic system, *Acta Chem.Scand.*, 24(2): 569-579

2005  Kincaid, E. H., Ashburn, D. A., Hoyle, J. R., Reichert, M. G., Hammon, J. W., and Kon, N. D., Does the combination of aprotinin and angiotensin-converting enzyme inhibitor cause renal failure after cardiac surgery?, *Ann.Thorac.Surg.*, 80(4): 1388-1393

2009  Koniari, I., Apostolakis, E., and Mandellou, M., eComment: A comparison of the safety of aprotinin and tranexamic acid in cardiac surgery, *Interact.Cardiovasc.Thorac.Surg.*, 9(1): 101

1994  Kouchoukos, N. T., Daily, B. B., Wareing, T. H., and Murphy, S. F., Hypothermic circulatory arrest for cerebral protection during combined carotid and cardiac surgery in patients with bilateral carotid artery disease, *Ann Surg.*, 219(6): 699-705

1995  Kouchoukos, N. T., Daily, B. B., Rokkas, C. K., Murphy, S. F., Bauer, S., and Abboud, N., Hypothermic bypass and circulatory arrest for operations on the descending thoracic and thoracoabdominal aorta, *Ann Thorac.Surg.*, 60(1): 67-76

1979  Kramer, H. J., Moch, T., von, Sicherer L., and Dusing, R., Effects of aprotinin on renal function and urinary prostaglandin excretion in conscious rats after acute salt loading, *Clin Sci.(Lond)*, 56(6): 547-553

2005  Kuitunen, A., Hiippala, S., Vahtera, E., Rasi, V., and Salmenpera, M., The effects of aprotinin and tranexamic acid on thrombin generation and fibrinolytic response after cardiac surgery, *Acta Anaesthesiol.Scand.*, 49(9): 1272-1279

2001  Kyriss, T., Wurst, H., Friedel, G., Jaki, R., and Toomes, H., Reduced blood loss by aprotinin in thoracic surgical operations associated with high risk of bleeding. A placebo-controlled, randomized phase IV study, *Eur.J Cardiothorac.Surg.*, 20(1): 38-41

1995  Lass, M., Welz, A., Kochs, M., Mayer, G., Schwandt, M., and Hannekum, A., Aprotinin in elective primary bypass surgery. Graft patency and clinical efficacy, *Eur.J Cardiothorac.Surg.*, 9(4): 206-210

2009  Later, A. F., Maas, J. J., Engbers, F. H., Versteegh, M. I., Bruggemans, E. F., Dion, R. A., and Klautz, R. J., Tranexamic acid and aprotinin in low- and intermediate-risk cardiac surgery: a non-sponsored, double-blind, randomised, placebo-controlled trial, *Eur.J Cardiothorac.Surg.*, 36(2): 322-329

1997  Laupacis, A. and Fergusson, D., Drugs to minimize perioperative blood loss in cardiac surgery: meta-analyses using perioperative blood transfusion as the outcome. The International Study of Peri-operative Transfusion (ISPOT) Investigators, *Anesth.Analg.*, 85(6): 1258-1267

1994  Lemmer, J. H., Jr., Stanford, W., Bonney, S. L., Breen, J. F., Chomka, E. V., Eldredge, W. J., Holt, W. W., Karp, R. B., Laub, G. W., Lipton, M. J., and ., Aprotinin for coronary bypass operations: efficacy, safety, and influence on early saphenous vein graft patency. A

multicenter, randomized, double-blind, placebo-controlled study, *J Thorac.Cardiovasc.Surg.*, 107(2): 543-551

1995   Lemmer, J. H., Jr., Stanford, W., Bonney, S. L., Chomka, E. V., Karp, R. B., Laub, G. W., Rumberger, J. A., and Schaff, H. V., Aprotinin for coronary artery bypass grafting: effect on postoperative renal function, *Ann.Thorac.Surg.*, 59(1): 132-136

1996   Lemmer, J. H., Jr., Metzdorff, M. T., Krause, A. H., Okies, J. E., Molloy, T. A., Hill, J. G., Long, W. B., Winkler, T. R., and Page, U. S., Aprotinin use in patients with dialysis-dependent renal failure undergoing cardiac operations, *J Thorac.Cardiovasc.Surg.*, 112(1): 192-194

1996   Lemmer, J. H., Jr., Dilling, E. W., Morton, J. R., Rich, J. B., Robicsek, F., Bricker, D. L., Hantler, C. B., Copeland, J. G., III, Ochsner, J. L., Daily, P. O., Whitten, C. W., Noon, G. P., and Maddi, R., Aprotinin for primary coronary artery bypass grafting: a multicenter trial of three dose regimens, *Ann.Thorac.Surg.*, 62(6): 1659-1667

1996   Lentschener, C. and Benhamou, D., Aprotinin during liver transplantation, *Br.J Anaesth.*, 76(6): 882

1998   Lentschener, C. and Benhamou, D., The blood sparing effect of aprotinin should be revisited, *Anesthesiology*, 89(6): 1598-1600

1999   Levi, M., Cromheecke, M. E., de, Jonge E., Prins, M. H., de Mol, B. J., Briet, E., and Buller, H. R., Pharmacological strategies to decrease excessive blood loss in cardiac surgery: a meta-analysis of clinically relevant endpoints, *Lancet*, 354(9194): 1940-1947

1995   Levy, J. H., Pifarre, R., Schaff, H. V., Horrow, J. C., Albus, R., Spiess, B., Rosengart, T. K., Murray, J., Clark, R. E., and Smith, P., A multicenter, double-blind, placebo-controlled trial of aprotinin for reducing blood loss and the requirement for donor-blood transfusion in patients undergoing repeat coronary artery bypass grafting, *Circulation*, 92(8): 2236-2244

2001   Levy, J. H., Pharmacologic preservation of the hemostatic system during cardiac surgery, *Ann.Thorac.Surg.*, 72(5): S1814-S1820

2004   Levy, J. H., Hemostatic agents, *Transfusion*, 44(12 Suppl): 58S-62S

2005   Levy, J. H., Overview of clinical efficacy and safety of pharmacologic strategies for blood conservation, *Am.J Health Syst.Pharm.*, 62(18 Suppl 4): S15-S19

2006   Levy, J. H., Ramsay, J. G., and Guyton, R. A., Aprotinin in cardiac surgery, *N.Engl.J Med.*, 354(18): 1953-1957

2006   Levy, J. H., Aprotinin versus tranexamic acid: the controversy continues, *Transfusion*, 46(3): 319-320

2008  Levy, J. H., Pharmacologic methods to reduce perioperative bleeding, *Transfusion*, 48(1 Suppl): 31S-38S

2006  Lien, M. and Milbrandt, E. B., A disheartening story: aprotinin in cardiac surgery, *Crit Care*, 10(6): 317

1995  Liu, B., Tengborn, L., Larson, G., Radberg, L. O., Belboul, A., Dernevik, L., and Roberts, D., Half-dose aprotinin preserves hemostatic function in patients undergoing bypass operations, *Ann.Thorac.Surg.*, 59(6): 1534-1540

1987  Madeddu, P., Oppes, M., Soro, A., ssi'-Fulgheri, P., Glorioso, N., Manunta, F., Rubatti, S., and Rappelli, A., The effects of aprotinin, a glandular kallikrein inhibitor, on renin release and urinary sodium excretion in mild essential hypertensives, *Agents Actions Suppl*, 22373-380

2004  Mahdy, A. M. and Webster, N. R., Perioperative systemic haemostatic agents, *Br.J Anaesth.*, 93(6): 842-858

1985  Maier, M., Starlinger, M., Zhegu, Z., Rana, H., and Binder, B. R., Effect of the protease inhibitor aprotinin on renal hemodynamics in the pig, *Hypertension*, 7(1): 32-38

1998  Mangano, C. M., Diamondstone, L. S., Ramsay, J. G., Aggarwal, A., Herskowitz, A., and Mangano, D. T., Renal dysfunction after myocardial revascularization: risk factors, adverse outcomes, and hospital resource utilization. The Multicenter Study of Perioperative Ischemia Research Group, *Ann Intern.Med*, 128(3): 194-203

2002  Mangano, D. T., Aspirin and mortality from coronary bypass surgery, *N.Engl.J Med*, 347(17): 1309-1317

2006  Mangano, D. T., Tudor, I. C., and Dietzel, C., The risk associated with aprotinin in cardiac surgery, *N.Engl.J Med.*, 354(4): 353-365

2006  Mangano, D. T., Rieves, R. D., and Weiss, K. D., Judging the safety of aprotinin, *N.Engl.J Med.*, 355(21): 2261-2262

2007  Mangano, D. T., Miao, Y., Vuylsteke, A., Tudor, I. C., Juneja, R., Filipescu, D., Hoeft, A., Fontes, M. L., Hillel, Z., Ott, E., Titov, T., Dietzel, C., and Levin, J., Mortality associated with aprotinin during 5 years following coronary artery bypass graft surgery, *JAMA*, 297(5): 471-479

1998  Mannucci, P. M., Hemostatic drugs, *N.Engl.J Med.*, 339(4): 245-253

2008  Martin, K., Wiesner, G., Breuer, T., Lange, R., and Tassani, P., The risks of aprotinin and tranexamic acid in cardiac surgery: a one-year follow-up of 1188 consecutive patients, *Anesth.Analg.*, 107(6): 1783-1790

2008   Maslow, A. D., Chaudrey, A., Bert, A., Schwartz, C., and Singh, A., Perioperative renal outcome in cardiac surgical patients with preoperative renal dysfunction: aprotinin versus epsilon aminocaproic acid, *J Cardiothorac.Vasc.Anesth.*, 22(1): 6-15

1998   Mathiesen, R. H. and Mo, F., Application of known triplet phases in the crystallographic study of bovine pancreatic trypsin inhibitor. II: study at 2.0 A resolution, *Acta Crystallogr.D.Biol.Crystallogr.*, 54(Pt 2): 237-242

2008   Matuszewski, K., Schoenhaus, R., Bonk, M. E., Lane, J., and Oinonen, M., Use and outcomes of antifibrinolytic therapy in patients undergoing cardiothoracic surgery at 20 academic medical centers in the United States, *P.T.*, 33(2): 98-106

1963   MCCUTCHEON, A. D., EXPERIMENTAL PANCREATITIS: USE OF A NEW ANTIPROTEOLYTIC SUBSTANCE, TRASYLOL, *Ann.Surg.*, 158233-239

2007   McEvoy, M. D., Reeves, S. T., Reves, J. G., and Spinale, F. G., Aprotinin in cardiac surgery: a review of conventional and novel mechanisms of action, *Anesth.Analg.*, 105(4): 949-962

2008   McEvoy, M. D., Taylor, A. G., Zavadzkas, J. A., Mains, I. M., Ford, R. L., Stroud, R. E., Jeffords, L. B., Beck, C. U., Reeves, S. T., and Spinale, F. G., Aprotinin exerts differential and dose-dependent effects on myocardial contractility, oxidative stress, and cytokine release after ischemia-reperfusion, *Ann.Thorac.Surg.*, 86(2): 568-575

2006   McManus, M. C., Boland, E. D., Koo, H. P., Barnes, C. P., Pawlowski, K. J., Wnek, G. E., Simpson, D. G., and Bowlin, G. L., Mechanical properties of electrospun fibrinogen structures, *Acta Biomater.* , 2(1): 19-28

2008   Mengistu, A. M., Rohm, K. D., Boldt, J., Mayer, J., Suttner, S. W., and Piper, S. N., The influence of aprotinin and tranexamic acid on platelet function and postoperative blood loss in cardiac surgery, *Anesth.Analg.*, 107(2): 391-397

1991   Merle, J. P., Lancon, J. P., Dutrillaux, F., Obadia, J. F., and Caillard, B., Effects of aprotinin on postoperative bleeding, *Anesthesiology*, 75(2): 379-380

2001   Mojcik, C. F. and Levy, J. H., Aprotinin and the systemic inflammatory response after cardiopulmonary bypass, *Ann.Thorac.Surg.*, 71(2): 745-754

2002   Molenaar, I. Q. and Porte, R. J., Aprotinin and thromboembolism in liver transplantation: is there really a causal effect?, *Anesth.Analg.*, 94(5): 1367-1368

2007   Molenaar, I. Q., Warnaar, N., Groen, H., Tenvergert, E. M., Slooff, M. J., and Porte, R. J., Efficacy and safety of antifibrinolytic drugs in liver transplantation: a systematic review and meta-analysis, *Am.J Transplant.*, 7(1): 185-194

1998  Mongan, P. D., Brown, R. S., and Thwaites, B. K., Tranexamic acid and aprotinin reduce postoperative bleeding and transfusions during primary coronary revascularization, *Anesth.Analg.*, 87(2): 258-265

2001  Mora Mangano, C. T., Neville, M. J., Hsu, P. H., Mignea, I., King, J., and Miller, D. C., Aprotinin, blood loss, and renal dysfunction in deep hypothermic circulatory arrest, *Circulation.*, 104(12 Suppl 1): I276-I281

2005  Moreau, M. E., Garbacki, N., Molinaro, G., Brown, N. J., Marceau, F., and Adam, A., The kallikrein-kinin system: current and future pharmacological targets, *J Pharmacol.Sci.*, 99(1): 6-38

2005  Morgan, T. O., Cost, quality, and risk: measuring and stopping the hidden costs of coronary artery bypass graft surgery, *Am J Health Syst.Pharm*, 62(18 Suppl 4): S2-S5

2008  Mouton, R., Finch, D., Davis, I., and Zacharowski, K., Effect of aprotinin on renal dysfunction, *Lancet*, 372(9649): 1543-1544

2008  Mouton, R., Finch, D., Davies, I., Binks, A., and Zacharowski, K., Effect of aprotinin on renal dysfunction in patients undergoing on-pump and off-pump cardiac surgery: a retrospective observational study, *Lancet*, 371(9611): 475-482

1999  Munoz, J. J., Birkmeyer, N. J., Birkmeyer, J. D., O'Connor, G. T., and Dacey, L. J., Is epsilon-aminocaproic acid as effective as aprotinin in reducing bleeding with cardiac surgery?: a meta-analysis, *Circulation*, 99(1): 81-89

2001  Murkin, J. M., Attenuation of neurologic injury during cardiac surgery, *Ann.Thorac.Surg.*, 72(5): S1838-S1844

2003  Murphy, B. A., Zvara, D. A., Nelson, L. H., Kon, N. D., Shore-Lesserson, L., and Milas, B. L., Clinical conference: aprotinin use during deep hypothermic circulatory arrest for type A aortic dissection and cesarean section in a woman with preeclampsia, *J Cardiothorac.Vasc.Anesth.*, 17(2): 252-257

2008  Nainggolan, L., Aprotinin safe in on-pump but not off-pump CABG

1978  Nasjletti, A., McGiff, J. C., and Colina-Chourio, J., Interrelations of the renal kallikrein-kinin system and renal prostaglandins in the conscious rat. Influence of mineralocorticoids, *Circ.Res.*, 43(5): 799-807

2008  Ngaage, D. L., Cale, A. R., Cowen, M. E., Griffin, S., and Guvendik, L., Aprotinin in primary cardiac surgery: operative outcome of propensity score-matched study, *Ann.Thorac.Surg.*, 86(4): 1195-1202

2006  Nielsen, V. G., Effects of aprotinin on plasma coagulation kinetics determined by thrombelastography: role of Factor XI, *Acta Anaesthesiol.Scand.*, 50(2): 168-172

2000 Nuttall, G. A., Oliver, W. C., Ereth, M. H., Santrach, P. J., Bryant, S. C., Orszulak, T. A., and Schaff, H. V., Comparison of blood-conservation strategies in cardiac surgery patients at high risk for bleeding, *Anesthesiology*, 92(3): 674-682

1999 O'Connor, C. J., Brown, D. V., Avramov, M., Barnes, S., O'Connor, H. N., and Tuman, K. J., The impact of renal dysfunction on aprotinin pharmacokinetics during cardiopulmonary bypass, *Anesth.Analg.*, 89(5): 1101-1107

2007 OHRI, BART Overview

2008 Okamura, T., Ishibashi, N., Iwata, Y., Zurakowski, D., and Jonas, R. A., Aprotinin concentration varies significantly according to cardiopulmonary bypass conditions, *Perfusion*, 23(6): 355-360

2007 Okubadejo, G. O., Bridwell, K. H., Lenke, L. G., Buchowski, J. M., Fang, D. D., Baldus, C. R., Nielsen, C. H., and Lee, C. C., Aprotinin may decrease blood loss in complex adult spinal deformity surgery, but it may also increase the risk of acute renal failure, *Spine (Phila Pa 1976.)*, 32(20): 2265-2271

2008 Olenchock, S. A., Jr., Lee, P. H., Yehoshua, T., Murphy, S. A., Symes, J., and Tolis, G., Jr., Impact of aprotinin on adverse clinical outcomes and mortality up to 12 years in a registry of 3,337 patients, *Ann.Thorac.Surg.*, 86(2): 560-566

2001 Otlewski, J., Jaskolski, M., Buczek, O., Cierpicki, T., Czapinska, H., Krowarsch, D., Smalas, A. O., Stachowiak, D., Szpineta, A., and Dadlez, M., Structure-function relationship of serine protease-protein inhibitor interaction, *Acta Biochim.Pol.*, 48(2): 419-428

2007 Ott, E., Mazer, C. D., Tudor, I. C., Shore-Lesserson, L., Snyder-Ramos, S. A., Finegan, B. A., Mohnle, P., Hantler, C. B., Bottiger, B. W., Latimer, R. D., Browner, W. S., Levin, J., and Mangano, D. T., Coronary artery bypass graft surgery--care globalization: the impact of national care on fatal and nonfatal outcome, *J Thorac.Cardiovasc.Surg.*, 133(5): 1242-1251

2008 Pagano, D., Howell, N. J., Freemantle, N., Cunningham, D., Bonser, R. S., Graham, T. R., Mascaro, J., Rooney, S. J., Wilson, I. C., Cramb, R., and Keogh, B. E., Bleeding in cardiac surgery: the use of aprotinin does not affect survival, *J Thorac.Cardiovasc.Surg.*, 135(3): 495-502

1997 Parolari, A., Antona, C., Alamanni, F., Spirito, R., Naliato, M., Gerometta, P., Arena, V., and Biglioli, P., Aprotinin and deep hypothermic circulatory arrest: there are no benefits even when appropriate amounts of heparin are given, *Eur.J Cardiothorac.Surg.*, 11(1): 149-156

1995 Penta de, Peppo A., Pierri, M. D., Scafuri, A., De, Paulis R., Colantuono, G., Caprara, E., Tomai, F., and Chiariello, L., Intraoperative antifibrinolysis and blood-saving

techniques in cardiac surgery. Prospective trial of 3 antifibrinolytic drugs, *Tex.Heart Inst.J.*, 22(3): 231-236

1995  Pfannschmidt, J., Steeg, D., and Jugert, F., Routine intraoperative application of high-dose aprotinin in open heart surgery in adults: antibody formation after first exposure, *Curr.Med.Res.Opin.*, 13(5): 282-284

2008  Porte, R. J., Mallette, S. V., and Burroughs, A. K., Aprotinin and lysine analogues in high-risk cardiac surgery, *N.Engl.J Med.*, 359(11): 1181-1182

2008  Poston, R. S., Gu, J., White, C., Jeudy, J., Nie, L., Brown, J., Gammie, J., Pierson, R. N., Romar, L., and Griffith, B. P., Perioperative management of aspirin resistance after off-pump coronary artery bypass grafting: possible role for aprotinin, *Transfusion*, 48(1 Suppl): 39S-46S

2001  Poullis, M., Landis, R. C., and Taylor, K. M., Aprotinin: is it prothrombotic?, *Perfusion*, 16(5): 401-409

1996  Ramsay, M. A., Aprotinin administration and disseminated intravascular coagulation, *Anesth.Analg.*, 83(2): 433-

2009  Ranucci, M., Castelvecchio, S., Romitti, F., Isgro, G., Ballotta, A., and Conti, D., Living without aprotinin: the results of a 5-year blood saving program in cardiac surgery, *Acta Anaesthesiol.Scand.*, 53(5): 573-580

2008  Ray, W. A., Learning from aprotinin--mandatory trials of comparative efficacy and safety needed, *N.Engl.J Med.*, 358(8): 840-842

2008  Ray, W. A. and Stein, C. M., The aprotinin story--is BART the final chapter?, *N.Engl.J Med.*, 358(22): 2398-2400

1998  Rich, J. B., The efficacy and safety of aprotinin use in cardiac surgery, *Ann.Thorac.Surg.*, 66(5 Suppl): S6-11

2006  Rieves, R. D. and Weiss, K. D., Judging the safety of aprotinin, *N.Engl.J Med.*, 355(21): 2262

1997  Rooney, S. J., Pagano, D., Bognolo, G., Wong, C., and Bonser, R. S., Aprotinin in aortic surgery requiring profound hypothermia and circulatory arrest, *Eur.J Cardiothorac.Surg.*, 11(2): 373-378

2009  Rosen, M., The aprotinin saga and the risks of conducting meta-analyses on small randomised controlled trials - a critique of a Cochrane review, *BMC.Health Serv.Res.*, 934

2006  Royston, D., Levy, J. H., Fitch, J., Dietrich, W., Body, S. C., Murkin, J. M., Spiess, B. D., and Nadel, A., Full-dose aprotinin use in coronary artery bypass graft surgery: an

analysis of perioperative pharmacotherapy and patient outcomes, *Anesth.Analg.*, 103(5): 1082-1088

2007   Scharnetzky, E., Schill, W., and Garbe, E., Long-term mortality associated with aprotinin following coronary artery bypass graft surgery, *JAMA*, 297(22): 2475

1997   Schmaier, A. H., Aprotinin: can its benefits be offset by harmful effects?, *Transfusion*, 37(11-12): 1105-1107

2008   Schneeweiss, S., Seeger, J. D., Landon, J., and Walker, A. M., Aprotinin during coronary-artery bypass grafting and risk of death, *N.Engl.J Med.*, 358(8): 771-783

2000   Schweizer, A., Hohn, L., Morel, D. R., Kalangos, A., and Licker, M., Aprotinin does not impair renal haemodynamics and function after cardiac surgery, *Br.J Anaesth.*, 84(1): 16-22

2004   Sedrakyan, A., Treasure, T., and Elefteriades, J. A., Effect of aprotinin on clinical outcomes in coronary artery bypass graft surgery: a systematic review and meta-analysis of randomized clinical trials, *J Thorac.Cardiovasc.Surg.*, 128(3): 442-448

2005   Sedrakyan, A., Improving clinical outcomes in coronary artery bypass graft surgery, *Am.J Health Syst.Pharm.*, 62(18 Suppl 4): S19-S23

2006   Sedrakyan, A., Atkins, D., and Treasure, T., The risk of aprotinin: a conflict of evidence, *Lancet*, 367(9520): 1376-1377

2006   Sedrakyan, A., Wu, A., Sedrakyan, G., ener-West, M., Tranquilli, M., and Elefteriades, J., Aprotinin use in thoracic aortic surgery: safety and outcomes, *J Thorac.Cardiovasc.Surg.*, 132(4): 909-917

1983   Seto, S., Kher, V., Scicli, A. G., Beierwaltes, W. H., and Carretero, O. A., The effect of aprotinin (a serine protease inhibitor) on renal function and renin release, *Hypertension*, 5(6): 893-899

2008   Shaw, A. D., Stafford-Smith, M., White, W. D., Phillips-Bute, B., Swaminathan, M., Milano, C., Welsby, I. J., Aronson, S., Mathew, J. P., Peterson, E. D., and Newman, M. F., The effect of aprotinin on outcome after coronary-artery bypass grafting, *N.Engl.J Med.*, 358(8): 784-793

2005   Shiga, T., Wajima, Z., Inoue, T., and Sakamoto, A., Aprotinin in major orthopedic surgery: a systematic review of randomized controlled trials, *Anesth.Analg.*, 101(6): 1602-1607

1999   Shore-Lesserson, L., Aprotinin has direct platelet protective properties: fact or fiction?, *J Cardiothorac.Vasc.Anesth.*, 13(4): 379-381

2005   Shore-Lesserson, L., Bodian, C., Vela-Cantos, F., Silvay, G., and Reich, D. L., Antifibrinolytic use and bleeding during surgery on the descending thoracic aorta: a multivariate analysis, *J Cardiothorac.Vasc.Anesth.*, 19(4): 453-458

2007   Shuhaiber, J., Long-term mortality associated with aprotinin following coronary artery bypass graft surgery, *JAMA*, 297(22): 2476-

2006   Shuhaiber, J. H., I am afraid of using aprotinin because they say so?, *J Thorac. Cardiovasc. Surg.*, 132(3): 732-733

2007   Shuhaiber, J. H., Evaluating the quality of trials of hypothermic circulatory arrest aortic surgery, *Asian Cardiovasc.Thorac.Ann.*, 15(5): 449-452

1996   Smith, P. K. and Muhlbaier, L. H., Aprotinin: safe and effective only with the full-dose regimen, *Ann.Thorac.Surg.*, 62(6): 1575-1577

2004   Spiess, B. D., Royston, D., Levy, J. H., Fitch, J., Dietrich, W., Body, S., Murkin, J., and Nadel, A., Platelet transfusions during coronary artery bypass graft surgery are associated with serious adverse outcomes, *Transfusion*, 44(8): 1143-1148

2009   Stamou, S. C., Reames, M. K., Skipper, E., Stiegel, R. M., Nussbaum, M., Geller, R., Robicsek, F., and Lobdell, K. W., Aprotinin in cardiac surgery patients: is the risk worth the benefit?, *Eur.J Cardiothorac.Surg.*, 36(5): 869-875

2007   Stone, M. E., Silverman, S. H., and Nomoto, K., Intracardiac thrombosis and acute right ventricular failure following complex reoperative cardiac surgery with aprotinin and deep hypothermic circulatory arrest, *Semin.Cardiothorac.Vasc.Anesth.*, 11(3): 177-184

2008   Strouch, Z. Y., Chaney, M. A., Augoustides, J. G., and Spiess, B. D., Case 1-2008. One institution's decreasing use of aprotinin during cardiac surgery in 2006, *J Cardiothorac.Vasc.Anesth.*, 22(1): 139-146

2009   Strouch, Z. Y., Drum, M. L., and Chaney, M. A., Aprotinin use during cardiac surgery: recent alterations and effects on blood product utilization, *J Clin Anesth.*, 21(7): 502-507

2005   Sturmer, T., Schneeweiss, S., Brookhart, M. A., Rothman, K. J., Avorn, J., and Glynn, R. J., Analytic strategies to adjust confounding using exposure propensity scores and disease risk scores: nonsteroidal antiinflammatory drugs and short-term mortality in the elderly, *Am.J Epidemiol.*, 161(9): 891-898

2009   Sun, H. Y., Szlam, F., Levy, J. H., Csete, M. E., and Tanaka, K. A., Antifibrinolytic agents reduce tissue plasminogen activator-mediated neuronal toxicity in vitro, *Acta Anaesthesiol.Scand.*, 53(3): 325-331

2008   Sundt, T. M., The demise of aprotinin: our share of the blame, *J Thorac. Cardiovasc. Surg.*, 135(4): 729-731

1993   Sundt, T. M., III, Kouchoukos, N. T., Saffitz, J. E., Murphy, S. F., Wareing, T. H., and Stahl, D. J., Renal dysfunction and intravascular coagulation with aprotinin and hypothermic circulatory arrest, *Ann.Thorac.Surg.*, 55(6): 1418-1424

1997   Sweeney, J. D., Blair, A. J., Dupuis, M. P., King, T. C., and Moulton, A. L., Aprotinin, cardiac surgery, and factor V Leiden, *Transfusion*, 37(11-12): 1173-1178

2010   Szabo, G., Veres, G., Radovits, T., Haider, H., Krieger, N., Bahrle, S., Miesel-Groschel, C., Niklisch, S., Karck, M., and van de, Locht A., Effects of novel synthetic serine protease inhibitors on postoperative blood loss, coagulation parameters, and vascular relaxation after cardiac surgery, *J Thorac.Cardiovasc.Surg.*, 139(1): 181-188

2010   Szabo, G., Veres, G., Radovits, T., Haider, H., Krieger, N., Bahrle, S., Niklisch, S., Miesel-Groschel, C., van de, Locht A., and Karck, M., The novel synthetic serine protease inhibitor CU-2010 dose-dependently reduces postoperative blood loss and improves postischemic recovery after cardiac surgery in a canine model, *J Thorac. Cardiovasc. Surg.*, 139(3): 732-740

2003   Taggart, D. P., Djapardy, V., Naik, M., and Davies, A., A randomized trial of aprotinin (Trasylol) on blood loss, blood product requirement, and myocardial injury in total arterial grafting, *J Thorac.Cardiovasc.Surg.*, 126(4): 1087-1094

2009   Takagi, H., Manabe, H., Kawai, N., Goto, S. N., and Umemoto, T., Aprotinin increases mortality as compared with tranexamic acid in cardiac surgery: a meta-analysis of randomized head-to-head trials, *Interact.Cardiovasc.Thorac.Surg.*, 9(1): 98-101

2007   Taylor, K., Does aprotinin increase the long-term risk of mortality in patients undergoing CABG surgery?, *Nat.Clin Pract.Cardiovasc.Med.*, 4(8): 416-417

1998   Taylor, K. M., Central nervous system effects of cardiopulmonary bypass, *Ann.Thorac.Surg.*, 66(5 Suppl): S20-S24

2008   Trudell, J. and McMurdy, N., Current antifibrinolytic therapy for coronary artery revascularization, *AANA.J*, 76(2): 121-124

2008   Tzortzopoulou, A., Cepeda, M. S., Schumann, R., and Carr, D. B., Antifibrinolytic agents for reducing blood loss in scoliosis surgery in children, *Cochrane.Database.Syst.Rev.*(3): CD006883

2007   UMC Uppsala Report 36

2007   Umscheid, C. A., Kohl, B. A., and Williams, K., Antifibrinolytic use in adult cardiac surgery, *Curr.Opin.Hematol.*, 14(5): 455-467

2007   Van der Linden, P. J., Hardy, J. F., Daper, A., Trenchant, A., and De Hert, S. G., Cardiac surgery with cardiopulmonary bypass: does aprotinin affect outcome?, *Br.J Anaesth.*, 99(5): 646-652

2005   van der, Linden J., Lindvall, G., and Sartipy, U., Aprotinin decreases postoperative bleeding and number of transfusions in patients on clopidogrel undergoing coronary artery bypass graft surgery: a double-blind, placebo-controlled, randomized clinical trial, *Circulation*, 112(9 Suppl): I276-I280

1992   van Doorn, C. A., Munsch, C. M., and Cowan, J. C., Cardiac rupture after thrombolytic therapy: the use of aprotinin to reduce blood loss after surgical repair, *Br.Heart J*, 67(6): 504-505

2000   Van Norman, G. A., Patel, M. A., Chandler, W., and Vocelka, C., Effects of hemofiltration on serum aprotinin levels in patients undergoing cardiopulmonary bypass, *J Cardiothorac.Vasc.Anesth.*, 14(3): 253-256

2005   Vanek, T., Jares, M., Fajt, R., Straka, Z., Jirasek, K., Kolesar, M., Brucek, P., and Maly, M., Fibrinolytic inhibitors in off-pump coronary surgery: a prospective, randomized, double-blind TAP study (tranexamic acid, aprotinin, placebo), *Eur.J Cardiothorac.Surg.*, 28(4): 563-568

1992   Wang, J. S., Lin, C. Y., Hung, W. T., and Karp, R. B., Monitoring of heparin-induced anticoagulation with kaolin-activated clotting time in cardiac surgical patients treated with aprotinin, *Anesthesiology*, 77(6): 1080-1084

2009   Wang, X., Zheng, Z., Ao, H., Zhang, S., Wang, Y., Zhang, H., Li, L., and Hu, S., A comparison before and after aprotinin was suspended in cardiac surgery: different results in the real world from a single cardiac center in China, *J Thorac.Cardiovasc.Surg.*, 138(4): 897-903

2003   Waxler, B. and Rabito, S. F., Aprotinin: a serine protease inhibitor with therapeutic actions: its interaction with ACE inhibitors, *Curr.Pharm.Des*, 9(9): 777-787

1999   Weightman, W. M. and Newman, M. A., Drug therapy before coronary artery operations, *J Thorac.Cardiovasc.Surg.*, 118(5): 979-980

1968   Werle, E., Trautschold, I., Haendle, H., and Fritz, H., Physiologic, pharmacologic, and clinicalspects of proteinase inhibitors, *Ann.N.Y.Acad.Sci.*, 146(2): 464-478

1994   Westaby, S., Forni, A., Dunning, J., Giannopoulos, N., O'Regan, D., Drossos, G., and Pillai, R., Aprotinin and bleeding in profoundly hypothermic perfusion, *Eur.J Cardiothorac.Surg.*, 8(2): 82-86

1998   Westaby, S. and Katsumata, T., Aprotinin and vein graft occlusion--the controversy continues, *J Thorac.Cardiovasc.Surg.*, 116(5): 731-733

2008   Westaby, S., Aprotinin: twenty-five years of claim and counterclaim, *J Thorac. Cardiovasc. Surg.*, 135(3): 487-491

2007   WHO, Aprotinin: hypersensitivity reactions and renal dysfunction, *WHO Drug Info*, 21(2): 89-90

1988   Wilson, C., Imrie, C. W., and Carter, D. C., Fatal acute pancreatitis, *Gut*, 29(6): 782-788

2005   Yasim, A., Asik, R., and Atahan, E., [Effects of topical applications of aprotinin and tranexamic acid on blood loss after open heart surgery], *Anadolu.Kardiyol.Derg.*, 5(1): 36-40

2006   Zufferey, P., Merquiol, F., Laporte, S., Decousus, H., Mismetti, P., Auboyer, C., Samama, C. M., and Molliex, S., Do antifibrinolytics reduce allogeneic blood transfusion in orthopedic surgery?, *Anesthesiology*, 105(5): 1034-1046