UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

IN RE TRASYLOL PRODUCTS LIABILITY
LITIGATION – MDL-1928

This Document Relates to All Actions

**PROPOSED AGENDA FOR SEPTEMBER 23, 2011 STATUS CONFERENCE**

Plaintiffs and Defendants jointly request that at the September 23, 2011, status conference the Court hear the parties on the following agenda items:

1. Update on settlements and dismissals; and

2. Issues related to the trial of *Jon Whitney Phipps, Individually and as Representative of the Estate of Joseph L. Stevens, deceased v. Bayer Corporation, et al.*, Case No. 9:08-cv-81230-DMM.

| | |
|---|---|
| DATED:  September 16, 2011 | Respectfully submitted, |
| */s/ Theodore Babbitt* | */s/ Patricia E. Lowry* |
| Theodore Babbitt (Florida Bar No. 0091146) | Patricia E. Lowry (Florida Bar No. 332569) |
| E-mail: tedbabbitt@babbitt-johnson.com | Email: patricia.lowry@ssd.com |
| **BABBITT, JOHNSON, OSBORNE & LECLAINCHE** | Barbara Bolton Litten (Florida Bar No. 91642) |
| 1641 Worthington Road, Suite 100 | Email: barbara.litten@ssd.com |
| West Palm Beach, FL 33409 | **SQUIRE, SANDERS & DEMPSEY (US) LLP** |
| Telephone:  561-684-2500 | 1900 Phillips Point West |
| Facsimile:  561-684-6308 | 777 South Flagler Drive |
| | West Palm Beach, FL 33401-6198 |
| *Liaison Counsel for Plaintiffs* | Telephone:  561-650-7120 |
| | Facsimile:  561-655-1509 |
| | *Liaison Counsel for Defendants* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 16, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

> */s/ Patricia E. Lowry*
> Patricia E. Lowry

# SERVICE LIST

### In re Trasylol Products Liability Litigation – MDL-1928
### Case No. 08-MD-1928-MIDDLEBROOKS/JOHNSON

### United States District Court
### Southern District of Florida

James R. Ronca
Email: jronca@anapolschwartz.com
**ANAPOL, SCHWARTZ, WEISS, COHAN, FELDMAN & SMALLEY, P.C.**
1710 Spruce Street
Philadelphia, PA 19103
Telephone:  215-735-1130
Facsimile:   215-875-7758
*Co-Lead Counsel for Plaintiffs*

Theodore Babbitt
Email: tedbabbitt@babbitt-johnson.com
**BABBITT JOHNSON OSBORNE & LECLAINCHE, P.A**.
1641 Worthington Road, Suite 100
West Palm Beach, FL 33409
Telephone:  561-684-2500
Facsimile:   561-684-6308
*Liaison Counsel for Plaintiffs*

Patricia E. Lowry
Florida Bar No. 332569
Email: patricia.lowry@ssd.com
**SQUIRE, SANDERS & DEMPSEY (US) LLP**
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198
Telephone:  561-650-7200
Facsimile:   561-655-1509
*Liaison Counsel for Defendants*

Scott Love
Email:  slove@triallawfirm.com
**CLARK, BURNETT, LOVE & LEE, G.P.**
Lyric Center
440 Louisiana Street, Suite 1600
Houston, TX  77002
Telephone:  713-759-1400
Facsimile:   713-759-1217
*Co-Lead Counsel for Plaintiffs*

Neal Moskow
Email: neal@urymoskow.com
**URY & MOSKOW, LLC**
883 Black Rock Turnpike
Fairfield, CT 06825
Telephone:  203-610-6393
Facsimile:   203-610-6399
*Federal-State Liaison for Plaintiffs*

WESTPALMBEACH/587803.1