UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



FILED by ___ D.C.
OCT 12 2011
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

|   |   |
|---|---|
| IN RE TRASYLOL PRODUCTS LIABILITY LITIGATION – MDL-1928<br><br>THIS DOCUMENT RELATES TO:<br><br>ROE v. BAYER CORP., et al<br>Case No. 9: 09-81622-DMM<br>_____/ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  October 11, 2011 |

### PLAINTIFF'S DISCLOSURE OF CASE-SPECIFIC FACT WITNESSES AND DESIGNATION OF WITNESSES FOR TRIAL

In accordance with the Orders of the Court and Federal Rule of Civil Procedure 26(a)(3)(A)(i), Plaintiff Carolyn A. Roe, on Behalf of Joseph E. Roe, Deceased, specifically identifies in this Disclosure of Case-Specific Fact Witnesses those witnesses that she expects to call/may call at trial (in person or via preserved testimony) as follows:

I. The following individuals are present or past employees of one or more of the Defendants and whose identify and addresses are therefore known to them:

    a. Stanley Horton
    b. Meredith Fischer
    c. Allen Heller
    d. Edward Sypniewski
    e. Franz Wingen
    f. Reinhard Fesharek
    g. Valentine Pascale
    h. Thomas Chin
    i. Valerie Pierpont

j.      Denise Neal

k.     Margaret Foley

l.      John Lettieri

m.    Robert Harrison

n.     Pam Cyrus

o.     William Shank

p.     Marc Jensen

q.     Karen Denton

s.      Felix Monteagudo

t.      Ed Tucker

u.     Anita Shah

v.     Joseph Scheeren

w.    Michael Rozycki

x.     Jennifer Maurer

y.     Terry Taylor

z.     Steven Zaruby

aa.   Jennifer Maurer

bb.   Paul McCarthy

cc.   Mitch Trujillo

dd.   Jeff Bova

ee.   Matt Skoronsky

ff.    Savaramakrishan Balakrishnan

gg.   Kuno Sprenger

hh.   Tomasz Dyszynski

ii.    Michael Devoy

jj.    Ernst Weidman

kk.   Max Wegner

ll.    Kemal Malik

mm.  Michael Stenger

        nn.    Cindy Sweeney Matthew

        oo.    Conroy David Nardiello

        pp.    Any other corporate representatives, persons most knowledgeable, persons with knowledge of relevant facts, employees and/or ex-employees of Bayer Corporation, Bayer A. G., and/or Bayer Healthcare Pharmaceuticals (or their successors) which are known or become known during the course of discovery.

II.    The following are other fact witnesses who Plaintiff intends to call at trial in the manner identified:

    a.    Dr. J. Bavaria, M.D., Treating Surgeon
And/or Custodian of Records
University of Pennsylvania
3417 Spruce Street
Philadelphia, PA 19104
(215) 898.6533

    b.    Dr. A.T. Cheung, Anesthesiologist
And/or Custodian of Records
University of Pennsylvania
3417 Spruce Street
Philadelphia, PA 19104
(215) 898.6533

    c.    Custodian of Records
And/or Custodian of Records
VA Medical Center - Philadelphia
3900 Woodland Avenue
Philadelphia, PA 19104
(215) 823-5800

IV.    The following are other fact witnesses who Plaintiff may call if the need arises:

    a.    Jerrold Levy, M.D.
Emory University Hospital

3

      1364 Clifton Road, NE
Atlanta, GA 30322

b. John H. Lemmer, Jr., M.D.
The Oregon Clinic
2222 North West Lovejoy Street Suite 315
Portland, OR 97210

c. Steven E. Hill, M.D.
Duke Univ. Medical Center
DUMC 3094
Durham, NC 27710

d. David Bull, M.D.
University of Utah Hospital 50 N
Medical Dr
Salt Lake City, UT 84132

e. David A. Stump., PhD
Dept. of Cardiothoracic Anesthesia Wake
Forest-Baptist Medical Center Winston
Salem, NC 27157

f. Robert S. Poston, M.D.
Boston Medical Center
Robinson 402
88 E. Newton St.
Boston, MA 02118

g. Peter K. Smith, M.D.
Duke Univ. Medical Center
DUMC 3442
Durham, NC 27710

h. David Royston, M.D.
Department of Anaesthetics Harefield
Middlesex U139 6JH
United Kingdom

i. Alexander Walker, PhD
Harvard School of Public Health
677 Huntington Avenue Kresge Building Room
908B Boston, MA 02115

j.   David C. Kress, M.D.
     St. Lukes Medical Center
     2901 W. Kinnickinnic River Parkway, Suite 511
     Milwaukee, WI 53215

V.   Plaintiff specifically reserves the right to amend and supplement this list based on continuing medical treatment or for good cause shown.

VI.  Any records custodian who is necessary to authenticate medical records.

VII. Any and all witnesses listed on Defendant's Generic and Case-Specific Fact Witness Lists.

VIII. The Plaintiff specifically reserves the right to amend and supplement this list as discovery, including depositions are continuing in this matter.

Respectfully submitted,

MATTHEWS & ASSOCIATES

_____
DAVID P. MATTHEWS
SBN:  13206200
JULIE L. RHOADES
SBN:  16811710
Rachal G. Rojas
SBN: 24063161
2905 Sackett Street
Houston, Texas 77098
(713) 222-8080 Phone
(713) 535-7184 Fax
dmatthews@thematthewslawfirm.com
jrhoades@thematthewslawfirm.com
rrojas@thematthewslawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2011 I filed the foregoing document with the Clerk of the Court by Federal Express. I also certify that the foregoing document is being served this day on the following counsel of record in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or by mailing the same to the offices of said counsel by United States mail, postage prepaid.

_____
Rachal G. Rojas

Patricia E. Lowry
Email: plowry@ssd.com
Barbara Bolton Litten
blitten@ssd.com
SQUIRE, SANDERS & DEMPSEY, L.L.P.
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198
Telephone: 561-650-7200
Facsimile: 561-655-1509
*Liaison Counsel for Defendants and Attorneys for Defendants Bayer Corporation, Bayer Healthcare Pharmaceuticals, Inc., Bayer Healthcare LLC, Bayer AG, and Bayer Healthcare AG*

Steven E. Derringer
Email: steven.derringer@bartlit-beck.com
Philip S. Beck
Email: philip.beck@bartlit-beck.com
BARTLIT BECK HERMAN PALENCHAR
    & SCOTT LLP
54 West Hubbard, Suite 300
Chicago, IL 60610
Telephone:      312-494-4400
Facsimile: 312-494-4440
*Defendants Co-Lead Counsel and Attorney for Defendants Bayer Corporation, Bayer Healthcare Pharmaceuticals, Inc., Bayer Healthcare LLC, Bayer AG, and Bayer Healthcare AG*

Eugene A. Schoon
Email: eschoonAsidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone:          312-853-7000
Facsimile: 312-853-7036
***Defendants Co-Lead Counsel and Attorney for Defendants Bayer Corporation, Bayer Healthcare Pharmaceuticals, Inc., Bayer Healthcare LLC, Bayer AG, and Bayer Healthcare AG***

Melissa S. Caulum
Michael Best & Friedrich LLP
1 S Pinckney Street
Suite 700
PO Box 1806
Madison, WI 53701
608-283-0131
***Defendant Bayer Corporation***

Paul E. Benson
Michael Best & Freidrich
100 E Wisconsin Avenue
Suite 3300
Milwaukee, WI 53202
414-271-6560
414-277-0656 (fax)
pebenson@michaelbest.com
***Defendant Bayer Corporation***