UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case. No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

FILED by _____ D.C.

OCT 13 2011

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

IN RE TRASYLOL PRODUCT LIABILITY
LITIGATION – MDL 1928

THIS DOCUMENT RELATES TO:

SHIRLEY A. CALAWAY-MORGAN, et al.                    09cv81636

V.

BAYER CORPORATION, et al.

## PLAINTIFF'S CASE-SPECIFIC FACT WITNESS LIST

Plaintiff, SHIRLEY A. CALAWAY-MORGAN identifies the following fact witnesses that she expects to call at trial (in person or via preserved testimony) as follows:

1.      The following individuals are present or past employees of one or more of the Defendants and whose identity and addresses are therefore known to them:

- a.  Stanley Horton
- b.  Meredith Fischer
- c.  Allen Heller
- d.  Edward Sypniewski
- e.  Franz Wingen
- f.  Reinhard Fesharek
- g.  Valentine Pascale
- h.  Thomas Chin
- i.  Valerie Pierpont
- j.  Denise Neal
- k.  Margaret Foley
- l.  John Lettieri
- m.  Robert Harrison
- n.  Pam Cyrus
- o.  William Shank

    p.  Marc Jensen

    q.  Karen Denton

    r.  Felix Monteagudo

    s.  Ed Tucker

    t.  Anita Shah

    u.  Joseph Scheeren

    v.  Michael Rozycki

    w.  Jennifer Maurer

    x.  Terry Taylor

    y.  Steven Zaruby

    z.  Jennifer Maurer

    aa. Paul McCarthy

    bb. Mitch Trujillo

    cc. Jeff Bova

    dd. Matt Skoronsky

    ee. Savaramakrishan Balakrishnan

    ff. Kuno Sprenger

    gg. Tomasz Dyszynski

    hh. Michael Devoy

    ii. Ernst Weidman

    jj. Max Wegner

    kk. Kemal Malik

    ll. Michael Stenger

    mm.   Cindy Sweeney

    nn. Matthew Conroy

    oo. David Nardiello

    pp. Debra Hudgins

    qq. Jodie Kubicek

II.        The following are other fact witnesses who the Plaintiff intends to call at trial:

    a.    Shirley A. Calaway-Morgan
         5745 Lakeview Road
         Springfield, TN 37172

  b.  Dr. J. Scott Rankin
      Centennial Medical Center
      2300 Patterson St.
      Nashville, TN 37203

  c.  Dr. Ralph C. Atkinson, III.
      107 Health Care Dr.
      Carthage, TN 37030

III.  The following are other fact witnesses who the Plaintiff may call if the need arises:

  a.  Jerrold Levy, M.D.
      Emory University Hospital
      1364 Clifton Road, NE
      Atlanta, GA 30322

  b.  John H. Lemmer, Jr., M.D.
      The Oregon Clinic
      2222 North West Lovejoy Street Suite 315
      Portland, OR 97210

  c.  Steven E. Hill, M.D.
      Duke Univ. Medical Center
      DUMC 3094
      Durham, NC 27710

  d.  David Bull, M.D.
      University of Utah Hospital
      50 N Medical Dr
      Salt Lake City, UT 84132

  e.  David A. Stump, PhD
      Dept. of Cardiothoracic Anesthesia
      Wake Forest-Baptist Medical Center
      Winston Salem, NC 27157

  f.  Robert S. Poston, M.D.
      Boston Medical Center
      Robinson 402
      88 E. Newton St.
      Boston, MA  02118

  g.  Peter K. Smith, M.D.
      Duke Univ. Medical Center
      DUMC 3442
      Durham, NC 27710

      h.      David Royston, M.D.
                   Department of Anaesthetics Harefield
                   Middlesex UB9 6JH
                   United Kingdom

IV.     Any Records Custodian who is necessary to authenticate medical records.

V.      Any and all witnesses listed on Defendants' Generic and Case-Specific Fact Witness Lists.

VI.    The Plaintiff specifically reserves the right to amend and supplement this list as discovery, including depositions are continuing in this matter.

October 12, 2011

Respectfully submitted,



_____
Marc Jay Bern, Esq
Paul J. Napoli, Esq.
Christopher R. LoPalo, Esq
**NAPOLI BERN RIPKA** SHKOLNIK **& ASSOCIATES, LLP**
3500 Sunrise Highway, Suite T-207
Great River, NY 11739
(212) 267-3700
mjbern@napolibern.com
pnapoli@napolibern.com
clopalo@napolibern.com

*ATTORNEYS FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the within Plaintiff's Disclosure of Case-Specific Witnesses was served by electronic mail on the 12th Day of October 2011, upon the counsel listed below:


Steven E. Derringer
Email: steven.derringer@bartlit-beck.com
Philip S. Beck
Email: philip.beck@bartlit-beck.com
**BARTLIT BECK HERMAN PALENCHAR
& SCOTT LLP**
54 West Hubbard, Suite 300
Chicago, IL 60610
Telephone: 312-494-4400
Facsimile: 312-494-4440
*Attorney for Defendants Bayer Corporation, Bayer Healthcare Pharmaceuticals, Inc., Bayer Healthcare LLC, Bayer AG, and Bayer Healthcare AG*


Richard K. Dandrea, Esq.
Email: rdandrea@eckertseamans.com
**ECKERT SEAMANS CHERIN & MELLOTT, LLC**
U.S. Steel Tower
600 Grant Street, 44th Floor
Pittsburgh, PA 15219
Telephone: 412-566-6000
Facsimile: 412-566-6099
*Attorney for Defendants Bayer Corporation,
Bayer Healthcare Pharmaceuticals, Inc.,
Bayer Healthcare LLC, Bayer AG, and Bayer Healthcare AG*

Eugene A. Schoon
Email: eschoon@sidley.com
**SIDLEY AUSTIN LLP**
One South Dearborn
Chicago, IL 60603
Telephone: 312-853-7000
Facsimile: 312-853-7036
*Attorney for Defendants Bayer Corporation, Bayer Healthcare Pharmaceuticals, Inc., Bayer Healthcare LLC, Bayer AG, and Bayer Healthcare AG*




_____
*Christopher R. LoPalo*