UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

IN RE TRASYLOL PRODUCTS LIABILITY
LITIGATION – MDL-1928

This Document Relates to All Actions
_____/

## NOTICE OF COMMON BENEFIT FUND WITHHOLDING

Pursuant to Pretrial Order No. 8, Defendants Bayer Corporation, Bayer HealthCare Pharmaceuticals Inc., as successor in interest to Bayer Pharmaceuticals Corporation, and Bayer Schering Pharma AG, now known as Bayer Pharma AG and as successor in interest to Bayer HealthCare AG, hereby notify the Court that the Common Benefit Fund assessment was withheld in the following cases during May 2012:

| Case Name | Case No. | Settling Plaintiffs |
|---|---|---|
| Allen, Norman | 9:09-cv-81665 | Allen, Norman, individually and as Executor of the estate of Gloria Allen |
| Argento, Louis | Circuit Court of City of St. Louis; 0922-CC009567 | Richardson, Jan |
| Argento, Louis | Circuit Court of City of St. Louis; 0922-CC009567 | Weyerman, Burton |
| Baldwin, Jewel | 9:10-cv-80092 | Baldwin, Jewel |
| Bankcroft, Frederick | Circuit Court of St. Clair County, IL; 09-L-497 | Bonner, Wilmer |
| Bankcroft, Frederick | Circuit Court of St. Clair County, IL; 09-L-497 | Druien, Sandra |
| Bankcroft, Frederick | Circuit Court of St. Clair County, IL; 09-L-497 | Hicks, Shirley |

177240 v1

| Case Name | Case No. | Settling Plaintiffs |
|---|---|---|
| Bankcroft, Frederick | Circuit Court of St. Clair County, IL; 09-L-497 | Mesa, Mary Ann, individually and as personal representative of the estate of Alice Faris |
| Bankcroft, Frederick | Circuit Court of St. Clair County, IL; 09-L-497 | Niermann, Merna, individually and as personal representative of the estate of Henry Niermann |
| Barfield, Pearlie | 9:10-cv-80105 | Leach, Jack |
| Blackford, Florence | 9:09-cv-81682 | Blackford, Florence, individually and as personal representative of the estate of Wayne Blackford |
| Bugher, Glenn | 9:09-cv-81703 | Bugher, Glenn, individually and as personal representative of the estate of Rose Bugher |
| Condon, Gordon | 9:09-cv-81710 | Condon, Gordon, individually and as Administrator of the estate of Helen Condon |
| Del Priore, Geraldine | 1:09-cv-20750 | Del Priore, Geraldine, individually and as personal representative of the estate of Vincent Lullo |
| Denney, David | 9:09-cv-82074 | Denney, David |
| Douglas, Helen | 9:09-cv-81004 | Yatsuk, Michael, individually and as personal representative of the estate of Melva Yatsuk |
| Draper, William | Delaware Coordinated Proceedings; 08C-09-306 | Draper, William |
| Edwards, Hildegard | 9:09-cv-80064 | Edwards, Hildegard |
| Fisher, Tina | 9:09-cv-82239 | Fisher, Tina, individually and as personal representative of the estate of Maria Fisher |
| Frye, Jeanne | 9:09-cv-82083 | Frye, Jeanne |
| McElroy, James | 9:10-cv-80152 | Gilette, Dorothy |
| Gilmore, Thomas | United States District Court of Illinois; 09-00986 | Mercado, Felipa |
| Gilmore, Thomas | United States District Court of Illinois; 09-00986 | Noriega, Solomon |
| Gossett, Marilyn | 9:09-cv-82204 | Gossett, Marilyn, individually and as personal representative of the estate of Lowell Church |

| Case Name | Case No. | Settling Plaintiffs |
|---|---|---|
| Graham, Elmer | 9:09-cv-82090 | Graham, Elmer |
| Howland, Thomas | 9:09-cv-81203 | Howland, Thomas |
| Humphreys, Misty | 9:09-cv-81821 | Humphreys, Misty and Michael as surviving natural parents of Maci Mae Humphreys |
| Jones, Janet | 1:08-cv-22712 | Jones, Janet, individually and as co-executor of the estate of Kenneth Oakley |
| Karmazina, Konstantin | 9:09-cv-80925 | Karmazina, Konstantin, individually and as personal representative of the estate of Emilia Karmazina-Rodin |
| Kluge, Lawrence | 9:09-cv-82097 | Kluge, Lawrence |
| La Fountain, James | 9:09-cv-81859 | La Fountain, James, individually and as personal representative of the estate of Elizabeth La Fountain |
| Limon, Juan | 9:09-cv-81096 | Limon, Juan, individually and as personal representative of the estate of Elida Limon |
| Lowery, Peggy | 9:09-cv-82103 | Lowery, Peggy |
| Madison, Jaqueline | 9:09-cv-81758 | Madison, Jaqueline, individually and as personal representative of the estate of Juanita Edwards |
| McElroy, James | 9:10-cv-80152 | McElroy, James |
| McVay, Venessa | 3:09-cv-82237 | McVay, Venessa, individually and as personal representative of the estate of Louise Davis |
| Rawson, Dan | 9:11-cv-81082 | Rawson, Dan and Melissa, individually and as surviving parents of Mackenzie Rawson |
| Sefton, John | 9:09-cv-82212 | Sefton, John |
| Sutton, Robert | 9:09-cv-81205 | Sutton, Robert |
| Whaley, Barbara | 9:09-cv-80701 | Sithens, Ralph, individually and as personal representative of the estate of Pamela Sithens |
| Whaley, Barbara | 9:09-cv-80701 | Whaley, Barbara, individually and as personal representative of the estate of Raymond Whaley |

Dated: June 26, 2012   Respectfully submitted,

*/s/ Barbara Bolton Litten*
Patricia E. Lowry
Florida Bar No. 332569
Email: patricia.lowry@squiresanders.com
Barbara Bolton Litten
Florida Bar No. 91642
Email: barbara.litten@squiresanders.com
**SQUIRE SANDERS (US) LLP**
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198
Telephone: 561-650-7200
Facsimile: 561-655-1509
***Counsel for Defendants***

**CERTIFICATE OF SERVICE**

I hereby certify that on June 26, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                          */s/ Barbara Bolton Litten*
                                          Barbara Bolton Litten

## SERVICE LIST

### In re Trasylol Products Liability Litigation – MDL-1928
### Case No. 08-MD-1928-MIDDLEBROOKS/JOHNSON

### United States District Court
### Southern District of Florida

James R. Ronca
Email: jronca@anapolschwartz.com
**ANAPOL, SCHWARTZ, WEISS, COHAN, FELDMAN & SMALLEY, P.C.**
1710 Spruce Street
Philadelphia, PA 19103
Telephone:  215-790-4584
Facsimile:   215-875-7701
*Co-Lead Counsel for Plaintiffs*

Theodore Babbitt
Email: tedbabbitt@babbitt-johnson.com
**BABBITT JOHNSON OSBORNE & LECLAINCHE, P.A**.
1641 Worthington Road, Suite 100
West Palm Beach, FL 33409
Telephone:  561-684-2500
Facsimile:   561-684-6308
*Liaison Counsel for Plaintiffs*

Patricia E. Lowry
Florida Bar No. 332569
Email: patricia.lowry@squiresanders.com
**SQUIRE SANDERS (US) LLP**
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198
Telephone:  561-650-7200
Facsimile:   561-655-1509
*Liaison Counsel for Defendants*

Scott A. Love
Email:  slove@triallawfirm.com
**CLARK, BURNETT, LOVE & LEE, G.P.**
Lyric Center
440 Louisiana Street, Suite 1600
Houston, TX  77002
Telephone:  713-757-1400
Facsimile:   713-759-1217
*Co-Lead Counsel for Plaintiffs*

Neal L. Moskow
Email: neal@urymoskow.com
**URY & MOSKOW, LLC**
883 Black Rock Turnpike
Fairfield, CT 06825
Telephone:  203-610-6393
Facsimile:   203-610-6399
*Federal-State Liaison for Plaintiffs*

WESTPALMBEACH/596420.1