UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

| | |
|---|---|
| IN RE TRASYLOL PRODUCTS LIABILITY LITIGATION — MDL-1928 | ] ] ] ] |
| This Document Relates to: | ] ] |
| LINDA NELSON, as Authorized Representative of EMMA FISHER, Cause No. 10-81378; PAMELA WEAVER, as Authorized Representative of the Estate of Betty Glenn, Cause No. 10-81399; STEPHANIE MEIBURGER, as Authorized Representative of MATTHEW MEIBURGER, Cause No. 10-81349; CLYDE MIKKOLA, as Authorized Representative of the Estate of MARIAN MIKKOLA, Cause No. 10-81347; JANICE DUNHAM, as Authorized Representative of BERNIE SARTOR, Cause No. 10-81409; OSCAR WALTON, Cause No. 1081315 | ] ] ] ] ] ] ] ] ] ] ] ] ] |

## SIX PLAINTIFFS' NOTICE OF APPEAL

Notice is hereby given that LINDA NELSON, as Authorized Representative of EMMA FISHER, Cause No. 10-81378, PAMELA WEAVER, as Authorized Representative of the Estate of Betty Glenn, Cause No. 10-81399, STEPHANIE MEIBURGER, as Authorized Representative of MATTHEW MEIBURGER, Cause No. 10-81349, CLYDE MIKKOLA, as Authorized Representative of the Estate of MARIAN MIKKOLA, Cause No. 10-81347, JANICE DUNHAM, as Authorized Representative of BERNIE SARTOR, Cause No. 10-81409, OSCAR WALTON, Cause No. 1081315 (hereinafter, the "Six Plaintiffs"), hereby appeal to the United States District Court of Appeals for the Eleventh Circuit from the U.S. District Court for the Southern District of Florida's Order Denying Plaintiffs' Verified Motion for Declaration of Waiver of Service of Process and Alternative Motion to Extend Time for Service of Process

1

(D.E. 12504) entered in this action on the 9th day of May, 2012, and its subsequent Docket Entry Order Denying Six Plaintiffs' and Plaintiffs' Steering Committee's Motion to Show Relief is Justified Under Rule 4 to Support Those Six Plaintiffs' Motion to Extend Time to Serve Process (D.E. 12827) entered in this action on the 9th day of July, 2012.

Respectfully submitted,
By:


__/s/ Keith M. Jensen_____
Keith M. Jensen
Texas Bar No. 10646600
PA Bar No. 201917
Brandon H. Steffey
Texas Bar No. 24047207
Jensen, & Associates, PLLC
1024 N. Main Street
Forth Worth, TX  76164
(817) 334-0762 Telephone
(817) 334-0110 Facsimile
kj@kjensenlaw.com

*Counsel for Movants*

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2012, that the foregoing document is being served this day on all counsel on the attached service list via transmission of Notices of Electronic Filing generated by CM/ECF or by electronic mail.

       /s/ Brandon H. Steffey_____
Brandon H. Steffey

# SERVICE LIST

### In re Trasylol Products Liability Litigation – MDL-1928
### Case No. 08-MD-1928-MIDDLEBROOKS/JOHNSON

### United States District Court
### Southern District of Florida

James R. Ronca
Email:  jronca@anapolschwartz.com
**ANAPOL, SCHWARTZ, WEISS, COHAN, FELDMAN & SMALLEY, P.C.**
1710 Spruce Street
Philadelphia, PA 19103
Telephone:  215-735-1130
Facsimile:  215-875-7758
*Plaintiffs' Steering Committee/Co-Lead Counsel*

Scott Love
Email:  scott_love@fleming-law.com
**FLEMING & ASSOCIATES, L.L.P.**
1330 Post Oak Blvd., Suite 3030
Houston, TX 77056
Telephone:  713-621-7944
Facsimile:  713-621-9638
*Plaintiffs' Steering Committee/Co-Lead*

Theodore Babbitt
Email:  tedbabbitt@babbitt-johnson.com
**BABBITT JOHNSON OSBORNE & LECLAINCHE, P.A.**
1450 Centrepark Blvd., Suite 100
West Palm Beach, FL  33401
Telephone:  561-684-2500
Facsimile:  561-684-6308
*Plaintiffs' Steering Committee/Liaison Counsel*

Joseph A. Osborne
Email:  JAOsborne@babbitt-johnson.com
**BABBITT JOHNSON OSBORNE & LECLAINCHE, P.A.**
1450 Centrepark Blvd., Suite 100
West Palm Beach, FL  33401
Telephone:  561-684-2500
Facsimile:  561-684-6308
*Plaintiff's Steering Committee/Liaison Counsel*

Doug Monsour
Email: doug@monsourlawfirm.com
**THE MONSOUR LAW FIRM**
P.O. Box 4209
Longview, TX 75606
Telephone:  903-758-5757
Facsimile:  903-230-5010
*Plaintiff Steering Committee*

Brian H. Barr
Email: bbarr@levinlaw.com
**LEVIN PAPANTONIO THOMAS MITCHELL ECHSNER & PROCTOR PA**
316 S. Baylen St., Suite 600
Pensacola, FL  32502
Telephone:  850-435-7000
Facsimile:  850-435-7020
*Plaintiff Steering Committee*

Brian Turner
Email: bturner@cwcd.com
**CORY WATSON CROWDER & DEGARIS**
2131 Magnolia Ave.
Birmingham, AL  35205
Telephone:  205-328-2200
Facsimile:  205-324-7896
*Plaintiff's Steering Committee*


Fred Thompson
Email:  fthompson@motleyrice.com
**MOTLEY RICE LLC**
P.O. Box 1792
Mt. Pleasant, SC 29405
Telephone:  843-216-9000
Facsimile:  843-216-9440
*Plaintiff Steering Committee*


Joseph P. Danis
Email:  jdanis@careydanis.com
**CAREY AND DANIS, LLC**
8235 Forsyth Blvd., Suite 1100
St. Louis, MO 63105
Telephone:  314-678-3400
Facsimile:  314-678-3401
*Plaintiff Steering Committee*


Neal Moskow
Email:  neal@urymoskow.com
**URY & MOSKOW, LLC**
883 Black Rock Turnpike
Fairfield, CT 06825
Telephone:  203-610-6393
Facsimile:  203-610-6399
*Plaintiff Steering Committee/
Federal-State Liaison*


Marc Jay Bern
Email:  mjbern@napolibern.com
**NAPOLI BERN & ASSOCIATES LLP**
3500 Sunrise Highway, Suite T-207
Great River, NY  11739
Telephone:  631-224-1133
Facsimile:  631-224-4774
*Plaintiff's Steering Committee*


Neil D. Overholtz
Email:  noverholtz@awkolaw.com
**ALYSTOCK, WITKIN, KREIS
        & OVERHOLTZ, PLLC**
803 North Palafox Street
Pensacola, FL 32501
Telephone:  850-916-7450
Facsimile:  850-916-7449
*Plaintiff Steering Committee*


David Matthews
Email:
**MATTHEWS & ASSOCIATES**
2905 Sackett Street
Houston, TX 77098
Telephone:
Facsimile
*Plaintiff Steering Committee*


Steven E. Derringer
Email:  steven.derringer@bartlit-beck.com
**BARTLIT BECK HERMAN PALENCHAR
        & SCOTT LLP**
54 West Hubbard, Suite 300
Chicago, IL 60610
Telephone:  312-494-4400
Facsimile:  312-494-4440
*Defendants Co-Lead Counsel and
Attorney for Defendants Bayer Corporation,
Bayer Healthcare Pharmaceuticals, Inc., Bayer
Healthcare LLC, Bayer AG, and Bayer
Healthcare AG*

5

Philip S. Beck
Email:  philip.beck@bartlit-beck.com
**BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP**
54 West Hubbard, Suite 300
Chicago, IL 60610
Telephone:  312-494-4400
Facsimile:  312-494-4440
*Defendants Co-Lead Counsel and Attorney for Defendants Bayer Corporation, Bayer Healthcare Pharmaceuticals, Inc., Bayer Healthcare LLC, Bayer AG, and Bayer Healthcare AG*

Eugene A. Schoon
Email:  eschoon@sidley.com
**SIDLEY AUSTIN LLP**
One South Dearborn
Chicago, IL 60603
Telephone:  312-853-7000
Facsimile:  312-853-7036
*Defendants Co-Lead Counsel and Attorney for Defendants Bayer Corporation, Bayer Healthcare Pharmaceuticals, Inc., Bayer Healthcare LLC, Bayer AG, and Bayer Healthcare AG*

Susan Artinian
Email:  sartinian@dykema.com
**DYKEMA GOSSETT PLLC**
400 Renaissance Center
Detroit, MI 48243
Telephone:  313-568-6800
Facsimile:  313/568-6658
*Defendants Co-Lead Counsel and Attorney for Defendants Bayer Corporation, Bayer Healthcare Pharmaceuticals, Inc., Bayer Healthcare LLC, Bayer AG, and Bayer Healthcare AG*

Richard K. Dandrea, Esq.
Email:  rdandrea@eckertseamans.com
**ECKERT SEAMANS CHERIN & MELLOTT, LLC**
U.S. Steel Tower
600 Grant Street, 44th Floor
Pittsburgh, PA 15219
Telephone:  412-566-6000
Facsimile:  412-566-6099
*Defendants Co-Lead Counsel and Attorney for Defendants Bayer Corporation, Bayer Healthcare Pharmaceuticals, Inc., Bayer Healthcare LLC, Bayer AG, and Bayer Healthcare AG*

Patricia E. Lowry
Florida Bar No. 332569
Email:  plowry@ssd.com
**SQUIRE, SANDERS & DEMPSEY L.L.P.**
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL  33401-6198
Telephone:  561-650-7200
Facsimile:  561-655-1509
*Defendants' Liaison Counsel and Attorneys for Defendants Bayer Corporation, Bayer Healthcare Pharmaceuticals, Inc., Bayer Healthcare LLC, Bayer AG, and Bayer Healthcare AG*